# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** United States of America

v.  **Case No:** 24-3161

Roman Sterlingov

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained ☐ Pro Bono ☐ Appointed (CJA/FPD) ☐ Gov't counsel for the ☐ Appellant(s)/Petitioner(s) ☉ Appellee(s)/Respondent(s) ☐ Intervenor(s) ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

United States of America

### Counsel Information

**Lead Counsel:** Scott Meisler

**Direct Phone:** (202) 307-3803 **Fax:** (202) 305-2121 **Email:** scott.meisler@usdoj.gov

**2nd Counsel:** David Lieberman

**Direct Phone:** (202) 262-6805 **Fax:** (202) 305-2121 **Email:** david.lieberman@usdoj.gov

**3rd Counsel:**

**Direct Phone:** (   )          **Fax:** (   )          **Email:**

**Firm Name:** U.S. Department of Justice, Criminal Appellate Section

**Firm Address:** 950 Pennsylvania Ave NW, Room 1264, Washington, DC 20530

**Firm Phone:** (202) 514-3521 **Fax:** (202) 305-2121 **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)