# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** United States of America

<b>v.</b>

Roman Sterlingov

**Case No:** 24-3161

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◉ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ◉ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
*(List each represented party individually - Use an additional blank sheet as necessary)*

Roman Sterlingov

### Counsel Information

Lead Counsel:  Amy C. Collins

Direct Phone: ( 228 )  424-0609   Fax: ( 202 )  223-6625   Email:  amy@amyccollinslaw.com

2nd Counsel:

Direct Phone: ( ___ )  -   Fax: ( ___ )  -   Email:

3rd Counsel:

Direct Phone: ( ___ )  -   Fax: ( ___ )  -   Email:

Firm Name:    The Law Office of Amy C. Collins

Firm Address:  888 17th Street, NW, Suite 1200, Washington, D.C. 20006

Firm Phone: ( 202 )  223-5600   Fax: ( 202 )  223-6625   Email:  amy@amyccollinslaw.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.