# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CRIMINAL DOCKETING STATEMENT
(To be completed by appellant)

1. Appellate Case Number: 24-3161        1a. Criminal Action Number: 1:21-399
2. Case Name: USA v. Roman Sterlingov
3. Appellant's Name: Roman Sterlingov
   3a. Appellant's Defendant No.: _____        3b. Appellant's Fed. Reg/PDID No. 42008-509
4. Date of conviction 11/08/2024        4a. Date of sentence 11/13/2024
5. Name of District Court Judge Randolph D. Moss
6. Date of Notice of Appeal Filed: 11/19/2024
7. Offense(s) of conviction: Money Laundering, Conspiracy, Aiding and Abetting
8. Did appellant plead guilty?        ○ Yes  ● No
9. What sentence was imposed? 150 months as to counts 1 and 2 and 60 months counts 3 and 4
10. How much of the sentence has appellant served? 43 Months
11. Is appellant challenging the conviction?        ● Yes  ○ No
12. Is appellant challenging the sentence?          ● Yes  ○ No
13. Has appellant filed a post-conviction motion?   ○ Yes  ● No
    If yes, what motion, date filed, and disposition: _____
14. Is appellant incarcerated?        ● Yes  ○ No
    If yes, where: FDC Philadelphia
    If no, address: _____        Phone ( ___ ) _____
15. Has appellant moved for release pending appeal in District Court?   ○ Yes  ● No
    If yes, date filed _____   Disposition: _____
    If no, does defendant intend to file such a motion in the District Court?   ○ Yes  ● No
16. Will appellant file a motion for release pending appeal in court of appeals?   ○ Yes  ● No
17. Did appellant have court-appointed counsel in District Court?   ○ Yes  ● No
18. Does counsel appointed in District Court wish to continue on appeal?   ● Yes  ○ No
19. Did defendant have retained counsel in district court?   ● Yes  ○ No
    If yes, will case proceed on appeal with retained counsel?   ● Yes  ○ No
    If no, will appellant seek appointment of counsel on appeal?   ○ Yes  ● No
    If no, has a motion to proceed in forma pauperis been filed?   ○ Yes  ● No
20. Has counsel ordered transcripts?        ● Yes  ○ No
21. If yes, from what proceedings: All lower court proceedings
22. If yes, when will transcripts be completed? Completed
23. Did counsel seek expedited preparation of sentencing transcripts?   ○ Yes  ● No

Signature: [signature]        Date 12/9/2024
Name of Party: Roman Sterlingov
Firm Address 888 17th Street, NW, Suite 1200, Washington, D.C. 20006
        Phone ( 228 ) 424-0609        Fax ( 202 ) 223-6625

**Note:** In all appeals of sentences of 8 months or less trial counsel is required to prosecute the appeal of the sentence. If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USCA Form 43
August 2009 (REVISED)