# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** USA

**v.** ROMAN STERLINGOV

**Case No:** 24-3161

## TRANSCRIPT STATUS REPORT

○ **Final** - No transcripts are necessary for this appeal as the case was decided on the pleadings.

⦿ **Final** - All transcripts necessary for the appeal have been completed and received.

**Interim Part I** - The following necessary transcripts have been ordered but not received.

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

**Interim Part II** - The following necessary transcripts have been completed and received.

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| 29-09-2021 | Video Status Conference | Jeff M. Hook |
| 25-10-2021 | Detention Hedaring | Jeff M. Hook |
| 02-12-2022 | Detention Hearing | Jeff M. Hook |
| 13-01-2023 | Detention Hearing | Jeff M. Hook |
| 31-01-2023 | Detention Hearing | Jeff M. Hook |
| 16-06-2023 | Motion Hearing AM | Tamara M. Sefranek |

**Interim Part III** - State below any additional comments regarding the preparation of the transcripts or the record on appeal which may delay the briefing of this case.

See attachment for additional hearing transcripts. Trial counsel will be seeking admission in this case and/or the D.C. Circuit.

Notes: A copy of this report shall be served on each court reporter for which transcripts are outstanding. Please attach additional blank sheets, if necessary, and a certificate of service to this report.

USCA Form 51
August 2009 (REVISED)

# ATTACHMENT TO TRANSCRIPT STATUS REPORT FORM

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| 06/23/2023 | Motion Hearing AM | Tamara M. Sefranek |
| 07/19/2023 | Motion Hearing AM | Tamara M. Sefranek |
| 07/20/2023 | Continued Daubert Hearing | Tamara M. Sefranek |
| 08/22/2023 | Daubert Hearing AM | Tamara M. Sefranek |
| 08/23/2023 | Motions Hearing Continued | Tamara M. Sefranek |
| 09/07/2023 | Pretrial Conference | Tamara M. Sefranek |
| 09/08/2023 | Pretrial Conference | Tamara M. Sefranek |
| 09/13/2023 | Pretrial Conference | Tamara M. Sefranek |
| 09/15/2023 | Pretrial Conference | Tamara M. Sefranek |
| 009/18/2023 | Pretrial Conference PM REDACTED | Sherry Lindsay |
| 09/21/2023 | Pretrial Conference PM | Sherry Lindsay |
| 11/13/2023 | Motion Conference | Tamara M. Sefranek |
| 02/12/2024 | Trial Transcript REDACTED | Sherry Lindsay |
| 02/13/2024 | Trial Transcript AM | Sherry Lindsay |
| 02/13/2024 | Trial Transcript PM | Janice E. Dickman |
| 02/14/2024 | Trial Transcript AM | Sherry Lindsay |
| 02/14/2024 | Trial Transcript PM | Lisa Edwards |
| 02/15/2024 | Trial Transcript AM | Sherry Lindsay |
| 02/15/2024 | Trial Transcript PM | Janice E. Dickman |
| 02/20/2024 | Trial Transcript AM | Sherry Lindsay |
| 02/20/2024 | Trial Transcript PM | Janice E. Dickman |
| 02/21/2024 | Trial Transcript AM | Sherry Lindsay |
| 02/21/2024 | Trial Transcript PM | Lisa Edwards |
| 02/22/2024 | Trial Transcript AM | Sherry Lindsay |
| 02/22/2024 | Trial Transcript PM | Janice E. Dickman |
| 02/23/2024 | Trial Transcript AM | Lisa Edwards |
| 02/26/2024 | Trial Transcript AM | Sherry Lindsay |
| 02/26/2024 | Trial Transcript PM | Janice E. Dickman |
| 02/27/2024 | Trial Transcript AM | Sherry Lindsay |
| 02/27/2024 | Trial Transcript PM | Lisa Edwards |
| 02/28/2024 | Trial Transcript AM | Sherry Lindsay |
| 02/28/2024 | Trial Transcript PM | Janice E. Dickman |
| 02/29/2024 | Trial Transcript AM | Sherry Lindsay |
| 03/04/2024 | Trial Transcript AM | Sherry Lindsay |
| 03/04/2024 | Trial Transcript PM | Janice E. Dickman |
| 03/05/2024 | Trial Transcript AM | Sherry Lindsay |
| 03/05/2024 | Trial Transcript PM | Lisa Edwards |
| 03/06/2024 | Trial Transcript AM | Sherry Lindsay |
| 03/06/2024 | Trial Transcript PM | Lisa Edwards |
| 03/07/2024 | Trial Transcript AM | Sherry Lindsay |
| 03/07/2024 | Trial Transcript PM | Janice E. Dickman |
| 03/11/2024 | Trial Transcript PM | Sherry Lindsay |
| 03/12/2024 | Trial Transcript AM | Sherry Lindsay |
| 08/21/2024 | Hrg. Proposed Order of Forfeiture | Sherry Lindsay |

**ATTACHMENT TO TRANSCRIPT STATUS REPORT FORM**

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| 11/08/2024 | Sentencing Hearing | Sherry Lindsay |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of December 2024, I served a true and correct copy of the foregoing Transcript Status Report via CM/ECF to all parties in this matter. I did not serve any court reporter with this Report, as there are no transcripts that were requested but not received.

Respectfully submitted,

_____
Amy C. Collins
Bar No. 64015
888 17th Street, NW, Suite 1200
Washington, D.C. 20006
(228) 424-0609
amy@amyccollinslaw.com
*Counsel for Roman Sterlingov*