# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** United States of America

v.

Roman Sterlingov

**Case No:** 24-3161

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Roman Sterlingov

### Counsel Information

Lead Counsel: Maksim Nemtsev
Direct Phone: (347) 251-4800  Fax: (718) 701-5922  Email: max@mnpc.law

2nd Counsel:
Direct Phone: (   )    -       Fax: (   )    -       Email:

3rd Counsel:
Direct Phone: (   )    -       Fax: (   )    -       Email:

Firm Name: Maksim Nemtsev PC
Firm Address: 20 Park Plaza, Suite 1000
Firm Phone: (617) 227-3700  Fax: (718) 701-5922  Email: max@mnpc.law

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)