# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** USA

v. Roman Sterlingov

**Case No:** 24-3161

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☉ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ☉ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Roman Sterlingov

### Counsel Information

**Lead Counsel:**

Direct Phone: (___) _____ Fax: (___) _____ Email: _____

**2nd Counsel:** Marc Fernich

Direct Phone: (917) 653-8226 Fax: (212) 459-2299 Email: maf@fernichlaw.com

**3rd Counsel:**

Direct Phone: (___) _____ Fax: (___) _____ Email: _____

**Firm Name:** Law Office of Marc Fernich

**Firm Address:** 800 Third Ave Fl 20 NY, NY 10022

**Firm Phone:** (212) 446-2346 Fax: (___) _____ Email: _____

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)