# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** USA

v. Roman Sterlingov

**Case No:** 24-3161

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Roman Sterlingov

### Counsel Information

Lead Counsel: Tor Ekeland

Direct Phone: (718) 737-7264  Fax: (718) 504-5417  Email: tor@torekeland.com

2nd Counsel:

Direct Phone: (   )    -      Fax: (   )    -      Email:

3rd Counsel:

Direct Phone: (   )    -      Fax: (   )    -      Email:

Firm Name: Tor Ekeland Law, PLLC

Firm Address: 30 Wall St. 8th Fl., New York, NY, 10005

Firm Phone: (718) 737-7264  Fax: (718) 504-5417  Email: tor@torekeland.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)