UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 24-3161
_____

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.

ROMAN STERLINGOV
Defendant-Appellant.

_____

# APPELLANT ROMAN STERLINGOV'S UNOPPOSED MOTION TO MODIFY THE BRIEFING SCHEDULE

Appellant Roman Sterlingov respectfully submits this unopposed proposed modified briefing schedule pursuant to Federal Rule of Appellate Procedure 26(b) for good cause shown. In support thereof, Appellant Sterlingov states:

1. On December 10, 2024, the Court entered a briefing schedule in this case. Doc ID 208806. Appellant Sterlingov respectfully requests that the Court modify that briefing schedule as follows:

| Event | Deadline |
|---|---|
| Appellant's Brief | March 27, 2025 |
| Appellant's Appendix | March 27, 2025 |
| Appellee's Brief | April 26, 2025 |
| Appellee's Supplemental Appendix | April 26, 2025 |
| Appellant's Reply Brief | May 17, 2025 |

2. The circumstances described herein present compelling reasons for modifying the briefing schedule.

3. The extension requested is to allow for the time needed to adequately prepare Appellant's Initial Brief and the Appendix.

4. Appellant's counsel only recently gained telephone access with Appellant. Since being sentenced by the District Court, Appellant had been transported among different facilities. Appellant arrived at his designated facility only recently. Appellant's team is still working on gaining access to visit Appellant in person.

5. This is a complicated and novel case that contains numerous matters of first impression involving blockchain technology. There is an extensive

record totaling over 6000 pages in transcripts from many pretrial hearings and a 5-week criminal trial.

6. A member of Appellant's team has multiple lengthy substantive filings due in a handful of cases in the weeks immediately surrounding the current date for Appellant's Initial Brief and the Appendix. The lengthy submissions include all of the pretrial filings in a complex multi-codefendant case with a trial that begins at the end of May 2025.

7. This motion is made in good faith and not for the purpose of undue delay. The proposed schedule and format will not substantially delay proceedings in this case and will not prejudice any party. There is good cause to enter the proposed briefing schedule.

8. Appellant's counsel has conferred with the Government, and the Government consents to the proposed modification of the briefing schedule.

WHEREFORE, Appellant Sterlingov respectfully requests this Honorable Court enter an order modifying the briefing schedule as proposed here.

Dated: January 20, 2025
Respectfully submitted,

/s/ Tor Ekeland
Tor Ekeland
Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY 10005
t: (718) 737 - 7264
f: (718) 504 - 5417
tor@torekeland.com

/s/ Maksim Nemtsev
Maksim Nemtsev
20 Park Plaza, Suite 1000
Boston, Massachusetts 02116
t: (617) 227-3700
f: (718) 701-5922
max@mnpc.law

s/ Marc Fernich
Mark Fernich
800 Third Ave., Floor 20
New York, NY 10022
t: (212) 446-2346
maf@fernichlaw.com

/s/ Amy C. Collins
Amy C. Collins
888 17th Street NW, Suite 1200
Washington, D.C. 20006
t: (228) 424-0609
amy@amyccollinslaw.com

*Counsel for Appellant,
Roman Sterlingov*

# **CERTIFICATE OF COMPLIANCE**

Pursuant to Federal Rule of Appellate Procedure 32(g), I hereby certify that this motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A), as the motion was prepared using the size and style of type of 14-point Times New Roman and contains 344 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f). This motion complies with the privacy redaction requirement of Federal Rule of Appellate Procedure 25(a) because it contains no personal data identifiers.

Dated: January 20, 2025

                                          Respectfully submitted,

                                          */s/ Tor Ekeland*
                                            Tor Ekeland

## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 20, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the CM/ECF system which will serve a notice of electronic filing on counsel of record.

                          Respectfully submitted,

                          */s/ Tor Ekeland*
                              Tor Ekeland