| | |
|---|---|
| **No. 24-3161** | **September Term, 2024** |
| | 1:21-cr-00399-RDM-1 |
| | Filed On: January 23, 2025 [2096025] |

United States of America,

    Appellee

    v.

Roman Sterlingov,

    Appellant

## O R D E R

Upon consideration of appellant's unopposed motion to modify the briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | March 27, 2025 |
| Appendix | March 27, 2025 |
| Appellee's Brief | April 28, 2025 |
| Appellant's Reply Brief | May 19, 2025 |

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

        BY:    /s/
                James A. Kaiser
                Deputy Clerk