# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-3161**                          **September Term, 2024**

1:21-cr-00399-RDM-1

Filed On: March 19, 2025 [2106433]

United States of America,

        Appellee

    v.

Roman Sterlingov,

        Appellant

## O R D E R

Upon consideration of appellant's unopposed motion for extension of time to file brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | June 16, 2025 |
| Appendix | June 16, 2025 |
| Appellee's Brief | July 16, 2025 |
| Appellant's Reply Brief | August 1, 2025 |

                                                  **FOR THE COURT:**
                                                  Clifton B. Cislak, Clerk

                        BY:     /s/
                                 James A. Kaiser
                                 Deputy Clerk