UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 24-3161
_____

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.

ROMAN STERLINGOV
Defendant-Appellant.

_____

# APPELLANT ROMAN STERLINGOV'S UNOPPOSED MOTION TO MODIFY THE BRIEFING SCHEDULE

Appellant Roman Sterlingov respectfully submits this unopposed proposed modified briefing schedule pursuant to Federal Rule of Appellate Procedure 26(b) for good cause shown. In support thereof, Appellant Sterlingov states:

1. On March 19, 2025, the Court entered a modified briefing schedule in this case. Doc ID 2106433. Appellant Sterlingov respectfully requests that the Court modify that briefing schedule as follows:

1

| Event | Deadline |
|---|---|
| Appellant's Brief | July 31, 2025 |
| Appellant's Appendix | July 31, 2025 |
| Appellee's Brief | September 2, 2025 |
| Appellee's Supplemental Appendix | September 2, 2025 |
| Appellant's Reply Brief | September 16, 2025 |

2. The circumstances described herein present compelling reasons for modifying the briefing schedule.

3. The extension requested is to allow for the time required to adequately prepare Appellant's Opening Brief and the Appendix in light of substantial physical injury to a member of the Appellate team.

4. One of the Appellant's attorneys is currently suffering severe complications from major back surgery.

5. This attorney is drafting a substantial portion of Appellant's Opening Brief that involves key issues to the appeal.

6. This attorney's injuries are severely handicapping his ability to work on this matter.

7. It is expected that this attorney's condition should improve in the coming weeks, making a July 31, 2025, filing date reasonable.

8. This motion is made in good faith and not for the purpose of undue delay. The proposed schedule and format will not substantially delay proceedings in this case and will not prejudice any party. There is good cause to enter the proposed briefing schedule.

9. Appellant's counsel has conferred with the Government, and the Government consents to the proposed modification of the briefing schedule.

WHEREFORE, Appellant Sterlingov respectfully requests this Honorable Court enter an order modifying the briefing schedule as proposed here.

Dated: June 4, 2025
Respectfully submitted,

/s/ Tor Ekeland
Tor Ekeland
Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY 10005
t: (718) 737 - 7264
f: (718) 504 - 5417
tor@torekeland.com

/s/ Maksim Nemtsev
Maksim Nemtsev
20 Park Plaza, Suite 1000
Boston, Massachusetts 02116
t: (617) 227-3700
f: (718) 701-5922
max@mnpc.law

s/ Marc Fernich
Mark Fernich
800 Third Ave., Floor 20
New York, NY 10022
t: (212) 446-2346
maf@fernichlaw.com

/s/ Amy C. Collins
Amy C. Collins
888 17th Street NW, Suite 1200
Washington, D.C. 20006
t: (228) 424-0609
amy@amyccollinslaw.com

*Counsel for Appellant,*
*Roman Sterlingov*

# **CERTIFICATE OF COMPLIANCE**

Pursuant to Federal Rule of Appellate Procedure 32(g), I hereby certify that this motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A), as the motion was prepared using the size and style of type of 14-point Times New Roman and contains 575 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f). This motion complies with the privacy redaction requirement of Federal Rule of Appellate Procedure 25(a) because it contains no personal data identifiers.

Dated: June 4, 2025

                                                      Respectfully submitted,

                                                      */s/ Tor Ekeland*
                                                        Tor Ekeland

# **CERTIFICATE OF SERVICE**

I hereby certify that, on June 4, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the CM/ECF system which will serve a notice of electronic filing on counsel of record.

        Respectfully submitted,

        */s/ Tor Ekeland*
           Tor Ekeland