# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 24-3161 September Term, 2024

1:21-cr-00399-RDM-1

Filed On: June 5, 2025 [2119218]

United States of America,

    Appellee

    v.

Roman Sterlingov,

    Appellant

## O R D E R

Upon consideration of appellant's unopposed motion to modify the briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | July 31, 2025 |
| Appendix | July 31, 2025 |
| Appellee's Brief | September 2, 2025 |
| Appellant's Reply Brief | September 16, 2025 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Louis Karl Fisher
Deputy Clerk