# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

**Roman Sterlingov**

*Appellant,*

*vs.*

**United States of America**

*Appellee.*

24-3161

Appeal from United States District Court
District of Columbia
Hon. Randolph D. Moss
United States District Court Case No. 1-21-cr-00399-RDM-1

## MOTION FOR PRO HAC VICE ADMISSION

TOR EKELAND LAW PLLC
Tor Ekeland
tor@torekeland.com
30 Wall Street, 8th Floor
New York, NY 10005
(718) 737-7264

Movant and counsel for Defendant-Appellant Roman Sterlingov, Tor Ekeland, moves this Honorable Court for permission for Michael Hassard to appear *pro hac vice* in the above-referenced matter, saying particularly as follows:

1. Michael Hassard is a member in good standing of the State Bar of New York.

2. Michael Hassard's New York Bar Identification Number is 5824768.

3. Michael Hassard appeared as trial counsel *pro hac vice* for Defendant-Appellant Roman Sterlingov in the District Court.

WHEREFORE, Movant requests that this Honorable Court grant this Motion for Michael Hassard to Appear *Pro Hac Vice* in the above-referenced matter.

Dated: July 23, 2025

Respectfully submitted:

/s/ Tor Ekeland
Tor Ekeland Law, PLLC
30 Wall Street
8th Floor
New York, NY 10005
Tel: (718) 737-7264
tor@torekeland.com

*Attorney for Defendant-Appellant Roman Sterlingov*

# CERTIFICATE OF SERVICE

I certify that I electronically filed the above with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system on July 23, 2025. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF System.

Dated: July 23, 2025

Respectfully submitted:

/s/ Tor Ekeland
Tor Ekeland Law, PLLC
30 Wall Street
8th Floor
New York, NY 10005
Tel: (718) 737-7264
tor@torekeland.com

*Attorney for Defendant-Appellant Roman Sterlingov*

3