**No. 24-3161**             **September Term, 2024**

1:21-cr-00399-RDM-1

**Filed On: July 25, 2025** [2127382]

United States of America,

    Appellee

  v.

Roman Sterlingov,

    Appellant

## O R D E R

It is **ORDERED**, on the court's own motion, that the briefing schedule entered on June 5, 2025, be suspended pending further order of the court.

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

                BY:   /s/
                              Scott H. Atchue
                              Deputy Clerk