# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

No. 24-3161                                          September Term, 2024

1:21-cr-00399-RDM-1

**Filed On:** August 14, 2025

United States of America,

       Appellee

v.

Roman Sterlingov,

       Appellant

**BEFORE:**    Henderson, Childs, and Pan, Circuit Judges

## O R D E R

Upon consideration of the motion to exceed the word limit, it is

**ORDERED** that the following briefing schedule and format will now apply in this case:

| | |
|---|---|
| Appellant's Brief (not to exceed 20,000 words) | September 15, 2025 |
| Appendix | September 15, 2025 |
| Appellee's Brief (not to exceed 20,000 words) | October 15, 2025 |
| Appellant's Reply Brief (not to exceed 10,000 words) | November 5, 2025 |

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
       Selena R. Gancasz
       Deputy Clerk