# 24-3161

# United States Court of Appeals for the District of Columbia

THE UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

ROMAN STERLINGOV,

*Defendant-Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA
Hon. Randolph D. Moss
United States District Court Case 1-21-cr-00399-RDM-1

## APPENDIX
## Volume VII of XVII (Pages Appx2641 - Appx3080)

TOR EKELAND, ESQ.
TOR EKELAND LAW PLLC
*Attorneys for Defendant-Appellant*
30 Wall Street, 8th Floor
New York, New York 10005
(718) 737-7264
tor@torekeland.com

MARC FERNICH, ESQ.
LAW OFFICE OF MARC FERNICH
*Attorneys for Defendant-Appellant*
800 Third Avenue, 20th Floor
New York, New York 10022
(212) 446-2346
maf@fernichlaw.com

MAKSIM NEMTSEV, ESQ.
MAKSIM NEMTSEV PC
*Attorneys for Defendant-Appellant*
20 Park Plaza, Suite 1000
Boston, Massachusetts 02116
(617) 227-3700
max@mnpc.law

AARON DANIEL, ESQ.
ASYMMETRIC LEGAL
*Attorneys for Defendant-Appellant*
11900 Biscayne Blvd, Suite 400
Miami, Florida 33181
(305) 979-9296
aaron@asymmetric.legal

*(See Inside Cover for Additional Counsel)*

3914



**ELECTRONIC PARALEGAL**

AMY C. COLLINS, ESQ.
THE LAW OFFICE OF
   AMY C. COLLINS
*Attorneys for Defendant-Appellant*
888 17th Street, NW, Suite 1200
Washington DC 20006
(228) 424-0609
amy@amyccollinslaw.com

# TABLE OF CONTENTS

District Court Docket – US v. Sterlingov, 21-CR-00399-RDM .............Appx001

Protective Order of Governing Discovery of Hon. Randolph D. Moss,
Dated September 17, 2021 (ECF Doc. No. 18) ......................................Appx074

Preliminary Order of Forfeiture of Hon. Randolph D. Moss,
Dated November 4, 2024 (ECF Doc. No. 336) ......................................Appx079

Order of Forfeiture of Hon. Randolph D. Moss,
Dated November 14, 2024 (ECF Doc. No. 338) ....................................Appx085

Judgment in a Criminal Case of Hon. Randolph D. Moss,
Dated November 13, 2024 (ECF Doc. No. 340) ....................................Appx091

Transcript of Motion Hearing, Dated January 13, 2023
(ECF Doc. No. 114) ...............................................................................Appx099

Transcript of Motion Hearing, Dated January 31, 2023
(ECF Doc. No. 115) ...............................................................................Appx190

Transcript of Motions Hearing, Dated June 16, 2023
(ECF Doc. No. 223) ...............................................................................Appx345

Transcript of Motions Hearing, Dated June 23, 2023
(ECF Doc. No. 224) ...............................................................................Appx501

Transcript of Motions Hearing, Dated July 19, 2023
(ECF Doc. No. 225) ...............................................................................Appx682

Transcript of Continued Motions Hearing, Dated July 20, 2023
(ECF Doc. No. 226) ...............................................................................Appx895

Transcript of Motions Hearing, Dated August 22, 2023
(ECF Doc. No. 228) ..............................................................................Appx1040

Transcript of Continued Motions Hearing, Dated August 23, 2023
(ECF Doc. No. 229) ..............................................................................Appx1266

Transcript of Motions Hearing, Dated August 29, 2023
(ECF Doc. No. 231) ..............................................................................Appx1466

Transcript of Pretrial Conference, Dated September 7, 2023
(ECF Doc. No. 232) ...................................................................Appx1524

Transcript of Pretrial Conference, Dated September 8, 2023
(ECF Doc. No. 233) ...................................................................Appx1741

Transcript of Pretrial Conference, Dated September 13, 2023
(ECF Doc. No. 234) ...................................................................Appx1861

Transcript of Pretrial Conference, Dated September 15, 2023
(ECF Doc. No. 235) ...................................................................Appx1999

Transcript of Pretrial Conference, Dated September 18, 2023
(ECF Doc. No. 236) ...................................................................Appx2141

Transcript of Pretrial Conference, Dated September 21, 2023
(ECF Doc. No. 237) ...................................................................Appx2235

Transcript of Motion Conference, Dated November 13, 2023
(ECF Doc. No. 238) ...................................................................Appx2302

Transcript of Jury Trial, Dated February 12, 2024
(ECF Doc. No. 276) ...................................................................Appx2350

Transcript of Jury Trial, Dated February 13, 2024
(ECF Doc. No. 277) ...................................................................Appx2620

Transcript of Jury Trial, Dated February 13, 2024
(ECF Doc. No. 277) ...................................................................Appx2688

Transcript of Jury Trial, Dated February 14, 2024
(ECF Doc. No. 278) ...................................................................Appx2825

Transcript of Jury Trial, Dated February 14, 2024
(ECF Doc. No. 327) ...................................................................Appx2948

Transcript of Jury Trial, Dated February 15, 2024
(ECF Doc. No. 279) ...................................................................Appx3074

Transcript of Jury Trial, Dated February 15, 2024
(ECF Doc. No. 279) ...................................................................Appx3189

Transcript of Jury Trial, Dated February 20, 2024
(ECF Doc. No. 280) ...................................................................Appx3331

Transcript of Jury Trial, Dated February 20, 2024
(ECF Doc. No. 280) ...................................................................Appx3446

Transcript of Jury Trial, Dated February 21, 2024
(ECF Doc. No. 281) ...................................................................Appx3572

Transcript of Jury Trial, Dated February 21, 2024
(ECF Doc. No. 328) ...................................................................Appx3697

Transcript of Jury Trial, Dated February 22, 2024
(ECF Doc. No. 282) ...................................................................Appx3858

Transcript of Jury Trial, Dated February 22, 2024
(ECF Doc. No. 282) ...................................................................Appx3982

Transcript of Jury Trial, Dated February 23, 2024
(ECF Doc. No. 329) ...................................................................Appx4122

Transcript of Jury Trial, Dated February 26, 2024
(ECF Doc. No. 283) ...................................................................Appx4251

Transcript of Jury Trial, Dated February 26, 2024
(ECF Doc. No. 283) ...................................................................Appx4394

Transcript of Jury Trial, Dated February 27, 2024
(ECF Doc. No. 284) ...................................................................Appx4419

Transcript of Jury Trial, Dated February 27, 2024
(ECF Doc. No. 330) ...................................................................Appx4550

Transcript of Jury Trial, Dated February 28, 2024
(ECF Doc. No. 285) ...................................................................Appx4581

Transcript of Jury Trial, Dated February 28, 2024
(ECF Doc. No. 285) ...................................................................Appx4698

Transcript of Jury Trial, Dated February 29, 2024
(ECF Doc. No. 285) ...................................................................Appx4836

Transcript of Jury Trial, Dated February 29, 2024
(ECF Doc. No. 286) ...................................................................Appx4955

Transcript of Jury Trial, Dated February 29, 2024
(ECF Doc. No. 331) ...................................................................Appx5074

Transcript of Jury Trial, Dated March 1, 2024
(ECF Doc. No. 287) ...................................................................Appx5198

Transcript of Jury Trial, Dated March 1, 2024
(ECF Doc. No. 332) ...................................................................Appx5344

Transcript of Jury Trial, Dated March 4, 2024
(ECF Doc. No. 288) ...................................................................Appx5359

Transcript of Jury Trial, Dated March 4, 2024
(ECF Doc. No. 288) ...................................................................Appx5496

Transcript of Jury Trial, Dated March 5, 2024
(ECF Doc. No. 289) ...................................................................Appx5621

Transcript of Jury Trial, Dated March 5, 2024
(ECF Doc. No. 333) ...................................................................Appx5762

Transcript of Jury Trial, Dated March 6, 2024
(ECF Doc. No. 290) ...................................................................Appx5900

Transcript of Jury Trial, Dated March 6, 2024
(ECF Doc. No. 334) ...................................................................Appx6004

Transcript of Jury Trial, Dated March 7, 2024
(ECF Doc. No. 291) ...................................................................Appx6087

Transcript of Jury Trial, Dated March 7, 2024
(ECF Doc. No. 291) ...................................................................Appx6190

Transcript of Jury Trial, Dated March 11, 2024
(ECF Doc. No. 292) ...................................................................Appx6324

Transcript of Jury Trial, Dated March 12, 2024
(ECF Doc. No. 293) ...................................................................Appx6344

Virtual Asset Analysis Expert Report of Luke Scholl,
Dated December 8, 2022................................................................Appx6400

Expert Report #1 of Elizabeth Bisbee (Nov. 2022).....................Appx6465

Expert Report #2 of Elizabeth Bisbee (Dec. 2022) .....................Appx6493

Expert Report #3 of Elizabeth Bisbee (Jul. 2023)......................Appx6522

CS-Mazars Expert Report - Device Review Summary,
Dated May 5, 2023 .......................................................................Appx6529

CS-Mazars Expert Report - IP Overlap Analysis,
Dated November 9, 2022 ...............................................................Appx6532

CS-Mazars Expert Report - IP Graph Data Excel File..............Appx6539

Criminal Complaint, Dated April 26, 2021 (ECF Doc. No. 1) .............Appx6542

Arrest Warrant, Dated April 26, 2021 (ECF Doc. No. 5).....................Appx6556

Indictment, Filed June 14, 2021 (ECF Doc. No. 8) .............................Appx6557

Superseding Indictment, Filed July 18, 2022 (ECF Doc. No. 43) .......Appx6561

Defendant's Supporting Memorandum of Law,
Dated August 1, 2022 (ECF Doc. No. 46) ............................................Appx6567

Attachment to Memorandum of Law -
Proposed Order of Hon. Randolph D. Moss Granting Defendant's
Motion to Dismiss (ECF Doc. No. 46-1) .....................................Appx6585

Attachment to Memorandum of Law -
Defendant's Notice of Motion to Dismiss, Dated August 1, 2022
(ECF Doc. No. 46-2) .....................................................................Appx6586

Government's Opposition to Motion, Filed August 29, 2022
(ECF Doc. No. 52) ...............................................................................Appx6589

Defendant's Reply to Government's Opposition to Motion,
Dated September 7, 2022 (ECF Doc. No. 57) .......................................Appx6623

Exhibit A to Defendant's Reply -
Second Declaration of Eric Garland, Dated September 7, 2022
(ECF Doc. No. 57-1) ...................................................................Appx6635

Defendant's Motions in *Limine*, Dated October 24, 2022
(ECF Doc. No. 59) .......................................................................Appx6644

Exhibit A to Motions in *Limine* -
Letter from Tor Ekeland to Christopher B. Brown and
C. Alden Pelker, Dated September 23, 2022, with Exhibit A
(ECF Doc. No. 59-1) ...................................................................Appx6664

Defendant's Opposition to the Government's Motions in *Limine*,
Dated November 7, 2022 (ECF Doc. No. 68) .......................................Appx6680

Memorandum Opinion and Order of Hon. Randolph D. Moss,
Dated March 6, 2023 (ECF Doc. No. 116) ...........................................Appx6689

Notice of Bill of Particulars for Forfeiture, Filed May 17, 2023
(ECF Doc. No. 119) .....................................................................Appx6709

Defendant's Notice of Intent to Present Expert Testimony,
Dated July 7, 2023 (ECF Doc. No. 145)..............................................Appx6711

Exhibit A to Notice of Intent -
Summary of Qualifications and Expected Testimony for
Dr. Francisco Cabanas (ECF Doc. No. 145-1) ...........................Appx6716

Exhibit B to Notice of Intent -
Summary of Qualifications and Expected Testimony for
Dr. Itiel Dror (ECF Doc. No. 145-2) ..........................................Appx6725

Exhibit C to Notice of Intent -
Summary of Qualifications and Expected Testimony for
Jeffrey Fischbach (ECF Doc. No. 145-3)....................................Appx6731

Exhibit D to Notice of Intent -
Summary of Qualifications and Expected Testimony for
Jonelle Still (ECF Doc. No. 145-4) .............................................Appx6737

Exhibit E to Notice of Intent -
Summary of Qualifications and Expected Testimony for
J.W. Verret (ECF Doc. No. 145-5)................................................Appx6741

Supplemental Summary of Qualifications and Expected
Testimony for Jonelle Still, Dated August 7, 2023
(ECF Doc. No. 157) ....................................................................Appx6756

Notice of Expert Report for Defense Expert Jonelle Still of
Ciphertrace, Dated August 8, 2023 (ECF Doc. No. 159) .....................Appx6761

Attachment to Notice of Expert Report -
Defense Expert Report of Jonelle Still, Dated August 7, 2023
(ECF Doc. No. 159-1) ................................................................Appx6764

Exhibit A to Notice of Expert Report -
Data Credibility in Cryptocurrency Investigations of Ciphertrace
(ECF Doc. No. 159-2) ................................................................Appx6805

Exhibit B to Notice of Expert Report -
Article Titled "Bitcoin: A Peer-to-Peer Electronic Cash System"
(ECF Doc. No. 159-3) ................................................................Appx6822

Notice of Bill of Particulars, Filed August 28, 2023
(ECF Doc. No. 173) ....................................................................Appx6832

Defense Response to Government's Motion to Admit Certain
Exhibits, Dated September 4, 2023 (ECF Doc. No. 177) .....................Appx6834

Notice of Source Code Expert Bryan Bishop Regarding Independent
Analysis of Chainalysis Reactor Source Code and Request for
Production of Chainalysis Reactor Source Code and Relevant
Related Brady Material, Dated September 5, 2023
(ECF Doc. No. 179) ....................................................................Appx6843

Chainalysis' Notice in Response to the Court's Request Regarding
Protective Order, Dated September 12, 2023
(ECF Doc. No. 195) ....................................................................Appx6860

Exhibit A to Notice in Response -
[Proposed] Heuristic Information Protective Order of
Hon. Randolph D. Moss (ECF Doc. No. 195-1)............................Appx6862

Exhibit B to Notice in Response -
[Proposed] Heuristic Information Protective Order to Jonelle Still
of Hon. Randolph D. Moss (ECF Doc. No. 195-2).......................Appx6869

Heuristic Information Protective Order to Jonelle Still of Hon.
Randolph D. Moss, Dated September 13, 2023 (ECF Doc. No. 196)...Appx6877

Notice Regarding Court's Proposed Protective Order Governing
Review of Chainalysis' Proprietary Information,
Dated September 20, 2023 (ECF Doc. No. 199) ..................................Appx6884

Notice Regarding Ciphertrace Expert Testimony and Review of
Latest Chainalysis Production, Dated September 22, 2023
(ECF Doc. No. 205) ...............................................................................Appx6888

Government's Response to September 18, 2023 Minute Order
Regarding Defendant's Access to Sensitive Heuristics Information
Provided by Chainalysis, Filed September 22, 2023
(ECF Doc. No. 206) ...............................................................................Appx6892

Defendant's Opposition to Government's Response to
September 18, 2023, Minute Order Regarding Defendant's Access
to Sensitive Heuristics Information Provided by Chainalysis,
Dated September 29, 2023 (ECF Doc. No. 207) ..................................Appx6901

Memorandum Opinion and Order of Hon. Randolph D. Moss,
Dated November 4, 2023 (ECF Doc. No. 210) ....................................Appx6912

Memorandum Opinion and Order of Hon. Randolph D. Moss,
Dated November 30, 2023 (ECF Doc. No. 213) ..................................Appx6930

Defendant's Motion to Exclude any Testimony About Deepweb
Marketplaces, Dated February 8, 2024 (ECF Doc. No. 247)..............Appx6942

Attachment to Motion to Exclude -
[Proposed] Order of Hon. Randolph D. Moss
(ECF Doc. No. 247-2) ................................................................Appx6950

Memorandum Opinion and Order of Hon. Randolph D. Moss,
Dated February 29, 2024 (ECF Doc. No. 259)......................................Appx6951

Final Jury Instructions and Charges, Filed March 7, 2024
(ECF Doc. No. 265) ...................................................................................Appx6982

Government's Motion for Preliminary Order of Forfeiture,
Filed June 7, 2024 (ECF Doc. No. 297)..................................................Appx7061

    Attachment to Motion for Preliminary Order of Forfeiture -
    Proposed Preliminary Order of Forfeiture Hon.
    Randolph D. Moss (ECF Doc. No. 297-1).....................................Appx7072

Defendant's Opposition to Government's Motion for Preliminary
Order of Forfeiture, Dated June 21, 2021 (ECF Doc. No. 305) ...........Appx7078

    Exhibit A to Defendant's Opposition -
    Article Titled "Chainalysis: Most Mixed Bitcoin Not Used
    For Illicit Purposes", Dated August 26, 2019
    (ECF Doc. No. 305-1) ....................................................................Appx7095

    Exhibit B to Defendant's Opposition -
    Blockchain Address Search Result from Blockchain.com
    (ECF Doc. No. 305-2) ....................................................................Appx7107

Government's Memorandum in Aid of Sentencing,
Filed August 1, 2024 (ECF Doc. No. 314)..............................................Appx7112

Sentencing Memorandum on behalf of Roman Sterlingov,
Dated August 15, 2024 (ECF Doc. No. 321) ..........................................Appx7157

Memorandum Opinion of Hon. Randolph D. Moss,
Dated November 4, 2024 (ECF Doc. No. 337) .......................................Appx7194

Defendant's Notice of Appeal, Dated November 19, 2024
(ECF Doc. No. 343) ...................................................................................Appx7214

Memorandum for All Department Employees from The Deputy
Attorney General, Subjecting "Ending Regulation by Prosecution",
Dated April 7, 2025...................................................................................Appx7217

**Trial Exhibits:**

Trial Exhibit 601 -
Darknet Market Vendor Transaction Summary
(Document in Evidence and to be Produced Upon Request Due
to Volume) ...................................................................................Appx7221

Trial Exhibit 624...............................................................................Appx7222

Trial Exhibit 625...............................................................................Appx7223

Trial Exhibit 626...............................................................................Appx7224

Trial Exhibit 627...............................................................................Appx7225

Trial Exhibit 628(A)..........................................................................Appx7226

Trial Exhibit 628(B)..........................................................................Appx7227

Trial Exhibit 629...............................................................................Appx7229

Trial Exhibit 630(A)..........................................................................Appx7230

Trial Exhibit 630(B)..........................................................................Appx7244

Trial Exhibit 631...............................................................................Appx7247

Trial Exhibit 632...............................................................................Appx7248

Trial Exhibit 633...............................................................................Appx7252

Defense Exhibit 138 -
The-Message-Game, Written by Ice White .........................................Appx7253

Defense Exhibit 139 -
Extracted Page from The-Message-Game, Written by Ice White ......Appx7413

Government Exhibit 721 and Defense Exhibit 143 -
Boox Chat ........................................................................................Appx7414

Exhibit B to Fischbach Declaration -
Declaration of Jeffrey M. Fischbach, for Defendant, Dated August 14, 2024,
with Attachment
(ECF Doc. No. 321-2) ...............................................................Appx7415

of funds that are known to the defendant to have been derived from a criminal offense or intended to be used to promote or support such activity, constitutes a violation of the statute. And read in that manner, I think the relevant conduct is conducting a business involving the transmission of funds that are known to the defendant to have been derived from criminal conduct. And if read in that fashion for the reasons that I have previously given, I think that there is an adequate basis to conclude that the conduct may have occurred subject to the government's proof in the District of Columbia.

So then that just leads the defendant's more sweeping arguments in which he argues most ambitiously that criminal venue in the District of Columbia would be unconstitutional. And he argues that the Sixth Amendment prohibits all criminal trials in the District of Columbia. That is one of those arguments that to state the argument is to refute it. And I take it the proposition is that every criminal proceeding ever brought in this court has been unconstitutional. He points to the amendment's text, which reads, In all criminal prosecutions the accused shall enjoy the right to a speedy and public trial by an impartial jury of the state and district where the crime has been committed. And he argues, well, the District of Columbia is not a state. But there are plenty of constitutional precedents that treat the District of Columbia as a state for the purposes of the constitution. And there is

quite a bit of precedent treating the District of Columbia for various purposes as a state for various constitutional purposes. And I think the argument to the contrary is absurd.

Then, finally, is the question of statute of limitations. And Mr. Sterlingov has moved to dismiss the indictment on grounds of a statute of limitations. Again, I just have to look at this question on the face of the indictment. And it easily satisfies this statute of limitations on its face.

We begin with Count 1, the money laundering conspiracy count. And for that count, the statute of limitations is 5 years under 18 U.S.C. section 3282(a). And under Supreme Court precedent, it is established the conspiracy is a continuing offense and a defendant who has joined a conspiracy continues to violate the law through every moment of the conspiracy's existence. And that is *Smith versus United States*, 568 U.S. 106 and 111. As such, the statute of limitation does not begin -- does not begin to run until the conspiracy terminates or otherwise said until the last overt act during the existence of the conspiracy. And that is *Hitt*, at -- from the D.C. Circuit 249 F.3d at 1015.

The one exception is where the defendant has withdrawn from the conspiracy before the conspiracy concludes. But there is no evidence in front of me to that effect here. The indictment alleges that Mr. Sterlingov engaged in a money

laundering conspiracy from on or about October 27th, 2011 through April 27th, 2021. And Mr. Sterlingov has made no showing that the alleged conspiracy terminated earlier or that raised an affirmative defense in withdrawal. So the statute of limitations did not began to run until April 27th, 2021. And Mr. Sterlingov was charged in a criminal complaint on April 26, 2021 and indicted on June 14th, 2021, all well within the statute of limitations.

The same principles apply to Counts 3 and 4, operating an unlawful -- unlicensed money transmitting business and money transmission without a license. These too are continuing offenses. And because criminal statute of limitations are liberally interpreted in the favor of repose, *United States versus Scharton*, 285 U.S. 518, 522 and that should only be considered continuing for statute of limitations if the explicit language of the substantive criminal statute compels such a completion or the nature of the crime involved such that congress must have assuredly have intended that it be treated as a continuing offense. And that is from *Toussie versus United States*, 397 U.S. 112 at 115.

And as Chief Judge Johnson of the District of New Mexico recently and ably explained, operating an unlicensed money transmitting business in violation of 18 U.S.C. section 1960(a) meets the second prong of that test. That is from *United States versus Wellington*. Section 960(a) states that it

shall be a crime to conduct, control, manage, supervise, direct or own all or part of an unlicensed money transmitting business, although the money transmitting business being unlicensed is an essential element of the crime, the nature of the crime is not failing to register a money transmitting business, but rather knowingly operating an unlicensed money transmitting business and operating an unlicensed business is inherently a continuing process, such that, according from Toussie, each day's acts bring a renewed threat of the substantive evil Congress sought to prevent.

So section 960(a), in my view, does create a continuing offense. DC law also recognizes continuing offenses. And the offense with which Mr. Sterlingov is charged, engaging in the business of money transmission without a license in violation of D.C. Code section 26-1023(c) is likewise an intrinsically continuing crime. A person engages in a business over time, not a discrete moment. And the relevant statutes of limitations for those offenses are in the case of 1860(A) 5 years and in the case of D.C. Code provision 6 years.

The government has alleged continuing conduct by Mr. Sterlingov until on or about April 27th, 2021. And then with respect to Count 2 of the indictment, money laundering in violation of 18 U.S.C. section 1956(a)(3)(A) and (B) the same 5-year statute of limitations applies. And that count is

predicated on the sting transaction which occurred on November 21st, 2019, less than five years before the prosecution commenced. So those are my rulings on those issues. Let's see.

All right. I have got a jury note in my other case. But I think the only other thing that we absolutely need to do before openings is going through the slides.

Anything else, other than the slides, that we need to reach before openings?

MR. EKELAND: Yes, Judge.

THE COURT: You need a microphone.

MR. EKELAND: Just a brief question on the venue issue of whether or not the Court considers that as an issue for the jury to consider?

THE COURT: I do.

MR. EKELAND: Because I -- so I am asking basically for my opening whether or not I should mention it in my opening.

THE COURT: I do consider it an issue for the jury, yes.

MR. EKELAND: Just so I am clear on the burden of proof that the Court thinks that the jury needs to decide that on, is that on the preponderance of the evidence?

THE COURT: Yes.

MR. EKELAND: Thank you, Your Honor.

THE COURT: All right. Well, since my voice is tired anyway, why don't we take a break while I go and see what my jury note is about in the other case and then come back and we can go through the slides. And as soon as we go through the slides, we can proceed. I will give the preliminary jury instructions, which I am going to include, absent objection, the instruction on juror questions and proceed to openings. Okay.

(Recess taken at 10:54 a.m.)

THE COURT: All right. Everyone have a seat, please. So I have been through the defendant's objections to the slides the government proposes to use in its opening. And at a general level, I think it is not problematic for either side to blow up or highlight a particular sentence or clause or to zoom in, in portions of an exhibit or a slide and to do so in their openings. Because I think an opening is designed to draw the jury's attention to the evidence that the parties expect will be introduced and to outline that. And although maybe there is some argumentative element in pointing to the evidence that you think is relevant in the case, I don't think that is the type of -- it is not argumentative in the sense that it is inappropriate in an opening statement, because that is what an opening statement is. Here is the relevance that we think you are going to hear relevant to your consideration in this case.

So I don't think the fact that there is particular

material that is highlighted renders it argumentative or improper. I assume the defense is going to point to evidence that the defense thinks is relevant in the case.

With respect to the defense objections that the evidence has not yet been admitted, the rule that I typically apply is that you have to have a good faith basis to believe it will be admitted. And we have been through quite an extensive process of pretrial motions in limine. But if there is some exhibit that is included here where there is substantial doubt whether it will be admitted, that is something we should talk about. If it is just that it hasn't happened yet, I don't think that is problematic. And that is something that typically takes place in opening statements. And it would be hard to make an opening statement at all, if you couldn't refer at least to evidence that you anticipate will be admitted because, again, that is the whole purpose.

And I realize that actually showing the evidence may be a little bit more impactful. But, here, this doesn't strike me as the type of case where there is, frankly, a huge difference in impact from describing the evidence that you expect to be admitted and showing some of it. But if there was a basis to conclude that there is something that is in here that will not be admitted at trial, we should talk about that. And you should explain that to me, although I would have hoped you would have done that before now and before the eve of

openings, if there was a significant piece of evidence that we didn't discuss during the many, many days of pretrial hearings that we had.

The one question I did have, that I wanted to ask the government about was the slide that shows Silk Road, Silk Road 2.0 and so forth, which is at page docket 248-1 at 6. And the defense comes back and says most of those entities no longer existed by the time the statute -- within the statute of limitations. And I want to hear from the government. And I have given you my ruling on the statute of limitations that it is a continuing offense. But it was unclear to me whether what the government is alleging here is, in essence, what is a hub and spoke conspiracy in which allegedly Bitcoin Fog and Mr. Sterlingov are the hubs and there are various spokes and some of those spokes may have come and gone over time. And that it is permissible for the government to prove its case based on spokes that may have been gone by the time the conspiracy launched or whether the government's real point here is whether this evidence goes to state of mind, modus operandi, and is appropriate for that reason or for both.

MR. BROWN: Your Honor, to answer the question correctly, I think the more accurate description of our theory of prosecution is a chain conspiracy. It is a conspiracy involving different actors in a vertically integrated drug distribution and sale conspiracy where there is

inter-interdependency there. These particular pictures, I think, Your Honor, they are even more directly relevant, because one of the government's -- the elements that the government has to prove for the money laundering conspiracy is the conspiracy to launder the proceeds of specified unlawful activity.

Drug sales on Silk Road create proceeds of the SUA alleged in the indictment, the drug trafficking offenses. So part of our proof is showing specific Silk Road transactions, including specific vendors, which are shown in the opening that then used Bitcoin Fog.

THE COURT: Well, that gets back to my question though which is, whether you call it a chain or a hub and spoke conspiracy, where the overall conspiracy, the chain or the wheel, continues up into the statute of limitations. But there are prongs or spokes or whatever you want to call them that are gone before the statute runs, is that still something that can be actually charged and proven as an element of the actual offense? I mean, just to give you a hypothetical of what I am talking about is imagine a drug dealer and the -- he is a drug distributor. And you have five people who are the people who you used to distribute the drugs. And three of them are arrested. Before -- outside of what otherwise would be the statute of limitations. Two are not and you continue to deal with those two. Can the government prove its case by proving

the transactions involving the three, where they are all in jail by the time -- when the statute of limitations otherwise would have been the cutoff?

MR. BROWN: Yes, Your Honor. And I think that is actually really sort of black letter conspiracy law. The co-conspirators can enter and withdraw from a conspiracy, but the conspiracy is the offense. It is the agreement among the conspirators. And an overt act committed by a co-conspirator while they were still part of the overt acts in furtherance of the conspiracy as a whole. So if there is another co-conspirator who is part of the conspiracy overlapping those exited co-conspirators in time, that is absolutely still relevant. It is all one continuing course of conduct, even if certain actors exit the conspiracy.

THE COURT: Okay. That is what my question was. I am not surprised by the answer, but I wanted to make sure I understood that.

MR. BROWN: Yes, Your Honor.

THE COURT: I take it in addition, this is also relevant to modis operandi, knowledge, state of mind and so forth.

MR. BROWN: Yes, Your Honor, absolutely. And we do expect to introduce evidence that Mr. Sterlingov had a Silk Road account and actually used it in addition to --

THE COURT: Okay.

MR. BROWN: But the purpose of these exhibits is to show the specific vendors who used -- some of the specific vendors who used Bitcoin Fog.

THE COURT: All right. Let me hear from Mr. Ekeland then.

MR. EKELAND: I mean, the defense shares the Court's confusion as to what the government's theory of conspiracy is. I think we have been clear on our view in that almost all of these darknet markets, which I think except for the exception of AlphaBay are all shut down by law enforcement well outside the statute of limitations. And I think particularly with Silk Road, you are looking at 2013, 2014. So I have never been really clear, you know, the conspiracy, of course, is an inchoate charge. But I think the theory here itself and the law is a little bit inchoate. And certainly the government knew and was investigating this case when -- within the statute of limitations. They just waited until, essentially 2021, to bring their criminal complaint against Mr. Sterlingov. This investigation starts in 2015. So I don't have much more to add to that except what we have already said.

THE COURT: Anything else you want to add?

MR. EKELAND: Yes. Just one minor point. Mr. Sterlingov did ask me about the Court's ruling on our motion in limine on the 403 issue on the statute of limitations. I just wanted to make sure that was included in

your -- we made a --

THE COURT:  Oh, yes.  I have to say, I was really puzzled when you say you want a ruling on the 403.  Is your point -- is what you are arguing that any unlawful conduct that occurred outside of what you say would be the window of the statute of limitations is more prejudicial than probative and should be excluded under 403 or really might be a 404 issue instead?

MR. EKELAND:  I think actually both, Your Honor.  And also given the fact that there is literally no evidence in the record outside of what they are alleging from Bisbee's Chainalysis report of any kind contact -- there is no evidence of any contact between these darknet markets and Mr. Sterlingov beyond this minor account that he had like one time.  There is no -- everything they are charging in the conspiracy here, they have got no explicit evidence for.  Beyond -- and this is I think reflective in their bill of particulars, which essentially just charges a conspiracy with basically the entire internet, it looks like.

THE COURT:  If that is the motion, that motion is denied.  I do think that both for two reasons, one is at least based on what has been shown to me and argued to me thus far, the government's theory of conspiracy is a tenable and appropriate theory of conspiracy law.  And at least no one has pointed me to any law that says where a -- where there are

multiple co-conspirators and one of the co-conspirators drops out of the conspiracy perhaps because they are arrested that that person -- the conduct involving that person is not at issue in the conspiracy where the conspiracy is a continuing violation involving others who are continuing members to the conspiracy. So I think that theory makes sense to me. And no one has pointed me to any law that says it is not correct. And I also think to the extent it is 403 or a 404 issue, that the evidence would go to modus operandi and state of mind and would be appropriate for those grounds as well.

But I think it is intrinsic to the unlawful conduct, so it is not even a 404 issue because it is intrinsic to start with.

MR. EKELAND: Understood.

THE COURT: All right. I am going to allow the slides then. The government can use your slides during the opening.

Anything else we need to address then before we bring the jury in?

MR. BROWN: No, Your Honor.

(Pause.)

(Jury in at 11:34 a.m.)

THE COURT: All right. Good morning, everyone. Be seated.

And I am going to ask you to stand back up and I am

going to ask the clerk to swear in the jury.

(Jury sworn.)

THE JURY: I do.

THE COURTROOM DEPUTY: Thank you. You may be seated.

THE COURT: All right. Thank you, everyone. Good morning.

Before we begin the trial, I want to explain how the trial will work and some of the legal rules that will be important in this trial. These remarks are not meant to be a substitute for the detailed instructions that I will give at the end of the trial just before you start your deliberations. These preliminary instructions are intended to give you a sense of what will being going on in the courtroom and what your responsibility as jurors will be.

When you took your seats, or perhaps before you took your seats, you may have noticed that each of you have a notebook and a pen. That is because I do permit jurors to take notes during trial if they wish. Whether you take notes or not is entirely up to you. Many people find that taking notes helps them remember testimony and evidence. Others find it distracts from listening to the witnesses. You will be permitted to take your notebook back with you into the jury room during your deliberations. You should remember, however, that your notes are only an aid of your memory. They are not evidence in the case. And they should not replace your own

memory of the evidence. Those jurors who do not take notes, should rely on their own memory of the evidence and should not be influenced by another juror's notes.

Other than during your deliberations, the notebooks will remain locked in the courtroom during recesses and overnight. You will be able to take -- you will not be able to take your notebooks home with you. As you come and go you will not be able to take them home with you overnight.

At the end of the trial, when you come back to the courtroom to deliver your verdict, your notebooks will be collected and the pages will be torn out and destroyed. No one, including myself, will ever look at any of your notes. So feel free to write whatever you wish.

Generally, only the lawyers and I ask witnesses questions. Occasionally, however, a juror thinks that an important question has not been asked. As a juror, you must be an impartial judge of the facts and not an advocate for either side in this proceeding. While I am not encouraging any of you to pose questions to the witnesses, if during the course of the trial you feel an important question has not been asked, you may write out that question on a piece of paper. You may not ask a question orally at any time during the trial. In addition, you may not discuss the question with any fellow jurors or anything else.

You should submit your question to me after the

lawyers are finished with their questioning of the witness, but before the witness leaves the stand. And once a witness has left the witness stand -- once a witness has left the witness stand and been excused, the witness will not be recalled to respond to a juror's question.

After consulting with the lawyers, I will determine whether the question relates to a fact or facts about which the witness can properly testify. If it is proper, I will ask the question. If I do not ask the question, that means I have decided the question is not a legally proper one. The juror posing it should not guess or speculate about what the answer might have been and must not consider the question or discuss it with other jurors during deliberations. If I decide the question relates only to a legal issue, I may decide to wait until final instructions and answer the question then.

Now, you probably noticed there are 16 of you sitting in the jury box or in front of the jury box. Only 12 of you, will retire to deliberate in this matter. Before any of you ever entered the courtroom we randomly selected the alternate seats. I will not disclose who the alternate jurors are until the end of my final instructions, just before you begin your delineations. As any seat might turn out to be an alternate seat, it is important that each of you think of yourself as regular jurors during the trial. And that all of you give this case your fullest and most serious attention.

At the beginning of the jury selection process, you were introduced to some of the witnesses by name. If at any time during the trial, you suddenly realize that you recognize or might know any witness, lawyer, someone who is mentioned in testimony or evidence or anyone else connected with this case in any way, you should raise your hand immediately and ask to speak with me.

Now, let me explain briefly some of the procedures we will follow and some of the rules of law that will be important in this case.

The indictment contains four counts. In Count 1, the indictment charges that the defendant conspired with co-conspirators, known and unknown, including darknet vendors, and darknet administrative teams to engage in a money laundering conspiracy through a Bitcoin mixer known as Bitcoin Fog.

In Count 2, the indictment charges the defendant conducted a money laundering transaction involving property represented to be the proceeds of unlawful activity on November 21st, 2019.

In Count 3, the indictment charges the defendant operated an unlicensed money transmitting business known as Bitcoin Fog or aided and abetted others in doing so.

In Count 4, the indictment charges the defendant through the operation of Bitcoin Fog engaged in the business of

money transmission without a license in the District of Columbia.

You should understand clearly that the indictment that I just summarized is not evidence. The indictment is just a formal way of charging a person with a crime in order to bring him to trial. You must not think of the indictment as any evidence of the guilt of the defendant or draw any conclusion about the guilt of the defendant just because he has been indicted.

At the end of the trial, you will have to decide whether the evidence presented has convinced you beyond a reasonable doubt that the defendant committed the offenses with which he has been charged. As I explained, Mr. Sterlingov is charged in four counts.

Each count of the indictment charges a separate offense. You should consider each offense and the evidence which applies to it separately and should return separate verdicts as to each count. The fact that you may find the defendant guilty or not guilty on any one count of the indictment should not influence your verdict with respect to any other count of the indictment.

I will provide you more detailed instructions at the end of the case. And allow me to briefly describe the elements of the four counts now.

In Count 1, Mr. Sterlingov is charged with a money

laundering conspiracy. There are two elements to this charge, each of which the government must prove beyond a reasonable doubt. First, the government must prove that a conspiracy existed. A conspiracy exists when two or more people agree to commit an offense. A conspiracy does not require a formal agreement or plan in which every detail is worked out. But the members of the conspiracy must have a common understanding to commit at least one of the alleged crimes which are known as the objects of the conspiracy.

Second, the government must prove the defendant intentionally joined in that agreement. Here, the indictment alleges two objects of the conspiracy. The first object of the conspiracy is laundering of monetary instruments in violation of 18 U.S.C. section 1956(a)(1)(A)(i). A person violates section 1956(a)(1)(A)(i) when, one, knowing that the property involved in a financial transaction represents the proceeds of some form of unlawful activity; two, he conducts or attempts to conduct that financial transaction and the transaction both affects interstate or foreign commerce and, in fact, involves the proceeds of the unlawful activity; and, three, he does so with the intent to promote the carrying on of the unlawful activity.

The indictment alleges that the unlawful activity at issue was the illegal manufacture, importation, receiving, concealment, buying, selling or otherwise dealing in a

controlled substance.

The second alleged object of the conspiracy is laundering of a monetary instrument in violation of 18 U.S.C. section 1956(a)(1)(B)(i). A person violates section 1956(a)(1)(B)(i) when, first, knowing that the property involved in a financial transaction represents the proceeds of some form of unlawful activity; two, he conducts or attempts to conduct the financial transaction and the transaction both effects interstate or foreign commerce and, in fact, involves the proceeds of unlawful activity; and, three, he knows that the transaction is designed in whole or in part to conceal or disguise the nature, the location, the source ownership or the control of the proceeds of the unlawful activity.

With respect to this object of the conspiracy, the indictment also alleges that the unlawful activity at issue was the illegal manufacture, importation, receiving, concealment, buying, selling or otherwise dealing in a controlled substance.

In Count 2, the defendant is charged with money laundering in violation of 18 U.S.C. section 1956(a)(3)(A) and (B). That charge contains three elements, each of which the government must prove beyond a reasonable doubt. First, the government must prove that the defendant knowingly, conducted or tried to conduct a financial transaction that effects interstate or foreign commerce; second, it must prove the transaction involved property represented by a law enforcement

officer to be the proceeds of some form of unlawful activity; third, it must prove the defendant acted with the intent to promote the carrying on of specified unlawful activity or the intent to conceal or disguise the nature, location, source, ownership or control of the property he believed to be the proceeds of specified unlawful activity.

The indictment alleges that the unlawful activity at issue was the illegal manufacture, importation, receiving, concealment, buying, selling or otherwise dealing in a controlled substance.

In Count 3, the defendant is charged with operating an unlicensed money transmitting business from on or about October 11th, 2011 through on or about April 27th, 2021 in violation of 18 U.S.C. section 1960. That charge contains three elements, each of which government must prove beyond a reasonable doubt. First, the government must prove that Bitcoin Fog was an unlicensed money transmitting business. And I will explain what an unlicensed money transmitting business is in a moment. Second, it must prove the defendant knowingly controlled, conducted, managed, supervised, directed or otherwise owned the business.

The government is not required to prove that the defendant did all of the things in this list, but only that he did one of them.

And, third, the government must prove that the money

transmitting business affected interstate or foreign commerce. An unlicensed money transmitting business means a money transmitting business, that, A, is operated without an appropriate money transmitting license in the District of Columbia where such operation is punishable as a misdemeanor or a felony under District of Columbia law, whether or not the defendant knew a license was required or punishable by District of Columbia law. B, fails to comply with the money transmitting business registration requirements under certain federal laws, which I will instruct you about at in greater detail at the end of the case. Or 3, or C, otherwise involves the transportation or transmission of funds that are known by the defendant to have been derived from a criminal offense or intended to be used to promote or support unlawful activity.

A money transmitting business is unlicensed for purposes of section 1960 if any one of those conditions is satisfied.

Finally, in Count 4, the defendant is charged with money transmission without a license from on or about October 27th, 2011, through on or about April 27th, 2021 in violation of D.C. Code 26-1023(c). There are two elements to this charge, each of which the government must prove beyond a reasonable doubt. First, the government must prove the defendant was engaged in the business of money transmission in the District of Columbia. And, second, it must prove the

defendant did not have a license issued by the District of Columbia to engage in that business.

Every defendant in a criminal case is presumed to be innocent. This presumption of innocence remains with the defendant throughout the trial unless and until he or she is proven guilty beyond a reasonable doubt.

The burden is on the government to prove the defendant's guilt beyond a reasonable doubt. And that burden of proof never shifts throughout the trial. The law does not require a defendant to prove his or her innocence or to produce any evidence.

If you find the government has proven beyond a reasonable doubt every element of the offense with which the defendant is charged, it is your duty to find him guilty of that offense. On the other hand, if you find the government has failed to prove any element of the offense beyond a reasonable doubt, you must find the defendant not guilty of that offense.

As I explain how the trial will proceed, I will refer to the government and the defense or the defendant. When I mention the government, I am referring to Assistant United States Attorney Christopher Brown and Department of Justice trial attorneys, Catherine Alden Pelker and Jeffrey Pearlman. When I mention the defendant or defense, I am referring either to Mr. Roman Sterlingov or his attorneys Mr. Tor Ekeland or

Mr. Michael Hassard.

As the first step in the trial, counsel for the government and counsel for the defendant will have the opportunity to make opening statements. Counsel for the defendant may make an opening statement immediately after the government's opening statement or the defense may wait until the beginning of its case or may choose not to make an opening statement at all. You should understand that opening statements are not evidence. They are only intended to help you understand the evidence that the lawyers expect to be introduced.

After the opening statement or statements, the government will put on what is called its case in chief. That means the government will call witnesses to the witness stand and ask them questions. That is called direct examination.

When the government is finished, the defense may ask questions. And that is called cross-examination. And when the defense is finished the government my conduct a brief redirect examination.

After the government presents its evidence, the defendant may present evidence, but is not required to do so. The law does not require a defendant to prove his or her innocence or to produce any evidence. If the defense does put on evidence, the defense will call witnesses to the stand and ask questions on direct examination. The government will

cross-examine. And the defense may conduct a brief redirect examination. When the defense is finished, the government may offer a rebuttal case, which would operate along the same lines as the government's case in chief. After all of the evidence is presented, counsel for the government and counsel for the defendant will have the opportunity to make a closing argument in support of its case.

The lawyers' closing arguments, just like opening statements, are not evidence in the case. They are only intended to help you understand the evidence. Finally, after both sides have finished closing argument, I will tell you in detail about the rules of law that you must follow when you consider what your verdict shall be.

Your verdict must be unanimous. That is all 12 jurors must agree on the verdict.

I want to briefly describe my responsibilities as the judge and your responsibilities as the jurors.

My responsibility is to conduct this trial in an orderly, fair and efficient manner, to rule on legal questions that come up in the course of the trial and to instruct you about the law that applies to case.

It is your sworn duty as jurors to accept and to apply the law as I state it to you.

Your responsibility as jurors is to determine the facts in the case. You, and only you, are the judges of the

facts. You alone determine the weight, the effect, and the value of the evidence, as well as the credibility or believability of witnesses. You must consider and weigh the testimony of all witnesses who appear before you. You alone must decide the extent to which you believe any witness. You must pay very careful attention to the testimony of all of the witnesses, because you will not have any transcript or summaries of the testimony available to you during your deliberations. You will have to rely entirely on your memory and your notes, if you choose to take any.

As human beings we all have personal likes and dislikes, opinions, prejudices and biases. Generally, we are aware of these things, but also you should consider the possibility that you have implicit biases. That is, biases which you may not be consciously aware of. Personal prejudices, preferences or biases have no place in a courtroom where the goal is to arrive at a just impartial verdict. All people deserve fair treatment in the legal system regardless of race, national or ethnic origin, religion, age, disability, sex, gender or expression, sexual orientation, education, income level or any other personal characteristic. You should determine the facts solely from a fair consideration of the evidence.

During this trial, I may rule on motions and objections by the lawyers, make comments to the lawyers,

question the witnesses and instruct you on the law. You should not take any of my statements or actions as any indication of my opinion about how you should decide the facts. If you think that somehow I have expressed or even hinted at an opinion as to the facts in this case, you should disregard it. The verdict in this case is your sole and exclusive responsibility. You may consider only the evidence properly admitted in this case. That evidence includes the sworn testimony of witnesses and the exhibits admitted into evidence. Sometimes a lawyer's question suggests the existence of fact, but the lawyer's question alone is not evidence.

If the evidence includes anything other than testimony and exhibits, I will instruct you about these other types of evidence when they are admitted during the trial.

During the trial, if the court or a lawyer makes a statement or asks a question or refers to the evidence that you remember differently, you should rely on your memory of the evidence during your deliberations.

The lawyers may object when the other side asks a question, makes an argument or offers evidence that the objecting lawyer believes is not properly admissible. And I will respond by saying sustained or overruled. If I sustain an objection to a question asked by a lawyer, the question must be withdrawn and you must not guess or speculate what the answer to the question would have been. If a question is asked and

answered, and then I rule, the answer should be stricken from the record you must disregard both the question and the answer in your deliberations. You should follow the same rule if any of the exhibits are stricken. If I overrule an objection, the question may stand and the witness may answer it. And you must not hold such objections against the lawyer who makes them or the party he or she represents. It is the lawyer's responsibility to object to evidence that the lawyer believes is not admissible.

You are not permitted to discuss this case with anyone until the case is submitted to you for your decision at the end of my final instructions. And this means that until the case is submitted to you, you may not talk about it even with your fellow jurors. This is because we don't want you making decisions, until you have heard all of the evidence and the instructions of law. In addition, you may not talk about this case with anyone else.

In this age of electronic communications, I want to stress that you must not use electronic devices or computers to talk about the case, including tweeting, texting, blogging, emailing, posting information on a website or chat room or by any other means at all. Do not send or accept message including emails and text messages about your jury service. You must not disclose your thoughts about your jury service or ask for advice on how to decide the case. This is because you

must decide the case based on what happens here in the courtroom, not on what someone may or may not tell you outside the courtroom. People will undoubtedly ask you about what kind of case you are sitting on. And as I previously mentioned, it is a criminal case but nothing else.

Now, when the case is completely over, you may discuss any part of it with anyone you wish. But until then, you may not do so. Although it is a natural human tendency to talk with people with whom you may come into contact, you must not talk to any of the parties, their attorneys or any witnesses in this case during your time on the jury.

You -- if you encounter anyone connected with the case outside the courtroom, you should avoid having any conversation with them, overhearing their conversation or having any contact with them at all. For example, if you find yourself in a courthouse corridor, elevator or other location where the case is being discussed by the attorneys, parties, witnesses or anyone else, you should immediately leave the area to avoid hearing such discussions.

If you do overhear a discussion about the case, you should report that to me as soon as you can.

And, finally, if you see any of the attorneys or witnesses involved in the case and they turn and walk away from you, they are not being rude. They are simply following the same instruction that I have just given you. It is very

unlikely, but if someone tries to talk to you about the case, you should refuse to do so and immediately let me know by telling the deputy clerk or the marshal. Don't tell the other jurors, just let me know and I will bring you in and we can discuss it. Between now and when you are discharged from your jury duty, you must not provide to or receive from anyone, including friends, coworkers, family members any information about your jury service. You may tell those who need to know where you are, that you have been chosen for a jury in a criminal case and how long the case may take. You may not, however, give anyone any information about the case itself or the people involved in the case. And you must also warn people not to try to say anything to you or write to you about your jury service or the case. That includes face to face, phone or computer or electronic communications of any kind.

Because you must decide the case based only on what occurs in the courtroom, you may not conduct any independent investigation of the law or facts in this case of any kind. That used to mean that you couldn't conduct any research in books or newspapers or visit that scene of the alleged crime. In this electronic age, it also means you cannot conduct any other kind of research, for example, research any issue on the internet, asking any questions of anyone via email or text or otherwise communicating about or investigating the facts or law connected with the case.

And I want to explain a bit further why there is a ban on internet communications and research concerning the case. Unfortunately, courts around the country have occasionally experienced problems with jurors ignoring this rule and sometimes resulting in costly retrials. Generally speaking, those jurors have not sought to corrupt the process, rather they have been seeking additional information in aiding them in what is undoubtedly a heavy and solemn responsibility. Nonetheless, there are very good reasons for this rule. In the first place, obviously not everything one sees online is true. This includes not only information from persons responding to whatever postings you may make about the case, but can also include information from established websites, for example, a mapping site might not reflect the way a location appeared at the time that is at issue in the case. Furthermore, even items that are technically true can change their meaning and significance based on context.

In addition, both sides are entitled to have a chance not only to dispute or rebut evidence presented by the other side, but also argue to you how the evidence should be considered within the factual and legal confines of this case.

Any secret communications or research by you robs them of those opportunities and can distort the process sometimes with negative results. It is for those reasons that I instruct you that you should not and may not use the internet

to communicate about the case or to do research of any kind about the case.

In some cases, there may be reports in newspapers or on the radio, internet or television concerning a case while the trial is ongoing. If there should be such media coverage in this case, you may be tempted to read, listen to or watch it. You must not read, listen to or watch such reports because you must decide this case solely on the evidence presented in the courtroom.

If any publicity about this case inadvertently comes to your attention during the trial, do not discuss it with other jurors or anyone else. Just let me or my clerk know about it as soon as you can and I will then briefly discuss it with you.

After I submit the case to you, you may discuss it only when I instruct you to do so and only in the jury room and only in the presence of all of your fellow jurors. It is important that you keep an open mind and not decide any issue in the case until after I submit the entire case to you with my final instructions.

Finally, we have a fine court reporter here taking down the testimony, but you will not have a transcript with you during your deliberations. You must rely on your memory and, if you take them, the notes to aid in your memory. So I ask that you all pay close attention.

With that, we will begin with opening statements.

Just a moment, first.

(Conference held at the bench.)

THE COURT:  Can I ask counsel to pick up for a second?

THE COURTROOM DEPUTY:  Counsel, can you pick up the phones?

Counsel, can you pick up the phones, please?

THE COURT:  So I have a verdict in my other case. And so I guess the question is, I can send them to lunch.  But maybe it is just as well, I can send the jury for an early lunch at 12:00 and come back and that way you can all give your openings one after another back here at 1:00?

MR. BROWN:  Your Honor, the government is okay either way, but we are prepared to go forward right now.

THE COURT:  Mr. Ekeland.

MR. EKELAND:  The defense is fine with whatever the Court chooses, Your Honor.

THE COURT:  All right.  How long is your opening?

MR. BROWN:  Your Honor, about -- probably 45 minutes.

THE COURT:  All right.  I think I probably should go take the verdict now.  I will send them to lunch and come back -- we'll do it at 1:00.  Okay?

MR. BROWN:  Yes, Your Honor.

(End of bench conference.)

THE COURT: All right. Members of the jury, I have another case going on at the same time. I need to go attend to something in the other case. I apologize for that. So I think what probably makes sense for me to do is to just send you all for an early lunch at 12:00. Now come back at 1:00 and then we'll start fresh at 1:00 with the openings. I will remind you not to discuss the case with anybody, not to conduct any type of research and just to steer clear of anyone associated with the case. And I apologize to everyone for the delay, but we'll be back at 1:00 to start. All right. So see you soon.

THE COURTROOM DEPUTY: All rise.

(Jury out at 12:03 p.m.)

THE COURT: All right. My apologies to everyone who has come to watch. I hope this hasn't thrown you off too much, but I have a verdict in another case that I have to go take. So we will be back at 1:00.

Anything before we adjourn? Okay. I will see you back at 1:00.

(Recess taken at 12:04 p.m.)

56

# C E R T I F I C A T E

I, SHERRY LINDSAY, Official Court Reporter, certify that the foregoing constitutes a true and correct transcript of the record of proceedings in the above-entitled matter.

Dated this 15th day of March, 2024.

Sherry Lindsay, RPR
Official Court Reporter

MR. BROWN: [11]   3/6 5/18 29/21
31/4 31/18 31/22 32/1 34/20 54/14
54/20 54/24
MR. EKELAND: [12]   3/10 5/20
26/10 26/12 26/16 26/21 26/25
32/6 32/22 33/9 34/14 54/17
MS. PETERSON: [2]   3/22 5/1
THE COURT: [34]   3/9 3/15 4/23
5/2 5/8 5/12 5/16 5/19 5/21 5/24
26/11 26/15 26/19 26/24 27/1
27/10 30/12 31/15 31/19 31/25
32/4 32/21 33/2 33/20 34/15 34/23
35/5 54/4 54/9 54/16 54/19 54/21
55/1 55/13
THE COURTROOM DEPUTY: [4]   3/2
35/4 54/6 55/11
THE DEFENDANT: [4]   5/7 5/11 5/15
5/23
THE JURY: [1]   35/3

## 1

1-1 [1]   12/20
100 [1]   17/4
10005 [1]   2/4
1015 [1]   23/21
1023 [2]   25/15 43/21
106 [1]   23/17
10:08 [1]   1/6
10:54 [1]   27/9
111 [1]   23/17
112 [1]   24/20
115 [1]   24/20
11:00 [1]   7/1
11:34 [1]   34/22
11th [1]   42/13
12 [2]   37/17 46/14
122 [1]   17/15
12:00 [2]   54/12 55/5
12:03 [1]   55/12
12:04 [1]   55/19
12B [1]   10/2
13 [1]   1/5
1301 [1]   1/20
136 [1]   17/8
14th [1]   24/7
15th [1]   56/10
16 [1]   37/16
18 [15]   8/12 9/1 10/24 12/19
15/15 19/18 19/19 21/22 23/12
24/23 25/24 40/14 41/3 41/19
42/14
1860 [1]   25/19
1956 [15]   10/24 11/10 11/17 12/3
12/23 13/9 15/6 15/16 16/1 25/24
40/14 40/15 41/4 41/5 41/19
1960 [6]   20/22 21/5 21/22 24/24
42/14 43/16
1986 [1]   12/19
1:00 [4]   54/13 54/23 55/16 55/18
1:00 and [1]   55/5
1:00 to [1]   55/10
1:00 with [1]   55/6

## 2

2.0 [1]   29/6
20001 [1]   2/9
20005 [1]   1/21
2011 [3]   24/1 42/13 43/20
2013 [1]   32/12
2014 [1]   32/12
2015 [1]   32/19
2019 [2]   26/2 38/20
2021 [8]   24/2 24/5 24/7 24/7
25/22 32/17 42/13 43/20
2022 [1]   16/6
2023 [1]   19/12
2024 [2]   1/5 56/10
20530 [2]   1/14 1/17
209 [1]   16/7
21-399 [2]   1/4 3/2

218 [1]   16/7
21st [2]   26/2 38/20
241 [1]   14/1
248-1 [1]   29/6
249 [1]   23/21
257 [1]   17/8
26 [1]   24/6
26-1023 [2]   25/15 43/21
265 [1]   17/8
268 [1]   17/8
273 [1]   9/6
274 [1]   9/6
275 [1]   9/6
27th [7]   24/1 24/2 24/5 25/22
42/13 43/20 43/20
280 [1]   9/12
285 [1]   24/14
298 [1]   8/22

## 3

30 [1]   2/3
301 [1]   8/22
31 [1]   20/6
323 [1]   9/6
3237 [1]   9/1
3282 [1]   23/12
333 [1]   2/8
397 [1]   24/20
399 [2]   1/4 3/2
3d [1]   16/5

## 4

403 [4]   32/24 33/3 33/7 34/8
404 [3]   33/7 34/8 34/12
43 [1]   15/21
45 [1]   54/20

## 5

5-year [1]   25/25
5.1527 [1]   1/17
506 [1]   17/15
518 [1]   24/14
522 [1]   24/14
526 [1]   9/12
5303 [1]   20/6
543 [1]   16/7
545 [1]   16/5
550 [1]   16/5
553 [1]   16/5
568 [1]   23/17

## 6

601 [1]   1/16
6710 [1]   2/8

## 7

73 [1]   14/1
77 [1]   14/1

## 8

826 [1]   18/16
831 [1]   9/19
867 [1]   9/19
872 [1]   9/19
893 [1]   18/16
8th [1]   2/4

## 9

924 [1]   8/22
950 [1]   1/14
960 [4]   19/19 19/19 24/25 25/11

## A

a.m [3]   1/6 27/9 34/22
abetted [1]   38/23
able [3]   36/6 36/6 36/8
ably [1]   24/22
about [50]   3/21 5/17 7/10 7/13
7/20 8/5 14/6 18/18 18/22 20/17
20/23 21/2 24/1 25/22 27/3 28/11
28/23 29/5 30/20 32/23 37/7 37/11

39/8 42/12 42/13 43/10 43/19
43/20 46/12 46/21 48/3 48/13
49/13 49/16 49/20 49/23 49/24
50/3 50/20 51/1 51/8 51/11 51/13
51/24 52/12 53/1 53/2 53/10 53/13
54/20
above [1]   56/5
above-entitled [1]   56/5
absent [1]   27/6
absolutely [3]   26/6 31/12 31/22
absurd [1]   23/3
accept [2]   46/22 49/22
accepting [1]   16/18
access [1]   6/12
accessible [1]   14/9
accomplished [1]   16/3
according [2]   13/10 25/8
account [7]   12/15 12/16 12/25
13/1 16/22 31/24 33/14
accurate [1]   29/22
accused [1]   22/20
act [14]   8/19 15/25 16/3 16/9
16/11 16/13 16/14 16/24 17/18
18/9 18/14 18/15 23/20 31/8
acted [1]   42/2
Action [1]   1/3
actions [1]   48/2
activity [28]   11/3 11/5 12/17
13/8 13/13 15/15 15/18 16/3 18/2
20/9 21/10 21/21 22/3 30/6 38/19
40/17 40/20 40/22 40/23 41/7
41/10 41/13 41/15 42/1 42/3 42/6
42/7 43/14
actors [2]   29/24 31/14
acts [5]   8/19 8/22 9/16 25/9 31/9
actual [5]   4/2 4/11 4/21 18/3
30/18
actually [8]   11/18 14/21 18/2
28/17 30/18 31/5 31/24 33/9
adapted [1]   17/3
add [2]   32/19 32/21
added [1]   9/14
addition [5]   31/19 31/24 36/23
49/16 52/18
additional [2]   7/20 52/7
address [2]   19/15 34/18
adequate [1]   22/8
adequately [1]   10/1
adjourn [1]   55/17
administering [1]   21/17
administration [1]   9/8
administrative [1]   38/14
administrators [2]   15/5 16/17
admissible [2]   48/21 49/9
admitted [9]   28/5 28/7 28/10
28/15 28/21 28/23 48/7 48/9 48/14
advice [1]   49/25
advocate [1]   36/17
affected [1]   43/1
affecting [1]   20/1
affects [2]   11/13 40/19
affirmative [1]   24/4
affirmed [1]   18/12
after [14]   5/4 13/2 16/19 16/22
36/25 37/6 45/5 45/12 45/20 46/4
46/10 53/15 53/19 54/13
again [2]   23/6 28/16
against [2]   32/18 49/6
age [3]   47/19 49/18 51/21
agenda [1]   4/7
agendas [1]   4/7
agent [4]   12/24 13/15 16/19 18/2
agent's [4]   12/15 12/15 12/25
16/21
ago [1]   17/5
agree [2]   40/4 46/15
agreed [3]   19/5 19/7 19/12
agreement [3]   31/7 40/6 40/11
agrees [1]   16/12
ahold [1]   4/18
aid [2]   35/24 53/24
aided [1]   38/23

**A**

**aiding [1]** 52/7
**albeit [1]** 18/12
**Alden [2]** 3/8 44/23
**all [51]** 3/9 3/15 4/13 5/5 5/16 5/19 5/21 5/24 7/2 12/8 18/18 19/21 19/24 22/14 22/19 24/7 25/2 26/5 27/1 27/10 28/14 31/1 31/13 32/4 32/8 32/10 34/15 34/23 35/5 37/24 42/23 45/8 46/4 46/14 47/4 47/6 47/11 47/17 49/15 49/22 50/15 53/17 53/25 54/12 54/19 54/21 55/1 55/4 55/10 55/11 55/13
**allegations [2]** 8/6 16/19
**alleged [13]** 8/11 8/19 12/21 15/18 16/13 16/14 18/19 24/3 25/21 30/8 40/8 41/2 51/20
**allegedly [10]** 12/4 13/17 14/3 14/8 14/12 14/13 16/21 17/22 19/1 29/13
**alleges [10]** 10/1 15/3 16/15 18/20 19/18 23/25 40/12 40/23 41/15 42/7
**alleging [2]** 29/12 33/11
**allow [3]** 7/8 34/15 39/23
**allowed [1]** 13/12
**almost [1]** 32/8
**alone [4]** 18/13 47/1 47/4 48/11
**along [2]** 12/23 46/3
**AlphaBay [1]** 32/10
**already [4]** 8/6 9/10 11/22 32/20
**also [16]** 4/16 6/7 6/22 9/7 10/9 11/10 25/12 31/19 33/10 34/8 41/15 47/13 51/21 52/12 52/20
**alternate [3]** 37/19 37/20 37/22
**although [8]** 7/8 9/13 10/4 21/11 25/3 27/18 28/24 50/8
**always [1]** 17/3
**am [22]** 4/16 4/17 6/25 6/25 7/8 8/4 9/25 10/9 10/18 12/19 13/9 26/16 26/21 27/6 30/19 31/16 34/15 34/25 34/25 36/18 44/21 44/24
**ambitiously [1]** 22/12
**Amendment [2]** 8/10 22/14
**amendment's [1]** 22/19
**AMERICA [2]** 1/3 3/3
**among [2]** 9/14 31/7
**analysis [2]** 7/5 8/20
**Angela [1]** 3/13
**another [6]** 11/24 31/10 36/3 54/13 55/2 55/15
**answer [9]** 12/5 29/21 31/16 37/11 37/15 48/24 49/1 49/2 49/5
**answered [1]** 49/1
**anticipate [1]** 28/15
**any [72]**
**anybody [1]** 55/7
**anyone [11]** 38/5 49/11 49/17 50/7 50/12 50/18 51/6 51/11 51/23 53/12 55/8
**anything [10]** 5/16 5/19 8/1 26/8 32/21 34/18 36/24 48/12 51/13 55/17
**anyway [1]** 27/2
**anywhere [1]** 18/23
**Apollon [1]** 16/24
**apologies [1]** 55/13
**apologize [2]** 55/3 55/9
**appear [1]** 47/4
**appearance [1]** 3/5
**APPEARANCES [3]** 1/12 1/23 2/1
**appeared [1]** 52/14
**application [1]** 17/1
**applied [1]** 17/9
**applies [3]** 25/25 39/17 46/21
**apply [7]** 3/25 6/14 19/11 20/18 24/9 28/6 46/23
**applying [1]** 14/6
**appreciate [2]** 4/23 5/25

**approach [1]** 3/4
**appropriate [7]** 7/12 19/7 20/2 29/20 33/24 34/10 43/4
**April [6]** 24/2 24/5 24/6 25/22 42/13 43/20
**April 26 [1]** 24/6
**April 27th [4]** 24/2 24/5 25/22 43/20
**are [77]**
**area [1]** 50/18
**argue [2]** 21/11 52/20
**argued [1]** 33/22
**argues [4]** 20/11 22/12 22/14 22/22
**arguing [1]** 33/4
**argument [6]** 20/14 22/16 23/3 46/6 46/11 48/20
**argumentative [3]** 27/19 27/21 28/1
**arguments [4]** 19/4 22/12 22/16 46/8
**arise [2]** 4/4 4/13
**arisen [1]** 4/22
**around [1]** 52/3
**arrested [2]** 30/23 34/2
**arrive [1]** 47/17
**Article [1]** 8/9
**as [76]**
**ask [21]** 4/14 4/14 5/2 5/17 10/16 29/4 32/23 34/25 35/1 36/14 36/22 37/8 37/9 38/6 45/15 45/16 45/25 49/25 50/3 53/24 54/4
**asked [4]** 36/16 36/20 48/23 48/25
**asking [2]** 26/16 51/23
**asks [2]** 48/16 48/19
**asserted [1]** 13/6
**assist [1]** 13/10
**assistant [2]** 3/13 44/21
**associated [1]** 55/8
**assume [1]** 28/2
**assuming [2]** 12/11 13/3
**assuredly [1]** 24/18
**attempting [1]** 11/1
**attempts [2]** 40/17 41/7
**attend [1]** 55/2
**attention [5]** 27/17 37/25 47/6 53/11 53/25
**Attorney [1]** 44/22
**attorneys [7]** 4/6 4/14 44/23 44/25 50/10 50/17 50/22
**AUSA [1]** 3/6
**available [3]** 4/24 14/12 47/8
**availed [1]** 17/23
**avails [1]** 17/16
**Ave [2]** 1/14 1/20
**Avenue [1]** 2/8
**avoid [2]** 50/13 50/19
**aware [4]** 3/20 12/10 47/13 47/15
**away [1]** 50/23

**B**

**back [19]** 4/15 4/19 6/10 7/18 19/12 21/13 27/3 29/7 30/12 34/25 35/22 36/9 54/12 54/13 54/22 55/5 55/10 55/16 55/18
**background [1]** 8/5
**ban [1]** 52/2
**Bankruptcy [1]** 2/7
**barber [1]** 6/5
**based [6]** 9/7 29/17 33/22 50/1 51/16 52/17
**basically [2]** 26/16 33/18
**basis [7]** 10/8 10/13 16/9 18/5 22/8 28/6 28/22
**be [74]**
**because [18]** 16/9 18/22 21/19 24/12 26/16 27/16 27/22 28/16 30/3 34/2 34/12 35/17 39/8 47/7 49/14 49/25 51/16 53/7
**been [27]** 6/5 13/25 20/8 20/14 21/8 22/1 22/6 22/18 22/22 27/11 28/5 28/7 29/17 31/3 32/8 32/12

33/22 36/16 36/20 37/4 37/12 39/9 39/13 43/13 48/25 51/9 52/7
**before [20]** 1/9 7/4 7/24 23/23 26/2 26/7 26/9 28/25 28/25 30/17 30/23 34/18 35/7 35/11 35/15 37/2 37/18 37/21 47/4 55/17
**began [1]** 24/5
**begin [6]** 23/10 23/18 23/18 35/7 37/21 54/1
**beginning [2]** 38/1 45/7
**begun [1]** 8/25
**behalf [1]** 19/23
**being [7]** 4/5 16/22 17/19 25/3 35/13 50/17 50/24
**beings [1]** 47/11
**believability [1]** 47/3
**believe [3]** 6/11 28/6 47/5
**believed [2]** 11/7 42/5
**believes [2]** 48/21 49/8
**bench [2]** 54/3 54/25
**between [2]** 33/13 51/5
**beyond [13]** 10/5 17/14 33/14 33/16 39/11 40/2 41/21 42/15 43/22 44/6 44/8 44/12 44/16
**biases [4]** 47/12 47/14 47/14 47/16
**bill [1]** 33/17
**Bisbee's [1]** 33/11
**bit [5]** 8/7 23/1 28/18 32/15 52/1
**Bitcoin [18]** 12/15 12/22 12/25 13/2 13/9 13/12 14/11 16/21 16/23 18/1 29/13 30/11 32/3 38/15 38/15 38/23 38/25 42/17
**Bitcoins [1]** 13/1
**black [1]** 31/5
**blockchain [3]** 7/18 8/5 17/22
**blogging [1]** 49/20
**blow [1]** 27/14
**bodily [1]** 14/9
**bodily-accessible [1]** 14/9
**books [1]** 51/20
**Booth [1]** 16/5
**both [12]** 8/10 19/4 19/6 19/6 29/20 33/9 33/21 40/18 41/8 46/11 49/2 52/18
**box [2]** 37/17 37/17
**break [1]** 27/2
**brief [3]** 26/12 45/18 46/1
**briefly [5]** 7/19 38/8 39/23 46/16 53/13
**bring [6]** 10/14 25/9 32/18 34/18 39/6 51/4
**broad [1]** 9/4
**BRODIE [1]** 1/15
**Brooklyn [1]** 2/4
**brought [3]** 14/18 15/23 22/18
**BROWN [3]** 1/15 3/7 44/22
**burden [5]** 10/19 12/11 26/21 44/7 44/8
**business [38]** 4/11 19/2 19/17 19/22 19/25 19/25 19/25 20/5 20/25 21/6 21/13 21/14 21/18 21/24 21/24 22/5 24/10 24/23 25/3 25/3 25/6 25/7 25/7 25/14 25/17 38/22 38/25 42/12 42/17 42/18 42/21 43/1 43/2 43/3 43/9 43/15 43/24 44/2
**buying [4]** 15/20 40/25 41/17 42/9

**C**

**call [6]** 17/12 17/17 30/13 30/16 45/14 45/24
**called [3]** 45/13 45/15 45/17
**calls [1]** 17/10
**can [35]** 3/17 4/18 4/18 4/20 5/14 6/8 6/9 6/19 7/3 7/21 12/11 19/13 19/14 21/5 21/5 21/19 27/4 27/5 30/17 30/25 31/6 34/16 37/8 50/21 51/4 52/12 52/16 52/23 53/13 54/4 54/6 54/8 54/10 54/11 54/12
**cannot [1]** 51/21
**card [1]** 4/12

**C**

careful [1]  47/6
carry [2]  12/11 13/13
carrying [5]  11/5 13/6 15/11
  40/21 42/3
case [83]
cases [2]  20/12 53/3
CATHERINE [2]  1/13 44/23
Ccips [1]  1/19
CDF [1]  6/13
cell [1]  4/12
certain [2]  31/14 43/9
certainly [1]  32/15
certificates [1]  7/16
certify [1]  56/3
chain [3]  29/23 30/13 30/14
Chainalysis [1]  33/12
challenge [2]  9/24 18/5
chance [2]  5/4 52/18
change [1]  52/16
characteristic [1]  47/21
charge [6]  15/17 32/14 40/1 41/20
  42/14 43/22
charged [17]  8/23 9/2 10/23 12/2
  13/20 15/18 16/24 24/6 25/14
  30/18 39/13 39/14 39/25 41/18
  42/11 43/18 44/14
charges [6]  33/18 38/12 38/17
  38/21 38/24 39/15
charging [2]  33/15 39/5
chat [1]  49/21
check [4]  6/6 6/7 6/15 6/19
chief [3]  24/21 45/13 46/4
choose [2]  45/7 47/10
chooses [1]  54/18
chosen [1]  51/9
Chris [1]  3/6
CHRISTOPHER [2]  1/15 44/22
circles [1]  21/13
Circuit [6]  8/21 9/13 17/11 18/12
  18/16 23/21
circuits [1]  18/17
circumstances [2]  6/6 14/7
citing [1]  16/6
clause [1]  27/14
clear [6]  9/22 21/21 26/21 32/8
  32/13 55/8
clearly [1]  39/3
clerk [3]  35/1 51/3 53/12
clients [1]  4/6
close [1]  53/25
closing [3]  46/6 46/8 46/11
cluster [1]  13/2
co [12]  15/4 16/10 16/21 18/3
  18/6 31/6 31/8 31/11 31/12 34/1
  34/1 38/13
co-conspirator [6]  16/10 16/21
  18/3 18/6 31/8 31/11
co-conspirators [6]  15/4 31/6
  31/12 34/1 34/1 38/13
cocaine [2]  18/8 18/11
Code [3]  25/15 25/19 43/21
collected [1]  36/11
COLUMBIA [24]  1/1 12/5 12/13
  13/15 13/16 14/3 14/11 16/15
  16/25 18/7 18/24 20/18 22/10
  22/13 22/15 22/23 22/24 23/1 39/2
  43/5 43/6 43/8 43/25 44/2
come [12]  4/20 7/18 27/3 29/15
  36/7 36/9 46/20 50/9 54/12 54/22
  55/5 55/14
comes [2]  29/7 53/10
coming [1]  7/1
commenced [2]  16/20 26/3
comment [1]  21/20
comments [1]  47/25
commerce [6]  11/13 20/1 40/19
  41/9 41/24 43/1
commit [6]  17/17 17/18 17/19
  17/23 40/5 40/8
committed [9]  8/12 8/15 16/4 16/8

16/11 17/2 22/22 31/8 39/12
common [2]  9/14 40/7
communicate [2]  4/18 53/1
communicating [1]  51/24
communications [5]  4/2 49/18
  51/15 52/2 52/22
compels [1]  24/17
complaint [2]  24/6 32/18
complete [1]  7/5
completed [1]  15/24
completely [1]  50/6
completion [1]  24/17
comply [2]  20/4 43/8
computer [4]  6/7 6/8 6/12 51/15
computers [1]  49/19
conceal [5]  11/6 13/7 15/13 41/11
  42/4
concealing [1]  13/11
concealment [5]  13/12 15/20 40/25
  41/16 42/9
concerning [2]  52/2 53/4
concerns [1]  4/21
conclude [4]  10/16 21/4 22/9
  28/22
concluded [2]  12/25 18/8
concludes [2]  12/12 23/23
concluding [3]  11/15 11/16 18/14
conclusion [1]  39/8
conclusions [1]  7/10
conditions [1]  43/16
conduct [35]  9/11 9/17 11/1 11/3
  11/4 11/5 11/8 15/7 15/9 15/11
  15/12 19/20 20/19 20/21 21/4
  21/12 22/4 22/7 22/9 25/1 25/21
  31/13 33/4 34/3 34/11 40/18 41/8
  41/23 45/18 46/1 46/18 51/17
  51/19 51/21 55/7
conducted [11]  11/21 11/22 12/4
  12/22 15/3 14/3 14/8 17/5 38/18
  41/22 42/20
conducting [7]  10/25 15/9 19/1
  21/6 21/12 21/14 22/5
conducts [6]  11/15 12/1 13/19
  21/23 40/17 41/7
confer [1]  5/4
conference [2]  54/3 54/25
conferred [1]  16/16
confidence [1]  9/9
confines [1]  52/21
conflict [2]  5/6 5/12
conflicts [6]  3/20 3/24 4/4 4/8
  4/11 4/21
confusion [1]  32/7
congress [2]  24/18 25/10
congressional [1]  9/4
connected [3]  38/5 50/12 51/25
consciously [1]  47/15
consider [8]  26/14 26/19 37/12
  39/16 46/13 47/3 47/13 48/7
consideration [2]  27/24 47/22
considered [2]  24/15 52/21
considers [2]  9/15 26/13
consists [1]  13/23
conspiracy [56]  15/3 15/18 15/23
  16/1 16/4 16/14 16/25 17/20 18/10
  18/15 18/19 23/11 23/13 23/15
  23/19 23/20 23/23 23/23 24/1 24/3
  29/13 29/18 29/23 29/23 29/25
  30/4 30/5 30/14 30/14 31/5 31/6
  31/7 31/10 31/11 31/14 32/7 32/13
  33/15 33/18 33/23 33/24 34/2 34/4
  34/4 34/6 38/15 40/1 40/3 40/4
  40/5 40/7 40/9 40/12 40/13 41/2
  41/14
conspiracy's [1]  23/16
conspirator [9]  16/10 16/21 17/12
  17/13 17/16 18/3 18/6 31/8 31/11
conspirators [7]  15/4 31/6 31/8
  31/12 34/1 34/1 38/13
conspired [2]  15/6 38/12
constitute [1]  11/24
constituted [1]  19/1

constitutes [2]  22/3 56/4
constituting [3]  8/19 8/23 11/21
constitution [3]  2/8 8/10 22/25
constitutional [2]  22/24 23/2
consulting [1]  37/6
contact [5]  4/14 33/12 33/13 50/9
  50/15
contacts [1]  9/15
contains [3]  38/11 41/20 42/14
context [2]  14/14 52/17
continue [3]  4/9 5/10 30/24
continued [4]  1/23 2/1 8/25 17/16
continues [2]  23/15 30/15
continuing [15]  8/24 11/25 23/14
  24/12 24/15 24/19 25/8 25/12
  25/12 25/16 25/21 29/11 31/13
  34/4 34/5
contrary [1]  23/3
control [8]  11/7 13/8 13/12 15/14
  19/20 25/1 41/13 42/5
controlled [7]  12/18 15/21 16/18
  41/1 41/17 42/10 42/20
conversation [3]  5/14 50/14 50/14
conviction [1]  19/14
convinced [1]  39/11
correct [3]  5/9 34/7 56/4
correctly [2]  20/11 29/22
corridor [1]  50/16
corrupt [1]  52/6
costly [1]  52/5
could [9]  4/4 4/6 5/3 13/24 14/10
  14/18 14/20 17/6 17/21
couldn't [2]  28/14 51/19
counsel [15]  3/4 3/5 3/7 3/12 4/9
  14/16 19/6 45/2 45/3 45/4 46/5
  46/5 54/4 54/6 54/8
count [27]  9/2 10/22 10/23 15/2
  15/3 18/20 18/22 19/14 19/16
  19/18 23/10 23/11 23/11 25/23
  25/25 38/11 38/17 38/21 38/24
  39/15 39/18 39/19 39/21 39/25
  41/18 42/11 43/18
country [1]  52/3
counts [5]  10/21 24/9 38/11 39/14
  39/24
couple [2]  6/3 10/11
course [5]  4/13 31/13 32/13 36/19
  46/20
court [25]  1/1 2/6 2/7 3/11 4/15
  4/17 8/17 9/4 9/23 10/3 12/11
  16/12 17/5 17/16 18/12 18/13
  22/18 23/13 26/13 26/22 48/15
  53/21 54/18 56/3 56/13
Court's [4]  10/4 14/5 32/6 32/23
courthouse [1]  50/16
courtroom [12]  4/3 4/19 35/13
  36/5 36/10 37/19 47/16 50/2 50/3
  50/13 51/17 53/9
courts [5]  2/7 9/13 17/3 17/9
  52/3
cover [1]  7/2
coverage [1]  53/5
coworkers [1]  51/7
create [2]  25/11 30/7
created [1]  14/13
credibility [1]  47/2
crime [18]  8/11 8/18 8/23 8/23
  9/17 13/23 15/7 17/5 17/23 19/20
  22/21 24/17 25/1 25/4 25/5 25/16
  39/5 51/20
crimes [3]  9/5 17/2 40/8
criminal [24]  1/3 3/2 8/12 9/3
  9/8 9/17 17/12 20/8 21/9 21/10
  22/2 22/6 22/12 22/14 22/17 22/19
  24/6 24/12 24/16 32/18 43/13 44/3
  50/5 51/10
criminalize [2]  10/25 20/24
criminalized [1]  20/22
criteria [1]  12/8
CRM [1]  1/19
cross [2]  45/17 46/1
cross-examination [1]  45/17

**C**

cross-examine [1]   46/1
CTF [1]   6/12
current [2]   4/9 5/10
customer [1]   7/11
cutoff [1]   31/3
cyberspace [2]   14/22 17/2

**D**

D.C [8]   8/21 9/13 18/11 18/16
  23/21 25/15 25/19 43/21
darknet [9]   15/5 15/5 16/16 16/17
  16/23 32/9 33/13 38/13 38/14
date [1]   19/9
Dated [1]   56/10
Daubert [3]   6/23 6/25 7/23
day [2]   6/10 56/10
day's [1]   25/9
days [2]   4/17 29/2
DC [8]   1/5 1/14 1/17 1/21 2/9
  18/20 19/2 25/12
deal [2]   9/23 30/24
dealer [1]   30/20
dealing [6]   13/7 15/20 17/9 40/25
  41/17 42/9
decide [11]   26/22 37/13 37/14
  39/10 47/5 48/3 49/25 50/1 51/16
  53/8 53/18
decided [1]   37/10
decision [3]   3/21 8/2 49/11
decisions [1]   49/15
deem [1]   6/16
defendant [44]   1/7 2/2 3/11 8/11
  11/19 17/7 20/7 21/8 22/1 22/6
  23/14 23/22 38/12 38/17 38/21
  38/24 39/7 39/8 39/12 39/19 40/10
  41/18 41/22 42/2 42/11 42/19
  42/23 43/7 43/13 43/18 43/24 44/1
  44/3 44/5 44/10 44/14 44/17 44/20
  44/24 45/3 45/5 45/21 45/22 46/6
defendant's [4]   9/16 22/11 27/11
  44/8
Defender [1]   3/13
defense [22]   7/15 9/21 19/7 19/8
  19/11 19/13 24/4 28/2 28/3 28/4
  29/7 32/6 44/20 44/24 45/6 45/16
  45/18 45/23 45/24 46/1 46/2 54/17
defense's [1]   8/8
defenses [1]   4/3
define [1]   9/5
defined [3]   11/22 19/22 21/20
defines [1]   11/12
definitions [2]   21/19 21/20
degree [2]   11/13 21/25
delay [1]   55/9
deliberate [1]   37/18
deliberations [8]   35/11 35/23
  36/4 37/13 47/9 48/18 49/3 53/23
delicti [1]   8/18
delineations [1]   37/22
deliver [1]   36/10
delivery [1]   11/11
denied [1]   33/21
deny [1]   10/8
DEPARTMENT [2]   1/13 44/22
deposit [2]   12/15 12/25
Dept [1]   1/20
deputy [1]   51/3
derive [1]   18/2
derived [5]   20/8 21/8 22/1 22/6
  43/13
describe [2]   39/23 46/16
describing [1]   28/20
description [1]   29/22
deserve [1]   47/18
designed [3]   15/13 27/16 41/11
destroyed [1]   36/11
detail [4]   18/17 40/6 43/11 46/12
detailed [2]   35/10 39/22
detection [1]   13/13
determine [5]   8/18 37/6 46/24

47/1 47/22
developed [1]   7/21
devices [1]   49/19
dictates [1]   8/13
did [12]   3/22 6/2 18/1 18/13 19/1
  19/11 24/5 29/4 32/23 42/23 42/24
  44/1
didn't [1]   29/2
difference [3]   17/25 21/1 28/20
different [4]   4/7 6/12 13/23
  29/24
differently [1]   48/17
difficult [1]   14/25
dire [1]   7/20
direct [4]   19/21 25/1 45/15 45/25
directed [1]   42/20
directly [3]   4/15 17/20 30/2
disability [1]   47/19
discharged [1]   51/5
disclose [2]   37/20 49/24
discrete [1]   25/17
discretion [1]   10/5
discuss [11]   3/19 29/2 36/23
  37/12 49/10 50/7 51/5 53/11 53/13
  53/15 55/7
discussed [6]   3/24 4/1 4/2 4/4
  9/22 50/17
discussing [2]   7/23 8/7
discussion [2]   5/9 50/20
discussions [1]   50/19
disguise [5]   11/6 13/7 15/13
  41/12 42/4
dislikes [1]   47/12
dismiss [3]   8/8 19/10 23/5
disposition [1]   11/11
dispute [2]   10/6 52/19
disregard [2]   48/5 49/2
distance [3]   17/17 17/18 17/24
distinct [1]   13/23
distort [1]   52/23
distracts [1]   35/21
distribute [1]   30/22
distribution [1]   29/25
distributor [1]   30/21
district [41]   1/1 1/1 1/10 2/7
  8/11 8/15 8/21 9/18 11/20 12/2
  12/5 12/12 13/15 13/16 13/21 14/2
  14/11 15/24 15/25 16/6 16/15
  16/25 18/7 18/13 18/24 20/13
  20/18 22/10 22/13 22/15 22/21
  22/22 22/24 23/1 24/21 39/1 43/4
  43/6 43/7 43/25 44/1
do [32]   4/13 5/5 5/9 5/12 6/19
  6/25 7/4 7/21 8/2 8/4 10/18 20/19
  26/6 26/15 26/19 27/15 31/22
  33/21 35/3 35/17 36/1 37/9 45/21
  49/22 50/8 50/20 51/2 53/1 53/11
  53/16 54/23 55/4
docket [3]   12/20 15/21 29/6
doctrines [1]   17/4
does [13]   6/11 10/19 11/18 14/1
  20/10 23/18 23/18 25/11 40/5
  40/20 44/9 45/22 45/23
doesn't [3]   14/21 19/10 28/18
doing [1]   38/23
DOJ [2]   1/16 1/19
DOJ-CRM [1]   1/19
DOJ-USAO [1]   1/16
don't [11]   6/17 8/4 18/21 20/16
  27/2 27/20 27/25 28/11 32/19
  49/14 51/3
done [2]   13/25 28/25
doubt [10]   28/9 39/12 40/3 41/21
  42/16 43/23 44/6 44/8 44/13 44/17
down [3]   10/12 32/10 53/22
draw [2]   27/16 39/7
drops [1]   34/1
drug [5]   29/24 30/7 30/8 30/20
  30/20
drugs [1]   30/22
during [22]   4/13 6/8 23/20 29/2
  34/16 35/18 35/23 36/4 36/5 36/19

36/22 37/13 37/24 38/3 47/8 47/24
  48/14 48/15 48/18 50/11 53/11
  53/23
duty [3]   44/14 46/22 51/6

**E**

each [11]   9/2 25/9 35/16 37/23
  39/15 39/16 39/18 40/2 41/20
  42/15 43/22
ear [1]   17/21
earlier [1]   24/3
early [2]   54/11 55/5
easiest [1]   10/22
easily [3]   4/20 14/10 23/8
ecstasy [3]   12/18 13/6 16/23
education [1]   47/20
effect [3]   9/17 23/24 47/1
effectively [1]   17/13
effects [3]   14/14 41/9 41/23
efficient [1]   46/19
either [8]   4/14 11/4 15/11 20/1
  27/13 36/17 44/24 54/14
EKELAND [7]   2/2 2/3 3/10 5/19
  32/4 44/25 54/16
electronic [4]   49/18 49/19 51/15
  51/21
element [5]   25/4 27/19 30/18
  44/13 44/16
elements [8]   9/11 9/16 30/3 39/23
  40/1 41/20 42/15 43/21
elevator [1]   50/16
else [13]   5/16 5/19 7/2 8/1 26/8
  32/21 34/18 36/24 38/5 49/17 50/5
  50/18 53/12
email [1]   51/23
emailing [1]   49/21
emails [1]   49/23
embodied [1]   9/9
emerge [1]   5/12
encounter [1]   50/12
encouraging [1]   36/18
end [9]   6/10 35/11 36/9 37/21
  39/19 39/23 43/11 49/12 54/25
ends [2]   10/2 10/3
enforcement [2]   32/10 41/25
engage [4]   5/14 10/3 38/14 44/2
engaged [3]   23/25 38/25 43/24
engages [2]   14/22 25/16
engaging [1]   25/14
enjoy [1]   22/20
enough [3]   3/18 5/5 7/25
enter [2]   14/21 31/6
entered [1]   37/19
entire [3]   13/10 33/18 53/19
entirely [3]   17/2 35/19 47/9
entities [1]   29/7
entitled [2]   52/18 56/5
error [3]   18/12 18/13 18/14
essence [1]   29/12
essential [2]   9/11 25/4
essentially [3]   14/19 32/17 33/18
establish [2]   10/20 18/19
established [3]   18/15 23/13 52/13
ethnic [1]   47/19
eve [1]   28/25
even [10]   10/6 10/17 17/7 18/10
  30/2 31/13 34/12 48/4 49/13 52/15
ever [4]   18/23 22/17 36/12 37/19
every [5]   22/17 23/15 40/6 44/3
  44/13
everyone [5]   27/10 34/23 35/5
  55/9 55/13
everything [3]   7/2 33/15 52/10
evidence [55]   4/10 9/20 10/20
  16/19 23/24 26/23 27/17 27/19
  28/2 28/5 28/15 28/17 28/20 29/1
  29/19 31/23 33/10 33/12 33/16
  34/9 35/20 35/25 36/1 36/2 38/5
  39/4 39/7 39/11 39/16 44/11 45/9
  45/10 45/20 45/21 45/23 45/24
  46/4 46/9 46/10 47/2 47/23 48/7
  48/8 48/9 48/11 48/12 48/14 48/16

**E**

evidence... **[7]** 48/18 48/20 49/8 49/15 52/19 52/20 53/8
evil **[1]** 25/10
exactly **[2]** 7/13 9/22
examination **[5]** 45/15 45/17 45/19 45/25 46/2
examine **[1]** 46/1
example **[5]** 7/7 18/4 50/15 51/22 52/13
except **[2]** 32/9 32/20
exception **[2]** 23/22 32/9
excluded **[1]** 33/7
exclusive **[1]** 48/6
excused **[1]** 37/4
exhibit **[2]** 27/15 28/9
exhibits **[4]** 32/1 48/9 48/13 49/4
exist **[1]** 3/24
existed **[2]** 29/8 40/4
existence **[3]** 23/16 23/20 48/10
exists **[1]** 40/4
exit **[1]** 31/14
exited **[1]** 31/12
expansive **[1]** 11/19
expect **[4]** 27/17 28/21 31/23 45/10
experienced **[1]** 52/4
expertise **[1]** 7/20
experts **[2]** 7/4 7/5
explain **[6]** 28/24 35/7 38/8 42/18 44/19 52/1
explained **[3]** 17/11 24/22 39/13
explicit **[2]** 24/16 33/16
explore **[1]** 6/3
expressed **[1]** 48/4
expression **[1]** 47/20
extensive **[1]** 28/7
extent **[2]** 34/8 47/5

**F**

F.2d **[1]** 8/22
F.3d **[4]** 9/19 17/15 18/16 23/21
face **[4]** 23/7 23/9 51/14 51/14
facilitate **[1]** 11/3
fact **[10]** 9/18 14/23 19/8 27/25 33/10 37/7 39/18 40/19 41/9 48/10
facts **[10]** 10/5 36/17 37/7 46/25 47/1 47/22 48/3 48/5 51/18 51/24
factual **[1]** 52/21
failed **[1]** 44/16
failing **[1]** 25/5
fails **[2]** 20/4 43/8
failure **[4]** 20/12 20/13 20/17 20/23
fair **[5]** 4/10 9/8 46/19 47/18 47/22
fairness **[2]** 14/19 15/1
faith **[1]** 28/6
family **[1]** 51/7
far **[1]** 33/22
fashion **[2]** 21/22 22/7
favor **[1]** 24/13
February **[1]** 1/5
federal **[4]** 3/13 8/12 9/5 43/10
feel **[3]** 5/5 36/13 36/20
fellow **[3]** 36/23 49/14 53/17
felonious **[1]** 15/19
felony **[2]** 20/4 43/6
few **[1]** 3/16
filed **[1]** 7/16
filing **[2]** 20/12 20/14
final **[4]** 37/15 37/21 49/12 53/20
finally **[6]** 13/14 23/4 43/18 46/10 50/22 53/21
financial **[9]** 11/1 11/12 11/20 15/7 40/16 40/18 41/6 41/8 41/23
FinCEN **[1]** 20/15
find **[8]** 35/19 35/20 39/18 44/12 44/14 44/15 44/17 50/15
finding **[1]** 9/18
finds **[1]** 17/3

fine **[2]** 53/21 54/17
finished **[5]** 37/1 45/16 45/18 46/2 46/11
first **[10]** 5/5 40/3 40/12 41/5 41/21 42/16 43/23 45/2 52/10 54/2
five **[2]** 26/2 30/21
Fletcher **[1]** 10/4
Floor **[1]** 2/4
Florida **[1]** 18/6
focused **[1]** 21/15
Fog **[11]** 12/15 12/22 13/2 14/11 29/13 30/11 32/3 38/16 38/23 38/25 42/17
Fog's **[1]** 13/9
follow **[3]** 38/9 46/12 49/3
following **[1]** 50/24
foot **[1]** 17/7
foregoing **[1]** 56/4
foreign **[6]** 11/13 20/1 40/19 41/9 41/24 43/1
foreseen **[1]** 14/10
form **[4]** 15/10 40/17 41/7 42/1
formal **[2]** 39/5 40/5
formulations **[1]** 9/15
forth **[4]** 9/10 10/6 29/6 31/21
forward **[1]** 54/15
four **[3]** 38/11 39/14 39/24
frankly **[1]** 28/19
free **[1]** 36/13
fresh **[1]** 55/6
Friedman **[2]** 18/5 18/8
friends **[1]** 51/7
front **[2]** 23/24 37/17
fullest **[1]** 37/25
fundamental **[1]** 15/1
funded **[1]** 4/5
funds **[9]** 11/14 11/23 12/14 19/23 20/7 21/7 22/1 22/5 43/12
further **[5]** 5/14 10/10 11/23 17/12 52/1
furtherance **[7]** 15/25 16/4 16/14 16/24 18/9 18/15 31/9
furthering **[1]** 17/20
Furthermore **[1]** 52/15

**G**

gender **[1]** 47/20
general **[3]** 7/3 13/22 27/13
Generally **[3]** 36/14 47/12 52/5
get **[7]** 3/16 4/18 6/8 6/10 7/2 7/24 8/5
gets **[1]** 30/12
give **[12]** 6/22 7/3 7/5 8/2 10/9 27/5 30/19 35/10 35/12 37/24 51/11 54/12
given **[5]** 7/25 22/8 29/10 33/10 50/25
gloss **[1]** 9/14
go **[12]** 5/25 10/5 18/17 27/2 27/4 27/4 34/9 36/7 54/15 54/21 55/2 55/15
goal **[1]** 47/17
goes **[1]** 29/19
going **[15]** 4/1 4/16 6/3 6/15 7/1 7/6 26/7 27/6 27/24 28/2 34/15 34/25 35/1 35/13 55/2
gone **[3]** 29/15 29/17 30/17
good **[7]** 3/6 3/9 3/10 28/6 34/23 35/5 52/9
got **[4]** 3/16 4/23 26/5 33/16
government **[52]** 3/5 3/7 5/16 8/14 9/20 10/19 12/7 12/11 12/21 13/10 16/12 18/7 18/10 19/6 20/11 21/2 25/21 27/12 29/5 29/9 29/12 29/16 30/4 30/25 32/15 34/16 40/2 40/3 40/10 41/21 41/22 42/15 42/16 42/22 42/25 43/22 43/23 44/7 44/12 44/15 44/20 44/21 45/3 45/13 45/14 45/16 45/18 45/20 45/25 46/2 46/5 54/14
government's **[9]** 10/15 16/19 22/10 29/18 30/3 32/7 33/23 45/6

46/4
governs **[1]** 8/17
greater **[1]** 43/10
ground **[2]** 7/13 19/9
grounds **[3]** 19/10 23/6 34/10
guarantee **[1]** 8/13
guardrails **[1]** 7/6
guess **[3]** 37/11 48/24 54/10
guidance **[1]** 7/3
guilt **[3]** 39/7 39/8 44/8
guilty **[5]** 39/19 39/19 44/6 44/14 44/17

**H**

had **[6]** 4/2 5/5 17/7 29/3 31/23 33/14
hand **[2]** 38/6 44/15
happened **[1]** 28/11
happens **[1]** 50/1
happy **[2]** 8/4 10/9
hard **[1]** 28/14
has **[36]** 3/20 4/10 4/12 4/13 4/21 7/15 7/15 9/4 9/7 12/7 12/21 17/4 17/22 19/9 22/18 22/22 23/5 23/14 23/22 24/2 25/21 28/5 30/4 33/22 33/24 34/7 36/16 36/20 37/2 37/3 39/8 39/11 39/13 44/12 44/16 55/14
hasn't **[2]** 28/11 55/14
HASSARD **[3]** 2/2 3/12 45/1
have **[101]**
having **[3]** 5/4 50/13 50/15
he **[45]** 3/20 3/21 3/25 4/8 4/9 4/9 4/12 4/13 4/21 6/2 6/3 6/4 6/6 6/7 6/7 6/9 6/9 6/11 6/11 6/13 6/15 6/15 6/15 7/9 7/10 13/16 14/3 17/10 17/19 22/12 22/14 22/18 22/22 30/20 33/14 39/8 39/13 40/17 40/20 41/7 41/10 42/5 42/23 44/5 49/7
hear **[3]** 27/24 29/9 32/4
heard **[1]** 49/15
hearing **[1]** 50/19
hearings **[1]** 29/2
heavy **[1]** 52/8
held **[3]** 8/21 17/5 54/3
help **[2]** 45/9 46/10
helps **[1]** 35/20
her **[5]** 5/6 5/13 5/14 44/10 45/22
here **[23]** 3/18 4/21 5/6 8/5 10/11 10/13 14/19 18/18 19/11 20/14 23/24 27/23 28/9 28/18 28/22 29/12 29/18 32/14 33/15 40/11 50/1 53/21 54/13
herself **[1]** 18/3
highlight **[1]** 27/14
highlighted **[1]** 28/1
him **[12]** 4/1 4/11 4/12 4/14 4/15 4/16 4/21 6/14 7/8 13/4 39/6 44/14
himself **[6]** 4/6 14/15 16/8 17/16 17/23 18/3
hinted **[1]** 48/4
his **[12]** 3/25 4/3 4/7 4/9 4/14 14/16 14/19 17/13 17/14 44/10 44/25 45/22
Hitt **[1]** 23/20
hold **[1]** 49/6
home **[2]** 36/7 36/8
Honor **[17]** 3/6 3/10 3/22 5/18 5/20 26/25 29/21 30/2 31/4 31/18 31/22 33/9 34/20 54/14 54/18 54/20 54/24
HONORABLE **[1]** 1/9
hope **[1]** 55/14
hoped **[1]** 28/24
hours **[1]** 7/22
how **[13]** 3/21 4/2 4/23 4/24 8/5 9/22 35/7 44/19 48/3 49/25 51/10 52/20 54/19
however **[3]** 35/23 36/15 51/11
hub **[2]** 29/12 30/13

**H**

hubs [1]  29/14
huge [1]  28/19
human [2]  47/11 50/8
hypothetical [1]  30/19

**I**

I'd [1]  7/3
I'm [2]  17/17 21/24
Ibarra [1]  9/19
identical [1]  17/18
identified [1]  12/8
ignoring [1]  52/4
III [1]  8/9
illegal [3]  40/24 41/16 42/8
imagine [1]  30/20
immediately [4]  38/6 45/5 50/18
 51/2
impact [2]  4/3 28/20
impactful [1]  28/18
impartial [3]  22/21 36/17 47/17
implemented [1]  9/1
implements [1]  8/13
implicate [1]  8/24
implicit [1]  47/14
important [8]  7/9 7/11 35/9 36/16
 36/20 37/23 38/9 53/18
importation [4]  15/19 40/24 41/16
 42/8
improper [1]  28/2
inadvertently [1]  53/10
inappropriate [1]  27/22
inchoate [2]  32/14 32/15
inclined [1]  7/8
include [4]  21/5 21/5 27/6 52/13
included [2]  28/9 32/25
includes [4]  48/8 48/12 51/14
 52/11
including [8]  6/23 15/5 30/10
 36/12 38/13 49/20 49/23 51/7
income [1]  47/21
independent [1]  51/17
indicated [2]  9/25 19/2
indicates [2]  14/16 14/16
indication [1]  48/2
indicted [2]  24/7 39/9
indictment [26]  9/2 10/1 10/7
 15/3 16/15 19/10 23/6 23/8 23/25
 25/23 30/8 38/11 38/12 38/17
 38/21 38/24 39/3 39/4 39/6 39/15
 39/20 39/21 40/11 40/23 41/15
 42/7
individual [1]  21/16
individuals [1]  14/11
influence [1]  39/20
influenced [1]  36/3
informant [2]  18/7 18/11
information [7]  7/11 49/21 51/7
 51/11 52/7 52/11 52/13
informed [1]  16/22
inherently [1]  25/8
initiated [1]  12/24
initiating [2]  11/15 11/16
innocence [3]  44/4 44/10 45/23
innocent [1]  44/4
inquiry [2]  10/2 10/3
instead [1]  33/8
instruct [6]  43/10 46/20 48/1
 48/13 52/25 53/16
instruction [2]  27/7 50/25
instructions [9]  27/6 35/10 35/12
 37/15 37/21 39/22 49/12 49/16
 53/20
instrument [1]  41/3
instruments [1]  40/13
integrated [1]  29/24
intended [8]  20/8 21/9 22/2 24/18
 35/12 43/14 45/9 46/10
intending [1]  20/24
intends [1]  15/11
intent [5]  11/4 13/6 40/21 42/2

 42/4
intentionally [1]  40/11
inter [1]  30/1
inter-interdependency [1]  30/1
interdependency [1]  30/1
internet [6]  17/21 33/19 51/23
 52/2 52/25 53/4
interpreted [1]  24/13
interstate [6]  11/13 20/1 40/19
 41/9 41/24 43/1
intrinsic [2]  34/11 34/12
intrinsically [1]  25/16
introduce [1]  31/23
introduced [3]  27/18 38/2 45/11
investigating [2]  32/16 51/24
investigation [2]  32/19 51/18
involved [9]  4/23 14/23 15/10
 24/17 40/16 41/6 41/25 50/23
 51/12
involves [7]  15/8 20/6 21/7 21/25
 40/19 41/9 43/11
involving [9]  11/1 11/14 20/12
 22/5 29/24 31/1 34/3 34/5 38/18
IRS [4]  12/15 12/24 16/19 18/2
is [273]
is no [1]  33/15
issue [22]  5/17 6/4 9/21 14/4
 19/8 19/12 19/13 26/13 26/13
 26/19 32/24 33/7 34/4 34/8 34/12
 37/14 40/24 41/15 42/8 51/22
 52/15 53/18
issued [1]  44/1
issues [7]  6/3 6/20 6/23 6/23
 6/25 7/23 26/3
it [95]
items [1]  52/15
its [10]  12/11 20/10 23/9 27/12
 29/16 30/25 45/7 45/13 45/20 46/7
itself [5]  9/24 10/7 17/14 32/14
 51/11

**J**

jail [2]  6/9 31/2
JEFFREY [3]  1/18 3/8 44/23
Jensen [1]  10/5
Johnson [2]  9/6 24/21
joined [2]  23/14 40/11
judge [8]  1/10 10/4 18/4 18/8
 24/21 26/10 36/17 46/17
judges [1]  46/25
June [1]  24/7
June 14th [1]  24/7
jurisdiction [1]  16/10
juror [4]  27/7 36/15 36/16 37/10
juror's [2]  36/3 37/5
jurors [17]  35/14 35/17 36/1
 36/24 37/13 37/20 37/24 46/15
 46/17 46/22 46/24 49/14 51/4 52/4
 52/6 53/12 53/17
jury [33]  1/9 7/1 7/19 10/14
 10/18 12/9 13/4 22/21 26/5 26/14
 26/19 26/22 27/3 27/5 34/19 34/22
 35/1 35/2 35/22 37/17 37/17 38/1
 49/23 49/24 50/11 51/6 51/8 51/9
 51/14 53/16 54/11 55/1 55/12
jury's [1]  27/17
just [27]  7/7 8/2 10/16 22/11
 23/7 26/12 26/21 28/11 30/19
 32/17 32/22 32/25 33/18 35/11
 37/21 39/4 39/4 39/8 46/8 47/17
 50/25 51/4 53/12 54/2 54/11 55/4
 55/8
justice [4]  1/13 1/20 9/8 44/22

**K**

keep [1]  53/18
kind [7]  3/18 33/12 50/3 51/15
 51/18 51/22 53/1
knew [2]  32/16 43/7
know [18]  4/16 5/13 5/13 6/1 6/17
 6/20 6/22 7/10 7/15 7/23 8/1 8/2

 32/13 38/4 51/2 51/4 51/8 53/12
knowing [2]  40/15 41/5
knowingly [6]  19/20 21/6 21/23
 25/6 41/22 42/19
knowledge [1]  31/20
known [10]  15/4 20/7 21/8 22/1
 22/6 38/13 38/15 38/22 40/8 43/12
knows [3]  15/9 15/12 41/10
Kwong [1]  8/22
Kwong-Wah [1]  8/22

**L**

lack [1]  8/8
Lam [1]  8/21
language [1]  24/16
large [1]  14/8
last [1]  23/19
launched [1]  29/18
launder [2]  16/17 30/5
laundering [25]  10/23 10/24 11/18
 12/1 12/13 13/20 14/7 14/9 14/20
 15/2 15/17 15/22 15/23 21/12
 21/17 23/10 24/1 25/23 30/4 38/15
 38/18 40/1 40/13 41/3 41/19
law [25]  2/3 8/8 10/16 20/4 23/15
 25/12 31/5 32/10 32/15 33/24
 33/25 34/7 38/9 41/25 43/6 43/8
 44/9 45/22 46/12 46/21 46/23 48/1
 49/16 51/18 51/24
laws [1]  43/10
lawyer [6]  38/4 48/15 48/21 48/23
 49/6 49/8
lawyer's [3]  48/9 48/10 49/7
lawyers [7]  36/14 37/1 37/6 45/10
 47/25 47/25 48/19
lawyers' [2]  3/25 46/8
leads [1]  22/11
least [9]  10/3 13/15 16/13 16/14
 21/5 28/15 33/21 33/24 40/8
leave [1]  50/18
leaves [2]  19/16 37/2
left [2]  37/3 37/3
legal [8]  3/12 7/10 17/4 35/8
 37/14 46/19 47/18 52/21
legally [1]  37/10
length [1]  3/23
less [2]  9/22 26/2
let [14]  3/17 4/16 5/2 5/13 5/13
 6/1 6/19 8/2 18/13 32/4 38/8 51/2
 51/4 53/12
Let's [2]  3/17 26/3
letter [1]  31/5
level [2]  27/13 47/21
liberally [1]  24/13
license [12]  18/21 20/2 20/18
 20/24 20/25 24/11 25/15 39/1 43/4
 43/7 43/19 44/1
lie [1]  15/24
lies [1]  16/2
light [1]  5/8
like [4]  7/3 33/14 33/19 46/8
likes [1]  47/11
likewise [1]  25/16
limine [2]  28/8 32/24
limit [2]  9/7 9/9
limitation [1]  23/18
limitations [21]  6/24 8/3 23/5
 23/6 23/9 23/12 24/5 24/8 24/13
 24/15 25/18 25/25 29/9 29/10
 30/15 30/24 31/2 32/11 32/17
 32/25 33/6
LINDSAY [3]  2/6 56/3 56/12
line [1]  10/12
lines [1]  46/3
list [1]  42/23
listen [2]  53/6 53/7
listener's [1]  17/21
listening [1]  35/21
literally [1]  33/10
little [2]  28/18 32/15
localities [1]  13/24
location [11]  8/19 8/24 11/6 13/7

**L**

location... **[7]**   13/11 15/14 17/14
41/12 42/4 50/16 52/14
locked **[1]**   36/5
locus **[2]**   8/18 9/17
Lombardo **[1]**   14/1
long **[5]**   8/22 17/17 17/18 51/10
54/19
longer **[1]**   29/7
look **[3]**   8/17 23/7 36/12
looking **[2]**   6/20 32/12
looks **[1]**   33/19
lot **[1]**   18/22
lower **[1]**   9/13
lunch **[4]**   54/10 54/12 54/22 55/5

**M**

made **[6]**   3/20 4/24 14/12 20/14
24/2 33/1
mail **[2]**   17/6 17/6
majority **[1]**   9/25
make **[14]**   3/17 3/20 6/9 15/7
20/12 28/14 31/16 32/25 45/4 45/5
45/7 46/6 47/25 52/12
makes **[8]**   17/25 19/19 21/20 34/6
48/15 48/20 49/6 55/4
making **[1]**   49/15
manage **[2]**   19/20 25/1
managed **[1]**   42/20
manner **[3]**   21/24 22/4 46/19
manufacture **[4]**   15/19 40/24 41/16
42/8
many **[6]**   7/22 7/22 14/10 29/2
29/2 35/19
mapping **[1]**   52/14
March **[1]**   56/10
market **[3]**   15/5 16/17 16/24
marketed **[1]**   14/13
markets **[2]**   32/9 33/13
marks **[1]**   10/12
marshal **[3]**   6/2 6/20 51/3
material **[1]**   28/1
matter **[5]**   10/16 14/1 14/18 37/18
56/5
may **[51]**   6/17 7/21 8/20 10/4
10/12 12/1 13/20 13/24 15/23
20/20 21/2 22/9 28/17 29/15 29/17
35/4 35/16 36/21 36/21 36/23
37/14 39/18 45/5 45/6 45/7 45/16
45/21 46/1 46/2 47/15 47/24 48/7
48/19 49/5 49/5 49/13 49/16 50/2
50/2 50/6 50/8 50/9 51/8 51/10
51/10 51/17 52/12 52/25 53/3 53/6
53/15
maybe **[3]**   7/19 27/18 54/11
me **[38]**   3/7 3/12 3/17 4/14 4/15
4/18 5/2 5/13 6/2 6/9 6/10 7/12
7/16 7/18 8/2 10/16 10/22 13/5
23/24 28/19 28/24 29/11 32/4
32/23 33/22 33/22 33/25 34/6 34/7
36/25 38/7 38/8 39/23 50/21 51/2
51/4 53/12 55/4
mean **[7]**   6/17 10/13 19/23 21/15
30/19 32/6 51/19
meaning **[1]**   52/16
means **[10]**   11/14 11/24 19/24
21/14 37/9 43/2 45/14 49/12 49/22
51/21
meant **[1]**   35/9
media **[1]**   53/5
medically **[1]**   6/16
meet **[1]**   6/2
meets **[2]**   12/8 24/24
members **[4]**   34/5 40/7 51/7 55/1
memory **[7]**   35/24 36/1 36/2 47/9
48/17 53/23 53/24
mental **[1]**   12/23
mention **[3]**   26/17 44/21 44/24
mentioned **[2]**   38/4 50/4
message **[3]**   13/3 17/20 49/22
messages **[1]**   49/23

met **[1]**   3/19
Mexico **[1]**   24/22
MICHAEL **[3]**   2/2 3/12 45/1
microphone **[2]**   5/3 26/11
might **[7]**   5/6 21/11 33/7 37/12
37/22 38/4 52/14
mind **[7]**   21/3 21/13 21/18 29/19
31/20 34/9 53/18
minor **[2]**   32/22 33/14
minutes **[1]**   54/20
misdemeanor **[2]**   20/3 43/5
mixed **[1]**   16/21
mixer **[1]**   38/15
mixing **[1]**   13/2
modern **[2]**   17/17 17/23
modis **[1]**   31/20
modus **[2]**   29/19 34/9
moment **[4]**   23/15 25/17 42/19 54/2
monetary **[3]**   11/20 40/13 41/3
money **[56]**   10/23 10/23 11/18 12/1
12/13 13/20 14/7 14/8 14/20 15/2
15/17 15/21 15/23 18/20 18/20
19/1 19/17 19/21 19/22 19/24
19/25 20/2 20/4 21/6 21/12 21/17
21/23 23/10 23/25 24/10 24/11
24/23 25/2 25/3 25/5 25/6 25/14
25/23 30/4 38/14 38/18 38/22 39/1
39/25 41/18 42/12 42/17 42/18
42/25 43/2 43/2 43/4 43/8 43/15
43/19 43/24
more **[14]**   7/5 7/24 8/20 8/24 9/14
13/18 22/11 28/18 29/22 30/2
32/19 33/6 39/22 40/4
Moreno **[1]**   9/12
moreover **[1]**   18/1
morning **[10]**   1/7 3/6 3/9 3/10
3/17 3/23 6/2 7/1 34/23 35/6
MOSS **[1]**   1/9
most **[3]**   22/12 29/7 37/25
motion **[5]**   8/8 10/9 32/24 33/20
33/20
motions **[3]**   19/13 28/8 47/24
moved **[3]**   19/8 19/9 23/5
movement **[1]**   11/14
moving **[1]**   13/1
Mr **[1]**   4/25
Mr. **[46]**   3/12 3/19 3/23 5/2 5/19
5/21 6/1 7/8 7/14 10/23 12/4
12/10 12/21 12/24 13/3 13/5 13/14
13/17 14/2 14/8 14/15 15/3 16/8
16/16 16/20 17/1 17/22 18/25 23/5
23/25 24/2 24/6 25/13 25/22 29/14
31/23 32/4 32/18 32/23 33/13
39/13 39/25 44/25 44/25 45/1
54/16
Mr. Ekeland **[3]**   5/19 32/4 54/16
Mr. Michael **[2]**   3/12 45/1
Mr. Roman **[1]**   44/25
Mr. Sterlingov **[36]**   3/19 3/23 5/2
5/21 6/1 10/23 12/4 12/10 12/21
12/24 13/3 13/5 13/14 13/17 14/2
14/8 14/15 15/3 16/8 16/16 16/20
17/22 18/25 23/5 23/25 24/2 24/6
25/13 25/22 29/14 31/23 32/18
32/23 33/13 39/13 39/25
Mr. Sterlingov's **[1]**   17/1
Mr. Tor **[1]**   44/25
Mr. Vlahakis **[2]**   7/8 7/14
Ms. **[6]**   3/13 3/14 3/18 5/4 5/13
5/24
Ms. Angela **[1]**   3/13
Ms. Peterson **[5]**   3/14 3/18 5/4
5/13 5/24
much **[3]**   3/17 32/19 55/14
multiple **[1]**   34/1
must **[46]**   8/14 8/17 8/18 9/1 9/20
10/3 24/18 36/16 37/12 39/6 40/2
40/3 40/7 40/10 41/21 41/22 41/24
42/2 42/15 42/16 42/19 42/25
43/22 43/23 43/25 44/17 46/12
46/14 46/15 47/3 47/5 47/6 48/23
48/24 49/2 49/5 49/19 49/24 50/1

50/9 51/6 51/12 51/16 53/7 53/8
53/23
my **[31]**   3/18 4/11 4/12 6/22 7/5
19/11 20/11 21/3 21/13 21/18
25/11 26/3 26/5 26/17 26/17 27/1
27/2 29/10 30/12 31/15 37/21
45/18 46/16 46/18 48/2 48/3 49/12
53/12 53/19 54/9 55/13
myself **[1]**   36/12

**N**

N.W **[1]**   1/16
name **[1]**   38/2
namely **[1]**   12/18
national **[1]**   47/19
natural **[1]**   50/8
nature **[11]**   8/18 8/23 9/16 11/6
13/7 13/11 15/14 24/17 25/4 41/12
42/4
necessary **[2]**   4/19 6/16
need **[16]**   6/22 7/7 7/19 7/23 8/1
8/4 16/8 19/5 20/16 20/20 26/6
26/8 26/11 34/18 51/8 55/2
needs **[1]**   26/22
negative **[1]**   52/24
never **[5]**   14/20 17/7 19/8 32/12
44/9
New **[3]**   1/20 16/6 24/21
newspapers **[2]**   51/20 53/3
next **[3]**   1/23 4/17 12/21
no **[19]**   1/4 5/18 5/20 9/2 14/17
17/3 17/25 23/24 24/2 29/7 33/10
33/12 33/15 33/16 33/24 34/6
34/20 36/11 47/16
Nonetheless **[1]**   52/9
not **[109]**
note **[3]**   14/15 26/5 27/3
notebook **[2]**   35/17 35/22
notebooks **[3]**   36/4 36/7 36/10
notes **[9]**   35/18 35/18 35/19 35/24
36/1 36/3 36/12 47/10 53/24
nothing **[3]**   13/18 14/5 50/5
noticed **[2]**   35/16 37/16
notions **[2]**   9/8 14/25
notwithstanding **[1]**   14/23
November **[2]**   26/1 38/20
November 21st **[1]**   38/20
now **[11]**   8/2 8/4 28/25 37/16 38/8
39/24 50/6 51/5 54/15 54/22 55/5
number **[1]**   4/12
numerous **[1]**   17/10
NW **[3]**   1/14 1/20 2/8
NY **[1]**   2/4

**O**

object **[5]**   40/12 41/2 41/14 48/19
49/8
objecting **[1]**   48/21
objection **[4]**   17/1 27/6 48/23
49/4
objections **[4]**   27/11 28/4 47/25
49/6
objects **[2]**   40/9 40/12
obligations **[1]**   4/1
observed **[2]**   9/7 10/4
obtain **[2]**   20/17 20/24
obviously **[3]**   4/2 12/8 52/10
occasionally **[2]**   36/15 52/4
occasions **[1]**   17/10
occurred **[7]**   9/11 12/9 14/14
20/13 22/9 26/1 33/5
occurs **[1]**   51/17
October **[3]**   24/1 42/13 43/20
October 11th **[1]**   42/13
October 27th **[2]**   24/1 43/20
off **[1]**   55/14
offense **[24]**   8/15 8/15 8/25 11/21
15/24 20/8 21/9 21/22 22/2 23/14
24/19 25/12 25/13 29/11 30/19
31/7 39/16 39/16 40/5 43/13 44/13
44/15 44/16 44/18

**O**

offense's [1] 9/10
offenses [6] 8/24 24/12 25/13 25/18 30/8 39/12
offer [1] 46/3
offers [1] 48/20
officer [1] 42/1
Official [3] 2/7 56/3 56/13
Oh [1] 33/2
okay [6] 27/8 31/15 31/25 54/14 54/23 55/17
once [2] 37/2 37/3
one [28] 6/9 8/20 8/24 11/12 11/14 11/23 21/11 21/19 22/15 23/22 29/4 30/3 31/13 32/22 33/14 33/21 33/24 34/1 34/7 36/12 37/10 39/19 40/8 40/15 42/24 43/16 52/10 54/13
ongoing [1] 53/5
online [2] 14/22 52/10
only [19] 6/16 18/24 24/15 26/6 35/24 36/14 37/14 37/17 42/23 45/9 46/9 46/25 48/7 51/16 52/11 52/19 53/16 53/16 53/17
open [1] 53/18
opening [19] 26/17 26/18 27/12 27/16 27/22 27/23 28/13 28/14 30/10 34/17 45/4 45/5 45/6 45/7 45/8 45/12 46/8 54/1 54/19
openings [9] 7/25 8/1 26/7 26/9 27/7 27/16 29/1 54/13 55/6
operandi [3] 29/19 31/20 34/9
operate [1] 46/3
operated [3] 20/2 38/22 43/3
operating [6] 19/16 24/10 24/22 25/6 25/7 42/11
operation [5] 14/9 20/3 20/25 38/25 43/5
operator [1] 12/22
opinion [2] 48/3 48/4
opinions [1] 47/12
opportunities [1] 52/23
opportunity [2] 45/4 46/6
oral [1] 8/2
orally [1] 36/22
order [1] 39/5
orderly [1] 46/19
orientation [1] 47/20
origin [1] 47/19
Orona [1] 9/19
Orona-Ibarra [1] 9/19
other [30] 4/5 4/6 6/1 11/11 11/14 11/24 14/17 15/4 15/25 18/16 26/5 26/6 26/8 27/3 36/4 37/13 39/21 44/15 47/21 48/12 48/13 48/19 49/22 50/16 51/3 51/22 52/19 53/12 54/9 55/3
others [3] 34/5 35/20 38/23
otherwise [16] 8/14 8/17 14/6 15/20 20/6 21/7 21/25 23/19 30/23 31/2 40/25 41/17 42/9 42/21 43/11 51/24
our [5] 3/12 29/22 30/9 32/8 32/23
out [8] 4/16 5/13 34/2 36/11 36/21 37/22 40/6 55/12
outer [1] 9/7
outline [1] 27/18
outside [7] 7/19 30/23 32/10 33/5 33/11 50/2 50/13
over [5] 4/20 17/4 25/17 29/15 50/6
overall [1] 30/14
overhear [1] 50/20
overhearing [1] 50/14
overlapping [1] 31/11
overnight [2] 36/6 36/8
overrule [1] 49/4
overruled [1] 48/22
overt [10] 16/3 16/9 16/11 17/18 18/9 18/14 18/15 23/19 31/8 31/9

own [8] 6/18 17/13 17/14 19/21 20/10 25/2 35/25 36/2
owned [1] 42/21
ownership [6] 11/6 13/8 13/11 15/14 41/12 42/5

**P**

p.m [2] 55/12 55/19
page [2] 1/23 29/6
pages [1] 36/11
Palliser [1] 17/8
paper [1] 36/21
part [13] 13/15 13/24 15/13 16/15 16/25 19/21 19/23 25/2 30/9 31/9 31/11 41/11 50/7
participating [1] 11/16
particular [6] 4/4 7/4 10/21 27/14 27/25 30/1
particularly [2] 21/18 32/11
particulars [1] 33/17
parties [3] 27/17 50/10 50/17
parts [1] 13/23
party [1] 49/7
Pause [1] 34/21
pay [2] 47/6 53/25
PEARLMAN [3] 1/18 3/8 44/23
PELKER [3] 1/13 3/8 44/23
pen [1] 35/17
pendent [1] 9/3
Pennsylvania [1] 1/14
people [9] 30/21 30/21 35/19 40/4 47/18 50/3 50/9 51/12 51/12
perhaps [3] 14/10 34/2 35/15
permissible [2] 7/12 29/16
permit [1] 35/17
permits [1] 11/19
permitted [2] 35/22 49/10
person [11] 11/25 13/19 15/9 17/15 17/19 25/16 34/3 34/3 39/5 40/14 41/4
personal [3] 47/11 47/15 47/21
persons [1] 52/11
persuaded [2] 9/25 10/18
Peterson [5] 3/14 3/18 5/4 5/13 5/24
phone [4] 4/12 4/18 17/10 51/14
phones [2] 54/7 54/8
physical [1] 17/14
physically [1] 14/2
pick [3] 54/4 54/6 54/8
pictures [1] 30/1
piece [2] 29/1 36/21
pivotal [1] 21/21
place [15] 7/7 11/24 12/2 12/5 13/15 13/21 14/14 14/17 16/1 16/25 17/6 21/16 28/13 47/16 52/10
plain [1] 18/12
plainly [1] 18/13
Plaintiff [2] 1/4 1/13
plan [1] 40/6
planned [1] 16/2
pleadings [1] 10/16
please [3] 3/4 27/10 54/8
plenty [1] 22/23
PLLC [1] 2/3
podium [1] 3/4
point [10] 5/22 10/9 13/17 19/6 19/14 20/20 28/2 29/18 32/22 33/4
pointed [2] 33/25 34/7
pointing [1] 27/19
points [1] 22/18
pont [1] 18/22
portion [3] 12/1 13/19 14/3
portions [1] 27/15
pose [1] 36/19
posing [1] 37/11
position [1] 14/19
possibility [1] 47/14
post [1] 19/13
post-trial [1] 19/13
posting [1] 49/21

postings [1] 52/12
postpone [1] 19/7
potential [5] 3/19 3/24 4/4 4/8 5/6
potentially [1] 4/7
power [2] 9/5 9/7
precedent [3] 17/3 23/1 23/13
precedents [1] 22/24
predicated [1] 26/1
preferences [1] 47/16
prejudices [2] 47/12 47/16
prejudicial [1] 33/6
preliminary [2] 27/5 35/12
prepared [2] 4/9 54/15
preponderance [3] 9/20 10/19 26/23
presence [2] 7/19 53/17
present [7] 3/11 14/2 14/24 20/17 20/19 21/3 45/21
presented [4] 39/11 46/5 52/19 53/8
presents [1] 45/20
presumed [1] 44/3
presumption [1] 44/4
pretrial [2] 28/8 29/2
pretty [1] 21/21
prevent [1] 25/10
previously [6] 9/25 18/25 19/3 19/5 22/8 50/4
principles [2] 17/2 24/9
probably [5] 10/22 37/16 54/20 54/21 55/4
probative [1] 33/6
problem [1] 5/1
problematic [2] 27/13 28/12
problems [2] 6/5 52/4
Procedure [1] 8/13
procedures [1] 38/8
proceed [4] 3/21 27/5 27/7 44/19
proceeding [2] 22/17 36/18
proceedings [2] 1/7 56/5
proceeds [19] 11/2 11/7 12/17 13/8 15/8 15/10 15/15 16/17 16/23 30/5 30/7 38/19 40/16 40/20 41/6 41/10 41/13 42/1 42/6
process [5] 25/8 28/8 38/1 52/6 52/23
processed [1] 13/17
produce [2] 44/10 45/23
progress [1] 3/17
progressed [1] 17/4
prohibits [1] 22/14
promote [9] 11/4 13/6 15/11 20/9 21/9 22/2 40/21 42/3 43/14
prong [1] 24/24
prongs [1] 30/16
proof [4] 22/10 26/22 30/9 44/9
propels [1] 17/13
proper [9] 8/20 8/25 9/2 9/10 10/11 10/13 16/10 37/8 37/10
properly [3] 37/8 48/7 48/21
property [10] 11/2 11/3 11/7 12/16 15/10 38/18 40/15 41/5 41/25 42/5
proposes [1] 27/12
proposition [2] 14/25 22/17
prosecute [2] 8/14 14/20
prosecution [3] 15/23 26/2 29/23
prosecutions [1] 22/19
protect [1] 8/10
prove [23] 9/20 29/16 30/4 30/25 40/2 40/3 40/10 41/21 41/22 41/24 42/2 42/15 42/16 42/19 42/22 42/25 43/22 43/23 43/25 44/7 44/10 44/16 45/22
proved [1] 13/25
proven [3] 30/18 44/6 44/12
provide [3] 6/16 39/22 51/6
provided [1] 4/11
provides [6] 8/14 10/8 11/10 13/19 15/22 16/9
proving [1] 30/25

**P**

provision [10]   8/16 8/17 11/19
 11/23 14/7 15/22 16/2 20/10 20/24
 25/19
provisions [2]   10/25 15/7
public [3]   9/8 19/24 22/20
publicity [1]   53/10
pull [1]   5/3
punish [1]   20/25
punishable [3]   20/3 43/5 43/7
purchase [1]   6/18
purpose [3]   13/10 28/16 32/1
purposes [15]   7/25 8/1 10/2 14/12
 17/25 19/2 20/17 20/19 20/22 21/3
 21/4 22/25 23/2 23/3 43/16
put [3]   4/15 45/13 45/23
puzzled [1]   33/3

**Q**

qualifies [1]   16/13
qualifying [1]   12/4
question [52]   6/14 6/24 6/24 8/3
 9/23 10/11 10/14 10/17 12/3 12/9
 13/4 14/18 18/24 19/3 19/4 19/5
 20/16 20/23 21/2 23/4 23/7 26/12
 29/4 29/21 30/12 31/15 36/16
 36/20 36/21 36/22 36/23 36/25
 37/5 37/7 37/9 37/9 37/10 37/12
 37/14 37/15 48/1 48/10 48/11
 48/16 48/20 48/23 48/23 48/25
 48/25 49/2 49/5 54/10
questioning [1]   37/1
questions [10]   4/12 20/20 27/7
 36/15 36/19 45/15 45/17 45/25
 46/19 51/23
quickly [1]   4/23
quite [4]   3/16 8/7 23/1 28/7
quote [1]   16/16
quoting [3]   11/8 12/19 13/9

**R**

race [1]   47/19
radio [1]   53/4
raise [2]   19/13 38/6
raised [8]   6/4 6/14 6/21 7/15
 9/21 9/24 18/25 24/4
raising [1]   19/11
RANDOLPH [1]   1/9
randomly [1]   37/19
range [2]   6/4 6/23
rather [2]   25/6 52/7
reach [3]   5/13 19/5 26/9
read [10]   13/3 21/15 21/19 21/19
 21/22 21/23 22/4 22/7 53/6 53/7
reads [1]   22/19
real [1]   29/18
realize [3]   21/1 28/17 38/3
really [5]   10/13 31/5 32/13 33/2
 33/7
reason [1]   29/20
reasonable [9]   39/12 40/2 41/21
 42/16 43/23 44/6 44/8 44/13 44/17
reasoning [1]   17/9
reasons [4]   22/7 33/21 52/9 52/24
rebut [1]   52/19
rebuttal [1]   46/3
recalled [1]   37/4
receive [1]   51/6
received [2]   7/17 17/7
receiving [7]   12/16 13/1 15/19
 16/22 40/24 41/16 42/8
recently [1]   24/22
Recess [2]   27/9 55/19
recesses [1]   36/5
recipient [1]   18/10
recognize [1]   38/3
recognized [1]   9/4
recognizes [1]   25/12
record [4]   3/5 33/11 49/2 56/5
redirect [2]   45/18 46/1
refer [2]   28/14 44/19

referring [2]   44/21 44/24
refers [1]   48/16
reflect [1]   52/14
reflective [1]   33/17
reflects [1]   13/22
refuse [1]   51/2
refute [1]   22/16
regardless [1]   47/18
register [1]   25/5
registration [2]   20/5 43/9
regular [1]   37/24
regulations [1]   20/15
regulators [1]   7/11
rejected [1]   18/5
relates [2]   37/7 37/14
relating [1]   18/7
relatively [1]   8/9
relevance [1]   27/23
relevant [14]   19/23 20/15 20/19
 20/21 21/4 21/11 22/4 25/18 27/20
 27/24 28/3 30/2 31/13 31/20
religion [1]   47/19
rely [4]   36/2 47/9 48/17 53/23
remain [1]   36/5
remains [1]   44/4
remarks [1]   35/9
remember [3]   35/20 35/23 48/17
remind [1]   55/6
renders [1]   28/1
renewed [1]   25/9
replace [1]   35/25
report [2]   33/12 50/21
reporter [5]   2/6 2/7 53/21 56/3
 56/13
reports [2]   53/3 53/7
repose [1]   24/13
representation [1]   5/10
represented [4]   11/2 12/17 38/19
 41/25
represents [4]   15/10 40/16 41/6
 49/7
request [1]   3/19
requested [1]   13/16
require [3]   40/5 44/10 45/22
required [5]   13/18 20/12 42/22
 43/7 45/21
requirements [2]   20/5 43/9
requisite [1]   12/23
research [7]   51/19 51/22 51/22
 52/2 52/22 53/1 55/8
resolve [1]   20/16
resolving [1]   19/8
respect [18]   6/6 6/12 6/14 6/25
 7/7 7/13 7/17 7/17 10/10 10/21
 15/2 18/19 18/20 20/21 25/23 28/4
 39/20 41/14
respond [3]   19/11 37/5 48/22
responding [1]   52/11
responsibilities [2]   46/16 46/17
responsibility [6]   35/14 46/18
 46/24 48/6 49/8 52/8
resulting [1]   52/5
results [1]   52/24
resumes [1]   4/20
retire [1]   37/18
retrials [1]   52/5
return [1]   39/17
review [1]   18/12
right [22]   3/9 3/15 5/16 5/19
 5/21 5/24 8/10 21/2 22/20 26/5
 27/1 27/10 32/4 34/15 34/23 35/5
 54/15 54/19 54/21 55/1 55/10
 55/13
rise [1]   55/11
Road [6]   29/5 29/5 30/7 30/9
 31/24 32/12
robs [1]   52/22
Rodriguez [1]   9/12
Rodriguez-Moreno [1]   9/12
roles [1]   4/3
ROMAN [4]   1/6 3/3 3/11 44/25
Rommy [1]   17/11

room [5]   2/8 17/19 35/23 49/21
 53/16
RPR [1]   56/12
rude [1]   50/24
rule [10]   8/12 10/2 13/22 28/5
 46/19 47/24 49/1 49/3 52/5 52/9
rules [8]   3/25 6/11 6/13 7/13
 8/12 35/8 38/9 46/12
ruling [3]   29/10 32/23 33/3
rulings [1]   26/3
run [2]   23/18 24/5
runs [1]   30/17

**S**

said [6]   6/4 6/7 6/11 17/21 23/19
 32/20
sale [3]   12/18 16/23 29/25
sales [1]   30/7
same [9]   6/13 17/19 17/21 24/9
 25/24 46/3 49/3 50/25 55/2
satisfied [2]   5/22 43/17
satisfies [1]   23/8
say [8]   4/10 7/22 10/13 18/21
 33/2 33/3 33/5 51/13
saying [1]   48/22
says [4]   6/15 29/7 33/25 34/7
scale [1]   14/8
scene [1]   51/20
Scharton [1]   24/14
scheme [2]   17/13 17/14
seat [3]   27/10 37/22 37/23
seated [2]   34/24 35/4
seats [3]   35/15 35/16 37/20
second [8]   17/11 24/24 40/10 41/2
 41/24 42/19 43/25 54/5
secret [1]   52/22
section [24]   9/1 11/10 11/17 12/3
 12/19 13/9 15/16 19/18 19/19
 19/19 20/5 23/12 24/23 24/25
 25/11 25/15 25/24 40/14 40/15
 41/4 41/4 41/19 42/14 43/16
sections [1]   10/24
see [7]   5/12 6/8 26/4 27/2 50/22
 55/10 55/17
seeking [1]   52/7
seem [1]   10/16
seen [1]   4/10
sees [1]   52/10
selected [1]   37/19
selection [1]   38/1
selling [4]   15/20 40/25 41/17
 42/9
semantic [1]   21/1
send [5]   49/22 54/10 54/11 54/22
 55/4
sense [4]   27/21 34/6 35/12 55/4
sent [2]   13/4 18/6
sentence [1]   27/14
separate [2]   39/15 39/17
separately [1]   39/17
September [1]   19/12
September 8 [1]   19/12
serious [1]   37/25
service [4]   49/23 49/24 51/8
 51/14
set [3]   9/10 10/6 17/7
sex [1]   47/20
sexual [1]   47/20
shall [4]   11/24 22/20 25/1 46/13
sham [1]   18/8
shares [1]   32/6
shave [1]   6/7
she [3]   13/16 44/5 49/7
SHERRY [3]   2/6 56/3 56/12
shifts [1]   44/9
should [37]   5/17 9/23 20/14 24/15
 26/17 28/10 28/23 28/24 33/7
 35/23 35/25 36/2 36/2 36/25 37/11
 38/6 39/3 39/16 39/17 39/20 45/8
 47/13 47/21 48/1 48/3 48/5 48/17
 49/1 49/3 50/13 50/18 50/21 51/2
 52/20 52/25 53/5 54/21

**S**

show [1]   32/2
showing [4]   24/3 28/17 28/21 30/9
shown [2]   30/10 33/22
shows [1]   29/5
shut [1]   32/10
side [4]   27/13 36/18 48/19 52/20
sides [3]   19/4 46/11 52/18
significance [1]   52/17
significant [1]   29/1
Silk [6]   29/5 29/5 30/7 30/9
31/23 32/11
similar [2]   17/9 18/17
simply [4]   19/13 19/16 21/13
50/24
since [1]   27/1
single [2]   11/25 18/6
site [2]   9/16 52/14
sitting [3]   21/16 37/16 50/4
Sitzmann [1]   18/4
Sixth [2]   8/9 22/14
skills [1]   7/21
slide [2]   27/15 29/5
slides [7]   26/7 26/8 27/4 27/5
27/11 34/16 34/16
Smith [1]   23/16
so [43]   3/16 3/25 4/25 5/13 6/22
7/22 8/16 8/22 9/13 10/8 14/18
19/16 21/22 22/11 24/4 25/11 26/3
26/16 26/21 27/11 27/15 27/25
29/6 30/8 31/10 31/20 32/12 32/19
34/6 34/12 36/12 38/23 40/20
45/21 50/8 51/2 53/16 53/24 54/9
54/10 55/3 55/10 55/16
sole [1]   48/6
solely [3]   21/16 47/22 53/8
solemn [1]   52/8
some [23]   3/22 6/17 7/3 7/6 9/13
9/14 10/10 15/10 20/20 20/20
27/19 28/8 28/21 29/15 32/2 35/8
38/2 38/8 38/9 40/17 41/7 42/1
53/3
somehow [1]   48/4
someone [6]   4/5 14/10 14/21 38/4
50/2 51/1
someone's [1]   4/5
something [6]   6/5 28/10 28/12
28/22 30/17 55/3
sometimes [3]   48/9 52/5 52/24
soon [4]   27/4 50/21 53/13 55/10
sorry [2]   17/18 21/24
sort [2]   20/20 31/5
sought [2]   25/10 52/6
source [6]   11/6 13/8 13/11 15/14
41/12 42/4
Southern [1]   16/5
speak [2]   3/22 38/7
speaking [2]   17/15 52/6
special [1]   12/25
specific [4]   30/9 30/10 32/2 32/2
specified [12]   11/2 11/4 11/5
11/8 12/17 15/8 15/12 15/15 15/18
30/5 42/3 42/6
speculate [2]   37/11 48/24
speedy [1]   22/20
spent [2]   7/22 8/6
spoke [2]   29/13 30/13
spokes [4]   29/14 29/15 29/17
30/16
square [1]   14/25
stand [7]   34/25 37/2 37/3 37/4
45/14 45/24 49/5
start [6]   3/17 10/22 34/12 35/11
55/6 55/10
starting [1]   3/5
starts [1]   32/19
state [13]   3/4 12/23 20/3 20/4
22/16 22/21 22/23 22/25 23/2
29/19 31/20 34/9 46/23
statement [8]   27/22 27/23 28/14
45/5 45/6 45/8 45/12 48/16

statements [7]   28/13 45/4 45/9
45/12 46/9 48/2 54/1
states [24]   1/1 1/3 1/10 3/3 8/21
9/6 9/19 11/23 13/25 14/17 14/20
14/21 14/24 16/4 16/7 17/8 17/11
18/4 23/17 24/14 24/20 24/25
24/25 44/22
statute [39]   6/24 8/3 8/14 11/9
11/10 11/12 11/18 12/14 13/18
13/19 14/21 18/23 19/2 19/10
20/10 21/15 22/3 23/4 23/6 23/8
23/11 23/17 24/4 24/8 24/12 24/15
24/16 25/25 29/8 29/8 29/10 30/15
30/17 30/24 31/2 32/11 32/16
32/24 33/6
statute's [1]   15/22
statutes [1]   25/18
statutory [1]   8/16
steer [1]   55/8
step [1]   45/2
STERLINGOV [41]   1/6 3/3 3/11 3/19
3/23 4/25 5/2 5/21 6/1 10/23 12/4
12/10 12/21 12/24 13/3 13/5 13/14
13/17 14/2 14/8 14/15 15/3 16/8
16/16 16/20 17/22 18/25 23/5
23/25 24/2 24/6 25/13 25/22 29/14
31/23 32/18 32/23 33/13 39/13
39/25 44/25
Sterlingov's [1]   17/1
still [4]   19/9 30/17 31/9 31/12
sting [7]   12/7 12/13 16/12 16/20
18/1 18/11 26/1
straightforward [1]   8/9
Street [2]   1/16 2/3
stress [1]   49/19
stretch [1]   21/15
stricken [2]   49/1 49/4
strike [1]   28/18
strikes [1]   7/11
SUA [1]   30/7
subject [1]   22/9
submit [3]   36/25 53/15 53/19
submitted [2]   49/11 49/13
substance [5]   12/18 15/21 41/1
41/17 42/10
substances [1]   16/18
substantial [3]   9/15 14/13 28/9
substantive [3]   15/17 24/16 25/10
substitute [1]   35/10
subtle [1]   21/1
such [15]   9/3 11/16 13/12 14/1
20/3 22/3 23/17 24/17 24/18 25/8
43/5 49/6 50/19 53/5 53/7
suddenly [1]   38/3
sufficient [5]   10/2 10/8 12/12
18/18 21/3
suggests [1]   48/10
suitability [1]   9/18
Suite [1]   1/17
summaries [1]   47/8
summarized [1]   39/4
supervise [2]   19/20 25/1
supervised [1]   42/20
Supp [1]   16/5
support [8]   12/12 17/3 17/6 20/9
21/10 22/3 43/14 46/7
Supreme [3]   9/4 17/5 23/13
sure [6]   3/20 4/17 6/9 6/25 31/16
32/25
surprised [1]   31/16
sustain [1]   48/22
sustained [1]   48/22
swear [1]   35/1
sweeping [1]   22/11
sworn [3]   35/2 46/22 48/8
system [1]   47/18

**T**

table [2]   3/7 3/12
take [16]   22/17 27/2 31/19 35/17
35/18 35/22 36/1 36/6 36/7 36/8
47/10 48/2 51/10 53/24 54/22

55/15
taken [3]   18/17 27/9 55/19
takes [3]   12/2 13/21 28/13
taking [2]   35/19 53/21
talk [10]   5/5 7/12 28/10 28/23
49/13 49/16 49/20 50/9 50/10 51/1
talking [1]   30/20
teams [1]   38/14
technically [1]   52/16
technology [3]   17/4 17/17 17/23
telephone [1]   17/12
television [1]   53/4
tell [4]   46/11 50/2 51/3 51/8
telling [1]   51/3
tempted [1]   53/6
tenable [1]   33/23
tendency [1]   50/8
terminated [1]   24/3
terminates [1]   23/19
test [3]   9/14 9/15 24/24
testify [7]   7/4 7/5 7/9 7/9 7/10
7/24 37/8
testimony [8]   35/20 38/5 47/4
47/6 47/8 48/8 48/13 53/22
tests [1]   9/9
text [3]   22/19 49/23 51/23
texting [1]   49/20
than [10]   4/5 4/7 6/13 8/20 8/24
26/2 26/8 33/6 36/4 48/12
thank [7]   3/15 4/25 5/8 5/24
26/25 35/4 35/5
that [331]
their [12]   3/4 13/12 13/13 14/17
27/15 32/18 33/17 36/2 37/1 50/10
50/14 52/16
them [18]   3/20 6/16 6/16 13/2
30/16 30/22 35/20 36/8 42/24
45/15 49/6 50/14 50/15 52/8 52/23
53/24 54/10 54/22
then [17]   4/19 5/22 15/2 19/16
22/11 23/4 25/22 27/3 30/11 32/5
34/16 34/18 37/15 49/1 50/7 53/13
55/5
theory [6]   29/22 32/7 32/14 33/23
33/24 34/6
there [51]   4/8 4/21 6/4 7/6 7/25
8/16 9/2 9/23 10/13 10/15 10/17
10/17 12/19 13/9 14/5 14/17 17/7
18/22 19/14 19/15 20/14 20/20
20/23 22/8 22/23 22/25 23/24
27/18 27/25 28/8 28/9 28/19 28/21
28/22 29/1 29/14 29/25 30/1 30/15
31/10 33/10 33/12 33/14 33/25
37/16 40/1 43/21 52/1 52/9 53/3
53/5
these [11]   14/7 17/2 24/11 30/1
32/1 32/9 33/13 35/9 35/12 47/13
48/13
they [26]   6/5 6/13 6/15 6/16 7/17
7/21 10/6 21/16 30/2 31/1 31/9
32/17 33/11 33/15 33/16 34/2
35/18 35/24 35/25 45/9 46/9 48/14
50/23 50/24 50/24 52/7
thing [3]   6/1 9/3 26/6
things [4]   3/16 6/3 42/23 47/13
think [47]   4/10 7/6 7/7 7/9 7/24
8/4 10/8 10/11 10/18 18/18 18/21
19/3 20/16 20/19 20/23 21/3 21/14
21/19 22/4 22/8 23/3 26/6 27/13
27/16 27/20 27/20 27/23 27/25
28/12 29/22 30/2 31/4 32/8 32/9
32/11 32/14 33/9 33/17 33/21 34/6
34/8 34/11 37/23 39/6 48/3 54/21
55/3
thinking [1]   7/6
thinks [6]   5/17 6/13 6/15 26/22
28/3 36/15
third [2]   42/2 42/25
this [73]
thoroughly [1]   4/24
those [23]   4/2 4/8 7/20 10/25
12/8 14/23 15/6 18/18 22/15 25/18

**T**

**those... [13]**   26/3 26/3 29/7 29/15 30/25 31/11 34/10 36/1 43/16 51/8 52/6 52/23 52/24
**though [2]**   18/10 30/13
**thoughts [2]**   10/10 49/24
**threat [1]**   25/9
**three [7]**   4/17 30/22 31/1 40/20 41/10 41/20 42/15
**through [20]**   3/16 3/23 7/2 13/2 14/9 14/16 17/5 20/21 21/19 23/15 24/2 26/7 27/4 27/4 27/11 28/7 38/15 38/25 42/13 43/20
**throughout [2]**   44/5 44/9
**thrown [1]**   55/14
**thus [2]**   12/3 33/22
**time [17]**   4/21 5/5 7/1 8/7 9/24 25/17 29/8 29/15 29/17 31/2 31/12 33/14 36/22 38/3 50/11 52/15 55/2
**times [1]**   10/15
**tired [1]**   27/1
**Title [1]**   20/6
**together [1]**   15/4
**told [3]**   4/12 6/2 6/9
**too [2]**   24/11 55/14
**took [7]**   12/5 13/14 16/1 16/15 16/25 35/15 35/15
**TOR [4]**   2/2 2/3 3/10 44/25
**torn [1]**   36/11
**touch [1]**   4/15
**Toussie [2]**   24/19 25/9
**town [2]**   4/16 4/20
**trafficking [2]**   16/18 30/8
**training [1]**   7/17
**transaction [42]**   11/1 11/11 11/12 11/15 11/16 11/21 11/25 12/1 12/2 12/4 12/7 12/9 12/10 12/13 12/14 12/22 13/5 13/14 13/18 13/20 13/21 14/4 14/13 15/8 15/9 15/12 16/13 16/20 18/1 18/8 18/11 26/1 38/18 40/16 40/18 40/18 41/6 41/8 41/8 41/11 41/23 41/25
**transactions [4]**   14/22 14/24 30/9 31/1
**transcript [4]**   1/9 47/7 53/22 56/4
**transfer [10]**   11/11 11/23 12/14 12/16 12/24 13/1 13/17 18/6 18/9 18/14
**transferred [1]**   16/22
**transferring [1]**   19/23
**transfers [1]**   17/10
**transmission [14]**   18/21 19/1 20/7 21/6 21/7 21/17 21/25 22/5 24/11 25/14 39/1 43/12 43/19 43/24
**transmitting [25]**   19/17 19/21 19/22 19/25 19/25 20/2 20/5 21/13 21/23 24/10 24/23 25/2 25/3 25/5 25/7 38/22 42/12 42/17 42/18 43/1 43/2 43/3 43/4 43/9 43/15
**transportation [3]**   20/6 21/7 43/12
**transporting [1]**   21/25
**travel [1]**   4/17
**treat [1]**   22/24
**treated [1]**   24/19
**treating [1]**   23/1
**treatment [1]**   47/18
**trial [33]**   1/9 4/13 4/20 6/8 9/21 10/20 19/13 22/20 28/23 35/7 35/8 35/9 35/11 35/18 36/9 36/20 36/22 37/24 38/3 39/6 39/10 44/5 44/9 44/19 44/23 45/2 46/18 46/20 47/24 48/14 48/15 53/5 53/11
**trials [1]**   22/15
**tricky [1]**   19/3
**tried [4]**   8/11 11/20 13/24 41/23
**tries [1]**   51/1
**true [3]**   52/10 52/16 56/4
**try [1]**   51/13
**Tuesday [1]**   4/20

**turn [4]**   13/12 15/7 37/22 50/23
**turning [1]**   8/7
**tweeting [1]**   49/20
**two [10]**   7/16 30/24 30/25 33/21 40/1 40/4 40/12 40/17 41/7 43/21
**type [3]**   27/20 28/19 55/7
**types [1]**   48/14
**typically [3]**   20/13 28/5 28/13

**U**

**U.S [10]**   1/13 2/7 9/6 9/12 14/1 16/7 17/8 23/17 24/14 24/20
**U.S.C [14]**   9/1 10/24 12/19 15/15 19/18 19/19 21/22 23/12 24/23 25/24 40/14 41/3 41/19 42/14
**ultimately [2]**   10/11 21/2
**unanimous [1]**   46/14
**unclear [1]**   29/11
**unconstitutional [3]**   14/6 22/13 22/18
**under [16]**   8/20 9/1 12/14 13/18 14/7 14/20 16/2 20/1 20/4 20/5 20/15 23/12 23/13 33/7 43/6 43/9
**underlying [1]**   21/21
**understand [7]**   5/6 5/9 19/4 39/3 45/8 45/10 46/10
**understanding [1]**   40/7
**understands [2]**   3/25 4/8
**understood [2]**   31/17 34/14
**undoubtedly [2]**   50/3 52/8
**unfair [1]**   14/5
**unforeseen [1]**   14/6
**Unfortunately [1]**   52/3
**UNITED [22]**   1/1 1/3 1/10 3/2 8/21 9/5 9/19 13/25 14/17 14/19 14/21 14/24 16/4 16/6 17/8 17/11 18/4 23/16 24/14 24/20 24/25 44/21
**unknown [2]**   15/4 38/13
**unlawful [33]**   11/2 11/4 11/5 11/8 12/17 15/8 15/11 15/12 15/15 15/18 16/3 18/2 20/9 21/17 21/21 24/10 30/5 33/4 34/11 38/19 40/17 40/20 40/21 40/23 41/7 41/10 41/13 41/15 42/1 42/3 42/6 42/7 43/14
**unless [2]**   8/13 44/5
**unlicensed [16]**   19/17 19/21 19/24 21/12 24/10 24/22 25/2 25/4 25/6 25/7 38/22 42/12 42/17 42/18 43/2 43/15
**unlikely [1]**   51/1
**until [14]**   23/18 23/19 24/5 25/22 32/17 37/15 37/20 44/5 45/6 49/11 49/12 49/15 50/7 53/19
**up [8]**   27/14 30/15 34/25 35/19 46/20 54/4 54/6 54/8
**us [2]**   1/20 6/18
**USAO [1]**   1/16
**use [6]**   6/8 14/11 27/12 34/16 49/19 52/25
**used [12]**   11/3 18/1 20/9 21/9 22/2 30/11 30/22 31/24 32/2 32/3 43/14 51/19
**users [2]**   13/11 13/13
**uses [1]**   17/12

**V**

**value [1]**   47/2
**various [3]**   23/2 23/2 29/14
**vendors [6]**   15/5 16/16 30/10 32/2 32/3 38/13
**venue [37]**   6/24 8/3 8/7 8/8 8/16 8/20 8/25 9/1 9/3 9/5 9/10 9/20 10/1 10/9 10/10 10/11 10/17 10/20 11/19 12/12 14/7 15/22 15/24 16/2 16/9 16/9 17/6 17/25 18/5 18/5 18/16 18/19 18/23 20/10 20/12 22/13 26/12
**verdict [10]**   36/10 39/20 46/13 46/14 46/15 47/17 48/6 54/9 54/22 55/15

**verdicts [1]**   39/18
**versus [14]**   3/3 8/21 9/6 9/19 13/25 16/5 16/6 17/8 17/11 18/4 23/16 24/14 24/20 24/25
**vertically [1]**   29/24
**very [3]**   47/6 50/25 52/9
**via [1]**   51/23
**view [7]**   10/1 14/5 14/17 18/17 20/11 25/11 32/8
**views [1]**   6/23
**violate [1]**   23/15
**violates [2]**   40/14 41/4
**violation [15]**   10/24 15/6 18/23 19/18 21/5 22/3 24/23 25/15 25/24 34/5 40/13 41/3 41/19 42/14 43/21
**visit [1]**   51/20
**vitamin [1]**   6/15
**vitamins [1]**   6/18
**Vlahakis [2]**   7/8 7/14
**voice [2]**   17/13 27/1
**voir [1]**   7/20
**vs [1]**   1/5

**W**

**Wah [1]**   8/22
**wait [2]**   37/14 45/6
**waited [1]**   32/17
**walk [1]**   50/23
**Wall [1]**   2/3
**want [14]**   5/9 6/18 6/19 7/18 8/2 29/9 30/16 32/21 33/3 35/7 46/16 49/14 49/18 52/1
**wanted [5]**   6/1 6/22 29/4 31/16 32/25
**wants [2]**   3/21 7/10
**warn [1]**   51/12
**was [39]**   8/12 8/15 8/25 12/10 12/13 12/14 12/16 12/16 13/4 13/10 13/16 14/2 14/12 16/4 16/23 16/24 17/6 18/3 18/6 18/9 18/10 18/11 18/14 19/7 24/6 28/21 29/1 29/5 29/11 31/15 32/16 32/25 33/2 40/24 41/15 42/8 42/17 43/7 43/24
**Washington [5]**   1/5 1/14 1/17 1/21 2/9
**watch [3]**   53/6 53/7 55/14
**way [9]**   6/17 7/7 11/13 21/20 38/6 39/5 52/14 54/12 54/15
**we [52]**   3/16 3/17 3/23 3/24 4/1 4/2 4/2 5/22 6/8 6/19 7/2 7/6 7/19 7/21 7/22 8/6 9/22 10/12 19/5 19/12 20/20 23/10 26/6 26/8 27/2 27/3 27/4 27/5 27/23 28/7 28/10 28/23 29/1 29/3 31/22 32/8 32/20 33/1 34/18 34/18 35/7 37/19 38/8 47/11 47/12 49/14 51/4 53/21 54/1 54/15 55/16 55/17
**we'll [4]**   7/12 54/23 55/6 55/9
**website [2]**   14/9 49/21
**websites [1]**   52/13
**weigh [1]**   47/3
**weight [1]**   47/1
**welcome [3]**   3/15 5/25 6/18
**well [15]**   4/6 6/19 8/3 14/15 17/4 19/19 21/2 22/22 24/7 27/1 30/12 32/10 34/10 47/2 54/11
**Wellington [1]**   24/25
**went [1]**   3/23
**were [2]**   31/9 38/2
**what [34]**   3/25 5/6 7/3 7/13 7/20 10/13 18/25 21/14 27/2 27/22 29/11 29/12 30/19 30/23 31/15 32/7 32/20 33/4 33/5 33/11 33/22 35/13 35/13 37/11 42/18 45/13 46/13 48/24 50/1 50/2 50/3 51/16 52/8 55/4
**whatever [4]**   30/16 36/13 52/12 54/17
**wheel [1]**   30/15
**when [26]**   4/5 4/6 4/20 10/12 13/16 14/3 17/12 31/2 32/16 33/3 35/15 36/9 40/4 40/15 41/5 44/20

Appx2686

| **W** | **Z** | |
|---|---|---|
| **when... [10]** 44/24 45/16 45/17 46/2 46/12 48/14 48/19 50/6 51/5 53/16 | **zoom [1]** 27/14 | |

**where [37]** 5/22 8/11 8/15 8/16 8/25 9/10 9/23 10/1 10/5 13/22 13/24 14/17 14/21 15/9 15/24 15/25 16/2 16/3 16/10 17/6 18/5 20/3 21/16 22/21 23/22 28/9 28/19 29/25 30/14 31/1 33/25 33/25 34/4 43/5 47/17 50/17 51/9

**whether [19]** 6/17 12/3 12/9 12/10 18/25 20/17 20/21 20/23 26/13 26/17 28/10 29/11 29/18 29/19 30/13 35/18 37/7 39/11 43/6

**which [40]** 9/15 10/15 10/22 11/19 11/20 12/2 13/17 13/21 13/23 14/12 14/14 15/8 18/24 19/14 20/13 22/12 22/19 25/13 26/1 27/6 29/6 29/13 30/10 30/13 32/9 33/17 37/7 39/13 39/17 40/2 40/6 40/8 41/20 42/15 43/10 43/22 44/13 46/3 47/5 47/15

**while [4]** 27/2 31/9 36/18 53/4
**whispering [1]** 17/20
**Whitfield [1]** 16/6
**who [20]** 3/11 3/18 3/18 4/6 11/25 13/19 23/14 30/21 30/21 31/11 32/2 32/3 34/5 36/1 37/20 38/4 47/4 49/6 51/8 55/13
**whoever [1]** 21/23
**whole [7]** 6/4 13/24 15/13 18/22 28/16 31/10 41/11
**whom [2]** 17/15 50/9
**why [4]** 7/10 10/10 27/2 52/1
**Wilkins [1]** 3/13
**will [59]**
**window [1]** 33/5
**wire [6]** 11/14 11/24 17/10 18/6 18/9 18/14
**wish [3]** 35/18 36/13 50/7
**withdraw [1]** 31/6
**withdrawal [1]** 24/4
**withdrawn [2]** 23/23 48/24
**within [4]** 24/7 29/8 32/16 52/21
**without [10]** 4/1 13/13 18/21 20/2 20/25 24/11 25/14 39/1 43/3 43/19
**witness [12]** 37/1 37/2 37/2 37/3 37/3 37/3 37/4 37/8 38/4 45/14 47/5 49/5
**witnesses [17]** 7/16 7/20 7/24 35/21 36/14 36/19 38/2 45/14 45/24 47/3 47/4 47/7 48/1 48/8 50/11 50/18 50/23
**won't [1]** 18/17
**word [1]** 21/14
**work [2]** 4/17 35/8
**worked [1]** 40/6
**working [1]** 6/6
**works [1]** 8/6
**would [19]** 3/4 6/10 6/17 14/11 15/24 16/3 17/19 21/23 22/13 28/13 28/24 28/25 30/23 31/3 33/5 34/9 34/9 46/3 48/25
**wrestle [1]** 10/12
**write [3]** 36/13 36/21 51/13
**wrote [1]** 18/13

**Y**

**year [1]** 25/25
**years [5]** 17/5 23/12 25/19 25/20 26/2
**yes [14]** 3/22 5/7 5/11 5/23 12/6 26/10 26/20 26/24 31/4 31/18 31/22 32/22 33/2 54/24
**yet [2]** 28/5 28/11
**York [2]** 1/20 16/6
**you [223]**
**your [74]**
**yourself [3]** 4/24 37/23 50/16

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America,        ) Criminal Action
                                 ) No. 21-cr-399
                    Plaintiff,   )
                                 ) JURY TRIAL
vs.                              )
                                 ) Washington, DC
Roman Sterlingov,                ) February 13, 2024
                                 ) Time:  1:00 p.m.
                    Defendant.   )

_____

TRANSCRIPT OF JURY TRIAL
HELD BEFORE
THE HONORABLE JUDGE RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE

_____

A P P E A R A N C E S

For Plaintiff:       **Christopher Brown**
                     DOJ-USAO
                     601 D Street, NW, Suite 5.1527
                     Washington, DC  20530
                     Email:  Christopher.brown6@usdoj.gov
                     **Catherine Pelker**
                     US DOJ
                     950 Pennsylvania Avenue NW
                     Washington, DC  20530
                     Email:  Catherine.pelker@usdoj.gov
                     **Jeffrey Pearlman**
                     DOJ-CRM
                     1301 New York Avenue NW
                     Washington, DC  20005
                     Email:  Jeffrey.pearlman@usdoj.gov

For Defendant:       **Tor Ekeland**
                     **Michael Hassard**
                     Tor Ekeland Law PLLC
                     30 Wall Street, 8th Floor
                     Brooklyn, NY  10005
                     Email:  Tor@torekeland.com
                     Email:  Michael@torekeland.com


Court Reporter:      Janice E. Dickman, RMR, CRR, CRC
                     Email:  Janice_e_dickman@dcd.uscourts.gov

\* \* \* \* \* \* \*P R O C E E D I N G S\* \* \* \* \* \* \*

MR. BROWN: Do we need to call the case first or --

THE COURT: I think she's getting the jury.

MR. BROWN: If we could, one matter before the jury comes in. Sorry.

Regarding Rule 615 -- I apologize, Your Honor.

Under Rule 615, we just wanted to clear with the Court whether it was okay, for opening statements only, if one of our witnesses was in the courtroom?

THE COURT: Yes. I was wondering about that more generally because I've noticed some of the other witnesses have been here.

Is the witness a fact witness or an expert witness?

MR. BROWN: He is -- he is a fact witness, Your Honor.

THE COURT: You want him here for your opening; is that it?

MR. BROWN: Yes, Your Honor.

THE COURT: Any objection from the from the defense?

MR. EKELAND: I'm sorry. I couldn't hear who it was.

MR. BROWN: It's one of our -- Agent Rovensky.

MR. EKELAND: No objection.

THE COURT: Without objection, you can do that.

(Whereupon the jurors enter the courtroom.)

THE COURTROOM DEPUTY: Jury is present. You may be

seated and come to order.

THE COURT: All right. Mr. Brown, when you're ready, you may proceed.

MR. BROWN: Your Honor, is the screen --

THE COURT: Is the microphone not on?

MR. BROWN: The screen.

THE COURT: Oh, the screen. No. We got to wait for the clerk. Just a second.

THE COURTROOM DEPUTY: I'm sorry. Are you waiting for me?

MR. BROWN: Reconnect the screen.

THE COURT: You may proceed.

MR. BROWN: This is a case about an online money laundering service, Bitcoin Fog.

Why was it called Bitcoin Fog?

THE COURT: Oh, I'm sorry. Just pause.

The jurors, two people can look at the same screen, you can flip it forward. The clerk will show you how to do that. Two people can see it at once.

My apologies, Mr. Brown. All right.

MR. BROWN: This is a case about an online money laundering service called Bitcoin Fog.

So why was it called Bitcoin Fog? Now, you've probably experienced it at some point when it's so foggy or misty outside that if you were trying to follow somebody with

your eyes as they walked down the street, after a certain number of blocks they would seem to vanish into the mist.

Bitcoin Fog was designed to do the same thing for transactions. It was a service that allowed users to make transactions that were untraceable. So if somebody was watching, trying to follow the money to track down illegal activity, the money trail would vanish into Bitcoin Fog. This was by design.

Bitcoin Fog advertised itself as a way to make it impossible for the authorities to have any chance of finding your payments. And the operators of Bitcoin Fog knew that they were facilitating illegal activity, so they took elaborate steps to conceal their identity, to hide themselves under layers of fog and shadow. In their own words: We will never be found and dealt with by proper authorities.

So who used Bitcoin Fog? People who wanted or needed to keep their transactions secret; drug dealers, buyers of child pornography, also known as child sexual abuse material, the hacker who stole digital goods and needed to cover his tracks.

In fact, you will hear that during the lifetime of Bitcoin Fog, it processed more than $400 million worth of untraceable transactions, and that included tens of millions of dollars in transactions to or from the infamous online drug markets, such as Silk Road, AlphaBay, Agora. These sites were

like an eBay for illegal drugs. Markets selling heroine, fentanyl, cocaine, any drug imaginable sold to buyers in the United States and all over the world.

Bitcoin Fog played a key role in this online drug trafficking economy. Bitcoin Fog enabled the illegal drug trade by giving buyers and sellers an online market industry tool to conceal their drug transactions and to launder their profits. Bitcoin Fog was also used by users of a website called Welcome to Video, which distributed child sexual abuse material in exchange for Bitcoin.

The operators of Bitcoin Fog didn't do this for free. They charged a fee, added 1 to 3 percent on top of every transaction. You put in $100, you get 97 or 98 or 99 dollars back.

And who was behind Bitcoin Fog? This man, Roman Sterlingov led the effort to set up Bitcoin Fog. He helped to manage Bitcoin Fog. And he profited from Bitcoin Fog for almost ten years, from 2011 to 2021. He knew his scheme was illegal, so he designed it to keep it anonymous, to keep his name out of it. He took elaborate measures to keep himself hidden in the fog too. Unfortunately for Mr. Sterlingov, he made mistakes, especially early on, and law enforcement was able to piece it together.

So let's talk about what you will hear in this trial. First, I'll explain a little bit more about what Bitcoin Fog

was and how it worked. As you'll see, Bitcoin Fog was designed from the beginning as a way to hide money and transactions from lawful authorities.

Next, I'll give you a preview of the witnesses and evidence you'll hear in this trial. We'll show you how law enforcement traced the creation of Bitcoin Fog back to Roman Sterlingov and followed the trail of more than $1.8 million in Bitcoin back to -- from Bitcoin Fog to Roman Sterlingov, and I'll tell you about the charges in this case.

So to begin, this is what Bitcoin Fog looked like.

Now, you couldn't access Bitcoin Fog using an ordinary web browser because Bitcoin Fog was hosted on a part of the internet called the darknet or the dark web. Users can't access the dark web using a normal web browser. Instead, they have to download a special browser called a Tor Browser.

The Tor Browser may have some legitimate purposes, but Bitcoin Fog was not one of them. Like the name suggests, Bitcoin Fog operated using an electronic currency known as Bitcoin. These are virtual coins. Their value has fluctuated widely over time and one Bitcoin has been at times worth thousands or even tens of the thousands of dollars. But a Bitcoin can be divided into smaller units, just the same way a dollar can be divided into cents.

Bitcoin Fog was known as mixer or tumbler. Think of a mixer this way: If there is a bank robbery, law enforcement

could figure out the serial numbers on dollar bills stolen from a bank. When a bank robber used those marked bills to buy something, say a fur coat, then agents can tie the money back to the original robbery.

Here, a mixer works kind of like putting one of those marked $20 bills into a bag full of other $20 bills, shaking it up, and then taking out a different $20 bill to spend. Now, the guideline, the fur coat, is using different bills and the purchase of the coat can't be linked back to the bank robbery, in just the same way a user could send Bitcoin to Bitcoin Fog and then Bitcoin Fog would mix or comingle those funds with a bunch of other coins and Bitcoin Fog would then forward different coins to erase the interest by the user.

The goal of all of this was to enable users to make untraceable transactions. Why? So that lawful authorities would not be able to trace the Bitcoin flows to the users of the site.

During this trial you're going to hear about some undercover transactions on Bitcoin Fog. These are transactions made by FBI and by the IRS Criminal Investigation Division from locations here in the District of Columbia. You'll see screenshots and recordings showing you just how easy it was to set up an account on Bitcoin Fog.

You'll see here the only information the IRS agent had to provide was a user name and a password, and filling in

that security text, to prove he's not a robot, with the funny cat picture. No true name, no phone number, not even an email address. And you'll see the Bitcoin Fog had a secure communications window to send messages to the Bitcoin Fog administrator. This was the most secure way to communicate with Bitcoin Fog because the information went through the Tor network that I mentioned a minute ago.

These undercover transactions also make clear that Bitcoin Fog's operators knew it was being used to avoid authorities and launder money. The IRS agent here specifically tells Bitcoin Fog that he's a drug dealer and that the purpose of one of his transactions is to clean coins that he earned from selling illegal drugs, Molly and MDMA on a darknet drug market called Agora. He also mentioned he sells drugs on Wall Street Market, WSM, and the Dream Market, and wants to partner with Bitcoin Fog to launder his money.

What happened? The transaction went through. Bitcoin Fog didn't demand any more information about the user's identity or the purpose of the transaction. It went ahead and processed this transaction, just like it processed millions of dollars worth of other transactions to or from darknet markets. And that was by design because from the very beginning the defendant marketed Bitcoin Fog as a service for criminals to avoid authorities. When he announced the launch of Bitcoin Fog on October 27th, 2011, he made this crystal clear.

This is a screenshot of the announcement of the launch of Bitcoin Fog. It was advertised on a forum called bitcointalk.org. The defendant spoke through an alterego or moniker Akemahite Omedetou, that means just Happy New Year in Japanese.

The defendant explained why he created Bitcoin Fog. It was because interested parties, be it authorities or just interested researchers, could easily track your money around the network. He's talking about the Bitcoin network, which we'll discuss in a minute. Bitcoin Fog would make it impossible to prove any connection between a deposit and a withdrawal inside its service. And Bitcoin Fog would operate on the darknet on what is called the Tor network to make it impossible for authorities to collect information about user transactions.

Here he says: For security purposes, this service operates through the Tor network only. This also makes us feel more secure, knowing that we will never be found and dealt with by proper authorities. We can say with high certainty that not only will we not cooperate with authorities, the authorities will not actually be able to show up at our doorstep because finding a Tor doorstep has proven difficult.

And finally, the defendant promised that he would make no permanent records of user transactions. Quote, all logs are taken care of.

I would like to talk to you a little bit about what Bitcoin is. And you'll learn everything you need to know about in this trial from the experts, the agents, and other witnesses in this case.

The first thing you'll hear is that you can't hold Bitcoin in your hands like a dollar bill. It exists only online, on the internet. Bitcoin is sometimes called a virtual currency or cryptocurrency. You'll also hear that the Bitcoin is not issued by a national government, like the U.S. dollar. Instead, Bitcoin is managed by a network of computers running specialized Bitcoin software. Like other currencies, Bitcoin has value based on supply and demand. You can spend Bitcoin to buy certain things online, you can send money around the world using Bitcoin, or you can just save it like an investment.

Since the early 2010s, the value of Bitcoin has grown from just a few cents per bit coin to tens of thousands of dollars per Bitcoin. Although, the value has also fluctuated a lot over time.

One key concept that you will hear about is something called the blockchain. The blockchain is a public ledger; money in, money out. It keeps track of all Bitcoin transactions. It's like a giant bank statement that shows every Bitcoin transaction for every Bitcoin user since the beginning of Bitcoin, around 2009. Millions of entries. And the whole thing is online and searchable.

The only identifying information for any transaction is something called a Bitcoin address. A Bitcoin address looks something like this. (Indicating.) It's a long string of letters and numbers generated by a computer program. If someone wants to send you Bitcoin, you would provide them with your Bitcoin address. It's sort of like telling someone your mailing address if you wanted them to send you a check. You can have more than one Bitcoin address. In fact, since you create this with a computer program, you can have dozens, hundreds, even thousands of Bitcoin addresses.

If you store a group of Bitcoin addresses together, that's called a Bitcoin wallet. The wallet holds the addresses which have the Bitcoin in them.

So a transaction on the blockchain would look something like this. You would see one Bitcoin address there on the left, sending money to another Bitcoin address or addresses there on the right. (Indicating.) And sometimes transactions might involve more than one sending or receiving address. And every transaction gets charged a small fee and that fee goes to the actors who are recording the transactions onto the blockchain.

Just by looking at a single transaction on the blockchain, there's no way to tell who stands behind this transaction, who owns the sending address, who owns the receiving address. And while there are plenty of legitimate

users of Bitcoin out there, that anonymity or secrecy can be very desirable for individuals who made their Bitcoin by committing criminal activities.

We talked about the ledger. A person can trace transactions on the blockchain, follow the movements of funds from address one to address two to address three and so on, almost like following a marked dollar bill as it moves through the stream of commerce from one transaction to another. And then sooner or later the owner of the Bitcoin will provide additional information at some point along that trail through a legitimate exchange to cash out their money, to spend their money in a known criminal forum. And once there's a clue about the identity of the owner, investigators can trace those transactions back to their original source.

Bitcoin Fog was designed to make this trail vanish, to make it impossible for lawful authorities to trace transactions on the blockchain. Is Bitcoin illegal? Of course not. But there are rules and regulations in place to prevent criminals in using financial institutions to launder money.

People who engage in drug dealing and/or other criminal activity have a problem. They have money. And it might be cash, it might be Bitcoin. But sometimes it's hard to spend that money without tipping people off to the fact that they have an illegal source of income. And that's where those rules and regulations come into play.

You'll learn about something called the Bank Secrecy Act. Now, the name is a little confusing, but the Bank Secrecy Act requires banks, money transmitters and other kinds of financial institutions to keep certain records and reports about customer transactions that are highly useful in criminal tax and regulatory investigations. This includes records of cash transactions, reports on suspicious activity and the collection of basic customer information. This is known as Know Your Customer, or KYC, so that banks are not dealing with or enabling criminals.

All of these rules create a paper trail that can be used by law enforcement to uncover illegal activity. These businesses are also required to maintain anti-money laundering programs and take steps to prevent criminals from laundering money on their platforms. Criminals, of course, have no interest in sharing their KYC information or having the reports made of their transactions. So they avoid legitimate financial institutions and seek out platforms that will take their money, no questions asked. Bitcoin Fog was just such a site.

Now that I've talked about what Bitcoin Fog was and how it worked, I would like to give you a preview of some of the evidence you will see and the witnesses you are going to hear from in this case. The evidence will not come before you in neat chronological order. That's because no single witness can tell you the entire story of the defendant's crimes. Each

witness, each exhibit is like one piece of a puzzle. And over the coming days, we will be putting this puzzle together in front of you one piece at a time. By the end of the trial, you'll be able to step back and see how those pieces fit together.

The story of Bitcoin Fog begins in late 2011. This is when Roman Sterlingov begins to lay the groundwork for the creation of his site. In addition to the Bitcoin Fog website itself which existed on the darknet, the defendant created and registered a website on the open internet, also known as the clearnet, called bitcoinfog.com. And here's the picture of the clearnet website.

You'll hear testimony that the darknet operates through something called Tor network. The name Tor comes from The Onion Router, T-O-R. The Tor network routes internet traffic through a series of relay computers all over the world, like layers of an onion, and this masks the IP address, the internet protocol address, assigned by a service provider for the computer that is connecting to the internet through Tor.

Websites can be hosted on the Tor network. These are called hidden services websites. When people refer to the dark web or the darknet, this is what they're referring to. But as you'll hear, there are two important characteristics each for the websites. First, the way web addresses are generated on Tor means that there are going to be a lot of random letters

and numbers ending in .onion.  This makes Tor websites hard to remember, unlike say ESPN.com, Washingtonpost.com.  Second, hidden services websites are not searchable using regular search engines like Google or Bing.  This makes them hard to find.

So the defendant created a clearnet website, a website in the real surface internet world that everyone uses with an easy to remember address, bitcoinfog.com to act as a virtual signpost telling users how to find Bitcoin Fog on the darknet.  The clearnet website contained information about Bitcoin Fog and a link to the Tor address for the Bitcoin Fog darknet website.  Click the link and it takes you there.

When somebody sets up a website, they have to buy a domain like a .com or .org from a domain register company like GoDaddy.  It has to be registered and paid for.  It's usually a very simple process.  But what happened here?

Just to give you a preview, this process, the way the defendant did it involved moving money from an account in his own name through multiple alias accounts and converting the funds from euros to Bitcoin to another currency called Liberty Reserve dollars just to register a website.

The defendant began this process of registering for the clear domain bitcoinfog.com at the end of September 2011. One of the defendant's e-mail addresses -- and you will hear that he had many, many different email addresses -- was called

heavydist@gmail.com. This was one of the addresses the defendant openly used to carry on his personal affairs, even though you couldn't tell from the name of the address that it belongs to Mr. Sterlingov.

When the defendant was eventually arrested, he was carrying account recovery for heavydist@gmail.com. Heavydist is Sterlingov. On September 29th, created a Word document for himself and saved it in his Google Drive account for heavydist@gmail.com. The name on the Word document is in Russian. It translates to "putting in money." Here it is in Russian, and here it is in translation. (Indicating.)

The top part of the document outlines three rather specific steps to register a domain. He didn't just use a credit card or write a check. Instead, he chose to make the following convoluted steps: Step 1, bank transfer to Mt. Gox. Step 2, convert euros into Bitcoins. Step 3, send dollars to Liberty Reserve through Warren Exchange.

What are Mt. Gox, Liberty Reserve, and Warren Exchange, and why does he need to use multiple exchanges and banks to register? Well, these were all different kinds of virtual currency exchanges or issues that were active back in 2011. Think of them as something new. Mt. Gox was a Bitcoin exchange. Warren Exchange allowed users to exchange Bitcoin and other virtual currencies. Liberty Reserve was an offshore virtual currency issue based in Costa Rica that issued its own

virtual currency, Liberty Reserve dollars. Liberty Reserve did not collect customer information, and it was eventually shut down by law enforcement.

Now, you'll see how defendant implemented his plan. On the same day, September 29th, the defendant registered accounts in his own name, Roman Sterlingov, on Liberty Reserve and Mt. Gox, and he even uploaded a copy of his ID for Mt. Gox. Notice he used another one of his email addresses plasma@plasmadivision.com. But, again, by itself, an email address that doesn't use his true name, Roman Sterlingov.

Four days later, on October 3rd, 2011, the defendant did a dry run of the transaction to register the domain name. Just like it said in the Google doc, step 1, he deposited euros into his Mt. Gox account. Step 2, he converted the euros to Bitcoin. Step 3, he moved money from Mt. Gox to his own Liberty Reserve account through Warren Exchange.

Now that the defendant had completed his dry run, it was time to register the website for real. Two weeks later, on October 19th, 2011, the defendant initiated the transaction to actually register the Bitcoin Fog domain. Step 1, the defendant deposited euros into his Mt. Gox account. Step 2, he converted the euros into Bitcoin. Then before getting to Step 3, he did something even more complicated than in his dry run. The defendant sent Bitcoin out of his Roman Sterlingov account at Mt. Gox. This account with the user name Rosso 97341870,

and he sent it to two other known proxies that were registered in names.  Using the email addresses nfs9000@hotmail.com and kolbasa99@rambler.ru.  He also created another account called volfprius@hotmail.com and he used that for some of the transactions.  All of these accounts were really Roman Sterlingov.

So the funds went from the defendant's true name, Roman Sterlingov, account at Mt. Gox, then rapidly passed through two alias accounts at Mt. Gox.

Finally, Step 3, send funds to Liberty Reserve through AurumXChange.  The kolbasa99 alias account at Mt. Gox converted the Bitcoin to dollars and sent them to AurumXChange. AurumXChange then converted the funds into Liberty Reserve dollars, and those Liberty Reserve dollars were sent to another Liberty Reserve account.

This was a new Liberty Reserve account.  It was registered less than two weeks earlier, on October 7th, 2011. The account was registered in the name of Vasily Kunnikov with an email account shormint@hotmail.com, also Mr. Sterlingov. The Shormint account at Liberty Reserve used these funds to pay the fees for registering bitcoinfog.com.  And records from the main registration showed that bitcoinfog.com was registered to the email account shormint@hotmail.com and in the name Akemashite Omedotou, also Mr. Sterlingov.  And here's what that transaction looked like.

If any of that confused you, that was on purpose. Roman Sterlingov went through all this trouble for an $80 website registration. He could have done it in one step and written a check or paid by credit card, but he chose to go through these multiple steps to make it harder for someone to trace back those payments to his real identity.

Roman Sterlingov did this to make sure his true identity remained hidden in the fog. And during this trial, you will see the emails from Roman Sterlingov accounts. You will see the account records.

For all of these accounts, the Mt. Gox accounts, the Liberty Reserve accounts, the AurumXChange accounts on Mt. Gox, and you will see the website registration information for the Bitcoin Fog document. You will hear from the government's witnesses who will walk you through this transaction one step at a time. And you'll hear from the computer scientist who will talk about the IP addresses used in this and other transactions. You'll be able to see exactly how Roman Sterlingov created the Bitcoin Fog clearnet website.

And here's what the clearnet website looked like. What does it do? It points the user directly to the Bitcoin Fog site on the darknet. Fog Core 5N30V32UI, just click. So what was the defendant's clearnet website to Bitcoin? Well, according to Bitcoin Fog's fictitious spokesperson, the defendant's alter ego, Akemashite Omedotou, Bitcoin Fog was the

official public website of Bitcoin Fog.

You'll also see records showing that shortly before the launch of the Bitcoin Fog on October 27th, 2011, the defendant was trying to acquire an existing mixer website called Blind Bitcoin. On October 2nd, the defendant reached out to the creator of Blind Bitcoin via private message on bitcointalk -- on the bitcointalk forum. The defendant wrote using the alias Killdozer. Killdozer is also Mr. Sterlingov.

He said, "Hello, did you already outsource the Bitcoin site to someone else? If not, I am very much willing to discuss taking it over. I think the service is great and operating such a website would be very interesting. Besides, I believe I have all the needed technical qualifications."

The offer was declined, and that's what led to the creation of the Bitcoin Fog. But when Bitcoin Fog was created, the defendant's alter ego, Akemashite Omedotou, made no secret that what he was doing was based on Blind Bitcoin. He says it in private messages, and he says it publicly in the bitcointalk forum.

We'll show you more evidence that the defendant was involved in operating Bitcoin Fog not just at the beginning but for years leading up to his arrest nearly ten years later, on April 27th, 2021.

I mentioned earlier that you'll hear from a computer scientist. Valerie Mazars de Mazarin is a computer scientist

who worked for the FBI and now works for another federal law enforcement agency. She will explain her analysis of matching IP addresses, sort of like matching phone numbers. She'll show you that certain IP addresses were used to access accounts tied to the defendant's true name Roman Sterlingov and, also, close in time some of those same IP addresses were used to access alias or alterego accounts that were involved in setting up bitcoinfog.com.

The computer scientist will also testify about her analysis of the electronic devices found in the defendant's possession when he was arrested. She will testify that the defendant had the Tor browser set up on multiple devices, and that there were forensic traces of the defendant attempting to act as a Tor website account with administrative privileges. She'll also explain the vast array of anonymity or secrecy services the defendant used, such as virtual private networks have, VPNs, to hide his IP address and virtual servers to store data remotely. You'll be able to determine at the end of the case that all this activity is consistent with operating a hidden service on the Tor network like Bitcoin Fog.

You'll also see exhibits relating to the defendant renting server space with a company in Romania. Starting in October 2015, Bitcoin Fog users were complaining about service interruptions on the mixer website. In late October, the defendant rented server space in Romania with a company call

M247.

In November, the defendant sent a parcel to M247 in Romania. Now, we don't know what was in the parcel, but in December the defendant's alterego, Akemashite Omedotou, told users that service interruptions were due to a hardware failure. And then in January, Akemashite announced that he had finally been able to resolve all of the technical issues.

At the end of this case you'll be able to see how the defendant's purchase of the server space at M247 and his shipment of an unknown parcel happened to coincide in time with Bitcoin Fog dealing with hardware issues and resolving them.

You'll also hear that after the defendant was arrested in 2021, Romanian authorities seized three drives from the defendant's M247 servers. One drive held data related to him running something else, a VPN business he called Moon VPN. One of the other drives was wiped clean.

You'll hear from the government's two blockchain analysts, Luke Scholl, an FBI staff operations specialist, and Elizabeth Bisbee from a company called Chainanalysis.

Mr. Scholl did three things. First, he reconstructed key transactions involved in setting up Bitcoin Fog in 2011. He'll walk you through that October 2011 transaction to register the website bitcoinfog.com. He'll also explain how a few weeks before Bitcoin Fog was launched, the defendant withdrew a small amount of money from his Roman Sterlingov

account at Mt. Gox. He sent those funds through a complicated series of transactions, splitting it up, mining them, and eventually merging it with other Bitcoin wallets. And then on November 10th, 2011, those funds were moved into Bitcoin Fog. And this was the first known transaction on Bitcoin Fog.

Second, Mr. Scholl traced the flow of funds between Bitcoin Fog and illegal darknet markets selling drugs, as well as the illegal website Welcome to Video that trafficked in child sexual abuse material.

And third, Mr. Scholl traced the flow of funds from Bitcoin Fog to Roman Sterlingov. More on that in a minute.

Ms. Bisbee is also a blockchain analyst. She analyzes the data on blockchain. She's employed by a company call Chainanalysis. Chainanalysis is one of several companies that offer software tools for blockchain analysis.

Ms. Bisbee will testify about how chain analysis moves Bitcoin clusters together -- Bitcoin addresses together to clusters identified with a specific entity. She'll testify about how the Bitcoin Fog cluster was identified. She'll also tell you about the flow of funds between Bitcoin Fog and illegal darknet markets.

Now, the money. You'll hear from a forensic accountant named Sarah Glave. She'll show you how the accounts we can associate with the defendant received more than $1.8 million in Bitcoin deposits between 2010 and 2020. She

will show you that there's a significant mismatch between the defendant's known income, his jobs, and so forth, and his spending.  And this is a sign of hidden sources of income.

Ms. Glave, Mr. Scholl, and other witnesses will show you that the majority of the defendant's identifiable income came in the form of Bitcoin.  The defendant held numerous accounts in his own name, Roman Sterlingov, using his identifiable email addresses at crypto exchanges, like Mt. Gox, LocalBitcoins, Binance, Bitfinex, BTSE, Circle, Poloniex, and Kraken.

And where did this Bitcoin come from?  The majority of it was traced back to one source, Bitcoin Fog.  For example, the defendant had an account at the crypto exchange Bitstamp. He deposited 715 Bitcoin that was worth about $125,000 into this account.  Almost all of that Bitcoin could be traced back to Bitcoin Fog.  More than 95 percent.

In 2016, Bitstamp started asking questions about the defendant's deposits.  Bitstamp specifically asked if the defendant was using any cryptocurrency tumblers.  The defendant responded, "I don't know if I did with the specific funds sent to your exchange.  It's not impossible.  I don't really remember."

Meanwhile in files the defendant saved on his devices, he wrote notes to himself about Bitstamp, saying, "Withdrawing everything when they started delaying withdrawals

and asking for ten stupid questions.  Do not use them.  Tell everyone to stop using them."

Roman Sterlingov knew that he had to keep his activities hidden in the fog.  So when Bitstamp started asking questions, "Do not use them, tell everyone to stop using them."

After the defendant was arrested, the government served a seizure warrant -- a warrant that allows the government to seize money from an account -- on a crypto exchange call Kraken for two of the defendant's accounts there. The government found more than $800,000 worth of U.S. dollars, Bitcoin, and some other virtual currency in the defendant's Kraken accounts.  One account was in the defendant's name, Roman Sterlingov, and the other was supposed to be for his VPN business, Moon VPN.

But where did the funds come from?  You'll see a majority of the funds, even the majority of funds in his business account from Moon VPN, came from Bitcoin Fog.

The government also found a Bitcoin wallet called Mycelium on one of the defendant's phones he was carrying when he was arrested.

This is a photo of that wallet app on his phone showing that he was carrying Bitcoin valued at one time at $546,510.91.  Over half a million dollars on his phone.

You'll see that the defendant kept separate sub-wallets within the Mycelium and he gave them names like

"Earned, do not use," and "Account 15, straight out of mint."

When the government seized the Bitcoin from these wallets and traced their origin on the blockchain, where did the Bitcoin come from? Again, the majority came from Bitcoin Fog.

Like I said, you'll see direct evidence that Bitcoin Fog processed more than $400 million in untraceable transactions that included tens of millions of dollars for darknet sites engaged in drug trafficking and other illegal activity.

That will be further corroborated by two witnesses who actually used Bitcoin Fog to launder money for their own illegal activity. They heard Bitcoin Fog was the go-to site for money laundering. They went to the site and used it as it was designed to be used, and you'll have a chance to hear directly from them.

And, finally, you'll see records of a sampling of the many drug dealers who used Bitcoin Fog to launder their drug proceeds. These drug dealers sold drugs on online markets, like Silk Road, based on the darknet.

This is what Silk Road looked like and these are some of the many drug dealers on Silk Road who sold drugs online and laundered their payments through Bitcoin Fog. These records will put a picture on all those numbers, the tens of millions of dollars on online drug transactions that were facilitated by

Bitcoin Fog.

The government will show you all this through the testimony of witnesses and documents that will be introduced. Each witness and their documents will represent puzzle pieces that will demonstrate the defendant's involvement in this scheme. And then at the end of this case, you'll have a chance to evaluate the facts and determine how they fit into the charges of this case. The charges are represented by an indictment.

Count 1 charges the defendant with money laundering conspiracy. This count charges the defendant with engaging in a conspiracy -- basically an agreement to commit illegal acts -- with the administrators, vendors, and others involved in buying and selling illegal drugs on darknet markets. The aim of this conspiracy was to launder drug money, to conceal drug proceeds, and to promote further drug trafficking activity.

The criminal conspiracy does not always involve a formal written agreement because people don't always take notes on their criminal conspiracy. As Judge Moss will instruct you, you can figure out someone's intent or knowledge by looking at the surrounding circumstances.

And here, both sides were getting something out of the deal. Bitcoin Fog did. The defendant got to charge fees on every transaction. The darknet drug sellers and buyers got

a way to make their transactions untraceable.

The evidence will show that the defendant knew exactly what he was doing and who his customers were.  But Judge Moss will also tell you that the defendant doesn't need to know specifically which crimes were generating the money that was being laundered.  The defendant only needs to know Bitcoin Fog was laundering the proceeds of some form of unlawful activity.

And Judge Moss will tell you that a conspiracy is a kind of crime known as a continuing offense.  This means the crime lasts for the entire duration of the conspiracy.

Here, Bitcoin Fog was operational for nearly ten years, starting in 2011 up until shortly after his arrest in 2021.  The evidence will show that the defendant was still taking up money at least as recently as 2020, and Bitcoin Fog remained an ongoing concern laundering money for users until shortly after he was arrested.

Count 2 charges the defendant with money laundering. This is the kind of money laundering offense based on undercover activity by law enforcement.

In this case the undercover IRS agent communicated with the defendant through Bitcoin Fog's secure website.  He told the defendant that he was making a deposit involving the proceeds of illegal drug sales.  He told the defendant that he wanted Bitcoin Fog's help in cleaning his coins and working

together in the future. And then without interruption, the agent was able to complete the transaction and sent funds from Bitcoin Fog.

Count 3 charges the defendant with operating an unlicensed money transmitting business. This is another continuing offense.

For Bitcoin Fog this service continued to operate until just after the defendant's arrest in April of 2021. A money transmitting business is just a type of business that transfers funds on behalf of the public by any and all means. A money transmitting business can be unlicensed or illegal in one of three different ways.

Part one charges the defendant with operating a money transmitting business without a required state license. In this case, without a license issued by the D.C. Department of Insurance Securities and Banking, also known as DC DISB. You'll hear more about it at trial.

Part 2 charges the defendant with operating a money transmitting business without registering with the federal government by submitting a registration form to the federal agency known as FinCEN.

And Part 3 charges the defendant with operating in a money transmitting business that involved the transmission of funds that the defendant knew were either derived from a criminal offense or intended to be used to promote or support

unlawful activity.

Finally, Count 4 charges the defendant directly with a violation of the DC Money Transmitter Act by engaging in the business of money transmission without a license issued by DISB, another continuing offense.

Before I sit down, I want to ask you to do three things:

First, listen closely to the facts and the evidence in this case.

Second, follow Judge Moss's instructions on the law.

Third, use your common sense. Same common sense that you use every day in your important affairs outside of this courtroom. And at the end of this trial, you will be able to see how law enforcement was able to pierce the fog surrounding the defendant and track down his activities one piece of evidence at a time.

You'll be able to put those pieces together for yourselves and you will reach the only verdict that is consistent with the evidence in this case, that the defendant, Roman Sterlingov, is guilty on all counts.

THE COURT: Thank you.

Mr. Ekeland?

MR. EKELAND: Can we take a short break while we set up and go to the bathroom real quick?

THE COURT: All right. So, members of the jury,

let's take a ten-minute break.  Let's come back at 2:10.

And I'll just remind you, as you're going to hear over and over again, don't discuss the case, even among yourselves, and don't conduct any type of research.  And we'll see you soon.

(Whereupon the jurors leave the courtroom.)

THE COURT:  The deputy clerk heard from a couple of jurors about some scheduling issues, but I can raise those later.  And we may need to talk to those jurors at the end of the day.  Okay.

(Recess from 2:01 to 2:18 p.m.)

THE COURT:  All right.  Bring the jury.

(Whereupon the jurors enter the courtroom.)

THE COURTROOM DEPUTY:  Jury is present.

You may be seated and come to order.

THE COURT:  All right.  Mr. Ekeland, you may proceed.

MR. EKELAND:  You're not going to see a single piece of evidence in this case showing Mr. Sterlingov ever operating Bitcoin Fog.  It's because the government doesn't have the Bitcoin Fog servers, it doesn't have the Bitcoin Fog server logs, and more importantly, the government doesn't have a single eyewitness who is going to come up on this stand and testify, oh, I saw Mr. Sterlingov operating Bitcoin Fog.  I overheard him at a bar, drunk, talking about Bitcoin Fog, or all of a sudden he had all sorts of money I didn't understand.

They don't have the Bitcoin Fog servers, they don't have the Bitcoin Fog server logs, and they don't have any eyewitnesses. What you're going to learn is that this investigation is the result of people sitting in Washington, D.C. and other DoJ offices in front of computer screens using their software and taking guesses as to who ran Bitcoin Fog.

The defense, we have an eyewitness, and his name is Roman Sterlingov and he's sitting at that table right there and he's going to go take that stand in this case and he's going to testify as to what actually happened. And he's going to do something that the government never bothered to do: He's going to answer the government's questions because the government never bothered, never bothered to ask Mr. Sterlingov any questions before they arrested him on April 26, 2021 at Los Angeles International Airport.

The government doesn't have the Bitcoin Fog servers, they don't have the server logs and they don't have any eyewitnesses. And as you're going to learn as you go along in this case, that that's important because the blockchain, as Mr. Brown told you, doesn't contain any personal identifying information. It contains -- each block contains a lot of information. I'm simplifying. You're going to hear a lot of experts and we're going to do our best to explain all of this to you. But basically the blockchain will have an address that's matched to a transaction and a transaction hash and

there's a bunch of other complicated stuff in there.

But what it doesn't have is people's personal names, their addresses, their home addresses, their notes to anything. That's why the government needs to use all this fancy tracing software to try and ID people.

One of the things that you're going to learn is that -- well, first of all, let me stop for a minute and go over the burden of proof real quick. This is something I think everybody on this jury knows and has known probably since you were a kid, and as Judge Moss told you, the defense doesn't have any burden of proof. We don't have to prove that Mr. Sterlingov is innocent. The government has the burden of proof on every element of the case beyond a reasonable doubt.

And I trust that everybody on this jury -- because I've never known a jury not to take that obligation seriously -- to look at all the evidence in this case and hold the government to its burden.

So before I get to this slide, which is fascinating, the story really starts in 2002, roughly, when Roman Sterlingov moves with his mother from Russia, to a small town in Sweden called Jönköping. I think I'm getting that right.

He goes to high school there, he gets into computers. He's kind of a computer nerd, you're going to learn. And he takes a job when he's in high school with a local Swedish marketing company that does print advertising, does internet

advertising. He's a computer nerd. He's doing all sorts of things that a normal high school kid does.

While he's in high school in 2008, somebody named -- or people named -- nobody knows who this is -- named Satoshi Nakamoto writes what is arguably the -- one of the most famous white papers in the history of finance, and it's called Bitcoin, a Peer-to-Peer Electronic Cash System. And it's that white paper that launches Bitcoin. It's basically a very complicated paper on cryptography, it's exhaustive. You don't need to understand, just understand in 2008 that's the birth of Bitcoin.

2009 Bitcoin's just coming onto the scene. And you may know, you may have heard of exchanges like Coinbase or all sorts of places now where you can go on the web and buy Bitcoin and send it around and stuff like that. Back in 2009 you couldn't do that, right? You could only do what was called peer-to-peer transfers, which is basically you have a Bitcoin wallet. Mr. Brown told you about a wallet, a collection of addresses that hold Bitcoin and, you know, I say, Hey, you know, I'll sell you whatever, five Bitcoin for $10. And I say, you give me your wallet address and I'll send it to you.

That's the primary way you could transfer Bitcoin in 2009. And private keys are like the keys to the address on the blockchain, to the address that's holding the Bitcoin, and whoever controls the private key controls the Bitcoin related

to that address on the public blockchain. And what you're going to learn is that, among other things, you can transfer the private key, what's called off-chain. Like, I can take my private key, have it written down on a piece of paper. You can have it on a hard drive, a thumb drive, and I can give it to you. And then you would have control of the Bitcoin and there won't be any chain on the block. And that's going to be important related to the government's tracing.

If you know who's got the private key, you definitively know who's got that Bitcoin on the blockchain. If you don't, you're going to have to rely on other methods that aren't necessarily, you'll learn, reliable. And you'll hear about this ad nauseam from the experts in this case. And we'll do our best to explain it to you. For now understand, as you'll learn from the experts, whoever has the private key, that's really important to making an attribution because what you'll learn here, what is going on here, it's an attribution game, and it's based on a lot of assumptions.

For instance, Mr. Brown mentioned Chainanalysis. It's a company that they come in and they use something called heuristics to make guesses about what addresses are associated on the blockchain. And when you hear about Chainanalysis and you hear the testimony from Ms. Bisbee, just remember that she actually doesn't attribute anything to Mr. Sterlingov.

2009 there's no set price for Bitcoin because nobody

has really gotten into it yet. January 1st, 2010 -- and these prices are approximate based on internet market prices -- but January 1st, 2010, one Bitcoin you could buy for 9 cents. I just checked it during lunch. It's selling for about $48,000 a Bitcoin right now.

So in 2010 what you're going to learn from Sterlingov, that's when he gets into Bitcoin, and he's fascinated by it. And other people are starting to get into Bitcoin, too. And July 18, 2010, a company you're going to hear a lot about in this case, Mt. Gox, it launches.

And Mt. Gox, you're going to learn, starts as an exchange called Magic: The Gathering online exchange and it starts as an exchange for game cards between people and then somebody gets the idea, for whatever reason, that, oh, Bitcoin is a better thing to use on this site and Mt. Gox becomes one of the first Bitcoin exchanges where you can go and you can, you know, buy Bitcoin and take it out.

Now, the reason I'm talking about Mt. Gox is what -- Mr. Sterlingov had a Mt. Gox account. He got one very early on, and he did something that he did with almost all of his accounts, and it's called KYC. Mr. Brown was talking about the Bank Secrecy Act and the money laundering department. KYC, the exchange, or whoever, they're going to ask you to put up your driver's license. Mr. Sterlingov put up his Mt. Gox account. You'll see it referred to as a Mt. Gox Account Number 1. He

puts up his Swedish ID for it. He puts in his own name, right? He used his email, plasma@plasmadivision that traces back to him, right?

So you're going to learn from him in 2010 he's getting into Bitcoin. He's doing -- he's -- he'll tell you about his first Bitcoin purchase. I think it was at a bar somewhere where he's kind of nervous, and he thinks he's overpaying, right? He's going to Bitcoin meet-ups. He's exchanging Bitcoin peer to peer, doing off-chain transactions, and he's taking his paycheck at his day job at the marketing company -- I think it's called Copo Markets Communication -- and he's buying Bitcoin with it.

He's really excited about this technology. And he's also doing freelance jobs for people. And in those freelance jobs, he's getting passwords to accounts. He's meeting all sorts of people. He's traveling. He's a young man now, right? It's 2010. He's -- what? He's about 22, right? He's a young man. He's now moved to Gothenburg, Sweden.

2001, Jan 1st, Bitcoin has gone up a little. Still really, really cheap. It's 30 cents for one Bitcoin. Now, 2011 is a big year in this case because it's where most of the government is pointing to stuff saying that this shows that Mr. Sterlingov set up Bitcoin Fog. And primarily you heard them talk about this DNS registration, which stands for domain server registration. You may be familiar with sites like

GoDaddy where you go register a domain name.  In this case they're saying Mr. Sterlingov did.  They're saying he registered the domain name not to the Bitcoin Fog onion site, which is the dark website, they're saying, you would actually have to go to mix it.  They're saying that he registered the domain name to www.bitcoinfog.com clearnet site.  So -- and on that clearnet site there was a link to go to the onion site, to go mix it.  You had to go use the Tor browser to do it.  They're saying -- I think they showed you, like, three versions -- three -- this translation they did from Russian for his notes, three times that they called pudding money.

All right.  So those notes, that pudding money, that whole thing they're trying to say, implied, is a nefarious thing.  First of all, you're going to hear us dispute that translation because instead of pudding, it's just deposit money.  And what that is outlining is a very common practice back in the day with Mt. Gox.  In order to get your money, you buy the Bitcoin and redeem it from Mt. Gox.  You can't do it straight up because it started as this hard gaming site.

You would get redemption codes for your Bitcoin, and then you go redeem it at that other place called AurumXChange, which specialized in redeeming, like, Mt. Gox redemption codes, and you could redeem it for something called Liberty Reserve dollars.  Right?  And those Liberty Reserve dollars you could then go spend at certain sites on the internet, or you could

convert it into U.S. dollars because back in 2011 -- it's not like now. Right? There's a lot of places -- there's not a lot of places where you could go and convert the money.

But this trace -- and I'm not going to get into the weeds on the trace because you're going to hear it ad nauseam through the experts on the weave and trace. The issue you'll learn from our experts with the trace is that they can't definitively attribute anything to Mr. Sterlingov besides this Mt. Gox Account Number 1, the one that he used his driver's license and ID for, because if you go to the next hop, they don't have the private key for it. They don't have anything definitively tying Mr. Sterlingov to it. Then they say, I think it goes Mt. Gox Number 1, three addresses that they don't have the private keys to Mt. Gox Account Number 2, and then Mt. Gox Account Number 3, which they're claiming are Mr. Sterlingov purely based on this IP address overlap going by their expert named Valerie Mazars de Mazarin.

But what she will tell you is that she just made up her methodology, that she's doing an IP address overlap just based on proximity and time between IP addresses, and if you don't know what an IP address is or any of this stuff, don't worry. As we go along, we'll explain it to you, but basically what the government is arguing, because Mr. Sterlingov logged into his Plasma Division account or one of his email accounts that goes back to his name about the same time as somebody else

who they associate with Mt. Gox Account Number 2 and Mt. Gox Number 3 in this long, convoluted transaction to register a DNS, which is not illegal, by the way. You'll learn that because he's in close proximity to these other accounts that log into the same IP address, he must control these accounts.

Well, what Ms. Mazars de Mazarin will tell you is that thousands, ten of thousands or maybe even millions of people can all be using the same IP address at the same time. She'll say that on the stand, you know, along with saying, well, I kind of made up my methodology, I'm guessing, and it's likely but not 100 percent positive that maybe these people used the same IP addresses. So just keep that in mind as you see the government do this long, sort of, trace claiming in 2011 Mr. Sterlingov registered the domain name to the clearnet website, not even the actual onion site. The clearnet registration that I just talked about.

So, Bitcointalk, they just told you in this -- in their opening, that they said Mr. Sterlingov is Akemashite Omedetou -- which you'll learn is Happy New Year in Japanese -- and that he said all this stuff -- they were attributing all this stuff from Mr. Sterlingov -- what you'll learn from our experts and Mr. Sterlingov himself, because he's going to take the stand and say he is not Akemashite Omedetou, you'll learn that the attribution to Mr. Sterlingov as Akemashite Omedetou is purely based on this shorenet@hotmail.com email address and

that the only way that they're tying him to that email address, again, is an IP address overlap analysis that Ms. Valerie Mazars de Mazarin will be testifying about.

They don't have -- you know, when they go back and they execute that search warrant for that email, it doesn't go back to Roman Sterlingov. Right? There's nothing in this case that you'll see, you'll learn, that doesn't require you to make some kind of guess, some kind of assumption, and make some kind of leap. You're not going do see any evidence of him operating Bitcoin Fog anywhere.

So 2011, kind of a crazy year, you're going to see a bunch of stuff from his accounts because when they arrested him, they got him with all his devices at the airport. And one of the things they extracted from his devices was basically his password vault. You all may have one. It's like a protected encrypted thing that keeps all your passwords. No passwords to Bitcoin Fog anywhere in there. But Mr. Sterlingov was a user of Bitcoin Fog, and for legitimate reasons. And the reason for that -- and what you'll learn from one of the government's own experts, the company Chainanalysis, that 90 percent of people who use mixers use them for privacy purposes.

And what you'll learn is that if you do a peer-to-peer transaction and somebody knows your address, they can trace how much -- can see how much Bitcoin you have once they know your address. Right? And then what can happen is

what you'll learn is called a wrench attack. Basically somebody comes to your house and mugs you for your private keys.

So, you'll learn from Mr. Sterlingov that early on somebody says to him, hey, man, you shouldn't be just doing these peer-to-peer transactions straight up. You should mix before you, you know, sell the Bitcoin to somebody.

So he does. He starts using Bitcoin Fog. He uses some other mixers, but he primarily uses Bitcoin Fog.

He did have a Bitcoin Fog account called Killdozer. The government is absolutely right about that. Bitcointalk is the cite where you go and you talk about Bitcoin with anybody. The government mentioned these private messages he had with somebody named Duncan Townsend.

Mr. Sterlingov is going to tell you, you know, it may have been me. I may have been talking to him, but I don't really remember. It's 2011, I lent my account out to people because there's sort of this prestige ranking on Bitcointalk, but it could have been me.

Blind Bitcoin, which is what Duncan Townsend was on, is a mixing -- mixing site that Mr. Townsend advertised to everybody on Bitcointalk. Hey, you can use my code if you want, I'll share my code with you. And you'll learn from him, if he testifies, and I think the government already mentioned, is that whoever ran Bitcoin Fog said they didn't use the blind

Bitcoin code. And if Mr. Duncan testifies, what you'll learn from him is that he searched his email and he never had any contact with Mr. Sterlingov.

2011, you'll learn, is sort of a wild, wild west in Bitcoin because people start to get active and there's all sorts of activity.

You can see on January 1st, 2012, one Bitcoin is now $5.28. That's up from the 30 cents in a year.

Mr. Sterlingov is working at his job. He's working freelance jobs for people. He's doing DNS registrations for people. He's getting passwords to accounts for jobs. He's doing all sorts of things that a young, 20-something would do in Sweden at this time. You're not going to see really any evidence in 2012, or any of these years, of Mr. Sterlingov operating Bitcoin Fog.

January 1st, 2013, look at that, Bitcoin has gone up to $13.30. And one of the things you'll learn from our expert J.W. Verret, who is a CPA, certified fraud examiner, a law professor over -- I hope I'm getting this right -- at George Mason, is that if somebody had taken $1,000 in 2010 or 2011 and put it into Bitcoin, it's starting to appreciate. Right? They're starting to make some money.

But Mr. Sterlingov is still keeping his day job and he's working really hard, like everybody else. And he's -- you know, he's collecting Bitcoin.

August 2013, Silk Road shuts down. The government shuts it down. You may have heard of Silk Road. That was one of the slides that the government showed you as the darknet places where people went to go buy drugs and all sorts of stuff like that. You may have noticed, if you looked closely at the slide, it also sold legal stuff, like books, and I can't remember what else is on the slide. When you see that slide again, if it comes up, take a look at some of the legal stuff that they sold.

Mr. Sterlingov's only contact with Silk Road, you'll learn, is -- he did -- he had a Silk Road account and he bought some mescaline back in the day, which Mr. Sterlingov will tell you he's not even sure if it was legal or not in Sweden; unclear. But that's his entire contact with Silk Road, he'll tell you; not this gigantic conspiracy that the government is saying with the darknet and every single darknet entity on the internet and then some.

So Sheep is another darknet site that shuts down in November 2013. A lot of these places, they use Bitcoin. Bitcoin is kind of crazy, catching on.

Now, look at that. January 1st, 2014, Bitcoin is now up to $754.22. Mr. Sterlingov has been buying Bitcoin with his paycheck and now he's got some -- he's got some Bitcoin, he's got some cash. So he takes four months off from his job and then he finally decides to quit. Quit his job and he lives off

of his Bitcoin and he tries trading.  He tries doing all sorts of things.  He starts a music studio with his friends; doesn't quite work out.  He is doing a number of things that you do in your mid-20s, but he's not really -- none of them really, really pan out and he's still living on his Bitcoin.

August 2014, Pandora -- not to be confused with the streaming site that Mr. Sterlingov used -- the darknet market, that shuts down.  Silk Road shuts down in November 2014.  That's another one of the darknet markets.

January 1st, 2015, the price of Bitcoin has dropped.  You can see it's down to $314.25.  It's this year that Mr. Sterlingov starts his -- one of his business ventures.  He starts something called To the Moon, which he has this idea where he's going to use a VPN service, a virtual private network.  You may use it for work.  A lot -- most people, you'll learn, are familiar with it.  If they want to stream a show that they can't get in their geographic region, you can use a VPN to switch your IP address.  So, like, you can get a show in the UK if you want to.

So he gets this idea that he's going to have a VPN business that you can pay for with Bitcoin, and that's what the package that the government says is tied to Akemashite Omedetou saying, at the end of 2015, that there's hardware problems with the site.

This is Roman actually sending a server from his own

home in his name to Romania, to a server company that he pays in his own name, and that you'll learn eventually the government puts the server under surveillance with something called a pen trap and they eventually seize the server and, you guessed it, there's no evidence on it of him ever running Bitcoin Fog.

Okay. May 2015, Black Bank shuts down. It's another one of the darknet sites. Agora shuts down September 2015. One of the reasons I mention this to you is maybe ask you to use the statute of limitations on some of these charges. Judge Moss will instruct you on that. Judge Moss is the oracle when it comes to the law. Attorneys argue facts.

Abraxas shuts down November 2015. November 2015, Moon VPN service that I told you about.

Now to back up a second, because you'll hear a lot about Kraken accounts, the two Kraken accounts that Mr. Sterlingov had, they were both KYCs. Mr. Sterlingov, you'll see, he used his photo IDs and real names for that.

And when he decided in 2014 to quit his day job, he took and consolidated a lot of his Bitcoin by mixing it through Bitcoin Fog first and putting it in his KYC Kracken account.

So one of the Kracken accounts is his personal account, the other one is for his business To the Moon. And just keep that in mind as we go along.

And look as you go along and just see how many KYC

accounts Mr. Sterlingov, who they're accusing of being a criminal mastermind and hiding stuff behind the fog, actually has.

So January 1st, 2016, Bitcoin is kind of back up, it's $434.33.  Nuclear shuts down, that's another one of the darknet sites they say he's a co-conspirator with.

Which, by the way, you're not going to see a single communication between Mr. Sterlingov and one of these darknet markets saying, hey, let's conspire.  You're not going to see that anywhere.  They just don't have that.

And remember, they seized all his devices when they arrested him and they searched them all.

Now, Bitcoin, 2017, it's up almost $1,000 a Bitcoin.  But, you know, Mr. Sterlingov is not too successful at this point.  To the Moon is -- kind of just died.  He'll tell you from the stand he underestimated how hard it would be to actually run a business like this.  And there was a lot of competitors, so he just kind of lets it sit idle.  Right?

AlphaBay shuts down 2017, July 5th.

2017, Mr. Sterlingov takes a trip to Miami, not knowing that he's under investigation by the United States government.  And you're going to learn that the United States government had a grand jury seated, that they were issuing search warrants, that they took photos of Mr. Sterlingov picking up his girlfriend and girlfriend's mom from one of

these mini cruises in Miami.

They don't arrest Mr. Sterlingov in 2017. The grand jury, for whatever reason, doesn't issue an indictment. You're not going to see anything from the surveillance -- and Mr. Sterlingov was in Miami for roughly three months -- showing you that Mr. Sterlingov is operating Bitcoin Fog during this period.

Look at that, January 1, 2018, Bitcoin started to skyrocket. It's now up to $13,657. Mr. Sterlingov is now sitting on a little bit of money. But the government wants you to think that he's getting all of this money from Bitcoin Fog, you know, service fees and royalty payments. But what Mr. Verret will point out to you -- that's our certified fraud financial examiner, the CPA -- is that Mr. Sterlingov should have a lot more money than the $1.8 million that he had when they arrested him. Roughly 1.8 million.

And there are two cooperating witnesses the government is bringing on. Admitted felons who didn't go to trial and testify on their own behalf. One of them was -- when the money was seized from him, he had roughly $220 million, roughly, in Bitcoin. We'll get into the exact number when he's on the stand. And they had tons of corroborating evidence against them, as you'll see when they testify.

So among the videos seized in 2018, Mr. Sterlingov will tell you he has nothing to do with that, he has nothing to

do with child pornography. There was no child pornography on any of his devices, you'll hear that directly from him. And you won't see a single piece of evidence in this case showing that he dealt in that stuff.

January 1, 2019, one Bitcoin, down to $3,843. Mr. Sterlingov is starting to get concerned about his livelihood. He's now getting in his 30s. I think he's in his early 30s. He doesn't have any real skills or jobs beside, you know, this Bitcoin that he's accumulated and has appreciated. And what he doesn't know at this point, right around this time, sometime in 2019, is the United States government is in contact with the Swedish police and they have the Swedish police put Mr. Sterlingov under surveillance. And you guessed it, you're not going to see anything from the Swedish police showing Mr. Sterlingov operating Bitcoin Fog.

January 1st, 2020, Bitcoin is at 7,200. Right around 2020, the government is reaching out to the Romanian authorities. That's where Mr. Sterlingov sent his one server, the To the Moon server, and they've reached out -- it's called an MLAT. I think it's Multilateral Law Enforcement Treaty (sic), something like that. Right? It's a cooperation agreement between the United States and other countries between law enforcement.

And they've reached out and they said, hey, can you guys monitor the internet traffic to that To the Moon server,

we think it's a Bitcoin Fog server.  So they monitor it for a little bit.  You guessed it, they don't find anything showing Mr. Sterlingov operating Bitcoin Fog.

January 1st, 2021, Bitcoin is up to $29,374. Mr. Sterlingov, you'll learn from him, is still concerned about his future because you can see how volatile Bitcoin is.  It's going up and down and he's just worried that he's going to lose all his saving overnight.

So he thinks he likes to travel.  At this point he's not living in Sweden all the time because, you'll learn, the tax rate in Sweden is like 50 percent.  So he's been kind of being a digital nomad.  He'll tell you he hates the phrase, but he's traveling and he's got all his computers.  He's got his diary on his computer.  He's got his handwritten personal notes.  He's got his backup codes.

Mr. Brown showed you one, the heavydist@gmail. That's his email.  Even when he was arrested, they asked for his email.  He told that to the arresting officers at LAX.

So he decides to get a -- he wants to become a commercial airline pilot.  So he signs up for a flight school intensive in Sacramento, California to get the process started. It's like a two-week intensive.  And he has to quarantine in Moscow for two weeks beforehand because there's this dispute, it's COVID time.  You all remember COVID.  Hopefully that is in the past.

So there's this dispute between Sweden -- which is in this thing called the Shengen zone -- and the United States about where you can quarantine for COVID. And it turns out, well, Moscow is the easiest place for him to quarantine for two weeks before he comes to the United States. And, yeah, he speaks Russian. He was born there, but he spent most of his time growing up in Sweden.

So he quarantines in Moscow for two weeks. He lands at LAX and he's arrested at LAX, to his shock and surprise. He was actually arrested on April 26th. It's late in the day and it goes into the morning, that's why I've got the 27th on there.

And when they arrest them, they arrest him with his computers, his storage devices. You'll see the actual list, it's like roughly 3 terabytes worth of storage. His diary is on his computer. He's got handwritten notes. You'll see a bunch of notes. The government has gone through his documents, his notes and his diary, everything, looking for something showing that he's operating Bitcoin Fog. And you're still not going to see anything, anything directly showing him operating Bitcoin Fog, even though when they arrested him they caught him with all his devices, cell phones.

So after they arrest him, the government finally decides to go get that server in Romania. And on that server they don't find any evidence that Mr. Sterlingov was operating

Bitcoin Fog from it.

The government doesn't have the Bitcoin Fog server, they don't have the Bitcoin Fog server logs, and they don't have any eyewitnesses.

January 1st, 2023, Bitcoin is down again $16,000.

January 1st this year, it's at $44,000.

We're going to go on a journey here. Bitcoin blockchain, you're going to learn more about it than you may want to know. It's confusing, it's difficult --

Your Honor (indicating).

THE COURT: Yes?

A JUROR: Break.

THE COURT: A break. Are you almost done?

MR. EKELAND: I'm going to wrap up right now, sir.

I'm going to merely say that as you go through this process, I just ask that you just remember the simple rule you've known since you were a child, and that is the government has the burden of proof on every element, every element of the crime beyond a reasonable doubt.

Thank you.

THE COURT: All right. We'll take a break and come back at ten minutes after three. And we'll hear from the first witness then.

And you're probably already able to repeat what I'll say, but don't do any research and don't discuss the case.

(Whereupon the jurors leave the courtroom.)

MR. BROWN: Your Honor, one point that Mr. Ekeland raised in his opening statement is the fact that a grand jury did not reach an indictment at a certain point in time. We would request -- because the Court has already given an instruction to the jury that whether an indictment has been returned should not be considered as evidence or not evidence of guilt, we would request just a curative instruction to clarify that whether or not a grand jury returned an indictment in 2017 should not be construed as evidence for or against Mr. Sterlingov's guilt.

THE COURT: All right. Mr. Ekeland?

MR. EKELAND: No objection, Your Honor.

THE COURT: All right. We'll do that then.

MR. BROWN: Your Honor, just the fact that a grand jury sat does not mean an indictment was presented and turned down. That may also need to be clarified.

THE COURT: Yeah, that gets -- I mean, I can tell them that, I suppose, the grand jury proceedings are secret. We have no idea what happened one way or another in a grand jury. Is that acceptable?

MR. BROWN: Yeah. We don't know what happened in the grand jury. We don't know why the grand jury may have done something or not done something and the jury is instructed not to take action or inaction by the grand jury as evidence of

guilt or innocence.

THE COURT: Mr. Ekeland?

MR. EKELAND: No objection, Your Honor.

THE COURT: I'm also going to mention that the lawyers' opening statements -- remind them that it's not evidence in the case. So that's fine.

All right. I'll let you all take your break. The first witness is -- remind me.

MR. BROWN: Your Honor, Matthew Price.

One more issue. We have a number of physical exhibits for our first witness. And we have an FBI agent who has custody of those exhibits. Does the Court have any direction about how you want us to handle this, sort of handing those exhibits up? One option would be the agent could sort of sit -- or, you know, stand back there with a bucket of items or -- whatever the Court would prefer.

THE COURT: I really -- I don't have a strong view on that. I'm happy to do whatever you think makes sense. I think you may want to sort of ask me just to -- on the record in front of the jury, say, "May the agent approach?" Or however you want to do it. But I don't care if the agent stays back there or brings them across the room, whatever is most convenient.

MR. BROWN: Yes, and we'll ask for permission.

(Recess from 2:58 p.m. to 3:03 p.m.)

THE COURT: Ready to get the jury?

THE COURTROOM DEPUTY: I have to wait for --

THE COURT: Mr. Sterlingov is not here yet.

(Whereupon the defendant enters the courtroom.)

THE COURT: Mr. Brown?

MR. BROWN: Your Honor, one more issue. During the defense opening, they opened the door to this idea that the government never talked to Mr. Sterlingov. We think that that opens the door to us bringing up the fact that when he was arrested, agents asked if he would be willing to speak, and he invoked the Fifth Amendment.

We wouldn't normally bring this up, but we think that the defense has put this in issue by making a big deal out of the idea that the government never talked to him, never gave him an opportunity to explain himself when, in fact, we did. So we would ask for permission to elicit that testimony with our first witness.

MR. EKELAND: Your Honor, I believe I said the government never talked to Mr. Sterlingov before they arrested him, and so we object to the government seeking to bring in testimony regarding their interview of Mr. Sterlingov. You know, and submit if they're going to open the door to that, then that opens up, you know, Mr. Greenberg's book, which publishes an interview with the arresting agents with Mr. Sterlingov. So I -- we object to that.

THE COURT: Well, I think you're right, that you did say before he was arrested that they didn't talk to him. I think that is skating way close to the line on this. I guess I want to give it a little bit of thought. I'm not inclined to allow that questioning now -- because it's obviously a big deal -- without my having a chance to look into it a little bit further.

But it was, at a minimum, highly misleading to the jury to do that, and you knew what you were doing by doing that and leaving the jury with the impression that the government never bothered to ask your client what he did. But, I guess I'm not convinced yet -- I don't know exactly what you're even talking about with the book and how it opens the door to a book. The book doesn't come into evidence; that's called hearsay.

But I do think that -- when I heard you say that, I was pretty shocked. You said it as well, but I do think you said "before," and that is different than after the arrest.

So, unless someone can -- unless the government can point me to some authority that suggests that's sufficient, I guess I'm inclined at this point not to do anything with respect to it. But this may be something that if Mr. Sterlingov is taking the stand, where there's going to have to be some real care taken with respect to what he said and what isn't said.

MR. BROWN: Your Honor, would it be possible to have a rough transcript of Mr. Ekeland's opening statement to see exactly what he said? Because it seems like there's a very fine distinction that he is drawing here.

THE COURT: That's fine to do that and I'm happy to search for --

(Pause.)

THE COURT: The quote is, "He's going to answer the government's questions because the government never bothered, never bothered to ask Mr. Sterlingov any questions when they arrested him April 26, 2021 at the Los Angeles International Airport."

MR. BROWN: Your Honor, we still think that -- as the Court phrased it, that's skating very, very close to the line. We still think that that does open the door because it certainly provides the jury with this impression that the government never bothered, never bothered to speak to Mr. Sterlingov, and that's just not true. And we can certainly --

THE COURT: I mean --

MR. BROWN: Even if he takes the stand -- sounds like he is going to take the stand -- again, we wouldn't confront him with his invocation of his Fifth Amendment rights but for the fact that here he did -- his counsel has placed it into issue.

THE COURT: How much time elapsed from the time he was approached at the airport and when he was arrested? Was he detained immediately so that his -- he actually had *Miranda* rights immediately, because he was actually in detention immediately?

MR. BROWN: Your Honor, as our first witness will testify, he was initially placed in secondary screening by a CBP, Customs and Border Patrol, and at the conclusion of that screening he was placed under arrest. He was moved to a second room and asked if he would be willing to speak. He said something to the effect of "lawyer" and -- or, he said, "I speak English" and he said something to the effect of "I want a lawyer" or "I want to speak to a lawyer" and so no further questioning occurred.

THE COURT: Well, I mean, it seems to me that -- I'm sympathetic to your concern because I think it was misleading, but on the other hand, I think you're potentially inviting reversible error on this question. The question is whether it's worth it or whether there's something short of this that I can do to address the concern. I think it was definitely misleading, I have no doubt about that. And I think, given the care with which it was done, it was probably something considered in advance and should have been raised with me in advance so we could have discussed this. But I do worry that it's a pretty substantial appellate issue, if I allow you to

get into whether he asserted his Fifth Amendment right after his arrest.

MR. BROWN: Yes, Your Honor. We do think it's essentially a continuous event when he was placed under arrest.

THE COURT: For now, I'll let you all think about this overnight tonight. I don't know if we're going to finish with this witness tonight or not. And if it's something we come back to and you have a basis for doing so, you can let me know.

As I said, I am concerned that it potentially misled the jury, and I understand why you're concerned about that. But I think, on the other hand, allowing testimony about them asserting their Fifth Amendment right is potentially highly problematic.

MR. BROWN: Yes, Your Honor.

THE COURT: Okay.

(Whereupon the jurors enter the courtroom.)

THE COURTROOM DEPUTY: You may be seated and come to order.

THE COURT: Members of the jury, just before we hear from the first witness, I did want to clarify one thing, and that -- in his opening statement Mr. Ekeland referred to a grand jury in Miami in 2017. And I want to stress to you that the existence of an indictment or lack of the existence of indictment is not evidence of wrongdoing or lack of evidence of

wrongdoing one way or the other. We don't know what happened before a grand jury, and it's nothing that you should consider in any way in your deliberations.

And I want to, also, just to remind you more generally that the lawyers' opening statements are not evidence in this case. In the next several weeks you'll be hearing the evidence in the case and you should not rely on the lawyers' statements to you because the lawyers' statements are not evidence. And you should rely simply on the evidence properly admitted that you hear from the witnesses as they appear in the case.

So if -- what you've just heard is an outline to help you think about the evidence as it comes in, but it is not evidence and you should not consider it in any way like that.

All right. The government may call its first witness.

MR. BROWN: The government calls Matthew Price.

MATTHEW PRICE,
was called as a witness and, having been first duly sworn, was examined and testified as follows:

DIRECT EXAMINATION

BY MR. BROWN:

Q. Good afternoon --

THE COURT: You may have a seat.

BY MR. BROWN:

Q. -- Mr. Price. Could you please introduce yourself to the jury, spelling your first and last name?

A. Yes. My name is Matthew Price. M-A-T-T-H-E-W, P-R-I-C-E.

Q. And, Mr. Price, were you one of the case agents on the Bitcoin Fog investigation?

A. Yes, I was.

Q. Were you employed by the IRS?

A. I was.

Q. What part of the IRS?

A. The criminal investigation unit.

Q. And why was the IRS criminal investigation unit involved in investigations like these?

A. IRS CI is a financial investigations unit. The agents are trained as forensic accountants with backgrounds in financial investigations, and one of the areas of expertise was particular to cryptocurrency investigations, applying forensic accounting and financial investigation principals to cryptocurrency.

Q. And what was your position at IRS -- is it called IRS CI?

A. It is.

Q. And what was your position at IRS CI?

A. Special agent in the cyber crimes unit.

Q. What were your responsibilities as a member of the cyber crimes squad?

A. I investigated crimes with a cryptocurrency nexus,

primarily money laundering violations and related financial crimes.

Q. Did you receive any specialized training or experience in cryptocurrency related investigations?

A. I did.

Q. What sort of training or experience did you receive during your time there?

A. I went through specialized training through the federal law enforcement training center, as well as specific training from the IRS criminal investigations cyber crimes program. And then on-the-job experience working cryptocurrency investigations.

Q. Before you were employed by the IRS CI, did you have any other government experience?

A. Yes. I began my career as a forensic accountant for the Department of Defense. I worked as a police officer for the Montgomery County, Maryland Police Department, and I also spent about five and a half years at the Central Intelligence Agency as a targeting officer.

Q. And are you still employed by IRS CI?

A. No, I am not.

Q. When did you leave IRS CI?

A. I left IRS in the fall of 2021.

Q. What has your subsequent career been since you left?

A. I took a position with the Cryptocurrency Exchange and for approximately two years was their head of investigations, and

for about the last six months, I worked at a blockchain analyst firm.

Q. What's your position there?

A. I am the strategic engagement lead.

Q. And just for the record, what is the blockchain analysis you work for?

A. Elliptic.

Q. Now, are you familiar with the investigation into Bitcoin Fog?

A. Yes.

Q. And generally speaking, at a high level, what was your knowledge of that investigation based on?

A. My knowledge is based on being assigned as one of the case agents, as well as working with other agents assigned to the case.

Q. And at a very high level, what was Bitcoin Fog?

A. Bitcoin Fog was a virtual currency mixing service that operated on the darknet that allowed customers to mix virtual currencies, primarily Bitcoin.

Q. To get into a little bit of background, what is Bitcoin?

A. Bitcoin is a unit of monetary value that is not backed by any centralized government, that is transacted using a technology called blockchain, somewhat analogous to digital cash.

MR. EKELAND: Objection, Your Honor.

Can we speak to the Court on the phone?

(A bench conference was held as follows:)

MR. EKELAND: Your Honor, I'm concerned that the government is attempting to use Mr. Price as a expert when we agreed that there would be no other experts in this case by stipulation earlier. I don't understand why they are doing an inquiry into his certifications and training and having him talk about the blockchain, rather than just be a fact witness to testify as to his investigation.

MR. BROWN: Your Honor, I think Mr. Price is able to testify from his own experience using and working with digital currencies, including Bitcoin. He worked with these throughout his career as a cyber investigator at IRS CID. His subsequent career has all involved Bitcoin. He is testifying as a fact witness about matters with which he is already familiar.

THE COURT: I don't know how far you want me to go down this line, but what you're doing thus far seems fine to me because I take it that these are not even approaching a contested issue, but just sort of basic linguistics about what we're talking about and simply setting the stage in a way that's not contested and that he would know simply as a fact witness, based on his limited experience.

So this doesn't strike me, at this point, as expert testimony. Maybe it's lay opinion testimony of some type, but I don't even think it's that. I think it's really just laying

the foundation.

But, if you go further and get into areas that are potentially disputed, then Mr. Ekeland can renew his objection at that point. But to the extent it's really just the linguistics or terminology that we're using here that sets up his testimony, I think that's fine.

MR. BROWN: Yes, Your Honor.

(Whereupon, the bench conference concludes.)

THE COURT: You may proceed.

BY MR. BROWN:

Q. So, how do most people get Bitcoin?

A. Primary means of obtaining Bitcoin is generally through a cryptocurrency exchange.

Q. What's a cryptocurrency exchange?

A. A cryptocurrency exchange is a business that allows customers to buy or trade cryptocurrencies through -- for example, using the U.S. dollar to buy Bitcoin or the euro to buy Ethereum or a token like that.

Q. Are there any other ways that somebody might buy Bitcoin?

A. Yes, there are.

Q. And what are some of those other ways?

A. Another common means is through something called a cryptocurrency ATM, very similar to like an automated teller machine.

Q. Are there any cryptocurrency ATMs in the DC area?

A. Yes, there are.

Q. And have you seen any of these?

A. Yes. I actually saw one yesterday in the Giant Food in Maryland.

Q. And how does it work?

A. Very similar to a regular ATM. You put cash into it and you provide the ATM with your Bitcoin deposit address and once you've purchased the Bitcoin, you can have it sent to your wallet.

Q. Now I would like to define some basic terms here to start out.

What is a Bitcoin address?

A. A Bitcoin address generally looks like a series of letters and numbers, kind of arranged in random. But it is the unit or designation or kind of signifier of where Bitcoin can be held.

MR. BROWN: Now, I would like to pull up Exhibit 301 and have you look at that.

THE COURTROOM DEPUTY: Is it at the laptop or at the table?

At the table.

THE COURT: Just for the members of the jury. A couple of things as you get oriented to this case.

We had a conversation on the phone before, that's just when there is a legal issue that's being raised and the parties want to discuss the legal issue. You shouldn't

speculate about what we're discussing. We're just resolving a legal question.

And the way things are going to work as far as the introduction of the evidence, just so you're following along, is in most cases the evidence or the exhibits will be shown to the witness first and me, and then there will be a motion after a foundation is laid to admit the exhibit.

If I then conclude that it's admissible, I will then admit the exhibit and it's only at that point that it will be displayed for you to see. Just to outline for you how things work.

But you may proceed.

BY MR. BROWN:

Q. Mr. Price, we're showing you Exhibit 301.

Are you familiar with this exhibit?

A. I am.

Q. And what does this appear to be?

A. This appears to be a Bitcoin address.

Q. And would this image of the Bitcoin address be helpful to the jury to understand your testimony?

A. Yes, it would.

MR. BROWN: Your Honor, I would move to publish to the jury.

THE COURT: Any objection to admitting 301?

MR. EKELAND: No objection, Your Honor.

THE COURT: 301 is admitted and may be published to the jury.

(Government's Exhibit 301, admitted and published.)

BY MR. BROWN:

Q. Mr. Price, could you describe what we're looking at here in Exhibit 301?

A. Yes. This is a representation of a -- what a Bitcoin address would look like. As you can see, it has a series of letters and -- excuse me -- numbers and both upper case and lower case letters, anywhere from 25 to 36 characters.

Q. And is a Bitcoin address used to store your Bitcoin?

A. It can be, yes.

Q. Do you know what a public key and a private key is?

A. Yes.

Q. And could you explain to the jury what those are?

A. So Bitcoin and cryptocurrency operate under a principle of essentially encryption. It's public and private key encryption, which means it's a two-part security system. And the address, as you see here, is the public portion of this. There's also a private key that the person in control of this address maintains to authorize transactions.

Q. And what is a Bitcoin wallet?

A. A wallet is a piece of software that can hold multiple Bitcoin addresses.

Q. And are there different kinds of wallets out there?

A. There are.

Q. And what are some of the different kinds?

A. There are software wallets that could be on a computer. Mobile wallets on a cell phone, mobile phone. Hardware wallets, paper wallets. Several different types.

Q. And have you heard the terms "custodial wallet" or "noncustodial"?

A. Yes.

Q. And what do those terms mean?

A. In a custodial wallet a Bitcoin user or Bitcoin customer is giving a third party permission to store their private keys. That's most commonly used in like cryptocurrency exchange. Instead of maintaining the private keys yourself as a Bitcoin user, you may use a password to authorize transactions, or a PIN number with a crypto exchange. In a noncustodial situation, the third-party does not. It would be the user themselves.

Q. And are there any security features for Bitcoin wallets?

A. Yes.

Q. What are some of the security features?

A. Depending on the types of wallets, there are additional password protections. There are what are called cold storage wallets, which are not connected to the internet. They may have levels of encryption applied to them. There are also backup features built into many different types of wallets.

Q. And so if you wanted somebody to send money to you using Bitcoin, what information would you give to them?

A. I would probably give them this address here, if this hypothetically was mine.

Q. Now --

MR. BROWN: We can close Exhibit 301.

BY MR. BROWN:

Q. Are transactions recorded anywhere?

A. Yes, they are.

Q. And where are transactions recorded?

A. Transactions are recorded on what's called the blockchain.

Q. And let's break the blockchain down a bit.

What is the blockchain?

A. The blockchain is a distributed leger of all transactions occurring within the Bitcoin network.

Q. And when you say "distributed leger," what -- let's start with leger.

What information is contained in the leger?

A. So I think of it very similar as to like a historic paper ledger or a giant Excel spreadsheet, and it contains information regarding sending and receiving addresses, information about transactions, timestamps, amounts, and what's called a transaction hash, which is kind of the entry point on that ledger for a specific transaction.

Q. Is there any fee associated with sending a Bitcoin

transaction?

A. Yes. All Bitcoin transactions require a fee that is essentially a reward for miners on the Bitcoin network that process and verify the transactions.

Q. Is that fee recorded on the blockchain as well?

A. Yes, it is.

Q. Are there blockchain records like this for every single transaction?

A. Yes.

Q. And where is the blockchain stored?

A. So it's a distributed leger, so there are a number of computers, individuals can volunteer to be part of a Bitcoin network, and it is stored publicly using various computing power.

Q. Is the information on the blockchain publicly accessible?

A. It is.

Q. And how could -- how could a member of the public look up information on the blockchain?

A. A very common way to do it is to use a free or open source blockchain explorer.

Q. And tell us more about -- what is a blockchain explorer?

A. It is usually a website that is pulling data from the Bitcoin blockchain, for example, that allows anyone who is interested to take a look at specific transactions.

Q. What are some common blockchain explorers that you've encountered?

A. Mempool.space, blockchain.com, blockchain.info.

Q. And do they all pull from the same data set?

A. Yes.

Q. So I would like to show you Exhibit 302. Do you see that on your screen?

A. I do.

Q. Do you recognize this?

A. I do.

Q. And what do you recognize it to be?

A. This is a screenshot of an open source blockchain explorer, mempool.space.

Q. And would this be helpful to the jury to understand your testimony?

A. Yes.

MR. BROWN: Your Honor, the government requests 302 to be published to the jury.

THE COURT: Any objection?

MR. EKELAND: No objection.

THE COURT: 302 is admitted and may be published to the jury.

(Government's Exhibit 302, admitted and published.)

BY MR. BROWN:

Q. Now, Mr. Price, could your explain -- to begin with, do you recognize which blockchain explorer this is from?

A. I believe this is mempool.space.

Q. Does mempool.space fairly and accurately display launching data about the underlying Bitcoin transactions?

A. Yes.

Q. So could you please walk us through what this printout shows?

A. Sure. I'm going to attempt to use the feature here to circle things, and I apologize if I do this wrong.

So this is -- this is a record of a transaction on the Bitcoin blockchain that occurred on September 11th, 2019, at around 1:57 UTC time, which I highlighted here. That is the timestamp of the transaction.

And very similar to a ledger you may see, like an Excel spreadsheet or bank ledger, or even balancing your check ledger, this is going to show a history of transactions.

So starting on the left, this particular series of letters and numbers that I just drew a line under with the red arrow, that is a Bitcoin address, and it -- at one point it had a balance of approximately 0.031 Bitcoin and it looks like the Bitcoin was sent to the two addresses here on the right. This first one, beginning with 34pqqk, received approximately 0.024 Bitcoin.

Q. And why are there two addresses on the right?

A. So the Bitcoin network operates on the principal chain addresses. So similar to if I had a $1 bill and I purchased a 50-cent item, I would get 50 cents of change back. In a

Bitcoin transaction instead of returning that to the original wallet, it goes to a newly created wallet called a change wallet, which is this second one here that I'm underlining.

Q. Is that similar to any sort of real life transaction?

A. Yeah. Like, again, if you purchased a cup of coffee for $5 -- or, sorry, 2.50 and you gave the clerk a five, you're going to get $2.50 back.

Q. And just one point of clarification, are you sure that it's UTC time on the Mempool printout?

A. It could actually be live. I don't recall. Some do it UTC time, others will do it in -- depending what time your browser is set on your computer.

Q. Now, going back to this transaction, if you looked at this and saw funds were being sent to that 34pqqk address, could you then find out where that address sent money after that?

A. Yes.

Q. And by the way, you've been referring to these addresses not by reading out the entire address. Why is that?

A. Mostly for ease of speaking, and it's a commonly used practice to refer to the first six, seven letters of address.

Q. So if you were looking at this, 34pqqk address, how does the blockchain help you track where those funds went?

        MR. EKELAND: Objection, Your Honor. Can we go to the phone?

        (Bench discussion.)

MR. EKELAND: Your Honor, again, we're -- there seem to be some small mistakes in what Mr. Price is testifying to as an expert, and Mr. Brown is almost asking exclusively leading questions. So we're going to object. I mean, we understand on direct you can ask some leading questions to get things establish, but this is -- the defense's opinion, we object because we think it's gone too far and, again, we think we're getting into the territory of expert opinion and I think this is going to improperly prejudice the jury into thinking that Mr. Price is not just a fact witness, that he's actually an expert witness.

And I think that if the government wanted to explain the basics of blockchain to people, they should have noticed an expert to do that. They've had ample time to do it.

MR. BROWN: Your Honor, again, we are not into anything controversial. This is still sort of defining basic terms, and it's well within Price's personal experience. He's not offering any opinions and he's not -- he's just defining basic ideas about Bitcoin and the blockchain. If the Court wishes, we could ask one or two foundational questions.

I also, just for the record, am not mostly asking leading questions. Many of these -- some of them are, but -- because we're trying to move this forward, but if the Court wants, we can ask one or two foundational questions to establish his personal knowledge of this transaction.

THE COURT: Yeah, I think that that's the point here. With respect to whether a another question is leading or not, I'm just going to leave it to Mr. Ekeland, but he needs to object to the question as it comes up so I can decide whether the question as framed is leading. Maybe some were and some weren't, but as to that I can't give you an omnibus answer to the question.

But I do think that it's important that you establish that this is not in the nature of expert testimony, but he's testifying based on his own experience and that he's not here as an expert. And I think you can just frame your questions in a way that is asking him about his own personal experience.

MR. BROWN: Yes, Your Honor. Thank you.

(Open court:)

BY MR. BROWN:

Q. Mr. Price, are you familiar with the transaction shown here?

A. I am.

Q. And how are you familiar with it?

A. This is a transaction I conducted during the investigation of Bitcoin Fog.

Q. Now, Agent Price, are you familiar with -- or, Mr. Price, are you familiar with something called a mixer or a tumbler?

A. Yes, I am.

Q. And basically speaking, what does a mixer, a tumbler do?

A. Basically it takes deposits from multiple users and combines them together, mixing them up to make it difficult to follow the flow across the blockchain.

Q. And we can close this exhibit. And, Mr. Price, if you could clear out your underlining, please.

Mr. Price, in your work as a cyber agent, did you develop a familiarity with the darknet?

A. Yes, I did.

Q. And how did you develop this familiarity?

A. Both through training and practical investigative work on the darknet.

Q. And just to define the term again, what is darknet?

A. Darknet or dark web, they're somewhat used interchangeably. It's a version of the internet that requires special software to access.

Q. And I would like to have you look at Exhibit 303.

Do you see that exhibit?

A. Yes, I do.

Q. Are you familiar with this exhibit?

A. I am.

Q. Will this exhibit be helpful to your testimony -- be helpful for the jury to understand your testimony?

A. Yes.

MR. BROWN: The government moves to publish.

THE COURT: Any objection to Exhibit 303?

MR. EKELAND: Yeah, we object, Your Honor.

THE COURT: I actually think that maybe this should be treated as a demonstrative rather than an exhibit.

MR. BROWN: Yes, Your Honor. We could -- I think that was our intent, Your Honor.

THE COURT: Yeah, so I will accept 303 as a demonstrative. It's 303, but it's not in evidence. It's simply a demonstrative.

Members of the jury, so you'll know -- you'll learn a lot about the law here as we go forward -- but only the admitted exhibits will go back to you as you deliberate. Demonstratives help you understand testimony as it comes in, but they're not admitted and won't go back with you during your deliberations.

BY MR. BROWN:

Q. Mr. Price, using this exhibit, can you explain how the darknet differs from other parts of the internet?

A. Yes. It's -- somewhat similar analogy I see commonly used is like an iceberg. There's a portion of the iceberg that is above water, and that is the internet that we're all very familiar with indexed by search engines. We can easily type it into Google and find the page.

Below the surface, kind of the vast portion of the internet is what's called a deep web.

Q. Mr. Price, could I pause?

MR. BROWN: The government moves to publish this.

THE COURT: You can publish a demonstrative.

BY MR. BROWN:

Q. I'm sorry. Mr. Price, could you continue?

A. Yeah. Just to kind of reiterate, I think of it like a iceberg. It's a very commonly used demonstrative in training and various news articles and things like this. The surface, the piece of the iceberg you can see from the top is the surface web we're all familiar with. Below the surface the, kind of, vast majority of the internet is the deep web. That's websites that aren't indexed maybe, like a government website that's behind a password, or your company has websites internally that not the public can access. A small portion of that, small portion of the iceberg, is kind of the dark web. That's kind of the dark recess of the internet. And, again, it requires special software to access.

MR. BROWN: We can close that exhibit.

BY MR. BROWN:

Q. Mr. Price, so what are some of the dark web or Tor websites that you personally have visited in your work?

A. I've visited numerous darknet markets, versions of the Silk Road, Avalon Market, Hydra Market. It listed child sexual abuse material sites, darknet forums, carding sites, things of that nature.

Q. Are there other darknet-based services on -- available on

the darknet?

A. Yes, there are many services; mixing sites, again, various criminal forums, all kinds of different sites for illicit activity.

Q. For the markets, the darknet markets that you visited, what sorts of goods and -- excuse me -- what sort of means of payment is offered on those websites?

A. Almost exclusively cryptocurrency, primarily Bitcoin.

Q. Do you have an understanding why it's almost exclusively cryptocurrency or Bitcoin?

A. Yes.

Q. And why is that?

A. Primarily for security. Cryptocurrency, there's a perceived anonymity in cryptocurrency transactions. So individuals buying or selling, for example, cocaine through the internet, through the dark web would not want to use a check or a Mastercard or something, or PayPal, because it would give up the -- potentially give up their identity.

Q. And these darknet markets, do they typically openly advertise the real identity of who operates these websites?

A. They do not.

Q. And for the darknet websites that you visited, what does the web address or the URL look like?

A. So it depends on the site. Generally somewhat like a Bitcoin exchange. It will be a series of random letters and

numbers.  There is a little bit of ability to customize maybe the first three or four characters, but a unique feature is they almost always end with .onion instead of .com, like you would expect.

Q.  Mr. Price, when did you first begin working on the Bitcoin Fog investigation?

A.  In early 2019.

Q.  I would like you to look at Exhibit 201A.  Do you recognize this exhibit?

A.  I do.

Q.  What is this exhibit?

A.  This is a screenshot of the login page of the Bitcoin Fog hidden services site that I took during the course of the investigation.

Q.  And does this screenshot fairly and accurately depict the website as you viewed it at the time you took the screenshot?

A.  Yes.

MR.  BROWN:  The government moves to admit and publish Exhibit 201A.

THE COURT:  Any objection?

MR. EKELAND:  No objection.

THE COURT:  201A is admitted and may be published to the jury.

BY MR.  BROWN:

Q.  Did you access the Bitcoin Fog site on the dark web more

than one time?

A.  I did.

Q.  Approximately how many times do you think that you've accessed the Bitcoin Fog website on the darknet?

A.  I believe it was around ten.

Q.  And just looking at the exhibit here, could you point out some of the different features of this website?

A.  Yes.  So this is the initial, kind of, landing page for Bitcoin Fog.  So it has a section to enter username and password.

Q.  And then on the bottom of that website, are there any other fields?

A.  Yes.  There are four hyperlinks at the bottom, one labeled PGP public key, the next labeled clearnet website, the next bitcointalk.org thread, and a logout link.

Q.  We'll return to those in a minute.

        MR. BROWN:  We can close this exhibit.

BY MR. BROWN:

Q.  Based on your investigation, when did Bitcoin Fog launch?

A.  Approximately October 29th of 2011.

Q.  And was the launch publicly announced?

A.  Yes, it was.

Q.  And how was it publicly announced?

A.  It was publicly announced in a post on a forum called bitcointalk.org.

Q. Are you familiar with the website called archive.org?

A. Yes.

Q. What is archive.org?

A. Archive.org is a website managed by the company called The Internet Archives, and it maintains historical copies of web pages.

Q. And are these copies of web pages of a particular date and time?

A. Yes. The site will take copies at various points in history of the existence of a website.

Q. And are these copies -- does the Internet Archive create copies of every website in the world or just some or some more or less?

A. I believe it's a very accessible website.

Q. Are some websites preserved more often than others?

A. Yes.

Q. And based on your understanding of archive.org, does it capture accurate images of a website as of a particular date and time?

A. Yes.

Q. And does it do this in the ordinary course of business?

A. Yes.

Q. And do these captures fairly and accurately represent the way that the captured website looked on a particular date and time?

A.   Yes.

Q.   So I would like to direct your attention to Government's Exhibit Number 1.  Do you recognize this?

A.   I do.

Q.   And what is this?

A.   This is a screenshot from the internet archive of the bitcointalk.org post announcing the launch of Bitcoin Fog.

Q.   And what is the date of the archived screen grab here?

A.   April 10th, 2014.

Q.   Based on your understanding of this particular website, is that the earliest screen capture that is available on archive.org?

A.   I believe it is, yes.

MR.  BROWN:  The government moves to admit and publish Government Exhibit Number 1.

THE COURT:  Any objection?

MR.  EKELAND:  I would object.

THE COURT:  What's the objection?

MR.  EKELAND:  Hearsay.

Hearsay, Your Honor.  We don't think it's a properly certified business record either.

MR.  BROWN:  Your Honor, to address the second point, the defense stipulated to the authenticity of all archived.org screenshots.

To address the hearsay -- I mean, first of all, we

haven't introduced any statement. The hearsay here is we intend to, at least to begin with, introduce statements that are party opponent statements under the moniker Akemashite Omedetou.

THE COURT: Exhibit 1 is admitted and may be published to the jury.

(Government's Exhibit 1, admitted and published.)

BY MR. BROWN:

Q. Now, Mr. Price, if you were to scroll through this entire document -- do you have an understanding of what this document contains?

A. Yes.

Q. And what is that?

A. It is the series of posts on the bitcointalk.org forum regarding Bitcoin Fog.

Q. And based on your review of this thread on bitcointalk -- first of all, looking at that first post at the top, who is the author of that first post on the -- that page, the first page?

A. The listed author is Akemashite Omedetou.

Q. And who is Akemashite Omedetou?

A. I believe it stands for Happy New Year in Japanese, but it doesn't have a proper name on it.

Q. And what is the -- what is the subject line for that first post?

A. The subject line states: Announce Bitcoin Fog, secure

Bitcoin anonymization.

Q. And what is the date of that post?

A. October 27th, 2011.

Q. And by the way, when you accessed the darknet site, was there anything there identifying the author or operator of Bitcoin Fog?

A. No.

Q. Did Akemashite Omedetou -- does that appear to be a real name or not a real name?

A. It appears to be a monicker.

Q. Now starting from the top of that post, could you read the first line there?

A. The one in parenthesis -- I'm sorry, in quotations?

Q. Starts with the quotation mark.

A. Yes. It states, "Bitcoin anonymization taken seriously."

Q. And then beneath that, what is printed there?

A. "Public website with basically the same information from this thread," and a link to http:www.bitcoinfog.com.

Q. And beneath that, what is listed?

A. "Service link. You will need Tor," and a hyperlink for what appears to be a Tor.onion site.

Q. Then dropping down to the bottom of that first line of text, the one that starts, "Twitter."

What do you see there?

A. "Twitter feed for updates," and a link to what appears to

be a Twitter page for @bitcoinfog.

Q. Now, Agent Price -- or, Mr. Price, I would like to ask you to read those first three full paragraphs, if you would.

A. "The Bitcoin network might be anonymous in terms of single-handedly revealing your IP address, but the transaction history is recorded on the blockchain and is publicly available, which makes your anonymity very vulnerable. Once the interested parties, be it authorities or just interested researchers, have acquired any one of your addresses or transactions, they could easily track your money around the network.

"And knowing your transaction history, connecting your Bitcoin addresses to real you is possible because you will, at some point, need to exchange your Bitcoins to or from a fiat currency using a bank account number, a credit card, LR account, or similar service which is much less anonymous than the Bitcoin network.

"We are providing a solution for this. Using our service, you mix up your Bitcoins in our own pool with other user's Bitcoins and get paid back to the other accounts from our mixed pool, which, if properly done, you can eliminate any chance of finding your payments and making it impossible to prove any connection between a deposit or a withdrawal inside our service."

Q. And to summarize, what's your understanding of what is being said in these first three paragraphs?

A. It's stating that this service can help provide anonymity for Bitcoin transactions by making it difficult to follow those transactions across the PoD chain.

Q. And I would like to turn to the second page here.

And about two-thirds of the page down is paragraph starting "Another thing."

Do you see that?

A. I do.

Q. Could you read that paragraph, please?

A. "Another thing to consider is the amount of the withdrawal. If you transfer 1.382 to us and the next day you withdraw around -- or, approximately 1.38 Bitcoins to another account, those amounts will be visible in the blockchain. And unless there were ten other people that day that also withdraw just 1.38 Bitcoins, the link between your deposit and your withdrawal will be pretty obvious. You will still have plausible deniability since nobody else has access to our servers and can actually prove that those Bitcoins came from your account, but the link will be found nevertheless."

Q. And then dropping down to the bottom of the page, could you read the paragraph that begins under "Why us?"

A. "Why us? There have been a couple of similar services before, and as we see it, the problem with most of them was that they were not professional enough, not secure enough, and not taken seriously. Thus, becoming subjects to easy hacking

and other problems." Parenthesis, "Mybitcoin, Blind Bitcoin, et cetera. We on, the other hand, are here for the long."

Q. Does it continue on the next page?

A. It does.

Q. And could you read just the rest of -- the next three full paragraphs, please.

A. "Long run. Our team consists of professional secure web application developers with five to ten years experience and we have built the solution from scratch with security being our number one concern. We strive to be a mixing service that just works and does not lose its Bitcoin private keys due to poorly configured backups or because someone hacker-attacks on another site from the same shared hosting or because of any other silly reason."

Q. And could you continue, Mr. Price?

A. "The service is run on a dedicated server manually configured for this very purpose, which does publicly connected from the internet, not needed if using Tor. Bitcoin daemon is run on another machine and all suspicious activity is monitored and the website shuts down automatically if it even senses it is under attack. It is manually monitored and checked on a daily basis."

Q. Please continue for one more paragraph.

A. "For security purposes, the service operates through the Tor network only. You can be sure your data is processed

securely and only by our server if you use our .onion address. On the other hand, this also makes us feel more secure, knowing that well never be found and dealt with by proper authorities." Parenthesis, "Even if Tor network would be compromised, we have taken all the necessary precautions to still stay hidden.

"This is better for you as well. While a free net service may swear on not cooperating with authorities in case they show up at their homes, we can say with high certainty that not only will we not cooperate with any authorities, the authorities will not actually be able to show up at our doorstep because finding a Tor doorstep has been proven difficult."

Q. And then towards the bottom of that page, do you see a paragraph starting with -- beneath the heading, "Do you keep logs"?

A. Yes.

Q. And could you read that whole paragraph, please?

A. "We keep logs for one week for debugging and trouble-shooting purposes. After that, they are automatically deleted. All logs are taken care of. Even the Bitcoin client we use is purged every week, starting with a fresh installation of only the blockchain and importing all the addresses we need at that point automatically, that way if you received a payment from us a month ago, not even the address will be left on our server."

Q. And does this post specify a fee for Bitcoin Fog?

A.   It does.

Q.   And what is that fee?

A.   Between 1 and 3 percent.

Q.   And then is there a notation in parenthesis regarding the fee?

A.   Yes.

Q.   And what does that notation say?

A.   It says, "Randomized for obscurity."

Q.   And what does "Randomized for obscurity" mean?

A.   It means that the fee instead of being fixed, will be randomized by each transaction.

Q.   Now, I would like to direct your attention to message number 5 on this thread.  Or post number 5 on this thread.

A.   Okay.

Q.   Do you see it at the very bottom of that page?

A.   I do.

Q.   Who is the author of that post?

A.   Akemashite Omedetou.

Q.   And what is the date of that post?

A.   October 27th, 2011.

Q.   And how does that date relate to a launch of Bitcoin Fog?

A.   It's the same date as the original post announcing the launch.

Q.   And if we could turn to the next page.

It appears that there's a box at the top of that post.

Do you see that box?

A.   I do.

Q.   And what do you understand that box to -- to mean?

A.   That box appears to be a quote of a previous post in this forum thread.

Q.   And the way that this post is set up, does -- does there appear to be a dialog involving Akemashite Omedetou?

A.   Yes.

Q.   And so could you read what's in the box?

A.   Inside the box it states, "How could you prove that your service is not a honeypot?  I've always felt that one of the most likely ways to be monitored out wazoo was to sign up for a service which caters to privacy enthusiasts and survives for more than a few weeks."

Q.   And then how does Akemashite Omedetou respond?

     Could you read that first paragraph and then the three bullets points beneath?

A.   Yes.

     "That's a difficult one, isn't it?  If you have any good ideas of how I could prove that Saragus is not run by the government, I would like to hear them.  Everything I have is circumstantial, but here are some points.

     "The service specifically tries not to collect any extra information about users than what is needed.  Any government-run site would probably use this chance to get as

much information about users as they could.

They would probably not run the service in Tor network because it is slower than a normal website and for them there would not really be any point. They would know that they will never be shutdown. There are a couple of similar services out there that are not running through Tor, so I don't think the community would get suspicious about yet another one.

"Right now it doesn't seem like any existing government really has enough knowledge or will to do something like this; play on our terms, so to speak.

"All I hear is French banks shutting down Mt. Gox accounts and American senators shitting bricks about how Bitcoin is illegal and so on. They are not really in the net. For them, Bitcoins are just another Liberty Dollars or Liberty Reserves. Right now billions of dollars are stolen each year by means of carding, phishing, there are viruses, Trojans and other things for them to really worry about. Bitcoin just seems too small right now for any authorities to really consider seriously. They don't seem to care so much about Bitcoins just yet."

Q. Now, Mr. Price, when you accessed Bitcoin Fog on the darknet, did the website, the Tor website provide a way to communicate with the Bitcoin Fog administrator?

A. It did.

Q. And what was that way?

A. There was a message function built into the website.

Q. Now still on this exhibit, I would like to move down to the message or post number 26.

Do you see post number 26?

A. I do.

Q. And who is the author of post 26?

A. Akemashite Omedetou.

Q. What is the date of that post?

A. November 10, 2011.

Q. Now, if we scroll to the next page.

Down at the very bottom of post 26, could you read the sentence starting "If you feel"?

A. "If you feel this is somehow our fault still, please contact us here or using the soon-to-be-done contact form in the Tor service itself."

Q. Now I would like to direct your attention to post number 86. And do you see post 86?

A. I do.

Q. Is this another post that goes over to the next page?

A. Yes.

Q. What is the -- who is the author of post 86?

A. Akemashite Omedetou.

Q. And what is the date of this post?

A. December 3rd, 2012.

Q. If we could look at the next page here. Could you read the

first block of text starting, "Yes," at the very top of the page?

A. "Yes, the service is operational, alive and well. We have been handling all the support through the secure contact form on the hidden service, so we haven't been checking this thread. It is nice to see that people haven't forgotten about it."

Q. And then I would like to direct your attention to post number 94. Do you see post 94?

A. Yes.

Q. And who is the author of post 94?

A. Akemashite Omedetou.

Q. What's the date of this post?

A. August 5th, 2013.

Q. Could you please read that first block of text starting, "We have the support"?

A. "We have the support form on the website, which we have been using for all customer contacts. We trust that form much more than any other external service, forum or mail server, since that way we don't have another leak in the compromisation chain that could become the weakest. To access the form, you must be logged in, which usually works, since it's very easy to register. No other way really to know who the messages are from for a Tor HS."

Q. What is a Tor HS?

A. I believe it's referring to a Tor hidden service.

Q. Now, going back to the very first page of this thread, to that post, can we go back to that, please?

Looking at that original post, is there anything to indicate whether this top message has been updated?

A. Yes.

Q. And where is that? Could you circle it with your finger?

A. It's on the first section of the post, in parenthesis, it says, "Last update: 2013-3-12."

Q. Have you reviewed other versions of this same thread at other points in time?

A. I have.

Q. And do you have an understanding of what may have changed between when this screen grab was captured and other times that you may have reviewed this thread?

A. Yes.

Q. What has changed?

A. The link to the Tor site, the service link, that has changed over time.

Q. And when you accessed Bitcoin Fog yourself, approximately what time period was that?

A. In 2019, fall of 2019.

Q. And did you access it through the same Tor address that's given here?

A. No.

Q. Is it common for Tor addresses to change?

A. Yes.

Q. And why is that?

A. Any number of reasons. Either security reasons, sometimes operators will change the address to make it harder for law enforcement or others to find it, potentially hardware issues, needed to use new servers or hardware. Any number of reasons.

Q. Now, I would like to direct your attention to Exhibit 2.

THE COURTROOM DEPUTY: What number? I'm sorry.

MR. BROWN: Exhibit 2, we're not published yet.

THE COURTROOM DEPUTY: Um-hum.

BY MR. BROWN:

Q. And, Mr. Price, could you please clear the floatation on the screen?

A. I did.

Q. Sorry. So I'm showing you Exhibit 2. Do you recognize this Exhibit?

A. I do.

Q. What do you recognize it to be?

A. This is a screenshot from the web archive of Bitcoin Fog clearnet portal.

Q. And can you tell from looking at Exhibit 2 what date the screenshot was taken?

A. It appears to be a November -- November 7th of 2011.

Q. How does that --

A. I'm sorry for confusion. Are you asking me the date of the

archive or the actual screenshot date?

Q. The date of -- the archive was made.

A. That was November 7th of 2011.

Q. And how does November 7th of 2011 relate to the launch date of Bitcoin Fog?

A. It's a little over a week afterwards.

Q. And based on your investigation, is this the earliest screenshot that was archived by archive.org of the website?

A. Yes.

MR. BROWN: The government moves to admit and publish Exhibit 2.

THE COURT: Any objection?

MR. EKELAND: We're going to object on hearsay grounds.

THE COURT: Objection to -- I mean, Exhibit 2 is admitted and may be published to the jury.

BY MR. BROWN:

Q. Now, Mr. Price, before we walk through the Exhibit 2, could you explain why you were confused about the date?

A. Yes. The top left of the exhibit has a date of August 29th, 2013.

Q. And what do you understand that date to be?

A. I think that's actually just the date of the file that it might have been saved for this.

Q. And can you indicate with your finger where you see the

date of the actual capture by archive.org?

A. It's in the -- right after the web.archive.org. It's in European date format.

Q. Is that number starting 2011?

A. Yes, starting with 2011/11/07.

Q. Go ahead and clear that publication.

Now, starting from the upper left-hand corner of that page, excepting the header that was printed on the document, what do you see in the upper left-hand corner?

A. I see a logo or a graphic that appears to be coins with the Bitcoin logo on them and a cloud with a question mark in the middle and beneath that the words "Bitcoin Talk internet portal."

Q. And this logo, was that the same logo on the Bitcoin Talk thread?

A. It does appear to be, yes.

Q. And so do you see it starts, "Where is the fog?"

A. I do.

Q. And could you read that first line beneath there, if it's large enough, or let us know if you need us to zoom in?

A. Yes. It says, "To access Bitcoin Fog, you will need Tor. Tor is an open source anonymization network."

Q. And then a couple lines down, could you read what it says when you are done?

A. "When you are done setting up Tor, simply go to this

address," and it has a hyperlink below.

Q. And what does that hyperlink show?

A. That hyperlink is a link to the Tor website for Bitcoin Fog.

Q. And then there's a sentence or two beneath that Tor website address. Could you read that little block of text?

A. Beginning with "The website"?

Q. Yes, please.

A. "The website you are currently browsing is just an information page about how to access the real thing. Bitcoin Fog is not hosted on the same server and can only be accessed through Tor."

Q. And then beneath that is there a section that starts "What is Bitcoin Fog"?

A. There is.

Q. And could I just ask you to read that first paragraph beneath?

A. "The Bitcoin network might be anonymous in terms of single-handedly revealing your IP address, but the transaction history is recorded in the blockchain and is publicly available, which makes your anonymity very vulnerable. Once the interested parties, be it authorities or just researchers, have acquired any one of your addresses or transactions, they could easily track your money around the network."

Q. Does it sound familiar to you?

A.  It does.

Q.  And why does that sound familiar?

A.  It is similar, if not identical language to what is used on the Bitcointalk.org post announcing Bitcoin Fog.

Q.  And scrolling through this page, I believe there are three pages of the PDF.  If we could just simply walk through.

Have you previously had an opportunity to review this exhibit?

A.  I have.

Q.  And substantively, how can you characterize the text on this page?

A.  It's very similar --

MR. EKELAND:  Objection, Your Honor.

MR. BROWN:  Your Honor, we could have him read the entire page.  Go to the phones.

(Bench discussion.)

MR. EKELAND:  Your Honor, our concern is, again, the witness is being asked to make characterizations, offer opinions.  He's talking about the Tor browser network and making minor mistakes, and yet -- I mean, asking for the summaries of reading these blocks -- rather than characterizing them, let's have him read the whole thing.  But, like, asking for opinions and summaries of things we think are inappropriate and we object.

THE COURT:  I could be wrong, I think all the

government is trying to establish is it was the same language that appeared elsewhere, which is making life a little bit easier for everyone by speeding things along. But I think if you want him to read it, he can read it. I don't think this is expert by any reach. The government is just saying -- just searching for the proposition that you have the same language in the other document. But if you want him to read it, he can do that.

MR. EKELAND: Perhaps the government can just ask the question: Is this the same language in the other document?

THE COURT: You would object on leading grounds. That's a leading ground.

Mr. Brown, I should let you speak to this.

MR. BROWN: Yes, Your Honor. I mean, that is essentially the issue. I mean, he's not providing expert testimony by summarizing a document that he has previously reviewed. We are just trying to speed this up for the jury. But if the defense would prefer, we can have Mr. Price read verbatim the statements by the website author.

THE COURT: Or you can ask the question that Mr. Ekeland just proposed.

I am going to ask you, though, to break pretty soon. So find a convenient time to break because we have to talk to a couple jurors, then we have another matter come in.

MR. BROWN: Yes, Your Honor.

(Open court:)

THE COURT: You may proceed.

BY MR. BROWN:

Q. Mr. Price, just looking at that last page there where it says "Fees and Requirements," could you read what it says there?

A. "The service takes 2 percent fee on all deposits. No other fees are in place. No complex calculations based on the number of withdrawals or similar.

"Minimum withdrawal amount is one Bitcoin. We do wait for six network confirmations on all deposits to prevent double spending."

Q. And comparing that to the Bitcoin thread, is that different or the same?

A. It's slightly different.

Q. What's different about it?

A. The fee and the minimum withdrawal amounts are different.

Q. Now, setting that aside, that last bit of this -- and, again, have you reviewed this entire exhibit before?

A. Yes, I have.

Q. Substantively, is the text on this exhibit, is it essentially the same as the text in that announcement on Bitcointalk.org?

A. Yes, it is.

MR. BROWN: Your Honor, we can take a break here.

THE COURT: So I think we're going to break for the evening now and come back at 9:30 tomorrow. I'll remind you overnight, don't discuss the case with anybody. Don't conduct any type of research.

There are a couple of jurors who had some scheduling issues, and I'm just going to ask that the deputy clerk ask you to stay back for a minute, just so I can ask you about the scheduling issues. Otherwise, have a nice evening, and I will see you back here at 9:30 tomorrow.

THE COURTROOM DEPUTY: All rise.

(Whereupon the jurors leave the courtroom.)

THE COURT: All right. You can step down. I'll just ask you not discuss your testimony with anybody this evening.

THE WITNESS: Yes, Your Honor.

THE COURT: Thank you.

(Whereupon, the witness leaves the courtroom.)

(Whereupon, juror No. 1 enters the courtroom.)

THE COURT: Hello. You can sit in the box.

The only reason I'm having you sit there is that's where the microphone is.

And you -- we have Juror No. 1 here.

And you mentioned, I think to the deputy clerk, that you had heard more from your doctor about scheduling of your physical therapy.

THE JUROR: Yeah. I'm in very active physical

therapy.  I had C2-D2 surgery that I'm recovering from and when I left yesterday, I could barely move.  I was in a lot of pain.

I contacted him first thing this morning and he had emailed a letter saying that basically this is going to hamper my healing, that it's no good for me to sit for this long.

THE COURT:  What if we moved you into a seat in the back and you were able to stand up occasionally, would that help?

THE JUROR:  Yes and no.  I mean, I can't do the exercises and things.  I mean, I'm not going to sit here and do resistance bands.  I'm very concerned that -- and I don't want to, you know, be part of this and all of a sudden have to say I can't do this.  So that's why I contacted him first thing this morning.

THE COURT:  What did he say in his letter?  What did the doctor say?

THE JUROR:  Let's see.  Here's my picture -- I can't find it.

This is -- just so you have a reference, a picture of what's inside me now.  I have four rods and 16 --

THE COURT:  I can tell you're in pain.  You don't have to convince me of that.

THE JUROR:  The letter is right here.

He stated that I had spinal surgery, C2 to D2, posterior spinal fusion on 10/4.  Estimated six months of

recovery from this surgery.

"An important component of the recovery is regular physical therapy, which patient is currently doing three times per week due to posturer neck spasm and for muscle strengthening. We would strongly recommend patient continue her formal physical therapy. If you have questions, please reach out."

I also get -- they're called trigger point injections. I had ten a couple weeks ago, all at once, in my neck and shoulder.

THE COURT: So we talked about this a little bit during the jury selection process. When is it -- or, is there a way to do your physical therapy?

THE JUROR: I will call them tonight. Usually I end up -- only because they're so backed up, usually between 11 and 2 seems that they do it, and I do it three times a week.

THE COURT: And how far from here is it?

THE JUROR: It's NRH Rehab, and it's -- where is it --

THE COURT: I guess my question is: Is it something where you could get there and back during the lunch break, or is that not possible?

THE JUROR: Not usually. And usually by the time I'm done, I am -- I can barely move.

THE COURT: What about possibly at the end of the

day?

If it would help to get a note from the Court, where I could request they could accommodate you, if possible, at the end of the day.

THE JUROR: I can call them right now to see if I can do that.

THE COURT: And then, also, you mentioned use of the resistance bands. If you want a place in the courthouse during the breaks where you can go and get a little bit of privacy to do that, we can find a place to do that.

THE JUROR: I very much want to be a part of this. I just feel scared that I might get to a point from sitting or standing -- plus, it's kind of distracting, I feel, to the Court, that I could be flat out. I could end up laying on the floor --

THE COURT: Right. We don't want you --

THE JUROR: -- which I don't want to do.

But I can continue on. If it's okay, I will contact the gentleman I work with and see if he can either do it early in the morning or whenever. I know they're not open weekends.

THE COURT: Well, if you can just tell them that you're in this trial and the Court has asked if there's any way to try to accommodate you. And if they want to talk to me, I'm happy to talk to them about it. But why don't you -- I want to give you the evening and some time to try and figure this out.

THE JUROR: I'll call them.

THE COURT: Any questions from the lawyers before I allow Juror 1 to go now?

MR. BROWN: No, Your Honor.

MR. EKELAND: No, Your Honor.

THE COURT: Do you want to go do that now, or do you want to do that tonight and let us know tomorrow?

THE JUROR: I'll be here at 9:30.

THE COURT: Okay. So we'll just see you at 9:30 tomorrow.

THE JUROR: And I can let you know exactly what they have to say.

THE COURT: Wonderful. And it will give you a little more chance to think about it. I mean, we would very much like you to be a juror.

THE JUROR: I definitely would.

THE COURT: But we also want to be considerate with your health and what you can do.

THE JUROR: Thank you, Your Honor. Thank you, everyone.

THE COURT: If I can just ask Glenda maybe to send the other gentleman in.

(Juror No. 1 leaves the courtroom.)

(Whereupon juror No. 4 enters the courtroom.)

THE COURT: How are you?

THE JUROR: Good, Your Honor.

THE COURT: I'm just having you in the box there so you're near the microphone.

THE JUROR: Okay.

THE COURT: And I think you had a scheduling issue you wanted to raise with us?

THE JUROR: Well, I have two issues, Your Honor. My uncle passed, and that's the first issue. The funeral is on Friday. This Friday.

And the second issue is my granddaughter, who is seven months old, has been identified to have COVID -- COVID virus. I am the only grandparent or call that they make to support them in Maryland. So that creates a burden on me.

THE COURT: Let me ask you: What time is the funeral on Friday?

THE JUROR: The funeral is at 11, but it's a two-and-a-half -- no, it's not. It's a three-and-a-half-hour drive.

THE COURT: Okay. And this -- you said it's your uncle?

THE JUROR: Yes.

THE COURT: And --

THE JUROR: The issue it's not just my uncle. My family, the last name is thinning out in terms of males. So this uncle is the oldest living uncle, other than my brother.

THE COURT: And how important is it to you to be at the funeral?

THE JUROR: Well, it's important to me and the family.

THE COURT: All right. Any follow-up questions?

MR. EKELAND: No, Your Honor.

MR. BROWN: No.

THE COURT: All right. Well, so let's talk about this more tomorrow. And I'll see you back here at 9:30.

THE JUROR: Okay. Thank you.

(Whereupon juror No. 4 leaves the courtroom.)

THE COURT: Any thoughts from counsel at this point?

I think that it sounds to me like if we want to keep juror 4, that we're not going to be able to sit on Friday. And he seems to have other issues.

And with respect to Juror No. 1, I guess we just need to wait and see what she has to say. It's obviously concerning this early in a month-long case to potentially lose two jurors. And we'll know more tomorrow.

But, Mr. Brown, do you have any preliminary thoughts, at least at this point?

MR. BROWN: Your Honor, I think with respect to Juror 1, it sounds like the right course is to wait and see. And the government shares the Court's concern about potentially losing one or two jurors on our first day of testimony.

With respect to Juror Number 4, you know, I will say I think the -- we are moving moderately quickly in the government's case and so I think that if it's a choice between losing Juror No. 4 or not sitting for two and a half hours on Friday, I think our preference would be to not sit on Friday.

I think that we can still keep the government's case moving expeditiously. And then I guess the other issue with his granddaughter, again, is a wait and see.

THE COURT: Yeah. I guess I can ask him more questions about this.

Quite frankly, the vibe I'm getting is more just that he's not entirely happy to be here and that he may have the greater flexibility with his granddaughter. He -- at this point he hasn't identified back-up care for her.

I'm sure he's concerned about -- I would be concerned about an infant having COVID. But I guess we can explore that more with him as well.

Mr. Ekeland, any thoughts?

MR. EKELAND: I think I agree with the government; we can accommodate Juror Number 1 and not sit on Friday and let Juror 4 go to the funeral.

THE COURT: All right. It sounds to me like tentatively we won't be sitting on Friday, unless when Juror 4 comes back tomorrow he's more clear with respect to concern about his granddaughter and other reasons to let him go.

I should say, he did raise that with the deputy clerk -- and I think maybe he raised that with the deputy clerk first, the granddaughter. Is that right?

THE COURTROOM DEPUTY: I'm sorry?

THE COURT: Did he raise the granddaughter issue with you first, before he brought the other issues?

THE COURTROOM DEPUTY: He brought both of them to my attention at the same time.

THE COURT: Okay. And let me ask you this: Is it okay, rather than bringing people in like this, if I just delegate to the deputy clerk, I think, further conversations with them and she can report back to us on what they're telling us and where they're at?

MR. BROWN: Yes, Your Honor. I think that would be just fine.

THE COURT: Mr. Ekeland?

MR. EKELAND: The defense is fine with that, Your Honor.

THE COURT: I think it's a little less intrusive for them and I think a little less -- I think it's anxiety-provoking for them to sit in the witness box and answer those types of questions.

So for now at least, let's start with her. Before we let anybody go, we would talk about it and probably call them back in and have more of a conversation.

Thank you all. I will see you at 9:30 tomorrow morning.

* * *

CERTIFICATE OF OFFICIAL COURT REPORTER

I, JANICE DICKMAN, do hereby certify that the above and foregoing constitutes a true and accurate transcript of my stenographic notes and is a full, true and complete transcript of the proceedings to the best of my ability.

Dated this 14th day of February, 2024

_____

Janice E. Dickman, CRR, CMR, CCR
Official Court Reporter
Room 6523
333 Constitution Avenue, N.W.
Washington, D.C. 20001

INDEX


WITNESS:

    Matthew Price

       Direct Examination By Mr. Brown................... 60

EXHIBITS RECEIVED:

Government Exhibit 1..................................... 85
Government Exhibit 201A................................. 81
Government Exhibit 301.................................. 68
Government Exhibit 302.................................. 72

                       *   *   *

## $

**$1,000** [2] - 43:20, 47:13
**$10** [1] - 34:20
**$100** [1] - 5:13
**$125,000** [1] - 24:14
**$13,657** [1] - 48:9
**$13.30** [1] - 43:17
**$16,000** [1] - 52:5
**$2.50** [1] - 74:7
**$20** [3] - 7:6, 7:7
**$220** [1] - 48:20
**$29,374** [1] - 50:4
**$3,843** [1] - 49:5
**$314.25** [1] - 45:11
**$400** [2] - 4:22, 26:7
**$434.33** [1] - 47:5
**$44,000** [1] - 52:6
**$48,000** [1] - 36:4
**$5.28** [1] - 43:8
**$546,510.91** [1] - 25:23
**$754.22** [1] - 44:22
**$80** [1] - 19:2
**$800,000** [1] - 25:10

## 0

**0.024** [1] - 73:20
**0.031** [1] - 73:18

## 1

**1** [24] - 5:12, 16:15, 17:13, 17:20, 27:10, 36:25, 39:9, 39:13, 48:8, 49:5, 73:24, 84:3, 84:15, 85:5, 85:7, 91:3, 104:17, 104:21, 108:3, 108:23, 110:16, 110:23, 111:20, 114:7
**1.38** [2] - 88:12, 88:15
**1.382** [1] - 88:11
**1.8** [4] - 6:7, 23:25, 48:15, 48:16
**10** [1] - 94:9
**10/4** [1] - 105:25
**100** [1] - 40:11
**10005** [1] - 1:22
**10th** [2] - 23:4, 84:9
**11** [2] - 106:15, 109:16
**11th** [1] - 73:9
**13** [1] - 1:6
**1301** [1] - 1:18
**14th** [1] - 113:13
**15** [1] - 26:1
**16** [1] - 105:20
**18** [1] - 36:9
**19th** [1] - 17:19

**1:00** [1] - 1:6
**1:57** [1] - 73:10
**1st** [12] - 36:1, 36:3, 37:19, 43:7, 43:16, 44:21, 45:10, 47:4, 49:16, 50:4, 52:5, 52:6

## 2

**2** [16] - 16:16, 17:14, 17:21, 28:18, 29:18, 39:14, 40:1, 97:7, 97:9, 97:15, 97:21, 98:11, 98:15, 98:18, 103:7, 106:16
**2.50** [1] - 74:6
**20-something** [1] - 43:12
**20001** [1] - 113:19
**20005** [1] - 1:19
**2001** [1] - 37:19
**2002** [1] - 33:19
**2008** [2] - 34:3, 34:10
**2009** [5] - 10:24, 34:12, 34:15, 34:23, 35:25
**2010** [8] - 23:25, 36:1, 36:3, 36:6, 36:9, 37:4, 37:17, 43:20
**2010s** [1] - 10:15
**2011** [28] - 5:18, 8:25, 14:6, 15:23, 16:22, 17:11, 17:19, 18:17, 20:3, 22:21, 22:22, 23:4, 28:13, 37:21, 39:1, 40:14, 41:11, 42:17, 43:4, 43:20, 82:20, 86:3, 91:20, 94:9, 97:23, 98:3, 98:4, 99:4
**2011/11/07** [1] - 99:5
**2012** [3] - 43:7, 43:14, 94:24
**2013** [5] - 43:16, 44:1, 44:19, 95:13, 98:21
**2013-3-12** [1] - 96:8
**2014** [5] - 44:21, 45:6, 45:8, 46:19, 84:9
**2015** [7] - 21:23, 45:10, 45:23, 46:7, 46:8, 46:13
**2016** [2] - 24:17, 47:4
**2017** [6] - 47:13, 47:19, 47:20, 48:2, 53:10, 59:23
**2018** [2] - 48:8, 48:24
**2019** [6] - 49:5, 49:11, 73:9, 81:7, 96:21
**201A** [3] - 81:8, 81:19, 81:22

**201A.........................**
**.....** [1] - 114:8
**2020** [4] - 23:25, 28:15, 49:16, 49:17
**2021** [9] - 5:18, 20:23, 22:13, 28:14, 29:8, 32:14, 50:4, 57:11, 62:22
**2023** [1] - 52:5
**2024** [2] - 1:6, 113:13
**20530** [2] - 1:14, 1:16
**21-cr-399** [1] - 1:3
**22** [1] - 37:17
**25** [1] - 68:10
**26** [6] - 32:14, 57:11, 94:3, 94:4, 94:6, 94:11
**26th** [1] - 51:10
**27th** [6] - 8:25, 20:3, 20:23, 51:11, 86:3, 91:20
**29th** [4] - 16:7, 17:5, 82:20, 98:21
**2:01** [1] - 31:11
**2:10** [1] - 31:1
**2:18** [1] - 31:11
**2:58** [1] - 54:25
**2nd** [1] - 20:5

## 3

**3** [11] - 5:12, 16:16, 17:15, 17:23, 18:10, 29:4, 29:22, 39:15, 40:2, 51:15, 91:3
**30** [3] - 1:22, 37:20, 43:8
**301** [7] - 66:16, 67:14, 67:24, 68:1, 68:3, 68:6, 70:6
**301..........................**
**...** [1] - 114:8
**302** [4] - 72:4, 72:15, 72:19, 72:21
**302..........................**
**...** [1] - 114:9
**303** [4] - 77:16, 77:25, 78:6, 78:7
**30s** [2] - 49:7, 49:8
**333** [1] - 113:18
**34pqqk** [3] - 73:20, 74:14, 74:21
**36** [1] - 68:10
**3:03** [1] - 54:25
**3rd** [2] - 17:11, 94:24

## 4

**4** [8] - 30:2, 108:24, 110:11, 110:14, 111:1, 111:4, 111:21, 111:23

## 5

**5** [3] - 74:6, 91:13
**5.1527** [1] - 1:13
**50** [2] - 50:11, 73:25
**50-cent** [1] - 73:25
**5N30V32UI** [1] - 19:22
**5th** [2] - 47:19, 95:13

## 6

**60** [1] - 114:4
**601** [1] - 1:13
**615** [2] - 2:6, 2:7
**6523** [1] - 113:18
**68** [1] - 114:8

## 7

**7,200** [1] - 49:16
**715** [1] - 24:14
**72** [1] - 114:9
**7th** [4] - 18:17, 97:23, 98:3, 98:4

## 8

**81** [1] - 114:8
**85** [1] - 114:7
**86** [3] - 94:17, 94:21
**8th** [1] - 1:22

## 9

**9** [1] - 36:3
**90** [1] - 41:20
**94** [3] - 95:8, 95:10
**95** [1] - 24:16
**950** [1] - 1:16
**97** [1] - 5:13
**97341870** [1] - 17:25
**98** [1] - 5:13
**99** [1] - 5:13
**9:30** [6] - 104:2, 104:9, 108:8, 108:9, 110:9, 113:1

## A

**ability** [2] - 81:1, 113:12
**able** [17] - 5:23, 7:16, 9:21, 14:4, 19:18, 21:18, 22:7, 22:8, 29:2, 30:13, 30:14, 30:17, 52:24, 64:10, 90:10, 105:7, 110:14
**Abraxas** [1] - 46:13
**absolutely** [1] - 42:11
**abuse** [4] - 4:18, 5:9,

23:9, 79:23

**accept** [1] - 78:6
**acceptable** [1] - 53:21
**access** [13] - 6:11,
6:14, 21:4, 21:6, 77:15,
79:13, 79:16, 81:25,
88:17, 95:20, 96:22,
99:21, 100:10
**accessed** [5] - 82:4,
86:4, 93:21, 96:19,
100:11
**accessible** [2] - 71:14,
83:14
**accommodate** [3] -
107:3, 107:23, 111:20
**according** [1] - 19:24
**Account** [6] - 26:1,
36:25, 39:9, 39:14,
39:15, 40:1
**account** [38] - 7:23,
15:18, 16:6, 16:8,
17:14, 17:16, 17:21,
17:24, 17:25, 18:3,
18:8, 18:11, 18:15,
18:16, 18:18, 18:19,
18:20, 18:23, 19:10,
21:14, 23:1, 24:13,
24:15, 25:8, 25:12,
25:17, 36:19, 36:24,
39:24, 42:10, 42:17,
44:11, 46:21, 46:23,
87:14, 87:15, 88:12,
88:19
**accountant** [2] -
23:23, 62:14
**accountants** [1] -
61:14
**accounting** [1] - 61:17
**accounts** [28] - 15:19,
17:6, 18:5, 18:9, 19:9,
19:11, 19:12, 21:4,
21:7, 23:23, 24:7, 25:9,
25:12, 36:21, 37:15,
39:24, 40:4, 40:5,
41:12, 43:11, 46:16,
46:22, 47:1, 87:19,
93:12
**accumulated** [1] -
49:9
**accurate** [2] - 83:18,
113:10
**accurately** [3] - 73:1,
81:15, 83:23
**accusing** [1] - 47:1
**acquire** [1] - 20:4
**acquired** [2] - 87:9,
100:23
**act** [2] - 15:8, 21:14
**Act** [4] - 13:2, 13:3,
30:3, 36:22

**action** [1] - 53:25
**Action** [1] - 1:3
**active** [3] - 16:21,
43:5, 104:25
**activities** [3] - 12:3,
25:4, 30:15
**activity** [15] - 4:7,
4:12, 12:21, 13:7,
13:12, 21:19, 26:10,
26:13, 27:17, 28:8,
28:20, 30:1, 43:6, 80:4,
89:19
**actors** [1] - 11:20
**acts** [1] - 27:13
**actual** [4] - 40:15,
51:14, 98:1, 99:1
**ad** [2] - 35:13, 39:5
**added** [1] - 5:12
**addition** [1] - 14:8
**additional** [2] - 12:10,
69:21
**address** [65] - 8:3,
11:2, 11:6, 11:7, 11:8,
11:15, 11:16, 11:19,
11:24, 11:25, 12:6,
14:17, 14:18, 15:8,
15:11, 16:3, 17:10,
21:17, 32:24, 34:21,
34:23, 34:24, 35:1,
39:16, 39:19, 39:21,
40:5, 40:8, 40:25, 41:1,
41:2, 41:23, 41:25,
45:18, 58:20, 66:7,
66:12, 66:13, 67:18,
67:19, 68:8, 68:11,
68:19, 68:21, 70:3,
73:17, 74:14, 74:15,
74:18, 74:20, 74:21,
80:23, 84:22, 84:25,
87:5, 90:1, 90:24,
96:22, 97:4, 100:1,
100:6, 100:19
**addresses** [34] -
11:10, 11:11, 11:12,
11:17, 14:24, 15:24,
15:25, 16:1, 17:8, 18:2,
19:17, 21:3, 21:4, 21:6,
23:17, 24:8, 33:3,
34:19, 35:21, 39:13,
39:20, 40:12, 68:24,
70:21, 73:19, 73:22,
73:24, 74:17, 87:9,
87:12, 90:22, 96:25,
100:23
**administrative** [1] -
21:14
**administrator** [2] -
8:5, 93:23
**administrators** [1] -
27:13

**admissible** [1] - 67:8
**admit** [5] - 67:7, 67:9,
81:18, 84:14, 98:10
**admitted** [12] - 48:18,
60:10, 68:1, 68:3,
72:19, 72:21, 78:11,
78:13, 81:22, 85:5,
85:7, 98:16
**admitting** [1] - 67:24
**advance** [2] - 58:23,
58:24
**advertise** [1] - 80:20
**advertised** [3] - 4:9,
9:2, 42:21
**advertising** [2] -
33:25, 34:1
**affairs** [2] - 16:2,
30:12
**afternoon** [1] - 60:23
**afterwards** [1] - 98:6
**Agency** [1] - 62:17
**agency** [2] - 21:2,
29:21
**agent** [10] - 7:24, 8:10,
28:21, 29:2, 54:11,
54:14, 54:20, 54:21,
61:22, 77:6
**Agent** [3] - 2:21,
76:22, 87:2
**agents** [8] - 7:3, 10:3,
55:10, 55:24, 61:4,
61:13, 63:14
**ago** [3] - 8:7, 90:24,
106:9
**Agora** [3] - 4:25, 8:14,
46:8
**agree** [1] - 111:19
**agreed** [1] - 64:5
**agreement** [3] - 27:12,
27:19, 49:22
**ahead** [2] - 8:19, 99:6
**aim** [1] - 27:15
**airline** [1] - 50:20
**airport** [2] - 41:13,
58:2
**Airport** [2] - 32:15,
57:12
**Akemahite** [1] - 9:4
**Akemashite** [19] -
18:24, 19:25, 20:16,
22:4, 22:6, 40:18,
40:23, 40:24, 45:22,
85:3, 85:19, 85:20,
86:8, 91:18, 92:7,
92:15, 94:7, 94:22,
95:11
**alias** [5] - 15:19, 18:9,
18:11, 20:8, 21:7
**alive** [1] - 95:3
**allow** [3] - 56:5, 58:25,

108:3
**allowed** [3] - 4:4,
16:23, 63:18
**allowing** [1] - 59:12
**allows** [3] - 25:7,
65:15, 71:22
**almost** [10] - 5:18,
12:7, 24:15, 36:20,
47:13, 52:13, 75:3,
80:8, 80:9, 81:3
**AlphaBay** [2] - 4:25,
47:19
**alter** [2] - 19:25, 20:16
**alterego** [3] - 9:3,
21:7, 22:4
**Amendment** [4] -
55:11, 57:23, 59:1,
59:13
**America** [1] - 1:3
**American** [1] - 93:12
**amount** [3] - 22:25,
88:10, 103:10
**amounts** [3] - 70:22,
88:13, 103:17
**ample** [1] - 75:14
**analogous** [1] - 63:23
**analogy** [1] - 78:18
**analysis** [6] - 21:2,
21:10, 23:15, 23:16,
41:2, 63:5
**analyst** [2] - 23:12,
63:1
**analysts** [1] - 22:18
**analyzes** [1] - 23:13
**Angeles** [2] - 32:15,
57:11
**Announce** [1] - 85:25
**announced** [5] - 8:24,
22:6, 82:21, 82:23,
82:24
**announcement** [2] -
9:1, 103:22
**announcing** [3] - 84:7,
91:22, 101:4
**anonymity** [6] - 12:1,
21:15, 80:14, 87:7,
88:1, 100:21
**anonymization** [3] -
86:1, 86:15, 99:22
**anonymous** [4] - 5:19,
87:4, 87:15, 100:18
**answer** [4] - 32:12,
57:8, 76:6, 112:21
**anti** [1] - 13:13
**anti-money** [1] - 13:13
**anxiety** [1] - 112:20
**apologies** [1] - 3:20
**apologize** [2] - 2:6,
73:7
**app** [1] - 25:21

**appear** [5] - 60:10, 67:17, 86:8, 92:7, 99:16
**appeared** [1] - 102:2
**appellate** [1] - 58:25
**application** [1] - 89:8
**applied** [1] - 69:24
**applying** [1] - 61:16
**appreciate** [1] - 43:21
**appreciated** [1] - 49:9
**approach** [1] - 54:20
**approached** [1] - 58:2
**approaching** [1] - 64:18
**approximate** [1] - 36:2
**April** [6] - 20:23, 29:8, 32:14, 51:10, 57:11, 84:9
**Archive** [1] - 83:11
**archive** [4] - 84:6, 97:19, 98:1, 98:2
**archive.org** [7] - 83:1, 83:3, 83:4, 83:17, 84:12, 98:8, 99:1
**archived** [2] - 84:8, 98:8
**archived.org** [1] - 84:23
**Archives** [1] - 83:5
**area** [1] - 65:25
**areas** [2] - 61:15, 65:2
**arguably** [1] - 34:5
**argue** [1] - 46:12
**arguing** [1] - 39:23
**arranged** [1] - 66:14
**array** [1] - 21:15
**arrest** [11] - 20:22, 28:13, 29:8, 48:2, 51:13, 51:23, 56:18, 58:9, 59:2, 59:4
**arrested** [19] - 16:5, 21:11, 22:13, 25:6, 25:20, 28:17, 32:14, 41:12, 47:12, 48:16, 50:17, 51:9, 51:10, 51:21, 55:10, 55:19, 56:2, 57:11, 58:2
**arresting** [2] - 50:18, 55:24
**arrow** [1] - 73:17
**articles** [1] - 79:7
**aside** [1] - 103:18
**asserted** [1] - 59:1
**asserting** [1] - 59:13
**assigned** [3] - 14:18, 63:13, 63:14
**associate** [2] - 23:24, 40:1
**associated** [2] - 35:21, 70:25

**assumption** [1] - 41:8
**assumptions** [1] - 35:18
**ATM** [3] - 65:23, 66:6, 66:7
**ATMs** [1] - 65:25
**attack** [2] - 42:1, 89:21
**attacks** [1] - 89:12
**attempt** [1] - 73:6
**attempting** [2] - 21:13, 64:4
**attention** [6] - 84:2, 91:12, 94:16, 95:7, 97:7, 112:8
**attorneys** [1] - 46:12
**attribute** [2] - 35:24, 39:8
**attributing** [1] - 40:20
**attribution** [3] - 35:16, 35:17, 40:24
**August** [4] - 44:1, 45:6, 95:13, 98:20
**AurumXChange** [5] - 18:11, 18:12, 18:13, 19:12, 38:21
**authenticity** [1] - 84:23
**author** [8] - 85:18, 85:19, 86:5, 91:17, 94:6, 94:21, 95:10, 102:19
**authorities** [21] - 4:10, 4:15, 6:3, 7:15, 8:10, 8:24, 9:7, 9:14, 9:19, 9:20, 12:16, 22:13, 49:18, 87:8, 90:3, 90:7, 90:9, 90:10, 93:18, 100:22
**authority** [1] - 56:20
**authorize** [2] - 68:21, 69:14
**automated** [1] - 65:23
**automatically** [3] - 89:20, 90:19, 90:23
**available** [4] - 79:25, 84:11, 87:6, 100:21
**Avalon** [1] - 79:22
**Avenue** [3] - 1:16, 1:18, 113:18
**avoid** [3] - 8:9, 8:24, 13:17

---

**B**

---

**back-up** [1] - 111:14
**backed** [2] - 63:21, 106:15
**background** [1] - 63:20
**backgrounds** [1] -

61:14
**backup** [2] - 50:15, 69:25
**backups** [1] - 89:12
**bag** [1] - 7:6
**balance** [1] - 73:18
**balancing** [1] - 73:13
**bands** [2] - 105:11, 107:8
**bank** [8] - 6:25, 7:2, 7:9, 10:22, 16:15, 73:13, 87:14
**Bank** [4] - 13:1, 13:2, 36:22, 46:7
**Banking** [1] - 29:16
**banks** [4] - 13:3, 13:9, 16:20, 93:11
**bar** [2] - 31:24, 37:6
**barely** [2] - 105:2, 106:24
**based** [21] - 10:12, 16:25, 20:17, 26:20, 28:19, 35:18, 36:2, 39:16, 39:20, 40:25, 63:12, 63:13, 64:22, 76:10, 79:25, 82:19, 83:17, 84:10, 85:16, 98:7, 103:8
**basic** [5] - 13:8, 64:19, 66:10, 75:16, 75:19
**basics** [1] - 75:13
**basis** [2] - 59:8, 89:22
**bathroom** [1] - 30:24
**become** [2] - 50:19, 95:20
**becomes** [1] - 36:15
**becoming** [1] - 88:25
**BEFORE** [1] - 1:9
**beforehand** [1] - 50:23
**began** [2] - 15:22, 62:14
**begin** [4] - 6:10, 72:23, 81:5, 85:2
**beginning** [6] - 6:2, 8:22, 10:24, 20:21, 73:20, 100:7
**begins** [3] - 14:6, 14:7, 88:21
**behalf** [2] - 29:10, 48:19
**behind** [4] - 5:15, 11:23, 47:2, 79:12
**belongs** [1] - 16:4
**below** [3] - 78:23, 79:9, 100:1
**bench** [4] - 64:2, 65:8, 74:25, 101:16
**beneath** [9] - 86:16, 86:19, 90:14, 92:17, 99:12, 99:19, 100:5,

100:13, 100:17
**beside** [1] - 49:8
**best** [3] - 32:23, 35:14, 113:12
**better** [2] - 36:15, 90:6
**between** [17] - 9:11, 23:6, 23:20, 23:25, 24:1, 36:13, 39:20, 47:8, 49:22, 51:1, 87:22, 88:15, 91:3, 96:13, 106:15, 111:3
**beyond** [2] - 33:13, 52:19
**big** [3] - 37:21, 55:13, 56:5
**bill** [4] - 7:7, 10:6, 12:7, 73:24
**billions** [1] - 93:15
**bills** [5] - 7:1, 7:2, 7:6, 7:8
**Binance** [1] - 24:9
**Bing** [1] - 15:4
**birth** [1] - 34:10
**Bisbee** [4] - 22:19, 23:12, 23:16, 35:23
**bit** [14] - 5:25, 10:1, 10:16, 48:10, 50:2, 56:4, 56:6, 63:20, 70:12, 81:1, 102:2, 103:18, 106:11, 107:9
**Bitcoin** [340] - 3:14, 3:15, 3:22, 3:23, 4:3, 4:7, 4:9, 4:11, 4:16, 4:22, 5:4, 5:5, 5:8, 5:10, 5:11, 5:15, 5:16, 5:17, 5:25, 6:1, 6:6, 6:8, 6:10, 6:11, 6:12, 6:17, 6:18, 6:19, 6:20, 6:22, 6:24, 7:10, 7:11, 7:12, 7:16, 7:19, 7:23, 8:3, 8:4, 8:6, 8:9, 8:11, 8:16, 8:18, 8:23, 8:24, 9:2, 9:6, 9:9, 9:10, 9:12, 10:2, 10:6, 10:7, 10:8, 10:10, 10:11, 10:12, 10:14, 10:15, 10:17, 10:21, 10:23, 10:24, 11:2, 11:5, 11:6, 11:8, 11:10, 11:11, 11:12, 11:13, 11:15, 11:16, 12:1, 12:2, 12:9, 12:15, 12:17, 12:22, 13:19, 13:20, 14:6, 14:8, 15:9, 15:11, 15:20, 16:22, 16:23, 17:15, 17:20, 17:22, 17:24, 18:12, 19:14, 19:19, 19:21, 19:23, 19:24, 19:25, 20:1, 20:3, 20:5, 20:6, 20:10,

20:15, 20:17, 20:21, 21:20, 21:23, 22:11, 22:21, 22:24, 23:3, 23:4, 23:5, 23:7, 23:11, 23:17, 23:19, 23:20, 23:25, 24:6, 24:11, 24:12, 24:14, 24:15, 24:16, 25:11, 25:17, 25:18, 25:22, 26:2, 26:4, 26:6, 26:12, 26:13, 26:18, 26:23, 27:1, 27:24, 28:7, 28:12, 28:15, 28:22, 28:25, 29:3, 29:7, 31:19, 31:20, 31:23, 31:24, 32:1, 32:2, 32:6, 32:16, 34:7, 34:8, 34:11, 34:14, 34:17, 34:19, 34:20, 34:22, 34:24, 34:25, 35:6, 35:10, 35:25, 36:3, 36:5, 36:7, 36:9, 36:14, 36:16, 36:17, 37:5, 37:6, 37:8, 37:9, 37:12, 37:19, 37:20, 37:23, 38:3, 38:18, 38:20, 41:10, 41:17, 41:18, 41:24, 42:7, 42:8, 42:9, 42:10, 42:12, 42:20, 42:25, 43:1, 43:5, 43:7, 43:15, 43:16, 43:21, 43:25, 44:19, 44:20, 44:21, 44:22, 44:23, 45:1, 45:5, 45:10, 45:21, 46:6, 46:20, 46:21, 47:4, 47:13, 48:6, 48:8, 48:11, 48:21, 49:5, 49:9, 49:15, 49:16, 50:1, 50:3, 50:4, 50:6, 51:19, 51:21, 52:1, 52:2, 52:3, 52:5, 52:7, 61:5, 63:8, 63:16, 63:17, 63:19, 63:20, 63:21, 64:12, 64:14, 65:11, 65:12, 65:17, 65:19, 66:7, 66:8, 66:12, 66:13, 66:15, 67:18, 67:19, 68:7, 68:11, 68:16, 68:22, 68:24, 69:10, 69:13, 69:18, 70:2, 70:15, 70:25, 71:2, 71:3, 71:12, 71:22, 73:2, 73:9, 73:17, 73:18, 73:19, 73:21, 73:23, 74:1, 75:19, 76:21, 80:8, 80:10, 80:25, 81:5, 81:12, 81:25, 82:4, 82:9, 82:19, 84:7, 85:15, 85:25, 86:1, 86:6,

86:15, 87:4, 87:12, 87:16, 88:2, 89:1, 89:11, 89:18, 90:20, 90:25, 91:21, 93:13, 93:17, 93:21, 93:23, 96:19, 97:19, 98:5, 99:11, 99:12, 99:14, 99:21, 100:3, 100:10, 100:14, 100:18, 101:4, 103:10, 103:13
**Bitcoin's** [1] - 34:12
**bitcoinfog** [1] - 87:1
**bitcoinfog.com** [7] - 14:11, 15:8, 15:23, 18:21, 18:22, 21:8, 22:23
**Bitcoins** [9] - 16:16, 87:13, 87:18, 87:19, 88:12, 88:15, 88:18, 93:14, 93:20
**Bitcointalk** [3] - 40:17, 42:18, 42:22
**bitcointalk** [5] - 20:7, 20:18, 42:11, 85:16
**Bitcointalk.org** [2] - 101:4, 103:23
**bitcointalk.org** [5] - 9:3, 82:15, 82:25, 84:7, 85:14
**Bitfinex** [1] - 24:9
**Bitstamp** [4] - 24:13, 24:17, 24:24, 25:4
**bitstamp** [1] - 24:18
**Black** [1] - 46:7
**Blind** [4] - 20:5, 20:6, 20:17, 89:1
**blind** [2] - 42:20, 42:25
**block** [5] - 32:21, 35:7, 95:1, 95:14, 100:6
**blockchain** [47] - 10:20, 11:14, 11:21, 11:23, 12:5, 12:17, 22:17, 23:12, 23:13, 23:15, 26:3, 32:19, 32:24, 34:24, 35:1, 35:10, 35:22, 52:8, 63:1, 63:5, 63:23, 64:8, 70:11, 70:12, 70:13, 70:14, 71:5, 71:7, 71:10, 71:14, 71:17, 71:19, 71:20, 71:22, 71:24, 72:10, 72:24, 73:9, 74:22, 75:13, 75:19, 77:3, 87:6, 88:13, 90:22, 100:20
**blockchain.com** [1] - 72:1
**blockchain.info** [1] - 72:1
**blocks** [2] - 4:2,

101:21
**book** [4] - 55:23, 56:13, 56:14
**books** [1] - 44:6
**Border** [1] - 58:8
**born** [1] - 51:6
**bothered** [8] - 32:11, 32:13, 56:11, 57:9, 57:10, 57:17
**bottom** [7] - 82:11, 82:13, 86:22, 88:20, 90:13, 91:15, 94:11
**bought** [1] - 44:11
**box** [9] - 91:25, 92:1, 92:3, 92:4, 92:9, 92:10, 104:18, 109:2, 112:21
**break** [12] - 30:23, 31:1, 52:12, 52:13, 52:21, 54:7, 70:12, 102:22, 102:23, 103:25, 104:1, 106:21
**breaks** [1] - 107:9
**bricks** [1] - 93:12
**bring** [3] - 31:12, 55:12, 55:20
**bringing** [3] - 48:18, 55:9, 112:10
**brings** [1] - 54:22
**Brooklyn** [1] - 1:22
**brother** [1] - 109:25
**brought** [2] - 112:6, 112:7
**Brown** [1] - 1:12
**BROWN** [66] - 2:2, 2:4, 2:14, 2:18, 2:21, 3:4, 3:6, 3:11, 3:13, 3:21, 53:2, 53:15, 53:22, 54:9, 54:24, 55:6, 57:1, 57:13, 57:21, 58:6, 59:3, 59:15, 60:17, 60:22, 60:25, 64:10, 65:7, 65:10, 66:16, 67:13, 67:22, 68:4, 70:6, 70:7, 72:15, 72:22, 75:15, 76:13, 76:15, 77:24, 78:4, 78:15, 79:1, 79:3, 79:17, 79:18, 81:18, 81:24, 82:17, 82:18, 84:14, 84:22, 85:8, 97:9, 97:11, 98:10, 98:17, 101:14, 102:14, 102:25, 103:3, 103:25, 108:4, 110:7, 110:22, 112:14
**brown** [11] - 3:2, 3:20, 32:20, 34:18, 35:19, 36:21, 50:16, 55:5, 75:3, 102:13, 110:20
**Brown**.................. [1] -

114:4
**browser** [7] - 6:12, 6:14, 6:15, 21:12, 38:8, 74:11, 101:19
**Browser** [2] - 6:15, 6:16
**browsing** [1] - 100:9
**BTSE** [1] - 24:9
**bucket** [1] - 54:15
**built** [3] - 69:25, 89:9, 94:1
**bullets** [1] - 92:17
**bunch** [4] - 7:12, 33:1, 41:12, 51:17
**burden** [6] - 33:8, 33:11, 33:12, 33:17, 52:18, 109:13
**business** [18] - 22:15, 25:14, 25:17, 29:5, 29:9, 29:11, 29:14, 29:19, 29:23, 30:4, 45:12, 45:21, 46:23, 47:17, 65:15, 83:21, 84:21
**businesses** [1] - 13:13
**buy** [12] - 7:2, 10:13, 15:13, 34:14, 36:3, 36:17, 38:18, 44:4, 65:16, 65:17, 65:18, 65:19
**buyers** [4] - 4:17, 5:2, 5:6, 27:25
**buying** [4] - 27:14, 37:12, 44:22, 80:15
**BY** [17] - 60:22, 60:25, 65:10, 67:13, 68:4, 70:7, 72:22, 76:15, 78:15, 79:3, 79:18, 81:24, 82:18, 85:8, 97:11, 98:17, 103:3

## C

**C2** [1] - 105:24
**C2-D2** [1] - 105:1
**calculations** [1] - 103:8
**California** [1] - 50:21
**capture** [3] - 83:18, 84:11, 99:1
**captured** [2] - 83:24, 96:13
**captures** [1] - 83:23
**card** [3] - 16:14, 19:4, 87:14
**carding** [2] - 79:23, 93:16
**cards** [1] - 36:13
**care** [7] - 9:25, 54:21, 56:24, 58:22, 90:20,

93:19, 111:14

**career** [4] - 62:14, 62:23, 64:13, 64:14
**carry** [1] - 16:2
**carrying** [3] - 16:6, 25:19, 25:22
**case** [43] - 2:2, 3:13, 3:21, 6:9, 10:4, 13:23, 21:19, 22:8, 27:6, 27:8, 28:21, 29:15, 30:9, 30:19, 31:3, 31:18, 32:9, 32:19, 33:13, 33:16, 35:13, 36:10, 37:21, 38:1, 41:6, 49:3, 52:25, 54:6, 60:6, 60:7, 60:11, 61:4, 63:13, 63:15, 64:5, 66:22, 68:9, 68:10, 90:7, 104:3, 110:18, 111:3, 111:6
**cases** [1] - 67:5
**cash** [6] - 12:11, 12:22, 13:7, 44:24, 63:24, 66:6
**Cash** [1] - 34:7
**cat** [1] - 8:2
**catching** [1] - 44:20
**caters** [1] - 92:13
**Catherine** [1] - 1:15
**catherine.pelker@ usdoj.gov** [1] - 1:17
**caught** [1] - 51:21
**CBP** [1] - 58:8
**CCR** [1] - 113:17
**cell** [2] - 51:22, 69:4
**center** [1] - 62:9
**Central** [1] - 62:17
**centralized** [1] - 63:22
**cents** [6] - 6:23, 10:16, 36:3, 37:20, 43:8, 73:25
**certain** [6] - 4:1, 10:13, 13:4, 21:4, 38:25, 53:4
**certainly** [2] - 57:16, 57:19
**certainty** [2] - 9:19, 90:8
**CERTIFICATE** [1] - 113:7
**certifications** [1] - 64:7
**certified** [3] - 43:18, 48:13, 84:21
**certify** [1] - 113:9
**cetera** [1] - 89:2
**chain** [7] - 23:16, 35:3, 35:7, 37:9, 73:23, 88:3, 95:20
**Chainanalysis** [6] -

22:19, 23:14, 35:19, 35:22, 41:20
**chance** [7] - 4:10, 26:15, 27:6, 56:6, 87:21, 92:25, 108:14
**change** [4] - 73:25, 74:2, 96:25, 97:4
**changed** [3] - 96:12, 96:16, 96:18
**characteristics** [1] - 14:23
**characterizations** [1] - 101:18
**characterize** [1] - 101:10
**characterizing** [1] - 101:21
**characters** [2] - 68:10, 81:2
**charge** [1] - 27:24
**charged** [2] - 5:12, 11:19
**charges** [12] - 6:9, 27:8, 27:10, 27:11, 28:18, 29:4, 29:13, 29:18, 29:22, 30:2, 46:10
**cheap** [1] - 37:20
**check** [5] - 11:7, 16:14, 19:4, 73:13, 80:16
**checked** [2] - 36:4, 89:21
**checking** [1] - 95:5
**child** [8] - 4:18, 5:9, 23:9, 49:1, 52:17, 79:22
**choice** [1] - 111:3
**chose** [2] - 16:14, 19:4
**Christopher** [1] - 1:12
**christopher.brown6 @usdoj.gov** [1] - 1:14
**chronological** [1] - 13:24
**CI** [6] - 61:13, 61:19, 61:21, 62:12, 62:19, 62:21
**CID** [1] - 64:13
**circle** [2] - 73:7, 96:6
**Circle** [1] - 24:9
**circumstances** [1] - 27:22
**circumstantial** [1] - 92:22
**cite** [1] - 42:12
**claiming** [2] - 39:15, 40:13
**clarification** [1] - 74:8
**clarified** [1] - 53:17
**clarify** [2] - 53:9, 59:21

**clean** [2] - 8:12, 22:16
**cleaning** [1] - 28:25
**clear** [8] - 2:7, 8:8, 8:25, 15:23, 77:5, 97:12, 99:6, 111:24
**clearnet** [13] - 14:11, 14:12, 15:6, 15:10, 19:19, 19:20, 19:23, 38:6, 38:7, 40:14, 40:15, 82:14, 97:20
**clerk** [9] - 3:8, 3:18, 31:7, 74:6, 104:6, 104:22, 112:2, 112:11
**click** [2] - 15:12, 19:22
**client** [2] - 56:11, 90:20
**close** [8] - 21:5, 40:4, 56:3, 57:14, 70:6, 77:4, 79:17, 82:17
**closely** [2] - 30:8, 44:5
**cloud** [1] - 99:11
**clue** [1] - 12:12
**cluster** [1] - 23:19
**clusters** [2] - 23:17, 23:18
**CMR** [1] - 113:17
**co** [1] - 47:6
**co-conspirator** [1] - 47:6
**coat** [3] - 7:3, 7:8, 7:9
**cocaine** [2] - 5:2, 80:15
**code** [3] - 42:22, 42:23, 43:1
**codes** [3] - 38:20, 38:22, 50:15
**coffee** [1] - 74:5
**coin** [1] - 10:16
**Coinbase** [1] - 34:13
**coincide** [1] - 22:10
**coins** [6] - 6:19, 7:12, 7:13, 8:12, 28:25, 99:10
**cold** [1] - 69:22
**collect** [3] - 9:14, 17:2, 92:23
**collecting** [1] - 43:25
**collection** [2] - 13:8, 34:18
**Columbia** [1] - 7:21
**COLUMBIA** [1] - 1:1
**com** [2] - 15:14, 81:3
**combines** [1] - 77:2
**coming** [2] - 14:2, 34:12
**comingle** [1] - 7:11
**commerce** [1] - 12:8
**commercial** [1] - 50:20
**commit** [1] - 27:12

**committing** [1] - 12:3
**common** [7] - 30:11, 38:16, 65:22, 71:18, 71:24, 96:25
**commonly** [4] - 69:12, 74:19, 78:18, 79:6
**communicate** [2] - 8:5, 93:23
**communicated** [1] - 28:21
**Communication** [1] - 37:11
**communication** [1] - 47:8
**communications** [1] - 8:4
**community** [1] - 93:7
**companies** [1] - 23:14
**company** [13] - 15:14, 21:22, 21:25, 22:19, 23:13, 33:25, 35:20, 36:9, 37:11, 41:20, 46:1, 79:12, 83:4
**comparing** [1] - 103:13
**competitors** [1] - 47:18
**complaining** [1] - 21:23
**complete** [2] - 29:2, 113:11
**completed** [1] - 17:17
**complex** [1] - 103:8
**complicated** [4] - 17:23, 23:1, 33:1, 34:9
**component** [1] - 106:2
**compromisation** [1] - 95:19
**compromised** [1] - 90:4
**computer** [14] - 11:4, 11:9, 14:19, 19:16, 20:24, 20:25, 21:9, 32:5, 33:23, 34:1, 50:14, 51:16, 69:3, 74:12
**computers** [6] - 10:10, 14:16, 33:22, 50:13, 51:14, 71:12
**computing** [1] - 71:13
**conceal** [3] - 4:13, 5:7, 27:15
**concept** [1] - 10:19
**concern** [7] - 28:16, 58:16, 58:20, 89:10, 101:17, 110:24, 111:24
**concerned** [8] - 49:6, 50:5, 59:10, 59:11, 64:3, 105:11, 111:15
**concerning** [1] -

110:17

**conclude** [1] - 67:8
**concludes** [1] - 65:8
**conclusion** [1] - 58:8
**conduct** [2] - 31:4, 104:3
**conducted** [1] - 76:20
**conference** [2] - 64:2, 65:8
**configured** [2] - 89:12, 89:17
**confirmations** [1] - 103:11
**confront** [1] - 57:22
**confused** [3] - 19:1, 45:6, 98:19
**confusing** [2] - 13:2, 52:9
**confusion** [1] - 97:25
**connected** [2] - 69:23, 89:17
**connecting** [2] - 14:19, 87:11
**connection** [2] - 9:11, 87:22
**consider** [4] - 60:2, 60:14, 88:10, 93:19
**considerate** [1] - 108:17
**considered** [2] - 53:7, 58:23
**consistent** [2] - 21:19, 30:19
**consists** [1] - 89:7
**consolidated** [1] - 46:20
**conspiracy** [8] - 27:11, 27:12, 27:15, 27:18, 27:20, 28:9, 28:11, 44:15
**conspirator** [1] - 47:6
**conspire** [1] - 47:9
**constitutes** [1] - 113:10
**Constitution** [1] - 113:18
**construed** [1] - 53:10
**contact** [8] - 43:3, 44:10, 44:14, 49:11, 94:14, 95:4, 107:18
**contacted** [2] - 105:3, 105:13
**contacts** [1] - 95:17
**contain** [1] - 32:20
**contained** [2] - 15:10, 70:18
**contains** [4] - 32:21, 70:20, 85:11
**contested** [2] - 64:19, 64:21

**continue** [6] - 79:4, 89:3, 89:15, 89:23, 106:5, 107:18
**continued** [1] - 29:7
**continuing** [3] - 28:10, 29:6, 30:5
**continuous** [1] - 59:4
**control** [3] - 35:6, 40:5, 68:20
**controls** [2] - 34:25
**controversial** [1] - 75:16
**convenient** [2] - 54:23, 102:23
**conversation** [2] - 66:23, 112:25
**conversations** [1] - 112:11
**convert** [3] - 16:16, 39:1, 39:3
**converted** [4] - 17:14, 17:22, 18:12, 18:13
**converting** [1] - 15:19
**convince** [1] - 105:22
**convinced** [1] - 56:12
**convoluted** [2] - 16:15, 40:2
**cooperate** [2] - 9:20, 90:9
**cooperating** [2] - 48:17, 90:7
**cooperation** [1] - 49:21
**copies** [5] - 83:5, 83:7, 83:9, 83:11, 83:12
**Copo** [1] - 37:11
**copy** [1] - 17:7
**Core** [1] - 19:22
**corner** [2] - 99:7, 99:9
**corroborated** [1] - 26:11
**corroborating** [1] - 48:22
**Costa** [1] - 16:25
**counsel** [2] - 57:24, 110:12
**Count** [1] - 30:2
**count** [4] - 27:10, 27:11, 28:18, 29:4
**countries** [1] - 49:22
**counts** [1] - 30:20
**County** [1] - 62:16
**couple** [8] - 31:7, 66:22, 88:22, 93:5, 99:23, 102:24, 104:5, 106:9
**course** [5] - 12:17, 13:15, 81:13, 83:21, 110:23
**Court** [13] - 1:25, 2:8,

53:5, 54:12, 54:16, 57:14, 64:1, 75:19, 75:23, 107:2, 107:14, 107:22, 113:17
**COURT** [98] - 1:1, 2:3, 2:10, 2:16, 2:19, 2:23, 3:2, 3:5, 3:7, 3:12, 3:16, 30:21, 30:25, 31:7, 31:12, 31:16, 52:11, 52:13, 52:21, 53:12, 53:14, 53:18, 54:2, 54:4, 54:17, 55:1, 55:3, 55:5, 56:1, 57:5, 57:8, 57:20, 58:1, 58:15, 59:5, 59:16, 59:20, 60:24, 64:16, 65:9, 66:21, 67:24, 68:1, 72:17, 72:19, 76:1, 77:25, 78:2, 78:6, 79:2, 81:20, 81:22, 84:16, 84:18, 85:5, 98:12, 98:15, 101:25, 102:11, 102:20, 103:2, 104:1, 104:12, 104:15, 104:18, 105:6, 105:15, 105:21, 106:11, 106:17, 106:20, 106:25, 107:7, 107:16, 107:21, 108:2, 108:6, 108:9, 108:13, 108:17, 108:21, 108:25, 109:2, 109:5, 109:14, 109:19, 109:22, 110:1, 110:5, 110:8, 110:12, 111:9, 111:22, 112:5, 112:9, 112:16, 112:19, 113:7
**court** [2] - 76:14, 103:1
**Court's** [1] - 110:24
**courthouse** [1] - 107:8
**courtroom** [14] - 2:9, 2:24, 30:13, 31:6, 31:13, 53:1, 55:4, 59:17, 104:11, 104:16, 104:17, 108:23, 108:24, 110:11
**COURTROOM** [11] - 2:25, 3:9, 31:14, 55:2, 59:18, 66:18, 97:8, 97:10, 104:10, 112:4, 112:7
**cover** [1] - 4:19
**COVID** [6] - 50:24, 51:3, 109:11, 111:16
**CPA** [2] - 43:18, 48:14
**crazy** [2] - 41:11, 44:20
**CRC** [1] - 1:25
**create** [3] - 11:9, 13:11, 83:11

**created** [8] - 9:6, 14:9, 15:6, 16:7, 18:3, 19:19, 20:15, 74:2
**creates** [1] - 109:13
**creation** [3] - 6:6, 14:8, 20:15
**creator** [1] - 20:6
**credit** [3] - 16:14, 19:4, 87:14
**crime** [3] - 28:10, 28:11, 52:19
**crimes** [7] - 13:25, 28:5, 61:22, 61:24, 61:25, 62:2, 62:10
**Criminal** [2] - 1:3, 7:20
**criminal** [12] - 12:3, 12:12, 12:21, 13:5, 27:18, 27:20, 29:25, 47:2, 61:10, 61:11, 62:10, 80:3
**criminals** [5] - 8:23, 12:19, 13:10, 13:14, 13:15
**CRM** [1] - 1:18
**CRR** [2] - 1:25, 113:17
**cruises** [1] - 48:1
**crypto** [4] - 24:8, 24:13, 25:8, 69:15
**cryptocurrencies** [1] - 65:16
**cryptocurrency** [18] - 10:8, 24:19, 61:16, 61:18, 61:25, 62:4, 62:11, 65:13, 65:14, 65:15, 65:23, 65:25, 68:16, 69:12, 80:8, 80:10, 80:13, 80:14
**Cryptocurrency** [1] - 62:24
**cryptography** [1] - 34:9
**crystal** [1] - 8:25
**cup** [1] - 74:5
**curative** [1] - 53:8
**currencies** [4] - 10:11, 16:24, 63:19, 64:12
**currency** [9] - 6:18, 10:8, 15:20, 16:21, 16:25, 17:1, 25:11, 63:17, 87:14
**custodial** [2] - 69:6, 69:10
**custody** [1] - 54:12
**customer** [5] - 13:5, 13:8, 17:2, 69:10, 95:17
**Customer** [1] - 13:9
**customers** [3] - 28:3, 63:18, 65:16
**customize** [1] - 81:1

**Customs** [1] - 58:8
**cyber** [5] - 61:22,
61:23, 62:10, 64:13,
77:6

## D

**D.C** [3] - 29:15, 32:5,
113:19
**D2** [1] - 105:24
**daemon** [1] - 89:18
**daily** [1] - 89:22
**dark** [10] - 6:13, 6:14,
14:21, 38:4, 77:13,
79:14, 79:15, 79:19,
80:16, 81:25
**darknet** [41] - 6:13,
8:13, 8:21, 9:13, 14:9,
14:13, 14:22, 15:10,
15:12, 19:22, 23:7,
23:21, 26:9, 26:20,
27:14, 27:25, 44:3,
44:16, 44:18, 45:7,
45:9, 46:8, 47:6, 47:8,
63:18, 77:7, 77:11,
77:12, 77:13, 78:17,
79:21, 79:23, 79:25,
80:1, 80:5, 80:19,
80:22, 82:4, 86:4,
93:22
**darknet-based** [1] -
79:25
**data** [7] - 21:18, 22:14,
23:13, 71:21, 72:2,
73:2, 89:25
**date** [22] - 83:7, 83:18,
83:24, 84:8, 86:2,
91:19, 91:21, 91:22,
94:8, 94:23, 95:12,
97:21, 97:25, 98:1,
98:2, 98:4, 98:19,
98:20, 98:22, 98:23,
99:1, 99:3
**Dated** [1] - 113:13
**days** [2] - 14:2, 17:11
**DC** [7] - 1:5, 1:14,
1:16, 1:19, 29:16, 30:3,
65:25
**de** [4] - 20:25, 39:17,
40:6, 41:3
**deal** [3] - 27:24, 55:13,
56:6
**dealer** [1] - 8:11
**dealers** [4] - 4:17,
26:18, 26:19, 26:22
**dealing** [3] - 12:20,
13:9, 22:11
**dealt** [4] - 4:15, 9:18,
49:4, 90:3
**debugging** [1] - 90:18

**December** [2] - 22:4,
94:24
**decide** [1] - 76:4
**decided** [1] - 46:19
**decides** [3] - 44:25,
50:19, 51:24
**declined** [1] - 20:14
**dedicated** [1] - 89:16
**deep** [2] - 78:24, 79:10
**Defendant** [2] - 1:7,
1:20
**defendant** [57] - 8:23,
9:3, 9:6, 9:23, 14:9,
15:6, 15:18, 15:22,
16:2, 16:5, 17:4, 17:5,
17:11, 17:17, 17:19,
17:21, 17:24, 20:4,
20:5, 20:7, 20:20,
21:12, 21:13, 21:16,
21:21, 21:25, 22:2,
22:12, 22:24, 23:24,
24:6, 24:13, 24:19,
24:23, 25:6, 25:24,
27:10, 27:11, 27:24,
28:2, 28:4, 28:6, 28:14,
28:18, 28:22, 28:23,
28:24, 29:4, 29:13,
29:18, 29:22, 29:24,
30:2, 30:15, 30:19,
55:4
**defendant's** [20] -
13:25, 15:24, 18:7,
19:23, 19:25, 20:16,
21:5, 21:10, 22:4, 22:9,
22:14, 24:2, 24:5,
24:18, 25:9, 25:11,
25:12, 25:19, 27:5,
29:8
**defense** [8] - 2:19,
32:7, 33:10, 55:7,
55:13, 84:23, 102:18,
112:17
**Defense** [1] - 62:15
**defense's** [1] - 75:6
**define** [2] - 66:10,
77:12
**defining** [2] - 75:16,
75:18
**definitely** [2] - 58:20,
108:16
**definitively** [3] - 35:10,
39:8, 39:12
**delaying** [1] - 24:25
**delegate** [1] - 112:11
**deleted** [1] - 90:19
**deliberate** [1] - 78:11
**deliberations** [2] -
60:3, 78:14
**demand** [2] - 8:18,
10:12

**demonstrate** [1] - 27:5
**demonstrative** [5] -
78:3, 78:7, 78:8, 79:2,
79:6
**demonstratives** [1] -
78:12
**deniability** [1] - 88:17
**department** [1] - 36:22
**Department** [3] -
29:15, 62:15, 62:16
**depict** [1] - 81:15
**deposit** [6] - 9:11,
28:23, 38:15, 66:7,
87:22, 88:15
**deposited** [3] - 17:13,
17:21, 24:14
**deposits** [5] - 23:25,
24:18, 77:1, 103:7,
103:11
**DEPUTY** [11] - 2:25,
3:9, 31:14, 55:2, 59:18,
66:18, 97:8, 97:10,
104:10, 112:4, 112:7
**deputy** [6] - 31:7,
104:6, 104:22, 112:1,
112:2, 112:11
**derived** [1] - 29:24
**describe** [1] - 68:5
**design** [2] - 4:8, 8:22
**designation** [1] -
66:15
**designed** [5] - 4:3,
5:19, 6:1, 12:15, 26:15
**desirable** [1] - 12:2
**detained** [1] - 58:3
**detention** [1] - 58:4
**determine** [2] - 21:18,
27:7
**develop** [2] - 77:7,
77:9
**developers** [1] - 89:8
**devices** [9] - 21:10,
21:12, 24:24, 41:13,
41:14, 47:11, 49:2,
51:14, 51:22
**dialog** [1] - 92:7
**diary** [3] - 50:14,
51:15, 51:18
**DICKMAN** [1] - 113:9
**Dickman** [2] - 1:25,
113:17
**died** [1] - 47:15
**different** [17] - 7:7,
7:8, 7:13, 15:25, 16:20,
29:12, 56:18, 68:25,
69:2, 69:5, 69:25, 80:3,
82:7, 103:13, 103:15,
103:16, 103:17
**differs** [1] - 78:17
**difficult** [6] - 9:22,

52:9, 77:2, 88:2, 90:12,
92:19
**digital** [4] - 4:19,
50:12, 63:23, 64:11
**Direct** [1] - 114:4
**DIRECT** [1] - 60:21
**direct** [7] - 26:6, 75:5,
84:2, 91:12, 94:16,
95:7, 97:7
**direction** [1] - 54:13
**directly** [5] - 19:21,
26:16, 30:2, 49:2,
51:20
**DISB** [2] - 29:16, 30:5
**discuss** [7] - 9:10,
20:11, 31:3, 52:25,
66:25, 104:3, 104:13
**discussed** [1] - 58:24
**discussing** [1] - 67:1
**discussion** [2] -
74:25, 101:16
**display** [1] - 73:1
**displayed** [1] - 67:10
**dispute** [3] - 38:14,
50:23, 51:1
**disputed** [1] - 65:3
**distinction** [1] - 57:4
**distracting** [1] -
107:13
**distributed** [4] - 5:9,
70:14, 70:16, 71:11
**DISTRICT** [3] - 1:1,
1:1, 1:10
**District** [1] - 7:21
**divided** [2] - 6:22, 6:23
**Division** [2] - 7:20,
39:24
**DNS** [3] - 37:24, 40:3,
43:10
**doc** [1] - 17:13
**doctor** [2] - 104:23,
105:16
**document** [10] - 16:7,
16:9, 16:12, 19:14,
85:10, 99:8, 102:7,
102:10, 102:16
**documents** [3] - 27:3,
27:4, 51:17
**DOJ** [3] - 1:13, 1:15,
1:18
**DoJ** [1] - 32:5
**DOJ-CRM** [1] - 1:18
**DOJ-USAO** [1] - 1:13
**dollar** [6] - 6:23, 7:1,
10:6, 10:9, 12:7, 65:17
**dollars** [19] - 4:24,
5:13, 6:21, 8:21, 10:17,
15:21, 16:16, 17:1,
18:12, 18:14, 25:10,
25:23, 26:8, 26:25,

38:24, 39:1, 93:15
**Dollars** [1] - 93:14
**domain** [11] - 15:14, 15:23, 16:13, 17:12, 17:20, 37:24, 38:1, 38:3, 38:6, 40:14
**done** [10] - 19:3, 52:13, 53:23, 53:24, 58:22, 87:20, 94:14, 99:24, 99:25, 106:24
**door** [5] - 55:7, 55:9, 55:22, 56:13, 57:15
**doorstep** [4] - 9:21, 9:22, 90:11
**double** [1] - 103:12
**doubt** [3] - 33:13, 52:19, 58:21
**down** [32] - 4:1, 4:6, 17:3, 30:6, 30:15, 35:4, 44:1, 44:2, 44:18, 45:8, 45:11, 46:7, 46:8, 46:13, 47:5, 47:19, 49:5, 50:7, 52:5, 53:17, 64:17, 70:12, 86:22, 88:5, 88:20, 89:20, 93:11, 94:2, 94:11, 99:23, 104:12
**download** [1] - 6:15
**dozens** [1] - 11:9
**drawing** [1] - 57:4
**Dream** [1] - 8:15
**drew** [1] - 73:16
**drive** [4] - 22:14, 35:5, 109:18
**Drive** [1] - 16:8
**driver's** [2] - 36:24, 39:9
**drives** [2] - 22:13, 22:16
**dropped** [1] - 45:10
**dropping** [2] - 86:22, 88:20
**drug** [20] - 4:17, 4:24, 5:2, 5:4, 5:5, 5:7, 8:11, 8:13, 12:20, 26:9, 26:18, 26:19, 26:22, 26:25, 27:15, 27:16, 27:25, 28:24
**drugs** [8] - 5:1, 8:13, 8:14, 23:7, 26:19, 26:22, 27:14, 44:4
**drunk** [1] - 31:24
**dry** [3] - 17:12, 17:17, 17:23
**due** [3] - 22:5, 89:11, 106:4
**duly** [1] - 60:19
**Duncan** [3] - 42:14, 42:20, 43:1
**duration** [1] - 28:11

**during** [13] - 4:21, 7:18, 19:8, 36:4, 48:6, 55:6, 62:6, 76:20, 78:13, 81:13, 106:12, 106:21, 107:8

## E

**e-mail** [1] - 15:24
**earliest** [2] - 84:11, 98:7
**early** [8] - 5:22, 10:15, 36:19, 42:4, 49:8, 81:7, 107:19, 110:18
**earned** [1] - 8:12
**Earned** [1] - 26:1
**ease** [1] - 74:19
**easier** [1] - 102:3
**easiest** [1] - 51:4
**easily** [4] - 9:8, 78:21, 87:10, 100:24
**easy** [4] - 7:22, 15:8, 88:25, 95:21
**eBay** [1] - 5:1
**economy** [1] - 5:5
**effect** [2] - 58:11, 58:12
**effort** [1] - 5:16
**ego** [2] - 19:25, 20:16
**either** [4] - 29:24, 84:21, 97:3, 107:19
**Ekeland** [13] - 1:20, 1:21, 30:22, 31:16, 53:2, 53:12, 54:2, 59:22, 65:3, 76:3, 102:21, 111:18, 112:16
**EKELAND** [26] - 2:20, 2:22, 30:23, 31:17, 52:14, 53:13, 54:3, 55:18, 63:25, 64:3, 67:25, 72:18, 74:23, 75:1, 78:1, 81:21, 84:17, 84:19, 98:13, 101:13, 101:17, 102:9, 108:5, 110:6, 111:19, 112:17
**Ekeland's** [1] - 57:2
**elaborate** [2] - 4:12, 5:20
**elapsed** [1] - 58:1
**Electronic** [1] - 34:7
**electronic** [2] - 6:18, 21:10
**element** [3] - 33:13, 52:18
**elicit** [1] - 55:16
**eliminate** [1] - 87:20
**Elizabeth** [1] - 22:19
**Elliptic** [1] - 63:7
**elsewhere** [1] - 102:2

**email** [16] - 8:2, 15:25, 17:8, 17:9, 18:2, 18:19, 18:23, 24:8, 37:2, 39:24, 40:25, 41:1, 41:5, 43:2, 50:17, 50:18
**Email** [6] - 1:14, 1:17, 1:19, 1:23, 1:23, 1:25
**emailed** [1] - 105:4
**emails** [1] - 19:9
**employed** [4] - 23:13, 61:7, 62:12, 62:19
**enable** [1] - 7:14
**enabled** [1] - 5:5
**enabling** [1] - 13:10
**encountered** [1] - 71:25
**encrypted** [1] - 41:16
**encryption** [3] - 68:17, 68:18, 69:24
**end** [13] - 14:3, 15:23, 21:18, 22:8, 27:6, 30:13, 31:9, 45:23, 81:3, 106:14, 106:25, 107:4, 107:14
**ending** [1] - 15:1
**enforcement** [11] - 5:22, 6:6, 6:25, 13:12, 17:3, 21:2, 28:20, 30:14, 49:23, 62:9, 97:5
**Enforcement** [1] - 49:20
**engage** [1] - 12:20
**engaged** [1] - 26:9
**engagement** [1] - 63:4
**engaging** [2] - 27:11, 30:3
**engines** [2] - 15:4, 78:21
**English** [1] - 58:12
**enter** [4] - 2:24, 31:13, 59:17, 82:9
**enters** [3] - 55:4, 104:17, 108:24
**enthusiasts** [1] - 92:13
**entire** [7] - 13:25, 28:11, 44:14, 74:18, 85:9, 101:15, 103:19
**entirely** [1] - 111:12
**entity** [2] - 23:18, 44:16
**entries** [1] - 10:24
**entry** [1] - 70:23
**erase** [1] - 7:13
**error** [1] - 58:18
**especially** [1] - 5:22
**ESPN.com** [1] - 15:2
**essentially** [5] - 59:4,

68:17, 71:3, 102:15, 103:22
**establish** [4] - 75:6, 75:25, 76:8, 102:1
**estimated** [1] - 105:25
**et** [1] - 89:2
**Ethereum** [1] - 65:18
**euro** [1] - 65:17
**European** [1] - 99:3
**euros** [6] - 15:20, 16:16, 17:13, 17:14, 17:21, 17:22
**evaluate** [1] - 27:7
**evening** [4] - 104:2, 104:8, 104:13, 107:25
**event** [1] - 59:4
**eventually** [5] - 16:5, 17:2, 23:3, 46:2, 46:4
**evidence** [35] - 6:5, 13:22, 13:23, 20:20, 26:6, 28:2, 28:14, 30:8, 30:16, 30:19, 31:18, 33:16, 41:9, 43:14, 46:5, 48:22, 49:3, 51:25, 53:7, 53:10, 53:25, 54:6, 56:14, 59:25, 60:5, 60:7, 60:9, 60:13, 60:14, 67:4, 67:5, 78:7
**exact** [1] - 48:21
**exactly** [5] - 19:18, 28:3, 56:12, 57:3, 108:11
**EXAMINATION** [1] - 60:21
**Examination** [1] - 114:4
**examined** [1] - 60:20
**examiner** [2] - 43:18, 48:14
**example** [4] - 24:12, 65:17, 71:22, 80:15
**Excel** [2] - 70:20, 73:13
**excepting** [1] - 99:8
**exchange** [18] - 5:10, 12:11, 16:23, 24:13, 24:21, 25:9, 36:12, 36:13, 36:23, 65:13, 65:14, 65:15, 69:12, 69:15, 80:25, 87:13
**Exchange** [5] - 16:17, 16:19, 16:23, 17:16, 62:24
**exchanges** [5] - 16:19, 16:21, 24:8, 34:13, 36:16
**exchanging** [1] - 37:9
**excited** [1] - 37:13
**exclusively** [3] - 75:3,

80:8, 80:9
**excuse** [2] - 68:9, 80:6
**execute** [1] - 41:5
**exercises** [1] - 105:10
**exhaustive** [1] - 34:9
**Exhibit** [26] - 66:16, 67:14, 68:3, 68:6, 70:6, 72:4, 72:21, 77:16, 77:25, 81:8, 81:19, 84:3, 84:15, 85:7, 97:7, 97:9, 97:15, 97:16, 97:21, 98:11, 98:15, 98:18, 114:7, 114:8, 114:8, 114:9
**exhibit** [21] - 14:1, 67:7, 67:9, 67:15, 77:4, 77:17, 77:19, 77:21, 78:3, 78:16, 79:17, 81:9, 81:11, 82:6, 82:17, 85:5, 94:2, 98:20, 101:8, 103:19, 103:21
**exhibits** [6] - 21:21, 54:11, 54:12, 54:14, 67:5, 78:11
**EXHIBITS** [1] - 114:6
**existed** [1] - 14:9
**existence** [3] - 59:24, 83:10
**existing** [2] - 20:4, 93:8
**exists** [1] - 10:6
**expect** [1] - 81:4
**expeditiously** [1] - 111:7
**experience** [10] - 62:3, 62:6, 62:11, 62:13, 64:11, 64:22, 75:17, 76:10, 76:12, 89:8
**experienced** [1] - 3:24
**expert** [13] - 2:13, 39:16, 43:17, 64:4, 64:23, 75:3, 75:8, 75:11, 75:14, 76:9, 76:11, 102:5, 102:15
**expertise** [1] - 61:15
**experts** [9] - 10:3, 32:23, 35:13, 35:15, 39:6, 39:7, 40:22, 41:20, 64:5
**explain** [13] - 5:25, 21:2, 21:15, 22:23, 32:23, 35:14, 39:22, 55:15, 68:15, 72:23, 75:12, 78:16, 98:19
**explained** [1] - 9:6
**explore** [1] - 111:16
**explorer** [4] - 71:19, 71:20, 72:10, 72:24
**explorers** [1] - 71:24

**extent** [1] - 65:4
**external** [1] - 95:18
**extra** [1] - 92:24
**extracted** [1] - 41:14
**eyes** [1] - 4:1
**eyewitness** [2] - 31:22, 32:7
**eyewitnesses** [3] - 32:3, 32:18, 52:4

## F

**facilitated** [1] - 26:25
**facilitating** [1] - 4:12
**fact** [14] - 2:13, 2:14, 4:21, 11:8, 12:23, 53:3, 53:15, 55:9, 55:15, 57:24, 64:8, 64:14, 64:21, 75:10
**facts** [3] - 27:7, 30:8, 46:12
**failure** [1] - 22:6
**fairly** [3] - 73:1, 81:15, 83:23
**fall** [2] - 62:22, 96:21
**familiar** [15] - 37:25, 45:16, 63:8, 64:15, 67:15, 76:16, 76:19, 76:22, 76:23, 77:19, 78:21, 79:9, 83:1, 100:25, 101:2
**familiarity** [2] - 77:7, 77:9
**family** [2] - 109:24, 110:4
**famous** [1] - 34:5
**fancy** [1] - 33:4
**far** [5] - 64:16, 64:17, 67:3, 75:7, 106:17
**fascinated** [1] - 36:8
**fascinating** [1] - 33:18
**fault** [1] - 94:13
**FBI** [4] - 7:20, 21:1, 22:18, 54:11
**feature** [2] - 73:6, 81:2
**features** [4] - 69:18, 69:20, 69:25, 82:7
**February** [2] - 1:6, 113:13
**federal** [4] - 21:1, 29:19, 29:20, 62:8
**fee** [12] - 5:12, 11:19, 11:20, 70:25, 71:2, 71:5, 90:25, 91:2, 91:5, 91:10, 103:7, 103:17
**feed** [1] - 86:25
**Fees** [1] - 103:5
**fees** [4] - 18:21, 27:24, 48:12, 103:8
**felons** [1] - 48:18

**felt** [1] - 92:11
**fentanyl** [1] - 5:2
**few** [3] - 10:16, 22:24, 92:14
**fiat** [1] - 87:14
**fictitious** [1] - 19:24
**fields** [1] - 82:12
**Fifth** [4] - 55:11, 57:23, 59:1, 59:13
**figure** [3] - 7:1, 27:21, 107:25
**file** [1] - 98:23
**files** [1] - 24:23
**filling** [1] - 7:25
**finally** [7] - 9:23, 18:10, 22:7, 26:17, 30:2, 44:25, 51:23
**finance** [1] - 34:6
**financial** [8] - 12:19, 13:4, 13:17, 48:14, 61:13, 61:14, 61:17, 62:1
**FinCEN** [1] - 29:21
**fine** [7] - 54:6, 57:4, 57:5, 64:17, 65:6, 112:15, 112:17
**finger** [2] - 96:6, 98:25
**finish** [1] - 59:6
**firm** [1] - 63:2
**first** [49] - 2:2, 5:25, 10:5, 14:24, 22:20, 23:5, 30:8, 33:7, 36:16, 37:6, 38:14, 46:21, 52:22, 54:8, 54:11, 55:17, 58:6, 59:21, 60:15, 60:19, 61:2, 67:6, 73:20, 74:20, 81:2, 81:5, 84:25, 85:17, 85:18, 85:23, 86:12, 86:22, 87:3, 87:25, 92:16, 95:1, 95:14, 96:1, 96:7, 99:19, 100:16, 105:3, 105:13, 109:8, 110:25, 112:3, 112:6
**fit** [2] - 14:4, 27:7
**five** [4] - 34:20, 62:17, 74:6, 89:8
**fixed** [1] - 91:10
**flat** [1] - 107:14
**flexibility** [1] - 111:13
**flight** [1] - 50:20
**flip** [1] - 3:18
**floatation** [1] - 97:12
**Floor** [1] - 1:22
**floor** [1] - 107:15
**flow** [4] - 23:6, 23:10, 23:20, 77:3
**flows** [1] - 7:16
**fluctuated** [2] - 6:19,

10:17
**fog** [8] - 4:14, 5:21, 19:8, 19:22, 25:4, 30:14, 47:2, 99:17
**Fog** [148] - 3:14, 3:15, 3:22, 3:23, 4:3, 4:7, 4:9, 4:11, 4:16, 4:22, 5:4, 5:5, 5:8, 5:11, 5:15, 5:16, 5:17, 5:25, 6:1, 6:6, 6:8, 6:10, 6:11, 6:12, 6:17, 6:18, 6:24, 7:10, 7:11, 7:12, 7:19, 7:23, 8:3, 8:4, 8:6, 8:11, 8:16, 8:18, 8:23, 8:24, 9:2, 9:6, 9:10, 9:12, 12:15, 13:19, 13:20, 14:6, 14:8, 15:9, 15:11, 17:20, 19:14, 19:19, 19:22, 19:25, 20:1, 20:3, 20:15, 20:21, 21:20, 21:23, 22:11, 22:21, 22:24, 23:4, 23:5, 23:7, 23:11, 23:19, 23:20, 24:12, 24:16, 25:17, 26:5, 26:7, 26:12, 26:13, 26:18, 26:23, 27:1, 27:24, 28:7, 28:12, 28:15, 29:3, 29:7, 31:19, 31:20, 31:23, 31:24, 32:1, 32:2, 32:6, 32:16, 37:23, 38:3, 41:10, 41:17, 41:18, 42:8, 42:9, 42:10, 42:25, 43:15, 46:6, 46:21, 48:6, 48:11, 49:15, 50:1, 50:3, 51:19, 51:21, 52:1, 52:2, 52:3, 61:5, 63:9, 63:16, 63:17, 76:21, 81:6, 81:12, 81:25, 82:4, 82:9, 82:19, 84:7, 85:15, 85:25, 86:6, 90:25, 91:21, 93:21, 93:23, 96:19, 97:19, 98:5, 99:21, 100:4, 100:11, 100:14, 101:4
**Fog's** [4] - 8:9, 19:24, 28:22, 28:25
**foggy** [1] - 3:24
**follow** [7] - 3:25, 4:6, 12:5, 30:10, 77:3, 88:2, 110:5
**follow-up** [1] - 110:5
**followed** [1] - 6:7
**following** [3] - 12:7, 16:15, 67:4
**follows** [2] - 60:20, 64:2

| | | | |
|---|---|---|---|
| **Food** [1] - 66:3<br>**FOR** [1] - 1:1<br>**foregoing** [1] - 113:10<br>**forensic** [5] - 21:13, 23:22, 61:14, 61:16, 62:14<br>**forgotten** [1] - 95:6<br>**form** [8] - 24:6, 28:7, 29:20, 94:14, 95:4, 95:16, 95:17, 95:20<br>**formal** [2] - 27:19, 106:6<br>**format** [1] - 99:3<br>**forth** [1] - 24:2<br>**forum** [8] - 9:2, 12:12, 20:7, 20:19, 82:24, 85:14, 92:5, 95:18<br>**forums** [2] - 79:23, 80:3<br>**forward** [4] - 3:18, 7:12, 75:23, 78:10<br>**foundation** [2] - 65:1, 67:7<br>**foundational** [2] - 75:20, 75:24<br>**four** [5] - 17:11, 44:24, 81:2, 82:13, 105:20<br>**frame** [1] - 76:11<br>**framed** [1] - 76:5<br>**frankly** [1] - 111:11<br>**fraud** [2] - 43:18, 48:13<br>**free** [3] - 5:11, 71:18, 90:6<br>**freelance** [3] - 37:14, 43:10<br>**French** [1] - 93:11<br>**fresh** [1] - 90:21<br>**Friday** [8] - 109:9, 109:15, 110:14, 111:5, 111:20, 111:23<br>**friends** [1] - 45:2<br>**front** [3] - 14:3, 32:5, 54:20<br>**full** [4] - 7:6, 87:3, 89:5, 113:11<br>**function** [1] - 94:1<br>**funds** [21] - 7:11, 12:5, 15:20, 18:7, 18:10, 18:13, 18:20, 23:1, 23:4, 23:6, 23:10, 23:20, 24:20, 25:15, 25:16, 29:2, 29:10, 29:24, 74:14, 74:22<br>**funeral** [5] - 109:8, 109:14, 109:16, 110:2, 111:21<br>**funny** [1] - 8:1<br>**fur** [2] - 7:3, 7:8<br>**fusion** [1] - 105:25 | **future** [2] - 29:1, 50:6<br><br>**G**<br><br>**game** [2] - 35:18, 36:13<br>**gaming** [1] - 38:19<br>**Gathering** [1] - 36:12<br>**generally** [6] - 2:11, 60:5, 63:11, 65:12, 66:13, 80:24<br>**generated** [2] - 11:4, 14:24<br>**generating** [1] - 28:5<br>**gentleman** [2] - 107:19, 108:22<br>**geographic** [1] - 45:17<br>**George** [1] - 43:19<br>**giant** [2] - 10:22, 70:20<br>**Giant** [1] - 66:3<br>**gigantic** [1] - 44:15<br>**girlfriend** [1] - 47:25<br>**girlfriend's** [1] - 47:25<br>**given** [3] - 53:5, 58:21, 96:23<br>**Glave** [2] - 23:23, 24:4<br>**Glenda** [1] - 108:21<br>**go-to** [1] - 26:13<br>**goal** [1] - 7:14<br>**GoDaddy** [2] - 15:15, 38:1<br>**goods** [2] - 4:19, 80:6<br>**Google** [4] - 15:4, 16:8, 17:13, 78:22<br>**Gothenburg** [1] - 37:18<br>**government** [66] - 10:9, 25:6, 25:8, 25:10, 25:18, 26:2, 27:2, 29:20, 31:19, 31:21, 32:11, 32:12, 32:16, 33:4, 33:12, 33:17, 37:22, 39:23, 40:13, 42:11, 42:13, 42:24, 44:1, 44:3, 44:15, 45:22, 46:3, 47:22, 47:23, 48:10, 48:18, 49:11, 49:17, 51:17, 51:23, 52:2, 52:17, 55:8, 55:14, 55:19, 55:20, 56:10, 56:19, 57:9, 57:17, 60:15, 60:17, 62:13, 63:22, 64:4, 72:15, 75:12, 77:24, 79:1, 79:11, 81:18, 84:14, 92:21, 92:25, 93:9, 98:10, 102:1, 102:5, 102:9, 110:24, 111:19<br>**Government** [5] - | 84:15, 114:7, 114:8, 114:8, 114:9<br>**government's** [8] - 19:14, 22:17, 32:12, 35:8, 41:19, 57:9, 111:3, 111:6<br>**Government's** [4] - 68:3, 72:21, 84:2, 85:7<br>**government-run** [1] - 92:25<br>**Gox** [33] - 16:15, 16:18, 16:22, 17:7, 17:14, 17:15, 17:21, 17:25, 18:8, 18:9, 18:11, 19:11, 19:12, 23:1, 24:8, 36:10, 36:11, 36:15, 36:18, 36:19, 36:24, 36:25, 38:17, 38:18, 38:22, 39:9, 39:13, 39:14, 39:15, 40:1, 93:11<br>**grab** [2] - 84:8, 96:13<br>**grand** [12] - 47:23, 48:2, 53:3, 53:9, 53:15, 53:19, 53:20, 53:23, 53:25, 59:23, 60:2<br>**granddaughter** [6] - 109:10, 111:8, 111:13, 111:25, 112:3, 112:5<br>**grandparent** [1] - 109:12<br>**graphic** [1] - 99:10<br>**great** [1] - 20:11<br>**greater** [1] - 111:13<br>**Greenberg's** [1] - 55:23<br>**ground** [1] - 102:12<br>**grounds** [2] - 98:14, 102:11<br>**groundwork** [1] - 14:7<br>**group** [1] - 11:11<br>**growing** [1] - 51:7<br>**grown** [1] - 10:15<br>**guess** [9] - 41:8, 56:3, 56:11, 56:21, 106:20, 110:16, 111:7, 111:9, 111:16<br>**guessed** [3] - 46:5, 49:13, 50:2<br>**guesses** [2] - 32:6, 35:21<br>**guessing** [1] - 40:10<br>**guideline** [1] - 7:8<br>**guilt** [3] - 53:8, 53:11, 54:1<br>**guilty** [1] - 30:20<br>**guys** [1] - 49:25 | **H**<br><br>**hacker** [2] - 4:19, 89:12<br>**hacker-attacks** [1] - 89:12<br>**hacking** [1] - 88:25<br>**half** [5] - 25:23, 62:17, 109:17, 111:4<br>**hamper** [1] - 105:4<br>**hand** [6] - 58:17, 59:12, 89:2, 90:2, 99:7, 99:9<br>**handedly** [2] - 87:5, 100:19<br>**handing** [1] - 54:13<br>**handle** [1] - 54:13<br>**handling** [1] - 95:4<br>**hands** [1] - 10:6<br>**handwritten** [2] - 50:14, 51:16<br>**happy** [4] - 54:18, 57:5, 107:24, 111:12<br>**Happy** [3] - 9:4, 40:19, 85:21<br>**hard** [7] - 12:22, 15:1, 15:4, 35:5, 38:19, 43:24, 47:16<br>**harder** [2] - 19:5, 97:4<br>**hardware** [6] - 22:5, 22:11, 45:23, 69:4, 97:5, 97:6<br>**hash** [2] - 32:25, 70:23<br>**Hassard** [1] - 1:21<br>**hates** [1] - 50:12<br>**head** [1] - 62:25<br>**header** [1] - 99:8<br>**heading** [1] - 90:14<br>**healing** [1] - 105:5<br>**health** [1] - 108:18<br>**hear** [35] - 2:20, 4:21, 5:24, 6:5, 7:18, 10:5, 10:8, 10:19, 13:23, 14:13, 14:23, 15:24, 19:14, 19:16, 20:24, 22:12, 22:17, 23:22, 26:15, 29:17, 31:2, 32:22, 35:12, 35:22, 35:23, 36:10, 38:14, 39:5, 46:15, 49:2, 52:22, 59:20, 60:10, 92:21, 93:11<br>**heard** [9] - 26:13, 31:7, 34:13, 37:23, 44:2, 56:16, 60:12, 69:6, 104:23<br>**hearing** [1] - 60:6<br>**hearsay** [6] - 56:15, 84:19, 84:20, 84:25, 85:1, 98:13 |

**heavydist** [1] - 16:6
**heavydist@gmail** [1] - 50:16
**heavydist@gmail. com** [3] - 16:1, 16:6, 16:9
**HELD** [1] - 1:9
**held** [4] - 22:14, 24:6, 64:2, 66:15
**hello** [1] - 104:18
**Hello** [1] - 20:9
**help** [7] - 28:25, 60:12, 74:22, 78:12, 88:1, 105:8, 107:2
**helped** [1] - 5:16
**helpful** [4] - 67:19, 72:12, 77:21, 77:22
**hereby** [1] - 113:9
**heroine** [1] - 5:1
**heuristics** [1] - 35:21
**hidden** [11] - 5:21, 14:21, 15:3, 19:8, 21:20, 24:3, 25:4, 81:13, 90:5, 95:5, 95:25
**hide** [3] - 4:13, 6:2, 21:17
**hiding** [1] - 47:2
**high** [8] - 9:19, 33:22, 33:24, 34:2, 34:3, 63:11, 63:16, 90:8
**highlighted** [1] - 73:10
**highly** [3] - 13:5, 56:8, 59:13
**himself** [5] - 5:20, 16:8, 24:24, 40:22, 55:15
**historic** [1] - 70:19
**historical** [1] - 83:5
**history** [6] - 34:6, 73:14, 83:10, 87:5, 87:11, 100:20
**hold** [4] - 10:5, 33:16, 34:19, 68:23
**holding** [1] - 34:24
**holds** [1] - 11:12
**home** [2] - 33:3, 46:1
**homes** [1] - 90:8
**honeypot** [1] - 92:11
**Honor** [49] - 2:6, 2:15, 2:18, 3:4, 52:10, 53:2, 53:13, 53:15, 54:3, 54:9, 55:6, 55:18, 57:1, 57:13, 58:6, 59:3, 59:15, 63:25, 64:3, 64:10, 65:7, 67:22, 67:25, 72:15, 74:23, 75:1, 75:15, 76:13, 78:1, 78:4, 78:5, 84:20, 84:22, 101:13, 101:14,

101:17, 102:14, 102:25, 103:25, 104:14, 108:4, 108:5, 108:19, 109:1, 109:7, 110:6, 110:22, 112:14, 112:18
**HONORABLE** [1] - 1:9
**hop** [1] - 39:10
**hope** [1] - 43:19
**hopefully** [1] - 50:24
**hosted** [3] - 6:12, 14:20, 100:11
**hosting** [1] - 89:13
**hour** [1] - 109:17
**hours** [1] - 111:4
**house** [1] - 42:2
**HS** [2] - 95:23, 95:24
**http:www.bitcoinfog .com** [1] - 86:18
**hum** [1] - 97:10
**hundreds** [1] - 11:10
**Hydra** [1] - 79:22
**hyperlink** [4] - 86:20, 100:1, 100:2, 100:3
**hyperlinks** [1] - 82:13
**hypothetically** [1] - 70:4

## I

**iceberg** [5] - 78:19, 79:6, 79:8, 79:14
**ID** [4] - 17:7, 33:5, 37:1, 39:10
**idea** [6] - 36:14, 45:13, 45:20, 53:20, 55:7, 55:14
**ideas** [2] - 75:19, 92:20
**identical** [1] - 101:3
**identifiable** [2] - 24:5, 24:8
**identified** [4] - 23:18, 23:19, 109:11, 111:14
**identifying** [3] - 11:1, 32:20, 86:5
**identity** [7] - 4:13, 8:19, 12:13, 19:6, 19:8, 80:18, 80:20
**idle** [1] - 47:18
**IDs** [1] - 46:18
**illegal** [20] - 4:6, 4:12, 5:1, 5:5, 5:19, 8:13, 12:17, 12:24, 13:12, 23:7, 23:8, 23:21, 26:9, 26:13, 27:12, 27:14, 28:24, 29:11, 40:3, 93:13
**illicit** [1] - 80:3
**image** [1] - 67:19

**images** [1] - 83:18
**imaginable** [1] - 5:2
**immediately** [3] - 58:3, 58:4, 58:5
**implemented** [1] - 17:4
**implied** [1] - 38:13
**important** [9] - 14:23, 30:12, 32:19, 35:8, 35:16, 76:8, 106:2, 110:1, 110:3
**importantly** [1] - 31:21
**importing** [1] - 90:22
**impossible** [6] - 4:10, 9:11, 9:14, 12:16, 24:21, 87:21
**impression** [2] - 56:10, 57:16
**improperly** [1] - 75:9
**IN** [1] - 1:1
**inaction** [1] - 53:25
**inappropriate** [1] - 101:23
**inclined** [2] - 56:4, 56:21
**included** [2] - 4:23, 26:8
**includes** [1] - 13:6
**including** [1] - 64:12
**income** [4] - 12:24, 24:2, 24:3, 24:5
**INDEX** [1] - 114:1
**indexed** [2] - 78:21, 79:11
**indicate** [2] - 96:4, 98:25
**Indicating** [3] - 11:3, 11:17, 16:11
**indicating)** [1] - 52:10
**indictment** [8] - 27:9, 48:3, 53:4, 53:6, 53:9, 53:16, 59:24, 59:25
**individuals** [3] - 12:2, 71:12, 80:15
**industry** [1] - 5:6
**infamous** [1] - 4:24
**infant** [1] - 111:16
**information** [23] - 7:24, 8:6, 8:18, 9:14, 11:1, 12:10, 13:8, 13:16, 15:10, 17:2, 19:13, 32:21, 32:22, 70:2, 70:18, 70:21, 70:22, 71:14, 71:17, 86:17, 92:24, 93:1, 100:10
**initial** [1] - 82:8
**initiated** [1] - 17:19
**injections** [1] - 106:9
**innocence** [1] - 54:1

**innocent** [1] - 33:12
**inquiry** [1] - 64:7
**inside** [4] - 9:12, 87:22, 92:10, 105:20
**installation** [1] - 90:21
**instance** [1] - 35:19
**instead** [8] - 6:14, 10:10, 16:14, 38:15, 69:13, 74:1, 81:3, 91:10
**institutions** [3] - 12:19, 13:4, 13:18
**instruct** [2] - 27:20, 46:11
**instructed** [1] - 53:24
**instruction** [2] - 53:6, 53:8
**instructions** [1] - 30:10
**Insurance** [1] - 29:16
**Intelligence** [1] - 62:17
**intend** [1] - 85:2
**intended** [1] - 29:25
**intensive** [2] - 50:21, 50:22
**intent** [2] - 27:21, 78:5
**interchangeably** [1] - 77:13
**interest** [2] - 7:13, 13:16
**interested** [6] - 9:7, 9:8, 71:23, 87:7, 87:8, 100:22
**interesting** [1] - 20:12
**internally** [1] - 79:13
**International** [2] - 32:15, 57:11
**internet** [23] - 6:13, 10:7, 14:10, 14:15, 14:18, 14:19, 15:7, 33:25, 36:2, 38:25, 44:17, 49:25, 69:23, 77:14, 78:17, 78:20, 78:24, 79:10, 79:15, 80:16, 84:6, 89:18, 99:12
**Internet** [2] - 83:5, 83:11
**interruption** [1] - 29:1
**interruptions** [2] - 21:24, 22:5
**interview** [1] - 55:21, 55:24
**introduce** [2] - 61:1, 85:2
**introduced** [2] - 27:3, 85:1
**introduction** [1] - 67:4
**intrusive** [1] - 112:19

**investigated** [1] - 61:25
**investigation** [14] - 32:4, 47:21, 61:5, 61:10, 61:11, 61:17, 63:8, 63:12, 64:9, 76:20, 81:6, 81:14, 82:19, 98:7
**Investigation** [1] - 7:20
**investigations** [9] - 13:6, 61:12, 61:13, 61:15, 61:16, 62:4, 62:10, 62:11, 62:25
**investigative** [1] - 77:10
**investigator** [1] - 64:13
**investigators** [1] - 12:13
**investment** [1] - 10:14
**inviting** [1] - 58:17
**invocation** [1] - 57:23
**invoked** [1] - 55:11
**involve** [2] - 11:18, 27:18
**involved** [8] - 15:18, 20:21, 21:7, 22:21, 27:13, 29:23, 61:11, 64:14
**involvement** [1] - 27:5
**involving** [2] - 28:23, 92:7
**IP** [17] - 14:17, 19:17, 21:3, 21:4, 21:6, 21:17, 39:16, 39:19, 39:20, 39:21, 40:5, 40:8, 40:12, 41:2, 45:18, 87:5, 100:19
**IRS** [17] - 7:20, 7:24, 8:10, 28:21, 61:7, 61:9, 61:11, 61:13, 61:19, 61:21, 62:10, 62:12, 62:19, 62:21, 62:22, 64:13
**issue** [18] - 16:25, 39:6, 48:3, 54:10, 55:6, 55:13, 57:25, 58:25, 64:19, 66:24, 66:25, 102:15, 109:5, 109:8, 109:10, 109:23, 111:7, 112:5
**issued** [4] - 10:9, 16:25, 29:15, 30:4
**issues** [10] - 16:21, 22:7, 22:11, 31:8, 97:5, 104:6, 104:8, 109:7, 110:15, 112:6
**issuing** [1] - 47:23
**item** [1] - 73:25

**items** [1] - 54:15
**itself** [4] - 4:9, 14:9, 17:9, 94:15

**J**

**J.W** [1] - 43:18
**Jan** [1] - 37:19
**JANICE** [1] - 113:9
**Janice** [2] - 1:25, 113:17
**Janice_e_dickman@ dcd.uscourts.gov** [1] - 1:25
**January** [14] - 22:6, 36:1, 36:3, 43:7, 43:16, 44:21, 45:10, 47:4, 48:8, 49:5, 49:16, 50:4, 52:5, 52:6
**Japanese** [3] - 9:5, 40:19, 85:21
**Jeffrey** [1] - 1:17
**Jeffrey.pearlman@ usdoj.gov** [1] - 1:19
**job** [8] - 33:24, 37:10, 43:9, 43:23, 44:24, 44:25, 46:19, 62:11
**jobs** [6] - 24:2, 37:14, 37:15, 43:10, 43:11, 49:8
**journey** [1] - 52:7
**JUDGE** [2] - 1:9, 1:10
**Judge** [7] - 27:20, 28:4, 28:9, 30:10, 33:10, 46:10, 46:11
**July** [2] - 36:9, 47:19
**juror** [6] - 104:17, 108:15, 108:23, 108:24, 110:11, 110:14
**JUROR** [24] - 52:12, 104:25, 105:9, 105:17, 105:23, 106:14, 106:18, 106:23, 107:5, 107:11, 107:17, 108:1, 108:8, 108:11, 108:16, 108:19, 109:1, 109:4, 109:7, 109:16, 109:21, 109:23, 110:3, 110:10
**Juror** [9] - 104:21, 108:3, 110:16, 110:23, 111:1, 111:4, 111:20, 111:21, 111:23
**jurors** [13] - 2:24, 3:17, 31:6, 31:8, 31:9, 31:13, 53:1, 59:17, 102:24, 104:5, 104:11, 110:18, 110:25
**JURY** [2] - 1:4, 1:8
**jury** [47] - 2:3, 2:4, 2:25, 30:25, 31:12,

31:14, 33:9, 33:14, 33:15, 47:23, 48:3, 53:3, 53:6, 53:9, 53:16, 53:19, 53:21, 53:23, 53:24, 53:25, 54:20, 55:1, 56:9, 56:10, 57:16, 59:11, 59:20, 59:23, 60:2, 61:2, 66:21, 67:20, 67:23, 68:2, 68:15, 72:12, 72:16, 72:20, 75:9, 77:22, 78:9, 81:23, 85:6, 98:16, 102:17, 106:12
**Jönköping** [1] - 33:21

**K**

**keep** [12] - 4:17, 5:19, 5:20, 13:4, 25:3, 40:12, 46:24, 90:14, 90:18, 110:13, 111:6
**keeping** [1] - 43:23
**keeps** [2] - 10:21, 41:16
**kept** [1] - 25:24
**key** [14] - 5:4, 10:19, 22:21, 34:25, 35:3, 35:4, 35:9, 35:15, 39:11, 68:13, 68:17, 68:20, 82:14
**keys** [7] - 34:23, 39:14, 42:3, 69:11, 69:13, 89:11
**kid** [2] - 33:10, 34:2
**Killdozer** [3] - 20:8, 42:10
**kind** [25] - 7:5, 28:10, 28:19, 33:23, 37:7, 40:10, 41:8, 41:11, 44:20, 47:4, 47:15, 47:18, 50:11, 66:14, 66:15, 70:23, 78:23, 79:5, 79:10, 79:14, 79:15, 82:8, 107:13
**kinds** [5] - 13:3, 16:20, 68:25, 69:2, 80:3
**knowing** [4] - 9:18, 47:21, 87:11, 90:2
**knowledge** [5] - 27:21, 63:12, 63:13, 75:25, 93:9
**known** [15] - 4:18, 6:18, 6:24, 12:12, 13:8, 14:10, 18:1, 23:5, 24:2, 28:10, 29:16, 29:21, 33:9, 33:15, 52:17
**knows** [3] - 33:9, 34:4, 41:23
**kolbasa99** [1] - 18:11

**kolbasa99@rambler. ru** [1] - 18:3
**Kracken** [2] - 46:21, 46:22
**Kraken** [5] - 24:10, 25:9, 25:12, 46:16
**Kunnikov** [1] - 18:18
**KYC** [6] - 13:9, 13:16, 36:21, 36:22, 46:21, 46:25
**KYCs** [1] - 46:17

**L**

**labeled** [2] - 82:13, 82:14
**lack** [2] - 59:24, 59:25
**laid** [1] - 67:7
**landing** [1] - 82:8
**lands** [1] - 51:8
**language** [4] - 101:3, 102:1, 102:6, 102:10
**laptop** [1] - 66:18
**large** [1] - 99:20
**Last** [1] - 96:8
**last** [5] - 61:2, 63:1, 103:4, 103:18, 109:24
**lasts** [1] - 28:11
**late** [3] - 14:6, 21:24, 51:10
**launch** [9] - 8:24, 9:2, 20:3, 82:19, 82:21, 84:7, 91:21, 91:23, 98:4
**launched** [1] - 22:24
**launches** [2] - 34:8, 36:10
**launching** [1] - 73:1
**launder** [7] - 5:7, 8:10, 8:16, 12:19, 26:12, 26:18, 27:15
**laundered** [2] - 26:23, 28:6
**laundering** [12] - 3:14, 3:22, 13:13, 13:14, 26:14, 27:10, 28:7, 28:16, 28:18, 28:19, 36:22, 62:1
**law** [15] - 5:22, 6:5, 6:25, 13:12, 17:3, 21:1, 28:20, 30:10, 30:14, 43:18, 46:12, 49:23, 62:8, 78:10, 97:4
**Law** [2] - 1:21, 49:20
**lawful** [3] - 6:3, 7:15, 12:16
**lawyer** [3] - 58:11, 58:13
**lawyers** [1] - 108:2
**lawyers'** [4] - 54:5,

60:5, 60:7, 60:8
**LAX** [3] - 50:18, 51:9
**lay** [2] - 14:7, 64:24
**layers** [2] - 4:14, 14:17
**laying** [2] - 64:25, 107:14
**lead** [1] - 63:4
**leading** [8] - 20:22, 75:3, 75:5, 75:22, 76:2, 76:5, 102:11, 102:12
**leak** [1] - 95:19
**leap** [1] - 41:9
**learn** [35] - 10:2, 13:1, 32:3, 32:18, 33:6, 33:23, 35:2, 35:12, 35:15, 35:17, 36:6, 36:11, 37:4, 39:7, 40:3, 40:19, 40:21, 40:23, 41:7, 41:19, 41:22, 42:1, 42:4, 42:23, 43:1, 43:4, 43:17, 44:11, 45:16, 46:2, 47:22, 50:5, 50:10, 52:8, 78:9
**least** [4] - 28:15, 85:2, 110:21, 112:23
**leave** [5] - 31:6, 53:1, 62:21, 76:3, 104:11
**leaves** [3] - 104:16, 108:23, 110:11
**leaving** [1] - 56:10
**led** [2] - 5:16, 20:14
**ledger** [7] - 10:20, 12:4, 70:20, 70:24, 73:12, 73:13, 73:14
**left** [9] - 11:16, 62:22, 62:23, 73:15, 90:24, 98:20, 99:7, 99:9, 105:2
**left-hand** [2] - 99:7, 99:9
**legal** [6] - 44:6, 44:8, 44:13, 66:24, 66:25, 67:2
**leger** [5] - 70:14, 70:16, 70:17, 70:18, 71:11
**legitimate** [5] - 6:16, 11:25, 12:11, 13:17, 41:18
**lent** [1] - 42:17
**less** [5] - 18:17, 83:13, 87:15, 112:19, 112:20
**letter** [3] - 105:4, 105:15, 105:23
**letters** [8] - 11:4, 14:25, 66:13, 68:9, 68:10, 73:16, 74:20, 80:25
**level** [2] - 63:11, 63:16
**levels** [1] - 69:24

**Liberty** [17] - 15:20, 16:17, 16:18, 17:1, 17:6, 17:16, 18:10, 18:13, 18:14, 18:15, 18:16, 18:20, 19:12, 38:23, 38:24, 93:14
**liberty** [2] - 16:24, 17:1
**license** [5] - 29:14, 29:15, 30:4, 36:24, 39:10
**life** [2] - 74:4, 102:2
**lifetime** [1] - 4:21
**likely** [2] - 40:11, 92:12
**limitations** [1] - 46:10
**limited** [1] - 64:22
**line** [9] - 56:3, 57:14, 64:17, 73:16, 85:23, 85:25, 86:12, 86:22, 99:19
**lines** [1] - 99:23
**linguistics** [2] - 64:19, 65:5
**link** [12] - 15:11, 15:12, 38:7, 82:15, 86:18, 86:20, 86:25, 88:15, 88:19, 96:17, 100:3
**linked** [1] - 7:9
**list** [1] - 51:14
**listed** [3] - 79:22, 85:19, 86:19
**listen** [1] - 30:8
**live** [1] - 74:10
**livelihood** [1] - 49:7
**lives** [1] - 44:25
**living** [3] - 45:5, 50:10, 109:25
**local** [1] - 33:24
**LocalBitcoins** [1] - 24:9
**locations** [1] - 7:21
**log** [1] - 40:5
**logged** [2] - 39:23, 95:21
**login** [1] - 81:12
**logo** [4] - 99:10, 99:11, 99:14
**logout** [1] - 82:15
**logs** [8] - 9:25, 31:21, 32:2, 32:17, 52:3, 90:15, 90:18, 90:20
**look** [17] - 3:17, 11:14, 33:16, 43:16, 44:8, 44:21, 46:25, 48:8, 56:6, 66:17, 68:8, 71:16, 71:23, 77:16, 80:23, 81:8, 94:25
**looked** [7] - 6:10, 18:25, 19:20, 26:21, 44:5, 74:13, 83:24

**looking** [10] - 11:22, 27:21, 51:18, 68:5, 74:21, 82:6, 85:17, 96:3, 97:21, 103:4
**looks** [3] - 11:2, 66:13, 73:18
**Los** [2] - 32:15, 57:11
**lose** [3] - 50:7, 89:11, 110:18
**losing** [2] - 110:25, 111:4
**lower** [1] - 68:10
**LR** [1] - 87:14
**Luke** [1] - 22:18
**lunch** [2] - 36:4, 106:21

# M

**M247** [4] - 22:1, 22:2, 22:9, 22:14
**machine** [2] - 65:24, 89:19
**Magic** [1] - 36:12
**mail** [2] - 15:24, 95:18
**mailing** [1] - 11:7
**main** [1] - 18:22
**maintain** [1] - 13:13
**maintaining** [1] - 69:13
**maintains** [2] - 68:21, 83:5
**majority** [6] - 24:5, 24:11, 25:16, 26:4, 79:10
**males** [1] - 109:24
**man** [4] - 5:15, 37:16, 37:18, 42:5
**manage** [1] - 5:17
**managed** [2] - 10:10, 83:4
**manually** [2] - 89:16, 89:21
**mark** [2] - 86:14, 99:11
**marked** [3] - 7:2, 7:6, 12:7
**Market** [4] - 8:15, 79:22
**market** [4] - 5:6, 8:14, 36:2, 45:7
**marketed** [1] - 8:23
**marketing** [2] - 33:25, 37:10
**markets** [13] - 4:25, 5:1, 8:21, 23:7, 23:21, 26:19, 27:14, 45:9, 47:9, 79:21, 80:5, 80:19
**Markets** [1] - 37:11
**Maryland** [3] - 62:16,

66:4, 109:13
**masks** [1] - 14:17
**Mason** [1] - 43:20
**Mastercard** [1] - 80:17
**mastermind** [1] - 47:2
**matched** [1] - 32:25
**matching** [2] - 21:2, 21:3
**material** [4] - 4:18, 5:10, 23:9, 79:23
**matter** [2] - 2:4, 102:24
**matters** [1] - 64:15
**Matthew** [4] - 54:9, 60:17, 61:3, 114:3
**MATTHEW** [2] - 60:18, 61:3
**Mazarin** [4] - 20:25, 39:17, 40:6, 41:3
**Mazars** [4] - 20:25, 39:17, 40:6, 41:3
**MDMA** [1] - 8:13
**mean** [16] - 53:16, 53:18, 57:20, 58:15, 69:9, 75:4, 84:25, 91:9, 92:3, 98:15, 101:20, 102:14, 102:15, 105:9, 105:10, 108:14
**means** [10] - 9:4, 14:25, 28:10, 29:10, 65:12, 65:22, 68:18, 80:6, 91:10, 93:16
**meanwhile** [1] - 24:23
**measures** [1] - 5:20
**meet** [1] - 37:8
**meet-ups** [1] - 37:8
**meeting** [1] - 37:15
**member** [2] - 61:23, 71:16
**members** [4] - 30:25, 59:20, 66:21, 78:9
**Mempool** [1] - 74:9
**Mempool.space** [1] - 72:1
**mempool.space** [3] - 72:11, 72:25, 73:1
**mention** [2] - 46:9, 54:4
**mentioned** [8] - 8:7, 8:14, 20:24, 35:19, 42:13, 42:24, 104:22, 107:7
**merely** [1] - 52:15
**merging** [1] - 23:3
**mescaline** [1] - 44:12
**message** [5] - 20:6, 91:12, 94:1, 94:3, 96:4
**messages** [4] - 8:4, 20:18, 42:13, 95:22
**methodology** [2] -

39:19, 40:10

**methods** [1] - 35:11
**Miami** [4] - 47:20, 48:1, 48:5, 59:23
**Michael** [1] - 1:21
**michael@torekeland.com** [1] - 1:23
**microphone** [3] - 3:5, 104:20, 109:3
**mid-20s** [1] - 45:4
**middle** [1] - 99:12
**might** [8] - 11:18, 12:22, 65:19, 87:4, 98:24, 100:18, 107:12
**million** [8] - 4:22, 6:7, 23:25, 25:23, 26:7, 48:15, 48:16, 48:20
**millions** [6] - 4:23, 8:20, 10:24, 26:8, 26:24, 40:7
**mind** [2] - 40:12, 46:24
**mine** [1] - 70:4
**miners** [1] - 71:3
**mini** [1] - 48:1
**minimum** [3] - 56:8, 103:10, 103:17
**mining** [1] - 23:2
**minor** [1] - 101:20
**mint** [1] - 26:1
**minute** [7] - 8:7, 9:10, 23:11, 31:1, 33:7, 82:16, 104:7
**minutes** [1] - 52:22
**Miranda** [1] - 58:3
**misleading** [3] - 56:8, 58:16, 58:21
**misled** [1] - 59:10
**mismatch** [1] - 24:1
**mist** [1] - 4:2
**mistakes** [3] - 5:22, 75:2, 101:20
**misty** [1] - 3:25
**mix** [6] - 7:11, 38:5, 38:8, 42:6, 63:18, 87:18
**mixed** [1] - 87:20
**mixer** [7] - 6:24, 6:25, 7:5, 20:4, 21:24, 76:23, 76:25
**mixers** [2] - 41:21, 42:9
**mixing** [7] - 42:21, 46:20, 63:17, 77:2, 80:2, 89:10
**MLAT** [1] - 49:20
**mobile** [2] - 69:4
**moderately** [1] - 111:2
**Molly** [1] - 8:13
**mom** [1] - 47:25
**monetary** [1] - 63:21

**Money** [1] - 30:3
**money** [61] - 3:13, 3:21, 4:6, 4:7, 6:2, 7:3, 8:10, 8:16, 9:8, 10:13, 10:21, 11:16, 12:11, 12:12, 12:19, 12:21, 12:23, 13:3, 13:13, 13:15, 13:18, 15:18, 16:10, 17:15, 22:25, 23:22, 25:8, 26:12, 26:14, 27:10, 27:15, 28:5, 28:15, 28:16, 28:18, 28:19, 29:5, 29:9, 29:11, 29:13, 29:18, 29:23, 30:4, 31:25, 36:22, 38:11, 38:12, 38:16, 38:17, 39:3, 43:22, 48:10, 48:11, 48:15, 48:20, 62:1, 70:1, 74:15, 87:10, 100:24
**monicker** [1] - 86:10
**moniker** [2] - 9:4, 85:3
**monitor** [2] - 49:25, 50:1
**monitored** [3] - 89:19, 89:21, 92:12
**Montgomery** [1] - 62:16
**month** [2] - 90:24, 110:18
**month-long** [1] - 110:18
**months** [5] - 44:24, 48:5, 63:1, 105:25, 109:11
**Moon** [9] - 22:15, 25:14, 25:17, 45:13, 46:14, 46:23, 47:15, 49:19, 49:25
**morning** [5] - 51:11, 105:3, 105:14, 107:20, 113:2
**Moscow** [3] - 50:23, 51:4, 51:8
**MOSS** [1] - 1:9
**Moss** [6] - 27:20, 28:4, 28:9, 33:10, 46:11
**Moss's** [1] - 30:10
**most** [11] - 8:5, 34:5, 37:21, 45:15, 51:6, 54:22, 65:11, 67:5, 69:12, 88:23, 92:12
**mostly** [2] - 74:19, 75:21
**mother** [1] - 33:20
**motion** [1] - 67:6
**move** [5] - 67:22, 75:23, 94:2, 105:2, 106:24

**moved** [5] - 17:15, 23:4, 37:18, 58:9, 105:6
**movements** [1] - 12:5
**moves** [8] - 12:7, 23:17, 33:20, 77:24, 79:1, 81:18, 84:14, 98:10
**moving** [3] - 15:18, 111:2, 111:7
**MR** [92] - 2:2, 2:4, 2:14, 2:18, 2:20, 2:21, 2:22, 3:4, 3:6, 3:11, 3:13, 3:21, 30:23, 31:17, 52:14, 53:2, 53:13, 53:15, 53:22, 54:3, 54:9, 54:24, 55:6, 55:18, 57:1, 57:13, 57:21, 58:6, 59:3, 59:15, 60:17, 60:22, 60:25, 63:25, 64:3, 64:10, 65:7, 65:10, 66:16, 67:13, 67:22, 67:25, 68:4, 70:6, 70:7, 72:15, 72:18, 72:22, 74:23, 75:1, 75:15, 76:13, 76:15, 77:24, 78:1, 78:4, 78:15, 79:1, 79:3, 79:17, 79:18, 81:18, 81:21, 81:24, 82:17, 82:18, 84:14, 84:17, 84:19, 84:22, 85:8, 97:9, 97:11, 98:10, 98:13, 98:17, 101:13, 101:14, 101:17, 102:9, 102:14, 102:25, 103:3, 103:25, 108:4, 108:5, 110:6, 110:7, 110:22, 111:19, 112:14, 112:17
**Mt** [33] - 16:15, 16:18, 16:22, 17:7, 17:14, 17:15, 17:21, 17:25, 18:8, 18:9, 18:11, 19:11, 19:12, 23:1, 24:8, 36:10, 36:11, 36:15, 36:18, 36:19, 36:24, 36:25, 38:17, 38:18, 38:22, 39:9, 39:13, 39:14, 40:1, 93:11
**mugs** [1] - 42:2
**Multilateral** [1] - 49:20
**multiple** [6] - 15:19, 16:19, 19:5, 21:12, 68:23, 77:1
**muscle** [1] - 106:4
**music** [1] - 45:2
**must** [2] - 40:5, 95:21
**Mybitcoin** [1] - 89:1

**Mycelium** [2] - 25:19, 25:25

## N

**N.W** [1] - 113:18
**Nakamoto** [1] - 34:5
**name** [34] - 5:20, 6:17, 7:25, 8:2, 13:2, 14:14, 15:19, 16:3, 16:9, 17:6, 17:10, 17:12, 17:25, 18:7, 18:18, 18:23, 21:5, 24:7, 25:12, 32:7, 37:1, 38:1, 38:3, 38:6, 39:25, 40:14, 46:1, 46:2, 61:2, 61:3, 85:22, 86:9, 109:24
**named** [6] - 23:23, 34:3, 34:4, 39:17, 42:14
**names** [4] - 18:2, 25:25, 33:2, 46:18
**national** [1] - 10:9
**nature** [2] - 76:9, 79:24
**nauseam** [2] - 35:13, 39:5
**near** [1] - 109:3
**nearly** [2] - 20:22, 28:12
**neat** [1] - 13:24
**necessarily** [1] - 35:12
**necessary** [1] - 90:5
**neck** [2] - 106:4, 106:10
**need** [13] - 2:2, 10:2, 16:19, 28:4, 31:9, 34:10, 53:17, 86:20, 87:13, 90:22, 99:20, 99:21, 110:16
**needed** [6] - 4:16, 4:19, 20:13, 89:18, 92:24, 97:6
**needs** [3] - 28:6, 33:4, 76:3
**nefarious** [1] - 38:13
**nerd** [2] - 33:23, 34:1
**nervous** [1] - 37:7
**net** [2] - 90:6, 93:13
**network** [26] - 8:7, 9:9, 9:13, 9:17, 10:10, 14:14, 14:15, 14:20, 21:20, 45:15, 70:15, 71:3, 71:13, 73:23, 87:4, 87:10, 87:16, 89:25, 90:4, 93:3, 99:22, 100:18, 100:24, 101:19, 103:11
**networks** [1] - 21:16
**never** [18] - 4:14, 9:18,

32:11, 32:13, 33:15, 43:2, 55:8, 55:14, 55:19, 56:11, 57:9, 57:10, 57:17, 90:3, 93:5

**nevertheless** [1] - 88:19

**new** [3] - 16:22, 18:16, 97:6

**New** [4] - 1:18, 9:4, 40:19, 85:21

**newly** [1] - 74:2

**news** [1] - 79:7

**next** [12] - 6:4, 39:10, 60:6, 82:14, 88:11, 89:3, 89:5, 91:24, 94:10, 94:19, 94:25

**nexus** [1] - 61:25

**nfs9000@hotmail. com** [1] - 18:2

**nice** [2] - 95:6, 104:8

**nobody** [3] - 34:4, 35:25, 88:17

**nomad** [1] - 50:12

**noncustodial** [2] - 69:7, 69:15

**none** [1] - 45:4

**normal** [3] - 6:14, 34:2, 93:3

**normally** [1] - 55:12

**notation** [2] - 91:4, 91:7

**note** [1] - 107:2

**notes** [10] - 24:24, 27:19, 33:3, 38:11, 38:12, 50:15, 51:16, 51:17, 51:18, 113:11

**nothing** [4] - 41:6, 48:25, 60:2

**notice** [1] - 17:8

**noticed** [3] - 2:11, 44:5, 75:13

**November** [11] - 22:2, 23:4, 44:19, 45:8, 46:13, 94:9, 97:23, 98:3, 98:4

**NRH** [1] - 106:18

**Nuclear** [1] - 47:5

**number** [20] - 4:2, 8:2, 45:3, 48:21, 54:10, 69:15, 71:11, 87:14, 89:10, 91:13, 94:3, 94:4, 94:16, 95:8, 97:3, 97:6, 97:8, 99:4, 103:8

**Number** [11] - 36:25, 39:9, 39:13, 39:14, 39:15, 40:1, 40:2, 84:3, 84:15, 111:1, 111:20

**numbers** [9] - 7:1, 11:4, 15:1, 21:3, 26:24,

66:14, 68:9, 73:16, 81:1

**numerous** [2] - 24:6, 79:21

**NW** [3] - 1:13, 1:16, 1:18

**NY** [1] - 1:22

## O

**object** [10] - 55:20, 55:25, 75:4, 75:6, 76:4, 78:1, 84:17, 98:13, 101:24, 102:11

**objection** [20] - 2:19, 2:22, 2:23, 53:13, 54:3, 63:25, 65:3, 67:24, 67:25, 72:17, 72:18, 74:23, 77:25, 81:20, 81:21, 84:16, 84:18, 98:12, 98:15, 101:13

**obligation** [1] - 33:15

**obscurity** [2] - 91:8, 91:9

**obtaining** [1] - 65:12

**obvious** [1] - 88:16

**obviously** [2] - 56:5, 110:17

**occasionally** [1] - 105:7

**occurred** [2] - 58:14, 73:9

**occurring** [1] - 70:15

**October** [12] - 8:25, 17:11, 17:19, 18:17, 20:3, 20:5, 21:23, 21:24, 22:22, 82:20, 86:3, 91:20

**OF** [3] - 1:1, 1:8, 113:7

**off-chain** [2] - 35:3, 37:9

**offense** [5] - 28:10, 28:19, 29:6, 29:25, 30:5

**offer** [3] - 20:14, 23:15, 101:18

**offered** [1] - 80:7

**offering** [1] - 75:18

**officer** [2] - 62:15, 62:18

**officers** [1] - 50:18

**offices** [1] - 32:5

**official** [1] - 20:1

**Official** [1] - 113:17

**OFFICIAL** [1] - 113:7

**offshore** [1] - 16:24

**often** [1] - 83:15

**old** [1] - 109:11

**oldest** [1] - 109:25

**Omedetou** [15] - 9:4,

40:19, 40:23, 40:24, 45:22, 85:4, 85:19, 85:20, 86:8, 91:18, 92:7, 92:15, 94:7, 94:22, 95:11

**Omedotou** [4] - 18:24, 19:25, 20:16, 22:4

**omnibus** [1] - 76:6

**on-the-job** [1] - 62:11

**once** [7] - 3:19, 12:12, 41:24, 66:7, 87:7, 100:21, 106:9

**one** [88] - 2:4, 2:8, 2:21, 6:17, 6:20, 7:5, 8:12, 10:19, 11:8, 11:15, 11:18, 12:6, 12:8, 14:1, 14:3, 15:24, 16:1, 17:8, 19:3, 19:15, 22:14, 22:16, 23:14, 24:12, 25:12, 25:19, 25:22, 29:12, 29:13, 30:15, 33:6, 34:5, 36:3, 36:15, 36:19, 37:20, 39:9, 39:24, 41:13, 41:15, 41:19, 43:7, 43:17, 44:2, 45:9, 45:12, 46:8, 46:9, 46:22, 46:23, 47:5, 47:8, 47:25, 48:19, 49:5, 49:18, 50:16, 53:2, 53:20, 54:10, 54:14, 55:6, 59:21, 60:1, 61:4, 61:15, 63:13, 66:3, 73:17, 73:20, 74:3, 74:8, 75:20, 75:24, 82:1, 82:13, 86:13, 86:23, 87:9, 89:10, 89:23, 90:18, 92:11, 92:19, 93:7, 100:23, 103:10, 110:25

**ongoing** [1] - 28:16

**Onion** [1] - 14:15

**onion** [7] - 14:17, 15:1, 38:3, 38:7, 40:15, 81:3, 90:1

**online** [12] - 3:13, 3:21, 4:24, 5:4, 5:6, 10:7, 10:13, 10:25, 26:19, 26:22, 26:25, 36:12

**open** [9] - 14:10, 55:22, 57:15, 71:18, 72:10, 76:14, 99:22, 103:1, 107:20

**opened** [1] - 55:7

**opening** [9] - 2:8, 2:16, 40:18, 53:3, 54:5, 55:7, 57:2, 59:22, 60:5

**openly** [2] - 16:2,

80:19

**opens** [3] - 55:9, 55:23, 56:13

**operate** [3] - 9:12, 29:7, 68:16

**operated** [2] - 6:18, 63:18

**operates** [5] - 9:17, 14:13, 73:23, 80:20, 89:24

**operating** [17] - 20:12, 20:21, 21:19, 29:4, 29:13, 29:18, 29:22, 31:18, 31:23, 41:9, 43:15, 48:6, 49:15, 50:3, 51:19, 51:20, 51:25

**operational** [2] - 28:12, 95:3

**operations** [1] - 22:18

**operator** [1] - 86:5

**operators** [4] - 4:11, 5:11, 8:9, 97:4

**opinion** [3] - 64:24, 75:6, 75:8

**opinions** [3] - 75:18, 101:19, 101:23

**opponent** [1] - 85:3

**opportunity** [2] - 55:15, 101:7

**option** [1] - 54:14

**oracle** [1] - 46:11

**order** [5] - 3:1, 13:24, 31:15, 38:17, 59:19

**ordinary** [2] - 6:12, 83:21

**org** [1] - 15:14

**oriented** [1] - 66:22

**origin** [1] - 26:3

**original** [5] - 7:4, 12:14, 74:1, 91:22, 96:3

**otherwise** [1] - 104:8

**outline** [2] - 60:12, 67:10

**outlines** [1] - 16:12

**outlining** [1] - 38:16

**outside** [2] - 3:25, 30:12

**outsource** [1] - 20:9

**overheard** [1] - 31:24

**overlap** [3] - 39:16, 39:19, 41:2

**overnight** [3] - 50:8, 59:6, 104:3

**overpaying** [1] - 37:8

**own** [16] - 4:14, 15:19, 16:25, 17:6, 17:15, 24:7, 26:12, 37:1, 41:19, 45:25, 46:2,

48:19, 64:11, 76:10, 76:12, 87:18
**owner** [2] - 12:9, 12:13
**owns** [2] - 11:24

## P

**P-R-I-C-E** [1] - 61:3
**p.m** [4] - 1:6, 31:11, 54:25
**package** [1] - 45:22
**page** [24] - 78:22, 81:12, 82:8, 85:18, 87:1, 88:4, 88:5, 88:20, 89:3, 90:13, 91:15, 91:24, 94:10, 94:19, 94:25, 95:2, 96:1, 99:8, 100:10, 101:5, 101:11, 101:15, 103:4
**pages** [3] - 83:6, 83:7, 101:6
**paid** [3] - 15:15, 19:4, 87:19
**pain** [2] - 105:2, 105:21
**pan** [1] - 45:5
**Pandora** [1] - 45:6
**paper** [6] - 13:11, 34:8, 34:9, 35:4, 69:5, 70:19
**papers** [1] - 34:6
**paragraph** [8] - 88:5, 88:9, 88:21, 89:23, 90:14, 90:17, 92:16, 100:16
**paragraphs** [3] - 87:3, 87:25, 89:6
**parcel** [3] - 22:2, 22:3, 22:10
**Parenthesis** [2] - 89:1, 90:4
**parenthesis** [3] - 86:13, 91:4, 96:7
**part** [9] - 6:12, 16:12, 29:13, 29:18, 61:9, 68:18, 71:12, 105:12, 107:11
**Part** [1] - 29:22
**particular** [6] - 61:16, 73:15, 83:7, 83:18, 83:24, 84:10
**parties** [4] - 9:7, 66:25, 87:8, 100:22
**partner** [1] - 8:15
**parts** [1] - 78:17
**party** [3] - 69:11, 69:16, 85:3
**passed** [2] - 18:8, 109:8
**password** [6] - 7:25,

41:15, 69:14, 69:22, 79:12, 82:10
**passwords** [4] - 37:15, 41:16, 43:11
**past** [1] - 50:25
**patient** [2] - 106:3, 106:5
**Patrol** [1] - 58:8
**pause** [3] - 3:16, 57:7, 78:25
**pay** [2] - 18:20, 45:21
**paycheck** [2] - 37:10, 44:23
**payment** [2] - 80:7, 90:23
**payments** [5] - 4:11, 19:6, 26:23, 48:12, 87:21
**PayPal** [1] - 80:17
**pays** [1] - 46:1
**PDF** [1] - 101:6
**Pearlman** [1] - 1:17
**Peer** [2] - 34:7
**peer** [8] - 34:17, 37:9, 41:23, 42:6
**Peer-to-Peer** [1] - 34:7
**peer-to-peer** [3] - 34:17, 41:23, 42:6
**Pelker** [1] - 1:15
**pen** [1] - 46:4
**Pennsylvania** [1] - 1:16
**people** [28] - 3:17, 3:19, 4:16, 12:20, 12:23, 14:21, 27:19, 32:4, 33:5, 34:4, 36:8, 36:13, 37:14, 37:16, 40:8, 40:11, 41:20, 42:17, 43:5, 43:10, 43:11, 44:4, 45:15, 65:11, 75:13, 88:14, 95:6, 112:10
**people's** [1] - 33:2
**per** [3] - 10:16, 10:17, 106:4
**perceived** [1] - 80:14
**percent** [7] - 5:12, 24:16, 40:11, 41:20, 50:11, 91:3, 103:7
**perhaps** [1] - 102:9
**period** [2] - 48:7, 96:20
**permanent** [1] - 9:24
**permission** [3] - 54:24, 55:16, 69:11
**person** [2] - 12:4, 68:20
**personal** [8] - 16:2, 32:20, 33:2, 46:22, 50:14, 75:17, 75:25,

76:12
**personally** [1] - 79:20
**PGP** [1] - 82:14
**phishing** [1] - 93:16
**phone** [9] - 8:2, 21:3, 25:21, 25:23, 64:1, 66:23, 69:4, 74:24
**phones** [3] - 25:19, 51:22, 101:15
**photo** [2] - 25:21, 46:18
**photos** [1] - 47:24
**phrase** [1] - 50:12
**phrased** [1] - 57:14
**physical** [6] - 54:10, 104:24, 104:25, 106:3, 106:6, 106:13
**picking** [1] - 47:25
**picture** [5] - 8:2, 14:11, 26:24, 105:17, 105:19
**piece** [9] - 5:23, 14:1, 14:3, 30:15, 31:17, 35:4, 49:3, 68:23, 79:8
**pieces** [3] - 14:4, 27:4, 30:17
**pierce** [1] - 30:14
**pilot** [1] - 50:20
**PIN** [1] - 69:15
**place** [6] - 12:18, 38:21, 51:4, 103:8, 107:8, 107:10
**placed** [4] - 57:24, 58:7, 58:9, 59:4
**places** [5] - 34:14, 39:2, 39:3, 44:4, 44:19
**Plaintiff** [2] - 1:4, 1:12
**plan** [1] - 17:4
**Plasma** [1] - 39:24
**plasma@ plasmadivision** [1] - 37:2
**plasma@ plasmadivision.com** [1] - 17:9
**platforms** [2] - 13:15, 13:18
**plausible** [1] - 88:17
**play** [2] - 12:25, 93:10
**played** [1] - 5:4
**plenty** [1] - 11:25
**PLLC** [1] - 1:21
**plus** [1] - 107:13
**PoD** [1] - 88:3
**point** [27] - 3:24, 12:10, 47:15, 48:13, 49:10, 50:9, 53:2, 53:4, 56:20, 56:21, 64:23, 65:4, 67:9, 70:23, 73:17, 74:8, 76:1, 82:6,

84:22, 87:13, 90:23, 93:4, 106:8, 107:12, 110:12, 110:21, 111:14
**pointing** [1] - 37:22
**points** [5] - 19:21, 83:9, 92:17, 92:22, 96:10
**Police** [1] - 62:16
**police** [4] - 49:12, 49:14, 62:15
**Poloniex** [1] - 24:9
**pool** [2] - 87:18, 87:20
**poorly** [1] - 89:11
**pornography** [3] - 4:18, 49:1
**portal** [2] - 97:20, 99:13
**portion** [5] - 68:19, 78:19, 78:23, 79:13, 79:14
**position** [4] - 61:19, 61:21, 62:24, 63:3
**positive** [1] - 40:11
**possession** [1] - 21:11
**possible** [4] - 57:1, 87:12, 106:22, 107:3
**possibly** [1] - 106:25
**post** [33] - 82:24, 84:7, 85:17, 85:18, 85:24, 86:2, 86:11, 90:25, 91:13, 91:17, 91:19, 91:22, 91:25, 92:4, 92:6, 94:3, 94:4, 94:6, 94:8, 94:11, 94:16, 94:17, 94:19, 94:21, 94:23, 95:7, 95:8, 95:10, 95:12, 96:2, 96:3, 96:7, 101:4
**posterior** [1] - 105:25
**posts** [1] - 85:14
**posturer** [1] - 106:4
**potentially** [8] - 58:17, 59:10, 59:13, 65:3, 80:18, 97:5, 110:18, 110:24
**power** [1] - 71:13
**practical** [1] - 77:10
**practice** [2] - 38:16, 74:20
**precautions** [1] - 90:5
**prefer** [2] - 54:16, 102:18
**preference** [1] - 111:5
**prejudice** [1] - 75:9
**preliminary** [1] - 110:20
**present** [2] - 2:25, 31:14
**presented** [1] - 53:16

**preserved** [1] - 83:15
**prestige** [1] - 42:18
**pretty** [4] - 56:17, 58:25, 88:16, 102:22
**prevent** [3] - 12:18, 13:14, 103:11
**preview** [3] - 6:4, 13:21, 15:17
**previous** [1] - 92:4
**previously** [2] - 101:7, 102:16
**price** [26] - 35:25, 45:10, 61:1, 61:4, 64:4, 64:10, 67:14, 68:5, 72:23, 75:2, 75:10, 76:16, 76:22, 77:4, 77:6, 78:16, 78:25, 79:4, 79:19, 81:5, 85:9, 87:2, 97:12, 98:18, 102:18, 103:4
**Price** [8] - 54:9, 60:17, 61:3, 76:22, 87:2, 89:15, 93:21, 114:3
**PRICE** [1] - 60:18
**Price's** [1] - 75:17
**prices** [2] - 36:2
**primarily** [6] - 37:23, 42:9, 62:1, 63:19, 80:8, 80:13
**primary** [2] - 34:22, 65:12
**principal** [1] - 73:23
**principals** [1] - 61:17
**principle** [1] - 68:16
**print** [1] - 33:25
**printed** [2] - 86:16, 99:8
**printout** [2] - 73:4, 74:9
**privacy** [3] - 41:21, 92:13, 107:9
**private** [20] - 20:6, 20:18, 21:16, 34:23, 34:25, 35:3, 35:4, 35:9, 35:15, 39:11, 39:14, 42:2, 42:13, 45:14, 68:13, 68:17, 68:20, 69:11, 69:13, 89:11
**privileges** [1] - 21:14
**problem** [2] - 12:21, 88:23
**problematic** [1] - 59:14
**problems** [2] - 45:23, 89:1
**proceed** [6] - 3:3, 3:12, 31:16, 65:9, 67:12, 103:2
**proceedings** [2] - 53:19, 113:12

**proceeds** [4] - 26:19, 27:16, 28:7, 28:24
**process** [7] - 15:16, 15:17, 15:22, 50:21, 52:16, 71:4, 106:12
**processed** [5] - 4:22, 8:20, 26:7, 89:25
**professional** [2] - 88:24, 89:7
**professor** [1] - 43:19
**profited** [1] - 5:17
**profits** [1] - 5:8
**program** [3] - 11:4, 11:9, 62:10
**programs** [1] - 13:14
**promised** [1] - 9:23
**promote** [2] - 27:16, 29:25
**proof** [4] - 33:8, 33:11, 33:13, 52:18
**proper** [4] - 4:15, 9:19, 85:22, 90:3
**properly** [3] - 60:9, 84:20, 87:20
**proposed** [1] - 102:21
**proposition** [1] - 102:6
**protected** [1] - 41:15
**protections** [1] - 69:22
**protocol** [1] - 14:18
**prove** [7] - 8:1, 9:11, 33:11, 87:22, 88:18, 92:10, 92:20
**proven** [2] - 9:22, 90:11
**provide** [6] - 7:25, 11:5, 12:9, 66:7, 88:1, 93:22
**provider** [1] - 14:18
**provides** [1] - 57:16
**providing** [2] - 87:17, 102:15
**provoking** [1] - 112:21
**proxies** [1] - 18:1
**proximity** [2] - 39:20, 40:4
**public** [11] - 10:20, 20:1, 29:10, 35:1, 68:13, 68:17, 68:19, 71:16, 79:13, 82:14, 86:17
**publication** [1] - 99:6
**publicly** [9] - 20:18, 71:13, 71:14, 82:21, 82:23, 82:24, 87:6, 89:17, 100:20
**publish** [7] - 67:22, 77:24, 79:1, 79:2, 81:18, 84:14, 98:10
**published** [10] - 68:1,

68:3, 72:16, 72:19, 72:21, 81:22, 85:6, 85:7, 97:9, 98:16
**publishes** [1] - 55:24
**pudding** [3] - 38:11, 38:12, 38:15
**pull** [2] - 66:16, 72:2
**pulling** [1] - 71:21
**purchase** [3] - 7:9, 22:9, 37:6
**purchased** [3] - 66:8, 73:24, 74:5
**purely** [2] - 39:16, 40:25
**purged** [1] - 90:21
**purpose** [4] - 8:11, 8:19, 19:1, 89:17
**purposes** [5] - 6:16, 9:16, 41:21, 89:24, 90:19
**put** [9] - 5:13, 26:24, 30:17, 36:23, 36:24, 43:21, 49:12, 55:13, 66:6
**puts** [3] - 37:1, 46:3
**putting** [4] - 7:5, 14:2, 16:10, 46:21
**puzzle** [3] - 14:1, 14:2, 27:4

## Q

**qualifications** [1] - 20:13
**quarantine** [3] - 50:22, 51:3, 51:4
**quarantines** [1] - 51:8
**questioning** [2] - 56:5, 58:14
**questions** [19] - 13:19, 24:17, 25:1, 25:5, 32:12, 32:14, 57:9, 57:10, 75:4, 75:5, 75:20, 75:22, 75:24, 76:11, 106:6, 108:2, 110:5, 111:10, 112:22
**quick** [2] - 30:24, 33:8
**quickly** [1] - 111:2
**quit** [3] - 44:25, 46:19
**quite** [2] - 45:3, 111:11
**quotation** [1] - 86:14
**quotations** [1] - 86:13
**quote** [3] - 9:24, 57:8, 92:4

## R

**raise** [4] - 31:8, 109:6, 112:1, 112:5
**raised** [4] - 53:3,

58:23, 66:24, 112:2
**ran** [2] - 32:6, 42:25
**RANDOLPH** [1] - 1:9
**random** [3] - 14:25, 66:14, 80:25
**Randomized** [2] - 91:8, 91:9
**randomized** [1] - 91:11
**ranking** [1] - 42:18
**rapidly** [1] - 18:8
**rate** [1] - 50:11
**rather** [5] - 16:12, 64:8, 78:3, 101:21, 112:10
**reach** [4] - 30:18, 53:4, 102:5, 106:7
**reached** [3] - 20:5, 49:19, 49:24
**reaching** [1] - 49:17
**read** [22] - 86:11, 87:3, 88:9, 88:21, 89:5, 90:17, 92:9, 92:16, 94:11, 94:25, 95:14, 99:19, 99:23, 100:6, 100:16, 101:14, 101:22, 102:4, 102:7, 102:18, 103:5
**reading** [2] - 74:18, 101:21
**ready** [2] - 3:2, 55:1
**real** [14] - 15:7, 17:18, 19:6, 30:24, 33:8, 46:18, 49:8, 56:24, 74:4, 80:20, 86:8, 86:9, 87:12, 100:10
**really** [23] - 18:5, 24:21, 33:19, 35:16, 36:1, 37:13, 37:20, 42:17, 43:13, 43:24, 45:4, 45:5, 54:17, 64:25, 65:4, 93:4, 93:9, 93:13, 93:17, 93:18, 95:22
**reason** [6] - 36:14, 36:18, 41:18, 48:3, 89:14, 104:19
**reasonable** [2] - 33:13, 52:19
**reasons** [6] - 41:18, 46:9, 97:3, 97:6, 111:25
**receive** [2] - 62:3, 62:6
**received** [3] - 23:24, 73:20, 90:23
**RECEIVED** [1] - 114:6
**receiving** [3] - 11:18, 11:25, 70:21
**recently** [1] - 28:15
**recess** [3] - 31:11,

54:25, 79:15

**recognize** [7] - 72:7, 72:9, 72:24, 81:8, 84:3, 97:15, 97:18

**recommend** [1] - 106:5

**reconnect** [1] - 3:11

**reconstructed** [1] - 22:20

**record** [5] - 54:19, 63:5, 73:8, 75:21, 84:21

**recorded** [6] - 70:8, 70:10, 70:11, 71:5, 87:6, 100:20

**recording** [1] - 11:20

**recordings** [1] - 7:22

**records** [9] - 9:24, 13:4, 13:6, 18:21, 19:10, 20:2, 26:17, 26:23, 71:7

**recovering** [1] - 105:1

**recovery** [3] - 16:6, 106:1, 106:2

**red** [1] - 73:16

**redeem** [3] - 38:18, 38:21, 38:23

**redeeming** [1] - 38:22

**redemption** [2] - 38:20, 38:22

**refer** [2] - 14:21, 74:20

**reference** [1] - 105:19

**referred** [2] - 36:25, 59:22

**referring** [3] - 14:22, 74:17, 95:25

**regarding** [5] - 2:6, 55:21, 70:21, 85:15, 91:4

**region** [1] - 45:17

**register** [11] - 15:14, 15:21, 16:13, 16:20, 17:12, 17:18, 17:20, 22:23, 38:1, 40:2, 95:22

**registered** [10] - 14:10, 15:15, 17:5, 18:1, 18:17, 18:18, 18:22, 38:3, 38:5, 40:14

**registering** [3] - 15:22, 18:21, 29:19

**registration** [7] - 18:22, 19:3, 19:13, 29:20, 37:24, 37:25, 40:16

**registrations** [1] - 43:10

**regular** [3] - 15:3, 66:6, 106:2

**regulations** [2] - 12:18, 12:25

**regulatory** [1] - 13:6

**Rehab** [1] - 106:18

**reiterate** [1] - 79:5

**relate** [2] - 91:21, 98:4

**related** [5] - 22:14, 34:25, 35:8, 62:1, 62:4

**relating** [1] - 21:21

**relay** [1] - 14:16

**reliable** [1] - 35:12

**rely** [3] - 35:11, 60:7, 60:9

**remained** [2] - 19:8, 28:16

**remember** [9] - 15:2, 15:8, 24:22, 35:23, 42:17, 44:7, 47:11, 50:24, 52:16

**remind** [5] - 31:2, 54:5, 54:8, 60:4, 104:2

**remotely** [1] - 21:18

**renew** [1] - 65:3

**rented** [1] - 21:25

**renting** [1] - 21:22

**repeat** [1] - 52:24

**report** [1] - 112:12

**Reporter** [2] - 1:25, 113:17

**REPORTER** [1] - 113:7

**reports** [3] - 13:4, 13:7, 13:16

**represent** [2] - 27:4, 83:23

**representation** [1] - 68:7

**represented** [1] - 27:8

**request** [3] - 53:5, 53:8, 107:3

**requests** [1] - 72:15

**require** [2] - 41:7, 71:2

**required** [2] - 13:13, 29:14

**Requirements** [1] - 103:5

**requires** [3] - 13:3, 77:14, 79:16

**research** [3] - 31:4, 52:25, 104:4

**researchers** [3] - 9:8, 87:8, 100:22

**Reserve** [17] - 15:21, 16:17, 16:18, 16:24, 17:1, 17:6, 17:16, 18:10, 18:13, 18:14, 18:15, 18:16, 18:20, 19:12, 38:23, 38:24

**Reserves** [1] - 93:15

**resistance** [2] -

105:11, 107:8

**resolve** [1] - 22:7

**resolving** [2] - 22:11, 67:1

**respect** [7] - 56:22, 56:24, 76:2, 110:16, 110:22, 111:1, 111:24

**respond** [1] - 92:15

**responded** [1] - 24:20

**responsibilities** [1] - 61:23

**rest** [1] - 89:5

**result** [1] - 32:4

**return** [1] - 82:16

**returned** [2] - 53:7, 53:9

**returning** [1] - 74:1

**revealing** [2] - 87:5, 100:19

**reversible** [1] - 58:18

**review** [2] - 85:16, 101:7

**reviewed** [4] - 96:9, 96:14, 102:17, 103:19

**reward** [1] - 71:3

**Rica** [1] - 16:25

**rights** [2] - 57:23, 58:4

**rise** [1] - 104:10

**RMR** [1] - 1:25

**Road** [11] - 4:25, 26:20, 26:21, 26:22, 44:1, 44:2, 44:10, 44:11, 44:14, 45:8, 79:22

**robber** [1] - 7:2

**robbery** [3] - 6:25, 7:4, 7:9

**robot** [1] - 8:1

**rods** [1] - 105:20

**role** [1] - 5:4

**Roman** [25] - 1:6, 5:15, 6:6, 6:8, 14:7, 17:6, 17:10, 17:24, 18:5, 18:8, 19:2, 19:7, 19:9, 19:18, 21:5, 22:25, 23:11, 24:7, 25:3, 25:13, 30:20, 32:8, 33:19, 41:6, 45:25

**Romania** [5] - 21:22, 21:25, 22:3, 46:1, 51:24

**Romanian** [2] - 22:13, 49:17

**room** [2] - 54:22, 58:10

**Room** [1] - 113:18

**Rosso** [1] - 17:25

**rough** [1] - 57:2

**roughly** [6] - 33:19, 48:5, 48:16, 48:20,

48:21, 51:15

**Router** [1] - 14:15

**routes** [1] - 14:15

**Rovensky** [1] - 2:21

**royalty** [1] - 48:12

**Rule** [2] - 2:6, 2:7

**rule** [1] - 52:16

**rules** [3] - 12:18, 12:25, 13:11

**run** [10] - 17:12, 17:17, 17:23, 47:17, 89:7, 89:16, 89:19, 92:20, 92:25, 93:2

**running** [4] - 10:10, 22:15, 46:5, 93:6

**Russia** [1] - 33:20

**Russian** [4] - 16:10, 16:11, 38:10, 51:6

## S

**Sacramento** [1] - 50:21

**sales** [1] - 28:24

**sampling** [1] - 26:17

**Saragus** [1] - 92:20

**Sarah** [1] - 23:23

**sat** [1] - 53:16

**Satoshi** [1] - 34:4

**save** [1] - 10:14

**saved** [3] - 16:8, 24:23, 98:24

**saving** [1] - 50:8

**saw** [3] - 31:23, 66:3, 74:14

**scared** [1] - 107:12

**scene** [1] - 34:12

**scheduling** [5] - 31:8, 104:5, 104:8, 104:23, 109:5

**scheme** [2] - 5:18, 27:6

**Scholl** [5] - 22:18, 22:20, 23:6, 23:10, 24:4

**school** [5] - 33:22, 33:24, 34:2, 34:3, 50:20

**scientist** [4] - 19:16, 20:25, 21:9

**scratch** [1] - 89:9

**screen** [10] - 3:4, 3:6, 3:7, 3:11, 3:17, 72:5, 84:8, 84:11, 96:13, 97:13

**screening** [2] - 58:7, 58:9

**screens** [1] - 32:5

**screenshot** [10] - 9:1, 72:10, 81:12, 81:15,

81:16, 84:6, 97:19, 97:22, 98:1, 98:8

**screenshots** [2] - 7:22, 84:24

**scroll** [2] - 85:9, 94:10

**scrolling** [1] - 101:5

**search** [5] - 15:4, 41:5, 47:24, 57:6, 78:21

**searchable** [2] - 10:25, 15:3

**searched** [2] - 43:2, 47:12

**searching** [1] - 102:6

**seat** [2] - 60:24, 105:6

**seated** [4] - 3:1, 31:15, 47:23, 59:18

**second** [10] - 3:8, 15:2, 23:6, 30:10, 46:15, 58:9, 74:3, 84:22, 88:4, 109:10

**secondary** [1] - 58:7

**secrecy** [2] - 12:1, 21:15

**Secrecy** [3] - 13:1, 13:2, 36:22

**secret** [3] - 4:17, 20:16, 53:19

**section** [3] - 82:9, 96:7, 100:13

**secure** [9] - 8:3, 8:5, 9:18, 28:22, 85:25, 88:24, 89:7, 90:2, 95:4

**securely** [1] - 90:1

**Securities** [1] - 29:16

**security** [9] - 8:1, 9:16, 68:18, 69:18, 69:20, 80:13, 89:9, 89:24, 97:3

**see** [78] - 3:19, 6:1, 7:21, 7:24, 8:3, 11:15, 13:22, 14:4, 17:4, 19:9, 19:10, 19:13, 19:18, 20:2, 21:21, 22:8, 25:15, 25:24, 26:6, 26:17, 30:14, 31:5, 31:17, 36:25, 40:13, 41:7, 41:9, 41:11, 41:24, 43:7, 43:13, 44:7, 45:11, 46:18, 46:25, 47:7, 47:9, 48:4, 48:23, 49:3, 49:14, 50:6, 51:14, 51:16, 51:20, 57:2, 67:10, 68:8, 68:19, 72:4, 73:12, 77:17, 78:18, 79:8, 86:24, 88:7, 88:23, 90:13, 91:15, 92:1, 94:4, 94:17, 95:6, 95:8, 98:25, 99:9, 99:10, 99:17, 104:9,

105:17, 107:5, 107:19, 108:9, 110:9, 110:17, 110:23, 111:8, 113:1

**seek** [1] - 13:18

**seeking** [1] - 55:20

**seem** [4] - 4:2, 75:1, 93:8, 93:19

**seize** [2] - 25:8, 46:4

**seized** [5] - 22:13, 26:2, 47:11, 48:20, 48:24

**seizure** [1] - 25:7

**selection** [1] - 106:12

**sell** [2] - 34:20, 42:7

**sellers** [2] - 5:6, 27:25

**selling** [6] - 5:1, 8:13, 23:7, 27:14, 36:4, 80:15

**sells** [1] - 8:14

**senators** [1] - 93:12

**send** [11] - 7:10, 8:4, 10:13, 11:5, 11:7, 16:16, 18:10, 34:15, 34:21, 70:1, 108:21

**sending** [6] - 11:16, 11:18, 11:24, 45:25, 70:21, 70:25

**sense** [3] - 30:11, 54:18

**senses** [1] - 89:20

**sent** [13] - 17:24, 18:1, 18:12, 18:14, 22:2, 23:1, 24:20, 29:2, 49:18, 66:8, 73:19, 74:14, 74:15

**sentence** [2] - 94:12, 100:5

**separate** [1] - 25:24

**September** [5] - 15:23, 16:7, 17:5, 46:8, 73:9

**serial** [1] - 7:1

**series** [7] - 14:16, 23:2, 66:13, 68:8, 73:15, 80:25, 85:14

**seriously** [4] - 33:16, 86:15, 88:25, 93:19

**served** [1] - 25:7

**server** [24] - 21:22, 21:25, 22:9, 31:20, 32:2, 32:17, 37:25, 45:25, 46:1, 46:3, 46:4, 49:18, 49:19, 49:25, 50:1, 51:24, 52:2, 52:3, 89:16, 90:1, 90:24, 95:18, 100:11

**servers** [7] - 21:17, 22:14, 31:20, 32:1, 32:16, 88:18, 97:6

**service** [36] - 3:14, 3:22, 4:4, 8:23, 9:12,

9:16, 14:18, 20:11, 21:20, 21:23, 22:5, 29:7, 45:14, 46:14, 48:12, 63:17, 86:20, 87:15, 87:18, 87:23, 88:1, 89:10, 89:16, 89:24, 90:7, 92:11, 92:13, 92:23, 93:2, 94:15, 95:3, 95:5, 95:18, 95:25, 96:17, 103:7

**services** [8] - 14:21, 15:3, 21:16, 79:25, 80:2, 81:13, 88:22, 93:5

**set** [9] - 5:16, 7:23, 21:12, 30:23, 35:25, 37:23, 72:2, 74:12, 92:6

**sets** [2] - 15:13, 65:5

**setting** [5] - 21:7, 22:21, 64:20, 99:25, 103:18

**seven** [2] - 74:20, 109:11

**several** [3] - 23:14, 60:6, 69:5

**sexual** [4] - 4:18, 5:9, 23:9, 79:22

**shadow** [1] - 4:14

**shaking** [1] - 7:6

**share** [1] - 42:23

**shared** [1] - 89:13

**shares** [1] - 110:24

**sharing** [1] - 13:16

**Sheep** [1] - 44:18

**Shengen** [1] - 51:2

**shipment** [1] - 22:10

**shitting** [1] - 93:12

**shock** [1] - 51:9

**shocked** [1] - 56:17

**shooting** [1] - 90:19

**shorenet@hotmail. com** [1] - 40:25

**Shormint** [1] - 18:20

**shormint@hotmail. com** [2] - 18:19, 18:23

**short** [2] - 30:23, 58:19

**shortly** [3] - 20:2, 28:13, 28:17

**shoulder** [1] - 106:10

**show** [18] - 3:18, 6:5, 9:21, 20:20, 21:3, 23:23, 24:1, 24:4, 27:2, 28:2, 28:14, 45:17, 45:19, 72:4, 73:14, 90:8, 90:10, 100:2

**showed** [4] - 18:22, 38:9, 44:3, 50:16

**showing** [12] - 7:22, 20:2, 25:22, 31:18, 48:5, 49:3, 49:14, 50:2, 51:19, 51:20, 67:14, 97:15

**shown** [2] - 67:5, 76:16

**shows** [3] - 10:22, 37:22, 73:5

**shut** [1] - 17:2

**shutdown** [1] - 93:5

**shuts** [11] - 44:1, 44:2, 44:18, 45:8, 46:7, 46:8, 46:13, 47:5, 47:19, 89:20

**shutting** [1] - 93:11

**sic** [1] - 49:21

**sides** [1] - 27:23

**sign** [2] - 24:3, 92:12

**significant** [1] - 24:1

**signifier** [1] - 66:15

**signpost** [1] - 15:9

**signs** [1] - 50:20

**Silk** [11] - 4:25, 26:20, 26:21, 26:22, 44:1, 44:2, 44:10, 44:11, 44:14, 45:8, 79:21

**silly** [1] - 89:13

**similar** [13] - 65:23, 66:6, 70:19, 73:12, 73:24, 74:4, 78:18, 87:15, 88:22, 93:5, 101:3, 101:12, 103:9

**simple** [2] - 15:16, 52:16

**simplifying** [1] - 32:22

**simply** [6] - 60:9, 64:20, 64:21, 78:8, 99:25, 101:6

**single** [10] - 11:22, 13:24, 31:17, 31:22, 44:16, 47:7, 49:3, 71:7, 87:4, 100:19

**single-handedly** [1] - 100:19

**sit** [11] - 30:6, 47:18, 54:15, 104:18, 104:19, 105:5, 105:10, 110:14, 111:5, 111:20, 112:21

**site** [27] - 7:17, 13:19, 14:8, 19:22, 20:10, 26:13, 26:14, 36:15, 38:3, 38:6, 38:7, 38:19, 40:15, 42:21, 44:18, 45:7, 45:24, 80:24, 81:13, 81:25, 83:9, 86:4, 86:21, 89:13, 92:25, 96:17

**sites** [10] - 4:25, 26:9, 37:25, 38:25, 46:8,

47:6, 79:23, 80:2, 80:3
**sitting** [6] - 32:4, 32:8, 48:10, 107:12, 111:4, 111:23
**situation** [1] - 69:16
**six** [7] - 63:1, 74:20, 103:11, 105:25
**skating** [2] - 56:3, 57:14
**skills** [1] - 49:8
**skyrocket** [1] - 48:9
**slide** [4] - 33:18, 44:6, 44:7
**slides** [1] - 44:3
**slightly** [1] - 103:15
**slower** [1] - 93:3
**small** [7] - 11:19, 22:25, 33:20, 75:2, 79:13, 79:14, 93:18
**smaller** [1] - 6:22
**software** [8] - 10:11, 23:15, 32:6, 33:5, 68:23, 69:3, 77:14, 79:16
**sold** [5] - 5:2, 26:19, 26:22, 44:6, 44:9
**solution** [2] - 87:17, 89:9
**someone** [6] - 11:5, 11:6, 19:5, 20:10, 56:19, 89:12
**sometime** [1] - 49:11
**sometimes** [4] - 10:7, 11:17, 12:22, 97:3
**somewhat** [4] - 63:23, 77:13, 78:18, 80:24
**somewhere** [1] - 37:7
**soon** [3] - 31:5, 94:14, 102:22
**soon-to-be-done** [1] - 94:14
**sooner** [1] - 12:9
**sorry** [11] - 2:5, 2:20, 3:9, 3:16, 74:6, 79:4, 86:13, 97:8, 97:15, 97:25, 112:4
**sort** [13] - 11:6, 21:3, 40:13, 42:18, 43:4, 54:13, 54:14, 54:19, 62:6, 64:19, 74:4, 75:16, 80:6
**sorts** [9] - 31:25, 34:1, 34:14, 37:16, 43:6, 43:12, 44:4, 45:1, 80:6
**sound** [2] - 100:25, 101:2
**sounds** [4] - 57:21, 110:13, 110:23, 111:22
**source** [6] - 12:14, 12:24, 24:12, 71:18,

72:10, 99:22
**sources** [1] - 24:3
**space** [3] - 21:22, 21:25, 22:9
**spasm** [1] - 106:4
**speaking** [3] - 63:11, 74:19, 76:25
**speaks** [1] - 51:6
**special** [4] - 6:15, 61:22, 77:14, 79:16
**specialist** [1] - 22:18
**specialized** [4] - 10:11, 38:22, 62:3, 62:8
**specific** [6] - 16:13, 23:18, 24:20, 62:9, 70:24, 71:23
**specifically** [4] - 8:10, 24:18, 28:5, 92:23
**specify** [1] - 90:25
**speculate** [1] - 67:1
**speed** [1] - 102:17
**speeding** [1] - 102:3
**spelling** [1] - 61:2
**spend** [5] - 7:7, 10:12, 12:11, 12:23, 38:25
**spending** [2] - 24:3, 103:12
**spent** [2] - 51:6, 62:16
**spinal** [2] - 105:24, 105:25
**splitting** [1] - 23:2
**spokesperson** [1] - 19:24
**spreadsheet** [2] - 70:20, 73:13
**squad** [1] - 61:24
**staff** [1] - 22:18
**stage** [1] - 64:20
**stand** [11] - 31:22, 32:9, 40:9, 40:23, 47:16, 48:22, 54:15, 56:23, 57:21, 57:22, 105:7
**standing** [1] - 107:13
**stands** [3] - 11:23, 37:24, 85:21
**start** [4] - 43:5, 66:10, 70:16, 112:23
**started** [6] - 24:17, 24:25, 25:4, 38:19, 48:8, 50:21
**starting** [17] - 21:22, 28:13, 36:8, 43:21, 43:22, 49:6, 73:15, 86:11, 88:6, 90:14, 90:21, 94:12, 95:1, 95:14, 99:4, 99:5, 99:7
**starts** [11] - 33:19, 36:11, 36:13, 42:8,

45:2, 45:12, 45:13, 86:14, 86:23, 99:17, 100:13
**state** [1] - 29:14
**statement** [5] - 10:22, 53:3, 57:2, 59:22, 85:1
**statements** [8] - 2:8, 54:5, 60:5, 60:8, 85:2, 85:3, 102:19
**STATES** [2] - 1:1, 1:10
**states** [3] - 85:25, 86:15, 92:10
**States** [8] - 1:3, 5:3, 47:21, 47:22, 49:11, 49:22, 51:2, 51:5
**stating** [1] - 88:1
**statute** [1] - 46:10
**stay** [2] - 90:5, 104:7
**stays** [1] - 54:21
**stenographic** [1] - 113:11
**step** [8] - 14:4, 16:15, 16:16, 17:13, 17:15, 19:3, 19:15, 104:12
**Step** [6] - 16:16, 17:14, 17:20, 17:21, 17:22, 18:10
**steps** [5] - 4:13, 13:14, 16:13, 16:15, 19:5
**Sterlingov** [83] - 1:6, 5:16, 5:21, 6:7, 6:8, 14:7, 16:4, 16:7, 17:6, 17:10, 17:24, 18:6, 18:8, 18:19, 18:24, 19:2, 19:7, 19:9, 19:19, 20:8, 21:5, 22:25, 23:11, 24:7, 25:3, 25:13, 30:20, 31:18, 31:23, 32:8, 32:13, 33:12, 33:19, 35:24, 36:7, 36:19, 36:24, 37:23, 38:2, 39:8, 39:12, 39:15, 39:23, 40:14, 40:18, 40:21, 40:22, 41:6, 41:17, 42:4, 43:3, 43:9, 43:14, 43:23, 44:12, 44:22, 45:7, 45:12, 46:17, 47:1, 47:8, 47:14, 48:2, 48:5, 48:6, 48:9, 48:14, 48:24, 49:6, 49:13, 49:15, 49:18, 50:3, 51:25, 55:3, 55:8, 55:19, 55:21, 55:25, 56:23, 57:10, 57:18
**sterlingov** [5] - 40:24, 42:15, 47:20, 47:24, 50:5
**Sterlingov's** [2] - 44:10, 53:11

**still** [15] - 28:14, 37:19, 43:23, 45:5, 50:5, 51:19, 57:13, 57:15, 62:19, 75:16, 88:16, 90:5, 94:2, 94:13, 111:6
**stipulated** [1] - 84:23
**stipulation** [1] - 64:6
**stole** [1] - 4:19
**stolen** [2] - 7:1, 93:15
**stop** [3] - 25:2, 25:5, 33:7
**storage** [3] - 51:14, 51:15, 69:22
**store** [4] - 11:11, 21:17, 68:11, 69:11
**stored** [2] - 71:10, 71:13
**story** [3] - 13:25, 14:6, 33:19
**straight** [3] - 26:1, 38:19, 42:6
**strategic** [1] - 63:4
**stream** [2] - 12:8, 45:16
**streaming** [1] - 45:7
**Street** [3] - 1:13, 1:22, 8:15
**street** [1] - 4:1
**strengthening** [1] - 106:5
**stress** [1] - 59:23
**strike** [1] - 64:23
**string** [1] - 11:3
**strive** [1] - 89:10
**strong** [1] - 54:17
**strongly** [1] - 106:5
**studio** [1] - 45:2
**stuff** [12] - 33:1, 34:15, 37:22, 39:21, 40:20, 40:21, 41:12, 44:4, 44:6, 44:8, 47:2, 49:4
**stupid** [1] - 25:1
**sub** [1] - 25:25
**sub-wallets** [1] - 25:25
**subject** [2] - 85:23, 85:25
**subjects** [1] - 88:25
**submit** [1] - 55:22
**submitting** [1] - 29:20
**subsequent** [2] - 62:23, 64:13
**substantial** [1] - 58:25
**substantively** [2] - 101:10, 103:21
**successful** [1] - 47:14
**sudden** [2] - 31:25, 105:12
**sufficient** [1] - 56:20
**suggests** [2] - 6:17,

56:20
**Suite** [1] - 1:13
**summaries** [2] - 101:21, 101:23
**summarize** [1] - 87:24
**summarizing** [1] - 102:16
**supply** [1] - 10:12
**support** [5] - 29:25, 95:4, 95:15, 95:16, 109:13
**suppose** [1] - 53:19
**supposed** [1] - 25:13
**surface** [5] - 15:7, 78:23, 79:7, 79:9
**surgery** [3] - 105:1, 105:24, 106:1
**surprise** [1] - 51:9
**surrounding** [2] - 27:22, 30:14
**surveillance** [3] - 46:3, 48:4, 49:13
**survives** [1] - 92:13
**suspicious** [3] - 13:7, 89:19, 93:7
**swear** [1] - 90:7
**Sweden** [8] - 33:20, 37:18, 43:13, 44:13, 50:10, 50:11, 51:1, 51:7
**Swedish** [5] - 33:24, 37:1, 49:12, 49:14
**switch** [1] - 45:18
**sworn** [1] - 60:19
**sympathetic** [1] - 58:16
**system** [1] - 68:18
**System** [1] - 34:7

## T

**T-O-R** [1] - 14:15
**table** [3] - 32:8, 66:19, 66:20
**targeting** [1] - 62:18
**tax** [2] - 13:6, 50:11
**team** [1] - 89:7
**technical** [2] - 20:13, 22:7
**technology** [2] - 37:13, 63:23
**teller** [1] - 65:23
**ten** [11] - 5:18, 20:22, 25:1, 28:12, 31:1, 40:7, 52:22, 82:5, 88:14, 89:8, 106:9
**ten-minute** [1] - 31:1
**tens** [5] - 4:23, 6:21, 10:16, 26:8, 26:24
**tentatively** [1] - 111:23

**terabytes** [1] - 51:15
**term** [1] - 77:12
**terminology** [1] - 65:5
**terms** [8] - 66:10, 69:6, 69:9, 75:17, 87:4, 93:10, 100:18, 109:24
**territory** [1] - 75:8
**testified** [1] - 60:20
**testifies** [2] - 42:24, 43:1
**testify** [11] - 21:9, 21:11, 23:16, 23:18, 31:23, 32:10, 48:19, 48:23, 58:7, 64:9, 64:11
**testifying** [4] - 41:3, 64:14, 75:2, 76:10
**testimony** [18] - 14:13, 27:3, 35:23, 55:16, 55:21, 59:12, 64:24, 65:6, 67:20, 72:13, 76:9, 77:21, 77:22, 78:12, 102:16, 104:13, 110:25
**text** [8] - 8:1, 86:23, 95:1, 95:14, 100:6, 101:10, 103:21, 103:22
**THE** [134] - 1:1, 1:1, 1:9, 2:3, 2:10, 2:16, 2:19, 2:23, 2:25, 3:2, 3:5, 3:7, 3:9, 3:12, 3:16, 30:21, 30:25, 31:7, 31:12, 31:14, 31:16, 52:11, 52:13, 52:21, 53:12, 53:14, 53:18, 54:2, 54:4, 54:17, 55:1, 55:2, 55:3, 55:5, 56:1, 57:5, 57:8, 57:20, 58:1, 58:15, 59:5, 59:16, 59:18, 59:20, 60:24, 64:16, 65:9, 66:18, 66:21, 67:24, 68:1, 72:17, 72:19, 76:1, 77:25, 78:2, 78:6, 79:2, 81:20, 81:22, 84:16, 84:18, 85:5, 97:8, 97:10, 98:12, 98:15, 101:25, 102:11, 102:20, 103:2, 104:1, 104:10, 104:12, 104:14, 104:15, 104:18, 104:25, 105:6, 105:9, 105:15, 105:17, 105:21, 105:23, 106:11, 106:14, 106:17, 106:18, 106:20, 106:23, 106:25, 107:5, 107:7, 107:11, 107:16, 107:17, 107:21, 108:1,

108:2, 108:6, 108:8, 108:9, 108:11, 108:13, 108:16, 108:17, 108:19, 108:21, 108:25, 109:1, 109:2, 109:4, 109:5, 109:7, 109:14, 109:16, 109:19, 109:21, 109:22, 109:23, 110:1, 110:3, 110:5, 110:8, 110:10, 110:12, 111:9, 111:22, 112:4, 112:5, 112:7, 112:9, 112:16, 112:19
**themselves** [2] - 4:13, 69:17
**therapy** [5] - 104:24, 105:1, 106:3, 106:6, 106:13
**they've** [3] - 49:19, 49:24, 75:14
**thinking** [1] - 75:9
**thinks** [2] - 37:7, 50:9
**thinning** [1] - 109:24
**third** [4] - 23:10, 30:11, 69:11, 69:16
**third-party** [1] - 69:16
**thirds** [1] - 88:5
**thoughts** [3] - 110:12, 110:20, 111:18
**thousands** [6] - 6:21, 10:16, 11:10, 40:7
**thread** [12] - 82:15, 85:16, 86:18, 91:13, 92:5, 95:5, 96:1, 96:9, 96:14, 99:15, 103:13
**three** [21] - 12:6, 16:12, 22:13, 22:20, 29:12, 30:6, 38:9, 38:10, 38:11, 39:13, 48:5, 52:22, 81:2, 87:3, 87:25, 89:5, 92:16, 101:5, 106:3, 106:16, 109:17
**three-and-a-half-hour** [1] - 109:17
**throughout** [1] - 64:12
**thumb** [1] - 35:5
**tie** [1] - 7:3
**tied** [2] - 21:4, 45:22
**timestamp** [1] - 73:11
**timestamps** [1] - 70:22
**tipping** [1] - 12:23
**together** [9] - 5:23, 11:11, 14:2, 14:5, 23:17, 29:1, 30:17, 77:2
**token** [1] - 65:18
**tomorrow** [8] - 104:2,

104:9, 108:7, 108:10, 110:9, 110:19, 111:24, 113:1
**tonight** [4] - 59:6, 59:7, 106:14, 108:7
**tons** [1] - 48:22
**took** [7] - 4:12, 5:20, 46:20, 47:24, 62:24, 81:13, 81:16
**tool** [1] - 5:7
**tools** [1] - 23:15
**top** [9] - 5:12, 16:12, 79:8, 85:17, 86:11, 91:25, 95:1, 96:4, 98:20
**Tor** [43] - 1:20, 1:21, 6:15, 6:16, 8:6, 9:13, 9:17, 9:22, 14:14, 14:15, 14:19, 14:20, 14:25, 15:1, 15:11, 21:12, 21:14, 21:20, 38:8, 79:19, 86:20, 89:18, 89:25, 90:4, 90:11, 93:2, 93:6, 93:22, 94:15, 95:23, 95:24, 95:25, 96:17, 96:22, 96:25, 99:21, 99:22, 99:25, 100:3, 100:5, 100:12, 101:19
**Tor.onion** [1] - 86:21
**Tor@torekeland. com** [1] - 1:23
**towards** [1] - 90:13
**town** [1] - 33:20
**Townsend** [2] - 42:14, 42:20
**townsend** [1] - 42:21
**trace** [11] - 7:16, 12:4, 12:13, 12:16, 19:6, 39:4, 39:5, 39:6, 39:7, 40:13, 41:24
**traced** [6] - 6:6, 23:6, 23:10, 24:12, 24:15, 26:3
**traces** [2] - 21:13, 37:2
**tracing** [2] - 33:4, 35:8
**track** [7] - 4:6, 9:8, 10:21, 30:15, 74:22, 87:10, 100:24
**tracks** [1] - 4:20
**trade** [2] - 5:6, 65:16
**trading** [1] - 45:1
**traffic** [2] - 14:16, 49:25
**trafficked** [1] - 23:8
**trafficking** [3] - 5:5, 26:9, 27:16
**trail** [5] - 4:7, 6:7, 12:10, 12:15, 13:11
**trained** [1] - 61:14

| | | | |
|---|---|---|---|
| **training** [8] - 62:3, 62:6, 62:8, 62:9, 64:7, 77:10, 79:6 | **TRIAL** [2] - 1:4, 1:8 | 73:16, 85:3, 88:21, 89:21 | **useful** [1] - 13:5 |
| **transacted** [1] - 63:22 | **tries** [3] - 45:1, 92:23 | **undercover** [4] - 7:19, 8:8, 28:20, 28:21 | **user** [12] - 7:10, 7:13, 7:25, 9:14, 9:24, 10:23, 17:25, 19:21, 41:17, 69:10, 69:14, 69:16 |
| **transaction** [39] - 5:13, 8:17, 8:19, 8:20, 10:23, 11:1, 11:14, 11:19, 11:22, 11:24, 12:8, 17:12, 17:19, 18:25, 19:15, 22:22, 23:5, 27:25, 29:2, 32:25, 40:2, 41:23, 70:23, 70:24, 71:1, 71:8, 73:8, 73:11, 74:1, 74:4, 74:13, 75:25, 76:16, 76:20, 87:5, 87:11, 91:11, 100:19 | **trigger** [1] - 106:8 | **underestimated** [1] - 47:16 | **user's** [2] - 8:18, 87:19 |
| | **trip** [1] - 47:20 | **underlining** [2] - 74:3, 77:5 | **username** [1] - 82:9 |
| | **Trojans** [1] - 93:16 | **underlying** [1] - 73:2 | **users** [14] - 4:4, 5:8, 6:13, 7:14, 7:16, 12:1, 15:9, 16:23, 21:23, 22:5, 28:16, 77:1, 92:24, 93:1 |
| | **trouble** [2] - 19:2, 90:18 | **unfortunately** [1] - 5:21 | |
| | **true** [8] - 8:2, 17:10, 18:7, 19:7, 21:5, 57:18, 113:10, 113:11 | **unique** [1] - 81:2 | **uses** [3] - 15:7, 42:8, 42:9 |
| | **trust** [2] - 33:14, 95:17 | **unit** [6] - 61:10, 61:11, 61:13, 61:22, 63:21, 66:14 | **UTC** [3] - 73:10, 74:9, 74:10 |
| | **try** [3] - 33:5, 107:23, 107:25 | **UNITED** [2] - 1:1, 1:10 | |
| **transactions** [50] - 4:4, 4:5, 4:17, 4:23, 4:24, 5:7, 6:2, 7:15, 7:19, 8:8, 8:12, 8:21, 9:15, 9:24, 10:22, 11:18, 11:20, 12:5, 12:14, 12:17, 13:5, 13:7, 13:17, 18:5, 19:18, 22:21, 23:2, 26:8, 26:25, 28:1, 37:9, 42:6, 68:21, 69:14, 70:8, 70:10, 70:11, 70:14, 70:22, 71:2, 71:4, 71:23, 73:2, 73:14, 80:14, 87:9, 88:2, 88:3, 100:23 | **trying** [7] - 3:25, 4:6, 20:4, 38:13, 75:23, 102:1, 102:17 | **United** [8] - 1:3, 5:3, 47:21, 47:22, 49:11, 49:22, 51:2, 51:5 | **V** |
| | **tumbler** [3] - 6:24, 76:23, 76:25 | **units** [1] - 6:22 | **Valerie** [3] - 20:25, 39:17, 41:2 |
| | **tumblers** [1] - 24:19 | **unknown** [1] - 22:10 | **value** [5] - 6:19, 10:12, 10:15, 10:17, 63:21 |
| | **turn** [2] - 88:4, 91:24 | **unlawful** [2] - 28:8, 30:1 | **valued** [1] - 25:22 |
| | **turned** [1] - 53:16 | **unless** [4] - 56:19, 88:13, 111:23 | **vanish** [3] - 4:2, 4:7, 12:15 |
| | **turns** [1] - 51:3 | **unlicensed** [2] - 29:5, 29:11 | **various** [4] - 71:13, 79:7, 80:2, 83:9 |
| | **Twitter** [3] - 86:23, 86:25, 87:1 | **unlike** [1] - 15:2 | **Vasily** [1] - 18:18 |
| **transcript** [3] - 57:2, 113:10, 113:11 | **two** [30] - 3:17, 3:19, 12:6, 14:23, 17:18, 18:1, 18:9, 18:17, 22:17, 25:9, 26:11, 46:16, 48:17, 50:22, 50:23, 51:4, 51:8, 62:25, 68:18, 73:19, 73:22, 75:20, 75:24, 88:5, 100:5, 109:7, 109:17, 110:18, 110:25, 111:4 | **untraceable** [5] - 4:5, 4:23, 7:15, 26:7, 28:1 | **vast** [3] - 21:15, 78:23, 79:10 |
| **TRANSCRIPT** [1] - 1:8 | | **up** [61] - 5:16, 7:7, 7:23, 9:21, 15:13, 20:22, 21:7, 21:12, 22:21, 23:2, 28:13, 28:15, 30:24, 31:22, 36:23, 36:24, 37:1, 37:19, 37:23, 38:19, 39:18, 40:10, 42:6, 43:8, 43:16, 44:8, 44:22, 46:15, 47:4, 47:13, 47:25, 48:9, 50:4, 50:7, 50:20, 51:7, 52:14, 54:14, 55:9, 55:12, 55:23, 65:5, 66:16, 71:16, 76:4, 77:2, 80:17, 80:18, 87:18, 90:8, 90:10, 92:6, 92:12, 99:25, 102:17, 105:7, 106:15, 107:14, 110:5, 111:14 | **vault** [1] - 41:15 |
| **transfer** [4] - 16:15, 34:22, 35:2, 88:11 | | | **vendors** [1] - 27:13 |
| **transfers** [2] - 29:10, 34:17 | | | **ventures** [1] - 45:12 |
| **translates** [1] - 16:10 | **two-and-a-half** [1] - 109:17 | | **verbatim** [1] - 102:19 |
| **translation** [3] - 16:11, 38:10, 38:15 | **two-part** [1] - 68:18 | | **verdict** [1] - 30:18 |
| **transmission** [2] - 29:23, 30:4 | **two-thirds** [1] - 88:5 | | **verify** [1] - 71:4 |
| **Transmitter** [1] - 30:3 | **two-week** [1] - 50:22 | | **Verret** [2] - 43:18, 48:13 |
| **transmitters** [1] - 13:3 | **tying** [2] - 39:12, 41:1 | | **version** [1] - 77:14 |
| **transmitting** [6] - 29:5, 29:9, 29:11, 29:14, 29:19, 29:23 | **type** [5] - 29:9, 31:4, 64:24, 78:21, 104:4 | | **versions** [3] - 38:10, 79:21, 96:9 |
| | **types** [4] - 69:5, 69:21, 69:25, 112:22 | **update** [1] - 96:8 | **via** [1] - 20:6 |
| **trap** [1] - 46:4 | **typically** [1] - 80:19 | **updated** [1] - 96:4 | **vibe** [1] - 111:11 |
| **travel** [1] - 50:9 | | **updates** [1] - 86:25 | **Video** [2] - 5:9, 23:8 |
| **traveling** [2] - 37:16, 50:13 | **U** | **uploaded** [1] - 17:7 | **videos** [1] - 48:24 |
| **treated** [1] - 78:3 | | **upper** [3] - 68:9, 99:7, 99:9 | **view** [1] - 54:17 |
| **Treaty** [1] - 49:20 | **U.S** [4] - 10:9, 25:10, 39:1, 65:17 | **ups** [1] - 37:8 | **viewed** [1] - 81:16 |
| **trial** [10] - 5:24, 6:5, 7:18, 10:3, 14:3, 19:8, 29:17, 30:13, 48:19, 107:22 | **UK** [1] - 45:19 | **URL** [1] - 80:23 | **violation** [1] - 30:3 |
| | **um-hum** [1] - 97:10 | **US** [1] - 1:15 | **violations** [1] - 62:1 |
| | **uncle** [5] - 109:8, 109:20, 109:23, 109:25 | **USAO** [1] - 1:13 | **virtual** [13] - 6:19, 10:7, 15:9, 16:21, 16:24, 16:25, 17:1, 21:16, 21:17, 25:11, 45:14, 63:17, 63:18 |
| | **unclear** [1] - 44:14 | | |
| | **uncover** [1] - 13:12 | | **virus** [1] - 109:12 |
| | **under** [12] - 2:7, 4:13, 46:3, 47:21, 49:13, 58:9, 59:4, 68:16, | | **viruses** [1] - 93:16 |
| | | | **visible** [1] - 88:13 |
| | | | **visited** [4] - 79:20, 79:21, 80:5, 80:22 |

**volatile** [1] - 50:6
**volfprius@hotmail.com** [1] - 18:4
**volunteer** [1] - 71:12
**VPN** [9] - 22:15, 25:13, 25:14, 25:17, 45:14, 45:18, 45:20, 46:14
**VPNs** [1] - 21:17
**vs** [1] - 1:5
**vulnerable** [2] - 87:7, 100:21

## W

**wait** [6] - 3:7, 55:2, 103:11, 110:17, 110:23, 111:8
**waiting** [1] - 3:9
**walk** [5] - 19:15, 22:22, 73:4, 98:18, 101:6
**walked** [1] - 4:1
**Wall** [2] - 1:22, 8:14
**wallet** [15] - 11:12, 25:18, 25:21, 34:18, 34:21, 66:9, 68:22, 68:23, 69:6, 69:10, 74:2, 74:3
**wallets** [12] - 23:3, 25:25, 26:3, 68:25, 69:3, 69:4, 69:5, 69:18, 69:21, 69:23, 69:25
**wants** [5] - 8:15, 11:5, 48:10, 50:19, 75:24
**warrant** [3] - 25:7, 41:5
**warrants** [1] - 47:24
**Warren** [3] - 16:17, 16:18, 17:16
**warren** [1] - 16:23
**Washington** [6] - 1:5, 1:14, 1:16, 1:19, 32:4, 113:19
**Washingtonpost.com** [1] - 15:2
**watching** [1] - 4:6
**water** [1] - 78:20
**ways** [4] - 29:12, 65:19, 65:21, 92:12
**wazoo** [1] - 92:12
**weakest** [1] - 95:20
**weave** [1] - 39:6
**web** [20] - 6:12, 6:13, 6:14, 14:22, 14:24, 34:14, 77:13, 78:24, 79:9, 79:10, 79:14, 79:19, 80:16, 80:23, 81:25, 83:5, 83:7, 89:7, 97:19
**web.archive.org** [1] -

99:2
**website** [54] - 5:8, 14:8, 14:10, 14:12, 15:6, 15:7, 15:10, 15:12, 15:13, 15:21, 17:18, 19:3, 19:13, 19:19, 19:20, 19:23, 20:1, 20:4, 20:12, 21:14, 21:24, 22:23, 23:8, 28:22, 38:4, 40:15, 71:21, 79:11, 81:16, 82:4, 82:7, 82:11, 82:14, 83:1, 83:4, 83:10, 83:12, 83:14, 83:18, 83:24, 84:10, 86:17, 89:20, 93:3, 93:22, 94:1, 95:16, 98:8, 100:3, 100:5, 100:7, 100:9, 102:19
**websites** [12] - 14:20, 14:21, 14:24, 15:1, 15:3, 79:11, 79:12, 79:19, 80:7, 80:20, 80:22, 83:15
**weeds** [1] - 39:5
**week** [6] - 50:22, 90:18, 90:21, 98:6, 106:4, 106:16
**weekends** [1] - 107:20
**weeks** [9] - 17:18, 18:17, 22:24, 50:23, 51:5, 51:8, 60:6, 92:14, 106:9
**Welcome** [2] - 5:9, 23:8
**west** [1] - 43:4
**white** [2] - 34:6, 34:8
**whole** [4] - 10:25, 38:13, 90:17, 101:22
**widely** [1] - 6:20
**wild** [2] - 43:4
**willing** [3] - 20:10, 55:10, 58:10
**window** [1] - 8:4
**wiped** [1] - 22:16
**wishes** [1] - 75:20
**withdraw** [2] - 88:11, 88:14
**withdrawal** [6] - 9:12, 87:22, 88:10, 88:16, 103:10, 103:17
**withdrawals** [2] - 24:25, 103:9
**Withdrawing** [1] - 24:25
**withdrew** [1] - 22:25
**witness** [26] - 2:13, 2:14, 13:24, 14:1, 27:4, 52:23, 54:8, 54:11,

55:17, 58:6, 59:7, 59:21, 60:16, 60:19, 64:8, 64:15, 64:22, 67:6, 75:10, 75:11, 101:18, 104:16, 112:21, 114:2
**WITNESS** [1] - 104:14
**witnesses** [11] - 2:9, 2:11, 6:4, 10:3, 13:22, 19:15, 24:4, 26:11, 27:3, 48:17, 60:10
**wonderful** [1] - 108:13
**wondering** [1] - 2:10
**Word** [2] - 16:7, 16:9
**words** [2] - 4:14, 99:12
**works** [4] - 7:5, 21:1, 89:11, 95:21
**world** [5] - 5:3, 10:13, 14:16, 15:7, 83:12
**worried** [1] - 50:7
**worry** [3] - 39:22, 58:24, 93:17
**worth** [7] - 4:22, 6:20, 8:21, 24:14, 25:10, 51:15, 58:19
**wrap** [1] - 52:14
**wrench** [1] - 42:1
**write** [1] - 16:14
**writes** [1] - 34:5
**written** [3] - 19:4, 27:19, 35:4
**wrongdoing** [2] - 59:25, 60:1
**wrote** [2] - 20:7, 24:24
**WSM** [1] - 8:15
**www.bitcoinfog.com** [1] - 38:6

## Y

**Year** [3] - 9:4, 40:19, 85:21
**year** [6] - 37:21, 41:11, 43:8, 45:11, 52:6, 93:15
**years** [8] - 5:18, 20:22, 28:13, 43:14, 62:17, 62:25, 89:8
**yesterday** [2] - 66:3, 105:2
**York** [1] - 1:18
**young** [3] - 37:16, 37:17, 43:12
**yourself** [3] - 61:1, 69:13, 96:19
**yourselves** [2] - 30:18, 31:4

## Z

**zone** [1] - 51:2
**zoom** [1] - 99:20

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

ROMAN STERLINGOV,

        Defendant.
_____/

Criminal Action
No. 1: 21-399

Washington, DC
February 14, 2024

9:41 a.m.

MORNING PROCEEDINGS

TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:      CATHERINE PELKER
                        U.S. DEPARTMENT OF JUSTICE
                        950 Pennsylvania Ave NW
                        Washington, DC 20530

                        CHRISTOPHER BRODIE BROWN
                        DOJ-USAO
                        601 D Street, N.W.
                        Suite 5.1527
                        Washington, DC 20530

                        Jeffrey Pearlman
                        DOJ-CRM
                        Ccips
                        US Dept of Justice
                        1301 New York Ave NW
                        Washington, DC 20005

APPEARANCES CONTINUED ON NEXT PAGE

APPEARANCES CONTINUED

For the Defendant:          TOR EKELAND
                            MICHAEL HASSARD
                            TOR EKELAND LAW PLLC
                            30 Wall Street
                            8th Floor
                            Brooklyn, NY 10005


Court Reporter:             SHERRY LINDSAY
                            Official Court Reporter
                            U.S. District & Bankruptcy Courts
                            333 Constitution Avenue, NW
                            Room 6710
                            Washington, DC 20001

Appx2826

TABLE OF CONTENTS

WITNESSES

Matthew Price

    Direct examination by Mr. Brown continued    3

EXHIBITS

| | |
|---|---|
| Government Exhibit 10, 11 | 6 |
| Government Exhibit 201A | 12 |
| Government Exhibit 201Q | 14 |
| Government Exhibit 201B | 17 |
| Government Exhibit 201F | 19 |
| Government Exhibit 201S | 21 |
| Government Exhibit 201J | 24 |
| Government Exhibit 202C | 26 |
| Government Exhibit 202D | 28 |
| Government Exhibit 202E | 29 |
| Government Exhibit 202F | 30 |
| Government Exhibit 202G | 31 |
| Government Exhibit 203K | 35 |
| Government Exhibit 203R | 37 |
| Government Exhibit 204D | 42 |
| Government Exhibit 204E | 44 |
| Government Exhibit 204F | 45 |
| Government Exhibit 204A - 204C | 48 |
| Government Exhibit 205F | 51 |
| Government Exhibit 205G | 52 |
| Government Exhibit 205A - 205D | 58 |
| Government Exhibit 205E | 59 |
| Government Exhibit 418A, 418B | 62 |
| Government Exhibit 206A | 64 |
| Government Exhibit 206B | 67 |
| Government Exhibit 206C | 71 |
| Government Exhibit 112 | 80 |
| Government Exhibit 111 | 82 |
| Government Exhibit 102 | 83 |
| Government Exhibit 103 | 84 |
| Government Exhibit 104 | 87 |
| Government Exhibit 109 | 89 |
| Government Exhibit 108 | 90 |
| Government Exhibit 105 | 91 |
| Government Exhibit 113 | 94 |
| Government Exhibit 125 | 100 |
| Government Exhibit 126 | 101 |
| Government Exhibit 135, 136 | 102 |

<u>P R O C E E D I N G S</u>

THE COURT:  All right.  Anything to raise before we bring in the jury?

MR. BROWN:  Not from the government, Your Honor.

MR. EKELEND:  Just briefly, Your Honor.  I just wanted to just update the Court on Mr. Sterlingov's access to his laptop.

THE COURT:  Can we do that during a break rather than keeping the jury waiting?

MR. EKELEND:  Yes, absolutely.

(Jury in at 9:42 a.m.)

THE COURTROOM DEPUTY:  Criminal case number 21-399, *United States of America versus Roman Sterlingov*.

Would counsel please approach the podium and state your name for the record, starting with government counsel.

MR. BROWN:  Good morning, Your Honor.  AUSA Christopher Brown for the government.  And with me at counsel table are C. Alden Pelker and Jeffrey Pearlman also for the government.

THE COURT:  All right.  Good morning.

MR. EKELEND:  Good morning, Your Honor.  Tor Ekeland and Michael Hassard for Defendant Roman Sterlingov, who is present in court.

THE COURT:  All right.  Good morning.

So the government can recall its witness.

MR. BROWN:  The government recalls Matthew Price.

MATTHEW PRICE, previously sworn.

THE COURT:  All right.  You may proceed when you are ready.

DIRECT EXAMINATION CONTINUED

BY MR. BROWN:

Q.   Good morning, Mr. Price.

A.   Good morning.

Q.   So I would like to pick up right where we left off.  Did you also -- in the course of your investigation, did you review a Twitter account associated with Bitcoin Fog?

A.   Yes, I did.

Q.   Did you recall the Twitter handle or username of that account?

A.   It was @BitcoinFog.

Q.   Did you review particular tweets from this account?

A.   Yes.

Q.   Did you take screenshots of those tweets?

A.   I did.

Q.   I would like to direct your attention to Exhibit 10.  All right.  If we could pull that up.  I am showing you Exhibit 10.  Do you recognize this exhibit?

A.   I do.

Q.   And what do you recognize this to be?

A.   This is a screenshot taken from the Bitcoin Fog Twitter

feed.

Q.    And is this one of the screenshots you took?

A.    Yes.

Q.    I would like to direct your attention to Exhibit 11.  Do you recognize Exhibit 11?

A.    Yes, I do.

Q.    What do you recognize this to be?

A.    It is a series of two tweets taken -- a screenshot of two tweets taken from the Bitcoin Fog Twitter feed.

Q.    Is this a screenshot that you took?

A.    Yes.

Q.    Are Exhibits 10 and 11, are these fair and accurate copies of the Twitter screens as you took the screenshots?

A.    Yes.

        MR. BROWN:  The government moves to admit and publish Exhibits 10 and 11?

        THE COURT:  Any objection?

        MR. EKELEND:  Yes, Your Honor; hearsay.

        THE COURT:  Exhibits 10 and 11 are admitted and may be published to the jury.

        (Whereupon, Government Exhibit Nos. 10, 11 were admitted.)

        MR. BROWN:  All right.  And directing your attention back to Exhibit 10.

        Oh, the government moves to publish.

THE COURT:  I said you could.

MR. BROWN:  Yes.  Thank you, Your Honor.

BY MR. BROWN:

Q.    Could you point out the date of this tweet?

A.    Yes.  The date is 13 September 2017.

Q.    And does -- could you describe what is on this tweet?

A.    Yes.  The tweet contains a photo of what appears to be the headquarters of the Internal Revenue Service here in Washington and link to a news story in CoinDesk.com about the IRS using Bitcoin tracking software.

Q.    Does the Twitter handle @BitcoinFog, does that make a statement about this article?

A.    Yes, it does.

Q.    And what is that statement?

A.    It says, "IRS has been shown to actively track unmixed transaction on the Bitcoin blockchain."

Q.    And then turning to Exhibit 11.  Could you point out the dates on these tweets?

A.    These both appear to be June 11th.

Q.    And I see that -- is there a year specified on these tweets?

A.    I can't see it on the screen, but as I recall it was in 2019.

Q.    Could you describe in general if -- what does appear at the bottom of this tweet?

A. This has a series of two tweets. The one on the bottom includes a reference to a press release from Europol, the European police agency, referencing a multimillion dollar cryptocurrency laundering service being taken down by the Dutch Fiscal Information Investigation Service.

Q. Does the Twitter account @BitcoinFog make any statements about that article?

A. Yes. It has two statements regarding that article.

Q. And which of those statements is the first?

A. On the bottom, where it says one of two and it appears to be a quote from the linked article.

Q. Could you go ahead and read the statement by the Bitcoin Fog Twitter handle starting with the quoted quotation there?

A. Yes. "The Dutch FIOD," F-I-O-D, "has gathered information on all of the interactions on this platform in the past year. This includes IP addresses, transaction details and Bitcoin addresses and chat messages."

Q. And then does the message continue in the top tweet?

A. It does.

Q. Could you go ahead and read that message?

A. "This information will now be analyzed by the FIOD in cooperation with Europol and intelligence packages will be shared with other countries. This is why you need to use only Tor based mixing service. Such a surprise."

Q. Mr. Price, are you familiar with FIOD?

A.    I am.

Q.    You have worked with FIOD?

A.    Yes, I have.

Q.    Describe to the jury what is the Dutch FIOD?

A.    The Dutch FIOD is very similar to the Internal Revenue Service Criminal Investigation Unit, particularly works on financial and cyber-investigations in the Netherlands.

Q.    And we can close down those exhibits.

Mr. Price, during the course of your investigation, did you conduct undercover transactions with Bitcoin Fog?

A.    I did.

Q.    Where did this activity take place?

A.    Here in Washington, DC.

Q.    And why did you do it here in Washington, DC?

A.    A number of reasons.  One, my assigned office was at the IRS-CI Washington, DC field office on First Street Northeast. And the particular office space that I worked in was equipped with covert internet to allow for these type of investigations.

Q.    Could you walk us through the process at a high level of how you go about conducting an undercover transaction on a hidden service like this?

A.    Certainly.  All law enforcement agencies have protocol in place to govern these operations and set them up.  For those reasons, I created a proposed plan, sought approval from internal supervisors and individuals involved in the undercover

program at IRS. Once the operation was approved, I obtained IRS covert Bitcoin, which is owned -- it is government funds, but it is maintained in a manner not linked to the government so as to not reveal law enforcement involvement in an operation. Once that was obtained, I created a series of one-time use or limited use public Bitcoin wallets on publicly available Bitcoin websites that would hold the covert government funds. And I then conducted a series of test transactions with the site.

Q. So I'd like to talk about a few specific transactions. And the first one I want to direct your attention to is September of 2019. What if anything happened in September of 2019?

A. In September of 2019, beginning on about September 11th, 2019, I accessed the Bitcoin Fog hidden services site through the Tor Browser and conducted test transactions using covert funds with that site.

Q. And during the September 11th and moving on from there transaction, where specifically were you located?

A. At the IRS-CI field office here in Washington, DC.

Q. During this process, did you take screen captures?

A. Yes, I did.

Q. And were those still images, movies or some combination?

A. Both. I took still images as well as screen recordings.

Q. So starting from the beginning, how did you find the

Bitcoin Fog website?

A.   I refer to the previous day's testimony I where had the BitcoinTalk.org forum.  I accessed the most recent version of that and used the hidden services site link to access this page.

Q.   Did you use any special software to access the hidden services page for Bitcoin Fog?

A.   I did.  I used a program called Silo, which has built in a Tor browser capability as well as screen recording and screen images capabilities.

Q.   And, Mr. Price --

MR. BROWN:  Your Honor, may I approach the witness?

THE COURT:  You may.

BY MR. BROWN:

Q.   So I handed you a binder that contains some of the Government Exhibits.  I would like to direct your attention -- if you could, review Exhibit 201A, as in alpha.

A.   Okay.

Q.   Do you recognize Exhibit 201A?

A.   I do.

Q.   And what do you recognize this to be?

A.   This is the log-in page, landing page of the Bitcoin Fog hidden services site.

Q.   Did you create this image?

A.   I did.

Q. And does this image fairly and accurately show the log-in page at the time that you accessed it?

A. It does.

MR. BROWN: The government moves to admit and publish Exhibit 201A?

THE COURT: Any objection?

MR. EKELEND: No objection, Your Honor.

THE COURT: Exhibit 201A is admitted and may be published to the jury.

(Whereupon, Government Exhibit No. 201A was admitted.)

BY MR. BROWN:

Q. Mr. Price, could you point out the different features of this log-in page or splash page?

A. Yes. On the upper left-hand side, there is a logo that appears to be two coins with a Bitcoin logo on them. Immediately next to that are the words Bitcoin Fog company. In the upper right is what appears to be a status reminder showing whether a user is logged into the page or including a link to register. In the center, is a log-in panel to enter a username or password. Below that is a link, the word here, register, if you do not already have an account. And at the bottom are a series of hyperlinks to four different pages.

Q. Is this the page that you would arrive at if you typed in the Tor address for Bitcoin Fog?

A.   Yes.

Q.   Now, did you have to create an account?

A.   Yes, I did.

Q.   What steps did you have to take to create an account on Bitcoin Fog?

A.   The first step was to click on the registration link, register here at the bottom of the center of the screen.

Q.   And then after you click that link, were you required to enter any information?

A.   Yes, I was.

Q.   And what information were you required to enter?

A.   I just had to create a username and a password.

Q.   Was there any account verification process?

A.   No.

Q.   Did you have to provide your true name?

A.   No.

Q.   All right.  So we are going to show you just the very beginning screen of Government Exhibit 201Q.  It is a -- I think there is a placeholder in your binder.

So, Mr. Price, do you see on the screen in front of you Exhibit 201Q?

A.   I do.

Q.   Do you recognize this exhibit?

A.   Yes.

Q.   And what do you recognize this exhibit to be?

A.   This is a screen recording of my interactions with the Bitcoin Fog hidden services site.

Q.   And did you create the screen recording yourself?

A.   I did.

Q.   And have you reviewed this screen recording before testifying here today?

A.   Yes, I have.

Q.   Does this recording fairly and accurately represent the -- what went on on your screen when you accessed Bitcoin Fog?

A.   Yes, it does.

        MR. BROWN:  The government moves to admit and publish Exhibit 201Q.

        THE COURT:  Any objection?

        MR. EKELEND:  No objection, Your Honor.

        THE COURT:  Exhibit 201Q is admitted and may be published to the jury.

        (Whereupon, Government Exhibit No. 201Q was admitted.)

BY MR. BROWN:

Q.   So I am going to start playing this for you and I may ask some questions.  We may pause and talk through it.

        (Video played.)

BY MR. BROWN:

Q.   So, Mr. Price, we have paused here.  Could you describe what is shown on the screen here?

A.     Yes.   So beginning the video, I clicked on the registration link, which took me to this page, register new account.   And at this point, I am preparing to create a username and password to access this site.

Q.     And is there text beneath the heading, register new account?

A.     Yes.

Q.     Could you read those two short paragraphs of text?

A.     "Registration is free.   You will be able to deposit and withdraw Bitcoins when you are registered.   As an anonymous service, we do not collect any digital information of value besides a username and a password.   A down side of this is that you will have to keep track of your password.   You will not be able to recover it."

Q.     Are there fields beneath that?

A.     There are.

Q.     What are those fields?

A.     There is field, choose a username.   Choose a password, password confirmation field and a fourth field requiring a security text.

Q.     And could you point out to the jury where is that security text that you are supposed to enter?

A.     The security text is the series of letters overlaid of a picture of a cat.

Q.     Let's see if this works.

(Video played.)

BY MR. BROWN:

Q.   If we could pause there.  So now what have you done in the video?

A.   I created a username, Fatkitty11.

Q.   I'm sorry to interrupt.  What was the username again?

A.   Fatkitty11.

Q.   Was there any reason you chose the username, Fatkitty11?

A.   I was looking at the picture on the screen and thought it was appropriate.

Q.   Let's go ahead and finish watching the video.

(Video played.)

BY MR. BROWN:

Q.   We can pause -- we can stop there.  So at this point, have you created a new account for yourself?

A.   Yes, I have.

Q.   Do you have any balance on that account at this point?

A.   No.

Q.   Directing your attention in your binder to Exhibit 201B.  And we can close this exhibit for the -- do you see Exhibit 201B?

A.   I do.

Q.   Do you recognize that?

A.   Yes.

Q.   What do you recognize it to be?

A.   This is a screenshot I took of the welcome page to Bitcoin Fog right after I created an account.

Q.   And is that a fair and accurate representation of the page as you viewed it that day?

A.   Yes.

MR. BROWN:  Government moves to admit and publish 201B?

THE COURT:  Any objection?

MR. EKELEND:  No objection, Your Honor.

THE COURT:  Exhibit 201B is admitted and published to the jury.

(Whereupon, Exhibit No. 201B was admitted.)

BY MR. BROWN:

Q.   And, Mr. Price, could you just explain what is shown on the screen?

A.   Yes.  So after I created an account, this is the link I was taken to, the welcome page.  And it kind of explains information about how to use Bitcoin Fog.

Q.   All right.  Now that you have created an account -- and we can close this exhibit.

Now that you have created an account, what was the next action that you took?

A.   The next action once the account was created was to explore the site just to understand the various pages and how it works.  And then to actually deposit undercover funds into

the platform.

Q.   Could you describe step by step how you went about depositing funds into Bitcoin Fog?

A.   Yes.  So I clicked on the link for the deposit page of the site, reviewed the instructions for how to make a deposit. Once I have reviewed that and I saw there was a Bitcoin address, a deposit address listed, using a previously created covert wallet off platform, I then sent a portion of the Bitcoin I had received from the IRS Special Investigative Techniques platform, sent it into the Bitcoin Fog site using the deposit address listed on the page.

Q.   So I'd like to direct your attention to Exhibit 201F in your binder?

          THE COURTROOM DEPUTY:  I'm sorry.  Did you say F?

          MR. BROWN:  Yes.

          THE COURTROOM DEPUTY:  Okay.

BY MR. BROWN:

Q.   Do you recognize Exhibit 201F?

A.   I do.

Q.   What do you recognize that to be?

A.   This is a screenshot I took of the deposit page from the Bitcoin Fog hidden service site.

Q.   Does that screenshot fairly and accurately represent the page as you viewed it that day?

A.   Yes.

MR. BROWN:  The government moves to admit and publish Exhibit 201F?

THE COURT:  Any objection?

MR. EKELEND:  No objection, Your Honor.

THE COURT:  Exhibit 201F is admitted and may be published to the jury.

(Whereupon, Exhibit No. 201F was admitted.)

BY MR. BROWN:

Q.  Mr. Price, can you point out the relevant features of this exhibit here for the jury?

A.  Yes.  Starting on the top right-hand corner, there is what I would determine a status bar showing that I am logged in as that previously described username, my current account balance and links to various pages on the site.

This particular view is of the deposit page.  The first kind of important piece of information is my current account balance shown as 0.0 Bitcoin.  There is a series of instructions kind of explaining minimum withdrawal amounts, how much I'd have to deposit and cost for Bitcoin transactions. And the next key feature in the center is a Bitcoin deposit address beginning with 34pQQK.  And that is the deposit address that I would use to deposit Bitcoin into this site.

Q.  Mr. Price, we are going to attempt to zoom in on the middle of that page.  Could you point out the deposit address here?

A.     Yes.  It is in bold text beginning with 34pQQK.

Q.     And, again, could you explain exactly what is this address?  Who does it belong to?

A.     This is a deposit address generated by the Bitcoin Fog service so that a user can send Bitcoin to this service.

Q.     And does that Bitcoin address look familiar?

A.     Yes, it does.

Q.     Why does it look familiar?

A.     That is the address I sent funds to.  And also in my testimony yesterday, the address that we reviewed from an open source blockchain explorer.

Q.     Now, I would like to direct your attention to Exhibit 201S.  I think there is a placeholder in your binder, so we will pull it up on screen.  Do you recognize this exhibit?

A.     I do.

Q.     And what do you recognize it to be?

A.     This is a screen recording I took during the undercover operation.

Q.     Have you previously reviewed this screen recording?

A.     Yes, I have.

Q.     Does this screen recording fairly and accurately represent the actions you took on that date?

A.     It does.

Q.     On Bitcoin Fog?

A.     Yes.

MR. BROWN: The government moves to admit and publish 201S.

THE COURT: Any objection?

MR. EKELEND: No objection, Your Honor.

THE COURT: Exhibit 201S is admitted and may be published to the jury.

(Whereupon, Exhibit No. 201S was admitted.)

BY MR. BROWN:

Q. Let's go ahead and play.

(Video played.)

BY MR. BROWN:

Q. Actually, let's pause here. So, Mr. Price, what website are we on now?

A. This is the website for Blockchain.com.

Q. Why are you on the website for Blockchain.com?

A. Blockchain.com was a wallet provider for free wallets, software wallets. So I previously created a wallet on this page to use in this operation.

Q. So it is fair to say this is the starting point for those funds?

A. Yes.

Q. Let's go ahead and continue.

Pause here. Mr. Price, I see that you just highlighted the deposit address. Why are you doing that?

A. I am highlighting it so that I can copy it and paste it

into the destination field for my Blockchain.com wallet.

Q.   Could we pause there.  Mr. Price, is there any audio to these videos?

A.   There is not.

Q.   How much Bitcoin are you sending?

A.   Approximately $250 US dollars worth at the time of this transaction, about 0.025 Bitcoin.

Q.   And I see that here you entered in text in a field under description.  Could you describe what that text is?

A.   Yes.  The Blockchain.com has a feature where you can put a description in your transaction history.  So if you want to remember what you sent Bitcoin for, I guess I was in a good mood, so I wrote "I love Bitcoin."

Q.   Does that text travel with the transaction, so if you were sending this transaction somewhere else, would they see that text?

A.   No, they would not.  It is internal to this platform.

Q.   Okay.  Go ahead and continue.

(Video played.)

BY MR. BROWN:

Q.   Pause there.  What did you just do at the bottom of that window there?

A.   I selected a priority -- what blockchain considers a priority fee.  So all Bitcoin transactions require verification on the blockchain.  And the way that is done is through the

miners -- Bitcoin miners and they compete for fees.  So by selecting a higher fee, in this case around 53 cents, I just increased the likelihood the transaction would be verified faster.

Q.   We can continue.

And pausing there.  So what has happened now in the video?

A.   So I switched between screens just to verify for the third or fourth time that I had the correct deposit address.  And I then approved the transaction within the Blockchain.com trade function or -- excuse me -- withdrawal function.  And once I did that, this took me to my transaction history.  And it showed that on September 11th, 2019 at 1:48 p.m., I authorized a transaction to send BTC or -- excuse me -- Bitcoin to wallet address beginning with 34pQQK in the amount of approximately $250.

Q.   Is there information here about the status of that transaction?

A.   Yes.  Slightly above that transaction record there is a box that says your Bitcoin transaction is now pending.

Q.   And how long does it usually take for a transaction to go through all of the way?

A.   It can depend on how many others are attempting to make transactions at the same time and the amount of the fee.  But anywhere from 30 minutes to a couple of hours.

Q.   And we can close that.

And I'd like to direct your attention in the binder to Exhibit 201J.

A.    Okay.

Q.    Do you recognize this exhibit?

A.    I do.

Q.    And what do you recognize it to be?

A.    This is a screenshot of the Bitcoin Fog hidden services site deposit page that I took after the transaction on the Bitcoin network was processed, the deposit we just walked through.

Q.    Does this exhibit fairly and accurately depict the screen as you saw it that day?

A.    It does.

        MR. BROWN:  All right.  The government moves to admit and publish Exhibit 201J.

        THE COURT:  Any objection?

        MR. EKELEND:  No objection, Your Honor.

        THE COURT:  Exhibit 201J is admitted and may be published to the jury.

        (Whereupon, Exhibit No. 201J was admitted.)

BY MR. BROWN:

Q.    Mr. Price, could you point out your balance on this screenshot?

A.    Yes.  There are two places on this page where it is shown, again in the top -- what I described as the status bar, it

shows right after my log-in name, the number 0.02425700 BTC, which is my current balance at the time.  And then closer to the middle of the screen, underneath where it says deposit your Bitcoins here, there is another showing of my current available balance again, 0.025 approximately Bitcoin.

Q.    Now, is that deposit balance -- is that exactly the same amount of Bitcoin that you sent out of your Blockchain.com wallet?

A.    No.

Q.    What explains that difference?

A.    The Bitcoin Fog service charges a fee and it is the fee that was charged for usage.

Q.    And we can close that out.  Directing your attention to the next day, which I guess would be September 12th, 2019.  What happened on September 12th, 2019?

A.    Again, I access the Bitcoin Fog hidden services site and took some screenshots and as videos of my activities on it.

Q.    Did you end up sending money out of Bitcoin Fog on September 12th?

A.    I did.

Q.    Is the idea that the Bitcoin you are sending out of Bitcoin Fog is not the same Bitcoin that you sent into it?

A.    Right.

Q.    Directing your attention in your binder to Exhibit 202C.

A.    Okay.

Q.   Do you recognize this exhibit?

A.   Yes, I do.

Q.   What is it?

A.   This is a screenshot taken on or about September 12th, 2019 of the Bitcoin Fog hidden services site, the withdrawal page prior to me conducting withdrawal from the service.

Q.   And does this exhibit fairly and accurately represent the screen as you viewed it on September 12th?

A.   It does.

        MR. BROWN:  All right.  The government moves to admit and publish Exhibit 202C.

        THE COURT:  Any objection?

        MR. EKELEND:  No objection, Your Honor.

        THE COURT:  202C is admitted and may be published to the jury.

        (Whereupon, Exhibit No. 202C was admitted.)

BY MR. BROWN:

Q.   Mr. Price, again what page are we on here?

A.   This is the Bitcoin Fog hidden services site.

Q.   Within that site, what specific page are we at?

A.   This is the withdrawal page, allowing me to make a withdrawal from the service.

Q.   And could you read what it says on the large text in the middle of the screen?

A.   It says, "Send clean BTC from the Fog."

Q.    And then walk us through how you completed this transaction?

A.    Certainly.  In the center here there are two boxes.  The first states an amount to withdraw where the user, in this case me, selects how much Bitcoin they would like to withdraw from the site.  In this case I chose to withdraw .02 Bitcoin.  The box immediately below it is a place to enter the address where I would like to send those funds to.  It says Bitcoin address to send funds to.  And I had previously pasted in a wallet address for a second wallet I had created off of the Bitcoin Fog platform.

Q.    So I would like to -- we can close that out.  I'd like to direct your attention to, in your binder, Exhibit 202D.

A.    Okay.

Q.    And do you recognize Exhibit 202D?

A.    I do.

Q.    What do you recognize it to be?

A.    This is the withdrawal confirmation page.  It is a screenshot I took of the withdrawal confirmation page.

Q.    Does Exhibit 202D fairly and accurately represent the screen as you saw it that day?

A.    It does.

MR. BROWN:  The government moves to admit and publish Exhibit 202D.

THE COURT:  Any objection?

MR. EKELEND:  No objection, Your Honor.

THE COURT:  Exhibit 202D is admitted and may be published to the jury.

(Whereupon, Exhibit No. 202D was admitted.)

BY MR. BROWN:

Q.    Mr. Price, could you walk the jury through this screen here?

A.    Certainly.  In the previous screen I had entered the amount I'd like to withdraw, as well as the destination wallet address.  In the center there is a box with the words amount. It says .02.  And below that "to" and a Bitcoin address beginning with 18P10M.  That is the information I previously entered -- or I entered in the previous screen.  And I am now required to enter a security text to confirm this transaction. The security text is in the box below the word security text. It is 3CENT2.  And it is over a picture of what I believe is the same cat from when I created my account, just turned upside down.

Once I enter that text, I then am able to click the submit withdrawal button that is on the lower portion of the screen to the right in a gold box.

Q.    All right.  We can close that out.  And in your binder, I would like to direct your attention to Exhibit 202E, as in echo.

A.    Okay.

Q.    Do you recognize 202E?

A.    I do.

Q.    And what do you recognize that to be?

A.    It is a screenshot I took of the Bitcoin Fog hidden services site immediately after approving the withdrawal from the previous exhibit.

Q.    Does this screenshot fairly and accurately represent the screen as you saw it that day?

A.    Yes.

        MR. BROWN:  The government moves to admit and publish Government Exhibit 202E?

        THE COURT:  Any objection?

        MR. EKELEND:  No objection, Your Honor.

        THE COURT:  202E is admitted and may be published to the jury.

        (Whereupon, Exhibit No. 202E was admitted.)

BY MR. BROWN:

Q.    Mr. Price, could you just read the text in the center of the screen?

A.    "Payment complete.  Instant payment was completed successfully.  Please wait several minutes for the network to register.  Record of this transaction will be removed from our logs."

Q.    We can close that out.  I would like to direct your attention to the next exhibit in your binder, 202F.

Okay.  Do you recognize that exhibit?

A.    I do.

Q.    What do you recognize it to be?

A.    This is a screenshot I took of the Bitcoin Fog hidden services site, the welcome page after I completed the previously discussed withdrawal.

Q.    Does this screenshot fairly and accurately represent the screen as you saw it that day?

A.    Yes.

MR. BROWN:  The government moves to admit and publish 202F.

THE COURT:  Any objection?

MR. EKELEND:  No objection, Your Honor.

THE COURT:  Exhibit 202F is admitted and may be published to the jury.

(Whereupon, Exhibit No. 202F was admitted.)

BY MR. BROWN:

Q.    So, Mr. Price, on this screen, where are we at within the Bitcoin Fog site?

A.    This is back to the landing page for an account holder. So I had entered my password and this is where I am able to see kind of my current status.

Q.    And could you point out for the jury what your current balance is at this point?

A.    Yes, in the upper right of the screenshot there is a box

with some status information, again showing I am logged in as Fatkitty11. And immediately next to that is the number 0.00425444 BTC, which is my current balance after the withdrawal.

Q. We can close that out. I'd like to direct your attention to the next exhibit in your binder, which is Exhibit 202G. Do you recognize that exhibit?

A. I do.

Q. What do you recognize exhibit to be?

A. This is a screenshot I took of a website StrongCoin.com where I previously created a Bitcoin wallet to receive funds from the Bitcoin Fog page.

Q. Does this screenshot fairly and accurately represent the screen as you saw it that day?

A. Yes, it does.

MR. BROWN: The government moves to admit and publish 202G.

THE COURT: Any objection?

MR. EKELEND: No objection, Your Honor.

THE COURT: 202G is admitted and may be published to the jury.

(Whereupon, Exhibit No. 202G was admitted.)

BY MR. BROWN:

Q. Mr. Price, could you describe what is shown in Exhibit 202G again?

A.    Yes.  Again, it is a screenshot of a website StrongCoin.com, which is another free Bitcoin wallet software. I previously created an account on this page to receive funds. And this is a transaction history from that web page showing a transaction that I had made to address 18P1OM in the amount of 2 Bitcoin -- I am sorry, .02 Bitcoin.

Q.    And that Bitcoin address 18P1OM, is that an address that we have seen in previous screen shots?

A.    Yes.  It is the address I entered into the withdrawal page of Bitcoin Fog.

Q.    And we can close that out.  Mr. Price, so in summary, could you just describe the flow of funds on September 11th and 12th, 2019?

A.    Yes.  After previously receiving IRS controlled funds into the Blockchain.com wallet I had created.  On September 11th, I made a deposit into the Bitcoin Fog platform.  September 12th, I verified the deposit was successful.  On September 12th, I returned to the page and made a withdrawal of approximately .02 Bitcoin from the Bitcoin Fog platform into a second wallet I created at StrongCoin.com and verified that transaction was successful.

Q.    And after these transactions did IRS-CI review the transactions using the blockchain analysis software?

A.    Yes.

Q.    And was there any direct connection between your starting

wallet at Blockchain.com and your ending wallet at StrongCoin?

A.   We were not able to link the transactions.

Q.   What does that tell you about Bitcoin Fog's functionality?

A.   That the service worked.

          MR. EKELEND:  Objection.

          THE COURT:  What is the objection?

          MR. EKELAND:  Calls for speculation.

          THE COURT:  Overruled.

BY MR. BROWN:

Q.   You can answer the question.

A.   Yes.  That the service worked.  We were unable to directly link the beginning deposit with the subsequent withdrawal.

Q.   Now, directing your attention to November of 2019.  Did you conduct another undercover transaction then?

A.   I did.

Q.   And what were the basic steps of this November 2019 transaction?

A.   Similar to the first obtained covert funds from the IRS undercover platform -- the difference this time is I had created previously a user account on a darknet market called Apollon.  I deposited funds into that Apollon account.  I then withdrew funds directly from the Apollon account I had created into Bitcoin Fog.

Q.   And could you describe Apollon in a little more detail?

A.   Yes.  Apollon was a darknet market that was operational

around this time, November 2019. Similar to other darknet markets it used -- it accepted cryptocurrency, primarily Bitcoin, as well as a few other coins. And that was used for payment to purchase illicit goods, such as drugs, fraud information, stolen personal identifiable information, hacking tools, things of the nature.

THE COURT: Can you spell Apollon for the benefit of the court reporter?

THE WITNESS: Yes. A-P-O-L-L-O-N.

THE COURT: Thank you.

BY MR. BROWN:

Q. Did the Apollon market allow users to load Bitcoin onto their accounts?

A. It did.

Q. Did you set up an account with Bitcoin on the Apollon market?

A. I did.

Q. So I would like to direct your attention to Exhibit 203K in your binder.

A. Okay.

Q. Do you recognize this exhibit?

A. I do.

Q. And what do you recognize it to be?

A. This is a screenshot I took on or about November 18th of 2019 of a transaction history page from Apollon market.

Q.    And does this screenshot fairly and accurately represent the page as you viewed it on that day?

A.    It does.

MR. BROWN:  The government moves to admit and publish Exhibit 203K?

THE COURT:  Any objection?

MR. EKELEND:  No objection.

THE COURT:  Exhibit 203K is admitted and may be published to the jury.

(Whereupon, Exhibit No. 203K was admitted.)

BY MR. BROWN:

Q.    Mr. Price, could you point out what is shown on the screen to the jury?

A.    Yes.  Again, this is a screenshot of the Apollon market hidden services site.  On the left-hand side are a number of functions including links to deposit and withdraw various cryptocurrencies, Bitcoin, Monero, Litecoin and Bitcoin Cash, links to the home page, order status, as well as a few other links to other hidden services sites.  And on the far left, information about the exchange rates of various cryptocurrencies.

THE COURT:  Can I ask is there a way to make this a little bit larger for the benefit of the jury?

MR. BROWN:  Yes.

THE COURT:  Thank you.

BY MR. BROWN:

Q.   And actually, Mr. Price, you mentioned I think you rattled off a few different names of virtual currencies.  Could you explain to the jury what those virtual currencies are?

A.   Yes.  There are thousands of different virtual currencies.  Again Bitcoin is the primary.  The commonly used acronym for Bitcoin is BTC or a shortened term for it.  Below that on the left, there are three others XMR, Monero; LTC, Litecoin; and BCH, Bitcoin Cash.  There are other types of cryptocurrencies.  They don't have the same market capitalization as Bitcoin.

Q.   And so these three letter acronyms in the bottom left, what do they represent?

A.   The acronyms on the -- for example here, exchange rates, the acronyms, BTC stands for Bitcoin/USD.  That is the value at that time of Bitcoin to the US dollar.  Below that, BTC EUR, Bitcoin for Euro and on and on for the various currencies listed.

Q.   And if we could scroll back up to the top of the screen.  Does this page reflect you logged in or not logged in to Apollon?

A.   It reflects me logged in.

Q.   We can close that out.  And I would like to direct your attention to Exhibit 203R, which is not in your binder.

     Do you recognize this exhibit?

A.   Yes, I do.

Q.   What do you recognize this exhibit to be?

A.   This is a screenshot I took of the Bitcoin Fog hidden services site deposit page on or about November 18th, 2019.

Q.   And have you previously reviewed this screen recording?

A.   I have.

Q.   And does this screen recording fairly and accurately represent the screen as you viewed it and the steps that you took on November 18th?

A.   It does.  My apologies.  I think I misspoke and said screenshot.  It is actually a screen recording video.

MR. BROWN:  The government moves to admit and publish 203R.

THE COURT:  Any objection?

MR. EKELEND:  No objection, Your Honor.

THE COURT:  Exhibit 203R is admitted and may be published to the jury.

(Whereupon, Exhibit No. 203R was admitted.)

BY MR. BROWN:

Q.   So to begin with before we start running through the video, could you explain where we are right now?

A.   We are at the deposit page of the Bitcoin Fog hidden services site.

Q.   Why are you on the deposit page for Bitcoin Fog?

A.   I am preparing to make a deposit into the service.

Q.   And is there information on this page that you need to

have in order to make that deposit?

A.   Yes.  In the center of the screen, as previously viewed in earlier exhibits, there is a deposit address listed beginning with 34pQQK

Q.   Let's go ahead and play for just a few seconds.

(Video played.)

BY MR. BROWN:

Q.   Then if we could pause here.  Mr. Price, what page are we on here?

A.   This is the landing page of the Apollon hidden services site darknet market.

Q.   And could you point out the web address for the Apollon hidden services website?

A.   Yes.  In the upper corner of this video in a light gray box, beginning with HTTP://, a series of letters, APOLLONUJSCJRLNG.onion.

Q.   And in order to access this hidden services website, can you access it using a regular browser?

A.   No.

Q.   What kind of browser do you need to use?

A.   In this case I am using Tor Browser extension in the Silo program.

Q.   Now, just looking at the page here, on the left-hand side there is text that says browse categories.  Could you describe what is below that text?

A. Yes. These are categories of products for sale on the market. On the left-hand side beginning with fraud, drugs, below that; guides and tutorials, fakes, digital goods, carded items and services. And by clicking those links you can be taken to listings for those products.

Q. And, Mr. Price, have you had an opportunity to browse the Apollon hidden services website?

A. Yes.

Q. What sorts of good and services are available there?

A. Numerous goods, primarily narcotics, cocaine, marijuana, heroin, pills, things of that nature, items used for fraud schemes, such as stolen tax returns, stolen social security numbers, items to create carding or involved in carding scams such as stolen credit card numbers, devices to create counterfeit credit cards, fake items, passwords to log into websites, things of that nature.

Q. And in the middle of the screen, it appears to say welcome back and then some text. Can you explain what that says?

A. Yes. The word after that Chiquita 420 is the moniker I created for this account.

Q. Was there a reason you chose that moniker?

A. I think I was eating a banana at the time.

Q. We can go ahead and hit play. Pause here. So what page are we on here?

A. This is the withdrawal page on the Apollon market.

Q.    How do you withdraw funds from your Apollon market
account?

A.    Similarly, I had done it through Bitcoin Fog.  I have to
enter the amount I'd like to withdraw as well as the address
where I'd like to send the funds to.

Q.    We can go ahead and play.

          (Video played.)

BY MR. BROWN:

Q.    Pause here.  You entered in two fields at the bottom of
that page here.  What are those two fields?

A.    I think I actually entered four.  The first thing I did
was paste in the withdrawal address where I wanted to send
funds.  I previously copied that from the Bitcoin Fog page in
the previous portion of the video.  I then entered the amount
of Bitcoin I wanted to withdraw.  That was approximately .011
Bitcoin.  Below that where it says you currently have .011,
approximately, Bitcoin in your balance.  This site required me
to enter in both a pin that I had previously created and a
CAPTCHA image, which is W6LFRY

          MR. BROWN:  Go ahead and continue.

BY MR. BROWN:

Q.    And pause here.  What just happened?

A.    I had attempted another withdrawal.  I was testing the
site's functionality, so I had entered in additional
information.  And I wanted to see what would happen if I didn't

do it correctly and it did not allow me to make a withdrawal.

Q. Go ahead and continue.

(Video played.)

BY MR. BROWN:

Q. IRS-CI, and pause here. At this point in your Apollon page, what does this reflect?

A. This is my deposit and withdrawal history from the site.

Q. What does your deposit and withdrawal history show here?

A. It shows that I made -- previously had made a deposit of approximately 0.0118 Bitcoin. And I subsequently made a withdrawal to address 34pQQK of approximately 0.0117 Bitcoin. And it was still in process.

Q. Go ahead and continue.

Now pause here. Where are you now?

A. So I logged -- I have tabbed over to the Bitcoin Fog hidden services site.

Q. What is your account balance here?

A. At this time, it is .00425444 Bitcoin.

Q. Does that reflect the funds that you sent from Apollon market to Bitcoin Fog?

A. No. This is the residual amount I had left on the platform from my previous transactions in September of 2019.

Q. Why didn't the balance here update immediately?

A. Again, it can take anywhere from 30 minutes to several hours for transactions to be confirmed on the Bitcoin network.

Q.   And we can close that out.  I would like to move forward to the next day, which would be November 19th, 2019.  What happened on November 19th?

A.   On November 19th, I again logged into the previously created account on the Bitcoin Fog hidden services site, both to view my balance and to send messages to the -- through the platform.

Q.   So on the screen in front of you, you should be able to see Exhibit 204D.  Do you see that?

A.   I do.

Q.   Do you recognize that exhibit?

A.   It appears to be a screen recording of me accessing the Bitcoin Fog hidden services site.

Q.   And does that screen recording fairly and accurately represent the screen as you saw it that day?

A.   Yes.

Q.   Have you previously reviewed this video?

A.   I have.

          MR. BROWN:  The government moves to admit and publish Exhibit 204D.

          THE COURT:  Any objection?

          MR. EKELEND:  No objection, Your Honor.

          THE COURT:  204D is admitted and may be published to the jury.

          (Whereupon, Exhibit No. 204D was admitted.)

BY MR. BROWN:

Q.    We can go ahead and play.  And pause here.

So now what has happened?

A.    So early in the video, I entered my previously created username and password and logged into the page.  And I am now at the welcome page of the Bitcoin Fog hidden services site.

Q.    You see your balance here?

A.    I can.

Q.    What does your balance show?

A.    Approximately 0.157 Bitcoin.

Q.    Does that reflect the payment you made from Apollon market?

A.    Yes, it does.

Q.    We can close that and I'd like to direct your attention to government Exhibit 204E.  And pause here.

Mr. Price, do you recognize Exhibit 204E?

A.    I do.

Q.    What do you recognize it to be?

A.    This is another screen recording I took on or about November 19th, 2019.

Q.    Have you previously reviewed this screen recording?

A.    Yes, I have.

Q.    Does this recording fairly and accurately depict the screen and the actions that you took on November 19th?

A.    It does.

MR. BROWN:  The government moves to admit and publish Exhibit 204.

THE COURT:  Any objection?

MR. EKELEND:  No objection, Your Honor.

THE COURT:  Exhibit 204E is admitted and may be published to the jury.

(Whereupon, Exhibit No. 204E was admitted.)

BY MR. BROWN:

Q.   So we can go ahead and play.

We can go ahead and pause here.

Mr. Price, what has the jury just watched here on the screen?

A.   After logging into the site and verifying my balance from the previous day's transaction, I was reviewing the various pages of the site.  I clicked on the links for home and then deposit and then wallet and then support and the video is paused at the support page.

Q.   Could you describe the support page?  What is on it?

A.   The support page has a function to send messages to Bitcoin Fog.  And that was pointed out in the BitcoinTalk.org forum as the means to communicate with those behind the platform.

Q.   And we can close out this exhibit and directing your attention to the next exhibit, which is Exhibit 204F.  And, Mr. Price, do you recognize Exhibit 204F?

A.    I do.

Q.    What do you recognize it to be?

A.    This is a screenshot I took on or about November 19th, 2019 of the Bitcoin Fog hidden services site.

Q.    Is it a screenshot or a screen video?

A.    My apologies.  It is a screen recording video.

Q.    Have you previously reviewed this video?

A.    I have.

Q.    Does this video fairly and accurately depict what was going on on your screen and what you were -- the actions you were taking on that date?

A.    It does.

MR. BROWN:  The government moves to admit Exhibit 204F.

THE COURT:  Any objection?

MR. EKELEND:  No objection, Your Honor.

THE COURT:  Exhibit 204F is admitted and may be published to the jury.

(Whereupon, Exhibit No. 204F was admitted.)

BY MR. BROWN:

Q.    We can go ahead and hit play.

(Video played.)

BY MR. BROWN:

Q.    Can we pause here.  Mr. Price, what are you doing on the screen right here in the video?

A.    I am using the box for producing support messages or sending support messages to the Bitcoin Fog administrators.  I am entering text into the box preparing to send a message through the messaging function.

Q.    Can you read what you have written so far in that text?

A.    "Hello.  I created my account to clean my coins from selling ecstasy.  I sold Molly on Apollon.  And I have been selling on WSM and Dream but all" --

Q.    What is ecstasy?

A.    Ectasy it is controlled narcotic.

Q.    What is Molly?

A.    Molly is a street name or slang term for ecstasy.

Q.    What is Apollon?

A.    Apollon is the previously referenced darknet market that I had previously created an account on.

Q.    What is WSM?

A.    WSM is an acronym for Wall Street Market, which was another commonly used darknet market at this time.

Q.    What is dream?

A.    Dream is another darknet market.

Q.    We can continue.

       (Video played.)

BY MR. BROWN:

Q.    All right.  And maybe pause here.

       Could you read the last 2 full sentences that you have

written here?

A. "I have more coins I need cleaned. But how do I know I can trust you? People on Bitcoin Talk say you are a scam."

Q. Is that the grammatically correct your?

A. No.

Q. Was there a reason you wrote it that way?

A. I was trying to not look too much like a cop.

Q. You can continue. Mr. Price, while the video is playing, what is going on on the screen here?

A. So simultaneously to recording the screen, I was also taking a screenshot of specific actions, in this case what I had written in the chat box.

Q. Are those screenshots a function of the software that you were using?

A. They are.

Q. And pause here. So where have we navigated to or where have you navigated to?

A. After typing the text to come into the message box, I hit send, after taking screenshots, returned back to the messaging function and saw that my text was no longer in the box. It was below under a section labeled message history.

Q. And beneath message history, is there some text in parenthesis?

A. Yes.

Q. Could you read what is shown in those parenthesis?

A.    It says, "Answers from our crew appear here.  And below that you can also wipe the message history, not undoable."

Q.    And we can close this out.  And in your binder, I would like to direct your attention to Exhibits 204A, 204B and 204C. And do you recognize those exhibits?

A.    I do.

Q.    And what do you recognize those three exhibits to be?

A.    These are screenshots I took on or about November 19th, 2019 of the messages I wrote through the Bitcoin Fog hidden services site.

Q.    Do those screenshots fairly and accurately represent the screen on that date and time?

A.    They do.

        MR. BROWN:  The government moves to admit and publish Exhibit 204A, 204B and 204C.

        THE COURT:  Any objection?

        MR. EKELEND:  I am assuming that you just scrolled through 204A, B and C, that is what I just saw in sequence?

        No objection, Your Honor.

        THE COURT:  Exhibits 204A, B and C are admitted and may be published to the jury.

        (Whereupon, Exhibit No. 204A - 204C were admitted.)

BY MR. BROWN:

Q.    If I can direct your attention to Exhibit 204A.  What does this screenshot show?

A.    This is a screenshot of the first portion of the text I entered into the Bitcoin Fog support message function.

Q.    Could you go ahead and read the whole message to the jury?

A.    "Hello, I need help.  I created my account to clean my coins from celling ecstasy.  I sold Molly on Apollon and I have been selling on WSM and Dream, but all of the exit scams and scams got me spooked.  I am new to this and I am worried I am going to get caught.  I need help cleaning my Bitcoin.  And I don't trust the big mixers after Best Mixer.  Bitcoin Fog has been around forever.  You you guys must be doing" --

Q.    And then can we move Exhibit 204B.  And what does this show?

A.    This is the remainder of the text I had entered to the support messaging function.

Q.    Can you finish reading the message you wrote in?

A.    Beginning with the second paragraph where it starts you you,  "You you guys must be doing something right.  I have more coins I need cleaned, but how do I know I can trust you?  People on Bitcoin Talk say you are a scam."

Q.    And then can I direct your attention to Exhibit 204C.  And what does this exhibit show?

A.    This is a screenshot I took of the message function page after I had sent the message.  And it shows my message history.

Q.    We can close that out.  So I would like to move forward in time two days to November 19th -- November 21st, 2019.  What,

if anything, happened on November 21st, 2019?

A. On November 21st, 2019, I again logged into my previously created account on the Bitcoin Fog hidden services site. And I reviewed the messaging function, as well as some of the other pages and made a withdrawal of funds from Bitcoin Fog to a previously created wallet off platform.

Q. So we would like to direct your attention to Exhibit 205F. Bear with us for a moment. Pause there. Mr. Price, do you recognize this exhibit?

A. I do.

Q. What do you recognize it to be?

A. It is a screen recording I took on or about November 21st, 2019 of interactions I had with the Bitcoin Fog hidden services site.

Q. And have you previously reviewed this -- did you say a screenshot or a video?

A. Apologies. I keep butchering that. It was a screen video.

Q. Have you previously reviewed this screen video?

A. I have.

Q. Does this video fairly and accurately represent what you saw on the screen and the actions that you took on November 21st?

A. It does.

Q. We can go ahead and play it.

THE COURT:  I'm sorry.

MR. BROWN:  I'm sorry.

THE COURT:  This one I don't think you have moved in yet.

MR. BROWN:  Apologies, Your Honor.  The government moves to admit and publish 205F.

THE COURT:  Any objection?

MR. EKELEND:  No objection, Your Honor.

THE COURT:  205F is admitted and may be published to the jury.

(Whereupon, Exhibit No. 205F was admitted.)

BY MR. BROWN:

Q.   Mr. Price, just before we start playing, where -- what is shown on the screen here?

A.   This is a -- the video begins with me in the Silo tool using the Tor Browser functionality.  And I had entered the hidden services site address for Bitcoin Fog.

Q.   And where is the hidden services address?

A.   On the upper portion of the browser tab in a light gray box beginning with HTTP://FOGGEDDRIZTRCAR2.onion.

Q.   Go ahead and play.

(Video played.)

BY MR. BROWN:

Q.   We can pause here.  So what have you done so far in this video?

A.   After accessing the Bitcoin hidden services site, I entered my previously created username and password.  And I clicked on the support function to review my message history.

Q.   By this time, had anyone responded to your message?

A.   No.

Q.   We can move on to Exhibit 205G and pause here.

Mr. Price, do you recognize Exhibit 205G?

A.   I do.

Q.   What do you recognize it to be?

A.   This is the webpage StrongCoin.com where I had previously created a wallet to receive funds from Bitcoin Fog.

Q.   What form of media is Exhibit 205G?

A.   Again, it is a screen recording.

Q.   And have you previously reviewed this screen recording?

A.   I have.

Q.   Does it fairly and accurately depict the events on the screen on that date and time?

A.   It does.

MR. BROWN:  The government moves to admit and publish Exhibit 205G?

THE COURT:  Any objection?

MR. EKELEND:  No objection, Your Honor.

THE COURT:  Exhibit 205G is admitted and may be published to the jury.

(Whereupon, Exhibit No. 205G was admitted.)

BY MR. BROWN:

Q. Can we go ahead and actually pause? I'm sorry. Pause here.

So where are we here in the video?

A. I believe this is the beginning of the video. And I am at the StrongCoin.com. Or I have logged into StrongCoin.com and I am looking at my public wallet addresses.

Q. What is StrongCoin.com?

A. It is a free Bitcoin wallet service.

Q. Go ahead and play.

(Video played.)

BY MR. BROWN:

Q. Pause here.

Mr. Price, at this point in the video, what are you doing?

A. Apparently I had made a typo when I entered my username, so I corrected that and logged back into the Bitcoin Fog hidden services site. And I had separate tabs open, one for the Bitcoin Fog site using the Tor functionality; the second using a Dutch point of presence to access the StrongCoin wallet. And I am tabbing between the windows to enter the necessary information to prepare to conduct a transaction from Bitcoin Fog.

Q. And it looks like you may have selected or highlighted something on this page. Is that accurate?

A. I did. I highlighted a Bitcoin Fog address from the

StrongCoin page.

Q.    Why did you highlight that Bitcoin address?

A.    I am preparing to copy it so I can paste it into the withdrawal page on Bitcoin Fog.

Q.    What is the purpose of pasting it into the withdrawal page on Bitcoin Fog?

A.    Both because it is easier than manually typing all of these letters in, but also to ensure I have it accurate so that I can conduct a withdrawal from the Bitcoin Fog platform.

Q.    You can continue.

        (Video played.)

BY MR. BROWN:

Q.    So pause here.  So on the video recording, what has just happened?

A.    I had pasted in the wallet address from StrongCoin.com into the withdrawal destination address box on the withdrawal page.  And then entered the amount of Bitcoin I wanted to withdraw from the Bitcoin Fog hidden services site, entered the required security text.  Before I did that, I took a screenshot and I then pushed the withdrawal confirmation button and I was taken to the page stating the payment was complete.

Q.    And did Bitcoin Fog require any further information before this transaction went through?

A.    None whatsoever.

Q.    We can close that out.

THE COURT:  Mr. Brown, is this a good time for the morning break?

MR. BROWN:  Actually, I'm sorry.  Maybe just two more minutes.

THE COURT:  That is fine.

MR. BROWN:  Actually, let's not close that out.  I have just have one or two more questions on this video.

Let's go ahead and continue.

(Video played.)

BY MR. BROWN:

Q.   And while the video is playing, what is going on on the screen here?

A.   I am taking screenshots of various aspects of the page.

Q.   And then pause here.  So where -- in the screen recording right now, where is your mouse?

A.   It is hovering over the clear note website link on the bottom portion of the page.

Q.   Does something happen when you hover your mouse over the text?

A.   On the bottom left-hand side of the screen a box pops up with a hyperlink to WWW.BitcoinFog.com.

Q.   And then pause here.  Where is your mouse here?

A.   Covering over a link that states BitcoinTalk.org thread.

Q.   Do you -- and is there text that appears here?

A.   Similar to the last one in the bottom left-hand corner is

a box with the web address HTTPSBitcoinTalk.org.

Q.   Looking at the web address on the right-hand side is there a number associated with this specific topic?

A.   Yes.  50037.

Q.   Do you have an understanding of what that link leads to?

A.   It leads to the BitcoinTalk.org forum thread about Bitcoin Fog.

MR. BROWN:  We can pause here.  That is my last question on this exhibit.

THE COURT:  Okay.  Why don't we go ahead and take our break now then.  It is just a couple of minutes past 11:00. Let's take a break until 11:20.  And I will remind you, don't discuss the case among yourselves and don't any research.  And I will see you back here about 18 minutes or so.

THE COURTROOM DEPUTY:  All rise.

(Jury out at 11:01 a.m.)

THE COURT:  Mr. Ekeland, did you want raise something about the computer?

MR. EKELEND:  Yes, Your Honor.  Just very briefly. We wanted to update you on the status of Mr. Sterlingov's laptop.  He still does not have access to a laptop to review discovery in the jail.  And then last night, the jail apparently issues tablets.  And that is the way they make their phone calls primarily is my understanding.  They took his tablet away, not just him apparently, I think a lot of people,

saying that they got -- there was some kind of software update or something.  So it is my understanding that Mr. Sterlingov is having a lot of trouble calling us.  I just wanted to update the Court on that, for the record.

THE COURT:  All right.  I spoke to the marshal yesterday and he said he would make arrangements with respect to the computer.  It may be that it hasn't happened yet.  But if it doesn't happen in the next day or two, let me know.  The Marshals Office has told me this will be fixed.

MR. EKELEND:  We appreciate that, Your Honor.  I wanted to make a record on that point.

THE COURT:  All right.  Anything else before we take our break?

MR. BROWN:  No, Your Honor.

THE COURT:  All right.

(Recess taken at 11:03 a.m.)

(Jury in at 11:29 a.m.)

THE COURT:  All right.  Mr. Brown, you may continue.

BY MR. BROWN:

Q.   Mr. Price, I'd like to direct your attention in the binder to Government Exhibits 205A through 205B through D.

A.   Okay.

Q.   Do you recognize those four exhibits?

A.   I do.

Q.   What do you recognize those exhibits to be?

A.    These are a series of screenshots I took while accessing the Bitcoin Fog website.

Q.    Were those screenshots that you took continuing on the November 21st, 2019 transaction?

A.    They were.

Q.    Do those screenshots fairly and accurately represent the screen as you saw it that day?

A.    They do.

MR. BROWN:  The government moves to admit and publish Exhibits 205, 205A, 205B, 205C and 205D?

THE COURT:  Any objection?

MR. EKELEND:  No objection, Your Honor.

THE COURT:  Exhibits 205A through D are admitted and may be published to the jury.

(Whereupon, Exhibit No. 205A - 205D were admitted.)

BY MR. BROWN:

Q.    Mr. Price, could you also in your binder look at 205E as in echo?

A.    I have it.

Q.    And do you recognize that exhibit?

A.    Yes, I do.

Q.    What do you recognize that exhibit to be?

A.    Another screenshot that I took of the Bitcoin Fog hidden services site on or about the 21st of November 2019.

Q.    Does that screenshot also fairly and accurately represent

the screen as you saw it on that day?

A.    It does.

MR. BROWN:  The government moves to admit and publish 205E.

THE COURT:  Any objection?

MR. EKELEND:  No objection, Your Honor.

THE COURT:  205E is admitted and may be published to the jury.

(Whereupon, Exhibit No. 205E was admitted.)

BY MR. BROWN:

Q.    Now directing your attention to 205A.  What is shown here?

A.    This is a screenshot of the support message function on the Bitcoin Fog company hidden services site showing the message I posted under the message history section.

Q.    And then directing your attention to Exhibit 205B.  What does this exhibit show?

A.    Another screenshot of the withdrawal page from Bitcoin Fog prior to confirming the transaction, showing the amount, designation address and the security text I entered.

Q.    And then directing your attention to Exhibit 205C.  What does this show?

A.    This is a screenshot after the withdrawal is completed showing that payment was complete.

Q.    And then directing your attention to Exhibit 205D.  What does this show?

A.    Screenshot of the home page of the Bitcoin Fog hidden services site.

Q.    And then directing your attention to 205E.  What does that show?

A.    Screenshot of the portion of the Bitcoin Fog hidden services landing page showing the hyperlinks at the bottom.

Q.    Were all of these screenshots taken as part of that November 21st, 2019 transaction?

A.    Yes, they were.

Q.    And now having reviewed the footage for the November 2019 transaction from November 18th to the 21st, could you recap for the jury the steps that you took?

A.    Yes.  Using an initially created wallet off platform, I sent funds to a covert account created on the Apollon market, reviewed the Apollon market screenshots of that and videoed my interactions with it.  From there, I opened -- logged into my previously created undercover account on Bitcoin Fog.  I transferred funds from my customer account at Apollon market into Bitcoin Fog.  I then used the messaging function on the Bitcoin Fog hidden services site to send a message to Bitcoin Fog administrators.

I mentioned that the funds I was using were from the sale of narcotics and I was looking for assistance to help clean more.  Approximately two days later, I logged back into the platform.  I then reviewed the messaging function to see if I

had received a response, which I had not.  I then initiated a withdrawal transaction and withdrew Bitcoin that I had previously sent from Bitcoin Fog to a third wallet at StrongCoin.com and was able to successfully complete that transaction.

Q.   All right.  And we can close that out.  So during the course of the investigation, did you also learn about an entity called Moon VPN?

A.   I did.

Q.   What was Moon VPN supposed to be?

A.   It was purportedly a website to purchase virtual private network software.

Q.   Was Moon VPN associated with any person?

A.   As I recall, it was associated with Roman Sterlingov.

Q.   In your binder, I'd like to direct your attention to Exhibits 418A and B.

A.   Okay.

Q.   Do you recognize those two exhibits?

A.   I do.

Q.   What do you recognize them to be?

A.   These are anti-money laundering and know your customer from the Kraken digital currency exchange.

Q.   What is the Kraken digital currency exchanges?

A.   Kraken is a virtual currency exchange service that provides cryptocurrency trading exchange, buying and selling.

Q.   And are these fair and accurate copies of records provided by Kraken?

A.   Yes.

     MR. BROWN:  The government moves to admit exhibits 418A and 418B?

     THE COURT:  Any objection?

     MR. EKELEND:  I'm sorry.  Could I see 418B one more time?

     No objection, Your Honor.

     THE COURT:  418A and B are admitted and may be published to the jury.

     (Whereupon, Exhibit No. 418A and 418B were admitted.)

BY MR. BROWN:

Q.   So looking at Exhibit 418A, first of all, what sort of a record is this?

A.   It appears to be an internal Kraken anti-money laundering record describing the universal business ownership of a customer account.

Q.   Is there a name associated with this Kraken account holder?

A.   The legal name of the entity is To The Moon LTD and it lists two officers.

Q.   What are the two officers listed?

A.   Roman Sterlingov, who is listed as developer, with one hundred percent controlling interest and Neville Cutajar,

company secretary.

Q.    Is there bank account information here?

A.    There is.

Q.    And where do you see that?  Could you point that out on the screen?

A.    Yes.  Towards the bottom of the paragraph, it says bank name Sparkasse Bank Malta PLC.

Q.    During the course of your investigation, did you find whether there was an entity associated with To the Moon in Malta?

A.    Yes.

Q.    Directing your attention to the second exhibit, 418B.  If we could scroll through from the top to the bottom slowly and then we'll ask you to describe what is here.

A.    This is a scan of a passport from the Republic of Malta from an individual named Neville John Cutajar.

        The next page appears to be an identity card from Sweden listing the name Roman Sterlingov with a date of birth of August 14th, 1988.

Q.    We can close that out.  During the course of your investigation, did you find a website associated with Moon VPN?

A.    I did.

Q.    And do you happen to recall what the website was?

A.    I believe it was Moon VPN.org.

Q.    Now, going back to November of 2019, did you take any

investigative steps with regard to Moon VPN?

A.    I did.

Q.    And what investigative steps did you take?

A.    I accessed the website for MoonVPN.org.  I reviewed the website itself, took a series of screen captures and made a purchase of the software offered on the website.

Q.    And did you document these steps with screenshots?

A.    I did.

Q.    So directing your attention to Exhibit 206A and there should be a copy in your binder.

A.    Okay.

Q.    Do you recognize this exhibit?

A.    I do.

Q.    What do you recognize it to be?

A.    It is a screenshot of the MoonVPN.org website that I took.

Q.    Does this screenshot fairly and accurately show the screen of MoonVPN.org?

A.    It does.

        MR. BROWN:  The government moves to admit and publish Exhibit 206A.

        THE COURT:  Any objection?

        MR. EKELEND:  No objection.

        THE COURT:  206A is admitted and may be published to the jury.

        (Whereupon, Exhibit No. 206A was admitted.)

BY MR. BROWN:

Q.    So at a high level, could you describe what is shown on the screen here?

A.    Yes.  It is the landing page for MoonVPN.org.  And it has some information about the service, the product, as well as some news feeds and a link to -- or a logo stating that it accepts Bitcoin.

Q.    And maybe explain to the jury, what is a VPN?

A.    A VPN is a virtual private network.  It is a service that is commonly used to help conceal one's internet protocol address when accessing the internet.

Q.    If we could look at the page in the center.  There is a two-word heading.  Can you read the two-word heading?

A.    Yes.  It states, "No logs."

Q.    What does the text read below that?

A.    "Moon VPN does not keep connection and data traffic logs. We are not required by law in our jurisdiction to do so. Because of this, even if we are instructed/forced to reveal any user information by anyone, we will not be able to reveal any such information."

Q.    And then to the right of that is there another block of text?

A.    Yes.  It states, "Weekly warrant canary."

Q.    Can you go ahead and read the block of text beneath that heading?

A.    "Moon VPN periodically publishes a PGP signed document (warrant canary) indicating that we have not been forced to reveal user information by a gag order/warrant.  We take upon us to accurately update information in the canary so users can check the latest publication to see if Open VPN has been compromised."

Q.    What is PGP?

A.    It stands for pretty good privacy and it is an encryption protocol.

Q.    What process do you understand this warrant canary to be describing?

A.    It is very common for law enforcement to seek information from internet service providers, websites and other service providers such as VPNs in the course of official investigations.  That is often done using legal process.  And I understand this to be stating that this particular service, Moon VPN, should they receive anything of that nature would notify that they had received that.  Those orders are typically kept confidential or sometimes under a court nondisclosure order.

Q.    Now, remind the jury again, when was it that you accessed this website and took the screenshot?

A.    This was around October -- November 19th of 2019.

Q.    And if we scroll down to the bottom, are there any clues on this page about when the page was last updated?

A. Yes.

Q. And what clue do you see?

A. The bottom under the news heading, there is an entry from December 15th stating happy new year. To me it appears that it has not been updated since 2016, because the text states "Happy new year to all of our users. What awaits us in 2016?"

Q. Did you in fact purchase or attempt to purchase service from Moon VPN?

A. Yes.

Q. Directing your attention to Exhibit 206 in your binder, 206B in your binder. Do you recognize that exhibit?

A. I do.

Q. What do you recognize it to be?

A. This is a screenshot I took of an invoice provided by Moon VPN when I attempted to purchase software from the website.

Q. Does this screenshot fairly and accurately show the invoice as you viewed it?

A. Yes, it does.

MR. BROWN: The government moves to admit and publish Exhibit 206B?

THE COURT: Any objection?

MR. EKELEND: No objection.

THE COURT: Exhibit 206B is admitted and may be published to the jury.

(Whereupon, Exhibit No. 206B was admitted.)

BY MR. BROWN:

Q. So when you attempted to purchase services from Moon VPN, how did you pay?

A. I paid using Bitcoin.

Q. And is there information on this invoice to help you pay for services in Bitcoin?

A. Yes. On the upper right-hand corner of the invoice.

Q. If it is possible to zoom into the top of the document here. Could you on the screen show the jury what information there is to assist in paying by Bitcoin?

A. Yes. As I am circling here, there is an amount to pay where it states pay now, a QR code. And below that what appears to be a Bitcoin address beginning with television 12HX51.

Q. What is the purpose of that 12HX51 Bitcoin address?

A. This is a deposit address from Moon VPN. This is where I would send Bitcoin to Moon VPN to pay for the software.

Q. Does this invoice tell you how much Bitcoin to send to that address?

A. Yes. It says approximately 0.01 Bitcoin.

Q. And do you recall roughly how much money that was?

A. It was around $90 US.

Q. And scrolling a little further down in the document, is there information about whom this invoice was issued to?

A. Yes.

Q. And could you show that on the screen for the jury?

A. (Complying.)

Q. And what have you just circled?

A. I circled the invoice name and address for this product.

Q. What name is listed there?

A. Karl Marx.

Q. And who is Karl Marx?

A. A communist philosopher from the 1800s, Germany.

Q. Is Karl Marx still living today?

A. Not to my knowledge, no.

Q. Was he still living in 2019?

A. I don't believe so.

Q. What physical address is listed here?

A. It is an address in Australia I believe for a fast food restaurant.

Q. And is there a date on this invoice?

A. Yes. It appears to be November 18th, 2019.

Q. And is that a different date format from what some of us might be used to?

A. Yes.

Q. Now, did you send Bitcoin to the address indicated on this invoice?

A. I did.

Q. And what, if anything, happened after you sent that Bitcoin?

A. Once I sent the Bitcoin, I was given a link to download a file from the webpage.

Q. Did you download the file?

A. I did.

Q. What happened next?

A. I provided the file to a computer investigative specialist with IRS-CI for review.

Q. What did that review reveal, if anything?

A. It revealed the file was corrupted and unable to be used. It just basically had some text files associated with it.

Q. Now, I would like to direct your attention -- so actually scroll up back to the top of the page. And just could you indicate to the jury again the Bitcoin deposit address here?

A. Yes. It begins 12HX51P.

Q. And when you sent Bitcoin to purchase this service, where did you send your Bitcoin to?

A. To that address.

Q. Directing your attention to Exhibit 206C in your binder. Do you recognize that exhibit?

A. Yes, I do.

Q. What do you recognize it to be?

A. It is a screenshot of an open-source blockchain explorer showing the transaction we just described.

Q. And can you tell from looking at the screenshot which blockchain explorer this is?

A.   I believe this is Mempool.space.

Q.   Does this blockchain explorer fairly and accurately show the transaction details for that transaction?

A.   Yes.

     MR. BROWN:  The government moves to admit and publish Exhibit 206C.

     THE COURT:  Any objection?

     MR. EKELEND:  No objection, Your Honor.

     THE COURT:  Exhibit 206C is admitted and may be published to the jury.

     (Whereupon, Exhibit No. 206C was admitted.)

BY MR. BROWN:

Q.   Now, Mr. Price, would you indicate is there a date indicated for this transaction?

A.   Yes.

Q.   And could you circle that on the screen for the jury?

A.   (Indicating).  It is hard to see, but November 18th, 2019.

Q.   And could you explain the details of this transaction?

A.   Yes.  Beginning in the lower left portion, next to the red arrow is a wallet address, which is an address I had previously created.  It a showed a balance of approximately .016 Bitcoin. And on the right-hand side are two addresses, the top one beginning 12HX51P and below it 3H9Q3U.

Q.   So the address on the left, the sending address, whose address was that?

A.   That was an address I had created.

Q.   And the address on the right the 12HX address, whose address was that?

A.   That was the address provided by Moon VPN for a payment for the service.

Q.   And then the address below that, could you explain that?

A.   That is the change address where the remaining portion of funds that I had sent went.

Q.   And looking at this screen, is there anything to indicate how many times the 12HX51 Bitcoin address experienced any transactions?

A.   Yes.

Q.   And could you point that out to the jury?

A.   Yes.  Midway through the page on the left it says one of one transaction.

Q.   Looking at the top of the page, is there the address indicated for one of one transaction?

A.   Yes.  It is the 12HX51P address.

Q.   Now, have you had an opportunity to review a blockchain explorer for this 12HX51 address recently?

A.   Yes, I have.

Q.   And how recently was that?

A.   Within the last couple of weeks.

Q.   When you reviewed this address, were there any further transactions on the 12HX51 address?

A.    No, there were not.

Q.    So what does it mean to you, just explain to the jury that there are no other transactions involving this address.

A.    It means that the funds I sent to purchase the VPN package were still remaining in the deposit address and have never been swept or used for any other purpose.

Q.    Now we can close that out.  Directing your attention to April of 2021.  Did you participate in the arrest of the defendant, Roman Sterlingov?

A.    I did.

Q.    And do you recall the precise date of that arrest?

A.    It was mid April 2021.  I apologize.  I am struggling with the date.

Q.    Is there anything that might help refresh your recollection?

A.    Yes.  I prepared a report of the arrest.

        MR. BROWN:  Your Honor, may I approach the witness?

        THE COURT:  You may.

BY MR. BROWN:

Q.    So I have handed you a document.  Do you recognize that document?

A.    Yes, I do.

Q.    And what is it?

A.    This is an arrest report and a memorandum of activity documenting the arrest that I prepared shortly after the arrest

of Roman Sterlingov.

Q.    And if I could ask you to silently review that document and look up when you are done.

(Pause.)

MR. BROWN:  May I approach?

THE COURT:  You may.

BY MR. BROWN:

Q.    Now, Mr. Price, having reviewed that document, does that refresh your recollection?

A.    It does.

Q.    What was the precise date of the arrest?

A.    April 27th, 2021.

Q.    Could you explain the circumstances leading up to the arrest?

A.    Yes.  I was actually off of work at a baseball tournament with my son on the Eastern Shore of Maryland.  Myself and the FBI agents assigned to this investigation received notification from US Customs and Border Protection that Roman Sterlingov had planned travel to the United States to Los Angeles from Moscow.

Q.    About how much lead time did you get?

A.    It was approximately 72 hours.

Q.    Did law enforcement then obtain an arrest warrant?

A.    Yes.

Q.    And where did you plan to execute the arrest?

A.    At Los Angeles International Airport.

Q. So did you personally travel there to execute the arrest?

A. I did.

Q. Was there anyone else with you?

A. Yes. Two IRS-CI special agents and a special agent from the Federal Bureau of Investigation and an analyst from IRS-CI.

Q. Who is the analyst?

A. Aaron Bice.

Q. Is it common for a team like yours to have someone like Mr. Bice with them?

A. Yes.

Q. Why is that?

A. On almost every operation the cybercrimes executed, we brought along specialized analysts to assist with any electronic evidence we may collect or if there were cryptocurrency recovery phrases, wallet addresses, anything of that nature to assist with tracing and if authorized by the court seizure of assets.

Q. So after Mr. Sterlingov landed, what happened next?

A. Mr. Sterlingov was greeted by US Customs and Border Protection. And after completing entry to the US, was brought to the secondary screening room at LAX International Airport.

Q. Does Customs and Border Protection, do they generally screen passengers arriving from international locations?

A. Yes. Everyone entering the US has to complete screening by CBP.

Q.    Here, what did the CBP secondary screening consist of?

A.    CBP has authority to conduct searches and ask questions of travelers entering the United States.  In this case, Mr. Sterlingov was brought into the secondary screening area. The CBP officer searched his baggage and asked him a series of questions about his reasons for traveling to the United States, planned destination, activities, things of the nature.

Q.    Were you personally able to observe this process?

A.    Yes, I was.

Q.    And how was that?

A.    Myself and another IRS-CI agent were at an adjacent table along with the Customs and Border Protection officer.

Q.    Were you close enough to overhear any conversation?

A.    Yes, I was.

Q.    What, if anything, did Mr. Sterlingov say about the purpose of his travel?

        MR. EKELEND:  Objection, Your Honor.

        THE COURT:  Do you want to get on the phone?

        (Conference held at the bench.)

        THE COURT:  What is the basis of the objection?

        MR. EKELEND:  He had been detained at that point and he hadn't been advised of his right to counsel and remained silent.  And this isn't relevant and it is also 403.

        THE COURT:  It is only the first of those issues that I think merits a response.  I don't know what the response is.

Was he in custody and were his rights -- had Miranda rights been attached at that point?

MR. BROWN:  He was in Customs custody, yes.  Yes. That would -- he was in custody with CBP.  He had not been advised of his rights, but this was a -- I think these are general screening questions.  It is not a -- it is not an interrogation for law enforcement purchases.

THE COURT:  I don't know off the top of my head the answer to this question.  How much more time do we have for this witness?

MR. BROWN:  Your Honor, I think there is a fair amount of time left, because we will also be going through the physical items that were recovered during the search of Mr. Sterlingov and his luggage.

THE COURT:  So I think we maybe need to come back to this after the lunch break.  If you all can point me to any authority on dealing with this question, this is one that, frankly, should have been briefed pretrial and addressed if there was a suppression motion with respect to the statements he made under Miranda purposes.  But we are where we are on this.  So if there is any authority you want to point me to as to whether he was in custody for Miranda purposes, I would be happy to consider it.

MR. BROWN:  Yes, Your Honor.

THE COURT:  Okay, thank you.

(End of bench conference.)

THE COURT: Okay. You may proceed.

BY MR. BROWN:

Q. So skipping ahead a little bit, did the customs and border protection examine Mr. Sterlingov's luggage at all?

A. They did.

Q. What were you able to observe about that examination?

A. They pulled items out of his package, including numerous electronic devices, papers, identity documents, things of that nature.

Q. And did the screening process eventually end?

A. It did.

Q. And then what, if anything, happened after the CBP screening?

A. CBP made an independent determination they were not going to authorize entry into the United States under their authority. Mr. Sterlingov was escorted by the CBP officers to a processing room. And they completed their immigration processing and myself and Special Agent Barry with the IRS then entered the room and served Mr. Sterlingov with the arrest warrant that was issued by the court here in DC.

Q. And at the moment of his arrest was Mr. Sterlingov carrying any luggage for his travel?

A. Yes. He had four suitcases.

Q. Did you seize those suitcases while you were performing

the arrest?

A.   Yes.

Q.   And what, if anything, did you do with those suitcases?

A.   Transported the suitcases initially to the FBI resident agency at the Los Angeles International Airport.

Q.   Then what did you do?

A.   Subsequently transported them, after transporting Mr. Sterlingov to detention, transported them to the IRS-CI Los Angeles field office.

Q.   Then was anything further done with those items of luggage?

A.   Yes.  I needed to transport the items to Washington, DC, myself via airline.  And before doing so, I conducted an inventory of all of the items in the bags to ensure everything I was taking on the plane could travel.

Q.   Is there a name for this process that you conducted?

A.   Yes.  It is referred to as an inventory search.

Q.   Again, what is the purpose of doing an inventory search?

A.   Again, to assure that all of the property I am responsible for is accounted for and safely stored for transport back to Washington.

Q.   And directing your attention to Exhibit 112.  It may or may not be in the binder.  It is on the screen?

A.   Yeah, I have it.

Q.   Do you recognize that exhibit?

A.    I do.

Q.    And what do you recognize it to be?

A.    This is an inventory of the items in Mr. Sterlingov's luggage that I prepared during the inventory search.

Q.    The government moves to -- and does this inventory fairly and accurately list the items that you observed in that luggage?

A.    Yes, it does.

MR. BROWN:  The government moves to admit and publish Exhibit 112?

THE COURT:  Any objection?

MR. EKELEND:  No objection, Your Honor.

THE COURT:  Exhibit 112 is admitted and may be published to the jury.

(Whereupon, Exhibit No. 112 was admitted.)

BY MR. BROWN:

Q.    If we could start with the first page.  What does this exhibit show?

A.    This is the inventory I prepared.  It is a list of items, description of the items, reference to photos I took and the location where the bags were -- I'm sorry -- where the item was in the bags.  And then notes about where the item is for transport.

Q.    And if we could scroll I think there is a second page and maybe a third page.

A.   Yes.

Q.   And does this just show further items from the inventory?

A.   It does.

Q.   Now, at this time, did you take photographs of any items?

A.   I did.

Q.   So we can close this out.  I'd like to direct your attention to Exhibit 111.

A.   Okay.

Q.   Do you recognize that exhibit?

A.   I do.

Q.   And what do you recognize that exhibit to be?

A.   It is a piece of paper that is a photograph of what appear to be backup recovery codes for a Google Gmail account.

Q.   And where did that item come from that you photographed?

A.   It was in the luggage that Mr. Sterlingov had with him when he entered the United States.

Q.   Does this photograph fairly and accurately represent that item that you recovered from Mr. Sterlingov's luggage?

A.   Yes, it does.

          MR. BROWN:  The government moves to admit and publish Exhibit 111.

          THE COURT:  Any objection?

          MR. EKELEND:  I just don't see it on the preview screen right now.  There we go.

          MR. BROWN:  It is in the binder.

MR. EKELAND:  No objection, Your Honor.

THE COURT:  Exhibit 111 is admitted and may be published to the jury.

(Whereupon, Exhibit No. 111 was admitted.)

BY MR. BROWN:

Q.   Mr. Price, could you explain what this item is that we are looking at?

A.   Yes.  It is a piece of paper with a photograph on it that has backup codes for a Google Gmail account, which is listed under the words Google in parenthesis, Heavydist@gmail.com. And it lists approximately ten backup codes for this email account.

Q.   What is the purpose of backup codes for a Gmail account?

A.   Gmail and other email providers have a functionality to restore your account should you lose your password and be locked out.  And these codes can be used to do so.

Q.   And looking down at the bottom of this photograph or item, is there anything that indicates what date these codes were generated?

A.   Yes.  It states that these codes were generated on August 25th, 2019.

Q.   How does that compare in time to the date of Mr. Sterlingov's arrest?

A.   It is a little over a year and a half prior.

Q.   Directing your -- we can close that out.  I'd like to

direct your attention to Exhibit 102.  Do you recognize this exhibit?

A.    Yes, I do.

Q.    What do you recognize this to be?

A.    This is a photo I took during the inventory search of Mr. Sterlingov's property of seven what appear to be portions of Ikea tape measures with some writing on them and electronic storage media wrapped up inside of them.

Q.    Does this photograph fairly and accurately represent the items that you recovered from Mr. Sterlingov's luggage?

A.    Yes, it does.

MR. BROWN:  And the government moves to admit and publish Exhibit 102.

THE COURT:  Any objection?

MR. EKELEND:  No objection, Your Honor.

THE COURT:  Exhibit 102 is admitted and may be published to the jury.

(Whereupon, Exhibit No. 102 was admitted.)

BY MR. BROWN:

Q.    Can you just point out relevant features of this photograph?

A.    Yes.  So there are seven portions of paper tape measures which have an Ikea logo on them and written along the various measurements are words.  And then wrapped within inside these tape measures that are folded were various storage media or

mobile telephone SIM cards.

Q. All right. We can close that out. Directing your attention to Exhibit 103 in your binder. Do you recognize this exhibit?

A. I do.

Q. What do you recognize this exhibit to be?

A. This is a photo I took during the inventory search of what appear to be three mobile telephone SIM cards and a partially broken SD storage card.

Q. Does this exhibit fairly and accurately represent these items that you recovered from Mr. Sterlingov's luggage?

A. Yes.

MR. BROWN: The government moves to admit and publish Exhibit 103?

THE COURT: Any objection?

MR. EKELEND: No objection, Your Honor.

THE COURT: Exhibit 103 is admitted and may be published to the jury.

(Whereupon, Exhibit No. 103 was admitted.)

BY MR. BROWN:

Q. Mr. Price, could you point out what the three items on the bottom are and explain what those are?

A. The three items that I am circling are mobile telephone SIM cards. And those are cards that allow a mobile telephone to talk to a mobile network. For example, if you have a

Verizon phone, you need a SIM card coded to Verizon.  If you travel to Europe you need a --

MR. EKELEND:  Objection, Your Honor.

THE COURT:  What is the objection?

MR. EKELEND:  This is 702.  This is --

THE COURT:  What a SIM card is?

MR. EKELAND:  What?

THE COURT:  He is just asking what a --

(Conference held at the bench.)

MR. EKELEND:  Mr. Price is not qualified as an expert on SIM cards and why SIM cards are --

THE COURT:  I can actually describe what a SIM card is though.

MR. EKELEND:  It is not about just the SIM cards.  It is about their use.  What the government is trying to elicit is that somehow using multiple SIM cards, which is a very common thing -- Mr. Fischbach can testify to it -- is somehow sinister.  This is a fact witness.  He has now given opinion about as to what these devices are used for.  We should just limit this testimony to the facts of what the witness actually inventoried, rather than opining on what the devices were used for.  That is an expert opinion testimony.  He is not qualified as an expert under 702 to discuss these.

THE COURT:  The question posed was, what are those?  What are those?  That was the question.

MR. EKELEND: And he started talking about the use of the SIM cards in Europe, if I recall. What our objection is --

THE COURT: If there was any reference to Europe, I missed it because I didn't see or hear anything about Europe, but maybe I missed it.

MR. EKELEND: Your Honor, we just ask that the witness be kept to his factual personal knowledge of what he seized at the airport and not opine on the uses of the SIM cards or any of the devices. This is -- keep this to fact testimony and not expert testimony. That is our objection.

THE COURT: All right. Mr. Brown.

MR. BROWN: Your Honor, I think that simply explaining what a SIM card is, falls within his lay knowledge. If this were something more technical I think it would be a different question. It is really just him -- I don't think it is especially technical or expert knowledge to say that SIM cards are used in international travel. He is not opining these are sinister or somehow nefarious. He is just answering the question about what is a SIM card.

THE COURT: I think it is fine. I will allow it.

(End of bench conference.)

BY MR. BROWN:

Q. Mr. Price, did you finish your answer about explaining what these three items on the bottom are?

A. Yes, I did.

Q. And then the item on the top, what is that?

A. It appears to be a SD storage media card that is partially broken.

Q. What is in an SD card or storage media card?

A. It is very similar to like a very small disk. It is a storage device that can be used in cameras, mobile phones, any number of places.

Q. We can close this out. I'd like to direct your attention to Exhibit 104.

A. Okay.

Q. Do you recognize this exhibit?

A. Yes, I do.

Q. And what does this exhibit show?

A. This is another photograph that I took during the inventory search depicting a leather pouch and numerous electronic storage devices, SIM cards, and SIM card holders that were contained within it.

Q. And does this photograph fairly and accurately represent some of the items that you recovered during the search of the defendant's luggage?

A. Yes.

MR. BROWN: The government moves to admit and publish Government Exhibit 104.

THE COURT: Any objection?

MR. EKELEND: No objection, Your Honor.

THE COURT:  Exhibit 104 is admitted and may be published to the jury.

BY MR. BROWN:

Q.   Mr. Price, could you point out the different categories of items on this photograph?

A.   Yes.  The beginning on the bottom right, the black leather pouch is where these item were contained above the seven portions of tape measures that were previously shown in a previous photo and in the center collection of SD cards, USB drives and adapters to use those, as well as what appear to be at least one mobile phone SIM card and the plastic holders they come in.  And on the far left, cards that are typically sold in retail locations that hold SIM cards.

Q.   And it looks like some of those cards have holes punched out.  Could you explain why that may be?

A.   Yes.  Again, the -- you can buy these cards in Europe or many locations in a store.  And you have to punch the card out to put it into your phone.

Q.   We can close this out.  And I would like to direct your attention to Exhibit 109.

Okay.  Do you recognize this exhibit?

A.   I do.

Q.   And what does this exhibit show?

A.   This shows -- this is again a photo I took what of what appeared to be a mobile network modem that was found in

Mr. Sterlingov's luggage during the inventory search.

Q.   Does this photograph fairly and accurately depict the item that you recovered from the defendant's luggage?

A.   Yes, it does.

MR. BROWN:  The government moves to admit and publish 109.

THE COURT:  Any objection?

MR. EKELEND:  No objection, Your Honor.

THE COURT:  Exhibit 109 is admitted and may be published to the jury.

(Whereupon, Exhibit No. 109 was admitted.)

BY MR. BROWN:

Q.   Can you point out where the item is in the photo?

A.   Yes.  Here in the center circled, it says Live LTE on it, has a series of wires protruding from it as well as four what appear to be USB devices connected to it and two small computing devices connected via ethernet cables.

Q.   Do you have an understanding of what those two small computer devices are?

A.   Yes.  They are Raspberry Pi mini computers.

Q.   Directing your attention to Exhibit 108.  Mr. Price, do you recognize this exhibit?

A.   I do.

Q.   What does this exhibit show?

A.   This is a photo I took during the inventory search of

Mr. Sterlingov's luggage.  And it depicts a metal case where that previously shown modem was found, as well as what appears to be a large portable battery that was in that same case.

Q.   And does this photograph fairly and accurately depict the items that were found in Mr. Sterlingov -- in the defendant's luggage?

A.   Yes, it does.

MR. BROWN:  The government moves to admit and publish Exhibit 108.

THE COURT:  Any objection.

MR. EKELEND:  No objection, Your Honor.

THE COURT:  Exhibit 108 is admitted and may be published to the jury.

(Whereupon, Exhibit No. 108 was admitted.)

BY MR. BROWN:

Q.   Mr. Price, could you point out -- you mentioned a case. Could you point where the case is?

A.   Yes.  In the upper right-hand portion of the screen, it is this metal looking case.  Where you can see a gloved hand and an object being picked up.

Q.   And what, if anything, was stored in that metal case?

A.   The battery pictured here on the center of the table was at the bottom.  And the previously shown mobile modem device was sitting on top of it, along with the Raspberry Pi devices and the wires inside of that box.

Q.   If it is possible to zoom into the top half of this photo. Is there text on that case itself?

A.   Yes.  It states LiveLTE.RU.

Q.   We can close that out.  And, finally, I would like to direct your attention to Exhibit 105.  When I say finally, I mean finally for this section.

A.   Okay.

Q.   Mr. Price, do you recognize Exhibit 105?

A.   Yes.

Q.   And what does Exhibit 105 show?

A.   It is a photograph I took during the inventory search of a Raspberry Pi minicomputer in Mr. Sterlingov's luggage.

Q.   Does this exhibit fairly and accurately represent the item that you recovered from the defendant's luggage?

A.   Yes.

         MR. BROWN:  The government moves to admit and publish Exhibit 105.

         THE COURT:  Any objection?

         MR. EKELEND:  No objection, Your Honor.

         THE COURT:  105 is admitted and may be published.

         (Whereupon, Exhibit No. 105 was admitted.)

BY MR. BROWN:

Q.   Mr. Price, did you just point out any distinguishing features on this item?

A.   Yes.  In the center is a logo of a raspberry.  It is the

logo of Raspberry Pi.  And on the top left is what appears to be plugged in through USB, a device that says Netgear WPS on it.

Q.   We can close that out.  After finishing the inventory search, what did you do with the items?

A.   The items were packed back into the suitcases and stored at the LA IRS Los Angeles office in secure storage.  I had a fight scheduled for later that evening.  I transported them from the LA IRS field office.  I flew out of Los Angeles International Airport to Dulles on United Airlines.  When I arrived in Washington, I brought the suitcases to my government-owned vehicle and transported them directly to evidence storage at the IRS-CI at the Washington, DC field office.

Q.   When you repacked the items, just to be clear, did you repack it exactly as it had been packed originally?

A.   No.  When Mr. Sterlingov arrived in the country, US Customs searched his luggage.  And they tend to throw things back in the bag.  I made sure to pack them in a manner that would ensure nothing was damaged or lost prior to transporting them back to Washington.

        MR. BROWN:  Your Honor, I don't know how much farther we want to continue before lunch.

        THE COURT:  Just give me a second.

        (Pause.)

THE COURT:  Why don't we go for another 15 minutes or so then?

MR. BROWN:  Yes, Your Honor.

BY MR. BROWN:

Q.   So what happened to the luggage after you took it to the IRS evidence locker in Washington, DC?

A.   Upon transporting it to Washington, DC, I obtained a search and seizure warrant through the US District Court here in Washington, DC to search and seize items of evidence from that luggage.

Q.   Did you personally participate in the execution of that warrant?

A.   I did.

Q.   Where was the search executed?

A.   It was executed within the IRS-CI Washington, DC field office on First Street Northeast.

Q.   Was this on or about April 30th, 2021?

A.   It was.

Q.   So I would like to direct your attention to Exhibit 113, which I believe should be in your binder.

A.   Yes.

Q.   Do you recognize that exhibit?

A.   I do.

Q.   And what do you recognize that exhibit to be?

A.   This is a photo log from the search warrant.

Q. And do these photos -- were they taken by you or somebody else?

A. They were taken by me.

Q. Do those photos fairly and accurately represent items found during the execution of that search warrant?

A. They do.

MR. BROWN: The government moves to admit and publish Exhibit 113.

THE COURT: Any objection?

MR. EKELEND: No objection, Your Honor.

THE COURT: Exhibit 113 is admitted and may be published to the jury.

(Whereupon, Exhibit No. 113 was admitted.)

BY MR. BROWN:

Q. So I'd like to -- look at the first page here. What is on the first page of this document?

A. It has the date of the search, the location, the photographer, which was my name, and then a list of nine photos listing the location and a description of each photo.

Q. And if I could, I'd like to start with very last photo and then we'll come back and go in order. What does this last photo show?

A. I believe this is the photo listed as number 9 on the photo log. It is the four bags after I completed the search.

Q. And it appears that there are labels on the bags. Did you

create those labels?

A. I did.

Q. And what -- did you place those labels on the bags?

A. I did.

Q. What was the purpose of doing that?

A. IRS search procedure is to label containers or rooms, particularly for a house or in this case label containers for tracking, so that I am able to keep track of where items are located and record that both in photos and search warrant inventory.

Q. Okay. And then moving back to the first photo in the sequence. I think is is page 2 of the document.

A. Okay.

Q. What does that photo show?

A. This is a photo of a suitcase labeled bag A, an initial photo before I opened it to complete the search and seizure.

Q. If we can move to the next photo. What does that photo show?

A. This is a photo of the same bag after opened, showing the contents.

Q. If we could move to the next photo. What does that photo show?

A. This is a photo of a suitcase labeled bag B, prior to opening it.

Q. What does -- we can move to the next photo. What does

this photo show?

A.    A photo of another bag labeled bag C, prior to opening.

Q.    Move forward to the next photo.  What does this show?

A.    I believe that is of bag B, after it was opened to be searched.

Q.    And move forward to the next photo.  What does this show?

A.    A photo of bag D, prior to being searched.

Q.    Move forward to the next photo.

A.    A photo of bag D when it was opened displaying the contents.

Q.    And there appears to be a red item there.  Do you recognize that red item?

A.    I do.

Q.    What is that?

A.    It is a red file folder containing documents, handwritten notes, several other paper items.

Q.    And could we move to the next photo.  What does this photo show?

A.    This is a photo of another of the bags opened showing the contents.

Q.    And is that all of the photos or is there -- and then this is the end.

      Now, did -- during the course of the search, did you actually seize certain physical items for evidence?

A.    I did.

Q.   So at this point, Mr. Price, we would like to bring up a series of physical items.  We have our helper here who can just, with the Court's permission, stand next to you and hand you items to review.

THE COURT:  That is fine.

MR. EKELEND:  Objection, Your Honor.

THE COURT:  What is the objection?  Can we have a conference?

(Conference held at the bench.)

MR. EKELEND:  First of all, this is cumulative evidence.  We have just been through all of the photos of it.  Number 2, we think that the purpose of this is under 403, it is more prejudicial than probative.  If the Court is going to allow it, we request the same physical items be made available so Mr. Fischbach can testify as to them and the government, produce them for Mr. Fischbach's testimony.

THE COURT:  Mr. Brown.

MR. BROWN:  Your Honor, first of all, let's see what the physical items are.  These are not cumulative.

THE COURT:  No.  I think the only question I have is whether you are prepared to make them available for the defense during their testimony.

MR. BROWN:  Yes, Your Honor.  Yeah, of course, we can make them available to the defense.  And, Your Honor, the data from I think or virtually all of the electronic devices has

been produced to the defense long ago. And Mr. Fischbach has had months and months to review the forensic images.

THE COURT: No. I think he is saying during his testimony he would like to have them so he can testify about the items as well. I think that is all they were saying.

MR. EKELEND: Correct, Your Honor. We want them physically present just like the government is using them.

THE COURT: Okay. Any objection?

MR. BROWN: No objection to that, Your Honor.

THE COURT: Okay. Thanks.

MR. EKELEND: Thank you, Your Honor.

THE COURT: Otherwise then the objection is overruled.

(End of bench conference.)

THE COURT: You may proceed.

BY MR. BROWN:

Q. So we can go ahead and close out Exhibit 113.

And then, yes, we'll have our helper here bring up the physical items.

All right. Mr. Price, so we'd like to hand you Exhibit 125, which is also marked as 1B11.

A. Okay.

Q. Before you do anything, do you recognize this box?

A. I do.

Q. And is it sealed in any way?

A.   Yes.  It is sealed by evidence tape.

Q.   And so we are going to have you go ahead and open that up right now.

A.   (Complying).

MR. EKELEND:  Your Honor --

THE COURT:  Yes.

MR. EKELEND:  We are adjusting difficulty seeing what Mr. Price is holding.

THE COURT:  He is just opening the box.  You are welcome to stand over here, if you would like to.

You can just stand right there, if you like.

I will tell you what, I will ask him to hold them up when he takes items out, that way you can be seated.

MR. EKELEND:  Thank you.  It is just the sight line.

THE COURT:  No, I understand.

BY MR. BROWN:

Q.   Could you go ahead and take the item out of the box and show that to the jury and to the defense?

A.   (Complying).

Q.   All right.  And you can go ahead and move the box out of the way.  And could you -- it looks like there is some sort of box.  Could you go ahead and open that box, container?

A.   (Complying).

Q.   Mr. Price, is this one of the items that you recovered during the search of Mr. Sterlingov's luggage?

A.   Yes, it is.

Q.   Is this item in substantially the same condition as when you recovered it during the search?

A.   Yes, it is.

MR. BROWN:  The government moves to admit and publish Exhibit 125.

THE COURT:  Any objection?

MR. EKELEND:  No objection.  It has already been published.

MR. BROWN:  Yes.  I'm sorry, Your Honor, about that.

THE COURT:  Exhibit 125 has been admitted.

(Whereupon, Exhibit No. 125 was admitted.)

BY MR. BROWN:

Q.   Mr. Price, could you take the item out of the case and show that to the jury?

A.   (Complying).

Q.   Is there text on those four sort of pieces that are sticking out?

A.   Yes.

Q.   And what does that text say?

A.   It says Live LTE.

Q.   I would like to -- hold on -- keep that there.  Keep that item in front of you at the witness stand.  Could you open Exhibit 126, which is an envelope, 1B22.

I guess before showing it to the jury, do you recognize

that item?

A. I do.

Q. And is that one of the items you recovered during the search of Mr. Sterlingov's luggage?

A. It is.

Q. And is it in substantially the same condition as when the item or items were recovered during the search?

A. Yes, it is.

MR. BROWN: The government moves to admit and publish Exhibit 126.

THE COURT: Any objection?

MR. EKELEND: No objection, Your Honor.

(Whereupon, Exhibit No. 126 was admitted.)

THE COURT: Exhibit 126 is admitted and may be published to the jury.

BY MR. BROWN:

Q. Mr. Price, could you pull that out and show that to the jury and to the defense?

A. (Complying).

Q. And what items have you just pulled out of that envelope?

A. Two green boxes containing what appear to be mobile modems. They have Russian writing on them.

Q. Could you open one of those boxes and pull out whatever item is contained inside?

And then comparing that to the item inside the silver

case, does there appear to be any relationship?

A.    Yes.  It appears to be one of the mobile -- similar to the mobile modems attached to this device.

Q.    We can go ahead and put away those two exhibits.

Now, when Mr. Sterlingov was arrested, was he traveling with any mobile phones?

A.    Yes.

Q.    How many?

A.    I recall there being three mobile phones.

Q.    We are going to ask you to look at Exhibit 135 and 136, envelopes labeled 1B32 and 1B10.

A.    Okay.

Q.    And could you examine the contents of those envelopes without showing them to the jury?

A.    Okay.

Q.    Are those items that you recovered during the search of Mr. Sterlingov's luggage?

A.    Yes, they are.

Q.    And are those items in substantially the same condition as they were when you recovered them?

A.    Yes.

MR. BROWN:  The government moves to admit and publish Exhibits 135 and 136.

THE COURT:  Any objection?

MR. EKELEND:  No objection, Your Honor.

THE COURT:  Exhibits 135 and Exhibit 136 are admitted and may be published to the jury.

(Whereupon, Exhibit No. 135, 136 were admitted.)

BY MR. BROWN:

Q.   Mr. Price, could you go ahead and take the items out of those envelopes?

A.   This is Exhibit 135.

Q.   And could you describe what is -- go ahead and open the inner envelope or bag.

Could you show that to the jury, please?

A.   (Complying).

Q.   And also show to the defense, please.  Thank you.

And what item or items do those appear to be?

A.   It is a Samsung mobile phone, a hard case for a Samsung Galaxy S8 phone with a couple of attachments to it, a mobile phone SIM card and an attachment with a keyboard that appears to go on the phone.

Q.   And then go ahead and put those back in the envelope.

And could you pull out the item or items in Exhibit 136 and show those to the jury and defense, please?

A.   (Complying).

Q.   And what do these items appear to be?

A.   Two Samsung mobile phones, one blue in color, one in pink or rose gold color.

Q.   And go ahead and put those back.

Now, we would like you to take a look at Exhibit --

THE COURT:  Is this a good breaking point?

MR. BROWN:  Yes, Your Honor.  This will go on.

THE COURT:  So it is 12:30 now, folks.  Why don't we take our lunch break.  I have got to do a short hearing on another matter.  And so instead of coming back at 1:30, let's come back at 1:45.  And I will remind you, don't discuss the case with anybody and don't conduct any type of research and make sure you steer clear of anyone in the courtroom here, just so you don't overhear any discussion in the hallway.  Have a nice lunch.

(Jury out at 12:30 p.m.)

THE COURT:  All right.  Mr. Price, you are welcome to get your lunch as well and don't discuss your testimony with anybody.

THE WITNESS:  Yes, Your Honor.  Thank you.

THE COURT:  All right.  So with respect to the Miranda issue, if you all want to do some quick research, what I am curious about is whether there are any cases dealing with Customs and Border Patrol when somebody is arriving in the United States and they are subject to a screening or a secondary screening and they are questioned, whether that constitutes custody.  You know, obviously, it is not so easy to get back on the plane and go back to wherever you came from, although conceivable.

But what I am really wondering about is that Miranda is based on the sort of inherently coercive context of being in a jailhouse or in police custody. It is not clear to me whether the same analysis applies at the border. But I am curious if anyone has found anything on that or you have the lunch break to see if you can find any authority for me.

Yes, Mr. Brown.

MR. BROWN: Yes, Your Honor. My colleague actually pulled up the case of *United States versus Ozuna,* which is 170 F.3d 654, pin site 658 to 59. And that is a Sixth Circuit case from 1999. And the gist of it is courts have consistently held that Miranda warnings need not precede initial routine questioning by immigration or customs officials, because such questioning is not custodial interrogation. And the --

THE COURT: One question I have is -- I maybe know a little bit more about what happened here. But there may be a difference here between when you walk up to the booth and there is the immigration official at the booth who says, why are you here? And you say, I am on vacation versus him saying, okay, we want to bring you into another room and have some follow-up questions when you are in a closed room. I don't know the circumstances here and I don't know the circumstances in that case.

MR. BROWN: Yes, Your Honor. And it appears that part of the reasoning in part it is the limited duration of the

encounter, but really more than that. It is the limited scope of the questioning, that it is routine questioning to determine identity, citizenship. And I think we can preview for the Court that Mr. Price's testimony would be that -- and the defense has, you know, the entire arrest report. They know exactly what was said. These are really questions that go towards identity and purpose of travel. It doesn't go beyond that.

THE COURT: Right. But so what was the question? Or what would he have said in response to the question you were going to pose?

MR. BROWN: So, Your Honor, I think he would have said that Mr. Sterlingov expressed some statements about the purpose of his travel that were vague, but that he did indicate he was going to -- actually, hold on.

Yes, Your Honor. I think he would have -- he was asked about the purpose of his travel. And I am -- I think the response is that Mr. Sterlingov was relatively vague about the purpose of his travel. I need to review --

THE COURT: We can come back to this after the lunch break if you want to look into it a little bit.

MR. BROWN: And then the other question is, was there a question about Mr. Sterlingov's email address. And there was an answer there which was the Heavydist@Gmail.com.

THE COURT: I'm sorry. Say that again.

MR. BROWN:  He was also asked about his email address and the answer was that Heavydist@gmail.com email address, which I don't think is in dispute.

THE COURT:  My recollection is in his opening statement, Mr. Ekeland said they don't dispute that is Mr. Sterlingov's email address.

MR. BROWN:  Yes.  Just one other question would be what, if anything, Mr. Sterlingov said about his employment. And I think the answer was he was -- he is a freelancer.

THE COURT:  All right.  I will give you all the lunch break to look into this and then we can talk about it afterwards.

MR. BROWN:  Thank you, Your Honor.

THE COURT:  Thank you.

(Recess taken at 12:35 p.m.)

C E R T I F I C A T E


I, SHERRY LINDSAY, Official Court Reporter, certify that the foregoing constitutes a true and correct transcript of the record of proceedings in the above-entitled matter.




Dated this 15th day of February, 2024.


_____
Sherry Lindsay, RPR
Official Court Reporter

BY MR. BROWN: **[67]** 5/6 7/3 11/14 12/12 14/19 14/23 16/2 16/13 17/13 18/17 19/8 21/8 21/11 22/20 24/21 26/17 28/5 29/17 30/17 31/23 33/9 34/11 35/11 36/1 37/18 38/7 40/8 40/21 41/4 43/1 44/8 45/20 45/23 46/23 48/23 51/12 51/23 53/1 53/12 54/12 55/10 57/19 58/16 59/10 62/13 65/1 68/1 71/12 73/19 74/7 78/3 80/16 82/5 83/19 84/20 86/22 88/3 89/12 90/15 91/22 93/4 94/14 98/16 99/16 100/13 101/16 103/4

**MR. BROWN: [73]** 4/4 4/16 5/1 6/15 6/23 7/2 11/12 12/4 14/11 17/6 18/15 19/1 21/1 24/14 26/10 27/23 29/10 30/10 31/16 35/4 35/24 37/11 40/20 42/19 44/1 45/13 48/14 51/2 51/5 52/19 55/3 55/6 56/8 57/14 58/9 59/3 62/4 64/19 67/19 71/5 73/17 74/5 77/3 77/11 77/24 80/9 81/20 81/25 83/12 84/13 86/12 87/22 89/5 90/8 91/16 92/22 93/3 94/7 97/18 97/23 98/9 100/5 100/10 101/9 102/22 104/3 105/8 105/24 106/12 106/22 107/1 107/7 107/13

**MR. EKELAND: [3]** 33/7 82/1 85/7

**MR. EKELEND: [59]** 4/5 4/10 4/21 6/18 12/7 14/14 17/9 19/4 21/4 24/17 26/13 28/1 29/13 30/13 31/19 33/5 35/7 37/14 42/22 44/4 45/16 48/17 51/8 52/22 56/19 57/10 58/12 59/6 62/7 64/22 67/22 71/8 76/17 76/21 80/12 81/23 83/15 84/16 85/3 85/5 85/10 85/14 86/1 86/6 87/25 89/8 90/11 91/19 94/10 97/6 97/10 98/6 98/11 99/5 99/7 99/14 100/8 101/12 102/25

**THE COURT: [141]**

**THE COURTROOM DEPUTY: [4]** 4/12 18/14 18/16 56/15

**THE WITNESS: [2]** 34/9 104/16

**$**

**$250 [2]** 22/6 23/15
**$90 [1]** 68/22

**.**

**.00425444 [1]** 41/18
**.011 [2]** 40/15 40/16
**.016 [1]** 71/21
**.02 [4]** 27/6 28/11 32/6 32/18

**0**

**0.0 [1]** 19/17
**0.00425444 [1]** 31/3
**0.01 [1]** 68/20
**0.0117 [1]** 41/11
**0.0118 [1]** 41/10
**0.02425700 [1]** 25/1
**0.025 [2]** 22/7 25/5
**0.157 [1]** 43/10

**1**

**10 [8]** 3/6 5/20 5/21 6/12 6/16 6/19 6/21 6/24
**100 [1]** 3/24
**10005 [1]** 2/4
**101 [1]** 3/24
**102 [6]** 3/20 3/25 83/1 83/13 83/16 83/18
**103 [5]** 3/21 84/3 84/14 84/17 84/19
**104 [4]** 3/21 87/9 87/23 88/1
**105 [7]** 3/23 91/5 91/8 91/10 91/17 91/20 91/21
**108 [5]** 3/22 89/21 90/9 90/12 90/14
**109 [5]** 3/22 88/20 89/6 89/9

89/11
**11 [8]** 3/6 6/4 6/5 6/12 6/16 6/19 6/21 7/17
**111 [5]** 3/20 81/7 81/21 82/2 82/4
**112 [5]** 3/19 79/22 80/10 80/13 80/15
**113 [6]** 3/23 93/19 94/8 94/11 94/13 98/17
**11:00 [1]** 56/11
**11:01 [1]** 56/16
**11:03 [1]** 57/16
**11:20 [1]** 56/12
**11:29 [1]** 57/17
**11th [6]** 7/19 10/14 10/18 23/12 32/12 32/15
**12 [1]** 3/7
**125 [5]** 3/24 98/21 100/6 100/11 100/12
**126 [5]** 3/24 100/24 101/10 101/13 101/14
**12:30 [2]** 104/4 104/12
**12:35 [1]** 107/15
**12HX [1]** 72/2
**12HX51 [5]** 68/14 68/15 72/10 72/20 72/25
**12HX51P [3]** 70/14 71/23 72/18
**12th [8]** 25/14 25/15 25/19 26/4 26/8 32/13 32/16 32/17
**13 [1]** 7/5
**1301 [1]** 1/20
**135 [6]** 3/25 102/10 102/23 103/1 103/3 103/7
**136 [6]** 3/25 102/10 102/23 103/1 103/3 103/19
**14 [2]** 1/5 3/7
**14th [1]** 63/19
**15 [1]** 93/1
**15th [2]** 67/4 108/10
**17 [1]** 3/8
**170 [1]** 105/9
**18 [1]** 56/14
**1800s [1]** 69/8
**18P10M [3]** 28/12 32/5 32/7
**18th [6]** 34/24 37/3 37/8 60/11 69/17 71/17
**19 [1]** 3/8
**1988 [1]** 63/19
**1999 [1]** 105/11
**19th [9]** 42/2 42/3 42/4 43/20 43/24 45/3 48/8 49/25 66/23
**1:30 [1]** 104/6
**1:45 [1]** 104/7
**1:48 p.m [1]** 23/12
**1B10 [1]** 102/11
**1B11 [1]** 98/21
**1B22 [1]** 100/24
**1B32 [1]** 102/11

**2**

**20001 [1]** 2/9
**20005 [1]** 1/21
**2016 [2]** 67/5 67/6
**2017 [1]** 7/5
**2019 [34]** 7/23 10/12 10/13 10/14 10/15 23/12 25/14 25/15 26/5 32/13 33/13 33/16 34/1 34/25 37/3 41/22 42/2 43/20 45/4 48/9 49/25 50/1 50/2 50/13 58/4 58/24 60/8 60/10 63/25 66/23 69/11 69/17 71/17 82/21
**201A [6]** 3/7 11/17 11/19 12/5 12/8 12/10
**201B [6]** 3/8 16/19 16/21 17/7 17/10 17/12
**201F [6]** 3/8 18/12 18/18 19/2 19/5 19/7
**201J [5]** 3/9 24/2 24/15 24/18 24/20
**201Q [6]** 3/7 13/18 13/21 14/12 14/15 14/17
**201S [5]** 3/9 20/13 21/2 21/5 21/7
**2021 [4]** 73/8 73/12 74/12 93/17

**2024 [2]** 1/5 108/10
**202C [5]** 3/10 25/24 26/11 26/14 26/16
**202D [7]** 3/10 27/13 27/15 27/20 27/24 28/2 28/4
**202E [6]** 3/11 28/23 29/1 29/11 29/14 29/16
**202F [5]** 3/11 29/25 30/11 30/14 30/16
**202G [6]** 3/12 31/6 31/17 31/20 31/22 31/25
**203K [5]** 3/12 34/18 35/5 35/8 35/10
**203R [5]** 3/13 36/23 37/12 37/15 37/17
**204 [1]** 44/2
**204A [7]** 3/15 48/4 48/15 48/18 48/20 48/22 48/24
**204B [3]** 48/4 48/15 49/11
**204C [5]** 3/15 48/4 48/15 48/22 49/20
**204D [5]** 3/13 42/9 42/20 42/23 42/25
**204E [5]** 3/14 43/15 43/16 44/5 44/7
**204F [6]** 3/14 44/24 44/25 45/14 45/17 45/19
**205 [1]** 58/10
**20530 [2]** 1/14 1/17
**205A [6]** 3/16 57/21 58/10 58/13 58/15 59/11
**205B [3]** 57/21 58/10 59/15
**205C [2]** 58/10 59/20
**205D [4]** 3/16 58/10 58/15 59/24
**205E [6]** 3/17 58/17 59/4 59/7 59/9 60/3
**205F [5]** 3/15 50/7 51/6 51/9 51/11
**205G [7]** 3/16 52/6 52/7 52/12 52/20 52/23 52/25
**206 [1]** 67/10
**206A [5]** 3/18 64/9 64/20 64/23 64/25
**206B [5]** 3/18 67/11 67/20 67/23 67/25
**206C [5]** 3/19 70/18 71/6 71/9 71/11
**21 [1]** 3/9
**21-399 [2]** 1/4 4/12
**21st [9]** 49/25 50/1 50/2 50/12 50/23 58/4 58/24 60/8 60/11
**24 [1]** 3/9
**25th [1]** 82/21
**26 [1]** 3/10
**27th [1]** 74/12
**28 [1]** 3/10
**29 [1]** 3/11

**3**

**30 [4]** 2/3 3/11 23/24 41/24
**30th [1]** 93/17
**31 [1]** 3/12
**333 [1]** 2/8
**34pQQK [5]** 19/21 20/1 23/14 38/4 41/11
**35 [1]** 3/12
**37 [1]** 3/13
**399 [2]** 1/4 4/12
**3CENT2 [1]** 28/16
**3H9Q3U [1]** 71/23

**4**

**403 [2]** 76/23 97/12
**418A [6]** 3/17 61/16 62/5 62/10 62/12 62/14
**418B [5]** 3/17 62/5 62/7 62/12 63/12
**42 [1]** 3/13
**420 [1]** 39/19
**44 [1]** 3/14
**45 [1]** 3/14
**48 [1]** 3/15

**5**

5.1527 [1]  1/17
50037 [1]  56/4
51 [1]  3/15
52 [1]  3/16
53 [1]  23/2
58 [1]  3/16
59 [2]  3/17 105/10

**6**

601 [1]  1/16
62 [1]  3/17
64 [1]  3/18
654 [1]  105/10
658 [1]  105/10
67 [1]  3/18
6710 [1]  2/8

**7**

702 [2]  85/5 85/23
71 [1]  3/19
72 [1]  74/21

**8**

80 [1]  3/19
82 [1]  3/20
83 [1]  3/20
84 [1]  3/21
87 [1]  3/21
89 [1]  3/22
8th [1]  2/4

**9**

90 [1]  3/22
91 [1]  3/23
94 [1]  3/23
950 [1]  1/14
9:41 [1]  1/6
9:42 [1]  4/11

**A**

a.m [5]  1/6 4/11 56/16 57/16
57/17
Aaron [1]  75/7
able [11]  15/9 15/14 28/19 30/21
33/2 42/8 61/4 65/19 76/8 78/7
95/8
about [52]  7/9 7/12 8/7 9/20
10/10 10/14 17/18 18/2 22/7 23/16
26/4 33/3 34/24 35/20 37/3 43/19
45/3 48/8 50/12 56/6 56/14 56/18
58/24 61/7 65/5 66/25 68/24 74/20
76/6 76/15 78/7 80/22 85/14 85/15
85/19 86/1 86/4 86/19 86/23 93/17
98/4 100/10 104/19 105/1 105/16
106/13 106/17 106/18 106/23 107/1
107/8 107/11
above [3]  23/18 88/7 108/5
above-entitled [1]  108/5
absolutely [1]  4/10
accepted [1]  34/2
accepts [1]  65/7
access [9]  4/6 11/4 11/6 15/4
25/16 38/17 38/18 53/19 56/21
accessed [6]  10/15 11/3 12/2 14/9
64/4 66/21
accessing [4]  42/12 52/1 58/1
65/11
account [45]  5/11 5/14 5/16 8/6
12/22 13/2 13/4 13/13 15/3 15/6
16/15 16/17 17/2 17/16 17/19
17/21 17/23 19/13 19/16 28/17
30/20 32/3 33/20 33/21 33/22
34/15 39/20 40/2 41/17 42/5 46/6
46/15 49/4 50/3 60/14 60/17 60/18
62/18 62/19 63/2 81/13 82/9 82/12
82/13 82/15
accounted [1]  79/20
accounts [1]  34/13
accurate [5]  6/12 17/3 53/24 54/8
62/1

accurately [33]  12/1 14/8 18/23
20/21 24/11 26/7 27/20 29/7 30/7
31/13 35/1 37/6 42/14 43/23 45/9
48/11 50/21 52/16 58/6 58/25
64/16 66/4 67/16 71/2 80/6 81/17
83/9 84/10 87/18 89/2 90/4 91/13
94/4
acronym [2]  36/6 46/17
acronyms [3]  36/11 36/13 36/14
acronyms on [1]  36/13
action [3]  1/3 17/22 17/23
actions [5]  20/22 43/24 45/10
47/11 50/22
actively [1]  7/15
activities [2]  25/17 76/7
activity [2]  9/12 73/24
actually [15]  17/25 21/12 36/2
37/10 40/11 53/2 55/3 55/6 70/11
74/15 85/12 85/20 96/24 105/8
106/15
adapters [1]  88/10
additional [1]  40/24
address [73]  12/25 18/7 18/7
18/11 19/21 19/21 19/24 20/3 20/4
20/6 20/9 20/10 21/24 23/8 23/14
27/7 27/8 27/10 28/10 28/11 32/5
32/7 32/7 32/9 38/3 38/12 40/4
40/12 41/11 51/17 51/18 53/25
54/2 54/15 54/16 56/1 56/2 59/11
65/11 68/13 68/15 68/16 68/19
69/4 69/13 69/14 69/21 70/13
70/17 71/20 71/20 71/24 71/24
71/25 72/1 72/2 72/2 72/3 72/4
72/6 72/7 72/10 72/16 72/18 72/20
72/24 72/25 73/3 73/5 106/23
107/1 107/2 107/6
addressed [1]  77/18
addresses [5]  8/16 8/17 53/7
71/22 75/15
adjacent [1]  76/11
adjusting [1]  99/7
administrators [2]  46/2 60/21
admit [38]  6/15 12/4 14/11 17/6
19/1 21/1 24/14 26/10 27/23 29/10
30/10 31/16 35/4 37/11 42/19 44/1
45/13 48/14 51/6 52/19 58/9 59/3
62/4 64/19 67/19 71/5 80/9 81/20
83/12 84/13 87/22 89/5 90/8 91/16
94/7 100/5 101/9 102/22
admitted [75]  6/19 6/22 12/8
12/11 14/15 14/18 17/10 17/12
19/5 19/7 21/5 21/7 24/18 24/20
26/14 26/16 28/2 28/4 29/14 29/16
30/14 30/16 31/20 31/22 35/8
35/10 37/15 37/17 42/23 42/25
44/5 44/7 45/17 45/19 48/20 48/22
51/9 51/11 52/23 52/25 58/13
58/15 59/7 59/9 62/10 62/12 64/23
64/25 67/23 67/25 71/9 71/11
80/13 80/15 82/2 82/4 83/16 83/18
84/17 84/19 88/1 89/9 89/11 90/12
90/14 91/20 91/21 94/11 94/13
100/11 100/12 101/13 101/14 103/1
103/3
advised [2]  76/22 77/5
after [31]  13/8 17/2 17/16 24/8
25/1 29/5 30/5 31/3 32/14 32/22
39/19 44/13 47/18 47/19 49/9
49/23 52/1 59/22 69/24 73/25
75/18 75/20 77/16 78/13 79/7 92/4
93/5 94/24 95/19 96/4 106/20
afterwards [1]  107/12
again [22]  16/6 20/2 24/25 25/5
25/16 26/18 31/1 31/25 32/1 35/14
36/6 41/24 42/4 50/2 52/13 66/21
70/13 79/18 79/19 88/16 88/24
106/25
agencies [1]  9/22
agency [2]  8/3 79/5
agent [3]  75/4 76/11 78/19
agents [2]  74/17 75/4
ago [1]  98/1

ahead [35]  8/12 8/20 16/11 21/9
21/22 22/18 38/5 39/23 40/6 40/20
41/2 41/13 43/2 44/9 44/10 45/21
49/3 50/25 51/21 53/2 53/10 55/8
56/10 65/24 78/4 98/17 99/2 99/17
99/20 99/22 102/4 103/5 103/8
103/18 103/25
airline [1]  79/13
Airlines [1]  92/10
airport [5]  74/25 75/21 79/5 86/8
92/10
Alden [1]  4/18
all [47]  4/2 4/20 4/24 5/3 5/20
6/23 8/15 9/22 13/17 17/19 22/24
23/21 24/14 26/10 28/22 46/8
46/24 49/6 54/7 56/15 57/5 57/12
57/15 57/18 60/7 61/6 62/14 67/6
77/16 78/5 79/14 79/19 84/2 86/11
96/21 97/10 97/11 97/18 97/25
98/5 98/20 99/20 104/13 104/17
104/18 107/10 107/10
allow [6]  9/18 34/12 41/1 84/24
86/20 97/14
allowing [1]  26/21
almost [1]  75/12
along [4]  75/13 76/12 83/23 90/24
alpha [1]  11/17
already [2]  12/22 100/8
also [14]  4/18 5/10 20/9 47/10
48/2 54/8 58/17 58/25 61/7 76/23
77/12 98/21 103/12 107/1
although [1]  104/25
am [35]  5/21 9/1 14/20 15/3 19/12
21/25 28/13 28/19 30/21 31/1 32/6
37/24 38/21 43/5 46/1 46/3 48/17
49/7 49/7 49/7 53/5 53/7 53/20
54/3 55/13 68/11 73/12 79/19
84/23 95/8 104/19 105/1 105/4
105/19 106/17
AMERICA [2]  1/3 4/13
among [1]  56/13
amount [14]  23/14 23/23 25/7 27/4
28/9 28/10 32/5 40/4 40/14 41/21
54/17 59/18 68/11 77/12
amounts [1]  19/18
analysis [2]  32/23 105/4
analyst [2]  75/5 75/6
analysts [1]  75/13
analyzed [1]  8/21
Angeles [6]  74/19 74/25 79/5 79/9
92/7 92/9
anonymous [1]  15/10
another [17]  25/4 32/2 33/14
40/23 43/19 46/18 46/20 58/23
59/17 65/21 76/11 87/14 93/1 96/2
96/19 104/6 105/20
answer [6]  33/10 77/9 86/23
106/24 107/2 107/9
answering [1]  86/18
Answers [1]  48/1
anti [2]  61/21 62/16
anti-money [2]  61/21 62/16
any [75]  6/17 8/6 11/6 12/6 13/9
13/13 14/13 15/11 16/8 16/17 17/8
19/3 21/3 22/2 24/16 26/12 27/25
29/12 30/12 31/18 32/25 35/6
37/13 42/21 44/3 45/15 48/16 51/7
52/21 54/22 56/13 58/11 59/5
61/13 62/6 63/25 64/21 65/18
65/19 66/24 67/21 71/7 72/10
72/24 73/6 75/13 76/13 77/16
77/21 78/23 80/11 81/4 81/22
83/14 84/15 86/3 86/9 87/6 87/24
89/7 90/10 91/18 91/23 94/9 98/8
98/25 100/7 101/11 102/1 102/6
102/24 104/8 104/10 104/19 105/6
anybody [2]  104/8 104/15
anyone [5]  52/4 65/19 75/3 104/9
105/5
anything [20]  4/2 10/12 50/1
57/12 66/17 69/24 70/8 72/9 73/14
75/15 76/15 78/13 79/3 79/10

**A**

anything... [6]  82/18 86/4 90/21 98/23 105/5 107/8
anywhere [2]  23/24 41/24
Apollon [26]  33/21 33/21 33/22 33/24 33/25 34/7 34/12 34/15 34/25 35/14 36/20 38/10 38/12 39/7 39/25 40/1 41/5 41/19 43/11 46/7 46/13 46/14 49/5 60/14 60/15 60/18
APOLLONUJSCJRLNG.onion [1]  38/16
apologies [4]  37/9 45/6 50/17 51/5
apologize [1]  73/12
apparently [3]  53/15 56/23 56/25
appear [12]  7/19 7/24 48/1 81/12 83/6 84/8 88/10 89/16 101/21 102/1 103/13 103/22
APPEARANCES [3]  1/12 1/23 2/1
appeared [1]  88/25
appears [20]  7/7 8/10 12/16 12/18 39/17 42/12 55/24 62/16 63/17 67/4 68/13 69/17 87/2 90/2 92/1 94/25 96/11 102/2 103/16 105/24
applies [1]  105/4
appreciate [1]  57/10
approach [4]  4/14 11/12 73/17 74/5
appropriate [1]  16/10
approval [1]  9/24
approved [2]  10/1 23/9
approving [1]  29/5
approximately [14]  22/6 23/14 25/5 32/18 40/15 40/17 41/10 41/11 43/10 60/24 68/20 71/21 74/21 82/11
April [4]  73/8 73/12 74/12 93/17
April 2021 [1]  73/12
April 27th [1]  74/12
April 30th [1]  93/17
are [104]  4/18 5/3 6/12 6/12 6/19 8/25 12/17 12/22 13/17 15/10 15/15 15/16 15/17 15/22 19/23 21/13 21/15 21/24 22/5 23/22 24/24 25/21 26/18 26/20 27/3 30/18 35/15 36/4 36/5 36/8 36/9 37/20 37/21 37/23 38/8 39/1 39/9 39/24 40/10 41/14 45/24 47/3 47/13 47/15 48/8 48/20 49/19 53/4 53/14 58/1 58/13 61/21 62/1 62/10 62/23 65/17 65/18 66/18 66/24 71/22 73/3 74/3 77/5 77/20 77/20 82/6 83/22 83/24 83/25 84/22 84/22 84/23 84/24 85/11 85/19 85/24 85/25 86/17 86/18 86/24 88/12 89/19 89/20 94/25 95/8 97/19 97/19 97/21 99/2 99/7 99/9 100/17 102/10 102/16 102/18 102/19 103/1 104/13 104/19 104/21 104/22 105/18 105/21 106/6
area [1]  76/4
around [5]  23/2 34/1 49/10 66/23 68/22
arrangements [1]  57/6
arrest [16]  73/8 73/11 73/16 73/24 73/25 73/25 74/11 74/14 74/22 74/24 75/1 78/20 78/22 79/1 82/23 106/5
arrested [1]  102/5
arrive [1]  12/24
arrived [2]  92/11 92/17
arriving [2]  75/23 104/20
arrow [1]  71/20
article [4]  7/12 8/7 8/8 8/11
as [73]  6/13 7/22 10/4 10/24 10/24 11/9 11/9 11/17 15/10 17/4 18/24 19/12 19/17 24/12 24/25 25/17 26/8 27/21 28/9 28/9 28/23 29/8 30/8 31/1 31/14 34/3 34/3 34/4 35/2 35/18 35/18 36/10 37/7 38/2 39/12 39/14 40/4 40/4 42/15

44/21 50/4 50/4 58/7 58/17 59/1 60/7 61/14 62/24 65/5 65/5 66/14 67/17 68/11 77/21 79/17 85/10 85/19 85/23 88/10 88/10 89/15 89/15 90/2 90/2 92/16 94/23 97/15 98/5 98/21 100/2 101/6 102/19 104/14
ask [8]  14/20 35/22 63/14 74/2 76/2 86/6 99/12 102/10
asked [3]  76/5 106/17 107/1
asking [1]  85/8
aspects [1]  55/13
assets [1]  75/17
assigned [2]  9/15 74/17
assist [3]  68/10 75/13 75/16
assistance [1]  60/23
associated [8]  5/11 56/3 61/13 61/14 62/19 63/9 63/21 70/10
assuming [1]  48/17
assure [1]  79/19
attached [2]  77/2 102/3
attachment [1]  103/16
attachments [1]  103/15
attempt [2]  19/23 67/7
attempted [3]  40/23 67/15 68/2
attempting [1]  23/22
attention [46]  5/20 6/4 6/23 10/11 11/16 16/19 18/12 20/12 24/1 25/13 25/24 27/13 28/23 29/25 31/5 33/13 34/18 36/23 43/14 44/24 48/4 48/24 49/20 50/7 57/20 59/11 59/15 59/20 59/24 60/3 61/15 63/12 64/9 67/10 70/11 70/18 73/7 79/22 81/7 83/1 84/3 87/8 88/20 89/21 91/5 93/19
audio [1]  22/2
August [2]  63/19 82/21
August 14th [1]  63/19
August 25th [1]  82/21
AUSA [1]  4/16
Australia [1]  69/14
authority [5]  76/2 77/17 77/21 78/17 105/6
authorize [1]  78/16
authorized [2]  23/12 75/16
available [6]  10/7 25/4 39/9 97/14 97/21 97/24
Ave [2]  1/14 1/20
Avenue [1]  2/8
awaits [1]  67/6
away [2]  56/25 102/4

**B**

back [24]  6/24 30/20 36/18 39/18 47/19 53/16 56/14 60/24 63/25 70/12 77/15 79/20 92/6 92/19 92/21 94/21 95/11 103/18 103/25 104/6 104/7 104/24 104/24 106/20
backup [4]  81/13 82/9 82/11 82/13
bag [10]  92/19 95/15 95/19 95/23 96/2 96/2 96/4 96/7 96/9 103/9
baggage [1]  76/5
bags [7]  79/14 80/21 80/22 94/24 94/25 95/3 96/19
balance [17]  16/17 19/13 19/17 24/22 25/2 25/5 25/6 30/24 31/3 40/17 41/17 41/23 42/6 43/7 43/9 44/13 71/21
banana [1]  39/22
bank [3]  63/2 63/6 63/7
Bankruptcy [1]  2/7
bar [2]  19/12 24/25
Barry [1]  78/19
baseball [1]  74/15
based [2]  8/24 105/2
basic [1]  33/16
basically [1]  70/10
basis [1]  76/20
battery [2]  90/3 90/22
BCH [1]  36/9
be [130]
Bear [1]  50/8

because [6]  54/7 65/18 67/5 77/12 86/4 105/13
been [18]  7/15 46/7 49/6 49/10 66/2 66/5 67/5 73/5 76/21 76/22 77/2 77/4 77/18 92/16 97/11 98/1 100/8 100/11
before [13]  1/9 4/2 14/5 37/19 51/13 54/19 54/22 57/12 79/13 92/23 95/16 98/23 100/25
begin [1]  37/19
beginning [19]  10/14 10/25 13/18 15/1 19/21 20/1 23/14 28/12 33/12 38/3 38/15 39/2 49/16 51/20 53/5 68/13 71/19 71/23 88/6
begins [2]  51/15 70/14
behind [1]  44/21
being [5]  8/4 90/20 96/7 102/9 105/2
believe [9]  28/16 53/5 63/24 69/12 69/14 71/1 93/20 94/23 96/4
belong [1]  20/3
below [15]  12/21 27/7 28/11 28/15 36/7 36/15 38/25 39/3 40/16 47/21 48/1 65/15 68/12 71/23 72/6
bench [6]  76/19 78/1 85/9 86/21 97/9 98/14
beneath [4]  15/5 15/15 47/22 65/24
benefit [2]  34/7 35/23
besides [1]  15/12
Best [1]  49/9
between [4]  23/7 32/25 53/20 105/17
beyond [1]  106/7
Bice [2]  75/7 75/9
big [1]  49/9
binder [25]  11/15 13/19 16/19 18/13 20/13 24/1 25/24 27/13 28/22 29/25 31/6 34/19 36/23 48/3 57/20 58/17 61/15 64/10 67/10 67/11 70/18 79/23 81/25 84/3 93/20
birth [1]  63/18
bit [4]  35/23 78/4 105/16 106/21
Bitcoin [163]
Bitcoin/USD [1]  36/14
BitcoinFog [3]  5/15 7/11 8/6
Bitcoins [2]  15/10 25/4
BitcoinTalk.org [4]  11/3 44/20 55/23 56/6
black [1]  88/6
block [2]  65/21 65/24
blockchain [9]  7/16 20/11 22/23 22/25 32/23 70/22 70/25 71/2 72/19
Blockchain.com [9]  21/14 21/15 21/16 22/1 22/10 23/9 25/7 32/15 33/1
blue [1]  103/23
bold [1]  20/1
booth [2]  105/17 105/18
border [7]  74/18 75/19 75/22 76/12 78/4 104/20 105/4
both [6]  7/19 10/24 40/18 42/5 54/7 95/9
bottom [21]  7/25 8/1 8/10 12/22 13/7 22/21 36/11 40/9 55/17 55/20 55/25 60/6 63/6 63/13 66/24 67/3 82/17 84/22 86/24 88/6 90/23
box [23]  23/19 27/7 28/10 28/15 28/21 30/25 38/15 46/1 46/3 47/12 47/18 47/20 51/20 54/16 55/20 56/1 90/25 98/23 99/9 99/17 99/20 99/22 99/22
boxes [3]  27/3 101/21 101/23
break [10]  4/8 55/2 56/11 56/12 57/13 77/16 104/5 105/6 106/21 107/11
breaking [1]  104/2
briefed [1]  77/18
briefly [2]  4/5 56/19
bring [4]  4/3 97/1 98/18 105/20

**B**

BRODIE [1]  1/15
broken [2]  84/9 87/3
Brooklyn [1]  2/4
brought [4]  75/13 75/20 76/4
 92/11
BROWN [8]  1/15 3/4 4/17 55/1
 57/18 86/11 97/17 105/7
browse [2]  38/24 39/6
browser [7]  10/16 11/9 38/18
 38/20 38/21 51/16 51/19
BTC [7]  23/13 25/1 26/25 31/3
 36/7 36/14 36/15
built [1]  11/8
Bureau [1]  75/5
business [1]  62/17
butchering [1]  50/17
button [2]  28/20 54/20
buy [1]  88/16
buying [1]  61/25

**C**

cables [1]  89/17
called [3]  11/8 33/20 61/8
calling [1]  57/3
calls [2]  33/7 56/24
came [1]  104/24
cameras [1]  87/6
can [99]  4/8 4/25 9/8 16/14 16/14
 16/20 17/20 19/9 20/5 21/25 22/10
 23/5 23/22 23/25 25/13 27/12
 28/22 29/24 31/5 32/11 33/10 34/7
 35/22 36/22 38/17 39/4 39/18
 39/23 40/6 41/24 42/1 43/2 43/8
 43/14 44/9 44/10 44/23 45/21
 45/24 46/5 46/21 47/3 47/8 48/2
 48/3 48/24 49/11 49/15 49/18
 49/20 49/24 50/25 51/24 52/6 53/2
 54/3 54/9 54/10 54/25 56/8 61/6
 63/20 65/13 65/24 66/4 70/24 73/7
 77/16 81/6 82/16 82/25 83/20 84/2
 85/12 85/17 87/6 87/8 88/16 88/19
 89/13 90/19 91/4 92/4 95/17 95/25
 97/2 97/7 97/15 97/23 98/4 98/17
 99/11 99/13 99/20 102/4 105/6
 106/3 106/20 107/11
can close [1]  27/12
can't [1]  7/22
canary [4]  65/23 66/2 66/4 66/10
capabilities [1]  11/10
capability [1]  11/9
capitalization [1]  36/10
CAPTCHA [1]  40/19
captures [2]  10/21 64/5
card [15]  39/14 63/17 84/9 85/1
 85/6 85/12 86/13 86/19 87/2 87/4
 87/4 87/16 88/11 88/17 103/16
carded [1]  39/3
carding [2]  39/13 39/13
cards [18]  39/15 84/1 84/8 84/24
 84/24 85/11 85/11 85/14 85/16
 86/2 86/9 86/17 87/16 88/9 88/12
 88/13 88/14 88/16
carrying [1]  78/23
case [23]  4/12 23/2 27/4 27/6
 38/21 47/11 56/13 76/3 90/1 90/3
 90/16 90/17 90/19 90/21 91/2 95/7
 100/14 102/1 103/14 104/8 105/9
 105/10 105/23
cases [1]  104/19
Cash [2]  35/17 36/9
cat [2]  15/24 28/17
categories [3]  38/24 39/1 88/4
CATHERINE [1]  1/13
caught [1]  49/8
CBP [8]  75/25 76/1 76/2 76/5 77/4
 78/13 78/15 78/17
Ccips [1]  1/19
celling [1]  49/5
center [12]  12/20 13/7 19/20 27/3
 28/10 29/18 38/2 65/12 88/9 89/14
 90/22 91/25
cents [1]  23/2
certain [1]  96/24
Certainly [3]  9/22 27/3 28/8
certify [1]  108/3
change [1]  72/7
charged [1]  25/12
charges [1]  25/11
chat [2]  8/17 47/12
check [1]  66/5
Chiquita [1]  39/19
choose [2]  15/18 15/18
chose [3]  16/8 27/6 39/21
CHRISTOPHER [2]  1/15 4/17
CI [11]  9/16 10/20 32/22 41/5
 70/7 75/4 75/5 76/11 79/8 92/13
 93/15
circle [1]  71/16
circled [3]  69/3 69/4 89/14
circling [2]  68/11 84/23
Circuit [1]  105/10
circumstances [3]  74/13 105/22
 105/22
citizenship [1]  106/3
clean [4]  26/25 46/6 49/4 60/23
cleaned [2]  47/2 49/18
cleaning [1]  49/8
clear [4]  55/16 92/15 104/9 105/3
click [3]  13/6 13/8 28/19
clicked [4]  15/1 18/4 44/15 52/3
clicking [1]  39/4
close [30]  9/8 16/20 17/20 23/25
 25/13 27/12 28/22 29/24 31/5
 32/11 36/22 42/1 43/14 44/23 48/3
 49/24 54/25 55/6 61/6 63/20 73/7
 76/13 81/6 82/25 84/2 87/8 88/19
 91/4 92/4 98/17
closed [1]  105/21
closer [1]  25/2
clue [1]  67/2
clues [1]  66/24
cocaine [1]  39/10
code [1]  68/12
coded [1]  85/1
codes [7]  81/13 82/9 82/11 82/13
 82/16 82/18 82/20
coercive [1]  105/2
CoinDesk.com [1]  7/9
coins [6]  12/16 34/3 46/6 47/2
 49/5 49/18
colleague [1]  105/8
collect [2]  15/11 75/14
collection [1]  88/9
color [2]  103/23 103/24
COLUMBIA [1]  1/1
combination [1]  10/23
come [7]  47/18 77/15 81/14 88/12
 94/21 104/7 106/20
coming [1]  104/6
common [3]  66/12 75/8 85/16
commonly [3]  36/6 46/18 65/10
communicate [1]  44/21
communist [1]  69/8
company [3]  12/17 59/13 63/1
compare [1]  82/22
comparing [1]  101/25
compete [1]  23/1
complete [6]  29/20 54/21 59/23
 61/4 75/24 95/16
completed [6]  27/1 29/20 30/5
 59/22 78/18 94/24
completing [1]  75/20
Complying [8]  69/2 99/4 99/19
 99/23 100/16 101/19 103/11 103/21
compromised [1]  66/6
computer [4]  56/18 57/7 70/6
 89/19
computers [1]  89/20
computing [1]  89/17
conceal [1]  65/10
conceivable [1]  104/25
condition [3]  100/2 101/6 102/19
conduct [6]  9/10 33/14 53/21 54/9
 76/2 104/8
conducted [4]  10/8 10/16 79/13
 79/16
conducting [2]  9/20 26/6
conference [7]  76/19 78/1 85/9
 86/21 97/8 97/9 98/14
confidential [1]  66/19
confirm [1]  28/14
confirmation [4]  15/19 27/18
 27/19 54/20
confirmed [1]  41/25
confirming [1]  59/18
connected [2]  89/16 89/17
connection [2]  32/25 65/16
consider [1]  77/23
considers [1]  22/23
consist [1]  76/1
consistently [1]  105/11
constitutes [2]  104/23 108/4
Constitution [1]  2/8
contained [3]  87/17 88/7 101/24
container [1]  99/22
containers [2]  95/6 95/7
containing [2]  96/15 101/21
contains [2]  7/7 11/15
contents [5]  3/1 95/20 96/10
 96/20 102/13
context [1]  105/2
continue [13]  8/18 21/22 22/18
 23/5 40/20 41/2 41/13 46/21 47/8
 54/10 55/8 57/18 92/23
continued [4]  1/23 2/1 3/4 5/5
continuing [1]  58/3
controlled [2]  32/14 46/10
controlling [1]  62/25
conversation [1]  76/13
cooperation [1]  8/22
cop [1]  47/7
copied [1]  40/13
copies [2]  6/12 62/1
copy [3]  21/25 54/3 64/10
corner [4]  19/11 38/14 55/25 68/7
correct [4]  23/8 47/4 98/6 108/4
corrected [1]  53/16
correctly [1]  41/1
corrupted [1]  70/9
cost [1]  19/19
could [80]  5/21 7/1 7/4 7/6 7/17
 7/24 8/12 8/20 9/19 11/17 12/13
 14/24 15/8 15/21 16/3 17/14 18/2
 19/24 20/2 22/2 22/9 24/22 26/23
 28/6 29/18 30/23 31/24 32/12
 33/24 35/12 36/3 36/18 37/20 38/8
 38/12 38/24 44/18 46/25 47/25
 49/3 58/17 60/11 62/7 63/4 63/13
 65/2 65/12 68/9 69/1 70/12 71/16
 71/18 72/6 72/13 74/2 74/13 79/15
 80/17 80/24 82/6 84/21 88/4 88/15
 90/16 90/17 94/20 95/21 96/17
 99/17 99/21 99/22 100/14 100/23
 101/17 101/23 102/13 103/5 103/8
 103/10 103/19
counsel [4]  4/14 4/15 4/17 76/22
counterfeit [1]  39/15
countries [1]  8/23
country [1]  92/17
couple [4]  23/24 56/11 72/23
 103/15
course [8]  5/10 9/9 61/7 63/8
 63/20 66/14 96/23 97/23
court [15]  1/1 2/6 2/7 4/6 4/23
 34/8 57/4 66/19 75/17 78/21 93/8
 97/13 106/4 108/3 108/13
Court's [1]  97/3
courtroom [1]  104/9
courts [2]  2/7 105/11
Covering [1]  55/23
covert [7]  9/18 10/2 10/7 10/16
 18/8 33/18 60/14
create [9]  11/24 13/2 13/4 13/12
 14/3 15/3 39/13 39/14 95/1

**C**

created [35] 9/24 10/5 16/5 16/15 17/2 17/16 17/19 17/21 17/23 18/7 21/17 27/10 28/17 31/11 32/3 32/15 32/20 33/20 33/22 39/20 40/18 42/5 43/4 46/6 46/15 49/4 50/3 50/6 52/2 52/11 60/13 60/14 60/17 71/21 72/1
credit [2] 39/14 39/15
crew [1] 48/1
Criminal [3] 1/3 4/12 9/6
CRM [1] 1/19
cryptocurrencies [3] 35/17 35/21 36/9
cryptocurrency [4] 8/4 34/2 61/25 75/15
cumulative [2] 97/10 97/19
curious [2] 104/19 105/5
currencies [4] 36/3 36/4 36/5 36/16
currency [3] 61/22 61/23 61/24
current [7] 19/13 19/16 25/2 25/4 30/22 30/23 31/3
currently [1] 40/16
custodial [1] 105/14
custody [6] 77/1 77/3 77/4 77/22 104/23 105/3
customer [3] 60/18 61/21 62/18
customs [9] 74/18 75/19 75/22 76/12 77/3 78/4 92/18 104/20 105/13
Cutajar [2] 62/25 63/16
cyber [1] 9/7
cyber-investigations [1] 9/7
cybercrimes [1] 75/12

**D**

damaged [1] 92/20
darknet [7] 33/20 33/25 34/1 38/11 46/14 46/18 46/20
data [2] 65/16 97/24
date [16] 7/4 7/5 20/22 45/11 48/12 52/17 63/18 69/16 69/18 71/13 73/11 73/13 74/11 82/18 82/22 94/17
Dated [1] 108/10
dates [1] 7/18
day [15] 17/4 18/24 24/12 25/14 27/21 29/8 30/8 31/14 35/2 42/2 42/15 57/8 58/7 59/1 108/10
day's [2] 11/2 44/14
days [2] 49/25 60/24
DC [16] 1/5 1/14 1/17 1/21 2/9 9/13 9/14 9/16 10/20 78/21 79/12 92/13 93/6 93/7 93/9 93/15
dealing [2] 77/17 104/19
December [1] 67/4
December 15th [1] 67/4
defendant [4] 1/7 2/2 4/22 73/9
defendant's [4] 87/20 89/3 90/5 91/14
defense [8] 97/21 97/24 98/1 99/18 101/18 103/12 103/20 106/5
DEPARTMENT [1] 1/13
depend [1] 23/22
depict [6] 24/11 43/23 45/9 52/16 89/2 90/4
depicting [1] 87/15
depicts [1] 90/1
deposit [37] 15/9 17/25 18/4 18/5 18/7 18/11 18/21 19/15 19/19 19/20 19/21 19/22 19/24 20/4 21/24 23/8 24/8 24/9 25/3 25/6 32/16 32/17 33/12 35/16 37/3 37/21 37/23 37/24 38/1 38/3 41/7 41/8 41/9 44/16 68/16 70/13 73/5
deposited [1] 33/21
depositing [1] 18/3
Dept [1] 1/20
describe [15] 7/6 7/24 9/4 14/24 18/2 22/9 31/24 32/12 33/24 38/24

described [3] 19/13 24/25 70/23
describing [2] 62/17 66/11
description [4] 22/9 22/11 80/20 94/19
designation [1] 59/19
destination [4] 22/1 28/9 54/16 76/7
detail [1] 33/24
details [3] 8/16 71/3 71/18
detained [1] 76/21
detention [1] 79/8
determination [1] 78/15
determine [2] 19/12 106/2
developer [1] 62/24
device [4] 87/6 90/23 92/2 102/3
devices [11] 39/14 78/9 85/19 85/21 86/9 87/16 89/16 89/17 89/19 90/24 97/25
did [96] 5/9 5/10 5/12 5/13 5/16 5/18 5/19 9/9 9/11 9/12 9/14 10/21 10/22 10/25 11/6 11/8 11/24 11/25 13/2 13/3 13/4 13/15 14/3 14/4 18/14 22/21 23/11 25/18 25/20 32/22 33/13 33/15 34/12 34/14 34/15 34/17 40/11 41/1 50/15 53/25 54/2 54/19 54/22 56/17 61/7 61/9 63/8 63/21 63/22 63/25 64/2 64/3 64/7 64/8 67/7 68/3 69/21 69/23 70/3 70/4 70/8 70/16 73/8 73/10 74/20 74/22 74/24 75/1 75/2 76/1 76/15 78/4 78/6 78/11 78/12 78/25 79/3 79/6 81/4 81/5 81/14 86/23 86/25 91/23 92/5 92/15 93/11 93/13 94/25 95/2 95/3 95/4 96/23 96/23 96/25 106/14
didn't [3] 40/25 41/23 86/4
difference [3] 25/10 33/19 105/17
different [7] 12/13 12/23 36/3 36/5 69/18 86/15 88/4
difficulty [1] 99/7
digital [4] 15/11 39/3 61/22 61/23
direct [30] 3/4 5/5 5/20 6/4 10/11 11/16 18/12 20/12 24/1 27/13 28/23 29/24 31/5 32/25 34/18 36/22 43/14 48/4 48/24 49/20 50/7 57/20 61/15 70/11 81/6 83/1 87/8 88/19 91/5 93/19
directing [20] 6/23 16/19 25/13 25/24 33/13 44/23 59/11 59/15 59/20 59/24 60/3 63/12 64/9 67/10 70/18 73/7 79/22 82/25 84/2 89/21
directly [3] 33/11 33/22 92/12
discovery [1] 56/22
discuss [4] 56/13 85/23 104/7 104/14
discussed [1] 30/6
discussion [1] 104/10
disk [1] 87/5
displaying [1] 96/9
dispute [2] 107/3 107/5
distinguishing [1] 91/23
DISTRICT [5] 1/1 1/1 1/10 2/7 93/8
do [153]
document [10] 64/7 66/1 68/8 68/23 73/20 73/21 74/2 74/8 94/16 95/12
documenting [1] 73/25
documents [2] 78/9 96/15
does [107] 7/6 7/11 7/11 7/13 7/24 8/6 8/18 8/19 12/1 12/3 14/8 14/10 18/23 20/3 20/6 20/7 20/8 20/21 20/23 22/14 23/20 24/11 24/13 26/7 26/9 27/20 27/22 29/7 30/7 31/13 31/15 33/3 35/1 35/3 36/19 37/6 37/9 41/6 41/8 41/19 42/14 43/9 43/11 43/13 43/23 43/25 45/9 45/12 48/24 49/11 49/21 50/21 50/24 52/16 52/18

55/18 56/21 58/25 59/2 59/16 59/21 59/25 60/3 64/16 64/18 65/15 65/16 67/16 67/18 68/18 71/2 73/2 74/8 74/10 75/22 80/5 80/8 80/17 81/2 81/3 81/17 81/19 82/22 83/9 83/11 84/10 87/13 87/18 88/23 89/2 89/4 89/24 90/4 90/7 91/10 91/13 94/21 95/14 95/17 95/21 95/25 95/25 96/3 96/6 96/17 100/20 102/1
doesn't [2] 57/8 106/7
doing [8] 21/24 45/24 49/10 49/17 53/14 79/13 79/18 95/5
DOJ [2] 1/16 1/19
DOJ-CRM [1] 1/19
DOJ-USAO [1] 1/16
dollar [2] 8/3 36/15
dollars [1] 22/6
don't [22] 36/10 49/9 51/3 56/10 56/12 56/13 69/12 76/25 77/8 81/23 86/15 92/22 93/1 104/4 104/7 104/8 104/10 104/14 105/21 105/22 107/3 107/5
done [7] 16/3 22/25 40/3 51/24 66/15 74/3 79/10
down [7] 8/4 9/8 15/12 28/18 66/24 68/23 82/17
download [2] 70/1 70/3
dream [4] 46/8 46/19 46/20 49/6
drives [1] 88/10
drugs [2] 34/4 39/2
Dulles [1] 92/10
duration [1] 105/25
during [26] 4/8 9/9 10/18 10/21 20/17 61/6 63/8 63/20 77/13 80/4 83/5 84/7 84/14 87/19 89/1 89/25 91/11 94/5 96/23 97/22 98/3 99/25 100/3 101/3 101/7 102/16
Dutch [5] 8/4 8/14 9/4 9/5 53/19

**E**

each [1] 94/19
earlier [1] 38/3
early [1] 43/4
easier [1] 54/7
Eastern [1] 74/16
easy [1] 104/23
eating [1] 39/22
echo [2] 28/24 58/18
ecstasy [4] 46/7 46/9 46/12 49/5
Ectasy [1] 46/10
EKELAND [5] 2/2 2/3 4/21 56/17 107/5
electronic [5] 75/14 78/9 83/7 87/16 97/25
elicit [1] 85/15
else [4] 22/15 57/12 75/3 94/2
email [6] 82/11 82/14 106/23 107/1 107/2 107/6
employment [1] 107/8
encounter [1] 106/1
encryption [1] 66/8
end [6] 25/18 78/1 78/11 86/21 96/22 98/14
ending [1] 33/1
enforcement [5] 9/22 10/4 66/12 74/22 77/7
enough [1] 76/13
ensure [3] 54/8 79/14 92/20
enter [10] 12/20 13/9 13/11 15/22 27/7 28/14 28/19 40/4 40/18 53/20
entered [21] 22/8 28/8 28/13 28/13 30/21 32/9 40/9 40/11 40/14 40/24 43/4 49/2 49/13 51/16 52/2 53/15 54/17 54/18 59/19 78/20 81/16
entering [3] 46/3 75/24 76/3
entire [1] 106/5
entitled [1] 108/5
entity [3] 61/7 62/21 63/9
entry [3] 67/3 75/20 78/16
envelope [4] 100/24 101/20 103/9

**E**

envelope... [1]  103/18
envelopes [3]  102/11 102/13 103/6
equipped [1]  9/17
escorted [1]  78/17
especially [1]  86/16
ethernet [1]  89/17
EUR [1]  36/15
Euro [1]  36/16
Europe [5]  85/2 86/2 86/3 86/4 88/16
European [1]  8/3
Europol [2]  8/2 8/22
even [1]  65/18
evening [1]  92/8
events [1]  52/16
eventually [1]  78/11
every [1]  75/12
Everyone [1]  75/24
everything [1]  79/14
evidence [7]  75/14 92/13 93/6 93/9 96/24 97/11 99/1
exactly [4]  20/2 25/6 92/16 106/6
examination [3]  3/4 5/5 78/7
examine [2]  78/5 102/13
example [2]  36/13 84/25
exchange [5]  35/20 36/13 61/22 61/24 61/25
exchanges [1]  61/23
excuse [2]  23/10 23/13
execute [2]  74/24 75/1
executed [3]  75/12 93/14 93/15
execution [2]  93/11 94/5
exhibit [238]
Exhibit 10 [3]  5/20 5/21 6/24
Exhibit 104 [1]  87/23
Exhibit 11 [3]  6/4 6/5 7/17
Exhibit 201A [4]  11/17 11/19 12/5 12/8
Exhibit 201B [3]  16/19 16/21 17/10
Exhibit 201F [4]  18/12 18/18 19/2 19/5
Exhibit 201J [3]  24/2 24/15 24/18
Exhibit 201Q [4]  13/18 13/21 14/12 14/15
Exhibit 201S [1]  21/5
Exhibit 202C [2]  25/24 26/11
Exhibit 202D [3]  27/15 27/20 27/24
Exhibit 202E [2]  28/23 29/11
Exhibit 202F [1]  30/14
Exhibit 202G [2]  31/6 31/25
Exhibit 203K [2]  34/18 35/8
Exhibit 203R [2]  36/23 37/15
Exhibit 204A [2]  48/15 48/24
Exhibit 204B [1]  49/11
Exhibit 204C [1]  49/20
Exhibit 204D [2]  42/9 42/20
Exhibit 204E [3]  43/15 43/16 44/5
Exhibit 204F [4]  44/24 44/25 45/14 45/17
Exhibit 205B [1]  59/15
Exhibit 205C [1]  59/20
Exhibit 205D [1]  59/24
Exhibit 205F [1]  50/7
Exhibit 205G [5]  52/6 52/7 52/12 52/20 52/23
Exhibit 206 [1]  67/10
Exhibit 206A [2]  64/9 64/20
Exhibit 206B [2]  67/20 67/23
Exhibit 206C [3]  70/18 71/6 71/9
Exhibit 418A [1]  62/14
exhibit, [1]  63/12
exhibit, 418B [1]  63/12
exhibits [22]  3/5 6/12 6/16 6/19 9/8 11/16 38/3 48/4 48/5 48/7 48/20 57/21 57/23 57/25 58/10 58/13 61/16 61/18 62/4 102/4 102/23 103/1
Exhibits 10 [1]  6/19

**F**

exit [1]  49/6
experienced [1]  72/10
expert [5]  85/10 85/22 85/23 86/10 86/16
explain [13]  17/14 20/2 36/4 37/20 39/18 65/8 71/18 72/6 73/2 74/13 82/6 84/22 88/15
explaining [3]  19/18 86/13 86/23
explains [2]  17/17 25/10
explore [1]  17/24
explorer [5]  20/11 70/22 70/25 71/2 72/20
expressed [1]  106/13
extension [1]  38/21

F-I-O-D [1]  8/14
F.3d [1]  105/10
fact [3]  67/7 85/18 86/9
facts [1]  85/20
factual [1]  86/7
fair [5]  6/12 17/3 21/19 62/1 77/11
fairly [32]  12/1 14/8 18/23 20/21 24/11 26/7 27/20 29/7 30/7 31/13 35/1 37/6 42/14 43/23 45/9 48/11 50/21 52/16 58/6 58/25 64/16 67/16 71/2 80/5 81/17 83/9 84/10 87/18 89/2 90/4 91/13 94/4
fake [1]  39/15
fakes [1]  39/3
falls [1]  86/13
familiar [3]  8/25 20/6 20/8
far [4]  35/19 46/5 51/24 88/12
farther [1]  92/22
fast [1]  69/14
faster [1]  23/4
Fatkitty11 [4]  16/5 16/7 16/8 31/2
FBI [2]  74/17 79/4
feature [2]  19/20 22/10
features [4]  12/13 19/9 83/20 91/24
February [2]  1/5 108/10
Federal [1]  75/5
fee [5]  22/24 23/2 23/23 25/11 25/11
feed [2]  6/1 6/9
feeds [1]  65/6
fees [1]  23/1
few [5]  10/10 34/3 35/18 36/3 38/5
field [11]  9/16 10/20 15/18 15/19 15/19 22/1 22/8 79/9 92/9 92/13 93/15
fields [4]  15/15 15/17 40/9 40/10
fight [1]  92/8
file [5]  70/2 70/3 70/6 70/9 96/15
files [1]  70/10
finally [3]  91/4 91/5 91/6
financial [1]  9/7
find [4]  10/25 63/8 63/21 105/6
fine [3]  55/5 86/20 97/5
finish [3]  16/11 49/15 86/23
finishing [1]  92/4
FIOD [6]  8/14 8/21 8/25 9/2 9/4 9/5
first [18]  8/9 9/16 10/11 13/6 19/15 27/4 33/18 40/11 49/1 62/14 76/24 80/17 93/16 94/15 94/16 95/11 97/10 97/18
Fiscal [1]  8/5
Fischbach [3]  85/17 97/15 98/1
Fischbach's [1]  97/16
fixed [1]  57/9
flew [1]  92/9
Floor [1]  2/4
flow [1]  32/12
Fog [80]  5/11 5/25 6/9 8/13 9/10 10/15 11/1 11/7 11/22 12/17 12/25 13/5 14/2 14/9 17/2 17/18 18/3

18/10 18/22 20/4 20/24 24/7 25/11 25/16 25/18 25/22 26/5 26/19 26/25 27/11 29/4 30/4 30/19 31/12 32/10 32/16 32/19 33/23 37/2 37/21 37/23 40/3 40/13 41/15 41/20 42/5 42/13 43/6 44/20 45/4 46/2 48/9 49/2 49/9 50/3 50/5 50/13 51/17 52/11 53/16 53/18 53/22 53/25 54/4 54/6 54/9 54/18 54/22 56/7 58/2 58/23 59/13 59/17 60/1 60/5 60/17 60/19 60/20 60/21 61/3
Fog's [1]  33/3
FOGGEDDRIZTRCAR2.onion [1]  51/20
folded [1]  83/25
folder [1]  96/15
folks [1]  104/4
follow [1]  105/20
follow-up [1]  105/20
food [1]  69/14
footage [1]  60/10
forced [2]  65/18 66/2
foregoing [1]  108/4
forensic [1]  98/2
forever [1]  49/10
form [1]  52/12
format [1]  69/18
forum [3]  11/3 44/21 56/6
forward [5]  42/1 49/24 96/3 96/6 96/8
found [5]  88/25 90/2 90/5 94/5 105/5
four [7]  12/23 40/11 57/23 78/24 89/15 94/24 100/17
fourth [2]  15/19 23/8
frankly [1]  77/18
fraud [3]  34/4 39/2 39/11
free [4]  15/9 21/16 32/2 53/9
freelancer [1]  107/9
front [3]  13/20 42/8 100/23
full [1]  46/25
function [14]  23/10 23/10 44/19 46/4 47/13 47/20 49/2 49/14 49/22 50/4 52/3 59/12 60/19 60/25
functionality [5]  33/3 40/24 51/16 53/18 82/14
functions [1]  35/16
funds [27]  10/2 10/8 10/17 17/25 18/3 20/9 21/20 27/8 27/9 31/11 32/3 32/12 32/14 33/18 33/21 33/22 40/1 40/5 40/13 41/19 50/5 52/11 60/14 60/18 60/22 72/8 73/4
further [5]  54/22 68/23 72/24 79/10 81/2

**G**

gag [1]  66/3
Galaxy [1]  103/15
gathered [1]  8/14
general [2]  7/24 77/6
generally [1]  75/22
generated [3]  20/4 82/19 82/20
Germany [1]  69/8
get [5]  49/8 74/20 76/18 104/14 104/24
gist [1]  105/11
give [2]  92/24 107/10
given [2]  70/1 85/18
gloved [1]  90/19
Gmail [4]  81/13 82/9 82/13 82/14
gmail.com [3]  82/10 106/24 107/2
go [44]  8/12 8/20 9/20 16/11 21/9 21/22 22/18 23/20 38/5 39/23 40/6 40/20 41/2 41/13 43/2 44/9 44/10 45/21 49/3 50/25 51/21 53/2 53/10 55/8 56/10 65/24 81/24 93/1 94/21 98/17 99/2 99/17 99/20 99/22 102/4 103/5 103/8 103/17 103/18 103/25 104/3 104/24 106/6 106/7
going [15]  13/17 14/20 19/23 45/10 47/9 49/8 55/11 63/25 77/12 78/15 97/13 99/2 102/10 106/11

**G**

going... [1] 106/15
gold [2] 28/21 103/24
good [11] 4/16 4/20 4/21 4/24 5/7 5/8 22/12 39/9 55/1 66/8 104/2
goods [3] 34/4 39/3 39/10
Google [3] 81/13 82/9 82/10
got [3] 49/7 57/1 104/5
govern [1] 9/23
government [100] 3/6 3/7 3/7 3/8 3/8 3/9 3/9 3/10 3/10 3/11 3/11 3/12 3/12 3/13 3/13 3/14 3/14 3/15 3/15 3/16 3/16 3/17 3/17 3/18 3/18 3/19 3/19 3/20 3/20 3/21 3/21 3/22 3/22 3/23 3/23 3/24 3/24 3/25 4/4 4/15 4/17 4/19 4/25 5/1 6/15 6/21 6/25 10/2 10/3 10/8 11/16 12/4 12/10 13/18 14/11 14/17 17/6 19/1 21/1 24/14 26/10 27/23 29/10 29/11 30/10 31/16 35/4 37/11 42/19 43/15 44/1 45/13 48/14 51/5 52/19 57/21 58/9 59/3 62/4 64/19 67/19 71/5 80/5 80/9 81/20 83/12 84/13 85/15 87/22 87/23 89/5 90/8 91/16 92/12 94/7 97/15 98/7 100/5 101/9 102/22
government-owned [1] 92/12
grammatically [1] 47/4
gray [2] 38/14 51/19
green [1] 101/21
greeted [1] 75/19
guess [3] 22/12 25/14 100/25
guides [1] 39/3
guys [2] 49/10 49/17

**H**

hacking [1] 34/5
had [48] 11/2 13/12 18/9 23/8 27/9 27/10 28/8 30/21 32/5 32/15 33/19 33/22 39/6 40/3 40/18 40/23 40/24 41/9 41/21 46/15 47/12 49/13 49/23 50/13 51/16 52/4 52/10 53/15 53/17 54/15 61/1 61/1 61/2 66/18 70/10 71/20 72/1 72/8 72/19 74/18 76/21 77/1 77/4 78/24 81/15 92/7 92/16 98/2
hadn't [1] 76/22
half [2] 82/24 91/1
hallway [1] 104/10
hand [14] 12/15 19/11 35/15 38/23 39/2 55/20 55/25 56/2 68/7 71/22 90/18 90/19 97/3 98/20
handed [2] 11/15 73/20
handle [3] 5/13 7/11 8/13
handwritten [1] 96/15
happen [4] 40/25 55/18 57/8 63/23
happened [15] 10/12 23/6 25/15 40/22 42/3 43/3 50/1 54/14 57/7 69/24 70/5 75/18 78/13 93/5 105/16
happy [3] 67/4 67/5 77/23
hard [2] 71/17 103/14
has [28] 7/15 8/1 8/8 8/14 11/8 22/10 23/6 43/4 44/11 44/19 49/9 54/13 57/9 65/4 66/5 67/5 75/24 76/2 82/9 85/18 89/15 94/17 97/25 98/1 100/8 100/11 105/5 106/5
hasn't [1] 57/7
HASSARD [2] 2/2 4/22
have [93] 9/2 9/3 9/22 12/22 13/2 13/4 13/15 14/5 14/7 14/24 15/13 16/3 16/14 16/16 16/17 17/19 17/21 18/6 19/19 20/19 20/20 32/8 36/10 37/4 37/5 38/1 39/6 40/3 40/16 41/15 42/17 42/18 43/21 43/22 45/7 45/8 46/5 46/7 46/25 47/2 47/16 47/17 49/5 49/17 50/15 50/19 50/20 51/3 51/24 52/14 52/15 53/6 53/23 54/8 55/7 55/7 56/5 56/21 58/19 66/2 69/3 72/19 72/21 73/5 73/20 75/8 77/9 77/18 79/24 82/14 83/23 84/25 88/14 88/17 89/18 97/2 97/7 97/11 97/20 98/4 98/18 99/2 101/20 101/22 104/5 104/10 105/5 105/11 105/15 105/20 106/10 106/12 106/16
having [3] 57/3 60/10 74/8
he [36] 56/21 57/6 57/6 69/11 76/21 76/22 77/1 77/3 77/4 77/4 77/20 77/22 78/24 81/16 85/8 85/18 85/22 86/1 86/7 86/17 86/18 98/3 98/4 98/4 99/9 99/13 102/5 106/10 106/12 106/14 106/15 106/16 106/16 107/1 107/9 107/9
head [1] 77/8
heading [5] 15/5 65/13 65/13 65/25 67/3
headquarters [1] 7/8
hear [1] 86/4
hearing [1] 104/5
hearsay [1] 6/18
Heavydist [3] 82/10 106/24 107/2
held [4] 76/19 85/9 97/9 105/11
Hello [2] 46/6 49/4
help [6] 49/4 49/8 60/23 65/10 68/5 73/14
helper [2] 97/2 98/18
here [81] 7/8 9/13 9/14 10/20 12/21 13/7 14/6 14/24 14/25 19/10 19/25 21/12 21/23 22/8 23/16 25/4 26/18 27/3 28/7 36/13 38/8 38/9 38/23 39/23 39/24 40/9 40/10 40/22 41/5 41/8 41/14 41/17 41/23 43/2 43/7 43/15 44/10 44/11 45/24 45/25 46/24 47/1 47/9 47/16 48/1 51/14 51/24 52/6 53/3 53/4 53/13 54/13 55/12 55/14 55/22 55/22 55/24 56/8 56/14 59/11 63/2 63/14 65/3 68/9 68/11 69/13 70/13 76/1 78/21 89/14 90/22 93/8 94/15 97/2 98/18 99/10 104/9 105/16 105/17 105/19 105/22
heroin [1] 39/11
hidden [39] 9/21 10/15 11/4 11/6 11/23 14/2 18/22 24/7 25/16 26/5 26/19 29/4 30/4 35/15 35/19 37/2 37/21 38/10 38/13 38/17 39/7 41/16 42/5 42/13 43/6 45/4 48/9 50/3 50/13 51/17 51/18 52/1 53/16 54/18 58/23 59/13 60/1 60/5 60/20
high [2] 9/19 65/2
higher [1] 23/2
highlight [1] 54/2
highlighted [3] 21/23 53/23 53/25
highlighting [1] 21/25
him [6] 56/25 76/5 81/15 86/15 99/12 105/19
his [22] 4/7 56/24 76/5 76/6 76/16 76/22 77/1 77/5 77/14 78/8 78/22 78/23 86/7 86/13 92/18 98/3 106/14 106/17 106/19 107/1 107/4 107/8
history [12] 22/11 23/11 32/4 34/25 41/7 41/8 47/21 47/22 48/2 49/23 52/3 59/14
hit [3] 39/23 45/21 47/18
hold [5] 10/7 88/13 99/12 100/22 106/15
holder [2] 30/20 62/20
holders [2] 87/16 88/11
holding [1] 99/8
holes [1] 88/14
home [3] 35/18 44/15 60/1
Honor [69] 4/4 4/5 4/16 4/21 6/18 7/2 11/12 12/7 14/14 17/9 19/4 21/4 24/17 26/13 28/1 29/13 30/13 31/19 37/14 42/22 44/4 45/16 48/19 51/5 51/8 52/22 56/19 57/10 57/14 58/12 59/6 62/9 71/8 73/17 76/17 77/11 77/24 80/12 82/1 83/15 84/16 85/3 86/6 86/12 87/25 89/8 90/11 91/19 92/22 93/3 94/10 97/6 97/18 97/23 97/24 98/6 98/9 98/11 99/5 100/10 101/12 102/25 104/3 104/16 105/8 105/24 106/12 106/16 107/13
HONORABLE [1] 1/9
hours [3] 23/24 41/25 74/21
house [1] 95/7
hover [1] 55/18
hovering [1] 55/16
how [26] 9/20 10/25 17/18 17/24 18/2 18/5 19/18 22/5 23/20 23/22 27/1 27/5 40/1 47/2 49/18 68/3 68/18 68/21 72/10 72/22 74/20 76/10 77/9 82/22 92/22 102/8
HTTP [1] 38/15
HTTP: [1] 51/20
HTTP://FOGGEDDRIZTRCAR2.onion [1] 51/20
HTTPSBitcoinTalk.org [1] 56/1
hundred [1] 62/25
hyperlink [1] 55/21
hyperlinks [2] 12/23 60/6

**I**

I'd [17] 10/10 18/12 19/19 24/1 27/12 28/9 31/5 40/4 40/5 43/14 57/20 61/15 81/6 82/25 87/8 94/15 94/20
I'm [10] 16/6 18/14 51/1 51/2 53/2 55/3 62/7 80/21 100/10 106/25
idea [1] 25/21
identifiable [1] 34/5
identity [4] 63/17 78/9 106/3 106/7
Ikea [2] 83/7 83/23
illicit [1] 34/4
image [3] 11/24 12/1 40/19
images [4] 10/23 10/24 11/10 98/2
immediately [5] 12/17 27/7 29/5 31/2 41/23
immigration [3] 78/18 105/13 105/18
important [1] 19/16
includes [2] 8/2 8/16
including [3] 12/19 35/16 78/8
increased [1] 23/3
independent [1] 78/15
indicate [4] 70/13 71/13 72/9 106/14
indicated [3] 69/21 71/14 72/17
indicates [1] 82/18
indicating [2] 66/2 71/17
individual [1] 63/16
individuals [1] 9/25
information [28] 8/5 8/14 8/21 13/9 13/11 15/11 17/18 19/16 23/16 28/12 31/1 34/5 34/5 35/20 37/25 40/25 53/21 54/22 63/2 65/5 65/19 65/20 66/3 66/4 66/12 68/5 68/9 68/24
inherently [1] 105/2
initial [2] 95/15 105/12
initially [2] 60/13 79/4
initiated [1] 61/1
inner [1] 103/9
inside [5] 83/8 83/24 90/25 101/24 101/25
Instant [1] 29/20
instead [1] 104/6
instructed [1] 65/18
instructed/forced [1] 65/18
instructions [2] 18/5 19/18
intelligence [1] 8/22
interactions [4] 8/15 14/1 50/13 60/16
interest [1] 62/25
internal [5] 7/8 9/5 9/25 22/17 62/16
international [6] 74/25 75/21 75/23 79/5 86/17 92/10
internet [4] 9/18 65/10 65/11 66/13

**I**

interrogation [2]   77/7 105/14
interrupt [1]   16/6
inventoried [1]   85/21
inventory [16]   79/14 79/17 79/18
   80/3 80/4 80/5 80/19 81/2 83/5
   84/7 87/15 89/1 89/25 91/11 92/4
   95/10
investigation [9]   5/10 8/5 9/6
   9/9 61/7 63/8 63/21 74/17 75/5
investigations [3]   9/7 9/18 66/15
investigative [4]   18/9 64/1 64/3
   70/6
invoice [9]   67/14 67/17 68/5 68/7
   68/18 68/24 69/4 69/16 69/22
involved [2]   9/25 39/13
involvement [1]   10/4
involving [1]   73/3
IP [1]   8/16
IRS [23]   7/9 7/15 9/16 10/1 10/2
   10/20 18/9 32/14 32/22 33/18 41/5
   70/7 75/4 75/5 76/11 78/19 79/8
   92/7 92/9 92/13 93/6 93/15 95/6
IRS-CI [11]   9/16 10/20 32/22 41/5
   70/7 75/4 75/5 76/11 79/8 92/13
   93/15
is [420]
isn't [1]   76/23
issue [1]   104/18
issued [2]   68/24 78/21
issues [2]   56/23 76/24
it [284]
item [24]   80/21 80/22 81/14 81/18
   82/6 82/17 87/1 88/7 89/2 89/13
   91/13 91/24 96/11 96/12 99/17
   100/2 100/14 100/23 101/1 101/7
   101/24 101/25 103/13 103/19
items [48]   39/4 39/11 39/13 39/15
   77/13 78/8 79/10 79/12 79/14 80/3
   80/6 80/19 80/20 81/2 81/4 83/10
   84/11 84/21 84/23 86/24 87/19
   88/5 90/5 92/5 92/6 92/15 93/9
   94/4 95/8 96/16 96/24 97/2 97/4
   97/14 97/19 98/5 98/19 99/13
   99/24 101/3 101/7 101/20 102/16
   102/19 103/5 103/13 103/19 103/22
its [1]   4/25
itself [2]   64/5 91/2

**J**

jail [2]   56/22 56/22
jailhouse [1]   105/3
Jeffrey [2]   1/18 4/18
John [1]   63/16
JUDGE [1]   1/10
June [1]   7/19
June 11th [1]   7/19
jurisdiction [1]   65/17
jury [69]   1/9 4/3 4/9 4/11 6/20
   9/4 12/9 14/16 15/21 17/11 19/6
   19/10 21/6 24/19 26/15 28/3 28/6
   29/15 30/15 30/23 31/21 35/9
   35/13 35/23 36/4 37/16 42/24 44/6
   44/11 45/18 48/21 49/3 51/10
   52/24 56/16 57/17 58/14 59/8
   60/12 62/11 64/24 65/8 66/21
   67/24 68/9 69/1 70/13 71/10 71/16
   72/13 73/2 80/14 82/3 83/17 84/18
   88/2 89/10 90/13 94/12 99/18
   100/15 100/25 101/15 101/18
   102/14 103/2 103/10 103/20 104/12
just [55]   4/5 4/5 4/6 13/12 13/17
   17/14 17/24 21/23 22/21 23/2 23/7
   24/9 28/17 29/18 32/12 38/5 38/23
   40/22 44/11 48/17 48/18 51/13
   54/13 55/3 55/7 56/11 56/19 56/25
   57/3 69/3 70/10 70/12 70/23 73/2
   81/2 81/23 83/20 85/8 85/14 85/19
   86/6 86/15 86/18 91/23 92/15
   92/24 97/3 97/11 98/7 99/9 99/11
   99/14 101/20 104/9 107/7

**JUSTICE** [2]   1/13 1/20

**K**

Karl [3]   69/6 69/7 69/9
keep [7]   15/13 50/17 65/16 86/9
   95/8 100/22 100/22
keeping [1]   4/9
kept [2]   66/19 86/7
key [1]   19/20
keyboard [1]   103/16
kind [6]   17/17 19/16 19/18 30/22
   38/20 57/1
know [13]   47/2 49/18 57/8 61/21
   76/25 77/8 92/22 104/23 105/15
   105/21 105/22 106/5 106/5
knowledge [4]   69/10 86/7 86/13
   86/16
Kraken [6]   61/22 61/23 61/24 62/2
   62/16 62/19

**L**

LA [2]   92/7 92/9
label [2]   95/6 95/7
labeled [5]   47/21 95/15 95/23
   96/2 102/11
labels [3]   94/25 95/1 95/3
landed [1]   75/18
landing [5]   11/22 30/20 38/10
   60/6 65/4
laptop [3]   4/7 56/21 56/21
large [2]   26/23 90/3
larger [1]   35/23
last [8]   46/25 55/25 56/8 56/22
   66/25 72/23 94/20 94/21
later [2]   60/24 92/8
latest [1]   66/5
laundering [3]   8/4 61/21 62/16
law [7]   2/3 9/22 10/4 65/17 66/12
   74/22 77/7
LAX [1]   75/21
lay [1]   86/13
lead [1]   74/20
leading [1]   74/13
leads [2]   56/5 56/6
learn [1]   61/7
least [1]   88/11
leather [2]   87/15 88/6
left [17]   5/9 12/15 35/15 35/19
   36/8 36/11 38/23 39/2 41/21 55/20
   55/25 71/19 71/24 72/14 77/12
   88/12 92/1
left-hand [6]   12/15 35/15 38/23
   39/2 55/20 55/25
legal [2]   62/21 66/15
let [1]   57/8
let's [11]   15/25 16/11 21/9 21/12
   21/22 38/5 55/6 55/8 56/12 97/18
   104/6
letter [1]   36/11
letters [3]   15/23 38/15 54/8
level [2]   9/19 65/2
light [2]   38/14 51/19
like [52]   5/9 5/20 6/4 9/21 10/10
   11/16 18/12 20/12 24/1 27/5 27/8
   27/12 27/12 28/9 28/23 29/24 31/5
   34/18 36/22 40/4 40/5 42/1 43/14
   47/7 48/4 49/24 50/7 53/23 57/20
   61/15 70/11 75/8 75/8 81/6 82/25
   87/5 87/8 88/14 88/19 91/4 93/19
   94/15 94/20 97/1 98/4 98/7 98/20
   99/10 99/11 99/21 100/22 104/1
likelihood [1]   23/3
limit [1]   85/20
limited [3]   10/6 105/25 106/1
LINDSAY [3]   2/6 108/3 108/12
line [1]   99/14
link [16]   7/9 11/4 12/19 12/21
   13/6 13/8 15/2 17/16 18/4 33/2
   33/12 55/16 55/23 56/5 65/6 70/1
linked [2]   8/11 10/3
links [6]   19/14 35/16 35/18 35/19
   39/4 44/15

**M** (right column)

list [3]   80/6 80/19 94/18
listed [10]   18/7 18/11 36/17 38/3
   62/23 62/24 69/5 69/13 82/9 94/23
listing [2]   63/18 94/19
listings [1]   39/5
lists [2]   62/22 82/11
Litecoin [2]   35/17 36/8
little [7]   33/24 35/23 68/23 78/4
   82/24 105/16 106/21
Live [2]   89/14 100/21
LiveLTE.RU [1]   91/3
living [2]   69/9 69/11
load [1]   34/12
located [2]   10/19 95/9
location [3]   80/21 94/17 94/19
locations [3]   75/23 88/13 88/17
locked [1]   82/16
locker [1]   93/6
log [8]   11/22 12/1 12/14 12/20
   25/1 39/15 93/25 94/24
log-in [5]   11/22 12/1 12/14 12/20
   25/1
logged [14]   12/19 19/12 31/1
   36/19 36/19 36/21 41/15 42/4 43/5
   50/2 53/6 53/16 60/16 60/24
logging [1]   44/13
logo [6]   12/15 12/16 65/6 83/23
   91/25 92/1
logs [3]   29/23 65/14 65/16
long [2]   23/20 98/1
longer [1]   47/20
look [11]   20/6 20/8 47/7 58/17
   65/12 74/3 94/15 102/10 104/1
   106/21 107/11
looking [12]   16/9 38/23 53/7 56/2
   60/23 62/14 70/24 72/9 72/16 82/7
   82/17 90/19
looks [3]   53/23 88/14 99/21
Los [6]   74/19 74/25 79/5 79/8
   92/7 92/9
lose [1]   82/15
lost [1]   92/20
lot [2]   56/25 57/3
love [1]   22/13
lower [2]   28/20 71/19
LTC [1]   36/8
LTD [1]   62/21
LTE [2]   89/14 100/21
luggage [23]   77/14 78/5 78/23
   79/11 80/4 80/7 81/15 81/18 83/10
   84/11 87/20 89/1 89/3 90/1 90/6
   91/12 91/14 92/18 93/5 93/10
   99/25 101/4 102/17
lunch [8]   77/16 92/23 104/5
   104/11 104/14 105/6 106/20 107/10

**M**

made [14]   32/5 32/16 32/18 41/9
   41/9 41/10 43/11 50/5 53/15 64/5
   77/20 78/15 92/19 97/14
maintained [1]   10/3
make [15]   7/11 8/6 18/5 23/22
   26/21 35/22 37/24 38/1 41/1 56/23
   57/6 57/11 97/21 97/24 104/9
Malta [3]   63/7 63/10 63/15
manner [2]   10/3 92/19
manually [1]   54/7
many [4]   23/22 72/10 88/17 102/8
marijuana [1]   39/10
marked [1]   98/21
market [20]   33/20 33/25 34/12
   34/16 34/25 35/14 36/10 38/11
   39/2 39/25 40/1 41/20 43/12 46/14
   46/17 46/18 46/20 60/14 60/15
   60/18
markets [1]   34/2
marshal [1]   57/5
Marshals [1]   57/9
Marx [3]   69/6 69/7 69/9
Maryland [1]   74/16
matter [2]   104/6 108/5
Matthew [3]   3/3 5/1 5/2

**M**

**may [55]** 5/3 6/19 11/12 11/13
12/8 14/15 14/20 14/21 19/5 21/5
24/18 26/14 28/2 29/14 30/14
31/20 35/8 37/15 42/23 44/5 45/17
48/21 51/9 52/23 53/23 57/7 57/18
58/14 59/7 62/10 64/23 67/23 71/9
73/17 73/18 74/5 74/6 75/14 78/2
79/22 79/23 80/13 82/2 83/16
84/17 88/1 88/15 89/9 90/12 91/20
94/11 98/15 101/14 103/2 105/16
**maybe [7]** 46/24 55/3 65/8 77/15
80/25 86/5 105/15
**me [23]** 4/17 15/2 23/10 23/11
23/13 26/6 26/21 27/5 36/21 40/17
41/1 42/12 49/7 51/15 57/8 57/9
67/4 77/16 77/21 92/24 94/3 105/3
105/6
**mean [2]** 73/2 91/6
**means [2]** 44/21 73/4
**measurements [1]** 83/24
**measures [4]** 83/7 83/22 83/25
88/8
**media [5]** 52/12 83/8 83/25 87/2
87/4
**memorandum [1]** 73/24
**Mempool.space [1]** 71/1
**mentioned [3]** 36/2 60/22 90/16
**merits [1]** 76/25
**message [19]** 8/18 8/20 46/3 47/18
47/21 47/22 48/2 49/2 49/3 49/15
49/22 49/23 49/23 52/3 52/4 59/12
59/14 59/14 60/20
**messages [6]** 8/17 42/6 44/19 46/1
46/2 48/9
**messaging [6]** 46/4 47/19 49/14
50/4 60/19 60/25
**metal [3]** 90/1 90/19 90/21
**MICHAEL [2]** 2/2 4/22
**mid [1]** 73/12
**middle [4]** 19/24 25/3 26/24 39/17
**Midway [1]** 72/14
**might [2]** 69/19 73/14
**miners [2]** 23/1 23/1
**mini [1]** 89/20
**minicomputer [1]** 91/12
**minimum [1]** 19/18
**minutes [7]** 23/24 29/21 41/24
55/4 56/11 56/14 93/1
**Miranda [6]** 77/1 77/20 77/22
104/18 105/1 105/12
**missed [2]** 86/4 86/5
**misspoke [1]** 37/9
**Mixer [1]** 49/9
**mixers [1]** 49/9
**mixing [1]** 8/24
**mobile [17]** 84/1 84/8 84/23 84/24
84/25 87/6 88/11 88/25 90/23
101/21 102/2 102/3 102/6 102/9
103/14 103/15 103/23
**modem [3]** 88/25 90/2 90/23
**modems [2]** 101/22 102/3
**Molly [4]** 46/7 46/11 46/12 49/5
**moment [2]** 50/8 78/22
**Monero [2]** 35/17 36/8
**money [4]** 25/18 61/21 62/16 68/21
**moniker [2]** 39/19 39/21
**months [2]** 98/2 98/2
**mood [1]** 22/13
**Moon [17]** 61/8 61/10 61/13 62/21
63/9 63/21 63/24 64/1 65/16 66/1
66/17 67/8 67/14 68/2 68/16 68/17
72/4
**MoonVPN.org [4]** 64/4 64/15 64/17
65/4
**more [12]** 33/24 47/2 49/17 55/3
55/7 60/24 62/7 77/9 86/14 97/13
105/16 106/1
**morning [8]** 1/7 4/16 4/20 4/21
4/24 5/7 5/8 55/2
**Moscow [1]** 74/19

**MOSS [1]** 1/9
**most [1]** 11/3
**motion [1]** 77/19
**mouse [3]** 55/15 55/18 55/22
**move [12]** 42/1 49/11 49/24 52/6
95/17 95/21 95/25 96/3 96/6 96/8
96/17 99/20
**moved [1]** 51/3
**moves [40]** 6/15 6/25 12/4 14/11
17/6 19/1 21/1 24/14 26/10 27/23
29/10 30/10 31/16 35/4 37/11
42/19 44/1 45/13 48/14 51/6 52/19
58/9 59/3 62/4 64/19 67/19 71/5
80/5 80/9 81/20 83/12 84/13 87/22
89/5 90/8 91/16 94/7 100/5 101/9
102/22
**movies [1]** 10/23
**moving [2]** 10/18 95/11
**Mr [4]** 3/4 8/25 21/23 38/8
**Mr. [98]** 4/6 5/7 9/9 11/11 12/13
13/20 14/24 17/14 19/9 19/23
21/12 22/2 24/22 26/18 28/6 29/18
30/18 31/24 32/11 35/12 36/2 39/6
43/16 44/11 44/25 45/24 47/8 50/8
51/13 52/7 53/14 55/1 56/17 56/20
57/2 57/18 57/20 58/17 71/13 74/8
75/9 75/18 75/19 76/4 76/15 77/14
78/5 78/17 78/20 78/22 79/8 80/3
81/15 81/18 82/6 82/23 83/6 83/10
84/11 84/21 85/10 85/17 86/11
86/23 88/4 89/1 89/21 90/1 90/5
90/16 91/8 91/12 91/23 92/17 97/1
97/15 97/16 97/17 98/1 98/20 99/8
99/24 99/25 100/14 101/4 101/17
102/5 102/17 103/5 104/13 105/7
106/4 106/13 106/18 106/23 107/5
107/6 107/8
**Mr. Bice [1]** 75/9
**Mr. Brown [5]** 55/1 57/18 86/11
97/17 105/7
**Mr. Ekeland [2]** 56/17 107/5
**Mr. Fischbach [3]** 85/17 97/15
98/1
**Mr. Fischbach's [1]** 97/16
**Mr. Price [51]** 5/7 9/9 11/11
12/13 13/20 14/24 17/14 19/9
19/23 21/12 22/2 24/22 26/18 28/6
29/18 30/18 31/24 32/11 35/12
36/2 39/6 43/16 44/11 44/25 45/24
47/8 50/8 51/13 52/7 53/14 57/20
58/17 71/13 74/8 82/6 84/21 85/10
86/23 88/4 89/21 90/16 91/8 91/23
97/1 98/20 99/8 99/24 100/14
101/17 103/5 104/13
**Mr. Price's [1]** 106/4
**Mr. Sterlingov [17]** 57/2 75/18
75/19 76/4 76/15 77/14 78/17
78/20 78/22 79/8 81/15 90/5 92/17
102/5 106/13 106/18 107/8
**Mr. Sterlingov's [17]** 4/6 56/20
78/5 80/3 81/18 82/23 83/6 83/10
84/11 89/1 90/1 91/12 99/25 101/4
102/17 106/23 107/6
**much [9]** 19/19 22/5 27/5 47/7
68/18 68/21 74/20 77/9 92/22
**multimillion [1]** 8/3
**multiple [1]** 85/16
**must [2]** 49/10 49/17
**my [47]** 9/15 14/1 19/13 19/16
20/9 22/1 23/11 25/1 25/2 25/4
25/17 28/17 30/21 30/22 31/3 37/9
41/7 41/22 42/6 43/4 44/13 45/6
46/6 46/6 47/20 49/4 49/4 49/8
49/23 50/2 52/2 52/3 53/7 53/15
56/8 56/24 57/2 60/15 60/16 60/18
69/10 74/16 77/8 92/11 94/18
105/8 107/4
**myself [4]** 74/16 76/11 78/19
79/13

**N**

**N.W [1]** 1/16

**name [12]** 4/15 13/15 25/1 46/12
62/19 62/21 63/7 63/18 69/4 69/5
79/16 94/18
**named [1]** 63/16
**names [1]** 36/3
**narcotic [1]** 46/10
**narcotics [2]** 39/10 60/23
**nature [7]** 34/6 39/11 39/16 66/17
75/16 76/7 78/10
**navigated [2]** 47/16 47/17
**necessary [1]** 53/20
**need [12]** 8/23 37/25 38/20 47/2
49/4 49/8 49/18 77/15 85/1 85/2
105/12 106/19
**needed [1]** 79/12
**nefarious [1]** 86/18
**Netgear [1]** 92/2
**Netherlands [1]** 9/7
**network [7]** 24/9 29/21 41/25
61/12 65/9 84/25 88/25
**never [1]** 73/5
**Neville [2]** 62/25 63/16
**new [7]** 1/20 15/2 15/5 16/15 49/7
67/4 67/6
**news [3]** 7/9 65/6 67/3
**next [24]** 1/23 12/17 17/21 17/23
19/20 25/14 29/25 31/2 31/6 42/2
44/24 57/8 63/17 70/5 71/19 75/18
95/17 95/21 95/25 96/3 96/6 96/8
96/17 97/3
**nice [1]** 104/11
**night [1]** 56/22
**nine [1]** 94/18
**no [94]** 1/4 12/7 12/10 13/14
13/16 14/14 14/17 16/18 17/9
17/12 19/4 19/7 21/4 21/7 22/17
24/17 24/20 25/9 26/13 26/16 28/1
28/4 29/13 29/16 30/13 30/16
31/19 31/22 35/7 35/10 37/14
37/17 38/19 41/21 42/22 42/25
44/4 44/7 45/16 45/19 47/5 47/20
48/19 48/22 51/8 51/11 52/5 52/22
52/25 57/14 58/12 58/15 59/6 59/9
62/9 62/12 64/22 64/25 65/14
67/22 67/25 69/10 71/8 71/11 73/1
73/3 80/12 80/15 82/1 82/4 83/15
83/18 84/16 84/19 87/25 89/8
89/11 90/11 90/14 91/19 91/21
92/17 94/10 94/13 97/20 98/3 98/9
99/15 100/8 100/12 101/12 101/13
102/25 103/3
**nondisclosure [1]** 66/19
**None [1]** 54/24
**Northeast [2]** 9/16 93/16
**Nos [1]** 6/21
**not [42]** 4/4 10/3 10/4 12/22
15/11 15/13 22/4 22/17 25/22 33/2
36/19 36/23 41/1 47/7 48/2 55/6
56/21 56/25 61/1 65/16 65/17
65/19 66/2 67/5 69/10 73/1 77/4
77/6 77/6 78/15 79/23 85/10 85/14
85/22 86/8 86/10 86/17 97/19
104/23 105/3 105/12 105/14
**note [1]** 55/16
**notes [2]** 80/22 96/16
**nothing [1]** 92/20
**notification [1]** 74/17
**notify [1]** 66/18
**November [28]** 33/13 33/16 34/1
34/24 37/3 37/8 42/2 42/3 42/4
43/20 43/24 45/3 48/8 49/25 49/25
50/1 50/2 50/12 50/23 58/4 58/24
60/8 60/10 60/11 63/25 66/23
69/17 71/17
**November 18th [5]** 37/3 37/8 60/11
69/17 71/17
**November 19th [9]** 42/2 42/3 42/4
43/20 43/24 45/3 48/8 49/25 66/23
**November 2019 [4]** 33/16 34/1
58/24 60/10
**November 21st [4]** 50/2 50/12
50/23 60/8

**N**

now [39]  8/21 13/2 16/3 17/19
  17/21 20/12 21/13 23/6 23/19 25/6
  28/13 33/13 37/20 38/23 41/14
  41/14 43/3 43/5 55/15 56/11 59/11
  60/10 63/25 66/21 68/12 69/21
  70/11 71/13 72/19 73/7 74/8 81/4
  81/24 85/18 96/23 99/3 102/5
  104/1 104/4
number [9]  4/12 9/15 25/1 31/2
  35/15 56/3 87/7 94/23 97/12
numbers [2]  39/13 39/14
numerous [3]  39/10 78/8 87/15
NW [3]  1/14 1/20 2/8
NY [1]  2/4

**O**

object [1]  90/20
objection [88]  6/17 12/6 12/7
  14/13 14/14 17/8 17/9 19/3 19/4
  21/3 21/4 24/16 24/17 26/12 26/13
  27/25 28/1 29/12 29/13 30/12
  30/13 31/18 31/19 33/5 33/6 35/6
  35/7 37/13 37/14 42/21 42/22 44/3
  44/4 45/15 45/16 48/16 48/19 51/7
  51/8 52/21 52/22 58/11 58/12 59/5
  59/6 62/6 62/9 64/21 64/22 67/21
  67/22 71/7 71/8 76/17 76/20 80/11
  80/12 81/22 82/1 83/14 83/15
  84/15 84/16 85/3 85/4 86/2 86/10
  87/24 87/25 89/7 89/8 90/10 90/11
  91/18 91/19 94/9 94/10 97/6 97/7
  98/8 98/9 98/12 100/7 100/8
  101/11 101/12 102/24 102/25
observe [2]  76/8 78/7
observed [1]  80/6
obtain [1]  74/22
obtained [4]  10/1 10/5 33/18 93/7
obviously [1]  104/23
October [1]  66/23
off [8]  5/9 18/8 27/10 36/3 50/6
  60/13 74/15 77/8
offered [1]  64/6
office [10]  9/15 9/16 9/17 10/20
  57/9 79/9 92/7 92/9 92/14 93/16
officer [2]  76/5 76/12
officers [3]  62/22 62/23 78/17
official [5]  2/7 66/14 105/18
  108/3 108/13
officials [1]  105/13
often [1]  66/15
Oh [1]  6/25
okay [27]  11/18 18/16 22/18 24/3
  25/25 27/14 28/25 30/1 34/20
  56/10 57/22 61/17 64/11 77/25
  78/2 81/8 87/10 88/21 91/7 95/11
  95/13 98/8 98/10 98/22 102/12
  102/15 105/19
once [7]  10/1 10/5 17/23 18/6
  23/10 28/19 70/1
one [27]  6/2 8/1 8/10 9/15 10/6
  10/11 51/3 53/17 55/7 55/25 62/7
  62/24 71/22 72/14 72/15 72/17
  72/17 77/17 88/11 99/24 101/3
  101/23 102/2 103/23 103/23 105/15
  107/7
one's [1]  65/10
one-time [1]  10/6
only [3]  8/23 76/24 97/20
open [9]  20/10 53/17 66/5 70/22
  99/2 99/22 100/23 101/23 103/8
open-source [1]  70/22
opened [6]  60/16 95/16 95/19 96/4
  96/9 96/19
opening [4]  95/24 96/2 99/9 107/4
operation [5]  10/1 10/5 20/18
  21/18 75/12
operational [1]  33/25
operations [1]  9/23
opine [1]  86/8
opining [2]  85/21 86/17

opinion [2]  85/18 85/22
opportunity [2]  39/6 72/19
order [6]  35/18 38/1 38/17 66/3
  66/20 94/21
order/warrant [1]  66/3
orders [1]  66/18
originally [1]  92/16
other [14]  8/23 34/1 34/3 35/18
  35/19 36/9 50/4 66/13 73/3 73/6
  82/14 96/16 106/22 107/7
others [2]  23/22 36/8
Otherwise [1]  98/12
our [11]  29/22 48/1 56/10 57/13
  65/17 67/6 86/2 86/10 97/2 98/18
  104/5
out [63]  7/4 7/17 12/13 15/21
  19/9 19/24 24/22 25/7 25/13 25/18
  25/21 27/12 28/22 29/24 30/23
  31/5 32/11 35/12 36/22 38/12 42/1
  44/20 44/23 48/3 49/24 54/25 55/6
  56/16 61/6 63/4 63/20 72/13 73/7
  78/8 81/6 82/16 82/25 83/20 84/2
  84/21 87/8 88/4 88/15 88/17 88/19
  89/13 90/16 91/4 91/23 92/4 92/9
  98/17 99/13 99/17 99/20 100/14
  100/18 101/17 101/20 101/23 103/5
  103/19 104/12
over [7]  28/16 41/15 55/16 55/18
  55/23 82/24 99/10
overhear [2]  76/13 104/10
overlaid [1]  15/23
overruled [2]  33/8 98/13
owned [2]  10/2 92/12
ownership [1]  62/17
Ozuna [1]  105/9

**P**

p.m [3]  23/12 104/12 107/15
pack [1]  92/19
package [2]  73/4 78/8
packages [1]  8/22
packed [2]  92/6 92/16
page [83]  1/23 11/5 11/7 11/22
  11/22 12/2 12/14 12/14 12/19
  12/24 15/2 17/1 17/3 17/17 18/4
  18/11 18/21 18/24 19/15 19/24
  21/18 24/8 24/24 26/6 26/18 26/20
  26/21 27/18 27/19 30/5 30/20
  31/12 32/3 32/4 32/9 32/18 34/25
  35/2 35/18 36/19 37/3 37/21 37/23
  37/25 38/8 38/10 38/23 39/23
  39/25 40/10 40/13 41/6 43/5 43/6
  44/17 44/18 44/19 49/22 53/24
  54/1 54/4 54/5 54/17 54/21 55/13
  55/17 59/17 60/1 60/6 63/17 65/4
  65/12 66/25 66/25 70/12 72/14
  72/16 80/17 80/24 80/25 94/15
  94/16 95/12
pages [5]  12/23 17/24 19/14 44/15
  50/5
paid [1]  68/4
panel [1]  12/20
paper [4]  81/12 82/8 83/22 96/16
papers [1]  78/9
paragraph [2]  49/16 63/6
paragraphs [1]  15/8
parenthesis [3]  47/23 47/25 82/10
part [3]  60/7 105/25 105/25
partially [2]  84/8 87/2
participate [2]  73/8 93/11
particular [4]  5/16 9/17 19/15
  66/16
particularly [2]  9/6 95/7
passengers [1]  75/23
passport [1]  63/15
password [11]  12/21 13/12 15/4
  15/12 15/13 15/18 15/19 30/21
  43/5 52/2 82/15
passwords [1]  39/15
past [2]  8/15 56/11
paste [3]  21/25 40/12 54/3
pasted [2]  27/9 54/15

pasting [1]  54/5
Patrol [1]  104/20
pause [31]  14/21 16/3 16/14 21/12
  21/23 22/2 22/21 38/8 39/23 40/9
  40/22 41/5 41/14 43/2 43/15 44/10
  45/24 46/24 47/16 50/8 51/24 52/6
  53/2 53/2 53/13 54/13 55/14 55/22
  56/8 74/4 92/25
paused [2]  14/24 44/17
pausing [1]  23/6
pay [5]  68/3 68/5 68/11 68/12
  68/17
paying [1]  68/10
payment [7]  29/20 29/20 34/4
  43/11 54/21 59/23 72/4
Pearlman [2]  1/18 4/18
PELKER [2]  1/13 4/18
pending [1]  23/19
Pennsylvania [1]  1/14
people [3]  47/3 49/19 56/25
percent [1]  62/25
performing [1]  78/25
periodically [1]  66/1
permission [1]  97/3
person [1]  61/13
personal [2]  34/5 86/7
personally [3]  75/1 76/8 93/11
PGP [2]  66/1 66/7
philosopher [1]  69/8
phone [9]  56/24 76/18 85/1 88/11
  88/18 103/14 103/15 103/16 103/17
phones [4]  87/6 102/6 102/9
  103/23
photo [35]  7/7 83/5 84/7 88/9
  88/24 89/13 89/25 91/1 93/25
  94/19 94/20 94/22 94/23 94/24
  95/11 95/14 95/15 95/16 95/17
  95/17 95/19 95/21 95/21 95/23
  95/25 96/1 96/2 96/3 96/6 96/7
  96/8 96/9 96/17 96/17 96/19
photograph [12]  81/12 81/17 82/8
  82/17 83/9 83/21 87/14 87/18 88/5
  89/2 90/4 91/11
photographed [1]  81/14
photographer [1]  94/18
photographs [1]  81/4
photos [7]  80/20 94/1 94/4 94/18
  95/9 96/21 97/11
phrases [1]  75/15
physical [7]  69/13 77/13 96/24
  97/2 97/14 97/19 98/19
physically [1]  98/7
Pi [4]  89/20 90/24 91/12 92/1
pick [1]  5/9
picked [1]  90/20
picture [3]  15/24 16/9 28/16
pictured [1]  90/22
piece [3]  19/16 81/12 82/8
pieces [1]  100/17
pills [1]  39/11
pin [2]  40/18 105/10
pink [1]  103/23
place [4]  9/12 9/23 27/7 95/3
placeholder [2]  13/19 20/13
places [2]  24/24 87/7
Plaintiff [2]  1/4 1/13
plan [2]  9/24 74/24
plane [2]  79/15 104/24
planned [2]  74/19 76/7
plastic [1]  88/11
platform [16]  8/15 18/1 18/8
  18/10 22/17 27/11 32/16 32/19
  33/19 41/22 42/7 44/22 50/6 54/9
  60/13 60/25
play [10]  21/9 38/5 39/23 40/6
  43/2 44/9 45/21 50/25 51/21 53/10
played [14]  14/22 16/1 16/12
  21/10 22/19 38/6 40/7 41/3 45/22
  46/22 51/22 53/11 54/11 55/9
playing [4]  14/20 47/8 51/13
  55/11
PLC [1]  63/7

**P**

please [5]  4/14 29/21 103/10 103/12 103/20
PLLC [1]  2/3
plugged [1]  92/2
podium [1]  4/14
point [34]  7/4 7/17 12/13 15/3 15/21 16/14 16/17 19/9 19/24 21/19 24/22 30/23 30/24 35/12 38/12 41/5 53/14 53/19 57/11 63/4 72/13 76/21 77/2 77/16 77/21 83/20 84/21 88/4 89/13 90/16 90/17 91/23 97/1 104/2
pointed [1]  44/20
police [2]  8/3 105/3
pops [1]  55/20
portable [1]  90/3
portion [10]  18/8 28/20 40/14 49/1 51/19 55/17 60/5 71/19 72/7 90/18
portions [3]  83/6 83/22 88/8
pose [1]  106/11
posed [1]  85/24
possible [2]  68/8 91/1
posted [1]  59/14
pouch [2]  87/15 88/7
precede [1]  105/12
precise [2]  73/11 74/11
prejudicial [1]  97/13
prepare [1]  53/21
prepared [5]  73/16 73/25 80/4 80/19 97/21
preparing [4]  15/3 37/24 46/3 54/3
presence [1]  53/19
present [2]  4/23 98/7
press [1]  8/2
pretrial [1]  77/18
pretty [1]  66/8
preview [2]  81/23 106/3
previous [9]  11/2 28/8 28/13 29/6 32/8 40/14 41/22 44/14 88/9
previously [37]  5/2 18/7 19/13 20/19 21/17 27/9 28/12 30/6 31/11 32/3 32/14 33/20 37/4 38/2 40/13 40/18 41/9 42/4 42/17 43/4 43/21 45/7 46/14 46/15 50/2 50/6 50/15 50/19 52/2 52/10 52/14 60/17 61/3 71/20 88/8 90/2 90/23
Price [57]  3/3 5/1 5/2 5/7 8/25 9/9 11/11 12/13 13/20 14/24 17/14 19/9 19/23 21/12 21/23 22/2 24/22 26/18 28/6 29/18 30/18 31/24 32/11 35/12 36/2 38/8 39/6 43/16 44/11 44/25 45/24 47/8 50/8 51/13 52/7 53/14 57/20 58/17 71/13 74/8 82/6 84/21 85/10 86/23 88/4 89/21 90/16 91/8 91/23 97/1 98/20 99/8 99/24 100/14 101/17 103/5 104/13
Price's [1]  106/4
primarily [3]  34/2 39/10 56/24
primary [1]  36/6
prior [7]  26/6 59/18 82/24 92/20 95/23 96/2 96/7
priority [2]  22/23 22/24
privacy [1]  66/8
private [2]  61/11 65/9
probative [1]  97/13
procedure [1]  95/6
proceed [3]  5/3 78/2 98/15
proceedings [2]  1/7 108/5
process [9]  9/19 10/21 13/13 41/12 66/10 66/15 76/8 78/11 79/16
processed [1]  24/9
processing [2]  78/18 78/19
produce [1]  97/16
produced [1]  98/1
producing [1]  46/1
product [2]  65/5 69/4
products [2]  39/1 39/5

program [3]  10/1 11/8 38/22
property [2]  79/19 83/6
proposed [1]  9/24
protection [5]  74/18 75/20 75/22 76/12 78/5
protocol [3]  9/22 65/10 66/9
protruding [1]  89/15
provide [1]  13/15
provided [4]  62/1 67/14 70/6 72/4
provider [1]  21/16
providers [3]  66/13 66/14 82/14
provides [1]  61/25
public [2]  10/6 53/7
publication [1]  66/5
publicly [1]  10/6
publish [37]  6/15 6/25 12/4 14/11 17/6 19/1 21/1 24/15 26/11 27/23 29/10 30/10 31/16 35/4 37/11 42/19 44/1 48/14 51/6 52/19 58/9 59/3 64/19 67/19 71/5 80/9 81/20 83/13 84/13 87/22 89/5 90/8 91/16 94/7 100/5 101/9 102/22
published [38]  6/20 12/9 14/16 17/10 19/6 21/6 24/19 26/14 28/3 29/14 30/15 31/20 35/9 37/16 42/23 44/6 45/18 48/21 51/9 52/24 58/14 59/7 62/11 64/23 67/24 71/10 80/14 82/3 83/17 84/18 88/2 89/10 90/13 91/20 94/12 100/9 101/15 103/2
publishes [1]  66/1
pull [5]  5/21 20/14 101/17 101/23 103/19
pulled [3]  78/8 101/20 105/9
punch [1]  88/17
punched [1]  88/14
purchase [9]  34/4 61/11 64/6 67/7 67/7 67/15 68/2 70/15 73/4
purchases [1]  77/7
purportedly [1]  61/11
purpose [12]  54/5 68/15 73/6 76/16 79/18 82/13 95/5 97/12 106/7 106/14 106/17 106/19
purposes [2]  77/20 77/22
pushed [1]  54/20
put [5]  22/10 88/18 102/4 103/18 103/25

**Q**

QR [1]  68/12
qualified [2]  85/10 85/22
question [15]  33/10 56/9 77/9 77/17 85/24 85/25 86/15 86/19 97/20 105/15 106/9 106/10 106/22 106/23 107/7
questioned [1]  104/22
questioning [4]  105/13 105/14 106/2 106/2
questions [7]  14/21 55/7 76/2 76/6 77/6 105/21 106/6
quick [1]  104/18
quotation [1]  8/13
quote [1]  8/11
quoted [1]  8/13

**R**

raise [2]  4/2 56/17
RANDOLPH [1]  1/9
raspberry [5]  89/20 90/24 91/12 91/25 92/1
rates [2]  35/20 36/13
rather [2]  4/8 85/21
rattled [1]  36/2
read [12]  8/12 8/20 15/8 26/23 29/18 46/5 46/25 47/25 49/3 65/13 65/15 65/24
reading [1]  49/15
ready [1]  5/4
really [4]  86/15 105/1 106/1 106/6
reason [3]  16/8 39/21 47/6
reasoning [1]  105/25

reasons [3]  9/15 9/24 76/6
recall [9]  4/25 5/13 7/22 61/14 63/23 68/21 73/11 86/2 102/9
recalls [1]  5/1
recap [1]  60/11
receive [4]  31/11 32/3 52/11 66/17
received [4]  18/9 61/1 66/18 74/17
receiving [1]  32/14
recent [1]  11/3
recently [2]  72/20 72/22
Recess [2]  57/16 107/15
recognize [70]  5/22 5/24 6/5 6/7 11/19 11/21 13/23 13/25 16/23 16/25 18/18 18/20 20/14 20/16 24/4 24/6 26/1 27/15 27/17 29/1 29/3 30/1 30/3 31/7 31/9 34/21 34/23 36/24 37/1 42/11 43/16 43/18 44/25 45/2 48/5 48/7 50/9 50/11 52/7 52/9 57/23 57/25 58/20 58/22 61/18 61/20 64/12 64/14 67/11 67/13 70/19 70/21 73/20 79/25 80/2 81/9 81/11 83/1 83/4 84/3 84/6 87/11 88/21 89/22 91/8 93/22 93/24 96/12 98/23 100/25
recollection [3]  73/15 74/9 107/4
record [9]  4/15 23/18 29/22 57/4 57/11 62/15 62/17 95/9 108/5
recording [23]  11/9 14/1 14/3 14/5 14/8 20/17 20/19 20/21 37/4 37/6 37/10 42/12 42/14 43/19 43/21 43/23 45/6 47/10 50/12 52/13 52/14 54/13 55/14
recordings [1]  10/24
records [1]  62/1
recover [1]  15/14
recovered [13]  77/13 81/18 83/10 84/11 87/19 89/3 91/14 99/24 100/3 101/3 101/7 102/16 102/20
recovery [2]  75/15 81/13
red [4]  71/19 96/11 96/12 96/15
refer [1]  11/2
reference [3]  8/2 80/20 86/3
referenced [1]  46/14
referencing [1]  8/3
referred [1]  79/17
reflect [4]  36/19 41/6 41/19 43/11
reflects [1]  36/21
refresh [2]  73/14 74/9
regard [1]  64/1
regarding [1]  8/8
register [6]  12/20 12/21 13/7 15/2 15/5 29/22
registered [1]  15/10
registration [3]  13/6 15/2 15/9
regular [1]  38/18
relationship [1]  102/1
relatively [1]  106/18
release [1]  8/2
relevant [3]  19/9 76/23 83/20
remainder [1]  49/13
remained [1]  76/22
remaining [2]  72/7 73/5
remember [1]  22/12
remind [3]  56/12 66/21 104/7
reminder [1]  12/18
removed [1]  29/22
repack [1]  92/16
repacked [1]  92/15
report [3]  73/16 73/24 106/5
reporter [5]  2/6 2/7 34/8 108/3 108/13
represent [22]  14/8 18/23 20/21 26/7 27/20 29/7 30/7 31/13 35/1 36/12 37/7 42/15 48/11 50/21 58/6 58/25 81/17 83/9 84/10 87/18 91/13 94/4
representation [1]  17/3
Republic [1]  63/15
request [1]  97/14

**R**

**require [2]** 22/24 54/22
**required [6]** 13/8 13/11 28/14 40/17 54/19 65/17
**requiring [1]** 15/19
**research [3]** 56/13 104/8 104/18
**resident [1]** 79/4
**residual [1]** 41/21
**respect [3]** 57/6 77/19 104/17
**responded [1]** 52/4
**response [5]** 61/1 76/25 76/25 106/10 106/18
**responsible [1]** 79/19
**restaurant [1]** 69/15
**restore [1]** 82/15
**retail [1]** 88/13
**returned [2]** 32/18 47/19
**returns [1]** 39/12
**reveal [5]** 10/4 65/18 65/19 66/3 70/8
**revealed [1]** 70/9
**Revenue [2]** 7/8 9/5
**review [13]** 5/10 5/16 11/17 32/22 52/3 56/21 70/7 70/8 72/19 74/2 97/4 98/2 106/19
**reviewed [19]** 14/5 18/5 18/6 20/10 20/19 37/4 42/17 43/21 45/7 50/4 50/15 50/19 52/14 60/10 60/15 60/25 64/4 72/24 74/8
**reviewing [1]** 44/14
**right [48]** 4/2 4/20 4/24 5/3 5/9 5/21 6/23 12/18 13/17 17/2 17/19 19/11 24/14 25/1 25/23 26/10 28/21 28/22 30/25 37/20 45/25 46/24 49/17 55/15 56/2 57/5 57/12 57/15 57/18 61/6 65/21 68/7 71/22 72/2 76/22 81/24 84/2 86/11 88/6 90/18 98/20 99/3 99/11 99/20 104/13 104/17 106/9 107/10
**right-hand [5]** 19/11 56/2 68/7 71/22 90/18
**rights [3]** 77/1 77/1 77/5
**rise [1]** 56/15
**ROMAN [9]** 1/6 4/13 4/22 61/14 62/24 63/18 73/9 74/1 74/18
**room [6]** 2/8 75/21 78/18 78/20 105/20 105/21
**rooms [1]** 95/6
**rose [1]** 103/24
**roughly [1]** 68/21
**routine [2]** 105/12 106/2
**RPR [1]** 108/12
**running [1]** 37/19
**Russian [1]** 101/22

**S**

**S8 [1]** 103/15
**safely [1]** 79/20
**said [8]** 7/1 37/9 57/6 106/6 106/10 106/13 107/5 107/8
**sale [2]** 39/1 60/22
**same [12]** 23/23 25/6 25/22 28/17 36/10 90/3 95/19 97/14 100/2 101/6 102/19 105/4
**Samsung [3]** 103/14 103/14 103/23
**saw [12]** 18/6 24/12 27/21 29/8 30/8 31/14 42/15 47/20 48/18 50/22 58/7 59/1
**say [12]** 18/14 21/19 39/17 47/3 49/19 50/15 76/15 86/16 91/5 100/20 105/19 106/25
**saying [4]** 57/1 98/3 98/5 105/19
**says [19]** 7/15 8/10 23/19 25/3 26/23 26/25 27/8 28/11 38/24 39/18 40/16 48/1 63/6 68/20 72/14 89/14 92/2 100/21 105/18
**scam [2]** 47/3 49/19
**scams [3]** 39/13 49/6 49/7
**scan [1]** 63/15
**scheduled [1]** 92/8
**schemes [1]** 39/12

**scope [1]** 106/1
**screen [82]** 7/22 10/21 10/24 11/9 11/9 13/7 13/18 13/20 14/1 14/3 14/5 14/9 14/25 16/9 17/15 20/14 20/17 20/19 20/21 24/11 25/3 26/8 26/24 27/21 28/6 28/8 28/13 28/20 29/8 29/19 30/8 30/18 31/14 32/8 35/12 36/18 37/4 37/6 37/7 37/10 38/2 39/17 42/8 42/12 42/14 42/15 43/19 43/21 43/24 44/12 45/5 45/6 45/10 45/25 47/9 47/10 48/12 50/12 50/17 50/19 50/22 51/14 52/13 52/14 52/17 55/12 55/14 55/20 58/7 59/1 63/5 64/5 64/16 65/3 68/9 69/1 71/16 72/9 75/23 79/23 81/24 90/18
**screening [9]** 75/21 75/24 76/1 76/4 77/6 78/11 78/14 104/21 104/22
**screens [2]** 6/13 23/7
**screenshot [45]** 5/25 6/8 6/10 17/1 18/21 18/23 24/7 24/23 26/4 27/19 29/4 29/7 30/4 30/7 30/25 31/10 31/13 32/1 34/24 35/1 35/14 37/2 37/10 45/3 45/5 47/11 48/25 49/1 49/22 50/16 54/19 58/23 58/25 59/12 59/17 59/22 60/1 60/5 64/15 64/16 66/22 67/14 67/16 70/22 70/24
**screenshots [15]** 5/18 6/2 6/13 25/17 47/13 47/19 48/8 48/11 55/13 58/1 58/3 58/6 60/7 60/15 64/7
**scroll [5]** 36/18 63/13 66/24 70/12 80/24
**scrolled [1]** 48/17
**scrolling [1]** 68/23
**SD [4]** 84/9 87/2 87/4 88/9
**sealed [2]** 98/25 99/1
**search [28]** 77/13 79/17 79/18 80/4 83/5 84/7 87/15 87/19 89/1 89/25 91/11 92/5 93/8 93/9 93/14 93/25 94/5 94/17 94/24 95/6 95/9 95/16 96/23 99/25 100/3 101/4 101/7 102/16
**searched [4]** 76/5 92/18 96/5 96/7
**searches [1]** 76/2
**seated [1]** 99/13
**second [7]** 27/10 32/19 49/16 53/18 63/12 80/24 92/24
**secondary [4]** 75/21 76/1 76/4 104/22
**seconds [1]** 38/5
**secretary [1]** 63/1
**section [3]** 47/21 59/14 91/6
**secure [1]** 92/7
**security [9]** 15/20 15/21 15/23 28/14 28/15 28/15 39/12 54/19 59/19
**see [25]** 7/20 7/22 13/20 15/25 16/20 21/23 22/8 22/15 30/21 40/25 42/9 42/9 43/7 56/14 60/25 62/7 63/4 66/5 67/2 71/17 81/23 86/4 90/19 97/18 105/6
**seeing [1]** 99/7
**seek [1]** 66/12
**seen [1]** 32/8
**seize [3]** 78/25 93/9 96/24
**seized [1]** 86/8
**seizure [3]** 75/17 93/8 95/16
**selected [2]** 22/23 53/23
**selecting [1]** 23/2
**selects [1]** 27/5
**selling [4]** 46/7 46/8 49/6 61/25
**send [16]** 20/5 23/13 26/25 27/8 27/9 40/5 40/12 42/6 44/19 46/3 47/19 60/20 68/17 68/18 69/21 70/16
**sending [6]** 22/5 22/15 25/18 25/21 46/2 71/24
**sent [15]** 18/8 18/10 20/9 22/12 25/7 25/22 41/19 49/23 60/14 61/3

69/24 70/1 70/15 72/8 73/4
**sentences [1]** 46/25
**separate [1]** 53/17
**September [17]** 7/5 10/12 10/12 10/14 10/14 10/18 23/12 25/14 25/15 25/19 26/4 26/8 32/12 32/15 32/16 32/17 41/22
**September 11th [5]** 10/14 10/18 23/12 32/12 32/15
**September 12th [7]** 25/14 25/15 25/19 26/4 26/8 32/16 32/17
**September 2017 [1]** 7/5
**sequence [2]** 48/18 95/12
**series [13]** 6/8 8/1 10/5 10/8 12/23 15/23 19/17 38/15 58/1 64/5 76/5 89/15 97/2
**served [1]** 78/20
**service [26]** 7/8 8/4 8/5 8/24 9/6 9/21 15/11 18/22 20/5 20/5 25/11 26/6 26/22 33/4 33/11 37/24 53/9 61/24 65/5 65/9 66/13 66/13 66/16 67/7 70/15 72/5
**services [41]** 10/15 11/4 11/7 11/23 14/2 24/7 25/16 26/5 26/19 29/5 30/5 35/15 35/19 37/3 37/22 38/10 38/13 38/17 39/4 39/7 39/9 41/16 42/5 42/13 43/6 45/4 48/10 50/3 50/13 51/17 51/18 52/1 53/17 54/18 58/24 59/13 60/2 60/6 60/20 68/2 68/6
**set [2]** 9/23 34/15
**seven [3]** 83/6 83/22 88/7
**several [3]** 29/21 41/24 96/16
**shared [1]** 8/23
**SHERRY [3]** 2/6 108/3 108/12
**Shore [1]** 74/16
**short [2]** 15/8 104/5
**shortened [1]** 36/7
**shortly [1]** 73/25
**shots [1]** 32/8
**should [7]** 42/8 64/10 66/17 77/18 82/15 85/19 93/20
**show [36]** 12/1 13/17 41/8 43/9 48/25 49/12 49/21 59/16 59/21 59/25 60/4 64/16 67/16 68/9 69/1 71/2 80/18 81/2 87/13 88/23 89/24 91/10 94/22 95/14 95/18 95/22 96/1 96/3 96/6 96/18 99/18 100/15 101/17 103/10 103/12 103/20
**showed [2]** 23/12 71/21
**showing [15]** 5/21 12/18 19/12 25/4 31/1 32/4 59/13 59/18 59/23 60/6 70/23 95/19 96/19 100/25 102/14
**shown [14]** 7/15 14/25 17/14 19/17 24/24 31/24 35/12 47/25 51/14 59/11 65/2 88/8 90/2 90/23
**shows [4]** 25/1 41/9 49/23 88/24
**side [8]** 12/15 15/12 35/15 38/23 39/2 55/20 56/2 71/22
**sight [1]** 99/14
**signed [1]** 66/1
**silent [1]** 76/23
**silently [1]** 74/2
**Silo [3]** 11/8 38/21 51/15
**silver [1]** 101/25
**SIM [20]** 84/1 84/8 84/24 85/1 85/6 85/11 85/11 85/12 85/14 85/16 86/2 86/8 86/13 86/16 86/19 87/16 87/16 88/11 88/13 103/16
**similar [6]** 9/5 33/18 34/1 55/25 87/5 102/2
**Similarly [1]** 40/3
**simply [1]** 86/12
**simultaneously [1]** 47/10
**since [1]** 67/5
**sinister [2]** 85/18 86/18
**site [48]** 10/9 10/15 10/17 11/4 11/23 14/2 15/4 17/24 18/5 18/10 18/22 19/14 19/22 24/8 25/16 26/5 26/19 26/20 27/6 29/5 30/5 30/19 35/15 37/3 37/22 38/11 40/17 41/7

**S**

site... [20]  41/16 42/5 42/13 43/6 44/13 44/15 45/4 48/10 50/3 50/14 51/17 52/1 53/17 53/18 54/18 58/24 59/13 60/2 60/20 105/10
site's [1]  40/24
sites [1]  35/19
sitting [1]  90/24
Sixth [1]  105/10
skipping [1]  78/4
slang [1]  46/12
Slightly [1]  23/18
slowly [1]  63/13
small [3]  87/5 89/16 89/18
so [98]  4/25 5/9 10/4 10/10 10/25 11/15 13/17 13/20 14/20 14/24 15/1 16/3 16/14 17/16 18/4 18/12 20/5 20/13 21/12 21/17 21/19 21/25 22/11 22/13 22/14 22/24 23/1 23/6 23/7 27/12 30/18 30/21 32/11 34/18 36/11 37/19 39/23 40/24 41/15 42/8 43/3 43/4 44/9 46/5 47/10 47/16 49/24 50/7 51/24 51/24 53/4 53/16 54/3 54/8 54/13 54/13 55/14 56/14 57/2 61/6 62/14 64/9 65/2 65/17 66/4 68/2 69/12 70/11 71/24 73/2 73/20 75/1 75/18 77/15 77/21 78/4 79/13 81/6 82/16 83/22 93/2 93/5 93/19 94/15 95/8 97/1 97/15 98/4 98/17 98/20 99/2 104/4 104/6 104/10 104/17 104/23 106/9 106/12
social [1]  39/12
software [11]  7/10 11/6 21/17 32/2 32/23 47/13 57/1 61/12 64/6 67/15 68/17
sold [3]  46/7 49/5 88/12
some [20]  10/23 11/15 14/21 25/17 31/1 39/18 47/22 50/4 57/1 65/5 65/6 69/18 70/10 83/7 87/19 88/14 99/21 104/18 105/20 106/13
somebody [2]  94/1 104/20
somehow [3]  85/16 85/17 86/18
someone [1]  75/8
something [6]  49/17 53/24 55/18 56/17 57/2 86/14
sometimes [1]  66/19
somewhere [1]  22/15
son [1]  74/16
sorry [11]  16/6 18/14 32/6 51/1 51/2 53/2 55/3 62/7 80/21 100/10 106/25
sort [4]  62/14 99/21 100/17 105/2
sorts [1]  39/9
sought [1]  9/24
source [2]  20/11 70/22
space [1]  9/17
Sparkasse [1]  63/7
special [5]  11/6 18/9 75/4 75/4 78/19
specialist [1]  70/6
specialized [1]  75/13
specific [4]  10/10 26/20 47/11 56/3
specifically [1]  10/19
specified [1]  7/20
speculation [1]  33/7
spell [1]  34/7
splash [1]  12/14
spoke [1]  57/5
spooked [1]  49/7
stand [4]  97/3 99/10 99/11 100/23
stands [2]  36/14 66/8
start [5]  14/20 37/19 51/13 80/17 94/20
started [1]  86/1
starting [6]  4/15 8/13 10/25 19/11 21/19 32/25
starts [1]  49/16
state [1]  4/14

statement [4]  7/12 7/14 8/12 107/5
statements [5]  8/6 8/8 8/9 77/19 106/13
states [19]  1/1 1/3 1/10 4/13 27/4 55/23 65/14 65/23 67/5 68/12 74/19 76/3 76/6 78/16 81/16 82/20 91/3 104/21 105/9
stating [4]  54/21 65/6 66/16 67/4
status [8]  12/18 19/12 23/16 24/25 30/22 31/1 35/18 56/20
steer [1]  104/9
step [3]  13/6 18/2 18/2
steps [7]  13/4 33/16 37/7 60/12 64/1 64/3 64/7
STERLINGOV [26]  1/6 4/13 4/22 57/2 61/14 62/24 63/18 73/9 74/1 74/18 75/18 75/19 76/4 76/15 77/14 78/17 78/20 78/22 79/8 81/15 90/5 92/17 102/5 106/13 106/18 107/8
Sterlingov's [17]  4/6 56/20 78/5 80/3 81/18 82/23 83/6 83/10 84/11 89/1 90/1 91/12 99/25 101/4 102/17 106/23 107/6
sticking [1]  100/18
still [7]  10/23 10/24 41/12 56/21 69/9 69/11 73/5
stolen [4]  34/5 39/12 39/12 39/14
stop [1]  16/14
storage [9]  83/8 83/25 84/9 87/2 87/4 87/6 87/16 92/7 92/13
store [1]  88/17
stored [3]  79/20 90/21 92/6
story [1]  7/9
street [6]  1/16 2/3 9/16 46/12 46/17 93/16
StrongCoin [3]  33/1 53/19 54/1
StrongCoin.com [9]  31/10 32/2 32/20 52/10 53/6 53/6 53/8 54/15 61/4
struggling [1]  73/12
subject [1]  104/21
submit [1]  28/19
subsequent [1]  33/12
subsequently [2]  41/10 79/7
substantially [3]  100/2 101/6 102/19
successful [2]  32/17 32/21
successfully [2]  29/21 61/4
such [7]  8/24 34/4 39/12 39/14 65/20 66/14 105/13
suitcase [2]  95/15 95/23
suitcases [6]  78/24 78/25 79/3 79/4 92/6 92/11
Suite [1]  1/17
summary [1]  32/11
supervisors [1]  9/25
support [10]  44/16 44/17 44/18 44/19 46/1 46/2 49/2 49/14 52/3 59/12
supposed [2]  15/22 61/10
suppression [1]  77/19
sure [2]  92/19 104/9
surprise [1]  8/24
Sweden [1]  63/17
swept [1]  73/6
switched [1]  23/7
sworn [1]  5/2

**T**

tab [1]  51/19
tabbed [1]  41/15
tabbing [1]  53/20
table [4]  2/11 4/18 76/11 90/22
tablet [1]  56/25
tablets [1]  56/23
tabs [1]  53/17
take [18]  5/18 9/12 10/21 13/4 23/20 41/24 56/10 56/12 57/12 63/25 64/3 66/3 81/4 99/17 100/14 103/5 104/1 104/5

taken [13]  5/25 6/8 6/9 8/4 17/17 26/4 39/5 54/21 57/16 60/7 94/1 94/3 107/15
takes [1]  99/13
taking [5]  45/11 47/11 47/19 55/13 79/15
talk [6]  10/10 14/21 47/3 49/19 84/25 107/11
talking [1]  86/1
tape [5]  83/7 83/22 83/25 88/8 99/1
tax [1]  39/12
team [1]  75/8
technical [2]  86/14 86/16
Techniques [1]  18/10
telephone [4]  84/1 84/8 84/23 84/24
television [1]  68/13
tell [4]  33/3 68/18 70/24 99/12
ten [1]  82/11
tend [1]  92/18
term [2]  36/7 46/12
test [2]  10/8 10/16
testify [3]  85/17 97/15 98/4
testifying [1]  14/6
testimony [11]  11/2 20/10 85/20 85/22 86/10 86/10 97/16 97/22 98/4 104/14 106/4
testing [1]  40/23
text [38]  15/5 15/8 15/20 15/22 15/23 20/1 22/8 22/9 22/14 22/16 26/23 28/14 28/15 28/15 28/19 29/18 38/24 38/25 39/18 46/3 46/5 47/18 47/20 47/22 49/1 49/13 54/19 55/19 55/24 59/19 65/15 65/22 65/24 67/5 70/10 91/2 100/17 100/20
than [5]  4/8 54/7 85/21 97/13 106/1
thank [10]  7/2 34/10 35/25 77/25 98/11 99/14 103/12 104/16 107/13 107/14
Thanks [1]  98/10
that [371]
their [6]  34/13 56/23 78/16 78/18 85/15 97/22
them [24]  9/23 12/16 61/20 75/9 79/7 79/8 83/7 83/8 83/23 92/8 92/12 92/19 92/21 97/15 97/16 97/21 97/24 98/4 98/6 98/7 99/12 101/22 102/14 102/20
then [55]  7/17 8/18 10/8 13/8 17/25 18/8 23/9 25/2 27/1 28/19 33/14 33/21 38/8 39/18 40/14 44/15 44/16 44/16 49/11 49/20 54/17 54/20 55/14 55/22 56/11 56/22 59/15 59/20 59/24 60/3 60/19 60/25 61/1 63/14 65/21 72/6 74/22 78/13 78/19 79/6 79/10 80/22 83/24 87/1 93/2 94/18 94/21 95/11 96/21 98/12 98/18 101/25 103/18 106/22 107/11
there [98]  7/20 8/13 10/18 12/15 13/13 13/19 15/5 15/15 15/16 15/18 16/3 16/8 16/14 18/6 19/11 19/17 20/13 22/2 22/2 22/4 22/21 22/22 23/6 23/16 23/18 24/24 25/4 27/3 28/10 30/25 32/25 35/22 36/5 36/8 36/9 37/25 38/3 38/24 39/9 39/21 47/6 47/22 50/8 55/24 56/2 57/1 60/16 62/19 63/2 63/3 63/9 64/9 65/12 65/21 66/24 67/3 68/5 68/10 68/11 68/24 69/5 69/16 71/13 72/9 72/16 72/24 73/1 73/3 73/14 75/1 75/3 75/14 77/11 77/19 77/21 79/16 80/24 81/24 82/18 83/22 86/3 91/2 94/23 96/11 96/11 96/21 99/11 99/21 100/17 100/22 102/1 102/9 104/19 105/16 105/17 106/22 106/23 106/24
these [33]  6/12 7/18 7/19 7/20 9/18 9/23 22/3 32/22 36/11 39/1

**T**

**these... [23]**   48/8 54/8 58/1 60/7 61/21 62/1 64/7 77/5 82/16 82/18 82/20 83/24 84/10 85/19 85/23 86/18 86/24 88/7 88/16 94/1 97/19 103/22 106/6
**they [35]**   22/15 22/17 23/1 27/5 36/10 36/12 47/15 48/13 56/23 56/24 57/1 58/5 58/8 60/9 66/17 66/18 75/22 78/6 78/8 78/15 78/18 88/11 89/20 92/18 94/1 94/3 94/6 98/5 101/22 102/18 102/20 104/21 104/22 106/5 107/5
**thing [2]**   40/11 85/17
**things [6]**   34/6 39/11 39/16 76/7 78/9 92/18
**think [29]**   13/19 20/13 36/2 37/9 39/22 40/11 51/3 56/25 76/25 77/5 77/11 77/15 80/24 86/12 86/14 86/15 86/20 95/12 97/12 97/20 97/25 98/3 98/5 106/3 106/12 106/16 106/17 107/3 107/9
**third [3]**   23/7 61/3 80/25
**this [281]**
**those [50]**   5/18 8/9 9/8 9/23 10/23 15/8 15/17 21/19 27/8 36/4 39/4 39/5 40/10 44/21 47/13 47/25 48/5 48/7 48/11 57/23 57/25 58/3 58/6 61/18 66/18 76/24 78/25 79/3 79/10 84/22 84/24 85/24 85/25 88/10 88/14 89/18 94/4 95/1 95/3 100/17 101/23 102/4 102/13 102/16 102/19 103/6 103/13 103/18 103/20 103/25
**though [1]**   85/13
**thought [1]**   16/9
**thousands [1]**   36/5
**thread [2]**   55/23 56/6
**three [8]**   36/8 36/11 48/7 84/8 84/21 84/23 86/24 102/9
**through [24]**   9/19 10/15 14/21 22/25 23/21 24/10 27/1 28/6 37/19 40/3 42/6 46/4 48/9 48/18 54/23 57/21 57/21 58/13 63/13 72/14 77/12 92/2 93/8 97/11
**throw [1]**   92/18
**time [23]**   10/6 12/2 22/6 23/8 23/23 25/2 33/19 34/1 36/15 39/22 41/18 46/18 48/12 49/25 52/4 52/17 55/1 62/8 74/20 77/9 77/12 81/4 82/22
**times [1]**   72/10
**today [2]**   14/6 69/9
**told [1]**   57/9
**too [1]**   47/7
**took [45]**   6/2 6/10 6/13 10/24 15/2 17/1 17/22 18/21 20/17 20/22 23/11 24/8 25/17 27/19 29/4 30/4 31/10 34/24 37/2 37/8 43/19 43/24 45/3 48/8 49/22 50/12 50/22 54/19 56/24 58/1 58/3 58/23 60/12 64/5 64/15 66/22 67/14 80/20 83/5 84/7 87/14 88/24 89/25 91/11 93/5
**tool [1]**   51/15
**tools [1]**   34/6
**top [14]**   8/18 19/11 24/25 36/18 63/13 68/8 70/12 71/22 72/16 77/8 87/1 90/24 91/1 92/1
**topic [1]**   56/3
**TOR [10]**   2/2 2/3 4/21 8/24 10/16 11/9 12/25 38/21 51/16 53/18
**tournament [1]**   74/15
**towards [2]**   63/6 106/7
**tracing [1]**   75/16
**track [3]**   7/15 15/13 95/8
**tracking [2]**   7/10 95/8
**trade [1]**   23/9
**trading [1]**   61/25
**traffic [1]**   65/16
**transaction [42]**   7/16 8/16 9/20 10/19 22/7 22/11 22/14 22/15 23/3

23/9 23/11 23/13 23/17 23/18 23/19 23/20 24/8 27/2 28/14 29/22 32/4 32/5 32/20 33/14 33/17 34/25 44/14 53/21 54/23 58/4 59/18 60/8 60/11 61/2 61/5 70/23 71/3 71/3 71/14 71/18 72/15 72/17
**transactions [15]**   9/10 10/9 10/10 10/16 19/19 22/24 23/23 32/22 32/23 33/2 41/22 41/25 72/11 72/25 73/3
**transcript [2]**   1/9 108/4
**transferred [1]**   60/18
**transport [3]**   79/12 79/20 80/23
**transported [5]**   79/4 79/7 79/8 92/8 92/12
**transporting [3]**   79/7 92/20 93/7
**travel [12]**   22/14 74/19 75/1 76/16 78/23 79/15 82/2 86/17 106/7 106/14 106/17 106/19
**travelers [1]**   76/3
**traveling [2]**   76/6 102/5
**TRIAL [1]**   1/9
**trouble [1]**   57/3
**true [2]**   13/15 108/4
**trust [3]**   47/3 49/9 49/18
**trying [2]**   47/7 85/15
**turned [1]**   28/17
**turning [1]**   7/17
**tutorials [1]**   39/3
**tweet [5]**   7/4 7/6 7/7 7/25 8/18
**tweets [7]**   5/16 5/18 6/8 6/9 7/18 7/21 8/1
**Twitter [8]**   5/11 5/13 5/25 6/9 6/13 7/11 8/6 8/13
**two [28]**   6/8 6/8 8/1 8/8 8/10 12/16 15/8 24/24 27/3 40/9 40/10 49/25 55/3 55/7 57/8 60/24 61/18 62/22 62/23 65/13 65/13 71/22 75/4 89/16 89/18 101/21 102/4 103/23
**two-word [2]**   65/13 65/13
**type [2]**   9/18 104/8
**typed [1]**   12/24
**types [1]**   36/9
**typically [2]**   66/18 88/12
**typing [2]**   47/18 54/7
**typo [1]**   53/15

**U**

**U.S [2]**   1/13 2/7
**unable [2]**   33/11 70/9
**under [10]**   22/8 47/21 59/14 66/19 67/3 77/20 78/16 82/10 85/23 97/12
**undercover [8]**   9/10 9/20 9/25 17/25 20/17 33/14 33/19 60/17
**underneath [1]**   25/3
**understand [4]**   17/24 66/10 66/16 99/15
**understanding [4]**   56/5 56/24 57/2 89/18
**undoable [1]**   48/2
**Unit [1]**   9/6
**UNITED [12]**   1/1 1/3 1/10 4/13 74/19 76/3 76/6 78/16 81/16 92/10 104/21 105/9
**universal [1]**   62/17
**unmixed [1]**   7/15
**until [1]**   56/12
**up [20]**   5/9 5/21 9/23 20/14 25/18 34/15 36/18 55/20 70/12 74/3 74/13 83/8 90/20 97/1 98/18 99/2 99/12 105/9 105/17 105/20
**update [6]**   4/6 41/23 56/20 57/1 57/3 66/4
**updated [2]**   66/25 67/5
**upon [2]**   66/3 93/7
**upper [7]**   12/15 12/18 30/25 38/14 51/19 68/7 90/18
**upside [1]**   28/17
**us [17]**   1/20 9/19 22/6 27/1 36/15 50/8 57/3 66/4 67/6 68/22 69/18

74/18 75/19 75/20 75/24 92/17 93/8
**usage [1]**   25/12
**USAO [1]**   1/16
**USB [3]**   88/9 89/16 92/2
**USD [1]**   36/14
**use [11]**   8/23 10/6 10/6 11/6 17/18 19/22 21/18 38/20 85/15 86/1 88/10
**used [17]**   11/4 11/8 34/2 34/3 36/6 39/11 46/18 60/19 65/10 69/19 70/9 73/6 82/16 85/19 85/21 86/17 87/6
**user [6]**   12/19 20/5 27/4 33/20 65/19 66/3
**username [13]**   5/13 12/20 13/12 15/4 15/12 15/18 16/5 16/6 16/8 19/13 43/5 52/2 53/15
**users [3]**   34/12 66/4 67/6
**uses [1]**   86/8
**using [18]**   7/9 10/16 18/7 18/10 32/23 38/18 38/21 46/1 47/14 51/16 53/18 53/18 60/13 60/22 66/15 68/4 85/16 98/7
**usually [1]**   23/20

**V**

**vacation [1]**   105/19
**vague [2]**   106/14 106/18
**value [2]**   15/11 36/14
**various [9]**   17/24 19/14 35/16 35/20 36/16 44/14 55/13 83/23 83/25
**vehicle [1]**   92/12
**verification [2]**   13/13 22/24
**verified [3]**   23/3 32/17 32/20
**verify [1]**   23/7
**verifying [1]**   44/13
**Verizon [2]**   85/1 85/1
**version [1]**   11/3
**versus [3]**   4/13 105/9 105/19
**very [8]**   9/5 13/17 56/19 66/12 85/16 87/5 87/5 94/20
**via [2]**   79/13 89/17
**video [43]**   14/22 15/1 16/1 16/4 16/11 16/12 21/10 22/19 23/6 37/10 37/20 38/6 38/14 40/7 40/14 41/3 42/17 43/4 44/16 45/5 45/6 45/7 45/9 45/22 45/25 46/22 47/8 50/16 50/18 50/19 50/21 51/15 51/22 51/25 53/4 53/5 53/11 53/14 54/11 54/13 55/7 55/9 55/11
**videoed [1]**   60/15
**videos [2]**   22/3 25/17
**view [2]**   19/15 42/6
**viewed [7]**   17/4 18/24 26/8 35/2 37/7 38/2 67/17
**virtual [6]**   36/3 36/4 36/5 61/11 61/24 65/9
**virtually [1]**   97/25
**VPN [18]**   61/8 61/10 61/13 63/21 64/1 65/8 65/9 65/16 66/1 66/5 66/17 67/8 67/15 68/2 68/16 68/17 72/4 73/4
**VPN.org [1]**   63/24
**VPNs [1]**   66/14
**vs [1]**   1/5

**W**

**W6LFRY [1]**   40/19
**wait [1]**   29/21
**waiting [1]**   4/9
**walk [4]**   9/19 27/1 28/6 105/17
**walked [1]**   24/9
**Wall [2]**   2/3 46/17
**wallet [26]**   18/8 21/16 21/17 22/1 23/13 25/8 27/9 27/10 28/9 31/11 32/2 32/15 32/19 33/1 33/1 44/16 50/6 52/11 53/7 53/9 53/19 54/15 60/13 61/3 71/20 75/15
**wallets [3]**   10/6 21/16 21/17
**want [10]**   10/11 22/11 56/17 76/18

**W**

want... **[6]** 77/21 92/23 98/6
104/18 105/20 106/21
wanted **[8]** 4/6 40/12 40/15 40/25
54/17 56/20 57/3 57/11
warnings **[1]** 105/12
warrant **[11]** 65/23 66/2 66/3
66/10 74/22 78/21 93/8 93/12
93/25 94/5 95/9
was **[161]**
Washington **[19]** 1/5 1/14 1/17
1/21 2/9 7/8 9/13 9/14 9/16 10/20
79/12 79/21 92/11 92/13 92/21
93/6 93/7 93/9 93/15
watched **[1]** 44/11
watching **[1]** 16/11
way **[8]** 22/25 23/21 35/22 47/6
56/23 98/25 99/13 99/21
we **[127]**
we'd **[1]** 98/20
we'll **[3]** 63/14 94/21 98/18
web **[4]** 32/4 38/12 56/1 56/2
webpage **[2]** 52/10 70/2
website **[20]** 11/1 21/12 21/14
21/15 31/10 32/1 38/13 38/17 39/7
55/16 58/2 61/11 63/21 63/23 64/4
64/5 64/6 64/15 66/22 67/15
websites **[3]** 10/7 39/16 66/13
Weekly **[1]** 65/23
weeks **[1]** 72/23
welcome **[7]** 17/1 17/17 30/5 39/17
43/6 99/10 104/13
well **[13]** 10/24 11/9 28/9 34/3
35/18 40/4 50/4 65/5 88/10 89/15
90/2 98/5 104/14
went **[4]** 14/9 18/2 54/23 72/8
were **[51]** 6/21 10/19 10/23 13/8
13/11 22/14 33/2 33/11 33/16
45/10 45/11 47/14 48/22 58/3 58/5
58/15 60/7 60/9 60/22 62/12 72/24
73/1 73/5 75/14 76/8 76/11 76/13
77/1 77/13 78/7 78/15 78/25 80/21
82/18 82/20 83/25 85/21 86/14
87/17 88/7 88/8 90/5 92/6 94/1
94/3 98/5 101/7 102/20 103/3
106/10 106/14
what **[227]**
whatever **[1]** 101/23
whatsoever **[1]** 54/24
when **[28]** 5/3 14/9 15/10 28/17
53/15 55/18 65/11 66/21 66/25
67/15 68/2 70/15 72/24 74/3 81/16
91/5 92/10 92/15 92/17 96/9 99/13
100/2 101/6 102/5 102/20 104/20
105/17 105/21
where **[47]** 5/9 8/10 9/12 10/19
11/2 15/21 22/10 24/24 25/3 27/4
27/7 30/18 30/21 31/11 37/20 40/5
40/12 40/16 41/14 47/16 47/16
49/16 51/13 51/18 52/10 53/4
55/14 55/15 55/22 63/4 68/12
68/16 70/15 72/7 74/24 77/20
80/21 80/21 80/22 81/14 88/7
89/13 90/1 90/17 90/19 93/14 95/8
Whereupon **[37]** 6/21 12/10 14/17
17/12 19/7 21/7 24/20 26/16 28/4
29/16 30/16 31/22 35/10 37/17
42/25 44/7 45/19 48/22 51/11
52/25 58/15 59/9 62/12 64/25
67/25 71/11 80/15 82/4 83/18
84/19 89/11 90/14 91/21 94/13
100/12 101/13 103/3
wherever **[1]** 104/24
whether **[7]** 12/19 63/9 77/22
97/21 104/19 104/22 105/4
which **[27]** 8/9 10/2 11/8 15/2
25/2 25/14 31/3 31/6 32/2 36/23
40/19 42/2 44/24 46/17 61/1 70/24
71/20 82/9 83/23 85/16 93/20
94/18 98/21 100/24 105/9 106/24
107/3

while **[4]** 47/8 55/11 58/1 78/25
who **[7]** 4/22 20/3 62/24 69/7 75/6
97/2 105/18
whole **[1]** 49/3
whom **[1]** 68/24
whose **[2]** 71/24 72/2
why **[15]** 8/23 9/14 20/8 21/15
21/24 37/23 41/23 54/2 56/10
75/11 85/11 88/15 93/1 104/4
105/18
will **[18]** 8/21 8/22 15/9 15/13
15/13 20/14 29/22 56/12 56/14
57/9 65/19 77/12 86/20 99/12
99/12 104/3 104/7 107/10
window **[1]** 22/22
windows **[1]** 53/20
wipe **[1]** 48/2
wires **[2]** 89/15 90/25
withdraw **[10]** 15/10 27/4 27/5
27/6 28/9 35/16 40/1 40/4 40/15
54/18
withdrawal **[32]** 19/18 23/10 26/5
26/6 26/21 26/22 27/18 27/19
28/20 29/5 30/6 31/4 32/9 32/18
33/12 39/25 40/12 40/23 41/1 41/7
41/8 41/11 50/5 54/4 54/5 54/9
54/16 54/16 54/20 59/17 59/22
61/2
withdrew **[2]** 33/22 61/2
within **[8]** 23/9 26/20 30/18 72/23
83/24 86/13 87/17 93/15
without **[1]** 102/14
witness **[8]** 4/25 11/12 73/17
77/10 85/18 85/20 86/7 100/23
WITNESSES **[1]** 3/2
wondering **[1]** 105/1
word **[5]** 12/21 28/15 39/19 65/13
65/13
words **[4]** 12/17 28/10 82/10 83/24
work **[1]** 74/15
worked **[4]** 9/2 9/17 33/4 33/11
works **[3]** 9/6 15/25 17/25
worried **[1]** 49/7
worth **[1]** 22/6
would **[49]** 4/14 5/9 5/20 6/4 10/7
11/16 12/24 19/12 19/22 20/12
22/15 22/17 23/3 25/14 27/5 27/8
27/12 28/23 29/24 34/18 36/22
40/25 42/1 42/2 48/3 49/24 50/7
57/6 66/17 68/17 70/11 71/13 77/4
77/22 86/14 88/19 91/4 92/20
93/19 97/1 98/4 99/10 100/22
104/1 106/4 106/10 106/12 106/16
107/7
WPS **[1]** 92/2
wrapped **[2]** 83/8 83/24
writing **[2]** 83/7 101/22
written **[4]** 46/5 47/1 47/12 83/23
wrote **[4]** 22/13 47/6 48/9 49/15
WSM **[4]** 46/8 46/16 46/17 49/6
WWW.BitcoinFog.com **[1]** 55/21

**X**

XMR **[1]** 36/8

**Y**

Yeah **[2]** 79/24 97/23
year **[5]** 7/20 8/15 67/4 67/6
82/24
yes **[156]**
yesterday **[2]** 20/10 57/6
yet **[2]** 51/4 57/7
York **[1]** 1/20
you **[438]**
your **[175]**
yours **[1]** 75/8
yourself **[2]** 14/3 16/15
yourselves **[1]** 56/13

**Z**

zoom **[3]** 19/23 68/8 91/1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

* * * * * * * * * * * * * * * )
UNITED STATES OF AMERICA,             )        Criminal Action
                                      )          No. 21-00399
                Plaintiff,            )
                                      )
     vs.                              )        **AFTERNOON SESSION**
                                      )
ROMAN STERLINGOV,                     )        Washington, D.C.
                                      )        February 14, 2024
                Defendant.            )        2:04 p.m.
                                      )
* * * * * * * * * * * * * * * )

TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE

<u>APPEARANCES:</u>

FOR THE PLAINTIFF:        CHRISTOPHER BROWN, ESQ.
                          UNITED STATES ATTORNEY'S OFFICE FOR
                            THE DISTRICT OF COLUMBIA
                          601 D Street, Northwest
                          Suite 5.1527
                          Washington, D.C. 20530

                          CATHERINE PELKER, ESQ.
                          U.S. DEPARTMENT OF JUSTICE
                          950 Pennsylvania Avenue, Northwest
                          Washington, D.C. 20530

                          JEFFREY PEARLMAN, ESQ.
                          U.S. DEPARTMENT OF JUSTICE
                          1301 New York Avenue, Northwest
                          Washington, D.C. 2005


FOR THE DEFENDANT:        TOR EKELAND, ESQ.
                          MICHAEL HASSARD, ESQ.
                          TOR EKELAND LAW, PLLC
                          30 Wall Street
                          Eighth Floor
                          Brooklyn, New York 10005

REPORTED BY:        LISA EDWARDS, RDR, CRR
Official Court Reporter
United States District Court for the
  District of Columbia
333 Constitution Avenue, Northwest
Room 6706
Washington, D.C. 20001
(202) 354-3269

INDEX

<u>WITNESS</u>                                                          <u>PAGE</u>

MATTHEW PRICE

   Continued Direct Examination By Mr. Brown      71
   Cross-Examination By Mr. Ekeland          82

E X H I B I T S

<u>Exhibit No.</u>                                                    <u>Received</u>

| Exhibit No. | Received |
|---|---|
| 137 | 71 |
| 132 | 71 |
| 127 | 71 |
| 128-A, B and C | 71 |
| 131 and 131-A | 71 |
| 130-A, B, C and D | 71 |
| 134 and 134-A through S | 71 |
| 116 | 71 |
| 123 | 71 |
| 122-A and 122-B | 71 |
| 124 | 71 |
| 117 and 118 | 71 |
| 117-A | 71 |
| 120 | 71 |
| 120-A | 71 |

| | |
|---|---|
| 119 | 71 |
| 119-A | 71 |
| 121 | 71 |
| 121-D | 71 |
| 121-A | 71 |
| 35-C | 74 |
| 36-A | 78 |

THE COURT: I spent a little bit of time over the break looking at the *Miranda* issue. And I think my bottom line on this -- and I suspect maybe this is the conclusion that you've probably all independently reached -- is if the Government decides that this is something that's important that the Government wants to pursue, I think I'm going to need to have actually a hearing on the question.

I can't decide it based on what's in front of me now. And I would have to decide based on whether, based on the objective circumstances of the interrogation, a reasonable person would have felt that he or she was not at liberty to both terminate the interrogation and leave.

MR. BROWN: Your Honor, there may be -- setting aside the substantive question, I realized why I felt sort of unfairly surprised by this. And that's because Rule 12 mandates that a motion to suppress be made before trial --

THE COURT: Right.

MR. BROWN: -- unless there's good cause shown.

The defense cannot show good cause. So on a procedural level, to begin with, this is just -- I mean, and the reason why is exactly what we're here for.

THE COURT: Yes.

MR. BROWN: Are we going to have a suppression hearing in the middle of a trial?

That's what Rule 12 is designed to avoid. And

there's -- the defense has been on notice of this statement for a long, long time. They've been focused on statements that the Defendant may or may not have made.

Your Honor, I think, you know, yes, there is a *Miranda* inquiry, although I think that if you look at some other case law, including *United States versus Gupta*, 183 F.3d 615, Seventh Circuit, Judge Easterbrook basically says *Miranda* is a mismatch for the immigration process, that any persons entering the United States, they are required to answer certain questions about their identity, nationality, business, claim of entitlement to enter.

That's no more --

THE COURT: I think I get you there with respect to maybe, "What is your business? Why are you here?"

I'm not sure how that gets to the, "What is your email address?"

MR. BROWN: Well, if the Government does not ask that question, the other questions -- and I had an opportunity to refresh my recollection. Maybe with the witness here -- but I don't want to sort of --

THE COURT: Fair enough.

MR. BROWN: -- discard that. And I'm happy to do that with the witness out of the courtroom.

But I think, you know, more to the point, Rule 12 is categorical, that these objections must be raised by

pretrial motion if the basis for the motion is then reasonably available. And, again, the reason why is so we don't have suppression hearings in the middle of trial.

THE COURT: Right.

MR. BROWN: The D.C. Circuit has upheld -- and then the burden is on the proponent of the motion to show good cause for waiting until the middle of trial to raise a suppression motion.

And the D.C. Circuit in *United States versus Redman*, 311 F.3d 982, says --

THE COURT: I'm sorry. Slow down for the court reporter.

MR. BROWN: Sorry. *United States versus Redman*, 311 F.3d 982, D.C. Circuit, 2003, that the failure to make a motion to suppress before trial shall constitute a waiver thereof unless they show good cause for failure to move earlier. That is categorical forfeiture of their right to challenge the statement.

THE COURT: Well, let me just hear from Mr. Ekeland on that point as to whether he can satisfy that standard.

MR. EKELAND: Your Honor, just looking at the rule briefly, I think under 12(b)(4), the Government is required to give notice to the defense of its intent to use this evidence.

We would take the position that --

THE COURT: I'm sorry. 12(b) what?

MR. EKELAND: I think it's 12(b)(4), I think is what -- hold on. Let me go pull that up.

THE COURT: I see the language. Okay. But I mean, I do not recall references to this in the past.

MR. EKELAND: We just assumed the Government wouldn't use this because in our -- in the defense's view, Mr. Sterlingov was in custody because when the --

THE COURT: No, no, no, no. You don't get to do that. That is -- that borders on the absurd to say, We don't have to comply with our obligations under 12(b)(3) to file a motion because we just assumed the Government's going to not use any evidence that we think could be suppressed, where there's actually a very substantial argument that it shouldn't be suppressed here.

MR. EKELAND: Well, your Honor, the defense's argument is that we weren't on notice that the Government was intending to use it.

THE COURT: If I put you under oath, are you going to tell me that? Because I don't believe you, frankly, as you sit here today, because of other things I've heard in this case.

MR. EKELAND: Your Honor, I --

THE COURT: You really didn't think the Government

was going to do that, was going to mention this?  Because I've heard reference to it previously in this case myself.

MR. EKELAND:  That the Government was going to disclose the conversation that Mr. Sterlingov had when he talked to Customs and Border Patrol?

THE COURT:  Let me ask you this:  You yourself drew the line in your opening and you said they never asked him anything before he was arrested.  This all occurred before he was arrested.  And so you were drawing that very line yourself in anticipating this coming in when you said that.

MR. EKELAND:  No, your Honor.  What I was saying was making a truthful statement that the Government never bothered to talk to Mr. Sterlingov before he was arrested, which was very true.

I did not say --

THE COURT:  But they did.  I mean, this is evidence they did talk to him beforehand.

MR. EKELAND:  Well, your Honor, I was honestly taking the view that the arrest and his detention was from the moment that he landed at LAX because that's when the arrest warrant was in place.  Customs and Border Patrol were speaking to Mr. Sterlingov fully aware that there was an arrest warrant.

Agent Price was standing by and listening.  It's

not like a situation where Customs and Border Patrol was completely unaware and, you know, Agent Price came up and said, Oh, hey, there's Mr. Sterlingov. We have an arrest warrant for him.

THE COURT: But law enforcement all the time take steps before they arrest somebody even where there's an arrest warrant in cases. It happens all the time.

MR. EKELAND: Your Honor, I think the defense has made its objection for the record. It's our position that Mr. Sterlingov was basically in custody of law enforcement from the moment that CPB, Customs and Border Patrol, took him to start interrogating him and that he wasn't given his *Miranda* rights. And I think we've made our record on that.

THE COURT: Well, let me ask you this, then: What about the opening of the door? You said in your opening statement that law enforcement did not talk to him before he was arrested.

MR. EKELAND: I'm sorry. I didn't hear you.

THE COURT: You said law enforcement did not talk to him before he was arrested. You said that in your opening.

MR. EKELAND: That's correct, your Honor.

THE COURT: If I determine that he was not arrested at the time, does that mean you've opened the door with this at least? Because this is a conversation they had

with him before his arrest.

MR. EKELAND: Your Honor, if you make that determination, we merely note our objection for the record.

THE COURT: That's my -- my question for you is: Do you agree that if I conclude that he was not arrested at the time, that that resolves the issue?

MR. EKELAND: At the district court level, yes, your Honor.

THE COURT: No, no.

MR. EKELAND: I --

THE COURT: All the way to the Supreme Court of the United States. Come on. Not gamesmanship. I just want to know what you agree to so I can decide how to proceed here.

MR. EKELAND: Your Honor, if Mr. Sterlingov wasn't arrested until Mr. Price or the government agent came in at the point, then I agree with the Court. But again, I note my objection for the record.

THE COURT: I just want to make sure we're clear about that, that you don't have an objection. I take it from what you're saying is that if I conclude that it occurred before his arrest, that you're not objecting to it. You're maybe objecting to when I think the arrest occurred, but otherwise you're not objecting.

MR. EKELAND: I think that's an accurate

assessment, your Honor.

THE COURT: All right. Let's bring the jury in and we can come back to this after the next break.

THE COURTROOM DEPUTY: All rise.

(Whereupon, the jury entered the courtroom at 2:14 p.m. and the following proceedings were had:)

THE COURTROOM DEPUTY: The jury is present. You may be seated and come to order.

THE COURT: All right. You may continue.

(MATTHEW PRICE, GOVERNMENT WITNESS, PREVIOUSLY SWORN.)

CONTINUED DIRECT EXAMINATION

BY MR. BROWN:

Q. Mr. Price, I'd ask that we pass you up Exhibit 1, which is marked as 1B-21.

THE COURTROOM DEPUTY: I'm sorry. Which one?

MR. BROWN: It's Exhibit 137.

THE COURTROOM DEPUTY: 137.

MR. BROWN: The other number is to help us locate the document.

THE COURTROOM DEPUTY: Got it.

BY MR. BROWN:

Q. Mr. Price, go ahead and open that envelope. Without showing the jury, examine what the contents are.

A. (Witness complies.)

Q. Do you recognize the contents of that envelope?

Price - DIRECT - By Mr. Brown

A. I do.

Q. And are those items that you recall recovering during the search of Mr. Sterlingov's luggage?

A. Yes, they are.

Q. Are those -- is that item or items in substantially the same condition as they were when you recovered them?

A. They are.

MR. BROWN: The Government moves to admit and publish Exhibit 137.

THE COURT: Any objection?

MR. EKELAND: No objection, your Honor.

THE COURT: Exhibit 137 -- B?

MR. BROWN: Sorry, your Honor. Just Exhibit 137.

THE COURT: I'm sorry. 137 is admitted.

(Whereupon, Government's Exhibit No. 137 was entered into evidence.)

MR. BROWN: For the record, if I'm referring to another number, it's just to help us locate the right envelope.

THE COURT: I see.

BY MR. BROWN:

Q. Mr. Price, could you please show the jury and the defense what was contained in that envelope.

A. (Witness complies.)

Q. Mr. Price, what are those?

Price - DIRECT - By Mr. Brown

A. These are prepaid SIM cards, some with English writing, some with what appears to be Swedish, and one with what appears to be Cyrillic text on it.

Q. Go ahead and put those back in the envelope and we'll move on to the next exhibit, Exhibit 132.

If you can examine the contents of that without showing the jury.

A. (Witness complies.)

Q. Do you recognize that item?

A. I do.

Q. And was that one of the items you recovered from the search of Mr. Sterlingov's luggage?

A. Yes, it is.

Q. Is it in substantially the same condition as it was when you recovered it?

A. Yes.

MR. BROWN: The Government moves to admit and publish Exhibit 132.

THE COURT: Any objection?

MR. EKELAND: No objection, your Honor.

THE COURT: Exhibit 132 is admitted and may be published to the jury.

(Whereupon, Government's Exhibit No. 132 was entered into evidence.)

Price - DIRECT - By Mr. Brown

BY MR. BROWN:

Q. Mr. Price, could you show the jury and the defense what was inside that box.

A. (Witness complies.)

Q. Could you describe what those items are?

A. Yes. It's a laptop computer with the tag MSI and the emblem Workstation on it, a power device, charging cable and a laptop sleeve, protector.

Q. You can put those back in the envelope.

A. (Witness complies.)

Q. We'll move on to Exhibit 127.

Mr. Price, if you could open that envelope and examine the contents without showing the jury.

A. (Witness complies.)

Q. Do you recognize the contents of that envelope?

A. I do.

Q. And are those items -- is that an item or items that you recovered during the search of Mr. Sterlingov's luggage?

A. It is.

Q. Are those items -- is that item or items in substantially the same condition as it was or they were when you recovered them from the search?

A. Yes.

MR. BROWN: The Government moves to admit and publish Exhibit 127.

Price - DIRECT - By Mr. Brown

THE COURT:  Any objection?

MR. EKELAND:  No objection, your Honor.

THE COURT:  Exhibit 127 is admitted.

(Whereupon, Government's Exhibit No. 127 was entered into evidence.)

BY MR. BROWN:

Q.  Mr. Price, could you please take that out and show the jury.

A.  (Witness complies.)

Q.  Mr. Price, what is that item?

A.  This is a Books brand, appears to be e-reader with a stylus pen attached to it.

Q.  You can put that back in its container.

A.  (Witness complies.)

Q.  And moving to Exhibits 128-A, 128-B and 128-C, could you open that envelope and examine the contents.

A.  (Witness complies.)

Q.  And do you recognize those items?

A.  I do.

Q.  Were those items that you recovered during the search of the Defendant's luggage?

A.  Yes, they are.

Q.  Are those items in substantially the same condition as they were when you recovered them from the Defendant's luggage?

A. Yes, they are.

MR. BROWN: The Government moves to admit Exhibits 128-A -- admit and publish Exhibits 128-A, B and C.

THE COURT: Any objection?

MR. EKELAND: No objection, your Honor.

THE COURT: Exhibits 128-A, B and C are admitted and may be published.

(Whereupon, Government's Exhibit Nos. 128-A, B and C were entered into evidence.)

BY MR. BROWN:

Q. And could you pull those items out and show them to the jury and the defense.

A. (Witness complies.)

Q. And what are those items, Mr. Price?

A. They appear to be three computer hard drives made by Samsung.

Q. Go ahead and put those back.

A. (Witness complies.)

Q. Moving on to Exhibits 131 and 131-A, go ahead and open and examine the contents of that envelope.

A. (Witness complies.)

Q. Do you recognize those items?

A. I do.

Q. And are those items that you recovered during the search of Mr. Sterlingov's luggage?

A. They are.

Q. And are those items in substantially the same condition as they were when they were recovered from Mr. Sterlingov's luggage?

A. They are.

MR. BROWN: The Government moves to admit and publish Exhibits 131 and 131-A.

THE COURT: Any objection?

MR. EKELAND: No objection, your Honor.

THE COURT: Exhibit 131 and 131-A are admitted and may be published.

(Whereupon, Government's Exhibit Nos. 131 and 131-A were entered into evidence.)

BY MR. BROWN:

Q. Mr. Price, go ahead and show the jury and the defense what those items are.

A. (Witness complies.)

Q. And, Mr. Price, do you recognize what these items are?

A. I do.

Q. And what are they?

A. Exhibit 131 appears to be a Raspberry Pi mini-computer with -- it looks like LEGO bricks attached to it.

And Exhibit 131-A appears to be a micro SD storage card, I believe.

Q. Go ahead and place those exhibits back.

Price - DIRECT - By Mr. Brown

A. (Witness complies.)

Q. We'll move on now to Exhibit 130-A, B, C and D.

THE COURTROOM DEPUTY: I'm sorry. What number?

MR. BROWN: 130-A, B, C and D.

BY MR. BROWN:

Q. Go ahead and examine the contents.

A. (Witness complies.)

Q. Do you recognize those items?

A. I do.

Q. Were those items that you recovered during the search of Mr. Sterlingov's luggage?

A. They are.

Q. Are those items in substantially the same condition as they were when you recovered them?

A. Yes, they are.

MR. BROWN: The Government moves to admit and publish Exhibits 130-A, B, C and D.

THE COURT: Any objection?

MR. EKELAND: No objection, your Honor.

THE COURT: Exhibits 130-A through D are admitted and may be published to the jury.

(Whereupon, Government's Exhibit Nos. 130-A, B, C and D were entered into evidence.)

BY MR. BROWN:

Q. Mr. Price, could you go ahead and show the jury what is

Price - DIRECT - By Mr. Brown

contained there.

A. (Witness complies.)

Q. As well as show the defense, please.

A. (Witness complies.)

Q. Mr. Price, what is in the contents of those -- it looks like four plastic bags?

A. Exhibits 130-A and 130-B contain portions of a paper IKEA-branded tape measure and what appear to be two mobile phone SIM cards.

And Exhibits --

Q. Mr. -- I'm sorry. Continue.

A. Exhibits 130-C and 130-D contain similar portions of IKEA tape measures and what appear to be two micro SD storage devices.

Q. Mr. Price, were these some of the SD cards or other cards that were wrapped with the tape measures?

A. Yes.

Q. You can go ahead and place those back.

A. (Witness complies.)

Q. Showing you Exhibit 134 and -- there are several subexhibits. I believe that should contain Exhibits 134-A through S, as in Sierra.

A. It appears to, yes.

Q. And do you recognize the items in that envelope?

A. I do.

Price - DIRECT - By Mr. Brown

Q. And are those items that you recall recovering during the search of Mr. Sterlingov's luggage?

A. Yes, they are.

Q. Are those items in substantially the same condition as they were when you recovered them?

A. Yes.

Q. Mr. Price --

MR. BROWN: The Government moves to admit and publish Exhibits 134 and 134-A through S.

THE COURT: Any objection?

MR. EKELAND: Can I just look at them real quick? I can't see them.

THE COURT: Yes.

MR. EKELAND: May I approach?

THE COURT: Yes, you may.

MR. EKELAND: Thank you.

(Examines items.)

No objection, your Honor.

THE COURT: Exhibits 134 and 134-A through S are admitted and may be published.

(Whereupon, Government's Exhibit Nos. 134 and 134-A through S were entered into evidence.)

BY MR. BROWN:

Q. Mr. Price, could you take those items out, maybe one by one or a few at a time, or if you can divide them by

Price - DIRECT - By Mr. Brown

categories and describe them for the jury and hold them up for the jury and the defense, please.

A. Beginning with Exhibit 134, it's a small leather pouch that is currently empty.

Q. Mr. Price, when you conducted this search, did that leather pouch contain any items?

A. It did.

Q. And what items were contained in it?

A. Numerous electronic storage devices, SD drives and mobile phone SIM cards.

Q. And were exhibits -- Subexhibits 134-A through S -- are those items -- if you could quickly review -- are those items that were contained in that small leather pouch?

A. Yes, they are.

Q. And what are those other items that were contained in the pouch?

A. Exhibits 134-A through E are -- appear to be mobile phone SIM cards.

Exhibits 134-F, 134-G appear to be micro SD storage cards with adapters to fit into an SD drive.

And -- can you see? I'm sorry. 134-H, 134-I, 134-J and 134-K all appear to be SD drive storage devices.

134-L appears to be an encryption device or a password device manufactured by Kobil, K-O-B-I-L.

Q. Mr. Price, could you pause there? What do you mean that

Price - DIRECT - By Mr. Brown

that's an encryption device?

A.  It appears similar to, like, an SAP token, like a log-in token that generates random log-in characters.

Q.  How is that used for, say, a log-in?

A.  It's used sometimes for additional authentication to log in to a computer device.

Q.  Okay.  Carry on with the other exhibits, please.

A.  Exhibits 134-M and 134-N appear to be two SanDisk USB storage drives.

Exhibits 134-O and 134-P appear to be USB-C to USB-B adapter ports.

Q.  Mr. Price, what is a USB-C and USB-B?

A.  B as in bravo.  USB-C is a series of different adapters on a computer that can be attached.  USB-C is kind of the latest version that, like, an iPhone charger would use. USB-C is an older version.

Q.  And then please continue.

A.  Sure.  Exhibit 134-Q appears to be a micro SD drive adapter.

The remaining exhibits, 134-R and 134-S, appear to be either Bluetooth dongles or some sort of USB device to plug into a computer.

Q.  Thank you, Mr. Price.  Go ahead and place those items back in the envelope.

A.  (Witness complies.)

Price - DIRECT - By Mr. Brown

Q. Now, during the execution of the search, did you also recover some written materials or papers?

A. Yes.

Q. So directing your attention to Exhibit 116, is that what you have in front of you?

A. It is.

Q. Could you go ahead and open that and examine it.

A. (Witness complies.)

Q. Do you recognize that item?

A. I do.

Q. And was that an item that you recovered during the search of the Defendant's luggage?

A. It is.

Q. Is it in substantially the same condition as it was when you recovered it?

A. Yes, it is.

MR. BROWN: The Government moves to admit and publish Exhibit 116.

THE COURT: Any objection?

MR. EKELAND: We would just like to look at it first.

THE COURT: You're welcome to. That's fine.

MR. EKELAND: Can we approach, your Honor?

THE COURT: You may.

(Mr. Ekeland and the Defendant examine items.)

Price - DIRECT - By Mr. Brown

MR. EKELAND: No objection, your Honor.

THE COURT: Exhibit 116 is admitted and may be published to the jury.

(Whereupon, Government's Exhibit No. 116 was entered into evidence.)

BY MR. BROWN:

Q. Mr. Price, could you hold that up and display it for the jury and defense.

A. (Witness complies.)

Q. Could you explain what that is?

A. Yes. It's a small -- appears to be a printed photo of a number of backup codes for a Google gmail account, heavydist@gmail.com.

Q. And what kind of paper is that?

A. It appears to be like photo paper.

Q. And does the photo -- does it appear that it was -- how does it appear that it was printed?

A. It looks like a screenshot that was then printed perhaps on a photo printer.

Q. Now, earlier, we saw a photograph of account recovery codes for the heavydist@gmail.com address.

Is this the item that was in that photograph?

A. It is.

Q. Go ahead and put that back in the envelope.

A. (Witness complies.)

Price - DIRECT - By Mr. Brown

Q.   Directing your attention to Exhibit 123, could you examine the contents of 123, please.

A.   Yes.

Q.   And do you -- are those items that you recall recovering during the search of the Defendant's luggage?

A.   They are.

Q.   Are they in substantially the same condition as they were when they were recovered during the search?

A.   Yes.

          MR. BROWN:   The Government moves to admit and publish Exhibit 123.

          THE COURT:   Any objection?

          MR. EKELAND:   Your Honor, we'd just like to look at it just to confirm.

          THE COURT:   All right.

          MR. EKELAND:   May I approach?

          THE COURT:   You may.

          (Mr. Ekeland and the Defendant examine items.)

          MR. EKELAND:   No objection, your Honor.

          THE COURT:   Exhibit 123 is admitted and may be published.

          (Whereupon, Government's Exhibit No. 123 was entered into evidence.)

BY MR. BROWN:

Q.   Mr. Price, could you take out the contents of

Price - DIRECT - By Mr. Brown

Exhibit 123 and one by one show them to the jury and to the defense, and let's take a closer look.

A. Sure.

The first item is a black -- appears to be a debit card with a MasterCard logo, and it says "global cash" on the top.

Q. Is there any other information on that card?

A. There is an account number, an expiration date and the words "global cash" where there would be a name.

Q. Is there no name of a person or entity on that card?

A. This card only says "global cash." It does not have a name on it.

Q. And then moving on to the next item.

A. The next item appears to be a debit card with the Nordea Bank logo on the top left, the Visa logo on the top right, card number, expiration date, and the name Roman Sterlingov on the bottom.

Q. Could you examine the next and I believe last item? Or are there more items?

A. There are five items in total.

Q. Could you please show the jury the next item, the jury and the defense, please.

A. Yes. The next item is a clear debit -- appears to be a debit card with a black stripe, the logo N26, a MasterCard logo, account number, expiration date and the name Roman

Price - DIRECT - By Mr. Brown

Sterlingov with a number below.

Q. Are there other items there?

A. Yes. There's one remaining card, a debit or credit card and what appears to be a business card, a gold-plated business card.

Q. Why don't we finish the debit card first and then we'll move on to the other. Could you show that to the jury and defense and explain if there are any identifying marks on it.

A. This is a black and green debit or credit card with a Visa logo on the bottom right, an account number, expiration date, the name Roman Sterlingov and the abbreviation EUR underneath the name Roman.

Q. What's that last item there?

A. The last item is a gold-colored metal -- what appears to be business card. On the front side it says, "Bitcoaster Ventures, Max Roman Sterlingov, president."

The backside has a phone number, a web address and an email address.

Q. And going back to the front, what was the name on the card?

A. Of the company or the person?

Q. The person.

A. The person's name is Max Roman Sterlingov.

Q. On the back of the card, what was the email address

Price - DIRECT - By Mr. Brown

there?

A.   Max@bitcoaster, B-I-T-C-O-A-S-T-E-R, .com.

Q.   You can go ahead and put those items back.

A.   (Witness complies.)

Q.   Moving on to the envelope containing Exhibits 122-A and 122-B, could you examine the contents of the envelope without showing the jury, please.

A.   Just to clarify, you said 122-A?

Q.   I believe there have been exhibits premarked as 122-A and B within envelope 1-B26.

A.   Yes.  Sorry.

Q.   And do you recognize the items inside the envelope?

A.   I do.

Q.   Are these items that you recall recovering during the search of the Defendant's luggage?

A.   They are.

Q.   Are they in substantially the same condition as they were when you recovered them?

A.   Yes.

Q.   There are two items in there, and I think there's some other items that we do not intend to introduce into evidence.  Could you just look at exhibits -- the items premarked Exhibits 122-A and 122-B.

A.   Okay.

Q.   Are those also items that you recall recovering during

the search of the Defendant's luggage?

A.  They are.

Q.  Are they in substantially the same condition?

A.  Yes, they are.

MR. BROWN:  The Government moves to admit and publish just the items that are premarked 122-A and 122-B.

THE COURT:  Any objection?

MR. EKELAND:  Your Honor, we'd just like to look at them for a moment.

THE COURT:  Okay.

MR. EKELAND:  May I approach?

THE COURT:  You may.

(Mr. Ekeland and the Defendant examine items.)

MR. EKELAND:  No objection, your Honor.

THE COURT:  122-A and 122-B are admitted and may be published to the jury.

(Whereupon, Government's Exhibit Nos. 122-A and 122-B were entered into evidence.)

BY MR. BROWN:

Q.  Mr. Price, could you show the jury Exhibits 122-A and 122-B and also show the defense, please.

A.  122-A and 122-B.

Q.  And what are those two items?

A.  Item 122-A is a black business card that says Bitcoaster Ventures, Max Roman Sterlingov, president, on one side.

Price - DIRECT - By Mr. Brown

The second side has a website and an email address.

Q. And what is the email address on that?

A. Max@bitcoaster, B-I-T-C-O-A-S-T-E-R, .com.

Q. Is that the same email address as we saw on the metallic business card?

A. It is.

Q. And what's the other item there?

A. It is a business card for what appears to be Nordea Bank, a bank in Sweden, with a name of a banker and some telephone numbers and an email address on it.

Q. Thank you, Mr. Price.

Could you please separate out the two admitted items, and if there's some way to put them back in the envelope, but separately, so we can return to the two admitted items but not the others.

A. Got you.

Q. Moving on to Exhibit 124, do you have that in front of you?

A. I do.

Q. Go ahead and examine the contents without showing the jury, please.

A. (Witness complies.)

Q. And do you recognize those items?

A. I do.

Price - DIRECT - By Mr. Brown

Q. Are those items that you recall recovering during the search of the Defendant's luggage?

A. They are.

Q. Are they in substantially the same condition as they were when you recovered them during the search?

A. Yes, they are.

MR. BROWN: The Government moves to admit and publish exhibit -- the contents of Exhibit 124.

THE COURT: Any objection?

MR. EKELAND: We'd just like to look at it quickly, your Honor. May I approach?

THE COURT: You may approach.

MR. BROWN: Your Honor, if this would streamline things, the Government has no objection to defense counsel and the Defendant just staying there.

THE COURT: Whatever you want to do. If you want to stay over there, you're welcome to; or if you want to go back and forth, that's fine.

MR. EKELAND: How much more is there?

MR. BROWN: About five more items.

MR. EKELAND: Five more? We'll just stand up there --

THE COURT: That's fine.

MR. EKELAND: -- if that's okay with the Court.

THE COURT: So we're on Exhibit 124.

Price - DIRECT - By Mr. Brown

Just make sure you're sort of off to the side so you're not blocking the jury's view of the witness.

MR. EKELAND:  Absolutely.

(Mr. Ekeland and the Defendant examine items.)

MR. EKELAND:  No objection, your Honor.

THE COURT:  Exhibit 124 is admitted and may be published to the jury.

(Whereupon, Government's Exhibit No. 124 was entered into evidence.)

THE COURT:  You can step forward and look at the exhibits as they come in and just step back when he's testifying so the jury can see.  Thanks.

MR. BROWN:  It's getting crowded back there.

THE COURT:  Yes.

BY MR. BROWN:

Q.  Mr. Price, could you go through those items one by one and just show them to the jury and the defense.

A.  The first item appears to be a passport from the Russian Federation.

Q.  Is there a photo inside that passport?

A.  There is.

Q.  And whose photo does that appear to be?

A.  It appears to be Mr. Sterlingov's.

Q.  Is there an issuance date for that passport?

A.  There is.

Price - DIRECT - By Mr. Brown

Q.  And what's that date?

A.  It appears to be July 21st of 2017.

Q.  Okay.  And then moving on to the next item, what does that item appear to be?

A.  It appears to be a travel identity or passport document of some sort with Cyrillic writing on the front.

Q.  And is there a photo inside of that?

A.  There is on the last page, yes.

Q.  Whose photo does that appear to be?

A.  Mr. Sterlingov's.

Q.  And is there an issuance date for that document?

A.  It appears to be October 13th of 2011.

Q.  We can move on to the next one.

A.  It's another maroon passport or travel book or a document of that type with Cyrillic writing on the cover.

Q.  Is there a photo inside of that document?

A.  There is.

Q.  And whose photo does that appear to be?

A.  It appears to be Mr. Sterlingov.

Q.  Is there an issuance date for that document?

A.  There is a date on here.  Unfortunately, I don't read Cyrillic, so I'm not sure if that says "issue date," but the date on here is October 17th, 2020.

Q.  But for the record, you're not sure what that date is exactly?

Price - DIRECT - By Mr. Brown

A. I'm not, no.

Q. And is there -- are there other documents or items there?

A. Yes. Another maroon document that appears to be a passport for Sweden.

Q. Is there a photo inside?

A. There is.

Q. Whose photo does that appear to be?

A. Mr. Sterlingov.

Q. Is there a name indicated?

A. Yes.

Q. And what name is that?

A. Roman Sterlingov.

Q. And moving on, I think -- is there one more item or two more items?

A. There are two more items. Next is what appears to be another Swedish passport.

Q. Is there a photo and/or a name inside?

A. There is.

Q. And whose photo or name is indicated there?

A. Roman Sterlingov.

Q. And then are we finally down to the last item there?

A. There's one more item.

Q. Okay. And what does that item appear to be?

A. It is a green document with the word CCP and what

Price - DIRECT - By Mr. Brown

appears to be an old logo of the Soviet Union on the front.

Q. Is there any identifying information that you can read on the inside?

A. No. It is all in Cyrillic. I can't read it.

Q. Could you go ahead and place those back in the envelope.

A. (Witness complies.)

Q. We'll move on to Exhibits 117 and 118, which are contained in a single envelope.

A. Okay.

Q. Go ahead and open that envelope without showing the jury, please.

A. (Witness complies.)

Q. Do you recognize the contents of that envelope?

A. I do.

Q. Are these items that you recall recovering during the search of the Defendant's luggage?

A. They are.

Q. Are these items in substantially the same condition as they were when they were recovered from the search?

A. Yes.

Q. I'd like you to pull out specifically the items premarked Exhibits 117 and 118.

A. (Witness complies.)

MR. BROWN: The Government moves to admit the items premarked Exhibits 117 and 118.

Price - DIRECT - By Mr. Brown

THE COURT: Mr. Ekeland, you can examine them if you'd like.

(Mr. Ekeland and the Defendant examine items.)

MR. EKELAND: No objection, your Honor.

THE COURT: Exhibits 117 and 118 are admitted and may be published to the jury.

(Whereupon, Government's Exhibit Nos. 117 and 118 were entered into evidence.)

BY MR. BROWN:

Q. Mr. Price, could you hold up -- start with Exhibit 117. What do those appear to be?

A. This appears to be a series of handwritten notes on graph paper using various colors of ink.

Q. And can you tell from looking at those notes what language or languages are used in the notes?

A. It appears it may be Russian.

Q. Did IRS make scanned copies of those notes?

A. Yes.

MR. BROWN: I'd like to on the computer pull up Exhibit 117-A.

BY MR. BROWN:

Q. Do you see what's shown there on 117-A?

A. I do.

Q. Do you recognize this exhibit?

A. I do.

Price - DIRECT - By Mr. Brown

Q.   And what is it?

A.   It appears to be a scanned copy of the document I'm holding in my left hand.

Q.   Does this scanned copy fairly and accurately show the same document that you're holding in your hand?

A.   Yes.

MR. BROWN:  The Government moves to admit and publish Exhibit 117-A.

THE COURT:  Any objection?

MR. EKELAND:  No objection, your Honor.

THE COURT:  Exhibit 117-A is admitted and may be published.

(Whereupon, Government's Exhibit No. 117-A was entered into evidence.)

BY MR. BROWN:

Q.   And, Mr. Price, if you could just --

MR. BROWN:  Why don't we scroll through this document, please.

BY MR. BROWN:

Q.   What does this appear to consist of?

A.   Again, similar to the document in my hand, handwritten notes in various colors of ink with various different -- it appears to be Russian language.

Q.   All right.

MR. BROWN:  We can close that out.

Price - DIRECT - By Mr. Brown

BY MR. BROWN:

Q. You can go ahead and put the contents of that envelope back and maybe separate out the two admitted exhibits. Oh, sorry.

Before we move on -- my apologies -- could you pull out Exhibit 118 that was previously admitted and published. What does Exhibit 118 appear to be?

A. It's a hotel invoice for the Intercontinental Hotel in Moscow, Tverskaya, T-V-E-R-S-K-A-Y-A.

Q. And can you tell from looking at that document what the dates were of the stay?

A. Yes. It has an arrival and departure date.

Q. What are those dates?

A. The arrival date appears to be April 11th, 2021; the departure date, April 26th of 2021.

Q. And did that precede Mr. Sterlingov's flight to Los Angeles International Airport?

A. Yes, it did.

Q. Now you can go ahead and place those contents back, keeping the two admitted exhibits on top, I guess.

A. (Witness complies.)

Q. And please examine Exhibits 120 and 120-A and the contents of that envelope. Go ahead and open it and examine the contents without showing the jury, please.

A. (Witness complies.)

Price - DIRECT - By Mr. Brown

Q.   Do you recognize the contents of that envelope?

A.   I do.

Q.   And are those items that you recall recovering during the search of the Defendant's luggage?

A.   Yes, they are.

Q.   Are those items in substantially the same condition as they were when you recovered them during the search?

A.   Yes.

MR. BROWN:   The Government moves --

BY MR. BROWN:

Q.   Could you separate out -- I believe there're Exhibits premarked 120 and 120-A.

A.   (Witness complies.)

Q.   It may be Exhibit 120.

A.   Yes.  I don't see a 120-A.  It might just be 120.

Q.   My apologies.

MR. BROWN:   So separately looking at Exhibit 120, the Government moves to admit and publish Exhibit 120.

THE COURT:   Any objection?

MR. EKELAND:   I have no objection, your Honor.

May I ask a question very quickly?

Mr. Brown, the exhibit range in that envelope you said was from Exhibit 120 to 120-A?

MR. BROWN:   I'm sorry.  I may have misspoke.

The only exhibit in this envelope that we want to

Price - DIRECT - By Mr. Brown

admit is just Exhibit 120.

MR. EKELAND: My question is just, what's the range of exhibits in the envelope?

MR. BROWN: The other items have not been marked as exhibits --

MR. EKELAND: Oh, okay.

MR. BROWN: -- and we do not intend to admit them.

MR. EKELAND: So if we want to get them later, do we just refer to what was in Exhibit 120?

THE COURT: Yes.

MR. BROWN: Yes.

MR. EKELAND: So all the exhibits or items that you're not admitting that you've got in these folders would be [indiscernible] --

THE COURT REPORTER: Counsel, could you please use the microphone?

MR. BROWN: Your Honor, could we step onto the phones?

THE COURT: Yes.

So let me just see if I can just cut through this for now. If we need to get on the phone, we can.

My understanding is there's just one item that is Exhibit 120. There may be other items in the envelope. You're welcome to confer with counsel afterward. If there's anything that you want to later admit in the case, you're

Price - DIRECT - By Mr. Brown

welcome to do that.

Is that a fair statement of where we are?

MR. BROWN: Yes, your Honor.

THE COURT: Is there a need to get on the phone still or does that address it?

MR. BROWN: I think that addresses it. Yes, your Honor.

THE COURT: Does that clarify things?

MR. EKELAND: My question was that they would just stay in the same envelope that you're using now. Is that correct?

MR. BROWN: We can do that, yes.

MR. EKELAND: Thank you.

THE COURT: So without objection, Exhibit 120 is admitted and may be published to the jury.

(Whereupon, Government's Exhibit No. 120 was entered into evidence.)

BY MR. BROWN:

Q. Mr. Price, could you hold up what has just been -- could you hold up for the jury and the defense what has just been admitted as Exhibit 120.

A. (Witness complies.)

Q. What does 120 appear to be?

A. It appears to be three pages, double-sided, of handwritten notes on graph paper.

Price - DIRECT - By Mr. Brown

Q.   And on your screen, I'd like to direct your attention to Exhibit 120-A, as in alpha.   I apologize for the confusion.

Mr. Price, did IRS scan copies of Exhibit 120?

A.   Yes, they did.

Q.   And what -- do you recognize the exhibit shown at Exhibit 120-A?

A.   I do.

Q.   And what is Exhibit 120-A?

A.   It is a scanned copy of the notes I held up in Exhibit 120.

MR. BROWN:   The Government moves to admit and publish Exhibit 120-A.

THE COURT:   Any objection?

MR. EKELAND:   No objection, your Honor.

THE COURT:   Exhibit 120-A is admitted and may be published to the jury.

(Whereupon, Government's Exhibit No. 120-A was entered into evidence.)

BY MR. BROWN:

Q.   Mr. Price, let's just scroll through this document. Describe what you see on this document.

A.   Again, I see handwritten notes in several different colors of ink with some of them crossed out and what appears to be Russian language-text, handwritten.

MR. BROWN:   If I could ask -- ask us to go back up

Price - DIRECT - By Mr. Brown

to the previous page, please.  Stop there.

BY MR. BROWN:

Q.  Do you see any English -- a little further down -- do you see any English text?

MR. BROWN:  A little further down, please.

BY MR. BROWN:

Q.  Towards the top of the page.

A.  I do.

Q.  What English text do you see?

A.  It appears to say "ETH staking."

Q.  Do you recognize "ETH" as an acronym for anything?

A.  Yes.

Q.  What is it?

A.  It's the commonly used shortened version of Ethereum, which is another cryptocurrency.

MR. BROWN:  We can put that away.

BY MR. BROWN:

Q.  Moving on to Exhibit 119, could you examine the contents of that envelope without showing the jury, please.

A.  It was Exhibit 119, correct?

Q.  Yes.

A.  Okay.

Q.  Do you recognize those items?

A.  I do.

Q.  Are those items you recall recovering during the search

Price - DIRECT - By Mr. Brown

of the Defendant's luggage?

A. They are.

Q. Are those items in substantially the same condition as they were when you recovered them?

A. Yes.

MR. BROWN: The Government moves to admit Exhibit 119.

THE COURT: Any objection?

MR. EKELAND: No objection, your Honor.

THE COURT: Exhibit 119 is admitted and may be published to the jury.

(Whereupon, Government's Exhibit No. 119 was entered into evidence.)

BY MR. BROWN:

Q. Mr. Price, could you hold those up for the jury and the defense and briefly describe what they are.

A. They are multiple pages of handwritten notes in multicolored ink on primarily graph paper. Most of the pages are identical. The one has an orange border on it and holes punched in it.

Q. Now, directing your attention on the screen to Exhibit 119-A, do you see that exhibit?

A. Not yet.

MR. BROWN: The Court's indulgence.

THE WITNESS: Yes, I do.

Price - DIRECT - By Mr. Brown

MR. BROWN: Briefly scroll through, please.

BY MR. BROWN:

Q. Do you recognize Exhibit 119-A?

A. I do.

Q. And what do you recognize it to be?

A. Scanned copies of the documents I held up from Exhibit 119.

Q. And do these scanned copies -- are they true -- is it a fair and accurate re-creation of Exhibit 119?

A. Yes.

MR. BROWN: The Government moves to admit and publish Exhibit 119-A.

THE COURT: Any objection?

MR. EKELAND: No objection, your Honor.

THE COURT: Exhibit 119-A is admitted and may be published to the jury.

(Whereupon, Government's Exhibit No. 119-A was entered into evidence.)

BY MR. BROWN:

Q. Mr. Price, could you just generally describe what is shown on these pages.

A. Yes. Scanned copies of the document I recently showed that have handwritten text in multiple colors in what appears to be the Russian language.

MR. BROWN: Could we make sure that's published

Price - DIRECT - By Mr. Brown

for the jury, please.  I'm sorry.

BY MR. BROWN:

Q.  Could you repeat your answer.

A.  Certainly.

Again, it appears to be scanned copies of the documents in Exhibit 119, consisting of handwritten text in numerous ink colors in what appears to be the Russian language.

MR. BROWN:  We can close that out.

BY MR. BROWN:

Q.  Then I believe this is our last envelope.  Could you examine the contents of Exhibit 121.

A.  Yes.

Q.  Without showing the jury, please.

A.  (Witness complies.)

Q.  And I believe there's an exhibit premarked Exhibit 121.

A.  I apologize.  The marking may have fell off.

Q.  Is there a document of notes in that group of papers?

A.  I'm sorry.  Document -- handwritten notes?

Q.  Yes.

THE COURT:  You can approach as well if you'd like.

MR. BROWN:  (Assists the witness.)

MR. EKELAND:  May Mr. Sterlingov have a look at the exhibit?

Price - DIRECT - By Mr. Brown

THE COURT: He may.

MR. EKELAND: No objection, your Honor.

THE COURT: What exhibit number was that? Or are we adding one or putting one on it?

MR. BROWN: This has now been postmarked, not premarked, as Exhibit 121.

THE COURT: Exhibit 121 is admitted and may be published to the jury.

(Whereupon, Government's Exhibit No. 121 was entered into evidence.)

BY MR. BROWN:

Q. Mr. Price, could you show that to the jury, please.

A. (Witness complies.)

Q. Directing your attention to Exhibit 121-A on your screen, does this appear to be the same document?

A. This may be the previous exhibit. I'm not sure.

MR. BROWN: The Court's indulgence, your Honor.

THE WITNESS: My apologies. I think I pulled the wrong document. It was stuck in the envelope.

BY MR. BROWN:

Q. Why don't we do it this way: Could you examine on your screen Exhibit 121-A, which appears to be two pages?

A. Yes. I see that.

MR. BROWN: Then we will re-mark -- your Honor, may I approach?

Price - DIRECT - By Mr. Brown

THE COURT: You may approach.

MR. BROWN: (Assists the witness.)

MR. EKELAND: Your Honor, just for clarification, because what was marked as 121 and that Government counsel just removed the exhibit number from was moved into evidence. So that right there is in evidence. So perhaps we should either renumber, or are we taking this out of evidence? I just want the record to be clear.

THE COURT: I appreciate that.

MR. BROWN: Yes, your Honor.

Thank you, Mr. Ekeland.

The Government moves to withdraw what has previously been marked as Exhibit 121.

THE COURT: 121 is withdrawn?

MR. BROWN: If the Court will bear with me, let's re-mark it.

THE COURT: You may admit it, I suppose. But just for clarity, I'll withdraw it for now. If you want to readmit it, you can.

MR. BROWN: Why don't I re-mark this to avoid confusion.

THE COURT: All right.

MR. BROWN: We want to make sure we're keeping track of everything.

Your Honor, may I approach?

Price - DIRECT - By Mr. Brown

THE COURT:  You may.

MR. BROWN:  (Assists the witness.)

BY MR. BROWN:

Q.  Mr. Price, so in your hand are you holding what has now been marked as Exhibit 121-D, as in delta?

A.  Yes.

Q.  And does Exhibit 121 appear to match what's shown on your screen, which is Exhibit 121-A?

A.  It does.

THE COURT REPORTER:  I don't know if that was clear.  Did you say number 121 matches 121-A or 121-D?

MR. BROWN:  What I meant to say -- I'm not sure if that's what I said was --

BY MR. BROWN:

Q.  Does Exhibit 121-D appear to match Exhibit 121-A?

A.  Yes, it does.

MR. BROWN:  The Government moves to admit Exhibit 121-D.

THE COURT:  Any objection?

MR. EKELAND:  No objection, your Honor.

THE COURT:  121-D is admitted and may be published to the jury.

(Whereupon, Government's Exhibit No. 121-D was entered into evidence.)

Price - DIRECT - By Mr. Brown

BY MR. BROWN:

Q. Mr. Price, could you show the jury the physical item, Exhibit 121-D.

A. (Witness complies.)

Q. And go ahead -- you can place that back in the envelope.

A. (Witness complies.)

Q. That should conclude the envelope items.

MR. EKELAND: Is that all of the envelopes?

MR. BROWN: Yes, it is.

MR. EKELAND: Thank you.

May we go back?

THE COURT: You may retake your seats.

(Mr. Ekeland and the Defendant retake their seats.)

MR. BROWN: Just to make sure that it's published for the jury, could we examine what's been previously admitted as Exhibit 121-A.

BY MR. BROWN:

Q. Mr. Price, could you just describe what is shown on Exhibit 121-A?

A. Yes. This is a scanned copy of the previous document I showed with handwritten notes.

Q. Thank you.

Moving on --

THE COURT: Is 121-A in evidence? I just want to

Price - DIRECT - By Mr. Brown

make sure we're doing this right.

MR. BROWN:  If it's not, I will move it into evidence.

THE COURT:  Any objection?

MR. EKELAND:  I don't think so, but I've lost track.

THE COURT:  It's on the screen in front of you.

MR. EKELAND:  Oh, no objection.

THE COURT:  121-A is admitted and may be published to the jury.

(Whereupon, Government's Exhibit No. 121-A was entered into evidence.)

MR. BROWN:  Thank you, your Honor.

BY MR. BROWN:

Q.  Now, Mr. Price, are you familiar with the registration requirements for money services businesses under the Bank Secrecy Act?

MR. EKELAND:  Objection, your Honor.

THE COURT:  Well, this is just a foundational question.  We'll see what the next question is.  This one's okay.

BY MR. BROWN:

Q.  Are you familiar with the registration requirements for money services businesses under the Bank Secrecy Act?

A.  Yes, I am.

Price - DIRECT - By Mr. Brown

Q. How are you familiar with that?

A. Part of my duties as a special agent with IRS-Criminal Investigation was enforcing Bank Secrecy Act violations. I received specialized training in BSA violations and investigations of the violations of the Bank Secrecy Act.

Q. And what agency with the Federal Government are you required to register with, if you're operating a money services business?

MR. EKELAND: Objection, your Honor.

THE COURT: Overruled.

THE WITNESS: The Bureau of the United States -- it's the Bureau of the U.S. Department of Treasury. It's the Financial Crimes Enforcement Network.

BY MR. BROWN:

Q. And during the course of your investigation, did you check whether Bitcoin Fog or Roman Sterlingov submitted a money services business registration with FinCEN?

A. Yes, I did.

Q. And how did you check?

A. Both searching the FinCEN portal, which is a database law enforcement can access, as well as submitting an official request to FinCEN for a search of those records.

Q. And what did that search reveal?

A. It revealed there were no licenses or applications from Mr. Sterlingov.

Price - DIRECT - By Mr. Brown

Q. Does FinCEN also provide official certified records regarding money services business registration?

A. Yes, they do.

MR. BROWN: Now, your Honor, may I approach?

THE COURT: You may.

BY MR. BROWN:

Q. Mr. Price, do you recognize these documents?

A. Yes, I do.

Q. Are these official certified records from FinCEN?

A. Yes, they are.

MR. BROWN: The Government moves to admit Exhibit 35-A.

THE COURT: Any objection?

MR. EKELAND: Yes, your Honor. Could we pick up the phone on this one?

THE COURT: Yes.

(Whereupon, the following bench conference was held:)

MR. EKELAND: I'm sorry, your Honor.

So Exhibit 35-A, if the Court has it in front of them --

THE COURT REPORTER: I'm sorry. Counsel, could you speak a little louder.

THE COURT: She can't hear you.

MR. EKELAND: Can you hear me?

Price - DIRECT - By Mr. Brown

THE COURT REPORTER:  Barely.

THE COURT:  She wants you to speak up.

MR. EKELAND:  I know.  I just wanted to make sure the jury couldn't hear.

Exhibit 35-A says that Roman Sterlingov is a/k/a Akemashite Omedetou.  There's been -- A, obviously the defense disputes that.  There's been no function for that.  This is not the proper witness for that.  I think the Court is acknowledging that there's a number of objections here, particularly 403, lack of foundation.  It's hearsay, a whole number of things.  So we object on that ground.

THE COURT:  Mr. Brown, "a/k/a" does strike me as a fair objection.  We haven't established that, and I'm not sure how this document does that.  Do you want to do that later in the case?  Maybe there's a way just to redact this document and admit it without the a/k/a.

MR. BROWN:  Your Honor, these are official certified government records from FinCEN.  They're self-authenticating records.

THE COURT:  It's not a question of authentication.  I think it's a question of whether this is -- it's a very -- as I understand it, it's a central question of fact in this case.  And the question is whether this is a proper way of moving that issue and whether a limiting instruction would be adequate under these circumstances.

Price - DIRECT - By Mr. Brown

I don't doubt the authenticity. The rest of the document is admissible. I just think that one sentence, that one line, may be a problem.

MR. BROWN: Well --

MR. EKELAND: Your Honor --

I'm sorry, Mr. Brown.

MR. BROWN: Your Honor, so I mean, these are official certified records. I don't --

THE COURT: If you had an official certified record that, Oh, by the way, he's guilty, that wouldn't make it admissible.

MR. BROWN: Your Honor, the a/k/a simply refers to search terms by which FinCEN was searching for positive responses. It's not intended to be an accusatory document. This simply shows that neither Roman Sterlingov nor somebody by the name of Akemashite Omedetou has registered with FinCEN.

You know, if you want, I can -- your Honor, I mean, at worst I think we could redact just the a/k/a field.

THE COURT: That's all I was suggesting.

MR. EKELAND: Your Honor, we would even object to that, because then the jury is going to wonder what's in the redaction. There's nothing stopping the Government from simply getting a new certificate that doesn't have the a/k/a Akemashite Omedetou. As the Court says, just because

Price - DIRECT - By Mr. Brown

something has been certified as authentic doesn't make it admissible. It's such an issue in this case. It's argumentative. It lacks a foundation.

THE COURT: No, no. I'm with you on that point. I disagree with you about the redaction, because there's going to be lots of material that's redacted in this case. And in every case there's material that's redacted.

And I always instruct the jury -- and I believe they follow my instruction -- that they shouldn't speculate about what's redacted, that they shouldn't speculate about it. So I think as long as it's redacted, it doesn't strike me as a problem.

MR. EKELAND: Just for the record, your Honor, understood. We just for the record want to object to it as a redacted document as well.

THE COURT: That's fine.

Can you do that? We can take our afternoon break right now, Mr. Brown, if you want to try and adjust the document.

MR. BROWN: Your Honor, I am a little bit concerned about the effect of redacting this, this being an official government document. But if it does appear as redacted, is that going to somehow affect the way the jury considers the force of this in proving, you know, literally one element of our case, which, by the way, the defense has

Price - DIRECT - By Mr. Brown

stipulated to?

THE COURT:  I'm sorry.  They stipulated that Mr. Sterlingov is Akemashite Omedetou?

MR. BROWN:  No, your Honor.  They stipulated to --

THE COURT:  I understand.  I understand.

But that gets back then to Mr. Ekeland -- if you want to, you could get a different version of it without this, or you could even redact it in a way probably where it is not terribly obvious.  If you redact it here, it's just white under that, that portion, without a black redaction. If you used white tape and make a copy of it and scan it back in, we can provide you with some materials if you need it.  You can then just enter it.  There would be a space, but that's about it.

MR. BROWN:  Okay, your Honor.  We can certainly follow the redaction rule.

I do want to just register my objection that the defense waited until we were in trial to sandbag us on this discovery, which has been in their possession.  They could have moved to exclude it.  They knew that this was going to come up.  And they waited until trial to bring this up.  And again, the Government, you know, believes this is unfair gamesmanship and an unfair surprise.

MR. EKELAND:  Your Honor, the defense certainly is allowed to make evidentiary objections at trial.  There is a

Price - DIRECT - By Mr. Brown

gigantic volume of discovery in this case. We had -- this is very surprising to me.

THE COURT: I understand that it's trial and we're all tired and being a bit short. But I think we're wasting our time with this. I think if you want to proceed, let's redact it out. We can take our afternoon break now, which is probably a good time anyway, and you can redact it and then we'll come back.

MR. BROWN: Yes, your Honor.

THE COURT: Thank you.

MR. EKELAND: Thank you, your Honor.

(Whereupon, the following proceedings were had in open court:)

THE COURT: Members of the jury, we're just going to take our afternoon break now. It's 3:20. Why don't we come back at 20 minutes before 4:00.

Don't discuss the case, even amongst yourselves. Don't conduct any type of research. I'll see you back here shortly.

(Whereupon, the jury exited the courtroom at 3:18 p.m. and the following proceedings were had:)

THE COURTROOM DEPUTY: You may be seated.

THE COURT: You're welcome to take your break as well.

THE WITNESS: Thank you, your Honor.

Price - DIRECT - By Mr. Brown

(Thereupon, Matthew Price retired from the courtroom and the following proceedings were had:)

THE COURT: When I referred to us as being tired and perhaps being too short at times, I should include myself in that.

I apologize to Mr. Ekeland for my comments before the jury was present expressing disbelief about his position. I shouldn't have done that and, in fact, I don't know one way or the other what your belief is. So I apologize to you for that.

I have looked at the rule a little bit more here, more carefully. And it actually appears that the rule was amended, perhaps not in substantive effect, since the *Redman* decision, and it no longer actually contains the language of waiver in it. But what it does say is that a motion to suppress must be raised pretrial. And then in 12(c), it indicates that if a party does not meet the deadline for making a Rule 12(b)(3) motion, the motion is untimely.

So I think the question is one of untimeliness, where the question then is whether there's good cause, which is the usual approach to questions of untimeliness. And that also mirrors, I think, the language of the rule which then goes on and says, "but a court may consider a defense objection or request if the party shows good cause."

So as I read the rule here -- and this is one of

the disadvantages of doing things like this mid-trial, because I don't have the chance to do as much research as I would like. But as I read the rule, the first question is whether this was a motion that was required to be raised pretrial. It certainly is on the list as a suppression-of-evidence motion based on an alleged *Miranda* violation.

And the only exception to that in the rule itself is if the basis for the motion -- the basis for the motion is not then reasonably available. And I don't have any reason to think that the basis for the motion was not reasonably available.

And then I think Mr. Ekeland may have pointed me to Rule 12(a)(4), which says: At an arraignment or as soon after as practical, the Government may notify the Defendant of its intent to use specified evidence at trial in order to afford the Defendant an opportunity to object under 12(b)(3)(C).

That is notably a "may." And presumably, it's there to give the Government some greater assurance that they're not going to face surprise at trial.

But to my mind, it's actually the next portion which is perhaps most relevant here, is Rule 12(b)(4)(B), which says: At the arraignment or as soon afterwards as practical, the Defendant may, in order to have the

opportunity to move to suppress evidence under Rule 12(b)(3)(C), request notice of the Government's intent to use in its evidence in chief at trial any evidence the Defendant may be entitled to discover under Rule 16.

And so the defense, I think, had the opportunity to request the information from the Government in order to facilitate its opportunity to bring the motion.

So I guess in light of all that, the question then is whether the defense can show good cause for having failed to bring the motion pretrial.

But if anyone thinks I'm misreading this or have this wrong, you should let me know.

MR. EKELAND: No, your Honor.

But I just need to go -- I honestly can't remember -- this case has been going on for so long, I honestly can't remember if we actually asked for that because I think we -- I have some vague memory of filing that, but I can't remember. So I just would like the opportunity to check.

THE COURT: I'll -- over the break you can take a look.

MR. BROWN: Your Honor, so the defense -- and I think it may have been the former local counsel who was previously on this case -- they filed what was styled as a motion under 12(b)(4)(B).

Price - DIRECT - By Mr. Brown

THE COURT: Okay. That's what I'm talking about.

MR. BROWN: However -- and we opposed it based on the idea that this was procedurally improper.

You can't just ask for a blanket notice months in advance of trial, you know, for all of the Government's evidence.

THE COURT: Right. And I don't --

MR. BROWN: Chief Judge Howell has explained this in her decision in --

THE COURT: I don't disagree with that proposition. I think that this is presumably much more targeted to my mind --

MR. BROWN: Yes.

THE COURT: -- where a defense lawyer says, I know my client made a statement to law enforcement.

I would move to suppress that if I thought you were using it, tell me where to use it. That type of thing.

But where they have some basis to think that they would -- might want to file a motion and want to know whether the Government intends to use it in its case in chief, assuming that they know of the evidence -- and here, they presumably knew of the evidence.

If they don't know of the evidence, that's a different matter entirely. And where if comes to them as a complete surprise at trial, obviously, that would either not

Price - DIRECT - By Mr. Brown

violate the rule because they couldn't -- it wasn't reasonably available to them or there would be good cause.

So here, this is a circumstance where you need to tell me if I'm wrong about this. But my assumption is that the defense had the evidence. It was produced to the defense. The defense was aware of it. And the question is just whether the defense should have said to the Government, Do you plan to use this at trial, if they had any question about that.

MR. BROWN: Yes, your Honor. That's fine.

THE COURT: Mr. Ekeland?

MR. EKELAND: I do think it was produced to us, unless I go back and I look and I see somehow I made some mistake. But I think the Court's correct on that.

And I honestly can't remember what's in our 12(b)(4) motion. I need to look at that, too.

THE COURT: That's fine.

MR. EKELAND: I'm a little bit hesitant about my argument.

THE COURT: We can just come back to this.

MR. EKELAND: Yeah. I would appreciate that, if I could just maybe take a look at this overnight so I can give an honest answer to the Court.

THE COURT: Well, I don't know -- is Mr. Price going to still be on the stand tomorrow?

Price - DIRECT - By Mr. Brown

MR. BROWN: No, your Honor.

THE COURT: So I think you may need to look at it at the break now. Hopefully, you have access to your motions materials. If you need a little additional time, we can do that. But otherwise, he's not going to be on the stand anymore.

MR. EKELAND: I may be still crossing him tomorrow if we're breaking at 4:30.

THE COURT: Right.

MR. EKELAND: So then the Government could address this on redirect.

MR. BROWN: Well, it would --

THE COURT: Assuming you're waiving any objection to it being outside the scope of your cross?

MR. EKELAND: For this purpose, that's fine. Yes. Yes.

THE COURT: Mr. Brown, is that acceptable to you?

MR. BROWN: That's acceptable to us --

THE COURT: Okay.

MR. BROWN: -- if the Court isn't going to make a decision today. We would prefer to do it on direct just because we -- this is direct and this is --

THE COURT: I understand that. I just want to make sure that I'm getting this right.

The other thing I will say is -- and I'm doing

Price - DIRECT - By Mr. Brown

research while I'm on the bench here -- but I'm doubtful that Mr. Sterlingov actually had been arrested within the legal meaning of arrest at the time.  And given the fact that Mr. Ekeland did open by saying before his arrest the Government did not ask him anything -- I'd have to go back and look at that and remind us exactly what the phrasing was and what Mr. Ekeland said in his opening.

But my understanding of what constitutes an arrest is it's on the continuum from a *Terry* stop, you know, on forward.  There are various forms of seizures, and the arrest is the stage at which the restraint on liberty as an objective matter becomes most severe or extreme.  And it doesn't require using the words "You're under arrest."  It might be, you know, "Spread 'em" or throwing somebody up, you know, on the wall and putting a handcuff on them or something like that and it's clear they're under arrest at that stage.

I think a conversation with somebody -- a Customs officer at the airport is unlikely to constitute an arrest even if there was an arrest warrant that a different law enforcement agency had at the time.  But that's just something else that is a potential issue for us to get our heads around.

And the first step in this may be going back and seeing exactly what it was that Mr. Ekeland said in his

Price - DIRECT - By Mr. Brown

opening.

MR. BROWN: Yes, your Honor.

THE COURT: All right. But it may be we don't even reach that under Rule 12. But we'll see.

MR. BROWN: Yes, your Honor.

So, your Honor, to be clear, in terms of -- is there a work product -- does the Court want -- we could provide written briefing or simply come back and, you know, resolve this?

THE COURT: I'm not sure there's time for briefing on this. I don't want to have to bring Mr. Price back on this. I think, frankly, it highlights it more than it deserves. And my impression of this is that it's not the most critical evidence in the case, at least the way it's been described to me, and probably not worth highlighting my bringing a witness back just to offer this testimony.

So I'd like to resolve it today. But both teams have more than one lawyer; and if you can do some quick research and find anything that can help inform my decision and make sure I don't make a mistake, I would be appreciative. And I want to make sure Mr. Ekeland does have a chance to go back and at least look at the filing.

And, Mr. Brown, if you can point him to it, that might expedite things, too, or someone on the Government team can point Mr. Ekeland just to the docket number of the

Price - DIRECT - By Mr. Brown

motion so he can look at that. That's easy enough.

MR. BROWN: Yes, your Honor.

And to be clear, I don't think that there's much more that we would want to put in front of the Court other than just the plain text of the rule and, you know, the lack of, you know, a showing of good cause for the untimely --

THE COURT: Does everyone agree with my interpretation of the rule?

MR. BROWN: The Government does, your Honor.

THE COURT: Mr. Ekeland?

MR. EKELAND: Yes. Right now. Without having done the research, it doesn't strike me at all as unreasonable. If I see something tonight that changes my opinion, of course, I'll say something to the Court.

I would just like to add, your Honor, I'm under the understanding that Mr. Sterlingov was not in a position to leave anywhere. He's landing on a plane at LAX I think like around 10:30, 11:00 at night. It was made very clear to him by the circumstances that he wasn't in a position to leave; and the nature of the questioning that I'm understanding that he was asked gave him the distinct impression that leaving was not an option.

THE COURT: Well, I think that there's lots of case law that uses that language, whether someone feels free to leave. And there's even more case law that says that

Price - DIRECT - By Mr. Brown

Appx3015

that is actually not really a fairly accurate description of the test.

And the reason for that is, if you're in a traffic stop, you're not free to leave. But it doesn't necessarily constitute being in custody when you're pulled over by a police officer on the side of the road.

If you're in jail on other charges, you're not free to leave. But it doesn't necessarily mean if the police officer is saying, We'd like to talk with you about a different case, that you're necessarily in custody for those purposes and that there's a test that turns on all the circumstances.

And I think the same thing is true -- and there's also a fair amount of law on this -- in particular, in the airport. And not every person who is standing in line having arrived on a foreign flight and standing in line waiting to get through Customs is in custody when they do so, even though there may not be another plane back to wherever they came from for hours or days. And they're not free to certainly enter the United States without clearing Customs.

So even if he didn't feel like he had a great option of getting back on a plane and going back to Russia at that point in time, it's not clear to me that that means that he was in custody.

Price - DIRECT - By Mr. Brown

But that is getting to the merits of the dispute. And I think the first question is just whether it was -- it should have been raised pretrial.

And I will tell you that the D.C. Circuit, quoting from *Miranda* itself, notes that what the Court has to ask is whether the -- as an objective matter the person was not at liberty to terminate the interrogation and leave.

And I think even if somebody is in an airport where Customs is asking the questions, they may well be in a position at which they can say, you know, I don't need this. I'm getting back on a plane and going back to where I came from.

So I don't know the answer to the question. I think that question -- that's the reason for the problem here, because I think to answer to the question fully, I would have to have a hearing, which would potentially take a couple of hours in the middle of trial. And I think that's the reason for the Rule 12 issue.

So I think that's the first hurdle for us to clear.

All right? So I'll give you at least a few minutes for your break now and maybe you can point Mr. Ekeland to the exhibit if you can. If we can resolve this today and do it on direct, great. But if we need to do it on redirect in the morning, I'm amenable to that.

Price - DIRECT - By Mr. Brown

MR. BROWN: Thank you, your Honor.

THE COURT: Thank you.

MR. EKELAND: Thank you, your Honor.

How long is the break? I'm sorry.

THE COURT: I'm sorry?

MR. EKELAND: What are we back?

THE COURT: We were supposed to be back in five minutes. But if you need ten minutes to run to the restroom, that's fine.

MR. EKELAND: Thank you, your Honor.

(Thereupon a recess was taken, after which the following proceedings were had:)

THE COURTROOM DEPUTY: Judge, are we ready for the jury?

THE COURT: We are. We'll come back to this other issue afterwards. I just don't want to keep the jury.

MR. BROWN: Your Honor, I think we do have a proposed accommodation here.

THE COURTROOM DEPUTY: You may be seated.

THE COURT: You have a proposed resolution?

MR. BROWN: Yes, your Honor. So on the screen here -- so the proposed resolution is two parts. So one part is redacting the line that would have said a/k/a Akemashite Omedetou.

THE COURT: That looks good.

Price - DIRECT - By Mr. Brown

MR. BROWN: Just if we could show the second page of this.

Just so the Court understands, what FinCEN -- these are basically search terms that FinCEN searched, the different identifiers, and then certified that there was no responsive record.

So Part 1 would be redacting the a/k/a to address that we're not -- that there's no implication of association necessarily.

THE COURT: Right.

MR. BROWN: And Part 2 would be that we would stipulate -- and I can read it into the record, I think -- that the parties stipulate and agree that FinCEN also conducted a search for any MSB registration in the name of Akemashite Omedetou and found no responsive records.

THE COURT: Okay. That's fine.

MR. EKELAND: That's correct, your Honor.

THE COURT: Okay. Then on the other issue that we were talking about, rather than keeping the jury waiting, let's just talk about that after we're done.

MR. EKELAND: We have a quick resolution for that.

THE COURT: Excellent. That's perfect.

MR. EKELAND: It's very simple. We're just going to withdraw the objection.

THE COURT: Okay.

Price - DIRECT - By Mr. Brown

MR. EKELAND: There you go.

THE COURTROOM DEPUTY: All rise.

(Whereupon, the jury entered the courtroom at 3:56 p.m. and the following proceedings were had:)

THE COURTROOM DEPUTY: You may be seated and come to order.

THE COURT: You may continue.

BY MR. BROWN:

Q. Mr. Price, on the screen in front of you, we have an exhibit that has been marked as 35-C, as in Charlie.

Do you see that in front of you?

A. Yes, I do.

Q. And do you recognize -- it's two pages. Just take a look at both of these pages.

Do you recognize this exhibit?

A. Yes, I do.

Q. And is this an official certified record from FinCEN?

A. It is.

Q. On the first page, could you read -- are there -- could you read that first paragraph and then pause?

A. Yes. "As the federal government agency with primary responsibility for maintaining reports filed pursuant to the Bank Secrecy Act, 31 United States Code Section 5311, the Financial Crimes Enforcement Network has conducted a diligent search for any FinCEN Form 107, registration of

Price - DIRECT - By Mr. Brown

money services business, under its control that relate to..."

Q. And then beneath that text, are there a series of identifiers visible there?

A. There are.

Q. Okay. And --

MR. BROWN: Your Honor, move to admit and publish Exhibit 35-C.

THE COURT: Any objection?

MR. EKELAND: No objection, your Honor.

THE COURT: Exhibit 35-C is admitted and may be published to the jury.

(Whereupon, Government's Exhibit No. 35-C was entered into evidence.)

BY MR. BROWN:

Q. And sorry, Mr. Price. Could you just -- with your finger, could you just indicate the text that you just read on this exhibit.

A. Yes. The paragraph here in the center that I just circled.

Q. Beneath that text, are there a series of identifiers visible there?

A. There are.

Q. And could you read those identifiers?

A. It states: Subject: Roman Sterlingov. Date of birth:

Price - DIRECT - By Mr. Brown

Appx3021

August 14, 1988. And what appears to be a passport number from Sweden.

Q. And then what does it say beneath there?

A. "The above search of our records found no forms filed by or on behalf of the above-listed individual from January 1st, 2011, through April 27th, 2021."

MR. BROWN: Could you clear that off the screen? And then let's look at Page 2.

BY MR. BROWN:

Q. Could you read the block of text starting, "As the federal government"?

A. "As the federal government agency with primary responsibility for maintaining reports filed pursuant to the Bank Secrecy Act, 31 United States Code Section 5311, the Financial Crimes Enforcement Network has conducted a diligent search for any FinCEN Form 107, registration of money services business, under its control that relate to..."

Q. And then is there an identifier beneath?

A. There is.

Q. And what is that identifier?

A. It says: Subject: Bitcoin Fog.

Q. And then what is printed below?

A. "The above search of our records found no such forms filed by or on behalf of the above-listed entity from

Price - DIRECT - By Mr. Brown

January 1, 2011, through April 27, 2021."

MR. BROWN: We can close that out.

BY MR. BROWN:

Q. Moving on to the next topic: Mr. Price, are you familiar with the licensing requirements for money transmitters under the D.C. Money Transmitters Act?

A. Yes, I am.

Q. And do most states have licensing requirements for money-transmitting businesses?

MR. EKELAND: Objection, your Honor.

THE COURT: I'll allow this one.

BY MR. BROWN:

Q. If you know, do most states have licensing requirements for money-transmitting businesses?

A. To the best of my knowledge, yes, they do.

Q. And in the District of Columbia, what agency are you required to obtain a license from if you're operating a money-transmitting business?

A. The Department of Insurance, Securities and Banking.

Q. Is that sometimes referred to as DISB?

A. Yes, it is.

Q. During the course of your investigation, did you check whether Bitcoin Fog or Roman Sterlingov obtained a money transmitter's license from DISB?

A. Yes, I did.

Price - DIRECT - By Mr. Brown

Q. How did you check?

A. I searched the DISB database of registrants and also submitted an official request for a records search.

Q. Can DISB also provide an official certification regarding money-transmitter licensing in the District of Columbia?

A. Yes, they can.

MR. BROWN: The Court's indulgence.

BY MR. BROWN:

Q. Mr. Price, could you look on your screen at Exhibit 36-A?

A. I see it.

Q. And do you recognize this document?

A. I do.

Q. And what do you recognize it to be?

A. It appears to be a certified record from the Department of Insurance, Securities and Banking, money-transmitter license verification, and several screenshots that appear to be database searches related to this document.

Q. Is this electronic copy a fair and accurate copy of the official government record provided by DISB?

A. Yes.

MR. BROWN: The Government moves to admit and publish Exhibit 36-A.

THE COURT: Any objection?

Price - DIRECT - By Mr. Brown

MR. EKELAND:  No objection, your Honor.

THE COURT:  Exhibit 36-A is admitted and may be published to the jury.

(Whereupon, Government's Exhibit No. 36-A was entered into evidence.)

BY MR. BROWN:

Q.  Looking at the first page there, could you read what it says in that second full paragraph starting, "I certify that"?

A.  "I certify that, after a search, no record or entry exists in the official records of DISB that indicate Roman Sterlingov or Bitcoin Fog had a money-transmitter license during the time period from October 1, 2011, through April 30, 2021."

Q.  And what does the next paragraph state?

A.  "I certify that the annexed record is a true and accurate copy of an official record of DISB.  I certify that the records described above and attached are an accurate reflection of the records in the possession of the DISB."

MR. BROWN:  And if we could scroll down.

BY MR. BROWN:

Q.  Who is the author of this letter?

A.  Monique Kerr.  Her title is licensing manager.

Q.  If we could go just one by one through each of the subsequent pages.  What is shown on the second page here?

A.   This appears to be a screenshot of a database records search.

Q.   And what identifier was searched here?

A.   In the box titled "Company Name," it states "Bitcoin Fog."

Q.   And turning to the next page, are there results for that search?

A.   Yes.

Q.   What are those results?

A.   In bold red text it states:  There are no companies that meet your search criteria.

Q.   And then looking at the next page, what is shown here?

A.   Another screenshot of a records search.

Q.   And what identifiers were searched here?

A.   In the box, first name, Bitcoin; last name, Fog.

Q.   And then moving to the next page, were there any results for that search?

A.   There were none.

Q.   And then moving to the page after that, are there identifiers listed here?

A.   Yes, there are.

Q.   And what identifiers were searched for?

A.   In the box company name, Roman Sterlingov.

Q.   And then turning to the next page, are there results for that search?

Price - DIRECT - By Mr. Brown

A. It states there are no companies that meet your search criteria.

Q. And then moving to the next page, is there another search?

A. Yes.

Q. And what are the identifiers searched for here?

A. First name is Roman; last name is Sterlingov.

Q. And then turning to the last page, what is shown there?

A. The text states: There are no individuals that meet your search criteria.

MR. BROWN: We can close that out.

BY MR. BROWN:

Q. One last topic: So going back to the secondary screening by Customs and Border Patrol of Roman Sterlingov, do you have a full recollection of that event?

A. Yes.

Q. And again, during -- so -- sorry.

Start from the beginning. What happened when CBP took Mr. Sterlingov into secondary screening?

A. Mr. Sterlingov was escorted to the secondary screening room at Los Angeles International Airport, and two Customs officers brought him to an examination table. They had him place his luggage on the table and they proceeded to search his luggage while asking him questions about his travel and plans in the United States.

Price - DIRECT - By Mr. Brown

Q. And where were you when this was happening?

A. I was seated approximately five to seven feet away at an adjoining examination table, along with another special agent and a CBP officer.

Q. Could you hear what was being said between Mr. Sterlingov and the CBP officers?

A. Yes.

Q. What, if anything, did Mr. Sterlingov say about the purpose of his travel?

A. He provided several answers. I recall him stating that he had planned to travel to Florida to perhaps visit some family and maybe go to Playa del Carmen, Mexico.

Q. And what, if anything, did he say about his employment?

A. I recall him stating that he was a web developer.

Q. Did the topic of flight training come up during the conversation?

A. At one point, yes, it did.

Q. How did it come up?

A. To the best of my recollection, the CBP officers located some sort of document or flight manual and asked Mr. Sterlingov what that was.

And he made a comment that he was attending some sort of flight training.

MR. BROWN: Your Honor, the Government passes the witness.

Price - DIRECT - By Mr. Brown

THE COURT: Mr. Ekeland.

MR. EKELAND: Are we going to 4:30? I'm happy to start, but if possible, your Honor, I would just like to -- if we're just going to 4:30, I would prefer just to start the cross first thing in the morning. But I will start it now if the Court --

THE COURT: I actually think we can go a little past 4:30. I'm happy to go until a quarter to 5:00 or something like that, too.

MR. EKELAND: Okay.

CROSS-EXAMINATION

BY MR. EKELAND:

Q. Are you ready, Mr. Price?

A. Yes.

Q. You're not a computer forensics expert. Correct?

A. I am not a computer investigative specialist.

Q. Right.

So all the devices and everything that we just looked at and put out in front of the jury, you didn't do any of the computer forensics examination on them, did you?

A. No. I gave those devices to the IRS-Criminal Investigation forensics lab for examination.

Q. And you said that -- I believe you said you started this investigation in -- you started -- excuse me.

You said that you started on this investigation in

Price - CROSS - By Mr. Ekeland

early 2019?

A. Yes.

Q. And when you joined this investigation, you reviewed the case file?

A. I did.

Q. And when you reviewed the case file, you discovered that this investigation started in early 2015. Correct?

A. That sounds accurate.

Q. You reviewed everything in the case file?

A. To the best of my recollection, yes.

Q. And you saw the names of other suspects when you reviewed the case file?

A. The name I recall seeing was Roman Sterlingov.

Q. Did you see Andrew White's name?

A. I do recall seeing some reference to that name. Yes.

Q. And did you also interview someone via the phone who told you about investors into Bitcoin Fog?

A. Yes.

Q. And they didn't tell you Roman Sterlingov's name, did they?

A. No.

Q. And so are you familiar with the NCFTA report?

A. Would you remind me what you're referring --

Q. NCFTA is --

A. -- to with --

Price - CROSS - By Mr. Ekeland

THE COURT: One at a time.

MR. EKELAND: I'm sorry, your Honor.

THE WITNESS: Again, just confirm for me. With NCFTA, what are you referring to?

BY MR. EKELAND:

Q. I think it's the National Cyber Forensics Training Association.

A. I am familiar with that organization. Yes.

Q. And Andrew White's name is mentioned prominently in that report. Correct?

A. I'm not certain what report you're referring to. I don't recall that report.

Q. So you don't remember one way or the other.

And when you reviewed the case file for this case, you saw that Mr. Sterlingov had been under surveillance in Miami in 2017. Correct?

A. I do believe a surveillance operation was undertaken, yes.

Q. And you reviewed the records of that surveillance. Correct?

A. I recall reviewing the memo documenting it and speaking to the agents involved.

Q. Right.

And Mr. Sterlingov stayed in Miami for roughly about three months. Correct?

Price - CROSS - By Mr. Ekeland

A. I don't recall specifics. It was before I had returned to IRS.

Q. But you have no reason to disbelieve that he may have stayed in Miami for about three months in 2017?

A. Yeah. I don't have any knowledge.

Q. And -- but you do recall reading that he was under surveillance?

A. Vaguely, yes. I don't recall details at this point.

Q. And you don't recall looking at photos of him picking up his girlfriend and his girlfriend's mother from a mini cruise?

A. I don't recall seeing that.

Q. And you don't recall records of search warrants for the IP address for the router at the apartment that he was staying at?

A. I vaguely recall those. I don't remember specifics at this point.

Q. But you did -- you have worked with Special Agent Devon Beckett?

A. Yes. I worked with Agent Beckett.

Q. And you are aware that Special Agent Devon Beckett was working on the surveillance of Mr. Sterlingov while he was in Miami. Correct?

A. Yes. I was aware she was working on it.

THE COURT REPORTER: I'm sorry, counsel. Could I

Price - CROSS - By Mr. Ekeland

get a first name on Agent Beckett?

MR. EKELAND: Devon, D-E-V-O-N.

THE COURT REPORTER: Thank you so much.

MR. EKELAND: Thank you.

BY MR. EKELAND:

Q. So as part of your investigatory work on this case, you worked closely with the Swedish police. Correct?

A. I worked with the Swedish economic crimes authority. I would attempt to say that name, but I would probably butcher the pronunciation.

Q. You worked with Swedish law enforcement authorities. Is that fair to say?

A. Yes. That's correct.

Q. And there was an MLAT request, M-L-A-T request, to the Swedish government. Is that correct?

A. Yes.

Q. And as part of -- could you just explain to the jury, if you know, what an MLAT is?

A. Yes. MLAT stands for Mutual Legal Assistance Treaty. And it is a framework agreed to by a number of nations party to a treaty that allows law enforcement to request assistance, officially request assistance from foreign law enforcement agencies.

Q. Thank you.

And then what year did you begin working with the

Swedish law enforcement or the economic authority, as you say?

A. I believe it was in 2019. I don't remember the specific date.

Q. And do you recall that as part of the investigation the United States government asked the Swedish authorities to put Mr. Sterlingov under physical surveillance?

A. I don't recall the specifics of the MLAT. I'd have to look at it to recall, but I do remember at least discussing that.

Q. And did the Swedish authorities put Mr. Sterlingov under physical surveillance?

A. I believe they did.

Q. And did -- as part of the investigation, did the United States government also ask that the Swedish authorities essentially put Mr. Sterlingov's bank accounts under surveillance?

A. As I recall, we requested bank records.

Q. And you got those bank records. Right?

A. Yes.

Q. And then I'd just like to direct your attention to -- if you could look in the notebook, it is the -- which I think is at your feet. I think it's Defense Exhibits Volume No. 2, Exhibit 63.

A. This?

Price - CROSS - By Mr. Ekeland

Q. Yeah. That should be it. And then if you could look at Exhibit 63.

A. Okay.

Q. And as part of your job as an investigator, you regularly sent emails to the people you were working with. Correct?

A. Yes.

Q. And when you sent those emails, what you often did was report on the status of the investigation. Correct?

A. Yes.

Q. And that was part of your job?

A. Yes.

Q. And then just taking a look at what's been marked for identification as Defense Exhibit No. 63, do you recognize that?

A. It appears to be an email that I sent.

Q. All right.

MR. EKELAND: Your Honor, at this point in time, the defense would like to offer what's been marked for identification as Defense 63 into evidence.

THE COURT: Any objection?

MR. BROWN: What is the relevance? This seems to be hearsay. And relevance.

THE COURT: I'm sorry. Give me a second to read it.

Price - CROSS - By Mr. Ekeland

Yes. I agree it's hearsay.

MR. EKELAND: Your Honor, we would respond that under 803(6), we've laid the foundation that this is a business record and that it comes in under that exception to the hearsay record.

It is, as Mr. Price testified, something that he did in the regular course of his business, where he communicated with his colleagues about the state of the investigation.

THE COURT: Mr. Brown?

MR. BROWN: Your Honor, number one, I'm not sure it's an -- emails are records made -- well --

THE COURT: I mean, I have to say, I'm somewhat skeptical that all email that is sent by law enforcement agents is nonhearsay as a business record. I don't think you would want a situation in which anything that law enforcement sent in an email would come in as hearsay -- I mean, despite hearsay.

And, you know, I'm happy -- we can address this maybe a little bit later today. But I'm skeptical of the notion that all email that is sent by law enforcement officials regarding ongoing investigations is nonhearsay simply because it's sent in the course of their usual duties.

MR. EKELAND: Your Honor, I'm happy to point the

Price - CROSS - By Mr. Ekeland

Court to case law on this issue tomorrow.

THE COURT: That's fine.

MR. EKELAND: If I can --

THE COURT: That's fine. Why don't you come back.

MR. EKELAND: We can revisit it tomorrow.

THE COURT: That's fine.

BY MR. EKELAND:

Q. Mr. Price, you also asked -- or the United States government as part of its investigation also asked the Swedish economic authorities to query Swedish internet providers. Is that correct?

A. I do recall requesting internet service provider records. Yes.

Q. And to your knowledge, the Swedish police never arrested Mr. Sterlingov, did they?

A. I don't believe they did.

Q. Now, turning your attention to I think what you said were -- you discussed with the jury were the number of -- I think you said you did ten transactions with Bitcoin Fog, roughly?

A. No. I don't think I stated that. I think I may have visited the site ten -- approximately ten times. I don't think I did that many transactions.

Q. And then how many transactions did you do?

A. I recall doing at least two. That's the best of my

recollection.

Q. And that one was that September 11, 2019, transaction?

A. The first one was around that --

Q. And --

A. -- date, yes.

Q. I'm sorry. I spoke over you. Were you finished?

On that September 11th, 2019, transaction, did you send a message to the Bitcoin Fog -- I think it was the support portal that you were shown while you were testifying?

A. No. I did not on the first time.

Q. And the second time, I think it was -- that was November 11th, 2019, roughly? You did send a message?

A. Yeah. I think it might have been later in November. But I did send a message that time. Yes.

Q. And that was the message with the grammatical mistake in it and where you were saying that you were selling -- you wanted to launder money from Molly, essentially. Is that right?

A. Yeah. I stated I was attempting to send -- or I had sent Bitcoin from a darknet market and I was stating that it was from the proceeds from the sale of ectasy.

Q. And you didn't get any response to that message. Correct?

A. No.

Price - CROSS - By Mr. Ekeland

Q. And you were in Washington, D.C., when you sent that message?

A. I was.

Q. And you don't know where the Bitcoin Fog servers were?

A. No. At that time, again, it was a Tor hidden services site, so it was not broadcasting a public IP.

Q. And when you did that transaction -- well, when you did your two transactions, one in September 11th, I think, 2019, you were charged a 2.5 percent fee. Is that correct?

A. I don't recall exactly the amount because that was about five years ago.

Q. Do you recall testifying in front of the grand jury in this matter?

A. I do recall testifying. I don't know that I remember specific statements.

Q. If I could direct your attention to in the binder there Exhibit 51. And then if you could go to Page 52.

A. Page 52 of this exhibit?

Q. Of that exhibit.

A. Okay.

Q. And let me find it. Directing your attention to Line 6.

A. I see that.

Q. Does that refresh your recollection whether the --

MR. BROWN: Your Honor, this is improper refreshing of recollection.

Price - CROSS - By Mr. Ekeland

THE COURT: Do you want to pick up?

(Whereupon, the following bench conference was held:)

MR. BROWN: Your Honor, my understanding is when you're refreshing a witness's recollection, you would show them the document and review it silently. You wouldn't just put the document in front of them and ask them -- and cross-examine them on that document.

THE COURT: Well, I agree entirely. But I wasn't sure if he was doing that. He certainly shouldn't be reading from the document.

I guess -- maybe the way for you to do it is rather than say, Does that refresh your recollection that X, say, Does that refresh your recollection? Then, What's your recollection?

Does that work, Mr. Brown?

MR. BROWN: Yes, your Honor.

And maybe to move on to the next point, I think Mr. Ekeland is moving towards an attempted impeachment, but there's no -- there's no real statement to be impeached. Mr. Price just testified he didn't remember exactly what fee was charged in that first transaction.

THE COURT: This is being used to not impeach but solely to refresh his recollection.

MR. EKELAND: I'm not seeking to impeach him, your

Price - CROSS - By Mr. Ekeland

**Appx3040**

Honor.  I'm happy just to ask him if that refreshes his recollection and just look to get that -- the service fee.

THE COURT:  That's fine.

(Whereupon, the following proceedings were had in open court:)

THE COURT:  Mr. Ekeland?

BY MR. EKELAND:

Q.  Mr. Price, did you have a chance to review Page 52 there, Lines 6 through 10?

A.  Apologies.  I only looked at 6.  I'm just finishing it.

Q.  Uh-huh.

A.  Okay.

Q.  Does that refresh your recollection?

A.  Yes.

Q.  And what was the service fee for Bitcoin Fog in your September 11th, 2019, transaction?

A.  2.5 percent.

Q.  And then in November 11th -- or the November transaction, do you recall what the service fee was for that?

A.  I don't off the top of my head.  My apologies.

Q.  That's okay.

If I could just direct your attention to Page 55 of the same document.  And I believe it's Line 25.

A.  Yes.  I see that.

Price - CROSS - By Mr. Ekeland

Q.   Does that refresh your recollection?

A.   Yes.

Q.   And what was the service fee for that Bitcoin charge -- excuse me -- that Bitcoin Fog charge for that transaction?

A.   I believe it was approximately 2.32 percent.

Q.   As part of your investigation, you were also speaking to Romanian authorities.  Is that true?

A.   Yes.

Q.   And the United States government availed themselves of their MLAT with Romania in relation to this investigation.  Correct?

A.   You'd have to define what you mean by "availed themselves."

Q.   Well, for instance, the United States government asked the Romanian authorities to conduct a pen register trap on Mr. Sterlingov's To the Moon server in Romania.  Is that correct?

A.   I think I'm a bit confused.  Are you asking me if an MLAT was sent?

Q.   Yes.  Was an MLAT sent?

A.   Yes.  To the best of my recollection, there was a Mutual Legal Assistance Treaty request prepared from Romania.

Q.   And as part of your request for help from the Romanian authorities, the United States government asked the Romanian authorities to execute a pen register and trap?

Price - CROSS - By Mr. Ekeland

A.   I recall the MLAT requesting net flow data, which is essentially collecting, like, IP flow in and out.

Q.   And the Romanian authorities did that.  Correct?

A.   To the best of my recollection, yes.

Q.   And what other data did you ask, if any, the Romanian authorities to collect in relation to Mr. Sterlingov's To the Moon server in Romania?

A.   I apologize.  I'm doing this from memory.  To the best of my recollection, net flow data, subscriber information, like who was paying for the server; it might have been specs of the server, like, what it looked like, what kind of server it was, things of that nature.

Q.   And do you recall viewing daily traffic logs for the server?

A.   I may have viewed some of them.  However, my expertise was not computer forensics, so I relied on experts for that.

Q.   But you do recall seeing them?

A.   I can't remember specifically if I reviewed that or I relied on the experts to do that.

Q.   If I could just direct your attention to Exhibit 65 in the binder.  And when you're done reading that, if you could just look up at me.

A.   Okay.

Q.   Does that refresh your recollection -- does that refresh your recollection?

Price - CROSS - By Mr. Ekeland

A. You'd have to remind me again of the question you're asking. I mean, I see the email. Just remind me again what you're asking me. I apologize.

Q. No problem.

You viewed daily traffic logs of the server traffic for the To the Moon server in Romania. Is that correct?

A. I don't know that I personally did. I do recall that as an investigative team, at least some members did, yes.

Q. The United States government had access to daily traffic logs for the server?

A. I think that's a correct characterization. Yes.

Q. And then as of -- now, Mr. Sterlingov was arrested, I believe you said, on April 27, 2021?

A. Yes.

Q. And that To the Moon server was still functioning on May 4th, 2021?

A. I don't recall specifically.

Q. If I could direct your attention to Exhibit No. 67.

A. Okay.

Q. Does that refresh your recollection?

A. Yes.

Q. Was the To the Moon Server still operating on May 4th, 2021?

A. It appears that at least at the time this email was

Price - CROSS - By Mr. Ekeland

Appx3044

sent --

THE COURT:  I'm sorry.  You shouldn't be testifying based sort of on your reading of the email.  This is just to refresh your recollection.  So you should just testify as to what your recollection is, but not sort of reading from the document.  So if you recall, you can testify.  Otherwise, you shouldn't.

THE WITNESS:  My apologies, your Honor.

THE COURT:  That's fine.

THE WITNESS:  Based on the recollection, I don't remember specifics.  It's possible.  I don't recall.

BY MR. EKELAND:

Q.  But you've got -- so it's your testimony that you can't recall whether or not the servers were operating on May 4th, 2021?

A.  I recall sending an email about it.  Again, it's possible.  I just -- I don't remember specifically that date.

Q.  But the United States authorities didn't obtain the To the Moon server until after Mr. Sterlingov was arrested.  Correct?

A.  I believe that's correct.  Yes.

Q.  And at one point, you thought that the To the Moon server was the Bitcoin Fog server.  Correct?

A.  I believe we had developed some evidence indicating that

Price - CROSS - By Mr. Ekeland

possibly Bitcoin Fog was hosted on that device and we were taking investigative steps to try to confirm if that was the case.

Q. And you actually traveled to Romania at one point in the hopes of imaging that server. Is that correct?

A. No. I never traveled to Romania.

Q. But did you make plans to travel to -- so you never traveled to Romania?

A. I did not.

Q. Did you ever travel to Sweden?

A. I did.

Q. How many times did you travel to Sweden?

A. Twice.

Q. And what did you do when you were in Sweden?

A. On which occasion?

Q. The first time.

A. The first occasion, I traveled to Stockholm, Sweden, and I met with prosecutors and representatives of the economic crimes unit to discuss this case and collaboration in the investigation.

Q. Did you ever interview Mr. Sterlingov when you were in Sweden?

A. I did not.

Q. Did you ever interview any family members of Mr. Sterlingov when you were in Sweden?

Price - CROSS - By Mr. Ekeland

A. No. I do not have any law enforcement authority in Sweden, so that's not something I could have done on that trip.

Q. Did you ever interview his employer while you were in Sweden?

A. Again, that's not something I had authority to do as a U.S. law enforcement officer. I couldn't do that on Swedish soil.

Q. Can you name me who his employer was from -- in 2010?

A. In 2010?

Q. Yes.

A. I don't recall.

Q. Can you name me who his employer was in 2011?

A. Off the top of my head, I don't recall.

Q. Can you name me who his employer was in 2012?

A. Again, I don't recall specific dates. I know he had various business ventures. I just don't recall off the top of my head what his employer was at that point.

Q. Can you name me one of his business ventures?

A. Several I'm familiar with. One was Bitcoaster Ventures.

Q. Can you name me any others?

A. Another one I was familiar with is Moon VPN.

Q. Can you name me any others?

A. At one point he was involved in a recording studio, though I can't recall the name specifically what that was.

Price - CROSS - By Mr. Ekeland

Q. Can you name me any of his other ventures?

A. I don't recall the specific names. I know he had at one point some sort of web development business. He was involved in many different ventures. So I just don't remember specific names of all of them at this juncture.

Q. It's correct. It's your testimony that he was involved in a lot of business ventures?

A. To the best of my knowledge, he had several different -- I would say irons in the fire.

Q. And can you name me who his primary employer was in 2013?

A. I don't recall.

Q. And can you name me who his primary employer was in 2014?

A. I don't recall.

Q. Do you know what he made -- how much he made income-wise from his employers or his jobs?

A. I reviewed bank records and did some financial analysis, along with my investigative colleagues. I don't remember the specific numbers right now.

Q. Now I'd like to just turn your attention to what is in evidence as Government's Exhibit No. 1.

MR. EKELAND: Ms. Wilkins, if we could get that up.

THE COURTROOM DEPUTY: Do you have it up?

Price - CROSS - By Mr. Ekeland

**Appx3048**

MR. HASSARD: Can I see if mine is working? I think it's on the Government's computer now.

THE COURTROOM DEPUTY: Yes. The computer is on, but there's nothing on it.

MR. EKELAND: I'm also at a good stopping point, your Honor.

THE COURT: I want to keep us moving a little bit further, if we can.

MS. PELKER: It's just Exhibit 1. We can pull it up.

THE COURT: Do you want to just have the Government pull it up?

MR. EKELAND: I'm fine with the Government putting it up. It's in evidence, right?

THE COURT: It is.

MS. PELKER: Yes. Exhibit 1.

MR. BROWN: Yes. Exhibit 1.

MR. EKELAND: Thank you.

THE COURT: There we go.

MR. EKELAND: Could we zoom out a little bit just so I can see the whole thing? Thank you.

This is published to the jury right now. Thank you. If we could go to what would be the second page. I'll just show you. There we go. Right there. Thank you.

Price - CROSS - By Mr. Ekeland

BY MR. EKELAND:

Q. So, Mr. Price, could you just read that sentence that I just underlined?

A. The one beginning with "you"?

Q. Yes, sir.

A. "You will still have plausible deniability, since nobody else has access to our servers and can actually prove that those Bitcoins."

Continue?

Q. That's fine. The point being is that's Akemashite Omedetou, whoever that is, that is saying that there's more than one server behind Bitcoin Fog. Correct?

A. It does say servers.

Q. Servers, plural. And there was only one server in Romania. Correct?

A. I don't remember specifically how many boxes there were, were in the rack. I don't remember.

Q. It's your testimony that you don't remember whether or not there was one server in Romania or not?

A. I remember there being servers in Romania. I don't remember how many actually came in. I think I was off the investigation at that point.

Q. So you don't remember?

A. Again, I know there were servers. I just don't remember the exact number.

Price - CROSS - By Mr. Ekeland

Q. You know there were servers, plural, coming in from Romania or you just don't know how many -- if there was one server or more than one server in Romania?

MR. BROWN: Your Honor, asked and answered.

MR. EKELAND: No, it's not, your Honor.

THE COURT: I'll allow this one last question. Then we should move on.

THE WITNESS: Again, to the best of my recollection, there was a server or servers in Romania. I don't remember after or when the servers came to the United States because I believe I was already no longer a federal employee at that point.

BY MR. EKELAND:

Q. Just directing your attention to what I just underlined, that sentence that starts with "Our," could you just read that complete sentence.

A. "Our team consists of professional secure web application developers with five to ten years' experience, and we have built this solution from scratch with security being our number one concern."

Q. And are you aware of any communications anywhere from Mr. Sterlingov with this team being referenced here?

A. I have not seen any.

Q. Okay. And I just want to scroll down a little bit more on that page.

Price - CROSS - By Mr. Ekeland

Do you see the paragraph that says, "Do you keep logs"?

A. I do.

Q. Could you explain, if you know, to the jury what a log is?

A. In this specific instance or in general?

Q. Well, let's start with -- let's start with in general.

A. If we're referring to a computer log or server, it would be records of interactions with IP addresses, transactions, anything of that nature.

Q. And then can you describe, if it's any different in this particular situation, what the log would be?

A. I don't believe it's different based on this text.

Q. And then could you just read the first sentence right under, "Do you keep logs," with a question mark.

A. "We keep logs for one week for debugging and troubleshooting purposes."

Q. And then you're not aware of any Bitcoin Fog logs on any of Mr. Sterlingov's devices, are you?

A. I'm not -- I have not seen any, no.

Q. As a matter of fact, the Government just doesn't have the Bitcoin Fog logs, do they?

A. I actually don't know.

Q. You don't know. But you haven't seen them anywhere?

A. No. Again, I stopped working on this case in September

Price - CROSS - By Mr. Ekeland

of 2021, so I'm not aware of what happened after I left.

Q. But you -- as far as you know, all of those devices and everything that you were just showing to the jury and testifying to, there weren't any Bitcoin Fog logs on any of that. Correct?

A. I don't have the knowledge to answer that. I apologize.

MR. EKELAND: If I could have the paragraph that starts with "That is unfortunate," and if you could blow that up a little bit. Thank you. That is perfect.

BY MR. EKELAND:

Q. I'm going to underline a sentence, Mr. Price. And if you could just read that sentence.

A. "It is also *possible* that a lightening strikes our servers and all the backup locations, which will be unfortunate as well."

Q. And do you understand backup locations to mean that Bitcoin Fog had backup servers?

A. I understand that this text states backup locations.

Q. Yes. And it's your understanding that this text is written by Akemashite Omedetou?

A. Could you scroll back up, please?

It does appear that it was. Yes.

Q. And it's your understanding or I believe -- correct me if I'm wrong -- it was your testimony that Akemashite Omedetou is one of the founders of Bitcoin Fog. Is that

Price - CROSS - By Mr. Ekeland

correct?

A. It is the moniker used in these announcements, yes.

Q. Correct. And -- thank you.

And now I would just like to go to -- do you see where I just drew a line, that paragraph?

A. Yes.

Q. If you could just read that paragraph, I would appreciate it.

A. "Both servers are running secure OSs with proper settings, are updated regularly and are behind a NAT. We also did manual port scans on them even from within the NAT to check the security."

Q. And do you know what is meant by running secure OSs?

A. I believe that is a reference to operating systems.

Q. And then do you know what a NAT is?

A. I'm not certain in this context what that means.

Q. Do you know what a NAT is in other contexts?

A. I don't recall the acronym off the top of my head. I apologize.

Q. But are you aware that Mr. Sterlingov's Romanian server didn't operate behind a NAT?

A. I don't know. That occurred after I left the government.

MR. EKELAND: Your Honor, I'm at a good stopping point. Or would you like me to continue?

Price - CROSS - By Mr. Ekeland

THE COURT: If you'd like. I just want to make sure we're moving along with the case. But if this works with you, it's okay with me.

MR. EKELAND: I'd prefer to break now and then finish this in the morning.

THE COURT: I just want -- for everyone involved, I just want to make sure -- we promised the jury we're going to get this case done on time.

MR. EKELAND: I think we're moving at a reasonable pace.

THE COURT: All right. So, members of the jury, we're going to adjourn for the evening, then. It's about 20 minutes of 5:00. And we'll generally adjourn between 4:30 and 5:00.

And is 9:00 tomorrow morning okay with everyone? Or do you want -- is 9:30 better?

UNIDENTIFIED JUROR: 9:30.

THE COURT: We'll make it 9:30 tomorrow morning. Just don't discuss the case with anybody and don't conduct any research. And I'll see you all back here at 9:30.

THE COURTROOM DEPUTY: All rise.

(Whereupon, the jury exited the courtroom at 4:42 p.m. and the following proceedings were had:)

THE COURTROOM DEPUTY: You may be seated.

THE COURT: Mr. Price, you can step down. I'd

just ask that you not discuss your testimony with anybody until it's complete.

THE WITNESS: Certainly. 9:30 tomorrow, your Honor?

THE COURT: 9:30 tomorrow. Thank you.

THE WITNESS: Thank you.

(Thereupon, Matthew Price retired from the courtroom and the following proceedings were had:)

THE COURT: The last lengthy case I had, I think perhaps it was because it was long that people thought they were sort of at greater liberty perhaps not to move things along. And I really do want to make absolutely sure we're done in a month with this case. So I expect we're going to have our next witnesses available. I don't want to be breaking at 3:00 because the witness isn't here and that sort of thing.

I do think I want to go as close to 5:00 as we can, at least until I'm confident we're really moving the case along quickly. It sounds to me like we are probably not going to be able to sit on Friday because we have that one juror who has a funeral to attend. But we'll wait and see, I guess, tomorrow exactly what he says. But assuming he's still on the jury, he was pretty firm in the conclusion that he really needed to be there. So I think that means we probably can't sit on Friday.

Anything else that folks want to raise tonight before we adjourn?

MR. BROWN:  No, your Honor.

MR. EKELAND:  No, your Honor.

THE COURT:  I'll just ask all counsel also just in asking your questions, just make sure that you're not -- there's no commentary included in your questions.  When you get an answer that you like, you know, not saying "thank you" or  "correct" in response.  Just pose the questions and avoid any commentary along the way.

All right.  I will see you all tomorrow at 9:30.

(Proceedings concluded.)

**CERTIFICATE**

I, LISA EDWARDS, RDR, CRR, do hereby certify that the foregoing constitutes a true and accurate transcript of my stenographic notes, and is a full, true, and complete transcript of the proceedings produced to the best of my ability.

Dated this 14th day of February, 2024.

/s/ Lisa Edwards, RDR, CRR
Official Court Reporter
United States District Court for the
  District of Columbia
333 Constitution Avenue, Northwest
Washington, D.C. 20001
(202) 354-3269

| ' | 40:15, 40:17, 40:18, 40:23, 41:1, 41:9, 41:23, 42:14, 42:16, 42:21, 42:23, 43:3, 43:10 | 21:9, 21:19, 21:21, 22:3 | **2021** [10] - 39:14, 39:15, 75:6, 76:1, 78:14, 97:14, 97:17, 97:24, 98:15, 106:1 | **6** |
|---|---|---|---|---|
| **'em** [1] - 66:14 | | **134-A** [7] - 3:17, 20:21, 21:9, 21:19, 21:22, 22:11, 22:17 | **2024** [2] - 1:7, 111:10 | **6** [3] - 92:21, 94:9, 94:10 |
| **/** | **120-A** [11] - 3:25, 39:22, 40:12, 40:15, 40:23, 43:2, 43:6, 43:8, 43:12, 43:15, 43:17 | **134-F** [1] - 22:19 | **20530** [2] - 1:16, 1:19 | **601** [1] - 1:15 |
| **/s** [1] - 111:12 | | **134-G** [1] - 22:19 | **21-00399** [1] - 1:4 | **615** [1] - 6:7 |
| | | **134-H** [1] - 22:21 | **21st** [1] - 34:2 | **63** [4] - 87:24, 88:2, 88:14, 88:20 |
| **1** | **121** [11] - 4:3, 47:12, 47:16, 48:6, 48:7, 48:9, 49:4, 49:13, 49:14, 50:7, 50:11 | **134-I** [1] - 22:21 | **25** [1] - 94:24 | **65** [1] - 96:20 |
| **1** [8] - 12:13, 72:7, 76:1, 78:13, 101:22, 102:9, 102:16, 102:17 | | **134-J** [1] - 22:22 | **26th** [1] - 39:15 | **67** [1] - 97:19 |
| | | **134-K** [1] - 22:22 | **27** [2] - 76:1, 97:14 | **6706** [1] - 2:3 |
| **1-B26** [1] - 29:10 | **121-A** [11] - 4:5, 48:14, 48:22, 50:8, 50:11, 50:15, 51:17, 51:20, 51:25, 52:9, 52:11 | **134-L** [1] - 22:23 | **27th** [1] - 75:6 | **7** |
| **10** [1] - 94:9 | | **134-M** [1] - 23:8 | **2:04** [1] - 1:7 | **71** [21] - 3:4, 3:11, 3:12, 3:13, 3:14, 3:15, 3:16, 3:17, 3:18, 3:19, 3:20, 3:21, 3:22, 3:23, 3:24, 3:25, 4:1, 4:2, 4:3, 4:4, 4:5 |
| **10005** [1] - 1:25 | | **134-N** [1] - 23:8 | **2:14** [1] - 12:5 | |
| **107** [2] - 73:25, 75:16 | | **134-O** [1] - 23:10 | | |
| **10:30** [1] - 68:18 | **121-D** [8] - 4:4, 50:5, 50:11, 50:15, 50:18, 50:21, 50:23, 51:3 | **134-P** [1] - 23:10 | **3** | |
| **11** [1] - 91:2 | | **134-Q** [1] - 23:18 | | |
| **116** [5] - 3:18, 24:4, 24:18, 25:2, 25:4 | | **134-R** [1] - 23:20 | **30** [2] - 1:24, 78:14 | |
| | **122-A** [11] - 3:20, 29:5, 29:8, 29:9, 29:23, 30:6, 30:15, 30:17, 30:20, 30:22, 30:24 | **134-S** [1] - 23:20 | **31** [2] - 73:23, 75:14 | **74** [1] - 4:6 |
| **117** [7] - 3:22, 36:7, 36:22, 36:25, 37:5, 37:7, 37:10 | | **137** [8] - 3:11, 12:16, 12:17, 13:9, 13:12, 13:13, 13:14, 13:15 | **311** [2] - 7:10, 7:14 | **78** [1] - 4:7 |
| | | | **333** [2] - 2:3, 111:14 | |
| **117-A** [6] - 3:23, 37:20, 37:22, 38:8, 38:11, 38:13 | | **13th** [1] - 34:12 | **35-A** [3] - 54:12, 54:20, 55:5 | **8** |
| | **122-B** [8] - 3:20, 29:6, 29:23, 30:6, 30:15, 30:18, 30:21, 30:22 | **14** [2] - 1:7, 75:1 | | |
| | | **14th** [1] - 111:10 | **35-C** [5] - 4:6, 73:10, 74:8, 74:11, 74:13 | **803(6** [1] - 89:3 |
| **118** [8] - 3:22, 36:7, 36:22, 36:25, 37:5, 37:7, 39:6, 39:7 | | **16** [1] - 62:4 | | **82** [1] - 3:5 |
| | | **17th** [1] - 34:23 | **354-3269** [2] - 2:4, 111:15 | |
| | **123** [7] - 3:19, 26:1, 26:2, 26:11, 26:20, 26:22, 27:1 | **183** [1] - 6:6 | | **9** |
| **119** [9] - 4:1, 44:18, 44:20, 45:7, 45:10, 45:12, 46:7, 46:9, 47:6 | | **1988** [1] - 75:1 | **36-A** [5] - 4:7, 77:11, 77:24, 78:2, 78:4 | |
| | | **1B-21** [1] - 12:14 | **3:00** [1] - 109:15 | **950** [1] - 1:18 |
| | **124** [6] - 3:21, 31:18, 32:8, 32:25, 33:6, 33:8 | **1st** [1] - 75:6 | **3:18** [1] - 59:20 | **982** [2] - 7:10, 7:14 |
| **119-A** [6] - 4:2, 45:22, 46:3, 46:12, 46:15, 46:17 | | | **3:20** [1] - 59:15 | **9:00** [1] - 108:15 |
| | | **2** | **3:56** [1] - 73:3 | **9:30** [7] - 108:16, 108:17, 108:18, 108:20, 109:3, 109:5, 110:11 |
| **11:00** [1] - 68:18 | **127** [5] - 3:13, 15:11, 15:25, 16:3, 16:4 | | | |
| **11th** [6] - 39:14, 91:7, 91:13, 92:8, 94:16, 94:18 | | **2** [3] - 72:11, 75:8, 87:24 | **4** | |
| | **128-A** [6] - 3:14, 16:15, 17:3, 17:6, 17:8 | **2.32** [1] - 95:5 | | |
| **12** [5] - 5:15, 5:25, 6:24, 67:4, 70:18 | | **2.5** [2] - 92:9, 94:17 | **403** [1] - 55:10 | **A** |
| | | **20** [2] - 59:16, 108:12 | **4:00** [1] - 59:16 | |
| **12(a)(4** [1] - 61:14 | **128-B** [1] - 16:15 | **20001** [2] - 2:4, 111:14 | **4:30** [5] - 65:8, 82:2, 82:4, 82:8, 108:13 | **a/k/a** [8] - 55:5, 55:12, 55:16, 56:12, 56:19, 56:24, 71:23, 72:7 |
| **12(b** [1] - 8:2 | **128-C** [1] - 16:15 | | | |
| **12(b)(3** [2] - 8:12, 60:18 | **130-A** [7] - 3:16, 19:2, 19:4, 19:17, 19:20, 19:22, 20:7 | **2003** [1] - 7:14 | **4:42** [1] - 108:22 | |
| | | **2005** [1] - 1:21 | **4th** [3] - 97:17, 97:23, 98:14 | **abbreviation** [1] - 28:12 |
| **12(b)(3)(C** [1] - 62:2 | **130-B** [1] - 20:7 | **2010** [2] - 100:9, 100:10 | | **ability** [1] - 111:7 |
| **12(b)(3)(C)** [1] - 61:18 | **130-C** [1] - 20:12 | | **5** | **able** [1] - 109:20 |
| | **130-D** [1] - 20:12 | **2011** [5] - 34:12, 75:6, 76:1, 78:13, 100:13 | | **above-listed** [2] - 75:5, 75:25 |
| **12(b)(4** [3] - 7:23, 8:3, 64:16 | **1301** [1] - 1:21 | | **5.1527** [1] - 1:16 | **absolutely** [2] - 33:3, 109:12 |
| | **131** [6] - 3:15, 17:19, 18:7, 18:10, 18:12, 18:21 | **2012** [1] - 100:15 | **51** [1] - 92:17 | |
| **12(b)(4)(B** [1] - 61:23 | | **2013** [1] - 101:11 | **52** [3] - 92:17, 92:18, 94:8 | **absurd** [1] - 8:11 |
| **12(b)(4)(B)** [1] - 62:25 | | **2014** [1] - 101:14 | | **acceptable** [2] - 65:17, 65:18 |
| | **131-A** [6] - 3:15, 17:19, 18:7, 18:10, 18:13, 18:23 | **2015** [1] - 83:7 | **5311** [2] - 73:23, 75:14 | **access** [4] - 53:21, |
| **12(c** [1] - 60:16 | | **2017** [3] - 34:2, 84:16, 85:4 | **55** [1] - 94:23 | |
| **120** [17] - 3:24, 39:22, 40:12, 40:14, | **132** [5] - 3:12, 14:5, 14:18, 14:21, 14:23 | **2019** [7] - 83:1, 87:3, 91:2, 91:7, 91:13, 92:8, 94:16 | **5:00** [4] - 82:8, 108:13, 108:14, 109:17 | |
| | **134** [6] - 3:17, 20:20, | **202** [2] - 2:4, 111:15 | | |
| | | **2020** [1] - 34:23 | | |

65:3, 97:10, 103:7
**accommodation** [1] - 71:18
**account** [5] - 25:12, 25:20, 27:8, 27:25, 28:11
**accounts** [1] - 87:16
**accurate** [8] - 11:25, 46:9, 69:1, 77:20, 78:17, 78:18, 83:8, 111:4
**accurately** [1] - 38:4
**accusatory** [1] - 56:14
**acknowledging** [1] - 55:9
**acronym** [2] - 44:11, 107:18
**Act** [7] - 52:17, 52:24, 53:3, 53:5, 73:23, 75:14, 76:6
**Action** [1] - 1:3
**adapter** [2] - 23:11, 23:19
**adapters** [2] - 22:20, 23:13
**add** [1] - 68:15
**adding** [1] - 48:4
**additional** [2] - 23:5, 65:4
**address** [14] - 6:16, 25:21, 28:18, 28:19, 28:25, 31:2, 31:3, 31:5, 31:11, 42:5, 65:10, 72:7, 85:14, 89:19
**addresses** [2] - 42:6, 105:9
**adequate** [1] - 55:25
**adjoining** [1] - 81:3
**adjourn** [3] - 108:12, 108:13, 110:2
**adjust** [1] - 57:18
**admissible** [3] - 56:2, 56:11, 57:2
**admit** [27] - 13:8, 14:17, 15:24, 17:2, 17:3, 18:6, 19:16, 21:8, 24:17, 26:10, 30:5, 32:7, 36:24, 38:7, 40:18, 41:1, 41:7, 41:25, 43:11, 45:6, 46:11, 49:17, 50:17, 54:11, 55:16, 74:7, 77:23
**admitted** [29] - 13:14, 14:21, 16:3, 17:6, 18:10, 19:20, 21:20, 25:2, 26:20, 30:15, 31:13, 31:16,

33:6, 37:5, 38:11, 39:3, 39:6, 39:20, 42:15, 42:21, 43:15, 45:10, 46:15, 48:7, 50:21, 51:17, 52:9, 74:11, 78:2
**admitting** [1] - 41:13
**advance** [1] - 63:5
**affect** [1] - 57:23
**afford** [1] - 61:17
**AFTERNOON** [1] - 1:5
**afternoon** [3] - 57:17, 59:6, 59:15
**afterwards** [2] - 61:24, 71:16
**agencies** [1] - 86:23
**agency** [5] - 53:6, 66:21, 73:21, 75:12, 76:16
**agent** [4] - 9:25, 11:16, 53:2, 81:4
**Agent** [5] - 10:2, 85:18, 85:20, 85:21, 86:1
**agents** [2] - 84:22, 89:15
**ago** [1] - 92:11
**agree** [7] - 11:5, 11:13, 11:17, 68:7, 72:13, 89:1, 93:9
**agreed** [1] - 86:20
**ahead** [20] - 12:22, 14:4, 17:17, 17:19, 18:15, 18:25, 19:6, 19:25, 20:18, 23:23, 24:7, 25:24, 29:3, 31:21, 36:5, 36:10, 39:2, 39:19, 39:23, 51:5
**Airport** [2] - 39:17, 80:21
**airport** [3] - 66:19, 69:15, 70:8
**Akemashite** [9] - 55:6, 56:16, 56:25, 58:3, 71:24, 72:15, 103:10, 106:20, 106:24
**alleged** [1] - 61:6
**allow** [2] - 76:11, 104:6
**allowed** [1] - 58:25
**allows** [1] - 86:21
**alpha** [1] - 43:2
**amenable** [1] - 70:25
**amended** [1] - 60:13
**AMERICA** [1] - 1:3
**amount** [2] - 69:14, 92:10

**analysis** [1] - 101:18
**Andrew** [2] - 83:14, 84:9
**Angeles** [2] - 39:17, 80:21
**annexed** [1] - 78:16
**announcements** [1] - 107:2
**answer** [7] - 6:10, 47:3, 64:23, 70:13, 70:15, 106:6, 110:8
**answered** [1] - 104:4
**answers** [1] - 81:10
**anticipating** [1] - 9:10
**anyway** [1] - 59:7
**apartment** [1] - 85:14
**apologies** [6] - 39:5, 40:16, 48:18, 94:10, 94:21, 98:8
**apologize** [8] - 43:2, 47:17, 60:6, 60:10, 96:8, 97:3, 106:6, 107:19
**appear** [27] - 17:15, 20:8, 20:13, 22:17, 22:19, 22:22, 23:8, 23:10, 23:20, 25:16, 25:17, 33:22, 34:4, 34:9, 34:18, 35:8, 35:24, 37:11, 38:20, 39:7, 42:23, 48:15, 50:7, 50:15, 57:22, 77:18, 106:22
**aPPEARANCES** [1] - 1:13
**application** [1] - 104:18
**applications** [1] - 53:24
**appreciate** [3] - 49:9, 64:21, 107:8
**appreciative** [1] - 67:21
**approach** [12] - 21:14, 24:23, 26:16, 30:11, 32:11, 32:12, 47:21, 48:25, 49:1, 49:25, 54:4, 60:21
**April** [6] - 39:14, 39:15, 75:6, 76:1, 78:13, 97:14
**argument** [3] - 8:15, 8:18, 64:19
**argumentative** [1] - 57:3
**arraignment** [2] - 61:14, 61:24
**arrest** [17] - 9:20,

9:22, 9:24, 10:3, 10:6, 10:7, 11:1, 11:22, 11:23, 66:3, 66:4, 66:8, 66:11, 66:13, 66:16, 66:19, 66:20
**arrested** [12] - 9:8, 9:9, 9:14, 10:17, 10:20, 10:24, 11:5, 11:16, 66:2, 90:14, 97:13, 98:20
**arrival** [2] - 39:12, 39:14
**arrived** [1] - 69:16
**aside** [1] - 5:14
**assessment** [1] - 12:1
**Assistance** [2] - 86:19, 95:22
**assistance** [2] - 86:22
**assists** [3] - 47:23, 49:2, 50:2
**Association** [1] - 84:7
**association** [1] - 72:8
**assumed** [2] - 8:7, 8:13
**assuming** [3] - 63:21, 65:13, 109:22
**assumption** [1] - 64:4
**assurance** [1] - 61:20
**attached** [4] - 16:12, 18:22, 23:14, 78:18
**attempt** [1] - 86:9
**attempted** [1] - 93:19
**attempting** [1] - 91:20
**attend** [1] - 109:21
**attending** [1] - 81:22
**attention** [14] - 24:4, 26:1, 43:1, 45:21, 48:14, 87:21, 90:17, 92:16, 92:21, 94:23, 96:20, 97:19, 101:21, 104:14
**ATTORNEY'S** [1] - 1:14
**August** [1] - 75:1
**authentic** [1] - 57:1
**authenticating** [1] - 55:19
**authentication** [2] - 23:5, 55:20
**authenticity** [1] - 56:1
**author** [1] - 78:22
**authorities** [12] -

86:11, 87:6, 87:11, 87:15, 90:10, 95:7, 95:15, 95:24, 95:25, 96:3, 96:6, 98:19
**authority** [4] - 86:8, 87:1, 100:1, 100:6
**available** [5] - 7:2, 61:10, 61:12, 64:2, 109:14
**availed** [2] - 95:9, 95:12
**Avenue** [4] - 1:18, 1:21, 2:3, 111:14
**avoid** [3] - 5:25, 49:20, 110:10
**aware** [8] - 9:23, 64:6, 85:21, 85:24, 104:21, 105:18, 106:1, 107:20

## B

**backside** [1] - 28:18
**backup** [5] - 25:12, 106:14, 106:16, 106:17, 106:18
**bags** [1] - 20:6
**Bank** [8] - 27:15, 31:10, 52:16, 52:24, 53:3, 53:5, 73:23, 75:14
**bank** [5] - 31:10, 87:16, 87:18, 87:19, 101:18
**banker** [1] - 31:10
**Banking** [2] - 76:19, 77:17
**Barely** [1] - 55:1
**based** [8] - 5:8, 5:9, 61:6, 63:2, 98:3, 98:10, 105:13
**basis** [5] - 7:1, 61:9, 61:11, 63:18
**bear** [1] - 49:15
**Beckett** [4] - 85:19, 85:20, 85:21, 86:1
**becomes** [1] - 66:12
**BEFORE** [1] - 1:11
**beforehand** [1] - 9:18
**begin** [2] - 5:20, 86:25
**beginning** [3] - 22:3, 80:18, 103:4
**behalf** [2] - 75:5, 75:25
**behind** [3] - 103:12, 107:10, 107:21
**belief** [1] - 60:9

believes [1] - 58:22

below [2] - 28:1, 75:23

bench [3] - 54:17, 66:1, 93:2

beneath [4] - 74:3, 74:21, 75:3, 75:19

best [10] - 76:15, 81:19, 83:10, 90:25, 95:21, 96:4, 96:8, 101:8, 104:8, 111:7

better [1] - 108:16

between [2] - 81:5, 108:13

binder [2] - 92:16, 96:21

birth [1] - 74:25

bit [11] - 5:1, 57:20, 59:4, 60:11, 64:18, 89:20, 95:18, 102:7, 102:20, 104:24, 106:9

Bitcoaster [3] - 28:16, 30:24, 100:20

BITCOASTER [2] - 29:2, 31:4

Bitcoin [22] - 53:16, 75:22, 76:23, 78:12, 79:4, 79:15, 83:17, 90:19, 91:8, 91:21, 92:4, 94:15, 95:3, 95:4, 98:24, 99:1, 103:12, 105:18, 105:22, 106:4, 106:17, 106:25

Bitcoins [1] - 103:8

black [5] - 27:4, 27:24, 28:10, 30:24, 58:10

blanket [1] - 63:4

block [1] - 75:10

blocking [1] - 33:2

blow [1] - 106:8

Bluetooth [1] - 23:21

bold [1] - 79:10

book [1] - 34:14

Books [1] - 16:11

border [1] - 45:19

Border [5] - 9:5, 9:22, 10:1, 10:11, 80:14

borders [1] - 8:11

bothered [1] - 9:14

bottom [3] - 5:2, 27:17, 28:11

box [4] - 15:3, 79:4, 79:15, 79:23

boxes [1] - 103:16

brand [1] - 16:11

branded [1] - 20:8

bravo [1] - 23:13

break [11] - 5:2, 12:3, 57:17, 59:6, 59:15, 59:23, 62:20, 65:3, 70:22, 71:4, 108:4

breaking [2] - 65:8, 109:15

bricks [1] - 18:22

briefing [2] - 67:8, 67:10

briefly [3] - 7:23, 45:16, 46:1

bring [5] - 12:2, 58:21, 62:7, 62:10, 67:11

bringing [1] - 67:16

broadcasting [1] - 92:6

Brooklyn [1] - 1:25

brought [1] - 80:22

BROWN [161] - 1:14, 5:13, 5:18, 5:23, 6:17, 6:22, 7:5, 7:13, 12:12, 12:16, 12:18, 12:21, 13:8, 13:13, 13:17, 13:21, 14:17, 15:1, 15:24, 16:6, 17:2, 17:10, 18:6, 18:14, 19:4, 19:5, 19:16, 19:24, 21:8, 21:23, 24:17, 25:6, 26:10, 26:24, 30:5, 30:19, 32:7, 32:13, 32:20, 33:13, 33:15, 36:24, 37:9, 37:19, 37:21, 38:7, 38:15, 38:17, 38:19, 38:25, 39:1, 40:9, 40:10, 40:17, 40:24, 41:4, 41:7, 41:11, 41:17, 42:3, 42:6, 42:12, 42:18, 43:11, 43:19, 43:25, 44:2, 44:5, 44:6, 44:16, 44:17, 45:6, 45:14, 45:24, 46:1, 46:2, 46:11, 46:19, 46:25, 47:2, 47:9, 47:10, 47:23, 48:5, 48:11, 48:17, 48:20, 48:24, 49:2, 49:10, 49:15, 49:20, 49:23, 50:2, 50:3, 50:12, 50:14, 50:17, 51:1, 51:9, 51:15, 51:18, 52:2, 52:13, 52:14, 52:22, 53:14, 54:4, 54:6, 54:11, 55:17, 56:4, 56:7, 56:12, 57:20, 58:4, 58:15, 59:9, 62:22, 63:2, 63:8, 63:13, 64:10,

65:1, 65:12, 65:18, 65:20, 67:2, 67:5, 68:2, 68:9, 71:1, 71:17, 71:21, 72:1, 72:11, 73:8, 74:7, 74:15, 75:7, 75:9, 76:2, 76:3, 76:12, 77:8, 77:9, 77:23, 78:6, 78:20, 78:21, 80:11, 80:12, 81:24, 88:22, 89:11, 92:24, 93:4, 93:17, 102:17, 104:4, 110:3

Brown [9] - 3:4, 40:22, 55:12, 56:6, 57:18, 65:17, 67:23, 89:10, 93:16

BSA [1] - 53:4

built [1] - 104:19

burden [1] - 7:6

Bureau [2] - 53:11, 53:12

business [21] - 6:11, 6:14, 28:4, 28:5, 28:16, 30:24, 31:6, 31:9, 53:8, 53:17, 54:2, 74:1, 75:17, 76:18, 89:4, 89:7, 89:15, 100:17, 100:19, 101:3, 101:7

businesses [4] - 52:16, 52:24, 76:9, 76:14

butcher [1] - 86:9

BY [59] - 2:1, 12:12, 12:21, 13:21, 15:1, 16:6, 17:10, 18:14, 19:5, 19:24, 21:23, 25:6, 26:24, 30:19, 33:15, 37:9, 37:21, 38:15, 38:19, 39:1, 40:10, 42:18, 43:19, 44:2, 44:6, 44:17, 45:14, 46:2, 46:19, 47:2, 47:10, 48:11, 48:20, 50:3, 50:14, 51:1, 51:18, 52:14, 52:22, 53:14, 54:6, 73:8, 74:15, 75:9, 76:3, 76:12, 77:9, 78:6, 78:21, 80:12, 82:12, 84:5, 86:5, 90:7, 94:7, 98:12, 103:1, 104:13, 106:10

## C

cable [1] - 15:7

cannot [1] - 5:19

card [20] - 18:24,

27:5, 27:7, 27:10, 27:11, 27:14, 27:16, 27:24, 28:3, 28:4, 28:5, 28:6, 28:10, 28:16, 28:21, 28:25, 30:24, 31:6, 31:9

cards [7] - 14:1, 20:9, 20:15, 20:16, 22:10, 22:18, 22:20

carefully [1] - 60:12

Carmen [1] - 81:12

carry [1] - 23:7

case [36] - 6:6, 8:23, 9:2, 41:25, 55:15, 55:23, 57:2, 57:6, 57:7, 57:25, 59:1, 59:17, 62:15, 62:24, 63:20, 67:14, 68:24, 68:25, 69:10, 83:4, 83:6, 83:9, 83:12, 84:14, 86:6, 90:1, 99:3, 99:19, 105:25, 108:2, 108:8, 108:19, 109:9, 109:13, 109:19

cases [1] - 10:7

cash [3] - 27:5, 27:9, 27:11

categorical [2] - 6:25, 7:17

categories [1] - 22:1

CATHERINE [1] - 1:17

CBP [4] - 80:18, 81:4, 81:6, 81:19

CCP [1] - 35:25

center [1] - 74:19

central [1] - 55:22

certain [3] - 6:10, 84:11, 107:16

certainly [7] - 47:4, 58:15, 58:24, 61:5, 69:20, 93:10, 109:3

CERTIFICATE [1] - 111:1

certificate [1] - 56:24

certification [1] - 77:4

certified [9] - 54:1, 54:9, 55:18, 56:8, 56:9, 57:1, 72:5, 73:17, 77:16

certify [5] - 78:8, 78:10, 78:16, 78:17, 111:4

challenge [1] - 7:18

chance [3] - 61:2, 67:22, 94:8

changes [1] - 68:13

characterization [1] - 97:12

characters [1] - 23:3

charge [2] - 95:3, 95:4

charged [2] - 92:9, 93:22

charger [1] - 23:15

charges [1] - 69:7

charging [1] - 15:7

Charlie [1] - 73:10

check [6] - 53:16, 53:19, 62:19, 76:22, 77:1, 107:12

chief [2] - 62:3, 63:21

Chief [1] - 63:8

CHRISTOPHER [1] - 1:14

circled [1] - 74:20

Circuit [5] - 6:7, 7:5, 7:9, 7:14, 70:4

circumstance [1] - 64:3

circumstances [4] - 5:10, 55:25, 68:19, 69:12

claim [1] - 6:11

clarification [1] - 49:3

clarify [2] - 29:8, 42:8

clarity [1] - 49:18

clear [11] - 11:19, 27:23, 49:8, 50:11, 66:16, 67:6, 68:3, 68:18, 69:24, 70:20, 75:7

clearing [1] - 69:20

client [1] - 63:15

close [5] - 38:25, 47:9, 76:2, 80:11, 109:17

closely [1] - 86:7

closer [1] - 27:2

Code [2] - 73:23, 75:14

codes [2] - 25:12, 25:21

collaboration [1] - 99:19

colleagues [2] - 89:8, 101:19

collect [1] - 96:6

collecting [1] - 96:2

colored [1] - 28:15

colors [5] - 37:13, 38:22, 43:23, 46:23, 47:7

COLUMBIA [2] - 1:1, 1:15

Columbia [4] - 2:2,

76:16, 77:6, 111:13
  **com** [2] - 29:2, 31:4
  **coming** [2] - 9:10, 104:1
    **comment** [1] - 81:22
    **commentary** [2] - 110:7, 110:10
    **comments** [1] - 60:6
    **commonly** [1] - 44:14
    **communicated** [1] - 89:8
    **communications** [1] - 104:21
    **companies** [2] - 79:10, 80:1
    **company** [2] - 28:22, 79:23
  **Company** [1] - 79:4
  **complete** [4] - 63:25, 104:16, 109:2, 111:6
  **completely** [1] - 10:2
  **complies** [35] - 12:24, 13:24, 14:8, 15:4, 15:10, 15:14, 16:9, 16:14, 16:17, 17:13, 17:18, 17:21, 18:17, 19:1, 19:7, 20:2, 20:4, 20:19, 23:25, 24:8, 25:9, 25:25, 29:4, 31:23, 36:6, 36:12, 36:23, 39:21, 39:25, 40:13, 42:22, 47:15, 48:13, 51:4, 51:6
  **comply** [1] - 8:12
  **computer** [14] - 15:6, 17:15, 18:21, 23:6, 23:14, 23:22, 37:19, 82:15, 82:16, 82:20, 96:16, 102:2, 102:3, 105:8
    **concern** [1] - 104:20
    **concerned** [1] - 57:21
  **conclude** [3] - 11:5, 11:21, 51:7
  **concluded** [1] - 110:12
  **conclusion** [2] - 5:3, 109:23
  **condition** [15] - 13:6, 14:14, 15:21, 16:23, 18:2, 19:13, 21:4, 24:14, 26:7, 29:17, 30:3, 32:4, 36:18, 40:6, 45:3
  **conduct** [3] - 59:18, 95:15, 108:19
    **conducted** [4] - 22:5,

72:14, 73:24, 75:15
  **confer** [1] - 41:24
  **conference** [2] - 54:17, 93:2
  **confident** [1] - 109:18
  **confirm** [3] - 26:14, 84:3, 99:2
  **confused** [1] - 95:18
  **confusion** [2] - 43:2, 49:21
  **consider** [1] - 60:23
  **considers** [1] - 57:24
  **consist** [1] - 38:20
  **consisting** [1] - 47:6
  **consists** [1] - 104:17
  **constitute** [3] - 7:15, 66:19, 69:5
  **constitutes** [2] - 66:8, 111:4
  **Constitution** [2] - 2:3, 111:14
  **contain** [4] - 20:7, 20:12, 20:21, 22:6
  **contained** [6] - 13:23, 20:1, 22:8, 22:13, 22:15, 36:8
  **container** [1] - 16:13
  **containing** [1] - 29:5
  **contains** [1] - 60:14
  **contents** [22] - 12:23, 12:25, 14:6, 15:13, 15:15, 16:16, 17:20, 19:6, 20:5, 26:2, 26:25, 29:6, 31:21, 32:8, 36:13, 39:2, 39:19, 39:23, 39:24, 40:1, 44:18, 47:12
    **context** [1] - 107:16
    **contexts** [1] - 107:17
    **continue** [6] - 12:9, 20:11, 23:17, 73:7, 103:9, 107:25
  **Continued** [1] - 3:4
  **CONTINUED** [1] - 12:11
    **continuum** [1] - 66:9
    **control** [2] - 74:1, 75:17
    **conversation** [4] - 9:4, 10:25, 66:18, 81:16
    **copies** [6] - 37:17, 43:3, 46:6, 46:8, 46:22, 47:5
    **copy** [8] - 38:2, 38:4, 43:9, 51:21, 58:11, 77:20, 78:17
    **correct** [37] - 10:22,

42:11, 44:20, 64:14, 72:17, 82:15, 83:7, 84:10, 84:16, 84:20, 84:25, 85:23, 86:7, 86:13, 86:15, 88:6, 88:9, 90:11, 91:24, 92:9, 95:11, 95:17, 96:3, 97:7, 97:12, 98:21, 98:22, 98:24, 99:5, 101:6, 103:12, 103:15, 106:5, 106:23, 107:1, 107:3, 110:9
    **counsel** [8] - 32:14, 41:15, 41:24, 49:4, 54:22, 62:23, 85:25, 110:5
    **couple** [1] - 70:17
    **course** [5] - 53:15, 68:14, 76:22, 89:7, 89:23
    **COURT** [190] - 1:1, 5:1, 5:17, 5:22, 6:13, 6:21, 7:4, 7:11, 7:19, 8:2, 8:5, 8:10, 8:20, 8:25, 9:6, 9:17, 10:5, 10:14, 10:19, 10:23, 11:4, 11:9, 11:11, 11:19, 12:2, 12:9, 13:10, 13:12, 13:14, 13:20, 14:19, 14:21, 16:1, 16:3, 17:4, 17:6, 18:8, 18:10, 19:18, 19:20, 21:10, 21:13, 21:15, 21:19, 24:19, 24:22, 24:24, 25:2, 26:12, 26:15, 26:17, 26:20, 30:7, 30:10, 30:12, 30:15, 32:9, 32:12, 32:16, 32:23, 32:25, 33:6, 33:10, 33:14, 37:1, 37:5, 38:9, 38:11, 40:19, 41:10, 41:15, 41:19, 42:4, 42:8, 42:14, 43:13, 43:15, 45:8, 45:10, 46:13, 46:15, 47:21, 48:1, 48:3, 48:7, 49:1, 49:9, 49:14, 49:17, 49:22, 50:1, 50:10, 50:19, 50:21, 51:12, 51:25, 52:4, 52:7, 52:9, 52:19, 53:10, 54:5, 54:13, 54:16, 54:22, 54:24, 55:1, 55:2, 55:12, 55:20, 56:9, 56:20, 57:4, 57:16, 58:2, 58:5, 59:3, 59:10, 59:14, 59:23, 60:3, 62:20, 63:1,

63:7, 63:10, 63:14, 64:11, 64:17, 64:20, 64:24, 65:2, 65:9, 65:13, 65:17, 65:19, 65:23, 67:3, 67:10, 68:7, 68:10, 68:23, 71:2, 71:5, 71:7, 71:15, 71:20, 71:25, 72:10, 72:16, 72:18, 72:22, 72:25, 73:7, 74:9, 74:11, 76:11, 77:25, 78:2, 82:1, 82:7, 84:1, 85:25, 86:3, 88:21, 88:24, 89:10, 89:13, 90:2, 90:4, 90:6, 93:1, 93:9, 93:23, 94:3, 94:6, 98:2, 98:9, 102:7, 102:11, 102:15, 102:19, 104:6, 108:1, 108:6, 108:11, 108:18, 108:25, 109:5, 109:9, 110:5
    **Court** [20] - 2:1, 2:2, 11:11, 11:17, 32:24, 49:15, 54:20, 55:8, 56:25, 64:23, 65:20, 67:7, 68:4, 68:14, 70:5, 72:3, 82:6, 90:1, 111:12, 111:13
    **court** [5] - 7:11, 11:7, 59:13, 60:23, 94:5
    **Court's** [4] - 45:24, 48:17, 64:14, 77:8
    **courtroom** [7] - 6:23, 12:5, 59:20, 60:2, 73:3, 108:22, 109:8
    **COURTROOM** [15] - 12:4, 12:7, 12:15, 12:17, 12:20, 19:3, 59:22, 71:13, 71:19, 73:2, 73:5, 101:25, 102:3, 108:21, 108:24
    **cover** [1] - 34:15
    **CPB** [1] - 10:11
    **creation** [1] - 46:9
    **credit** [2] - 28:3, 28:10
    **Crimes** [3] - 53:13, 73:24, 75:15
    **crimes** [2] - 86:8, 99:19
    **Criminal** [3] - 1:3, 53:2, 82:21
    **criteria** [3] - 79:11, 80:2, 80:10
    **critical** [1] - 67:14
    **cross** [3] - 65:14, 82:5, 93:8
    **Cross** [1] - 3:5

  **CROSS** [1] - 82:11
  **Cross-Examination** [1] - 3:5
  **CROSS-EXAMINATION** [1] - 82:11
    **cross-examine** [1] - 93:8
    **crossed** [1] - 43:23
    **crossing** [1] - 65:7
    **crowded** [1] - 33:13
    **CRR** [3] - 2:1, 111:3, 111:12
    **cruise** [1] - 85:11
    **cryptocurrency** [1] - 44:15
    **custody** [6] - 8:9, 10:10, 69:5, 69:10, 69:17, 69:25
    **Customs** [10] - 9:5, 9:22, 10:1, 10:11, 66:18, 69:17, 69:21, 70:9, 80:14, 80:21
    **cut** [1] - 41:20
    **Cyber** [1] - 84:6
    **Cyrillic** [5] - 14:3, 34:6, 34:15, 34:22, 36:4

---

**D**

  **D-E-V-O-N** [1] - 86:2
  **D.C** [12] - 1:6, 1:16, 1:19, 1:21, 2:4, 7:5, 7:9, 7:14, 70:4, 76:6, 92:1, 111:14
    **daily** [3] - 96:13, 97:5, 97:10
    **darknet** [1] - 91:21
    **data** [3] - 96:1, 96:5, 96:9
    **database** [4] - 53:20, 77:2, 77:19, 79:1
    **date** [19] - 27:8, 27:16, 27:25, 28:12, 33:24, 34:1, 34:11, 34:20, 34:21, 34:22, 34:23, 34:24, 39:12, 39:14, 39:15, 74:25, 87:4, 91:5, 98:18
    **Dated** [1] - 111:10
    **dates** [3] - 39:11, 39:13, 100:16
    **days** [1] - 69:19
    **deadline** [1] - 60:17
    **debit** [7] - 27:4, 27:14, 27:23, 27:24, 28:3, 28:6, 28:10
    **debugging** [1] -

105:16
**decide** [3] - 5:8, 5:9, 11:13
**decides** [1] - 5:5
**decision** [4] - 60:14, 63:9, 65:21, 67:19
**Defendant** [13] - 1:7, 6:3, 24:25, 26:18, 30:13, 32:15, 33:4, 37:3, 51:13, 61:15, 61:17, 61:25, 62:4
**DEFENDANT** [1] - 1:23
**Defendant's** [10] - 16:21, 16:24, 24:12, 26:5, 29:15, 30:1, 32:2, 36:16, 40:4, 45:1
**Defense** [3] - 87:23, 88:14, 88:20
**defense** [33] - 5:19, 6:1, 7:24, 10:8, 13:23, 15:2, 17:12, 18:15, 20:3, 22:2, 25:8, 27:2, 27:22, 28:8, 30:21, 32:14, 33:17, 42:20, 45:16, 55:7, 57:25, 58:18, 58:24, 60:23, 62:5, 62:9, 62:22, 63:14, 64:5, 64:6, 64:7, 88:19
**defense's** [2] - 8:8, 8:17
**define** [1] - 95:12
**del** [1] - 81:12
**delta** [1] - 50:5
**deniability** [1] - 103:6
**DEPARTMENT** [2] - 1:18, 1:20
**Department** [3] - 53:12, 76:19, 77:16
**departure** [2] - 39:12, 39:15
**DEPUTY** [15] - 12:4, 12:7, 12:15, 12:17, 12:20, 19:3, 59:22, 71:13, 71:19, 73:2, 73:5, 101:25, 102:3, 108:21, 108:24
**describe** [7] - 15:5, 22:1, 43:21, 45:16, 46:20, 51:19, 105:11
**described** [2] - 67:15, 78:18
**description** [1] - 69:1
**deserves** [1] - 67:13
**designed** [1] - 5:25
**despite** [1] - 89:18

**details** [1] - 85:8
**detention** [1] - 9:20
**determination** [1] - 11:3
**determine** [1] - 10:23
**developed** [1] - 98:25
**developer** [1] - 81:14
**developers** [1] - 104:18
**development** [1] - 101:3
**device** [7] - 15:7, 22:23, 22:24, 23:1, 23:6, 23:21, 99:1
**devices** [7] - 20:14, 22:9, 22:22, 82:18, 82:21, 105:19, 106:2
**Devon** [3] - 85:18, 85:21, 86:2
**different** [12] - 23:13, 38:22, 43:22, 58:7, 63:24, 66:20, 69:10, 72:5, 101:4, 101:8, 105:11, 105:13
**diligent** [2] - 73:25, 75:16
**Direct** [1] - 3:4
**DIRECT** [1] - 12:11
**direct** [9] - 43:1, 65:21, 65:22, 70:24, 87:21, 92:16, 94:23, 96:20, 97:19
**directing** [6] - 24:4, 26:1, 45:21, 48:14, 92:21, 104:14
**disadvantages** [1] - 61:1
**disagree** [2] - 57:5, 63:10
**DISB** [8] - 76:20, 76:24, 77:2, 77:4, 77:21, 78:11, 78:17, 78:19
**disbelief** [1] - 60:7
**disbelieve** [1] - 85:3
**discard** [1] - 6:22
**disclose** [1] - 9:4
**discover** [1] - 62:4
**discovered** [1] - 83:6
**discovery** [2] - 58:19, 59:1
**discuss** [4] - 59:17, 99:19, 108:19, 109:1
**discussed** [1] - 90:18
**discussing** [1] - 87:9
**display** [1] - 25:7
**dispute** [1] - 70:1
**disputes** [1] - 55:7

**distinct** [1] - 68:21
**District** [5] - 2:2, 2:2, 76:16, 77:5, 111:13
**district** [2] - 11:7, 111:13
**DISTRICT** [4] - 1:1, 1:1, 1:11, 1:15
**divide** [1] - 21:25
**docket** [1] - 67:25
**document** [37] - 12:19, 34:5, 34:11, 34:15, 34:16, 34:20, 35:4, 35:25, 38:2, 38:5, 38:18, 38:21, 39:10, 43:20, 43:21, 46:22, 47:18, 47:19, 48:15, 48:19, 51:21, 55:14, 55:16, 56:2, 56:14, 57:15, 57:19, 57:22, 77:13, 77:19, 81:20, 93:6, 93:7, 93:8, 93:11, 94:24, 98:6
**documenting** [1] - 84:21
**documents** [4] - 35:2, 46:6, 47:6, 54:7
**done** [7] - 60:8, 68:12, 72:20, 96:21, 100:2, 108:8, 109:13
**dongles** [1] - 23:21
**door** [2] - 10:15, 10:24
**double** [1] - 42:24
**double-sided** [1] - 42:24
**doubt** [1] - 56:1
**doubtful** [1] - 66:1
**down** [7] - 7:11, 35:22, 44:3, 44:5, 78:20, 104:24, 108:25
**drawing** [1] - 9:9
**drew** [2] - 9:7, 107:5
**drive** [3] - 22:20, 22:22, 23:18
**drives** [3] - 17:15, 22:9, 23:9
**during** [23] - 13:2, 15:18, 16:20, 17:24, 19:10, 21:1, 24:1, 24:11, 26:5, 26:8, 29:14, 29:25, 32:1, 32:5, 36:15, 40:3, 40:7, 44:25, 53:15, 76:22, 78:13, 80:17, 81:15
**duties** [2] - 53:2, 89:24

**E**

**e-reader** [1] - 16:11
**early** [2] - 83:1, 83:7
**Easterbrook** [1] - 6:7
**easy** [1] - 68:1
**economic** [4] - 86:8, 87:1, 90:10, 99:18
**ectasy** [1] - 91:22
**EDWARDS** [2] - 2:1, 111:3
**Edwards** [1] - 111:12
**effect** [2] - 57:21, 60:13
**Eighth** [1] - 1:25
**either** [3] - 23:21, 49:7, 63:25
**ekeland** [1] - 49:11
**EKELAND** [122] - 1:23, 1:24, 7:22, 8:3, 8:7, 8:17, 8:24, 9:3, 9:12, 9:19, 10:8, 10:18, 10:22, 11:2, 11:7, 11:10, 11:15, 11:25, 13:11, 14:20, 16:2, 17:5, 18:9, 19:19, 21:11, 21:14, 21:16, 24:20, 24:23, 25:1, 26:13, 26:16, 26:19, 30:8, 30:11, 30:14, 32:10, 32:19, 32:21, 32:24, 33:3, 33:5, 37:4, 38:10, 40:20, 41:2, 41:6, 41:8, 41:12, 42:9, 42:13, 43:14, 45:9, 46:14, 47:24, 48:2, 49:3, 50:20, 51:8, 51:10, 52:5, 52:8, 52:18, 53:9, 54:14, 54:19, 54:25, 55:3, 56:5, 56:21, 57:13, 58:24, 59:11, 62:13, 64:12, 64:18, 64:21, 65:7, 65:10, 65:15, 68:11, 71:3, 71:6, 71:10, 72:17, 72:21, 72:23, 73:1, 74:10, 76:10, 78:1, 82:2, 82:10, 82:12, 84:2, 84:5, 86:2, 86:4, 86:5, 88:18, 89:2, 89:25, 90:3, 90:5, 90:7, 93:25, 94:7, 98:12, 101:23, 102:5, 102:13, 102:18, 102:20, 103:1, 104:5, 104:13, 106:7, 106:10, 107:24,

108:4, 108:9, 110:4
**Ekeland** [23] - 3:5, 7:20, 24:25, 26:18, 30:13, 33:4, 37:1, 37:3, 51:13, 58:6, 60:6, 61:13, 64:11, 66:4, 66:7, 66:25, 67:21, 67:25, 68:10, 70:23, 82:1, 93:19, 94:6
**electronic** [2] - 22:9, 77:20
**element** [1] - 57:25
**email** [15] - 6:16, 28:19, 28:25, 31:1, 31:3, 31:5, 31:11, 88:16, 89:14, 89:17, 89:21, 97:2, 97:25, 98:3, 98:16
**emails** [3] - 88:5, 88:8, 89:12
**emblem** [1] - 15:7
**employee** [1] - 104:12
**employer** [7] - 100:4, 100:9, 100:13, 100:15, 100:18, 101:10, 101:13
**employers** [1] - 101:17
**employment** [1] - 81:13
**empty** [1] - 22:4
**encryption** [2] - 22:23, 23:1
**enforcement** [16] - 10:5, 10:10, 10:16, 10:19, 53:21, 63:15, 66:21, 86:11, 86:21, 86:23, 87:1, 89:14, 89:17, 89:21, 100:1, 100:7
**Enforcement** [3] - 53:13, 73:24, 75:15
**enforcing** [1] - 53:3
**English** [4] - 14:1, 44:3, 44:4, 44:9
**enter** [3] - 6:11, 58:13, 69:20
**entered** [24] - 12:5, 13:16, 14:24, 16:5, 17:9, 18:13, 19:23, 21:22, 25:5, 26:23, 30:18, 33:9, 37:8, 38:14, 42:17, 43:18, 45:13, 46:18, 48:10, 50:24, 52:12, 73:3, 74:14, 78:5
**entering** [1] - 6:9
**entirely** [2] - 63:24,

93:9
**entitled** [1] - 62:4
**entitlement** [1] - 6:11
**entity** [2] - 27:10, 75:25
**entry** [1] - 78:10
**envelope** [35] - 12:22, 12:25, 13:19, 13:23, 14:4, 15:9, 15:12, 15:15, 16:16, 17:20, 20:24, 23:24, 25:24, 29:5, 29:6, 29:10, 29:12, 31:15, 36:5, 36:8, 36:10, 36:13, 39:2, 39:23, 40:1, 40:22, 40:25, 41:3, 41:23, 42:10, 44:19, 47:11, 48:19, 51:5, 51:7
**envelopes** [1] - 51:8
**escorted** [1] - 80:20
**ESQ** [5] - 1:14, 1:17, 1:20, 1:23, 1:23
**essentially** [3] - 87:16, 91:18, 96:2
**established** [1] - 55:13
**ETH** [2] - 44:10, 44:11
**Ethereum** [1] - 44:14
**EUR** [1] - 28:12
**evening** [1] - 108:12
**event** [1] - 80:15
**evidence** [46] - 7:25, 8:14, 9:18, 13:16, 14:24, 16:5, 17:9, 18:13, 19:23, 21:22, 25:5, 26:23, 29:22, 30:18, 33:9, 37:8, 38:14, 42:17, 43:18, 45:13, 46:18, 48:10, 49:6, 49:8, 50:24, 51:25, 52:3, 52:12, 61:6, 61:16, 62:1, 62:3, 63:6, 63:21, 63:22, 63:23, 64:5, 67:14, 74:14, 78:5, 88:20, 98:25, 101:22, 102:14
**evidentiary** [1] - 58:25
**exact** [1] - 103:25
**exactly** [7] - 5:21, 34:25, 66:6, 66:25, 92:10, 93:21, 109:22
**EXAMINATION** [2] - 12:11, 82:11
**Examination** [2] - 3:4, 3:5
**examination** [4] -

80:22, 81:3, 82:20, 82:22
**examine** [24] - 12:23, 14:6, 15:13, 16:16, 17:20, 19:6, 24:7, 24:25, 26:2, 26:18, 27:18, 29:6, 30:13, 31:21, 33:4, 37:1, 37:3, 39:22, 39:23, 44:18, 47:12, 48:21, 51:16, 93:8
**examines** [1] - 21:17
**excellent** [1] - 72:22
**exception** [2] - 61:8, 89:4
**exclude** [1] - 58:20
**excuse** [2] - 82:24, 95:4
**execute** [1] - 95:25
**execution** [1] - 24:1
**exhibit** [18] - 14:5, 32:8, 37:24, 40:22, 40:25, 43:5, 45:22, 47:16, 47:25, 48:3, 48:16, 49:5, 70:23, 73:10, 73:15, 74:18, 92:18, 92:19
**Exhibit** [119] - 3:9, 12:13, 12:16, 13:9, 13:12, 13:13, 13:15, 14:5, 14:18, 14:21, 14:23, 15:11, 15:25, 16:3, 16:4, 17:8, 18:10, 18:12, 18:21, 18:23, 19:2, 19:22, 20:20, 21:21, 22:3, 23:18, 24:4, 24:18, 25:2, 25:4, 26:1, 26:11, 26:20, 26:22, 27:1, 30:17, 31:18, 32:8, 32:25, 33:6, 33:8, 37:7, 37:10, 37:20, 38:8, 38:11, 38:13, 39:6, 39:7, 40:14, 40:17, 40:18, 40:23, 41:1, 41:9, 41:23, 42:14, 42:16, 42:21, 43:2, 43:3, 43:6, 43:8, 43:10, 43:12, 43:15, 43:17, 44:18, 44:20, 45:7, 45:10, 45:12, 45:22, 46:3, 46:7, 46:9, 46:12, 46:15, 46:17, 47:6, 47:12, 47:16, 48:6, 48:7, 48:9, 48:14, 48:22, 49:13, 50:5, 50:7, 50:8, 50:15, 50:18, 50:23, 51:3, 51:17, 51:20,

52:11, 54:11, 54:20, 55:5, 74:8, 74:11, 74:13, 77:10, 77:24, 78:2, 78:4, 87:24, 88:2, 88:14, 92:17, 96:20, 97:19, 101:22, 102:9, 102:16, 102:17
**Exhibits** [28] - 16:15, 17:2, 17:3, 17:6, 17:19, 18:7, 19:17, 19:20, 20:7, 20:10, 20:12, 20:21, 21:9, 21:19, 22:17, 22:19, 23:8, 23:10, 29:5, 29:23, 30:20, 36:7, 36:22, 36:25, 37:5, 39:22, 40:11, 87:23
**exhibits** [12] - 18:25, 22:11, 23:7, 23:20, 29:9, 29:22, 33:11, 39:3, 39:20, 41:3, 41:5, 41:12
**exists** [1] - 78:11
**exited** [2] - 59:20, 108:22
**expect** [1] - 109:13
**expedite** [1] - 67:24
**experience** [1] - 104:18
**expert** [1] - 82:15
**expertise** [1] - 96:15
**experts** [2] - 96:16, 96:19
**expiration** [4] - 27:8, 27:16, 27:25, 28:11
**explain** [4] - 25:10, 28:8, 86:17, 105:4
**explained** [1] - 63:8
**expressing** [1] - 60:7
**extreme** [1] - 66:12

---

**F**

**F.3d** [3] - 6:7, 7:10, 7:14
**face** [1] - 61:21
**facilitate** [1] - 62:7
**fact** [4] - 55:22, 60:8, 66:3, 105:21
**failed** [1] - 62:9
**failure** [2] - 7:14, 7:16
**fair** [7] - 6:21, 42:2, 46:9, 55:13, 69:14, 77:20, 86:12
**fairly** [2] - 38:4, 69:1
**familiar** [8] - 52:15, 52:23, 53:1, 76:5, 83:22, 84:8, 100:20,

100:22
**family** [2] - 81:12, 99:24
**far** [1] - 106:2
**February** [2] - 1:7, 111:10
**federal** [4] - 73:21, 75:11, 75:12, 104:11
**Federal** [1] - 53:6
**Federation** [1] - 33:19
**fee** [6] - 92:9, 93:21, 94:2, 94:15, 94:19, 95:3
**feet** [2] - 81:2, 87:23
**fell** [1] - 47:17
**felt** [2] - 5:11, 5:14
**few** [2] - 21:25, 70:21
**field** [1] - 56:19
**file** [7] - 8:13, 63:19, 83:4, 83:6, 83:9, 83:12, 84:14
**filed** [5] - 62:24, 73:22, 75:4, 75:13, 75:25
**filing** [2] - 62:17, 67:22
**finally** [1] - 35:22
**Financial** [3] - 53:13, 73:24, 75:15
**financial** [1] - 101:18
**FinCEN** [14] - 53:17, 53:20, 53:22, 54:1, 54:9, 55:18, 56:13, 56:17, 72:3, 72:4, 72:13, 73:17, 73:25, 75:16
**fine** [16] - 24:22, 32:18, 32:23, 57:16, 64:10, 64:17, 65:15, 71:9, 72:16, 90:2, 90:4, 90:6, 94:3, 98:9, 102:13, 103:10
**finger** [1] - 74:17
**finish** [2] - 28:6, 108:5
**finished** [1] - 91:6
**finishing** [1] - 94:10
**fire** [1] - 101:9
**firm** [1] - 109:23
**first** [21] - 24:21, 27:4, 28:6, 33:18, 61:3, 66:24, 70:2, 70:19, 73:19, 73:20, 78:7, 79:15, 80:7, 82:5, 86:1, 91:3, 91:11, 93:22, 99:16, 99:17, 105:14
**fit** [1] - 22:20
**five** [7] - 27:20,

32:20, 32:21, 71:7, 81:2, 92:11, 104:18
**flight** [5] - 39:16, 69:16, 81:15, 81:20, 81:23
**Floor** [1] - 1:25
**Florida** [1] - 81:11
**flow** [3] - 96:1, 96:2, 96:9
**focused** [1] - 6:2
**Fog** [20] - 53:16, 75:22, 76:23, 78:12, 79:5, 79:15, 83:17, 90:19, 91:8, 92:4, 94:15, 95:4, 98:24, 99:1, 103:12, 105:18, 105:22, 106:4, 106:17, 106:25
**folders** [1] - 41:13
**folks** [1] - 110:1
**follow** [2] - 57:9, 58:16
**following** [11] - 12:6, 54:17, 59:12, 59:21, 60:2, 71:12, 73:4, 93:2, 94:4, 108:23, 109:8
**FOR** [4] - 1:1, 1:14, 1:14, 1:23
**force** [1] - 57:24
**foregoing** [1] - 111:4
**foreign** [2] - 69:16, 86:22
**forensics** [4] - 82:15, 82:20, 82:22, 96:16
**Forensics** [1] - 84:6
**forfeiture** [1] - 7:17
**Form** [2] - 73:25, 75:16
**former** [1] - 62:23
**forms** [3] - 66:10, 75:4, 75:24
**forth** [1] - 32:18
**forward** [2] - 33:10, 66:10
**foundation** [3] - 55:10, 57:3, 89:3
**foundational** [1] - 52:19
**founders** [1] - 106:25
**four** [1] - 20:6
**framework** [1] - 86:20
**frankly** [2] - 8:21, 67:12
**free** [4] - 68:24, 69:4, 69:8, 69:20
**Friday** [2] - 109:20, 109:25

**front** [15] - 5:8, 24:5, 28:16, 28:20, 31:18, 34:6, 36:1, 52:7, 54:20, 68:4, 73:9, 73:11, 82:19, 92:12, 93:7
**full** [3] - 78:8, 80:15, 111:5
**fully** [2] - 9:23, 70:15
**function** [1] - 55:7
**functioning** [1] - 97:16
**funeral** [1] - 109:21

**G**

**gamesmanship** [2] - 11:12, 58:23
**general** [2] - 105:6, 105:7
**generally** [2] - 46:20, 108:13
**generates** [1] - 23:3
**gigantic** [1] - 59:1
**girlfriend** [1] - 85:10
**girlfriend's** [1] - 85:10
**given** [2] - 10:12, 66:3
**global** [3] - 27:5, 27:9, 27:11
**gmail** [1] - 25:12
**gold** [2] - 28:4, 28:15
**gold-colored** [1] - 28:15
**gold-plated** [1] - 28:4
**Google** [1] - 25:12
**government** [16] - 11:16, 55:18, 57:22, 73:21, 75:11, 75:12, 77:21, 86:15, 87:6, 87:15, 90:9, 95:9, 95:14, 95:24, 97:10, 107:23
**Government** [49] - 5:5, 5:6, 6:17, 7:23, 8:7, 8:18, 8:25, 9:3, 9:13, 13:8, 14:17, 15:24, 17:2, 18:6, 19:16, 21:8, 24:17, 26:10, 30:5, 32:7, 32:14, 36:24, 38:7, 40:9, 40:18, 43:11, 45:6, 46:11, 49:4, 49:12, 50:17, 53:6, 54:11, 56:23, 58:22, 61:15, 61:20, 62:6, 63:20, 64:7, 65:10, 66:5, 67:24, 68:9, 77:23, 81:24, 102:12, 102:13, 105:21
**GOVERNMENT** [1] - 12:10
**Government's** [27] - 8:13, 13:15, 14:23, 16:4, 17:8, 18:12, 19:22, 21:21, 25:4, 26:22, 30:17, 33:8, 37:7, 38:13, 42:16, 43:17, 45:12, 46:17, 48:9, 50:23, 52:11, 62:2, 63:5, 74:13, 78:4, 101:22, 102:2
**grammatical** [1] - 91:16
**grand** [1] - 92:12
**graph** [3] - 37:13, 42:25, 45:18
**great** [2] - 69:22, 70:24
**greater** [2] - 61:20, 109:11
**green** [2] - 28:10, 35:25
**ground** [1] - 55:11
**group** [1] - 47:18
**guess** [4] - 39:20, 62:8, 93:12, 109:22
**guilty** [1] - 56:10
**Gupta** [1] - 6:6

**H**

**hand** [4] - 38:3, 38:5, 38:21, 50:4
**handcuff** [1] - 66:15
**handwritten** [10] - 37:12, 38:21, 42:25, 43:22, 43:24, 45:17, 46:23, 47:6, 47:19, 51:22
**happy** [6] - 6:22, 82:2, 82:8, 89:19, 89:25, 94:1
**hard** [1] - 17:15
**HASSARD** [2] - 1:23, 102:1
**head** [4] - 94:21, 100:14, 100:18, 107:18
**heads** [1] - 66:23
**hear** [6] - 7:19, 10:18, 54:24, 54:25, 55:4, 81:5
**heard** [2] - 8:22, 9:2
**hearing** [3] - 5:7, 5:24, 70:16
**hearings** [1] - 7:3
**hearsay** [6] - 55:10, 88:23, 89:1, 89:5, 89:17, 89:18
**heavydist@gmail.com** [2] - 25:13, 25:21
**held** [4] - 43:9, 46:6, 54:18, 93:3
**help** [4] - 12:18, 13:18, 67:19, 95:23
**hereby** [1] - 111:3
**hesitant** [1] - 64:18
**hidden** [1] - 92:5
**highlighting** [1] - 67:15
**highlights** [1] - 67:12
**hold** [7] - 8:4, 22:1, 25:7, 37:10, 42:19, 42:20, 45:15
**holding** [3] - 38:3, 38:5, 50:4
**holes** [1] - 45:20
**honest** [1] - 64:23
**honestly** [4] - 9:19, 62:14, 62:16, 64:15
**Honor** [105] - 5:13, 6:4, 7:22, 8:17, 8:24, 9:12, 9:19, 10:8, 10:22, 11:2, 11:8, 11:15, 12:1, 13:11, 13:13, 14:20, 16:2, 17:5, 18:9, 19:19, 21:18, 24:23, 25:1, 26:13, 26:19, 30:8, 30:14, 32:11, 32:13, 33:5, 37:4, 38:10, 40:20, 41:17, 42:3, 42:7, 43:14, 45:9, 46:14, 48:2, 48:17, 48:24, 49:3, 49:10, 49:25, 50:20, 52:13, 52:18, 53:9, 54:4, 54:14, 54:19, 55:17, 56:5, 56:7, 56:12, 56:18, 56:21, 57:13, 57:20, 58:4, 58:15, 58:24, 59:9, 59:11, 59:25, 62:13, 62:22, 64:10, 65:1, 67:2, 67:5, 67:6, 68:2, 68:9, 68:15, 71:1, 71:3, 71:10, 71:17, 71:21, 72:17, 74:7, 74:10, 76:10, 78:1, 81:24, 82:3, 84:2, 88:18, 89:2, 89:11, 89:25, 92:24, 93:4, 93:17, 94:1, 98:8, 102:6, 104:4, 104:5, 107:24, 109:4, 110:3, 110:4
**HONORABLE** [1] - 1:11
**hopefully** [1] - 65:3
**hopes** [1] - 99:5
**hosted** [1] - 99:1
**hotel** [1] - 39:8
**Hotel** [1] - 39:8
**hours** [2] - 69:19, 70:17
**Howell** [1] - 63:8
**hurdle** [1] - 70:19

**I**

**idea** [1] - 63:3
**identical** [1] - 45:19
**identification** [2] - 88:14, 88:20
**identifier** [3] - 75:19, 75:21, 79:3
**identifiers** [8] - 72:5, 74:4, 74:21, 74:24, 79:14, 79:20, 79:22, 80:6
**identifying** [2] - 28:8, 36:2
**identity** [2] - 6:10, 34:5
**IKEA** [2] - 20:8, 20:13
**IKEA-branded** [1] - 20:8
**imaging** [1] - 99:5
**immigration** [1] - 6:8
**impeach** [2] - 93:23, 93:25
**impeached** [1] - 93:20
**impeachment** [1] - 93:19
**implication** [1] - 72:8
**important** [1] - 5:5
**impression** [2] - 67:13, 68:22
**improper** [2] - 63:3, 92:24
**include** [1] - 60:4
**included** [1] - 110:7
**including** [1] - 6:6
**income** [1] - 101:16
**income-wise** [1] - 101:16
**independently** [1] - 5:4
**INDEX** [1] - 3:1
**indicate** [2] - 74:17, 78:11
**indicated** [2] - 35:10, 35:20
**indicates** [1] - 60:17
**indicating** [1] - 98:25
**indiscernible** [1] - 41:14
**individual** [1] - 75:5
**individuals** [1] - 80:9
**indulgence** [3] - 45:24, 48:17, 77:8
**inform** [1] - 67:19
**information** [4] - 27:7, 36:2, 62:6, 96:9
**ink** [5] - 37:13, 38:22, 43:23, 45:18, 47:7
**inquiry** [1] - 6:5
**inside** [8] - 15:3, 29:12, 33:20, 34:7, 34:16, 35:6, 35:18, 36:3
**instance** [2] - 95:14, 105:6
**instruct** [1] - 57:8
**instruction** [2] - 55:24, 57:9
**Insurance** [2] - 76:19, 77:17
**intend** [2] - 29:21, 41:7
**intended** [1] - 56:14
**intending** [1] - 8:19
**intends** [1] - 63:20
**intent** [3] - 7:24, 61:16, 62:2
**interactions** [1] - 105:9
**Intercontinental** [1] - 39:8
**International** [2] - 39:17, 80:21
**internet** [2] - 90:10, 90:12
**interpretation** [1] - 68:8
**interrogating** [1] - 10:12
**interrogation** [3] - 5:10, 5:12, 70:7
**interview** [4] - 83:16, 99:21, 99:24, 100:4
**introduce** [1] - 29:21
**Investigation** [2] - 53:3, 82:22
**investigation** [15] - 53:15, 76:22, 82:24, 82:25, 83:3, 83:7, 87:5, 87:14, 88:9, 89:9, 90:9, 95:6, 95:10, 99:20, 103:22
**investigations** [2] - 53:5, 89:22
**investigative** [4] -

82:16, 97:9, 99:2, 101:19
**investigator** [1] - 88:4
**investigatory** [1] - 86:6
**investors** [1] - 83:17
**invoice** [1] - 39:8
**involved** [5] - 84:22, 100:24, 101:4, 101:6, 108:6
**IP** [4] - 85:14, 92:6, 96:2, 105:9
**iPhone** [1] - 23:15
**irons** [1] - 101:9
**IRS** [5] - 37:17, 43:3, 53:2, 82:21, 85:2
**IRS-Criminal** [2] - 53:2, 82:21
**issuance** [3] - 33:24, 34:11, 34:20
**issue** [10] - 5:2, 11:6, 34:22, 55:24, 57:2, 66:22, 70:18, 71:16, 72:18, 90:1
**Item** [1] - 30:24
**item** [26] - 13:5, 14:9, 15:17, 15:20, 16:10, 24:9, 24:11, 25:22, 27:4, 27:13, 27:14, 27:18, 27:21, 27:23, 28:14, 28:15, 31:8, 33:18, 34:3, 34:4, 35:14, 35:22, 35:23, 35:24, 41:22, 51:2
**items** [72] - 13:2, 13:5, 14:11, 15:5, 15:17, 15:20, 16:18, 16:20, 16:23, 17:11, 17:14, 17:22, 17:24, 18:2, 18:16, 18:18, 19:8, 19:10, 19:13, 20:24, 21:1, 21:4, 21:17, 21:24, 22:6, 22:8, 22:12, 22:13, 22:15, 23:23, 24:25, 26:4, 26:18, 27:19, 27:20, 28:2, 29:3, 29:12, 29:14, 29:20, 29:21, 29:22, 29:25, 30:6, 30:13, 30:23, 31:14, 31:16, 31:24, 32:1, 32:20, 33:4, 33:16, 35:2, 35:15, 35:16, 36:15, 36:18, 36:21, 36:25, 37:3, 40:3, 40:6, 41:4, 41:12, 41:23, 44:23, 44:25, 45:3, 51:7
**itself** [2] - 61:8, 70:5

## J

**jail** [1] - 69:7
**January** [2] - 75:5, 76:1
**JEFFREY** [1] - 1:20
**job** [2] - 88:4, 88:11
**jobs** [1] - 101:17
**joined** [1] - 83:3
**judge** [1] - 71:13
**JUDGE** [1] - 1:11
**Judge** [2] - 6:7, 63:8
**July** [1] - 34:2
**juncture** [1] - 101:5
**JUROR** [1] - 108:17
**juror** [1] - 109:21
**jury** [71] - 12:2, 12:5, 12:7, 12:23, 13:22, 14:7, 14:22, 15:2, 15:13, 16:8, 17:12, 18:15, 19:21, 19:25, 22:1, 22:2, 25:3, 25:8, 27:1, 27:21, 28:7, 29:7, 30:16, 30:20, 31:22, 33:7, 33:12, 33:17, 36:11, 37:6, 39:24, 42:15, 42:20, 43:16, 44:19, 45:11, 45:15, 46:16, 47:1, 47:14, 48:8, 48:12, 50:22, 51:2, 51:16, 52:10, 55:4, 56:22, 57:8, 57:23, 59:14, 59:20, 60:7, 71:14, 71:16, 72:19, 73:3, 74:12, 78:3, 82:19, 86:17, 90:18, 92:12, 102:22, 105:4, 106:3, 108:7, 108:11, 108:22, 109:23
**JURY** [1] - 1:10
**jury's** [1] - 33:2
**JUSTICE** [2] - 1:18, 1:20

## K

**K-O-B-I-L** [1] - 22:24
**keep** [5] - 71:16, 102:7, 105:1, 105:15, 105:16
**keeping** [3] - 39:20, 49:23, 72:19
**Kerr** [1] - 78:23
**kind** [3] - 23:14, 25:14, 96:11
**knowledge** [5] - 76:15, 85:5, 90:14,

101:8, 106:6
**Kobil** [1] - 22:24

## L

**lab** [1] - 82:22
**lack** [2] - 55:10, 68:5
**lacks** [1] - 57:3
**laid** [1] - 89:3
**landed** [1] - 9:21
**landing** [1] - 68:17
**language** [9] - 8:5, 37:15, 38:23, 43:24, 46:24, 47:8, 60:14, 60:22, 68:24
**language-text** [1] - 43:24
**languages** [1] - 37:15
**laptop** [2] - 15:6, 15:8
**last** [12] - 27:18, 28:14, 28:15, 34:8, 35:22, 47:11, 79:15, 80:7, 80:8, 80:13, 104:6, 109:9
**latest** [1] - 23:15
**launder** [1] - 91:18
**law** [21] - 6:6, 10:5, 10:10, 10:16, 10:19, 53:21, 63:15, 66:20, 68:24, 68:25, 69:14, 86:11, 86:21, 86:22, 87:1, 89:14, 89:16, 89:21, 90:1, 100:1, 100:7
**LAW** [1] - 1:24
**lawyer** [2] - 63:14, 67:18
**LAX** [2] - 9:21, 68:17
**least** [9] - 10:25, 67:14, 67:22, 70:21, 87:9, 90:25, 97:9, 97:25, 109:18
**leather** [3] - 22:3, 22:6, 22:13
**leave** [7] - 5:12, 68:17, 68:20, 68:25, 69:4, 69:8, 70:7
**leaving** [1] - 68:22
**left** [4] - 27:15, 38:3, 106:1, 107:22
**Legal** [2] - 86:19, 95:22
**legal** [1] - 66:3
**LEGO** [1] - 18:22
**lengthy** [1] - 109:9
**letter** [1] - 78:22
**level** [2] - 5:20, 11:7

**liberty** [4] - 5:12, 66:11, 70:7, 109:11
**license** [4] - 76:17, 76:24, 77:18, 78:12
**licenses** [1] - 53:24
**licensing** [5] - 76:5, 76:8, 76:13, 77:5, 78:23
**light** [1] - 62:8
**lightening** [1] - 106:13
**limiting** [1] - 55:24
**Line** [2] - 92:21, 94:24
**line** [8] - 5:3, 9:7, 9:10, 56:3, 69:15, 69:16, 71:23, 107:5
**Lines** [1] - 94:9
**Lisa** [1] - 111:12
**LISA** [2] - 2:1, 111:3
**list** [1] - 61:5
**listed** [3] - 75:5, 75:25, 79:20
**listening** [1] - 9:25
**literally** [1] - 57:24
**local** [1] - 62:23
**locate** [2] - 12:18, 13:18
**located** [1] - 81:19
**locations** [3] - 106:14, 106:16, 106:18
**log** [7] - 23:2, 23:3, 23:4, 23:5, 105:4, 105:8, 105:12
**log-in** [3] - 23:2, 23:3, 23:4
**logo** [7] - 27:5, 27:15, 27:24, 27:25, 28:11, 36:1
**logs** [9] - 96:13, 97:5, 97:11, 105:2, 105:15, 105:16, 105:18, 105:22, 106:4
**look** [27] - 6:5, 21:11, 24:20, 26:13, 27:2, 29:22, 30:8, 32:10, 33:10, 47:24, 62:21, 64:13, 64:16, 64:22, 65:2, 66:6, 67:22, 68:1, 73:14, 75:8, 77:10, 87:9, 87:22, 88:1, 88:13, 94:2, 96:22
**looked** [4] - 60:11, 82:19, 94:10, 96:11
**looking** [8] - 5:2, 7:22, 37:14, 39:10, 40:17, 78:7, 79:12, 85:9

**looks** [4] - 18:22, 20:5, 25:18, 71:25
**Los** [2] - 39:16, 80:21
**lost** [1] - 52:5
**louder** [1] - 54:23
**luggage** [19] - 13:3, 14:12, 15:18, 16:21, 16:25, 17:25, 18:4, 19:11, 21:2, 24:12, 26:5, 29:15, 30:1, 32:2, 36:16, 40:4, 45:1, 80:23, 80:24

## M

**maintaining** [2] - 73:22, 75:13
**manager** [1] - 78:23
**mandates** [1] - 5:16
**manual** [2] - 81:20, 107:11
**manufactured** [1] - 22:24
**mark** [4] - 48:24, 49:16, 49:20, 105:15
**marked** [8] - 12:14, 41:4, 49:4, 49:13, 50:5, 73:10, 88:13, 88:19
**market** [1] - 91:21
**marking** [1] - 47:17
**marks** [1] - 28:8
**maroon** [2] - 34:14, 35:4
**MasterCard** [2] - 27:5, 27:24
**match** [2] - 50:7, 50:15
**matches** [1] - 50:11
**material** [2] - 57:6, 57:7
**materials** [3] - 24:2, 58:12, 65:4
**matter** [5] - 63:24, 66:12, 70:6, 92:13, 105:21
**Matthew** [2] - 60:1, 109:7
**MATTHEW** [2] - 3:3, 12:10
**Max** [3] - 28:17, 28:24, 30:25
**max@bitcoaster** [2] - 29:2, 31:4
**mean** [13] - 5:20, 8:6, 9:17, 10:24, 22:25, 56:7, 56:19, 69:8, 89:13, 89:18, 95:12,

97:2, 106:16
**meaning** [1] - 66:3
**means** [3] - 69:24, 107:16, 109:24
**meant** [2] - 50:12, 107:13
**measure** [1] - 20:8
**measures** [2] - 20:13, 20:16
**meet** [4] - 60:17, 79:11, 80:1, 80:9
**members** [4] - 59:14, 97:9, 99:24, 108:11
**memo** [1] - 84:21
**memory** [2] - 62:17, 96:8
**mention** [1] - 9:1
**mentioned** [1] - 84:9
**merely** [1] - 11:3
**merits** [1] - 70:1
**message** [6] - 91:8, 91:13, 91:15, 91:16, 91:23, 92:2
**met** [1] - 99:18
**metal** [1] - 28:15
**metallic** [1] - 31:5
**Mexico** [1] - 81:12
**Miami** [4] - 84:16, 84:24, 85:4, 85:23
**MICHAEL** [1] - 1:23
**micro** [4] - 18:23, 20:13, 22:19, 23:18
**microphone** [1] - 41:16
**mid** [1] - 61:1
**mid-trial** [1] - 61:1
**middle** [4] - 5:24, 7:3, 7:7, 70:17
**might** [6] - 40:15, 63:19, 66:14, 67:24, 91:14, 96:10
**mind** [2] - 61:22, 63:12
**mine** [1] - 102:1
**mini** [2] - 18:21, 85:10
**mini-computer** [1] - 18:21
**minutes** [5] - 59:16, 70:22, 71:8, 108:13
**Miranda** [6] - 5:2, 6:5, 6:8, 10:13, 61:6, 70:5
**mirrors** [1] - 60:22
**mismatch** [1] - 6:8
**misreading** [1] - 62:11
**misspoke** [1] - 40:24
**mistake** [3] - 64:14, 67:20, 91:16

**MLAT** [9] - 86:14, 86:18, 86:19, 87:8, 95:10, 95:19, 95:20, 96:1
**mobile** [3] - 20:8, 22:10, 22:17
**Molly** [1] - 91:18
**moment** [3] - 9:21, 10:11, 30:9
**money** [16] - 52:16, 52:24, 53:7, 53:17, 54:2, 74:1, 75:17, 76:5, 76:9, 76:14, 76:18, 76:23, 77:5, 77:17, 78:12, 91:18
**Money** [1] - 76:6
**money-transmitter** [3] - 77:5, 77:17, 78:12
**money-transmitting** [3] - 76:9, 76:14, 76:18
**moniker** [1] - 107:2
**Monique** [1] - 78:23
**month** [1] - 109:13
**months** [3] - 63:4, 84:25, 85:4
**Moon** [8] - 95:16, 96:7, 97:6, 97:16, 97:23, 98:20, 98:23, 100:22
**morning** [5] - 70:25, 82:5, 108:5, 108:15, 108:18
**Moscow** [1] - 39:9
**MOSS** [1] - 1:11
**most** [6] - 45:18, 61:23, 66:12, 67:14, 76:8, 76:13
**mother** [1] - 85:10
**motion** [21] - 5:16, 7:1, 7:6, 7:8, 7:15, 8:13, 60:15, 60:18, 61:4, 61:6, 61:9, 61:11, 62:7, 62:10, 62:25, 63:19, 64:16, 68:1
**motions** [1] - 65:4
**move** [15] - 7:16, 14:5, 15:11, 19:2, 28:7, 34:13, 36:7, 39:5, 52:2, 62:1, 63:16, 74:7, 93:18, 104:7, 109:11
**moved** [2] - 49:5, 58:20
**moves** [22] - 13:8, 14:17, 15:24, 17:2, 18:6, 19:16, 21:8, 24:17, 26:10, 30:5, 32:7, 36:24, 38:7,

40:9, 40:18, 43:11, 45:6, 46:11, 49:12, 50:17, 54:11, 77:23
**moving** [19] - 16:15, 17:19, 27:13, 29:5, 31:18, 34:3, 35:14, 44:18, 51:24, 55:24, 76:4, 79:16, 79:19, 80:3, 93:19, 102:7, 108:2, 108:9, 109:18
**MR** [281] - 5:13, 5:18, 5:23, 6:17, 6:22, 7:5, 7:13, 7:22, 8:3, 8:7, 8:17, 8:24, 9:3, 9:12, 9:19, 10:8, 10:18, 10:22, 11:2, 11:7, 11:10, 11:15, 11:25, 12:12, 12:16, 12:18, 12:21, 13:8, 13:11, 13:13, 13:17, 13:21, 14:17, 14:20, 15:1, 15:24, 16:2, 16:6, 17:2, 17:5, 17:10, 18:6, 18:9, 18:14, 19:4, 19:5, 19:16, 19:19, 19:24, 21:8, 21:11, 21:14, 21:16, 21:23, 24:17, 24:20, 24:23, 25:1, 25:6, 26:10, 26:13, 26:16, 26:19, 26:24, 30:5, 30:8, 30:11, 30:14, 30:19, 32:7, 32:10, 32:13, 32:19, 32:20, 32:21, 32:24, 33:3, 33:5, 33:13, 33:15, 36:24, 37:4, 37:9, 37:19, 37:21, 38:7, 38:10, 38:15, 38:17, 38:19, 38:25, 39:1, 40:9, 40:10, 40:17, 40:20, 40:24, 41:2, 41:4, 41:6, 41:7, 41:8, 41:11, 41:12, 41:17, 42:3, 42:6, 42:9, 42:12, 42:13, 42:18, 43:11, 43:14, 43:19, 43:25, 44:2, 44:5, 44:6, 44:16, 44:17, 45:6, 45:9, 45:14, 45:24, 46:1, 46:2, 46:11, 46:14, 46:19, 46:25, 47:2, 47:9, 47:10, 47:23, 47:24, 48:2, 48:5, 48:11, 48:17, 48:20, 48:24, 49:2, 49:3, 49:10, 49:15, 49:20, 49:23, 50:2, 50:3, 50:12, 50:14, 50:17, 50:20, 51:1, 51:8, 51:9,

51:10, 51:15, 51:18, 52:2, 52:5, 52:8, 52:13, 52:14, 52:18, 52:22, 53:9, 53:14, 54:4, 54:6, 54:11, 54:14, 54:19, 54:25, 55:3, 55:17, 56:4, 56:5, 56:7, 56:12, 56:21, 57:13, 57:20, 58:4, 58:15, 58:24, 59:9, 59:11, 62:13, 62:22, 63:2, 63:8, 63:13, 64:10, 64:12, 64:18, 64:21, 65:1, 65:7, 65:10, 65:12, 65:15, 65:18, 65:20, 67:2, 67:5, 68:2, 68:9, 68:11, 71:1, 71:3, 71:6, 71:10, 71:17, 71:21, 72:1, 72:11, 72:17, 72:21, 72:23, 73:1, 73:8, 74:7, 74:10, 74:15, 75:7, 75:9, 76:2, 76:3, 76:10, 76:12, 77:8, 77:9, 77:23, 78:1, 78:6, 78:20, 78:21, 80:11, 80:12, 81:24, 82:2, 82:10, 82:12, 84:2, 84:5, 86:2, 86:4, 86:5, 88:18, 88:22, 89:2, 89:11, 89:25, 90:3, 90:5, 90:7, 92:24, 93:4, 93:17, 93:25, 94:7, 98:12, 101:23, 102:1, 102:5, 102:13, 102:17, 102:18, 102:20, 103:1, 104:4, 104:5, 104:13, 106:7, 106:10, 107:24, 108:4, 108:9, 110:3, 110:4
**MS** [2] - 102:9, 102:16
**MSB** [1] - 72:14
**MSI** [1] - 15:6
**multicolored** [1] - 45:18
**multiple** [2] - 45:17, 46:23
**must** [2] - 6:25, 60:16
**Mutual** [2] - 86:19, 95:21

**N**

**N26** [1] - 27:24
**name** [38] - 27:9,

27:10, 27:12, 27:16, 27:25, 28:12, 28:13, 28:20, 28:24, 31:10, 35:10, 35:12, 35:18, 35:20, 56:16, 72:14, 79:15, 79:23, 80:7, 83:13, 83:14, 83:15, 83:19, 84:9, 86:1, 86:9, 100:9, 100:13, 100:15, 100:19, 100:21, 100:23, 100:25, 101:1, 101:10, 101:13
**Name** [1] - 79:4
**names** [3] - 83:11, 101:2, 101:5
**NAT** [5] - 107:10, 107:11, 107:15, 107:17, 107:21
**National** [1] - 84:6
**nationality** [1] - 6:10
**nations** [1] - 86:20
**nature** [3] - 68:20, 96:12, 105:10
**NCFTA** [3] - 83:22, 83:24, 84:4
**necessarily** [4] - 69:4, 69:8, 69:10, 72:9
**need** [12] - 5:7, 41:21, 42:4, 58:12, 62:14, 64:3, 64:16, 65:2, 65:4, 70:10, 70:24, 71:8
**needed** [1] - 109:24
**net** [2] - 96:1, 96:9
**Network** [3] - 53:13, 73:24, 75:15
**never** [5] - 9:7, 9:13, 90:14, 99:6, 99:7
**new** [1] - 56:24
**New** [2] - 1:21, 1:25
**next** [21] - 12:3, 14:5, 27:13, 27:14, 27:18, 27:21, 27:23, 34:3, 34:13, 35:16, 52:20, 61:22, 76:4, 78:15, 79:6, 79:12, 79:16, 79:24, 80:3, 93:18, 109:14
**night** [1] - 68:18
**nobody** [1] - 103:6
**none** [1] - 79:18
**nonhearsay** [2] - 89:15, 89:22
**Nordea** [2] - 27:14, 31:9
**Northwest** [5] - 1:15, 1:18, 1:21, 2:3, 111:14

**Nos** [6] - 17:8, 18:12, 19:22, 21:21, 30:17, 37:7
**notably** [1] - 61:19
**note** [2] - 11:3, 11:17
**notebook** [1] - 87:22
**notes** [14] - 37:12, 37:14, 37:15, 37:17, 38:22, 42:25, 43:9, 43:22, 45:17, 47:18, 47:19, 51:22, 70:5, 111:5
**nothing** [2] - 56:23, 102:4
**notice** [5] - 6:1, 7:24, 8:18, 62:2, 63:4
**notify** [1] - 61:15
**notion** [1] - 89:21
**November** [4] - 91:12, 91:14, 94:18
**number** [22] - 12:18, 13:18, 19:3, 25:12, 27:8, 27:16, 27:25, 28:1, 28:11, 28:18, 48:3, 49:5, 50:11, 55:9, 55:11, 67:25, 75:1, 86:20, 89:11, 90:18, 103:25, 104:20
**numbers** [2] - 31:11, 101:20
**numerous** [2] - 22:9, 47:7

**O**

**oath** [1] - 8:20
**object** [4] - 55:11, 56:21, 57:14, 61:17
**objecting** [3] - 11:22, 11:23, 11:24
**objection** [58] - 10:9, 11:3, 11:18, 11:20, 13:10, 13:11, 14:19, 14:20, 16:1, 16:2, 17:4, 17:5, 18:8, 18:9, 19:18, 19:19, 21:10, 21:18, 24:19, 25:1, 26:12, 26:19, 30:7, 30:14, 32:9, 32:14, 33:5, 37:4, 38:9, 38:10, 40:19, 40:20, 42:14, 43:13, 43:14, 45:8, 45:9, 46:13, 46:14, 48:2, 50:19, 50:20, 52:4, 52:8, 52:18, 53:9, 54:13, 55:13, 58:17, 60:24, 65:13, 72:24, 74:9, 74:10, 76:10, 77:25,

78:1, 88:21
**objections** [3] - 6:25, 55:9, 58:25
**objective** [3] - 5:10, 66:12, 70:6
**obligations** [1] - 8:12
**obtain** [2] - 76:17, 98:19
**obtained** [1] - 76:23
**obvious** [1] - 58:9
**obviously** [2] - 55:6, 63:25
**occasion** [2] - 99:15, 99:17
**occurred** [4] - 9:8, 11:22, 11:23, 107:22
**October** [3] - 34:12, 34:23, 78:13
**OF** [6] - 1:1, 1:3, 1:10, 1:15, 1:18, 1:20
**offer** [2] - 67:16, 88:19
**OFFICE** [1] - 1:14
**officer** [5] - 66:19, 69:6, 69:9, 81:4, 100:7
**officers** [3] - 80:22, 81:6, 81:19
**Official** [1] - 2:1
**official** [14] - 53:22, 54:1, 54:9, 55:17, 56:8, 56:9, 57:22, 73:17, 77:3, 77:4, 77:21, 78:11, 78:17, 111:12
**officially** [1] - 86:22
**officials** [1] - 89:22
**often** [1] - 88:8
**old** [1] - 36:1
**older** [1] - 23:16
**Omedetou** [9] - 55:6, 56:16, 56:25, 58:3, 71:24, 72:15, 103:11, 106:20, 106:25
**one** [56] - 12:15, 14:2, 14:11, 21:24, 21:25, 27:1, 28:3, 30:25, 33:16, 34:13, 35:14, 35:23, 41:22, 45:19, 48:4, 54:15, 56:2, 56:3, 57:25, 60:9, 60:19, 60:25, 67:18, 71:22, 76:11, 78:24, 80:13, 81:17, 84:1, 84:13, 89:11, 91:2, 91:3, 92:8, 98:23, 99:4, 100:19, 100:20, 100:22, 100:24, 101:2, 103:4, 103:12, 103:14,

103:19, 104:2, 104:3, 104:6, 104:20, 105:16, 106:25, 109:21
**one's** [1] - 52:20
**ongoing** [1] - 89:22
**open** [10] - 12:22, 15:12, 16:16, 17:19, 24:7, 36:10, 39:23, 59:13, 66:4, 94:5
**opened** [1] - 10:24
**opening** [6] - 9:7, 10:15, 10:21, 66:7, 67:1
**operate** [1] - 107:21
**operating** [5] - 53:7, 76:17, 97:23, 98:14, 107:14
**operation** [1] - 84:17
**opinion** [1] - 68:14
**opportunity** [6] - 6:19, 61:17, 62:1, 62:5, 62:7, 62:19
**opposed** [1] - 63:2
**option** [2] - 68:22, 69:23
**orange** [1] - 45:19
**order** [5] - 12:8, 61:16, 61:25, 62:6, 73:6
**organization** [1] - 84:8
**OSs** [2] - 107:9, 107:13
**otherwise** [3] - 11:24, 65:5, 98:7
**outside** [1] - 65:14
**overnight** [1] - 64:22
**overruled** [1] - 53:10

**P**

**p.m** [5] - 1:7, 12:6, 59:21, 73:4, 108:23
**pace** [1] - 108:10
**page** [16] - 34:8, 44:1, 44:7, 72:1, 73:19, 78:7, 78:25, 79:6, 79:12, 79:16, 79:19, 79:24, 80:3, 80:8, 102:23, 104:25
**PAGE** [1] - 3:2
**Page** [5] - 75:8, 92:17, 92:18, 94:8, 94:23
**pages** [8] - 42:24, 45:17, 45:19, 46:21, 48:22, 73:13, 73:14, 78:25

**paper** [6] - 20:7, 25:14, 25:15, 37:13, 42:25, 45:18
**papers** [2] - 24:2, 47:18
**paragraph** [8] - 73:20, 74:19, 78:8, 78:15, 105:1, 106:7, 107:5, 107:7
**part** [11] - 53:2, 71:23, 86:6, 86:17, 87:5, 87:14, 88:4, 88:11, 90:9, 95:6, 95:23
**Part** [2] - 72:7, 72:11
**particular** [2] - 69:14, 105:12
**particularly** [1] - 55:10
**parties** [1] - 72:13
**parts** [1] - 71:22
**party** [3] - 60:17, 60:24, 86:20
**pass** [1] - 12:13
**passes** [1] - 81:24
**passport** [8] - 33:18, 33:20, 33:24, 34:5, 34:14, 35:5, 35:17, 75:1
**password** [1] - 22:24
**past** [2] - 8:6, 82:8
**Patrol** [5] - 9:5, 9:22, 10:1, 10:11, 80:14
**pause** [2] - 22:25, 73:20
**paying** [1] - 96:10
**PEARLMAN** [1] - 1:20
**PELKER** [3] - 1:17, 102:9, 102:16
**pen** [3] - 16:12, 95:15, 95:25
**Pennsylvania** [1] - 1:18
**people** [2] - 88:5, 109:10
**percent** [3] - 92:9, 94:17, 95:5
**perfect** [2] - 72:22, 106:9
**perhaps** [8] - 25:18, 49:6, 60:4, 60:13, 61:23, 81:11, 109:10, 109:11
**period** [1] - 78:13
**person** [6] - 5:11, 27:10, 28:22, 28:23, 69:15, 70:6
**person's** [1] - 28:24
**personally** [1] - 97:8

**persons** [1] - 6:9
**phone** [8] - 20:9, 22:10, 22:18, 28:18, 41:21, 42:4, 54:15, 83:16
**phones** [1] - 41:18
**photo** [14] - 25:11, 25:15, 25:16, 25:19, 33:20, 33:22, 34:7, 34:9, 34:16, 34:18, 35:6, 35:8, 35:18, 35:20
**photograph** [2] - 25:20, 25:22
**photos** [1] - 85:9
**phrasing** [1] - 66:6
**physical** [3] - 51:2, 87:7, 87:12
**Pi** [1] - 18:21
**pick** [2] - 54:14, 93:1
**picking** [1] - 85:9
**place** [8] - 9:22, 18:25, 20:18, 23:23, 36:5, 39:19, 51:5, 80:23
**plain** [1] - 68:5
**Plaintiff** [1] - 1:4
**PLAINTIFF** [1] - 1:14
**plan** [1] - 64:8
**plane** [4] - 68:17, 69:18, 69:23, 70:11
**planned** [1] - 81:11
**plans** [2] - 80:25, 99:7
**plastic** [1] - 20:6
**plated** [1] - 28:4
**plausible** [1] - 103:6
**Playa** [1] - 81:12
**PLLC** [1] - 1:24
**plug** [1] - 23:22
**plural** [2] - 103:14, 104:1
**point** [24] - 6:24, 7:20, 11:17, 57:4, 67:23, 67:25, 69:24, 70:22, 81:17, 85:8, 85:17, 88:18, 89:25, 93:18, 98:23, 99:4, 100:18, 100:24, 101:3, 102:5, 103:10, 103:22, 104:12, 107:25
**pointed** [1] - 61:13
**police** [4] - 69:6, 69:9, 86:7, 90:14
**port** [1] - 107:11
**portal** [2] - 53:20, 91:9
**portion** [2] - 58:10, 61:22

**portions** [2] - 20:7, 20:12
**ports** [1] - 23:11
**pose** [1] - 110:9
**position** [6] - 8:1, 10:9, 60:8, 68:16, 68:19, 70:10
**positive** [1] - 56:13
**possession** [2] - 58:19, 78:19
**possible** [4] - 82:3, 98:11, 98:17, 106:13
**possibly** [1] - 99:1
**postmarked** [1] - 48:5
**potential** [1] - 66:22
**potentially** [1] - 70:16
**pouch** [4] - 22:3, 22:6, 22:13, 22:16
**power** [1] - 15:7
**practical** [2] - 61:15, 61:25
**precede** [1] - 39:16
**prefer** [3] - 65:21, 82:4, 108:4
**premarked** [8] - 29:9, 29:23, 30:6, 36:22, 36:25, 40:12, 47:16, 48:6
**prepaid** [1] - 14:1
**prepared** [1] - 95:22
**present** [2] - 12:7, 60:7
**president** [2] - 28:17, 30:25
**presumably** [3] - 61:19, 63:11, 63:22
**pretrial** [5] - 7:1, 60:16, 61:5, 62:10, 70:3
**pretty** [1] - 109:23
**previous** [3] - 44:1, 48:16, 51:21
**PREVIOUSLY** [1] - 12:10
**previously** [5] - 9:2, 39:6, 49:13, 51:16, 62:24
**PRICE** [2] - 3:3, 12:10
**Price** [10] - 9:25, 10:2, 11:16, 12:13, 23:12, 25:7, 46:20, 60:1, 93:21, 109:7
**price** [47] - 12:22, 13:22, 13:25, 15:2, 15:12, 16:7, 16:10, 17:14, 18:15, 18:18, 19:25, 20:5, 20:15,

21:7, 21:24, 22:5, 22:25, 23:23, 26:25, 30:20, 31:12, 33:16, 37:10, 38:16, 42:19, 43:3, 43:20, 45:15, 48:12, 50:4, 51:2, 51:19, 52:15, 54:7, 64:25, 67:11, 73:9, 74:16, 76:4, 77:10, 82:13, 89:6, 90:8, 94:8, 103:2, 106:11, 108:25
**primarily** [1] - 45:18
**primary** [4] - 73:21, 75:12, 101:10, 101:13
**printed** [4] - 25:11, 25:17, 25:18, 75:23
**printer** [1] - 25:19
**problem** [4] - 56:3, 57:12, 70:14, 97:4
**procedural** [1] - 5:20
**procedurally** [1] - 63:3
**proceed** [2] - 11:13, 59:5
**proceeded** [1] - 80:23
**proceedings** [11] - 12:6, 59:12, 59:21, 60:2, 71:12, 73:4, 94:4, 108:23, 109:8, 110:12, 111:6
**proceeds** [1] - 91:22
**process** [1] - 6:8
**produced** [3] - 64:5, 64:12, 111:6
**product** [1] - 67:7
**professional** [1] - 104:17
**prominently** [1] - 84:9
**promised** [1] - 108:7
**pronunciation** [1] - 86:10
**proper** [3] - 55:8, 55:23, 107:9
**proponent** [1] - 7:6
**proposed** [3] - 71:18, 71:20, 71:22
**proposition** [1] - 63:11
**prosecutors** [1] - 99:18
**protector** [1] - 15:8
**prove** [1] - 103:7
**provide** [4] - 54:1, 58:12, 67:8, 77:4
**provided** [2] - 77:21, 81:10
**provider** [1] - 90:12

**providers** [1] - 90:11
**proving** [1] - 57:24
**public** [1] - 92:6
**publish** [17] - 13:9, 14:18, 15:25, 17:3, 18:7, 19:17, 21:9, 24:18, 26:11, 30:6, 32:8, 38:8, 40:18, 43:12, 46:12, 74:7, 77:24
**published** [24] - 14:22, 17:7, 18:11, 19:21, 21:20, 25:3, 26:21, 30:16, 33:7, 37:6, 38:12, 39:7, 42:15, 43:16, 45:11, 46:16, 46:25, 48:8, 50:21, 51:15, 52:9, 74:12, 78:3, 102:22
**pull** [7] - 8:4, 17:11, 36:21, 37:19, 39:6, 102:9, 102:12
**pulled** [2] - 48:18, 69:5
**punched** [1] - 45:20
**purpose** [2] - 65:15, 81:9
**purposes** [2] - 69:11, 105:17
**pursuant** [2] - 73:22, 75:13
**pursue** [1] - 5:6
**put** [16] - 8:20, 14:4, 15:9, 16:13, 17:17, 25:24, 29:3, 31:14, 39:2, 44:16, 68:4, 82:19, 87:7, 87:11, 87:16, 93:7
**putting** [3] - 48:4, 66:15, 102:13

**Q**

**quarter** [1] - 82:8
**query** [1] - 90:10
**questioning** [1] - 68:20
**questions** [8] - 6:10, 6:18, 60:21, 70:9, 80:24, 110:6, 110:7, 110:9
**quick** [3] - 21:11, 67:18, 72:21
**quickly** [4] - 22:12, 32:11, 40:21, 109:19
**quoting** [1] - 70:4

**R**

**rack** [1] - 103:17
**raise** [2] - 7:7, 110:1
**raised** [4] - 6:25, 60:16, 61:4, 70:3
**RANDOLPH** [1] - 1:11
**random** [1] - 23:3
**range** [2] - 40:22, 41:3
**Raspberry** [1] - 18:21
**rather** [2] - 72:19, 93:13
**RDR** [3] - 2:1, 111:3, 111:12
**re** [4] - 46:9, 48:24, 49:16, 49:20
**re-creation** [1] - 46:9
**re-mark** [3] - 48:24, 49:16, 49:20
**reach** [1] - 67:4
**reached** [1] - 5:4
**read** [18] - 34:21, 36:2, 36:4, 60:25, 61:3, 72:12, 73:19, 73:20, 74:17, 74:24, 75:10, 78:7, 88:24, 103:2, 104:15, 105:14, 106:12, 107:7
**reader** [1] - 16:11
**reading** [5] - 85:6, 93:11, 96:21, 98:3, 98:6
**readmit** [1] - 49:19
**ready** [2] - 71:13, 82:13
**real** [2] - 21:11, 93:20
**realized** [1] - 5:14
**really** [5] - 8:25, 69:1, 109:12, 109:18, 109:24
**reason** [7] - 5:21, 7:2, 61:11, 69:3, 70:14, 70:18, 85:3
**reasonable** [2] - 5:11, 108:9
**reasonably** [4] - 7:2, 61:10, 61:12, 64:2
**received** [1] - 53:4
**Received** [1] - 3:9
**recently** [1] - 46:22
**recess** [1] - 71:11
**recognize** [25] - 12:25, 14:9, 15:15, 16:18, 17:22, 18:18, 19:8, 20:24, 24:9,

29:12, 31:24, 36:13, 37:24, 40:1, 43:5, 44:11, 44:23, 46:3, 46:5, 54:7, 73:13, 73:15, 77:13, 77:15, 88:14
**recollection** [25] - 6:19, 80:15, 81:19, 83:10, 91:1, 92:23, 92:25, 93:5, 93:13, 93:14, 93:15, 93:24, 94:2, 94:13, 95:1, 95:21, 96:4, 96:9, 96:24, 96:25, 97:21, 98:4, 98:5, 98:10, 104:9
**record** [21] - 10:9, 10:13, 11:3, 11:18, 13:17, 34:24, 49:8, 56:10, 57:13, 57:14, 72:6, 72:12, 73:17, 77:16, 77:21, 78:10, 78:16, 78:17, 89:4, 89:5, 89:15
**recording** [1] - 100:24
**records** [23] - 53:22, 54:1, 54:9, 55:18, 55:19, 56:8, 72:15, 75:4, 75:24, 77:3, 78:11, 78:18, 78:19, 79:1, 79:13, 84:19, 85:13, 87:18, 87:19, 89:12, 90:13, 101:18, 105:9
**recover** [1] - 24:2
**recovered** [20] - 13:6, 14:11, 14:15, 15:18, 15:22, 16:20, 16:24, 17:24, 18:3, 19:10, 19:14, 21:5, 24:11, 24:15, 26:8, 29:18, 32:5, 36:19, 40:7, 45:4
**recovering** [9] - 13:2, 21:1, 26:4, 29:14, 29:25, 32:1, 36:15, 40:3, 44:25
**recovery** [1] - 25:20
**red** [1] - 79:10
**redact** [6] - 55:15, 56:19, 58:8, 58:9, 59:6, 59:7
**redacted** [6] - 57:6, 57:7, 57:10, 57:11, 57:15, 57:23
**redacting** [3] - 57:21, 71:23, 72:7
**redaction** [4] - 56:23, 57:5, 58:10, 58:16

redirect [2] - 65:11, 70:25

**Redman** [3] - 7:10, 7:13, 60:13

refer [1] - 41:9

reference [3] - 9:2, 83:15, 107:14

referenced [1] - 104:22

references [1] - 8:6

referred [2] - 60:3, 76:20

referring [5] - 13:17, 83:23, 84:4, 84:11, 105:8

refers [1] - 56:12

reflection [1] - 78:19

refresh [11] - 6:19, 92:23, 93:13, 93:14, 93:24, 94:13, 95:1, 96:24, 97:21, 98:4

refreshes [1] - 94:1

refreshing [2] - 92:25, 93:5

regarding [3] - 54:2, 77:5, 89:22

register [4] - 53:7, 58:17, 95:15, 95:25

registered [1] - 56:16

registrants [1] - 77:2

registration [7] - 52:15, 52:23, 53:17, 54:2, 72:14, 73:25, 75:16

regular [1] - 89:7

regularly [2] - 88:5, 107:10

relate [2] - 74:1, 75:17

related [1] - 77:19

relation [2] - 95:10, 96:6

relevance [2] - 88:22, 88:23

relevant [1] - 61:23

relied [2] - 96:16, 96:19

remaining [2] - 23:20, 28:3

remember [23] - 62:15, 62:16, 62:18, 64:15, 84:13, 85:16, 87:3, 87:9, 92:14, 93:21, 96:18, 98:11, 98:17, 101:5, 101:19, 103:16, 103:17, 103:18, 103:20, 103:21, 103:23, 103:24, 104:10

remind [4] - 66:6, 83:23, 97:1, 97:2

removed [1] - 49:5

renumber [1] - 49:7

repeat [1] - 47:3

report [5] - 83:22, 84:10, 84:11, 84:12, 88:9

**REPORTED** [1] - 2:1

**REPORTER** [6] - 41:15, 50:10, 54:22, 55:1, 85:25, 86:3

reporter [1] - 7:12

**Reporter** [2] - 2:1, 111:12

reports [2] - 73:22, 75:13

representatives [1] - 99:18

request [11] - 53:22, 60:24, 62:2, 62:6, 77:3, 86:14, 86:21, 86:22, 95:22, 95:23

requested [1] - 87:18

requesting [2] - 90:12, 96:1

require [1] - 66:13

required [5] - 6:9, 7:23, 53:7, 61:4, 76:17

requirements [5] - 52:16, 52:23, 76:5, 76:8, 76:13

research [6] - 59:18, 61:2, 66:1, 67:19, 68:12, 108:20

resolution [3] - 71:20, 71:22, 72:21

resolve [3] - 67:9, 67:17, 70:23

resolves [1] - 11:6

respect [1] - 6:13

respond [1] - 89:2

response [2] - 91:23, 110:9

responses [1] - 56:14

responsibility [2] - 73:22, 75:13

responsive [2] - 72:6, 72:15

rest [1] - 56:1

restraint [1] - 66:11

restroom [1] - 71:9

results [4] - 79:6, 79:9, 79:16, 79:24

retake [2] - 51:12, 51:13

retired [2] - 60:1, 109:7

return [1] - 31:15

returned [1] - 85:1

reveal [1] - 53:23

revealed [1] - 53:24

review [3] - 22:12, 93:6, 94:8

reviewed [8] - 83:3, 83:6, 83:9, 83:12, 84:14, 84:19, 96:18, 101:18

reviewing [1] - 84:21

revisit [1] - 90:5

rights [1] - 10:13

rise [3] - 12:4, 73:2, 108:21

road [1] - 69:6

**Roman** [20] - 27:16, 27:25, 28:12, 28:13, 28:17, 28:24, 30:25, 35:13, 35:21, 53:16, 55:5, 56:15, 74:25, 76:23, 78:11, 79:23, 80:7, 80:14, 83:13, 83:19

**ROMAN** [1] - 1:6

**Romania** [14] - 95:10, 95:16, 95:22, 96:7, 97:6, 99:4, 99:6, 99:8, 103:15, 103:19, 103:20, 104:2, 104:3, 104:9

**Romanian** [7] - 95:7, 95:15, 95:23, 95:24, 96:3, 96:5, 107:20

room [1] - 80:21

**Room** [1] - 2:3

roughly [3] - 84:24, 90:20, 91:13

router [1] - 85:14

rule [11] - 7:22, 58:16, 60:11, 60:12, 60:22, 60:25, 61:3, 61:8, 64:1, 68:5, 68:8

**Rule** [10] - 5:15, 5:25, 6:24, 60:18, 61:14, 61:23, 62:1, 62:4, 67:4, 70:18

run [1] - 71:8

running [2] - 107:9, 107:13

**Russia** [1] - 69:23

**Russian** [6] - 33:18, 37:16, 38:23, 43:24, 46:24, 47:7

---

**S**

---

sale [1] - 91:22

**Samsung** [1] - 17:16

sandbag [1] - 58:18

**SanDisk** [1] - 23:8

**SAP** [1] - 23:2

satisfy [1] - 7:20

saw [4] - 25:20, 31:5, 83:11, 84:15

scan [2] - 43:3, 58:11

scanned [9] - 37:17, 38:2, 38:4, 43:9, 46:6, 46:8, 46:22, 47:5, 51:21

scans [1] - 107:11

scope [1] - 65:14

scratch [1] - 104:19

screen [10] - 43:1, 45:21, 48:15, 48:22, 50:8, 52:7, 71:21, 73:9, 75:7, 77:10

screening [3] - 80:14, 80:19, 80:20

screenshot [3] - 25:18, 79:1, 79:13

screenshots [1] - 77:18

scroll [6] - 38:17, 43:20, 46:1, 78:20, 104:24, 106:21

**SD** [8] - 18:23, 20:13, 20:15, 22:9, 22:19, 22:20, 22:22, 23:18

search [44] - 13:3, 14:12, 15:18, 15:22, 16:20, 17:24, 19:10, 21:2, 22:5, 24:1, 24:12, 26:5, 26:8, 29:15, 30:1, 32:2, 32:5, 36:16, 36:19, 40:4, 40:7, 44:25, 53:22, 53:23, 56:13, 72:4, 72:14, 73:25, 75:4, 75:16, 75:24, 77:3, 78:10, 79:2, 79:7, 79:11, 79:13, 79:17, 79:25, 80:1, 80:4, 80:10, 80:23, 85:13

searched [6] - 72:4, 77:2, 79:3, 79:14, 79:22, 80:6

searches [1] - 77:19

searching [2] - 53:20, 56:13

seated [6] - 12:8, 59:22, 71:19, 73:5, 81:2, 108:24

seats [2] - 51:12, 51:14

second [7] - 31:1, 72:1, 78:8, 78:25, 88:24, 91:12, 102:23

secondary [3] - 80:13, 80:19, 80:20

**Secrecy** [6] - 52:17, 52:24, 53:3, 53:5, 73:23, 75:14

**Section** [2] - 73:23, 75:14

secure [3] - 104:17, 107:9, 107:13

**Securities** [2] - 76:19, 77:17

security [2] - 104:19, 107:12

see [33] - 8:5, 13:20, 21:12, 22:21, 33:12, 37:22, 40:15, 41:20, 43:21, 43:22, 44:3, 44:4, 44:9, 45:22, 48:23, 52:20, 59:18, 64:13, 67:4, 68:13, 73:11, 77:12, 83:14, 92:22, 94:25, 97:2, 102:1, 102:21, 105:1, 107:4, 108:20, 109:22, 110:11

seeing [5] - 66:25, 83:13, 83:15, 85:12, 96:17

seeking [1] - 93:25

seizures [1] - 66:10

self [1] - 55:19

self-authenticating [1] - 55:19

selling [1] - 91:17

send [4] - 91:8, 91:13, 91:15, 91:20

sending [1] - 98:16

sent [12] - 88:5, 88:8, 88:16, 89:14, 89:17, 89:21, 89:23, 91:21, 92:1, 95:19, 95:20, 98:1

sentence [7] - 56:2, 103:2, 104:15, 104:16, 105:14, 106:11, 106:12

separate [3] - 31:13, 39:3, 40:11

separately [2] - 31:15, 40:17

**September** [5] - 91:2, 91:7, 92:8, 94:16, 105:25

series [4] - 23:13, 37:12, 74:3, 74:21

server [22] - 95:16, 96:7, 96:10, 96:11, 96:12, 96:14, 97:5, 97:6, 97:11, 97:16, 98:20, 98:24, 99:5,

103:12, 103:14, 103:19, 104:3, 104:9, 105:8, 107:20

**Server** [1] - 97:23

**servers** [13] - 92:4, 98:14, 103:7, 103:13, 103:14, 103:20, 103:24, 104:1, 104:9, 104:10, 106:14, 106:17, 107:9

**service** [5] - 90:12, 94:2, 94:15, 94:19, 95:3

**services** [8] - 52:16, 52:24, 53:8, 53:17, 54:2, 74:1, 75:17, 92:5

**SESSION** [1] - 1:5

**setting** [1] - 5:13

**settings** [1] - 107:10

**seven** [1] - 81:2

**Seventh** [1] - 6:7

**several** [6] - 20:20, 43:22, 77:18, 81:10, 100:20, 101:8

**severe** [1] - 66:12

**shall** [1] - 7:15

**short** [2] - 59:4, 60:4

**shortened** [1] - 44:14

**shortly** [1] - 59:19

**show** [23] - 5:19, 7:6, 7:16, 13:22, 15:2, 16:7, 17:11, 18:15, 19:25, 20:3, 27:1, 27:21, 28:7, 30:20, 30:21, 33:17, 38:4, 48:12, 51:2, 62:9, 72:1, 93:5, 102:24

**showed** [2] - 46:22, 51:22

**showing** [12] - 12:23, 14:7, 15:13, 20:20, 29:7, 31:21, 36:10, 39:24, 44:19, 47:14, 68:6, 106:3

**shown** [10] - 5:18, 37:22, 43:5, 46:21, 50:7, 51:19, 78:25, 79:12, 80:8, 91:9

**shows** [2] - 56:15, 60:24

**side** [5] - 28:16, 30:25, 31:1, 33:1, 69:6

**sided** [1] - 42:24

**Sierra** [1] - 20:22

**silently** [1] - 93:6

**SIM** [4] - 14:1, 20:9, 22:10, 22:18

**similar** [3] - 20:12, 23:2, 38:21

**simple** [1] - 72:23

**simply** [5] - 56:12, 56:15, 56:24, 67:8, 89:23

**single** [1] - 36:8

**sit** [3] - 8:22, 109:20, 109:25

**site** [2] - 90:22, 92:6

**situation** [3] - 10:1, 89:16, 105:12

**skeptical** [2] - 89:14, 89:20

**sleeve** [1] - 15:8

**slow** [1] - 7:11

**small** [3] - 22:3, 22:13, 25:11

**soil** [1] - 100:8

**solely** [1] - 93:24

**solution** [1] - 104:19

**someone** [3] - 67:24, 68:24, 83:16

**sometimes** [2] - 23:5, 76:20

**somewhat** [1] - 89:13

**soon** [2] - 61:14, 61:24

**sorry** [28] - 7:11, 7:13, 8:2, 10:18, 12:15, 13:13, 13:14, 19:3, 20:11, 22:21, 29:11, 39:4, 40:24, 47:1, 47:19, 54:19, 54:22, 56:6, 58:2, 71:4, 71:5, 74:16, 80:17, 84:2, 85:25, 88:24, 91:6, 98:2

**sort** [12] - 5:14, 6:20, 23:21, 33:1, 34:6, 81:20, 81:23, 98:3, 98:5, 101:3, 109:11, 109:16

**sounds** [2] - 83:8, 109:19

**Soviet** [1] - 36:1

**space** [1] - 58:13

**speaking** [3] - 9:23, 84:21, 95:6

**Special** [2] - 85:18, 85:21

**special** [2] - 53:2, 81:3

**specialist** [1] - 82:16

**specialized** [1] - 53:4

**specific** [7] - 87:3, 92:15, 100:16, 101:2, 101:5, 101:20, 105:6

**specifically** [6] -

36:21, 96:18, 97:18, 98:17, 100:25, 103:16

**specifics** [4] - 85:1, 85:16, 87:8, 98:11

**specified** [1] - 61:16

**specs** [1] - 96:10

**speculate** [2] - 57:9, 57:10

**spent** [1] - 5:1

**spread** [1] - 66:14

**stage** [2] - 66:11, 66:17

**staking** [1] - 44:10

**stand** [3] - 32:21, 64:25, 65:6

**standard** [1] - 7:21

**standing** [3] - 9:25, 69:15, 69:16

**stands** [1] - 86:19

**start** [8] - 10:12, 37:10, 80:18, 82:3, 82:4, 82:5, 105:7

**started** [4] - 82:23, 82:24, 82:25, 83:7

**starting** [2] - 75:10, 78:8

**starts** [2] - 104:15, 106:8

**state** [2] - 78:15, 89:8

**statement** [7] - 6:1, 7:18, 9:13, 10:16, 42:2, 63:15, 93:20

**statements** [2] - 6:2, 92:15

**STATES** [4] - 1:1, 1:3, 1:11, 1:14

**States** [21] - 2:2, 6:6, 6:9, 7:9, 7:13, 11:12, 53:11, 69:20, 73:23, 75:14, 80:25, 87:6, 87:15, 90:8, 95:9, 95:14, 95:24, 97:10, 98:19, 104:11, 111:13

**states** [8] - 74:25, 76:8, 76:13, 79:4, 79:10, 80:1, 80:9, 106:18

**stating** [3] - 81:10, 81:14, 91:21

**status** [1] - 88:9

**stay** [3] - 32:17, 39:11, 42:10

**stayed** [2] - 84:24, 85:4

**staying** [2] - 32:15, 85:15

**stenographic** [1] - 111:5

**step** [5] - 33:10,

33:11, 41:17, 66:24, 108:25

**steps** [2] - 10:6, 99:2

**Sterlingov** [48] - 8:9, 9:4, 9:14, 9:23, 10:3, 10:10, 11:15, 27:16, 28:1, 28:12, 28:17, 28:24, 30:25, 34:19, 35:9, 35:13, 35:21, 47:24, 53:16, 53:25, 55:5, 56:15, 58:3, 66:2, 68:16, 74:25, 76:23, 78:12, 79:23, 80:7, 80:14, 80:19, 80:20, 81:6, 81:8, 81:21, 83:13, 84:15, 84:24, 85:22, 87:7, 87:11, 90:15, 97:13, 98:20, 99:21, 99:25, 104:22

**STERLINGOV** [1] - 1:6

**Sterlingov's** [16] - 13:3, 14:12, 15:18, 17:25, 18:3, 19:11, 21:2, 33:23, 34:10, 39:16, 83:19, 87:16, 95:16, 96:6, 105:19, 107:20

**still** [7] - 42:5, 64:25, 65:7, 97:16, 97:23, 103:6, 109:23

**stipulate** [2] - 72:12, 72:13

**stipulated** [3] - 58:1, 58:2, 58:4

**Stockholm** [1] - 99:17

**stop** [3] - 44:1, 66:9, 69:4

**stopped** [1] - 105:25

**stopping** [3] - 56:23, 102:5, 107:24

**storage** [6] - 18:23, 20:14, 22:9, 22:20, 22:22, 23:9

**streamline** [1] - 32:13

**Street** [2] - 1:15, 1:24

**strike** [3] - 55:12, 57:11, 68:12

**strikes** [1] - 106:13

**stripe** [1] - 27:24

**stuck** [1] - 48:19

**studio** [1] - 100:24

**styled** [1] - 62:24

**stylus** [1] - 16:12

**subexhibits** [1] - 20:21

**Subexhibits** [1] -

22:11

**subject** [2] - 74:25, 75:22

**submitted** [2] - 53:16, 77:3

**submitting** [1] - 53:21

**subscriber** [1] - 96:9

**subsequent** [1] - 78:25

**substantial** [1] - 8:15

**substantially** [15] - 13:5, 14:14, 15:21, 16:23, 18:2, 19:13, 21:4, 24:14, 26:7, 29:17, 30:3, 32:4, 36:18, 40:6, 45:3

**substantive** [2] - 5:14, 60:13

**suggesting** [1] - 56:20

**Suite** [1] - 1:16

**support** [1] - 91:9

**suppose** [1] - 49:17

**supposed** [1] - 71:7

**suppress** [5] - 5:16, 7:15, 60:16, 62:1, 63:16

**suppressed** [2] - 8:14, 8:16

**suppression** [4] - 5:23, 7:3, 7:8, 61:6

**suppression-of-evidence** [1] - 61:6

**Supreme** [1] - 11:11

**surprise** [3] - 58:23, 61:21, 63:25

**surprised** [1] - 5:15

**surprising** [1] - 59:2

**surveillance** [8] - 84:15, 84:17, 84:19, 85:7, 85:22, 87:7, 87:12, 87:17

**suspect** [1] - 5:3

**suspects** [1] - 83:11

**Sweden** [11] - 31:10, 35:5, 75:2, 99:10, 99:12, 99:14, 99:17, 99:22, 99:25, 100:2, 100:5

**Swedish** [14] - 14:2, 35:17, 86:7, 86:8, 86:11, 86:15, 87:1, 87:6, 87:11, 87:15, 90:10, 90:14, 100:7

**SWORN** [1] - 12:10

**systems** [1] - 107:14

Appx3071

| **T** | | | | |

**T-V-E-R-S-K-A-Y-A**
[1] - 39:9
**table** [3] - 80:22,
80:23, 81:3
**tag** [1] - 15:6
**tape** [4] - 20:8,
20:13, 20:16, 58:11
**targeted** [1] - 63:12
**team** [4] - 67:25,
97:9, 104:17, 104:22
**teams** [1] - 67:17
**telephone** [1] - 31:11
**ten** [5] - 71:8, 90:19,
90:22, 104:18
**terminate** [2] - 5:12,
70:7
**terms** [3] - 56:13,
67:6, 72:4
**terribly** [1] - 58:9
**Terry** [1] - 66:9
**test** [2] - 69:2, 69:11
**testified** [2] - 89:6,
93:21
**testify** [2] - 98:5,
98:7
**testifying** [6] - 33:12,
91:10, 92:12, 92:14,
98:3, 106:4
**testimony** [6] -
67:16, 98:13, 101:6,
103:18, 106:24, 109:1
**text** [16] - 14:3,
43:24, 44:4, 44:9,
46:23, 47:6, 68:5,
74:3, 74:17, 74:21,
75:10, 79:10, 80:9,
105:13, 106:18,
106:19
**THE** [219] - 1:1, 1:11,
1:14, 1:15, 1:23, 5:1,
5:17, 5:22, 6:13, 6:21,
7:4, 7:11, 7:19, 8:2,
8:5, 8:10, 8:20, 8:25,
9:6, 9:17, 10:5, 10:14,
10:19, 10:23, 11:4,
11:9, 11:11, 11:19,
12:2, 12:4, 12:7, 12:9,
12:15, 12:17, 12:20,
13:10, 13:12, 13:14,
13:20, 14:19, 14:21,
16:1, 16:3, 17:4, 17:6,
18:8, 18:10, 19:3,
19:18, 19:20, 21:10,
21:13, 21:15, 21:19,
24:19, 24:22, 24:24,
25:2, 26:12, 26:15,
26:17, 26:20, 30:7,

30:10, 30:12, 30:15,
32:9, 32:12, 32:16,
32:23, 32:25, 33:6,
33:10, 33:14, 37:1,
37:5, 38:9, 38:11,
40:19, 41:10, 41:15,
41:19, 42:4, 42:8,
42:14, 43:13, 43:15,
45:8, 45:10, 45:25,
46:13, 46:15, 47:21,
48:1, 48:3, 48:7,
48:18, 49:1, 49:9,
49:14, 49:17, 49:22,
50:1, 50:10, 50:19,
50:21, 51:12, 51:25,
52:4, 52:7, 52:9,
52:19, 53:10, 53:11,
54:5, 54:13, 54:16,
54:22, 54:24, 55:1,
55:2, 55:12, 55:20,
56:9, 56:20, 57:4,
57:16, 58:2, 58:5,
59:3, 59:10, 59:14,
59:22, 59:23, 59:25,
60:3, 62:20, 63:1,
63:7, 63:10, 63:14,
64:11, 64:17, 64:20,
64:24, 65:2, 65:9,
65:13, 65:17, 65:19,
65:23, 67:3, 67:10,
68:7, 68:10, 68:23,
71:2, 71:5, 71:7,
71:13, 71:15, 71:19,
71:20, 71:25, 72:10,
72:16, 72:18, 72:22,
72:25, 73:2, 73:5,
73:7, 74:9, 74:11,
76:11, 77:25, 78:2,
82:1, 82:7, 84:1, 84:3,
85:25, 86:3, 88:21,
88:24, 89:10, 89:13,
90:2, 90:4, 90:6, 93:1,
93:9, 93:23, 94:3,
94:6, 98:2, 98:8, 98:9,
98:10, 101:25, 102:3,
102:7, 102:11,
102:15, 102:19,
104:6, 104:8, 108:1,
108:6, 108:11,
108:18, 108:21,
108:24, 108:25,
109:3, 109:5, 109:6,
109:9, 110:5
**themselves** [2] -
95:9, 95:13
**there're** [1] - 40:11
**thereof** [1] - 7:16
**Thereupon** [3] -
60:1, 71:11, 109:7
**they've** [1] - 6:2

**thinks** [1] - 62:11
**three** [4] - 17:15,
42:24, 84:25, 85:4
**throwing** [1] - 66:14
**tired** [2] - 59:4, 60:3
**title** [1] - 78:23
**titled** [1] - 79:4
**to..** [2] - 74:2, 75:18
**today** [5] - 8:22,
65:21, 67:17, 70:24,
89:20
**token** [2] - 23:2, 23:3
**tomorrow** [10] -
64:25, 65:7, 90:1,
90:5, 108:15, 108:18,
109:3, 109:5, 109:22,
110:11
**tonight** [2] - 68:13,
110:1
**took** [2] - 10:11,
80:19
**top** [9] - 27:6, 27:15,
39:20, 44:7, 94:21,
100:14, 100:17,
107:18
**topic** [3] - 76:4,
80:13, 81:15
**Tor** [1] - 92:5
**TOR** [2] - 1:23, 1:24
**total** [1] - 27:20
**towards** [2] - 44:7,
93:19
**track** [2] - 49:24,
52:6
**traffic** [5] - 69:3,
96:13, 97:5, 97:6,
97:10
**training** [3] - 53:4,
81:15, 81:23
**Training** [1] - 84:6
**transaction** [7] -
91:2, 91:7, 92:7,
93:22, 94:16, 94:19,
95:4
**transactions** [5] -
90:19, 90:23, 90:24,
92:8, 105:9
**transcript** [2] -
111:5, 111:6
**TRANSCRIPT** [1] -
1:10
**transmitter** [3] -
77:5, 77:17, 78:12
**transmitter's** [1] -
76:24
**transmitters** [1] -
76:6
**Transmitters** [1] -
76:6
**transmitting** [3] -

76:9, 76:14, 76:18
**trap** [2] - 95:15,
95:25
**travel** [8] - 34:5,
34:14, 80:24, 81:9,
81:11, 99:7, 99:10,
99:12
**traveled** [4] - 99:4,
99:6, 99:8, 99:17
**Treasury** [1] - 53:12
**Treaty** [2] - 86:19,
95:22
**treaty** [1] - 86:21
**trial** [17] - 5:16, 5:24,
7:3, 7:7, 7:15, 58:18,
58:21, 58:25, 59:3,
61:1, 61:16, 61:21,
62:3, 63:5, 63:25,
64:8, 70:17
**TRIAL** [1] - 1:10
**trip** [1] - 100:3
**troubleshooting** [1]
- 105:17
**true** [7] - 9:15, 46:8,
69:13, 78:16, 95:7,
111:4, 111:5
**truthful** [1] - 9:13
**try** [2] - 57:18, 99:2
**turn** [1] - 101:21
**turning** [4] - 79:6,
79:24, 80:8, 90:17
**turns** [1] - 69:11
**Tverskaya** [1] - 39:9
**twice** [1] - 99:13
**two** [17] - 20:8,
20:13, 23:8, 29:20,
30:23, 31:13, 31:15,
35:14, 35:16, 39:3,
39:20, 48:22, 71:22,
73:13, 80:21, 90:25,
92:8
**type** [3] - 34:15,
59:18, 63:17

| **U** | | | | |

**U.S** [4] - 1:18, 1:20,
53:12, 100:7
**unaware** [1] - 10:2
**under** [26] - 7:23,
8:12, 8:20, 52:16,
52:24, 55:25, 58:10,
61:17, 62:1, 62:4,
62:25, 66:13, 66:16,
67:4, 68:15, 74:1,
75:17, 76:6, 84:15,
85:6, 87:7, 87:11,
87:16, 89:3, 89:4,
105:15

**underline** [1] -
106:11
**underlined** [2] -
103:3, 104:14
**underneath** [1] -
28:13
**understood** [1] -
57:14
**undertaken** [1] -
84:17
**unfair** [2] - 58:22,
58:23
**unfairly** [1] - 5:15
**unfortunate** [2] -
106:8, 106:15
**unfortunately** [1] -
34:21
**UNIDENTIFIED** [1] -
108:17
**Union** [1] - 36:1
**unit** [1] - 99:19
**UNITED** [4] - 1:1,
1:3, 1:11, 1:14
**united** [1] - 2:2
**United** [20] - 6:6, 6:9,
7:9, 7:13, 11:12,
53:11, 69:20, 73:23,
75:14, 80:25, 87:6,
87:14, 90:8, 95:9,
95:14, 95:24, 97:10,
98:19, 104:10, 111:13
**unless** [3] - 5:18,
7:16, 64:13
**unlikely** [1] - 66:19
**unreasonable** [1] -
68:13
**untimeliness** [2] -
60:19, 60:21
**untimely** [2] - 60:18,
68:6
**up** [31] - 8:4, 10:2,
12:13, 22:1, 25:7,
32:21, 37:10, 37:19,
42:19, 42:20, 43:9,
43:25, 45:15, 46:6,
54:14, 55:2, 58:21,
66:14, 81:15, 81:18,
85:9, 93:1, 96:22,
101:24, 101:25,
102:10, 102:12,
102:14, 106:9, 106:21
**updated** [1] - 107:10
**upheld** [1] - 7:5
**USB** [9] - 23:8,
23:10, 23:11, 23:12,
23:13, 23:14, 23:16,
23:21
**USB-B** [2] - 23:11,
23:12
**USB-C** [5] - 23:10,

23:12, 23:13, 23:14, 23:16

**uses** [1] - 68:24
**usual** [2] - 60:21, 89:23

## V

**vague** [1] - 62:17
**vaguely** [2] - 85:8, 85:16
**various** [5] - 37:13, 38:22, 66:10, 100:17
**ventures** [5] - 100:17, 100:19, 101:1, 101:4, 101:7
**Ventures** [3] - 28:17, 30:25, 100:20
**verification** [1] - 77:18
**version** [4] - 23:15, 23:16, 44:14, 58:7
**versus** [3] - 6:6, 7:9, 7:13
**via** [1] - 83:16
**view** [3] - 8:8, 9:20, 33:2
**viewed** [2] - 96:15, 97:5
**viewing** [1] - 96:13
**violate** [1] - 64:1
**violation** [1] - 61:7
**violations** [3] - 53:3, 53:4, 53:5
**Visa** [2] - 27:15, 28:11
**visible** [2] - 74:4, 74:22
**visit** [1] - 81:11
**visited** [1] - 90:22
**volume** [1] - 59:1
**Volume** [1] - 87:23
**VPN** [1] - 100:22
**vs** [1] - 1:5

## W

**wait** [1] - 109:21
**waited** [2] - 58:18, 58:21
**waiting** [3] - 7:7, 69:17, 72:19
**waiver** [2] - 7:15, 60:15
**waiving** [1] - 65:13
**Wall** [1] - 1:24
**wall** [1] - 66:15
**wants** [2] - 5:6, 55:2

**warrant** [5] - 9:22, 9:24, 10:4, 10:7, 66:20
**warrants** [1] - 85:13
**Washington** [7] - 1:6, 1:16, 1:19, 1:21, 2:4, 92:1, 111:14
**wasting** [1] - 59:4
**web** [4] - 28:18, 81:14, 101:3, 104:17
**website** [1] - 31:1
**week** [1] - 105:16
**welcome** [5] - 24:22, 32:17, 41:24, 42:1, 59:23
**white** [2] - 58:10, 58:11
**White's** [2] - 83:14, 84:9
**whole** [2] - 55:10, 102:21
**Wilkins** [1] - 101:23
**wise** [1] - 101:16
**withdraw** [3] - 49:12, 49:18, 72:24
**withdrawn** [1] - 49:14
**Witness** [34] - 12:24, 13:24, 14:8, 15:4, 15:10, 15:14, 16:9, 16:14, 16:17, 17:13, 17:18, 17:21, 18:17, 19:1, 20:2, 20:4, 20:19, 23:25, 24:8, 25:9, 25:25, 29:4, 31:23, 36:6, 36:12, 36:23, 39:21, 39:25, 40:13, 42:22, 47:15, 48:13, 51:4, 51:6
**WITNESS** [12] - 3:2, 12:10, 45:25, 48:18, 53:11, 59:25, 84:3, 98:8, 98:10, 104:8, 109:3, 109:6
**witness** [11] - 6:20, 6:23, 19:7, 33:2, 47:23, 49:2, 50:2, 55:8, 67:16, 81:25, 109:15
**witness's** [1] - 93:5
**witnesses** [1] - 109:14
**wonder** [1] - 56:22
**word** [1] - 35:25
**words** [2] - 27:9, 66:13
**works** [1] - 108:2
**Workstation** [1] - 15:7
**worst** [1] - 56:19

**worth** [1] - 67:15
**wrapped** [1] - 20:16
**writing** [3] - 14:1, 34:6, 34:15
**written** [3] - 24:2, 67:8, 106:20

## Y

**year** [1] - 86:25
**years** [1] - 92:11
**years'** [1] - 104:18
**York** [2] - 1:21, 1:25
**yourself** [2] - 9:6, 9:10
**yourselves** [1] - 59:17

## Z

**zoom** [1] - 102:20

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

ROMAN STERLINGOV,

        Defendant.

_____/

Criminal Action
No. 1: 21-399

Washington, DC
February 15, 2024

9:43 a.m.

MORNING PROCEEDINGS

TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:     CATHERINE PELKER
                    U.S. DEPARTMENT OF JUSTICE
                    950 Pennsylvania Ave NW
                    Washington, DC 20530

                    CHRISTOPHER BRODIE BROWN
                    DOJ-USAO
                    601 D Street, N.W.
                    Suite 5.1527
                    Washington, DC 20530

                    Jeffrey Pearlman
                    DOJ-CRM
                    Ccips
                    US Dept of Justice
                    1301 New York Ave NW
                    Washington, DC 20005

APPEARANCES CONTINUED ON NEXT PAGE

APPEARANCES CONTINUED

For the Defendant:        TOR EKELAND
                          MICHAEL HASSARD
                          TOR EKELAND LAW PLLC
                          30 Wall Street
                          8th Floor
                          Brooklyn, NY 10005


Court Reporter:           SHERRY LINDSAY
                          Official Court Reporter
                          U.S. District & Bankruptcy Courts
                          333 Constitution Avenue, NW
                          Room 6710
                          Washington, DC 20001

TABLE OF CONTENTS

WITNESSES

Matthew Price

Cross-examination continued by Mr. Ekeland — 4
Redirect examination by Mr. Brown — 12

Sayyora Krulikowski

Direct examination by Mr. Pearlman — 18
Cross-examination by Mr. Ekeland — 58

Sergei Miroff

Direct examination by Mr. Pearlman — 48
Cross-examination by Mr. Ekeland — 58

Leo Rovensky

Direct examination by Mr. Brown — 62

EXHIBITS

Government Exhibits 864, 864A — 23
Government Exhibits 820, 820B — 31
Government Exhibits 507, 507B — 32
Government Exhibits 120A, 120C — 33
Government Exhibit 117C — 34
Government Exhibits 710, 710A — 37
Government Exhibits 711, 711A — 37
Government Exhibits 712, 712A — 38
Government Exhibits 713, 713A — 39
Government Exhibits 714, 714A — 39
Government Exhibits 715, 715A — 41
Government Exhibit 119C — 42
Government Exhibits 520, 520B — 43
Government Exhibits 818A, 818B — 45
Government Exhibits 55, 55A — 46
Government Exhibits 709, 709B — 51
Government Exhibits 863, 863B — 52
Government Exhibits 833, 833B — 52
Government Exhibits 862, 862B — 54
Government Exhibits 431A, 431C — 54
Government Exhibits 432, 432C — 55
Government Exhibits 709, 709B — 61
Government Exhibits 12 - 17 — 74
Government Exhibits 34A - 34E — 93
Government Exhibits 801 - 803 — 97

P R O C E E D I N G S

THE COURT:  Anything to raise before we bring the jury in?

MR. BROWN:  Not for the government, Your Honor.

MR. EKELAND:  Very briefly, Your Honor.  We have reached an agreement with the government on the translations. And we would just like either now or before the translators speak, I would just like to put on the record what that agreement was.

THE COURT:  Okay.  Let's just do it during a break so we don't keep the jury waiting.  Don't forget to do it.

MR. EKELAND:  Very good.

THE COURT:  You can go ahead and -- the witness can get back on the stand so we don't waste any time with that.

(Jury in at 9:45 a.m.)

THE COURT:  All right.  Welcome back members of the jury and, Mr. Ekeland, you my proceed.

CROSS-EXAMINATION CONTINUED

BY MR. EKELAND:

Q.   Good morning, Mr. Price.

A.   Good morning.

Q.   And I just want to touch briefly -- you testified yesterday that you worked closely with Swedish law enforcement?

A.   Yes.

Q.   And do you know if Swedish law enforcement ever

interviewed Mr. Sterlingov?

A.    I am not certain.

Q.    Are you aware of Swedish law enforcement ever interviewing his mother?

A.    I am not certain if they did.

Q.    Are you aware of Swedish law enforcement ever interviewing Mr. Sterlingov's friends?

A.    Again, I am not certain.

Q.    Are you aware of Swedish law enforcement ever interviewing any of Mr. Sterlingov's employers?

A.    Again, I am not certain what actions they took independent of us.

Q.    And I understand as part of your investigation, did you look into DNS registrations for the BitcoinFog.com clearnet website?

A.    Yes, we did.

Q.    So you are aware that the DNS registration was renewed in 2015?

A.    I do recall that.

Q.    And that there were two renewals and one was for the period of October 25th, 2016, through October 24th, 2001; is that correct?

A.    I don't -- apologies.  I don't remember specific dates.

Q.    If I could just direct your attention to the binder, the same binder you looked at yesterday.  If you could take a look

at Exhibits 56 and 57.

A.   Okay.

Q.   If you could take a look at both of them and after you have looked at them, just let me know.

A.   Okay.

Q.   Does that refresh your recollection?

A.   Unfortunately, no.  I don't recall ever seeing these documents before.

Q.   Okay.  So moving on -- so the Romania servers, the Romania server for the To the Moon VPN that was run by a service called M247; right?

A.   Yes.

Q.   And you're familiar with what KYC means?

A.   Yes.

     And based on your previous question, I am a little confused.  You said run by M247.

Q.   Well, let me clarify.  M247 was a service provider for the To the Moon server?

A.   My understanding is that M247 is a hosting company where individuals rent server space.

Q.   Right.  That is where the To the Moon server was hosted?

A.   Yes.

Q.   And Mr. Sterlingov paid for that To the Moon server in his own name?

A.   I believe that is correct.

Q.   And he did that through PayPal?

A.   I don't remember the specific means.

Q.   And then turning your attention to your testimony about the To the Moon VPN website that we looked at yesterday.  Do you recall that testimony?

A.   Yes.

Q.   Do you recall testifying about what was called a warrant canary?

A.   I do.

Q.   Could you just remind the jury what a warrant canary is again?

A.   Again, my understanding based on what was listed on the website was a means of notifying users of the Moon VPN service, if the company had received some sort of legal request from law enforcement for information.

Q.   And you're aware that Apple computer used to issue warrant canaries?

A.   I have not heard that, no.

Q.   Are you aware that Twitter used to issue warrant canaries?

A.   I have not heard that term used.

Q.   Are you aware that Cloudflare, the company Cloudflare also issues warrant canaries?

A.   Again, I have not heard that used in connection with Cloudflare.

Q.   Are you aware that warrant canaries are very common