# 24-3161

# United States Court of Appeals for the District of Columbia

THE UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

ROMAN STERLINGOV,

*Defendant-Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA
Hon. Randolph D. Moss
United States District Court Case 1-21-cr-00399-RDM-1

## APPENDIX
## Volume VIII of XVII (Pages Appx3081 - Appx3520)

TOR EKELAND, ESQ.
TOR EKELAND LAW PLLC
*Attorneys for Defendant-Appellant*
30 Wall Street, 8th Floor
New York, New York 10005
(718) 737-7264
tor@torekeland.com

MARC FERNICH, ESQ.
LAW OFFICE OF MARC FERNICH
*Attorneys for Defendant-Appellant*
800 Third Avenue, 20th Floor
New York, New York 10022
(212) 446-2346
maf@fernichlaw.com

MAKSIM NEMTSEV, ESQ.
MAKSIM NEMTSEV PC
*Attorneys for Defendant-Appellant*
20 Park Plaza, Suite 1000
Boston, Massachusetts 02116
(617) 227-3700
max@mnpc.law

AARON DANIEL, ESQ.
ASYMMETRIC LEGAL
*Attorneys for Defendant-Appellant*
11900 Biscayne Blvd, Suite 400
Miami, Florida 33181
(305) 979-9296
aaron@asymmetric.legal

*(See Inside Cover for Additional Counsel)*

3914


ELECTRONIC PARALEGAL

AMY C. COLLINS, ESQ.
THE LAW OFFICE OF
    AMY C. COLLINS
*Attorneys for Defendant-Appellant*
888 17th Street, NW, Suite 1200
Washington DC 20006
(228) 424-0609
amy@amyccollinslaw.com

# TABLE OF CONTENTS

District Court Docket – US v. Sterlingov, 21-CR-00399-RDM .............Appx001

Protective Order of Governing Discovery of Hon. Randolph D. Moss,
Dated September 17, 2021 (ECF Doc. No. 18) ......................................Appx074

Preliminary Order of Forfeiture of Hon. Randolph D. Moss,
Dated November 4, 2024 (ECF Doc. No. 336) ......................................Appx079

Order of Forfeiture of Hon. Randolph D. Moss,
Dated November 14, 2024 (ECF Doc. No. 338) ....................................Appx085

Judgment in a Criminal Case of Hon. Randolph D. Moss,
Dated November 13, 2024 (ECF Doc. No. 340) ....................................Appx091

Transcript of Motion Hearing, Dated January 13, 2023
(ECF Doc. No. 114) ...............................................................................Appx099

Transcript of Motion Hearing, Dated January 31, 2023
(ECF Doc. No. 115) ...............................................................................Appx190

Transcript of Motions Hearing, Dated June 16, 2023
(ECF Doc. No. 223) ...............................................................................Appx345

Transcript of Motions Hearing, Dated June 23, 2023
(ECF Doc. No. 224) ...............................................................................Appx501

Transcript of Motions Hearing, Dated July 19, 2023
(ECF Doc. No. 225) ...............................................................................Appx682

Transcript of Continued Motions Hearing, Dated July 20, 2023
(ECF Doc. No. 226) ...............................................................................Appx895

Transcript of Motions Hearing, Dated August 22, 2023
(ECF Doc. No. 228) .............................................................................Appx1040

Transcript of Continued Motions Hearing, Dated August 23, 2023
(ECF Doc. No. 229) .............................................................................Appx1266

Transcript of Motions Hearing, Dated August 29, 2023
(ECF Doc. No. 231) .............................................................................Appx1466

Transcript of Pretrial Conference, Dated September 7, 2023
(ECF Doc. No. 232) ......................................................................Appx1524

Transcript of Pretrial Conference, Dated September 8, 2023
(ECF Doc. No. 233) ......................................................................Appx1741

Transcript of Pretrial Conference, Dated September 13, 2023
(ECF Doc. No. 234) ......................................................................Appx1861

Transcript of Pretrial Conference, Dated September 15, 2023
(ECF Doc. No. 235) ......................................................................Appx1999

Transcript of Pretrial Conference, Dated September 18, 2023
(ECF Doc. No. 236) ......................................................................Appx2141

Transcript of Pretrial Conference, Dated September 21, 2023
(ECF Doc. No. 237) ......................................................................Appx2235

Transcript of Motion Conference, Dated November 13, 2023
(ECF Doc. No. 238) ......................................................................Appx2302

Transcript of Jury Trial, Dated February 12, 2024
(ECF Doc. No. 276) ......................................................................Appx2350

Transcript of Jury Trial, Dated February 13, 2024
(ECF Doc. No. 277) ......................................................................Appx2620

Transcript of Jury Trial, Dated February 13, 2024
(ECF Doc. No. 277) ......................................................................Appx2688

Transcript of Jury Trial, Dated February 14, 2024
(ECF Doc. No. 278) ......................................................................Appx2825

Transcript of Jury Trial, Dated February 14, 2024
(ECF Doc. No. 327) ......................................................................Appx2948

Transcript of Jury Trial, Dated February 15, 2024
(ECF Doc. No. 279) ......................................................................Appx3074

Transcript of Jury Trial, Dated February 15, 2024
(ECF Doc. No. 279) ......................................................................Appx3189

Transcript of Jury Trial, Dated February 20, 2024
(ECF Doc. No. 280) ...................................................................Appx3331

Transcript of Jury Trial, Dated February 20, 2024
(ECF Doc. No. 280) ...................................................................Appx3446

Transcript of Jury Trial, Dated February 21, 2024
(ECF Doc. No. 281) ...................................................................Appx3572

Transcript of Jury Trial, Dated February 21, 2024
(ECF Doc. No. 328) ...................................................................Appx3697

Transcript of Jury Trial, Dated February 22, 2024
(ECF Doc. No. 282) ...................................................................Appx3858

Transcript of Jury Trial, Dated February 22, 2024
(ECF Doc. No. 282) ...................................................................Appx3982

Transcript of Jury Trial, Dated February 23, 2024
(ECF Doc. No. 329) ...................................................................Appx4122

Transcript of Jury Trial, Dated February 26, 2024
(ECF Doc. No. 283) ...................................................................Appx4251

Transcript of Jury Trial, Dated February 26, 2024
(ECF Doc. No. 283) ...................................................................Appx4394

Transcript of Jury Trial, Dated February 27, 2024
(ECF Doc. No. 284) ...................................................................Appx4419

Transcript of Jury Trial, Dated February 27, 2024
(ECF Doc. No. 330) ...................................................................Appx4550

Transcript of Jury Trial, Dated February 28, 2024
(ECF Doc. No. 285) ...................................................................Appx4581

Transcript of Jury Trial, Dated February 28, 2024
(ECF Doc. No. 285) ...................................................................Appx4698

Transcript of Jury Trial, Dated February 29, 2024
(ECF Doc. No. 285) ...................................................................Appx4836

Transcript of Jury Trial, Dated February 29, 2024
(ECF Doc. No. 286) ...................................................................Appx4955

Transcript of Jury Trial, Dated February 29, 2024
(ECF Doc. No. 331) ...................................................................Appx5074

Transcript of Jury Trial, Dated March 1, 2024
(ECF Doc. No. 287) ...................................................................Appx5198

Transcript of Jury Trial, Dated March 1, 2024
(ECF Doc. No. 332) ...................................................................Appx5344

Transcript of Jury Trial, Dated March 4, 2024
(ECF Doc. No. 288) ...................................................................Appx5359

Transcript of Jury Trial, Dated March 4, 2024
(ECF Doc. No. 288) ...................................................................Appx5496

Transcript of Jury Trial, Dated March 5, 2024
(ECF Doc. No. 289) ...................................................................Appx5621

Transcript of Jury Trial, Dated March 5, 2024
(ECF Doc. No. 333) ...................................................................Appx5762

Transcript of Jury Trial, Dated March 6, 2024
(ECF Doc. No. 290) ...................................................................Appx5900

Transcript of Jury Trial, Dated March 6, 2024
(ECF Doc. No. 334) ...................................................................Appx6004

Transcript of Jury Trial, Dated March 7, 2024
(ECF Doc. No. 291) ...................................................................Appx6087

Transcript of Jury Trial, Dated March 7, 2024
(ECF Doc. No. 291) ...................................................................Appx6190

Transcript of Jury Trial, Dated March 11, 2024
(ECF Doc. No. 292) ...................................................................Appx6324

Transcript of Jury Trial, Dated March 12, 2024
(ECF Doc. No. 293) ...................................................................Appx6344

Virtual Asset Analysis Expert Report of Luke Scholl,
Dated December 8, 2022................................................................Appx6400

Expert Report #1 of Elizabeth Bisbee (Nov. 2022).....................Appx6465

Expert Report #2 of Elizabeth Bisbee (Dec. 2022).....................Appx6493

Expert Report #3 of Elizabeth Bisbee (Jul. 2023)......................Appx6522

CS-Mazars Expert Report - Device Review Summary,
Dated May 5, 2023 .......................................................................Appx6529

CS-Mazars Expert Report - IP Overlap Analysis,
Dated November 9, 2022 ..............................................................Appx6532

CS-Mazars Expert Report - IP Graph Data Excel File..............Appx6539

Criminal Complaint, Dated April 26, 2021 (ECF Doc. No. 1) .............Appx6542

Arrest Warrant, Dated April 26, 2021 (ECF Doc. No. 5).....................Appx6556

Indictment, Filed June 14, 2021 (ECF Doc. No. 8) .............................Appx6557

Superseding Indictment, Filed July 18, 2022 (ECF Doc. No. 43) .......Appx6561

Defendant's Supporting Memorandum of Law,
Dated August 1, 2022 (ECF Doc. No. 46) ...........................................Appx6567

Attachment to Memorandum of Law -
Proposed Order of Hon. Randolph D. Moss Granting Defendant's
Motion to Dismiss (ECF Doc. No. 46-1) .....................................Appx6585

Attachment to Memorandum of Law -
Defendant's Notice of Motion to Dismiss, Dated August 1, 2022
(ECF Doc. No. 46-2) .....................................................................Appx6586

Government's Opposition to Motion, Filed August 29, 2022
(ECF Doc. No. 52) ..............................................................................Appx6589

Defendant's Reply to Government's Opposition to Motion,
Dated September 7, 2022 (ECF Doc. No. 57) ......................................Appx6623

Exhibit A to Defendant's Reply -
Second Declaration of Eric Garland, Dated September 7, 2022
(ECF Doc. No. 57-1) ......................................................................Appx6635

Defendant's Motions in *Limine*, Dated October 24, 2022
(ECF Doc. No. 59) ..........................................................................Appx6644

Exhibit A to Motions in *Limine* -
Letter from Tor Ekeland to Christopher B. Brown and
C. Alden Pelker, Dated September 23, 2022, with Exhibit A
(ECF Doc. No. 59-1) ......................................................................Appx6664

Defendant's Opposition to the Government's Motions in *Limine*,
Dated November 7, 2022 (ECF Doc. No. 68) .......................................Appx6680

Memorandum Opinion and Order of Hon. Randolph D. Moss,
Dated March 6, 2023 (ECF Doc. No. 116) ..........................................Appx6689

Notice of Bill of Particulars for Forfeiture, Filed May 17, 2023
(ECF Doc. No. 119) ........................................................................Appx6709

Defendant's Notice of Intent to Present Expert Testimony,
Dated July 7, 2023 (ECF Doc. No. 145) ..............................................Appx6711

Exhibit A to Notice of Intent -
Summary of Qualifications and Expected Testimony for
Dr. Francisco Cabanas (ECF Doc. No. 145-1) ............................Appx6716

Exhibit B to Notice of Intent -
Summary of Qualifications and Expected Testimony for
Dr. Itiel Dror (ECF Doc. No. 145-2) ..........................................Appx6725

Exhibit C to Notice of Intent -
Summary of Qualifications and Expected Testimony for
Jeffrey Fischbach (ECF Doc. No. 145-3) ....................................Appx6731

Exhibit D to Notice of Intent -
Summary of Qualifications and Expected Testimony for
Jonelle Still (ECF Doc. No. 145-4) .............................................Appx6737

Exhibit E to Notice of Intent -
Summary of Qualifications and Expected Testimony for
J.W. Verret (ECF Doc. No. 145-5)................................................Appx6741

Supplemental Summary of Qualifications and Expected
Testimony for Jonelle Still, Dated August 7, 2023
(ECF Doc. No. 157) ....................................................................Appx6756

Notice of Expert Report for Defense Expert Jonelle Still of
Ciphertrace, Dated August 8, 2023 (ECF Doc. No. 159) .....................Appx6761

Attachment to Notice of Expert Report -
Defense Expert Report of Jonelle Still, Dated August 7, 2023
(ECF Doc. No. 159-1) ................................................................Appx6764

Exhibit A to Notice of Expert Report -
Data Credibility in Cryptocurrency Investigations of Ciphertrace
(ECF Doc. No. 159-2) ................................................................Appx6805

Exhibit B to Notice of Expert Report -
Article Titled "Bitcoin: A Peer-to-Peer Electronic Cash System"
(ECF Doc. No. 159-3) ................................................................Appx6822

Notice of Bill of Particulars, Filed August 28, 2023
(ECF Doc. No. 173) ....................................................................Appx6832

Defense Response to Government's Motion to Admit Certain
Exhibits, Dated September 4, 2023 (ECF Doc. No. 177) .....................Appx6834

Notice of Source Code Expert Bryan Bishop Regarding Independent
Analysis of Chainalysis Reactor Source Code and Request for
Production of Chainalysis Reactor Source Code and Relevant
Related Brady Material, Dated September 5, 2023
(ECF Doc. No. 179) ....................................................................Appx6843

Chainalysis' Notice in Response to the Court's Request Regarding
Protective Order, Dated September 12, 2023
(ECF Doc. No. 195) ....................................................................Appx6860

Exhibit A to Notice in Response -
[Proposed] Heuristic Information Protective Order of
Hon. Randolph D. Moss (ECF Doc. No. 195-1)............................Appx6862

Exhibit B to Notice in Response -
[Proposed] Heuristic Information Protective Order to Jonelle Still
of Hon. Randolph D. Moss (ECF Doc. No. 195-2).......................Appx6869

Heuristic Information Protective Order to Jonelle Still of Hon.
Randolph D. Moss, Dated September 13, 2023 (ECF Doc. No. 196)...Appx6877

Notice Regarding Court's Proposed Protective Order Governing
Review of Chainalysis' Proprietary Information,
Dated September 20, 2023 (ECF Doc. No. 199) ..................................Appx6884

Notice Regarding Ciphertrace Expert Testimony and Review of
Latest Chainalysis Production, Dated September 22, 2023
(ECF Doc. No. 205) ....................................................................Appx6888

Government's Response to September 18, 2023 Minute Order
Regarding Defendant's Access to Sensitive Heuristics Information
Provided by Chainalysis, Filed September 22, 2023
(ECF Doc. No. 206) ....................................................................Appx6892

Defendant's Opposition to Government's Response to
September 18, 2023, Minute Order Regarding Defendant's Access
to Sensitive Heuristics Information Provided by Chainalysis,
Dated September 29, 2023 (ECF Doc. No. 207) ..................................Appx6901

Memorandum Opinion and Order of Hon. Randolph D. Moss,
Dated November 4, 2023 (ECF Doc. No. 210) ....................................Appx6912

Memorandum Opinion and Order of Hon. Randolph D. Moss,
Dated November 30, 2023 (ECF Doc. No. 213) ..................................Appx6930

Defendant's  Motion to Exclude any Testimony About Deepweb
Marketplaces, Dated February 8, 2024 (ECF Doc. No. 247)...............Appx6942

Attachment to Motion to Exclude -
[Proposed] Order of Hon. Randolph D. Moss
(ECF Doc. No. 247-2) ..................................................................Appx6950

Memorandum Opinion and Order of Hon. Randolph D. Moss,
Dated February 29, 2024 (ECF Doc. No. 259)......................................Appx6951

Final Jury Instructions and Charges, Filed March 7, 2024
(ECF Doc. No. 265) ................................................................................Appx6982

Government's Motion for Preliminary Order of Forfeiture,
Filed June 7, 2024 (ECF Doc. No. 297)..................................................Appx7061

  Attachment to Motion for Preliminary Order of Forfeiture -
  Proposed Preliminary Order of Forfeiture Hon.
  Randolph D. Moss (ECF Doc. No. 297-1)....................................Appx7072

Defendant's Opposition to Government's Motion for Preliminary
Order of Forfeiture, Dated June 21, 2021 (ECF Doc. No. 305) ...........Appx7078

  Exhibit A to Defendant's Opposition -
  Article Titled "Chainalysis: Most Mixed Bitcoin Not Used
  For Illicit Purposes", Dated August 26, 2019
  (ECF Doc. No. 305-1) ...................................................................Appx7095

  Exhibit B to Defendant's Opposition -
  Blockchain Address Search Result from Blockchain.com
  (ECF Doc. No. 305-2) ...................................................................Appx7107

Government's Memorandum in Aid of Sentencing,
Filed August 1, 2024 (ECF Doc. No. 314)............................................Appx7112

Sentencing Memorandum on behalf of Roman Sterlingov,
Dated August 15, 2024 (ECF Doc. No. 321) ........................................Appx7157

Memorandum Opinion of Hon. Randolph D. Moss,
Dated November 4, 2024 (ECF Doc. No. 337) .....................................Appx7194

Defendant's Notice of Appeal, Dated November 19, 2024
(ECF Doc. No. 343) ..............................................................................Appx7214

Memorandum for All Department Employees from The Deputy
Attorney General, Subjecting "Ending Regulation by Prosecution",
Dated April 7, 2025...............................................................................Appx7217

**Trial Exhibits:**

Trial Exhibit 601 -
Darknet Market Vendor Transaction Summary
(Document in Evidence and to be Produced Upon Request Due
to Volume) ....................................................................................Appx7221

Trial Exhibit 624................................................................................Appx7222

Trial Exhibit 625................................................................................Appx7223

Trial Exhibit 626................................................................................Appx7224

Trial Exhibit 627................................................................................Appx7225

Trial Exhibit 628(A)...........................................................................Appx7226

Trial Exhibit 628(B)...........................................................................Appx7227

Trial Exhibit 629................................................................................Appx7229

Trial Exhibit 630(A)...........................................................................Appx7230

Trial Exhibit 630(B)...........................................................................Appx7244

Trial Exhibit 631................................................................................Appx7247

Trial Exhibit 632................................................................................Appx7248

Trial Exhibit 633................................................................................Appx7252

Defense Exhibit 138 -
The-Message-Game, Written by Ice White .........................................Appx7253

Defense Exhibit 139 -
Extracted Page from The-Message-Game, Written by Ice White ......Appx7413

Government Exhibit 721 and Defense Exhibit 143 -
Boox Chat ..........................................................................................Appx7414

Exhibit B to Fischbach Declaration -
Declaration of Jeffrey M. Fischbach, for Defendant, Dated August 14, 2024,
with Attachment
(ECF Doc. No. 321-2) ...............................................................Appx7415

practice for computer companies?

A.    I have not experienced that in my professional experience.

Q.    Uh-huh.  And are you aware that the reason that computer companies started issuing warrant canaries, was it was in response to the National Security Agency's surveillance program of American's data?

MR. BROWN:  What is the relevance?

THE COURT:  Well --

MR. EKELAND:  Your Honor, they opened the door by bringing up --

THE COURT:  No.  No.  No.  Give me a second here.  I think you need to sort of lay a foundation first before you get into this as to whether that is an area that he has experience or knowledge before exploring.  He testified about a particular document, but you're exploring more generally, so I think you need to ask -- lay a foundation to see if this is an area in which he is knowledgeable.

MR. EKELAND:  I am happy to move on, Your Honor.

BY MR. EKELAND:

Q.    Mr. Price, in relation to the -- what you call I think the undercover transactions with Bitcoin Fog, the main reason that you did that was to establish venue in the District of Columbia.  True?

A.    No.

Q.    No?

THE COURT:  Please don't comment on the witness' testimony.

MR. EKELAND:  I'm sorry.  What?

THE COURT:  Don't comment on the witness' testimony, just ask questions.

MR. EKELAND:  I was asking him if the reason whether he --

THE COURT:  You asked the question and he answered it.  And you shouldn't comment on his answer.

MR. EKELAND:  I wasn't aware I was commenting, Your Honor.  I apologize if I --

THE COURT:  All right.  You may proceed.

BY MR. EKELAND:

Q.    Mr. Price, do you know what LocalBitcoins is?

A.    I do.

Q.    Do you know what LocalBitcoins is?

A.    LocalBitcoin was a peer-to-peer service that allowed for trading of cryptocurrencies.

Q.    And in the course of your investigation, you learned that Mr. Sterlingov used LocalBitcoin?

A.    I did.

Q.    And that was also a KYC account of his; true?

A.    As I recall, yes.

Q.    And you also learned in the course of your investigation, that Mr. Sterlingov sold Bitcoin peer-to-peer and in-person

transactions?

A. As I recall, selling and buying.

Q. I'm sorry. I just didn't hear the last thing you said.

A. As I recall, he was selling and buying.

Q. And that you learned that was a common practice of Mr. Sterlingov?

A. Yes.

Q. Moving on to your testimony you called -- about the Tor Browser. Do you recall testifying about the Tor Browser yesterday?

A. Yes.

Q. And do I recall correctly that you testified that most dark websites are criminal?

A. In my experience, the majority of the darknet sites I visited were of a criminal nature, yes.

Q. By dark websites you generally mean onion sites that you access with the Tor Browser?

A. Yes.

Q. Are you aware the Tor Browser was developed by the United States Navy?

A. I believe that is correct.

Q. And that the United States Navy created a nonprofit to distribute the Tor Browser to the US public?

A. I don't know the propriety of how the nonprofit came into existence.

Q.    But you are aware that the United States Navy uses the Tor Browser?

A.    I have no knowledge whether they use it.  I just know the Naval Research Lab developed some of the technology.

Q.    It is not your testimony that the United States Navy is a criminal organization?

A.    I don't have any reason to believe that.

Q.    You are aware that Facebook has an onion site?

A.    I am actually not.  That is new to me.

Q.    Are you aware that Twitter has an onion site?

A.    It is possible.  I don't know that I have seen it.

Q.    Are you aware that the BBC has an onion site?

A.    Not specifically the BBC, I know some news organizations do.

Q.    Are you aware that "The New York Times" has an onion site?

A.    I haven't visited it, so I don't know for certain.

Q.    Are you aware that the CIA has an onion site?

A.    I am not certain.

Q.    But you don't consider any of those entities that I just named to be criminal organizations, do you?

A.    I don't have a reason to.

Q.    And are you aware that one of the uses of the Tor Browser is by political dissidents worldwide?

A.    I heard that story, yes.

          MR. EKELAND:  No further questions, Your Honor.

THE COURT: Thank you. Any redirect?

MR. BROWN: Yes, Your Honor.

REDIRECT EXAMINATION

BY MR. BROWN:

Q. Good morning, Mr. Price.

A. Good morning.

Q. Mr. Price, do you have knowledge whether the server or servers that Mr. Sterlingov rented in Romania -- was that one server or more than one server?

A. Frankly, I am not certain. I know there was a server rented, but I believe what came from the Romanians was after I left, so I don't recall.

Q. Do you have knowledge about whether those servers only hosted data for To the Moon VPN or whether there was anything else on the servers?

A. No, I do not.

Q. Now, Mr. Price, yesterday and today you were asked about surveillance and whether that was conducted by various actors. Are you familiar with different types of physical surveillance?

A. Yes, I am.

Q. Are you familiar with the term spot surveillance?

A. Yes.

Q. What is spot surveillance?

A. In my understanding, it is generally like fixed surveillance of a certain location or certain -- instead of

longterm running surveillance, a moment-in-time surveillance.

Q. So when somebody talks about physical surveillance, does that always mean the same thing?

A. No, there are many different types.

Q. Do you have knowledge of what kind of physical surveillance the Swedish authorities did conduct?

A. No. They only told me they conducted surveillance.

Q. And do you have knowledge about what manner of surveillance was conducted in Miami when Mr. Sterlingov visited in 2017?

A. I do not. That is before I joined the case.

Q. At the time you visited Sweden, was the investigation into Mr. Sterlingov -- was that a covert or was it an overt investigation?

A. It was still covert.

Q. What is the difference between covert and overt?

A. A covert investigation is the government would not take any overt steps that may tip a target off to the existence of an investigation to allow for collecting evidence without the target's knowledge.

Q. And so that point in an investigation, are there reasons why you or other law enforcement partners would or would not approach a primary suspect or close associates of that primary suspect?

A. Yes.

Q. What are those reasons?

A. Primarily to ensure that the suspect is not tipped off where they may either flee, destroy evidence, take steps to conceal their involvement, coordinate testimony between potentially other parties, things of that nature.

Q. Now, you were asked about efforts to request the Romanian authorities to collect NetFlow information. Do you recall that line of questioning?

A. I do.

Q. And what information is included in a collection of NetFlow information?

A. Most of the information has to do with traffic records in and out from a server, kind of communication between the server from websites or persons.

Q. When you say the information pertains to communications or traffic, what specific sorts of information would law enforcement be able to collect through a NetFlow collection?

A. Primarily IP addresses as well as like times of site visits, things of that nature.

Q. So if, say, somebody were sending an email saying, you know, happy Valentines Day, for example, to an associate and that was captured through NetFlow collection, would investigators reviewing that be able to see the content of that email?

A. No, they would not.

Q.   And if one -- if the computer being collected -- for which the NetFlow data is being collected, if that computer is communicating with a VPN service, what manner of data would you get from the NetFlow information?

A.   Primarily just the web address from the VPN service.

Q.   Now, you were asked a question about one of the Government Exhibits.  And if we could pull that up, please.

You were asked about Government Exhibit 1, which has already been admitted.  And we would ask to publish to the jury.

You were asked about post 35 on this exhibit.  And could I direct your attention down to the reference, you read about a NAT.  I think it is close to the bottom of that post.  I think a little bit further down.  Keep going.

A.   I think it is on the center here.

Q.   Can you point out the section that defense counsel had read?

A.   I think there might be a bit of an issue with the screen here, but I am doing my best.

Q.   I think the jury can see where that is.  And go ahead and clear that out.  Could you scroll up to the top of that post. What is the date of this post?

A.   November 11th, 2001 -- I'm sorry, November 11th, 2011.

Q.   How does that relate in time to when Bitcoin Fog was launched?

A.    About two weeks later.

Q.    And to the extent that you recall, when did the defendant begin renting server space in Romania?

A.    I believe it was sometime in 2019.  I don't remember specific dates.

Q.    Could it have been earlier than 2019?

A.    It could.  I apologize.  I don't remember the date.

            MR. EKELAND:  Objection.

            MR. BROWN:  No further questions.

            THE COURT:  All right.  You may step down.  Thank you.

            And the government may call its next witness.

            MR. EKELAND:  No recross, Your Honor?

            THE COURT:  No.  Unless there is some unusual reason, typically we don't do that.

            You are excused.

            MR. PEARLMAN:  On the phone briefly, Your Honor?

            (Conference held at the bench.)

            MR. PEARLMAN:  Your Honor, the next witnesses will be translators.  I believe that the defense and the prosecution have reached an agreement that they will not object to the introducing of the translations.  However, by not objecting, they still reserve the right to cross-examine the translators, and to otherwise impeach them and to otherwise introduce evidence, if they want, concerning disputing the translations.

And if I could ask through the Court, Mr. Ekeland; is that correct?

MR. EKELAND:  That is accurate.  And I would just like to add, Mr. Pearlman, if I understand our agreement correctly that us being able to challenge things means either through bringing on a translator to challenge certain words or through Mr. Sterlingov's testimony or the like.  And we are doing this just to avoid a long, drawn-out battle over certain phrases and words when most of the stuff I think is -- can be okay.  We reserve the right to object.

THE COURT:  All right.  Well, I appreciate the parties working together on this.  And that sounds fine to me.  And you have your record.

MR. PEARLMAN:  I will call the next witness, Your Honor.

(End of bench conference.)

THE COURT:  You may proceed.

SAYYORA KRULIKOWSKI, sworn

THE WITNESS:  Yes.

THE COURTROOM DEPUTY:  Thank you.  Please be seated.

THE COURT:  All right.  You may proceed.

MR. PEARLMAN:  Is the publicized screen off?

THE COURTROOM DEPUTY:  It is not to the jury but everyone else can see.  Is that okay?

MR. PEARLMAN:  Yes.

DIRECT EXAMINATION

BY MR. PEARLMAN:

Q.   Good morning, ma'am.

A.   Good morning.

Q.   How are you today?

A.   I am good.  Thanks.

Q.   In a loud, clear voice, can you introduce yourself to the ladies and gentlemen of the jury by stating your full name and spelling your first and last name please.

A.   Sure.  My name is Sayyora Krulikowski; S-A-Y-Y-O-R-A, K-R-U-L-I-K-O-W-S-K-I.  And I am a linguist with the FBI.

Q.   And, ma'am, where did you -- for purposes of your linguistic expertise, where did you grow up?

A.   I grew up in Uzbekistan.

Q.   And are you fluent in more than one language?

A.   Yes.  I grew up speaking Russian and Uzbek.

Q.   When you grew up in Uzbekistan, what was the language of teaching that was taught to kids?

A.   In the secondary school it was mostly Uzbek.  When I was studying for my bachelor's degree, it was both Uzbek and Russian.

Q.   Did you subsequently move to the UK, the United Kingdom?

A.   Correct.  I won a scholarship and I studied in graduate school in the United Kingdom, Lancaster University where the school of teaching was in English.  That was from '97 to '98,

one-year degree course.

In addition to this, I also studied at Georgetown University here in the United States from 2003 to 2005. And also the language of teaching was in English. And all of the tests we had to take in English, of course.

Q.   And, ma'am, what is your current employment?

A.   At this time, I work full time as international economist with the United States International Trade Commission. I am also a contractor with the FBI.

Q.   What do you do for the FBI?

A.   I do translations, written translations, but also live translations in Russian and Uzbek. I tested for that and qualified to do translations in both languages, so I am a dual linguist.

Q.   When you say you tested, did you test for the FBI?

A.   Right. We had to go through a battery of tests, spoken, written and reading for each language and be found as qualified in order to be assigned to certain tasks.

Q.   And were you -- so are you -- would you consider yourself a certified Russian to English translator as a result?

A.   Correct. I am found as -- I am qualified to do translations in both languages, both written translations and spoken translations.

Q.   Do you sometimes work in a translator team?

A.   Correct. It depends on the task. Some tasks are bigger

than others and may involve multiple linguists.

Q. Do you sometimes review other translations done by translators for accuracy?

A. Correct. Sometimes -- so the language process is multi-layered in order to assure the quality of translations. We will have a primary translator for the first layer of translations and then reviewer and then finalizer who is ultimately responsibility for quality assurance and quality of translations. So sometimes I was assigned as a reviewer, sometimes I was assigned as a reviewer and finalizer, correct.

Q. Were you asked to review some documents in this case?

A. Correct. I was assigned to be a finalizer in this case.

Q. Were you shown some documents that contained Russian as well as Swedish, as well as English?

A. Correct. I have seen some documents that had three languages.

Q. And did you work with a Swedish translator named Sergei Miroff?

A. Correct.

Q. And he is fluent in Swedish?

A. Yes.

Q. At times would you submit documents to him to review the Swedish and then send it back to you, so you could incorporate that Swedish into your Russian translation?

A. Correct.

Q.    Are there times that you would have a document that was in English and Russian, and you would simply leave the English and the translated copy?

A.    Correct.  This is how we are trained.  If the raw portion is in English, we do not touch them, we leave them as is.

Q.    Were there times that you -- that goal would be to highlight the English that was previously in the original, like in green?

A.    Correct.  This was specific to this case.  And it was agreed in cases -- in subset of documents it would be helpful to highlight English portions.  So we agreed to -- it was agreed with the case team that linguist help out by highlighting those portions by green.

Q.    Did you also arrange with Mr. Miroff to highlight final translations in yellow where they contained Swedish to English?

A.    Correct.

Q.    Were there times that you did not highlight original English into final English, but you just left it unhighlighted?

A.    Correct.

Q.    But could someone look at the two documents and determine what was originally English and what was not?

A.    Correct.  Because you have access to both documents, original and translation, so when you see English in original, you can match it up in the translation document.

Q.    I want to show you what is marked as Government

Exhibit 864.

Do you remember -- do you see what has been marked as Government Exhibit 864?

A.    Yes.

Q.    What language does that appear to mostly be in?

A.    This is mostly in Russian language, but you see the top part is in English.

Q.    Is this one of the documents that you were asked to translate?

A.    Correct.

Q.    And I want to compare it with 864A.  Do you recognize 864A?

A.    Yes.

Q.    What is 864A?

A.    This is a translation of the previous document that we saw as an original source document and we see the green highlights to indicate English in the source document.

Q.    Is the -- is 864A an accurate copy of 864 that conveys the meaning of 864?

A.    Correct.

MR. PEARLMAN:  At this time, Your Honor, I move to introduce Government Exhibit 864 and 864A.

THE COURT:  Any objection?

MR. EKELAND:  Yes, Your Honor.  I have a 403 objection.

THE COURT:  Overruled.  Exhibits 864 and 864A are admitted and may be published to the jury.

(Whereupon, Exhibit No. 864, 864A were admitted.)

MR. EKELAND:  Your Honor, I just didn't hear you.

THE COURT:  I said overruled.  And both exhibits are admitted and may be published to the jury.

BY MR. PEARLMAN:

Q.  Ma'am, I want to publish a copy of 864 for the jury, so they can now see it on their screens.  Is this an example of the Russian document that you were talking about?

A.  Correct.

Q.  Okay.  And now I want to show the jury 864A.  Is this an example of the highlighting that you were indicating before?

A.  Correct.

Q.  I want to move on and take a look at Government Exhibit 121A.  Do you recognize 121A?

A.  Yes.

Q.  And what is that?

A.  This is one of the source documents that we were given to translate and I was a finalizer for the translation.

Q.  Okay.  And does 121A appear to be a scanned document of something else?  Is it handwritten?

A.  It is a handwritten, yeah, scanned document we were given to translate.

So we could be given handwritten scanned documents for

translation or it could be printed, yeah.

Q.    Okay.  And then I want to show you 121C.  Do you recognize this document?

A.    I recognize this document.  And I also see some redactions.

Q.    Okay.  And when you say redactions are those black boxed areas?

A.    Correct.

Q.    Is 121C, is that a translated version of 121A?

A.    Correct.

Q.    Portions of 121A?

A.    Correct.

Q.    Is 121C, is that an accurate copy of the 121A portions translated to convey meaning?

A.    I confirm it is an accurate translation of the original that we saw of 121A.

        MR. PEARLMAN:  At this time, Your Honor, I would move to introduce 121A and 121C.

        THE COURT:  Any objection?

        MR. EKELAND:  Relevance.

        THE COURT:  I mean, I would have to read the whole document.  I mean, we are just doing translation.

        MR. EKELAND:  Again, clarity if we are certifying the authenticity of the translations, but if we are moving them into evidence, that is another matter.  And it occurs to me

that they are being published to the jury. My understanding was that we were certifying the authenticity of the translations this morning and that we wouldn't be moving things into evidence and publishing to the jury. That is a whole other issue in terms of admissibility. That is my understanding the government was going to do through witnesses. It is the defense's position that they can certify the authenticity, but moving these into evidence and publishing to the jury is an entirely separate thing we did not agree to.

THE COURT: I think my recollection is that the Russian version already is in evidence.

MR. PEARLMAN: That is correct, Your Honor.

THE COURT: This is just the translation at this point.

MR. PEARLMAN: To clarify, all of these documents are already in evidence in Russian or Swedish.

THE COURT: So we are just offering the translations.

MR. EKELAND: Was the email in evidence? I don't believe that is in evidence.

MR. PEARLMAN: So to be clear, the emails are not yet in evidence, but will be coming in in two witnesses.

THE COURT: Okay. So are there other emails to come?

MR. PEARLMAN: There are.

THE COURT: So why don't I do this then, so with respect to the documents that are already in evidence, without

objection, I will admit the translations into evidence. With respect to those that are not in evidence and we are just doing the translations, I will conditionally admit them into evidence, but with the understanding that there will be a subsequent witness who will offer it finally into evidence and you can preserve any objections you have for that.

MR. EKELAND: At that point, I just didn't hear you.

THE COURT: You preserve any objections you have at that time.

MR. EKELAND: Thank you, Your Honor.

THE COURT: So that is what I will do.

MR. PEARLMAN: To be clear, Your Honor, most of what the translators are going to be talking about are certain rules they had, such as highlighting, sic, PH, things like that, things of that nature at this time.

THE COURT: Okay. That is fine. So if it is already in evidence, I am admitting it. If it is -- I am admitting the translation. If it is not, I am conditionally admitting it. Also while I interrupted your examination, I will say to the jury --

This is probably a good time to mention, sometimes you will see documents that are admitted into evidence that have redactions, things that are blacked out. There are all sorts of reasons why things are blacked out. There could be privacy interests. It could be questions about admissibility.

There are a whole host of reasons.  The bottom line is you should not speculate as to why things are redacted or what is behind the redaction.

You may proceed.

MR. EKELAND:  Your Honor, just one more thing, in terms of emails and things that haven't been admitted into evidence and that we're going to admit for translation purposes, the defense request they not be published to the jury at this time.

THE COURT:  It is just frankly a relevance objection -- and I am okay with publishing to the jury to the extent that the government needs to explain sics or it needs to be able to use the translator to explain issues that go to the translation without going into the substance of the document.  If they have to show the document to the jury to make that point, that seems acceptable.

MR. EKELAND:  Just, Your Honor, to be clear, the defense is reserving all objections.  And we are not just making necessary relevance objections.  It is going to be document by document.  So I want to be clear that we are not waiving any of our evidentiary objections to things that have not yet come into evidence.

THE COURT:  All right.  I do think that -- I don't know, but if it is necessary for the government to show -- to publish the exhibit to the jury so the translator can explain

something related to the translation, I will allow that subject to any particular objections you have. And so when that comes, if there are particular objections you want to raise as that comes up, let me know and we'll discuss those. But, otherwise, they are going to have to bring back the translators at some future time. And that is just not very efficient, so I'd like to -- if there are things they have to ask the translators about in the documents, let's do it now. But if you have objections, you can raise those now with respect to the documents.

MR. EKELAND: So it was clear for the record, it wasn't our understanding that these were going to be published to the jury. We were stipulating -- what our understanding was, we were stipulating to the authenticity of the translations. And I understand the Court's concern with efficiency. And we don't object to that. We just state for the record we are -- we are reserving our objections on all grounds to the admissibility of those exhibits that are being published to the jury just purely for purposes of comparing the translations.

THE COURT: If you have any objections with them being published to the jury at this point, raise it as we go.

But you may proceed.

MR. PEARLMAN: Can we publish briefly 121A.

BY MR. PEARLMAN:

Q.    Is 121A that we are showing now, that is a copy of the document you helped to translate?

A.    Correct.

Q.    And show briefly 121C.  And can you -- Ms. de Falco, can you stop at page 4, actual computer page 4.  Thank you.

And do you see, ma'am, where it says, "Is it possible to simply by [sic] a hotel"?

A.    Correct.

Q.    And do you see that word in brackets, sic?

A.    Correct.  Yes.

Q.    Is that a word that was in the original or is that something that you added?

A.    This is something that we introduced to indicate as seen in source, so sic implies, as seen in source.  The square bracket implies this is something introduced by the linguist.

Q.    And it is used to introduce what?

A.    To say sometimes -- so to indicate this is translated as seen in source, because it may not make sense in context or like an easy example, for instance, the capital of England is Paris.  So things like that, we could indicate, that this is how it is in the source, the error is in the source, so we are just translating as is.

Q.    At times did you use the expression in brackets PH?

A.    It could be different things that are in brackets.  For instance, if it is a PH, as you mentioned, that implies,

phonetic, that is short for phonetic.  And in audio, in case of an audio source, it implies -- it is spelled as heard.  But when it is a handwritten document, PH stands for written as seen in the original.

Q.  As seen --

A.  Because as seen in the original, because if it is handwriting and we cannot -- it is not very clear writing, so we make our best effort to put a translation of that word.  But it could be something else.  So as seen, as seen in the source.

Q.  And then, finally, bracketing IL, what does that mean?

A.  Illegible.

Q.  And that would mean that you couldn't figure out what the handwriting said?

A.  We couldn't read, so it could be a portion of a word if it is, you know, a complex word.  So it could be a portion of a word and the rest of it is illegible, so we will mark it as illegible.

Q.  Let's move on.  Can we show the --

THE COURT:  Just to maintain the record as we go here, 121A was already in evidence; is that correct?

MR. PEARLMAN:  121D was already in evidence --

THE COURT:  Okay.

MR. PEARLMAN:  -- and was the original.  121A is the scan and 121C is the translation.

THE COURT:  Okay.  Are you moving any of this into

evidence?

MR. PEARLMAN: Yes. We already moved in 121A and 121C.

THE COURT: Okay. Subject to my -- consistent with what I have said previously those are admitted as translations of a document already in evidence.

BY MR. PEARLMAN:

Q. Next, can we take a look at 820.

Is this another document that you worked on, 820?

A. Yes.

Q. Can we take a look at 820B, as in boy?

Is that a translation of 820?

A. Yes, with a redaction on top.

MR. PEARLMAN: At this time, Your Honor, I would move to introduce Government Exhibits 820 and 820B.

THE COURT: Are either of those previously in evidence?

MR. PEARLMAN: They are not in evidence.

THE COURT: So consistent with what I said previously, I will conditionally admit 820 and 820B.

(Whereupon, Exhibit No. 820, 820B were admitted.)

THE COURT: This is conditioned on evidence from a witness who can later testify with respect to the substance.

MR. PEARLMAN: I understand. No need to publish at this time.

BY MR. PEARLMAN:

Q.   Exhibit 507.  Do you recognize Government Exhibit 507?

A.   Yes.  I worked on this document.

Q.   And can we compare it with 507B?  Is 507B the translation of the document?

A.   Yes.

Q.   And is it an accurate translation of 507 that conveys proper meaning?

A.   Yes.

        MR. PEARLMAN:  At this time, we would move for conditional admission, Your Honor?

        THE COURT:  All right.  507 and 507B are conditionally admitted.

        (Whereupon, Exhibit Nos. 507, 507B were admitted.)

BY MR. PEARLMAN:

Q.   Could we take a look at 120A.  Do you recognize Government Exhibit 120A?

A.   I recognize it.

Q.   Is that another one of the documents that you worked on?

A.   Yes.

Q.   And if you could compare that with 120C.  I know there is some redactions at the beginning.  What is this document?

A.   This is a translation of a source document we just saw with some redactions and highlights.

Q.   And in this document are there examples of yellow

highlights?

A.    Yes.

Q.    And just to remind the jury is yellow highlights an example of Swedish?

A.    Swedish.

Q.    So Swedish being put into English?

A.    Correct.

Q.    And is this an accurate translation that conveys the meaning of Government Exhibit 120A?

A.    Yes, it is.

          MR. PEARLMAN:  Move to introduce Government Exhibit 120A and 120C, the original has already been previously admitted.

          THE COURT:  So 120A and 120C are admitted.

          (Whereupon, Exhibit No. 120A, 120C were admitted.)

          MR. PEARLMAN:  So, again, we'll move to admit 120C, no need to publish for time purposes.

BY MR. PEARLMAN:

Q.    If we could move to 117A.

          THE COURTROOM DEPUTY:  Did you say 117A?

          MR. PEARLMAN:  Yes.

          THE COURTROOM DEPUTY:  That has been previously admitted.

          MR. PEARLMAN:  117A has?

          THE COURTROOM DEPUTY:  117A?

MR. PEARLMAN: Yes.

THE COURTROOM DEPUTY: Yesterday with Mr. Price.

MR. PEARLMAN: Thank you, Madam Clerk.

BY MR. PEARLMAN:

Q. If we could look at 117C. Do you recognize Government Exhibit 117C?

A. Yes, I do with some redaction. It is a translation of the documents we just saw of the source document in Russian.

Q. Is it an accurate translation to convey meaning?

A. Yes.

MR. PEARLMAN: Move to introduce Government Exhibit 117C.

THE COURT: 117C is admitted.

(Whereupon, Exhibit No. 117C was admitted.)

BY MR. PEARLMAN:

Q. I briefly want to publish and ask you a question.

If we go to page 3, if you could go up a bit. Do you see the term sprint approach?

A. I do.

Q. Were there times that you saw words in the document that ask --

MR. PEARLMAN: Ask to publish, Your Honor, 117C?

THE COURT: You may.

BY MR. PEARLMAN:

Q. Were there times that you saw words in the document that

didn't make immediate sense to you in the context of the whole sentence or paragraph?

A.   Correct.

Q.   And was sprint one of those words?

A.   Yes.

Q.   And what is the word for sprint in Russian?

A.   Sprint.

Q.   Sprint.  And did you simply write the word in English in this translation?

A.   Correct.

Q.   So can we publish 117C?

So do you see where it says "The sprint"?

A.   Yes.

Q.   Okay.  Is that an example of what we were talking about?

A.   Yes.

Q.   You were saying something else?

A.   I was trying to explain in this case, so in Russian, it was (speaking in Russian), so English translation to convey the meaning, here it is translated, you sprint approach.  It is the approach to accomplish a task in a short amount of time quickly based on the context.  It is -- so that is how it sounded in the source document, which we tried to convey similarly in the translation.  In short, it means, do things efficiently.

Q.   Was there also a term in this document, irrigation?

A.   Yes.  I saw a word in more than one source document which

mentioned in Russian irrigation.  And it jumped -- it jumps at you, because it is out of context.

Q.    Okay.  And so you just translated the word in English as irrigation?

A.    We have to go with the translated word, but, yes.

Q.    And to be clear what -- does the Russian word for irrigation sound phonetically similar to the English word for irrigation?

A.    Irrigatsen (ph), that is how it sounds, very similar, irrigatsen.

Q.    Let's move on to Government Exhibit 710.  Do you recognize Government Exhibit 710?

A.    Yes.

Q.    Is this a fairly lengthy document?

A.    This is a document that I worked with, yes.

Q.    Let me show you 710A.

Do you recognize what this document is?

A.    Yes.  This is a translation of the document we just saw.

Q.    Does this document also contain some Swedish?

A.    Yes.  Yes.

Q.    And would Mr. Miroff have worked on that document for you?

A.    Yes.  Miroff worked on all of the documents that had Swedish portions, yes.

MR. PEARLMAN:  All right.  Your Honor, move to introduce Government Exhibit 710 and 710A.

THE COURT:  Is this conditionally?

MR. PEARLMAN:  Yes, Your Honor.

THE COURT:  So I will admit 710 and 710A conditionally.

(Whereupon, Exhibit No. 710, 710A was admitted.)

BY MR. PEARLMAN:

Q.    No need to publish.

Can we take a look at 711 and 711A.  Do you recognize 711?

A.    I do.  I have seen this document as an assignment for translation.

Q.    Is this another document that also contains Swedish?

A.    Correct.

Q.    And can you take a look at Government Exhibit 711A?  Do you recognize 711A?

A.    Yes.

Q.    Is 711A an accurate translation of 711 and convey the same meaning?

A.    Yes.

MR. PEARLMAN:  Move to admit 711 and 711A provisionally.

THE COURT:  That motion is granted.

(Whereupon, Exhibit No. 711, 711A were admitted.)

BY MR. PEARLMAN:

Q.    Can we take a look at Government Exhibit 712.  Do you recognize Government Exhibit 712?

A. Yes, I worked with it.

Q. Is it primarily in Russian?

A. Yes.

Q. And can you take a look at 712A, please. Do you recognize 712A?

A. Yes. This is the translation of the source document we just saw.

Q. And is it an accurate translation that conveys the same meaning?

A. Yes.

MR. PEARLMAN: Move to introduce conditionally 712 and 712A?

THE COURT: That motion is granted.

(Whereupon, Exhibit No. 712, 712A were admitted.)

BY MR. PEARLMAN:

Q. Next is 713.

Do you recognize 713?

A. Yes.

Q. Is this a document that you also worked on?

A. Yes, it is.

Q. Can we take a look at 713A. Do you recognize 713A?

A. I do. It is a translation of the document we just saw.

Q. Is it an accurate translation that conveys the same meaning?

A. Yes.

MR. PEARLMAN:  Move to conditionally admit 713 and 713A.

THE COURT:  713, 713A are provisionally admitted.

(Whereupon, Exhibit No. 713, 713A were admitted.)

BY MR. PEARLMAN:

Q.   Government Exhibit 714, please.

Do you recognize this?

A.   I do.  This is one of the documents I was assigned to translate.

Q.   Let's take a look at 714A.  Do you recognize 714A as a translation of 714?

A.   I do.

Q.   Is it an accurate translation that conveys the same meaning?

A.   Yes, it is.

MR. PEARLMAN:  Move admit Government Exhibit 714 and 714A provisionally.

THE COURT:  That motion is granted.

(Whereupon, Exhibit No. 714, 714A were admitted.)

BY MR. PEARLMAN:

Q.   If we could take a look at 715.  Do you recognize 715?

MR. EKELAND:  Your Honor, can we speak on the phone for a moment?

(Conference held at the bench.)

THE COURT: Yes.

MR. EKELAND: Your Honor, my client just -- he basically, I think what just came in contains summaries of what a document had and not actual translations. I am not 100 percent sure, but I want to make clear that we are not agreeing to the admission of summaries of documents. We are agreeing to translations of the documents in terms of authenticity. We consider summaries to be opinion testimony that is not appropriate.

MR. PEARLMAN: Your Honor, these documents were shown to the defense over the last several days. I do have other documents where we did specifically redact summaries. And I haven't heard from the defense specifically what they are saying in this document is summarized. So at this point, I don't know how to respond. We have an objection to something where there is nothing specified.

MR. EKELAND: Your Honor, my client is happy to go back and look and point out as to what is a summary. The defense did not agree to summaries coming in. We agreed to, you know -- agreed to as we put on the record, certify the authenticity of the translations, but we did not agree to summaries coming in.

MR. PEARLMAN: We agree. So if there is something on there that turns out to be a summary, then we can debate it later. And we can redact as appropriate, Your Honor. But at this point, there is nothing specific indicated to be a

summary.

MR. EKELAND:  We will go back and look.  I will have Mr. Sterlingov identify anything that is a summary and then we can do this later.  We agree on that point.

THE COURT:  Okay.  Let's proceed then.

(End of bench conference.)

BY MR. PEARLMAN:

Q.   So, ma'am, we are on 715.  I also want to show you 715A.

Do you recognize 715 and 715A?

A.   I do.  These are the documents I worked with.

Q.   So you worked with the original 715 and then you had translated 715A?

A.   Yes.

Q.   Is 715A an accurate translation that conveys the same meaning?

A.   Yes, it is.

MR. PEARLMAN:  Move to provisionally admit 715 and 715A?

THE COURT:  That motion is granted.

(Whereupon, Exhibit No. 715, 715A were admitted.)

BY MR. PEARLMAN:

Q.   Next we have 716, please.

A.   Yes.

Q.   Is this another one of the documents that you worked on primarily in Russian?

A.   Yes, it is.

Q.   Now let me show you 716A.  Do you recognize 716A?

A.   Yes.

Q.   Is it a translation of 716?

A.   Correct.

     MR. PEARLMAN:  Move to provisionally admit 716 and 716A, Your Honor.

     THE COURT:  That motion is granted.

BY MR. PEARLMAN:

Q.   Can we next take a look at 119A.

     Do you recognize Government Exhibit 119A?

A.   Yes.  This is one of the documents I worked with.

Q.   And could you also take a look at Government Exhibit 119C?  Do you recognize 119C?

A.   I recognize it with some redactions.

Q.   Other than the redactions, is it an accurate translation of 119A to convey the same meaning?

A.   Yes.

Q.   Let me show you Government Exhibit --

     MR. PEARLMAN:  Move to introduce, Your Honor, Government Exhibit 119A and 119C.

     THE COURT:  Is 119 --

     MR. PEARLMAN:  119A is already admitted, so 119C.

     THE COURT:  119C is admitted.

     (Whereupon, Exhibit No. 119C was admitted.)

BY MR. PEARLMAN:

Q. Let me show you Government Exhibit 520. Do you recognize Government Exhibit 520?

A. Yes.

Q. Is this another one of the documents that you worked on primarily in Russian?

A. Correct.

Q. Let me show you Government Exhibit 520B. What is Government Exhibit 520B?

A. I see it.

Q. Is it a translation of 520?

A. Yes, it is.

Q. And is it an accurate translation that conveys the same meaning?

A. Yes, it is.

MR. PEARLMAN: Move to provisionally introduce 520 and 520B.

THE COURT: That motion is granted.

(Whereupon, Exhibit Nos. 520, 520B were admitted.)

BY MR. PEARLMAN:

Q. Showing you Government Exhibit 818A. Do you recognize what 818A is?

A. Yes. It is one of the source documents that I worked with.

Q. Is this a document primarily in Russian?

A.    Yes, it is.

Q.    Did you have it translated?

A.    Yes.

Q.    Okay.  I want to go back just to the file name.  Do you see -- well, was there an original file name for this document?

A.    So when I received this file, its file name was Google Drive putting money.

Q.    And did you see the original Russian name of the file?

A.    No, I did not.

Q.    If you take a look at Government Exhibit 818, do you see the Russian name for the file on that one?

A.    Yes.  Here it is in Russian, it says (speaking in Russian), which means entering or putting into -- putting money into.

Q.    And so is that also consistent with deposit?

A.    Yes.

Q.    Does 818 -- if we could take a look at 818B.  Does 818B convey the same meaning as an otherwise accurate translation of 818A?

A.    Yes.  This document is an accurate translation of the source document we just saw.

        MR. PEARLMAN:  Move to introduce 818A and B, Your Honor.

        THE COURT:  Is that provisionally?

        MR. PEARLMAN:  No.

THE COURT:  Is one of them already in evidence?

MR. PEARLMAN:  Provisionally, Your Honor.

THE COURT:  They will be provisionally admitted, 818A and 818B.

(Whereupon, Exhibit Nos. 818A, 818B were admitted.)

BY MR. PEARLMAN:

Q.    Next, could we take a look at document number 55.  Do you recognize document 55?

A.    I do.  This is one of the documents that I worked with.

Q.    Again, is it primarily in Russian?

A.    It is.

Q.    And now we could take a look at document 55A.  Do you recognize 55A?

A.    Yes.

Q.    Does 55A contain the original Russian of 55 and then the English translation of 55?

A.    Correct.

Q.    For each of the posts within the document?

A.    Correct.  It goes block by block.  So Russian block and then translation of that block and then another Russian block and translation follows.

Q.    And is this a document that you worked on or reviewed?

A.    Correct.

Q.    Is it an accurate translation?  Does it convey the same meaning, the English as the Russian in the document and the

Russian in 55?

A.    Yes.

          MR. PEARLMAN:  The Court's indulgence.

          Pass the witness, Your Honor.

          We'll move provisionally 55 and 55A in.

          THE COURT:  All right.  That motion is granted.

          (Whereupon, Exhibit Nos. 55, 55A were admitted.)

          THE COURT:  Mr. Ekeland, any cross-examination?

          MR. EKELAND:  Yes, Your Honor, just brief briefly.

                    CROSS-EXAMINATION

BY MR. EKELAND:

Q.    Good morning.

A.    Good morning.

Q.    You said I think you testified that you were a finalizer?

A.    Yes.

Q.    Could you just explain to the jury what a finalizer is -- and me?

A.    Sure.  There is a review process for the FBI.  And once the translation is completed, it goes to the review stage and then finalization stage.  So at the first stage, it could be me translating it over or it could be a different linguist assigned to translate.  And then it has to go to review to the second linguist for quality control purposes.  And then it comes back to me as a finalizer to accept or reject some of the proposed edits.  So a finalizer role is an important role,

because you are ultimately -- it is your responsibility -- that translation is your responsibility in terms of its accuracy and conveying the meaning to verbatim translation.

Q. When you did your translations, did you know that Mr. Sterlingov was accused of operating Bitcoin Fog?

A. I had a case background information, that is all I had. And that is a standard procedure which helps us to perform our job well. Because the case background conveys that as cryptocurrency related case. And so we might see some cyberterms, yes.

Q. So, yes, you were aware that Mr. Sterlingov had been accused of operating Bitcoin Fog?

A. I was aware of the case background, yes.

Q. Okay. One final question, everything that you translated and that you read, did you ever read anything where Mr. Sterlingov discussed operating Bitcoin Fog?

MR. PEARLMAN: Objection, Your Honor.

THE COURT: Yeah.

MR. EKELAND: They brought the translator on the stand and she read everything.

THE COURT: The objection is sustained.

MR. EKELAND: No further questions.

THE COURT: Beyond the scope.

MR. EKELAND: No further questions.

THE COURT: All right. Any redirect?

MR. PEARLMAN:  No, Your Honor.

THE COURT:  All right.  You are excused.  Thank you.

The government may call its next witness.

MR. PEARLMAN:  We'll call Sergei Miroff next, Your Honor.

SERGEI MIROFF, sworn

THE WITNESS:  I do.

THE COURTROOM DEPUTY:  Thank you.  Please be seated.

DIRECT EXAMINATION

BY MR. PEARLMAN:

Q.   Good morning, sir.

A.   Good morning.

Q.   Can you say hello to the jury by stating and spelling your first and last name, please?

A.   Yes, good morning.  It is Sergei Miroff; S-E-R-G-E-I, M-I-R-O-F-F.

Q.   Sir, who do you work for?

A.   FBI.

Q.   And what is your rank and title at the FBI?

A.   I am a linguist.

Q.   A linguist for what language?

A.   Russian and Swedish.

Q.   Were you asked to do some Swedish translations for this case?

A.   Yes, sir,

Q.   Where did you grow up, sir?

A.   I grew up in Sweden.

Q.   And at some point, did you come to the United States?

A.   I came 30 years ago, 1994.

Q.   Did you subsequently attend school in the United States?

A.   Yes, sir, I did.

Q.   Where did you attend school?

A.   University of Alabama, I received my bachelor's and my master's.

Q.   Is that in Tuscaloosa?

A.   Yes, sir.

Q.   And did you keep up with your Swedish?

A.   I did.

Q.   And when approximately did you begin translating for the FBI?

A.   2008.

Q.   Were you certified to translate Swedish into English for the FBI?

A.   Yes, I was.

Q.   So, sir, you were -- as I asked before, you were asked to work on some documents in this specific case?

A.   That is correct.

Q.   Now, to be clear, did you translate the Russian of these documents or just the Swedish of these documents?

A.   Only the Swedish part.

Q.   Did you work with the Russian translator just coordinating to make sure that your Swedish was accurately translated into English?

A.   That is correct.

Q.   So I want to show you some documents that you worked on, sir.

A.   Okay.

Q.   If I can show you Government Exhibit 709.

THE COURTROOM DEPUTY:  I'm sorry.

BY MR. PEARLMAN:

Q.   Sir, do you recognize this document?

A.   Yes, I do.

Q.   Was this one of the documents that you were asked to provide Swedish assistance on?

A.   Certain words here and there, yes.

Q.   Let me show you 709B.  Do you see in 709B, some words in yellow highlighter?

A.   Not yet.  Yes.

Q.   And, for example, is there one word that you are looking at now that you translated from Swedish into English?

A.   Yes.

Q.   Were all of the translations of the original document in Swedish?  Did you translate them into English and make sure they were incorporated into 709B?

A.   That is correct.

Q.    Okay.

MR. PEARLMAN:  Your Honor, it is already provisionally admitted.

THE COURT:  I am not sure this one was.

MR. PEARLMAN:  If it is not, I would ask to.

THE COURT:  I didn't have 709.

THE COURTROOM DEPUTY:  709 was not admitted.

MR. PEARLMAN:  We would move to provisionally admit 709.

THE COURT:  709 is provisionally admitted.

MR. PEARLMAN:  If we could next take a look at --

As well as 709B, Your Honor, the translation.

THE COURT:  709B is provisionally admitted as well.

(Whereupon, Exhibit Nos. 709, 709B were admitted.)

BY MR. PEARLMAN:

Q.    If you could take a look at 863, sir.

Do you recognize 863?

A.    Yes, I do.

Q.    Is this a document that you worked on that was primarily in Swedish?

A.    That's correct.

Q.    And let me show you 863B.

Do you recognize this document?

A.    Yes, I do.

Q.    Is 863B -- is that an English translation of 863?

A.    It is.

Q.    Is it an accurate translation that conveys the same meaning?

A.    Yes.

      MR. PEARLMAN:  I would move provisionally to admit 863 and 863B, Your Honor.

      THE COURT:  That motion is granted.

      (Whereupon, Exhibit No. 863, 863B were admitted.)

BY MR. PEARLMAN:

Q.    Next let me show you 833.  Do you recognize 833, sir?

A.    I do.

Q.    And what is that?

A.    That is an email chain in Swedish.

Q.    And were you asked to work on that and translate that?

A.    Yes, I was.

Q.    Have you take a look at 833B.

      Do you recognize 833B?

A.    I do.

Q.    And is that an accurate translation that conveys the same meaning?

A.    Yes, it is.

      MR. PEARLMAN:  Move to provisionally admit 833 and 833B.

      THE COURT:  That motion is granted.

      (Whereupon, Exhibit No. 833, 833B were admitted.)

BY MR. PEARLMAN:

Q.   Now, sir, did you sometimes translate Swedish documents that also contained English in the original?

A.   Yes.

Q.   And did you have a convention of using italics to denote that the original had been in English?

A.   Yes, that is correct.

Q.   Show you Government Exhibit 862.  Do you recognize 862?

A.   Yes.

Q.   Is it a relatively short document?

A.   That's correct.

Q.   And is it in Swedish?

A.   Yes.

Q.   Is this one that you worked on?

A.   Yes.

Q.   Look at 862B, please, B as in boy.

A.   That is correct.

Q.   And is this the translation of that document?

A.   Yes.

Q.   Did you do that translation?

A.   Yes.

Q.   Is it an accurate translation that conveys the same meaning?

A.   Yes.

        MR. PEARLMAN:  Move to provisionally admit 862 and

862B, Your Honor.

THE COURT:  That motion is granted.

(Whereupon, Exhibit Nos. 862, 862B were admitted.)

BY MR. PEARLMAN:

Q.   Let me show you next Government Exhibit 431A.  Do you recognize this document?

A.   Yes.

Q.   Is it a business document of a company called Nordea?

A.   Yes.

Q.   It is primarily in Swedish?

A.   Yes.

Q.   Did you translate this?

A.   I did.

Q.   Let me show you 431C, C as in cat.  Do you recognize 431C?

A.   Yes.

Q.   Is this an accurate translation that conveys the same meaning as 431A?

A.   Yes.

MR. PEARLMAN:  Move to provisionally admit 431A and 431C.

THE COURT:  That motion is granted.

(Whereupon, Exhibit Nos. 431A, 431C were admitted.)

BY MR. PEARLMAN:

Q.   Next where we look at 432A, do you recognize this document?

A.    Yes.

Q.    Is it primarily in Swedish?

A.    Yes.

Q.    Could you take a look at 432C.  Do you recognize this document?

A.    Yes.

Q.    Did you translate 432A and is 432C a translation?

A.    Yes.

Q.    Is 432C an accurate translation that conveys the same meaning?

A.    Yes, it is.

        MR. PEARLMAN:  Move to provisionally admit 432 and 432C.

        THE COURT:  That motion is granted.

        (Whereupon, Exhibit Nos. 432, 432C were admitted.)

BY MR. PEARLMAN:

Q.    Next if we could take a look at 120A.

      Do you recognize 120A?

A.    I do.

        MR. PEARLMAN:  Already previously admitted, Your Honor.

BY MR. PEARLMAN:

Q.    And could you compare that with 120C?

A.    Yes.

Q.    Are there some words in 120A that you translated from

Swedish to English?

A.    Yes, there were a few words.

Q.    Are those translations -- are they accurate?  Do they convey the same meaning as the words in 120A?

A.    Yes.

Q.    If we could move on to 710 and 710A.  Do you recognize 710?

A.    I do.

Q.    Were there Swedish words, phrases, sentences in 710 that you translated?

A.    Yes.

Q.    If you could take a look at 710A.  Sir, is 710A an accurate translation of those words, phrases, sentences that conveys the same meaning?

A.    Yes.

Q.    Let's do the same for 711.  Looking at 711, is that another document that had Swedish words, phrases, sentences and so forth?

A.    Yes.

Q.    Turn your attention to 711A.  Do you see if 711 is the translation that you worked on?

A.    Yes.

Q.    Does that accurately convey the words, phrases, sentences from Swedish into English?

A.    It does.

Q.    Let's move to 713.  Do you recognize 713?

A.    Yes.

Q.    Does that also contain some Swedish?

A.    It does.

Q.    If you could look at 713A.  Does 713A -- does it contain the Swedish words from 713 accurately translated into English to convey the same meaning?

A.    Yes.

Q.    So next 714.  Sir, 714 is that another document that you worked on?

A.    Yes.

Q.    And if we can look at 714A.  And same questions as the other -- sir, does this contain Swedish words, phrases and so forth?

A.    Yes.

Q.    Did you have those phrases translated into the final document which is 714A and does it accurately reflect --

A.    Yes.

Q.    -- the Swedish and it conveys the same meaning?

A.    That's correct.

Q.    Now, moving to 715.  Do you recognize this document?

A.    I do.

Q.    Was this another document you were asked to work on?

A.    Yes.

Q.    And could you look at 715A?  Do you recognize 715A?

A.   Yes.

Q.   And does it contain work that you did translating Swedish into English?

A.   Yes.

Q.   And does it accurately translate it and convey the same meaning?

A.   Yes.

MR. PEARLMAN:  The Court's indulgence.

No other questions, Your Honor.

THE COURT:  All right.  Mr. Ekeland, any questions?

CROSS-EXAMINATION

BY MR. EKELAND:

Q.   Good morning.

A.   Good morning.

Q.   Were you given a case background on this case before you did your translations?

A.   I was not.

MR. EKELAND:  You were not.  Okay.  No further questions.

THE COURT:  All right.  Thank you.  The witness is excused.

Thank you.

THE WITNESS:  Thank you.

MR. BROWN:  The Court's indulgence, Your Honor.

THE COURT:  Okay.  The witness is leaving.  I don't

know if there is something you needed the witness for or not.

MR. PEARLMAN: I can get the witness back, Your Honor. I was trying to figure out if 709 and 709B were conditionally admitted.

THE COURT: 709 and 709B according to my records were provisionally admitted.

MR. PEARLMAN: Okay.

THE COURT: But Ms. Walkers' records are what matters, so make sure she agrees.

MR. PEARLMAN: Both the Swedish and the Russian, in other words that Ms. Krulikowski --

THE COURT: I see what you are saying.

You did not ask -- yes, you did ask Mr. Miroff about 709 and 709B. You did not ask I think the prior witness about 709 and 709B.

MR. PEARLMAN: Okay. Can you pull up 709.

MR. EKELAND: Just give me two seconds, Mr. Pearlman.

MR. PEARLMAN: The Court's indulgence.

THE COURT: That is fine. Should we take our morning break now anyway and --

MR. PEARLMAN: Yes, Your Honor.

MR. EKELAND: Yes, Your Honor.

THE COURT: So let's do that. Rather than have you all sit here while we sort things out, I will remind you, don't discuss the case amongst yourself and don't conduct any

research.  Let's see.  It is 10 past 11:00.  Why don't we come back at 11:25.

MR. EKELAND:  11:25.

(Jury out at 11:09 a.m.)

THE COURT:  All right.  Anything before we take our break?

All right.  I will see you back --

MR. PEARLMAN:  Yeah, we'll see you back.

THE COURT:  All right.  Sounds good.

(Recess taken at 11:10 a.m.)

THE COURT:  So before the deputy clerk leaves, we do have the one juror who has a --

MR. EKELAND:  Your Honor, Mr. Sterlingov is not here.

THE COURT:  Okay.

MR. EKELAND:  I can go back and tell them.

THE COURTROOM DEPUTY:  They are doing it now.

THE COURT:  All right.  We have the one juror who has a funeral that he needs to attend on Friday, tomorrow.  And he has to leave early in the morning, so assuming we keep the juror, we can't sit tomorrow.  And I want to confirm that everyone thinks we should just take tomorrow off in light of that.

MR. BROWN:  That is fine with the government, Your Honor.

MR. EKELAND:  That is fine with the defense.

THE COURT: All right. So I will let the jury know.

Anything before we get the jury?

MR. PEARLMAN: Your Honor, two quick things on the translator. 709 and 709B, we agree and the defense agrees that it can come in without having to recall the Russian translator, that is that the Russian portion has been certified.

THE COURT: Okay. So just for the record then, 709 and 709B are provisionally --

MR. PEARLMAN: Fully provisionally.

THE COURT: -- are fully provisionally admitted.

(Whereupon, Exhibit Nos. 709, 709B were admitted.)

MR. PEARLMAN: The second thing is the translators requested to sit on other portions of the trial. I don't think there is an issue with that. There is a chance we may seek to recall one of them, depending on whether Russian or Swedish speakers are called to testify. I just want to let the Court know that. It sounds like Mr. Ekeland is okay with that.

MR. EKELAND: Solely for the purpose of challenging -- our challenge to a translation that has been admitted, not for admitting new translations.

THE COURT: All right. Is that acceptable?

MR. PEARLMAN: Yes, Your Honor.

THE COURT: All right. Let's proceed.

(Jury in at 11:38 a.m.)

THE COURT: All right. The government can call its

next witness.

MR. BROWN:  The government calls Leo Rovensky.

LEO ROVENSKY, sworn

THE WITNESS:  I do.

THE COURTROOM DEPUTY:  Thank you.  Please be seated.

THE WITNESS:  Thank you.

DIRECT EXAMINATION

BY MR. BROWN:

Q.   Good morning, Agent Rovensky.  Could you please introduce yourself to the jury, spelling your first and last name?

A.   Yes.  Leo Rovensky; L-E-O, R-O-V-E-N-S-K-Y.

Q.   And what is your current position?

A.   I am a special agent with IRS criminal investigation in the eastern cybercrime unit.

Q.   And are you familiar with the Bitcoin Fog investigation?

A.   I am.

Q.   What was your role in the investigation?

A.   At one point, I became one of the case agents on the investigation.

Q.   Did you take over from anybody?

A.   I did.

Q.   And who is that?

A.   Former special agent Matthew Price.

Q.   And what were the circumstances of you taking over from him?

A.    So he had just left the service a little while back and I had just transferred to the cybercrime unit.  And I was assigned to the -- to be one of the case agents on Bitcoin Fog.

Q.    Is it common for one agent to take over from another agent in an investigation?

A.    It is not uncommon.  These types of investigations, they are complex.  They can take a long time to complete, especially at their different stages.  So over time agents can get promoted, transferred to different districts, take on different assignments, sometimes leave the service altogether, which is what happened here.  So it is not uncommon to take over a case when it is pretty far along.

Q.    Why were you chosen to take over the investigation?

A.    I think for several reasons.  One is I just transferred to the group.  The other I already had experience working Bitcoin investigations, cryptocurrency investigations, in general.  I also do speak and read Russian and there is some evidence in this case that is in Russian.

Q.    And how do you speak and read Russian?  How do you come to that knowledge?

A.    I was born in Latvia and immigrated to the US when I was a kid, so that was actually the first language I spoke.

Q.    Do you have any particular training and experience in cryptocurrency investigations?

A.    I do.  As far as training, I have completed training from

my own agency, from the Department of Homeland Security.  I have also completed training and received certifications from blockchain analytics companies such as Chainalysis, TRM, CipherTrace.  And as far as experience, I have been working cryptocurrency investigations for quite some time, approximately eight years or so.  I have worked various types of cases, crypto Ponzi schemes, unlicensed money remitters, not compliant exchanges, mixing services.

Q.   And when you take over a case, in general, how do you familiarize yourself with the work that has already been done?

A.   I try to look and review as much of the evidence as I can. I look at charging documents; agent reports; reports of undercover operations; records obtained through a legal service, such as financial records; communications like emails, or messaging; blockchain records; open source records that are available to anyone.

Q.   And is that what you did here in the case of Bitcoin Fog?

A.   Yes.

Q.   Now, did you review records from Bitcoin Fog's launch?

A.   I did.

Q.   And how was the launch of Bitcoin Fog first announced?

A.   Bitcoin Fog was announced on the Bitcoin Talk forum.

Q.   What was the Bitcoin Talk forum?

A.   Bitcoin Talk is a social media forum, kind of like Reddit where people could go and talk about Bitcoin.  Especially back

in that time, it was the place to go to discuss all things Bitcoin. So you could -- you have an account. You read posts, you make posts, you could start your own posts.

Q. Did you personally review records from Bitcoin Talk?

A. Yes, I did.

Q. What sorts of records from Bitcoin Talk did you review?

A. I reviewed records by going on the actual Bitcoin Talk forum and also reviewed the records obtained through legal process from Bitcoin Talk.

Q. Were some of those records obtained in response to a search warrant to Bitcoin Talk?

A. Yes, they were.

Q. And, generally speaking, what sort of records did Bitcoin Talk provide in response to the search warrant?

A. Bitcoin Talk provided records of user registration, subscriber information, IP logs, records of public posts users made, and records of private messages that users made to each other on the forum.

Q. So, Agent Rovensky, there should be I think more than one binder in the witness box in front of you. If you could open up I think the first binder and look at Exhibits 12 through Exhibit 17.

A. Okay.

Q. Do you recognize Exhibits 12 through 17?

A. I do.

Q.   What do you recognize them to be?

A.   These are records obtained pursuant to legal process from Bitcoin Talk from the search warrant and I believe also the subpoena.

Q.   And have you reviewed electronic copies of all of these records in Exhibits 12 through 17?

A.   Yes, I have.

Q.   Do these records fairly and accurately represent the records provided by Bitcoin Talk in response to legal process?

A.   They do.

        MR. BROWN:  The government moves to admit Exhibits 12 through 17.

        THE COURT:  Any objection?

        MR. EKELAND:  Yes, Your Honor.  I do have a question on number 12.  Can we just go on the phone real quick?

        THE COURT:  Yep.

        (Conference held at the bench.)

        MR. EKELAND:  So on number 12, I see that they have got -- I can't tell if this is the way it actually came from Bitcoin Fog, if it -- I mean, from Bitcoin Talk.  Because it starts -- it has Akemashite Omedetou and then it goes to Killdozer.  I am just wondering if the government modified these records in any way or if this is how it was originally gotten in response to the search warrant?

        MR. BROWN:  Your Honor, this is -- I mean, to answer

the question, this is how they were produced in response to the search warrant. But we would also be happy to lay a foundational -- ask a foundational question just to establish that fact.

THE COURT: All right. Does that address the concern?

MR. EKELAND: It addresses my concern. And so then on -- I am going to put an objection on the record, A, hearsay; relevance and --

THE COURT: No. No. No. You have got to show me which is the particular hearsay statement that you object to and which statements or portions you are think are irrelevant. You can't just sort of take an entire stack of exhibits and say you have an objection to hearsay.

MR. EKELAND: Well, there are a number of statements from Akemashite Omedetou contained in these records --

THE COURT: Given the fact that the government -- I think it is the government's position -- and I think they have made at least a preliminary showing that is Mr. Sterlingov, that would come in as statements of a party opponent.

MR. EKELAND: Your Honor, I --

THE COURT: And if it is not Mr. Sterlingov, then they are not harmful.

MR. EKELAND: Could I ask the Court where the Court thinks that that government has made a -- established

preliminarily that it is Mr. Sterlingov? Because I haven't seen anything come into evidence that suggests that. And I don't think that that has any foundation. I think their primary witness to establish that hasn't testified. So I don't --

THE COURT: I can tell you sort of my perception of it. Maybe the government can answer the question more so. But my perception of the preliminary showing is they have shown the records indicating it was Mr. Sterlingov that originally purchased the domain name and it has tied him to Bitcoin Fog in that way. And there is evidence that Akemashite Omedetou is the administrator or the person who was running Bitcoin Fog. I think that is -- at least that was what I was basing my statement on. There may be more.

MR. EKELAND: That has not come into evidence at trial. Is the Court referring to what it saw at the Daubert hearing? Because in terms of what has been put on at this trial, they haven't put on any evidence in relation to what they have been suggesting is the payment for the DNS registration. And --

THE COURT: I'm sorry. Didn't that come in with Mr. Price? Maybe I am wrong.

MR. BROWN: Your Honor, Mr. Price did not get into the domain registration.

THE COURT: I see.

MR. BROWN: But so with respect to those records, some of them are statements, some of them are not statements, some of them are just business records. It may be easier to deal with individual -- whether it is a hearsay or other objection, as the evidence is actually brought in and published to the jury or as we asked for the evidence to be published to the jury. And, you know, we would also move to admit -- I think the statements by Akemashite Omedetou still come as a party opponent under -- well --

THE COURT: Conspiracy theory.

MR. BROWN: Yes, Your Honor, as a conspiracy theory or conditional relevance determination that, you know, we would ask to -- I mean, this witness will lay the foundation for the questions that Mr. Ekeland is asking. At this point, we just want to get that foundation in front of the jury here.

THE COURT: So are you going to get into any of the details that are in these documents or are you just at this point establishing that they were produced pursuant to subpoena?

MR. BROWN: Your Honor, for these documents we will be getting into the details and we will be reading into the record certain statements, similar to the way that we read in, and Mr. Ekeland had Mr. Price read in statements by Akemashite Omedetou on the Bitcoin Talk forum. I think both sides have admitted those statements for the truth of the matter asserted.

So I think we are on the same page that Akemashite Omedetou's statements are statements of a party opponent to the extent that we get into Killdozer's statements, we are prepared to lay that foundation before we actually introduce statements by Killdozer who is also statements of the defendant.

MR. EKELAND:  Your Honor, we absolutely object to that.  There is no evidentiary foundation that been laid.  They are calling their witnesses out of order.

THE COURT:  So for purposes of whether they have laid an adequate foundation with respect to a co-conspirator statement, that doesn't have to be laid in front of the jury.  That is a determination for the Court to find they have made that showing sufficient to trigger the co-conspirator exception to the hearsay rule.  And I can rely on everything that I have heard at the Daubert hearings for purposes of making that determination.

MR. EKELAND:  Then we ask that the Court make a record and state clearly what it is relying on when it makes that determination.

THE COURT:  Mr. Brown, do you want to make a proffer in that regard?  Do you want to --

We can come back and do this over the break.  I do have to say, I think this is really proceeding in a way that is extremely inefficient, where, Mr. Ekeland, you have been aware of these issues for months and months.  And to sort of kind of

wait and raise them on the telephone and say, we have a hearsay objection to the entire document. This is just a really inefficient way to proceed -- it is a really inefficient way to proceed. And these are things that could have been sort of aired in advance without wasting the jury's time in doing it. And but, you know, we can -- I know over the lunch break, if you want, the government can put together that proffer and then I can make the findings you want me to make.

MR. EKELAND: Your Honor, we had no idea they were going to call their witnesses in this order. It was our assumption they would lay a foundation before they called witnesses to testify to these types of things. And that would be Mr. Scholl and Ms. Mazars de Mazarin. And they chose their witness order. And we certainly have a right to object to lack of foundation based on the way the government is presenting its case.

THE COURT: If it is just a matter of order, I can provisionally admit it, and then if foundation is going to be laid later, that is fine too.

MR. EKELAND: The Court is free to do that and our objections are noted for the record.

THE COURT: No. No. No.

Mr. Ekeland, you are fond of doing that. But I need things teed up for me in a way in which I can decide the issues. It is not enough -- if you actually have a particular

objection, you can tell me what it is.  You can't just simply say, Judge, you are free to do whatever you want, but we object.  You need to explain why is that improper, if it is improper for me to provisionally admit it.  And if you, for example, think that the government is not going to be able to lay this foundation, you can explain that.  But you need to explain to me your objection.

MR. EKELAND:  Okay.  So the business records that they are seeking to admit, the business record parts, just that are just straight up business records -- are records from the business, we don't object to.  But what is in here are hearsay statements from Akemashite Omedetou that the government has laid no foundation are Mr. Sterlingov.  They haven't presented any of that evidence.  And what I am looking at here is a large stack of exhibits that the government wants to admit in bulk that contain hearsay statements that we argue that there is no foundation for them coming in because the government hasn't laid them by the way they have chosen to call their witnesses.

MR. BROWN:  Your Honor, the foundation has been laid with Mr. Price's testimony.  His testimony was very fulsome and complete in establishing that Akemashite Omedetou is Bitcoin Fog.  And, I mean he is a party opponent.  The hearsay exception can be based on evidence that is not yet in front of the jury.  At the very least, these are all -- can be conditionally admitted subject to further foundation,

because -- I mean, otherwise, we are going to be here for months and months. I mean, we can walk through these exhibits word by word. But we are trying to proceed in an efficient way mindful of the jury's time.

THE COURT: So let me ask you this: It is my understanding that there will be evidence that comes in that shows -- and I have seen this evidence presented in the Daubert hearing and elsewhere, but I have seen the evidence that shows that Mr. Sterlingov purchased the domain name for Bitcoin Fog. And is that evidence going to come in?

MR. BROWN: Yes, Your Honor.

THE COURT: All right. And to my mind, I think that whether Mr. Sterlingov is Akemashite Omedetou or whether he is a co-conspirator, the statements from Akemashite Omedetou come in under a hearsay exception either as the statement of a party opponent, or as a co-conspirator statement. And I think that I can make the preliminary finding that I need to make for purposes of the co-conspirator exception at a minimum. If there is anything that you would like to add to the record in that regard, Mr. Brown, I would welcome it.

MR. BROWN: Your Honor, I think that that is sufficient. And I -- certainly, in the Daubert hearings there was a fulsome foundation laid for the series of transactions leading from Mr. Sterlingov's true name account to the DNS domain name registration. And, again, the statement itself can

be part of what justifies the hearsay exception. And those statements will come into the record. We will have the witness introduce them.

THE COURT: All right. So I am going to go ahead and overrule that objection. Okay.

(End of bench conference.)

THE COURT: So we were back with the question just moving the admission of -- why don't you go back where we were.

MR. BROWN: The government moves to admit Government Exhibits 12 through 17.

THE COURT: All right. And that motion is granted. Those exhibits are admitted and may be published to the jury.

(Whereupon, Government Exhibit Nos. 12 - 17 were admitted.)

BY MR. BROWN:

Q. All right. Agent Rovensky, I'd like to show you Government Exhibit 12. Do you see that on the screen?

A. I do.

Q. And what is this document?

A. This is the user data provided by Bitcoin Talk pursuant to a search warrant.

Q. And if you scroll down this document, are there more than one accounts or user accounts listed here?

A. Yes, there are three accounts.

Q. What are those three accounts?

A.    First account is Akemashite Omedetou, where Akemashite Omedetou is spelled starting AKE.  The second account is Killdozer.  And the third account is Akimashite Omedetou, where Akimashite is spelled A-K-I.

Q.    And that last account, Akemashite Omedetou is spelled with an I., does that appear to be an impostor or an active account?

A.    This account did not have activity on Bitcoin Talk.  It may be an impostor, because I know that is something that Bitcoin Fog or the administrator of Bitcoin Fog did write about there being imposters, but it did not have really any activity on Bitcoin Talk?

Q.    And are you familiar with the first account listed, the Akemashite Omedetou spelled with an E?

A.    I am.

Q.    And what is that account?

A.    That is the account for the administrator of Bitcoin Fog.

Q.    Now, I'd like turn to Exhibit 13.  If we could quickly scroll through and go back to the top.  What does this exhibit show?

A.    I will wait until it comes back to the top.  Those are the posts on the forum made by the user that we did the search warrant for.

Q.    I'd like to direct your attention to message 596034.  Before I ask you about that message, Agent Rovensky, are these documents -- do they appear here in the state that they were

produced by Bitcoin Talk in response to the search warrant?

A.   Yes, they do.

Q.   So this was the format in which they were produced?

A.   Yes.

Q.   And have you reviewed the Bitcoin Talk thread online?

A.   I have.

Q.   And does it look the same or different from these records?

A.   The -- visually, it looks different, because it is how it looks on the internet, but the content is largely the same.

Q.   Now directing your attention to 596034.  Do you recognize this message?

A.   I do.

Q.   And what does the time show for this message?

A.   The time is October 27th, 2011 at 17:05:07.

Q.   And who is the author of this message or I should say post?

A.   The author of this post is Akemashite Omedetou.

Q.   What is the subject line?  Could you just read that to the jury?

A.   Sure.  "Announce, Bitcoin Fog, secure Bitcoin anonymization."

Q.   And have you reviewed the content of this post?

A.   Yes, I have.

Q.   And what is, generally speaking, stated in this post?

A.   This is the announcement of the launch of the Bitcoin Fog

mixing service on Bitcoin Talk.

Q.   Now, I'd like to direct you to Government Exhibit number 1, which has previously been admitted and published.  Do you recognize this document?

A.   Yes, I do.

Q.   And looking at that top post there, do you recognize that post?

A.   Yes.  This is the same post, the announcement of Bitcoin Fog on Bitcoin Talk.

Q.   Now going up to the top of this document, do you recognize what sort of document this is?

A.   Yes.  This is a capture from an archive.org webpage, a website called The Way Back Machine.

Q.   Can you tell from looking at this document, when the snapshot was taken for archive.org?

A.   Yes.  So this is April 10th of 2014.  This is what -- this announcement on Bitcoin Talk looked like on April 10th of 2014.

Q.   Have you read through or reviewed this entire document shown in Government Exhibit number 1?

A.   Yes, I have.

Q.   And just at a summary level, what is the nature of this thread here?

A.   This is the announcement of the launch of Bitcoin Fog.

Q.   And are there other statements by other individuals other than Akemashite Omedetou in this --

MR. EKELAND:  Objection, Your Honor.

THE COURT:  What is the objection?

MR. EKELAND:  Well, leading, it is cumulative, the document speaks for itself.  It is in evidence.  It is calling for a narrative.

THE COURT:  All right.  I will sustain it on leading grounds.

MR. BROWN:  Okay.

BY MR. BROWN:

Q.   Agent Rovensky, based on your review of this thread, how was it used by Akemashite Omedetou?

A.   So it was used to periodically provide updates on the service, also reply to posts made by other users about the Bitcoin Fog service.

Q.   Now, directing your attention to that post number 1 here on Exhibit 1, does that list a Tor or darknet address for the Bitcoin Fog service?

MR. EKELAND:  Objection, Your Honor.  These are leading questions.

MR. BROWN:  Your Honor, it is a yes-or-no question, but it doesn't suggest the answer to the question.  It is not a leading question.  Is there, is not a leading formulation.

THE COURT:  I will go ahead and allow it.  Overruled.

BY MR. BROWN:

Q.   Agent Rovensky, is there a Tor or darknet website listed

for the Bitcoin Fog service?

A.    Yes, there is.

Q.    And could you point that out to the jury?

A.    It is right.  There it is HTTP://FOGCORE5N30V3TUI.onion.

THE REPORTER:  Sir, you've got to slow down when reading those.

THE WITNESS:  Sorry.  HTTP://FOGCORE5N30V3TUI.onion.

BY MR. BROWN:

Q.    And then directing your attention, I would like to compare this to Exhibit 13.  Going back up to the top of that message that we were looking at earlier, message 596034, if we could scroll down a little bit.  Do you see a darknet or onion address here or --

A.    Yes.

Q.    And could you point that out for the jury?

A.    It is right here.  It is a different address.  It is FOGGEDDRIZTRCAR2.onion.

Q.    Now, can you tell from looking at this post -- well, let me ask you this:  When Bitcoin Talk produced records in response to the search warrant, did they provide the records -- what time frame did they provide the records for?

A.    They provided the records as they appeared on their website when they executed the search.

Q.    And so looking at this post here on Exhibit 13, can you tell when it was last modified or updated?

A.    Yes.  It was last updated on November 15th, 2014.

Q.    And could you point that out for the jury?

A.    Right there.

Q.    And so comparing those two posts and with the information that you have just pointed out, can you tell if there has been a change in the onion address for Bitcoin Fog?

A.    Yes.  At one point in time the .onion address did change.

Q.    Now, going back to Exhibit number 1, I would like to draw your attention to a few posts by Akemashite Omedetou. Directing your attention to post number 35 and what is the date of post number 35?

A.    The date of this post is November 11th, 2011.

Q.    And who made this post?

A.    This post was made by Akemashite Omedetou.

Q.    Now, looking at the format of this post, are there boxes followed by text?

A.    Yes, there are.

Q.    What do you understand those boxes to be?

A.    The boxes quote a previous post or a comment made by a Bitcoin Talk user.  And the text under the box is the reply, in this case by Akemashite Omedetou to that post.

Q.    And if I could direct your attention to third box down and then the text following that.  Could you read that first block of text starting with the word "so" and the next line underneath it?

A. "So should we make it easier for an attacker analyzer to do statistical analysis on our payouts even before they are made and helping them to start finding our Bitcoin client? Wink emoji. That could only be done by an authority, of course, because that would mean having control over a lot of nodes, but still -- no. We won't make their life easier. This most probably will not be implemented."

Q. And then directing your attention to post number 63.

And what is the date of post 63?

A. February 8th, 2012.

Q. And who made this post?

A. Akemashite Omedetou.

Q. And is there another one of those box quotes here?

A. Yes, there is.

Q. Could you read the box quote and then Akemashite Omedetou's response beneath it for the entire post?

A. Sure. The quote, "I say, I didn't do that, but they decide they have the proof and prosecute anyway."

The response, "How exactly could they prove they are your coins? It is not even trivial for them to prove they were your coins if they were transferred from your address directly since a virus could have stolen your wallet.dat and made that transaction. If you live in a country where proof is just a word and authorities do as they please, then perhaps, no, our service will not help you. But then again, nothing will

really.  Also at this point, our service mainly deals with making it difficult to find you, not convict you, since to my knowledge, there hasn't been any real Bitcoin related conviction yet anywhere in the world to see as an example."

Q.   Now I'd like to direct your attention to post number 50.

And are there more boxes and answers in this post?

A.   Yes.

Q.   If we could scroll down to the second-to-the-last set of boxes and responses.

Could you please read the quoted -- the quote inside the box and then read Akemashite Omedetou's response?

A.   The quote, "As for withdrawing a partial balance, sure, I suppose.  Assuming they forgot about my Bitcoin and assume that leaving Bitcoins sitting on an anonymous service is a good idea, you have heard of My Bitcoin right?  And what good is an anonymizing service that only works if you use it a certain unusual way?  If all of the security rests on the user remembering to take out a smaller amount than he put in, Mt. Gox is already good for that today."

Q.   How does Akemashite Omedetou respond?

A.   He responds, "Oh, but there is a big difference here. Mt. Gox is an official company with official owners, addresses, taxes...  They never were nor ever said they would be anonymous.  If any problem with the law ever comes up, all of their logs will be in the hands of well, you know.  Japan is

probably as far from the off-shore mentality as it gets.  But apart from that, if you would deposit your money into Mt. Gox, and then manually pay it out to your other addresses, manually randomizing all of the transactions, then sure it would be like our service.  We do this automatically and anonymously without any persisting logs."

Q.    Then I'd like to direct your attention to post number 68.  And who is the author of this post?

A.    The author of this post is Akemashite Omedetou.  And it was made on February 9th, 2012.

Q.    And is there another box quote and then a response in this post?

A.    Yes, there is.

Q.    Could you read the box quote and then Akemashite Omedetou's response?

A.    Sure.  The quote, "Don't the exchanges run similar to this service?  If I withdraw Bitcoins from an exchange, whether from a purchase or transferred from another wallet, they come from a mixed pool of coins and not a specific address attached to my account or do I have that wrong?  The response, we have discussed this a little bit earlier.  As I see it, you do get some anonymity by mixing it like that.  And that is the only other choice apart from mixing services, I guess.  But those companies do not try to make your payments anonymous deliberately.  Do not mix a lot just to hide all of the traces.

Most of them are also run as legitimate, visible businesses which will be forced to reveal information about your funds, should such a request be made by authorities.  I would assume they are also keeping very long logs since they don't have any reason not to.  Us on the other hand that authorities have to find first, which as Silk Road have demonstrated can prove problematic."

Q.   Now, I would like to direct your attention to post 91.

Who is the author of post 91?

A.   Akemashite Omedetou.  And this post was made on April 20th, 2013.

Q.   Could you please read the third paragraph starting also?

A.   "Also, please be aware of copycats of which there are now a number of HTTP://IDG2WIOIMYJAEKIH.onion, HTTP://ECF5DPPFFHIM3FAW.onion, HTTP://KFDRUA2BJBZ7H243.onion, et cetera.  That's only the ones we could find.  We are not affiliated with them in any way.  Use them on your own risk. The only real link is HTTP://FOGCORE5N30V3TUI.onion."

Q.   Agent Rovensky, are you familiar with hidden services websites on the darknet?

A.   I am.

Q.   Have you, yourself, visited some hidden services websites?

A.   Yes, I have.

Q.   And can hidden services websites be copied or impersonated?

A.    The websites can be copied and impersonated, but not the .onion URLs.

Q.    Now, directing your attention to post number 71.

Who is the author of this post?

A.    Akemashite Omedetou.  And this is dated February 26th, 2012.

Q.    Could you read the second full paragraph of this post?

A.    "Now, for the important news, be advised someone has put a fake link on the Tor hidden Wiki and called it Bitcoin Fog, when in reality it leads to a completely different website which reportedly even scams people.  Please always use the original link published here in the first post of this topic, HTTP://FOGCORE5N30V3TUI.onion."

Q.    And then I'd like to direct your attention to the search warrant returns at Exhibit 13.  And, Agent Rovensky, is there any reason why the search warrant returns might be different from the archive.org version of the thread here?

A.    Yes.  The archive.org version captured the post at a specific date at a certain time that we pointed out earlier. The search by the search records provided by Bitcoin Talk were done at a much later date.  And the posts were different at a later date than they were on the archive.org date.

Q.    And directing your attention to message 962302.  And the first thing I want to ask is look at the subject line of this post.  Could you read out the subject line?

A.   "Subject regarding announce, Tor wallet-anonymous mixing wallet service."

Q.   Is that a different subject from the other posts that we have been looking at?

A.   Yes.  This is a different topic from the announcement of Bitcoin Fog topic.

Q.   Was this still included in the search warrant returns?

A.   It was.

Q.   Why was that?

A.   Because the search included all posts made by Akemashite Omedetou.

Q.   Now, could you point out the date and time for this post, message 962302?

A.   Yes.  2012 -- June 14th of 2012 at 13:38:23.

Q.   And looking at the body of the message, it appears to start with something in brackets and then some text.  Could you explain, what does that mean?

A.   Yes.  This is the version of a box that we were looking at the archive.org captured.  So the beginning and end of the quote is -- the quote is between the parentheses that say quote.  And then beneath is the response to the quote.

Q.   So to start out with, could you read the quoted passage?

A.   Yes.  The quoted passage, "So why pay for laundering? Laundry service probably provides you coins that someone else wanted to launder previously.  So I see no difference to

actually depositing your coins to some random web service and then withdrawing them after a while.  Usually it is a fraction of the cost."

Q.   And then how does Akemashite Omedetou respond here?

A.   He responds, "Well, because you don't actually know that the service is going to launder your coins.  And because all normal services can and do keep logs of user names, IP addresses, link to deposits.  Should the time come, the police won't try to guess what happened from the blockchain.  They will simply come to the service and ask for the information from the logs, which any legitimate service will provide because they don't want any problems with the law.  They are also much easier to find and contact for the authorities than an anonymous, good luck to find Tor hidden services."

Q.   Directing your attention to 5604916.

What is the date of this post?

A.   March 9th, 2014 at 14:44:36.

Q.   Is this another post by Akemashite Omedetou?

A.   Yes, it is.

Q.   Could you please read the second block of text starting "as for" in the body of that message?

A.   Sure.  So the quote is, "Are there any objective advantages to blockchain shared coin feature?"

And the response is, "We would personally never use them as the only step in the washing.  Blockchain is public company

and is required by law to comply with anti-money laundering laws, as well as revealing user information and logs should the law require that."

Q.   Directing your attention to message 4168326.

And just look at the subject line.  To begin with, what subject line is this?

A.   "Announce Bitcoin Fog secure Bitcoin anonymization."

Q.   So is that the same main thread that we were looking at in Exhibit 1?

A.   Yes.  This is a continuation of the announcement of Bitcoin Fog topic.

Q.   Can you please read the -- actually, could you please read the whole body of this message?

A.   Sure.

"We acknowledge the problem and shall resolve this matter with any users involved.  Please contact us on the fog.  If there were any unauthorized withdrawals, we shall reverse them.  It seems we have now localized the problem.  We would like to thank the good hackers at Agora for their help once again."

Q.   Do you have knowledge of what Agora was?

A.   Agora was a darknet market on Tor.

Q.   Directing your attention to Exhibit 5167738.

And what is the date of this post?

A.   February 15th, 2014.

Q.   And could I ask you to in the body of the message please

read that first full paragraph?

A.    "As you might have noticed, we have had a lot of withdrawal issues lately.  From the very start, our system has several security mechanisms, which monitor the current situation and try to lock access to both money and information in case any threat is detected.  Some of you have experienced problems with this in the past as well.  The system was reacting on more things than it should have been."

Q.    Directing your attention to post 6089297.

And what is the date of this post?

A.    April 5th, 2014.

Q.    Could you please read the whole body of that post?

A.    Yes.

"We have received information about suspicious activity by our hosting provider.  In order to prevent any information from being seized, we had to shut down all servers activating encryption and are now in the process of moving to the backup server.  Currently all services are inaccessible.  Sorry for the inconvenience.  We estimate the works being completed within 48 hours."

Q.    And then directing your attention to message 7441952.

What is the date of this post?

A.    This post is dated June 21st, 2014.

Q.    If we could scroll down a little bit further.  Do you see a chunk of text starting, "Unfortunately we don't have"?

A. Yes.

Q. Could you read that first paragraph starting with "unfortunately" and then to the end of that paragraph, the next paragraph is not indented, but to end of that first paragraph?

A. "Unfortunately we don't have a proper way to restore a password since we cannot trust the identity of the users who claim owning accounts to which they don't have passwords. This is not only a matter of money security. This is a matter of personal security. If we were to reveal any account information to any authorized party, people might go to jail."

Q. Then could you read the next little paragraph there?

A. Sure.

"Bitcoin Fog is highest possible anonymity outpost in the Bitcoin world. It not for people that just joke around with their money. It is for people who have real problems with the law. And we provide them with the best possible service and the highest possible anonymity."

Q. Now going back to the account records that Bitcoin Talk provided. Did Bitcoin Talk provide user data for Akemashite Omedetou?

A. Yes.

Q. Directing your attention to Exhibit 12.

And what is shown here on Exhibit 12?

A. This is the user data for the accounts that were searched. It is kind of like account sign-up information.

Q. And what is the first account listed here?

A. First account is Akemashite Omedetou.

Q. And maybe if we could zoom in just a little bit further so the jury can see. Is there a username associated with this account? Could you point that out with your finger?

A. The username is Akemashite Omedetou.

Q. And what is the display name?

A. The display name is also Akemashite Omedetou.

Q. Is there an email address associated with that?

A. There is. Shormint@hotmail.com.

Q. Is there a birth date for Akemashite Omedetou?

A. There is. January 1 of the year 1 AD.

Q. Is there a website listed for Akemashite Omedetou?

A. Yes. WWW.BitcoinFog.com.

Q. What is the title to the website?

A. The website title is Bitcoin Fog.

Q. If we could scroll down a little bit further, is there an avatar image for this account?

A. There is. You see the avatar is a grouping of gold coins kind of in the shape of wings behind a cloud of dust with a question mark. And underneath it reads, Bitcoin Fog.

Q. Now, looking at the account information for Akemashite Omedetou, is there any other identifying personal information about the user of this account?

A. No, there isn't.

Q.   When was this account registered on Bitcoin Talk?

A.   This account was registered on October 25th, 2011 at 11:54:39.

Q.   How close in time was that to the launch of Bitcoin Fog?

A.   Within two days of the launch of Bitcoin Fog.

Q.   So we can close those out.  Did you review the Twitter account of Bitcoin Fog?

A.   Yes, I did.

Q.   How did you review that account?

A.   I reviewed it by looking at it on Twitter and also reviewing records provided by Twitter pursuant to a search warrant.

Q.   So in your binder, I would like to ask you to review Exhibits 34A through 34E, as in echo.

        THE COURTROOM DEPUTY:  I'm sorry.  Did you say B too?

        MR. BROWN:  34A through 34E, as in echo.

        THE COURTROOM DEPUTY:  Thank you.

BY MR. BROWN:

Q.   Okay.  Do you recognize those exhibits?

A.   Yes, I do.  These are the records provided by Twitter pursuant to search warrant.

Q.   And for what Twitter account?

A.   For the account @BitcoinFog.

Q.   Are these exhibits fair and accurate copies of the records provided to law enforcement by Twitter?

A.    Yes, they are.

MR. BROWN:  The government moves to admit and publish Exhibits 34A through 34E?

THE COURT:  Any objection?

MR. EKELAND:  No objection, Your Honor.

THE COURT:  All right.  Exhibits 34A through 34E are admitted and may be published to the jury.

(Whereupon, Exhibit Nos. 34A - 34E were admitted.)

BY MR. BROWN:

Q.    I would like to direct your attention to Exhibit 34A.  And what is this?

A.    This is the account information for the @BitcoinFog Twitter account.

Q.    And is this the format in which Twitter provided these records?

A.    Yes, it is.

Q.    And what is the username for this account?

A.    The username is Bitcoin Fog.

Q.    And when was the account created?

A.    On October 27th, 2011.

Q.    And how does that time compare to the time that Bitcoin Fog was launched?

A.    This is the date that Bitcoin Fog was announced on Bitcoin Talk.

Q.    And is there an email account associated with this Twitter

account?

A. There is. Also Shormint@hotmail.com.

Q. Is there any other identifying information for the owner of this Twitter account?

A. No, there is not.

Q. You can close that out. And directing your attention to 34D, as in delta. And please publish.

What is this, Agent Rovensky?

A. These are the tweets made by the Bitcoin Fog Twitter account in the format that Twitter produced them pursuant to a search warrant.

Q. Do you understand that on the actual Twitter website, do these look the same or different?

A. No. It looks like you would expect tweets to look on Twitter, much different.

Q. And just scrolling through this exhibit, have you previously reviewed this exhibit?

A. I have.

Q. And are the tweets in chronological order or not?

A. No. It goes in the order of most recent tweet down to the bottom of the first tweet.

Q. And if we could scroll down to the bottom of the exhibit to what is the first tweet, maybe scroll up a little bit. Here. Can you point out the first tweet in this document?

A. Yes. The first tweet is on October 27, 2011. And the

text is, "The fog is operational!  Freenet:"  And it provides a link to the clearnet website.  "And then the real thing," and it provides a link to the hidden services website.  The clearnet website is WWW.BitcoinFog.com but on the Twitter records it reads HTTP://T.CO/REKk2Xih.

Q.    How do you know that is the link to the Bitcoin Fog clearnet website?

A.    Because I reviewed the tweet as it appeared on Twitter and it read WWW.BitcoinFog.com.

Q.    And could you just read out what is the Tor website address?

A.    Sure.  Real thing, HTTP://FOGCORE5N3OV3TUI.onion.

Q.    So we can close that out.  Agent Rovensky, remind the jury what was the email address for Akemashite Omedetou on Bitcoin Talk?

A.    Shormint@hotmail.com.

Q.    Did you review records replating to Shormint@hotmail.com?

A.    I did.

Q.    What sorts of records did you review?

A.    I reviewed records that were produced by Microsoft pursuant to legal process.

Q.    Were there -- was there more than one instance of legal process issued to Microsoft?

A.    Yes, there were.

Q.    So I'd like to direct your attention in your binder to

Exhibits 801 through 803.  You may need to switch binders.

A.   Switch binders?

Q.   It should be in binder number 4.

A.   Okay.

Q.   Exhibits 801 through 803.

A.   I am not sure if it is binder number 4.

Q.   Binder 5, maybe.  Agent Rovensky, it might just -- there might be an 800 and then single digits for subsequent tabs.  So the 8 is dropped off.

          THE COURT:  It is binder number 4.

BY MR. BROWN:

Q.   Binder number 4, we can also review this on the screen, it may be easier.  These are not as voluminous.

A.   I see them.

Q.   Do you recognize Exhibits 801 through 803?

A.   I do.  I am just finishing looking at them.  I do.  I recognize them.

Q.   Are these records provided by Microsoft to the government?

A.   Yes, they are.

Q.   What is the relationship between Microsoft and Hotmail?

A.   Microsoft owns Hotmail.

Q.   Are these exhibits fair and accurate copies of the records provided by Microsoft to the government?

A.   Yes, they are.

          MR. BROWN:  The government moves to admit exhibits

801, 802 and 803.

THE COURT: I want to make sure I am looking at the right exhibits. There is a tab that says 800 and there is 1 tab underneath that, a 2 tab and 3 tab. Are those the exhibits?

MR. BROWN: Yes, Your Honor.

THE COURT: Any objection?

MR. EKELAND: No objection, Your Honor.

THE COURT: Exhibits 801, 802 and 803 are admitted.

(Whereupon, Exhibit Nos. 801 - 803 were admitted.)

THE COURT: When you are done with those exhibits, why don't we take our lunch break?

MR. BROWN: Very good.

BY MR. BROWN:

Q.   Agent Rovensky, so directing your attention on the screen.

Directing your attention on the screen --

And the government moves to publish if --

THE COURT: You may.

BY MR. BROWN:

Q.   -- to Exhibit 801. Is this from legal process provided by Microsoft?

A.   Yes, it is.

Q.   Can you tell from the face of this when Microsoft provided the data?

A.   These records were provided on June 2nd, 2016.

Q.   And does this appear to show data for two different accounts?

A.   Yes, it does.  It shows data for an active account at Shormint@hotmail.com and shows data for an archived Shormint@hotmail.com that was archive deleted on September 14, 2015.

Q.   Do you have an understanding of what that means?

A.   Yes.  The Shormint account on the bottom, Microsoft archived and deleted records for it.  And then the Shormint@hotmail.com on top was reactivated in a way.

Q.   So directing your attention to Exhibit 802.  Does this show user information for the archived account?

A.   Yes.

Q.   And down at the bottom of those fields, what does it say for date archived?

A.   Date archived, September 21st, 2015.

Q.   And looking at the user information that is given here, what identifying information is there?

A.   So there is the Shormint@hotmail.com email address with the first name, Vasily; last name Kunnikov.  It also provides a geographic location England, United Kingdom.

Q.   Can you read what is in parenthesis at the bottom of this document?

A.   Yes.  "Not every field may appear in your report.  This data was provided to us by the user and Microsoft does not make

any representations regarding its authenticity."

Q.   And then switching to Exhibit 803.  Is this user information.

Clear off the -- thank you.

Does Exhibit 803 show user information for the active Shormint account?

A.   Yes, it does.

Q.   I'm sorry.  Go ahead.

A.   Yes, it does.

Q.   And what does it say down at the bottom for date registered?

A.   Date registered, October 12th, 2015.

Q.   And was that after the date that the other account was archived?

A.   Yes.  It was a few weeks after the date that the Shormint@hotmail.com was archived.

Q.   And just skipping through the identifying information given here, is it mostly the same or different?

A.   It is the same.

MR. BROWN:  Your Honor, this would be a good place for a break.

THE COURT:  All right.  Let's go ahead and take our lunch break.  It is 12:40.  Why don't we come back at 1:45.

And I will remind you, don't discuss the case with anybody.  Don't conduct any research and steer clear of anyone

associated with the case so you don't overhear any chatter in the hall.  Have a nice lunch.

(Jury out at 12:40 p.m.)

THE COURT:  All right.  You are welcome to have your lunch as well.  Just don't discuss your testimony until it is complete.

THE WITNESS:  Thank you.

THE COURT:  All right.  Anything anyone else wants to raise before we adjourn?

MR. BROWN:  No, Your Honor.

MR. EKELAND:  No, Your Honor.

THE COURT:  All right.  I will see you after lunch.

(Recess taken at 12:41 p.m.)

C E R T I F I C A T E


I, SHERRY LINDSAY, Official Court Reporter, certify that the foregoing constitutes a true and correct transcript of the record of proceedings in the above-entitled matter.




Dated this 16th day of February, 2023.


_____
Sherry Lindsay, RPR
Official Court Reporter

BY MR. BROWN: [3]   62/8 79/8
96/11
BY MR. PEARLMAN: [9]   23/7 28/25
32/1 33/18 34/4 38/15 45/6 54/23
55/22
MR. BROWN: [26]   4/4 8/7 12/2
16/9 58/24 60/23 62/2 66/11 66/25
68/23 69/1 69/11 69/20 72/19
73/11 73/21 74/9 78/8 78/20 92/16
93/2 96/25 97/6 97/13 99/20
100/10
MR. EKELAND: [55]   4/5 4/12 8/9
8/18 9/3 9/6 9/10 11/25 16/8
16/13 17/3 22/24 23/4 24/20 24/23
25/18 26/7 26/10 27/5 27/17 28/11
39/22 40/1 40/16 41/2 46/9 47/19
47/22 47/24 58/18 59/17 59/22
60/3 60/13 60/15 60/25 61/18
66/14 66/18 67/7 67/15 67/21
67/24 68/15 70/6 70/17 71/9 71/20
72/8 78/1 78/3 78/18 93/5 97/8
100/11
MR. PEARLMAN: [70]   16/17 16/19
17/14 17/22 17/25 22/21 24/17
25/12 25/15 25/20 25/23 26/12
28/24 30/21 30/23 31/2 31/14
31/18 31/24 32/10 33/11 33/16
33/21 33/24 34/1 34/3 34/11 34/22
36/24 37/2 37/19 38/11 39/1 39/16
40/9 40/22 41/17 42/6 42/20 42/23
43/16 44/22 44/25 45/2 46/3 47/17
48/1 48/4 51/2 51/5 51/8 51/11
52/5 52/22 53/25 54/19 55/12
55/20 58/8 59/2 59/7 59/10 59/16
59/18 59/21 60/8 61/3 61/9 61/12
61/22
THE COURT: [129]
THE COURTROOM DEPUTY: [13]   17/20
17/23 33/20 33/22 33/25 34/2 48/8
50/9 51/7 60/16 62/5 92/15 92/17
THE REPORTER: [1]   79/5
THE WITNESS: [7]   17/19 48/7
58/23 62/4 62/6 79/7 100/7

'

'97 [1]   18/25
'98 [1]   18/25

.

.onion [2]   80/7 85/2

1

10 [1]   60/1
100 [1]   40/3
10005 [1]   2/4
10th [2]   77/16 77/17
117A [4]   33/19 33/20 33/24 33/25
117C [8]   3/15 34/5 34/6 34/12
34/13 34/14 34/22 35/11
119 [1]   42/22
119A [5]   42/10 42/11 42/17 42/21
42/23
119C [7]   3/18 42/13 42/14 42/21
42/23 42/24 42/25
11:00 [1]   60/1
11:09 [1]   60/4
11:10 [1]   60/10
11:25 [2]   60/2 60/3
11:38 [1]   61/24
11:54:39 [1]   92/3
11th [3]   15/23 15/23 80/12
12 [13]   3/4 3/24 65/21 65/24 66/6
66/11 66/15 66/18 74/10 74/13
74/17 90/22 90/23
120A [11]   3/14 32/16 32/17 33/9
33/12 33/14 33/15 55/17 55/18
55/25 56/4
120C [7]   3/14 32/21 33/12 33/14
33/15 33/16 55/23
121A [13]   23/16 23/16 23/21 24/9

24/11 24/13 24/16 24/18 28/24
29/1 30/20 30/23 31/2
121C [7]   24/2 24/9 24/13 24/18
29/4 30/24 31/3
121D [1]   30/21
12:40 [2]   99/23 100/3
12:41 [1]   100/13
12th [1]   99/12
13 [4]   75/17 79/10 79/24 85/15
1301 [1]   1/20
13:38:23 [1]   86/14
14 [1]   98/5
14:44:36 [1]   87/17
14th [1]   86/14
15 [1]   1/5
15th [2]   80/1 88/24
16th [1]   101/10
17 [7]   3/24 65/22 65/24 66/6
66/12 74/10 74/13
17:05:07 [1]   76/14
18 [1]   3/6
1994 [1]   49/4
1:45 [1]   99/23

2

20001 [1]   2/9
20005 [1]   1/21
2001 [2]   5/21 15/23
2003 [1]   19/3
2005 [1]   19/3
2008 [1]   49/16
2011 [6]   15/23 76/14 80/12 92/2
93/20 94/25
2012 [5]   81/10 83/10 85/6 86/14
86/14
2013 [1]   84/11
2014 [7]   77/16 77/17 80/1 87/17
88/24 89/11 89/23
2015 [4]   5/18 98/6 98/16 99/12
2016 [2]   5/21 97/25
2017 [1]   13/10
2019 [2]   16/4 16/6
2023 [1]   101/10
2024 [1]   1/5
20530 [2]   1/14 1/17
20th [1]   84/11
21-399 [1]   1/4
21st [2]   89/23 98/16
23 [1]   3/13
24th [1]   5/21
25th [2]   5/21 92/2
26th [1]   85/5
27 [1]   94/25
27th [2]   76/14 93/20
2nd [1]   97/25

3

30 [2]   2/3 49/4
31 [1]   3/13
32 [1]   3/14
33 [1]   3/14
333 [1]   2/8
34 [1]   3/15
34A [7]   3/24 92/14 92/16 93/3
93/6 93/8 93/10
34D [1]   94/7
34E [6]   3/24 92/14 92/16 93/3
93/6 93/8
35 [3]   15/11 80/10 80/11
37 [2]   3/15 3/16
38 [1]   3/16
39 [2]   3/17 3/17
399 [1]   1/4

4

403 [1]   22/24
41 [1]   3/18
4168326 [1]   88/4
42 [1]   3/18
43 [1]   3/19
431A [5]   3/22 54/5 54/17 54/19

54/22
431C [5]   3/22 54/14 54/14 54/20
54/22
432 [3]   3/23 55/12 55/15
432A [2]   54/24 55/7
432C [6]   3/23 55/4 55/7 55/9
55/13 55/15
45 [1]   3/19
46 [1]   3/20
48 [2]   3/8 89/20

5

5.1527 [1]   1/17
50 [1]   82/5
507 [6]   3/14 32/2 32/2 32/7 32/12
32/14
507B [5]   3/14 32/4 32/4 32/12
32/14
51 [1]   3/20
5167738 [1]   88/22
52 [2]   3/21 3/21
520 [6]   3/19 43/2 43/3 43/11
43/16 43/19
520B [5]   3/19 43/8 43/9 43/17
43/19
54 [2]   3/22 3/22
55 [9]   3/20 3/23 45/7 45/8 45/15
45/16 46/1 46/5 46/7
55A [6]   3/20 45/12 45/13 45/15
46/5 46/7
56 [1]   6/1
5604916 [1]   87/15
57 [1]   6/1
58 [2]   3/6 3/9
596034 [3]   75/23 76/10 79/11
5th [1]   89/11

6

601 [1]   1/16
6089297 [1]   89/9
61 [1]   3/23
62 [1]   3/11
63 [2]   81/8 81/9
6710 [1]   2/8
68 [1]   83/7

7

709 [16]   3/20 3/23 50/8 51/6 51/7
51/9 51/10 51/14 59/3 59/5 59/14
59/15 59/16 61/4 61/7 61/11
709B [15]   3/20 3/23 50/16 50/16
50/24 51/12 51/13 51/14 59/3 59/5
59/14 59/15 61/4 61/8 61/11
71 [1]   85/3
710 [9]   3/15 36/11 36/12 36/25
37/3 37/5 56/6 56/7 56/9
710A [8]   3/15 36/16 36/25 37/3
37/5 56/6 56/12 56/12
711 [9]   3/16 37/8 37/8 37/16
37/19 37/22 56/16 56/16 56/20
711A [8]   3/16 37/8 37/13 37/14
37/16 37/19 37/22 56/20
712 [5]   3/16 37/24 37/25 38/11
38/14
712A [5]   3/16 38/4 38/5 38/12
38/14
713 [9]   3/17 38/16 38/17 39/1
39/3 39/4 57/1 57/1 57/6
713A [8]   3/17 38/21 38/21 39/2
39/3 39/4 57/5 57/5
714 [7]   3/17 39/6 39/11 39/16
39/19 57/9 57/9
714A [7]   3/17 39/10 39/10 39/17
39/19 57/12 57/17
715 [9]   3/18 39/21 39/21 41/8
41/9 41/11 41/17 41/20 57/21
715A [9]   3/18 41/8 41/9 41/12
41/14 41/18 41/20 57/25 57/25
716 [3]   41/22 42/4 42/6
716A [3]   42/2 42/2 42/7
74 [1]   3/24

**7**

7441952 [1]  89/21

**8**

800 [2]  96/8 97/3
801 [8]  3/25 96/1 96/5 96/15 97/1 97/9 97/10 97/20
802 [3]  97/1 97/9 98/11
803 [9]  3/25 96/1 96/5 96/15 97/1 97/9 97/10 99/2 99/5
818 [2]  44/10 44/17
818A [7]  3/19 43/21 43/22 44/19 44/22 45/3 45/5
818B [5]  3/19 44/17 44/17 45/4 45/5
820 [7]  3/13 31/8 31/9 31/12 31/15 31/20 31/21
820B [5]  3/13 31/11 31/15 31/20 31/21
833 [5]  3/21 52/10 52/10 52/22 52/25
833B [5]  3/21 52/16 52/17 52/23 52/25
862 [5]  3/22 53/8 53/8 53/25 54/3
862B [4]  3/22 53/16 54/1 54/3
863 [6]  3/21 51/16 51/17 51/25 52/6 52/8
863B [5]  3/21 51/22 51/25 52/6 52/8
864 [9]  3/13 22/1 22/3 22/18 22/19 22/22 23/1 23/3 23/8
864A [9]  3/13 22/11 22/12 22/14 22/18 22/22 23/1 23/3 23/12
8th [2]  2/4 81/10

**9**

91 [2]  84/8 84/9
93 [1]  3/24
950 [1]  1/14
962302 [2]  85/23 86/13
97 [1]  3/25
9:43 [1]  1/6
9:45 [1]  4/15
9th [2]  83/10 87/17

**A**

a.m [5]  1/6 4/15 60/4 60/10 61/24
able [5]  14/17 14/23 17/5 27/13 72/5
about [30]  7/3 7/7 8/14 10/8 10/9 12/13 12/17 13/2 13/8 14/6 15/6 15/8 15/11 15/12 16/1 23/10 26/13 26/25 28/8 35/14 59/13 59/14 64/25 75/9 75/24 78/13 82/13 84/2 89/14 91/24
above [1]  101/5
above-entitled [1]  101/5
absolutely [1]  70/6
accept [1]  46/24
acceptable [2]  27/16 61/21
access [3]  10/17 21/22 89/5
accomplish [1]  35/20
according [1]  59/5
account [41]  9/22 65/2 73/24 75/1 75/2 75/3 75/5 75/6 75/7 75/12 75/15 75/16 83/20 90/9 90/18 90/25 91/1 91/2 91/5 91/18 91/22 91/24 92/1 92/2 92/7 92/9 92/22 92/23 93/12 93/13 93/17 93/19 93/25 94/1 94/4 94/10 98/3 98/8 98/12 99/6 99/13
accounts [7]  74/23 74/23 74/24 74/25 90/7 90/24 98/2
accuracy [2]  20/3 47/2
accurate [26]  17/3 22/18 24/13 24/15 32/7 33/8 34/9 37/16 38/8 38/23 39/13 41/14 42/16 43/13 44/18 44/20 45/24 52/2 52/19 53/22 54/16 55/9 56/3 56/13 92/24 96/22
accurately [6]  50/2 56/23 57/6 57/17 58/5 66/8
accused [2]  47/5 47/12
acknowledge [1]  88/15
Action [1]  1/3
actions [1]  5/11
activating [1]  89/16
active [3]  75/6 98/3 99/5
activity [3]  75/7 75/10 89/14
actors [1]  12/18
actual [4]  29/5 40/3 65/7 94/12
actually [9]  11/9 63/22 66/19 69/5 70/4 71/25 87/1 87/5 88/12
AD [1]  91/12
add [2]  17/4 73/19
added [1]  29/12
addition [1]  19/2
address [13]  15/5 67/5 78/16 79/13 79/16 80/6 80/7 81/21 83/19 91/9 95/11 95/14 98/19
addresses [5]  14/18 67/7 82/22 83/3 87/8
adequate [1]  70/10
adjourn [1]  100/9
administrator [3]  68/12 75/9 75/16
admissibility [3]  25/5 26/25 28/18
admission [3]  32/11 40/5 74/8
admit [26]  26/1 26/3 27/7 31/20 33/16 37/3 37/19 39/1 39/16 41/17 42/6 51/8 52/5 52/22 53/25 54/19 55/12 66/11 69/7 71/18 72/4 72/9 72/15 74/9 93/2 96/25
admitted [55]  15/9 23/2 23/3 23/6 26/22 27/6 31/5 31/21 32/13 32/14 33/13 33/14 33/15 33/23 34/13 34/14 37/5 37/22 38/14 39/3 39/4 39/19 41/20 42/23 42/24 42/25 43/19 45/3 45/5 46/7 51/3 51/7 51/10 51/13 51/14 52/8 52/25 54/3 54/22 55/15 55/20 59/4 59/6 61/10 61/11 61/20 69/25 72/25 74/12 74/14 77/3 93/7 93/8 97/9 97/10
admitting [4]  26/17 26/17 26/18 61/20
advance [1]  71/5
advantages [1]  87/23
advised [1]  85/8
affiliated [1]  84/17
after [6]  6/3 12/11 87/2 99/13 99/15 100/12
again [11]  5/8 5/11 7/11 7/12 7/23 24/23 33/16 45/10 73/25 81/25 88/19
agency [1]  64/1
Agency's [1]  8/5
agent [17]  62/9 62/13 62/23 63/4 63/4 64/12 65/19 74/16 75/24 78/10 78/25 84/19 85/15 94/8 95/13 96/7 97/15
agents [3]  62/18 63/3 63/8
ago [1]  49/4
Agora [3]  88/19 88/20 88/21
agree [6]  25/9 40/18 40/20 40/22 41/4 61/4
agreed [5]  21/10 21/11 21/12 40/18 40/19
agreeing [2]  40/4 40/5
agreement [4]  4/6 4/9 16/21 17/4
agrees [2]  59/9 61/4
ahead [6]  4/13 15/20 74/4 78/23 99/8 99/22
aired [1]  71/5
AKE [1]  75/2
Akemashite [39]  66/21 67/16 68/11 69/8 69/23 70/1 72/12 72/21 73/13 73/14 75/1 75/1 75/5 75/13 76/17 77/25 78/11 80/9 80/14 80/21 81/12 81/15 82/11 82/20 83/9 83/14 84/10 85/5 86/10 87/4 87/18 90/19 91/2 91/6 91/8 91/11 91/13 91/22 95/14
Akimashite [2]  75/3 75/4
Alabama [1]  49/8
all [52]  4/16 9/12 16/10 17/11 17/21 19/4 25/15 26/23 27/18 27/23 28/17 32/12 36/22 36/24 46/6 47/6 47/25 48/2 50/22 58/10 58/20 59/24 60/5 60/7 60/9 60/17 61/1 61/21 61/23 61/25 65/1 66/5 67/5 72/24 73/12 74/4 74/11 74/16 78/6 82/17 82/24 83/4 83/25 86/10 87/6 89/16 89/18 93/6 99/22 100/4 100/8 100/12
allow [3]  13/19 28/1 78/23
allowed [1]  9/17
along [1]  63/12
already [17]  15/9 25/11 25/16 25/25 26/16 30/20 30/21 31/2 31/6 33/12 42/23 45/1 51/2 55/20 63/15 64/10 82/19
also [38]  7/21 9/22 9/24 19/2 19/4 19/9 19/11 21/14 24/4 26/19 35/24 36/19 37/11 38/19 41/8 42/13 44/15 53/3 57/3 63/17 64/2 65/8 66/3 67/2 69/7 70/5 78/13 82/1 84/4 84/12 84/13 87/13 91/8 92/10 94/2 96/12 98/20
altogether [1]  63/10
always [2]  13/3 85/11
am [36]  5/2 5/5 5/8 5/11 6/15 8/18 11/9 11/18 12/10 12/20 15/19 18/6 18/11 19/8 19/13 19/21 19/21 26/17 26/17 26/18 27/11 40/3 48/20 51/4 62/13 62/16 66/22 67/8 68/22 72/14 74/4 75/14 84/21 96/6 96/16 97/2
AMERICA [1]  1/3
American's [1]  8/6
amongst [1]  59/25
amount [2]  35/20 82/18
analysis [1]  81/2
analytics [1]  64/3
analyzer [1]  81/1
announce [3]  76/20 86/1 88/7
announced [3]  64/21 64/22 93/23
announcement [6]  76/25 77/8 77/17 77/23 86/5 88/10
anonymity [3]  83/22 90/13 90/17
anonymization [2]  76/21 88/7
anonymizing [1]  82/16
anonymous [5]  82/14 82/24 83/24 86/1 87/14
anonymously [1]  83/5
another [15]  24/25 31/9 32/19 37/11 41/24 43/5 45/20 56/17 57/9 57/23 63/4 81/13 83/11 83/18 87/18
answer [4]  9/9 66/25 68/7 78/21
answered [1]  9/8
answers [1]  82/6
anti [1]  88/1
anti-money [1]  88/1
any [48]  4/14 5/10 11/7 11/19 12/1 13/18 22/12 24/19 26/6 26/8 27/21 28/2 28/21 30/25 46/8 47/25 58/10 59/25 63/23 66/13 66/23 68/3 68/18 69/16 72/14 75/10 82/3 82/24 83/6 84/4 84/17 85/16 87/11 87/12 87/22 88/16 88/17 89/6 89/15 90/9 90/10 91/23 93/4 94/3 97/7 99/1 99/25 100/1
anybody [2]  62/20 99/25
anyone [3]  64/16 99/25 100/8
anything [9]  4/2 12/14 41/3 47/15 60/5 61/2 68/2 73/19 100/8
anyway [2]  59/20 81/18
anywhere [1]  82/4
apart [2]  83/2 83/23
apologies [1]  5/23
apologize [2]  9/11 16/7
appear [6]  22/5 23/21 75/6 75/25 98/1 98/24
APPEARANCES [3]  1/12 1/23 2/1

**A**

appeared [2]   79/22 95/8
appears [1]   86/15
Apple [1]   7/16
appreciate [1]   17/11
approach [4]   13/23 34/18 35/19
   35/20
appropriate [2]   40/8 40/24
approximately [2]   49/14 64/6
April [4]   77/16 77/17 84/11 89/11
April 10th [2]   77/16 77/17
April 20th [1]   84/11
April 5th [1]   89/11
archive [1]   98/5
archive.org [6]   77/12 77/15 85/17
   85/18 85/22 86/19
archived [7]   98/4 98/9 98/12
   98/15 98/16 99/14 99/16
are [158]
area [2]   8/13 8/16
areas [1]   24/7
argue [1]   72/16
around [1]   90/14
arrange [1]   21/14
as [95]   5/13 8/13 9/23 10/2 10/4
   14/18 14/18 19/7 19/17 19/20
   19/21 20/9 20/10 20/13 20/14
   20/14 20/14 21/5 21/25 22/2 22/16
   26/14 27/2 28/3 28/22 29/13 29/14
   29/17 29/22 29/25 30/2 30/3 30/5
   30/6 30/9 30/9 30/16 30/19 31/5
   31/11 36/3 37/9 39/10 40/17 40/19
   40/24 44/18 45/25 46/24 47/8
   49/20 51/12 51/12 51/13 53/16
   54/14 54/17 56/4 57/12 63/25
   63/25 64/3 64/4 64/4 64/11 64/11
   64/14 67/20 69/5 69/6 69/8 69/11
   73/15 73/16 79/22 81/24 82/4
   82/12 83/1 83/1 83/21 84/1 84/6
   87/21 87/25 88/2 88/2 89/2 89/7
   92/14 92/16 94/7 95/8 96/13 100/5
ask [23]   8/16 9/5 15/9 17/1 28/7
   34/16 34/21 34/22 51/5 59/13
   59/13 59/14 67/3 67/24 69/13
   70/17 73/5 75/24 79/19 85/24
   87/10 88/25 92/13
asked [15]   9/8 12/17 14/6 15/6
   15/8 15/11 20/11 22/8 48/23 49/20
   49/20 50/13 52/14 57/23 69/6
asking [2]   9/6 69/14
asserted [1]   69/25
assigned [7]   19/18 20/9 20/10
   20/12 39/8 46/22 63/3
assignment [1]   37/9
assignments [1]   63/10
assistance [1]   50/14
associate [1]   14/21
associated [4]   91/4 91/9 93/25
   100/1
associates [1]   13/23
assume [2]   82/13 84/3
assuming [2]   60/19 82/13
assumption [1]   71/11
assurance [1]   20/8
assure [1]   20/5
attached [1]   83/19
attacker [1]   81/1
attend [3]   49/5 49/7 60/18
attention [30]   5/24 7/3 15/12
   56/20 75/23 76/10 78/15 79/9 80/9
   80/10 80/22 81/8 82/5 83/7 84/8
   85/3 85/14 85/23 87/15 88/4 88/22
   89/9 89/21 90/22 93/10 94/6 95/25
   97/15 97/16 98/11
audio [2]   30/1 30/2
authenticity [7]   24/24 25/2 25/8
   28/14 40/6 40/20 99/1
author [6]   76/15 76/17 83/8 83/9
   84/9 85/4
authorities [6]   13/6 14/7 81/24
   84/3 84/5 87/13

**B**

authority [1]   81/4
authorized [1]   90/10
automatically [1]   83/5
available [1]   64/16
avatar [2]   91/18 91/19
Ave [2]   1/14 1/20
Avenue [1]   2/8
avoid [1]   17/8
aware [22]   5/3 5/6 5/9 5/17 7/16
   7/19 7/21 7/25 8/3 9/10 10/19
   11/1 11/8 11/10 11/12 11/15 11/17
   11/22 47/11 47/13 70/24 84/13

bachelor's [2]   18/20 49/8
back [25]   4/14 4/16 20/23 28/5
   40/17 41/2 44/4 46/24 59/2 60/2
   60/7 60/8 60/15 63/1 64/25 70/22
   74/7 74/8 75/18 75/20 77/13 79/10
   80/8 90/18 99/23
background [4]   47/6 47/8 47/13
   58/15
backup [1]   89/17
balance [1]   82/12
Bankruptcy [1]   2/7
based [6]   6/15 7/12 35/21 71/15
   72/23 78/10
basically [1]   40/2
basing [1]   68/13
battery [1]   19/16
battle [1]   17/8
BBC [2]   11/12 11/13
be [85]   11/20 14/17 14/23 15/18
   16/19 17/9 17/20 19/17 19/18
   20/12 21/6 21/10 22/5 23/2 23/6
   23/21 23/25 24/1 25/3 25/20 25/21
   26/4 26/12 26/13 26/24 26/25 27/8
   27/13 27/17 27/19 27/20 28/12
   29/24 30/9 30/14 30/15 36/6 40/7
   40/23 40/25 45/3 46/20 46/21 48/8
   49/23 62/5 63/3 65/19 66/1 67/2
   68/14 69/3 69/6 69/21 69/21 70/11
   71/13 71/18 72/5 72/23 72/24 73/1
   73/6 74/1 74/12 75/6 75/8 80/18
   81/4 81/7 82/23 82/25 83/4 84/2
   84/3 84/13 84/24 85/1 85/8 85/16
   93/7 96/3 96/8 96/13 99/20
became [1]   62/18
because [20]   21/22 29/18 30/6
   30/6 36/2 47/1 47/8 66/20 68/1
   68/17 72/17 73/1 75/8 76/8 81/5
   86/10 87/5 87/6 87/12 95/8
been [23]   15/9 16/6 22/2 27/6
   33/12 33/22 47/11 53/6 61/6 61/19
   64/4 64/10 68/17 68/19 70/7 70/24
   71/4 72/19 77/3 80/5 82/3 86/4
   89/8
before [18]   1/9 4/2 4/7 6/8 8/12
   8/14 13/11 23/13 49/20 58/15 60/5
   60/11 61/2 70/4 71/11 75/24 81/2
   100/9
begin [3]   16/3 49/14 88/5
beginning [2]   32/22 86/19
behind [2]   27/3 91/20
being [10]   15/1 15/2 17/5 25/1
   28/18 28/22 33/6 75/10 89/16
   89/19
believe [8]   6/25 10/21 11/7 12/11
   16/4 16/20 25/19 66/3
bench [6]   16/18 17/16 39/24 41/6
   66/17 74/6
beneath [2]   81/16 86/21
best [3]   15/19 30/8 90/16
between [5]   13/16 14/4 14/13
   86/20 96/20
Beyond [1]   47/23
big [1]   82/21
bigger [1]   19/25
binder [11]   5/24 5/25 65/20 65/21
   92/13 95/25 96/3 96/6 96/7 96/10
   96/12
binders [2]   96/1 96/2

**C**

birth [1]   91/11
bit [9]   15/14 15/18 34/17 79/12
   83/21 89/24 91/3 91/17 94/23
Bitcoin [83]   8/21 9/25 15/24 47/5
   47/12 47/16 62/15 63/3 63/15
   64/17 64/19 64/21 64/22 64/22
   64/23 64/24 64/25 65/2 65/4 65/6
   65/7 65/9 65/11 65/13 65/15 66/3
   66/9 66/20 66/20 68/10 68/12
   69/24 72/21 73/9 74/20 75/7 75/9
   75/9 75/11 75/16 76/1 76/5 76/20
   76/20 76/25 77/1 77/8 77/9 77/17
   77/23 78/14 78/17 79/1 79/19 80/6
   80/20 81/3 82/3 82/13 82/15 85/9
   85/20 86/6 88/7 88/7 88/11 90/13
   90/14 90/18 90/19 91/16 91/21
   92/1 92/4 92/5 92/7 93/18 93/21
   93/23 93/23 94/9 95/6 95/14
BitcoinFog [2]   92/23 93/12
BitcoinFog.com [1]   5/14
Bitcoins [2]   82/14 83/17
black [1]   24/6
blacked [2]   26/23 26/24
block [7]   45/19 45/19 45/19 45/20
   45/20 80/23 87/20
blockchain [5]   64/3 64/15 87/9
   87/23 87/25
body [5]   86/15 87/21 88/13 88/25
   89/12
born [1]   63/21
both [10]   6/3 18/20 19/13 19/22
   19/22 21/22 23/5 59/10 69/24 89/5
bottom [8]   15/13 27/1 94/21 94/22
   98/8 98/14 98/22 99/10
box [9]   65/20 80/20 80/22 81/13
   81/15 82/11 83/11 83/14 86/18
boxed [1]   24/6
boxes [5]   80/15 80/18 80/19 82/6
   82/9
boy [2]   31/11 53/16
bracket [1]   29/15
bracketing [1]   30/10
brackets [4]   29/9 29/23 29/24
   86/16
break [8]   4/10 59/20 60/6 70/22
   71/6 97/12 99/21 99/23
brief [1]   46/9
briefly [7]   4/5 4/22 16/17 28/24
   29/4 34/16 46/9
bring [2]   4/2 28/5
bringing [2]   8/10 17/6
BRODIE [1]   1/15
Brooklyn [1]   2/4
brought [2]   47/19 69/5
BROWN [5]   1/15 3/4 3/11 70/20
   73/20
Browser [7]   10/9 10/9 10/17 10/19
   10/23 11/2 11/22
bulk [1]   72/15
business [6]   54/8 69/3 72/8 72/9
   72/10 72/11
businesses [1]   84/1
buying [2]   10/2 10/4

call [8]   8/20 16/12 17/14 48/3
   48/4 61/25 71/10 72/18
called [8]   6/10 7/7 10/8 54/8
   61/16 71/11 77/13 85/9
calling [2]   70/8 78/4
calls [1]   62/2
came [5]   10/24 12/11 40/2 49/4
   66/19
can [77]   4/13 4/13 15/16 15/20
   17/9 17/24 18/7 21/24 23/9 25/7
   26/6 27/25 28/9 28/24 29/4 29/4
   30/18 31/8 31/11 31/23 32/4 35/11
   37/8 37/13 37/24 38/4 38/21 39/22
   40/23 40/24 41/4 42/10 48/13 50/8
   57/12 59/2 59/16 60/15 61/5 61/25
   63/7 63/8 64/11 66/15 68/6 68/7
   70/14 70/22 71/6 71/7 71/8 71/17

**C**

can... [25] 71/24 72/1 72/6 72/23 72/24 73/2 73/17 73/25 77/14 79/18 79/24 80/5 84/6 84/24 85/1 87/7 88/12 91/4 92/6 94/6 94/24 95/13 96/12 97/23 98/22
can't [4] 60/20 66/19 67/13 72/1
canaries [5] 7/17 7/19 7/22 7/25 8/4
canary [2] 7/8 7/10
cannot [2] 30/7 90/6
capital [1] 29/19
capture [1] 77/12
captured [3] 14/22 85/18 86/19
case [27] 13/11 20/11 20/12 21/9 21/12 30/1 35/17 47/6 47/8 47/9 47/13 48/24 49/21 58/15 58/15 59/25 62/18 63/3 63/11 63/18 64/9 64/17 71/16 80/21 89/6 99/24 100/1
cases [2] 21/10 64/7
cat [1] 54/14
CATHERINE [1] 1/13
Ccips [1] 1/19
center [1] 15/15
certain [17] 5/2 5/5 5/8 5/11 11/16 11/18 12/10 12/25 12/25 17/6 17/8 19/18 26/13 50/15 69/22 82/16 85/19
certainly [2] 71/14 73/22
certifications [1] 64/2
certified [3] 19/20 49/17 61/6
certify [3] 25/7 40/19 101/3
certifying [2] 24/23 25/2
cetera [1] 84/16
chain [1] 52/13
Chainalysis [1] 64/3
challenge [3] 17/5 17/6 61/19
challenging [1] 61/19
chance [1] 61/14
change [2] 80/6 80/7
charging [1] 64/12
chatter [1] 100/1
choice [1] 83/23
chose [1] 71/13
chosen [2] 63/13 72/18
CHRISTOPHER [1] 1/15
chronological [1] 94/19
chunk [1] 89/25
CIA [1] 11/17
CipherTrace [1] 64/4
circumstances [1] 62/24
claim [1] 90/7
clarify [2] 6/17 25/15
clarity [1] 24/23
clear [13] 15/21 18/7 25/20 26/12 27/17 27/20 28/11 30/7 36/6 40/4 49/23 99/4 99/25
clearly [1] 70/18
clearnet [4] 5/14 95/2 95/4 95/7
clerk [2] 34/3 60/11
client [3] 40/1 40/16 81/3
close [6] 13/23 15/13 92/4 92/6 94/6 95/13
closely [1] 4/23
cloud [1] 91/20
Cloudflare [3] 7/21 7/21 7/24
co [5] 70/10 70/13 73/14 73/16 73/18
co-conspirator [5] 70/10 70/13 73/14 73/16 73/18
coin [1] 87/23
coins [7] 81/20 81/21 83/19 86/24 87/1 87/6 91/19
collect [2] 14/7 14/17
collected [2] 15/1 15/2
collecting [1] 13/19
collection [3] 14/10 14/17 14/22
COLUMBIA [2] 1/1 8/23
come [19] 25/22 27/22 49/3 60/1 61/5 63/19 67/20 68/2 68/15 68/21 69/8 70/22 73/10 73/14 74/2 83/18 87/8 87/10 99/23
comes [6] 28/2 28/4 46/24 73/6 75/20 82/24
coming [4] 25/21 40/18 40/21 72/17
comment [4] 9/1 9/4 9/9 80/19
commenting [1] 9/10
Commission [1] 19/8
common [3] 7/25 10/5 63/4
communicating [1] 15/3
communication [1] 14/13
communications [2] 14/15 64/14
companies [4] 8/1 8/4 64/3 83/24
company [6] 6/19 7/14 7/21 54/8 82/22 87/25
compare [6] 22/11 32/4 32/21 55/23 79/9 93/21
comparing [2] 28/19 80/4
complete [3] 63/7 72/21 100/6
completed [4] 46/19 63/25 64/2 89/19
completely [1] 85/10
complex [2] 30/15 63/7
compliant [1] 64/8
comply [1] 88/1
computer [6] 7/16 8/1 8/3 15/1 15/2 29/5
conceal [1] 14/4
concern [3] 28/15 67/6 67/7
concerning [1] 16/25
conditional [2] 32/11 69/12
conditionally [10] 26/3 26/18 31/20 32/13 37/1 37/4 38/11 39/1 59/4 72/25
conditioned [1] 31/22
conduct [3] 13/6 59/25 99/25
conducted [3] 12/18 13/7 13/9
conference [6] 16/18 17/16 39/24 41/6 66/17 74/6
confirm [2] 24/15 60/20
confused [1] 6/16
connection [1] 7/23
consider [3] 11/19 19/19 40/7
consistent [3] 31/4 31/19 44/15
conspiracy [2] 69/10 69/11
conspirator [5] 70/10 70/13 73/14 73/16 73/18
constitutes [1] 101/4
Constitution [1] 2/8
contact [2] 87/13 88/16
contain [7] 36/19 45/15 57/3 57/5 57/13 58/2 72/16
contained [4] 20/13 21/15 53/3 67/16
contains [2] 37/11 40/2
content [3] 14/23 76/9 76/22
CONTENTS [1] 3/1
context [4] 29/18 35/1 35/21 36/2
continuation [1] 88/10
continued [4] 1/23 2/1 3/3 4/18
contractor [1] 19/9
control [2] 46/23 81/5
convention [1] 53/5
convey [12] 24/14 34/9 35/18 35/22 37/16 42/17 44/18 45/24 56/4 56/23 57/7 58/5
conveying [1] 47/3
conveys [16] 22/18 32/7 33/8 38/8 38/23 39/13 41/14 43/13 47/8 52/2 52/19 53/22 54/16 55/9 56/14 57/19
convict [1] 82/2
conviction [1] 82/4
coordinate [1] 14/4
coordinating [1] 50/1
copied [2] 84/24 85/1
copies [3] 66/5 92/24 96/22
copy [5] 21/3 22/18 23/8 24/13 29/1
copycats [1] 84/13
correct [48] 5/22 6/25 10/21 17/2 18/23 19/21 19/25 20/4 20/10 20/12 20/15 20/19 20/25 21/4 21/9 21/16 21/19 21/22 22/10 22/20 23/11 23/14 24/8 24/10 24/12 25/12 29/3 29/8 29/10 30/20 33/7 35/3 35/10 37/12 42/5 43/7 45/17 45/19 45/23 49/22 50/4 50/25 51/21 53/7 53/11 53/17 57/20 101/4
correctly [2] 10/12 17/5
cost [1] 87/3
could [84] 5/24 5/25 6/3 7/10 15/7 15/11 15/21 16/6 16/7 17/1 20/23 21/20 23/25 24/1 26/24 26/25 29/20 29/24 30/9 30/14 30/15 32/16 32/21 33/19 34/5 34/17 39/21 42/13 44/17 45/7 45/12 46/16 46/20 46/21 51/11 51/16 55/4 55/17 55/23 56/6 56/12 57/5 57/25 62/9 64/25 65/2 65/3 65/20 67/24 71/4 75/17 76/18 79/3 79/11 79/15 80/2 80/22 80/23 81/4 81/15 81/19 81/22 82/8 82/10 83/14 84/12 84/16 85/7 85/25 86/12 86/16 86/22 87/20 88/12 88/25 89/12 89/24 90/2 90/11 91/3 91/5 91/17 94/22 95/10
couldn't [2] 30/12 30/14
counsel [1] 15/16
country [1] 81/23
course [5] 9/19 9/24 19/1 19/5 81/5
COURT [13] 1/1 2/6 2/7 17/1 61/16 67/24 67/24 68/16 70/12 70/17 71/20 101/3 101/13
Court's [5] 28/15 46/3 58/8 58/24 59/18
Courts [1] 2/7
covert [4] 13/13 13/15 13/16 13/17
created [2] 10/22 93/19
criminal [6] 1/3 10/13 10/15 11/6 11/20 62/13
CRM [1] 1/19
cross [8] 3/3 3/6 3/9 4/18 16/23 46/8 46/10 58/11
cross-examination [7] 3/3 3/6 3/9 4/18 46/8 46/10 58/11
cross-examine [1] 16/23
crypto [1] 64/7
cryptocurrencies [1] 9/18
cryptocurrency [4] 47/9 63/16 63/24 64/5
cumulative [1] 78/3
current [3] 19/6 62/12 89/4
Currently [1] 89/18
cybercrime [2] 62/14 63/2
cyberterms [1] 47/10

**D**

dark [2] 10/13 10/16
darknet [6] 10/14 78/16 78/25 79/12 84/20 88/21
data [12] 8/6 12/14 15/2 15/3 74/20 90/19 90/24 97/24 98/1 98/3 98/4 98/25
date [22] 15/22 16/7 80/10 80/12 81/9 85/19 85/21 85/22 85/22 86/7 87/16 88/23 89/10 89/22 91/11 93/23 98/15 98/16 99/10 99/12 99/13 99/15
dated [3] 85/5 89/23 101/10
dates [2] 5/23 16/5
Daubert [4] 68/16 70/15 73/7 73/22
day [2] 14/21 101/10
days [2] 40/10 92/5
DC [5] 1/5 1/14 1/17 1/21 2/9
de [2] 29/4 71/13
deal [1] 69/4
deals [1] 82/1
debate [1] 40/23

**D**

decide [2]  71/24 81/18
defendant [4]  1/7 2/2 16/2 70/5
defense [9]  15/16 16/20 27/8
 27/18 40/10 40/12 40/18 60/25
 61/4
defense's [1]  25/7
degree [2]  18/20 19/1
deleted [2]  98/5 98/9
deliberately [1]  83/25
delta [1]  94/7
demonstrated [1]  84/6
denote [1]  53/5
DEPARTMENT [2]  1/13 64/1
depending [1]  61/15
depends [1]  19/25
deposit [2]  44/15 83/2
depositing [1]  87/1
deposits [1]  87/8
Dept [1]  1/20
deputy [1]  60/11
destroy [1]  14/3
details [2]  69/17 69/21
detected [1]  89/6
determination [4]  69/12 70/12
 70/16 70/19
determine [1]  21/20
developed [2]  10/19 11/4
did [76]  5/5 5/13 5/16 7/1 8/22
 9/21 13/6 16/2 18/12 18/13 18/22
 19/15 20/17 21/14 21/17 25/9
 29/23 33/20 35/8 40/11 40/18
 40/20 44/2 44/8 44/9 47/4 47/4
 47/15 49/1 49/3 49/5 49/6 49/7
 49/12 49/13 49/14 49/23 50/1
 50/23 53/2 53/5 53/20 54/12 54/13
 55/7 57/16 58/2 58/16 59/13 59/13
 59/14 62/20 62/21 64/17 64/19
 64/20 65/4 65/5 65/6 65/13 68/23
 75/7 75/9 75/10 75/21 79/20 79/21
 80/7 90/19 92/6 92/8 92/9 92/15
 95/17 95/18 95/19
didn't [7]  10/3 23/4 26/7 35/1
 51/6 68/21 81/17
difference [3]  13/16 82/21 86/25
different [19]  12/19 13/4 29/24
 46/21 63/8 63/9 63/9 76/7 76/8
 79/16 85/10 85/16 85/21 86/3 86/5
 94/13 94/15 98/1 99/18
difficult [1]  82/2
digits [1]  96/8
direct [17]  3/6 3/8 3/11 5/24
 15/12 18/1 48/9 62/7 75/23 77/2
 80/22 82/5 83/7 84/8 85/14 93/10
 95/25
directing [17]  76/10 78/15 79/9
 80/10 81/8 85/3 85/23 87/15 88/4
 88/22 89/9 89/21 90/22 94/6 97/15
 97/16 98/11
directly [1]  81/21
discuss [5]  28/4 59/25 65/1 99/24
 100/5
discussed [2]  47/16 83/21
display [2]  91/7 91/8
disputing [1]  16/25
dissidents [1]  11/23
distribute [1]  10/23
DISTRICT [5]  1/1 1/1 1/10 2/7
 8/22
districts [1]  63/9
DNS [4]  5/14 5/17 68/19 73/24
do [165]
document [80]  8/15 21/1 21/24
 22/15 22/16 22/17 23/10 23/21
 23/23 24/3 24/4 24/22 27/14 27/15
 27/20 27/20 29/2 30/3 31/6 31/9
 32/3 32/5 32/22 32/23 32/25 34/8
 34/20 34/25 35/22 35/24 35/25
 36/14 36/15 36/17 36/18 36/19
 36/21 37/9 37/11 38/6 38/19 38/22
 40/3 40/13 43/25 44/5 44/20 44/21

45/7 45/8 45/12 45/18 45/22 45/25
 50/11 50/22 51/19 51/23 53/10
 53/18 54/6 54/8 54/25 55/5 56/17
 57/9 57/17 57/21 57/23 71/2 74/19
 74/22 77/4 77/10 77/11 77/14
 77/18 78/4 94/24 98/23
documents [40]  6/8 20/11 20/13
 20/15 20/22 21/10 21/20 21/22
 22/8 23/19 23/25 25/15 25/25
 26/22 28/8 28/10 32/19 34/8 36/22
 39/8 40/5 40/6 40/9 40/11 41/10
 41/24 42/12 43/5 43/23 45/9 49/21
 49/24 49/24 50/5 50/13 53/2 64/12
 69/17 69/20 75/25
does [41]  6/6 13/2 15/24 22/5
 23/21 30/10 36/6 36/19 44/17
 44/17 45/15 45/24 56/23 56/25
 57/3 57/4 57/5 57/5 57/13 57/17
 58/2 58/5 67/5 75/6 75/18 76/7
 76/13 78/16 82/20 86/17 87/4
 93/21 98/1 98/3 98/11 98/14 98/25
 99/5 99/7 99/9 99/10
doesn't [2]  70/11 78/21
doing [7]  15/19 17/8 24/22 26/2
 60/16 71/5 71/23
DOJ [2]  1/16 1/19
DOJ-CRM [1]  1/19
DOJ-USAO [1]  1/16
domain [4]  68/10 68/24 73/9 73/25
don't [46]  4/11 4/11 4/14 5/23
 5/23 6/7 7/2 9/1 9/4 10/24 11/7
 11/11 11/16 11/19 11/21 12/12
 16/4 16/7 16/15 25/18 25/24 27/23
 28/16 40/14 58/25 59/24 59/25
 60/1 61/13 68/3 68/5 72/11 74/8
 83/16 84/4 87/5 87/12 89/25 90/5
 90/7 97/12 99/23 99/24 99/25
 100/1 100/5
done [5]  20/2 64/10 81/4 85/21
 97/11
door [1]  8/9
down [15]  15/12 15/14 16/10 74/22
 79/5 79/12 80/22 82/8 89/16 89/24
 91/17 94/20 94/22 98/14 99/10
draw [1]  80/8
drawn [1]  17/8
drawn-out [1]  17/8
Drive [1]  44/7
dropped [1]  96/9
dual [1]  19/13
during [1]  4/10
dust [1]  91/20

**E**

each [3]  19/17 45/18 65/17
earlier [4]  16/6 79/11 83/21
 85/19
early [1]  60/19
easier [5]  69/3 81/1 81/6 87/13
 96/13
eastern [1]  62/14
easy [1]  29/19
ECF5DPPFFHIM3FAW.onion [1]  84/15
echo [2]  92/14 92/16
economist [1]  19/7
edits [1]  46/25
efficiency [1]  28/16
efficient [2]  28/6 73/3
efficiently [1]  35/23
effort [1]  30/8
efforts [1]  14/6
eight [1]  64/6
either [5]  4/7 14/3 17/5 31/16
 73/15
EKELAND [14]  2/2 2/3 3/3 3/6 3/9
 4/17 17/1 46/8 58/10 61/17 69/14
 69/23 70/24 71/23
electronic [1]  66/5
else [7]  12/15 17/24 23/22 30/9
 35/16 86/24 100/8
elsewhere [1]  73/8
email [8]  14/20 14/24 25/18 52/13

91/9 93/25 95/14 98/19
emails [4]  25/20 25/22 27/6 64/14
emoji [1]  81/4
employers [1]  5/10
employment [1]  19/6
encryption [1]  89/17
end [6]  17/16 41/6 74/6 86/19
 90/3 90/4
enforcement [9]  4/23 4/25 5/3 5/6
 5/9 7/15 13/22 14/17 92/25
England [2]  29/19 98/21
English [35]  18/25 19/4 19/5
 19/20 20/14 21/2 21/2 21/5 21/7
 21/11 21/15 21/18 21/18 21/21
 21/23 22/7 22/17 33/6 35/8 35/18
 36/3 36/7 45/16 45/25 49/17 50/3
 50/20 50/23 51/25 53/3 53/6 56/1
 56/24 57/6 58/3
enough [1]  71/25
ensure [1]  14/2
entering [1]  44/13
entire [4]  67/13 71/2 77/18 81/16
entirely [1]  25/9
entities [1]  11/19
entitled [1]  101/5
error [1]  29/21
especially [2]  63/7 64/25
establish [3]  8/22 67/3 68/4
established [1]  67/25
establishing [2]  69/18 72/21
estimate [1]  89/19
et [1]  84/16
even [3]  81/2 81/20 85/11
ever [8]  4/25 5/3 5/6 5/9 6/7
 47/15 82/23 82/24
every [1]  98/24
everyone [2]  17/24 60/21
everything [3]  47/14 47/20 70/14
evidence [43]  13/19 14/3 16/25
 24/25 25/4 25/8 25/11 25/16 25/18
 25/19 25/21 25/25 26/1 26/2 26/4
 26/5 26/17 26/22 27/7 27/22 30/20
 30/21 31/1 31/6 31/17 31/18 31/22
 45/1 63/17 64/11 68/2 68/11 68/15
 68/18 69/5 69/6 72/14 72/23 73/6
 73/7 73/8 73/10 78/4
evidentiary [2]  27/21 70/7
exactly [1]  81/19
examination [16]  3/3 3/4 3/6 3/6
 3/8 3/9 3/11 4/18 12/3 18/1 26/19
 46/8 46/10 48/9 58/11 62/7
examine [1]  16/23
example [9]  14/21 23/9 23/13
 29/19 33/4 35/14 50/19 72/5 82/4
examples [1]  32/25
exception [5]  70/13 72/23 73/15
 73/18 74/1
exchange [1]  83/17
exchanges [2]  64/8 83/16
excused [3]  16/16 48/2 58/21
executed [1]  79/23
exhibit [85]  3/15 3/18 15/8 15/11
 22/1 22/3 22/22 23/3 23/16 27/25
 31/21 32/2 32/2 32/14 32/17 33/9
 33/12 33/15 34/6 34/12 34/14
 36/11 36/12 36/25 37/5 37/13
 37/22 37/24 37/25 38/14 39/4 39/6
 39/16 39/19 41/20 42/11 42/13
 42/19 42/21 42/25 43/2 43/3 43/8
 43/9 43/19 43/21 44/10 45/5 46/7
 50/8 51/14 52/8 52/25 53/8 54/3
 54/5 54/22 55/15 61/11 65/22
 74/13 74/17 75/17 75/18 77/2
 77/19 78/16 79/10 79/24 80/8
 85/15 88/9 88/22 90/22 90/23 93/8
 93/10 94/16 94/17 94/22 97/10
 97/20 98/11 99/2 99/5
Exhibit 1 [1]  15/8
Exhibit 117C [2]  34/6 34/12
Exhibit 119A [2]  42/11 42/21
Exhibit 119C [1]  42/13
Exhibit 12 [3]  74/17 90/22 90/23

**E**

Exhibit 120A [3]  32/17 33/9 33/12
Exhibit 121A [1]  23/16
Exhibit 13 [4]  75/17 79/10 79/24
  85/15
Exhibit 17 [1]  65/22
Exhibit 34A [1]  93/10
Exhibit 431A [1]  54/5
Exhibit 507 [2]  32/2 32/2
Exhibit 5167738 [1]  88/22
Exhibit 520 [2]  43/2 43/3
Exhibit 520B [2]  43/8 43/9
Exhibit 709 [1]  50/8
Exhibit 710 [3]  36/11 36/12 36/25
Exhibit 711A [1]  37/13
Exhibit 712 [2]  37/24 37/25
Exhibit 714 [2]  39/6 39/16
Exhibit 801 [1]  97/20
Exhibit 802 [1]  98/11
Exhibit 803 [2]  99/2 99/5
Exhibit 818 [1]  44/10
Exhibit 818A [1]  43/21
Exhibit 862 [1]  53/8
Exhibit 864 [3]  22/1 22/3 22/22
Exhibit number [2]  77/2 77/19
exhibits [53]  3/12 3/13 3/13 3/14
  3/14 3/15 3/16 3/16 3/17 3/17
  3/18 3/19 3/19 3/20 3/20 3/21
  3/21 3/22 3/22 3/23 3/23 3/24
  3/24 3/25 6/1 15/7 23/1 23/5
  28/18 31/15 65/21 65/24 66/6
  66/11 67/13 72/15 73/2 74/10
  74/12 92/14 92/19 92/24 93/3 93/6
  96/1 96/5 96/15 96/22 96/25 97/3
  97/5 97/9 97/11
existence [2]  10/25 13/18
expect [1]  94/14
experience [6]  8/2 8/13 10/14
  63/15 63/23 64/4
experienced [2]  8/2 89/6
expertise [1]  18/13
explain [9]  27/12 27/13 27/25
  35/17 46/16 72/3 72/6 72/7 86/17
exploring [2]  8/14 8/15
expression [1]  29/23
extent [3]  16/2 27/12 70/2
extremely [1]  70/24

**F**

face [1]  97/23
Facebook [1]  11/8
fact [2]  67/4 67/17
fair [2]  92/24 96/22
fairly [2]  36/14 66/8
fake [1]  85/9
Falco [1]  29/4
familiar [6]  6/13 12/19 12/21
  62/15 75/12 84/19
familiarize [1]  64/10
far [4]  63/12 63/25 64/4 83/1
FBI [9]  18/11 19/9 19/10 19/15
  46/18 48/18 48/19 49/15 49/18
feature [1]  87/23
February [6]  1/5 81/10 83/10 85/5
  88/24 101/10
February 15th [1]  88/24
February 26th [1]  85/5
February 8th [1]  81/10
February 9th [1]  83/10
few [3]  56/2 80/9 99/15
field [1]  98/24
fields [1]  98/14
figure [2]  30/12 59/3
file [6]  44/4 44/5 44/6 44/6 44/8
  44/11
final [4]  21/14 21/18 47/14 57/16
finalization [1]  46/20
finalizer [8]  20/7 20/10 20/12
  23/20 46/14 46/16 46/24 46/25
finally [2]  26/5 30/10
financial [1]  64/14

find [6]  70/12 82/2 84/6 84/16
  87/13 87/14
finding [2]  73/17 81/3
findings [1]  71/8
fine [6]  17/12 26/16 59/19 60/23
  60/25 71/19
finger [1]  91/5
finishing [1]  96/16
first [25]  8/12 18/9 20/6 46/20
  48/14 62/10 63/22 64/21 65/21
  75/1 75/12 80/23 84/6 85/12 85/24
  89/1 90/2 90/4 91/1 91/2 94/21
  94/23 94/24 94/25 98/20
fixed [1]  12/24
flee [1]  14/3
Floor [1]  2/4
fluent [2]  18/15 20/20
fog [43]  8/21 15/24 47/5 47/12
  47/16 62/15 63/3 64/17 64/21
  64/22 66/20 68/10 68/12 72/22
  73/9 75/9 75/9 75/16 76/20 76/25
  77/9 77/23 78/14 78/17 79/1 80/6
  85/9 86/6 88/7 88/11 88/16 90/13
  91/16 91/21 92/4 92/5 92/7 93/18
  93/22 93/23 94/9 95/1 95/6
Fog's [1]  64/19
FOGCORE5N30V3TUI.onion [4]  79/4
  79/7 84/18 85/13
FOGCORE5N3OV3TUI.onion [1]  95/12
FOGGEDDRIZTRCAR2.onion [1]  79/17
followed [1]  80/16
following [1]  80/23
follows [1]  45/21
fond [1]  71/23
forced [1]  84/2
foregoing [1]  101/4
forget [1]  4/11
forgot [1]  82/13
format [4]  76/3 80/15 93/14 94/10
Former [1]  62/23
formulation [1]  78/22
forth [2]  56/18 57/14
forum [7]  64/22 64/23 64/24 65/8
  65/18 69/24 75/21
found [2]  19/17 19/21
foundation [17]  8/12 8/16 68/3
  69/13 69/15 70/4 70/7 70/10 71/11
  71/15 71/18 72/6 72/13 72/17
  72/19 72/25 73/23
foundational [2]  67/3 67/3
fraction [1]  87/2
frame [1]  79/21
frankly [2]  12/10 27/10
free [2]  71/20 72/2
Freenet [1]  95/1
Friday [1]  60/18
friends [1]  5/7
front [4]  65/20 69/15 70/11 72/23
full [4]  18/8 19/7 85/7 89/1
fully [2]  61/9 61/10
fulsome [2]  72/20 73/23
funds [1]  84/2
funeral [1]  60/18
further [10]  11/25 15/14 16/9
  47/22 47/24 58/18 72/25 89/24
  91/3 91/17
future [1]  28/6

**G**

general [2]  63/16 64/9
generally [5]  8/15 10/16 12/24
  65/13 76/24
gentlemen [1]  18/8
geographic [1]  98/21
Georgetown [1]  19/2
get [11]  4/14 8/12 15/4 59/2 61/2
  63/8 68/23 69/15 69/16 70/3 83/21
gets [1]  83/1
getting [1]  69/21
give [2]  8/11 59/17
given [7]  23/19 23/23 23/25 58/15
  67/17 98/17 99/18

go [24]  4/13 15/20 19/16 27/13
  28/22 30/19 34/17 34/17 36/5
  40/16 41/2 44/4 46/22 60/15 64/25
  65/1 66/15 74/4 74/8 75/18 78/23
  90/10 99/8 99/22
goal [1]  21/6
goes [4]  45/19 46/19 66/21 94/20
going [22]  15/14 25/6 26/13 27/7
  27/14 27/19 28/5 28/12 65/7 67/8
  69/16 71/10 71/18 72/5 73/1 73/10
  74/4 77/10 79/10 80/8 87/6 90/18
gold [1]  91/19
good [25]  4/12 4/20 4/21 12/5
  12/6 18/3 18/4 18/6 26/21 46/12
  46/13 48/11 48/12 48/15 58/13
  58/14 60/9 62/9 82/14 82/15 82/19
  87/14 88/19 97/13 99/20
Google [1]  44/6
got [3]  66/19 67/10 79/5
gotten [1]  66/24
government [92]  3/13 3/13 3/14
  3/14 3/15 3/15 3/16 3/16 3/17
  3/17 3/18 3/18 3/19 3/19 3/20
  3/20 3/21 3/21 3/22 3/22 3/23
  3/23 3/24 3/24 3/25 4/4 4/6 13/17
  15/6 15/8 16/12 21/25 22/3 22/22
  23/15 25/6 27/12 27/24 31/15 32/2
  32/16 33/9 33/11 34/5 34/11 36/11
  36/12 36/25 37/13 37/24 37/25
  39/6 39/16 42/11 42/13 42/19
  42/21 43/2 43/3 43/8 43/9 43/21
  44/10 48/3 50/8 53/8 54/5 60/23
  61/25 62/2 66/11 66/22 67/17
  67/25 68/7 71/7 71/15 72/5 72/12
  72/15 72/17 74/9 74/9 74/13 74/17
  77/2 77/19 93/2 96/18 96/23 96/25
  97/17
government's [1]  67/18
Gox [3]  82/19 82/22 83/2
graduate [1]  18/23
granted [13]  37/21 38/13 39/18
  41/19 42/8 43/18 46/6 52/7 52/24
  54/2 54/21 55/14 74/11
green [3]  21/8 21/13 22/16
grew [4]  18/14 18/16 18/17 49/2
grounds [2]  28/18 78/7
group [1]  63/15
grouping [1]  91/19
grow [2]  18/13 49/1
guess [2]  83/23 87/9

**H**

hackers [1]  88/19
had [21]  7/14 15/16 19/5 19/16
  20/15 26/14 36/22 40/3 41/11 47/6
  47/6 47/11 53/6 56/17 63/1 63/2
  63/15 69/23 71/9 89/2 89/16
hall [1]  100/2
hand [1]  84/5
hands [1]  82/25
handwriting [2]  30/7 30/13
handwritten [4]  23/22 23/23 23/25
  30/3
happened [2]  63/11 87/9
happy [4]  8/18 14/21 40/16 67/2
harmful [1]  67/23
has [31]  8/13 11/8 11/10 11/12
  11/15 11/17 14/12 15/8 22/2 33/12
  33/22 33/24 46/22 60/12 60/17
  60/19 61/6 61/19 64/10 66/21
  67/25 68/3 68/10 68/15 68/17
  72/12 72/19 77/3 80/5 85/8 89/3
hasn't [3]  68/4 72/17 82/3
HASSARD [1]  2/2
have [115]
haven't [6]  11/16 27/6 40/12 68/1
  68/18 72/13
having [2]  61/5 81/5
he [17]  7/1 8/13 8/14 8/17 9/7
  9/8 10/4 20/20 40/1 60/18 60/18
  63/1 72/22 73/13 82/18 82/21 87/5
hear [3]  10/3 23/4 26/7

**H**

heard [8]  7/18 7/20 7/23 11/24 30/2 40/12 70/15 82/15
hearing [2]  68/17 73/8
hearings [2]  70/15 73/22
hearsay [11]  67/8 67/11 67/14 69/4 70/14 71/1 72/11 72/16 72/22 73/15 74/1
held [3]  16/18 39/24 66/17
hello [1]  48/13
help [3]  21/12 81/25 88/19
helped [1]  29/2
helpful [1]  21/10
helping [1]  81/3
helps [1]  47/7
here [33]  8/11 15/15 15/19 19/3 30/20 35/19 44/12 50/15 59/24 60/13 63/11 64/17 69/15 72/11 72/14 73/1 74/23 75/25 77/22 78/15 79/13 79/16 79/24 81/13 82/21 85/12 85/17 87/4 90/23 91/1 94/24 98/17 99/18
hidden [6]  84/19 84/22 84/24 85/9 87/14 95/3
hide [1]  83/25
highest [2]  90/13 90/17
highlight [4]  21/7 21/11 21/14 21/17
highlighter [1]  50/17
highlighting [3]  21/13 23/13 26/14
highlights [4]  22/16 32/24 33/1 33/3
him [4]  9/6 20/22 62/25 68/10
his [5]  5/4 6/23 9/9 9/22 72/20
Homeland [1]  64/1
Honor [73]  4/4 4/5 8/9 8/18 9/11 11/25 12/2 16/13 16/17 16/19 17/15 22/21 22/24 23/4 24/17 25/12 26/10 26/12 27/5 27/17 31/14 32/11 34/22 36/24 37/2 39/22 40/1 40/9 40/16 40/24 42/7 42/20 44/23 45/2 46/4 46/9 47/17 48/1 48/5 51/2 51/12 52/6 54/1 55/21 58/9 58/24 59/3 59/21 59/22 60/13 60/24 61/3 61/22 66/14 66/25 67/21 68/23 69/11 69/20 70/6 71/9 72/19 73/11 73/21 78/1 78/18 78/20 93/5 97/6 97/8 99/20 100/10 100/11
HONORABLE [1]  1/9
host [1]  27/1
hosted [2]  6/21 12/14
hosting [2]  6/19 89/15
hotel [1]  29/7
Hotmail [2]  96/20 96/21
hotmail.com [9]  91/10 94/2 95/16 95/17 98/4 98/5 98/10 98/19 99/16
hours [1]  89/20
how [23]  10/24 15/24 18/5 21/4 29/21 35/21 36/9 40/14 63/19 63/19 64/9 64/21 66/23 67/1 76/8 78/10 81/19 82/20 87/4 92/4 92/9 93/21 95/6
However [1]  16/22
HTTP: [9]  79/4 79/7 84/14 84/15 84/15 84/18 85/13 95/5 95/12
HTTP://ECF5DPPFFHIM3FAW.onion [1]  84/15
HTTP://FOGCORE5N3OV3TUI.onion [4]  79/4 79/7 84/18 85/13
HTTP://FOGCORE5N3OV3TUI.onion [1]  95/12
HTTP://IDG2WIOIMYJAEKIH.onion [1]  84/14
HTTP://KFDRUA2BJBZ7H243.onion [1]  84/15
HTTP://T.CO/REKk2Xih [1]  95/5
huh [1]  8/3

**I**

I interrupted [1]  26/19
I'd [9]  28/6 74/16 75/17 75/23 77/2 82/5 83/7 85/14 95/25
I'm [7]  9/3 10/3 15/23 50/9 68/21 92/15 99/8
idea [2]  71/9 82/15
identify [1]  41/3
identifying [4]  91/23 94/3 98/18 99/17
identity [1]  90/6
IDG2WIOIMYJAEKIH.onion [1]  84/14
IL [1]  30/10
illegible [3]  30/11 30/16 30/17
image [1]  91/18
immediate [1]  35/1
immigrated [1]  63/21
impeach [1]  16/24
impersonated [2]  84/25 85/1
implemented [1]  81/7
implies [4]  29/14 29/15 29/25 30/2
important [2]  46/25 85/8
imposters [1]  75/10
impostor [2]  75/6 75/8
improper [2]  72/3 72/4
inaccessible [1]  89/18
included [3]  14/10 86/7 86/10
inconvenience [1]  89/19
incorporate [1]  20/23
incorporated [1]  50/24
indented [1]  90/4
independent [1]  5/11
indicate [4]  22/17 29/13 29/17 29/20
indicated [1]  40/25
indicating [2]  23/13 68/9
individual [1]  69/4
individuals [2]  6/20 77/24
indulgence [4]  46/3 58/8 58/24 59/18
inefficient [3]  70/24 71/3 71/3
information [29]  7/15 14/7 14/10 14/11 14/12 14/15 14/16 15/4 47/6 65/16 80/4 84/2 87/10 88/2 89/5 89/14 89/15 90/10 90/25 91/22 91/23 93/12 94/3 98/12 98/17 98/18 99/9 99/5 99/17
inside [1]  82/10
instance [3]  29/19 29/25 95/22
instead [1]  12/25
interests [1]  26/25
international [2]  19/7 19/8
internet [1]  76/9
interrupted [1]  26/19
interviewed [1]  5/1
interviewing [3]  5/3 5/6 5/9
introduce [16]  16/24 18/7 22/22 24/18 29/16 31/15 33/11 34/11 36/25 38/11 42/20 43/16 44/22 62/9 70/4 74/3
introduced [2]  29/13 29/15
introducing [1]  16/22
investigation [14]  5/13 9/19 9/24 13/12 13/14 13/17 13/19 13/21 62/13 62/15 62/17 62/19 63/5 63/13
investigations [5]  63/6 63/16 63/16 63/24 64/5
investigators [1]  14/23
involve [1]  20/1
involved [1]  88/16
involvement [1]  14/4
IP [3]  14/18 65/16 87/7
irrelevant [1]  67/12
irrigation [5]  35/24 36/1 36/4 36/7 36/8
irrigatsen [2]  36/9 36/10
IRS [1]  62/13
is [477]
is cumulative [1]  78/3

**isn't [1]**  91/25
issue [5]  7/16 7/19 15/18 25/5 61/14
issued [1]  95/23
issues [5]  7/22 27/13 70/25 71/25 89/3
issuing [1]  8/4
it [257]
italics [1]  53/5
its [7]  16/12 44/6 47/2 48/3 61/25 71/15 99/1
itself [2]  73/25 78/4

**J**

jail [1]  90/10
January [1]  91/12
Japan [1]  82/25
Jeffrey [1]  1/18
job [1]  47/8
joined [1]  13/11
joke [1]  90/14
JUDGE [2]  1/10 72/2
jumped [1]  36/1
jumps [1]  36/1
June [3]  86/14 89/23 97/25
June 14th [1]  86/14
juror [3]  60/12 60/17 60/20
jury [47]  1/9 4/3 4/11 4/15 4/17 7/10 15/10 15/20 17/23 18/8 23/2 23/6 23/8 23/12 25/1 25/4 25/9 26/20 27/8 27/11 27/15 27/25 28/13 28/19 28/22 33/3 46/16 48/13 60/4 61/1 61/2 61/24 62/10 69/6 69/7 69/15 70/11 72/24 74/12 76/19 79/3 79/15 80/2 91/4 93/7 95/13 100/3
jury's [2]  71/5 73/4
just [79]  4/7 4/8 4/10 4/22 5/24 6/4 7/10 9/5 10/3 11/3 11/19 15/5 17/3 17/8 21/18 23/4 24/22 25/13 25/17 26/2 26/7 27/5 27/10 27/17 27/18 28/6 28/16 28/19 29/22 30/19 32/23 33/3 34/8 36/3 36/18 38/7 38/22 40/1 40/2 44/4 44/21 46/9 46/16 49/24 50/1 59/17 60/21 61/7 61/16 63/1 63/2 63/14 66/15 66/22 67/3 67/13 69/3 69/14 69/17 71/2 71/17 72/1 72/9 72/10 74/7 76/18 77/21 80/5 81/23 83/25 88/5 90/14 91/3 94/16 95/10 96/7 96/16 99/17 100/5
JUSTICE [2]  1/13 1/20
justifies [1]  74/1

**K**

K-R-U-L-I-K-O-W-S-K-I [1]  18/11
keep [5]  4/11 15/14 49/12 60/19 87/7
keeping [1]  84/4
KFDRUA2BJBZ7H243.onion [1]  84/15
kid [1]  63/22
kids [1]  18/18
Killdozer [3]  66/22 70/5 75/3
Killdozer's [1]  70/3
kind [6]  13/5 14/13 64/24 70/25 90/25 91/20
Kingdom [3]  18/22 18/24 98/21
know [29]  4/25 6/4 9/14 9/16 10/24 11/3 11/11 11/13 11/16 12/10 14/21 27/24 28/4 30/15 32/21 40/14 40/19 47/4 59/1 61/1 61/17 69/7 69/12 71/6 71/6 75/8 82/25 87/5 95/6
knowledge [10]  8/14 11/3 12/7 12/13 13/5 13/8 13/20 63/20 82/3 88/20
knowledgeable [1]  8/17
Krulikowski [4]  3/5 17/18 18/10 59/11
Kunnikov [1]  98/20
KYC [2]  6/13 9/22

Appx3181

**L**

**Lab [1]** 11/4
**lack [1]** 71/14
**ladies [1]** 18/8
**laid [8]** 70/7 70/9 70/11 71/19
72/13 72/18 72/19 73/23
**Lancaster [1]** 18/24
**language [9]** 18/15 18/17 19/4
19/17 20/4 22/5 22/6 48/21 63/22
**languages [3]** 19/13 19/22 20/16
**large [1]** 72/14
**largely [1]** 76/9
**last [10]** 10/3 18/9 40/10 48/14
62/10 75/5 79/25 80/1 82/8 98/20
**lately [1]** 89/3
**later [7]** 16/1 31/23 40/24 41/4
71/19 85/21 85/22
**Latvia [1]** 63/21
**launch [6]** 64/19 64/21 76/25
77/23 92/4 92/5
**launched [2]** 15/25 93/22
**launder [2]** 86/25 87/6
**laundering [2]** 86/23 88/1
**Laundry [1]** 86/24
**law [15]** 2/3 4/23 4/25 5/3 5/6
5/9 7/14 13/22 14/16 82/24 87/12
88/1 88/3 90/16 92/25
**laws [1]** 88/2
**lay [7]** 8/12 8/16 67/2 69/13 70/3
71/11 72/6
**layer [1]** 20/6
**layered [1]** 20/5
**leading [6]** 73/24 78/3 78/6 78/19
78/22 78/22
**leads [1]** 85/10
**learned [3]** 9/19 9/24 10/5
**least [3]** 67/19 68/13 72/24
**leave [4]** 21/2 21/5 60/19 63/10
**leaves [1]** 60/11
**leaving [2]** 58/25 82/14
**left [3]** 12/12 21/18 63/1
**legal [8]** 7/14 64/13 65/8 66/2
66/9 95/21 95/22 97/20
**legitimate [2]** 84/1 87/11
**lengthy [1]** 36/14
**Leo [4]** 3/10 62/2 62/3 62/11
**let [17]** 6/4 6/17 28/4 36/16 42/2
42/19 43/2 43/8 50/16 51/22 52/10
54/5 54/14 61/1 61/16 73/5 79/18
**let's [12]** 4/10 28/8 30/18 36/11
39/10 41/5 56/16 57/1 59/23 60/1
61/23 99/22
**level [1]** 77/21
**life [1]** 81/6
**light [1]** 60/21
**like [34]** 4/7 4/8 12/24 14/18
17/4 17/7 21/7 26/14 28/6 29/19
29/20 61/17 64/14 64/24 73/19
74/16 75/17 75/23 77/2 77/17 79/9
80/8 82/5 83/4 83/7 83/22 84/8
85/14 88/18 90/25 92/13 93/10
94/14 95/25
**LINDSAY [3]** 2/6 101/3 101/12
**line [8]** 14/8 27/1 76/18 80/24
85/24 85/25 88/5 88/6
**linguist [8]** 18/11 19/14 21/12
29/15 46/21 46/23 48/20 48/21
**linguistic [1]** 18/13
**linguists [1]** 20/1
**link [7]** 84/18 85/9 85/12 87/8
95/2 95/3 95/6
**list [1]** 78/16
**listed [6]** 7/12 74/23 75/12 78/25
91/1 91/13
**little [10]** 6/15 15/14 63/1 79/12
83/21 89/24 90/11 91/3 91/17
94/23
**live [2]** 19/11 81/23
**LocalBitcoin [2]** 9/17 9/20
**LocalBitcoins [2]** 9/14 9/16
**localized [1]** 88/18

**location [2]** 12/25 98/21
**lock [1]** 89/5
**logs [7]** 65/16 82/25 83/6 84/4
87/7 87/11 88/2
**long [3]** 17/8 63/7 84/4
**longterm [1]** 13/1
**look [43]** 5/14 5/25 6/3 21/20
23/15 31/8 31/11 32/16 34/5 37/8
37/13 37/24 38/4 38/21 39/10
39/21 40/17 41/2 42/10 42/13
44/10 44/17 45/7 45/12 51/11
51/16 52/16 53/16 54/24 55/4
55/17 56/12 57/5 57/12 57/25
64/11 64/12 65/21 76/7 85/24 88/5
94/13 94/14
**looked [4]** 5/25 6/4 7/4 77/17
**looking [18]** 50/19 56/16 72/14
77/6 77/14 79/11 79/18 79/24
80/15 86/4 86/15 86/18 88/8 91/22
92/10 96/16 97/2 98/17
**looks [3]** 76/8 76/9 94/14
**lot [3]** 81/5 83/25 89/2
**loud [1]** 18/7
**luck [1]** 87/14
**lunch [6]** 71/6 97/12 99/23 100/2
100/5 100/12

**M**

**M-I-R-O-F-F [1]** 48/16
**M247 [4]** 6/11 6/16 6/17 6/19
**ma'am [6]** 18/3 18/12 19/6 23/8
29/6 41/8
**Machine [1]** 77/13
**Madam [1]** 34/3
**made [18]** 65/17 65/17 67/19 67/25
70/12 75/21 78/13 80/13 80/14
80/19 81/3 81/11 81/22 83/10 84/3
84/10 86/10 94/9
**main [2]** 8/21 88/8
**mainly [1]** 82/1
**maintain [1]** 30/19
**majority [1]** 10/14
**make [20]** 27/15 29/18 30/8 35/1
40/4 50/2 50/23 59/9 65/3 70/17
70/20 71/8 71/8 73/17 73/17 81/1
81/6 83/24 97/2 98/25
**makes [1]** 70/18
**making [3]** 27/19 70/15 82/2
**manner [2]** 13/8 15/3
**manually [2]** 83/3 83/3
**many [1]** 13/4
**March [1]** 87/17
**March 9th [1]** 87/17
**mark [2]** 30/16 91/21
**marked [2]** 21/25 22/2
**market [1]** 88/21
**master's [1]** 49/9
**match [1]** 21/24
**matter [7]** 24/25 69/25 71/17
88/15 90/8 90/8 101/5
**matters [1]** 59/9
**Matthew [2]** 3/2 62/23
**may [25]** 9/12 13/18 14/3 16/10
16/12 17/17 17/21 20/1 23/2 23/6
27/4 28/23 29/18 34/23 48/3 61/14
68/14 69/3 74/12 75/8 93/7 96/1
96/13 97/18 98/24
**maybe [5]** 68/7 68/22 91/3 94/23
96/7
**Mazarin [1]** 71/13
**Mazars [1]** 71/13
**me [30]** 6/4 6/17 8/11 11/9 13/7
17/12 24/25 28/4 36/16 42/2 42/19
43/2 43/8 46/17 46/20 46/24 50/16
51/22 52/10 54/5 54/14 59/17
67/10 71/8 71/24 72/1 72/4 72/7
73/5 79/19
**mean [14]** 10/16 13/3 24/21 24/22
30/10 30/12 66/20 66/25 69/13
72/22 73/1 73/2 81/5 86/17
**mean he [1]** 72/22
**meaning [26]** 22/19 24/14 32/8

33/9 34/9 35/19 37/17 38/9 38/24
39/14 41/15 42/17 43/14 44/18
45/25 47/3 52/3 52/20 53/23 54/17
55/10 56/4 56/14 57/7 57/19 58/6
**means [7]** 6/13 7/2 7/13 17/5
35/23 44/13 98/7
**mechanisms [1]** 89/4
**media [1]** 64/24
**members [1]** 4/16
**mentality [1]** 83/1
**mention [1]** 26/21
**mentioned [2]** 29/25 36/1
**message [15]** 75/23 75/24 76/11
76/13 76/15 79/10 79/11 85/23
86/13 86/15 87/21 88/4 88/13
88/25 89/21
**messages [1]** 65/17
**messaging [1]** 64/15
**Miami [1]** 13/9
**MICHAEL [1]** 2/2
**Microsoft [10]** 95/20 95/23 96/18
96/20 96/23 96/23 97/21 97/23
98/8 98/25
**might [7]** 15/18 47/9 85/16 89/2
90/10 96/7 96/8
**mind [1]** 73/12
**mindful [1]** 73/4
**minimum [1]** 73/18
**Miroff [9]** 3/7 20/18 21/14 36/21
36/22 48/4 48/6 48/15 59/13
**mix [1]** 83/25
**mixed [1]** 83/19
**mixing [5]** 64/8 77/1 83/22 83/23
86/1
**modified [2]** 66/22 79/25
**moment [2]** 13/1 39/23
**money [8]** 44/7 44/13 64/7 83/2
88/1 89/5 90/8 90/15
**monitor [1]** 89/4
**months [4]** 70/25 70/25 73/2 73/2
**Moon [7]** 6/10 6/18 6/21 6/23 7/4
7/13 12/14
**more [12]** 8/15 12/9 18/15 27/5
35/25 65/19 68/7 68/14 74/22 82/6
89/8 95/22
**morning [18]** 1/7 4/20 4/21 12/5
12/6 18/3 18/4 25/3 46/12 46/13
48/11 48/12 48/15 58/13 58/14
59/19 60/19 62/9
**MOSS [1]** 1/9
**most [7]** 10/12 14/12 17/9 26/12
81/7 84/1 94/20
**mostly [4]** 18/19 22/5 22/6 99/18
**mother [1]** 5/4
**motion [13]** 37/21 38/13 39/18
41/19 42/8 43/18 46/6 52/7 52/24
54/2 54/21 55/14 74/11
**move [30]** 8/18 18/22 22/21 23/15
24/17 30/18 31/14 32/10 33/11
33/16 33/19 34/11 36/11 36/24
37/19 38/11 39/1 39/16 41/17 42/6
42/20 43/16 44/22 46/5 51/8 52/5
52/22 53/25 54/19 55/12 56/6 57/1
69/7
**moved [1]** 31/2
**moves [5]** 66/11 74/9 93/2 96/25
97/17
**moving [9]** 6/9 10/8 24/24 25/3
25/8 30/25 57/21 74/8 89/17
**Mr [9]** 3/3 3/4 3/6 3/6 3/8 3/9
3/11 9/20 72/13
**Mr. [50]** 4/17 4/20 5/1 5/7 5/10
6/23 8/20 9/14 9/25 10/6 12/5
12/7 12/8 12/17 13/9 13/13 17/1
17/4 17/7 21/14 34/2 36/21 41/3
46/8 47/5 47/11 47/16 58/10 59/13
59/17 60/13 61/17 67/19 67/22
68/1 68/9 68/22 68/23 69/14 69/23
69/23 70/20 70/24 71/13 71/23
72/20 73/9 73/13 73/20 73/24
**Mr. Brown [2]** 70/20 73/20
**Mr. Ekeland [9]** 4/17 17/1 46/8

**M**

Mr. Ekeland... [6]  58/10 61/17 69/14 69/23 70/24 71/23
Mr. Miroff [3]  21/14 36/21 59/13
Mr. Pearlman [2]  17/4 59/17
Mr. Price [10]  4/20 8/20 9/14 12/5 12/7 12/17 34/2 68/22 68/23 69/23
Mr. Price's [1]  72/20
Mr. Scholl [1]  71/13
Mr. Sterlingov [18]  5/1 6/23 9/25 10/6 12/8 13/9 13/13 41/3 47/5 47/11 47/16 60/13 67/19 67/22 68/1 68/9 73/9 73/13
Mr. Sterlingov's [4]  5/7 5/10 17/7 73/24
Ms [1]  59/11
Ms. [3]  29/4 59/8 71/13
Ms. de [1]  29/4
Ms. Mazars [1]  71/13
Ms. Walkers' [1]  59/8
Mt [2]  82/18 83/2
Mt. [1]  82/22
Mt. Gox [1]  82/22
much [4]  64/11 85/21 87/13 94/15
multi [1]  20/5
multi-layered [1]  20/5
multiple [1]  20/1
my [29]  4/17 6/19 7/12 8/2 10/14 12/24 15/19 18/10 18/20 25/1 25/5 25/10 31/4 40/1 40/16 49/5 49/8 59/5 64/1 67/7 68/6 68/8 68/13 73/5 73/12 82/2 82/13 82/15 83/19

**N**

N.W [1]  1/16
name [19]  6/24 18/8 18/9 18/10 44/4 44/5 44/6 44/8 44/11 48/14 62/10 68/10 73/9 73/24 73/25 91/7 91/8 98/20 98/20
named [2]  11/20 20/17
names [1]  87/7
narrative [1]  78/5
NAT [1]  15/13
National [1]  8/5
nature [5]  10/15 14/5 14/19 26/15 77/21
Naval [1]  11/4
Navy [4]  10/20 10/22 11/1 11/5
necessary [2]  27/19 27/24
need [10]  8/12 8/16 31/24 33/17 37/7 71/23 72/3 72/6 73/17 96/1
needed [1]  59/1
needs [3]  27/12 27/12 60/18
NetFlow [6]  14/7 14/11 14/17 14/22 15/2 15/4
never [2]  82/23 87/24
new [4]  1/20 11/9 11/15 61/20
news [2]  11/13 85/8
next [21]  1/23 16/12 16/19 17/14 31/8 38/16 41/22 42/10 45/7 48/3 48/4 51/11 52/10 54/5 54/24 55/17 57/9 62/1 80/24 90/3 90/11
nice [1]  100/2
no [62]  1/4 6/7 7/18 8/11 8/11 8/11 8/24 8/25 11/3 11/25 12/16 13/4 13/7 14/25 16/9 16/13 16/14 23/3 31/21 31/24 33/15 33/17 34/14 37/5 37/7 37/22 38/14 39/4 39/19 41/20 42/25 44/9 44/25 47/22 47/24 48/1 52/8 52/25 58/9 58/18 67/10 67/10 67/10 70/7 71/9 71/22 71/22 71/22 72/13 72/16 78/20 81/6 81/24 86/25 91/25 93/5 94/5 94/14 94/20 97/8 100/10 100/11
nodes [1]  81/6
nonprofit [2]  10/22 10/24
Nordea [1]  54/8
normal [1]  87/7
Nos [12]  32/14 43/19 45/5 46/7

51/14 54/3 54/22 55/15 61/11 74/13 93/8 97/10
not [91]  4/4 5/2 5/5 5/8 5/11 7/18 7/20 7/23 8/2 11/5 11/9 11/13 11/18 12/10 12/16 13/11 13/17 13/22 14/2 14/25 16/21 16/22 17/23 21/5 21/17 21/21 25/9 25/20 26/2 26/18 27/2 27/8 27/18 27/20 27/22 28/6 29/18 30/7 31/18 40/3 40/3 40/4 40/7 40/18 40/20 44/9 50/18 51/4 51/5 51/7 58/17 58/18 59/1 59/13 59/14 60/13 61/20 63/6 63/11 64/7 67/22 67/23 68/15 68/23 69/2 71/25 72/5 72/23 75/7 75/10 78/21 78/22 81/7 81/20 81/25 82/2 83/19 83/24 83/25 84/5 84/16 85/1 90/4 90/8 90/14 94/5 94/19 96/6 96/13 98/24 98/25
noted [1]  71/21
nothing [3]  40/15 40/25 81/25
noticed [1]  89/2
notifying [1]  7/13
November [4]  15/23 15/23 80/1 80/12
November 11th [2]  15/23 15/23
November 15th [1]  80/1
now [36]  4/7 12/17 14/6 15/6 23/9 23/12 28/8 28/9 29/1 42/2 45/12 49/23 50/20 53/2 57/21 59/20 60/16 64/19 75/17 76/10 77/2 77/10 78/15 79/18 80/8 80/15 82/5 84/8 84/13 85/3 85/8 86/12 88/18 89/17 90/18 91/22
number [19]  45/7 66/15 66/18 67/15 77/2 77/19 78/15 80/8 80/10 80/11 81/8 82/5 83/7 84/14 85/3 96/3 96/6 96/10 96/12
NW [3]  1/14 1/20 2/8
NY [1]  2/4

**O**

object [8]  16/21 17/10 28/16 67/11 70/6 71/14 72/3 72/11
objecting [1]  16/22
objection [24]  16/8 22/23 22/25 24/19 26/1 27/11 40/14 47/17 47/21 66/13 67/8 67/14 69/5 71/2 72/1 72/7 74/5 78/1 78/2 78/18 93/4 93/5 97/7 97/8
objections [11]  26/6 26/8 27/18 27/19 27/21 28/2 28/3 28/9 28/17 28/21 71/21
objective [1]  87/22
obtained [4]  64/13 65/8 65/10 66/2
occurs [1]  24/25
October [7]  5/21 5/21 76/14 92/2 93/20 94/25 99/12
October 12th [1]  99/12
October 24th [1]  5/21
October 25th [2]  5/21 92/2
October 27 [1]  94/25
October 27th [2]  76/14 93/20
off [7]  13/18 14/2 17/22 60/21 83/1 96/9 99/4
off-shore [1]  83/1
offer [1]  26/5
offering [1]  25/17
official [5]  2/7 82/22 82/22 101/3 101/13
Oh [1]  82/21
okay [36]  4/10 6/2 6/5 6/9 17/10 17/24 23/12 23/21 24/2 24/6 25/22 26/16 27/11 30/22 30/25 31/4 35/14 36/3 41/5 44/4 47/14 50/7 51/1 58/18 58/25 59/7 59/16 60/14 61/7 61/17 65/23 72/8 74/5 78/8 92/19 96/4
Omedetou [36]  66/21 67/16 68/11 69/8 69/24 72/12 72/21 73/13 73/14 75/1 75/2 75/3 75/5 75/13 76/17 77/25 78/11 80/9 80/14

80/21 81/12 82/20 83/9 84/10 85/5 86/11 87/4 87/18 90/20 91/2 91/6 91/8 91/11 91/13 91/23 95/14
Omedetou's [4]  70/1 81/16 82/11 83/15
once [2]  46/18 88/19
one [40]  5/20 11/22 12/8 12/9 15/1 15/6 18/15 19/1 22/8 23/19 27/5 32/19 35/4 35/25 39/8 41/24 42/12 43/5 43/23 44/11 45/1 45/9 47/14 50/13 50/19 51/4 53/14 60/12 60/17 61/15 62/18 62/18 63/4 63/14 65/19 74/23 80/7 81/13 95/22
one-year [1]  19/1
ones [1]  84/16
onion [8]  10/16 11/8 11/10 11/12 11/15 11/17 79/12 80/6
online [1]  76/5
only [10]  12/13 13/7 49/25 81/4 82/16 83/22 84/16 84/18 87/25 90/8
open [2]  64/15 65/20
opened [1]  8/9
operating [3]  47/5 47/12 47/16
operational [1]  95/1
operations [1]  64/13
opinion [1]  40/7
opponent [5]  67/20 69/9 70/2 72/22 73/16
order [9]  19/18 20/5 70/8 71/10 71/14 71/17 89/15 94/19 94/20
organization [1]  11/6
organizations [2]  11/13 11/20
original [19]  21/7 21/17 21/23 21/23 22/16 24/15 29/11 30/4 30/6 30/23 33/12 41/11 44/5 44/8 45/15 50/22 53/3 53/6 85/12
originally [3]  21/21 66/23 68/9
other [25]  13/22 14/5 20/2 25/5 25/22 40/10 42/16 57/13 58/9 59/11 61/13 63/15 65/18 69/4 77/24 77/24 78/13 83/3 83/23 84/5 86/3 91/23 94/3 99/13
others [1]  20/1
otherwise [5]  16/24 16/24 28/4 44/18 73/1
our [21]  17/4 27/21 28/12 28/13 28/17 30/8 47/7 59/19 60/5 61/19 71/10 71/20 81/2 81/3 81/24 82/1 83/5 89/3 89/15 97/12 99/22
out [32]  14/13 15/16 15/21 17/8 21/12 26/23 26/24 30/12 36/2 40/17 40/23 59/3 59/24 60/4 70/8 79/3 79/15 80/2 80/5 82/18 83/3 85/19 85/25 86/12 86/22 91/5 92/6 94/6 94/24 95/10 95/13 100/3
outpost [1]  90/13
over [13]  17/8 40/10 46/21 62/20 62/24 63/4 63/8 63/11 63/13 64/9 70/22 71/6 81/5
overhear [1]  100/1
overrule [1]  74/5
overruled [3]  23/1 23/5 78/23
overt [3]  13/13 13/16 13/18
own [4]  6/24 64/1 65/3 84/17
owner [1]  94/3
owners [1]  82/22
owning [1]  90/7
owns [1]  96/21

**P**

p.m [2]  100/3 100/13
page [5]  1/23 29/5 29/5 34/17 70/1
paid [1]  6/23
paragraph [9]  35/2 84/12 85/7 89/1 90/2 90/3 90/4 90/4 90/11
parentheses [1]  86/20
parenthesis [1]  98/22
Paris [1]  29/20
part [4]  5/13 22/7 49/25 74/1

**P**

partial [1]  82/12
particular [6]  8/14 28/2 28/3 63/23 67/11 71/25
parties [2]  14/5 17/12
partners [1]  13/22
parts [1]  72/9
party [6]  67/20 69/9 70/2 72/22 73/15 90/10
Pass [1]  46/4
passage [2]  86/22 86/23
password [1]  90/6
passwords [1]  90/7
past [2]  60/1 89/7
pay [2]  83/3 86/23
payment [1]  68/19
payments [1]  83/24
payouts [1]  81/2
PayPal [1]  7/1
Pearlman [5]  1/18 3/6 3/8 17/4 59/17
peer [4]  9/17 9/17 9/25 9/25
PELKER [1]  1/13
Pennsylvania [1]  1/14
people [5]  64/25 85/11 90/10 90/14 90/15
percent [1]  40/4
perception [2]  68/6 68/8
perform [1]  47/7
perhaps [1]  81/24
period [1]  5/21
periodically [1]  78/12
persisting [1]  83/6
person [2]  9/25 68/12
personal [2]  90/9 91/23
personally [2]  65/4 87/24
persons [1]  14/14
pertains [1]  14/15
ph [5]  26/14 29/23 29/25 30/3 36/9
phone [3]  16/17 39/22 66/15
phonetic [2]  30/1 30/1
phonetically [1]  36/7
phrases [7]  17/9 56/9 56/13 56/17 56/23 57/13 57/16
physical [3]  12/19 13/2 13/5
place [2]  65/1 99/20
Plaintiff [2]  1/4 1/13
please [24]  9/1 15/7 17/20 18/9 38/4 39/6 41/22 48/8 48/14 53/16 62/5 62/9 81/24 82/10 84/12 84/13 85/11 87/20 88/12 88/12 88/16 88/25 89/12 94/7
PLLC [1]  2/3
point [22]  13/21 15/16 25/14 26/7 27/16 28/22 40/13 40/17 40/25 41/4 49/3 62/18 69/14 69/18 79/3 79/15 80/2 80/7 82/1 86/12 91/5 94/24
pointed [2]  80/5 85/19
police [1]  87/8
political [1]  11/23
Ponzi [1]  64/7
pool [1]  83/19
portion [4]  21/4 30/14 30/15 61/6
portions [7]  21/11 21/13 24/11 24/13 36/23 61/13 67/12
position [3]  25/7 62/12 67/18
possible [5]  11/11 29/6 90/13 90/16 90/17
post [50]  15/11 15/13 15/21 15/22 76/16 76/17 76/22 76/24 77/6 77/7 77/8 78/15 79/18 79/24 80/10 80/11 80/12 80/13 80/14 80/15 80/19 80/21 81/8 81/9 81/11 81/16 82/5 82/6 83/7 83/8 83/9 83/12 84/8 84/9 84/10 85/3 85/4 85/7 85/12 85/18 85/25 86/12 87/16 87/18 88/23 89/9 89/10 89/12 89/22 89/23
posts [12]  45/18 65/2 65/3 65/3

65/16 75/21 78/13 80/4 80/9 85/21 86/3 86/10
potentially [1]  14/5
practice [2]  8/1 10/5
preliminarily [1]  68/1
preliminary [3]  67/19 68/8 73/17
prepared [1]  70/3
presented [2]  72/13 73/7
presenting [1]  71/15
preserve [2]  26/6 26/8
pretty [1]  63/12
prevent [1]  89/15
previous [3]  6/15 22/15 80/19
previously [10]  21/7 31/5 31/20 31/20 33/12 33/22 55/20 77/3 86/25 94/17
Price [12]  3/2 4/20 8/20 9/14 12/5 12/7 12/17 34/2 62/23 68/22 68/23 69/23
Price's [1]  72/20
primarily [11]  14/2 14/18 15/5 38/2 41/25 43/6 43/25 45/10 51/19 54/10 55/2
primary [4]  13/23 13/23 20/6 68/4
printed [1]  24/1
prior [1]  59/14
privacy [1]  26/25
private [1]  65/17
probably [4]  26/21 81/7 83/1 86/24
problem [3]  82/24 88/15 88/18
problematic [1]  84/7
problems [3]  87/12 89/7 90/15
procedure [1]  47/7
proceed [11]  4/17 9/12 17/17 17/21 27/4 28/23 41/5 61/23 71/3 71/4 73/3
proceeding [1]  70/23
proceedings [2]  1/7 101/5
process [9]  20/4 46/18 65/9 66/2 66/9 89/17 95/21 95/23 97/20
produced [7]  67/1 69/18 76/1 76/3 79/19 94/10 95/20
professional [1]  8/2
proffer [2]  70/20 71/7
program [1]  8/5
promoted [1]  63/9
proof [2]  81/18 81/23
proper [2]  32/8 90/5
proposed [1]  46/25
propriety [1]  10/24
prosecute [1]  81/18
prosecution [1]  16/20
prove [3]  81/19 81/20 84/6
provide [8]  50/14 65/14 78/12 79/20 79/21 87/11 90/16 90/19
provided [16]  65/15 66/9 74/20 79/22 85/20 90/19 92/11 92/20 92/25 93/14 96/18 96/23 97/20 97/23 97/25 98/25
provider [2]  6/17 89/15
provides [4]  86/24 95/1 95/3 98/20
provisionally [25]  37/20 39/3 39/17 41/17 42/6 43/16 44/24 45/2 45/3 46/5 51/3 51/8 51/10 51/13 52/5 52/22 53/25 54/19 55/12 59/6 61/8 61/9 61/10 71/18 72/4
public [3]  10/23 65/16 87/25
publicized [1]  17/22
publish [13]  15/9 23/8 27/25 28/24 31/24 33/17 34/16 34/22 35/11 37/7 93/2 94/7 97/17
published [13]  23/2 23/6 25/1 27/8 28/12 28/19 28/22 69/5 69/6 74/12 77/3 85/12 93/7
publishing [3]  25/4 25/8 27/11
pull [2]  15/7 59/16
purchase [1]  83/18
purchased [2]  68/10 73/9
purely [1]  28/19
purpose [1]  61/18

purposes [8]  18/12 27/8 28/19 33/17 46/23 70/9 70/15 73/18
pursuant [7]  66/2 69/18 74/20 92/11 92/21 94/10 95/21
put [10]  4/8 30/8 33/6 40/19 67/8 68/17 68/18 71/7 82/18 85/8
putting [3]  44/7 44/13 44/13

**Q**

qualified [3]  19/13 19/17 19/21
quality [4]  20/5 20/8 20/8 46/23
question [14]  6/15 9/8 15/6 34/16 47/14 66/14 67/1 67/3 68/7 74/7 78/20 78/21 78/22 91/21
questioning [1]  14/8
questions [12]  9/5 11/25 16/9 26/25 47/22 47/24 57/12 58/9 58/10 58/19 69/14 78/19
quick [2]  61/3 66/15
quickly [2]  35/20 75/17
quite [1]  64/5
quote [13]  80/19 81/15 81/17 82/10 82/12 83/11 83/14 83/16 86/20 86/20 86/21 86/21 87/22
quoted [3]  82/10 86/22 86/23
quotes [1]  81/13

**R**

R-O-V-E-N-S-K-Y [1]  62/11
raise [6]  4/2 28/3 28/9 28/22 71/1 100/9
RANDOLPH [1]  1/9
random [1]  87/1
randomizing [1]  83/4
rank [1]  48/19
Rather [1]  59/23
raw [1]  21/4
reached [2]  4/6 16/21
reacting [1]  89/8
reactivated [1]  98/10
read [33]  15/12 15/17 24/21 30/14 47/15 47/15 47/20 63/17 63/19 65/2 69/22 69/23 76/18 77/18 80/23 81/15 82/10 82/11 83/14 84/12 85/7 85/25 86/22 87/20 88/12 88/12 89/1 89/12 90/2 90/11 95/9 95/10 98/22
reading [3]  19/17 69/21 79/6
reads [2]  91/21 95/5
real [6]  66/15 82/3 84/18 90/15 95/2 95/12
reality [1]  85/10
really [5]  70/23 71/2 71/3 75/10 82/1
reason [8]  8/3 8/21 9/6 11/7 11/21 16/14 84/5 85/16
reasons [5]  13/21 14/1 26/24 27/1 63/14
recall [14]  5/19 6/7 7/5 7/7 9/23 10/2 10/4 10/9 10/12 12/12 14/7 16/2 61/5 61/15
received [5]  7/14 44/6 49/8 64/2 89/14
recent [1]  94/20
Recess [2]  60/10 100/13
recognize [52]  22/11 23/16 24/2 24/4 32/2 32/16 32/18 34/5 36/11 36/17 37/8 37/14 37/25 38/4 38/17 38/21 39/7 39/10 39/21 41/9 42/2 42/11 42/14 42/15 43/2 43/21 45/8 45/13 50/11 51/17 51/23 52/10 52/17 53/8 54/6 54/14 54/24 55/4 55/18 56/5 57/1 57/21 57/25 65/24 66/1 76/10 77/4 77/6 77/10 92/19 96/15 96/17
recollection [2]  6/6 25/10
record [15]  4/8 17/13 28/11 28/17 30/19 40/19 61/7 67/8 69/22 70/18 71/21 72/9 73/19 74/2 101/5
records [48]  14/12 59/5 59/8 64/13 64/14 64/15 64/15 64/19 65/4 65/6 65/7 65/8 65/10 65/13

**R**

records... [34] 65/15 65/16 65/17 66/2 66/6 66/8 66/9 66/23 67/16 68/9 69/1 69/3 72/8 72/10 72/10 76/7 79/19 79/20 79/21 79/22 85/20 90/18 92/11 92/20 92/24 93/15 95/5 95/17 95/19 95/20 96/18 96/22 97/25 98/9
recross [1] 16/13
redact [2] 40/11 40/24
redacted [1] 27/2
redaction [3] 27/3 31/13 34/7
redactions [7] 24/5 24/6 26/23 32/22 32/24 42/15 42/16
Reddit [1] 64/24
redirect [4] 3/4 12/1 12/3 47/25
reference [1] 15/12
referring [1] 68/16
reflect [1] 57/17
refresh [1] 6/6
regard [2] 70/21 73/20
regarding [2] 86/1 99/1
registered [4] 92/1 92/2 99/11 99/12
registration [5] 5/17 65/15 68/20 68/24 73/25
registrations [1] 5/14
reject [1] 46/24
REKk2Xih [1] 95/5
relate [1] 15/24
related [3] 28/1 47/9 82/3
relation [2] 8/20 68/18
relationship [1] 96/20
relatively [1] 53/10
relevance [6] 8/7 24/20 27/10 27/19 67/9 69/12
rely [1] 70/14
relying [1] 70/18
remember [5] 5/23 7/2 16/4 16/7 22/2
remembering [1] 82/18
remind [5] 7/10 33/3 59/24 95/13 99/24
remitters [1] 64/7
renewals [1] 5/20
renewed [1] 5/17
rent [1] 6/20
rented [2] 12/8 12/11
renting [1] 16/3
replating [1] 95/17
reply [2] 78/13 80/20
report [1] 98/24
reportedly [1] 85/11
Reporter [4] 2/6 2/7 101/3 101/13
reports [2] 64/12 64/12
represent [1] 66/8
representations [1] 99/1
request [4] 7/14 14/6 27/8 84/3
requested [1] 61/13
require [1] 88/3
required [1] 88/1
research [3] 11/4 60/1 99/25
reserve [2] 16/23 17/10
reserving [2] 27/18 28/17
resolve [1] 88/15
respect [6] 25/25 26/2 28/9 31/23 69/1 70/10
respond [3] 40/14 82/20 87/4
responds [2] 82/21 87/5
response [16] 8/5 65/10 65/14 66/9 66/24 67/1 76/1 79/20 81/16 81/19 82/11 83/11 83/15 83/20 86/21 87/24
responses [1] 82/9
responsibility [3] 20/8 47/1 47/2
rest [1] 30/16
restore [1] 90/5
rests [1] 82/17
result [1] 19/20
returns [3] 85/15 85/16 86/7
reveal [2] 84/2 90/9

revealing [1] 88/2
reverse [1] 88/17
review [17] 20/2 20/11 20/22 46/18 46/19 46/22 64/11 64/19 65/4 65/6 78/10 92/6 92/9 92/13 95/17 95/19 96/12
reviewed [11] 45/22 65/7 65/8 66/5 76/5 76/22 77/18 92/10 94/17 95/8 95/20
reviewer [3] 20/7 20/9 20/10
reviewing [2] 14/23 92/11
right [43] 4/16 6/11 6/21 9/12 16/10 16/23 17/10 17/11 17/21 19/16 27/23 32/12 36/24 46/6 47/25 48/2 58/10 58/20 60/5 60/7 60/9 60/17 61/1 61/21 61/23 61/25 67/5 71/14 74/2 74/7 74/11 74/16 78/6 79/4 79/16 80/3 82/15 93/6 97/3 99/22 100/4 100/8 100/12
risk [1] 84/17
Road [1] 84/6
role [3] 46/25 46/25 62/17
ROMAN [1] 1/6
Romania [4] 6/9 6/9 12/8 16/3
Romanian [1] 14/6
Romanians [1] 12/11
Room [1] 2/8
Rovensky [16] 3/10 62/2 62/3 62/9 62/11 65/19 74/16 75/24 78/10 78/25 84/19 85/15 94/8 95/13 96/7 97/15
RPR [1] 101/12
rule [1] 70/14
rules [1] 26/13
run [4] 6/10 6/16 83/16 84/1
running [2] 13/1 68/12
Russian [41] 18/16 18/21 19/12 19/20 20/13 20/24 21/2 22/6 23/10 25/11 25/16 34/8 35/6 35/17 35/18 36/1 36/6 38/2 41/25 43/6 43/25 44/8 44/11 44/12 44/13 45/10 45/15 45/19 45/20 45/25 46/1 48/22 49/23 50/1 59/10 61/5 61/6 61/15 63/17 63/18 63/19

**S**

S-A-Y-Y-O-R-A [1] 18/10
S-E-R-G-E-I [1] 48/15
said [8] 6/16 10/3 23/5 30/13 31/5 31/19 46/14 82/23
same [31] 5/25 13/3 37/16 38/8 38/23 39/13 41/14 42/17 43/13 44/18 45/24 52/2 52/19 53/22 54/16 55/9 56/4 56/14 56/16 57/7 57/12 57/19 58/5 70/1 76/7 76/9 77/8 88/8 94/13 99/18 99/19
saw [12] 22/15 24/16 32/23 34/8 34/20 34/25 35/25 36/18 38/7 38/22 44/21 68/16
say [18] 14/15 14/20 19/15 24/6 26/19 29/17 33/20 48/13 67/13 70/23 71/1 72/2 76/15 81/17 86/20 92/15 98/14 99/10
saying [4] 14/20 35/16 40/13 59/12
says [4] 29/6 35/12 44/12 97/3
Sayyora [3] 3/5 17/18 18/10
scams [1] 85/11
scan [1] 30/24
scanned [3] 23/21 23/23 23/25
schemes [1] 64/7
scholarship [1] 18/23
Scholl [1] 71/13
school [5] 18/19 18/24 18/25 49/5 49/7
scope [1] 47/23
screen [6] 15/18 17/22 74/17 96/12 97/15 97/16
screens [1] 23/9
scroll [9] 15/21 74/22 75/18 79/12 82/8 89/24 91/17 94/22 94/23

scrolling [1] 94/16
search [19] 65/11 65/14 66/3 66/24 67/2 74/21 75/21 76/1 79/20 79/23 85/14 85/16 85/20 85/20 86/7 86/10 92/11 92/21 94/11
searched [1] 90/24
seated [3] 17/20 48/8 62/5
second [7] 8/11 46/23 61/12 75/2 82/8 85/7 87/20
secondary [1] 18/19
seconds [1] 59/17
section [1] 15/16
secure [2] 76/20 88/7
security [6] 8/5 64/1 82/17 89/4 90/8 90/9
see [38] 8/16 14/23 15/20 17/24 21/23 22/2 22/6 22/16 23/9 24/4 26/22 29/6 29/9 34/17 35/12 43/10 44/5 44/8 44/10 47/9 50/16 56/20 59/12 60/1 60/7 60/8 66/18 68/25 74/17 79/12 82/4 83/21 86/25 89/24 91/4 91/19 96/14 100/12
seeing [1] 6/7
seek [1] 61/14
seeking [1] 72/9
seems [2] 27/16 88/18
seen [14] 11/11 20/15 29/13 29/14 29/18 30/4 30/5 30/6 30/9 30/9 37/9 68/2 73/7 73/8
seized [1] 89/16
selling [2] 10/2 10/4
send [1] 20/23
sending [1] 14/20
sense [2] 29/18 35/1
sentence [1] 35/2
sentences [4] 56/9 56/13 56/17 56/23
separate [1] 25/9
September [2] 98/5 98/16
September 14 [1] 98/5
Sergei [5] 3/7 20/17 48/4 48/6 48/15
series [1] 73/23
server [13] 6/10 6/18 6/20 6/21 6/23 12/7 12/9 12/9 12/10 14/13 14/13 16/3 89/18
servers [5] 6/9 12/8 12/13 12/15 89/16
service [27] 6/10 6/17 7/13 9/17 15/3 15/5 63/1 63/10 64/14 77/1 78/13 78/14 78/17 79/1 81/25 82/1 82/14 82/16 83/5 83/17 86/2 86/24 87/1 87/6 87/10 87/11 90/16
services [9] 64/8 83/23 84/19 84/22 84/24 87/7 87/14 89/18 95/3
set [1] 82/8
several [3] 40/10 63/14 89/4
shall [2] 88/15 88/17
shape [1] 91/20
shared [1] 87/23
she [2] 47/20 59/9
SHERRY [3] 2/6 101/3 101/12
shore [1] 83/1
Shormint [11] 91/10 94/2 95/16 95/17 98/4 98/5 98/8 98/10 98/19 99/6 99/16
short [4] 30/1 35/20 35/23 53/10
should [11] 27/2 59/19 60/21 65/19 76/15 81/1 84/3 87/8 88/2 89/8 96/3
shouldn't [1] 9/9
show [28] 21/25 23/12 24/2 27/15 27/24 29/4 30/18 36/16 41/8 42/2 42/19 43/2 43/8 50/5 50/8 50/16 51/22 52/10 53/8 54/5 54/14 67/10 74/16 75/19 76/13 98/1 98/12 99/5
showing [5] 29/1 43/21 67/19 68/8 70/13
shown [5] 20/13 40/9 68/8 77/19 90/23
shows [4] 73/7 73/8 98/3 98/4
shut [1] 89/16

**S**

**sic [4]**   26/14 29/7 29/9 29/14
**sics [1]**   27/12
**sides [1]**   69/24
**sign [1]**   90/25
**sign-up [1]**   90/25
**Silk [1]**   84/6
**similar [4]**   36/7 36/9 69/22 83/16
**similarly [1]**   35/22
**simply [5]**   21/2 29/7 35/8 72/1
  87/10
**since [4]**   81/21 82/2 84/4 90/6
**single [1]**   96/8
**sir [16]**   48/11 48/17 48/25 49/1
  49/6 49/11 49/20 50/6 50/11 51/16
  52/10 53/2 56/12 57/9 57/13 79/5
**sit [3]**   59/24 60/20 61/13
**site [6]**   11/8 11/10 11/12 11/15
  11/17 14/18
**sites [2]**   10/14 10/16
**sitting [1]**   82/14
**situation [1]**   89/5
**skipping [1]**   99/17
**slow [1]**   79/5
**smaller [1]**   82/18
**snapshot [1]**   77/15
**so [117]**
**social [1]**   64/24
**sold [1]**   9/25
**Solely [1]**   61/18
**some [35]**   7/14 11/4 11/13 16/14
  19/25 20/11 20/13 20/15 24/4 28/5
  32/22 32/24 34/7 36/19 42/15
  46/24 47/9 48/23 49/3 49/21 50/5
  50/16 55/25 57/3 63/17 64/5 65/10
  69/2 69/2 69/3 83/22 84/22 86/16
  87/1 89/6
**somebody [2]**   13/2 14/20
**someone [3]**   21/20 85/8 86/24
**something [12]**   23/22 28/1 29/12
  29/13 29/15 30/9 35/16 40/14
  40/22 59/1 75/8 86/16
**sometime [1]**   16/4
**sometimes [9]**   19/24 20/2 20/4
  20/9 20/10 26/21 29/17 53/2 63/10
**sorry [9]**   9/3 10/3 15/23 50/9
  68/21 79/7 89/18 92/15 99/8
**sort [9]**   7/14 8/12 59/24 65/13
  67/13 68/6 70/25 71/4 77/11
**sorts [4]**   14/16 26/24 65/6 95/19
**sound [1]**   36/7
**sounded [1]**   35/21
**sounds [4]**   17/12 36/9 60/9 61/17
**source [18]**   22/16 22/17 23/19
  29/14 29/14 29/18 29/21 29/21
  30/2 30/9 32/23 34/8 35/22 35/25
  38/6 43/23 44/21 64/15
**space [2]**   6/20 16/3
**speak [4]**   4/8 39/22 63/17 63/19
**speakers [1]**   61/16
**speaking [5]**   18/16 35/18 44/12
  65/13 76/24
**speaks [1]**   78/4
**special [2]**   62/13 62/23
**specific [9]**   5/23 7/2 14/16 16/5
  21/9 40/25 49/21 83/19 85/19
**specifically [3]**   11/13 40/11
  40/12
**specified [1]**   40/15
**speculate [1]**   27/2
**spelled [5]**   30/2 75/2 75/4 75/5
  75/13
**spelling [3]**   18/9 48/13 62/10
**spoke [1]**   63/22
**spoken [2]**   19/16 19/23
**spot [2]**   12/21 12/23
**sprint [7]**   34/18 35/4 35/6 35/7
  35/8 35/12 35/19
**square [1]**   29/14
**stack [2]**   67/13 72/15
**stage [3]**   46/19 46/20 46/20

**stages [1]**   63/8
**stand [2]**   4/14 47/20
**standard [1]**   47/7
**stands [1]**   30/3
**start [5]**   65/3 81/3 86/16 86/22
  89/3
**started [1]**   8/4
**starting [6]**   75/2 80/24 84/12
  87/20 89/25 90/2
**starts [1]**   66/21
**state [3]**   28/16 70/18 75/25
**stated [1]**   76/24
**statement [6]**   67/11 68/14 70/11
  73/15 73/16 73/25
**statements [19]**   67/12 67/15 67/20
  69/2 69/2 69/8 69/22 69/23 69/25
  70/2 70/2 70/3 70/4 70/5 72/12
  72/16 73/14 74/2 77/24
**STATES [11]**   1/1 1/3 1/10 10/20
  10/22 11/1 11/5 19/3 19/8 49/3
  49/5
**stating [2]**   18/8 48/13
**statistical [1]**   81/2
**steer [1]**   99/25
**step [2]**   16/10 87/25
**steps [2]**   13/18 14/3
**STERLINGOV [21]**   1/6 5/1 6/23 9/20
  9/25 10/6 12/8 13/9 13/13 41/3
  47/5 47/11 47/16 60/13 67/19
  67/22 68/1 68/9 72/13 73/9 73/13
**Sterlingov's [4]**   5/7 5/10 17/7
  73/24
**still [5]**   13/15 16/23 69/8 81/6
  86/7
**stipulating [2]**   28/13 28/14
**stolen [1]**   81/22
**stop [1]**   29/5
**story [1]**   11/24
**straight [1]**   72/10
**Street [2]**   1/16 2/3
**studied [2]**   18/23 19/2
**studying [1]**   18/20
**stuff [1]**   17/9
**subject [10]**   28/1 31/4 72/25
  76/18 85/24 85/25 86/1 86/3 88/5
  88/6
**submit [1]**   20/22
**subpoena [2]**   66/4 69/19
**subscriber [1]**   65/16
**subsequent [2]**   26/5 96/8
**subsequently [2]**   18/22 49/5
**subset [1]**   21/10
**substance [2]**   27/14 31/23
**such [4]**   26/14 64/3 64/14 84/3
**sufficient [2]**   70/13 73/22
**suggest [1]**   78/21
**suggesting [1]**   68/19
**suggests [1]**   68/2
**Suite [1]**   1/17
**summaries [6]**   40/2 40/5 40/7
  40/11 40/18 40/21
**summarized [1]**   40/13
**summary [5]**   40/17 40/23 41/1 41/3
  77/21
**suppose [1]**   82/13
**sure [18]**   18/10 40/4 46/18 50/2
  50/23 51/4 59/9 76/20 81/17 82/12
  83/4 83/16 87/22 88/14 90/12
  95/12 96/6 97/2
**surveillance [12]**   8/5 12/18 12/19
  12/21 12/23 12/25 13/1 13/1 13/2
  13/6 13/7 13/9
**suspect [3]**   13/23 13/24 14/2
**suspicious [1]**   89/14
**sustain [1]**   78/6
**sustained [1]**   47/21
**Sweden [2]**   13/12 49/2
**Swedish [46]**   4/23 4/25 5/3 5/6
  5/9 13/6 20/14 20/17 20/20 20/23
  20/24 21/15 25/16 33/4 33/5 33/6
  36/19 36/23 37/11 48/22 48/23
  49/12 49/17 49/24 49/25 50/2

50/14 50/20 50/23 51/20 52/13
  53/2 53/12 54/10 55/2 56/1 56/9
  56/17 56/24 57/3 57/6 57/13 57/19
  58/2 59/10 61/15
**switch [2]**   96/1 96/2
**switching [1]**   99/2
**sworn [3]**   17/18 48/6 62/3
**system [2]**   89/3 89/7

**T**

**T.CO [1]**   95/5
**tab [4]**   97/3 97/4 97/4 97/4
**TABLE [1]**   2/11
**tabs [1]**   96/8
**take [42]**   5/25 6/3 13/17 14/3
  19/5 23/15 31/8 31/11 32/16 37/8
  37/13 37/24 38/4 38/21 39/10
  39/21 42/10 42/13 44/10 44/17
  45/7 45/12 51/11 51/16 52/16 55/4
  55/17 56/12 59/19 60/5 60/21
  62/20 63/4 63/7 63/9 63/11 63/13
  64/9 67/13 82/18 97/12 99/22
**taken [3]**   60/10 77/15 100/13
**taking [1]**   62/24
**talk [31]**   64/22 64/23 64/24 64/25
  65/4 65/6 65/7 65/9 65/11 65/14
  65/15 66/3 66/9 66/20 69/24 74/20
  75/7 75/11 76/1 76/5 77/1 77/9
  77/17 79/19 80/20 85/20 90/18
  90/19 92/1 93/24 95/15
**talking [3]**   23/10 26/13 35/14
**talks [1]**   13/2
**target [1]**   13/18
**target's [1]**   13/20
**task [2]**   19/25 35/20
**tasks [2]**   19/18 19/25
**taught [1]**   18/18
**taxes [1]**   82/23
**teaching [3]**   18/18 18/25 19/4
**team [2]**   19/24 21/12
**technology [1]**   11/4
**teed [1]**   71/24
**telephone [1]**   71/1
**tell [9]**   60/15 66/19 68/6 72/1
  77/14 79/18 79/25 80/5 97/23
**term [4]**   7/20 12/21 34/18 35/24
**terms [5]**   25/5 27/6 40/6 47/2
  68/17
**test [1]**   19/15
**tested [2]**   19/12 19/15
**testified [5]**   4/22 8/14 10/12
  46/14 68/4
**testify [3]**   31/23 61/16 71/12
**testifying [2]**   7/7 10/9
**testimony [12]**   7/3 7/5 9/2 9/4
  10/8 11/5 14/4 17/7 40/7 72/20
  72/20 100/5
**tests [2]**   19/5 19/16
**text [8]**   80/16 80/20 80/23 80/24
  86/16 87/20 89/25 95/1
**than [15]**   12/9 16/6 18/15 20/1
  35/25 42/16 59/23 65/19 74/22
  77/25 82/18 85/22 87/13 89/8
  95/22
**thank [17]**   12/1 16/10 17/20 26/10
  29/5 34/3 48/2 48/8 58/20 58/22
  58/23 62/5 62/6 88/19 92/17 99/4
  100/7
**Thanks [1]**   18/6
**that [449]**
**That's [4]**   51/21 53/11 57/20
  84/16
**their [13]**   14/4 23/9 63/8 68/3
  70/8 71/10 71/13 72/18 79/22 81/6
  82/25 88/19 90/15
**them [33]**   6/3 6/4 16/24 21/5 21/5
  24/24 26/3 28/21 45/1 50/23 60/15
  61/15 66/1 69/2 69/2 69/3 71/1
  72/17 72/18 74/3 81/3 81/20 84/1
  84/17 84/17 87/2 87/24 88/17
  90/16 94/10 96/14 96/16 96/17
**then [48]**   7/3 20/7 20/7 20/23

**T**

**then...** **[44]**  24/2 25/24 30/10 40/23 41/3 41/5 41/11 45/15 45/20 45/20 46/20 46/22 46/23 61/7 66/21 67/7 67/22 70/17 71/7 71/18 79/9 80/23 81/8 81/15 81/24 81/25 82/11 83/3 83/4 83/7 83/11 83/14 85/14 86/16 86/21 87/2 87/4 89/21 90/3 90/11 95/2 96/8 98/9 99/2
**theory** **[2]**  69/10 69/11
**there** **[94]**  5/20 12/10 12/14 13/4 13/21 15/18 16/14 21/1 21/6 21/17 25/22 25/23 26/4 26/23 26/24 27/1 28/3 28/7 32/21 32/25 34/20 34/25 35/24 40/15 40/22 40/23 40/25 44/5 46/18 50/15 50/19 55/25 56/2 56/9 59/1 61/14 61/14 63/17 65/19 67/15 68/11 68/14 70/7 72/16 73/6 73/19 73/22 74/22 74/24 75/10 77/6 77/24 78/22 78/25 79/2 79/4 80/3 80/5 80/15 80/17 81/13 81/14 82/3 82/6 82/21 83/11 83/13 84/13 85/15 87/22 88/17 90/11 91/4 91/9 91/10 91/11 91/12 91/13 91/17 91/19 91/23 91/25 93/25 94/2 94/3 94/5 95/22 95/24 95/24 96/7 97/3 97/3 98/18 98/19
**these** **[33]**  6/7 25/8 25/15 28/12 40/9 41/10 49/23 49/24 63/6 66/2 66/5 66/8 66/23 67/16 69/17 69/20 70/25 71/4 71/12 72/24 73/2 75/24 76/7 78/18 92/20 92/24 93/14 94/9 94/13 96/13 96/18 96/22 97/25
**they** **[81]**  5/5 5/11 8/9 11/3 13/7 13/7 14/3 14/25 16/21 16/23 16/25 21/15 23/9 25/1 25/7 26/14 27/8 27/15 28/5 28/7 31/18 40/12 45/3 47/19 50/24 56/3 56/3 60/16 63/6 63/7 65/12 66/10 66/18 67/1 67/18 67/23 68/8 68/18 68/19 69/18 70/7 70/9 70/12 71/9 71/11 71/11 71/13 72/9 72/13 72/18 75/25 75/25 76/2 76/3 79/20 79/21 79/22 79/22 79/23 81/2 81/17 81/18 81/19 81/19 81/20 81/21 81/24 82/13 82/23 82/23 83/18 84/4 84/4 85/22 87/9 87/12 87/12 90/7 93/1 96/19 96/24
**thing** **[8]**  10/3 13/3 25/9 27/5 61/12 85/24 95/2 95/12
**things** **[22]**  14/5 14/19 17/5 25/3 26/14 26/15 26/23 26/24 27/2 27/6 27/21 28/7 29/20 29/24 35/23 59/24 61/3 65/1 71/4 71/12 71/24 89/8
**think** **[32]**  8/12 8/15 8/20 15/13 15/13 15/15 15/18 15/20 17/9 25/10 27/23 40/2 46/14 59/14 61/13 63/14 65/19 65/21 67/12 67/18 67/18 68/3 68/3 68/13 69/8 69/24 70/1 70/23 72/5 73/12 73/16 73/21
**thinks** **[2]**  60/21 67/25
**third** **[3]**  75/3 80/22 84/12
**this [204]**
**those** **[32]**  11/19 12/13 14/1 21/13 24/6 26/2 28/4 28/9 28/18 31/5 31/16 35/4 56/3 56/13 57/16 65/10 69/1 69/25 74/1 74/12 74/25 75/20 79/6 80/4 80/18 81/13 83/23 92/6 92/19 97/4 97/11 98/14
**thread** **[5]**  76/5 77/22 78/10 85/17 88/8
**threat** **[1]**  89/6
**three** **[3]**  20/15 74/24 74/25
**through** **[28]**  5/21 7/1 14/17 14/22 17/1 17/6 17/7 19/16 25/6 64/13 65/8 65/21 65/24 66/6 66/12 73/2 74/10 75/18 77/18 92/14 92/16 93/3 93/6 94/16 96/1 96/5 96/15 99/17

**tied** **[1]**  68/10
**time** **[34]**  4/14 13/1 13/12 15/24 19/7 19/7 22/21 24/17 26/9 26/15 26/21 27/9 28/6 31/14 31/25 32/10 33/17 35/20 63/7 63/8 64/5 65/1 71/5 73/4 76/13 76/14 79/21 80/7 85/19 86/12 87/8 92/4 93/21 93/21
**times** **[9]**  11/15 14/18 20/22 21/1 21/6 21/17 29/23 34/20 34/25
**tip** **[1]**  13/18
**tipped** **[1]**  14/2
**title** **[3]**  48/19 91/15 91/16
**today** **[3]**  12/17 18/5 82/19
**together** **[2]**  17/12 71/7
**told** **[1]**  13/7
**tomorrow** **[3]**  60/18 60/20 60/21
**too** **[2]**  71/19 92/15
**took** **[1]**  5/11
**top** **[9]**  15/21 22/6 31/13 75/18 75/20 77/6 77/10 79/10 98/10
**topic** **[4]**  85/12 86/5 86/6 88/11
**TOR** **[16]**  2/2 2/3 10/8 10/9 10/17 10/19 10/23 11/1 11/22 78/16 78/25 85/9 86/1 87/14 88/21 95/10
**touch** **[2]**  4/22 21/5
**traces** **[1]**  83/25
**Trade** **[1]**  19/8
**trading** **[1]**  9/18
**traffic** **[2]**  14/12 14/16
**trained** **[1]**  21/4
**training** **[4]**  63/23 63/25 63/25 64/2
**transaction** **[1]**  81/23
**transactions** **[4]**  8/21 10/1 73/23 83/4
**transcript** **[2]**  1/9 101/4
**transferred** **[5]**  63/2 63/9 63/14 81/21 83/18
**translate** **[14]**  22/9 23/20 23/24 29/2 39/9 46/22 49/17 49/23 50/23 52/14 53/2 54/12 55/7 58/5
**translated** **[16]**  21/3 24/9 24/14 29/17 35/19 36/3 36/5 41/12 44/2 47/14 50/2 50/20 55/25 56/10 57/6 57/16
**translating** **[4]**  29/22 46/21 49/14 58/2
**translation** **[61]**  20/24 21/23 21/24 22/15 23/20 24/1 24/15 24/22 25/13 26/18 27/7 27/14 28/1 30/8 30/24 31/12 32/4 32/7 32/23 33/8 34/7 34/9 35/9 35/18 35/23 36/18 37/10 37/16 38/6 38/8 38/22 38/23 39/11 39/13 41/14 42/4 42/16 43/11 43/13 44/18 44/20 45/16 45/20 45/21 45/24 46/19 47/2 47/3 51/12 51/25 52/2 52/19 53/18 53/20 53/22 54/16 55/7 55/9 56/13 56/21 61/19
**translations** **[32]**  4/6 16/22 16/25 19/11 19/11 19/12 19/13 19/22 19/22 19/23 20/2 20/5 20/7 20/9 21/15 24/24 25/3 25/17 26/1 26/3 28/15 28/20 31/5 40/3 40/6 40/20 47/4 48/23 50/22 56/3 58/16 61/20
**translator** **[11]**  17/6 19/20 19/24 20/6 20/17 27/13 27/25 47/19 50/1 61/4 61/5
**translators** **[8]**  4/7 16/20 16/23 20/3 26/13 28/5 28/7 61/12
**trial** **[4]**  1/9 61/13 68/16 68/18
**tried** **[1]**  35/22
**trigger** **[1]**  70/13
**trivial** **[1]**  81/20
**TRM** **[1]**  64/3
**true** **[4]**  8/23 9/22 73/24 101/4
**trust** **[1]**  90/6
**truth** **[1]**  69/25
**try** **[4]**  64/11 83/24 87/9 89/5
**trying** **[3]**  35/17 59/3 73/3
**turn** **[2]**  56/20 75/17
**turning** **[1]**  7/3

**turns** **[1]**  40/23
**Tuscaloosa** **[1]**  49/10
**tweet** **[6]**  94/20 94/21 94/23 94/24 94/25 95/8
**tweets** **[3]**  94/9 94/14 94/19
**Twitter** **[18]**  7/19 11/10 92/6 92/10 92/11 92/20 92/22 92/25 93/13 93/14 93/25 94/4 94/9 94/10 94/12 94/15 95/4 95/8
**two** **[9]**  5/20 16/1 21/20 25/21 59/17 61/3 80/4 92/5 98/1
**types** **[5]**  12/19 13/4 63/6 64/6 71/12
**typically** **[1]**  16/15

**U**

**U.S** **[2]**  1/13 2/7
**Uh** **[1]**  8/3
**Uh-huh** **[1]**  8/3
**UK** **[1]**  18/22
**ultimately** **[2]**  20/8 47/1
**unauthorized** **[1]**  88/17
**uncommon** **[2]**  63/6 63/11
**under** **[3]**  69/9 73/15 80/20
**undercover** **[2]**  8/21 64/13
**underneath** **[3]**  80/25 91/21 97/4
**understand** **[6]**  5/13 17/4 28/15 31/24 80/18 94/12
**understanding** **[10]**  6/19 7/12 12/24 25/1 25/6 26/4 28/12 28/13 73/6 98/7
**unfortunately** **[4]**  6/7 89/25 90/3 90/5
**unhighlighted** **[1]**  21/18
**unit** **[2]**  62/14 63/2
**UNITED** **[14]**  1/1 1/3 1/10 10/19 10/22 11/1 11/5 18/22 18/24 19/3 19/8 49/3 49/5 98/21
**University** **[3]**  18/24 19/3 49/8
**Unless** **[1]**  16/14
**unlicensed** **[1]**  64/7
**until** **[2]**  75/20 100/5
**unusual** **[2]**  16/14 82/17
**up** **[22]**  8/10 15/7 15/21 18/13 18/14 18/16 18/17 21/24 28/4 34/17 49/1 49/2 49/12 59/16 65/21 71/24 72/10 77/10 79/10 82/24 90/25 94/23
**updated** **[2]**  79/25 80/1
**updates** **[1]**  78/12
**URLs** **[1]**  85/2
**us** **[9]**  1/20 5/12 10/23 17/5 47/7 63/21 84/5 88/16 98/25
**USAO** **[1]**  1/16
**use** **[7]**  11/3 27/13 29/23 82/16 84/17 85/11 87/24
**used** **[8]**  7/16 7/19 7/20 7/23 9/20 29/16 78/11 78/12
**user** **[16]**  65/15 74/20 74/23 75/21 80/20 82/17 87/7 88/2 90/19 90/24 91/24 98/12 98/17 98/25 99/2 99/5
**username** **[4]**  91/4 91/6 93/17 93/18
**users** **[6]**  7/13 65/16 65/17 78/13 88/16 90/6
**uses** **[2]**  11/1 11/22
**using** **[1]**  53/5
**Usually** **[1]**  87/2
**Uzbek** **[4]**  18/16 18/19 18/20 19/12
**Uzbekistan** **[2]**  18/14 18/17

**V**

**Valentines** **[1]**  14/21
**various** **[2]**  12/18 64/6
**Vasily** **[1]**  98/20
**venue** **[1]**  8/22
**verbatim** **[1]**  47/3
**version** **[5]**  24/9 25/11 85/17 85/18 86/18
**very** **[11]**  4/5 4/12 7/25 28/6 30/7 36/9 72/20 72/24 84/4 89/3 97/13
**virus** **[1]**  81/22

**V**

visible [1]   84/1
visited [5]   10/15 11/16 13/9
13/12 84/22
visits [1]   14/19
visually [1]   76/8
voice [1]   18/7
voluminous [1]   96/13
VPN [6]   6/10 7/4 7/13 12/14 15/3
15/5
vs [1]   1/5

**W**

wait [2]   71/1 75/20
waiting [1]   4/11
waiving [1]   27/21
walk [1]   73/2
Walkers' [1]   59/8
Wall [1]   2/3
wallet [3]   83/18 86/1 86/2
wallet-anonymous [1]   86/1
wallet.dat [1]   81/22
want [26]   4/22 16/25 21/25 22/11
23/8 23/12 23/15 24/2 27/20 28/3
34/16 40/4 41/8 44/4 50/5 60/20
61/16 69/15 70/20 70/21 71/7 71/8
72/2 85/24 87/12 97/2
wanted [1]   86/25
wants [2]   72/15 100/8
warrant [22]   7/7 7/10 7/16 7/19
7/22 7/25 8/4 65/11 65/14 66/3
66/24 67/2 74/21 75/22 76/1 79/20
85/15 85/16 86/7 92/12 92/21
94/11
was [129]
washing [1]   87/25
Washington [5]   1/5 1/14 1/17 1/21
2/9
wasn't [2]   9/10 28/12
waste [1]   4/14
wasting [1]   71/5
way [16]   66/19 66/23 68/11 69/22
70/23 71/3 71/3 71/15 71/24 72/18
73/3 77/13 82/17 84/17 90/5 98/10
we [184]
We just [1]   28/16
we'll [5]   28/4 33/16 46/5 48/4
60/8
we're [1]   27/7
web [2]   15/5 87/1
webpage [1]   77/12
website [16]   5/15 7/4 7/13 77/13
78/25 79/23 85/10 91/13 91/15
91/16 94/12 95/2 95/3 95/4 95/7
95/10
websites [7]   10/13 10/16 14/14
84/20 84/22 84/24 85/1
weeks [2]   16/1 99/15
welcome [3]   4/16 73/20 100/4
well [19]   6/17 8/8 14/18 17/11
20/14 20/14 44/5 47/8 51/12 51/13
67/15 69/9 78/3 79/18 82/25 87/5
88/2 89/7 100/5
were [93]   5/20 10/15 12/17 14/6
14/20 15/6 15/8 15/11 19/19 20/11
20/13 21/6 21/17 22/8 23/3 23/10
23/13 23/19 23/23 25/2 28/12
28/13 28/14 31/21 32/14 33/15
34/20 34/25 35/14 35/16 37/22
38/14 39/4 39/19 40/9 41/20 43/19
45/5 46/7 46/14 47/11 48/23 49/17
49/20 49/20 50/13 50/22 50/24
51/14 52/8 52/14 52/25 54/3 54/22
55/15 56/2 56/9 57/23 58/15 58/18
59/3 59/5 61/11 62/24 63/13 65/10
65/12 67/1 69/18 71/9 74/7 74/8
74/13 75/25 76/3 79/11 81/20
81/21 82/23 85/20 85/21 85/22
86/18 88/8 88/17 90/9 90/24 93/8
95/20 95/22 95/24 97/10 97/25
what [117]

whatever [1]   72/2
when [30]   13/2 13/9 14/15 15/24
16/2 17/9 18/17 18/19 19/15 21/23
24/6 28/2 30/3 44/6 47/4 49/14
63/12 63/21 64/9 70/18 77/14 79/5
79/19 79/23 79/25 85/10 92/1
93/19 97/11 97/23
where [23]   6/19 6/21 14/3 15/20
18/12 18/13 18/24 21/15 29/6
35/12 40/11 40/15 47/15 49/1 49/7
54/24 64/25 67/24 70/24 74/8 75/1
75/3 81/23
Whereupon [25]   23/3 31/21 32/14
33/15 34/14 37/5 37/22 38/14 39/4
39/19 41/20 42/25 43/19 45/5 46/7
51/14 52/8 52/25 54/3 54/22 55/15
61/11 74/13 93/8 97/10
whether [13]   8/13 9/6 11/3 12/7
12/13 12/14 12/18 61/15 69/4 70/9
73/13 73/13 83/17
which [22]   8/17 15/1 15/8 35/22
35/25 44/13 47/7 57/17 63/10
67/11 67/12 71/24 76/3 77/3 84/2
84/6 84/13 85/11 87/11 89/4 90/7
93/14
while [4]   26/19 59/24 63/1 87/2
who [17]   20/7 26/5 31/23 48/17
60/12 60/17 62/22 68/12 70/5
76/15 80/13 81/11 83/8 84/9 85/4
90/6 90/15
whole [6]   24/21 25/4 27/1 35/1
88/13 89/12
why [13]   13/22 25/24 26/24 27/2
60/1 63/13 72/3 74/8 85/16 86/9
86/23 97/12 99/23
Wiki [1]   85/9
will [40]   16/19 16/21 17/14 20/6
25/21 26/1 26/3 26/4 26/5 26/11
26/19 26/22 28/1 30/16 31/20 37/3
41/2 41/2 45/3 59/24 60/7 61/1
69/13 69/20 69/21 73/6 74/2 74/2
75/20 78/6 78/23 81/7 81/25 81/25
82/25 84/2 87/10 87/11 99/24
100/12
wings [1]   91/20
Wink [1]   81/4
withdraw [1]   83/17
withdrawal [1]   89/3
withdrawals [1]   88/17
withdrawing [2]   82/12 87/2
within [3]   45/18 89/20 92/5
without [6]   13/19 25/25 27/14
61/5 71/5 83/5
witness [18]   4/13 16/12 17/14
26/5 31/23 46/4 48/3 58/20 58/25
59/1 59/2 59/14 62/1 65/20 68/4
69/13 71/14 74/2
witness' [2]   9/1 9/4
witnesses [8]   3/2 16/19 25/6
25/21 70/8 71/10 71/12 72/18
won [1]   18/23
won't [2]   81/6 87/9
wondering [1]   66/22
word [18]   29/9 29/11 30/8 30/14
30/15 30/16 35/6 35/8 35/25 36/3
36/5 36/6 36/7 50/19 73/3 73/3
80/24 81/24
words [17]   17/6 17/9 34/20 34/25
35/4 50/15 50/16 55/25 56/2 56/4
56/9 56/13 56/17 56/23 57/6 57/13
59/11
work [10]   19/7 19/24 20/17 48/17
49/20 50/1 52/14 57/23 58/2 64/10
worked [23]   4/23 31/9 32/3 32/19
36/15 36/21 36/22 38/1 38/19
41/10 41/11 41/24 42/12 43/5
43/23 45/9 45/22 50/5 51/19 53/14
56/21 57/10 64/6
working [3]   17/12 63/15 64/4
works [2]   82/16 89/19
world [2]   82/4 90/14
worldwide [1]   11/23

would [48]   4/7 4/8 13/17 13/22
13/22 14/16 14/22 14/25 15/3 15/9
17/3 19/19 20/22 21/1 21/2 21/6
21/10 24/17 24/21 30/12 31/14
32/10 36/21 51/5 51/8 52/5 67/2
67/20 69/7 69/12 71/11 71/12
73/19 73/20 79/9 80/8 81/5 82/23
83/2 83/4 84/3 84/8 87/24 88/18
92/13 93/10 94/14 99/20
wouldn't [1]   25/3
write [2]   35/8 75/9
writing [1]   30/7
written [4]   19/11 19/17 19/22
30/3
wrong [2]   68/22 83/20
WWW.BitcoinFog.com [3]   91/14 95/4
95/9

**Y**

yeah [4]   23/23 24/1 47/18 60/8
year [2]   19/1 91/12
years [2]   49/4 64/6
yellow [4]   21/15 32/25 33/3 50/17
Yep [1]   66/16
yes [192]
yesterday [6]   4/23 5/25 7/4 10/10
12/17 34/2
yet [5]   25/20 27/22 50/18 72/23
82/4
York [2]   1/20 11/15
you [454]
you're [3]   6/13 7/16 8/15
you've [1]   79/5
your [149]
yourself [6]   18/7 19/19 59/25
62/10 64/10 84/22

**Z**

zoom [1]   91/3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America,      ) Criminal Action
                               ) No. 21-cr-399
             Plaintiff,        )
                               ) JURY TRIAL
vs.                            )
                               ) Washington, DC
Roman Sterlingov,             ) February 15, 2024
                               ) Time:  1:45 p.m.
             Defendant.        )

_____

TRANSCRIPT OF JURY TRIAL
HELD BEFORE
THE HONORABLE JUDGE RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE

_____

A P P E A R A N C E S

For Plaintiff:     **Christopher Brown**
                   DOJ-USAO
                   601 D Street, NW, Suite 5.1527
                   Washington, DC  20530
                   Email:  Christopher.brown6@usdoj.gov
                   **Catherine Pelker**
                   US DOJ
                   950 Pennsylvania Avenue NW
                   Washington, DC  20530
                   Email:  Catherine.pelker@usdoj.gov
                   **Jeffrey Pearlman**
                   DOJ-CRM
                   1301 New York Avenue NW
                   Washington, DC  20005
                   Email:  Jeffrey.pearlman@usdoj.gov

For Defendant:     **Tor Ekeland**
                   **Michael Hassard**
                   Tor Ekeland Law PLLC
                   30 Wall Street, 8th Floor
                   Brooklyn, NY  10005
                   Email:  Tor@torekeland.com
                   Email:  Michael@torekeland.com

Court Reporter:    Janice E. Dickman, RMR, CRR, CRC
                   Email:  Janice_e_dickman@dcd.uscourts.gov

* * * * * * *P R O C E E D I N G S* * * * * * *

THE COURT: All right. Are we ready to get the jury?

MR. BROWN: Yes, Your Honor.

THE COURT: The witness can come back to the stand.

(Whereupon the jurors enter the courtroom.)

THE COURTROOM DEPUTY: Jury is present. You may be seated and come to order.

THE COURT: Mr. Brown, you may continue.

DIRECT EXAMINATION (continued)

BY MR. BROWN:

Q. Good afternoon, Agent Rovensky. Could I direct you in your binder to review Exhibits 804 through 806?

A. Yes, I see them.

Q. Are those records provided by Microsoft in response to further legal process?

A. Yes, they are.

Q. And are these Exhibits 804 through 806 fair and accurate copies of the records provided by Microsoft?

A. They are.

MR. BROWN: The government moves to admit and publish 804 through 806.

THE COURT: Any objection?

MR. EKELAND: Just looking through it real quickly, Your Honor, one moment.

No objection, Your Honor.

THE COURT: Exhibits 804 through 806 are admitted and may be published to the jury.

(Government's Exhibits 804 through 806 admitted.)

BY MR. BROWN:

Q. Agent Rovensky, directing your attention to Exhibit 804 which is up on your screen here, what information is shown here?

A. This is information for the shormint@hotmail.com account. These are account records for subscriber information.

Q. Can you tell from looking at this document when Microsoft produced this information?

A. Yes. This was produced on December 13th, 2016.

Q. Is that a subsequent event compared to the records we were just looking at?

A. Yes, the previous records were produced in June of 2016, and this was in December of 2016.

Q. And so what Microsoft account is shown here?

A. This appears to be the active shormint@hotmail.com account.

Q. And could you point out the sign-in name for the shormint@hotmail.com account?

A. Yes. First name Vasily. Last name Kunnikov.

Q. Could you point out the geographic location?

A. London, United Kingdom.

Q. And I believe if you scroll to the right a little bit, is there -- maybe clear your previous marks from the screen,

please.

A.  Yes, I'm sorry.  This is the archived shormint@hotmail.com account and the creation date.

Q.  Agent Rovensky, maybe could you clear out the markings you previously made.

And now could you point out the account creation date for this account?

A.  Yes, now that I see it.  The creation date is October 7, 2011 at 12:01:40 a.m.

Q.  Now, was law enforcement able to obtain a search warrant for this shormint@hotmail.com account?

A.  We did obtain a search warrant for this account.

Q.  Were the full contents of the email account available when the search warrant was obtained?

A.  No, they were not.

Q.  Why was that?

A.  It's because this account was archived, deleted at Microsoft, so those records were not available.

Q.  Were there still some more recent emails that had come into the shormint@hotmail.com account?

A.  Yes, for the active one there were emails.

Q.  And were those only emails after a certain date and time?

A.  Yes.

Q.  And what was that event or that date?

A.  After October, 2015.

Q. So, I would like to show you a handful of emails that were recovered. If we could -- if I could have you look in your binder at Exhibit 816?

A. I see it.

Q. And actually, also look at Exhibit 815 while you're at it, shormint@hotmail.com.

A. I see it.

Q. Do you recognize those two exhibits?

A. I do.

Q. What do they appear to be?

A. These are emails from the shormint@hotmail.com account.

Q. Do those fairly and accurately represent emails produced in response to legal process?

A. Yes, they do.

MR. BROWN: The government moves to admit Exhibit 815 and 816 and publish.

THE COURT: Any objection?

MR. EKELAND: Hearsay.

MR. BROWN: Your Honor, we can walk through some foundational questions to establish that these are automated business record messages and/or they're not being used to -- for the truth of the matter asserted.

THE COURT: Okay.

BY MR. BROWN:

Q. So, Agent Rovensky, before we publish, with respect to --

directing your attention to Exhibit 816 on the screen here, who is that -- what form of exhibit is that?

A.   This is an email.

Q.   And who is the email from?

A.   The email is from noreply@bitcointalk.org.

Q.   Are "no reply" addresses usually mailed or automated?

A.   These are usually automated, automatically generated emails.

Q.   Who is the email to?

A.   The email is to shormint@hotmail.com.

Q.   What is the date of that email?

A.   January 18th, 2016.

Q.   Could you -- looking at the body of the email, could you -- directing your attention to the second line of that email, could you read what it says there on that second line, starting with "Important"?

A.   "Could you please fix my deposit."

Q.   Sorry.  Agent Rovensky, the second line of the body, just the second line from the very top, starting with the word "Important"?

A.   I understand.  "Important.  Remember, this is just a notification.  Please do not reply to this email."

Q.   Then down towards the bottom there is a dotted line and there is some text beneath that dotted line.

        Do you see that?

A. I do.

Q. Could you read the dotted line up until the web addresses beneath the dotted line -- sorry -- up until the web addresses?

A. Sure.

"You are receiving this message because you are a member of the Bitcoin forum. If you do not want to receive further messages, you can change your notification preferences here."

MR. BROWN: Your Honor, at this time I think we've laid the foundation that this is a business record, and it is also -- we're not introducing the text of any of this for the truth of the matter asserted.

THE COURT: All right.

MR. EKELAND: Your Honor, there's clearly a message from a user in the body of this email that has not been redacted. This is not purely an auto response.

It says, "The message they sent you was," and if you look below that, there is a message, and that is hearsay.

MR. BROWN: Your Honor, we're not introducing the body of that message for the truth of the matter asserted. We're using it -- that is, effect on the listener. It's to show knowledge and that the recipient of this email account received a message like that. It doesn't matter if what they're saying is true or not. What matters is the recipient of the message received the message.

THE COURT: I will -- go ahead.

MR. EKELAND: Additionally, Your Honor, just looking at the body of the message, we have a 403 objection.

MR. BROWN: Your Honor --

THE COURT: Go ahead and pick up the phone.

(A bench conference was held as follows:)

THE COURT: What's the 403 issue?

MR. EKELAND: The text of the message says, "Hi, I am your drug buddy. Could you please fix my deposit?"

And this is from a user that has, as far as I know, nothing to do with this case. I do not understand why this is being introduced at all. I also think there's a relevancy objection here.

THE COURT: Hold on a second.

(Pause.)

THE COURT: I'm sorry. Which message are you looking at?

MR. EKELAND: Your Honor, if you look -- we're on 816. Is that what we're on?

THE COURT: I see it. Mr. Brown?

MR. BROWN: Your Honor, this is clearly not substantially more prejudicial than it is probative. One of the elements of the offense that the government has to prove is knowledge that the Bitcoin Fog was transacting involving the proceeds of specified unlawful activity; namely, drug

trafficking. The fact the administrator of Bitcoin Fog used someone using the username Your Drug Buddy is highly probative and relevant to establishing that knowledge element.

MR. EKELAND: That doesn't answer the hearsay objection.

THE COURT: Yeah, it's for the truth of the assertion of the speaker. It's for the impact on the listener, I take it?

MR. EKELAND: Your Honor, they are offering it for the truth that Bitcoin Fog was engaged in drug transactions. So I would submit to the Court that it's actually being offered for the truth of the statement which is that essentially Bitcoin Fog is laundering drug money. So I disagree.

THE COURT: If that's the case, that's the basis it's being offered, then it's being offered by a co-conspirator.

MR. EKELAND: Again, we renew our objection on the co-conspirator front because the witnesses have been called out of order and there's no foundation for that.

THE COURT: I've already made a finding for the co-conspirator exception that conspiracy existed, and the only question is whether the emails at issue are in furtherance of that conspiracy.

Mr. Brown?

MR. BROWN: Yes, Your Honor. I think this email obviously is in furtherance of the conspiracy. Again, you

know, it doesn't matter whether the sender of the automated message was, in fact, Akemashite Drug Buddy. That is not what we are asserting. It goes to his knowledge and the fact that there are users writing in to Akemashite asking for help with their transactions is a communication in furtherance of the conspiracy. It goes to the operation of the conspiracy and whether Bitcoin Fog was operating as a mixing service.

MR. EKELAND: I was just going to say, it's not clear to me at all that the body of this email, this text that we're referring to, is in furtherance of the conspiracy because there's no clear statement that actually what they're talking about is drug money, nor is there anything in evidence showing that whoever is behind the Shormint account ever saw this account because it's an auto reply.

MR. BROWN: Your Honor, either "Your Drug Buddy" is being introduced for the truth of the matter asserted, or it's not. And if it's not, then what is the 403 issue? And if it is, then this is clearly in furtherance of a drug conspiracy.

THE COURT: What do you think I should tell the jury about this? Should I tell them it's not coming in for the truth of the matter asserted or just for the effect on the listener?

MR. BROWN: Yes, Your Honor. That is exactly what we would like to do.

MR. EKELAND: Who is the listener that is being

affected?

MR. BROWN: The listener is Shormint. We've established that Shormint is the same as Akemashite Omedetou who is the administrator of the Bitcoin Fog.

MR. EKELAND: We object.

THE COURT: That's an actual argument that you can make. Okay. Thank you.

(Whereupon, the bench conference concludes.)

THE COURT: Court will admit 80 -- 815 and -16 -- are those the right numbers?

MR. BROWN: Yes.

THE COURT: I want to instruct the jury that there -- in the email there is some substantive text and that is not being admitted for the truth of the matter asserted, but for the affect on the listener. And for those purposes, the listener here is shormint@hotmail.com. And you can decide for yourselves whether you believe that it was received or seen and whether it had any effect on the listener.

MR. BROWN: Your Honor, if the Court wants to maybe clarify that that applies to both of these two exhibits. I think the same issue will arise.

THE COURT: I meant that to apply to 815 and 816.

MR. BROWN: The government moves to admit and publish, subject to that limit.

THE COURT: Yes.

(Government's Exhibits 815 and 816 admitted.)

A JUROR: Could you clarify what "asserted" means?

THE COURT: Yes. Yeah. It's -- so the email here says -- well, it's not being -- I'll give you an example, just a hypothetical, not this thing.

If, in a case, I were to say to somebody -- or let's say you were in a car accident and you said the reason I was in a car accident was the judge told me the building was on fire and I had to leave as quickly as I possibly could. It doesn't matter if -- that comes in not for the truth of the matter asserted, it's the effect on you. It's coming in as to whether you had good reason to be concerned, whether -- you know, to explain why you were explaining what was in your head at the time. It doesn't really matter whether the building was actually on fire or not. And so that -- that's what I mean when I say it's coming in not for the truth of the matter asserted, but for the affect on the listener.

Go ahead.

BY MR. BROWN:

Q. Agent Rovensky, could you walk the jury through the different parts of the -- the body of this email message?

A. So on top is the subject, "New personal message."

Q. And then after the colon, what does it say?

A. The subject is "Your drug buddy."

Then, the next line is "From," that is who is sending

the email.  In this case, Bitcoin Forum, noreply@bitcointalk.org.  The "To" line is the recipient of the email, shormint@hotmail.com.  The date is January 18th, 2016.  And the time the email was sent.

Q.  And then just looking at the body of that email, could you read the first line of that email.

I think you already read the second line, but could you read the first line, please?

A.  Sure.

"You have just been sent a personal message by Ilikestuff on Bitcoin forum."

Q.  And, Agent Rovensky, what kind of email does this appear to be?

Is this -- is noreply@bitcointalk a person sending this email or is it something else?

MR. EKELAND:  Objection.

THE COURT:  I'm sorry?

MR. EKELAND:  It's a compound question.  It's vague and ambiguous in asking what type of email this is.

MR. BROWN:  I can rephrase that question, Your Honor.

THE COURT:  Okay.  Thank you.

BY MR. BROWN:

Q.  Agent Rovensky, does this email appear to be an email that somebody sat down to type or something else?

A.  It appears to be an automatically generated notification

email.

Q. And can you see here -- is there -- the text of this email that was sent to Shormint through BitcoinTalk?

A. Yes, I can.

Q. And could you point that out to the jury?

A. (Indicating.)

Q. And could you just read what you just highlighted there?

A. Sure.

"Hi, I am your drug buddy. Could you please fix my deposit. It has 13,068 confirmations. Thank you."

Q. And then turning to Exhibit 850. And could you read the subject line for this email?

A. Yes. The subject line is "New personal message, Bitcoin Fog."

Q. And who is -- who is this message from?

A. This is also from noreply@bitcointalk.org.

Q. And so is this a similar formatted message to the one we just looked at?

A. Yes, it is. It's an automatically generated notification email.

Q. And who is this email to?

A. To shormint@hotmail.com.

Q. And what's the date of this email?

A. January 2nd, 2016.

Q. And could you read the first line in the body of the text?

A. You have just been sent a personal message by Blacksob12 on Bitcoin forum.

Q. And is there part of this message that shows the message that was forwarded to shormint through the BitcoinTalk forum?

A. Yes, there is.

Q. Could you just highlight that?

A. (Indicating.)

Q. And could you read that sentence please?

A. Sure.

"Are you a member of Bitcoin Fog? I'm still waiting for my Bitcoins. I wanted to mix 0.9 Bitcoins on your site. Where is it? User name: Sobando12." Address where it should deposit."

Q. And, Agent Rovensky, you don't need to read the Bitcoin address.

A. It's a 1PQQ followed by, "Can you help? Greetings."

Q. Thank you, Agent Rovensky.

Now we can close that out.

I would like to discuss a couple of other email addresses that will come up at different points in your testimony.

When Mr. Sterlingov was arrested, was he carrying account recovery codes?

A. Yes, he was.

Q. And for what email address?

A.  Heavydist@gmail.com.

Q.  Directing your attention to Exhibit 111, which has previously been admitted.

MR. BROWN:  Please publish to the jury.

BY MR. BROWN:

Q.  What is shown in Exhibit 111?

A.  These are the recovery codes for heavydist@gmail.com.

MR. EKELAND:  Objection, Your Honor.  This is cumulative.  We've been through this.

THE COURT:  Overruled.

BY MR. BROWN:

Q.  Did the investigation team ever obtain a search warrant for heavydist.com?

A.  Yes.

MR. BROWN:  Directing your attention to Exhibit 817.

THE COURTROOM DEPUTY:  817?

MR. BROWN:  817, yes.

BY MR. BROWN:

Q.  Do you recognize this exhibit?

A.  I do.

Q.  What is it?

A.  These are records provided by Google pursuant to the search warrant.

Q.  And do these records fairly and accurately represent the records that Google produced to the government in response to a

search warrant?

A.  Yes, they do.

MR.  BROWN:  The government moves to admit and publish 817.

THE COURT:  Any objection?

MR. EKELAND:  No objection.

THE COURT:  817 is admitted and may be published to the jury.

(Government's Exhibit 817 admitted.)

BY MR. BROWN:

Q.  Agent Rovensky, just to start out with:  Is this the format in which Google provided this particular record?

A.  It is.

Q.  So starting at the top of the -- the information, is there a name listed for this email account?

A.  Yes, there is.  Roman Heavydist.

Q.  And what is the email address?

A.  The email address is heavydist@gmail.com.

Q.  And is there something listed as SMS?

A.  Yes, there is.  There's a phone number provided here.

Q.  And do you have an understanding of what SMS is or what it's used for?

A.  Yes.  It's a way to receive text, commonly for two-factor authorization.

Q.  And is there something in brackets at the end of the SMS?

A. There is, SE.

Q. Do you have an understanding of what SE means in this context?

A. Yes. That refers to the country of Sweden.

Q. And is there a nickname given for this account?

A. Yes. The nickname for this account is Max Power.

Q. Now, did Mr. Sterlingov -- do you find in your investigation that Mr. Sterlingov registered some of his financial accounts using the heavydist@gmail.com email account?

A. He did.

MR. BROWN: You can close that.

BY MR. BROWN:

Q. Agent Rovensky, did law enforcement obtain records for the email domain plasmadivision.com?

A. Yes.

Q. And were those produced to the investigation team as a result of an official request to Denmark?

A. Yes.

Q. Was there more than one address -- email address using the plasmadivision.com?

A. There was. There was plasma@plasmadivision.com and there was also spam@plasmadivision.com.

Q. So directing your attention to Exhibit 838.

Do you recognize this item?

A. I do. This is an email from the heavydist@gmail.com

account.

Q. And is this an email that was produced in response to the search warrant for Heavydist?

A. It was.

Q. Does this fairly and accurately represent the record provided by Google in response to the search warrant?

A. It does.

MR. BROWN: The government moves to publish and admit Exhibit 838.

THE COURT: Any objection?

MR. EKELAND: No objection.

THE COURT: Exhibit 838 is admitted and may be published to the jury.

(Government's Exhibit 838 admitted.)

MR. BROWN: So zooming into the top of this.

BY MR. BROWN:

Q. What is the subject line of this email?

A. "Center Gold contact message. Remove phone number."

Q. And who is this email from?

A. This email is from Mr. Sterlingov using his heavydist@gmail.com account.

Q. And who is it to?

A. Center Gold Support.

Q. And scrolling through the message, does this appear to be more than one message or just one message?

A. Yes, it appears to be a thread. A series of messages.

Q. Sorry. Could you repeat that?

A. It's a thread or a series of messages.

Q. And where in this item are the oldest messages?

A. At the bottom.

Q. Now, about halfway down the first page, there's a quoted message from Roman Heavydist, heavydist@gmail.com, dated -- or, do you see that message?

A. The one dated March 7th, 2013, at 1752?

Q. Yes.

Could you just read -- read the body of that message, the whole text of that March 7th message?

A. Sure.

Roman Heavydist writes, "I am not trying to create a second account. Please read my first message again. I must delete the old account because I don't have any information for it exactly. So that I won't have two accounts, only one, the new one. I have tried to recover the password but it says that this is impossible because I have a non-American phone. I am not trying to get access to any account, just to delete the account which I know is mine so that I use your service with my phone, which is unchanged. I am pretty sure the account was registered to the email spam@plasmadivision.com. Sorry for the trouble. Roman."

Q. And closing this email out.

Directing your attention to Exhibit 891.

Do you recognize this exhibit?

A.  Yes, I do, this is an email from the plasma@plasmadivision.com account.

Q.  Does this email fairly and accurately show one of the email messages that were provided to law enforcement for the plasmadivision.com domain?

A.  It does.

MR. BROWN:  The government moves -- the government moves to admit and publish Exhibit 891.

THE COURT:  Any objection?

MR. EKELAND:  I just need to look at it real quick, Your Honor.

No objection.

THE COURT:  891 is admitted and may be published to the jury.

(Government's Exhibit 891 admitted.)

BY MR. BROWN:

Q.  So scrolling up to the very top of this message, who is this message from in the "From" line?

A.  This is a message from Mr. Sterlingov's employer's account.

Q.  Could you point out that name and the email address that it's from?

A.  Here it is.  Roman@capo.se.

Q.  What is CAPO.SE?

A. This is where Mr. Sterlingov was employed.

Q. What is the domain SE or the .se SIG file?

A. That this domain is registered in Sweden.

Q. What is the date of this message?

A. June 19th, 2012.

Q. Where is this message being sent to?

A. This message was being sent to Mr. Sterlingov's plasma at plasmadivision.com account.

Q. We can close that out.

Did Mr. Sterlingov also use his spam@plasmadivision.com accounts or his plasma@plasmadivision.com accounts to register financial accounts in his own name?

A. Yes, he did.

MR. EKELAND: Objection. Leading.

THE COURT: Go ahead. Sustained. You can rephrase the question.

MR. BROWN: I'm sorry, Your Honor?

THE COURT: Yeah. I'm just asking that you rephrase the question.

BY MR. BROWN:

Q. Did Mr. Sterlingov register certain financial accounts in his own name?

A. He did.

Q. Did Mr. Sterling use certain email addresses to register those financial accounts in his own name?

A.   Yes, he did.

Q.   What were some of the email accounts he used to register financial accounts in his own name?

A.   He used heavydist@gmail.com, spam@plasmadivision.com.  He used plasma@plasmadivision.com.

Q.   Now, Agent Rovensky, we talked earlier about another account on the BitcoinTalk forum with the name of Killdozer.

I would like to direct your attention to Exhibit 12, which has been admitted previously.

Now, scrolling down, maybe about two-thirds of the way, is there another user or user's information shown in this exhibit?

A.   Yes.  Starting here, this is the user information for the Killdozer account.

Q.   And could you -- let's walk through the information given. Could you read out the username for the Killdozer account?

A.   The username is Jordan Butch.

Q.   What is the display name?

A.   The display name is Killdozer.

Q.   When was this Killdozer account registered?

A.   This account was registered on August 3rd, 2011.

Q.   What's the email address given for the Killdozer account?

A.   Jordan.butch@mail.ru.

Q.   Is there a birth date given for Killdozer?

A.   Yes.  Again, January 1st of the year 1 AD.

Q. If you scroll down just a little bit further under the signature line, is there -- what does it say under signature?

A. Under signature it says Bloom Editor with a domain Bloomeditor.com.

Q. Do you have an understanding of who controlled the Killdozer account?

A. Roman Sterlingov.

Q. I would like to direct your attention to Exhibit 865, which I believe has been conditionally admitted. Maybe -- sorry, not this exhibit. This is a new exhibit.

Agent Rovensky, do you recognize Exhibit 865?

A. I do. This is an email from the heavydist@gmail.com account.

Q. Was this email obtained through the legal process to Google?

A. It was.

Q. Does this exhibit fairly and accurately represent the contents of that email?

A. It does.

MR. BROWN: The government moves to admit and publish Exhibit 865.

THE COURT: Any objection?

MR. EKELAND: No objection.

THE COURT: 865 is admitted and may be published to the jury.

(Government's Exhibit 865 admitted.)

BY MR. BROWN:

Q. Agent Rovensky, could you read the "From" line from this email?

A. Mediawikimailwiki@bitcoin.it.

Q. Do you have understanding of what Bitcoin.it is or was?

A. Yes. It was the Wikipedia site for Bitcoin.

Q. Who is this email directed to?

A. Killdozer with the email heavydist@gmail.com.

Q. Could you just read the first two lines of text written in the body of the email, please?

A. "Someone, probably you, from IP address 83.248.132.4 has registered an account Killdozer with this email address on Bitcoin."

Q. We can close that out.

Directing your attention now to Exhibits 862 and 862-B, I believe.

And these were conditionally admitted in prior testimony.

Looking at Exhibit 862, Agent Rovensky, what item is this?

A. This is an email from the heavydist@gmail.com account.

Q. And can you tell from the body of the email what language it is in?

A. I believe this is in Swedish.

Q.   And to your understanding, were translations prepared of this email?

A.   Yes, they were.

Q.   Directing your attention to Exhibit 862-B, do you recognize this exhibit?

A.   Yes, this is the translation for that email.

MR. BROWN:   The government moves to admit and publish Exhibits 862 and 862-B.

THE COURT:   Any objection?

MR. EKELAND:   Just relevance.

THE COURT:   862 and 862-B are admitted and may be published to the jury.

(Government's Exhibits 862 and 862-B admitted.)

BY MR. BROWN:

Q.   First, could you look at Exhibit 862 and just point out to the jury who is it from and who is it to?

A.   This email was from the defendant, from his heavydist@gmail.com address, and it's to mats@henricson.se.

Q.   What's the date of this email?

A.   May 24th, 2012.

Q.   And directing your attention to Exhibit 862-B, is this the translation?

A.   It is.

Q.   Could you read the translated body of that email, please?

A.   "Hi, Mats.  I'm the guy from Gothenburg, and I can be found

on bitcoin.se and BitcoinTalk as Killdozer.  I just want to tell you that you can count on me.  This is a really great initiative.  It is a shame that it is not in Gothenburg."  Smiley face.

Q.  Agent Rovensky, is the city of Gothenburg significant in any way to this case?

A.  Yes.  This is --

MR. EKELAND:  Vague and ambiguous as to significant.

THE COURT:  Overruled.  We're trying to avoid leading, I think.

BY MR. BROWN:

Q.  Agent Rovensky, you can answer the question.

A.  This is a city in Sweden where the defendant resided.

Q.  We can close this out.

And directing your attention to Exhibit 910, do you recognize this exhibit?

A.  Yes.  This is an email from Mr. Sterlingov's spam@plasmadivision.com account.

Q.  Does this exhibit fairly and accurately represent the records from the spam@plasmadivision.com email records?

A.  It does.

MR. BROWN:  Government moves to admit and publish Exhibit 910.

THE COURT:  Any objection?

MR. EKELAND:  Just one moment.  We just want to look

at it quickly.

(Pause.)

MR. EKELAND:  It contains hearsay and I question its relevance.

MR. BROWN:  Your Honor, we are not planning to introduce any statements that are not statements of the defendant.  The other text on the page is not being introduced or used in any way to prove the truth of the matter asserted but merely to show the effect on the listener, and I believe we've made a showing that the listener here is the defendant, Roman Sterlingov.

MR. EKELAND:  And then it's cumulative, Your Honor.

THE COURT:  I will allow it.  The objection is overruled, and Exhibit 910 is admitted and may be published to the jury.

I'm sorry.  The objection is overruled.  The exhibit is admitted and may be published to the jury.

(Government's Exhibit 910 admitted.)

BY MR. BROWN:

Q.  Agent Rovensky, does this appear to be another threaded email?

A.  It does.

Q.  And can you tell from looking at this where the different messages sort of fit into that nested message?

A.  Yes, I can.

MR. BROWN: So, actually, Your Honor, we do intend to elicit just some of the framing language from the third party, which is not being used for any --

THE COURT: So just, again for the jury, there's something -- some material at the top of the page and then there's material at the bottom of the page. The material at the bottom of the page has been admitted into evidence. The material at the top of the page has been admitted not for the truth of the matter asserted, but just for the effect of framing the email that you see below.

BY MR. BROWN:

Q. So about a third of the way down the page there's a line that starts, "On April" -- or, "APR 27." And then there's an email address there. And then the word "Wrote."

Before you read it, could you explain what is going on there in that message?

A. Yes. So this is -- this is the responder quoting Mr. Sterlingov's previous message before responding to it at the bottom.

Q. Could you read how the responder starts, with the words "Dear Roman"?

A. "Dear Roman. You wrote," colon.

Q. And then what do you understand the further indented text beneath that to be?

A. The next two paragraphs are what Mr. Sterlingov wrote to

the responder.

Q. Could you read those next two paragraphs?

A. Sure.

"That name is no gamer name. It is the name I always use in my IT work with my colleagues and in all my computer environments. It was my identity which I have been living with and used in my work and the only one I associate myself in those contexts. So you see, it would work perfectly as a psychological copy protection of the program. I am a developer myself, and as you surely understand, it is in the IT culture to use such names.

"Please let me have this name on the license. I have used your program for a very long time and sincerely consider your program the single biggest timesaver and overall computer experience improver ever made. It is the first one I install on every new system. It is the first one that starts every day as well.

"I recommended it to almost any other developer/power user I meet. So I thought that it seems only fair that I buy a real copy this time, instead of using the trial version, which is still very generous of you to let users to do considering how much I have been using it and going to use it.

"Please let this experience stay as magical as it is by using the provided name, which is the one that I use all the time in my work and any IT context."

Q. Agent Rovensky, from the context of this message, can you tell what name is Mr. Sterlingov referring to?

A. He's referring to Killdozer. Killdozer.

Q. Now, going back to BitcoinTalk, can users on BitcoinTalk send private messages to one another?

A. Yes. That's one of the features.

Q. Did you obtain -- did the investigation team obtain private messages for the user Killdozer?

A. Yes. BitcoinTalk provided private messages to Killdozer pursuant to a search warrant.

Q. Now, directing your attention to Exhibit 15 -- 15, one-five -- which I believe has been previously admitted.

And scrolling down about halfway or two-thirds of the way.

Are there messages from -- to and from Killdozer?

A. Yes, there are.

Q. I think -- are there sent private messages from Killdozer?

A. Yes, there are. First, it showed sent private messages then it showed received private message.

Q. So just looking at the very first sent private message here, can you point out the date and time of this first private message?

A. October 2nd, 2011.

Q. And who is the recipient of this private message?

A. The recipient is Duncant.

Q. And is that a BitcoinTalk user ID?

A. It is.

Q. And could you read the subject of that -- that private message?

A. The subject is "Blind Bitcoin."

Q. And in the body -- is the body printed below?

A. Yes.

Q. Could you read the whole body of that message?

A. Sure.

So Killdozer writes, "Hello. Did you already outsource the Blind Bitcoin site to someone else? If not, I am very much willing to discuss taking over. I think the service is great and operating such a website would be very interesting. Besides, I believe I have all the needed technical qualifications. Do you have a Jabber account? Perhaps we could discuss this in more detail there."

Q. And then looking at the next private message below that, what is the date and time of that private message?

A. The date and time of the next private message is October 2, 2011.

Q. And is it the same recipient?

A. It is, Duncant.

Q. And looking at the body of the message, is it the same or different from the first private message?

A. It's the same, with something new in the parenthesis at the

bottom.

Q. And could you read that something new in the parenthesis, please?

A. Sure.

"This is the second message. The browser died. I don't know if you received the first one."

Q. Now, October 2nd, 2011, how does that compare in time to the launch of Bitcoin Fog?

A. This is a few weeks before the launch of Bitcoin Fog. It's the same month that Bitcoin Fog was launched.

Q. And if we could scroll a little further to see "received." Private messages that Killdozer received. Right here.

Looking at that first received private message, what is the date and time?

A. October 4th, 2011.

Q. And who is the sender of this message?

A. The sender is Duncant.

Q. What is the subject?

A. It's a continuation of the subject Blind Bitcoin.

Q. And does this message begin with a quotation?

A. It does. It quotes the first message that was sent by Mr. Sterlingov.

Q. And how does Mr. Sterlingov, using the name Killdozer, respond in this message?

Or, excuse me, how does -- how does the recipient

respond to Mr. Sterlingov?

A. Duncant responds, "Hi. Sorry for taking too long to get back to you. The semester has just gotten into full swing and I have had no time to myself. I have not handed over this site to anybody yet. I don't really have any sort of IM client, but I check my email every five minutes or thereabouts, so that's probably the best way to get ahold of me, duncant@mit.edu. I am moderately comfort with IRC, if you prefer that."

Q. And, Agent Rovensky, what was Blind Bitcoin?

A. Blind Bitcoin was the Bitcoin mixing service that operated --

MR. EKELAND: Objection, Your Honor.

THE COURT: What's the objection?

MR. EKELAND: This is hearsay and I don't think we've laid a foundation that he's got knowledge.

THE COURT: You can just lay the foundation about how he knows.

BY MR. BROWN:

Q. Agent Rovensky, do you have an understanding of who Duncant is?

A. I do.

Q. Who is that?

A. Duncan Townsend.

Q. And have you spoken to Duncan Townsend?

A. I have.

Q. And have you -- has Duncan Townsend explained what Blind Bitcoin was?

A. Yes, he has.

Q. Have you -- do you have an understanding of what Blind Bitcoin was?

A. I do.

Q. What was it?

A. Blind Bitcoin was a Bitcoin mixing service that operated previous to Bitcoin Fog in the summer -- in the spring/summer of 2011.

Q. Now, did the search warrant also return private messages for the user Akemashite Omedetou?

A. Yes.

Q. Now, directing your attention up at the very top of this long document.

What is shown at the top of Exhibit 15?

A. Just like with the Killdozer account, the sent private messages for Akemashite Omedetou are shown first, followed by the received private messages.

Q. So looking at this first sent private message, what is the date of this private message?

A. October 27th, 2011.

Q. And who is the sender of this message?

A. The sender is Akemashite Omedetou.

Q. And who is the recipient?

A. The recipient is Theymos.

Q. Do you have understand of who Theymos is or was?

A. I do. Theymos is the administrator of bitcointalk.org.

Q. Could you read the body of that message?

A. "I don't know if it was you personally, but thanks for unlocking my account. I never anticipated so much trouble in the now-deleted Bitcoin Fog topic yesterday. The idea was to create it before the actual announcement, to be able to reserve first two answers for updates and extra information, because we are planning to use a topic here as the main discussion place for the service.

"Nevertheless, I won't do any more such experiments. I'll just put the announcement in at 1700 UTC, plain and simple. The service itself is basically a Blind Bitcoin implementation with improvements and more professionally done. Operating through Tor. Thanks for understanding."

Q. And how does the date of this message relate in time to the launch of Bitcoin Fog?

A. The date of this message is October 27, 2011; this is the date that Bitcoin Fog was launched.

Q. Now, does the moniker Akemashite Omedetou referred to other -- at other points to Blind Bitcoin?

A. Yes, he did.

Q. So directing your attention to Exhibit 1, which has previously been admitted. And looking at post number 1, under

the subject heading "Why us?"

And could you read the first few sentences that appear on -- do you see the page break in this exhibit?

A. I do.

Q. Could you read essentially the block of text in between "Why us?" and that page break?

A. "Why us?  There have been a couple of similar services before, and as we see it the problem with most of them was that they were not professional enough, not secure enough, and not taken seriously, thus becoming subjects to easy hacking and other problems."  In quotations, My Bitcoin, Blind Bitcoin, et cetera.  "We, on the other hand, are here for the long run."

Q. Thank you.

Could I direct your attention to post 16.

And who made post 16?

A. Post 16 was made by Akemashite Omedetou.

Q. And what's the date of post 16?

A. October 28th, 2011.

Q. And is this another post with boxes of text and then answers following that?

A. Yes.  It's quoted text from a post by another user and the response under it.

Q. And if we could scroll down a little further to the last -- I believe the last box of text.

Could you read what is quoted in that box, please, up to

the web address?

A. "Anything that requires trusting you is stupid and hopefully people will realize that. See this post for the correct way to do things."

And it links to another BitcoinTalk URL address.

Q. And do you have an understanding of where that BitcoinTalk URL address leads to?

A. I do.

Q. Where does it lead to?

A. This is a BitcoinTalk topic that's about Blind Bitcoin.

Q. And in that web address, could you just point out the topic number?

A. The topic number is 12751.

Q. And directing your attention now to Government Exhibit 22.

Agent Rovensky, do you recognize this exhibit?

A. Yes, I do.

Q. And what does this exhibit show?

A. This is a topic started by Duncan Townsend sent using his Duncant BitcoinTalk account, and it's titled "Blind Bitcoin transfers."

Q. And is this where that link would have led to, the thread?

A. Yes, it is.

Q. The government -- and did you take this screenshot?

A. Yes, I did.

Q. And does this screenshot fairly and accurately depict the

Blind Bitcoin thread on BitcoinTalk as you viewed it?

A.  It does.

MR.  BROWN:  The government moves to admit and publish Exhibit 22.

THE COURT:  Any objection to Exhibit 22?

MR.  EKELAND:  No objection.

THE COURT:  Exhibit 22 is admitted and may be published to the jury.

(Government's Exhibit 22 admitted.)

BY MR. BROWN:

Q.  Agent Rovensky, could you just point out the topic heading for this thread?

A.  "Blind Bitcoin transfers."

Q.  Now, going back to -- if we could just toggle back to Exhibit 1.

Sorry.  Post 16 on Exhibit 1 that we were just looking at.

And then going back to that same quoted box of text in Exhibit 1 at the bottom of post 16.

Could you read what Akemashite says in response to that -- that quote that you just read out earlier?

A.  So he responds, "I have been following the Blind Bitcoin project.  In fact, many of the ideas in our service originated in that.  We are not, however, using any code base from Blind Bitcoin.  Our solution is customly written."

Q. Just to be clear, on that second -- that second line after "code base," could you just reread that?

A. Sorry.

"We were not, however, using any code base from BB. Our solution is customly written."

Q. And what do you understand BB to refer to?

A. He's referring to Blind Bitcoin.

Q. And then going back to Exhibit 22 where we just were. If you could drop to the very bottom of that thread, post 47 in this thread?

Who is the author of this post?

A. Akemashite Omedetou.

Q. And what's the date of this post?

A. December 3rd, 2011.

Q. And how does December 3rd, 2011 relate in time to the launch of Bitcoin Fog?

A. Bitcoin Fog was launched on October 27th. So this is a little bit over a month since Bitcoin Fog was launched.

Q. And could you just read the full text of that -- that post there?

A. Sure.

Akemashite writes, "As the TS has written in post number 35, he is no longer running the service. However, you may want to check out our service, HTTP://bitcointalk.org/index.PHP?topic=50037.0.

"We already superseded Blind Bitcoin in functionality, run through TOR, and have a couple of other advantages. The Fog is not based on Blind Bitcoins however and, thus, we do not share any of the bugs that may have led to discontinuation of its service. Sorry for the shameless plugging, but it seemed like you were searching for a good working anon-service."

Q. We can close out of that exhibit, please.

Agent Rovensky, when somebody wants to set up a website, how do they go about getting the web address for that website?

MR. EKELAND: Objection. Calls for speculation.

THE COURT: Overruled.

BY MR. BROWN:

Q. You may answer.

A. They have to register the website address with a hosting service.

Q. Is there a way to determine which hosting service has registered a given domain?

A. There is. That is publicly available.

Q. And how do you look up that information?

A. You do what's commonly referred to as a "whois" lookup.

Q. And was the investigation team able to determine where BitcoinFog.com was initially registered?

A. Yes, we were.

Q. And where was that?

A. The initial registration was with a company called highhosting.net.

Q. Did the investigation team obtain records from highhosting.net?

A. We did.

Q. I'm going to direct your attention to Exhibits 502-A through 502-H. If you could review those and look up when you're done.

A. Can I do it on the screen or --

Q. It might be easier in your binder, and I'm not sure which binder this is.

If you could find binder 3, please, and look for 502-A through 502-H?

A. Okay. I see them.

Q. And do you recognize Exhibits 502-A through 502-H?

A. I do. These are records provided by highhosting.net.

Q. Are these fair and accurate copies of the records that were provided by highhosting.net?

A. They are.

Q. What is the format of these records?

A. These are emails.

Q. What's the content of these emails, generally speaking? If you could summarize?

A. These are High Hosting's -- highhosting.net emails in the course of their business. So, order information, customer

support, records like that.

Q. And do some of the emails reference an individual named Michael Howell?

A. Yes, they do.

Q. Who is Michael Howell?

A. He was the administrator of highhosting.net.

MR. BROWN: Your Honor, the government moves to admit and publish 502-A through 502-H.

THE COURT: Any objection?

MR. EKELAND: No objection.

THE COURT: 502-A through 502-G are admitted and may be published to the jury.

MR. BROWN: Your Honor, we also move 502-H.

THE COURT: I'm sorry. And H as well.

(Government's Exhibits 502-A through 502-H admitted.)

BY MR. BROWN:

Q. Directing your attention to 502-A, as in alpha. First of all, who is this email from?

A. This email is from highhosting.net.

Q. Who is it to?

A. It is to Michael Howell and other highhosting.net email addresses.

Q. What is the subject line of this email?

A. The subject is "WHMCS New Order Notification."

Q. And what is the date?

A. Tuesday -- sorry -- October 25th, 2011, 10:16:59 a.m.

Q. How does that relate in time to the launch of Bitcoin Fog?

A. This is two days prior to the launch of Bitcoin Fog.

Q. Now, dropping down to kind of the middle of the screen where it says "Order Items," could you describe what products or services are being ordered?

A. Yes. Share hosting, mini-serve hosting for the domain bitcoinfog.com. And also the domain registration for the domain bitcoinfog.com.

Q. And how much is that domain registration amount?

A. The domain registration was $12 for one year, and the hosting was $2 monthly.

Q. And there's -- just moving up to the next field above that, under "Customer Information," what information is provided about the customer?

A. The customer name is Akemashite Omedetou. The email address is shormint@hotmail.com.

Q. Is there a geographic location given for Akemashite Omedetou?

A. Yes, this time he provided an address in Kyoto, Japan.

Q. And then looking above that at the field marked "Order Information," what does it say is payment method?

A. The payment method noted is Liberty Reserve.

Q. Now, directing your attention to Exhibit 502-E, as in echo. And what does this exhibit appear to be?

A. This is another internal email at highhosting.net.

Q. And who is the from -- who is this from?

A. The from is highhosting.net technical support.

Q. Who is it to?

A. The to is to Michael Howell.

Q. What is the date of this email?

A. November 29th, 2011.

Q. How does that relate in time to the launch of Bitcoin Fog?

A. This is approximately a month after Bitcoin Fog was launched.

Q. Could you just read the first line in the body of the email, please?

A. "A new support ticket has been opened."

Q. And is there information beneath that line about a customer?

A. There is. The client is Akemashite Omedetou. The subject is "Third Invoice Overdue Notice."

Q. And then beneath that it looks like there's a dotted line.

Do you see that?

A. I do.

Q. And beneath the dotted line there is a body of text and then some numbers.

Do you see that?

A. I do.

Q. And what do you understand that block of text to be?

A. This is a quoted text from a message that shormint@hotmail.com sent.

Q. Could you go ahead and read that body of text, starting with just the verbal text there?

A. Shormint writes, "Hello, can you please check this? I believe this is incorrect. I have paid, and I can see in my Liberty Reserve account that the payment has been made... Here is the roll from LR. That is the date and something called batch number. Maybe this will help you find my payment."

Q. Then what is beneath that?

A. So he provides the date of the payment, November 25th, 2011, the time, 10:55, what he refers to as the batch number, which is 77407610 followed by a Liberty Reserve account number U9214765.

Q. And then closing out that email, directing your attention to Exhibit 502-D, as in delta.

And, Agent Rovensky, could you just describe what is shown in Exhibit 502-D?

A. Yes. This is an email from shormint@hotmail.com using the Vasily Kunnikov moniker to support@highhosting.net.

Q. Looking at the body of the email here, does that seem familiar?

A. It does.

Q. Why? Why is it familiar?

A. This is the quote I just read.

Q. To review, based on these records from High Hosting, what company first hosted the bitcoinfog.com name?

A. Highhosting.net.

Q. And who was it listed as the purchaser of the Bitcoinfog.com name?

A. Akemashite Omedetou using the shormint@hotmail.com email address.

Q. How did Shormint or Akemashite pay for the domain?

A. Liberty Reserve.

Q. So, what kind of --

We can close that out.

What kind of financial institution was Liberty Reserve?

A. Liberty Reserve was a virtual currency exchange. Not cryptocurrency, but virtual currency, and they had their own digital currency called the Liberty Reserve dollar.

Q. Was it based overseas?

A. It was. It was operating from Costa Rica.

Q. Did the U.S. government eventually obtain access to Liberty Reserve records?

A. Yes.

Q. Which agency has custody of Liberty Reserve's account records?

A. The United States Secret Service.

Q. For this investigation, did the Secret Service pull specific account records relevant to the case?

A. Yes, they did.

Q. I'm going to ask, in your binder, to please review Exhibits 401 through 404.

First of all, have you found the exhibits?

A. Not yet. I'll get better at this eventually.

Q. Agent Rovensky, if I could direct you to binder 2.

A. I'm there.

Q. Towards the end of binder No. 2.

A. I'm at 401.

Q. Okay. If I could direct you to review Exhibits 401 through 404. And just bear in mind that some spreadsheets have been printed with just the first part of the spreadsheet, just to aid your recognition.

A. I recognize these records.

Q. What do you -- what do you recognize these records to be?

A. These are the records provided by the Secret Service for specific Liberty Reserve accounts.

Q. Have you also reviewed electronic versions of these same records?

A. I have.

Q. And were those electronic records -- were those the complete spreadsheets?

A. Yes.

Q. Now, are these -- at least the electronic records, are they full and fair and complete, fair and accurate copies of the

records produced by Secret Service for the specified Liberty Reserve accounts?

A.  They are.

MR. BROWN:  The government moves to admit and publish Exhibits 401 through 404.

THE COURT:  Any objection?

MR. EKELAND:  I just need to look at them.  Is this spreadsheet I'm seeing up on the monitor that you're clicking through, is that the same as the 40 --

MR. BROWN:  That's the same as the --

MR. EKELAND:  That's what I'm looking at here and those tabs are a compilation of a spreadsheet you created.  Is that how it was produced to you from the Secret Service?

MR. BROWN:  Well, this is still direct examination. I can ask the witness and lay that foundation.

BY MR. BROWN:

Q.  Agent Rovensky, is the format of these exhibits the way that they were produced by the Secret Service?

A.  Yes, it is.

MS. PELKER:  It's the same ones we provided electronically.

MR. EKELAND:  No objection.

THE COURT:  Exhibits 401 through 404 are admitted and may be published to the jury.

(Government's Exhibits 401 and 404 admitted.)

BY MR. BROWN:

Q. And we'll come back to some of the other Liberty Reserve accounts, but I wanted to direct your attention to Exhibit 401, please.

And we are pulling that up on the screen and publishing to the jury.

Looking at Tab 1, what is that tab labeled -- or, the first tab, I should say?

A. Registration.

Q. And is there a name listed for this account?

A. There is. The account name is Shormint.

Q. Is there an account number listed for this account?

A. There is.

Q. What is that number?

A. It is up at the top, U0845692.

Q. Is that the same account number that we saw referenced in the High Hosting records?

A. It is.

Q. Now, when was this account -- this Liberty Reserve account first registered?

A. This account was registered on October 7th, 2011 at 00:06:41.

Q. How does that relate in time to the launch of Bitcoin Fog?

A. This is earlier in the same month that Bitcoin Fog was launched.

Q. And is there a name associated with this account?

A. Yes. Again, the moniker Vasily Kunnikov.

Q. And is there a geographic location associated with this account?

A. This time an address in Moscow, Russia, is provided.

Q. And what is the account recovery question?

A. The account recovery question is "Favorite movie."

Q. And do you have an understanding of what an account recovery question is?

A. Yes. This is -- if you -- for example, if you forget your password or the site you are using wants to do a little more verification of who you are, they might ask you an account recovery question so you can access your account.

Q. What did Shormint list as his favorite movie?

A. It's a string of random letters, it appears to be. I can read them out, if you would like.

Q. Now turning to Tab 3 -- or, the third tab over.

What is that tab labeled?

A. "Transaction" -- "All transactions."

Q. And looking at those transactions, is there a row that shows a payment to High Hosting?

A. There is. There are a couple, actually. There's row 4 and there's row 9.

Q. And turning to row 4 to begin with, could you walk us through the -- first of all, the date of that payment?

A. Sure. The date of that payment is in the first column of October 25th, 2011. The "from" account is Shormint's Liberty Reserve account 0845692. The "to" account is -- I think this is the one we saw on the High Hosting account. The "to" account is highhosting.net, Liberty Reserve account, U9214765. The currency type is Liberty Reserve dollars. The amount is $14. And there's an invoice in the end in the memo, "Highhost.net - Invoice number 10651."

Q. And does that payment date and time and amount correspond to the payment -- to High Hosting to register bitcoinfog.com?

A. Yes, it does.

Q. And then also looking at so at row 9.

Could you explain what transaction is shown here?

A. Yes. This is a subsequent payment from the shormint Liberty Reserve account to highhosting.net Liberty Reserve account. This happened on November 25th, 2011, in Liberty Reserve dollars for a total of $2 for continued hosting, and there's a High Hosting invoice of 10998.

Q. By the way, directing your attention to row 5 of this spreadsheet.

Who is that payment being made to?

A. That's a payment that Shormint made to a company called CryptoVPN.

Q. So prior -- going back to the transaction shown in row 4, is there a prior incoming deposit of funds corresponding to

this outgoing payment?

A.   There is.

Q.   And where do you see that?

A.   So it's in row 2, but it's the first row under the column headings.  On October 20th, 2011, at 7:18 a.m., the shormint Liberty Reserve account receives 77 Liberty Reserve dollars and 60 cents from a company called the Aurum XChange Company.  And their Liberty Reserve account number is U2213781.

Q.   What was Aurum XChange?

A.   Aurum XChange was another E-currency service that allowed users to exchange various digital currencies with each other.

Q.   Was the investigation team able to obtain records directly from Aurum XChange?

A.   Not directly from Aurum XChange.

Q.   Why not?

A.   It was an underground service that did not comply with law enforcement requests.

Q.   Was the investigation team otherwise able to piece together some of Aurum XChange's transactions?

A.   Yes, we were.

Q.   How -- how was that done?

A.   Through email records and also -- sorry -- and also records that -- also accounts that Aurum XChange had at other services.

Q.   What other services did Aurum XChange have accounts at?

A.   Aurum XChange had accounts at Mt. Gox digital currency

exchange and -- and as you see here, at Liberty Reserves.

Q. And we'll return to Mt. Gox in a moment, but did the government find any other evidence that Mr. Sterlingov was an Aurum XChange user?

A. Yes.

Q. Now, directing your attention to Exhibit 847.

And we can just pull that up on the screen.

Agent Rovensky, do you recognize this document?

A. I do. This is an email from Mr. Sterlingov's heavydist@gmail.com.

Q. Could you double check the "from" line, please?

A. The sender of this email is support@aurumxchange.com.

Q. And who is it to?

A. The recipient is Mr. Sterlingov at his heavydist@gmail.com email address.

Q. And does this email -- was this email recovered from Google in response to a search warrant?

A. It was.

Q. And does this exhibit fairly and accurately represent the email that was provided by Google?

A. It does.

MR. BROWN: The government moves to admit and publish Exhibit 847.

THE COURT: Any objection?

MR. EKELAND: No objection.

THE COURT: 847 is admitted and can be published to the jury.

(Government's Exhibit 847 admitted.)

BY MR. BROWN:

Q. Agent Rovensky, what does this email show?

A. This is an email Mr. Sterlingov received from Aurum XChange on April 2nd, 2013, and it says that his ticket has been received.

Q. Could you read that -- just that -- those two sentences beneath the "Dear heavydist@gmail.com" opening?

A. Sure.

"Your support ticket, Bitcoin-to-bank transfer has been submitted. We try to reply to all tickets as soon as possible, usually within 24 hours."

Q. We can close out this exhibit.

Agent Rovensky, returning to Mt. Gox.

Where was Mt. Gox operated?

A. Mt. Gox operated from Japan.

Q. And did the United States government obtain records from Mt. Gox?

A. Yes.

Q. What agency in the U.S. government has custody of the Mt. Gox records?

A. The Federal Bureau of Investigation.

Q. And did the FBI personnel conduct queries on the database

to extract specific account records for this case?

A.  They did.

Q.  Now, in your binder I would ask you to review Exhibits 405 through 410-G, as in golf.

A.  I recognize these exhibits.

Q.  And what do you recognize these exhibits to be?

A.  These are the records from Mt. Gox.

Q.  And are these fair and accurate copies of the records that the FBI pulled from the Mt. Gox records for this case?

A.  They are.

Q.  Now directing --

MR. BROWN:  The government moves to admit and publish Exhibits 405 through 410-G.

THE COURT:  Any objection?

MR. EKELAND:  Yes.  In relation --

(A bench conference was held as follows:)

MR. EKELAND:  Your Honor, we renew, obviously, objections on the Mt. Gox database.  Let me start with 405. There's a 403 objection here because it's grouping Mr. Sterlingov in the second line in that.  In the second line on 405, you'll see there's Mr. Sterlingov's plasma -- @plasmadivision.com email, and it's being grouped with other emails that the government -- I mean, this is -- a core issue in this case is going to say this is Mr. Sterlingov, and the defense says it is not.  And this is, I think, improper under

403. Perhaps if these, you know, were separated out, you know, it would be appropriate, then 405 is just -- looks like the Mt. Gox records.

THE COURT: Why don't we take these one at a time and ask Mr. Brown to respond to that one.

MR. BROWN: Your Honor, I think -- so two points. I think the witness was very clear that the way that these exhibits were prepared is they were pulled by FBI as just being records specific to this case. There's nothing beyond that in laying the foundation for this. And just the fact that certain accounts are grouped together on a spreadsheet is absolutely not more prejudicial than probative of any issue in this case.

THE COURT: What are they grouped by or why were they grouped this way?

MR. BROWN: They were grouped this way because FBI, when it assembled these records -- and this was laid out in our briefing, FBI selected certain identifiers just to pull through an automated process, pulled those relevant account records from the Mt. Gox server data. The fact that they are grouped together reflects nothing more than that. These are the five account records that we collected.

This is no different from having five different subpoena returns for five different accounts and presenting them, you know, seriatim. The fact that they are grouped together does not imply anything, other than this is how the

records were assembled, Your Honor.

THE COURT: I'm sorry. By the FBI?

MR. BROWN: Yes, Your Honor. These were -- it was an automated query. We were -- oh, sorry. Also the Aurum XChange record.

So, yes, Your Honor. So the other point here is -- so we have one account from Aurum XChange and there will be no testimony in -- there's absolutely no suggestion that Aurum XChange is somehow associated with the other four accounts. These are just the four accounts that are relevant in tracing the flow of funds for the Bitcoin Fog domain.

THE COURT: So what if I, just on this document, instruct the jury that the jury shouldn't draw any inference from the document that these are all on the same page?

MR. EKELAND: Your Honor, I think as soon as the jury sees it the damage is done. This is not the original document, it's not the native file. It's not just, you know, showing Mr. Sterlingov's name as it really appears in the database. This was purposely assembled by the FBI. It's improperly argumentative under 403.

There's also a hearsay objection here as well. It goes to core issues in this case. They're not ancillary issues. The whole -- one of the key questions in this case is whether Mr. Sterlingov is -- controls these other email accounts.

THE COURT: Which are the other ones? All three of these.

MR. EKELAND: The Volfprius, the Peternsf and the Kolbasa are all the emails that you may recall in Valerie Mazars de Mazarin IP address. What's being done here, in the defense's view -- I think we've made our point. They're being visually grouped together to make it sort of a psychological argument to the jury.

If the government wants to produce these out singularly or just say okay, we got this account and this account and this account. But this visual presentation is just unduly argumentative, prejudicial, and it's not the original record.

THE COURT: What is the hearsay objection?

MR. EKELAND: These are statements by the FBI because the way it's grouped together, it's actually a statement from the FBI essentially saying these emails and these accounts are all associated with each other. There is nothing else on the page, except these accounts.

MR. BROWN: Your Honor, this is not a statement.

THE COURT: It's not a hearsay problem, I understand.

But what about the other objection? And is there a way that you could relatively easily just black out the other accounts for purposes of this examination with this witness? And if you have a basis to introduce the others later, you can

do that.

MR. BROWN: Your Honor, the problem with that is the information listed on this document reflects basic account -- you know, basic stats for the relevant accounts. We'll be referring back to this to, you know, find out what is the email address associated with X account, when was X account registered, and all of those entries are going to be relevant to the examination.

Your Honor, I have no -- the government has no objection to a limiting instruction that just says the fact that these accounts are grouped together is -- you know, should not be read to imply is a statement that these are associated in some form or fashion and that the jury is instructed to take each line as a separate piece of evidence. But this is absolutely -- absolutely not substantially more prejudicial than probative.

THE COURT: Let's go on to the next -- what's the next objection?

MR. EKELAND: Oh, to the next document?

THE COURT: Yes.

MR. EKELAND: May I just mention one more thing about the government?

THE COURT: Go ahead.

MR. EKELAND: We don't think a limiting instruction will cure this. Just highlighting an issue for the jury, like

just putting a highlighter on it. I don't think there's a way to cure it with a limiting instruction. I think the only way to cure it is separate them as a visual document and say this is the hit we got back when we searched separately. It's actually what we talked about before, the other day, where we just separated the searches.

THE COURT: What are the objections to the other documents?

MR. EKELAND: Going to the next one, 146-A, we are just renewing our Mt. Gox objection.

THE COURT: I've already ruled on that.

MR. EKELAND: Then I think I'm just going through them. I think that's also the same with the 407. I'm assuming the rest here are just Mt. Gox records, and I think -- how far are we going on this, Mr. Brown, just on the exhibit numbers?

MR. BROWN: I think every single one of these exhibits or the vast majority of them will be introduced in the witness's testimony.

MR. EKELAND: So in relation to the Mt. Gox accounts, we've heard the Court, so -- and then I'm just a little -- as for -- maybe, perhaps we should just continue. I don't know about -- what the rest of them are going to be, but if there's any ones beyond what we just talked about that aren't Mt. Gox accounts, I just would need to look at them very quickly.

THE COURT: Currently the request is that I admit

which documents?

MR. BROWN: Your Honor, so the government has moved to admit and publish Exhibits 405 through 410-G, as in golf.

THE COURT: Right. That's my recollection as well. So I'm going to go ahead and admit them. But, Mr. Brown, what I'm going to ask you to do is, with respect to 405, is just to lay a foundation with the witness that this is a document that was prepared by the investigators or by the FBI that grouped these together and that it was not produced that way and that this is just sort of the investigative sources -- not sources. It is what the FBI on its own was investigating, following through on it. It is an FBI-related document in that regard. And if I hear that and if I think it's inadequate, then I will offer a further limiting instruction. Okay.

MR. BROWN: Yes, Your Honor, I can do that.

THE COURT: All right. Proceed.

(Whereupon, the bench conference concludes.)

MR. BROWN: So the government renews its motion to admit and publish, pursuant to the Court's instructions, Exhibits -- actually, before the government moves...

Could you please turn to Exhibit 405?

Ms. Walker, could you pull up the screen just for the witness? Thank you.

BY MR. BROWN:

Q. So, Agent Rovensky, when FBI produced these records, did

FBI draw these records from a larger source of information?

A. Yes.

Q. And was FBI just pulling specific records?

A. Yes, it was for specific account records.

Q. And those were specific account records of interest in this case?

A. Yes.

Q. And did FBI produce a summary document that simply lists basic information for the five accounts it was pulling from?

A. They did.

Q. And were those five different accounts, were those otherwise grouped in the underlying Mt. Gox records?

A. Can you repeat the question?

Q. For those five account records the FBI pulled, in the original Mt. Gox -- in the records from which FBI was pulling, that database, was there anything else just in the way that those records were organized that grouped those five accounts together?

A. I don't believe so.

          MR. BROWN:  Is that sufficient, Your Honor?

          THE COURT:  Yes, it is.  But why don't you -- I'm going to go ahead and admit 405 through 410-G.

          (Government Exhibits 405 through 410-G admitted.)

          Are you putting 405 up now?  Are you going to publish 405 to the jury?

MR. BROWN: Yes, Your Honor.

THE COURT: Why don't you publish, and I want to explain --

MR. BROWN: The government moves to admit and publish.

THE COURT: That motion is granted. With respect to 405 which is in front of you now, that document groups, I think, five email addresses and user IDs together. And I just want to make clear to the jury that was the FBI, just for its investigative purposes, that grouped those together as the accounts that it was investigating. There's not a separate document or separate evidence that grouped those together. This is just what the FBI itself then was further investigating.

So you shouldn't draw any inferences of association from these accounts simply from what's in 405 because that is just what FBI was itself putting forth and saying this is what we wanted to look into.

You may proceed.

BY MR. BROWN:

Q. Agent Rovensky, let's just walk through those accounts one by one. And I would actually like to start from the bottom account listed on row 6.

Can you tell what account row 6 is for?

A. Yes, this is the account that the Aurum XChange service had

with Mt. Gox.

Q. What is the email account associated with that? What's the email address associated with that account?

A. Admin@aurumxchange.com.

Q. Now, let's hold this open, but if we could flip over to Exhibit 410-G.

Is there another one -- is this another record from Mt. Gox?

A. It is.

Q. Is this for Aurum XChange?

A. Yes, it is.

Q. And can you tell from this document any information about the user of this account?

A. It just says -- I can see that there is an email admin@aurumxchange.com and this account is for Aurum XChange.

Q. Flipping over to Exhibit 410-A.

Are these transactions for the Aurum XChange account?

A. Yes. These are Aurum XChange's transaction on their Mt. Gox account.

Q. If we scroll down, do you have an understanding of how many or how few transactions are shown on this spreadsheet?

A. Aurum XChange was a service with many clients, and as you can see here, they conducted a lot of transactions for their clients.

Q. And then we can flip over to Exhibit -- go back to

Exhibit 405. And then I wanted to look at the -- it's row 3 of the spreadsheet.

What's the login for row 3?

A. The login for row 3 is roso987341870.

Q. And what's the email address for this account?

A. The email address is plasma@plasmadivision.com.

Q. And then flipping over to Exhibit 406-E.

Does this list who the account owner is for the roso987341870 account?

A. It does.

Q. What name is that?

A. This account was in the name of Roman Sterlingov.

Q. Is there a birth date?

A. There is. August --

Q. What's the birth date highlighted?

A. August 14th, 1988.

Q. And then turning to Exhibit 406-F and 406-G, what do these two exhibits show?

A. This is a --

Q. This is 406-F on the screen.

A. This is a government ID, belongs to Mr. Sterlingov.

Q. And was this exhibit found in the account records for roso987341870?

A. It was.

Q. And then looking at Exhibit 406-G, as in golf.

A.   Yes, this appears to be some sort of utility statement for Mr. Sterlingov.

Q.   And then flipping over to Exhibit 406-I, as in India, just scrolling down a little bit.

Do you see reference to the user's email account?

A.   I do.

Q.   And what email account is listed?

A.   Plasma@plasmadivision.com.

Q.   And then flipping back to Exhibit 405, I would like to direct your attention to the three remaining accounts.

Looking at Exhibit 2, what's the login for this account?

A.   This account login is Volfprius.

Q.   When was that account created?

A.   The account was created on October 8th, 2011.

Q.   And when was the last login for that account?

A.   The last login was November 24th, 2011.

Q.   And then looking at row 4 on the spreadsheet, what's the login name for that account?

A.   The login name for this account is Peternfs.

Q.   What is the email account associated with Peternfs?

A.   Nfs9000@hotmail.com.

Q.   When was that account created?

A.   The Peternfs account was created on October 9th, 2011.

Q.   What was the last login for that account?

A.   The last login for this account was November 28th, 2011.

Q. And then one row below that, what is the login for that account?

A. This account name is Kolbasa.

Q. What is the email account associated with that?

A. Kolbasa99@rambler.ru.

Q. When was that account created?

A. This account was also created on October 9th, 2011.

Q. When was the last login?

A. November 29th, 2011.

Q. Now, kolbasa99@rambler.ru, do you recognize the email domain for that address?

A. Yes. It's a domain ending in RU.

Q. What does it mean for a domain to end in RU?

A. That it was registered in Russia.

Q. Is U.S. law enforcement generally able to obtain records from Russian email providers?

A. We usually are not.

Q. Now, looking at the accounts for Volfprius, Peternfs and Kolbasa and their account creation dates, how do those three accounts' creation relate in time to the launch of Bitcoin Fog?

A. These accounts were short-lived. They were around for less than two months. For -- they were set up a few weeks preceding the launch of Bitcoin Fog, and they were never used after a few weeks after -- or, approximately a month after the launch of Bitcoin Fog.

Q. And then the account creation date for Mr. Sterlingov's roso987341870 account, when was that created again?

A. September 29th, 2011.

Q. How does that relate in time to the launch of Bitcoin Fog?

A. It's a little bit less than a month before the launch of Bitcoin Fog.

Q. Now, flipping back to Exhibit 401 and looking at Shormint's Liberty Reserve account. Could you point out to the jury again how the money came in from Aurum XChange?

MR. EKELAND: Objection. Vague and ambiguous. Calls for opinion.

THE COURT: Overruled.

BY MR. BROWN:

Q. Okay.

A. Sure. On October 20th, 2011, $77.60 in Liberty Reserve dollars were deposited to the Shormint Liberty Reserve account from Aurum XChange.

Q. Now, looking over to the Mt. Gox account records for Aurum XChange in Exhibit 410-A, I would like to direct your attention to line 2701.

All right. So, reviewing line 2701, what is the date of this transaction?

A. October 20th, 2011.

Q. Is there a time given?

A. 7:17.

Q.   And how much is that transaction for?

A.   It is for $80.

Q.   And looking to the right of the 80, two fields over, what is in that filed that starts "redeemed"?

A.   This is a Mt. Gox redeem code.  It starts with MTGOX and ends with 18CAB.

Q.   Now, is October 20th, 2011 at 7:17 close in time to the Aurum XChange transfer into Shormint's Liberty Reserve account?

A.   It was very close in time.

Q.   And what accounts for the difference of the $80 coming in to Aurum XChange and then the 77 Liberty Reserve dollars coming out?

A.   This is a fee charged by Aurum XChange.  So Aurum XChange took out their fee from the $80.

Q.   Were you able to match the redeemed code from the deposit here into Aurum XChange?

A.   I was.

Q.   I'm going to direct your attention to Exhibit 409-A.

        MR. EKELAND:  Your Honor, can we talk on the phone for a moment?

        THE COURT:  Okay.

        (A bench conference was held as follows:)

        MR. EKELAND:  The government -- I'm concerned we're in 702 territory here with this particular -- after, you know, the witness had testified that Aurum XChange -- I think we have

a 702 problem here.

(Whereupon, the bench conference concludes.)

THE COURT: I did want to tell you all before the break that we're not going to sit tomorrow. I know at least one of you has an obligation tomorrow, so we're not going to sit tomorrow and we'll come back on Monday. But I'll give you instructions on that.

So it's 3:30 now, let's come back to a quarter to four.

THE JURORS: Monday is a holiday.

THE COURT: Monday is a holiday. So Tuesday, yes. So don't discuss the case and no research.

(Whereupon, the jurors leave the courtroom.)

THE COURT: All right. Do you want to come to the podium, Mr. Ekeland, and raise your issue?

MR. EKELAND: We're -- this is an expert witness objection.

Mr. Rovensky is now testifying to tracing financial transactions that he did. He wasn't noticed as an expert. This is a -- he's testifying to now what he knows the fees to be, how they're calculated for Aurum XChange, how there is a flow of money. And he's essentially offering expert opinion as to these transactions, rather than testifying as a fact witness. And this is not an area where the defense believes that this is just a lay opinion.

This should have been noticed beforehand and we object. This is expert witness testimony related to core -- core transactions in this case and the government has had ample opportunity to notice an expert in this area.

It also overlaps with Mr. Scholl's testimony, is my understanding, because he traces these transactions. If the government wants to lay a -- you know, bring in the records -- you know, here's the records and then these are the ones that Mr. Scholl works from, that's appropriate. But this kind of expert testimony is inappropriate. It should have been noticed. And it's also in many ways cumulative with Mr. Scholl's testimony.

THE COURT: I'll hear from Mr. Brown then.

MR. EKELAND: I'm sorry, Your Honor. I didn't hear you.

THE COURT: I said let me hear from Mr. Brown then.

MR. BROWN: Yes, Your Honor.

Agent Rovensky is testifying as a fact witness. He's an IRS criminal investigator reading lines of financial data off of financial records. I mean, this is -- and we have a right to present to the jury the underlying financial records. Even if Mr. Scholl --

THE COURT: Please, wait.

MR. BROWN: Sorry.

(Pause.)

MR. BROWN: Even if -- well, first of all, I've never heard a cumulative objection before we get to the -- you know, the part that is cumulative.

And even if Mr. Scholl will also refer to this in summary form or testify as more of a qualified expert, we still have the right to present the underlying financial records and that's exactly what we're doing here. There's nothing here that is expert opinion testimony. These are lines from a spreadsheet.

THE COURT: All right. I've heard you, but if you have anything else you want to add you can.

MR. EKELAND: No. I just think he is offering opinions as to what happened, what the financial fees were, what the flow of the transaction was.

THE COURT: You're going too fast.

MR. EKELAND: I think the Court has heard us, but I think him saying, "Here are the fees, here is the flow of the transactions," that is opinion testimony.

If, you know, they brought the records in and those can be the basis for Mr. Scholl's testimony. But I also think that this will confuse the jury. They might think that, you know, Mr. Rovensky is an expert in this area and their -- you've heard our objection, Your Honor.

THE COURT: I have, and I'm going to overrule the objection.

I'll, you know, reserve with respect to particular questions where you think they may call for opinion, but I don't think there's a problem with an agent testifying in this nature. And there obviously are differences between tracking what happens with financials and tracking, you know, a car. But I think it's terribly different from an agent saying, Here's my log, I sat outside the house, I saw this person go in at this hour, I saw them go out at this hour. And scattered, occasional, I think, noncontroversial propositions like what the fees were that were being charged, which are questions of fact and not opinion.

So I really haven't seen him venturing into any opinion testimony. So I'm going to allow this testimony. But as I said, if he does start offering expert opinions, you're welcome to object at this point.

All right. I'll see you all shortly.

(Whereupon, a recess was taken from 3:36 p.m. to 3:54 p.m.)

THE COURT: All right. You can get the jury.

THE COURTROOM DEPUTY: All right.

All rise.

(Whereupon the jurors enter the courtroom.)

THE COURT: All right. Mr. Brown, you may continue.

BY MR. BROWN:

Q. Agent Rovensky, to pick up again, I wanted to show you,

again, Exhibit 410-A, Line 2701.

And we had just -- you had just made reference to the redeemed code.

Could you read off the last four letters of that redeemed code on 2701?

A. Yes. 18CAB.

Q. And, again, what was the date and time of this transaction?

A. October 20th, 2011, at 7:17.

Q. Now, flipping over to Exhibit 409-A.

Is there a matching entry on line 33?

A. There is. It's the redeem code that starts with MTGOX and ends with 18CAB.

Q. And what is the date and time of that transaction?

A. October 20th, 2011, at 7:04.

Q. How does that relate in time to the transaction we just looked at in the Aurum XChange records?

A. It is just a few minutes beforehand.

Q. And whose records are these?

A. These are -- sorry. Let me -- this is the Mt. Gox account for -- let me refresh my memory here.

MR. BROWN: Could we pull this down and not publish to the jury.

BY MR. BROWN:

Q. Agent Rovensky -- well, in your binder -- how about this: In your binder, could you flip to Exhibit 405?

A.   I am here.

Q.   And does Exhibit 405 refresh your memory at all?

A.   Yes, it does.

Q.   Okay.  Can you close the binder?

A.   Sure.

Q.   What is your refreshed recollection?

A.   This is the Mt. Gox account for the user Kolbasa.

Q.   So looking at line 33, what is the amount of this transaction?

A.   $80.

Q.   And what sort of -- what manner of transaction is this listed as under column E?

A.   It is a withdrawal.

Q.   So to review, we have the Kolbasa account sending money to Aurum XChange and --

          MR. EKELAND:  Objection, Your Honor.  This is leading and counsel is testifying.

          MR. BROWN:  Your Honor, I withdraw the question.

BY MR. BROWN:

Q.   How about this, Agent Rovensky:  Is there anything else that draws a connection between the Kolbasa account and the Shormint account?

A.   Yes.  So the Kolbasa account is the sending account with the 18CAB redeem code to the Mt. Gox account for Aurum XChange where the $80 was received.  And the Aurum XChange then sends

the $77 Liberty Reserve, and some change, to the Shormint Liberty Reserve account.

Q. And staying on this Exhibit 409-A, if we could briefly scroll up to the top so we could see the headers for the different columns?

What is the header column I?

A. The header for column I is IP address.

Q. And then scrolling down for the transaction on line 33.

What is the IP address for that?

A. 70.90.169.13.

Q. And I would like to direct your attention to Shormint Liberty Reserve records at Exhibit 401, which has been previously admitted.

And under tab 5, the history tab, direct your attention to line 11.

What does that show in line 11?

A. It's an IP address. The same IP address, 70.90.169.13.

Q. And what is the exact date and time of that IP event?

A. October 20th, 2011, at 7:10.

Q. And then flipping back to Exhibit 409-A?

What was the precise date and time of the transaction on row 33?

A. Also October 20th, 2011, at 7:04.

Q. And so how far apart were those two events?

A. Approximately six minutes apart.

Q. Now, going back -- or, staying on this sheet in the Kolbasa transaction record.

Directing your attention to lines 25, 27, 29, and 31. If it's possible to control and select for those four lines.

First of all, what's the date and time of these four transactions in lines 25, 27, 29, and 31?

A. All four transactions occurred on October 20th, 2011, at 7:01.

Q. And how does that relate in time to the outgoing withdrawal shown at line 33?

A. So that is only approximately three minutes before the withdrawal.

Q. And for each one of these lines, what does it say under column H?

What manner of transaction is this?

A. It says BTC sold. So these are sales of Bitcoin to dollars.

Q. And doing some approximate math on the stand, could you add up the four entries, how much Bitcoin was sold, approximately?

A. It was approximately 35 Bitcoin.

Q. And can you tell how much was earned from selling approximately 35 Bitcoin?

A. Approximately $80.

Q. Now directing your attention to line 7 on the same spreadsheet.

What do you see there?

A. On line 7 you see here a deposit of 35 Bitcoin coming into the Kolbasa Mt. Gox account.

Q. What was the date and time of that deposit?

A. October 20th, at 7:01.

Q. And how does that relate in time to those four events where the Bitcoin was sold for dollars?

A. This Bitcoin was sold within a minute of being deposited to this account.

Q. And how much Bitcoin was deposited in line 7?

A. 35 Bitcoin.

Q. Now, is there a redeem code associated with the transaction on line 7?

A. Yes. The redeem code for this deposit ends in FFD2B.

Q. Now, directing your attention to the Peternfs transaction spreadsheet at Exhibit 408-A.

On line 5, what do you see there under "Memo"?

A. Yes. On line 5, on October 19th, 2011, at 23:06, there is a withdrawal of 35 Bitcoin. And if you look at column H, there is a matching redeem code that ends in FFD2B.

Q. And looking at the line just above that, line 4.

Is there a corresponding deposit into this Peternfs account?

A. There is. And I'll clear the screen.

Q. And could you walk through the -- first of all, point out

the date and time of the deposit.

A.   So the deposit was on October 19th, 2011, at 2245, so approximately 21 minutes before the 35 Bitcoin was withdrawn to the Kolbasa account.  The deposit was in the amount of 35.999 Bitcoin.

Q.   And what does it say under "Memo"?

A.   In the memo line is a Bitcoin address and that is the Bitcoin address that received the deposit.

Q.   What are the first several letters of that Bitcoin address?

A.   1HvkjK.

Q.   Agent Rovensky, are you familiar with blockchain explorers?

A.   I am.

Q.   What is a blockchain explorer?

A.   Blockchain explorers are websites that are available to anybody, where you can conduct searches of Bitcoin blockchain or any other blockchain.  The blockchains are completely public ledgers and the blockchain explorers are websites that help you search addresses or transactions of the public ledger.

MR. EKELAND:  Your Honor, can --

THE COURT:  Okay.

(A bench conference was held as follows:)

MR. EKELAND:  Your Honor, we're just -- I'm concerned that we're getting into blockchain tracing territory and the 702 zone, again.  The government's noticed Mr. Scholl and --

THE COURT:  I just don't think it's expert testimony

to say I took an addresses for Bitcoin and plugged it into this publicly available source and this is what came up. I don't think -- I don't know exactly where this is going, but I think that much of it is not expert testimony.

MR. BROWN: It is, Your Honor, and that's exactly what this witness intends to do, is simply to display the -- you know, the available transactional data for this and then one other blockchain -- Bitcoin transaction that's recorded on the public blockchain that's available to anybody through blockchain explorer.

THE COURT: Again, by analogy the officer is tracking a police car, and he says, okay, here is the license plate. I went back to the police station. I plugged that license plate number into the database and it showed this is who -- the car that it belonged to. Seems to me it's analogous to that and, therefore, not opinion testimony but fact testimony.

MR. EKELAND: Your Honor, just to be clear, it's using -- blockchain explorer is not considered expert testimony.

THE COURT: I think just putting the numbers into the blockchain explorer and showing what it comes up with is not expert testimony, correct.

MR. EKELAND: Thank you.

THE COURT: Okay.

(Whereupon, the bench conference concludes.)

BY MR. BROWN:

Q. Agent Rovensky, what are some of the blockchain explorers that you're familiar with?

A. Literally, blockchain.com, blockshares.com, mempool.space, Etherscan, there's a number of them.

Q. And for blockchain explorers, they deal with Bitcoin blockchain, they're all drawing from the same underlying information?

A. They are.

Q. In your experience do Bitcoin -- do blockchain explorers fairly and accurately represent the data from the Bitcoin blockchain?

A. They do.

Q. I would like to display for you Exhibit 311. And it's page 6 of Exhibit 311.

Now, do you recognize this item?

A. I do.

Q. What do you recognize this to be?

A. This is a screenshot from a blockchain explorer called mempool.space.

Q. And would this screenshot be helpful for the jury to understand your testimony?

A. Yes, it would.

MR. BROWN: Your Honor, the government moves to publish this as a demonstrative for Mr. -- Agent Rovensky's

testimony.

THE COURT: Is this Exhibit 311?

MR. BROWN: Yes, Your Honor.

THE COURT: All right. Mr. Ekeland?

MR. EKELAND: No objection.

THE COURT: 311 may be published to the jury as a demonstrative. I think I may have explained to you all before, a demonstrative is something that helps understand the testimony. It doesn't go back with you during your deliberations.

BY MR. BROWN:

Q. Now, Agent Rovensky, how many transactions are shown on this screenshot?

A. This is one transaction.

Q. And what's the date and time of this transaction?

A. October 19th, 2011. The time shown is 17:47.

Q. And do you see that same Bitcoin address that we saw in Exhibit 408 from the Peternfs account?

A. Yes, this is it on the right starting with 1HvkjK.

Q. And in the context of this display, what role in this transaction is 1Hvk playing?

A. This is the receiving address.

Q. And can you tell what address sent to 1Hvk?

A. The address on the left, the one that starts with 14RzfW, that is the sending address.

Q. And can you tell how much Bitcoin was sent in this transaction?

A. 35.995 Bitcoin.

Q. And how much Bitcoin was leftover in 1HvjK?

A. 35.999 Bitcoin.

Q. Now, flipping back to Exhibit 408-A on line 4, what is the amount of that deposit?

A. 35.999 Bitcoin was received at the 1HvkjK Bitcoin address.

Q. And then flipping back to the demonstrative at 311, looking at the sending address, what are the first several letters of that sending address?

A. 14RzfW.

Q. I would like to direct your attention to Exhibit 312 and page 6 of Exhibit 312 --

MR. BROWN: Oh, sorry. Your Honor, was that published, the previous?

THE COURT: No. I think --

MR. BROWN: Oh, yes. Thank you, Your Honor.

THE COURT: It's all right.

MR. BROWN: Apologies.

BY MR. BROWN:

Q. Agent Rovensky, what is shown in Exhibit 312?

A. This is another Bitcoin transaction.

Q. And can you tell from looking at this image, what is this image drawn from?

A.   From the blockchain explorer mempool.space.

Q.   Would this be helpful to the jury to understand your testimony?

A.   It would.

MR. BROWN:   Your Honor, government moves to publish, for purposes of Agent Rovensky's testimony, Exhibit 312 as a demonstrative for his testimony.

THE COURT:   Any objection?

MR. EKELAND:   No objection.

THE COURT:   312 may be published as a demonstrative.

BY MR. BROWN:

Q.   Now, Agent Rovensky, what's the date of this transaction?

A.   Also October 19, 2011, at 17:16.

Q.   And what is -- could you point out the sending and receiving addresses to the jury?

A.   Yes, the sending address is on the left, and that starts with a 1JzbuK.  And the receiving address is what we just looked at on the previous screenshot, 14RzfW.

Q.   So let's flip over to Exhibit 406-A for the Roso account transactions.  Directing your attention to line 589 of that exhibit --

THE COURTROOM DEPUTY:   You said 406-A?

MR. BROWN:   Yes.  406-A.

THE COURTROOM DEPUTY:   Thank you.

BY MR. BROWN:

Q.   Directing your attention to line 589, what sort of transaction do you see here?

A.   This is a withdrawal from the defendant's Mt. Gox account.

Q.   What's the date of that withdrawal?

A.   October 19th, 2011, at 12:29.

Q.   What's the amount of that withdrawal?

A.   36 Bitcoin.

Q.   And under column H, could you read what it says?  You don't have to read the whole string of letters and numbers, but could you read what it says to begin with?

A.   Yes.  "Bitcoin withdrawal to 1JzbuK."

Q.   And remind us again, whose account was this?

A.   This account is the Roso account at Mt. Gox that's in the defendant's true name, Roman Sterlingov.

Q.   Could we flip back to Exhibit 406-E, as in echo.

     And is this user information for the same Mt. Gox account?

A.   It is.

Q.   Could I direct your attention to Exhibit 873.  We'll just bring it up on the screen.

     Do you recognize this exhibit?

A.   I do.

Q.   What do you recognize this exhibit to be?

A.   This is an email from the plasma@plasmadivision.com email address.

Q. What is the date of this email?

A. The date is September 29th, 2011.

Q. Does this email fairly and accurately represent email records that were obtained for the plasma.com email account?

A. It does.

MR. BROWN: The government moves to admit and publish Exhibit 873.

THE COURT: Any objection?

MR. EKELAND: No objection.

THE COURT: Exhibit 873 may be admitted and published.

(Government's Exhibit 873 admitted.)

BY MR. BROWN:

Q. Agent Rovensky, who is this email from?

A. The sender is Mt. Gox with the email address info@mtgox.com.

Q. What's the date?

A. September 29th, 2011.

Q. Who is it directed to in the "to" line here?

A. It is direct to roso987341870 with the email address plasma@plasmadivision.com.

Q. Could you just read the first three lines there of the email?

A. "Welcome to Mt. Gox. Thank you for creating your account with us. Your login: Roso987341870."

Q. Now, flipping back to Exhibit 406 for the defendant's Mt. Gox account transactions, directing your attention to line 288.

And what is the date of the transaction shown on line 288?

A. The date of this transaction is October 12th, 2011.

Q. What manner of transaction is this?

A. This is a wire transfer. Sorry. This is a deposit into the -- into Mr. Sterlingov's Mt. Gox account.

Q. How much was deposited?

A. 89 euros and 87 cents.

Q. And what information is indicated under column H?

A. Sterlingov, Roman.

Q. And then directing your attention to the next three lines below that, 289, 290, and 291, looking at column H for these three transactions.

Can you tell what sort of transactions these three were?

A. Yes. It says BTC bought, which represents purchases of Bitcoin.

Q. Can you tell how Mr. Sterlingov paid to buy that Bitcoin?

A. He bought that Bitcoin with the euros.

Q. And can you tell how many euros -- without doing the math in your head, can you estimate how many euros he spent to buy that Bitcoin?

A. This --

MR. EKELAND: Objection, Your Honor. This calls for speculation, asking him to estimate.

MR. BROWN: Your Honor --

BY MR. BROWN:

Q. Mr. Rovensky, could you calculate how many euros were spent to buy the Bitcoin?

THE COURT: If you would like a calculator --

THE WITNESS: Yeah. It's a test of what I can do in my head.

BY MR. BROWN:

Q. Do you need a sheet of paper?

A. Sure. I'll take a sheet of paper. I'm on the spot.

MR. BROWN: Your Honor, may I approach?

THE COURT: You may.

A. Approximately 6.59558 euros.

BY MR. BROWN:

Q. Agent Rovensky --

A. I'm sorry. I was using the wrong numbers. That's the price, right?

Q. Agent Rovensky, are there -- do you have to have any mathematical qualifications to become an IRS agent?

A. I'm very good at Excel and calculators.

Q. Could you just try to sum up the three numbers shown in column F for lines 289, 290, and 291, please.

A. 89.26166.

Q. So I would like to direct your attention to Exhibit 887.

Do you recognize this exhibit?

A. I do.

Q. And what do you recognize this exhibit to be?

A. This is an email obtained from records produced from the plasma@plasmadivision.com email address.

Q. Does this exhibit fairly and accurately represent the history for plasma@plasmadivision.com?

A. It does.

MR. BROWN: Government moves to admit and publish Exhibit 887.

THE COURT: Any objection?

MR. EKELAND: No objection.

THE COURT: Exhibit 887 is admitted and may be published to the jury.

(Government's Exhibit 887 admitted.)

BY MR. BROWN:

Q. What is the date of this document?

A. The email was sent on October 11th, 2011.

Q. And who is the email from?

A. Email is from Mt. Gox using the email address info@mtgox.com.

Q. Who is it delivered to?

A. To Mr. Sterlingov for his roso987341870 Mt. Gox account at his email address plasma@plasmadivision.com.

Q. Could you read the first two lines of text there?

A. "Dear Roso987341870, we have deposited 89.87 euros into your account roso987341870."

Q. And is there a transaction date given for that in the email?

A. There is, October 6, 2011.

Q. And how many days, approximately, lapsed between the transaction date listed here and the date of that email?

A. Approximately five days.

Q. Now we can close that out.

Agent Rovensky, in the defendant's Heavydist Google account, did investigators find a Google doc in Russian?

A. Yes.

MR. EKELAND:  Objection.  This is leading, Your Honor.

MR. BROWN:  It's not leading.

THE COURT:  Overruled.  I think it's just a foundational question.

BY MR. BROWN:

Q. Agent Rovensky, do you recognize -- sorry.

Could you pull up 819.

Agent Rovensky, do you recognize Exhibit 819?

A. Yes, I do.

Q. What do you recognize this to be?

A. This is the metadata from the Google production pursuant to

the search warrant.

Q. Is this the format in which Google produced the metadata?

A. It is.

Q. And does this fairly and accurately show the document that was produced by Google in response to the search warrant for the heavydist@gmail.com account?

A. It does.

MR. BROWN: The government moves to admit and publish Exhibit 819.

THE COURT: Any objection?

MR. EKELAND: No. No objection.

THE COURT: Exhibit 819 is admitted and may be published to the jury.

(Government's Exhibit 819 admitted.)

BY MR. BROWN:

Q. Agent Rovensky, could you explain what a metadata document shows?

A. Metadata is data about data. And for a document it would show when a document was created, what the title of it is, whether it may have been modified.

Q. And for this document here, could you point out the title of the document?

A. The title of the document is in Russian here and it reads *(Russian spoken)*.

Q. And how do you understand those words?

A.   I understand that to be putting money, or inputting money, or depositing.

MR. EKELAND:  Objection, Your Honor.

Can we talk on the phone for a second?

(A bench conference was held as follows:)

MR. EKELAND:  This is one of the transactions we're disputing, that Agent Rovensky has not been noted as a translator.  Now we're translating documents on the stand after we had translators on the stand this morning.

THE COURT:  Let me ask you this:  You've indicated that Mr. Sterlingov is going to testify.  Is he going to testify about the Russian language based on his understanding of the Russian language?

MR. EKELAND:  Potentially yes, Your Honor.  But the issue is that this is the same putting money -- they should have -- this should have been noticed and done with the translators.  And it didn't occur to me that they would have Mr. Rovensky doing Russian translations from the stand when we just had a Russian translator on the stand this morning.  And this, I don't believe, was included in what was certified as a translation and now the jury has just heard a translation by a translator that wasn't notified and that hasn't been certified and hasn't been offered up.

THE COURT:  Mr. Brown?

MR. BROWN:  Your Honor, Agent Rovensky is a native

Russian speaker. He is testifying only to his understanding of a term. There is no separate translation of this document. He is just telling the jury how he understands those literally two Russian words based on his native level fluency.

MR. EKELAND: But those are the keywords -- in the opening, the government's opening, they had their putting money slide three times. And, you know, he should -- just leave the Russian document in, but I don't think he should be translating this from the stand.

THE COURT: Well, so the other option is just to have -- is having the Russian translator come back in to testify with respect to this one document.

Go ahead.

MR. BROWN: I believe Ms. Krulikowski did testify to this specific document and she explained -- I don't recall the exact words, but it translates something to the effect of putting in or depositing. I think that was roughly what she said.

MR. EKELAND: My understanding was the deposit. And if she translated this, let's leave with her translation and not have the agent translating from the stand.

THE COURT: Are we done with the Russian at this point?

MR. BROWN: Yes, Your Honor. This is literally the only --

THE COURT: Unless there's some material difference as to what he said and to what she said, I think we can just move on and there's not any harm in this. Okay.

MR. BROWN: Thank you, Your Honor.

(Whereupon, the bench conference concludes.)

BY MR. BROWN:

Q. Agent Rovensky, I'm not sure if you finished your answer. How do you understand those two words?

A. It could be putting money or depositing money.

Q. Now, what is the date that this document was created?

A. This document was created on September 29th, 2011.

Q. How does that relate in time to the date that Mr. Sterlingov opened his Mt. Gox account?

A. I believe it's the same date.

Q. Let's look at the document itself. Directing your attention to Exhibit 818. Do you recognize this document?

A. I do.

Q. And what do you recognize this document to be?

A. This is the (*Russian spoken*) document.

Q. And was this -- was this a document obtained from Google in response to the Google search warrant?

A. It was.

Q. And does this document fairly and accurately represent the document that was produced by Google?

A.  It does.

Q.  And then directing your attention to Exhibit 818-B.

Do you recognize this Exhibit?

A.  Yes.  This is the translation of that document.

MR. BROWN:  And, Your Honor, Exhibits 818 and 818-B I believe were conditionally or provisionally admitted in prior testimony.  The government at this time moves to admit and publish 818 and 818-B.

THE COURT:  Any objection?

MR. EKELAND:  We're going to object on both hearsay and relevance here.

THE COURT:  I need to see the English version, I guess.

MR. BROWN:  Your Honor, this is a statement by the party opponent.  This was found in the defendant's email.

MR. EKELAND:  Your Honor, may we pick up the phone on that.

(A bench conference was held as follows:)

MR. EKELAND:  That's actually an assumption by the government because this could well be a cut-and-paste from internet instructions that were very common at the time.

MR. BROWN:  Your Honor, I think there is enough of a showing for a reasonable jury to find that this is a statement by a party opponent.

THE COURT:  I think it seems implausible to me that

this is just a cut-and-paste of internet instructions. If it says, "The first step is the most fucking mind-blowing," it doesn't sound like sort of your usual internet instructions.

MR. EKELAND: Yes. But the rest of it, a European paying transfer. We renew our objection.

THE COURT: I think this is enough to establish this is a statement of a party opponent under the circumstance. I don't have any evidence to the contrary. And if it was found in his email, that seems sufficient.

I did want to come back for one second to the Russian translation.

Mr. Ekeland, what is your understanding of what those words mean in the -- that the government has indicated mean deposit or something along --

MR. EKELAND: Deposit, not putting. The word that they're constantly using is putting, when it's really just talking about a straight-up, like, deposit into an account. For some reason the word putting keeps on getting used.

THE COURT: I was going to come back to this, but that doesn't sound like a material difference anyway, so I think we can move on. I was a little bit concerned about if this really were a subject of meaningful dispute of having, you know, something that could be perceived as an expert confirmation of the language, but it seems to me there's not even a material dispute. So I think that's fine.

MR. EKELAND: Your Honor, one other thing, that -- the "F'ing mind-blowing," we submit is a mistranslation of just really what would be just saying "F'ing great" and --

THE COURT: All right. Again, I'm not sure that's material, at least for present purposes. But I'm going to go ahead -- I'll do this on the record, but I'll admit the two exhibits. Thank you.

(Whereupon, the bench conference concludes.)

THE COURT: Exhibits are admitted and may be published to the jury.

(Government's Exhibit 818 and 818-B admitted.)

BY MR. BROWN:

Q. Agent Rovensky, I just want to show the jury --

Could we zoom into the top part of this document.

And could you just point out the first three bullet points in this document?

A. Yes.

Q. Circle with your finger.

A. On this Google document, there's three points; one, two, and three.

Q. And it looks like -- at the end of the third line, it looks like there Western English characters.

Do you see those?

A. I do. It says www.aurumxchange.com.

Q. Now could we flip over to Exhibit 818-B.

And, Agent Rovensky, is this the translation of Exhibit 818?

A. Yes, it is.

Q. And could you go ahead and read through this translation through that third bullet point, please?

A. Sure.

"So the first step is the most fucking mind-blowing. It seems to be:

1. A European bank transfer directly from my bank to Mt. Gox account. It takes a couple of business days perhaps, but it seems to be cheap.

2. Then you sell Euros in exchange for Bitcoins and then Bitcoins in exchange for dollars.

3. You transfer to Liberty Reserve through www.aurumxchange.com.

Q. So, Agent Rovensky, we've walked --

And we can close this out.

We've walked through the tracing from the domain registration backwards and I --

MR. EKELAND: Objection, Your Honor. Counsel is testifying.

BY MR. BROWN:

Q. Agent Rovensky, I would like to ask you to summarize the transaction, going in chronological order from the beginning. And I would like to show you an exhibit first.

MR. EKELAND: Objection, Your Honor. This calls for narrative.

Is there a question there? He's saying he would like to show him an exhibit. I'm a little bit at a loss.

THE COURT: There's no question yet because he's pulling the exhibit.

So you can put up the exhibit and if there's a question, then you can object.

BY MR. BROWN:

Q. Well, let me ask you this: Does this transaction involve voluminous records?

A. It does.

Q. Would there be a visual aid that would help in explaining this transaction?

A. I think so.

Q. I would like to show you what has been marked as Exhibit 359.

(A bench conference was held as follows:)

MR. EKELAND: We absolutely object to this because the -- assuming that's being made from -- is that -- seeing that visual, this is what Mr. Scholl is going to be testifying to. It's making the assumption that the flow of funds that are going through all these different accounts are somehow controlled by Mr. Sterlingov. This is a highly prejudicial exhibit that's at the core of the issues of this case. This is

what they noticed Mr. Scholl to testify about, and bringing this in here is entirely inappropriate.

Even Mr. Rovensky can testify, like you said, to the facts, but now we're crossing over into a highly prejudicial argumentative demonstrative that is going to unduly prejudice the jury, and actually I think actually crosses over into opinion because there is -- it's essentially arguing that Mr. Sterlingov is behind every one of these steps, and that is a matter of opinion. There is not an ancillary issue to the case. It's -- they don't have -- they just don't have all the steps in here, and we just object to this completely.

THE COURT: Mr. Brown?

MR. BROWN: Your Honor, this is a summary chart. And we can pull it up on the screen for the Court and defense counsel. This is the electronic version of it. This is literally just a summary of all of the exhibits that Agent Rovensky just highlighted for the jury. It's nothing more, nothing less. That's 100 percent of what we just heard him testify to. This will be helpful to the jury. It summarizes voluminous records, it is not prejudicial, it fits all the qualifications for a Rule 1006 summary chart.

MR. EKELAND: Absolutely not, Your Honor. This is highly confusing. It's argumentative. The government doesn't even have the private key to that first Bitcoin address, and what they're trying to do is they're trying to make a visual

argument that Mr. Sterlingov is the one who is in control of the funds all the way through the transactions. This is one of their central arguments and disputes in this case, and if they want to bring this in, they can attempt to bring this in through, you know, Mr. Scholl who they've noticed as an expert. But this is not an appropriate summary. It's highly argumentative and it's leaving out key information and it's going to confuse the jury more than clarify anything.

THE COURT: Mr. Brown, are you going to use the same chart or the same approach with the expert witness?

MR. BROWN: Your Honor, the expert witness, he will address the chart, but he has several other charts. He is going to testify in more of an expert capacity where he can provide context and expert opinion. This is -- this here is literally just a summary of the records that Agent Rovensky just walked the jury through. It is not confusing. It is helpful to the jury.

It is a visual that -- I mean, the reason why the defense is upset about it is they recognize that this will clarify things for the jury. As the defense said, this is a central issue in the case. The government has a right to put on its case in the manner that it sees fit in terms of producing admissible, relevant, and helpful evidence before the jury. And this is -- fits squarely within Rule 1006.

THE COURT: I'm sorry. Just before you respond, let

me ask you, Mr. Ekeland, show me each step in the process here that you think involves opinion rather than fact testimony.

MR. EKELAND: Okay. There's a big red box on the left-hand side that's surrounding all three Mt. Gox accounts, and that is visually grouping them together and that is argumentative and it is psychologically and visually suggesting that those three accounts are all the same. That's one of the government's key arguments, and one of the key things that the defense is disputing.

Likewise, when you go to the first gold box on the right-hand side, it's implying that those blockchain addresses are somehow associated together, argumentatively like perhaps they're controlled by the same entity. You've got these green pointed arrows that are pointing in towards the Bitcoin addresses. I think that suggests control again. And then you're going in -- you know, you see all these little boxes and groups and breaks, and then you've got the IP address down there, the 70.90, but they're not putting in the other IP addresses.

There's a lot of information being left out. And then there's another red box around the Liberty Reserve accounts. And they're essentially visually arguing here with this summary, and that's why they're pushing so hard to put this in on this gigantic foam board, which is the first time the defense has had any notice seeing this foam board that they

want to publish in front of the jury.

This is highly inappropriate, Your Honor, and this is the province of the expert testimony for Luke Scholl where we can dispute this. But this is going to not only confuse the jury, it's highly prejudicial.

THE COURT: I'm not sure I heard you describe for me why. Anyway, this is expert testimony. I would like you to describe to me why you think this is argumentative. But I am concerned if this is the first time the defense has seen this exhibit.

MR. BROWN: That is absolutely not the first. We produced this exhibit --

MR. EKELAND: We --

THE COURT: Let him finish.

MR. BROWN: We produced this exact exhibit in discovery in prior weeks. A version of this exhibit was included in, like, Scholl's account, which they've had for months. They're seeing this on a foam board for the first time, but I've they've seen this before. I'm giving them a chance to inspect the foam board. It is the same, what was produced in discovery.

MR. EKELAND: That's what I was saying. It's the first time I've seen it on the foam board. That's why I'm referencing it as Luke Scholl's exhibit, but publish it on this big form board -- and actually, this was produced to us as part

of the expert report.  So I think that goes to the whole expert opinion, and it's implying that there's control between all these accounts and it's -- it's visually inappropriate.

THE COURT:  I actually think that there -- there's an awful lot that was lumped into the expert testimony that probably was not expert testimony in this case when we had our days and days of *Daubert* testimony on this.  To the extent he's testifying to and asked questions of how he, through the information that he has just presented, tracked the transaction in the same way, as I said that, you know, an officer might -- or an agent might say, you know, I wrote down the person's license plate.  I then went back to the MPD.  I put it into the data base.  I found out where they lived.  I went to their house.  I saw them leave the house.  And I think they're entitled to use -- where there's cumulative and very large, large exhibits, I think they're entitled to use an exhibit to do so.

I also don't frankly see how this is as prejudicial as you're suggesting, since this is going to be similar in part to testimony that you've presumably already prepared for that you've known about for months.  And I think, to the extent you disagree and you think that there are some assumptions that are improper that are being made here, you can cross the witness on this.

You're, frankly, going to have four days to get ready

for that cross, if there's any question of undue surprise here in presenting this to you. But I just don't think that this is expert testimony for the reasons I've given before. And I think this is an appropriate exhibit. So I'm going to allow it. Okay.

(Whereupon, the bench conference concludes.)

MR. BROWN: The government moves to admit Exhibit 313 and publish.

THE COURT: 313 is admitted as a summary exhibit.

MR. BROWN: Summary chart, Your Honor.

THE COURT: Summary chart and may be published.

MR. BROWN: May I approach?

THE COURT: You may.

(Government's Exhibit 313 admitted.)

BY MR. BROWN:

Q. Now, Agent Rovensky, using this chart, could you walk the jury in chronological order through the records that we just reviewed?

A. Sure. Can I stand up?

THE COURT: You just need to make sure you're near the microphone. Otherwise the court reporter is not going to hear you.

A. So we started with that Shormint Liberty Reserve payment on the bottom right there to highhosting.net to register the bitcoinfog.com email address. And by looking at Mt. Gox

records, Liberty Reserve records, email records, records on the BitcoinTalk chain, we worked on all these transactions back to, in the upper left here, where Mr. Sterlingov wires 89 euro and 87 cents to his Mt. Gox account.

So just like the putting money document on his Google drive, right here he wires the 89 euros and 87 cents from his own bank account to the Mt. Gox account in his own true name. And just like the putting money document, he buys Bitcoin with it.

Now, the next transactions all happen close in time to each other. He sends the Bitcoin that he just bought to the Bitcoin blockchain, to a Bitcoin blockchain address, sends it one more time to another blockchain --

MR. EKELAND: Objection, Your Honor.

THE COURT: Yeah. Perhaps if you wouldn't object, perhaps the government could lead a little built.

MR. EKELAND: Could we get on the phone?

(A bench conference was held as follows:)

MR. EKELAND: There is nothing in the evidence or any of the testimony from Mr. Rovensky saying that Mr. Sterlingov controls and was sending funds from that Bitcoin address that he initially sent funds to. So that is something that's entirely new and that is expert testimony and we object to that.

THE COURT: That's why I was suggesting that

Mr. Brown could lead, to avoid that question.

MR. EKELAND: Well, I think --

MR. BROWN: Yes, Your Honor --

MR. EKELAND: There's been some damage done here because that was just set in front of the jury, and this was the entire reason that we made the expert opinion objection.

THE COURT: If you want me to strike that last answer, I will do so, and I'll allow Mr. Brown to lead.

MR. EKELAND: Your Honor, not only would I ask the Court to strike that last answer, I would like the Court to inform the jury that there is nothing in evidence and that Mr. Rovensky hasn't testified to Mr. Sterlingov having any control of that Bitcoin address. This is the Court's issue in the case and the jury just heard that. And this is why we objected about this issue, because we were afraid precisely this was going to happen, and it did.

MR. BROWN: Your Honor, I'm happy to lead him through. I think a corrective instruction that -- well, I'm happy to lead him through and to make sure that he is not attributing Mr. Sterlingov to any of these flows of funds. And we can just follow the money from point A to point Z.

THE COURT: Give me a second here.

All right. So what I think I'm going to do is I'm going to strike the last answer. And I will tell the jury that this witness is not an expert witness, and he's here just to

testify to, you know, what the records say and that they should not rely on anything -- any -- you know, attributions he's made, other than what's reflected in the records in front of him.

MR. EKELAND: Your Honor, can we ask the Court to clarify to the jury, on top of what you've said, that what Mr. Rovensky is testifying to is the flow of funds and not the flow of control of the funds? And just because the funds are flowing through a particular address or an account does not mean that Mr. Sterlingov controls those accounts except for, of course, Mt. Gox No. 1, which has never been in dispute.

THE COURT: I'm afraid if I'm doing that, I'm testifying. You're welcome do that on cross-examination, if you would like to. But I think for present purposes, the thing for me to do is strike the answer and explain the limited nature of what this witness is testifying about.

(Whereupon, the bench conference concludes.)

THE COURT: Members of the jury, I'm going to strike that last answer that was just given. And I want to just clarify what this witness is testifying to in this case, and he's just testifying here to what the records that have already been presented to you show. And he's not drawing any further inferences with respect to anything beyond what was reflected, just in those accounts and showing just the flow of funds. And there will be more evidence in the case by both sides with

respect to other issues in this case, but for present purposes we're just dealing with the pure factual questions that were already either in the records or not previously, and just showing the flow that occurred.

And so with that clarification, I'm going to strike the last answer. You should ignore that. It should not play any role at all in your deliberations.

And, Mr. Brown, you may proceed.

MR. BROWN: Thank you, Your Honor.

BY MR. BROWN:

Q. Agent Rovensky, let's just take this kind of one bite at a time.

So starting in the upper left-hand corner, what is the account there?

A. That is the Mt. Gox account and in Mr. Sterlingov's true name.

Q. What is the email for that Mt. Gox account?

A. Plasma@plasmadivision.com.

Q. So what's the first transaction shown on the chart there in the -- in that Mt. Gox account?

A. First transaction is receipt of 89 euros and 87 cents.

Q. Then what happened to those 89 euros and 87 cents?

A. They are used to buy Bitcoin.

Q. And then after the Bitcoin was purchased, where does the next transaction lead to?

A.   The next transaction goes to a Bitcoin address that starts with 1JzbuK.

Q.   And then from that Bitcoin address, where does it go next?

A.   The Bitcoin is then sent to another Bitcoin address, 14RzfW.

Q.   And then from that Bitcoin address, where do the funds move?

A.   Then the funds return to Mt. Gox, to the Peternfs, or the Nfs9000 account.

Q.   And is the Bitcoin moved from the nfs9000@hotmail.com account?

A.   Yes.  The Bitcoin is then sent to the Kolbasa Mt. Gox account.

Q.   And then what happens to that Bitcoin in the Kolbasa Mt. Gox account?

A.   The Bitcoin is sold for U.S. dollars.

Q.   And approximately how many U.S. dollars were purchased with that Bitcoin?

A.   Approximately 80 U.S. dollars.

Q.   Then where does the U.S. dollars go next?

A.   The 80 U.S. dollars, through the services of Aurum XChange, are deposited to the Shormint Liberty Reserve account.

Q.   And then in the Shormint Liberty Reserve account -- actually, before we get there, going back to Aurum XChange.

     What is the form of currency for the funds leaving Aurum

XChange?

A. Liberty Reserve dollars.

Q. And then how were those Liberty Reserve dollars spent once there in the Shormint Liberty Reserve account?

A. Those Liberty Reserve dollars were used to register and host the www.bitcoinfog domain with highhosting.net.

Q. And then were there common IP addresses used between the Liberty Reserve account and the Kolbasa -- or, I should say, was there any common IP address used between the Liberty Reserve Shormint account and the Mt. Gox Kolbasa99 account?

MR. EKELAND: Objection, Your Honor.

THE COURT: Can you pick up?

(A bench conference was held as follows:)

MR. EKELAND: Now we're getting into when you're talking about issues of commonality with IP addresses.

First of all, it's a very vague term and now we are getting into the area of Mazars de Mazarin testimony. I think this is just needlessly confusing and the government is putting this on to make this association that the computer forensics information doesn't support, like we've gone -- Your Honor, just what -- what Mr. Rovensky did with that one Bitcoin address in the beginning, attributing control to Mr. Sterlingov, that is just -- I think it's done a lot of damage and think that we should just wrap up on this exhibit before further damage is done with this kind of speculative

kind of testimony that -- he hasn't been noticed as an expert, Your Honor. We object.

MR. BROWN: Your Honor, may I be heard?

THE COURT: You may.

MR. BROWN: We just went through records showing an IP address associated with the Kolbasa transaction at 7:04 a.m. on October 20th, 2011, and that is the IP address indicated there. That is just a literal reading of the Mt. Gox account record. And we also just looked at the Liberty Reserve account records that show an account event, I think it was a login at 7:10 a.m. the same day, October 20th, 2011, from the same IP address.

The question here was -- was to the effect of: Was there an event involving the same IP address between those two accounts? And that is just a literal summary of the records that we just reviewed.

THE COURT: That is a factual question about whether this is the same IP address.

MR. EKELAND: But the problem --

THE COURT: I'm sorry, Mr. Brown. Would you add clarification first?

MR. BROWN: Your Honor, if we just look at the records, it just shows 70.90.169.13 in both of those records. It's not a -- there's no characterization, there's no nothing. It's just literally reading numbers off a page.

THE COURT: Mr. Ekeland?

MR. EKELAND: Yes. First of all, Mr. Rovensky is not an IP address expert.

THE COURT: You don't have to be. I can tell you -- I can read it and see the same IP address appears in two places. You don't need to be an expert about that.

MR. EKELAND: If I cross-examine him as if he's an expert and I ask the same questions I'm going to ask Ms. Mazars de Mazarin, is he going to be able to answer? A VP server that hundreds of thousands -- maybe hundreds of thousands of people were using the same IP address at the same time.

I think what's going on is they're putting this information on and then he's just going to say, when I cross him on it, oh, I don't know anything about this, I don't know anything about this. And when you start using terms like -- there's a whole argument going on here that's inappropriate and should just be left for the experts.

THE COURT: All right. In fact, I think he can comment it simply means the same, and I think he can testify if it's the same number and you can cross him on it, if you want to. I think it's okay.

It is five minutes to 5 and I really want to finish up at 5, so let's finish up with this and adjourn for a long weekend.

MR. BROWN: Thank you, Your Honor.

(Whereupon, bench conference concludes.)

THE COURT: I know you all are probably looking at the clock. I will let you go soon.

MR. BROWN: One more question, Your Honor.

BY MR. BROWN:

Q. Agent Rovensky, was the same IP address used in two different events for the Liberty Reserve account and for the Mt. Gox Kolbasa99 account?

A. Yes. It was within six minutes of each other. The same address, 70.90.169.13 was used by Kolbasa at Mt. Gox and the Shormint account at Liberty Reserve.

MR. BROWN: We can wrap there.

THE COURT: Let's go ahead and break there for the long weekend. We'll come back on Tuesday.

And since we're taking a long weekend, why don't we go ahead and start at 9 o'clock on Tuesday. I just want to make sure we're moving forward. But I hope you have a nice weekend.

Please, it's a long weekend, people may ask you about the case, do not talk about the case with anybody. If anybody asks you about the case, you can say it's a criminal case but -- you can tell them that the judge said they should not ask you anything about it and that you can't say anything about it. And don't conduct any kind of research on the internet or otherwise relating to the case, but enjoy yourselves. I hope

it's a nice weekend and I will see you back here on Tuesday.

(Whereupon the jurors leave the courtroom.)

(Off-the-record discussion between Court and Juror No. 1.)

THE COURT:  All right.  And the witness can step down.  I just ask that you not discuss your testimony with anybody until its complete.  But we'll see you back here on Tuesday at 9 a.m.

Okay.  I was just talking to Juror No. 1 on the way out because she's the one who had this very serious spinal surgery and I think is in some pain.  I was just saying to her, so you know, that I want to make sure that we're adjourning early enough for her to get to physical therapy.  And apparently she tried to get to physical therapy after court and by the time she got there, they had closed for the evening.

So I was giving her assurances to get there and asked her to let me know if she has to leave earlier to get to physical therapy, because I would hate for her to suffer.  So that was what that was about.

The other thing is -- I don't need an answer on this, but maybe on Tuesday -- I do need to know whether the defense is going to request, if there is a conviction, the same jury consider forfeiture.

Anything else we need to handle before we adjourn for the long weekend?

MR. BROWN: No, Your Honor.

MR. EKELAND: Can I very quickly update on Mr. Sterlingov?

Your Honor, Mr. Sterlingov has gotten his laptop back.

THE COURT: Excellent.

MR. EKELAND: He still doesn't have a tablet to call us with. He's been able to borrow someone's to call. He hasn't been able to shave, I believe he said in four days, and they're not -- he's unable to, like, trim his fingernails. That's the update.

THE COURT: Well, on the shaving, I do want to make sure that can happen. I was told by the marshall they were having an issue with the barber. But I was also told there's no difference in the shaving between the two facilities and it's exactly the same in the two facilities. Hopefully they'll work things out by Tuesday. If they haven't, let me know and I will inquire again.

MR. EKELAND: Thank you, Your Honor.

MR. BROWN: One matter to place on the record in case this comes up again.

Our exhibit list, which was produced to the defense, lists separately exhibits that are physical charts and demonstratives and the electronic version. So in case there's ever a question about unfair surprise or lack of disclosure, I

just wanted to make sure the Court understood that.

THE COURT: Implicitly what you're saying is you did disclose the chart, is what you're trying to say.

MR. BROWN: So the substance of the chart was disclosed earlier and the fact that we had prepared physical demonstratives was shared with the defense. It was implicit in our exhibit list, which listed certain physical items.

THE COURT: I see. Okay. All right.

MR. EKELAND: Just for the record, we -- I was not shown that actual physical exhibit today. I did not see it until the moment that they were bringing it up. And my understanding -- and I will double check this -- is that that exhibit was noticed as an expert exhibit. And maybe I missed something, I will go back and check over the weekend. I just wanted to make the record, Your Honor.

THE COURT: Let me say more generally then with respect to this issue, is I would encourage both sides to be as transparent as you can about what you're going to use at trial because I just think it makes things run more smoothly. We're not going to have surprise issues come up.

I realize you may not want to give away exactly what you're going to do, but I think it would be in the interest of a smooth trial if both sides would give advance notice of any demonstratives or other physical exhibits that they intend to use, just so the other side is prepared and we don't have a

disruption to the jury.

MR. BROWN: Yes, Your Honor. And I can put on the record right now that we will have more physical demonstratives next week with Mr. Scholl's testimony and Ms. Mazars de Mazarin.

THE COURT: I direct then that you provide advance access to the defense so they can see that before the testimony. And you can tell me now or on Tuesday what's a reasonable amount of time under the circumstances for you to disclose that to defense.

MR. BROWN: Yes, Your Honor.

And in terms of advance access, they have the -- you know, the mirror image electronically. What further advanced access do we need to -- physically show them --

THE COURT: If you're talking about -- if you're taking exhibits that are in the expert reports and simply blowing them up to use with the expert witnesses, I'm not sure that you need to make advance disclosure with respect to that.

If it's something that hasn't been associated with a particular witness before or shown or disclosed previously, then it should be. Even if it's a demonstrative.

MR. BROWN: Yes, Your Honor. I don't know -- if they need to inspect it in person, we can also take out a phone and snap photos and say these are the physical demonstratives or summary charts.

THE COURT: You can even tell them. If it's something that's been produced, you can simply say we intend to blow up Exhibit 463, just so you know.

MR. BROWN: Yes, Your Honor.

And to be crystal clear on this, we have provided the defense with an exhibit list and we have provided the defense with electronic files for every single item in the exhibit list, including these where there's an electronic version and a physical version. Those are separately notated in the physical list. So they can see there is an electronic Exhibit 313 that corresponds to this physical 313. They have it all already, so if it -- you know, if it makes a difference, we would be happy to physically show them the charts that they already have in their possession.

THE COURT: It might make sense for both sides to do that, just in case there's any risk that it doesn't precisely mirror what's in the produced exhibit.

MR. BROWN: Yes, Your Honor.

THE COURT: All right. Mr. Ekeland, anything else before we adjourn?

MR. EKELAND: No.

THE COURT: All right. I will see you all on Tuesday.

CERTIFICATE OF OFFICIAL COURT REPORTER

I, JANICE DICKMAN, do hereby certify that the above and foregoing constitutes a true and accurate transcript of my stenographic notes and is a full, true and complete transcript of the proceedings to the best of my ability.

Dated this 16th day of February, 2024

_____

Janice E. Dickman, CRR, CMR, CCR
Official Court Reporter
Room 6523
333 Constitution Avenue, N.W.
Washington, D.C.  20001

INDEX


WITNESS:

    Leo Rovensky
        Direct Examination By Mr. Brown (Cont.)........... 2


GOVERNMENT EXHIBITS ADMITTED:

    Exhibit 22.......................................... 39
    Exhibit 313.......................................106
    Exhibits 401 through 404........................... 49

    Exhibits 405 through 410-G......................... 63
    Exhibit 502-A through 502-H........................ 43
    Exhibits 804 through 806...........................  3

    Exhibits 815 and 816............................... 12
    Exhibit 817........................................ 17
    Exhibit 818 and 818-B.............................. 98

    Exhibit 819........................................ 92
    Exhibit 838........................................ 19
    Exhibit 847........................................ 55

    Exhibits 862 and 862-B............................. 26
    Exhibit 865........................................ 25
    Exhibit 873........................................ 87

    Exhibit 887........................................ 90
    Exhibit 891........................................ 21
    Exhibit 910........................................ 28

*   *   *

## $

**$12** [1] - 44:11
**$14** [1] - 52:7
**$77** [1] - 77:1
**$77.60** [1] - 69:15
**$80** [6] - 70:2, 70:10, 70:14, 76:10, 76:25, 78:23

## 0

**0.9** [1] - 15:11
**00:06:41** [1] - 50:22
**0845692** [1] - 52:3

## 1

**1** [11] - 23:25, 36:24, 36:25, 39:15, 39:16, 39:19, 50:7, 99:9, 109:11, 116:4, 116:9
**100** [1] - 101:18
**10005** [1] - 1:22
**1006** [2] - 101:21, 102:24
**10651** [1] - 52:8
**10998** [1] - 52:18
**10:16:59** [1] - 44:1
**10:55** [1] - 46:12
**11** [2] - 77:15, 77:16
**111** [2] - 16:2, 16:6
**11th** [1] - 90:19
**12** [2] - 23:8, 122:10
**12751** [1] - 38:13
**12:01:40** [1] - 4:9
**12:29** [1] - 86:5
**12th** [1] - 88:6
**13,068** [1] - 14:10
**1301** [1] - 1:18
**13th** [1] - 3:12
**146-A** [1] - 61:9
**14RzfW** [4] - 83:24, 84:12, 85:18, 111:5
**14th** [1] - 66:16
**15** [4] - 1:6, 31:11, 35:16
**16** [7] - 11:9, 37:14, 37:15, 37:16, 37:17, 39:16, 39:19
**16th** [1] - 121:7
**17** [1] - 122:11
**1700** [1] - 36:13
**1752** [1] - 20:9
**17:16** [1] - 85:13
**17:47** [1] - 83:16
**18CAB** [4] - 70:6, 75:6, 75:12, 76:24
**18th** [2] - 6:12, 13:3
**19** [2] - 85:13, 122:13

**1988** [1] - 66:16
**19th** [5] - 22:5, 79:18, 80:2, 83:16, 86:5
**1:45** [1] - 1:6
**1HvjK** [1] - 84:4
**1Hvk** [2] - 83:21, 83:23
**1HvkjK** [3] - 80:10, 83:19, 84:8
**1JzbuK** [3] - 85:17, 86:11, 111:2
**1PQQ** [1] - 15:16
**1st** [1] - 23:25

## 2

**2** [9] - 32:19, 44:12, 48:6, 48:8, 52:17, 53:4, 67:11, 99:12, 122:4
**20001** [1] - 121:13
**20005** [1] - 1:19
**2011** [47] - 4:9, 23:21, 31:23, 32:20, 33:7, 33:15, 35:10, 35:22, 36:19, 37:18, 40:14, 40:15, 44:1, 45:7, 46:12, 50:21, 52:2, 52:16, 53:5, 67:14, 67:16, 67:23, 67:25, 68:7, 68:9, 69:3, 69:15, 69:23, 70:7, 75:8, 75:14, 77:19, 77:23, 78:7, 79:18, 80:2, 83:16, 85:13, 86:5, 87:2, 87:18, 88:6, 90:19, 91:6, 95:11, 113:7, 113:11
**2012** [2] - 22:5, 26:20
**2013** [2] - 20:9, 55:7
**2015** [1] - 4:25
**2016** [6] - 3:12, 3:15, 3:16, 6:12, 13:3, 14:24
**2024** [2] - 1:6, 121:7
**20530** [2] - 1:14, 1:16
**20th** [12] - 53:5, 69:15, 69:23, 70:7, 75:8, 75:14, 77:19, 77:23, 78:7, 79:5, 113:7, 113:11
**21** [2] - 80:3, 122:17
**21-cr-399** [1] - 1:3
**22** [6] - 38:14, 39:4, 39:5, 39:7, 39:9, 40:8
**22**............................ [1] - 122:6
**2245** [1] - 80:2
**23:06** [1] - 79:18
**24** [1] - 55:14
**24th** [2] - 26:20, 67:16
**25** [3] - 78:3, 78:6, 122:15

**25th** [4] - 44:1, 46:11, 52:2, 52:16
**26** [1] - 122:14
**27** [4] - 29:13, 36:19, 78:3, 78:6
**2701** [4] - 69:20, 69:21, 75:1, 75:5
**27th** [2] - 35:22, 40:17
**28** [1] - 122:17
**288** [2] - 88:3, 88:5
**289** [2] - 88:15, 89:24
**28th** [2] - 37:18, 67:25
**29** [2] - 78:3, 78:6
**290** [2] - 88:15, 89:24
**291** [2] - 88:15, 89:24
**29th** [6] - 45:7, 68:9, 69:3, 87:2, 87:18, 95:11
**2nd** [4] - 14:24, 31:23, 33:7, 55:7

## 3

**3** [7] - 42:12, 51:17, 66:1, 66:3, 66:4, 99:14, 122:9
**30** [1] - 1:22
**31** [2] - 78:3, 78:6
**311** [5] - 82:14, 82:15, 83:2, 83:6, 84:9
**312** [5] - 84:13, 84:14, 84:22, 85:6, 85:10
**313** [5] - 106:7, 106:9, 106:14, 120:10, 120:11
**313**............................
...............**106** [1] - 122:7
**33** [5] - 75:10, 76:8, 77:8, 77:22, 78:10
**333** [1] - 121:12
**35** [7] - 40:23, 78:20, 78:22, 79:2, 79:11, 79:19, 80:3
**35.995** [1] - 84:3
**35.999** [3] - 80:5, 84:5, 84:8
**359** [1] - 100:17
**36** [1] - 86:7
**39** [1] - 122:6
**3:30** [1] - 71:8
**3:36** [1] - 74:17
**3:54** [1] - 74:18
**3rd** [3] - 23:21, 40:14, 40:15

## 4

**4** [6] - 51:22, 51:24, 52:24, 67:17, 79:21, 84:6
**40** [1] - 49:9

**401** [10] - 48:3, 48:9, 48:10, 49:5, 49:23, 49:25, 50:3, 69:7, 77:12, 122:7
**403** [6] - 8:3, 8:7, 10:17, 56:19, 57:1, 58:20
**404** [5] - 48:3, 48:11, 49:5, 49:23, 49:25
**404**............................
. [1] - 122:7
**405** [19] - 56:3, 56:13, 56:18, 56:21, 57:2, 62:3, 62:6, 62:21, 63:22, 63:23, 63:24, 63:25, 64:7, 64:16, 66:1, 67:9, 75:25, 76:2, 122:8
**406** [1] - 88:1
**406-A** [3] - 85:19, 85:22, 85:23
**406-E** [2] - 66:7, 86:15
**406-F** [2] - 66:17, 66:20
**406-G** [2] - 66:17, 66:25
**406-I** [1] - 67:3
**407** [1] - 61:13
**408** [1] - 83:18
**408-A** [2] - 79:16, 84:6
**409-A** [4] - 70:18, 75:9, 77:3, 77:20
**410-A** [3] - 65:16, 69:19, 75:1
**410-G** [6] - 56:4, 56:13, 62:3, 63:22, 63:23, 65:6
**410-G**...........................
... [1] - 122:8
**43** [1] - 122:9
**463** [1] - 120:3
**47** [1] - 40:9
**49** [1] - 122:7
**4th** [1] - 33:15

## 5

**5** [6] - 52:19, 77:14, 79:17, 79:18, 114:22, 114:23
**5.1527** [1] - 1:13
**502-A** [8] - 42:6, 42:12, 42:15, 43:8, 43:11, 43:15, 43:17, 122:9
**502-D** [2] - 46:16, 46:18
**502-E** [1] - 44:24
**502-G** [1] - 43:11
**502-H** [6] - 42:7, 42:13, 42:15, 43:8,

43:13, 43:15
**502-H**..........................
**..** [1] - 122:9
**55** [1] - 122:13
**589** [2] - 85:20, 86:1

**6**

**6** [5] - 64:23, 64:24, 82:15, 84:14, 91:6
**6.59558** [1] - 89:15
**60** [1] - 53:7
**601** [1] - 1:13
**63** [1] - 122:8
**6523** [1] - 121:12

**7**

**7** [5] - 4:8, 78:24, 79:2, 79:10, 79:13
**70.90** [1] - 103:18
**70.90.169.13** [4] - 77:10, 77:17, 113:23, 115:10
**702** [3] - 70:24, 71:1, 80:24
**77** [2] - 53:6, 70:11
**77407610** [1] - 46:13
**7:01** [2] - 78:8, 79:5
**7:04** [3] - 75:14, 77:23, 113:6
**7:10** [2] - 77:19, 113:11
**7:17** [3] - 69:25, 70:7, 75:8
**7:18** [1] - 53:5
**7th** [3] - 20:9, 20:12, 50:21

**8**

**80** [4] - 11:9, 70:3, 111:19, 111:21
**804** [7] - 2:12, 2:17, 2:21, 3:1, 3:3, 3:5, 122:9
**806** [5] - 2:12, 2:17, 2:21, 3:1, 3:3
**806**..........................
**.** [1] - 122:9
**815** [6] - 5:5, 5:15, 11:9, 11:22, 12:1, 122:10
**816** [6] - 5:3, 5:16, 6:1, 8:19, 11:22, 12:1
**816**..........................
**.....** [1] - 122:10
**817** [6] - 16:15, 16:16, 16:17, 17:4, 17:7, 17:9
**817**..........................
.............. [1] - 122:11
**818** [6] - 95:16, 96:5, 96:8, 98:11, 99:2, 122:11
**818-B** [5] - 96:2, 96:5, 96:8, 98:11, 98:25
**818-B**..........................
....... [1] - 122:11
**819** [5] - 91:21, 91:22, 92:9, 92:12, 92:14
**819**..........................
.............. [1] - 122:12
**83.248.132.4** [1] - 25:12
**838** [4] - 18:23, 19:9, 19:12, 19:14
**838**..........................
.............. [1] - 122:13
**847** [4] - 54:6, 54:23, 55:1, 55:3
**847**..........................
.............. [1] - 122:13
**850** [1] - 14:11
**862** [7] - 25:16, 25:20, 26:8, 26:11, 26:13, 26:15, 122:14
**862-B** [6] - 25:16, 26:4, 26:8, 26:11, 26:13, 26:21
**862-B**..........................
....... [1] - 122:14
**865** [5] - 24:8, 24:11, 24:21, 24:24, 25:1
**865**..........................
.............. [1] - 122:15
**87** [6] - 88:11, 107:4, 107:6, 110:21, 110:22, 122:15
**873** [4] - 86:19, 87:7, 87:10, 87:12
**873**..........................
.............. [1] - 122:15
**887** [4] - 90:1, 90:11, 90:14, 90:16
**887**..........................
.............. [1] - 122:16
**89** [5] - 88:11, 107:3, 107:6, 110:21, 110:22
**89.26166** [1] - 89:25
**89.87** [1] - 91:2
**891** [4] - 21:1, 21:10, 21:15, 21:17
**891**..........................
.............. [1] - 122:17
**8th** [2] - 1:22, 67:14

**9**

**9** [4] - 51:23, 52:12, 115:16, 116:8

**90** [1] - 122:16
**910** [4] - 27:15, 27:23, 28:14, 28:18
**910**..........................
.............. [1] - 122:17
**92** [1] - 122:12
**950** [1] - 1:16
**98** [1] - 122:11
**9th** [2] - 67:23, 68:7

**A**

**a.m** [6] - 4:9, 44:1, 53:5, 113:6, 113:11, 116:8
**ability** [1] - 121:6
**able** [10] - 4:10, 36:8, 41:22, 53:12, 53:18, 68:15, 70:15, 114:9, 117:8, 117:9
**absolutely** [7] - 57:11, 58:8, 60:15, 100:19, 101:22, 104:11
**access** [6] - 20:20, 47:18, 51:13, 119:7, 119:12, 119:14
**accident** [2] - 12:7, 12:8
**account** [185] - 3:8, 3:9, 3:17, 3:18, 3:20, 4:3, 4:6, 4:7, 4:11, 4:12, 4:13, 4:17, 4:20, 5:11, 7:22, 10:13, 10:14, 15:23, 17:15, 18:5, 18:6, 18:9, 19:1, 19:21, 20:15, 20:16, 20:20, 20:21, 20:22, 21:4, 21:21, 22:8, 23:7, 23:14, 23:16, 23:20, 23:21, 23:22, 24:6, 24:13, 25:13, 25:22, 27:18, 32:15, 35:17, 36:6, 38:19, 46:7, 46:13, 47:21, 47:25, 50:10, 50:11, 50:12, 50:16, 50:19, 50:21, 51:1, 51:4, 51:6, 51:7, 51:8, 51:12, 51:13, 52:2, 52:3, 52:4, 52:5, 52:15, 52:16, 53:6, 53:8, 56:1, 57:18, 57:21, 58:7, 59:10, 59:11, 60:3, 60:6, 63:4, 63:5, 63:14, 64:23, 64:24, 64:25, 65:2, 65:3, 65:13, 65:15, 65:17, 65:19, 66:5, 66:8, 66:9, 66:12, 66:22, 67:5, 67:7, 67:11, 67:12, 67:13, 67:14, 67:15, 67:18, 67:19, 67:20, 67:22, 67:23, 67:24, 67:25, 68:2, 68:3, 68:4, 68:6, 68:7, 68:19, 69:1, 69:2, 69:8, 69:16, 69:18, 70:8, 75:19, 76:7, 76:14, 76:21, 76:22, 76:23, 76:24, 77:2, 79:3, 79:9, 79:23, 80:4, 83:18, 85:19, 86:3, 86:12, 86:13, 86:17, 87:4, 87:24, 88:2, 88:9, 90:24, 91:3, 91:12, 92:6, 95:13, 97:17, 99:10, 104:17, 107:4, 107:7, 109:9, 110:14, 110:15, 110:17, 110:20, 111:9, 111:11, 111:13, 111:15, 111:22, 111:23, 112:4, 112:8, 112:10, 113:8, 113:9, 113:10, 115:7, 115:8, 115:11
**accounts** [45] - 18:9, 20:17, 22:11, 22:12, 22:21, 22:25, 23:2, 23:3, 48:17, 49:2, 50:3, 53:23, 53:24, 53:25, 57:11, 57:23, 58:9, 58:10, 58:25, 59:17, 59:19, 59:24, 60:4, 60:11, 61:19, 61:24, 63:9, 63:11, 63:17, 64:11, 64:16, 64:21, 67:10, 68:18, 68:21, 70:10, 100:23, 103:4, 103:7, 103:22, 105:3, 109:10, 109:24, 113:15
**accounts'** [1] - 68:20
**accurate** [5] - 2:17, 42:17, 48:25, 56:8, 121:4
**accurately** [13] - 5:12, 16:24, 19:5, 21:5, 24:17, 27:19, 38:25, 54:19, 82:11, 87:3, 90:7, 92:4, 95:24
**Action** [1] - 1:3
**active** [2] - 3:18, 4:21
**activity** [1] - 8:25
**actual** [3] - 11:6, 36:8, 118:10
**AD** [1] - 23:25
**add** [3] - 73:11, 78:18, 113:20
**additionally** [1] - 8:2
**address** [77] - 15:12, 15:15, 15:25, 17:17, 17:18, 18:19, 21:22,

23:22, 25:12, 25:13, 26:18, 29:14, 38:1, 38:5, 38:7, 38:11, 41:10, 41:15, 44:17, 44:20, 47:7, 51:5, 54:15, 59:5, 60:6, 65:3, 66:5, 66:6, 68:11, 77:7, 77:9, 77:17, 80:7, 80:8, 80:9, 83:17, 83:22, 83:23, 83:24, 83:25, 84:8, 84:10, 84:11, 85:16, 85:17, 86:25, 87:15, 87:20, 90:6, 90:21, 90:25, 101:24, 102:12, 103:17, 106:25, 107:12, 107:21, 108:13, 109:9, 111:1, 111:3, 111:4, 111:6, 112:9, 112:22, 113:6, 113:7, 113:12, 113:14, 113:18, 114:3, 114:5, 114:11, 115:6, 115:10

**addresses** [15] - 6:6, 7:2, 7:3, 15:20, 22:24, 43:22, 64:8, 80:18, 81:1, 85:15, 103:11, 103:15, 103:19, 112:7, 112:15

**adjourn** [3] - 114:23, 116:24, 120:20

**adjourning** [1] - 116:12

**admin@ aurumxchange.com** [2] - 65:4, 65:15

**administrator** [4] - 9:1, 11:4, 36:3, 43:6

**admissible** [1] - 102:23

**admit** [27] - 2:20, 5:15, 11:9, 11:23, 17:3, 19:8, 21:10, 24:20, 26:7, 27:22, 39:3, 43:7, 49:4, 54:22, 56:12, 61:25, 62:3, 62:5, 62:19, 63:22, 64:4, 87:6, 90:10, 92:8, 96:7, 98:6, 106:7

**ADMITTED** [1] - 122:5

**admitted** [46] - 3:1, 3:3, 11:14, 12:1, 16:3, 17:7, 17:9, 19:12, 19:14, 21:15, 21:17, 23:9, 24:9, 24:24, 25:1, 25:18, 26:11, 26:13, 28:14, 28:17, 28:18, 29:7, 29:8, 31:12, 36:25, 39:7, 39:9, 43:11, 43:15, 49:23,

49:25, 55:1, 55:3, 63:23, 77:13, 87:10, 87:12, 90:14, 90:16, 92:12, 92:14, 96:6, 98:9, 98:11, 106:9, 106:14

**advance** [4] - 118:23, 119:6, 119:12, 119:18

**advanced** [1] - 119:13

**advantages** [1] - 41:3

**affect** [2] - 11:15, 12:17

**affected** [1] - 11:1

**afraid** [2] - 108:15, 109:12

**afternoon** [1] - 2:11

**agency** [2] - 47:21, 55:22

**agent** [7] - 27:5, 74:3, 74:6, 89:21, 94:21, 95:7, 105:11

**Agent** [61] - 2:11, 3:5, 4:4, 5:25, 6:18, 12:20, 13:12, 13:23, 15:14, 15:17, 17:11, 18:13, 23:6, 24:11, 25:3, 25:20, 27:12, 28:20, 31:1, 34:9, 34:19, 38:15, 39:11, 41:9, 46:17, 48:6, 49:17, 54:8, 55:5, 55:16, 62:25, 64:21, 72:18, 74:25, 75:24, 76:20, 80:11, 82:2, 82:25, 83:12, 84:22, 85:6, 85:12, 87:14, 89:17, 89:20, 91:11, 91:20, 91:22, 92:16, 93:7, 93:25, 98:13, 99:1, 99:16, 99:23, 101:16, 102:15, 106:16, 110:11, 115:6

**ahead** [13] - 8:1, 8:5, 12:18, 22:15, 46:3, 60:23, 62:5, 63:22, 94:13, 98:6, 99:4, 115:13, 115:16

**ahold** [1] - 34:7

**aid** [2] - 48:13, 100:13

**Akemashite** [16] - 10:2, 10:4, 11:3, 35:12, 35:18, 35:24, 36:21, 37:16, 39:20, 40:12, 40:22, 44:16, 44:18, 45:16, 47:6, 47:8

**allow** [4] - 28:13, 74:13, 106:4, 108:8

**allowed** [1] - 53:10

**almost** [1] - 30:18

**alpha** [1] - 43:17

**ambiguous** [3] - 13:19, 27:8, 69:10

**America** [1] - 1:3

**American** [1] - 20:19

**amount** [8] - 44:10, 52:6, 52:9, 76:8, 80:4, 84:7, 86:6, 119:9

**ample** [1] - 72:3

**analogous** [1] - 81:15

**analogy** [1] - 81:11

**ancillary** [2] - 58:22, 101:9

**announcement** [2] - 36:8, 36:13

**anon** [1] - 41:7

**anon-service** [1] - 41:7

**answer** [12] - 9:4, 27:12, 41:14, 95:7, 108:8, 108:10, 108:24, 109:15, 109:19, 110:6, 114:9, 116:20

**answers** [2] - 36:9, 37:20

**anticipated** [1] - 36:6

**anyway** [2] - 97:20, 104:7

**apart** [2] - 77:24, 77:25

**apologies** [1] - 84:20

**appear** [7] - 5:10, 13:12, 13:23, 19:24, 28:20, 37:2, 44:25

**applies** [1] - 11:20

**apply** [1] - 11:22

**approach** [3] - 89:13, 102:10, 106:12

**appropriate** [4] - 57:2, 72:9, 102:6, 106:4

**approximate** [1] - 78:18

**APR** [1] - 29:13

**April** [2] - 29:13, 55:7

**archived** [2] - 4:2, 4:17

**area** [4] - 71:24, 72:4, 73:22, 112:17

**arguing** [2] - 101:7, 103:22

**argument** [4] - 11:6, 59:8, 102:1, 114:16

**argumentative** [7] - 58:20, 59:12, 101:5, 101:23, 102:7, 103:6, 104:8

**argumentatively** [1] - 103:12

**arguments** [2] - 102:3, 103:8

**arise** [1] - 11:21

**arrested** [1] - 15:22

**arrows** [1] - 103:14

**assembled** [3] - 57:16, 58:1, 58:19

**asserted** [11] - 5:22, 7:12, 7:20, 10:16, 10:21, 11:14, 12:2, 12:11, 12:17, 28:8, 29:9

**asserting** [1] - 10:3

**assertion** [1] - 9:6

**associate** [1] - 30:7

**associated** [14] - 51:1, 51:3, 58:9, 59:18, 60:6, 60:12, 65:2, 65:3, 67:20, 68:4, 79:12, 103:12, 113:6, 119:19

**association** [2] - 64:15, 112:19

**assuming** [2] - 61:13, 100:20

**assumption** [2] - 96:19, 100:22

**assumptions** [1] - 105:22

**assurances** [1] - 116:16

**attempt** [1] - 102:4

**attention** [42] - 3:5, 6:1, 6:14, 16:2, 16:15, 18:23, 21:1, 23:8, 24:8, 25:16, 26:4, 26:21, 27:15, 31:11, 35:14, 36:24, 37:14, 38:14, 42:6, 43:17, 44:24, 46:15, 50:3, 52:19, 54:6, 67:10, 69:19, 70:18, 77:11, 77:14, 78:3, 78:24, 79:15, 84:13, 85:20, 86:1, 86:19, 88:2, 88:14, 90:1, 95:16, 96:2

**attributing** [2] - 108:20, 112:22

**attributions** [1] - 109:2

**August** [3] - 23:21, 66:14, 66:16

**Aurum** [37] - 53:7, 53:9, 53:10, 53:13, 53:14, 53:19, 53:23, 53:24, 53:25, 54:4, 55:6, 58:4, 58:7, 58:8, 64:25, 65:10, 65:15, 65:17, 65:18, 65:22, 69:9, 69:17, 69:18, 70:8, 70:11, 70:13, 70:16, 70:25, 71:21, 75:16, 76:15, 76:24, 76:25, 111:21, 111:24,

111:25
**author** [1] - 40:11
**authorization** [1] - 17:24
**auto** [2] - 7:16, 10:14
**automated** [6] - 5:20, 6:6, 6:7, 10:1, 57:18, 58:4
**automatically** [3] - 6:7, 13:25, 14:19
**available** [7] - 4:13, 4:18, 41:19, 80:14, 81:2, 81:7, 81:9
**Avenue** [3] - 1:16, 1:18, 121:12
**avoid** [2] - 27:9, 108:1
**awful** [1] - 105:5

## B

**backwards** [1] - 99:19
**bank** [4] - 55:12, 99:9, 107:7
**barber** [1] - 117:14
**base** [4] - 39:24, 40:2, 40:4, 105:13
**based** [5] - 41:3, 47:1, 47:16, 93:12, 94:4
**basic** [3] - 60:3, 60:4, 63:9
**basis** [3] - 9:14, 59:25, 73:20
**batch** [2] - 46:9, 46:12
**BB** [2] - 40:4, 40:6
**bear** [1] - 48:11
**become** [1] - 89:21
**becoming** [1] - 37:10
**BEFORE** [1] - 1:9
**beforehand** [2] - 72:1, 75:17
**begin** [3] - 33:20, 51:24, 86:10
**beginning** [2] - 99:24, 112:22
**behind** [2] - 10:13, 101:8
**believes** [1] - 71:24
**belonged** [1] - 81:15
**belongs** [1] - 66:21
**below** [6] - 7:18, 29:10, 32:6, 32:17, 68:1, 88:15
**bench** [18] - 8:6, 11:8, 56:16, 62:17, 70:22, 71:2, 80:21, 81:25, 93:5, 95:5, 96:18, 98:8, 100:18, 106:6, 107:18, 109:17, 112:13, 115:1
**beneath** [8] - 6:24, 7:3, 29:24, 45:14,

45:18, 45:21, 46:10, 55:10
**best** [2] - 34:7, 121:6
**better** [1] - 48:5
**between** [10] - 37:5, 74:4, 76:21, 91:7, 105:2, 112:7, 112:9, 113:14, 116:3, 117:15
**beyond** [3] - 57:9, 61:23, 109:23
**big** [2] - 103:3, 104:25
**biggest** [1] - 30:14
**binder** [12] - 2:12, 5:3, 42:10, 42:11, 42:12, 48:2, 48:6, 48:8, 56:3, 75:24, 75:25, 76:4
**birth** [3] - 23:24, 66:13, 66:15
**bit** [7] - 3:24, 24:1, 40:18, 67:4, 69:5, 97:21, 100:4
**Bitcoin** [117] - 7:6, 8:24, 9:1, 9:10, 9:13, 10:7, 11:4, 13:1, 13:11, 14:13, 15:2, 15:10, 15:14, 25:7, 25:14, 32:5, 32:11, 33:8, 33:9, 33:10, 33:19, 34:9, 34:10, 35:2, 35:5, 35:8, 35:9, 36:7, 36:14, 36:18, 36:20, 36:22, 37:11, 38:10, 38:19, 39:25, 40:7, 40:16, 40:17, 40:18, 41:1, 44:2, 44:3, 45:8, 45:9, 50:23, 50:24, 55:12, 58:11, 68:20, 68:23, 68:25, 69:4, 69:6, 78:16, 78:19, 78:20, 78:22, 79:2, 79:7, 79:8, 79:10, 79:11, 79:19, 80:3, 80:5, 80:7, 80:8, 80:9, 80:15, 81:1, 81:8, 82:6, 82:10, 82:11, 83:17, 84:1, 84:3, 84:4, 84:5, 84:8, 84:23, 86:7, 86:11, 88:19, 88:20, 88:21, 88:24, 89:6, 101:24, 103:14, 107:8, 107:11, 107:12, 107:21, 108:13, 110:23, 110:24, 111:1, 111:3, 111:4, 111:6, 111:10, 111:12, 111:14, 111:16, 111:18, 112:21
**Bitcoin-to-bank** [1] - 55:12
**Bitcoin.it** [1] - 25:6

**bitcoin.se** [1] - 27:1
**Bitcoinfog.com** [2] - 41:23, 47:5
**bitcoinfog.com** [5] - 44:8, 44:9, 47:2, 52:10, 106:25
**Bitcoins** [5] - 15:11, 41:3, 99:12, 99:13
**BitcoinTalk** [14] - 14:3, 15:4, 23:7, 27:1, 31:4, 31:9, 32:1, 38:5, 38:6, 38:10, 38:19, 39:1, 107:2
**bitcointalk.org** [1] - 36:3
**bite** [1] - 110:11
**black** [1] - 59:23
**Blacksob12** [1] - 15:1
**Blind** [20] - 32:5, 32:11, 33:19, 34:9, 34:10, 35:1, 35:4, 35:8, 36:14, 36:22, 37:11, 38:10, 38:19, 39:1, 39:13, 39:22, 39:24, 40:7, 41:1, 41:3
**block** [2] - 37:5, 45:25
**blockchain** [23] - 80:11, 80:13, 80:14, 80:15, 80:16, 80:17, 80:23, 81:8, 81:9, 81:10, 81:18, 81:21, 82:2, 82:6, 82:7, 82:10, 82:12, 82:19, 85:1, 103:11, 107:12, 107:13
**blockchain.com** [1] - 82:4
**blockchains** [1] - 80:16
**blockshares.com** [1] - 82:4
**Bloom** [1] - 24:3
**Bloomeditor.com** [1] - 24:4
**blow** [1] - 120:3
**blowing** [4] - 97:2, 98:2, 99:7, 119:17
**board** [6] - 103:24, 103:25, 104:18, 104:20, 104:23, 104:25
**body** [22] - 6:13, 6:18, 7:15, 7:20, 8:3, 10:9, 12:21, 13:5, 14:25, 20:11, 25:11, 25:23, 26:24, 32:6, 32:8, 32:23, 36:4, 45:11, 45:21, 46:3, 46:21
**borrow** [1] - 117:8
**bottom** [10] - 6:23, 20:5, 29:6, 29:7, 29:19, 33:1, 39:19, 40:9,

64:22, 106:24
**bought** [3] - 88:18, 88:21, 107:11
**box** [6] - 37:24, 37:25, 39:18, 103:3, 103:10, 103:21
**boxes** [2] - 37:19, 103:16
**brackets** [1] - 17:25
**break** [4] - 37:3, 37:6, 71:4, 115:13
**breaks** [1] - 103:17
**briefing** [1] - 57:17
**briefly** [1] - 77:3
**bring** [4] - 72:7, 86:20, 102:4
**bringing** [2] - 101:1, 118:11
**Brooklyn** [1] - 1:22
**brought** [1] - 73:19
**BROWN** [150] - 2:3, 2:10, 2:20, 3:4, 5:15, 5:19, 5:24, 7:9, 7:19, 8:4, 8:21, 9:24, 10:15, 10:23, 11:2, 11:11, 11:19, 11:23, 12:19, 13:20, 13:22, 16:4, 16:5, 16:11, 16:15, 16:17, 16:18, 17:3, 17:10, 18:11, 18:12, 19:8, 19:15, 19:16, 21:9, 21:18, 22:17, 22:20, 24:20, 25:2, 26:7, 26:14, 27:11, 27:22, 28:5, 28:19, 29:1, 29:11, 34:18, 39:3, 39:10, 41:13, 43:7, 43:13, 43:16, 49:4, 49:10, 49:14, 49:16, 50:1, 54:22, 55:4, 56:12, 57:6, 57:15, 58:3, 59:20, 60:2, 61:16, 62:2, 62:15, 62:18, 62:24, 63:20, 64:1, 64:4, 64:20, 69:13, 72:17, 72:24, 73:1, 74:24, 75:21, 75:23, 76:18, 76:19, 81:5, 82:1, 82:24, 83:3, 83:11, 84:15, 84:18, 84:20, 84:21, 85:5, 85:11, 85:23, 85:25, 87:6, 87:13, 89:3, 89:4, 89:10, 89:13, 89:16, 90:10, 90:17, 91:16, 91:19, 92:8, 92:15, 93:25, 94:14, 94:24, 95:4, 95:6, 96:5, 96:14, 96:22, 98:12, 99:22,

100:9, 101:13, 102:11, 104:11, 104:15, 106:7, 106:10, 106:12, 106:15, 108:3, 108:17, 110:9, 110:10, 113:3, 113:5, 113:22, 114:25, 115:4, 115:5, 115:12, 117:1, 117:20, 118:4, 119:2, 119:11, 119:22, 120:4, 120:18

**Brown** [3] - 1:12, 102:9, 122:4

**brown** [15] - 2:8, 8:20, 9:23, 57:5, 61:15, 62:5, 72:13, 72:16, 74:23, 93:24, 101:12, 108:1, 108:8, 110:8, 113:20

**browser** [1] - 33:5

**BTC** [2] - 78:16, 88:18

**Buddy** [3] - 9:2, 10:2, 10:15

**buddy** [3] - 8:9, 12:24, 14:9

**bugs** [1] - 41:4

**building** [2] - 12:8, 12:14

**built** [1] - 107:16

**bullet** [2] - 98:15, 99:5

**Bureau** [1] - 55:24

**business** [4] - 5:21, 7:10, 42:25, 99:10

**Butch** [1] - 23:17

**buy** [5] - 30:19, 88:20, 88:23, 89:6, 110:23

**buys** [1] - 107:8

**BY** [49] - 2:10, 3:4, 5:24, 12:19, 13:22, 16:5, 16:11, 16:18, 17:10, 18:12, 19:16, 21:18, 22:20, 25:2, 26:14, 27:11, 28:19, 29:11, 34:18, 39:10, 41:13, 43:16, 49:16, 55:4, 62:24, 64:20, 69:13, 74:24, 75:23, 76:19, 82:1, 83:11, 84:21, 85:11, 85:25, 87:13, 89:4, 89:10, 89:16, 90:17, 91:19, 92:15, 95:6, 98:12, 99:22, 100:9, 106:15, 110:10, 115:5

### C

**calculate** [1] - 89:5

**calculated** [1] - 71:21

**calculator** [1] - 89:7

**calculators** [1] - 89:22

**capacity** [1] - 102:13

**CAPO.SE** [1] - 21:25

**car** [5] - 12:7, 12:8, 74:5, 81:12, 81:14

**carrying** [1] - 15:22

**case** [34] - 8:11, 9:14, 12:6, 13:1, 27:6, 47:25, 56:1, 56:9, 56:24, 57:9, 57:12, 58:22, 58:23, 63:6, 71:12, 72:3, 100:25, 101:10, 102:3, 102:21, 102:22, 105:6, 108:14, 109:20, 109:25, 110:1, 115:20, 115:21, 115:25, 117:20, 117:24, 120:16

**Catherine** [1] - 1:15

**catherine.pelker@ usdoj.gov** [1] - 1:17

**CCR** [1] - 121:11

**center** [2] - 19:18, 19:23

**central** [2] - 102:3, 102:21

**cents** [6] - 53:7, 88:11, 107:4, 107:6, 110:21, 110:22

**certain** [6] - 4:22, 22:21, 22:24, 57:10, 57:17, 118:7

**CERTIFICATE** [1] - 121:1

**certified** [2] - 93:20, 93:22

**certify** [1] - 121:3

**cetera** [1] - 37:12

**chain** [1] - 107:2

**chance** [1] - 104:20

**change** [2] - 7:7, 77:1

**characterization** [1] - 113:24

**characters** [1] - 98:22

**charged** [2] - 70:13, 74:10

**chart** [10] - 101:13, 101:21, 102:10, 102:12, 106:10, 106:11, 106:16, 110:19, 118:3, 118:4

**charts** [4] - 102:12, 117:23, 119:25, 120:13

**cheap** [1] - 99:11

**check** [6] - 34:6, 40:24, 46:5, 54:11, 118:12, 118:14

**Christopher** [1] - 1:12

**christopher.brown6 @usdoj.gov** [1] - 1:14

**chronological** [2] - 99:24, 106:17

**circle** [1] - 98:18

**circumstance** [1] - 97:7

**circumstances** [1] - 119:9

**city** [2] - 27:5, 27:13

**clarification** [2] - 110:5, 113:21

**clarify** [6] - 11:20, 12:2, 102:8, 102:20, 109:6, 109:20

**clear** [10] - 3:25, 4:4, 10:8, 10:11, 40:1, 57:7, 64:9, 79:24, 81:17, 120:5

**clearly** [3] - 7:14, 8:21, 10:18

**clicking** [1] - 49:8

**client** [2] - 34:5, 45:16

**clients** [2] - 65:22, 65:24

**clock** [1] - 115:3

**close** [14] - 15:18, 18:11, 22:9, 25:15, 27:14, 41:8, 47:11, 55:15, 70:7, 70:9, 76:4, 91:10, 99:17, 107:10

**closed** [1] - 116:15

**closing** [2] - 20:25, 46:15

**CMR** [1] - 121:11

**co** [3] - 9:15, 9:17, 9:20

**co-conspirator** [3] - 9:15, 9:17, 9:20

**code** [12] - 39:24, 40:2, 40:4, 70:5, 70:15, 75:3, 75:5, 75:11, 76:24, 79:12, 79:14, 79:20

**codes** [2] - 15:23, 16:7

**colleagues** [1] - 30:5

**collected** [1] - 57:21

**colon** [2] - 12:23, 29:22

**COLUMBIA** [1] - 1:1

**column** [11] - 52:1, 53:4, 76:12, 77:6, 77:7, 78:14, 79:19, 86:8, 88:12, 88:15, 89:24

**columns** [1] - 77:5

**comfort** [1] - 34:8

**coming** [6] - 10:20, 12:11, 12:16, 70:10, 70:11, 79:2

**comment** [1] - 114:19

**common** [3] - 96:21, 112:7, 112:9

**commonality** [1] - 112:15

**commonly** [2] - 17:23,

41:21

**communication** [1] - 10:5

**Company** [1] - 53:7

**company** [4] - 42:1, 47:2, 52:22, 53:7

**compare** [1] - 33:7

**compared** [1] - 3:13

**compilation** [1] - 49:12

**complete** [4] - 48:22, 48:25, 116:7, 121:5

**completely** [2] - 80:16, 101:11

**comply** [1] - 53:16

**compound** [1] - 13:18

**computer** [3] - 30:5, 30:14, 112:19

**concerned** [5] - 12:12, 70:23, 80:22, 97:21, 104:9

**concludes** [9] - 11:8, 62:17, 71:2, 81:25, 95:5, 98:8, 106:6, 109:17, 115:1

**conditionally** [3] - 24:9, 25:18, 96:6

**conduct** [3] - 55:25, 80:15, 115:24

**conducted** [1] - 65:23

**conference** [18] - 8:6, 11:8, 56:16, 62:17, 70:22, 71:2, 80:21, 81:25, 93:5, 95:5, 96:18, 98:8, 100:18, 106:6, 107:18, 109:17, 112:13, 115:1

**confirmation** [1] - 97:24

**confirmations** [1] - 14:10

**confuse** [3] - 73:21, 102:8, 104:4

**confusing** [3] - 101:23, 102:16, 112:18

**connection** [1] - 76:21

**consider** [2] - 30:13, 116:23

**considered** [1] - 81:18

**considering** [1] - 30:21

**conspiracy** [7] - 9:20, 9:22, 9:25, 10:6, 10:10, 10:18

**conspirator** [3] - 9:15, 9:17, 9:20

**constantly** [1] - 97:16

**constitutes** [1] - 121:4

**Constitution** [1] - 121:12

Cont.).......... [1] - 122:4

contact [1] - 19:18
contains [1] - 28:3
content [1] - 42:22
contents [2] - 4:13, 24:18
context [5] - 18:3, 30:25, 31:1, 83:20, 102:14
contexts [1] - 30:8
continuation [1] - 33:19
continue [3] - 2:8, 61:21, 74:23
continued [2] - 2:9, 52:17
contrary [1] - 97:8
control [7] - 78:4, 102:1, 103:15, 105:2, 108:13, 109:8, 112:22
controlled [3] - 24:5, 100:24, 103:13
controls [3] - 58:24, 107:21, 109:10
conviction [1] - 116:22
copies [4] - 2:18, 42:17, 48:25, 56:8
copy [2] - 30:9, 30:20
core [5] - 56:23, 58:22, 72:2, 72:3, 100:25
corner [1] - 110:13
correct [2] - 38:4, 81:22
corrective [1] - 108:18
correspond [1] - 52:9
corresponding [2] - 52:25, 79:22
corresponds [1] - 120:11
Costa [1] - 47:17
counsel [3] - 76:17, 99:20, 101:15
count [1] - 27:2
country [1] - 18:4
couple [5] - 15:19, 37:7, 41:2, 51:22, 99:10
course [2] - 42:25, 109:11
court [3] - 11:9, 106:21, 116:14
Court [12] - 1:25, 9:11, 11:19, 61:20, 73:16, 101:14, 108:10, 109:5, 116:3, 118:1, 121:11
COURT [160] - 1:1, 2:2, 2:4, 2:8, 2:22, 3:1, 5:17, 5:23, 7:13, 8:1,

8:5, 8:7, 8:14, 8:16, 8:20, 9:6, 9:14, 9:19, 10:19, 11:6, 11:9, 11:12, 11:22, 11:25, 12:3, 13:17, 13:21, 16:10, 17:5, 17:7, 19:10, 19:12, 21:11, 21:15, 22:15, 22:18, 24:22, 24:24, 26:9, 26:11, 27:9, 27:24, 28:13, 29:4, 34:13, 34:16, 39:5, 39:7, 41:12, 43:9, 43:11, 43:14, 49:6, 49:23, 54:24, 55:1, 56:14, 57:4, 57:13, 58:2, 58:12, 59:1, 59:14, 59:21, 60:17, 60:20, 60:23, 61:7, 61:11, 61:25, 62:4, 62:16, 63:21, 64:2, 64:6, 69:12, 70:21, 71:3, 71:11, 71:14, 72:13, 72:16, 72:23, 73:10, 73:15, 73:24, 74:19, 74:23, 80:20, 80:25, 81:11, 81:20, 81:24, 83:2, 83:4, 83:6, 84:17, 84:19, 85:8, 85:10, 87:8, 87:10, 89:7, 89:14, 90:12, 90:14, 91:17, 92:10, 92:12, 93:10, 93:24, 94:10, 94:22, 95:1, 96:9, 96:12, 96:25, 97:6, 97:19, 98:4, 98:9, 100:5, 101:12, 102:9, 102:25, 104:6, 104:14, 105:4, 106:9, 106:11, 106:13, 106:20, 107:15, 107:25, 108:7, 108:22, 109:12, 109:18, 112:12, 113:4, 113:17, 113:20, 114:1, 114:4, 114:18, 115:2, 115:13, 116:5, 117:6, 117:12, 118:2, 118:8, 118:16, 119:6, 119:15, 120:1, 120:15, 120:19, 120:22, 121:1
Court's [2] - 62:19, 108:13
courtroom [4] - 2:5, 71:13, 74:22, 116:2
COURTROOM [5] - 2:6, 16:16, 74:20, 85:22, 85:24
CRC [1] - 1:25
create [2] - 20:14, 36:8
created [11] - 49:12,

67:13, 67:14, 67:22, 67:23, 68:6, 68:7, 69:2, 92:19, 95:10, 95:11
creating [1] - 87:24
creation [6] - 4:3, 4:6, 4:8, 68:19, 68:20, 69:1
criminal [2] - 72:19, 115:21
Criminal [1] - 1:3
CRM [1] - 1:18
cross [6] - 105:23, 106:1, 109:13, 114:7, 114:13, 114:20
cross-examination [1] - 109:13
cross-examine [1] - 114:7
crosses [1] - 101:6
crossing [1] - 101:4
CRR [2] - 1:25, 121:11
cryptocurrency [1] - 47:14
CryptoVPN [1] - 52:23
crystal [1] - 120:5
culture [1] - 30:10
cumulative [6] - 16:9, 28:12, 72:11, 73:2, 73:3, 105:15
cure [3] - 60:25, 61:2, 61:3
currencies [1] - 53:11
currency [7] - 47:13, 47:14, 47:15, 52:6, 53:10, 53:25, 111:25
custody [2] - 47:21, 55:22
customer [4] - 42:25, 44:15, 44:16, 45:15
Customer [1] - 44:14
customly [2] - 39:25, 40:5
cut [2] - 96:20, 97:1
cut-and-paste [2] - 96:20, 97:1

**D**

D.C [1] - 121:13
damage [4] - 58:16, 108:4, 112:24, 112:25
data [7] - 57:19, 72:19, 81:7, 82:11, 92:18, 105:13
database [5] - 55:25, 56:18, 58:18, 63:16, 81:14
date [54] - 4:3, 4:6, 4:8, 4:22, 4:24, 6:11, 13:3, 14:23, 22:4, 23:24, 26:19, 31:21,

32:18, 32:19, 33:14, 35:21, 36:17, 36:19, 36:20, 37:17, 40:13, 43:25, 45:6, 46:8, 46:11, 51:25, 52:1, 52:9, 66:13, 66:15, 69:1, 69:21, 75:7, 75:13, 77:18, 77:21, 78:5, 79:4, 80:1, 83:15, 85:12, 86:4, 87:1, 87:2, 87:17, 88:4, 88:6, 90:18, 91:4, 91:8, 95:10, 95:12, 95:14
Dated [1] - 121:7
dated [2] - 20:7, 20:9
dates [1] - 68:19
Daubert [1] - 105:7
days [8] - 44:3, 91:7, 91:9, 99:10, 105:7, 105:25, 117:9
DC [4] - 1:5, 1:14, 1:16, 1:19
de [4] - 59:5, 112:17, 114:9, 119:5
deal [1] - 82:6
dealing [1] - 110:2
Dear [2] - 29:21, 55:10
dear [2] - 29:22, 91:2
December [4] - 3:12, 3:16, 40:14, 40:15
decide [1] - 11:16
defendant [4] - 26:17, 27:13, 28:7, 28:10
Defendant [2] - 1:7, 1:20
defendant's [5] - 86:3, 86:14, 88:1, 91:11, 96:15
defense [15] - 56:25, 71:24, 101:14, 102:19, 102:20, 103:9, 103:25, 104:9, 116:21, 117:22, 118:6, 119:7, 119:10, 120:6
defense's [1] - 59:6
delete [2] - 20:16, 20:20
deleted [2] - 4:17, 36:7
deliberations [2] - 83:10, 110:7
delivered [1] - 90:23
delta [1] - 46:16
demonstrative [8] - 82:25, 83:7, 83:8, 84:9, 85:7, 85:10, 101:5, 119:21
demonstratives [5] - 117:24, 118:6, 118:24, 119:3, 119:24
Denmark [1] - 18:17

**depict** [1] - 38:25

**deposit** [20] - 6:17, 8:9, 14:10, 15:13, 52:25, 70:15, 79:2, 79:4, 79:14, 79:22, 80:1, 80:2, 80:4, 80:8, 84:7, 88:8, 94:19, 97:14, 97:15, 97:17

**deposited** [6] - 69:16, 79:8, 79:10, 88:10, 91:2, 111:22

**depositing** [3] - 93:2, 94:17, 95:9

**DEPUTY** [5] - 2:6, 16:16, 74:20, 85:22, 85:24

**describe** [4] - 44:5, 46:17, 104:6, 104:8

**detail** [1] - 32:16

**determine** [2] - 41:17, 41:22

**developer** [1] - 30:9

**developer/power** [1] - 30:18

**DICKMAN** [1] - 121:3

**Dickman** [2] - 1:25, 121:11

**died** [1] - 33:5

**difference** [5] - 70:10, 95:1, 97:20, 117:15, 120:12

**differences** [1] - 74:4

**different** [12] - 12:21, 15:20, 28:23, 32:24, 57:22, 57:23, 63:11, 74:6, 77:5, 100:23, 115:7

**digital** [3] - 47:15, 53:11, 53:25

**DIRECT** [1] - 2:9

**Direct** [1] - 122:4

**direct** [19] - 2:11, 23:8, 24:8, 37:14, 42:6, 48:6, 48:10, 49:14, 50:3, 67:10, 69:19, 70:18, 77:11, 77:14, 84:13, 86:19, 87:20, 90:1, 119:6

**directed** [2] - 25:8, 87:19

**directing** [30] - 3:5, 6:1, 6:14, 16:2, 16:15, 18:23, 21:1, 25:16, 26:4, 26:21, 27:15, 31:11, 35:14, 36:24, 38:14, 43:17, 44:24, 46:15, 52:19, 54:6, 56:11, 78:3, 78:24, 79:15, 85:20, 86:1, 88:2, 88:14, 95:15,

96:2

**directly** [3] - 53:12, 53:14, 99:9

**disagree** [2] - 9:13, 105:22

**disclose** [2] - 118:3, 119:10

**disclosed** [2] - 118:5, 119:20

**disclosure** [2] - 117:25, 119:18

**discontinuation** [1] - 41:5

**discovery** [2] - 104:16, 104:21

**discuss** [5] - 15:19, 32:12, 32:16, 71:12, 116:6

**discussion** [2] - 36:10, 116:3

**display** [5] - 23:18, 23:19, 81:6, 82:14, 83:20

**dispute** [4] - 97:22, 97:25, 104:4, 109:11

**disputes** [1] - 102:3

**disputing** [2] - 93:7, 103:9

**disruption** [1] - 119:1

**DISTRICT** [3] - 1:1, 1:1, 1:10

**doc** [1] - 91:12

**document** [42] - 3:10, 35:15, 54:8, 58:12, 58:14, 58:16, 60:3, 60:19, 61:3, 62:7, 62:12, 63:8, 64:7, 64:12, 65:12, 90:18, 92:4, 92:16, 92:18, 92:19, 92:21, 92:22, 92:23, 94:2, 94:8, 94:12, 94:15, 95:10, 95:11, 95:15, 95:17, 95:19, 95:20, 95:21, 95:24, 95:25, 96:4, 98:14, 98:16, 98:19, 107:5, 107:8

**documents** [3] - 61:8, 62:1, 93:8

**DOJ** [3] - 1:13, 1:15, 1:18

**DOJ-CRM** [1] - 1:18

**DOJ-USAO** [1] - 1:13

**dollar** [1] - 47:15

**dollars** [16] - 52:6, 52:17, 53:6, 69:16, 70:11, 78:17, 79:7, 99:13, 111:16, 111:17, 111:19, 111:20, 111:21, 112:2, 112:3,

112:5

**domain** [18] - 18:14, 21:7, 22:2, 22:3, 24:3, 41:18, 44:7, 44:8, 44:9, 44:10, 44:11, 47:8, 58:11, 68:11, 68:12, 68:13, 99:18, 112:6

**done** [10] - 36:15, 42:8, 53:21, 58:16, 59:5, 93:16, 94:22, 108:4, 112:23, 112:25

**dotted** [6] - 6:23, 6:24, 7:2, 7:3, 45:18, 45:21

**double** [2] - 54:11, 118:12

**down** [16] - 6:23, 13:24, 20:6, 23:10, 24:1, 29:12, 31:13, 37:23, 44:4, 65:20, 67:4, 75:21, 77:8, 103:17, 105:11, 116:6

**draw** [3] - 58:13, 63:1, 64:15

**drawing** [2] - 82:7, 109:22

**drawn** [1] - 84:25

**draws** [1] - 76:21

**drive** [1] - 107:6

**drop** [1] - 40:9

**dropping** [1] - 44:4

**drug** [8] - 8:9, 8:25, 9:10, 9:13, 10:12, 10:18, 12:24, 14:9

**Drug** [3] - 9:2, 10:2, 10:15

**Duncan** [4] - 34:23, 34:24, 35:1, 38:18

**Duncant** [5] - 31:25, 32:22, 33:17, 34:19, 38:19

**duncant** [1] - 34:2

**duncant@mit.edu** [1] - 34:7

**during** [1] - 83:9

**E**

**E-currency** [1] - 53:10

**early** [1] - 116:13

**earned** [1] - 78:21

**easier** [1] - 42:10

**easily** [1] - 59:23

**easy** [1] - 37:10

**echo** [2] - 44:24, 86:15

**Editor** [1] - 24:3

**effect** [8] - 7:21, 10:21, 11:18, 12:11, 28:9, 29:9, 94:16, 113:13

**either** [2] - 10:15, 110:3

**Ekeland** [8] - 1:20, 1:21, 71:15, 83:4, 97:12, 103:1, 114:1, 120:19

**EKELAND** [99] - 2:23, 5:18, 7:14, 8:2, 8:8, 8:18, 9:4, 9:9, 9:16, 10:8, 10:25, 11:5, 13:16, 13:18, 16:8, 17:6, 19:11, 21:12, 22:14, 24:23, 26:10, 27:8, 27:25, 28:3, 28:12, 34:12, 34:14, 39:6, 41:11, 43:10, 49:7, 49:11, 49:22, 54:25, 56:15, 56:17, 58:15, 59:3, 59:15, 60:19, 60:21, 60:24, 61:9, 61:12, 61:19, 69:10, 70:19, 70:23, 71:16, 72:14, 73:12, 73:16, 76:16, 80:19, 80:22, 81:17, 81:23, 83:5, 85:9, 87:9, 89:1, 90:13, 91:14, 92:11, 93:3, 93:6, 93:14, 94:5, 94:19, 96:10, 96:16, 96:19, 97:4, 97:15, 98:1, 99:20, 100:1, 100:19, 101:22, 103:3, 104:13, 104:22, 107:14, 107:17, 107:19, 108:2, 108:4, 108:9, 109:5, 112:11, 112:14, 113:19, 114:2, 114:7, 117:2, 117:7, 117:19, 118:9, 120:21

**electronic** [8] - 48:18, 48:21, 48:24, 101:15, 117:24, 120:7, 120:8, 120:10

**electronically** [2] - 49:21, 119:13

**element** [1] - 9:3

**elements** [1] - 8:23

**elicit** [1] - 29:2

**Email** [6] - 1:14, 1:17, 1:19, 1:23, 1:23, 1:25

**email** [136] - 4:13, 6:3, 6:4, 6:5, 6:9, 6:10, 6:11, 6:13, 6:14, 6:22, 7:15, 7:22, 9:24, 10:9, 11:13, 12:3, 12:21, 13:1, 13:3, 13:4, 13:5, 13:6, 13:12, 13:15, 13:19, 13:23, 14:1, 14:2, 14:12, 14:20, 14:21, 14:23, 15:19, 15:25, 17:15, 17:17, 17:18, 18:9, 18:14,

18:19, 18:25, 19:2, 19:17, 19:19, 19:20, 20:23, 20:25, 21:3, 21:5, 21:22, 22:24, 23:2, 23:22, 24:12, 24:14, 24:18, 25:4, 25:8, 25:9, 25:11, 25:13, 25:22, 25:23, 26:2, 26:6, 26:17, 26:19, 26:24, 27:17, 27:20, 28:21, 29:10, 29:14, 34:6, 43:18, 43:19, 43:21, 43:23, 44:16, 45:1, 45:6, 45:12, 46:15, 46:19, 46:21, 47:6, 53:22, 54:9, 54:12, 54:15, 54:16, 54:20, 55:5, 55:6, 56:22, 58:24, 60:5, 64:8, 65:2, 65:3, 65:14, 66:5, 66:6, 67:5, 67:7, 67:20, 68:4, 68:10, 68:16, 86:24, 87:1, 87:3, 87:4, 87:14, 87:15, 87:20, 87:23, 90:5, 90:6, 90:19, 90:20, 90:21, 90:25, 91:5, 91:8, 96:15, 97:9, 106:25, 107:1, 110:17

**emails** [15] - 4:19, 4:21, 4:22, 5:1, 5:11, 5:12, 6:8, 9:21, 42:21, 42:22, 42:24, 43:2, 56:23, 59:4, 59:17

**employed** [1] - 22:1

**employer's** [1] - 21:21

**encourage** [1] - 118:17

**end** [5] - 17:25, 48:8, 52:7, 68:13, 98:21

**ending** [1] - 68:12

**ends** [4] - 70:6, 75:12, 79:14, 79:20

**enforcement** [5] - 4:10, 18:13, 21:6, 53:17, 68:15

**engaged** [1] - 9:10

**English** [2] - 96:12, 98:22

**enjoy** [1] - 115:25

**enter** [2] - 2:5, 74:22

**entire** [1] - 108:6

**entirely** [2] - 101:2, 107:23

**entitled** [2] - 105:15, 105:16

**entity** [1] - 103:13

**entries** [2] - 60:7, 78:19

**entry** [1] - 75:10

**environments** [1] - 30:6

**essentially** [6] - 9:12, 37:5, 59:17, 71:22, 101:7, 103:22

**establish** [2] - 5:20, 97:6

**established** [1] - 11:3

**establishing** [1] - 9:3

**estimate** [2] - 88:23, 89:2

**et** [1] - 37:12

**Etherscan** [1] - 82:5

**euro** [1] - 107:3

**European** [2] - 97:4, 99:9

**euros** [10] - 88:11, 88:21, 88:22, 88:23, 89:5, 89:15, 91:2, 107:6, 110:21, 110:22

**Euros** [1] - 99:12

**evening** [1] - 116:15

**event** [5] - 3:13, 4:24, 77:18, 113:10, 113:14

**events** [3] - 77:24, 79:6, 115:7

**eventually** [2] - 47:18, 48:5

**evidence** [10] - 10:12, 29:7, 54:3, 60:14, 64:12, 97:8, 102:23, 107:19, 108:11, 109:25

**exact** [3] - 77:18, 94:16, 104:15

**exactly** [7] - 10:23, 20:17, 73:7, 81:3, 81:5, 117:16, 118:21

**examination** [4] - 49:14, 59:24, 60:8, 109:13

**Examination** [1] - 122:4

**EXAMINATION** [1] - 2:9

**examine** [1] - 114:7

**example** [2] - 12:4, 51:10

**Excel** [1] - 89:22

**Excellent** [1] - 117:6

**except** [2] - 59:19, 109:10

**exception** [1] - 9:20

**exchange** [5] - 47:13, 53:11, 54:1, 99:12, 99:13

**excuse** [1] - 33:25

**exhibit** [48] - 6:2, 16:19, 21:2, 23:12, 24:10, 24:17, 26:5, 27:16, 27:19, 28:16,

37:3, 38:15, 38:17, 41:8, 44:25, 54:19, 55:15, 61:15, 66:22, 85:21, 86:21, 86:23, 90:2, 90:4, 90:7, 99:25, 100:4, 100:6, 100:7, 100:25, 104:10, 104:12, 104:15, 104:16, 104:24, 105:16, 106:4, 106:9, 112:24, 117:22, 118:7, 118:10, 118:13, 120:6, 120:7, 120:17

**Exhibit** [119] - 3:5, 5:3, 5:5, 5:15, 6:1, 14:11, 16:2, 16:6, 16:15, 17:9, 18:23, 19:9, 19:12, 19:14, 21:1, 21:10, 21:17, 23:8, 24:8, 24:11, 24:21, 25:1, 25:20, 26:4, 26:15, 26:21, 27:15, 27:23, 28:14, 28:18, 31:11, 35:16, 36:24, 38:14, 39:4, 39:5, 39:7, 39:9, 39:15, 39:16, 39:19, 40:8, 44:24, 46:16, 46:18, 50:3, 54:6, 54:23, 55:3, 62:21, 65:6, 65:16, 65:25, 66:1, 66:7, 66:17, 66:25, 67:3, 67:9, 67:11, 69:7, 69:19, 70:18, 75:1, 75:9, 75:25, 76:2, 77:3, 77:12, 77:20, 79:16, 82:14, 82:15, 83:2, 83:18, 84:6, 84:13, 84:14, 84:22, 85:6, 85:19, 86:15, 86:19, 87:7, 87:10, 87:12, 88:1, 90:1, 90:11, 90:14, 90:16, 91:22, 92:9, 92:12, 92:14, 95:16, 96:2, 96:3, 98:11, 98:25, 99:2, 100:16, 106:7, 106:14, 120:3, 120:10, 122:6, 122:7, 122:9, 122:11, 122:11, 122:12, 122:13, 122:13, 122:15, 122:15, 122:16, 122:17, 122:17

**EXHIBITS** [1] - 122:5

**Exhibits** [26] - 2:12, 2:17, 3:3, 12:1, 25:16, 26:8, 26:13, 42:6, 42:15, 43:15, 48:2, 48:10, 49:5, 49:25, 56:3, 56:13, 62:3, 62:20, 63:23, 96:5,

98:9, 122:7, 122:8, 122:9, 122:10, 122:14

**exhibits** [17] - 3:1, 5:8, 11:20, 48:4, 49:17, 49:23, 56:5, 56:6, 57:8, 61:17, 66:18, 98:7, 101:16, 105:16, 117:23, 118:24, 119:16

**existed** [1] - 9:20

**experience** [3] - 30:15, 30:23, 82:10

**experiments** [1] - 36:12

**expert** [37] - 71:16, 71:19, 71:22, 72:2, 72:4, 72:10, 73:5, 73:8, 73:22, 74:14, 80:25, 81:4, 81:18, 81:22, 97:23, 102:5, 102:10, 102:11, 102:13, 102:14, 104:3, 104:7, 105:1, 105:5, 105:6, 106:3, 107:23, 108:6, 108:25, 113:1, 114:3, 114:6, 114:8, 118:13, 119:16, 119:17

**experts** [1] - 114:17

**explain** [6] - 12:13, 29:15, 52:13, 64:3, 92:16, 109:15

**explained** [3] - 35:1, 83:7, 94:15

**explaining** [2] - 12:13, 100:13

**explorer** [6] - 80:13, 81:10, 81:18, 81:21, 82:19, 85:1

**explorers** [6] - 80:11, 80:14, 80:17, 82:2, 82:6, 82:10

**extent** [2] - 105:7, 105:21

**extra** [1] - 36:9

**extract** [1] - 56:1

## F

**F'ing** [2] - 98:2, 98:3

**face** [1] - 27:4

**facilities** [2] - 117:15, 117:16

**fact** [15] - 9:1, 10:2, 10:3, 39:23, 57:10, 57:19, 57:24, 60:10, 71:23, 72:18, 74:11, 81:16, 103:2, 114:18, 118:5

**factor** [1] - 17:23

**facts** [1] - 101:4

**factual** [2] - 110:2,

113:17

**fair** [6] - 2:17, 30:19, 42:17, 48:25, 56:8

**fairly** [13] - 5:12, 16:24, 19:5, 21:5, 24:17, 27:19, 38:25, 54:19, 82:11, 87:3, 90:7, 92:4, 95:24

**familiar** [4] - 46:22, 46:24, 80:11, 82:3

**far** [3] - 8:10, 61:14, 77:24

**fashion** [1] - 60:13

**fast** [1] - 73:15

**Favorite** [1] - 51:7

**favorite** [1] - 51:14

**FBI** [21] - 55:25, 56:9, 57:8, 57:15, 57:17, 58:2, 58:19, 59:15, 59:17, 62:8, 62:11, 62:12, 62:25, 63:1, 63:3, 63:8, 63:14, 63:15, 64:9, 64:13, 64:17

**FBI-related** [1] - 62:12

**features** [1] - 31:6

**February** [2] - 1:6, 121:7

**Federal** [1] - 55:24

**fee** [2] - 70:13, 70:14

**fees** [4] - 71:20, 73:13, 73:17, 74:10

**few** [6] - 33:9, 37:2, 65:21, 68:22, 68:23, 75:17

**FFD2B** [2] - 79:14, 79:20

**field** [2] - 44:13, 44:21

**fields** [1] - 70:3

**file** [2] - 22:2, 58:17

**filed** [1] - 70:4

**files** [1] - 120:7

**financial** [12] - 18:9, 22:12, 22:21, 22:25, 23:3, 47:12, 71:18, 72:19, 72:20, 72:21, 73:6, 73:13

**financials** [1] - 74:5

**fine** [1] - 97:25

**finger** [1] - 98:18

**fingernails** [1] - 117:10

**finish** [3] - 104:14, 114:22, 114:23

**finished** [1] - 95:7

**fire** [2] - 12:8, 12:15

**first** [54] - 3:21, 13:6, 13:8, 14:25, 20:6, 20:15, 25:10, 26:15, 30:15, 30:16, 31:18,

31:20, 31:21, 32:24, 33:6, 33:13, 33:21, 35:18, 35:20, 36:9, 37:2, 43:17, 45:11, 47:2, 48:4, 48:12, 50:8, 50:20, 51:25, 52:1, 53:4, 73:1, 78:5, 79:25, 80:9, 84:10, 87:22, 91:1, 97:2, 98:15, 99:7, 99:25, 101:24, 103:10, 103:24, 104:9, 104:11, 104:18, 104:23, 110:19, 110:21, 112:16, 113:21, 114:2

**fit** [2] - 28:24, 102:22

**fits** [2] - 101:20, 102:24

**five** [12] - 31:12, 34:6, 57:20, 57:22, 57:23, 63:9, 63:11, 63:14, 63:17, 64:8, 91:9, 114:22

**fix** [3] - 6:17, 8:9, 14:9

**flip** [6] - 65:5, 65:25, 75:25, 85:19, 86:15, 98:25

**flipping** [10] - 65:16, 66:7, 67:3, 67:9, 69:7, 75:9, 77:20, 84:6, 84:9, 88:1

**Floor** [1] - 1:22

**flow** [9] - 58:11, 71:22, 73:14, 73:17, 100:22, 109:7, 109:8, 109:24, 110:4

**flowing** [1] - 109:9

**flows** [1] - 108:20

**fluency** [1] - 94:4

**foam** [5] - 103:24, 103:25, 104:18, 104:20, 104:23

**Fog** [31] - 8:24, 9:1, 9:10, 9:13, 10:7, 11:4, 14:14, 15:10, 33:8, 33:9, 33:10, 35:9, 36:7, 36:18, 36:20, 40:16, 40:17, 40:18, 41:3, 44:2, 44:3, 45:8, 45:9, 50:23, 50:24, 58:11, 68:20, 68:23, 68:25, 69:4, 69:6

**follow** [1] - 108:21

**followed** [3] - 15:16, 35:18, 46:13

**following** [3] - 37:20, 39:22, 62:11

**follows** [9] - 8:6, 56:16, 70:22, 80:21, 93:5, 96:18, 100:18, 107:18, 112:13

**FOR** [1] - 1:1

**foregoing** [1] - 121:4

**forensics** [1] - 112:19

**forfeiture** [1] - 116:23

**forget** [1] - 51:10

**form** [5] - 6:2, 60:13, 73:5, 104:25, 111:25

**format** [4] - 17:11, 42:20, 49:17, 92:2

**formatted** [1] - 14:17

**forth** [1] - 64:17

**Forum** [1] - 13:1

**forum** [5] - 7:6, 13:11, 15:2, 15:4, 23:7

**forward** [1] - 115:17

**forwarded** [1] - 15:4

**foundation** [7] - 7:10, 9:18, 34:15, 34:16, 49:15, 57:10, 62:7

**foundational** [2] - 5:20, 91:18

**four** [11] - 58:9, 58:10, 71:9, 75:4, 78:4, 78:5, 78:7, 78:19, 79:6, 105:25, 117:9

**framing** [2] - 29:2, 29:10

**frankly** [2] - 105:18, 105:25

**front** [5] - 9:17, 64:7, 104:1, 108:5, 109:3

**fucking** [2] - 97:2, 99:7

**full** [5] - 4:13, 34:3, 40:19, 48:25, 121:5

**functionality** [1] - 41:2

**funds** [14] - 52:25, 58:11, 100:22, 102:2, 107:21, 107:22, 108:20, 109:7, 109:8, 109:24, 111:6, 111:8, 111:25

**furtherance** [5] - 9:21, 9:25, 10:5, 10:10, 10:18

## G

**gamer** [1] - 30:4

**generally** [3] - 42:22, 68:15, 118:16

**generated** [3] - 6:7, 13:25, 14:19

**generous** [1] - 30:21

**geographic** [3] - 3:22, 44:18, 51:3

**gigantic** [1] - 103:24

**given** [10] - 18:5, 23:15, 23:22, 23:24, 41:18, 44:18, 69:24,

91:4, 106:3, 109:19

**gold** [1] - 103:10

**Gold** [2] - 19:18, 19:23

**golf** [3] - 56:4, 62:3, 66:25

**Google** [17] - 16:22, 16:25, 17:12, 19:6, 24:15, 54:16, 54:20, 91:11, 91:12, 91:25, 92:2, 92:5, 95:21, 95:22, 95:25, 98:19, 107:5

**Gothenburg** [3] - 26:25, 27:3, 27:5

**Government** [2] - 38:14, 63:23

**government** [48] - 2:20, 5:15, 8:23, 11:23, 16:25, 17:3, 19:8, 21:9, 24:20, 26:7, 27:22, 38:23, 39:3, 43:7, 47:18, 49:4, 54:3, 54:22, 55:19, 55:22, 56:12, 56:23, 59:9, 60:9, 60:22, 62:2, 62:18, 62:20, 64:4, 66:21, 70:23, 72:3, 72:7, 82:24, 85:5, 87:6, 90:10, 92:8, 96:7, 96:20, 97:13, 101:23, 102:21, 106:7, 107:16, 112:18, 122:5

**government's** [3] - 80:24, 94:6, 103:8

**Government's** [17] - 3:3, 12:1, 17:9, 19:14, 21:17, 25:1, 26:13, 28:18, 39:9, 43:15, 49:25, 55:3, 87:12, 90:16, 92:14, 98:11, 106:14

**Gox** [53] - 53:25, 54:2, 55:16, 55:17, 55:18, 55:20, 55:23, 56:7, 56:9, 56:18, 57:3, 57:19, 61:10, 61:14, 61:19, 61:23, 63:12, 63:15, 65:1, 65:8, 65:19, 69:18, 70:5, 75:19, 76:7, 76:24, 79:3, 86:3, 86:13, 86:16, 87:15, 87:24, 88:2, 88:9, 90:21, 90:24, 95:13, 99:10, 103:4, 106:25, 107:4, 107:7, 109:11, 110:15, 110:17, 110:20, 111:8, 111:12, 111:15, 112:10, 113:8, 115:8, 115:10

Appx3319

granted [1] - 64:6
great [3] - 27:2, 32:13, 98:3
green [1] - 103:13
greetings [1] - 15:16
grouped [15] - 56:22, 57:11, 57:13, 57:14, 57:15, 57:19, 57:24, 59:7, 59:16, 60:11, 62:8, 63:12, 63:17, 64:10, 64:12
grouping [2] - 56:19, 103:5
groups [2] - 64:7, 103:17
guess [1] - 96:13
guy [1] - 26:25

## H

hacking [1] - 37:10
halfway [2] - 20:6, 31:13
hand [4] - 37:12, 103:4, 103:11, 110:13
handed [1] - 34:4
handful [1] - 5:1
handle [1] - 116:24
happy [3] - 108:17, 108:19, 120:12
hard [1] - 103:23
harm [1] - 95:3
Hassard [1] - 1:21
hate [1] - 116:18
head [3] - 12:13, 88:23, 89:9
header [2] - 77:6, 77:7
headers [1] - 77:4
heading [2] - 37:1, 39:11
headings [1] - 53:5
hear [5] - 62:13, 72:13, 72:14, 72:16, 106:22
heard [10] - 61:20, 73:2, 73:10, 73:16, 73:23, 93:21, 101:18, 104:6, 108:14, 113:3
hearsay [9] - 5:18, 7:18, 9:4, 28:3, 34:14, 58:21, 59:14, 59:21, 96:10
Heavydist [5] - 17:16, 19:3, 20:7, 20:14, 91:11
heavydist.com [1] - 16:13
heavydist@gmail. com [16] - 16:1, 16:7, 17:18, 18:9, 18:25, 19:21, 20:7, 23:4,

24:12, 25:9, 25:22, 26:18, 54:10, 54:14, 55:10, 92:6
held [9] - 8:6, 56:16, 70:22, 80:21, 93:5, 96:18, 100:18, 107:18, 112:13
HELD [1] - 1:9
Hello [2] - 32:10, 46:5
help [5] - 10:4, 15:16, 46:9, 80:17, 100:13
helpful [5] - 82:21, 85:2, 101:19, 102:17, 102:23
helps [1] - 83:8
hereby [1] - 121:3
Hi [2] - 8:8, 34:2
hi [2] - 14:9, 26:25
High [7] - 42:24, 47:1, 50:17, 51:21, 52:4, 52:10, 52:18
Highhost.net [1] - 52:8
highhosting.net [15] - 42:2, 42:4, 42:16, 42:18, 42:24, 43:6, 43:19, 43:21, 45:1, 45:3, 47:3, 52:5, 52:15, 106:24, 112:6
highlight [1] - 15:6
highlighted [3] - 14:7, 66:15, 101:17
highlighter [1] - 61:1
highlighting [1] - 60:25
highly [7] - 9:2, 100:24, 101:4, 101:23, 102:6, 104:2, 104:5
history [2] - 77:14, 90:8
hit [1] - 61:4
hold [2] - 8:14, 65:5
holiday [2] - 71:10, 71:11
Honor [97] - 2:3, 2:24, 2:25, 5:19, 7:9, 7:14, 7:19, 8:2, 8:4, 8:18, 8:21, 9:9, 9:24, 10:15, 10:23, 11:19, 13:20, 16:8, 21:13, 22:17, 28:5, 28:12, 29:1, 34:12, 43:7, 43:13, 56:17, 57:6, 58:1, 58:3, 58:6, 58:15, 59:20, 60:2, 60:9, 62:2, 62:15, 63:20, 64:1, 70:19, 72:14, 72:17, 73:23, 76:16, 76:18, 80:19, 80:22, 81:5, 81:17, 82:24, 83:3, 84:15,

84:18, 85:5, 89:1, 89:3, 89:13, 91:15, 93:3, 93:14, 93:25, 94:24, 95:4, 96:5, 96:14, 96:16, 96:22, 98:1, 99:20, 100:1, 101:13, 101:22, 102:11, 104:2, 106:10, 107:14, 108:3, 108:9, 108:17, 109:5, 110:9, 112:11, 112:20, 113:2, 113:3, 113:22, 114:25, 115:4, 117:1, 117:4, 117:19, 118:15, 119:2, 119:11, 119:22, 120:4, 120:18
HONORABLE [1] - 1:9
hope [2] - 115:17, 115:25
hopefully [2] - 38:3, 117:16
host [1] - 112:6
hosted [1] - 47:2
hosting [6] - 41:15, 41:17, 44:7, 44:12, 52:17
Hosting [6] - 47:1, 50:17, 51:21, 52:4, 52:10, 52:18
Hosting's [1] - 42:24
hour [2] - 74:8
hours [1] - 55:14
house [3] - 74:7, 105:14
Howell [4] - 43:3, 43:5, 43:21, 45:5
HTTP://bitcointalk. org/index.PHP?topic= 50037.0 [1] - 40:25
hundreds [2] - 114:10
hypothetical [1] - 12:5

## I

ID [2] - 32:1, 66:21
idea [1] - 36:7
ideas [1] - 39:23
identifiers [1] - 57:17
identity [1] - 30:6
IDs [1] - 64:8
ignore [1] - 110:6
Ilikestuff [1] - 13:11
IM [1] - 34:5
image [3] - 84:24, 84:25, 119:13
impact [1] - 9:7
implausible [1] - 96:25
implementation [1] - 36:15
implicit [1] - 118:6

implicitly [1] - 118:2
imply [2] - 57:25, 60:12
implying [2] - 103:11, 105:2
Important [2] - 6:16, 6:20
important [1] - 6:21
impossible [1] - 20:19
improper [2] - 56:25, 105:23
improperly [1] - 58:19
improvements [1] - 36:15
improver [1] - 30:15
IN [1] - 1:1
inadequate [1] - 62:13
inappropriate [5] - 72:10, 101:2, 104:2, 105:3, 114:16
included [2] - 93:20, 104:17
including [1] - 120:8
incoming [1] - 52:25
incorrect [1] - 46:6
indented [1] - 29:23
INDEX [1] - 122:1
India [1] - 67:3
indicated [4] - 88:12, 93:10, 97:13, 113:7
indicating [2] - 14:6, 15:7
individual [1] - 43:2
inference [1] - 58:13
inferences [2] - 64:15, 109:23
info@mtgox.com [2] - 87:16, 90:22
inform [1] - 108:11
information [26] - 3:6, 3:8, 3:9, 3:11, 17:14, 20:16, 23:11, 23:13, 23:15, 36:9, 41:20, 42:25, 44:14, 45:14, 60:3, 63:1, 63:9, 65:12, 82:8, 86:16, 88:12, 102:7, 103:20, 105:9, 112:20, 114:13
Information [2] - 44:14, 44:22
initial [1] - 42:1
initiative [1] - 27:3
inputting [1] - 93:1
inquire [1] - 117:18
inspect [2] - 104:20, 119:23
install [1] - 30:15
instead [1] - 30:20
institution [1] - 47:12
instruct [2] - 11:12,

58:13
**instructed** [1] - 60:13
**instruction** [5] - 60:10, 60:24, 61:2, 62:14, 108:18
**instructions** [5] - 62:19, 71:7, 96:21, 97:1, 97:3
**intend** [3] - 29:1, 118:24, 120:2
**intends** [1] - 81:6
**interest** [2] - 63:5, 118:22
**interesting** [1] - 32:14
**internal** [1] - 45:1
**internet** [4] - 96:21, 97:1, 97:3, 115:24
**introduce** [2] - 28:6, 59:25
**introduced** [4] - 8:12, 10:16, 28:7, 61:17
**introducing** [2] - 7:11, 7:19
**investigating** [3] - 62:11, 64:11, 64:14
**Investigation** [1] - 55:24
**investigation** [9] - 16:12, 18:8, 18:16, 31:7, 41:22, 42:3, 47:24, 53:12, 53:18
**investigative** [2] - 62:10, 64:10
**investigator** [1] - 72:19
**investigators** [2] - 62:8, 91:12
**invoice** [2] - 52:7, 52:18
**Invoice** [2] - 45:17, 52:8
**involve** [1] - 100:10
**involves** [1] - 103:2
**involving** [2] - 8:24, 113:14
**IP** [21] - 25:12, 59:5, 77:7, 77:9, 77:17, 77:18, 103:17, 103:18, 112:7, 112:9, 112:15, 113:6, 113:7, 113:11, 113:14, 114:11, 115:6
**IRC** [1] - 34:8
**IRS** [2] - 72:19, 89:21
**issue** [15] - 8:7, 9:21, 10:17, 11:21, 56:23, 57:12, 60:25, 71:15, 93:15, 101:9, 102:21, 108:13, 108:15, 117:14, 118:17

**issues** [6] - 58:22, 58:23, 100:25, 110:1, 112:15, 118:20
**IT** [3] - 30:5, 30:10, 30:25
**item** [5] - 18:24, 20:4, 25:20, 82:16, 120:7
**Items** [1] - 44:5
**items** [1] - 118:7
**itself** [4] - 36:14, 64:13, 64:17, 95:15

**J**

**Jabber** [1] - 32:15
**Janice** [2] - 1:25, 121:11
**JANICE** [1] - 121:3
**Janice_e_dickman@ dcd.uscourts.gov** [1] - 1:25
**January** [4] - 6:12, 13:3, 14:24, 23:25
**Japan** [2] - 44:20, 55:18
**Jeffrey** [1] - 1:17
**Jeffrey.pearlman@ usdoj.gov** [1] - 1:19
**Jordan** [1] - 23:17
**jordan.butch@mail. ru** [1] - 23:23
**judge** [2] - 12:8, 115:22
**JUDGE** [2] - 1:9, 1:10
**June** [2] - 3:15, 22:5
**Juror** [2] - 116:3, 116:9
**JUROR** [1] - 12:2
**JURORS** [1] - 71:10
**jurors** [4] - 2:5, 71:13, 74:22, 116:2
**JURY** [2] - 1:4, 1:8
**jury** [65] - 2:2, 2:6, 3:2, 10:19, 11:12, 12:20, 14:5, 16:4, 17:8, 19:13, 21:16, 24:25, 26:12, 26:16, 28:15, 28:17, 29:4, 39:8, 43:12, 49:24, 50:6, 55:2, 58:13, 58:15, 59:8, 60:13, 60:25, 63:25, 64:9, 69:8, 72:21, 73:21, 74:19, 75:22, 82:21, 83:6, 85:2, 85:15, 90:15, 92:13, 93:21, 94:3, 96:23, 98:10, 98:13, 101:6, 101:17, 101:19, 102:8, 102:16, 102:17, 102:20, 102:24, 104:1,

104:5, 106:17, 108:5, 108:11, 108:14, 108:24, 109:6, 109:18, 116:22, 119:1

**K**

**keeps** [1] - 97:18
**key** [5] - 58:23, 101:24, 102:7, 103:8
**keywords** [1] - 94:5
**Killdozer** [21] - 23:7, 23:14, 23:16, 23:19, 23:20, 23:22, 23:24, 24:6, 25:9, 25:13, 27:1, 31:3, 31:8, 31:9, 31:15, 31:17, 32:10, 33:12, 33:23, 35:17
**kind** [9] - 13:12, 44:4, 47:10, 47:12, 72:9, 110:11, 112:25, 113:1, 115:24
**Kingdom** [1] - 3:23
**knowledge** [5] - 7:22, 8:24, 9:3, 10:3, 34:15
**known** [1] - 105:21
**knows** [2] - 34:17, 71:20
**Kolbasa** [15] - 59:4, 68:3, 68:19, 76:7, 76:14, 76:21, 76:23, 78:1, 79:3, 80:4, 111:12, 111:14, 112:8, 113:6, 115:10
**Kolbasa99** [2] - 112:10, 115:8
**kolbasa99@rambler. ru** [2] - 68:5, 68:10
**Krulikowski** [1] - 94:14
**Kunnikov** [3] - 3:21, 46:20, 51:2
**Kyoto** [1] - 44:20

**L**

**labeled** [2] - 50:7, 51:18
**lack** [1] - 117:25
**laid** [3] - 7:10, 34:15, 57:16
**language** [5] - 25:23, 29:2, 93:12, 93:13, 97:24
**lapsed** [1] - 91:7
**laptop** [1] - 117:4
**large** [2] - 105:15, 105:16
**larger** [1] - 63:1
**last** [14] - 3:21, 37:23,

37:24, 67:15, 67:16, 67:24, 67:25, 68:8, 75:4, 108:7, 108:10, 108:24, 109:19, 110:6
**launch** [13] - 33:8, 33:9, 36:18, 40:16, 44:2, 44:3, 45:8, 50:23, 68:20, 68:23, 68:24, 69:4, 69:5
**launched** [6] - 33:10, 36:20, 40:17, 40:18, 45:10, 50:25
**laundering** [1] - 9:13
**Law** [1] - 1:21
**law** [5] - 4:10, 18:13, 21:6, 53:16, 68:15
**lay** [5] - 34:16, 49:15, 62:7, 71:25, 72:7
**laying** [1] - 57:10
**lead** [7] - 38:9, 107:16, 108:1, 108:8, 108:17, 108:19, 110:25
**leading** [5] - 22:14, 27:10, 76:16, 91:14, 91:16
**leads** [1] - 38:7
**least** [3] - 48:24, 71:4, 98:5
**leave** [7] - 12:9, 71:13, 94:7, 94:20, 105:14, 116:2, 116:17
**leaving** [2] - 102:7, 111:25
**led** [2] - 38:21, 41:4
**ledger** [1] - 80:18
**ledgers** [1] - 80:17
**left** [7] - 83:24, 85:16, 103:4, 103:20, 107:3, 110:13, 114:17
**left-hand** [2] - 103:4, 110:13
**leftover** [1] - 84:4
**legal** [3] - 2:15, 5:13, 24:14
**Leo** [1] - 122:3
**less** [3] - 68:21, 69:5, 101:18
**letters** [5] - 51:15, 75:4, 80:9, 84:10, 86:9
**level** [1] - 94:4
**Liberty** [46] - 44:23, 46:7, 46:13, 47:9, 47:12, 47:13, 47:15, 47:18, 47:21, 48:17, 49:1, 50:2, 50:19, 52:2, 52:5, 52:6, 52:15, 52:16, 53:6, 53:8, 54:1, 69:8, 69:15, 69:16, 70:8, 70:11, 77:1, 77:2, 77:12, 99:14, 103:21,

106:23, 107:1, 111:22, 111:23, 112:2, 112:3, 112:4, 112:5, 112:8, 112:9, 113:9, 115:7, 115:11
**license** [4] - 30:12, 81:12, 81:13, 105:12
**likewise** [1] - 103:10
**limit** [1] - 11:24
**limited** [1] - 109:15
**limiting** [4] - 60:10, 60:24, 61:2, 62:14
**line** [55] - 6:14, 6:15, 6:18, 6:19, 6:23, 6:24, 7:2, 7:3, 12:25, 13:2, 13:6, 13:7, 13:8, 14:12, 14:13, 14:25, 19:17, 21:20, 24:2, 25:3, 29:12, 40:1, 43:23, 45:11, 45:14, 45:18, 45:21, 54:11, 56:20, 60:14, 69:20, 69:21, 75:10, 76:8, 77:8, 77:15, 77:16, 78:10, 78:24, 79:2, 79:10, 79:13, 79:17, 79:18, 79:21, 80:7, 84:6, 85:20, 86:1, 87:19, 88:2, 88:4, 98:21
**Line** [1] - 75:1
**lines** [11] - 25:10, 72:19, 73:8, 78:3, 78:4, 78:6, 78:13, 87:22, 88:14, 89:24, 91:1
**link** [1] - 38:21
**links** [1] - 38:5
**list** [7] - 51:14, 66:8, 117:22, 118:7, 120:6, 120:8, 120:10
**listed** [11] - 17:15, 17:19, 47:4, 50:10, 50:12, 60:3, 64:23, 67:7, 76:12, 91:8, 118:7
**listener** [11] - 7:21, 9:7, 10:22, 10:25, 11:2, 11:15, 11:16, 11:18, 12:17, 28:9, 28:10
**lists** [2] - 63:8, 117:23
**literal** [2] - 113:8, 113:15
**literally** [6] - 82:4, 94:3, 94:24, 101:16, 102:15, 113:25
**lived** [2] - 68:21, 105:13
**living** [1] - 30:6
**location** [3] - 3:22, 44:18, 51:3
**log** [1] - 74:7

**login** [14] - 66:3, 66:4, 67:11, 67:12, 67:15, 67:16, 67:18, 67:19, 67:24, 67:25, 68:1, 68:8, 87:25, 113:10
**London** [1] - 3:23
**look** [17] - 5:2, 5:5, 7:18, 8:18, 21:12, 26:15, 27:25, 41:20, 42:7, 42:12, 49:7, 61:24, 64:18, 66:1, 79:19, 95:15, 113:22
**looked** [4] - 14:18, 75:16, 85:18, 113:9
**looking** [36] - 2:23, 3:10, 3:14, 6:13, 8:2, 8:16, 13:5, 25:20, 28:23, 31:20, 32:17, 32:23, 33:13, 35:20, 36:25, 39:16, 44:21, 46:21, 49:11, 50:7, 51:20, 52:12, 66:25, 67:11, 67:17, 68:18, 69:7, 69:18, 70:3, 76:8, 79:21, 84:9, 84:24, 88:15, 106:25, 115:2
**looks** [4] - 45:18, 57:2, 98:21
**lookup** [1] - 41:21
**loss** [1] - 100:4
**LR** [1] - 46:8
**Luke** [2] - 104:3, 104:24
**lumped** [1] - 105:5

## M

**made..** [1] - 46:7
**magical** [1] - 30:23
**mailed** [1] - 6:6
**main** [1] - 36:10
**majority** [1] - 61:17
**manner** [4] - 76:11, 78:15, 88:7, 102:22
**March** [2] - 20:9, 20:12
**marked** [2] - 44:21, 100:16
**markings** [1] - 4:4
**marks** [1] - 3:25
**marshall** [1] - 117:13
**match** [1] - 70:15
**matching** [2] - 75:10, 79:20
**material** [8] - 29:5, 29:6, 29:8, 95:1, 97:20, 97:25, 98:5
**math** [2] - 78:18, 88:22
**mathematical** [1] - 89:21
**Mats** [1] - 26:25

**mats@henricson.se** [1] - 26:18
**matter** [16] - 5:22, 7:12, 7:20, 7:23, 10:1, 10:16, 10:21, 11:14, 12:10, 12:14, 12:16, 28:8, 29:9, 101:9, 117:20
**matters** [1] - 7:24
**Max** [1] - 18:6
**Mazarin** [4] - 59:5, 112:17, 114:9, 119:5
**Mazars** [4] - 59:5, 112:17, 114:8, 119:4
**mean** [8] - 12:15, 56:23, 68:13, 72:20, 97:13, 102:18, 109:10
**meaningful** [1] - 97:22
**means** [3] - 12:2, 18:2, 114:19
**meant** [1] - 11:22
**mediawikimailwiki@ bitcoin.it** [1] - 25:5
**meet** [1] - 30:19
**member** [2] - 7:6, 15:10
**members** [1] - 109:18
**Memo** [2] - 79:17, 80:6
**memo** [2] - 52:7, 80:7
**memory** [2] - 75:20, 76:2
**mempool.space** [3] - 82:4, 82:20, 85:1
**mention** [1] - 60:21
**merely** [1] - 28:9
**message** [64] - 7:5, 7:14, 7:17, 7:18, 7:20, 7:23, 7:25, 8:3, 8:8, 8:16, 10:2, 12:21, 12:22, 13:10, 14:13, 14:15, 14:17, 15:1, 15:3, 19:18, 19:24, 19:25, 20:7, 20:8, 20:11, 20:12, 20:15, 21:19, 21:20, 21:21, 22:4, 22:6, 22:7, 28:24, 29:16, 29:18, 31:1, 31:19, 31:20, 31:22, 31:24, 32:4, 32:8, 32:17, 32:18, 32:19, 32:23, 32:24, 33:5, 33:13, 33:16, 33:20, 33:21, 33:24, 35:20, 35:21, 35:23, 36:4, 36:17, 36:19, 46:1
**messages** [17] - 5:21, 7:7, 20:1, 20:3, 20:4, 21:6, 28:24, 31:5, 31:8, 31:9, 31:15, 31:17, 31:18, 33:12, 35:11,

35:18, 35:19
**metadata** [4] - 91:25, 92:2, 92:16, 92:18
**method** [2] - 44:22, 44:23
**Michael** [5] - 1:21, 43:3, 43:5, 43:21, 45:5
**michael@torekeland .com** [1] - 1:23
**microphone** [1] - 106:21
**Microsoft** [5] - 2:14, 2:18, 3:10, 3:17, 4:18
**middle** [1] - 44:4
**might** [6] - 42:10, 51:12, 73:21, 105:10, 105:11, 120:15
**mind** [4] - 48:11, 97:2, 98:2, 99:7
**mind-blowing** [3] - 97:2, 98:2, 99:7
**mine** [1] - 20:21
**mini** [1] - 44:7
**mini-serve** [1] - 44:7
**minute** [1] - 79:8
**minutes** [7] - 34:6, 75:17, 77:25, 78:11, 80:3, 114:22, 115:9
**mirror** [2] - 119:13, 120:17
**missed** [1] - 118:13
**mistranslation** [1] - 98:2
**mix** [1] - 15:11
**mixing** [3] - 10:7, 34:10, 35:8
**moderately** [1] - 34:8
**modified** [1] - 92:20
**moment** [5] - 2:24, 27:25, 54:2, 70:20, 118:11
**Monday** [3] - 71:6, 71:10, 71:11
**money** [14] - 9:13, 10:12, 69:9, 71:22, 76:14, 93:1, 93:15, 94:6, 95:9, 107:5, 107:8, 108:21
**moniker** [3] - 36:21, 46:20, 51:2
**monitor** [1] - 49:8
**month** [6] - 33:10, 40:18, 45:9, 50:24, 68:24, 69:5
**monthly** [1] - 44:12
**months** [3] - 68:22, 104:18, 105:21
**morning** [2] - 93:9, 93:19
**Moscow** [1] - 51:5

**MOSS** [1] - 1:9
**most** [3] - 37:8, 97:2, 99:7
**motion** [2] - 62:18, 64:6
**move** [4] - 43:13, 95:3, 97:21, 111:7
**moved** [2] - 62:2, 111:10
**moves** [23] - 2:20, 5:15, 11:23, 17:3, 19:8, 21:9, 21:10, 24:20, 26:7, 27:22, 39:3, 43:7, 49:4, 54:22, 56:12, 64:4, 82:24, 85:5, 87:6, 90:10, 92:8, 96:7, 106:7
**moves..** [1] - 62:20
**movie** [2] - 51:7, 51:14
**moving** [2] - 44:13, 115:17
**MPD** [1] - 105:12
**MR** [248] - 2:3, 2:10, 2:20, 2:23, 3:4, 5:15, 5:18, 5:19, 5:24, 7:9, 7:14, 7:19, 8:2, 8:4, 8:8, 8:18, 8:21, 9:4, 9:9, 9:16, 9:24, 10:8, 10:15, 10:23, 10:25, 11:2, 11:5, 11:11, 11:19, 11:23, 12:19, 13:16, 13:18, 13:20, 13:22, 16:4, 16:5, 16:8, 16:11, 16:15, 16:17, 16:18, 17:3, 17:6, 17:10, 18:11, 18:12, 19:8, 19:11, 19:15, 19:16, 21:9, 21:12, 21:18, 22:14, 22:17, 22:20, 24:20, 24:23, 25:2, 26:7, 26:10, 26:14, 27:8, 27:11, 27:22, 27:25, 28:3, 28:5, 28:12, 28:19, 29:11, 34:12, 34:14, 34:18, 39:3, 39:6, 39:10, 41:11, 41:13, 43:7, 43:10, 43:13, 43:16, 49:4, 49:7, 49:10, 49:11, 49:14, 49:16, 49:22, 50:1, 54:22, 54:25, 55:4, 56:12, 56:15, 56:17, 57:6, 57:15, 58:3, 58:15, 59:3, 59:15, 59:20, 60:2, 60:19, 60:21, 60:24, 61:9, 61:12, 61:16, 61:19, 62:2, 62:15, 62:18, 62:24, 63:20, 64:1,

64:4, 64:20, 69:10, 69:13, 70:19, 70:23, 71:16, 72:14, 72:17, 72:24, 73:1, 73:12, 73:16, 74:24, 75:21, 75:23, 76:16, 76:18, 76:19, 80:19, 80:22, 81:5, 81:17, 81:23, 82:1, 82:24, 83:3, 83:5, 83:11, 84:15, 84:18, 84:20, 84:21, 85:5, 85:9, 85:11, 85:23, 85:25, 87:6, 87:9, 87:13, 89:1, 89:3, 89:4, 89:10, 89:13, 89:16, 90:10, 90:13, 90:17, 91:14, 91:16, 91:19, 92:8, 92:11, 92:15, 93:3, 93:6, 93:14, 93:25, 94:5, 94:14, 94:19, 94:24, 95:4, 95:6, 96:5, 96:10, 96:14, 96:16, 96:19, 96:22, 97:4, 97:15, 98:1, 98:12, 99:20, 99:22, 100:1, 100:9, 100:19, 101:13, 101:22, 102:11, 103:3, 104:11, 104:13, 104:15, 104:22, 106:7, 106:10, 106:12, 106:15, 107:14, 107:17, 107:19, 108:2, 108:3, 108:4, 108:9, 108:17, 109:5, 110:9, 110:10, 112:11, 112:14, 113:3, 113:5, 113:19, 113:22, 114:2, 114:7, 114:25, 115:4, 115:5, 115:12, 117:1, 117:2, 117:7, 117:19, 117:20, 118:4, 118:9, 119:2, 119:11, 119:22, 120:4, 120:18, 120:21
**MS** [1] - 49:20
**Mt** [53] - 53:25, 54:2, 55:16, 55:17, 55:18, 55:20, 55:22, 56:7, 56:9, 56:18, 57:2, 57:19, 61:10, 61:14, 61:19, 61:23, 63:12, 63:15, 65:1, 65:8, 65:19, 69:18, 70:5, 75:19, 76:7, 76:24, 79:3, 86:3, 86:13, 86:16, 87:15, 87:24, 88:2, 88:9, 90:21, 90:24, 95:13, 99:10, 103:4, 106:25, 107:4, 107:7, 109:11, 110:15, 110:17, 110:20, 111:8,

111:12, 111:15, 112:10, 113:8, 115:8, 115:10
**MTGOX** [2] - 70:5, 75:11
**must** [1] - 20:15

## N

**N.W** [1] - 121:12
**name** [35] - 3:19, 3:21, 15:12, 17:15, 21:22, 22:12, 22:22, 22:25, 23:3, 23:7, 23:18, 23:19, 30:4, 30:12, 30:24, 31:2, 33:23, 44:16, 47:2, 47:5, 50:10, 50:11, 51:1, 58:18, 66:11, 66:12, 67:18, 67:19, 68:3, 86:14, 107:7, 110:16
**named** [1] - 43:2
**namely** [1] - 8:25
**names** [1] - 30:11
**narrative** [1] - 100:2
**native** [3] - 58:17, 93:25, 94:4
**nature** [2] - 74:4, 109:16
**near** [1] - 106:20
**need** [14] - 15:14, 21:12, 49:7, 61:24, 89:11, 96:12, 106:20, 114:6, 116:20, 116:21, 116:24, 119:14, 119:18, 119:23
**needed** [1] - 32:14
**needlessly** [1] - 112:18
**nested** [1] - 28:24
**never** [4] - 36:6, 68:23, 73:1, 109:11
**nevertheless** [1] - 36:12
**new** [7] - 20:18, 24:10, 30:16, 32:25, 33:2, 45:13, 107:23
**New** [4] - 1:18, 12:22, 14:13, 43:24
**next** [17] - 12:25, 29:25, 30:2, 32:17, 32:19, 44:13, 60:17, 60:18, 60:19, 61:9, 88:14, 107:10, 110:25, 111:1, 111:3, 111:20, 119:4
**Nfs9000** [1] - 111:9
**nfs9000@hotmail. com** [2] - 67:21, 111:10
**nice** [2] - 115:17,

116:1
**nickname** [2] - 18:5, 18:6
**non** [1] - 20:19
**non-American** [1] - 20:19
**noncontroversial** [1] - 74:9
**noreply@bitcointalk** [1] - 13:14
**noreply@bitcointalk. org** [3] - 6:5, 13:2, 14:16
**notated** [1] - 120:9
**noted** [2] - 44:23, 93:7
**notes** [1] - 121:5
**nothing** [10] - 8:11, 57:9, 57:20, 59:18, 73:7, 101:17, 101:18, 107:19, 108:11, 113:24
**notice** [3] - 72:4, 103:25, 118:23
**Notice** [1] - 45:17
**noticed** [9] - 71:19, 72:1, 72:11, 80:24, 93:16, 101:1, 102:5, 113:1, 118:13
**Notification** [1] - 43:24
**notification** [4] - 6:22, 7:7, 13:25, 14:19
**notified** [1] - 93:22
**November** [6] - 45:7, 46:11, 52:16, 67:16, 67:25, 68:9
**now-deleted** [1] - 36:7
**number** [17] - 17:20, 19:18, 36:25, 38:12, 38:13, 40:23, 46:9, 46:12, 46:13, 50:12, 50:14, 50:16, 52:8, 53:8, 81:14, 82:5, 114:20
**numbers** [8] - 11:10, 45:22, 61:15, 81:20, 86:9, 89:18, 89:23, 113:25
**NW** [3] - 1:13, 1:16, 1:18
**NY** [1] - 1:22

## O

**o'clock** [1] - 115:16
**object** [10] - 11:5, 72:2, 74:15, 96:10, 100:8, 100:19, 101:11, 107:15, 107:23, 113:2
**objected** [1] - 108:15
**objection** [66] - 2:22, 2:25, 5:17, 8:3, 8:13,

9:5, 9:16, 13:16, 16:8, 17:5, 17:6, 19:10, 19:11, 21:11, 21:14, 22:14, 24:22, 24:23, 26:9, 27:24, 28:13, 28:16, 34:12, 34:13, 39:5, 39:6, 41:11, 43:9, 43:10, 49:6, 49:22, 54:24, 54:25, 56:14, 56:19, 58:21, 59:14, 59:22, 60:10, 60:18, 61:10, 69:10, 71:17, 73:2, 73:23, 73:25, 76:16, 83:5, 85:8, 85:9, 87:8, 87:9, 89:1, 90:12, 90:13, 91:14, 92:10, 92:11, 93:3, 96:9, 97:5, 99:20, 100:1, 107:14, 108:6, 112:11

**objections** [2] - 56:18, 61:7

**obligation** [1] - 71:5

**obtain** [11] - 4:10, 4:12, 16:12, 18:13, 31:7, 42:3, 47:18, 53:12, 55:19, 68:15

**obtained** [5] - 4:14, 24:14, 87:4, 90:5, 95:21

**obviously** [3] - 9:25, 56:17, 74:4

**occasional** [1] - 74:9

**occur** [1] - 93:17

**occurred** [2] - 78:7, 110:4

**October** [36] - 4:8, 4:25, 31:23, 32:19, 33:7, 33:15, 35:22, 36:19, 37:18, 40:17, 44:1, 50:21, 52:2, 53:5, 67:14, 67:23, 68:7, 69:15, 69:23, 70:7, 75:8, 75:14, 77:19, 77:23, 78:7, 79:5, 79:18, 80:2, 83:16, 85:13, 86:5, 88:6, 90:19, 91:6, 113:7, 113:11

**OF** [3] - 1:1, 1:8, 121:1

**Off-the-record** [1] - 116:3

**offense** [1] - 8:23

**offer** [1] - 62:14

**offered** [4] - 9:11, 9:15, 93:23

**offering** [4] - 9:9, 71:22, 73:12, 74:14

**officer** [2] - 81:11, 105:10

**OFFICIAL** [1] - 121:1

**official** [1] - 18:17

**Official** [1] - 121:11

**old** [1] - 20:16

**oldest** [1] - 20:4

**Omedetou** [11] - 11:3, 35:12, 35:18, 35:24, 36:21, 37:16, 40:12, 44:16, 44:19, 45:16, 47:6

**once** [1] - 112:3

**one** [54] - 2:24, 4:21, 8:22, 14:17, 18:19, 19:25, 20:9, 20:17, 20:18, 21:5, 27:25, 30:7, 30:15, 30:16, 30:24, 31:5, 31:6, 31:12, 33:6, 44:11, 52:4, 57:4, 57:5, 58:7, 58:23, 60:21, 61:9, 61:16, 64:21, 64:22, 65:7, 68:1, 71:5, 78:13, 81:8, 83:14, 83:24, 93:6, 94:12, 97:10, 98:1, 98:19, 101:8, 102:1, 102:2, 103:7, 103:8, 107:13, 110:11, 112:21, 115:4, 116:10, 117:20

**one-five** [1] - 31:12

**ones** [4] - 49:20, 59:1, 61:23, 72:8

**open** [1] - 65:5

**opened** [2] - 45:13, 95:13

**opening** [3] - 55:10, 94:6

**operated** [4] - 34:11, 35:8, 55:17, 55:18

**operating** [4] - 10:7, 32:13, 36:16, 47:17

**operation** [1] - 10:6

**opinion** [15] - 69:11, 71:22, 71:25, 73:8, 73:18, 74:2, 74:11, 74:13, 81:16, 101:7, 101:9, 102:14, 103:2, 105:2, 108:6

**opinions** [2] - 73:13, 74:14

**opponent** [3] - 96:15, 96:24, 97:7

**opportunity** [1] - 72:4

**option** [1] - 94:10

**order** [5] - 2:7, 9:18, 42:25, 99:24, 106:17

**Order** [3] - 43:24, 44:5, 44:21

**ordered** [1] - 44:6

**organized** [1] - 63:17

**original** [3] - 58:16, 59:12, 63:15

**originated** [1] - 39:23

**otherwise** [4] - 53:18, 63:12, 106:21, 115:25

**outgoing** [2] - 53:1, 78:9

**outside** [1] - 74:7

**outsource** [1] - 32:11

**overall** [1] - 30:14

**Overdue** [1] - 45:17

**overlaps** [1] - 72:5

**overrule** [1] - 73:24

**overruled** [7] - 16:10, 27:9, 28:14, 28:16, 41:12, 69:12, 91:17

**overseas** [1] - 47:16

**own** [8] - 22:12, 22:22, 22:25, 23:3, 47:14, 62:11, 107:7

**owner** [1] - 66:8

## P

**p.m** [3] - 1:6, 74:17, 74:18

**page** [14] - 20:6, 28:7, 29:5, 29:6, 29:7, 29:8, 29:12, 37:3, 37:6, 58:14, 59:19, 82:14, 84:14, 113:25

**paid** [2] - 46:6, 88:20

**pain** [1] - 116:11

**paper** [2] - 89:11, 89:12

**paragraphs** [2] - 29:25, 30:2

**parenthesis** [2] - 32:25, 33:2

**part** [6] - 15:3, 48:12, 73:3, 98:14, 104:25, 105:19

**particular** [5] - 17:12, 70:24, 74:1, 109:9, 119:20

**parts** [1] - 12:21

**party** [4] - 29:2, 96:15, 96:24, 97:7

**password** [2] - 20:18, 51:11

**paste** [2] - 96:20, 97:1

**Pause** [1] - 28:2

**pause** [2] - 8:15, 72:25

**pay** [1] - 47:8

**paying** [1] - 97:5

**payment** [15] - 44:22, 44:23, 46:7, 46:9, 46:11, 51:21, 51:25, 52:1, 52:9, 52:10, 52:14, 52:21, 52:22, 53:1, 106:23

**Pearlman** [1] - 1:17

**PELKER** [1] - 49:20

**Pelker** [1] - 1:15

**Pennsylvania** [1] - 1:16

**people** [3] - 38:3, 114:10, 115:19

**perceived** [1] - 97:23

**percent** [1] - 101:18

**perfectly** [1] - 30:8

**perhaps** [7] - 32:16, 57:1, 61:21, 99:10, 103:12, 107:15, 107:16

**person** [3] - 13:14, 74:7, 119:23

**person's** [1] - 105:11

**personal** [4] - 12:22, 13:10, 14:13, 15:1

**personally** [1] - 36:5

**personnel** [1] - 55:25

**Peternfs** [8] - 67:19, 67:20, 67:23, 68:18, 79:15, 79:22, 83:18, 111:8

**Peternsf** [1] - 59:3

**phone** [10] - 8:5, 17:20, 19:18, 20:19, 20:22, 70:19, 93:4, 96:16, 107:17, 119:23

**photos** [1] - 119:24

**physical** [13] - 116:13, 116:14, 116:18, 117:23, 118:5, 118:7, 118:10, 118:24, 119:3, 119:24, 120:9, 120:11

**physically** [2] - 119:14, 120:13

**pick** [4] - 8:5, 74:25, 96:16, 112:12

**piece** [2] - 53:18, 60:14

**place** [2] - 36:10, 117:20

**places** [1] - 114:6

**plain** [1] - 36:13

**Plaintiff** [2] - 1:4, 1:12

**planning** [2] - 28:5, 36:10

**plasma** [2] - 22:7, 56:21

**plasma.com** [1] - 87:4

**plasma@ plasmadivision.com** [12] - 18:21, 21:4, 22:11, 23:5, 66:6, 67:8, 86:24, 87:21, 90:6, 90:8, 90:25, 110:18

**plasmadivision.com** [5] - 18:14, 18:20, 21:7, 22:8, 56:22

Appx3324

**plate** [3] - 81:12, 81:13, 105:12
**play** [1] - 110:6
**playing** [1] - 83:21
**PLLC** [1] - 1:21
**plugged** [2] - 81:1, 81:13
**plugging** [1] - 41:6
**podium** [1] - 71:15
**point** [21] - 3:19, 3:22, 4:6, 14:5, 21:22, 26:15, 31:21, 38:11, 39:11, 58:6, 59:6, 69:8, 74:15, 79:25, 85:14, 92:21, 94:23, 98:15, 99:5, 108:21
**pointed** [1] - 103:14
**pointing** [1] - 103:14
**points** [5] - 15:20, 36:22, 57:6, 98:16, 98:19
**police** [2] - 81:12, 81:13
**possession** [1] - 120:14
**possible** [2] - 55:14, 78:4
**possibly** [1] - 12:9
**post** [15] - 36:25, 37:14, 37:15, 37:16, 37:17, 37:19, 37:21, 38:3, 39:16, 39:19, 40:9, 40:11, 40:13, 40:19, 40:22
**potentially** [1] - 93:14
**Power** [1] - 18:6
**preceding** [1] - 68:22
**precise** [1] - 77:21
**precisely** [2] - 108:15, 120:16
**prefer** [1] - 34:8
**preferences** [1] - 7:7
**prejudice** [1] - 101:5
**prejudicial** [9] - 8:22, 57:12, 59:12, 60:15, 100:24, 101:4, 101:20, 104:5, 105:18
**prepared** [6] - 26:1, 57:8, 62:8, 105:20, 118:5, 118:25
**present** [6] - 2:6, 72:21, 73:6, 98:5, 109:14, 110:1
**presentation** [1] - 59:11
**presented** [2] - 105:9, 109:22
**presenting** [2] - 57:23, 106:2
**presumably** [1] -

105:20
**pretty** [1] - 20:22
**previous** [6] - 3:15, 3:25, 29:18, 35:9, 84:16, 85:18
**previously** [8] - 4:5, 16:3, 23:9, 31:12, 36:25, 77:13, 110:3, 119:20
**price** [1] - 89:19
**printed** [2] - 32:6, 48:12
**private** [22] - 31:5, 31:7, 31:9, 31:17, 31:18, 31:19, 31:20, 31:21, 31:24, 32:3, 32:17, 32:18, 32:19, 32:24, 33:12, 33:13, 35:11, 35:17, 35:19, 35:20, 35:21, 101:24
**probative** [4] - 8:22, 9:2, 57:12, 60:16
**problem** [6] - 37:8, 59:21, 60:2, 71:1, 74:3, 113:19
**problems** [1] - 37:11
**proceed** [3] - 62:16, 64:19, 110:8
**proceedings** [1] - 121:6
**proceeds** [1] - 8:25
**process** [5] - 2:15, 5:13, 24:14, 57:18, 103:1
**produce** [2] - 59:9, 63:8
**produced** [23] - 3:11, 3:12, 3:15, 5:12, 16:25, 18:16, 19:2, 49:1, 49:13, 49:18, 62:9, 62:25, 90:5, 92:2, 92:5, 95:25, 104:12, 104:15, 104:21, 104:25, 117:22, 120:2, 120:17
**producing** [1] - 102:23
**production** [1] - 91:25
**products** [1] - 44:5
**professional** [1] - 37:9
**professionally** [1] - 36:15
**program** [3] - 30:9, 30:13, 30:14
**project** [1] - 39:23
**propositions** [1] - 74:9
**protection** [1] - 30:9
**prove** [2] - 8:23, 28:8
**provide** [2] - 102:14, 119:6
**provided** [19] - 2:14,

2:18, 16:22, 17:12, 17:20, 19:6, 21:6, 30:24, 31:9, 42:16, 42:18, 44:14, 44:20, 48:16, 49:20, 51:5, 54:20, 120:5, 120:6
**providers** [1] - 68:16
**provides** [1] - 46:11
**province** [1] - 104:3
**provisionally** [1] - 96:6
**psychological** [2] - 30:9, 59:7
**psychologically** [1] - 103:6
**public** [3] - 80:16, 80:18, 81:9
**publicly** [2] - 41:19, 81:2
**publish** [31] - 2:20, 5:16, 5:25, 11:24, 16:4, 17:3, 19:8, 21:10, 24:20, 26:7, 27:22, 39:3, 43:8, 49:4, 54:22, 56:12, 62:3, 62:19, 63:24, 64:2, 64:5, 75:21, 82:25, 85:5, 87:6, 90:10, 92:8, 96:8, 104:1, 104:24, 106:8
**published** [20] - 3:2, 17:7, 19:13, 21:15, 24:24, 26:12, 28:14, 28:17, 39:8, 43:12, 49:24, 55:1, 83:6, 84:16, 85:10, 87:11, 90:15, 92:13, 98:10, 106:11
**publishing** [1] - 50:5
**pull** [7] - 47:24, 54:7, 57:17, 62:22, 75:21, 91:21, 101:14
**pulled** [4] - 56:9, 57:8, 57:18, 63:14
**pulling** [5] - 50:5, 63:3, 63:9, 63:15, 100:6
**purchased** [2] - 110:24, 111:17
**purchaser** [1] - 47:4
**purchases** [1] - 88:18
**pure** [1] - 110:2
**purely** [1] - 7:16
**purposely** [1] - 58:19
**purposes** [7] - 11:15, 59:24, 64:10, 85:6, 98:5, 109:14, 110:1
**pursuant** [4] - 16:22, 31:10, 62:19, 91:25
**pushing** [1] - 103:23
**put** [6] - 36:13, 100:7,

102:21, 103:23, 105:12, 119:2
**putting** [17] - 61:1, 63:24, 64:17, 81:20, 93:1, 93:15, 94:6, 94:17, 95:9, 97:15, 97:16, 97:18, 103:18, 107:5, 107:8, 112:18, 114:12

## Q

**qualifications** [3] - 32:15, 89:21, 101:21
**qualified** [1] - 73:5
**quarter** [1] - 71:8
**queries** [1] - 55:25
**query** [1] - 58:4
**questions** [7] - 5:20, 58:23, 74:2, 74:10, 105:8, 110:2, 114:8
**quick** [1] - 21:12
**quickly** [5] - 2:23, 12:9, 28:1, 61:24, 117:2
**quotation** [1] - 33:20
**quotations** [1] - 37:11
**quote** [2] - 39:21, 46:25
**quoted** [5] - 20:6, 37:21, 37:25, 39:18, 46:1
**quotes** [1] - 33:21
**quoting** [1] - 29:17

## R

**raise** [1] - 71:15
**RANDOLPH** [1] - 1:9
**random** [1] - 51:15
**rather** [2] - 71:23, 103:2
**read** [44] - 6:15, 7:2, 13:6, 13:7, 13:8, 14:7, 14:11, 14:25, 15:8, 15:14, 20:11, 20:15, 23:16, 25:3, 25:10, 26:24, 29:15, 29:20, 30:2, 32:3, 32:8, 33:2, 36:4, 37:2, 37:5, 37:25, 39:20, 39:21, 40:19, 45:11, 46:3, 46:25, 51:16, 55:9, 60:12, 75:4, 86:8, 86:9, 86:10, 87:22, 91:1, 99:4, 114:5
**reading** [3] - 72:19, 113:8, 113:25
**reads** [1] - 92:23
**ready** [2] - 2:2, 105:25

**real** [3] - 2:23, 21:12, 30:20
**realize** [2] - 38:3, 118:21
**really** [9] - 12:14, 27:2, 34:5, 58:18, 74:12, 97:16, 97:22, 98:3, 114:22
**reason** [5] - 12:7, 12:12, 97:18, 102:18, 108:6
**reasonable** [2] - 96:23, 119:9
**reasons** [1] - 106:3
**receipt** [1] - 110:21
**receive** [2] - 7:6, 17:23
**received** [14] - 7:23, 7:25, 11:17, 31:19, 33:6, 33:11, 33:12, 33:13, 35:19, 55:6, 55:8, 76:25, 80:8, 84:8
**receives** [1] - 53:6
**receiving** [4] - 7:5, 83:22, 85:15, 85:17
**recent** [1] - 4:19
**recess** [1] - 74:17
**recipient** [10] - 7:22, 7:24, 13:2, 31:24, 31:25, 32:21, 33:25, 35:25, 36:1, 54:14
**recognition** [1] - 48:13
**recognize** [28] - 5:8, 16:19, 18:24, 21:2, 24:11, 26:4, 27:16, 38:15, 42:15, 48:14, 48:15, 54:8, 56:5, 56:6, 68:10, 82:16, 82:18, 86:21, 86:23, 90:2, 90:4, 91:20, 91:22, 91:24, 95:17, 95:19, 96:3, 102:19
**recollection** [2] - 62:4, 76:6
**recommended** [1] - 30:18
**record** [15] - 5:21, 7:10, 17:12, 19:5, 58:5, 59:13, 65:7, 78:2, 98:6, 113:9, 116:3, 117:20, 118:9, 118:15, 119:3
**recorded** [1] - 81:8
**records** [85] - 2:14, 2:18, 3:9, 3:13, 3:15, 4:18, 16:22, 16:24, 16:25, 18:13, 27:20, 42:3, 42:16, 42:17, 42:20, 43:1, 47:1, 47:19, 47:22, 47:25, 48:14, 48:15, 48:16, 48:19, 48:21, 48:24,

49:1, 50:17, 53:12, 53:22, 55:19, 55:23, 56:1, 56:7, 56:8, 56:9, 57:3, 57:9, 57:16, 57:18, 57:21, 58:1, 61:14, 62:25, 63:1, 63:3, 63:4, 63:5, 63:12, 63:14, 63:15, 63:17, 66:22, 68:15, 69:18, 72:7, 72:8, 72:20, 72:21, 73:6, 73:19, 75:16, 75:18, 77:12, 87:4, 90:5, 100:11, 101:20, 102:15, 106:17, 107:1, 109:1, 109:3, 109:21, 110:3, 113:5, 113:10, 113:15, 113:23
**recover** [1] - 20:18
**recovered** [2] - 5:2, 54:16
**recovery** [6] - 15:23, 16:7, 51:6, 51:7, 51:9, 51:13
**red** [2] - 103:3, 103:21
**redacted** [1] - 7:16
**redeem** [6] - 70:5, 75:11, 76:24, 79:12, 79:14, 79:20
**redeemed** [4] - 70:4, 70:15, 75:3, 75:5
**refer** [2] - 40:6, 73:4
**reference** [3] - 43:2, 67:5, 75:2
**referenced** [1] - 50:16
**referencing** [1] - 104:24
**referred** [2] - 36:21, 41:21
**referring** [5] - 10:10, 31:2, 31:3, 40:7, 60:5
**refers** [2] - 18:4, 46:12
**reflected** [2] - 109:3, 109:23
**reflects** [2] - 57:20, 60:3
**refresh** [2] - 75:20, 76:2
**refreshed** [1] - 76:6
**regard** [1] - 62:12
**register** [8] - 22:11, 22:21, 22:24, 23:2, 41:15, 52:10, 106:24, 112:5
**registered** [12] - 18:8, 20:23, 22:3, 23:20, 23:21, 25:13, 41:18, 41:23, 50:20, 50:21, 60:7, 68:14
**registration** [6] - 42:1,

44:8, 44:10, 44:11, 50:9, 99:19
**relate** [11] - 36:17, 40:15, 44:2, 45:8, 50:23, 68:20, 69:4, 75:15, 78:9, 79:6, 95:12
**related** [2] - 62:12, 72:2
**relating** [1] - 115:25
**relation** [2] - 56:15, 61:19
**relatively** [1] - 59:23
**relevance** [3] - 26:10, 28:4, 96:11
**relevancy** [1] - 8:12
**relevant** [7] - 9:3, 47:25, 57:18, 58:10, 60:4, 60:7, 102:23
**rely** [1] - 109:2
**remaining** [1] - 67:10
**remember** [1] - 6:21
**remind** [1] - 86:12
**remove** [1] - 19:18
**renew** [3] - 9:16, 56:17, 97:5
**renewing** [1] - 61:10
**renews** [1] - 62:18
**repeat** [2] - 20:2, 63:13
**rephrase** [3] - 13:20, 22:15, 22:18
**reply** [4] - 6:6, 6:22, 10:14, 55:13
**report** [1] - 105:1
**REPORTER** [1] - 121:1
**reporter** [1] - 106:21
**Reporter** [2] - 1:25, 121:11
**reports** [1] - 119:16
**represent** [10] - 5:12, 16:24, 19:5, 24:17, 27:19, 54:19, 82:11, 87:3, 90:7, 95:24
**represents** [1] - 88:18
**request** [3] - 18:17, 61:25, 116:22
**requests** [1] - 53:17
**requires** [1] - 38:2
**reread** [1] - 40:2
**research** [2] - 71:12, 115:24
**Reserve** [44] - 44:23, 46:7, 46:13, 47:9, 47:12, 47:13, 47:15, 47:19, 48:17, 49:2, 50:2, 50:19, 52:3, 52:5, 52:6, 52:15, 52:17, 53:6, 53:8, 69:8, 69:15,

69:16, 70:8, 70:11, 77:1, 77:2, 77:12, 99:14, 103:21, 106:23, 107:1, 111:22, 111:23, 112:2, 112:3, 112:4, 112:5, 112:8, 112:10, 113:9, 115:7, 115:11
**reserve** [2] - 36:8, 74:1
**Reserve's** [1] - 47:21
**Reserves** [1] - 54:1
**resided** [1] - 27:13
**respect** [9] - 5:25, 62:6, 64:6, 74:1, 94:12, 109:23, 110:1, 118:17, 119:18
**respond** [4] - 33:24, 34:1, 57:5, 102:25
**responder** [3] - 29:17, 29:20, 30:1
**responding** [1] - 29:18
**responds** [2] - 34:2, 39:22
**response** [11] - 2:14, 5:13, 7:16, 16:25, 19:2, 19:6, 37:22, 39:20, 54:17, 92:5, 95:22
**rest** [3] - 61:14, 61:22, 97:4
**result** [1] - 18:17
**return** [3] - 35:11, 54:2, 111:8
**returning** [1] - 55:16
**returns** [1] - 57:23
**review** [7] - 2:12, 42:7, 47:1, 48:2, 48:10, 56:3, 76:14
**reviewed** [3] - 48:18, 106:18, 113:16
**reviewing** [1] - 69:21
**Rica** [1] - 47:17
**right-hand** [1] - 103:11
**rise** [1] - 74:21
**risk** [1] - 120:16
**RMR** [1] - 1:25
**role** [2] - 83:20, 110:7
**roll** [1] - 46:8
**Roman** [12] - 1:6, 17:16, 20:7, 20:14, 20:24, 24:7, 28:11, 29:21, 29:22, 66:12, 86:14, 88:13
**Roman@capo.se** [1] - 21:24
**Room** [1] - 121:12
**Roso** [2] - 85:19, 86:13
**roso987341870** [8] - 66:4, 66:9, 66:23, 69:2, 87:20, 87:25, 90:24,

91:3
**Roso987341870** [1] - 91:2
**roughly** [1] - 94:17
**Rovensky** [72] - 2:11, 3:5, 4:4, 5:25, 6:18, 12:20, 13:12, 13:23, 15:14, 15:17, 17:11, 18:13, 23:6, 24:11, 25:3, 25:20, 27:5, 27:12, 28:20, 31:1, 34:9, 34:19, 38:15, 39:11, 41:9, 46:17, 48:6, 49:17, 54:8, 55:5, 55:16, 62:25, 64:21, 71:18, 72:18, 73:22, 74:25, 75:24, 76:20, 80:11, 82:2, 83:12, 84:22, 85:12, 87:14, 89:5, 89:17, 89:20, 91:11, 91:20, 91:22, 92:16, 93:7, 93:18, 93:25, 95:7, 98:13, 99:1, 99:16, 99:23, 101:3, 101:17, 102:15, 106:16, 107:20, 108:12, 109:7, 110:11, 112:21, 114:2, 115:6, 122:3
**Rovensky's** [2] - 82:25, 85:6
**row** [17] - 51:20, 51:22, 51:23, 51:24, 52:12, 52:19, 52:24, 53:4, 64:23, 64:24, 66:1, 66:3, 66:4, 67:17, 68:1, 77:22
**RU** [2] - 68:12, 68:13
**Rule** [2] - 101:21, 102:24
**ruled** [1] - 61:11
**run** [3] - 37:12, 41:2, 118:19
**running** [1] - 40:23
**Russia** [2] - 51:5, 68:14
**Russian** [15] - 68:16, 91:12, 92:23, 92:24, 93:12, 93:13, 93:18, 93:19, 94:1, 94:4, 94:8, 94:11, 94:22, 95:20, 97:10

**S**

**sales** [1] - 78:16
**sat** [2] - 13:24, 74:7
**saw** [7] - 10:13, 50:16, 52:4, 74:7, 74:8, 83:17, 105:14

**scattered** [1] - 74:8
**Scholl** [8] - 72:9, 72:22, 73:4, 80:24, 100:21, 101:1, 102:5, 104:3
**Scholl's** [6] - 72:5, 72:12, 73:20, 104:17, 104:24, 119:4
**screen** [12] - 3:6, 3:25, 6:1, 42:9, 44:4, 50:5, 54:7, 62:22, 66:20, 79:24, 86:20, 101:14
**screenshot** [6] - 38:23, 38:25, 82:19, 82:21, 83:13, 85:18
**scroll** [6] - 3:24, 24:1, 33:11, 37:23, 65:20, 77:4
**scrolling** [6] - 19:24, 21:19, 23:10, 31:13, 67:4, 77:8
**SE** [3] - 18:1, 18:2, 22:2
**se** [1] - 22:2
**search** [15] - 4:10, 4:12, 4:14, 16:12, 16:22, 17:1, 19:3, 19:6, 31:10, 35:11, 54:17, 80:18, 92:1, 92:5, 95:22
**searched** [1] - 61:4
**searches** [2] - 61:6, 80:15
**searching** [1] - 41:6
**seated** [1] - 2:7
**second** [15] - 6:14, 6:15, 6:18, 6:19, 8:14, 13:7, 20:15, 33:5, 40:1, 56:20, 93:4, 97:10, 108:22
**Secret** [6] - 47:23, 47:24, 48:16, 49:1, 49:13, 49:18
**secure** [1] - 37:9
**see** [43] - 2:13, 4:8, 5:4, 5:7, 6:25, 8:20, 14:2, 20:8, 29:10, 30:8, 33:11, 37:3, 37:8, 38:3, 42:14, 45:19, 45:23, 46:6, 53:3, 54:1, 56:21, 65:14, 65:23, 67:5, 74:16, 77:4, 79:1, 79:2, 79:17, 83:17, 86:2, 96:12, 98:23, 103:16, 105:18, 114:5, 116:1, 116:7, 118:8, 118:10, 119:7, 120:10, 120:22
**seeing** [4] - 49:8, 100:20, 103:25, 104:18
**seem** [1] - 46:21

**sees** [2] - 58:16, 102:22
**select** [1] - 78:4
**selected** [1] - 57:17
**sell** [1] - 99:12
**selling** [1] - 78:21
**semester** [1] - 34:3
**send** [1] - 31:5
**sender** [7] - 10:1, 33:16, 33:17, 35:23, 35:24, 54:12, 87:15
**sending** [10] - 12:25, 13:14, 76:14, 76:23, 83:25, 84:10, 84:11, 85:14, 85:16, 107:21
**sends** [3] - 76:25, 107:11, 107:12
**sense** [1] - 120:15
**sent** [21] - 7:17, 13:4, 13:10, 14:3, 15:1, 22:6, 22:7, 31:17, 31:18, 31:20, 33:21, 35:17, 35:20, 38:18, 46:2, 83:23, 84:1, 90:19, 107:22, 111:4, 111:12
**sentence** [1] - 15:8
**sentences** [2] - 37:2, 55:9
**separate** [5] - 60:14, 61:3, 64:11, 64:12, 94:2
**separated** [2] - 57:1, 61:6
**separately** [3] - 61:4, 117:23, 120:9
**September** [4] - 69:3, 87:2, 87:18, 95:11
**seriatim** [1] - 57:24
**series** [2] - 20:1, 20:3
**serious** [1] - 116:10
**seriously** [1] - 37:10
**serve** [1] - 44:7
**server** [2] - 57:19, 114:9
**Service** [6] - 47:23, 47:24, 48:16, 49:1, 49:13, 49:18
**service** [18] - 10:7, 20:21, 32:12, 34:10, 35:8, 36:11, 36:14, 39:23, 40:23, 40:24, 41:5, 41:7, 41:16, 41:17, 53:10, 53:16, 64:25, 65:22
**services** [5] - 37:7, 44:6, 53:23, 53:24, 111:21
**set** [3] - 41:9, 68:22, 108:5
**several** [3] - 80:9,

84:10, 102:12
**shame** [1] - 27:3
**shameless** [1] - 41:5
**share** [2] - 41:4, 44:7
**shared** [1] - 118:6
**shave** [1] - 117:9
**shaving** [2] - 117:12, 117:15
**sheet** [3] - 78:1, 89:11, 89:12
**shormint** [4] - 15:4, 46:5, 52:14, 53:5
**Shormint** [18] - 10:13, 11:2, 11:3, 14:3, 47:8, 50:11, 51:14, 52:22, 69:16, 76:22, 77:1, 77:11, 106:23, 111:22, 111:23, 112:4, 112:10, 115:11
**Shormint's** [3] - 52:2, 69:7, 70:8
**shormint@hotmail. com** [16] - 3:8, 3:18, 3:20, 4:2, 4:11, 4:20, 5:6, 5:11, 6:10, 11:16, 13:3, 14:22, 44:17, 46:2, 46:19, 47:6
**short** [1] - 68:21
**short-lived** [1] - 68:21
**shortly** [1] - 74:16
**show** [20] - 5:1, 7:22, 21:5, 28:9, 38:17, 55:5, 66:18, 74:25, 77:16, 92:4, 92:19, 98:13, 99:25, 100:4, 100:16, 103:1, 109:22, 113:10, 119:14, 120:13
**showed** [3] - 31:18, 31:19, 81:14
**showing** [8] - 10:12, 28:10, 58:17, 81:21, 96:23, 109:24, 110:4, 113:5
**shown** [19] - 3:6, 3:17, 16:6, 23:11, 35:16, 35:18, 46:18, 52:13, 52:24, 65:21, 78:10, 83:12, 83:16, 84:22, 88:4, 89:23, 110:19, 118:10, 119:20
**shows** [4] - 15:3, 51:21, 92:17, 113:23
**side** [3] - 103:4, 103:11, 118:25
**sides** [4] - 109:25, 118:17, 118:23, 120:15
**SIG** [1] - 22:2
**sign** [1] - 3:19
**sign-in** [1] - 3:19
**signature** [3] - 24:2,

24:3

**significant** [2] - 27:5, 27:8
**similar** [3] - 14:17, 37:7, 105:19
**simple** [1] - 36:14
**simply** [6] - 63:8, 64:16, 81:6, 114:19, 119:16, 120:2
**sincerely** [1] - 30:13
**single** [3] - 30:14, 61:16, 120:7
**singularly** [1] - 59:10
**sit** [2] - 71:4, 71:6
**site** [5] - 15:11, 25:7, 32:11, 34:4, 51:11
**six** [2] - 77:25, 115:9
**slide** [1] - 94:7
**smiley** [1] - 27:4
**smooth** [1] - 118:23
**smoothly** [1] - 118:19
**SMS** [3] - 17:19, 17:21, 17:25
**snap** [1] - 119:24
**Sobando12** [1] - 15:12
**sold** [5] - 78:16, 78:19, 79:7, 79:8, 111:16
**solution** [2] - 39:25, 40:5
**someone** [3] - 9:2, 25:12, 32:11
**soon** [3] - 55:13, 58:15, 115:3
**sorry** [28] - 4:2, 6:18, 7:3, 8:16, 13:17, 20:2, 20:23, 22:17, 24:9, 28:16, 34:2, 39:16, 40:3, 41:5, 43:14, 44:1, 53:22, 58:2, 58:4, 72:14, 72:24, 75:19, 84:15, 88:8, 89:18, 91:20, 102:25, 113:20
**sort** [9] - 28:24, 34:5, 59:7, 62:10, 67:1, 76:11, 86:1, 88:17, 97:3
**sound** [2] - 97:3, 97:20
**source** [2] - 63:1, 81:2
**sources** [2] - 62:10
**spam@ plasmadivision.com** [6] - 18:22, 20:23, 22:10, 23:4, 27:18, 27:20
**speaker** [2] - 9:7, 94:1
**speaking** [1] - 42:22
**specific** [8] - 47:25, 48:17, 56:1, 57:9, 63:3, 63:4, 63:5, 94:15

**specified** [2] - 8:25, 49:1
**speculation** [2] - 41:11, 89:2
**speculative** [1] - 112:25
**spent** [3] - 88:23, 89:5, 112:3
**spinal** [1] - 116:10
**spoken** [2] - 34:24, 95:20
**spoken)** [1] - 92:24
**spot** [1] - 89:12
**spreadsheet** [11] - 48:12, 49:8, 49:12, 52:20, 57:11, 65:21, 66:2, 67:17, 73:9, 78:25, 79:16
**spreadsheets** [2] - 48:11, 48:22
**spring/summer** [1] - 35:9
**squarely** [1] - 102:24
**stand** [9] - 2:4, 78:18, 93:8, 93:9, 93:18, 93:19, 94:9, 94:21, 106:19
**start** [6] - 17:11, 56:18, 64:22, 74:14, 114:15, 115:16
**started** [2] - 38:18, 106:23
**starting** [7] - 6:15, 6:19, 17:14, 23:13, 46:3, 83:19, 110:13
**starts** [9] - 29:13, 29:20, 30:16, 70:4, 70:5, 75:11, 83:24, 85:16, 111:1
**statement** [9] - 9:12, 10:11, 59:16, 59:20, 60:12, 67:1, 96:14, 96:23, 97:7
**statements** [3] - 28:6, 59:15
**STATES** [2] - 1:1, 1:10
**States** [3] - 1:3, 47:23, 55:19
**station** [1] - 81:13
**stats** [1] - 60:4
**stay** [1] - 30:23
**staying** [2] - 77:3, 78:1
**stenographic** [1] - 121:5
**step** [4] - 97:2, 99:7, 103:1, 116:5
**steps** [2] - 101:8, 101:11
**sterling** [1] - 22:24
**Sterlingov** [41] - 1:6,

15:22, 18:7, 18:8, 19:20, 22:1, 22:10, 22:21, 24:7, 28:11, 29:25, 31:2, 33:22, 33:23, 34:1, 54:3, 54:14, 55:6, 56:20, 56:24, 58:24, 66:12, 66:21, 67:2, 86:14, 88:13, 88:20, 90:24, 93:11, 95:13, 100:24, 101:8, 102:1, 107:3, 107:20, 108:12, 108:20, 109:10, 112:23, 117:3, 117:4
**sterlingov's** [2] - 21:21, 27:17
**Sterlingov's** [8] - 22:7, 29:18, 54:9, 56:21, 58:18, 69:1, 88:9, 110:15
**still** [6] - 4:19, 15:10, 30:21, 49:14, 73:5, 117:7
**straight** [1] - 97:17
**straight-up** [1] - 97:17
**Street** [2] - 1:13, 1:22
**strike** [6] - 108:7, 108:10, 108:24, 109:15, 109:18, 110:5
**string** [2] - 51:15, 86:9
**stupid** [1] - 38:2
**subject** [15] - 11:24, 12:22, 12:24, 14:12, 14:13, 19:17, 32:3, 32:5, 33:18, 33:19, 37:1, 43:23, 43:24, 45:16, 97:22
**subjects** [1] - 37:10
**submit** [2] - 9:11, 98:2
**submitted** [1] - 55:13
**subpoena** [1] - 57:23
**subscriber** [1] - 3:9
**subsequent** [2] - 3:13, 52:14
**substance** [1] - 118:4
**substantially** [2] - 8:22, 60:15
**substantive** [1] - 11:13
**suffer** [1] - 116:18
**sufficient** [2] - 63:20, 97:9
**suggesting** [3] - 103:6, 105:19, 107:25
**suggestion** [1] - 58:8
**suggests** [1] - 103:15
**Suite** [1] - 1:13
**sum** [1] - 89:23
**summarize** [2] - 42:23, 99:23

**summarizes** [1] - 101:19
**summary** [13] - 63:8, 73:5, 101:13, 101:16, 101:21, 102:6, 102:15, 103:23, 106:9, 106:10, 106:11, 113:15, 119:25
**summer** [1] - 35:9
**superseded** [1] - 41:1
**Support** [1] - 19:23
**support** [5] - 43:1, 45:3, 45:13, 55:12, 112:20
**support@ aurumxchange.com** [1] - 54:12
**support@ highhosting.net** [1] - 46:20
**surely** [1] - 30:10
**surgery** [1] - 116:11
**surprise** [3] - 106:1, 117:25, 118:20
**surrounding** [1] - 103:4
**sustained** [1] - 22:15
**Sweden** [3] - 18:4, 22:3, 27:13
**Swedish** [1] - 25:25
**swing** [1] - 34:3
**system** [1] - 30:16

## T

**Tab** [2] - 50:7, 51:17
**tab** [6] - 50:7, 50:8, 51:17, 51:18, 77:14
**tablet** [1] - 117:7
**tabs** [1] - 49:12
**team** [7] - 16:12, 18:16, 31:7, 41:22, 42:3, 53:12, 53:18
**technical** [2] - 32:15, 45:3
**term** [2] - 94:2, 112:16
**terms** [3] - 102:22, 114:15, 119:12
**terribly** [1] - 74:6
**territory** [2] - 70:24, 80:23
**test** [1] - 89:8
**testified** [2] - 70:25, 108:12
**testify** [11] - 73:5, 93:11, 93:12, 94:12, 94:14, 101:1, 101:3, 101:19, 102:13, 109:1, 114:19
**testifying** [15] - 71:18, 71:20, 71:23, 72:18,

74:3, 76:17, 94:1, 99:21, 100:21, 105:8, 109:7, 109:13, 109:16, 109:20, 109:21

**testimony** [41] - 15:21, 25:19, 58:8, 61:18, 72:2, 72:5, 72:10, 72:12, 73:8, 73:18, 73:20, 74:13, 80:25, 81:4, 81:16, 81:19, 81:22, 82:22, 83:1, 83:9, 85:3, 85:6, 85:7, 96:7, 103:2, 104:3, 104:7, 105:5, 105:6, 105:7, 105:20, 106:3, 107:20, 107:23, 112:17, 113:1, 116:6, 119:4, 119:8

**text** [24] - 6:24, 7:11, 8:8, 10:9, 11:13, 14:2, 14:25, 17:23, 20:12, 25:10, 28:7, 29:23, 37:5, 37:19, 37:21, 37:24, 39:18, 40:19, 45:21, 45:25, 46:1, 46:3, 46:4, 91:1

**THE** [168] - 1:1, 1:1, 1:9, 2:2, 2:4, 2:6, 2:8, 2:22, 3:1, 5:17, 5:23, 7:13, 8:1, 8:5, 8:7, 8:14, 8:16, 8:20, 9:6, 9:14, 9:19, 10:19, 11:6, 11:9, 11:12, 11:22, 11:25, 12:3, 13:17, 13:21, 16:10, 16:16, 17:5, 17:7, 19:10, 19:12, 21:11, 21:15, 22:15, 22:18, 24:22, 24:24, 26:9, 26:11, 27:9, 27:24, 28:13, 29:4, 34:13, 34:16, 39:5, 39:7, 41:12, 43:9, 43:11, 43:14, 49:6, 49:23, 54:24, 55:1, 56:14, 57:4, 57:13, 58:2, 58:12, 59:1, 59:14, 59:21, 60:17, 60:20, 60:23, 61:7, 61:11, 61:25, 62:4, 62:16, 63:21, 64:2, 64:6, 69:12, 70:21, 71:3, 71:10, 71:11, 71:14, 72:13, 72:16, 72:23, 73:10, 73:15, 73:24, 74:19, 74:20, 74:23, 80:20, 80:25, 81:11, 81:20, 81:24, 83:2, 83:4, 83:6, 84:17, 84:19, 85:8, 85:10, 85:22, 85:24, 87:8, 87:10, 89:7, 89:8,

89:14, 90:12, 90:14, 91:17, 92:10, 92:12, 93:10, 93:24, 94:10, 94:22, 95:1, 96:9, 96:12, 96:25, 97:6, 97:19, 98:4, 98:9, 100:5, 101:12, 102:9, 102:25, 104:6, 104:14, 105:4, 106:9, 106:11, 106:13, 106:20, 107:15, 107:25, 108:7, 108:22, 109:12, 109:18, 112:12, 113:4, 113:17, 113:20, 114:1, 114:4, 114:18, 115:2, 115:13, 116:5, 117:6, 117:12, 118:2, 118:8, 118:16, 119:6, 119:15, 120:1, 120:15, 120:19, 120:22

**therapy** [3] - 116:13, 116:14, 116:18

**thereabouts** [1] - 34:6

**therefore** [1] - 81:16

**they've** [3] - 102:5, 104:17, 104:19

**Theymos** [2] - 36:1, 36:2

**theymos** [1] - 36:3

**Third** [1] - 45:17

**third** [5] - 29:2, 29:12, 51:17, 98:21, 99:5

**thirds** [2] - 23:10, 31:13

**thousands** [2] - 114:10

**thread** [7] - 20:1, 20:3, 38:21, 39:1, 39:12, 40:9, 40:10

**threaded** [1] - 28:20

**three** [15] - 59:1, 67:10, 68:19, 78:11, 87:22, 88:14, 88:16, 88:17, 89:23, 94:7, 98:15, 98:19, 98:20, 103:4, 103:7

**ticket** [3] - 45:13, 55:7, 55:12

**tickets** [1] - 55:13

**timesaver** [1] - 30:14

**title** [3] - 92:19, 92:21, 92:23

**titled** [1] - 38:19

**today** [1] - 118:10

**together** [14] - 53:18, 57:11, 57:20, 57:25, 59:7, 59:16, 60:11, 62:9, 63:18, 64:8, 64:10, 64:12, 103:5, 103:12

**toggle** [1] - 39:14

**tomorrow** [3] - 71:4, 71:5, 71:6

**took** [2] - 70:14, 81:1

**top** [13] - 6:19, 12:22, 17:14, 19:15, 21:19, 29:5, 29:8, 35:14, 35:16, 50:15, 77:4, 98:14, 109:6

**topic** [7] - 36:7, 36:10, 38:10, 38:11, 38:13, 38:18, 39:11

**Tor** [3] - 1:20, 1:21, 36:16

**TOR** [1] - 41:2

**Tor@torekeland. com** [1] - 1:23

**total** [1] - 52:17

**towards** [3] - 6:23, 48:8, 103:14

**Townsend** [4] - 34:23, 34:24, 35:1, 38:18

**traces** [1] - 72:6

**tracing** [4] - 58:10, 71:18, 80:23, 99:18

**tracked** [1] - 105:9

**tracking** [3] - 74:4, 74:5, 81:11

**trafficking** [1] - 9:1

**transacting** [1] - 8:24

**transaction** [40] - 51:19, 52:13, 52:24, 65:18, 69:22, 70:1, 73:14, 75:7, 75:13, 75:15, 76:9, 76:11, 77:8, 77:21, 78:2, 78:15, 79:12, 79:15, 81:8, 83:14, 83:15, 83:21, 84:2, 84:23, 85:12, 86:2, 88:4, 88:6, 88:7, 91:4, 91:8, 99:24, 100:10, 100:14, 105:9, 110:19, 110:21, 110:25, 111:1, 113:6

**transactional** [1] - 81:7

**transactions** [25] - 9:10, 10:5, 51:19, 51:20, 53:19, 65:17, 65:21, 65:23, 71:19, 71:23, 72:3, 72:6, 73:18, 78:6, 78:7, 80:18, 83:12, 85:20, 88:2, 88:16, 88:17, 93:6, 102:2, 107:2, 107:10

**TRANSCRIPT** [1] - 1:8

**transcript** [2] - 121:4, 121:5

**transfer** [6] - 55:12,

70:8, 88:8, 97:5, 99:9, 99:14

**transfers** [2] - 38:20, 39:13

**translated** [2] - 26:24, 94:20

**translates** [1] - 94:16

**translating** [3] - 93:8, 94:8, 94:21

**translation** [10] - 26:6, 26:22, 93:21, 94:2, 94:20, 96:4, 97:11, 99:1, 99:4

**translations** [2] - 26:1, 93:18

**translator** [4] - 93:8, 93:19, 93:22, 94:11

**translators** [2] - 93:9, 93:17

**transparent** [1] - 118:18

**trial** [3] - 30:20, 118:18, 118:23

**TRIAL** [2] - 1:4, 1:8

**tried** [2] - 20:18, 116:14

**trim** [1] - 117:10

**trouble** [2] - 20:24, 36:6

**true** [6] - 7:24, 86:14, 107:7, 110:15, 121:4, 121:5

**trusting** [1] - 38:2

**truth** [13] - 5:22, 7:12, 7:20, 9:6, 9:10, 9:12, 10:16, 10:21, 11:14, 12:10, 12:16, 28:8, 29:9

**try** [2] - 55:13, 89:23

**trying** [6] - 20:14, 20:20, 27:9, 101:25, 118:3

**TS** [1] - 40:22

**Tuesday** [10] - 44:1, 71:11, 115:14, 115:16, 116:1, 116:8, 116:21, 117:17, 119:8, 120:23

**turn** [1] - 62:21

**turning** [4] - 14:11, 51:17, 51:24, 66:17

**two** [27] - 5:8, 11:20, 17:23, 20:17, 23:10, 25:10, 29:25, 30:2, 31:13, 36:9, 44:3, 55:9, 57:6, 66:18, 68:22, 70:3, 77:24, 91:1, 94:3, 95:8, 98:6, 98:19, 113:14, 114:5, 115:6, 117:15, 117:16

**two-factor** [1] - 17:23

Appx3329

two-thirds [2] - 23:10, 31:13
type [3] - 13:19, 13:24, 52:6

## U

U.S [8] - 47:18, 55:22, 68:15, 111:16, 111:17, 111:19, 111:20, 111:21
U0845692 [1] - 50:15
U2213781 [1] - 53:8
U9214765 [2] - 46:14, 52:5
unable [1] - 117:10
unchanged [1] - 20:22
under [18] - 24:1, 24:2, 24:3, 36:25, 37:22, 44:14, 53:4, 56:25, 58:20, 76:12, 77:14, 78:13, 79:17, 80:6, 86:8, 88:12, 97:7, 119:9
underground [1] - 53:16
underlying [4] - 63:12, 72:21, 73:6, 82:7
understood [1] - 118:1
undue [1] - 106:1
unduly [2] - 59:12, 101:5
unfair [1] - 117:25
UNITED [2] - 1:1, 1:10
United [4] - 1:3, 3:23, 47:23, 55:19
unlawful [1] - 8:25
unless [1] - 95:1
unlocking [1] - 36:6
up [42] - 3:6, 7:2, 7:3, 8:5, 15:20, 21:19, 35:14, 37:25, 41:9, 41:20, 42:7, 44:13, 49:8, 50:5, 50:15, 54:7, 62:22, 63:24, 68:22, 74:25, 77:4, 78:19, 81:2, 81:21, 86:20, 89:23, 91:21, 93:23, 96:16, 97:17, 100:7, 101:14, 106:19, 112:12, 112:24, 114:23, 117:21, 118:11, 118:20, 119:17, 120:3
update [2] - 117:2, 117:11
updates [1] - 36:9
upper [2] - 107:3, 110:13
upset [1] - 102:19

URL [2] - 38:5, 38:7
US [1] - 1:15
USAO [1] - 1:13
user [15] - 7:15, 8:10, 15:12, 23:11, 23:13, 30:19, 31:8, 32:1, 35:12, 37:21, 54:4, 64:8, 65:13, 76:7, 86:16
user's [2] - 23:11, 67:5
username [3] - 9:2, 23:16, 23:17
users [4] - 10:4, 30:21, 31:4, 53:11
usual [1] - 97:3
UTC [1] - 36:13
utility [1] - 67:1

## V

vague [4] - 13:18, 27:8, 69:10, 112:16
Valerie [1] - 59:4
various [1] - 53:11
Vasily [3] - 3:21, 46:20, 51:2
vast [1] - 61:17
venturing [1] - 74:12
verbal [1] - 46:4
verification [1] - 51:12
version [7] - 30:20, 96:12, 101:15, 104:16, 117:24, 120:8, 120:9
versions [1] - 48:18
view [1] - 59:6
viewed [1] - 39:1
virtual [2] - 47:13, 47:14
visual [6] - 59:11, 61:3, 100:13, 100:21, 101:25, 102:18
visually [5] - 59:7, 103:5, 103:6, 103:22, 105:3
Volfprius [3] - 59:3, 67:12, 68:18
voluminous [2] - 100:11, 101:20
VP [1] - 114:9
vs [1] - 1:5

## W

wait [1] - 72:23
waiting [1] - 15:10
walk [7] - 5:19, 12:20, 23:15, 51:24, 64:21, 79:25, 106:16
walked [3] - 99:16, 99:18, 102:16

walker [1] - 62:22
Wall [1] - 1:22
wants [5] - 11:19, 41:9, 51:11, 59:9, 72:7
warrant [14] - 4:10, 4:12, 4:14, 16:12, 16:23, 17:1, 19:3, 19:6, 31:10, 35:11, 54:17, 92:1, 92:5, 95:22
Washington [5] - 1:5, 1:14, 1:16, 1:19, 121:13
ways [1] - 72:11
web [5] - 7:2, 7:3, 38:1, 38:11, 41:10
website [4] - 32:13, 41:9, 41:10, 41:15
websites [2] - 80:14, 80:17
week [1] - 119:4
weekend [8] - 114:24, 115:14, 115:15, 115:18, 115:19, 116:1, 116:25, 118:14
weeks [4] - 33:9, 68:22, 68:24, 104:16
welcome [3] - 74:15, 87:24, 109:13
Western [1] - 98:22
WHMCS [1] - 43:24
whois [1] - 41:21
whole [6] - 20:12, 32:8, 58:23, 86:9, 105:1, 114:16
Wikipedia [1] - 25:7
willing [1] - 32:12
wire [1] - 88:8
wires [2] - 107:3, 107:6
withdraw [1] - 76:18
withdrawal [8] - 76:13, 78:9, 78:12, 79:19, 86:3, 86:4, 86:6, 86:11
withdrawn [1] - 80:3
witness [21] - 2:4, 49:15, 57:7, 59:24, 62:7, 62:23, 70:25, 71:16, 71:24, 72:2, 72:18, 81:6, 102:10, 102:11, 105:23, 108:25, 109:16, 109:20, 116:5, 119:20
WITNESS [2] - 89:8, 122:2
witness's [1] - 61:18
witnesses [2] - 9:17, 119:17
word [4] - 6:19, 29:14, 97:15, 97:18
words [6] - 29:20,

92:25, 94:4, 94:16, 95:8, 97:13
works [1] - 72:9
wrap [2] - 112:24, 115:12
writes [4] - 20:14, 32:10, 40:22, 46:5
writing [1] - 10:4
written [4] - 25:10, 39:25, 40:5, 40:22
Wrote [1] - 29:14
wrote [3] - 29:22, 29:25, 105:11
www.aurumxchange.com [2] - 98:24, 99:15
www.bitcoinfog [1] - 112:6

## X

XChange [35] - 53:7, 53:9, 53:10, 53:13, 53:14, 53:23, 53:24, 53:25, 54:4, 55:6, 58:4, 58:7, 58:9, 64:25, 65:10, 65:15, 65:17, 65:22, 69:9, 69:17, 69:19, 70:8, 70:11, 70:13, 70:16, 70:25, 71:21, 75:16, 76:15, 76:24, 76:25, 111:21, 111:24, 112:1
XChange's [2] - 53:19, 65:18

## Y

year [2] - 23:25, 44:11
yesterday [1] - 36:7
York [1] - 1:18
yourselves [2] - 11:17, 115:25

## Z

zone [1] - 80:24
zoom [1] - 98:14
zooming [1] - 19:15

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

ROMAN STERLINGOV,

        Defendant.

_____/

Criminal Action
No. 1: 21-399

Washington, DC
February 20, 2024

9:16 a.m.

MORNING PROCEEDINGS

TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:     CATHERINE PELKER
                         U.S. DEPARTMENT OF JUSTICE
                         950 Pennsylvania Ave NW
                         Washington, DC 20530

                         CHRISTOPHER BRODIE BROWN
                         DOJ-USAO
                         601 D Street, N.W.
                         Suite 5.1527
                         Washington, DC 20530

                         JEFFREY PEARLMAN
                         DOJ-CRM
                         Ccips
                         US Dept of Justice
                         1301 New York Ave NW
                         Washington, DC 20005

APPEARANCES CONTINUED ON NEXT PAGE

APPEARANCES CONTINUED

For the Defendant:      TOR EKELAND
MICHAEL HASSARD
TOR EKELAND LAW PLLC
30 Wall Street
8th Floor
Brooklyn, NY 10005


Court Reporter:       SHERRY LINDSAY
Official Court Reporter
U.S. District & Bankruptcy Courts
333 Constitution Avenue, NW
Room 6710
Washington, DC 20001

TABLE OF CONTENTS

WITNESSES

Leo Rovensky

Direct examination continued by Mr. Brown                6


EXHIBITS

Government Exhibits 807 - 809                            14
Government Exhibit 861                                   17
Government Exhibits 810 - 814                            26
Government Exhibits 517A - 517S                          39
Government Exhibits 522, 522A                            43
Government Exhibit 53                                    46
Government Exhibits 912, 914                             56
Government Exhibit 892                                   60
Government Exhibit 511E                                  61
Government Exhibits 511A, 511D                           63
Government Exhibit 513B                                  65
Government Exhibit 521A                                  66
Government Exhibit 843                                   69
Government Exhibit 412                                   70
Government Exhibits 413A - 413H                          71
Government Exhibits 416 - 418I                           73
Government Exhibits 414A - 414M                          75
Government Exhibits 419A - 420G                          91
Government Exhibits 411A - 411H                          94
Government Exhibits 431A, 431D, 431E, 432A, 432D, 432E   95
Government Exhibits 431C, 432C                           97

P R O C E E D I N G S

THE COURTROOM DEPUTY:  Criminal case 21-399 United States versus Roman Sterlingov.

Let me tell the marshals to bring him.

Criminal case 21-399, United States of America versus Roman Sterlingov.

Would counsel please state your name at the podium, starting with government counsel.

MR. BROWN:  Good morning, Your Honor.  AUSA Christopher Brown for the government and with me at counsel table are C. Alden Pelker and Jeffrey Pearlman.

THE COURT:  All right.  Thank you.

MR. EKELAND:  Good morning, Your Honor.  Tor Ekeland for defendant, Roman Sterlingov, who is present in court.  And joining me at counsel table is Michael Hassard.

THE COURT:  Thank you.  And do you have an answer to my question, by the way, about the forfeiture trial, if there is one?

MR. EKELAND:  Yes, Your Honor.  We would like to have the jury -- the same jury.

THE COURT:  Okay.

MR. EKELAND:  I do have one small thing for the Court before we start today.

THE COURT:  Okay.  Go ahead.

MR. EKELAND:  As the Court knows, Mr. Sterlingov has

been unable to shave and clip his nails. This morning we did bring an electric shaver and the nail clipper. And the marshals wouldn't let it in. They said ask the Court. So we are asking the Court for permission to bring the electric shaver and nail clippers so Mr. Sterlingov can shave here and clip his nails.

THE COURT: It is fine with me as long as the Marshal Service is okay deferring to my decision with that, it is fine with me.

Do you want to adjourn to do that?

MR. EKELAND: Yeah. Can we do that?

THE COURT: Anything else before we take that quick break and get going?

MR. EKELAND: Not from the defense, Your Honor.

THE COURT: Anything else from the government?

MR. BROWN: No, Your Honor.

THE COURT: We need to adjourn today by 4:50 in light of an obligation one of the jurors has.

MR. EKELAND: Thank you, Your Honor.

(Recess taken at 9:18 a.m.)

(Jury in at 9:45 a.m.)

THE COURT: Welcome back, members of the jury. And the witness can return to the witness stand.

LEO ROVENSKY, previously sworn

THE COURT: And you may proceed when you are ready.

DIRECT EXAMINATION CONTINUED

BY MR. BROWN:

Q.   Good morning, Agent Rovensky.

A.   Good morning.

Q.   On Thursday, we talked about an account on Bitcoin Talk called Killdozer.  Can you remind the jury who Killdozer was?

A.   Killdozer is the defendant, Roman Sterlingov, on the Bitcoin Talk forum.

Q.   And was Killdozer an active poster on Bitcoin Talk?

A.   He was.

Q.   So directing your attention to Exhibit 13, which has already been admitted into evidence, I believe.  I would like to direct your attention to message 530466.

A.   I'm sorry.  My screen is off.

     Thank you.

          THE COURTROOM DEPUTY:  Give me one second.

          THE WITNESS:  It is up.

BY MR. BROWN:

Q.   Okay.  So is this one of the private or -- excuse me -- the public posts of Killdozer?

A.   Yes, it is.

Q.   I would like to ask you to read the first -- under the body of the post, I would ask you to read the first chunk of text right below it, the first paragraph, please.

A.   Killdozer writes, "While it is maybe feels cool when an

offline restaurant chain or a gas station or some other store starts accepting Bitcoin, I think we should not forget that Bitcoin is an online currency. I even think of it as Liberty Reserve, but much better."

Q. And then could you read what he writes under bullet point number 1?

A. "Number 1, Bitcoin is not meant to be used offline in stores, not even so much as on mobile devices, which would work, but not as good as on PCs. It is, however, a great and unique online currency with some great qualities like speed, low transaction fees, anonymity, sort of. This is what it should be used as. And instead of putting our time on trying to make it something if it is not that and trying to get offline retailers to use it, we should spend more time on promoting it online where it is at its best. Are there any stores that use Liberty Reserve offline? No. Because it wasn't meant for that."

Q. And then could you read bullet point number 3 up to the end of that fourth line, please?

A. "There is no inherent reason to use Bitcoin offline. Are you trying to achieve anonymity when paying for your lunch? Pay with cash, much easier. Transaction fees, pay with cash or maybe are you trying to eat lunch in a restaurant that is on the other side of the globe? Well, then you have got bigger problems." Tongue out emoji.

Q.    And then I would like to direct your attention to message 723859, please.

And by the way, what is the date of this post?

A.    This post is on January 31st, 2012.

Q.    And could you read the full body of that post, please?

A.    Sure.

"What guns?  Silk Road mainly sells drugs.  That is already illegal and apparently already enough reason to try to shut down it and Bitcoin, according to some politicians.  They don't even have to care about guns."

Q.    And then I would like to direct your attention to post number 831645, please.  What is the date of this post?

A.    April 2nd, 2012.

Q.    And directing your attention to the third line -- or the third paragraph of that body.  Starting with the word "What," could you read the first full sentence of that paragraph, please?

A.    "What are we really losing?"

Q.    And then directing your attention to message number 1599885, please.

And then does this post include quoted language?

A.    It does.

Q.    And could you read what is below the quoted language in terms of how Killdozer responds to the quoted language?

A.    It starts right here.

Killdozer responds, "Right now the whole picking Bitcoin network is plausibly deniable money laundering." Tongue out emoji.

Q. And then could I direct your attention to post number 2594297, please.

And then is there another quoted passage in this post?

A. There is.

Q. Could you read the quote and then read how Killdozer responds, please?

A. The quote, "Sure. That is the way I intended it. Nevertheless, what Franky said still apply to any company trying to put those ATMs in place. And it seems to be a huge problem." End of quote.

The response, "What huge problem? FinCEN said they are now regulating Bitcoin, so all companies need licenses. Get the license and you are set."

Q. What was the date of that post?

A. June 27th, 2013.

Q. What is FinCEN?

A. FinCEN is an investigative financial organization that has information on the Bank Secrecy Act and anti-money laundering.

Q. And then directing your attention to post 267228, please. And then scrolling down to the bottom of that post. Is there a quoted language towards the bottom of that post?

A. There, starting right here.

Q.    Could you read the quote language and then read how Killdozer responds?

A.    The quote, "I am not sure why people are so afraid when money laundering is mentioned.  If you are not a criminal, money laundering is not a crime."  End of quote.

Killdozer's response, "If you are not a criminal, it is not called money laundering.  If all of your money sources are legit and taxed, you can't or will want to launder the money.  You will use it and nobody will have any problems with it.  Earning money and not paying taxes on it, while still living in the country that needs those taxes and using the services it provides for those taxes is a crime though."

Q.    Now directing your attention back to the shormint@hotmail.com records.  Were you able to see that Shormint was emailing with somebody at email address invalid where the L is a 7 @gmail.com?

A.    I was.

Q.    I would like to pull up Exhibit 805, which I believe has already been admitted.

Agent Rovensky, do you recognize this exhibit?

A.    I do.

Q.    And what is this?

A.    These are records provided to the government by Microsoft.

Q.    Looking at column B, what is the heading for column B here?

A.    The heading for column B is contact email.

Q.    Is there an entry in column B?

A.    There is invalid@gmail.com where there is a 7 instead of the L.

Q.    What is the understanding of what it means to be a contact email?

A.    This is a contact of the shormint@hotmail.com email address.

Q.    In the Shormint email search warrant, was the investigative team able to recover messages between Shormint and invalid@gmail?

A.    No, we were not.

Q.    Let me pause there.  I'm sorry.

Now directing your attention to Exhibit 15, which is the private messages on Bitcoin Talk -- and this has already been admitted.

I would like to direct your attention to private message 125567.  What is the date of this private message?

A.    The date of this message is October 28, 2011.

Q.    Is this under received private messages?

A.    This is a private message received by the Akemashite Omedetou Bitcoin Talk account.

Q.    And that date, October 28, how does that relate in time to the launch of Bitcoin Fog?

A.    This is one day after the launch of Bitcoin Fog.

Q.    Who is the sender of the message that Akemashite Omedetou received?

A.    The sender is Andrew Bitcoiner.

Q.    Could you read the subject line of that message?

A.    Subject, "Interested in your site."

Q.    And that -- pause.  And then, moving down to the next private message, message 125710.  What is the date of that private message?

A.    Also October 28, 2011.

Q.    And who is this private message from?

A.    From Andrew Bitcoiner.

Q.    Is this a little later in the day on October 28th?

A.    It is.

Q.    And what is the subject line here?

A.    It is a continuation of the "Interested in your site" subject.

Q.    Is there a quoted passage in this private message?

A.    There is.

Q.    Can you tell from looking at this who the author of the quoted passage is?

A.    The author is Akemashite Omedetou.

Q.    Could you just read what Akemashite Omedetou says in that quoted block?

A.    So Akemashite Omedetou responds, "It does sound interesting, but do you go about estimating a price of such a

new service?  Also, if the deal would be made, we would publically announce it, right?"

Q.    And then could you read how Andrew Bitcoiner responds to Akemashite Omedetou?

A.    Andrew Bitcoiner responds, "Hey there.  Thanks for writing.  I am very excited about this possible exchange.  I'd be happy to negotiate with you on what you perceive the value of this site is for you.  If we could transfer ownership, it would be best practice to announce that the site is under new ownership, but I would prefer not to have my identity publicly linked to it.  Let's continue this through email.  My email is invalid@gmail.com.  Please get back to me your asking price and the details of what it includes.  Keep in mind, I'd be happy to engage you for continued development work if I find something that I'd like to expand in or if you have some good ideas for it."

Q.    If we scroll down just a little bit further, how does he sign that private message?

A.    He signs off, "Many thanks, Andrew."

Q.    Did law enforcement obtain records for the invalid@gmail.com email address?

A.    We did.

Q.    And directing your attention to Exhibit 807, which I do not think has been admitted yet.  And, actually, in your binder or up here.  Could you quickly look through 807, 808 and 809,

please?

A. Sure.

Okay.

Q. Do you recognize Exhibits 807, 808 and 809?

A. I do. These are emails obtained from the legal process for the invalid@gmail.com email address.

Q. And are these fair and accurate copies of the emails that were obtained through the legal process for the invalid@gmail.com?

A. They are.

MR. BROWN: And the government moves to admit and publish Exhibits 807, 808 and 809?

THE COURT: Any objection?

MR. EKELAND: No objection, Your Honor.

THE COURT: Exhibits 807, 808 and 809 are admitted and may be published to the jury.

(Whereupon, Exhibit No. 807 - 809 were admitted.)

BY MR. BROWN:

Q. Could we scroll down just a second so there is nothing below. Go back up to the top.

So what does this email show? First of all, what is the date of this email?

A. The date of this email is November 3rd, 2011.

Q. Who is it from?

A. The email is from shormint@hotmail.com using the Vasily

Kunnikov moniker.

Q.    Who is this email to?

A.    The email is to the invalid@gmail.com email.

Q.    And could I ask you to read the whole email here, please?

A.    Sure.  So Shormint writes, "Hello, Andrew.  I'm sorry for the delay.  We were discussing the possibilities of selling the service.  For now, however, we have decided that while we are not in principle against selling it, it is very difficult, for now, to set the price.  Because it is just starting and it is difficult to know how popular it will become and how much revenue it will generate.  We are not either running it just for money.  We are also interested in having such a service and to benefit the Bitcoin movement, make sure it will prosper.  We were discussing a lot what kind of price to set.  And no sane suggestion could be made.  I mean, of course, if you say that you will pay some ridiculous price for it, like a couple of hundred thousand dollars or something, we would sell directly, but we do understand that is preposterous.  This is not actually a finely covered price proposition.  It is just a hypothetical scenario.  In case someone would pay that kind of money, I guess we would have to set up a physical meeting, meet in real life and it would be a much more serious process, of course.

"We will see how the service is going.  And it is possible that the time will come when we will see the actual value in

this service and be able to suggest a serious price.  If you will still be interested to buy, you will have the first chance.  In the meantime, we are open to any other cooperation proposals.  Maybe you have other service that we can cooperate with or even other ideas that we can help implement and be a part of.  I understand that you are as interested in the future of Bitcoins as much as we are.  So if there are any ideas, I am sure we together would make best of it.  I am proficient developer in C/C++, mostly for Windows platform, but many of the libraries I use are platform independent Java, PHP, Python, HTML/CSS, JS.  My friends have additionally experience in assembler .net, Pearl and some other areas.  Anyhow, we do hope to hear from you.  We will in any case contact you when we have a real price proposal.  Akemashite Omedetou, Bitcoin Fog."

Q.   Now, I would like to pause here and direct your attention to an exhibit that has not yet been admitted, Exhibit 861.  Do you recognize Exhibit 861?

A.   I do.  This is an email obtained from the legal process for the heavydist@gmail.com account.

Q.   Does this -- is this a fair and accurate copy of the records produced by Google in response to the legal process for heavydist@gmail.com?

A.   Yes, it is.

        MR. BROWN:  The government moves to admit and publish Government Exhibit 861?

THE COURT:  Any objection?

MR. EKELAND:  Just on relevance grounds.

THE COURT:  Overruled.

Exhibit 861 is admitted and may be published to the jury.

(Whereupon, Exhibit No. 861 was admitted.)

BY MR. BROWN:

Q.   Agent Rovensky, could you read who this email is from, please?

A.   This email is from Mr. Sterlingov from his heavydist@gmail.com account.

Q.   What is the date of this email?

A.   June 12th, 2011.

Q.   What is the subject line for this email?

A.   Subject line is, "Poker bot co-op."

Q.   Could I direct your attention to this -- the paragraph a few paragraphs down, starting with the word "So"?  And just have you read the first -- read that full paragraph until you get to an emoji, please.

A.   The defendant writes, "So what can I bring to the table then?  Well, before my skills in the AI are getting better that would probably be the software development skills.  I am very proficient in C++, Delphi, PHP, JavaScript, a couple of other languages, but mainly those.  I have done a whole lot of Win API coding and sneaky stuff like faking input, screen capture,

intercepting function calls, et cetera, you know, all of those things that will come in handy when writing a poker bot." Tongue out emoji.

Q.   And then returning to Exhibit 807, 808 and 809.  Have you reviewed all three of those exhibits?

A.   Yes, I have.

Q.   Could we just briefly show Exhibit 808, please.

     And so is this a further continuation of the same email thread between Andrew Bitcoiner AKA Invalid and Akemashite Omedetou?

          MR. EKELAND:  Objection, Your Honor, leading.

          THE COURT:  Overruled.

          THE WITNESS:  Yes, it is.

BY MR. BROWN:

Q.   Okay.  And going up to the top of that message, could you just read that paragraph there, starting, "Hello, Andrew"?

A.   So Shormint writes, "Hello, Andrew.  We have considered the amount you have specified will not even cover our development costs.  We are much more interested in keep running it, if not for anything else to have at least one mixing service out there that does everything properly.  The counting of the monthly income is, of course, the main scheme that is used when selling websites.  However, since we are very new and the trust is just being built up, that scheme would produce a much too small price.  If we have any other proposition

considering Fog, you will be the first we shall contact."

Q.   And then directing your attention to Exhibit 809, please.

Is this a further continuation of the same email thread?

A.   It is a continuation of the email thread between Shormint and Invalid.

Q.   What is the date of this email?

A.   December 17th, 2011.

Q.   Could I ask you to read the -- going to the last full paragraph starting with the word "is," could you please read those first two full sentences?

A.   Sure.  Shormint writes, "Is it going well for Bit jack?  I am a little surprised by the apparent lack of general interest to Bitcoin poker and Bitcoin casinos, especially when it became illegal to play in the US and considering the trouble people have to deal with to withdraw their money with credit cards and such.  It must reach a critical mass, I guess, for an average Joe to start playing in Bitcoins."

Q.   And on Bitcoin Talk did Akemashite Omedetou also publicly post about online poker?

A.   He did.

MR. EKELAND:  Objection, Your Honor, leading.

THE COURT:  Overruled.

BY MR. BROWN:

Q.   Directing your attention to Exhibit 13, which has been previously admitted and message 648602.  And what is the date

of this post?

A.    This is a post made on December 13th, 2011.

Q.    And what is the subject of this post?

A.    The subject is, "Regarding poker and the shared pot at the table in a decentralized network."

Q.    And this is a long post.  I want to move down towards the bottom of this.  There is a paragraph starting, What is at the end.

Excuse me.  I misspoke.  "What if at the end."

Could you look at that paragraph starting, "What if at the end" and just read the very last sentence of that paragraph that is in the parenthesis?

A.    Sure.  Akemashite Omedetou writes, "Losing the money and getting higher fee and bad will and not really losing anything more by just making the key public as the network wants."

Q.    Now we can close this out.

Directing your attention back to the High Hosting records which I believe have been previously admitted.  Exhibit 502E, as in echo.

Now, what is the date of this record?

A.    This is from November 29th, 2011.

Q.    Is this -- what is this record from?

A.    From Highhosting.net.

Q.    And could you -- what does this message appear to contain?

A.    This is internal correspondence by High Hosting related to

a support ticket for Akemashite Omedetou.

Q.   And is there a statement from the -- that appears to be from Akemashite Omedetou here?

A.   There is.

Q.   Could you read -- could you point that out for the jury where that is on the screen?

A.   Right here.

Q.   Could you read the block of text starting with the word hello?

A.   "Hello, can you please check this?  I believe this is incorrect.  I have paid and I can see in my Liberty Reserve account that the payment has been made...  Here is the row from LR.  That is the date and something called batch number.  Maybe this will help you find my payment?"  And then there is a date November 25th, 2011; a time, 10:55; the batch number, 77407610; and the Liberty Reserve account number, U9214765.

     And it says, "Thank you."

Q.   And directing your attention to 502F.  What is this exhibit?

A.   This is another record from High Hosting.

Q.   What is the date of this exhibit?

A.   February 13th, 2012.

Q.   And is this -- what is the format of this exhibit?

A.   This is an email.

Q.   What is the subject line of this email?

A.    Subject is regarding "Ticket ID 844308, the website is down."

Q.    And then that top part of the exhibit, does that -- who is that message from?

A.    This message is from Shormint using the Vasily Kunnikov moniker.

Q.    Could you read the text at the top of this message?

A.    So he writes, "What do you mean by give further attention? The problem is still not fixed, if that is what you mean... Thanks."

Q.    Directing your attention to 502H, please.  What is the date of this exhibit?

A.    February 21st, 2012.

Q.    And who is the sender of this message?

A.    The sender here is Reseller club sales team.

Q.    And what is the subject line of this message?

A.    Request for transfer of BitcoinFog.com.

Q.    Could you read the first paragraph, "We have received"?

A.    "We have received a request for transferring BitcoinFog.com to a new registrar, internet.BScorp.  This request may have been placed by your customer.  If your customer approves this transfer request, BitcoinFog.com will be transferred and will no longer be accessible in your control panel."

Q.    And the date of this message, how does that relate in

terms of time to the launch of Bitcoin Fog?

A.   This is several months after the launch of Bitcoin Fog.

Q.   So I'd like to flip back to Exhibit 1, which has been previously admitted.  And directing your attention to post number 66.  And what is the date of this post?

A.   February 19th, 2012.

Q.   Who made this post?

A.   Akemashite Omedetou.

Q.   And could you read the quoted language?

A.   The quote is, "I made a deposit on the 8th.  It still shows the balance is being updated.  It's been much more than two hours."

Q.   Could you read the full response from Akemashite?

A.   "I apologize for that.  We have built in an automatic lockdown in the system if it senses that something is trying to do some strange requests/tampering with the sent data and so on.  It seems now that our service is a little bigger than before, such things happen more and more often.  And some lockdowns have been happening, since we don't really have the manpower to monitor the service fully 24/7, although it is checked on every day.  These delays have been happening.  Each time we have to check exactly what happened.  And if there was no real risk of hack ins and losing funds, restart the service.  We have done it now.

"Certainly this is not the way it is supposed to work,

lockdown when anything happens. This was a setting that worked for us in the beginning. But now we, obviously, have to rework our routines, but still keep the service secure. I apologize for all of the days. And they did indeed happen a couple of times before due to these lockdowns. And we will be working on getting rid of them. As of now, we have not detected any actual breaches of our security. And all of the funds are intact. If your payouts are still not going -- starting to go through after this message, please contact us."

Q. And then if we could scroll down to post number 68, please. What is the date of this post?

A. Also February 9th, 2012.

Q. And who made this post?

A. Akemashite Omedetou.

Q. Could you read the second paragraph starting with the word "We" please?

A. "We are checking what the situation with BitcoinFog.com is. Since we are not hosting those servers ourselves, we have to check with the external company."

Q. And then scrolling down to post number 70. What is the date of this post?

A. February 16th, 2012.

Q. What who is the author of this post?

A. Akemashite Omedetou.

Q. Could you read the full post, please?

A.   "Yes.  After all of this time, we got the news today that the hoster is stopping delivering the kind of hosting we were using.  And they tell us this after they have shut down the site without any warnings...  Now we are just waiting on them to give us domain transfer codes so we can get move the site to another company..."

Q.   And just scrolling down to the next post in the sequence there, number 71.  What is the date of that post?

A.   February 26, 2012.

Q.   And who is the author?

A.   Akemashite Omedetou.

Q.   Could you just read the first paragraph of that post, please?

A.   "Problems with the freenet website are finally seemed to be resolved.  The extra time was due to the domain transfer.  Also we now on Bitcoin-hosting.com, which is good for the Bitcoin economy."  Smily face.

Q.   So I would like to direct your attention back to certain Shormint emails, specifically 810, 811, 812, 813, 814.

Just take a moment to -- if we could pull that up on your screen.  Have you reviewed those, 810 through 814?

A.   I have.

Q.   Do you recognize these records?

A.   I do.  These are records obtained from Microsoft pursuant to legal process for the shormint@hotmail.com account.  This

was for the one that was activated in October of 2015.

Q.    Are these records fair and accurate copies of the records provided by Microsoft in response to that legal process?

A.    They are.

MR. BROWN:  The government moves to admit and publish 810 through 814.

THE COURT:  Any objection?

MR. EKELAND:  No objection.

THE COURT:  Exhibits 810 through 814 are admitted and may be published to the jury.

(Whereupon, Exhibit Nos. 810 - 814 were admitted.)

BY MR. BROWN:

Q.    Directing your attention to 810, what is the date of this message?

A.    October 12th, 2015.

Q.    And who is this message from?

A.    From Orangewebsite.com.

Q.    Who is it directed to?

A.    It is directed to privacy department, shormint@hotmail.com.

Q.    What is the subject heading of this email?

A.    Customer invoice-invoice 30579.

Q.    And could you read the text where it says, "Dear customer" and then the following lines, please?

A.    "Dear customer, this is a notice that an invoice has been

generated 12 October 2015. Your payment method is PayPal."

Q. Looking at this record can you tell what the invoice is for?

A. I can.

Q. Could you point that out to the jury on the screen?

A. Right here.

Q. Can you explain to the jury what the invoice -- what product or service is being invoiced here?

A. This is domain renewal for BitcoinFog.com for hosting of the BitcoinFog.com domain for a period of five years from October 25th, 2016 to October 24th, 2021. And the cost for this renewal is 69 Euro and 50 cents.

Q. Very quickly. Directing your attention to Exhibit 811. What is Exhibit 811?

A. This is another email correspondence between Orange website and Shormint.

Q. And then directing your attention to Exhibit 812. And what is Exhibit 812?

A. Correspondence between Orange website and Shormint.

Q. And then Exhibit 813. What is this, Exhibit 813?

A. Correspondence between Orange website and Shormint.

Q. And then Exhibit 814. What is Exhibit 814?

A. Email correspondence between Orange website and Shormint.

Q. So at some point, Agent Rovensky, did Bitcoin Fog set up a Tor gate?

A.    They did.

Q.    And what is a Tor gate?

A.    A Tor gate is a way to access a hidden services site on the darknet such as Bitcoin Fog from the regular internet, so -- without having to use a Tor browser.

Q.    So directing your attention back to Exhibit 1, which has previously been admitted.  And I would like you to take a look at post number 86, please.  What is the date of this post?

A.    December 3rd, 2012.

Q.    And who made this post?

A.    Akemashite Omedetou.

Q.    Now, towards the bottom of the screen here, there is a paragraph starting now.  Could you read that full paragraph, please?

A.    "Now for some good news.  We have launched a Tor gate so that service can be accessed even without Tor https://gate.BitcoinFog.com.

Q.    Could we scroll down a little further in that post.  Could you read the next two full paragraphs, please?

A.    "This is less secure than going through Tor itself, but all connections are going through SSL, so information leaks are minimal.  Basically only the fact itself that you are accessing the website itself could be observed by on adversary.  Still if you have Tor installed, you should be going to the hidden services link directly.  If you are using the Tor gate, make

sure to keep an eye on the SSL indicator.  The real Bitcoin Fog service should always have a valid certificate for 'Gate.BitcoinFog.com.'  You should not receive any SSL warnings.  The Tor gate is operating in testing mode.  And since it is in clearnet, it could be shut down at any time.  The hidden services is still the primary access point for Bitcoin Fog.  But if the site loads and the SSL looks fine, you can use it relatively safely."

Q.   Agent Rovensky, do you have an understanding of what an SSL is?

          MR. EKELAND:  Objection, Your Honor, 702.

          THE COURT:  I will allow the foundational question.

BY MR. BROWN:

Q.   If you know, do you have an understanding of what an SSL is?

A.   Sure.  It is a certificate that encrypts the website and protects a user's data when on that website.

Q.   Agent Rovensky, are you familiar with a financial institution called BitPay?

A.   I am.

Q.   What sort of financial institution is it?

A.   BitPay is a payment processing service that connects online shoppers who want to pay with Bitcoin with merchants selling goods and services.  So a shopper who wants to pay with Bitcoin sends the Bitcoin to BitPay and then BitPay provides it

a fiat equivalent of that amount to the merchant that is selling the good or service.

Q.   Now, in your binder I'd like to have you review multiple exhibits, Exhibits 439 through 443G, please.  And I believe in your binder some of the Excel spreadsheets may have the first page printed, but we'll address that.

MR. BROWN:  Excuse me.  438 through 443G.

THE COURTROOM DEPUTY:  I'm sorry.  438 to --

MR. BROWN:  443G, as in gulf.

THE COURTROOM DEPUTY:  Thank you.

THE WITNESS:  Do you know if it is in binder 2?

MR. BROWN:  Do you know which?  Beginning of 3 maybe.

THE WITNESS:  438?

BY MR. BROWN:

Q.   Yes.  Through 443G, as in gulf.

MR. BROWN:  Your Honor, while the witness is reviewing those, can I raise something on the phone, please?

THE COURT:  Yes.

(Conference held at the bench.)

THE COURT:  Okay.

MR. BROWN:  So, Your Honor, these records, they were assembled by the subpoena respondent, BitPay.  And we may be running into a similar situation where there are records in a spreadsheet from multiple different accounts.  And they are there just because they are the identifiers that were asked for

in the subpoena.  This is as they were assembled by the company, BitPay.  The government would be fine with a similar instruction to the jury, just the fact that certain entries are grouped with other entries, doesn't -- you know, should not be read into that fact that -- that doesn't imply association necessarily between those entries, just the fact they are on this same spreadsheet.  These are records as they were provided in the form they were provided by BitPay.

THE COURT:  This is how they were requested?

MR. BROWN:  Yes, Your Honor.  It is because the subpoenas would request, you know, all transactions for X, Y, Z identifiers they would search the records for X, Y and Z and produce all in the same spreadsheet.

MR. EKELAND:  Your Honor, it is highly prejudicial. The government has had ample time to separate the spreadsheets. They are putting the heavydist@gmail.com, which this is Mr. Sterlingov's email right next to Shormint.  This is not an ancillary issue in this case.  The government is trying to say that Mr. Sterlingov is shormint@hotmail.com without any evidence.  You know, they are bringing in an expert to try and do this.  This should be separated.  This is a really clear 403 issue here.

THE COURT:  Mr. Brown.

MR. BROWN:  Your Honor, this is not a 403 issue. This is simply a grouping together, which was conducted not by

a government agency. This was a subpoena respondent. This should be a small issue, but we wanted to raise it just for the avoidance of, you know, having the objection raised midstream. But it is not substantially more prejudicial. There is nothing to be implied by the grouping of these. These are just transactions that BitPay processed. And, you know, they returned records for certain identifiers.

MR. EKELAND: Your Honor, the mere fact that the government is raising the issue tells you that they are aware that there is an issue placing heavydist@gmail.com next to the Shormint is an improper attempt to prejudice the jury into thinking that those two emails are the same. It is not clear. The government has had ample time to separate this out of the spreadsheet. It is an Excel spreadsheet. They should be separate exhibits. And the jury should get an instruction saying that there is nothing in evidence saying these two emails are the same. They should be separated. It is highly prejudicial under 403.

MR. BROWN: Your Honor, if we had separated these records, they would no longer be in the form of the business records that are produced by BitPay. And the defense would be up in arms that we have altered the evidence here. We are simply -- and the defense has stipulated to the authenticity of these records. There is nothing -- there is nothing remotely prejudicial, let alone substantially more prejudicial than

probative about the mere fact that there is a spreadsheet that has different entries for different identifiers.

THE COURT: So my concern here is just that it is not going to be terribly easy to adjust this on the fly right now. But I would request, Mr. Ekeland, if there are other -- you have all of the exhibits. If there are other ones like this, please let us know in advance. Let the government know in advance if you don't object to them altering exhibits to address this concern. What I am inclined to do is allow it now with an instruction, but request that when the exhibits go back to the jury during deliberations, that you actually do break it out. And we may need a -- if they are already letters, we will have to figure out some way to number the exhibits to do it. But that way, I mean, as they are looking at this, my instruction will be fresh in their mind. And when it goes back to them in the jury room, assuming that Mr. Ekeland has no objection to actually altering the exhibits -- I think probably what you could do is redact the Shormint from one and then redact the heavydist from the other and then it is two separate exhibits. So it will go back to the jury for their deliberations that way.

MR. BROWN: Yes, Your Honor. We can certainly do that.

THE COURT: All right.

MR. EKELAND: Your Honor, and just to be clear, the

Court will instruct the jury very clearly that they are not to infer that shormint@hotmail.com and heavydist@gmail.com are the same user just from this exhibit?

THE COURT: Well, what I will do is just say the grouping here is the way they were requested and they should not draw any inference from the fact they are grouped in the exhibit. Okay?

MR. BROWN: Thank you.

(End of bench conference.)

BY MR. BROWN:

Q. So Agent Rovensky, during that time, have you had a chance to review those records?

A. Yes.

Q. And do you recognize these records?

A. Yes. These are records produced by BitPay to the government pursuant to legal process.

Q. And are these records -- do they fairly and accurately reflect the records as they were produced by BitPay in response to legal process?

A. They do.

MR. BROWN: The government moves to admit and publish Exhibits 438 through 443G, as in gulf.

THE COURT: All right. And I will admit those exhibits and they can be published to the jury. But I want to instruct the jury that you will see on these exhibits there are

different email accounts that are listed. And that is just --
the reason that you see the same email accounts on the page is
because that is the way the government requested in their
information they requested from BitPay. So you shouldn't draw
any inference with respect to association based on the fact
that they appear on the same page here. That is simply the
information the government requested.

You may proceed.

BY MR. BROWN:

Q. Agent Rovensky, directing your attention to Exhibit 441B,
which is up on the screen here. Do you recognize this exhibit?

A. I do.

Q. And does this show transactions?

A. These are BitPay transactions, yes.

Q. And then directing your attention, if we could flip over
to 441A, as in alpha. Is Exhibit 441A -- is this also a record
by BitPay?

A. Yes, it is.

Q. And going back up to the top of page 2, could you just
read what it says under column A?

A. For column A, the information BitPay used to create the
report.

Q. And so flipping back to Exhibit 441B, so in column A, what
is shown here?

A. So column is the input ID. And this is basically the

search terms that BitPay used to produce the records.

Q. Now, just scrolling over, looking at some of the other headings here. What is the heading for column C?

A. The heading for column C is Bitcoin address.

Q. What is the heading for column D?

A. Transaction time.

Q. And then scrolling over to column J, what is the column -- heading for column J? Excuse me.

A. Merchant name.

Q. How about column K?

A. Merchant address.

Q. And what is your understanding of what the merchant name and merchant address is?

A. Merchant in this transaction is the company that is selling the goods or service.

Q. And then scrolling over to column N, as in November, what is the heading there?

A. Buyer name.

Q. And what is your understanding of what is included in column N, as in November?

A. This is the buyer or shopper that is purchasing the goods or services.

Q. So I would like to scroll back to the left and look specifically at row 6.

And I'd like to direct your attention to the transaction

time.

Well, first of all -- yeah.  I'm sorry.  The transaction time for row 6, under column D, what is noted here?

A.    December 1st, 2012, 18:58:11.

Q.    Can you tell looking further along row 6 -- can you tell, what kind of transaction this was and how much it was for?

A.    I can.  This was a payment from Shormint to Microtronix in the amount of 6.5548 Bitcoin, which had a USD value at the time of $82.

Q.    If you could pause here.  Could you circle with your finger where the Bitcoin value is and the USD value is?

A.    Sure.  The Bitcoin value is here, 6.55.  And the USD value is right here, $82.

Q.    What is the name of the merchant for this transaction?

A.    Microtronix.

Q.    If we could scroll over to the right, look at the buyer information, maybe clear off the --

Can you point out to the jury the buyer name here?

A.    So the buyer name is the Akveduk Papademos moniker used by, if you look at the buyer email, shormint@hotmail.com.

Q.    Was December 1st, 2012 close in time to when Bitcoin Fog announced its Tor gate?

A.    Yes, it is.

Q.    Did the investigation team obtain records from Microtronix?

A.    We did.

Q.    So in your binder, I direct you to review Exhibits 517A through 517S, as in Sierra.

A.    Okay.

Q.    Do you recognize these Exhibits 517A through 517S?

A.    I do.  These are records provided to the government by Microtronix pursuant to legal process.

Q.    Do these exhibits fairly and accurately show the records as they were provided by Microtronix?

A.    Yes, they do.

        MR. BROWN:  The government moves to admit and publish 517A through 517S.

        THE COURT:  Any objection?

        MR. EKELAND:  I'm sorry.  Through 517 -- what was the last letter?

        MR. BROWN:  S, as in Sierra.

        MR. EKELAND:  Let me just look at them real quick.

        I'm sorry.  Mr. Brown, who are you saying these are all from?  They are from Microtronix?

        MR. BROWN:  I believe the witness testified these are from Microtronix.

        MR. EKELAND:  Could you just take a look at 517I real quick?

        MR. BROWN:  You have stipulated.

        MR. EKELAND:  You are not saying that is from

Microtronix.

MR. BROWN:  It is.

MR. EKELAND:  No objection.

THE COURT:  All right.  517A through S are admitted and may be published to the jury.

(Whereupon, Exhibit Nos. 517A - 517S were admitted.)

BY MR. BROWN:

Q.   Just, Agent Rovensky, directing your attention to 517A, what is this document?

A.   This is an email receipt for a payment received by Microtronix.

Q.   What is the date of this receipt?

A.   December 1st, 2012.

Q.   And if you scroll down, what is the total USD transaction of this?

A.   $82.

Q.   Who is it from?  Who or is the -- I'm sorry.  Let me rephrase.  Whose invoice is this?

A.   This is an invoice to shormint@hotmail.com using his Akveduk Papademos moniker.

Q.   And what company is this invoice being issued by?

A.   The company is Microtronix.

Q.   Does this invoice appear to correspond to a BitPay transaction we just looked at?

A.   It does.

Q. Is there geographic information associated with Shormint.com here?

A. To Microtronix, Shormint provides an address in Neapoli, Greece.

Q. Directing your attention to Exhibit 217D, as in delta.

And what does this exhibit appear to be?

A. This an invoice from Microtronix.

Q. And under invoice, what information is below that?

A. Invoice to Bitcoin Fog, Akveduk Papademos, with a Neapoli, Greece address.

Q. What is the amount of this invoice?

A. The amount of this invoice is $82.

Q. Is there a description of the goods or services being invoiced here?

A. There is. Geotrust quick SSL premium SSL.

Q. And then directing you to 517E, as in echo.

What does this appear to be?

A. These are the details --

THE COURT: I think you said 517.

I'm sorry. You are right. I apologize.

BY MR. BROWN:

Q. Could you -- what does this exhibit appear to be?

A. These are the order details from Microtronix.

Q. Is there a field marked domain name?

A. There is.

Q.   Could you point that out for the jury?

A.   (Complying.)

Q.   What does it say after domain name?

A.   The domain name is gate.BitcoinFog.com.

Q.   And we can close this out.

Agent Rovensky, during the course of the investigation, did the investigation team discover that the defendant rented servers anywhere?

A.   Yes, we did.

Q.   And where were those servers rented?

A.   At a company called M247.

Q.   Where is M247?

MR. EKELAND:  Objection, Your Honor.  Can we pick up the phone for one moment?

(Conference held at the bench.)

MR. EKELAND:  Your Honor, Mr. Brown is saying servers.  There is nothing in evidence here that Mr. Sterlingov rented servers.  And Mr. Brown is testifying in his question when he is asking a leading question.  So we object to that and we ask that be struck.

THE COURT:  All right.  Well, why don't I just ask you, Mr. Brown, if you want to clarify it in your questioning. You can come back and say, I want to clarify, my question is about server or servers.  Fair enough?

MR. BROWN:  That is fair, Your Honor.  And the

witness can answer according to his knowledge.

THE COURT:  That is fair.

MR. EKELAND:  Your Honor, we just ask that here Mr. Brown is asking a lot of leading questions.  And we are not objecting just to move this stuff along.  But here I think it is inappropriate for him to lead particularly on this core issue in this case.

THE COURT:  Okay.  Well, I think if he does it the way I suggested, it won't be leading.  Okay.

(End of bench conference.)

BY MR. BROWN:

Q.   Now, Agent Rovensky, with respect to M247, did the defendant rent a server or servers?

A.   Servers.

Q.   Okay.  Now, directing your attention to Exhibit 522 and 522A and which have not been admitted yet.

THE COURTROOM DEPUTY:  You said 522?

MR. BROWN:  Yes, 522 and 522A.

BY MR. BROWN:

Q.   Do you recognize these exhibits?

A.   Yes, I do.

Q.   And what are these exhibits?

A.   These are records provided pursuant to a mutual legal assistance treaty from Romania.

Q.   Is one Exhibit, 522, is that the original Romanian

document?

A.    Yes, one is in Romanian.

Q.    What is Exhibit 522A?

A.    522A is -- I'm sorry.  Is that the first or the second one?

Q.    The second one.

A.    The second one is the translation of the original production.

Q.    Do these two exhibits, do they fairly and accurately represent the records produced by Romania in response to the mutual legal assistance treaty request?

A.    Yes, they do.

        MR. BROWN:  The government moves to admit Exhibits 522 and 522A.

        THE COURT:  Any objection?

        MR. EKELAND:  No objection.

        THE COURT:  522 and 522A may be admitted to the jury.

        (Whereupon, Exhibit Nos. 522, 522A were admitted.)

BY MR. BROWN:

Q.    I'd like to have us look briefly at Exhibit 522A.  Can you explain again what 522 is?

A.    522 is the production from Romania for records related to M247.

Q.    And then directing your attention to the translation, Exhibit 522A.  And if we could scroll down on the second page.

There is a subject heading marked response.  Could you read the paragraph of text following the subject line response?

A.    "Following the communication of the request regarding the above mentioned case.  We provide the following details regarding IP 185.120.145.154, IP 185.120.145.155, IP 185.120.145.156, IP 185.120.145.157 and IP 185.120.145.158 for the period of times mentioned as follows."

Q.    How many IP addresses are listed there?

A.    5 IP addresses.

Q.    And looking at the information in the box there what is -- what does this record identify as the subscriber for those addresses?

A.    The subscriber is To the Moon LTD and the point of contact is Roman Sterlingov.

Q.    Is there a geographic location associated with the defendant here?

A.    Yes.  In this case he gives a location Birkirkara, Malta.

Q.    What email address did the defendant use here?

A.    Info@dangerzone.today.

Q.    When did the service start here?

A.    The service start date is October 28, 2015.

Q.    And under services for client, what does it say there?

A.    Hosting by a 3rd party.

Q.    And where is the server location?

A.    The server location is in Bucharest, Romania.

Q.   Now, I'd like to direct your attention to -- and this has not been admitted, I don't think -- Exhibit 53.

Now, have you reviewed the full Bitcoin Talk thread on Bitcoin Fog?

A.   Yes.  I reviewed the entire announcement thread on Bitcoin Talk.

Q.   Is that announcement thread still online roughly today or contemporaneous?

A.   It is.

Q.   And did you take a screenshot of the full thread as it appeared recently?

A.   Yes, I did.

Q.   And looking at Exhibit 53, do you recognize this exhibit?

A.   Yes, I do.  This is the thread and the capture of it.

Q.   Is this a fair and accurate representation of the full thread to as it appears today?

A.   It is.

MR. BROWN:  The government moves to admit and publish Government Exhibit 53.

THE COURT:  Any objection?

MR. EKELAND:  Hearsay.

MR. BROWN:  Your Honor, we will pull out specific statements that either are non-hearsay or meet hearsay exceptions or exemptions.

THE COURT:  Yeah.  If there are particular hearsay --

it is a long document, so if --

MR. EKELAND:  The entire thing is --

THE COURT:  We have already discussed -- not the entire thing is not hearsay.  So given my prior rulings, I need to know if there are other aspects of it you think are hearsay.

MR. EKELAND:  We renew our objection with the understanding of the Court's prior ruling.

THE COURT:  So long as there is nothing beyond my prior ruling, I will admit Exhibit 53 and it may be published to the jury.

MR. BROWN:  Yes, Your Honor.

(Whereupon, Exhibit No. 53 was admitted.)

BY MR. BROWN:

Q.   So I'd like to direct your attention to Exhibit 508, which is dated October 22nd, 2015.

MR. EKELAND:  Is that exhibit or post number?

BY MR. BROWN:

Q.   So looking at Exhibit 508, what is the date of this post?

A.   This post is dated October 22nd, 2015.

Q.   And is the author of the post -- who is the author here?

A.   It is Bitcoin Talk user named ZZLTFFKS.

MR. EKELAND:  Your Honor, can we talk for a moment?

(Conference held at the bench.)

THE COURT:  Yes.

MR. EKELAND:  I am confused.  This Bitcoin Talk user,

newbie, this is completely hearsay.  And it is not Akemashite Omedetou.  So I am just a little confused why this is being brought in.

THE COURT:  So that was my point before is that I was making -- to the extent that we are talking about Akemashite Omedetou, I conclude that it comes in.  If there are other statements that are being offered for the truth of the matter asserted by other speakers, then I need to consider those separately.  That was my point before.

MR. BROWN:  Yes, Your Honor.  What we have here is -- we have a post within a post.

MR. EKELAND:  Can we -- this is being published to the jury right now.  Can we take the -- pull the publication while we are deciding this?

THE COURT:  Sure.

MR. BROWN:  Yes, Your Honor.  So what we have here is a post within a post.  The box text is a statement by Bitcoin Fog.  The user frames it as they logged in and there is a post here that according to the user was posted in the Bitcoin Fog service.  So it is a statement by a party opponent and to the extent that there is a question about the user here, this is an adoptive admission.  This is a thread that Akemashite Omedetou uses to respond to user questions about services.  And it has already been established that Akemashite does respond to specific statements made about the service.  He does monitor

this.  And if there were an issue with the accuracy of the quoted text within the box, Akemashite would have corrected it. So if falls within the exemption for an adopted admission.

THE COURT:  Is this being offered for the truth of the matter asserted by the speaker or is it being offered to show how Akemashite Omedetou is responding to it?

MR. BROWN:  Your Honor, it is being offered in part to show the truth of the matter asserted in that there are -- there is discussion of service interruptions on Bitcoin Fog.

THE COURT:  But I guess what does that matter as the truth of the matter asserted that whether there were service interruptions or not, is the point that you are trying to show how Akemashite Omedetou is responding to it or is it just a matter in this case whether there were, in fact, as a matter of truth service interruptions?

MR. BROWN:  Yes, Your Honor.  I mean, I think it qualifies as both.  It does, you know -- it qualifies as both. You know, this just shows the effect on the listener in terms of how the other users are hearing this.  And there will be further posts by Akemashite describing further efforts or events in terms of resolving these service issues.

MR. EKELAND:  Your Honor, there is multiple levels of hearsay in here.  And --

THE COURT:  What are the multiple levels?  I have already ruled with respect to Akemashite Omedetou.

MR. EKELAND: If you are ignoring Akemashite Omedetou, the mere fact whether there were service interruptions is something that you would learn from the logs. You got the newbie --

THE COURT: Why is that a fact that matters in any way? I guess I am not sure why that is being offered for the truth of the matter asserted. I can imagine that it might be offered for the truth of the matter asserted. But I would have thought it was more just to show the reactions more of the operator.

MR. EKELAND: Your Honor may recall that the government has made a big deal over Mr. Sterlingov sending the server blade to Romania, I believe it was in October or November of 2015. And then the government has referenced, I believe, it was a December 31st, 2015, post by Akemashite Omedetou. The question of service interruptions for Bitcoin Fog are an issue in this case that the government has raised. And as they have admitted to you on this side bar, they are offering this for the truth as such. This shouldn't come in under -- it is improper hearsay.

THE COURT: So, Mr. Brown, I guess the concern that I am having with respect to the adoption theory is that does turn on Akemashite Omedetou being Mr. Sterlingov. When I ruled before, I really thought that the less controversial proposition was at a minimum Akemashite Omedetou is either

Mr. Sterlingov or a co-conspirator in any statements relating to the operation of Bitcoin Fog in furtherance of the alleged conspiracy and that would be sufficient to come in. But I am not sure whether the adoption theory applies to a statement of a co-conspirator, if that is the way it is coming in.

MR. BROWN: Your Honor, I mean, first of all, even if the user here is arguably a co-conspirator with respect to the adoptive admission, I mean, two points. Number 1, I think that we have at least made a conditional showing that Akemashite Omedetou is the defendant, Roman Sterlingov. And second, even if Akemashite Omedetou is simply a co-conspirator, it is still an adoptive admission of a co-conspirator.

THE COURT: I guess that was my question. Is there such a thing in the law?

MR. BROWN: I'm sorry. Could you repeat that?

THE COURT: That was my question, is there such a thing as a hearsay exception of an adopted statement by a co-conspirator? I think the -- I am just kind of wondering whether we are spinning our wheels over nothing. Because what really matters is what he is saying. And whether you call it an adoptive admission or not, he is talking about delays being resolved in the next few hours. And I think that I am not sure it would make a huge difference, frankly, if I instructed the jury that they should consider the statements of Akemashite Omedetou in this context for the truth of the matter asserted.

But the other statements they should only consider for the purposes of whatever responses they are evoking from Akemashite Omedetou. But if there is more here, then I need to be convinced here that there is an adopted admission or adopt -- it is really not even an admission. It is sort of an adopted statement by a co-conspirator.

MR. EKELAND: Your Honor, we object to the characterization of the statement from newbie as a co-conspirator. I don't believe newbie was listed anywhere in the government's bill of particulars when they were ordered to list the co-conspirators. Also just being a user of Bitcoin Fog doesn't mean you are a co-conspirator in money laundering. As this Court has said, it is legal to use a mixer. So it is not even clear here that you don't have a co-conspirator without, you know, the Court finding the facts sufficient to say this user newbie or whoever else they are bringing in is a co-conspirator. And if the Court is going to say this is a co-conspirator, we just merely ask that the Court put down in the record the basis for that finding.

THE COURT: Mr. Brown, do you have anything -- put that issue aside for the minute -- with the other issues I raised?

MR. BROWN: Yes, Your Honor. I think that -- I mean, we would be fine with an instruction that this box text statement is only being used to show effect on the listener.

But I mean, we do think at this point there has been at least a preliminary showing that Akemashite is Roman Sterlingov.  So it should fall within the party opponent exception.  But barring that as a secondary matter, I think we would be fine with a limiting instruction.

THE COURT:  The box is Akemashite Omedetou; right?  It is the non-box that is only coming in to the extent it is explaining the statement by Akemashite Omedetou; right?

MR. BROWN:  Yes, Your Honor.

MR. EKELAND:  Your Honor, it is not clear to me that this is a statement from Akemashite Omedetou.  Perhaps the government could point out the basis for saying that.  This looks like some kind of news announcement.  I don't see any identifier in the box as identifying this clearly as Akemashite Omedetou.

THE COURT:  It doesn't matter in my mind as long as it is anybody that is operating Bitcoin Fog.  Because it is --

MR. EKELAND:  Your Honor, how are we clear this is a statement from somebody operating Bitcoin Fog?  I don't see that in the box statement either.  I don't see any statement saying this is an operator of Bitcoin Fog or, hey, this is Akemashite Omedetou.  I don't -- I just ask for the basis for that statement.

THE COURT:  I can -- I mean, I am happy to let government answer the question but I think I can see that from

what the statement itself is. It is not the statement of some third party. It is all, delays will be resolved in the next few hours. I'm sorry for the inconvenience. That is not a user. That is someone who is running the site who is saying that.

MR. EKELAND: I think that is a big assumption that is the person who is running the site. I don't know who that is.

MR. BROWN: Your Honor, I think -- just the contextual clues -- and the Court can consider the statement itself as well as other information that the Court is aware of in making a ruling on a hearsay exception. The context here is we are in a thread dedicated to talking about Bitcoin Fog. There is a user who has said they saw a message after "Logging in" and then there is a statement about, you know, basically service status on a site. I think that there is more than enough for a reasonable jury to draw a conclusion this is a statement by Bitcoin Fog by Akemashite Omedetou.

THE COURT: I think I am convinced by the context of that. I don't think, as I said, it has to be Akemashite. But it is somebody who is purportedly operating Bitcoin Fog. So I am just going to give that instruction to the jury and we can continue.

One other thing while I have you on the phone here quickly, which is with -- there was an objection earlier this

morning with respect to the grouping of certain email addresses. On Thursday, there was a similar objection that was raised. And the question I have is, would it be possible for the government to do the same sort of segregating with the earlier exhibit as well, so when it actually goes back to the jury it is also segregated in a similar fashion?

MR. BROWN: Yes, Your Honor. That was the listing of the Mt. Gox accounts. We can certainly create separate spreadsheets for each of the separate entries for when the exhibits go back to the jury.

THE COURT: Assuming Mr. Ekeland wants you to do that, then I would request that you do so.

MR. EKELAND: Yes, Your Honor. While we are on the subject, perhaps going forward anything that the government is aware of where they are grouping emails and stuff like that together, that would be helpful if they separated it.

THE COURT: Why don't I let you all talk about that during a break, but I think that is a good idea.

Let's proceed.

(End of bench conference.)

THE COURT: Members of the jury --

So you can publish the exhibit to the jury and then I can explain my ruling.

This is Exhibit 53, correct?

MR. BROWN: Yes, Your Honor, Exhibit 53.

THE COURT:  So members of the jury, you see -- you should see in front of you there is a box and then there is words that are below the box.  I am admitting what is in the box.  And you can consider that in your deliberations.  What is below the box is not coming in for the truth or the lack of truth of that speaker, it is only coming in to explain the response in the box.  What is in the box is what comes in as evidence and the other portion of it is only there to explain to you so you can understand what the speaker is saying in the box.

You may proceed.

MR. BROWN:  And, Your Honor, just for clarity, the framing language that we are looking at is above the box.

THE COURT:  I'm sorry.  I am confused.  I don't see -- it is further up the page, maybe not being displayed to us at this point?

MR. BROWN:  No, Your Honor.  It is "FYI."

THE COURT:  Okay.  That is fine.

Yeah.  So what is in the box, you can consider and the other language is just to understand that language.

BY MR. BROWN:

Q.   Agent Rovensky, what is the date of post 508?

A.   October 22, 2015.

Q.   And what does the user say in that line starting, FYI?

A.   "FYI, message shown today after logging in."

Q. And in the box it appears that some of this is cut off. To the extent you can read it, can you read what is in the box?

A. "News. All delays will be resolved in the next few hours. We shall update further -- inconvenience. We have now found the source of the problem and such delays -- much less frequent in the future."

Q. Now scrolling down to -- directing your attention to Exhibit 912, which has not yet been admitted, I don't think -- and also 914. If you could review both of those on your screen, please. Do you recognize Exhibits 912 and 914?

A. I do. These are emails obtained from the PlasmaDivision.com email addresses.

Q. And do these emails fairly and accurately show records that were produced for the PlasmaDivision.com email records?

A. They do.

MR. BROWN: The government moves to admit and publish Government Exhibit 912 and 914?

THE COURT: Any objection?

MR. EKELAND: No objection, Your Honor.

THE COURT: Exhibits 912 and 914 are admitted and may be published to the jury.

(Whereupon, Exhibit Nos. 912, 914 were admitted.)

BY MR. BROWN:

Q. Let's start with 912. First of all, what is the format of this document?

A.    This is an email.

Q.    What is the date of the email?

A.    November 15th, 2015.

Q.    And who is this email directed to?

A.    To Mr. Sterlingov at his Spam@Plasmadivision.com address.

Q.    If you scroll down -- is the top part of this email, does it appear to be in a foreign language or in English?

A.    In a foreign language.

Q.    If we scroll down, is there a portion of this email that is in English?

A.    There is.

Q.    If we go back up to the -- I'm sorry -- to the middle of the message.  There is a subject heading that says, "Important."  Could you read that subject heading?

A.    "Important delivery information."

Q.    And beneath that, what information is listed?

A.    Scheduled delivery November 23rd, 2015.

Q.    If you scroll down, does it say where the destination of that delivery is?

A.    Yes.  It says ship to M247 Europe SRL with an address for Bucharest, Romania.

Q.    Does it give information about what was shipped?

A.    It doesn't say what was shipped, but it does provide a weight of 12 and a half kilograms.

Q.    Now, directing your attention to Exhibit 914.  What does

this exhibit appear to be?

A.    Also an email.

Q.    What is the date of this email?

A.    November 23rd, 2015.

Q.    And who is this email addressed to?

A.    Spam@plasmadivision.com.

Q.    And does this email also appear to have information in more than one language?

A.    It does.

Q.    If we could scroll down to the second half of the email. What language does the second half of the email appear to be in?

A.    In English.

Q.    And could you read where it says important and just that heading there?

A.    Important delivery information.

Q.    And then beneath that is there a delivery date listed?

A.    There is.  November 23rd, 2015.

Q.    And then under shipment detail, does it have information about where the delivery was made to?

A.    Again, it provides Ship to and M247 Europe SRL with a Bucharest, Romania address.

Q.    Is there further information about what was delivered?

A.    Just the weight and that it weighed 12 and a half kilograms.

Q.    Now, going back to Exhibit 53.  I'd like to direct your attention to post 513.  And what is the date of this post?

A.    December 31st, 2015.

Q.    Who made this post?

A.    Akemashite Omedetou.

Q.    Could you read the text of this post?

A.    "We currently experience outages related to a hardware failure.  I'm sorry for this inconvenience.  We are working on getting the service back online as soon as" --

Q.    And then directing your attention to post number 527.

      What is the date of this post?

A.    January 13th, 2016.

Q.    Who made this post?

A.    Akemashite Omedetou.

Q.    Could you read that first full paragraph of that post?

A.    "We have finally been able to resolve all of the technical issues.  We know there have been a lot of delays and we are sorry for the inconvenience.  Ultimately, this comes as a cost for running our service at the level of anonymity we have.  As of now, both deposits, withdrawals and the mixing process are all working as expected."

Q.    And now directing your attention to Exhibit 892, which I believe has not yet been admitted.

      Agent Rovensky, do you recognize Exhibit 892?

A.    Yes, I do.

Q.   And what do you recognize it to be?

A.   This is an email from the defendant's PlasmaDivision.com account.

Q.   Does this fairly and accurately represent the records from Mr. Sterlingov's PlasmaDivision.com accounts?

A.   It does.

          MR. BROWN:   The government moves to admit and publish 892.

          THE COURT:   Any objection?

          MR. EKELAND:   No objection.

          THE COURT:   Exhibit 892 is admitted and may be published to the jury.

          (Whereupon, Exhibit No. 892 was admitted.)

BY MR. BROWN:

Q.   Agent Rovensky, what is the date of this document?

A.   March 1st, 2018.

Q.   What is the format of this document?

A.   This is an email.

Q.   And who is it delivered to?

A.   To Roman Sterlingov at Plasma@PlasmaDivision.com.

Q.   Who is it sent from?

A.   From PayPal.

Q.   What does this document appear to be?

A.   This is a receipt, a confirmation of payment.

Q.   Can you tell from looking at this document who was paid,

whose payment was confirmed?

A.    The payment was to M247.

Q.    And could you just point out to the jury where you see that?

A.    Right here, the merchant.

Q.    Now, we can close this out.  And I would like to direct your attention to some other records.  Did you find evidence relating to a company called RamNode?

A.    Yes.

Q.    I'd like to direct your attention to 500E, as in echo.

      Do you recognize Exhibit 511E?

A.    Yes.  These are records provided by RamNode pursuant to legal process.

Q.    And are these records a fair and accurate copy of the records produced by RamNode?

A.    They are.

            MR. BROWN:  The government moves to admit and publish 511E.

            THE COURT:  Any objection?

            MR. EKELAND:  No objection.

            THE COURT:  Exhibit 511E is admitted and may be published to the jury.

            (Whereupon, Exhibit No. 511E was admitted.)

BY MR. BROWN:

Q.    Agent Rovensky, I'd like to direct your attention to page

3 of this document. And first of all, what is -- what manner of company is RamNode?

A.   It is a server hosting company.

Q.   So on page 3, could you review what it says under account owner information?

A.   Under account owner information, it says subscriber name, Roman Sterlingov. And address, it is an address in Sweden. For email, heavydist@gmail.com and then the phone number.

Q.   And under types of service, could you just read those three entries under product/service?

A.   Product service, RamNode cloud account with no domain, 1024 megabyte SKVMS for the domain bloomeditor.com and 512 megabyte SKVMS for the domain dangerzone.today.

Q.   And looking at the -- scrolling down to the bottom of this page and then the following page. What are some of the payment methods listed here?

A.   PayPal, Bitcoin, via Payssion or BitPay.

Q.   If I could direct your attention to Exhibit 511A, as in alpha, and 511D, as in delta.

     Do you recognize these two exhibits?

A.   I do.

Q.   This is more records provided by RamNode.

     And are these fair and accurate copies of the records that were produced by RamNode in response to legal process?

A.   They are.

MR. BROWN:  The government moves to admit and publish Exhibits 511A and 511D?

THE COURT:  Any objection?

MR. EKELAND:  No objection.

THE COURT:  511A and 511D are admitted and may be published to the jury.

(Whereupon, Exhibit Nos. 511A and 511D were admitted.)

BY MR. BROWN:

Q.  Agent Rovensky, are these further account records provided by RamNode?

A.  They are.

Q.  Looking at 511D, as in delta, what are some of the payment methods indicated?

A.  They are right here, BitPay and Stripe.

Q.  Now, are you familiar with a company called SpiderOak?

THE COURT:  Are you getting ready to switch to a different set of exhibits?

MR. BROWN:  Yes.

THE COURT:  Is this a good time for a morning break?

MR. BROWN:  Yes.

THE COURT:  It is 11:16.  Why don't we come back at 11:35.  I will remind you, don't discuss the case amongst yourselves, don't conduct any research and I will see you back shortly.

(Jury out at 11:15 a.m.)

THE COURT:  All right.  Anything before we take our break?

MR. BROWN:  No, Your Honor.

MR. EKELAND:  Nothing from the defense, Your Honor.

THE COURT:  All right.  I will see you back after the break.  Thank you.

(Recess taken at 11:16 a.m.)

THE COURT:  All right.  Let's get the jury.

THE COURTROOM DEPUTY:  Please be seated and come to order.

(Jury in at 11:43 a.m.)

THE COURT:  All right.  Mr. Brown, you may proceed.

BY MR. BROWN:

Q.   Agent Rovensky, did the investigation team obtain evidence related to a provider called SpiderOak?

A.   Yes.

Q.   I would like to direct your attention to Exhibit 513B, as in boy.

THE COURTROOM DEPUTY:  I'm sorry.

BY MR. BROWN:

Q.   Agent Rovensky, do you recognize Exhibit 513B?

A.   Yes.  These are records provided by SpiderOak.

Q.   And are these -- is this a fair and accurate copy of the records that were provided by SpiderOak?

A.    It is.

MR. BROWN:  Government moves to admit and publish Government Exhibit 513B.

THE COURT:  Any objection?

MR. EKELAND:  No objection.

THE COURT:  513B is admitted and may be published to the jury.

(Whereupon, Exhibit No. 513B was admitted.)

BY MR. BROWN:

Q.    So, Agent Rovensky, starting at the top in the section marked account summary, could you point out to the jury when this account was created?

A.    The created date is June 12th, 2016.

Q.    And is there information about how much data or how many bytes were stored?

A.    Yes.  130.658 gigabytes.

Q.    Under username is there information about a username?

A.    There is.

Q.    Could you point that out for the jury?

A.    Roman Sterlingov.

Q.    And what email address is associated with that user?

A.    Incoming640294774@gravytrain.top.

Q.    If we scroll down a little bit further, under active devices, are there name entries for active devices?

A.    There are.  There are three.  There is one named Bunker X,

one named mail woo and the other one named B test.

Q.    And we can close that out.

Did the investigation obtain records from Namecheap?

A.    Yes, we did.

Q.    And what is Namecheap?

A.    Namecheap is another domain registration and hosting provider.

Q.    Directing your attention to 525A, as in alpha, do you recognize this exhibit?

A.    I do.  These are records produced by Namecheap.

Q.    Are these records a fair and accurate copy of the records that were provided by Namecheap?

A.    They are.

MR. BROWN:  The government moves to admit and publish Exhibit 521A.

THE COURT:  Any objection?

MR. EKELAND:  Just relevance.

THE COURT:  521A is admitted and may be published to the jury.

(Whereupon, Exhibit No. 521A was admitted.)

BY MR. BROWN:

Q.    Now, the first page, Agent Rovensky, is there a name indicated under user info?

A.    There is, Roman Sterlingov.

Q.    Is there an email address indicated there?

A.    Info@dangerzone.today.

Q.    If we turn to page 2 -- and then page 2 and as it scrolls down that page, what sort of products or services does this record reflect?

A.    These are --

MR. EKELAND:  Objection, Your Honor.  This document speaks for itself, asking the witness to speculate and --

MR. BROWN:  Your Honor, he is not speculating.

THE COURT:  Overruled.

The witness may answer.

BY MR. BROWN:

Q.    Agent Rovensky, what sort of products or services are indicated in this document?

A.    These are web domain registrations and renewals placed as orders by Mr. Sterlingov with Namecheap.

Q.    So starting on page 2, towards the top of that, looking at the first set of entries, what domain or domains are indicated there?

A.    In the first one, the domain is bloomeditor.com.

Q.    And then beneath that, what domain or domains are indicated?

A.    Hedgedwallet.com, gravytrain.top, dangerzone.today, bitcoaster.com, dangerzone.info.

Q.    If we could scroll down a little bit further and pause here.  What additional domain or domains are indicated?

A.    There is MoonVPN.org, MoonVPN.net.

Q.    And then directing your attention to page 12 of this document.  What is shown under transaction review?

A.    These are transactions of when the defendant paid for the orders to Namecheap.

Q.    And if we just look at the first row in the upper left-hand corner, what username is being used for these transactions?

A.    His username with Namecheap is Kellerman.

Q.    And we can close this exhibit out.

And directing your attention to 843, which has not previously been admitted.  Do you recognize Exhibit 843?

A.    Yes.  This is an email obtained from the legal process from Google for the heavydist@gmail.com address.

Q.    And does this email -- is it a fair and accurate representation of the emails produced by Google in response to the heavydist@gmail.com legal process?

A.    Yes, it is.

MR. BROWN:  The government moves to admit and publish 843?

THE COURT:  Any objection?

MR. EKELAND:  Relevance.

THE COURT:  Exhibit 873 is admitted and may be published to the jury.

MR. BROWN:  Your Honor, just for the record I believe

this is Exhibit 843.

(Whereupon, Exhibit No. 843 was admitted.)

THE COURT:  I'm sorry.  That is what I meant to say, 843 is admitted and may be published.

BY MR. BROWN:

Q.   Agent Rovensky, who is this message from?

A.   This message is from BTC lot web.

Q.   And who is it to?

A.   Mr. Sterlingov at his heavydist@gmail.com email address.

Q.   And looking at the body of that message is there a domain indicated?

A.   There is, Bloomeditor.com.

Q.   All right.  And we can close that out.  Now, I would like to turn to financial records that were collected in this investigation.  Did the investigation team obtain records from Binance?

A.   Yes, we did.

Q.   What sort of financial institution is Binance?

A.   It is cryptocurrency exchange.

Q.   Directing your attention to Exhibit 412, which you should see on your screen.  Do you recognize Exhibit 412?

A.   Yes.  These are records provided by Binance pursuant to legal process.

Q.   We are scrolling through multiple tabs.  Do you see the multiple tabs?

A.    I do.

Q.    Have you previously reviewed this record electronically?

A.    Yes.

Q.    Does this record fairly and accurately represent the records produced by Binance in response to legal process?

A.    It does.

MR. BROWN:  The government moves to admit and publish 412?

THE COURT:  Any objection?

MR. EKELAND:  No objection.

THE COURT:  Exhibit 412 is admitted and may be published to the jury.

(Whereupon, Exhibit No. 412 was admitted.)

BY MR. BROWN:

Q.    So Agent Rovensky, staying on tab 1, is there a username indicated anywhere on tab 1 here?

A.    There is a name, Roman Sterlingov.

Q.    And is there an email address indicated?

A.    There is in the second column, incoming527409381@gravytrain.top.

Q.    We can close this out.

Did the investigation team obtain records from Bitfinex?

A.    Yes, we did.

Q.    What sort of financial institution is Bitfinex?

A.    Bitfinex is a cryptocurrency exchange.

Q.    Directing your attention in your binder to Exhibits 413A through 413H, as in hotel?

A.    Okay.

Q.    Do you recognize these Exhibits 413A through 413H?

A.    These are records provided to the government by Bitfinex pursuant to legal process.

Q.    Do these records fairly and accurately show the records as they were produced by Bitfinex to the government?

A.    They do.

          MR. BROWN:  The government moves to publish 413A through H?

          MR. EKELAND:  No objection.

          THE COURT:  Exhibits 413A through H are admitted and may be published to the jury.

          (Whereupon, Exhibit No. 413A - 413H were admitted.)

BY MR. BROWN:

Q.    Agent Rovensky, I would like to direct your attention specifically to Exhibit 413F.  What does this appear to show?

A.    This appears to be a utility bill for proof of address purposes.

Q.    And is there a name and address indicated on this document?

A.    There is.  Roman Sterlingov in Gothenburg, Sweden.

Q.    And directing your attention to 413G, as in gulf.  Do you recognize this exhibit?

A.    Yes.  This is Mr. Sterlingov's Swedish driver's license.

Q.    And were those records produced by Bitfinex as part of their account records?

A.    They are.

Q.    We can close that out.

Now, did the investigation team obtain records from Kraken?

A.    Yes, we did.

Q.    What sort of financial institution is Kraken?

A.    Kraken is also a cryptocurrency exchange.

Q.    Now, I am going to direct your attention to Exhibits 416 through 418I, as in India, in your binder.  And I believe two of those exhibits have already been admitted and those are 418A and 418B.

THE COURTROOM DEPUTY:  That is correct.

BY MR. BROWN:

Q.    Do you recognize these exhibits?

A.    Yes.  These are records produced to the government by Kraken pursuant to legal process.

Q.    And do these records -- are they a fair and accurate representation of the records that were produced by Kraken?

A.    They are.

MR. BROWN:  The government moves to admit exhibits 416 through 418I with the exception of the two previous admitted Exhibits 418A and 418B.

THE COURT: Any objection?

MR. EKELAND: No objection.

THE COURT: That request is granted. And those exhibits are admitted and may be published to the jury.

(Whereupon, Exhibit No. 416 - 418I were admitted.)

BY MR. BROWN:

Q. Agent Rovensky, I'd like to direct your attention to Exhibit 416. Do you recognize this exhibit?

A. Yes, I do.

Q. And what does this exhibit show?

A. This shows the two accounts that the defendant had with Kraken.

Q. And looking at the emails. What are the two emails associated with these two accounts?

A. Info@dangerzone.today and HQ@MoonVPN.org.

Q. What are the two account names listed under column D?

A. Roman Sterlingov and To the Moon LTD.

Q. We can close these out. Agent Rovensky, I'd like to direct your attention to Exhibit 415, which I think we can just pull up on the screen in a moment.

Did the investigation team obtain records from Poloniex?

A. Yes.

Q. What sort of financial institution is Poloniex?

A. It is a cryptocurrency exchange.

Q. Now, looking at Exhibit 415. Do you recognize this

exhibit?

A.    I do.   Those are the records obtained by the government from Poloniex pursuant to legal process.

Q.    Is this a fair and accurate copy of the records provided by Poloniex to the government?

A.    It is.

MR. BROWN:   The government moves to admit and publish Exhibit 415.

THE COURT:   Any objection?

MR. EKELAND:   No objection.

THE COURT:   Can I ask the witness to spell Poloniex just for the record?

THE WITNESS:   Sure.   P-O-L-O-N-I-E-X.

THE COURT:   Thank you.

BY MR. BROWN:

Q.    Agent Rovensky, in the spreadsheet here there is a name indicated for the account owner?

A.    Yes.   Roman Sterlingov.

Q.    And what is the email account indicated?

A.    Info@dangerzone.today.

Q.    We can close this out.   Did the investigation team obtain records from Bitstamp?

A.    Yes, we did.

Q.    What sort of financial institution is Bitstamp?

A.    Bitstamp is a cryptocurrency exchange.

Q.   So in your binder, directing your attention to exhibits 414A through 414M, as in Mike?

A.   Okay.

Q.   Do you recognize these Exhibits 414A through 414M?

A.   I do.  These are records provided by Bitstamp to the government pursuant to legal process.

Q.   Do these records fairly and accurately represent the records that were provided by Bitstamp?

A.   They do.

     MR. BROWN:  The government moves to admit and publish Government Exhibits 414A through 414M.

     THE COURT:  Any objection?

     MR. EKELAND:  No objection.

     THE COURT:  Exhibits 414A through 414M are admitted and may be published to the jury.

     (Whereupon, Exhibit No. 414A - 414M were admitted.)

BY MR. BROWN:

Q.   I would like to direct your attention to 414C.  Is there a name indicated for the Bitstamp account here?

A.   It is in the name of Roman Sterlingov.

Q.   Is there a geographic location associated with it?

A.   There is an address in Gothenburg, Sweden.

Q.   And if we scroll down a little bit further, is there an email address associated with this account?

A.   Yes.  Heavydist@gmail.com.

Q.    Now, starting at page 6, scrolling down a little bit further.  Do you see a box that says support tickets?

A.    I do.

Q.    And then beneath support tickets there are -- it starts with -- it looks like a list starting with a number 1.  Do you have an understanding of what that list shows?

A.    I do.  These are messages between Mr. Sterlingov and employees of Bitstamp.

Q.    And if we could turn to page 9.  And find message number 9 or maybe that is the top of page 8 perhaps.  So what is the date of the message number 9?

A.    July 25th, 2016.

Q.    And does this indicate who sent this message?

A.    It does.  It is an employee of Bitstamp named Rok Pristov.

Q.    Can you read the full message that Rok Pristov sends to Roman Sterlingov?

A.    "Dear Roman.  We have received your withdrawal request and instructed our payment department to further process it.  You will receive an email notification as soon as the process is concluded and funds sent to the designated account.  We will have to kindly ask you to help us better understand the nature of your relationship with Bitstamp.  In order to do so, we require an additional KYC, know your customer, procedure is completed before we can proceed processing of your future withdrawal request.  We kindly ask you to send us a high

resolution of both pages of your international passport and answer the following KYC questionnaire, 1, what is your occupation? Two, are you using your Bitstamp account in connection with any business activity? Three, the purpose of trading on Bitstamp? Please describe in as much detail as possible how you intend to use your trading account. Four, what is the origin of the deposited Bitcoins? Five, what are your future plans and activities planned on our exchange? Six, which bank do you intend to use? Please provide the complete address and swift code. Seven, estimated amount that you would be depositing/withdrawing to/from your Bitstamp account per month in USD and BTC. We kindly ask you to submit your answers and documents in a reply to this ticket. Thank you for your cooperation and we look forward to your reply. Best regards, Rok Pristov."

Q. If we scroll down to the following message, message number 10, who is the author of that message?

A. Roman Sterlingov.

Q. And what is the date of that message?

A. August 2nd, 2016.

Q. How does Roman Sterlingov respond? Can you read the full response?

A. "One, I am freelancing doing IT-related work. Two, no this is my personal account. Three, what detail? I want to buy and sell Bitcoins because I think it's a good system with a

lot of future and I like to trade.  I like to put in the trades in the system and see how they execute.  If I buy on the low and sell on the high, then I make money.  It's about looking for trends in the economic situation and news and reading the internet and making up your own opinion and then trying to combine that opinion into trading.  The purpose of this is to make and save money.  I think money is good, because it can be used for buying and selling goods and services which are important for surviving.  How much more detail do you need?  About what?  Four, I bought them very early on when they were super cheap, one of the best decisions of my life.  Five, to trade.  What else would they be?  Do you guys sell pizza?  My future plans are to trade the Bitcoin on the exchange by going to the trade page and then filling in the orders and then executing, hopefully making money.  Six, you already have my bank details from my outgoing payments, which have even completed with no problems in the past.  Take the last account that is my bank account.  Seven, maybe $1,000 per month.  I don't know.  You already have my documents since my account is already verified."

Q.   And then could we scroll down to message 11 and first of all, who is speaking in message 11?

A.   Rok Pristov, the employee of Bitstamp.

Q.   Could you read Rok Pristov's message there under 11?

A.   "Dear Roman, thank you for your prompt reply and providing

your information.  Please note that in addition to the documentation you have submitted in your account verification, we kindly ask you to provide us with an image of your international passport.  Lastly, we kindly ask you to provide us with some documentation which can confirm your early BCT acquisition, for example some screenshots of bank transactions sent to Bitcoin exchanges.  We thank you for your cooperation and look forward to hearing from you.  Should you have any questions, please feel free to ask.  Best regards, Rok Pristov."

Q.    And then could you read message 12?

      First of all, who is message 12 from?

A.    Roman Sterlingov.

Q.    Could you please read message 12?

A.    "I am attaching a scan of my passport.  However, I cannot provide any documents for the later purchases.  I don't know where to get them.  This was done years ago back in the day this was not done through a bank, but through a means such as Liberty Reserve, which does not even exist anymore.  Further, a large chunk of those Bitcoins purchased on Mt. God platform, which unfortunately does not exist anymore either.  I am sure you can see the dates on my account and it is very old.  And the Bitcoins I have acquired are really even much older than that since I got my Bitstamp account pretty late.  There is no requirement in my county to keep these documents or

verifications for years to come, since I am not a part of any business.  So I have no reason to keep them nor are you required to keep them either, if I understand it correctly."

Q.    If we could scroll down to message 13.

Who is message 13 from?

A.    From Rok Pristov of Bitstamp.

Q.    Could you read message 13?

A.    "Dear Roman, thank you for the provide documentation.  Alternatively, would it be possible to provide us with some screenshots of email confirmations you have received from the purchase of your Bitcoin on Mt. Gox?  We are looking forward to hearing from you.  Best regards, Rok Pristov.

Q.    If you can scroll down to 14.  Who is that from?

A.    From Mr. Sterlingov.

Q.    Could you read that?

A.    "Here is the screenshot of one of the few pages which I can log in with my Mt. Gox account.  It is on the Mt. Gox website now, even though it is not an exchange, it shows my account there with my credentials."

Q.    Could we flip over to 414J, as in Juliette.  Do you recognize this?

A.    Yes.  So this is that screenshot that Mr. Sterlingov provided to Bitstamp related to his Mt. Gox account.

Q.    And then returning to Exhibit 414C.  Could we scroll down to message 15.  Who is speaking in message 15?

A.    Rok Pristov.

Q.    Could you read what Rok Pristov says there?

A.    "Dear Roman, thank you for your reply and the provided document.  One, would it be possible to provide us with some screenshots of email confirmations you have received from Mt. Gox for the purchased Bitcoin?  Two, additionally could you confirm if you were using any cryptocurrency tumblers?  We thank you for your cooperation and look forward to hearing from you.  If you have any questions, please feel to free ask.  Best regards, Rok Pristov."

Q.    And then scrolling down to message 16.  Who is message 16 from?

A.    From Roman Sterlingov.

Q.    How does he respond?

A.    "One, would it be possible to provide us with some screenshots of email confirmations you have received from Mt. Gox for the purchased Bitcoin?  Well, not really, I'm sorry to say.  Mind you, again, this was years ago.  There is/was no requirement in any law that governs me or in your terms and conditions at the time I was using those Bitcoins to keep any of that information.  I'm not sure how can I get any receipts from Mt. Gox because they don't exist anymore.  If you ask me for any documents that I do actually have, then, of course, I can send them to you.  Honestly, I don't understand what you are trying to check here.  My account is very old.  If there

were any problems with the money, they would have already come up.  I trusted your service as it seems very legit as a way of storing my funds.  In doing so, I was completely compliant to all of your rules and contracts.  I honestly begin to doubt that your service is really so stable.  Because it looks like you fishing for some reason to hold some payment.  Do you have liquidity problems?  Two, additionally, could you confirm if you were using any cryptocurrency tumblers?  I don't know if I did with the specific funds sent to your exchange.  It's not impossible.  I did a lot of experimenting with Bitcoin back in the day.  It was a very new and exciting technology.  I haven't done this recently, but my account here is very old.  I don't really remember.  As you probably understand, I don't keep a record of everything I do on my computer for years to come.  If it could be in your terms at the time that this kind of information would need to be kept, then I would have done it."

Q.    And could we scroll down to message 17.  And who is message 17 from?

A.    From Roman Sterlingov.

Q.    And could you read what he says there?

A.    "I have actually went back to my mail program and turns out I didn't delete all of my Mt. Gox emails, as I assumed.  I usually delete such emails because they clog up the mailbox.  I am sending a screenshot of one now."

Q.    And then directing you to Exhibit 414I, as in India.  Do

you recognize this?

A.     I do.  This is the email that Mr. Sterlingov just referenced in that message.

Q.     And looking at the body of the email, who is it addressed to?

A.     The email is addressed to Mr. Sterlingov's plasma at PlasmaDivision.com address for the Mt. Gox account name Roso987341870.

Q.     And flipping back to 414C and skipping forward to message number 29.  Who is the author of this message 29?

A.     Employee of Bitstamp named Urban Kosem.

Q.     Could you read the body of that message, please?

A.     "Dear Roman, thank you for your reply.  We kindly ask you to elaborate on the purpose of the .0426 BTC deposit you have made to Bitstamp on February 12, 2017 and your activity on its originating address."  And the address is 1HEMZAsDvoNAZfiqzhuNKKx1KdcivykaJG.  "We are looking forward to hearing from you.  Best regards, Urban K."

Q.     And could we scroll down to message 30.  Who is the author of message 30?

A.     Roman Sterlingov.

Q.     And how does he respond here?

A.     "I see what you mean now.  Yes, sorry.  I forgot about that one.  It was easy to forget seeing how it is a very low sum of money.  I found the invoice this was in response to.

This was a payment I received from my client for the services of my company."

Q. Could we switch over to 414A. Do you recognize this exhibit here?

A. I do.

Q. And what does this exhibit show?

A. This is an invoice that the defendant provided to Bitstamp.

Q. And could you scroll down to the bottom? And then returning to Exhibit 414C. Could you read -- first directing your attention to message number 31, who is the author of message 31?

A. Urban Kosem of Bitstamp.

Q. What does Mr. Kosem write here?

A. "Dear Roman, thank you for your reply. We have noticed that the BTC address specified on your submitted invoice never received any BTC. Please clarify why that is and what the purpose of the deposit we have previously inquired about is. Please also clarify why you have personally received BTC for the services of your company. Additionally, provide additional documentation regarding the origin of your previously deposited BTC as the submitted documentation does not suffice. Please provide screenshots or email confirmations showing your initial BTC purchases and BTC withdrawals made to Bitstamp in order for us to confirm their origin. Thank you for your cooperation.

We are looking forward to your reply.  Best regards, Urban K."

Q.    Scrolling down to message 32.  Who is this a message from?

A.    From Roman Sterlingov.

Q.    Could you read Mr. Sterlingov's response in message 32, please?

A.    "I think this was a simple error in the invoice where the address said the number 1 instead of the number 3.  This was clarified personally to my client from whom I received the funds.  The deposit address is my Bitstamp deposit address, which I have used on invoices for a short while.  As you see, I noticed that it was printed with an error and switched away from that address entirely because I did not know if the exchange is going to receive the funds because my company is registered as enskild firma in Sweden, which means it is a registered business, but it is light form of a company, which does not create a separate business ID number, but uses my own personal information as the company.  This is normal business practice in Sweden and is fully lawful.  The original purchases, as you can see, were made many, 3-plus? years ago.  This was way before your website gave any indication that you will need that information.  So there is not much to go on here, because I wasn't taking screenshots of everything I do on the internet, because I knew that years later you will ask for my payment history.  The large chunk of the Bitcoins were acquired on the exchange Mt. Gox.  This exchange is now defunct

and in the process of repaying funds to its users.  I used the Mt. Gox website to purchase them.  I am attaching a screenshot of Bitcoin builder, which was only available to Mt. Gox accounts.  Right now, the website Mt. Gox does not exist.  I am not sure what screenshots you want me to provide.  Please release my money, as I have provided all of the information I can and you are holding my funds and stalling instead of paying out, without any reason.  I have been a loyal customer of yours for years, given your company a lot of revenue.  And this is how you treat me after years?  No other exchange is going this.  I have provided all of the needed documents about my identity as well as what information I have about the origin of the funds."

Q.   And could we scroll down to message 33.  And who is this message from?

A.   From Urban Kosem of Bitstamp.

Q.   And could you read the first two sentences of that message?

A.   "Dear Roman, thank you for your reply.  According to our chain analysis, the bulk of your deposited BTC originate from mixing services."

Q.   And then could you read the next sentence?

A.   "Please clarify if you have used mixing services in the past and what was the purpose of such activity."

Q.   Then dropping down to the end of that message on the third

line up, there is a sentence that starts with the word please. Could you read from there and until the end of the message, please?

A.    "Please also elaborate on the purpose and the reason of your recent BTC withdrawals.  We are looking forward to your reply.  Best regards, Urban K."

Q.    Could we scroll down to message 34, please.  And who is this message from?

A.    From Roman Sterlingov.

Q.    And about halfway down or a third of the way down that message, there is a sentence that begins there is a caret sign or a greater than sign.  And then the words "please clarify," do you see there?

A.    I do.

Q.    Could you read from that point until the end of this message?

A.    "Please clarify if you have used mixing services in the past and what was the purpose of such activity.  To repeat myself, it is possible that I have used some.  I don't really remember.  This was years ago.  Bitcoin was a new thing.  And I experimented with many different services.  What is the problem?"

Q.    Then could you continue reading?

A.    Greater than sign, "Please also elaborate on the purpose and the reason of your recent BTC withdrawals.  I decided to

move them for personal reasons.  Honestly, none of this is any of your business.  I was nice enough to use your service and pay you money.  I haven't done anything weird or illegal or even questionable.  I have just used your service for its basic purpose.  I have now already wasted 2, 3 hours of my time dealing with this shit.  Right now my time is valued at an average of 50 Euros per hour.  Are you going to reimburse me for time I spent gathering information and answering your pointless questions?"

Q.    Could we drop down to message 36?

      And who is this message from?

A.    From Urban Kosem of Bitstamp.

Q.    Could you read his message, please?

A.    "Dear Roman, thank you for your reply.  We kindly ask you to provide any documentation regarding your use of mixing services indicating when and what services you have used and what BTC amount was involved.  In regard to your work material, please provide additional documentation as the submitted screenshot does not reveal much about the nature of your work.  While we understand your concern for privacy, please note that this information and documentation is required in order to fully establish the nature of your relationship with Bitstamp.  Therefore we kindly ask you to clarify the purpose and destination of your BTC withdrawals in the last month and elaborate on your activity in connection to these withdrawals.

Thank you for your cooperation.  We are looking forward to your reply.  Best regards, Urban K."

Q.    And then could we scroll down to message 37.  And who is speaking in message 37?

A.    Roman Sterlingov.

Q.    What does he say here?

A.    "I am happy to provide you with any answers you wish if you can help me as well.  I have now already wasted 2 to 3 hours of my time dealing with this shit.  Right now my time is valued at an average of 50 Euros per hour.  Are you going to reimburse me for the time I have spent gathering information and answering your pointless questions?"

Q.    Could you scroll down to message 40, please?

Who is the author of this message?

A.    Roman Sterlingov.

Q.    What does he say here?

A.    "I have to say that I am very disappointed with your service so far.  I have already provided you with all of the needed documents.  I have gathered the information and I have answered your intrusive questions.  And now you are asking for documents again.  Searching through the internet, I can see this is common practice on your exchange.  I will, of course, provide you with needed documents when I get around to it.  But just so you know, this is no way to treat a client.  You have prompted me to check some other exchanges.  And I have now

found several others which even have better functionality than you.  In a way, I am grateful that you forced me to find different websites because."

Q.   And what is the date of this message here?

A.   April 18th, 2018.

Q.   If we could just scroll to the top of this document here. And then scroll down a little bit further and stop here.  Is there an indication for the date of Mr. Sterlingov's last log in to Bitstamp?

A.   Yes.  His last log in to Bitstamp was April 18, 2018?

Q.   Now we can close this out.  Agent Rovensky, did the investigation team obtain records from LocalBitcoins?

A.   Yes.

Q.   What kind of financial institution was LocalBitcoins?

A.   LocalBitcoins was a peer-to-peer Bitcoin exchange.

Q.   And how does a peer-to-peer or how did LocalBitcoins work as a peer-to-peer Bitcoin exchange?

A.   Peer-to-peer kind of like what Craigslist used to be back in the day.  So individuals would find each other, individuals looking to buy or sell Bitcoin, they would communicate and agree on a price and execute the trades on LocalBitcoin.

Q.   Did LocalBitcoins provide any sort of escrow service?

A.   There would be an escrow service, yes.

Q.   Now directing your attention in your binder to Exhibits 419A through 420G.

A.   419?

Q.   419A through 420G.

So 419 and then 420s.

A.   Oh.  Okay.

Q.   Do you recognize those exhibits, 419A through 420G?

A.   I do.  These are records provided to the government by BitPay pursuant to legal process.

Q.   And then are you sure it was BitPay?

A.   I'm sorry.  Not -- I misspoke, LocalBitcoin.

Q.   Okay.  And, Agent Rovensky, looking at 419A through 420G, do these fairly and accurately reflect the records from LocalBitcoins?

A.   They do.

MR. BROWN:  The government moves to admit and publish 419A through 420G?

THE COURT:  Any objection?

MR. EKELAND:  I just need to flip through them.  One second, Your Honor.  No objection, Your Honor.

THE COURT:  Exhibits 419A through 420G are admitted and may be published to the jury.

(Whereupon, Exhibit No. 419A - 420G admitted.)

BY MR. BROWN:

Q.   Now, Agent Rovensky, directing your attention to 420A, which is up on your screen.  What does this show?

A.   This is information for Mr. Sterlingov's LocalBitcoin

account under the username GothenCoin.

Q.    Could you point out that username for the jury?

A.    Right there.

Q.    Is there a name associated with GothenCoin?

A.    Roman Sterlingov.

Q.    Is there an email address associated with that?

A.    There is.  GothenCoin@AOL.com.

Q.    Looking a little further down that block of text.  Is there information about the date this account was created?

A.    This account was created on September 20th, 2012.

Q.    And then flipping over to Exhibit 419A.  And what does this exhibit show?

A.    This is account information for the defendant's LocalBitcoin account under the username Code grin.

Q.    Is there a specific name associated with the Code grin account?

A.    There is no real name provided by the user.

Q.    Is there an email address provided for this account?

A.    There is.  Mr. Sterlingov's Spam@PlasmaDivision.com email address.

Q.    When was this account created?

A.    On February 26, 2017.

Q.    And we can close this out.

      Agent Rovensky, did the investigation team obtain records from BTC-e?

A.    Yes, we did.

Q.    What kind of financial institution was BTC-e?

A.    It was a cryptocurrency exchange.

Q.    Did BTC-e comply with US subpoena requests?

A.    BTC-e did not comply with US subpoena requests.  They did not enforce strict KYC anti-money laundering policies and while operating they were very popular among cyber criminals.

Q.    Did it cease operations in 2017?

A.    Yes.

Q.    Did the government obtain access to BTC-e's servers?

A.    We did.

Q.    Do you know which US government agency has custody of BTC-e account records?

A.    The FBI.

Q.    Did they pull records for records of a specific account of interest in this investigation?

A.    Yes.

Q.    I'd like to direct your attention to 414A to 414M, as in Mike, in your binder.

        MR. BROWN:  I'm sorry, 411A through 411M, as in -- H as in hotel, I'm sorry.

        THE COURT:  So 411A through H?

        MR. BROWN:  Yes, Your Honor.  My apologies.

        THE COURT:  Okay.

BY MR. BROWN:

Q.    And do you recognize Exhibits 411A through 411H?

A.    I do.  These are records pulled from the government's database of BTC-e records.

Q.    Do these records fairly and accurately represent the records that were produced by the FBI for this case?

A.    They do.

        MR. BROWN:  The government moves to admit and publish Exhibits 411A through 411H?

        THE COURT:  Any objection?

        MR. EKELAND:  No objection.

        THE COURT:  Exhibits 411A through 411H are admitted and may be published to the jury.

        (Whereupon, Exhibit No. 411A - 411H were admitted.)

BY MR. BROWN:

Q.    Agent Rovensky, directing your attention to 411A, is there a log-in name indicated here?

A.    There is.  The defendant used the log-in name Henderson for his BTC-e account.

Q.    What is the email address?

A.    Info@dangerzone.today.

Q.    And then directing your attention to Exhibit 411G, as in gulf.

        Looking at this BTC-e record, what email accounts are indicated?

A.    Heavydist@gmail.com and Info@dangerzone.today.

Q.   We can close this out.

Did the investigation team obtain records from Nordea Bank?

A.   We did.

Q.   What kind of financial institution is Nordea Bank?

A.   Nordea is a traditional bank in Sweden.

Q.   In your binder, I'd like to direct your attention to Exhibits 431A, 431D, 431E, 432A, 432D and 432E.  So A, D and E for 431; and A, D and E for 432.

A.   Okay.

Q.   And do you recognize those exhibits, 431A, 431D, 431E, 432A, 432D, 432E?

A.   I do.  These are records obtained pursuant to a mutual legal assistance treaty for Nordea Bank from Sweden.

Q.   Do these records fairly and accurately -- are these fair and accurate copies of the records that were provided by Sweden in response to that mutual legal assistance treaty request?

A.   They are.

MR. BROWN:  The government moves to admit.  We don't need to publish, these exhibits, 431A, 431D, 431E, 432A, 432D, 432E.

THE COURT:  Any objection?

MR. EKELAND:  No objection.

THE COURT:  These exhibits are admitted.

(Whereupon, Exhibit Nos. 431A, 431D, 431E, 432A,

432D, 432E were admitted.)

THE COURT: I was going to ask you. Is this a good time for the lunch break? But I will leave it up to you. Sometime in the next few minutes.

MR. BROWN: Your Honor, if I could ask a couple more questions, that would be a good stopping point.

THE COURT: Okay.

BY MR. BROWN:

Q. And, Agent Rovensky, is some portion of these records in a language other than English?

A. Yes, in Swedish.

Q. And were translations prepared for some of the Nordea Bank records?

A. Yes, they were.

Q. Directing your attention to exhibits in your binder 431B, 431C, 432B and 432C.

MR. EKELAND: I'm sorry. Mr. Brown, could you repeat the exhibit numbers and letters again?

MR. BROWN: Yes, 431B, 431C, 432B, 432C.

MR. EKELAND: Thank you.

BY MR. BROWN:

Q. So I'm sorry, different exhibits. 431C and 432C, as in Charlie.

A. I see them.

Q. And do you recognize those exhibits?

A. I do. These are the translations.

MR. BROWN: And I believe that these have previously been conditionally -- the government moves to admit Exhibits 431C and 432C.

THE COURT: All right. Any objection?

MR. EKELAND: No objection, Your Honor.

THE COURT: All right. So 431B and 432B -- are you moving those in?

MR. BROWN: Your Honor, I believe those -- the B are the unredacted translations and the Cs are the redacted.

THE COURT: So you are only admitting the Cs?

MR. BROWN: Yes, Your Honor.

THE COURT: So 431C and 432C are admitted.

(Whereupon, Exhibit Nos. 431C, 432C were admitted.)

MR. BROWN: Apologies for the confusion, Your Honor.

Your Honor, that would be a good stopping point.

THE COURT: All right. So why don't we take a lunch break. And why don't we come back at 1:45. And I will just remind you not to discuss the case even with your fellow jurors. Don't do any research and steer clear of anyone associated with the case so you don't inadvertently hear any hall chatter. I will see you back here at 1:45.

(Jury out at 12:34 p.m.)

THE COURT: All right. You can take your lunch break as well. I will see you back here at 1:45.

One of the jurors requested tomorrow, if we could take the lunch break at 11:30 but the juror has something on Zoom the juror needs to do and requested going forward, if we can do the lunch breaks on Mondays for the same reason at noon on Mondays.

MR. EKELAND:  So tomorrow at 11:30 and then on Mondays at noon, Your Honor?

THE COURT:  That is what the juror has requested, yes.

MR. BROWN:  No objection from the government.

MR. EKELAND:  No objection, Your Honor.

THE COURT:  All right.

MR. BROWN:  Actually --

THE COURT:  Mr. Brown.

MR. BROWN:  -- while we are on the point of scheduling, is there any chance that we will be sitting this Friday as well?

THE COURT:  You know, I guess I am still of the view, it just depends on how quickly we are moving along, particularly now since we are going to have to, if there is a conviction, do the forfeiture proceeding.  I just want to make sure that we are not keeping jurors here longer than we have promised.  So I just want to make sure we are moving along.  So I will ask maybe in the next day or two for your best assessment of how we are doing by comparison to the schedule we

were hoping to meet and then we'll make a decision about sitting on Friday.

MR. BROWN: Yes, Your Honor.

THE COURT: There is a juror who needed to travel on Friday for something on Saturday; is that right?

THE COURTROOM DEPUTY: Yes.

THE COURT: The juror just asked if we were sitting on Friday because the juror has something out of town on Saturday apparently. So let's see how we are moving along and if we need to sit on Friday, we will; if we not, we won't. See you all soon.

(Recess taken at 12:36 p.m.)

C E R T I F I C A T E


I, SHERRY LINDSAY, Official Court Reporter, certify that the foregoing constitutes a true and correct transcript of the record of proceedings in the above-entitled matter.


Dated this 21st day of February, 2024.

_____
Sherry Lindsay, RPR
Official Court Reporter

BY MR. BROWN: [40]  6/2 6/18 14/18 17/7 18/14 19/23 26/12 29/13 30/14 34/10 35/9 39/7 40/21 42/11 42/19 43/19 46/13 46/17 55/21 56/23 60/14 61/24 63/9 64/14 64/21 65/9 66/21 67/11 69/5 70/14 71/16 72/16 73/6 74/15 75/17 91/22 93/25 94/14 96/8 96/21
MR. BROWN: [72]  4/9 5/16 14/11 16/24 26/5 30/7 30/9 30/12 30/16 30/21 31/10 31/24 32/19 33/22 34/8 34/21 38/11 38/16 38/20 38/24 39/2 41/25 42/18 43/13 45/18 45/22 46/11 47/10 47/16 48/7 48/16 50/6 50/15 51/23 52/9 53/9 54/7 54/25 55/12 55/17 56/16 60/7 61/17 63/1 63/19 63/21 64/4 65/2 66/14 67/8 68/19 68/25 70/7 71/10 72/23 74/7 75/10 91/14 93/20 93/23 94/7 95/19 96/5 96/19 97/2 97/9 97/12 97/15 98/10 98/13 98/15 99/3
MR. EKELAND: [62]  4/13 4/19 4/22 4/25 5/11 5/14 5/19 14/14 17/2 18/11 19/21 26/8 29/11 31/14 32/8 33/25 38/14 38/17 38/22 38/25 39/3 41/13 41/16 42/3 43/16 45/21 46/2 46/6 46/16 46/22 46/25 47/12 48/22 49/1 49/11 51/7 52/10 52/18 53/6 54/13 56/19 60/10 61/20 63/4 64/5 65/5 66/17 67/6 68/22 70/10 71/12 73/2 74/10 75/13 91/17 94/10 95/23 96/17 96/20 97/6 98/6 98/11
THE COURT: [115]
THE COURTROOM DEPUTY: [9]  4/2 6/16 30/8 30/10 42/17 64/10 64/20 72/15 99/6
THE WITNESS: [5]  6/17 18/13 30/11 30/13 74/13

## $

$1,000 [1]  78/18
$82 [4]  37/9 37/13 39/16 40/12

## '

'Gate.BitcoinFog.com.' [1]  29/3

## .

.0426 [1]  83/14
.net [1]  16/12

## 1

10 [1]  77/17
10005 [1]  2/4
1024 [1]  62/12
10:55 [1]  21/15
11 [3]  78/21 78/22 78/24
11:15 [1]  64/1
11:16 [2]  63/22 64/8
11:30 [2]  98/2 98/6
11:35 [1]  63/23
11:43 [1]  64/12
12 [8]  27/1 57/24 58/24 68/2 79/11 79/12 79/14 83/15
125567 [1]  11/18
125710 [1]  12/7
12:34 [1]  97/23
12:36 [1]  99/12
12th [3]  17/13 26/15 65/13
13 [5]  6/11 19/24 80/4 80/5 80/7
130.658 [1]  65/16
1301 [1]  1/20
13th [3]  20/2 21/22 59/12
14 [2]  3/7 80/13
15 [3]  11/14 80/25 80/25
1599885 [1]  8/20
15th [1]  57/3
16 [2]  81/11 81/11

16th [1]  24/22
17 [3]  3/7 82/17 82/18
17th [1]  19/7
18 [1]  90/10
185.120.145.154 [1]  44/5
185.120.145.155 [1]  44/5
185.120.145.156 [1]  44/6
185.120.145.157 [1]  44/6
185.120.145.158 [1]  44/6
18:58:11 [1]  37/4
18th [1]  90/5
19th [1]  23/6
1:45 [3]  97/18 97/22 97/25
1HEMZAsDvoNAZfiqzhuNKKx1KdcivykaJG [1]  83/17
1st [4]  37/4 37/21 39/13 60/16

## 2

20 [1]  1/5
20001 [1]  2/9
20005 [1]  1/21
2011 [8]  11/19 12/9 14/23 17/13 19/7 20/2 20/21 21/15
2012 [13]  8/4 8/13 21/22 22/13 23/6 24/12 24/22 25/9 28/9 37/4 37/21 39/13 92/10
2013 [1]  9/18
2015 [14]  26/1 26/15 27/1 44/21 46/15 46/19 49/14 49/15 55/23 57/3 57/17 58/4 58/18 59/3
2016 [5]  27/11 59/12 65/13 76/12 77/20
2017 [3]  83/15 92/22 93/8
2018 [3]  60/16 90/5 90/10
2021 [1]  27/11
2024 [2]  1/5 100/10
20530 [2]  1/14 1/17
20th [1]  92/10
21-399 [3]  1/4 4/2 4/5
217D [1]  40/5
21st [2]  22/13 100/10
22 [1]  55/23
22nd [2]  46/15 46/19
23rd [3]  57/17 58/4 58/18
24/7 [1]  23/20
24th [1]  27/11
2594297 [1]  9/5
25th [3]  21/15 27/11 76/12
26 [3]  3/8 25/9 92/22
267228 [1]  9/22
27th [1]  9/18
28 [4]  11/19 11/23 12/9 44/21
28th [1]  12/12
29 [2]  83/10 83/10
29th [1]  20/21
2nd [2]  8/13 77/20

## 3

3-plus [1]  85/19
30 [3]  2/3 83/19 83/20
30579 [1]  26/22
31 [2]  84/11 84/12
31st [3]  8/4 49/15 59/3
32 [2]  85/2 85/4
33 [1]  86/14
333 [1]  2/8
34 [1]  87/7
36 [1]  88/10
37 [2]  89/3 89/4
39 [1]  3/8
399 [3]  1/4 4/2 4/5
3rd [3]  14/23 28/9 44/23

## 4

40 [1]  89/13
403 [3]  31/21 31/24 32/18
411A [8]  3/16 93/20 93/22 94/1 94/8 94/11 94/13 94/15
411G [1]  94/21
411H [5]  3/16 94/1 94/8 94/11 94/13

411M [1]  93/20
412 [6]  3/13 69/20 69/21 70/8 70/11 70/13
413A [6]  3/14 71/1 71/4 71/10 71/13 71/15
413F [1]  71/18
413G [1]  71/24
413H [4]  3/14 71/2 71/4 71/15
414A [8]  3/15 75/2 75/4 75/11 75/14 75/16 84/3 93/18
414C [4]  75/18 80/24 83/9 84/10
414I [1]  82/25
414J [1]  80/20
414M [7]  3/15 75/2 75/4 75/11 75/14 75/16 93/18
415 [3]  73/19 73/25 74/8
416 [5]  3/14 72/11 72/24 73/5 73/8
418A [2]  72/13 72/25
418B [2]  72/14 72/25
418I [4]  3/14 72/12 72/24 73/5
419 [2]  91/1 91/3
419A [9]  3/15 90/25 91/2 91/5 91/10 91/15 91/19 91/21 92/11
420A [1]  91/23
420G [8]  3/15 90/25 91/2 91/5 91/10 91/15 91/19 91/21
420s [1]  91/3
43 [1]  3/9
431 [1]  95/9
431A [5]  3/16 95/8 95/11 95/20 95/25
431B [3]  96/15 96/19 97/7
431C [7]  3/17 96/16 96/19 96/22 97/4 97/13 97/14
431D [5]  3/16 95/8 95/11 95/20 95/25
431E [5]  3/16 95/8 95/11 95/20 95/25
432 [1]  95/9
432A [5]  3/16 95/8 95/12 95/20 95/25
432B [3]  96/16 96/19 97/7
432C [7]  3/17 96/16 96/19 96/22 97/4 97/13 97/14
432D [5]  3/16 95/8 95/12 95/20 96/1
432E [5]  3/16 95/8 95/12 95/21 96/1
438 [4]  30/7 30/8 30/13 34/22
439 [1]  30/4
441A [2]  35/16 35/16
441B [2]  35/10 35/23
443G [5]  30/4 30/7 30/9 30/15 34/22
46 [1]  3/9
4:50 [1]  5/17

## 5

5.1527 [1]  1/17
50 [3]  27/12 88/7 89/10
500E [1]  61/10
502E [1]  20/18
502F [1]  21/18
502H [1]  22/11
508 [3]  46/14 46/18 55/22
511A [5]  3/11 62/18 63/2 63/5 63/7
511D [6]  3/11 62/19 63/2 63/5 63/7 63/13
511E [5]  3/11 61/11 61/18 61/21 61/23
512 [1]  62/12
513 [1]  59/2
513B [6]  3/12 64/18 64/22 65/3 65/6 65/8
517 [2]  38/14 40/19
517A [7]  3/8 38/2 38/5 38/12 39/4 39/6 39/8
517E [1]  40/16
517I [1]  38/22
517S [5]  3/8 38/3 38/5 38/12 39/6

## 5

**521A [4]** 3/12 66/15 66/18 66/20
**522 [10]** 3/9 42/15 42/17 42/18 42/25 43/14 43/17 43/18 43/21 43/22
**522A [10]** 3/9 42/16 42/18 43/3 43/4 43/14 43/17 43/18 43/20 43/25
**525A [1]** 66/8
**527 [1]** 59/10
**53 [9]** 3/9 45/2 45/13 45/19 46/9 46/12 54/24 54/25 59/1
**530466 [1]** 6/13
**56 [1]** 3/10

## 6

**6.55 [1]** 37/12
**6.5548 [1]** 37/8
**60 [1]** 3/10
**601 [1]** 1/16
**61 [1]** 3/11
**63 [1]** 3/11
**648602 [1]** 19/25
**65 [1]** 3/12
**66 [2]** 3/12 23/5
**6710 [1]** 2/8
**68 [1]** 24/10
**69 [2]** 3/13 27/12

## 7

**70 [2]** 3/13 24/20
**702 [1]** 29/11
**71 [2]** 3/14 25/8
**723859 [1]** 8/2
**73 [1]** 3/14
**75 [1]** 3/15
**77407610 [1]** 21/15

## 8

**805 [1]** 10/18
**807 [8]** 3/7 13/23 13/25 14/4 14/12 14/15 14/17 18/4
**808 [6]** 13/25 14/4 14/12 14/15 18/4 18/7
**809 [8]** 3/7 13/25 14/4 14/12 14/15 14/17 18/4 19/2
**810 [7]** 3/8 25/19 25/21 26/6 26/9 26/11 26/13
**811 [3]** 25/19 27/13 27/14
**812 [3]** 25/19 27/17 27/18
**813 [3]** 25/19 27/20 27/20
**814 [8]** 3/8 25/19 25/21 26/6 26/9 26/11 27/22 27/22
**831645 [1]** 8/12
**843 [7]** 3/13 68/11 68/12 68/20 69/1 69/2 69/4
**844308 [1]** 22/1
**86 [1]** 28/8
**861 [6]** 3/7 16/16 16/17 16/25 17/4 17/6
**873 [1]** 68/23
**892 [6]** 3/10 59/22 59/24 60/8 60/11 60/13
**8th [2]** 2/4 23/10

## 9

**91 [1]** 3/15
**912 [7]** 3/10 56/8 56/10 56/17 56/20 56/22 56/24
**914 [7]** 3/10 56/9 56/10 56/17 56/20 56/22 57/25
**94 [1]** 3/16
**95 [1]** 3/16
**950 [1]** 1/14
**97 [1]** 3/17
**9:16 [1]** 1/6
**9:18 [1]** 5/20
**9:45 [1]** 5/21
**9th [1]** 24/12

## A

**a.m [6]** 1/6 5/20 5/21 64/1 64/8 64/12
**able [4]** 10/14 11/10 16/1 59/16
**about [32]** 4/17 6/5 8/10 12/25 13/6 19/19 33/1 36/10 41/24 47/5 47/21 47/23 47/25 50/21 53/13 53/15 54/17 57/22 58/20 58/23 65/14 65/17 78/3 78/10 83/23 84/18 86/11 86/12 87/10 88/19 92/9 99/1
**above [3]** 44/4 55/13 100/5
**above-entitled [1]** 100/5
**accepting [1]** 7/2
**access [3]** 28/3 29/6 93/10
**accessed [1]** 28/16
**accessible [1]** 22/23
**accessing [1]** 28/22
**according [4]** 8/9 42/1 47/19 86/19
**account [48]** 6/5 11/22 16/19 17/11 21/12 21/16 25/25 60/3 62/4 62/6 62/11 63/10 65/11 65/12 72/3 73/16 74/17 74/19 75/19 75/24 76/20 77/3 77/6 77/11 77/24 78/17 78/18 78/19 79/2 79/22 79/24 80/17 80/19 80/23 81/25 82/12 83/7 92/1 92/9 92/10 92/13 92/14 92/16 92/18 92/21 93/13 93/15 94/18
**accounts [9]** 30/24 35/1 35/2 54/8 60/5 73/11 73/14 86/4 94/23
**accuracy [1]** 48/1
**accurate [12]** 14/7 16/20 26/2 45/15 61/14 62/23 64/24 66/11 68/15 72/20 74/4 95/16
**accurately [11]** 34/17 38/8 43/9 56/13 60/4 70/4 71/7 75/7 91/11 94/4 95/15
**achieve [1]** 7/21
**acquired [2]** 79/23 85/25
**acquisition [1]** 79/6
**Act [1]** 9/21
**Action [1]** 1/3
**activated [1]** 26/1
**active [3]** 6/9 65/23 65/24
**activities [1]** 77/8
**activity [5]** 77/4 83/15 86/24 87/18 88/25
**actual [2]** 15/25 24/7
**actually [8]** 13/24 15/19 33/11 33/17 54/5 81/23 82/21 98/13
**addition [1]** 79/1
**additional [4]** 67/25 76/23 84/20 88/18
**additionally [4]** 16/11 81/6 82/7 84/20
**address [39]** 10/15 11/8 13/21 14/6 30/6 33/9 36/4 36/11 36/13 40/3 40/10 44/18 57/5 57/20 58/22 62/7 62/7 65/21 66/25 68/14 69/9 70/18 71/19 71/21 75/22 75/24 77/10 83/7 83/16 83/16 84/16 85/7 85/9 85/9 85/12 92/6 92/18 92/20 94/19
**addressed [3]** 58/5 83/4 83/6
**addresses [5]** 44/8 44/9 44/12 54/2 56/12
**adjourn [2]** 5/10 5/17
**adjust [1]** 33/4
**admission [7]** 47/22 48/3 50/8 50/12 50/21 51/4 51/5
**admit [24]** 14/11 16/24 26/5 34/21 34/23 38/11 43/13 45/18 46/9 56/16 60/7 61/17 63/1 65/2 66/14 68/19 70/7 72/23 74/7 75/10 91/14 94/7 95/19 97/3
**admitted [59]** 6/12 10/19 11/16 13/24 14/15 14/17 16/16 17/4 17/6 19/25 20/18 23/4 26/9 26/11 28/7 39/4 39/6 42/16 43/17 43/18 45/2

46/12 49/18 56/8 56/20 56/22 59/23 60/11 60/13 61/21 61/23 63/5 63/8 65/6 65/8 66/18 66/20 68/12 68/23 69/2 69/4 70/11 70/13 71/13 71/15 72/13 72/25 73/4 73/5 75/14 75/16 91/19 91/21 94/11 94/13 95/24 96/1 97/13 97/14
**admitting [2]** 55/3 97/11
**adopt [1]** 51/4
**adopted [4]** 48/3 50/17 51/4 51/5
**adoption [2]** 49/22 50/4
**adoptive [4]** 47/22 50/8 50/12 50/21
**advance [2]** 33/7 33/8
**adversary [1]** 28/23
**afraid [1]** 10/3
**after [10]** 11/25 23/2 24/9 25/1 25/3 41/3 53/14 55/25 64/6 86/10
**again [5]** 43/21 58/21 81/18 89/21 96/18
**against [1]** 15/8
**agency [2]** 32/1 93/12
**Agent [33]** 6/3 10/20 17/8 27/24 29/9 29/18 34/11 35/10 39/8 41/6 42/12 55/22 59/24 60/15 61/25 63/10 64/15 64/22 65/10 66/22 67/12 69/6 70/15 71/17 73/7 73/18 74/16 90/11 91/10 91/23 92/24 94/15 96/9
**ago [4]** 79/17 81/18 85/19 87/20
**agree [1]** 90/21
**ahead [1]** 4/24
**AI [1]** 17/21
**AKA [1]** 18/9
**Akemashite [45]** 11/21 12/1 12/21 12/22 12/24 13/4 16/14 18/9 19/18 20/13 21/1 21/3 23/8 23/13 24/14 24/24 25/11 28/11 47/1 47/5 47/22 47/24 48/6 48/13 48/20 48/25 49/1 49/15 49/23 49/25 50/9 50/11 50/24 51/2 52/2 52/6 52/8 52/11 52/14 52/22 53/18 53/20 59/5 59/14
**Akveduk [3]** 37/19 39/20 40/9
**Alden [1]** 4/11
**all [45]** 4/12 9/15 10/7 14/21 18/1 18/5 24/4 24/7 25/1 28/21 31/11 31/13 33/6 33/24 34/23 37/2 38/19 39/4 41/21 50/6 53/2 54/17 56/3 56/24 59/16 59/21 62/1 64/2 64/6 64/9 64/13 69/13 78/22 79/12 82/4 82/22 86/6 86/11 89/18 97/5 97/7 97/17 97/24 98/12 99/11
**alleged [1]** 50/2
**allow [2]** 29/12 33/9
**alone [1]** 32/25
**along [5]** 37/5 42/5 98/19 98/23 99/9
**alpha [3]** 35/16 62/19 66/8
**already [17]** 6/12 8/8 8/8 10/19 11/15 33/12 46/3 47/24 48/25 72/13 78/15 78/19 78/20 82/1 88/5 89/8 89/18
**also [16]** 12/9 13/1 15/12 19/18 24/12 25/16 35/16 51/11 54/6 56/9 58/2 58/7 72/10 84/19 87/4 87/24
**altered [1]** 32/22
**altering [2]** 33/8 33/17
**Alternatively [1]** 80/9
**although [1]** 23/20
**always [1]** 29/2
**am [32]** 10/3 13/6 16/7 16/8 17/22 19/12 29/20 33/9 46/25 47/2 49/6 49/22 50/3 50/18 50/22 52/24 53/19 53/22 55/3 55/14 72/11 77/23 79/15 79/21 80/1 82/24 86/2 86/4 89/7 89/17 90/2 98/18
**AMERICA [2]** 1/3 4/5
**among [1]** 93/7
**amongst [1]** 63/23
**amount [7]** 18/18 30/1 37/8 40/11 40/12 77/10 88/17

**A**

ample [2]  31/15 32/13
analysis [1]  86/20
ancillary [1]  31/18
Andrew [9]  12/3 12/11 13/3 13/5
 13/19 15/5 18/9 18/16 18/17
announce [2]  13/2 13/9
announced [1]  37/22
announcement [3]  45/5 45/7 52/13
anonymity [3]  7/11 7/21 59/19
another [5]  9/6 21/20 25/6 27/15
 66/6
answer [5]  4/16 42/1 52/25 67/10
 77/2
answered [1]  89/20
answering [2]  88/8 89/12
answers [2]  77/12 89/7
anti [2]  9/21 93/6
anti-money [2]  9/21 93/6
any [62]  7/15 9/11 10/9 14/13
 16/3 16/7 16/13 17/1 18/25 24/6
 25/4 26/7 29/3 29/5 31/19 34/6
 35/5 38/13 43/15 45/20 49/5 50/1
 52/13 52/20 56/18 60/9 61/19 63/3
 63/24 65/4 66/16 68/21 70/9 73/1
 74/9 75/12 77/4 79/8 79/16 80/1
 81/7 81/9 81/19 81/20 81/21 81/23
 82/1 82/8 84/17 85/20 86/8 88/1
 88/15 89/7 90/22 91/16 94/9 95/22
 97/5 97/20 97/21 98/16
anybody [1]  52/17
Anyhow [1]  16/12
anymore [3]  79/19 79/21 81/22
anyone [1]  97/20
anything [9]  5/12 5/15 18/20
 20/14 24/1 51/20 54/14 64/2 88/3
anywhere [3]  41/8 51/9 70/16
AOL.com [1]  92/7
API [1]  17/25
apologies [2]  93/23 97/15
apologize [3]  23/14 24/3 40/20
apparent [1]  19/12
apparently [2]  8/8 99/9
appear [12]  20/24 35/6 39/23 40/6
 40/17 40/22 57/7 58/1 58/7 58/11
 60/23 71/18
APPEARANCES [3]  1/12 1/23 2/1
appeared [1]  45/11
appears [4]  21/2 45/16 56/1 71/19
applies [1]  50/4
apply [1]  9/11
approves [1]  22/22
April [3]  8/13 90/5 90/10
April 18 [1]  90/10
April 18th [1]  90/5
April 2nd [1]  8/13
are [198]
areas [1]  16/12
arguably [1]  50/7
arms [1]  32/22
around [1]  89/23
as [103]
aside [1]  51/21
ask [26]  5/3 6/22 6/23 15/4 19/8
 41/20 41/21 42/3 51/18 52/22
 74/11 76/21 76/25 77/12 79/3 79/4
 79/9 81/9 81/22 83/13 85/23 88/14
 88/23 96/2 96/5 98/24
asked [2]  30/25 99/7
asking [6]  5/4 13/12 41/19 42/4
 67/7 89/20
aspects [1]  46/5
assembled [2]  30/22 31/1
assembler [1]  16/12
asserted [7]  47/8 48/5 48/8 48/11
 49/7 49/8 50/25
assessment [1]  98/25
assistance [4]  42/24 43/11 95/14
 95/17
associated [10]  40/1 44/15 65/21
 73/14 75/21 75/24 92/4 92/6 92/15

97/21
association [2]  31/5 35/5
assumed [1]  82/22
assuming [2]  33/16 54/11
assumption [1]  53/6
ATMs [1]  9/12
attaching [2]  79/15 86/2
attempt [1]  32/11
attention [65]  6/11 6/13 8/1 8/11
 8/14 8/19 9/4 9/22 10/13 11/14
 11/17 13/23 16/15 17/16 19/2
 19/24 20/17 21/18 22/8 22/11 23/4
 25/18 26/13 27/13 27/17 28/6
 35/10 35/15 36/25 39/8 40/5 42/15
 43/24 45/1 46/14 56/7 57/25 59/2
 59/10 59/22 61/7 61/10 61/25
 62/18 64/18 66/8 68/2 68/11 69/20
 71/1 71/17 71/24 72/11 73/7 73/19
 75/1 75/18 84/11 90/24 91/23
 93/18 94/15 94/21 95/7 96/15
attention to [1]  45/1
August [1]  77/20
August 2nd [1]  77/20
AUSA [1]  4/9
authenticity [1]  32/23
author [11]  12/19 12/21 24/23
 25/10 46/20 46/20 77/17 83/10
 83/19 84/11 89/14
automatic [1]  23/14
available [1]  86/3
Ave [2]  1/14 1/20
Avenue [1]  2/8
average [3]  19/16 88/7 89/10
avoidance [1]  32/3
aware [3]  32/9 53/11 54/15
away [1]  85/11

**B**

back [31]  5/22 10/13 13/12 14/20
 20/17 23/3 25/18 28/6 33/10 33/15
 33/20 35/19 35/23 36/23 41/23
 54/5 54/10 57/12 59/1 59/9 63/22
 63/24 64/6 79/17 82/10 82/21 83/9
 90/18 97/18 97/22 97/25
bad [1]  20/14
balance [1]  23/11
bank [11]  9/21 77/9 78/16 78/18
 79/6 79/18 95/3 95/5 95/6 95/14
 96/12
Bankruptcy [1]  2/7
bar [1]  49/18
barring [1]  52/3
based [1]  35/5
basic [1]  88/4
basically [3]  28/22 35/25 53/15
basis [3]  51/19 52/12 52/22
batch [2]  21/13 21/15
BCT [1]  79/5
be [94]  7/7 7/12 9/12 11/5 13/1
 13/7 13/9 13/13 14/16 15/15 15/22
 16/1 16/2 16/5 17/4 17/22 19/1
 21/2 22/22 22/23 24/5 25/15 26/10
 28/16 28/23 28/24 29/5 30/22 31/2
 31/4 31/21 32/2 32/5 32/14 32/17
 32/20 32/21 33/4 33/15 33/25
 34/24 39/5 40/6 40/17 40/22 41/20
 42/9 43/17 46/9 48/19 49/7 50/3
 51/3 51/24 52/4 53/2 53/20 54/3
 54/16 56/3 56/21 57/7 58/1 58/11
 60/1 60/11 60/23 61/21 63/5 64/10
 65/6 66/18 68/23 69/4 70/11 71/14
 71/19 73/4 75/15 77/11 78/7 78/12
 80/9 81/4 81/15 82/15 82/16 90/18
 90/23 91/20 94/12 96/6 97/16
 98/16
became [1]  19/13
because [18]  7/16 15/9 30/25
 31/10 35/3 50/19 52/17 77/25 78/7
 81/22 82/5 82/23 85/12 85/13
 85/22 85/23 90/3 99/8
become [1]  15/10
been [28]  5/1 6/12 10/19 11/15

13/24 16/16 19/24 20/18 21/12
 22/21 23/3 23/11 23/19 23/21
 26/25 28/7 42/16 45/2 47/24 52/1
 56/8 59/16 59/17 59/23 68/12
 72/13 86/8 97/3
before [12]  1/9 4/23 5/12 17/21
 23/18 24/5 47/4 47/9 49/24 64/2
 76/24 85/20
begin [1]  82/4
beginning [2]  24/2 30/12
begins [1]  87/11
being [18]  18/24 23/11 27/8 39/21
 40/13 47/2 47/7 47/12 48/4 48/5
 48/7 49/6 49/23 50/21 51/11 51/25
 55/15 68/7
believe [14]  6/12 10/18 20/18
 21/10 30/4 38/20 49/13 49/15 51/9
 59/23 68/25 72/12 97/2 97/9
below [6]  6/24 8/23 14/20 40/8
 55/3 55/5
bench [6]  30/19 34/9 41/15 42/10
 46/23 54/20
beneath [4]  57/16 58/17 67/20
 76/4
benefit [1]  15/13
best [13]  7/15 13/9 16/8 77/14
 78/11 79/9 80/12 81/9 83/18 85/1
 87/6 89/2 98/24
better [4]  7/4 17/21 76/21 90/1
between [9]  11/10 18/9 19/4 27/15
 27/19 27/21 27/23 31/6 76/7
beyond [1]  46/8
big [2]  49/12 53/6
bigger [2]  7/24 23/17
bill [2]  51/10 71/19
Binance [4]  69/16 69/18 69/22
 70/5
binder [12]  13/24 30/3 30/5 30/11
 38/2 71/1 72/12 75/1 90/24 93/19
 95/7 96/15
Birkirkara [1]  44/17
bit [7]  13/17 19/11 65/23 67/24
 75/23 76/1 90/7
bitcoaster.com [1]  67/23
Bitcoin [65]  6/5 6/8 6/9 7/2 7/3
 7/7 7/20 8/9 9/1 9/15 11/15 11/22
 11/24 11/25 15/13 16/14 19/13
 19/13 19/18 23/1 23/2 25/16 25/17
 27/24 28/4 29/1 29/7 29/23 29/25
 29/25 36/4 37/8 37/11 37/12 37/21
 40/9 45/3 45/4 45/5 46/21 46/25
 47/17 47/19 48/9 49/16 50/2 51/11
 52/17 52/19 52/21 53/13 53/18
 53/21 62/17 78/13 79/7 80/11 81/6
 81/17 82/10 86/3 87/20 90/15
 90/17 90/20
Bitcoin-hosting.com [1]  25/16
Bitcoiner [5]  12/3 12/11 13/3
 13/5 18/9
BitcoinFog.com [6]  22/17 22/20
 22/22 24/17 27/9 27/10
Bitcoins [8]  16/7 19/17 77/7
 77/25 79/20 79/23 81/20 85/24
Bitfinex [6]  70/22 70/24 70/25
 71/5 71/8 72/2
BitPay [21]  29/19 29/22 29/25
 29/25 30/22 31/2 31/8 32/6 32/21
 34/15 34/18 35/4 35/14 35/17
 35/21 36/1 39/23 62/17 63/15 91/7
 91/8
Bitstamp [27]  74/22 74/24 74/25
 75/5 75/8 75/19 76/8 76/14 76/22
 77/3 77/5 77/11 78/23 79/24 80/6
 80/23 83/11 83/15 84/8 84/13
 84/24 85/9 86/16 88/12 88/22 90/9
 90/10
blade [1]  49/13
block [3]  12/23 21/8 92/8
bloomeditor.com [3]  62/12 67/19
 69/12
body [6]  6/23 8/5 8/15 69/10 83/4
 83/12

**B**

**bot [2]** 17/15 18/2
**both [5]** 48/17 48/17 56/9 59/20 77/1
**bottom [6]** 9/23 9/24 20/7 28/12 62/14 84/9
**bought [1]** 78/10
**box [20]** 44/10 47/17 48/2 51/24 52/6 52/7 52/14 52/20 55/2 55/3 55/4 55/5 55/7 55/7 55/10 55/13 55/19 56/1 56/2 76/2
**boy [1]** 64/19
**breaches [1]** 24/7
**break [10]** 5/13 33/11 54/18 63/20 64/3 64/7 96/3 97/18 97/24 98/2
**breaks [1]** 98/4
**briefly [2]** 18/7 43/20
**bring [4]** 4/4 5/2 5/4 17/20
**bringing [2]** 31/20 51/16
**BRODIE [1]** 1/15
**Brooklyn [1]** 2/4
**brought [1]** 47/3
**BROWN [14]** 1/15 3/4 4/10 31/23 38/18 41/16 41/18 41/22 42/4 49/21 51/20 64/13 96/17 98/14
**browser [1]** 28/5
**BTC [23]** 69/7 77/12 83/14 84/16 84/17 84/19 84/22 84/24 84/24 86/20 87/5 87/25 88/17 88/24 92/25 93/2 93/4 93/5 93/10 93/13 94/3 94/18 94/23
**BTC-e [8]** 92/25 93/2 93/4 93/5 93/13 94/3 94/18 94/23
**BTC-e's [1]** 93/10
**Bucharest [3]** 44/25 57/21 58/22
**builder [1]** 86/3
**built [2]** 18/24 23/14
**bulk [1]** 86/20
**bullet [2]** 7/5 7/18
**Bunker [1]** 65/25
**business [7]** 32/20 77/4 80/2 85/15 85/16 85/17 88/2
**buy [4]** 16/2 77/25 78/2 90/20
**buyer [6]** 36/18 36/21 37/16 37/18 37/19 37/20
**buying [1]** 78/8
**bytes [1]** 65/15

**C**

**C/C [1]** 16/9
**call [1]** 50/20
**called [8]** 6/6 10/7 21/13 29/19 41/11 61/8 63/16 64/16
**calls [1]** 18/1
**can [75]** 5/5 5/11 5/23 6/6 12/19 16/4 16/5 17/20 20/16 21/10 21/11 25/5 27/2 27/4 27/7 28/16 29/8 30/17 33/22 34/24 37/5 37/5 37/7 37/18 41/5 41/13 41/23 42/1 43/20 46/22 47/12 47/13 49/7 52/24 52/25 53/10 53/22 54/8 54/22 54/23 55/4 55/9 55/19 56/2 56/2 60/25 61/6 66/2 68/10 69/13 70/21 72/5 73/18 73/19 74/11 74/21 76/15 76/24 77/21 78/7 79/5 79/22 80/13 80/17 81/21 81/24 85/19 86/7 89/8 89/21 90/11 92/23 95/1 97/24 98/4
**can't [1]** 10/8
**cannot [1]** 79/15
**capture [2]** 17/25 45/14
**cards [1]** 19/15
**care [1]** 8/10
**caret [1]** 87/11
**case [14]** 4/2 4/5 15/20 16/13 31/18 42/7 44/4 44/17 48/14 49/17 63/23 94/5 97/19 97/21
**cash [2]** 7/22 7/22
**casinos [1]** 19/13
**CATHERINE [1]** 1/13
**Ccips [1]** 1/19

**cease [1]** 93/8
**cents [1]** 27/12
**certain [4]** 25/18 31/3 32/7 54/1
**certainly [3]** 23/25 33/22 54/8
**certificate [2]** 29/2 29/16
**certify [1]** 100/3
**cetera [1]** 18/1
**chain [2]** 7/1 86/20
**chance [3]** 16/3 34/11 98/16
**characterization [1]** 51/8
**Charlie [1]** 96/23
**chatter [1]** 97/22
**cheap [1]** 78/11
**check [5]** 21/10 23/22 24/19 81/25 89/25
**checked [1]** 23/21
**checking [1]** 24/17
**CHRISTOPHER [2]** 1/15 4/10
**chunk [3]** 6/23 79/20 85/24
**circle [1]** 37/10
**clarified [1]** 85/8
**clarify [8]** 41/22 41/23 84/17 84/19 86/23 87/12 87/17 88/23
**clarity [1]** 55/12
**clear [8]** 31/21 32/12 33/25 37/17 51/14 52/10 52/18 97/20
**clearly [2]** 34/1 52/14
**clearnet [1]** 29/5
**client [4]** 44/22 84/1 85/8 89/24
**clip [2]** 5/1 5/6
**clipper [1]** 5/2
**clippers [1]** 5/5
**clog [1]** 82/23
**close [14]** 20/16 37/21 41/5 61/6 66/2 68/10 69/13 70/21 72/5 73/18 74/21 90/11 92/23 95/1
**cloud [1]** 62/11
**club [1]** 22/15
**clues [1]** 53/10
**co [14]** 17/15 50/1 50/5 50/7 50/11 50/12 50/18 51/6 51/9 51/11 51/12 51/14 51/17 51/18
**co-conspirator [12]** 50/1 50/5 50/7 50/11 50/12 50/18 51/6 51/9 51/12 51/14 51/17 51/18
**co-conspirators [1]** 51/11
**co-op [1]** 17/15
**code [3]** 77/10 92/14 92/15
**codes [1]** 25/5
**coding [1]** 17/25
**collected [1]** 69/14
**COLUMBIA [1]** 1/1
**column [20]** 10/24 10/24 11/1 11/2 35/20 35/21 35/23 35/25 36/3 36/4 36/5 36/7 36/7 36/8 36/10 36/16 36/20 37/3 70/19 73/16
**combine [1]** 78/6
**come [11]** 15/25 18/2 41/23 49/19 50/3 63/22 64/10 80/1 82/1 82/14 97/18
**comes [3]** 47/6 55/7 59/18
**coming [4]** 50/5 52/7 55/5 55/6
**common [1]** 89/22
**communicate [1]** 90/20
**communication [1]** 44/3
**companies [1]** 9/15
**company [18]** 9/11 24/19 25/6 31/2 36/14 39/21 39/22 41/11 61/8 62/2 62/3 63/16 84/2 84/20 85/13 85/15 85/17 86/9
**comparison [1]** 98/25
**complete [1]** 77/9
**completed [2]** 76/24 78/17
**completely [2]** 47/1 82/3
**compliant [1]** 82/3
**comply [2]** 93/4 93/5
**Complying [1]** 41/2
**computer [1]** 82/14
**concern [4]** 33/3 33/9 49/21 88/20
**conclude [1]** 47/6
**concluded [1]** 76/20
**conclusion [1]** 53/17

**conditional [1]** 50/9
**conditionally [1]** 97/3
**conditions [1]** 81/20
**conduct [1]** 63/24
**conducted [1]** 31/25
**conference [6]** 30/19 34/9 41/15 42/10 46/23 54/20
**confirm [4]** 79/5 81/7 82/7 84/25
**confirmation [1]** 60/24
**confirmations [4]** 80/10 81/5 81/16 84/23
**confirmed [1]** 61/1
**confused [3]** 46/25 47/2 55/14
**confusion [1]** 97/15
**connection [2]** 77/4 88/25
**connections [1]** 28/21
**connects [1]** 29/22
**consider [6]** 47/8 50/24 51/1 53/10 55/4 55/19
**considered [1]** 18/17
**considering [2]** 19/1 19/14
**conspiracy [1]** 50/3
**conspirator [12]** 50/1 50/5 50/7 50/11 50/12 50/18 51/6 51/9 51/12 51/14 51/17 51/18
**conspirators [1]** 51/11
**constitutes [1]** 100/4
**Constitution [1]** 2/8
**contact [7]** 11/1 11/5 11/7 16/13 19/1 24/9 44/13
**contain [1]** 20/24
**contemporaneous [1]** 45/8
**CONTENTS [1]** 3/1
**context [3]** 50/25 53/12 53/19
**contextual [1]** 53/10
**continuation [4]** 12/15 18/8 19/3 19/4
**continue [3]** 13/11 53/23 87/23
**continued [5]** 1/23 2/1 3/4 6/1 13/14
**contracts [1]** 82/4
**control [1]** 22/23
**controversial [1]** 49/24
**conviction [1]** 98/21
**convinced [2]** 51/4 53/19
**cool [1]** 6/25
**cooperate [1]** 16/4
**cooperation [6]** 16/3 77/14 79/7 81/8 84/25 89/1
**copies [4]** 14/7 26/2 62/23 95/16
**copy [5]** 16/20 61/14 64/24 66/11 74/4
**core [1]** 42/6
**corner [1]** 68/7
**correct [3]** 54/24 72/15 100/4
**corrected [1]** 48/2
**correctly [1]** 80/3
**correspond [1]** 39/23
**correspondence [5]** 20/25 27/15 27/19 27/21 27/23
**cost [2]** 27/11 59/18
**costs [1]** 18/19
**could [107]**
**counsel [4]** 4/7 4/8 4/10 4/15
**counting [1]** 18/21
**country [1]** 10/11
**county [1]** 79/25
**couple [4]** 15/16 17/23 24/4 96/5
**course [6]** 15/15 15/23 18/22 41/6 81/23 89/22
**court [17]** 1/1 2/6 2/7 4/14 4/22 4/25 5/3 5/4 34/1 51/13 51/15 51/17 51/18 53/10 53/11 100/3 100/13
**Court's [1]** 46/7
**Courts [1]** 2/7
**cover [1]** 18/18
**covered [1]** 15/19
**Craigslist [1]** 90/18
**create [3]** 35/21 54/8 85/16
**created [5]** 65/12 65/13 92/9 92/10 92/21

## C

credentials [1]  80/19
credit [1]  19/15
crime [2]  10/5 10/12
criminal [5]  1/3 4/2 4/5 10/4
 10/6
criminals [1]  93/7
critical [1]  19/16
CRM [1]  1/19
cryptocurrency [8]  69/19 70/25
 72/10 73/24 74/25 81/7 82/8 93/3
Cs [2]  97/10 97/11
CSS [1]  16/11
currency [2]  7/3 7/10
currently [1]  59/7
custody [1]  93/12
customer [7]  22/21 22/22 26/22
 26/23 26/25 76/23 86/8
cut [1]  56/1
cyber [1]  93/7

## D

dangerzone.info [1]  67/23
dangerzone.today [8]  44/19 62/13
 67/1 67/22 73/15 74/20 94/20
 94/25
darknet [1]  28/4
data [3]  23/16 29/17 65/14
database [1]  94/3
date [40]  8/3 8/12 9/17 11/18
 11/19 11/23 12/7 14/22 14/23
 17/12 19/6 19/25 20/20 21/13
 21/14 21/21 22/12 22/25 23/5
 24/11 24/21 25/8 26/13 28/8 39/12
 44/21 46/18 55/22 57/2 58/3 58/17
 59/2 59/11 60/15 65/13 76/11
 77/19 90/4 90/8 92/9
dated [3]  46/15 46/19 100/10
dates [1]  79/22
day [8]  11/25 12/12 23/21 79/17
 82/11 90/19 98/24 100/10
days [1]  24/4
DC [5]  1/5 1/14 1/17 1/21 2/9
deal [3]  13/1 19/15 49/12
dealing [2]  88/6 89/9
Dear [10]  26/23 26/25 76/17 78/25
 80/8 81/3 83/13 84/15 86/19 88/14
December [8]  19/7 20/2 28/9 37/4
 37/21 39/13 49/15 59/3
December 13th [1]  20/2
December 17th [1]  19/7
December 1st [2]  37/4 39/13
December 31st [2]  49/15 59/3
December 3rd [1]  28/9
decentralized [1]  20/5
decided [2]  15/7 87/25
deciding [1]  47/14
decision [2]  5/8 99/1
decisions [1]  78/11
dedicated [1]  53/13
defendant [14]  1/7 2/2 4/14 6/7
 17/20 41/7 42/13 44/16 44/18
 50/10 68/4 73/11 84/7 94/17
defendant's [2]  60/2 92/13
defense [4]  5/14 32/21 32/23 64/5
deferring [1]  5/8
defunct [1]  85/25
delay [1]  15/6
delays [6]  23/21 50/21 53/2 56/3
 56/5 59/17
delete [2]  82/22 82/23
deliberations [3]  33/11 33/21
 55/4
delivered [2]  58/23 60/19
delivering [1]  25/2
delivery [6]  57/15 57/17 57/19
 58/16 58/17 58/20
Delphi [1]  17/23
delta [3]  40/5 62/19 63/13
deniable [1]  9/2
department [3]  1/13 26/19 76/18

## depends

depends [1]  98/19
deposit [5]  23/10 83/14 84/18
 85/9 85/9
deposited [3]  77/7 84/21 86/20
depositing [1]  77/11
depositing/withdrawing [1]  77/11
deposits [1]  59/20
Dept [1]  1/20
describe [1]  77/5
describing [1]  48/20
description [1]  40/13
designated [1]  76/20
destination [2]  57/18 88/24
detail [4]  58/19 77/5 77/24 78/9
details [5]  13/13 40/18 40/23
 44/4 78/16
detected [1]  24/6
developer [1]  16/9
development [3]  13/14 17/22 18/19
devices [3]  7/8 65/24 65/24
did [47]  5/1 13/20 13/22 19/18
 19/20 24/4 27/24 28/1 37/24 38/1
 41/7 41/9 42/12 44/18 44/20 45/10
 45/12 61/7 64/15 66/3 66/4 69/15
 69/17 70/22 70/23 72/6 72/8 73/21
 74/21 74/23 82/9 82/10 85/12
 90/11 90/16 90/22 92/24 93/1 93/4
 93/5 93/5 93/8 93/10 93/11 93/15
 95/2 95/4
didn't [1]  82/22
difference [1]  50/23
different [8]  30/24 33/2 33/2
 35/1 63/18 87/21 90/3 96/22
difficult [2]  15/8 15/10
direct [27]  3/4 6/1 6/13 8/1 8/11
 9/4 11/17 16/15 17/16 25/18 36/25
 38/2 45/1 46/14 59/1 61/6 61/10
 61/25 62/18 64/18 71/17 72/11
 73/7 73/19 75/18 93/18 95/7
directed [3]  26/18 26/19 57/4
directing [42]  6/11 8/14 8/19
 9/22 10/13 11/14 13/23 19/2 19/24
 20/17 21/18 22/11 23/4 26/13
 27/13 27/17 28/6 35/10 35/15 39/8
 40/5 40/16 42/15 43/24 56/7 57/25
 59/10 59/22 66/8 68/2 68/11 69/20
 71/1 71/24 75/1 82/25 84/10 90/24
 91/23 94/15 94/21 96/15
directly [2]  15/17 28/25
disappointed [1]  89/17
discover [1]  41/7
discuss [2]  63/23 97/19
discussed [1]  46/3
discussing [2]  15/6 15/14
discussion [1]  48/9
displayed [1]  55/15
DISTRICT [4]  1/1 1/1 1/10 2/7
do [119]
document [15]  39/9 43/1 46/1
 56/25 60/15 60/17 60/23 60/25
 62/1 67/6 67/13 68/3 71/22 81/4
 90/6
documentation [8]  79/2 79/5 80/8
 84/21 84/22 88/15 88/18 88/21
documents [9]  77/13 78/19 79/16
 79/25 81/23 86/11 89/19 89/21
 89/23
does [63]  8/21 8/22 11/23 12/24
 13/17 14/21 16/20 18/21 20/24
 22/3 22/25 35/13 39/23 39/25 40/6
 40/17 40/22 41/3 42/8 44/11 44/22
 47/24 47/25 48/10 48/17 49/22
 55/24 57/6 57/18 57/22 57/23
 57/25 58/7 58/9 58/11 58/19 60/4
 60/6 60/23 67/3 68/15 70/4 70/6
 71/18 73/10 76/13 76/14 77/21
 79/19 79/21 81/14 83/22 84/6
 84/14 84/22 85/16 86/4 88/19 89/6
 89/16 90/16 91/24 92/11
doesn't [5]  31/4 31/5 51/12 52/16
 57/23
doing [3]  77/23 82/3 98/25

## DOJ

DOJ [2]  1/16 1/19
DOJ-CRM [1]  1/19
DOJ-USAO [1]  1/16
dollars [1]  15/17
domain [17]  25/5 25/15 27/9 27/10
 40/24 41/3 41/4 62/11 62/12 62/13
 66/6 67/14 67/17 67/19 67/20
 67/25 69/10
domains [3]  67/17 67/20 67/25
don't [32]  8/10 23/19 33/8 41/21
 45/2 51/9 51/14 52/13 52/19 52/20
 52/22 53/7 53/20 54/17 55/14 56/8
 63/22 63/23 63/24 78/19 79/16
 81/22 81/24 82/8 82/12 82/13
 87/19 95/19 97/17 97/18 97/20
 97/21
done [7]  17/24 23/24 79/17 79/18
 82/12 82/16 88/3
doubt [1]  82/4
down [48]  8/9 9/23 12/6 13/17
 14/19 17/17 20/6 22/2 24/10 24/20
 25/3 25/7 28/18 29/5 39/14 43/25
 51/18 56/7 57/6 57/9 57/18 58/10
 62/14 65/23 67/3 67/24 75/23 76/1
 77/16 78/21 80/4 80/13 80/24
 81/11 82/17 83/19 84/9 85/2 86/14
 86/25 87/7 87/10 87/10 88/10 89/3
 89/13 90/7 92/8
draw [3]  34/6 35/4 53/17
driver's [1]  72/1
drop [1]  88/10
dropping [1]  86/25
drugs [1]  8/7
due [2]  24/5 25/15
during [4]  33/11 34/11 41/6 54/18

## E

e's [1]  93/10
each [3]  23/21 54/9 90/19
earlier [2]  53/25 54/5
early [2]  78/10 79/5
Earning [1]  10/10
easier [1]  7/22
easy [2]  33/4 83/24
eat [1]  7/23
echo [3]  20/19 40/16 61/10
economic [1]  78/4
economy [1]  25/17
effect [2]  48/18 51/25
efforts [1]  48/20
either [6]  15/11 45/23 49/25
 52/20 79/21 80/3
EKELAND [6]  2/2 2/3 4/13 33/5
 33/16 54/11
elaborate [4]  83/14 87/4 87/24
 88/25
electric [2]  5/2 5/4
electronically [1]  70/2
else [5]  5/12 5/15 18/20 51/16
 78/12
email [75]  10/15 11/1 11/6 11/7
 11/9 13/11 13/11 13/21 14/6 14/21
 14/22 14/23 14/25 15/2 15/3 15/3
 15/4 16/18 17/8 17/10 17/12 17/14
 18/8 19/3 19/4 19/6 21/24 21/25
 26/21 27/15 27/23 31/17 35/1 35/2
 37/20 39/10 44/18 54/1 56/12
 56/14 57/1 57/2 57/4 57/6 57/9
 58/2 58/3 58/5 58/7 58/10 58/11
 60/2 60/18 62/6 65/21 66/25 68/13
 68/15 69/9 70/18 74/19 75/24
 76/19 80/10 81/5 81/16 83/2 83/4
 83/6 84/23 92/6 92/18 92/19 94/19
 94/23
emailing [1]  10/15
emails [13]  14/5 14/7 25/19 32/12
 32/17 54/15 56/11 56/13 68/16
 73/13 73/13 82/22 82/23
emoji [4]  7/25 9/3 17/19 18/3
employee [3]  76/14 78/23 83/11
employees [1]  76/8
encrypts [1]  29/16

**E**

end [12]   7/19 9/13 10/5 20/8 20/9
 20/11 34/9 42/10 54/20 86/25 87/2
 87/15
enforce [1]   93/6
enforcement [1]   13/20
engage [1]   13/14
English [4]   57/7 57/10 58/13
 96/10
enough [4]   8/8 41/24 53/17 88/2
enskild [1]   85/14
entire [3]   45/5 46/2 46/4
entirely [1]   85/12
entitled [1]   100/5
entries [8]   31/3 31/4 31/6 33/2
 54/9 62/10 65/24 67/17
entry [1]   11/2
equivalent [1]   30/1
error [2]   85/6 85/11
escrow [2]   90/22 90/23
especially [1]   19/13
establish [1]   88/22
established [1]   47/24
estimated [1]   77/10
estimating [1]   12/25
et [1]   18/1
Euro [1]   27/12
Europe [2]   57/20 58/21
Euros [2]   88/7 89/10
even [17]   7/3 7/8 8/10 16/5 18/18
 28/16 50/6 50/10 51/5 51/14 78/16
 79/19 79/23 80/18 88/4 90/1 97/19
events [1]   48/21
every [1]   23/21
everything [3]   18/21 82/14 85/22
evidence [8]   6/12 31/20 32/16
 32/22 41/17 55/8 61/7 64/15
evoking [1]   51/2
exactly [1]   23/22
examination [2]   3/4 6/1
example [1]   79/6
Excel [2]   30/5 32/14
exception [4]   50/17 52/3 53/12
 72/24
exceptions [1]   45/24
exchange [18]   13/6 69/19 70/25
 72/10 73/24 74/25 77/8 78/13
 80/18 82/9 85/13 85/25 85/25
 86/10 89/22 90/15 90/17 93/3
exchanges [2]   79/7 89/25
excited [1]   13/6
exciting [1]   82/11
excuse [4]   6/19 20/9 30/7 36/8
execute [2]   78/2 90/21
executing [1]   78/15
exemption [1]   48/3
exemptions [1]   45/24
exhibit [125]
Exhibit 13 [2]   6/11 19/24
Exhibit 15 [1]   11/14
Exhibit 217D [1]   40/5
Exhibit 411G [1]   94/21
Exhibit 412 [2]   69/21 70/11
Exhibit 413F [1]   71/18
Exhibit 414C [2]   80/24 84/10
Exhibit 414I [1]   82/25
Exhibit 415 [2]   73/25 74/8
Exhibit 416 [1]   73/8
Exhibit 419A [1]   92/11
Exhibit 441A [1]   35/16
Exhibit 441B [1]   35/10
Exhibit 502E [1]   20/18
Exhibit 508 [2]   46/14 46/18
Exhibit 511A [1]   62/18
Exhibit 511E [2]   61/11 61/21
Exhibit 513B [2]   64/18 64/22
Exhibit 521A [1]   66/15
Exhibit 522 [1]   42/15
Exhibit 522A [2]   43/3 43/25
Exhibit 53 [6]   45/13 45/19 46/9
 54/24 54/25 59/1

Exhibit 805 [1]   10/18
Exhibit 807 [2]   13/23 18/4
Exhibit 808 [1]   18/7
Exhibit 809 [1]   19/2
Exhibit 811 [2]   27/13 27/14
Exhibit 812 [2]   27/17 27/18
Exhibit 813 [2]   27/20 27/20
Exhibit 814 [2]   27/22 27/22
Exhibit 843 [2]   68/12 69/1
Exhibit 861 [1]   16/25
Exhibit 873 [1]   68/23
Exhibit 892 [3]   59/22 59/24 60/11
Exhibit 912 [1]   56/8
Exhibit 914 [1]   57/25
Exhibit, [1]   42/25
Exhibit, 522 [1]   42/25
exhibits [71]   3/6 3/7 3/8 3/8 3/9
 3/10 3/11 3/14 3/14 3/15 3/15
 3/16 3/16 3/17 14/4 14/12 14/15
 18/5 26/9 30/4 30/4 32/15 33/6
 33/8 33/10 33/13 33/17 33/20
 34/22 34/24 34/25 38/2 38/5 38/8
 42/20 42/22 43/9 43/13 54/10
 56/10 56/20 62/20 63/2 63/18 71/1
 71/4 71/13 72/11 72/13 72/17
 72/23 72/25 73/4 75/1 75/4 75/11
 75/14 90/24 91/5 91/19 94/1 94/8
 94/11 95/8 95/11 95/20 95/24
 96/15 96/22 96/25 97/3
exist [4]   79/19 79/21 81/22 86/4
expand [1]   13/15
expected [1]   59/21
experience [2]   16/11 59/7
experimented [1]   87/21
experimenting [1]   82/10
expert [1]   31/20
explain [5]   27/7 43/21 54/23 55/6
 55/8
explaining [1]   52/8
extent [4]   47/5 47/21 52/7 56/2
external [1]   24/19
extra [1]   25/15
eye [1]   29/1

**F**

face [1]   25/17
fact [11]   28/22 31/3 31/5 31/6
 32/8 33/1 34/6 35/5 48/14 49/2
 49/5
facts [1]   51/15
failure [1]   59/8
fair [15]   14/7 16/20 26/2 41/24
 41/25 42/2 45/15 61/14 62/23
 64/24 66/11 68/15 72/20 74/4
 95/15
fairly [11]   34/17 38/8 43/9 56/13
 60/4 70/4 71/7 75/7 91/11 94/4
 95/15
faking [1]   17/25
fall [1]   52/3
falls [1]   48/3
familiar [2]   29/18 63/16
far [1]   89/18
fashion [1]   54/6
FBI [2]   93/14 94/5
February [10]   1/5 21/22 22/13
 23/6 24/12 24/22 25/9 83/15 92/22
 100/10
February 12 [1]   83/15
February 13th [1]   21/22
February 16th [1]   24/22
February 19th [1]   23/6
February 21st [1]   22/13
February 26 [2]   25/9 92/22
February 9th [1]   24/12
fee [1]   20/14
feel [2]   79/9 81/9
feels [1]   6/25
fees [2]   7/11 7/22
fellow [1]   97/19
few [6]   17/17 50/22 53/3 56/3
 80/16 96/4

fiat [1]   30/1
field [1]   40/24
figure [1]   33/13
filling [1]   78/14
finally [2]   25/14 59/16
financial [12]   9/20 29/18 29/21
 69/14 69/18 70/24 72/9 73/23
 74/24 90/14 93/2 95/5
FinCEN [3]   9/14 9/19 9/20
find [6]   13/14 21/14 61/7 76/9
 90/2 90/19
finding [2]   51/15 51/19
fine [7]   5/7 5/8 29/7 31/2 51/24
 52/4 55/18
finely [1]   15/19
finger [1]   37/11
firma [1]   85/14
first [26]   6/22 6/23 6/24 8/16
 14/21 16/2 17/18 19/1 19/10 22/18
 25/12 30/5 37/2 43/4 50/6 56/24
 59/15 62/1 66/22 67/17 67/19 68/6
 78/21 79/12 84/10 86/17
fishing [1]   82/6
five [3]   27/10 77/7 78/11
fixed [1]   22/9
flip [4]   23/3 35/15 80/20 91/17
flipping [3]   35/23 83/9 92/11
Floor [1]   2/4
fly [1]   33/4
Fog [25]   11/24 11/25 16/14 19/1
 23/1 23/2 27/24 28/4 29/1 29/7
 37/21 40/9 45/4 47/18 47/19 48/9
 49/17 50/2 51/12 52/17 52/19
 52/21 53/13 53/18 53/21
following [7]   26/24 44/2 44/3
 44/4 62/15 77/2 77/16
follows [1]   44/7
forced [1]   90/2
foregoing [1]   100/4
foreign [2]   57/7 57/8
forfeiture [2]   4/17 98/21
forget [2]   7/2 83/24
forgot [1]   83/23
form [3]   31/8 32/20 85/15
format [3]   21/23 56/24 60/17
forum [1]   6/8
forward [11]   54/14 77/14 79/8
 80/11 81/8 83/9 83/17 85/1 87/5
 89/1 98/3
found [3]   56/4 83/25 90/1
foundational [1]   29/12
Four [2]   77/6 78/10
fourth [1]   7/19
frames [1]   47/18
framing [1]   55/13
frankly [1]   50/23
Franky [1]   9/11
free [2]   79/9 81/9
freelancing [1]   77/23
freenet [1]   25/14
frequent [1]   56/5
fresh [1]   33/15
Friday [5]   98/17 99/2 99/5 99/8
 99/10
friends [1]   16/11
front [1]   55/2
full [15]   8/5 8/16 17/18 19/8
 19/10 23/13 24/25 28/13 28/19
 45/3 45/10 45/15 59/15 76/15
 77/21
fully [3]   23/20 85/18 88/22
function [1]   18/1
functionality [1]   90/1
funds [10]   23/23 24/7 76/20 82/3
 82/9 85/9 85/13 86/1 86/7 86/13
further [20]   13/17 18/8 19/3 22/8
 28/18 37/5 48/20 48/20 55/15 56/4
 58/23 63/10 65/23 67/24 75/23
 76/2 76/18 79/19 90/7 92/8
furtherance [1]   50/2
future [6]   16/6 56/6 76/24 77/8
 78/1 78/13

**F**

FYI [3]   55/17 55/24 55/25

**G**

gas [1]   7/1
gate [7]   27/25 28/2 28/3 28/15 28/25 29/4 37/22
gate.BitcoinFog.com [2]   28/17 41/4
gathered [1]   89/19
gathering [2]   88/8 89/11
gave [1]   85/20
general [1]   19/12
generate [1]   15/11
generated [1]   27/1
geographic [3]   40/1 44/15 75/21
Geotrust [1]   40/15
get [11]   5/13 7/13 9/15 13/12 17/19 25/5 32/15 64/9 79/17 81/21 89/23
getting [5]   17/21 20/14 24/6 59/9 63/17
gigabytes [1]   65/16
give [5]   6/16 22/8 25/5 53/22 57/22
given [2]   46/4 86/9
gives [1]   44/17
globe [1]   7/24
gmail [1]   11/11
gmail.com [19]   10/16 11/3 13/12 13/21 14/6 14/9 15/3 16/19 16/22 17/11 31/16 32/10 34/2 62/8 68/14 68/17 69/9 75/25 94/25
go [9]   4/24 12/25 14/20 24/8 33/10 33/20 54/10 57/12 85/21
God [1]   79/20
goes [2]   33/15 54/5
going [24]   5/13 15/24 18/15 19/8 19/11 24/8 28/20 28/21 28/24 33/4 35/19 51/17 53/22 54/14 59/1 72/11 78/13 85/13 86/10 88/7 89/10 96/2 98/3 98/20
good [16]   4/9 4/13 6/3 6/4 7/9 13/15 25/16 28/15 30/2 54/18 63/20 77/25 78/7 96/2 96/6 97/16
goods [5]   29/24 36/15 36/21 40/13 78/8
Google [3]   16/21 68/14 68/16
got [4]   7/24 25/1 49/4 79/24
Gothenburg [2]   71/23 75/22
GothenCoin [3]   92/1 92/4 92/7
government [81]   3/7 3/7 3/8 3/8 3/9 3/9 3/10 3/10 3/11 3/11 3/12 3/12 3/13 3/13 3/14 3/14 3/15 3/15 3/16 3/16 3/17 4/8 4/10 5/15 10/23 14/11 16/24 16/25 26/5 31/2 31/15 31/18 32/1 32/9 32/13 33/7 34/16 34/21 35/3 35/7 38/6 38/11 43/13 45/18 45/19 49/12 49/14 49/17 52/12 52/25 54/4 54/14 56/16 56/17 60/7 61/17 63/1 65/2 65/3 66/14 68/19 70/7 71/5 71/8 71/10 72/18 72/23 74/2 74/5 74/7 75/6 75/10 75/11 91/6 91/14 93/10 93/12 94/7 95/19 97/3 98/10
government's [2]   51/10 94/2
governs [1]   81/19
Gox [14]   54/8 80/11 80/17 80/17 80/23 81/6 81/17 81/22 82/22 83/7 85/25 86/2 86/3 86/4
granted [1]   73/3
grateful [1]   90/2
gravytrain.top [3]   65/22 67/22 70/20
great [2]   7/9 7/10
greater [2]   87/12 87/24
Greece [2]   40/4 40/10
grin [2]   92/14 92/15
grounds [1]   17/2
grouped [2]   31/4 34/6
grouping [5]   31/25 32/5 34/5 54/1 54/15
guess [7]   15/21 19/16 48/10 49/6 49/21 50/13 98/18
gulf [5]   30/9 30/15 34/22 71/24 94/22
guns [2]   8/7 8/10
guys [1]   78/12

**H**

hack [1]   23/23
had [6]   31/15 32/13 32/19 34/11 37/8 73/11
half [4]   57/24 58/10 58/11 58/24
halfway [1]   87/10
hall [1]   97/22
hand [1]   68/7
handy [1]   18/2
happen [2]   23/18 24/4
happened [1]   23/22
happening [2]   23/19 23/21
happens [1]   24/1
happy [4]   13/7 13/13 52/24 89/7
hardware [1]   59/7
has [34]   4/25 5/18 6/11 9/20 10/18 11/15 13/24 16/19 19/24 21/12 23/3 26/25 28/6 31/15 32/13 32/23 33/2 33/16 45/1 47/23 49/12 49/14 49/17 51/13 52/1 53/14 53/20 56/8 59/23 68/11 93/12 98/2 98/8 99/8
HASSARD [2]   2/2 4/15
have [122]
haven't [2]   82/11 88/3
having [4]   15/12 28/5 32/3 49/22
he [18]   6/10 7/5 13/17 13/19 19/20 22/8 41/19 42/8 44/17 47/25 50/20 50/21 67/8 81/14 82/20 83/22 89/6 89/16
heading [12]   10/24 11/1 26/21 36/3 36/4 36/5 36/8 36/17 44/1 57/13 57/14 58/15
headings [1]   36/3
hear [2]   16/13 97/21
hearing [5]   48/19 79/8 80/12 81/8 83/18
hearsay [11]   45/21 45/23 45/23 45/25 46/4 46/5 47/1 48/23 49/20 50/17 53/12
heavydist [13]   16/19 16/22 17/11 31/16 32/10 33/19 34/2 62/8 68/14 68/17 69/9 75/25 94/25
Hedgedwallet.com [1]   67/22
held [3]   30/19 41/15 46/23
hello [5]   15/5 18/16 18/17 21/9 21/10
help [4]   16/5 21/14 76/21 89/8
helpful [1]   54/16
Henderson [1]   94/17
here [71]   5/5 8/25 9/25 10/25 12/14 13/25 15/4 16/15 21/3 21/7 21/12 22/15 27/6 27/8 28/12 31/22 32/22 33/3 34/5 35/6 35/11 35/24 36/3 37/3 37/10 37/12 37/13 37/18 40/2 40/14 41/17 42/3 42/5 44/16 44/18 44/20 46/20 47/10 47/16 47/19 47/21 48/23 50/7 51/3 51/4 51/14 53/12 53/24 61/5 62/16 63/15 67/25 70/16 74/16 75/19 80/16 81/25 82/12 83/22 84/4 84/14 85/22 89/6 89/16 90/4 90/6 90/7 94/16 97/22 97/25 98/22
hey [2]   13/5 52/21
hidden [3]   28/3 28/24 29/6
high [5]   20/17 20/25 21/20 76/25 78/3
higher [1]   20/14
Highhosting.net [1]   20/23
highly [2]   31/14 32/17
him [2]   4/4 42/6
his [13]   5/1 5/6 17/10 39/19 41/18 42/1 57/5 68/9 69/9 80/23 88/13 90/10 94/18

history [1]   85/24
hold [1]   82/6
holding [1]   86/7
honestly [3]   81/24 82/4 88/1
Honor [62]   4/9 4/13 4/19 5/14 5/16 5/19 14/14 18/11 19/21 29/11 30/16 30/21 31/10 31/14 31/24 32/8 32/19 33/22 33/25 41/13 41/16 41/25 42/3 45/22 46/11 46/22 47/10 47/16 48/7 48/16 48/22 49/11 50/6 51/7 51/23 52/9 52/10 52/18 53/9 54/7 54/13 54/25 55/12 55/17 56/19 64/4 64/5 67/6 67/8 68/25 91/18 91/18 93/23 96/5 97/6 97/9 97/12 97/15 97/16 98/7 98/11 99/3
HONORABLE [1]   1/9
hope [1]   16/12
hopefully [1]   78/15
hoping [1]   99/1
hoster [1]   25/2
hosting [9]   20/17 20/25 21/20 24/18 25/2 27/9 44/23 62/3 66/6
hosting.com [1]   25/16
hotel [2]   71/2 93/21
hotmail.com [9]   10/14 11/7 14/25 25/25 26/20 31/19 34/2 37/20 39/19
hour [2]   88/7 89/10
hours [6]   23/12 50/22 53/3 56/3 88/5 89/9
how [34]   8/24 9/8 10/1 11/23 13/3 13/17 15/10 15/10 15/24 22/25 31/9 36/10 37/6 44/8 48/6 48/13 48/19 52/18 65/14 65/14 77/6 77/21 78/2 78/9 81/14 81/21 83/22 83/24 86/10 90/16 90/16 98/19 98/25 99/9
however [4]   7/9 15/7 18/23 79/15
HQ [1]   73/15
HTML [1]   16/11
HTML/CSS [1]   16/11
https: [1]   28/17
https://gate.BitcoinFog.com [1]   28/17
huge [3]   9/12 9/14 50/23
hundred [1]   15/17
hypothetical [1]   15/20

**I**

I'd [16]   13/6 13/13 13/15 23/3 30/3 36/25 43/20 45/1 46/14 59/1 61/10 61/25 73/7 73/18 93/18 95/7
I'm [24]   6/14 11/13 15/5 30/8 37/2 38/14 38/18 39/17 40/20 43/4 50/15 53/3 55/14 57/12 59/8 64/20 69/3 81/17 81/21 91/9 93/20 93/21 96/17 96/22
ID [3]   22/1 35/25 85/16
idea [1]   54/18
ideas [3]   13/15 16/5 16/7
identifier [1]   52/14
identifiers [4]   30/25 31/12 32/7 33/2
identify [1]   44/11
identifying [1]   52/14
identity [2]   13/10 86/11
ignoring [1]   49/1
illegal [3]   8/8 19/14 88/3
image [1]   79/3
imagine [1]   49/7
implement [1]   16/5
implied [1]   32/5
imply [1]   31/5
important [5]   57/14 57/15 58/14 58/16 78/9
impossible [1]   82/10
improper [2]   32/11 49/20
inadvertently [1]   97/21
inappropriate [1]   42/6
inclined [1]   33/9
include [1]   8/21

**I**

included [1]  36/19
includes [1]  13/13
income [1]  18/22
incoming527409381 [1]  70/20
Incoming640294774 [1]  65/22
inconvenience [4]  53/3 56/4 59/8 59/18
incorrect [1]  21/11
indeed [1]  24/4
independent [1]  16/10
India [2]  72/12 82/25
indicate [1]  76/13
indicated [16]  63/14 66/23 66/25 67/13 67/17 67/21 67/25 69/11 70/16 70/18 71/21 74/17 74/19 75/19 94/16 94/24
indicating [1]  88/16
indication [2]  85/20 90/8
indicator [1]  29/1
individuals [2]  90/19 90/19
infer [1]  34/2
inference [2]  34/6 35/5
info [7]  44/19 66/23 67/1 73/15 74/20 94/20 94/25
information [35]  9/21 28/21 35/4 35/7 35/21 37/17 40/1 40/8 44/10 53/11 57/15 57/16 57/22 58/7 58/16 58/19 58/23 62/5 62/6 65/14 65/17 79/1 81/21 82/16 85/17 85/21 86/6 86/12 88/8 88/12 89/11 89/19 91/25 92/9 92/13
inherent [1]  7/20
initial [1]  84/23
input [2]  17/25 35/25
inquired [1]  84/18
ins [1]  23/23
installed [1]  28/24
instead [4]  7/12 11/3 85/7 86/7
institution [10]  29/19 29/21 69/18 70/24 72/9 73/23 74/24 90/14 93/2 95/5
instruct [2]  34/1 34/25
instructed [2]  50/23 76/18
instruction [7]  31/3 32/15 33/10 33/15 51/24 52/5 53/22
intact [1]  24/8
intend [2]  77/6 77/9
intended [1]  9/10
intercepting [1]  18/1
interest [2]  19/12 93/16
interested [6]  12/5 12/15 15/12 16/2 16/6 18/19
interesting [1]  12/25
internal [1]  20/25
international [2]  77/1 79/4
internet [4]  28/4 78/5 85/23 89/21
internet.BScorp [1]  22/20
interruptions [5]  48/9 48/12 48/15 49/3 49/16
intrusive [1]  89/20
invalid [10]  10/15 11/3 11/11 13/12 13/21 14/6 14/9 15/3 18/9 19/5
investigation [15]  37/24 41/6 41/7 64/15 66/3 69/15 69/15 70/22 72/6 73/21 74/21 90/12 92/24 93/16 95/2
investigative [2]  9/20 11/10
invoice [18]  26/22 26/22 26/25 27/2 27/7 39/18 39/19 39/21 39/23 40/7 40/8 40/9 40/11 40/12 83/25 84/7 84/16 85/6
invoice-invoice [1]  26/22
invoiced [2]  27/8 40/14
invoices [1]  85/10
involved [1]  88/17
IP [7]  44/5 44/5 44/5 44/6 44/6 44/8 44/9
is [609]

**J** *(actually "is the" column)*

is the [1]  52/7
is/was [1]  81/18
issue [10]  31/18 31/22 31/24 32/2 32/9 32/10 42/7 48/1 49/17 51/21
issued [1]  39/21
issues [3]  48/21 51/21 59/17
it [221]
it's [4]  23/11 77/25 78/3 82/9
IT-related [1]  77/23
its [5]  7/15 37/22 83/15 86/1 88/4
itself [6]  28/20 28/22 28/23 53/1 53/11 67/7

**J**

jack [1]  19/11
January [2]  8/4 59/12
January 13th [1]  59/12
January 31st [1]  8/4
Java [1]  16/10
JavaScript [1]  17/23
JEFFREY [2]  1/18 4/11
Joe [1]  19/17
joining [1]  4/15
JS [1]  16/11
JUDGE [1]  1/10
Juliette [1]  80/20
July [1]  76/12
July 25th [1]  76/12
June [3]  9/18 17/13 65/13
June 12th [2]  17/13 65/13
June 27th [1]  9/18
juror [6]  98/2 98/3 98/8 99/4 99/7 99/8
jurors [4]  5/18 97/20 98/1 98/22
jury [56]  1/9 4/20 4/20 5/21 5/22 6/6 14/16 17/5 21/5 26/10 27/5 27/7 31/3 32/11 32/15 33/11 33/16 33/20 34/1 34/24 34/25 37/18 39/5 41/1 43/17 46/10 47/13 50/24 53/17 53/22 54/6 54/10 54/21 54/22 55/1 56/21 60/12 61/3 61/22 63/6 64/1 64/9 64/12 65/7 65/11 65/19 66/19 68/24 70/12 71/14 73/4 75/15 91/20 92/2 94/12 97/23
just [67]  12/22 13/17 14/19 15/9 15/11 15/19 17/2 17/17 18/7 18/16 18/24 20/11 20/15 25/4 25/7 25/12 25/20 30/25 31/3 31/6 32/2 32/5 33/3 33/25 34/3 34/4 35/1 35/19 36/2 38/17 38/22 39/8 39/24 41/21 42/3 42/5 47/2 48/13 48/18 49/9 50/18 51/11 51/18 52/22 53/9 53/22 55/12 55/20 58/14 58/24 61/3 62/9 66/17 68/6 68/25 73/19 74/12 83/2 88/4 89/24 90/6 91/17 97/18 98/19 98/21 98/23 99/7
JUSTICE [2]  1/13 1/20

**K**

keep [9]  13/13 18/19 24/3 29/1 79/25 80/2 80/3 81/20 82/13
keeping [1]  98/22
Kellerman [1]  68/9
kept [1]  82/16
key [1]  20/15
Killdozer [10]  6/6 6/6 6/7 6/9 6/20 6/25 8/24 9/1 9/8 10/2
Killdozer's [1]  10/6
kilograms [2]  57/24 58/25
kind [11]  15/14 15/20 25/2 37/6 50/18 52/13 82/15 90/14 90/18 93/2 95/5
kindly [8]  76/21 76/25 77/12 79/3 79/4 83/13 88/14 88/23
knew [1]  85/23
know [27]  15/10 18/1 29/14 30/11 30/12 31/4 31/11 31/20 32/3 32/6 33/7 33/7 46/5 48/17 48/18 51/15 53/7 53/15 59/17 76/23 78/19 79/16 82/8 85/12 89/24 93/12

98/18
knowledge [1]  42/1
knows [1]  4/25
Kosem [5]  83/11 84/13 84/14 86/16 88/12
Kraken [6]  72/7 72/9 72/10 72/19 72/21 73/12
Kunnikov [2]  15/1 22/5
KYC [3]  76/23 77/2 93/6

**L**

lack [2]  19/12 55/5
language [14]  8/21 8/23 8/24 9/24 10/1 23/9 55/13 55/20 55/20 57/7 57/8 58/8 58/11 96/10
languages [1]  17/24
large [2]  79/20 85/24
last [7]  19/8 20/11 38/15 78/17 88/24 90/8 90/10
Lastly [1]  79/4
late [1]  79/24
later [3]  12/12 79/16 85/23
launch [4]  11/24 11/25 23/1 23/2
launched [1]  28/15
launder [1]  10/8
laundering [7]  9/2 9/21 10/4 10/5 10/7 51/12 93/6
law [4]  2/3 13/20 50/14 81/19
lawful [1]  85/18
lead [1]  42/6
leading [5]  18/11 19/21 41/19 42/4 42/9
leaks [1]  28/21
learn [1]  49/3
least [3]  18/20 50/9 52/1
leave [1]  96/3
left [2]  36/23 68/7
left-hand [1]  68/7
legal [25]  14/5 14/8 16/18 16/21 25/25 26/3 34/16 34/19 38/7 42/23 43/11 51/13 61/13 62/24 68/13 68/17 69/23 70/5 71/6 72/19 74/3 75/6 91/7 95/14 95/17
legit [2]  10/8 82/2
Leo [2]  3/3 5/24
less [3]  28/20 49/24 56/5
let [10]  4/4 5/3 11/13 32/25 33/7 33/7 38/17 39/17 52/24 54/17
let's [5]  13/11 54/19 56/24 64/9 99/9
letter [1]  38/15
letters [2]  33/12 96/18
level [1]  59/19
levels [2]  48/22 48/24
Liberty [5]  7/3 7/16 21/11 21/16 79/19
libraries [1]  16/10
license [2]  9/16 72/1
licenses [1]  9/15
life [2]  15/22 78/11
light [2]  5/17 85/15
like [41]  4/19 6/12 6/22 7/10 8/1 8/11 10/18 11/17 13/15 15/16 16/15 17/25 23/3 25/18 28/7 30/3 33/6 36/23 36/25 43/20 45/1 46/14 52/13 54/15 59/1 61/6 61/10 61/25 64/18 69/13 71/17 73/7 73/18 75/18 76/5 78/1 78/1 82/5 90/18 93/18 95/7
limiting [1]  52/5
LINDSAY [3]  2/6 100/3 100/12
line [11]  7/19 8/14 12/4 12/14 17/14 17/15 21/25 22/16 44/2 55/24 87/1
lines [1]  26/24
link [1]  28/25
linked [1]  13/11
liquidity [1]  82/7
list [3]  51/11 76/5 76/6
listed [7]  35/1 44/8 51/9 57/16 58/17 62/16 73/16
listener [2]  48/18 51/25

**L**

listing [1]  54/7
little [12]  12/12 13/17 19/12
23/17 28/18 47/2 65/23 67/24
75/23 76/1 90/7 92/8
living [1]  10/10
loads [1]  29/7
LocalBitcoin [4]  90/21 91/9 91/25
92/14
LocalBitcoins [6]  90/12 90/14
90/15 90/16 90/22 91/12
location [5]  44/15 44/17 44/24
44/25 75/21
lockdown [2]  23/15 24/1
lockdowns [2]  23/19 24/5
log [5]  80/17 90/8 90/10 94/16
94/17
log-in [2]  94/16 94/17
logged [1]  47/18
logging [2]  53/14 55/25
logs [1]  49/3
long [5]  5/7 20/6 46/1 46/8 52/16
longer [3]  22/23 32/20 98/22
look [13]  13/25 20/10 28/7 36/23
37/16 37/20 38/17 38/22 43/20
68/6 77/14 79/8 81/8
looked [1]  39/24
looking [28]  10/24 12/19 27/2
33/14 36/2 37/5 44/10 45/13 46/18
55/13 60/25 62/14 63/13 67/16
69/10 73/13 73/25 78/3 80/11 83/4
83/17 85/1 87/5 89/1 90/20 91/10
92/8 94/23
looks [4]  29/7 52/13 76/5 82/5
losing [4]  8/18 20/13 20/14 23/23
lot [8]  15/14 17/24 42/4 59/17
69/7 78/1 82/10 86/9
low [3]  7/11 78/2 83/24
loyal [1]  86/8
LR [1]  21/13
LTD [2]  44/13 73/17
lunch [7]  7/21 7/23 96/3 97/17
97/24 98/2 98/4

**M**

M247 [7]  41/11 41/12 42/12 43/23
57/20 58/21 61/2
made [17]  13/1 15/15 20/2 21/12
23/7 23/10 24/13 28/10 47/25
49/12 50/9 58/20 59/4 59/13 83/15
84/24 85/19
mail [2]  66/1 82/21
mailbox [1]  82/23
main [1]  18/22
mainly [2]  8/7 17/24
make [10]  7/13 15/13 16/8 28/25
50/23 78/3 78/7 98/21 98/23 99/1
making [5]  20/15 47/5 53/12 78/5
78/15
Malta [1]  44/17
manner [1]  62/1
manpower [1]  23/20
many [6]  13/19 16/9 44/8 65/14
85/19 87/21
March [1]  60/16
marked [3]  40/24 44/1 65/11
Marshal [1]  5/7
marshals [2]  4/4 5/3
mass [1]  19/16
material [1]  88/17
matter [13]  47/7 48/5 48/8 48/10
48/11 48/14 48/14 49/7 49/8 50/25
52/4 52/16 100/5
matters [2]  49/5 50/20
may [30]  5/25 14/16 17/4 22/21
26/10 30/5 30/22 33/12 35/8 39/5
43/17 46/9 49/11 55/11 56/20
60/11 61/21 63/5 64/13 65/6 66/18
67/10 68/23 69/4 70/11 71/14 73/4
75/15 91/20 94/12
maybe [10]  6/25 7/23 16/4 21/13

30/12 37/17 55/15 76/10 78/18
98/24
me [24]  4/4 4/10 4/15 5/7 5/9
6/16 6/19 11/13 13/12 20/9 30/7
36/8 38/17 39/17 52/10 81/19
81/22 86/5 86/10 88/7 89/8 89/11
89/25 90/2
mean [12]  15/15 22/8 22/9 33/14
48/16 50/6 50/8 51/12 51/23 52/1
52/24 83/23
means [3]  11/5 79/18 85/14
meant [3]  7/7 7/17 69/3
meantime [1]  16/3
meet [3]  15/21 45/23 99/1
meeting [1]  15/21
megabyte [2]  62/12 62/13
members [3]  5/22 54/21 55/1
mentioned [3]  10/4 44/4 44/7
merchant [8]  30/1 36/9 36/11
36/12 36/13 36/14 37/14 61/5
merchants [1]  29/23
mere [3]  32/8 33/1 49/2
merely [1]  51/18
message [84]  6/13 8/1 8/19 11/17
11/18 11/19 11/21 12/1 12/4 12/7
12/7 12/8 12/10 12/17 13/18 18/15
19/25 20/24 22/4 22/5 22/7 22/14
22/16 22/25 24/9 26/14 26/16
53/14 55/25 57/13 69/6 69/7 69/10
76/9 76/11 76/13 76/15 77/16
77/16 77/17 77/19 78/21 78/22
78/24 79/11 79/12 79/14 80/4 80/5
80/7 80/25 80/25 81/11 81/11
82/17 82/18 83/3 83/9 83/10 83/12
83/19 83/20 84/11 84/12 85/2 85/2
85/4 86/14 86/15 86/18 86/25 87/2
87/7 87/8 87/11 87/16 88/10 88/11
88/13 89/3 89/4 89/13 89/14 90/4
messages [4]  11/10 11/15 11/20
76/7
method [1]  27/1
methods [2]  62/16 63/14
MICHAEL [2]  2/2 4/15
Microsoft [3]  10/23 25/24 26/3
Microtronix [13]  37/7 37/15 37/25
38/7 38/9 38/19 38/21 39/1 39/11
39/22 40/3 40/7 40/23
middle [1]  57/12
midstream [1]  32/3
might [1]  49/7
Mike [2]  75/2 93/19
mind [4]  13/13 33/15 52/16 81/18
minimal [1]  28/22
minimum [1]  49/25
minute [1]  51/21
minutes [1]  96/4
misspoke [2]  20/9 91/9
mixer [1]  51/13
mixing [6]  18/20 59/20 86/21
86/23 87/17 88/15
mobile [1]  7/8
mode [1]  29/4
moment [4]  25/20 41/14 46/22
73/20
Mondays [3]  98/4 98/5 98/7
money [22]  9/2 9/21 10/4 10/5
10/7 10/7 10/8 10/10 15/12 15/21
19/15 20/13 51/12 78/3 78/7 78/7
78/15 82/1 83/25 86/6 88/3 93/6
moniker [4]  15/1 22/6 37/19 39/20
monitor [2]  23/20 47/25
month [3]  77/12 78/18 88/24
monthly [1]  18/22
months [1]  23/2
Moon [2]  44/13 73/17
MoonVPN.net [1]  68/1
MoonVPN.org [2]  68/1 73/15
more [17]  7/14 15/22 18/19 20/15
23/11 23/18 23/18 32/4 32/25 49/9
49/9 51/3 53/16 58/8 62/22 78/9
96/5
morning [8]  1/7 4/9 4/13 5/1 6/3

6/4 54/1 63/20
MOSS [1]  1/9
mostly [1]  16/9
move [4]  20/6 25/5 42/5 88/1
movement [1]  15/13
moves [23]  14/11 16/24 26/5 34/21
38/11 43/13 45/18 56/16 60/7
61/17 63/1 65/2 66/14 68/19 70/7
71/10 72/23 74/7 75/10 91/14 94/7
95/19 97/3
moving [5]  12/6 97/8 98/19 98/23
99/9
Mr [2]  3/4 84/14
Mr. [37]  4/25 5/5 17/10 31/17
31/19 31/23 33/5 33/16 38/18
41/16 41/17 41/18 41/22 42/4
49/12 49/21 49/23 50/1 51/20
54/11 57/5 60/5 64/13 67/15 69/9
72/1 76/7 80/14 80/22 83/2 83/6
85/4 90/8 91/25 92/19 96/17 98/14
Mr. Brown [11]  31/23 38/18 41/16
41/18 41/22 42/4 49/21 51/20
64/13 96/17 98/14
Mr. Ekeland [3]  33/5 33/16 54/11
Mr. Sterlingov [15]  4/25 5/5
17/10 31/19 41/17 49/12 49/23
50/1 57/5 67/15 69/9 76/7 80/14
80/22 83/2
Mr. Sterlingov's [8]  31/17 60/5
72/1 83/6 85/4 90/8 91/25 92/19
Mt [13]  54/8 79/20 80/11 80/17
80/17 80/23 81/22 82/22 83/7
85/25 86/2 86/3 86/4
Mt. [2]  81/6 81/17
Mt. Gox [2]  81/6 81/17
much [17]  7/4 7/8 7/22 15/10
15/22 16/7 18/19 18/25 23/11 37/6
56/5 65/14 77/5 78/9 79/23 85/21
88/19
multiple [6]  30/3 30/24 48/22
48/24 69/24 69/25
must [1]  19/16
mutual [4]  42/23 43/11 95/13
95/17
my [56]  4/17 5/8 6/14 13/10 13/11
16/11 17/21 21/11 21/14 33/3
33/14 41/23 46/4 46/8 47/4 47/9
50/13 50/16 52/16 54/23 77/24
78/11 78/12 78/15 78/16 78/18
78/19 78/19 79/15 79/22 79/24
79/25 80/17 80/18 80/19 81/25
82/3 82/12 82/14 82/21 82/22 84/1
84/2 85/8 85/9 85/13 85/16 85/24
86/6 86/7 86/11 88/5 88/6 89/9
89/9 93/23
myself [1]  87/19

**N**

N.W [1]  1/16
nail [2]  5/2 5/5
nails [2]  5/1 5/6
name [24]  4/7 36/9 36/12 36/18
37/14 37/18 37/19 40/24 41/3 41/4
62/6 65/24 66/22 70/17 71/21
74/16 75/19 75/20 83/7 92/4 92/15
92/17 94/16 94/17
Namecheap [8]  66/3 66/5 66/6
66/10 66/12 67/15 68/5 68/9
named [6]  46/21 65/25 66/1 66/1
76/14 83/11
names [1]  73/16
nature [3]  76/21 88/19 88/22
Neapoli [2]  40/3 40/9
necessarily [1]  31/6
need [12]  5/17 9/15 33/12 46/4
47/8 51/3 78/9 82/16 85/21 91/17
95/20 99/10
needed [4]  86/11 89/19 89/23 99/4
needs [2]  10/11 98/3
negotiate [1]  13/7
network [3]  9/2 20/5 20/15
never [1]  84/16

**N**

Nevertheless [1]  9/11
new [7]  1/20 13/1 13/9 18/23 22/20 82/11 87/20
newbie [5]  47/1 49/4 51/8 51/9 51/16
news [5]  25/1 28/15 52/13 56/3 78/4
next [12]  1/23 12/6 25/7 28/19 31/17 32/10 50/22 53/2 56/3 86/22 96/4 98/24
nice [1]  88/2
no [55]  1/4 5/16 7/16 7/20 11/12 14/14 14/17 15/14 17/6 22/23 23/23 26/8 32/20 33/16 39/3 43/16 46/12 55/17 56/19 60/10 60/13 61/20 61/23 62/11 63/4 64/4 65/5 65/8 66/20 69/2 70/10 70/13 71/12 71/15 73/2 73/5 74/10 75/13 75/16 77/23 78/17 79/24 80/2 81/18 86/10 89/24 91/18 91/21 92/17 94/10 94/13 95/23 97/6 98/10 98/11
nobody [1]  10/9
non [2]  45/23 52/7
non-box [1]  52/7
non-hearsay [1]  45/23
none [1]  88/1
noon [2]  98/4 98/7
Nordea [5]  95/2 95/5 95/6 95/14 96/12
normal [1]  85/17
Nos [7]  26/11 39/6 43/18 56/22 63/7 95/25 97/14
not [81]  5/14 7/2 7/7 7/8 7/9 7/13 10/3 10/4 10/5 10/6 10/7 10/10 11/12 13/10 13/24 15/8 15/11 15/18 16/16 18/18 18/20 20/14 22/9 23/25 24/6 24/8 24/18 29/3 31/4 31/17 31/24 31/25 32/4 32/12 33/3 34/1 34/6 38/25 42/4 42/16 45/2 46/3 46/4 47/1 48/12 49/6 50/4 50/21 50/22 51/5 51/14 52/10 53/1 53/3 55/5 55/15 56/8 59/23 67/8 68/11 79/18 79/19 79/21 80/1 80/18 81/17 81/21 82/9 84/22 85/12 85/16 85/21 86/4 86/5 88/19 91/9 93/5 93/6 97/19 98/22 99/10
note [2]  79/1 88/20
noted [1]  37/3
nothing [9]  14/19 32/4 32/16 32/24 32/24 41/17 46/8 50/19 64/5
notice [1]  26/25
noticed [2]  84/15 85/11
notification [1]  76/19
November [10]  14/23 20/21 21/15 36/16 36/20 49/14 57/3 57/17 58/4 58/18
November 15th [1]  57/3
November 23rd [3]  57/17 58/4 58/18
November 25th [1]  21/15
November 29th [1]  20/21
November 3rd [1]  14/23
now [56]  9/1 9/15 10/13 11/14 15/7 15/9 16/15 20/16 20/20 23/17 23/24 24/2 24/6 25/4 25/16 28/12 28/13 28/15 30/3 33/4 33/9 36/2 42/12 42/15 45/1 45/3 47/13 56/4 56/7 57/25 59/1 59/20 59/22 61/6 63/16 66/22 69/13 72/6 72/11 73/25 76/1 80/18 82/24 83/23 85/25 86/4 88/5 88/6 89/8 89/9 89/20 89/25 90/11 90/24 91/23 98/20
number [28]  7/6 7/7 7/18 8/12 8/19 9/4 21/13 21/15 21/16 23/5 24/10 24/20 25/8 28/8 33/13 46/16 50/8 59/10 62/8 76/5 76/9 76/11 77/16 83/10 84/11 85/7 85/7 85/16

numbers [1]  96/18
NW [3]  1/14 1/20 2/8
NY [1]  2/4

**O**

object [3]  33/8 41/19 51/7
objecting [1]  42/5
objection [51]  14/13 14/14 17/1 18/11 19/21 26/7 26/8 29/11 32/3 33/17 38/13 39/3 41/13 43/15 43/16 45/20 46/6 53/25 54/2 56/18 56/19 60/9 60/10 61/19 61/20 63/3 63/4 65/4 65/5 66/16 67/6 68/21 70/9 70/10 71/12 73/1 73/2 74/9 74/10 75/12 75/13 91/16 91/18 94/9 94/10 95/22 95/23 97/5 97/6 98/10 98/11
obligation [1]  5/18
observed [1]  28/23
obtain [13]  13/20 37/24 64/15 66/3 69/15 70/22 72/6 73/21 74/21 90/12 92/24 93/10 95/2
obtained [8]  14/5 14/8 16/18 25/24 56/11 68/13 74/2 95/13
obviously [1]  24/2
occupation [1]  77/3
October [14]  11/19 11/23 12/9 12/12 26/1 26/15 27/1 27/11 27/11 44/21 46/15 46/19 49/13 55/23
October 12th [1]  26/15
October 2015 [1]  27/1
October 22nd [1]  46/15
October 24th [1]  27/11
October 25th [1]  27/11
October 28 [4]  11/19 11/23 12/9 44/21
October 28th [1]  12/12
off [4]  6/14 13/19 37/17 56/1
offered [6]  47/7 48/4 48/5 48/7 49/6 49/8
offering [1]  49/19
Official [3]  2/7 100/3 100/13
offline [5]  7/1 7/7 7/14 7/16 7/20
often [1]  23/18
Oh [1]  91/4
okay [20]  4/21 4/24 5/8 6/19 14/3 18/15 30/20 34/7 38/4 42/8 42/9 42/15 55/18 71/3 75/3 91/4 91/10 93/24 95/10 96/7
old [3]  79/22 81/25 82/12
older [1]  79/23
Omedetou [39]  11/22 12/1 12/21 12/22 12/24 13/4 16/14 18/10 19/18 20/13 21/1 21/3 23/8 24/14 24/24 25/11 28/11 47/2 47/6 47/22 48/6 48/13 48/25 49/2 49/16 49/23 49/25 50/10 50/11 50/25 51/3 52/6 52/8 52/11 52/15 52/22 53/18 59/5 59/14
one [30]  4/18 4/22 5/18 6/16 6/19 11/25 18/20 26/1 33/18 41/14 42/25 43/2 43/5 43/6 43/7 53/24 58/8 65/25 66/1 66/1 67/19 77/23 78/11 80/16 81/4 81/15 82/24 83/24 91/17 98/1
ones [1]  33/6
online [7]  7/3 7/10 7/15 19/19 29/23 45/7 59/9
only [8]  28/22 51/1 51/25 52/7 55/6 55/8 86/3 97/11
op [1]  17/15
open [1]  16/3
operating [5]  29/4 52/17 52/19 53/21 93/7
operation [1]  50/2
operations [1]  93/8
operator [2]  49/10 52/21
opinion [2]  78/5 78/6
opponent [2]  47/20 52/3
Orange [4]  27/15 27/19 27/21 27/23

Orangewebsite.com [1]  26/17
order [5]  40/23 64/11 76/22 84/24 88/21
ordered [1]  51/10
orders [3]  67/15 68/5 78/14
organization [1]  9/20
origin [4]  77/7 84/21 84/25 86/12
original [3]  42/25 43/7 85/18
originate [1]  86/20
originating [1]  83/16
other [29]  7/1 7/24 16/3 16/4 16/5 16/12 17/23 18/25 31/4 33/5 33/6 33/19 36/2 46/5 47/6 47/8 48/19 51/1 51/21 53/11 53/24 55/8 55/20 61/7 66/1 86/10 89/25 90/19 96/10
others [1]  90/1
our [12]  7/12 18/18 23/17 24/3 24/7 46/6 50/19 59/19 64/2 76/18 77/8 86/19
ourselves [1]  24/18
out [35]  7/25 9/2 18/3 18/21 20/16 21/5 27/5 32/13 33/12 33/13 37/18 41/1 41/5 45/22 52/12 61/3 61/6 64/1 65/11 65/19 66/2 68/10 69/13 70/21 72/5 73/18 74/21 82/22 86/8 90/11 92/2 92/23 95/1 97/23 99/8
outages [1]  59/7
outgoing [1]  78/16
over [10]  35/15 36/2 36/7 36/16 37/16 49/12 50/19 80/20 84/3 92/11
Overruled [4]  17/3 18/12 19/22 67/9
own [2]  78/5 85/16
owner [3]  62/5 62/6 74/17
ownership [2]  13/8 13/10

**P**

P-O-L-O-N-I-E-X [1]  74/13
p.m [2]  97/23 99/12
page [21]  1/23 30/6 35/2 35/6 35/19 43/25 55/15 61/25 62/4 62/15 62/15 66/22 67/2 67/2 67/3 67/16 68/2 76/1 76/9 76/10 78/14
pages [2]  77/1 80/16
paid [3]  21/11 60/25 68/4
panel [1]  22/24
Papademos [3]  37/19 39/20 40/9
paragraph [17]  6/24 8/15 8/16 17/16 17/18 18/16 19/9 20/7 20/10 20/11 22/18 24/15 25/12 28/13 28/13 44/2 59/15
paragraphs [2]  17/17 28/19
parenthesis [1]  20/12
part [6]  16/6 22/3 48/7 57/6 72/2 80/1
particular [1]  45/25
particularly [2]  42/6 98/20
particulars [1]  51/10
party [4]  44/23 47/20 52/3 53/2
passage [3]  9/6 12/17 12/20
passport [3]  77/1 79/4 79/15
past [3]  78/17 86/24 87/18
pause [5]  11/13 12/6 16/15 37/10 67/24
pay [7]  7/22 7/22 15/16 15/20 29/23 29/24 88/3
paying [3]  7/21 10/10 86/7
payment [15]  21/12 21/14 27/1 29/22 37/7 39/10 60/24 61/1 61/2 62/15 62/15 68/13 76/18 82/6 84/1 85/24
payments [1]  78/16
payouts [1]  24/8
PayPal [3]  27/1 60/22 62/17
Payssion [1]  62/17
PCs [1]  7/9
Pearl [1]  16/12
PEARLMAN [2]  1/18 4/11
peer [8]  90/15 90/15 90/16 90/16 90/17 90/17 90/18 90/18

**P**

PELKER [2]  1/13 4/11
Pennsylvania [1]  1/14
people [2]  10/3 19/14
per [4]  77/11 78/18 88/7 89/10
perceive [1]  13/7
perhaps [3]  52/11 54/14 76/10
period [2]  27/10 44/7
permission [1]  5/4
person [1]  53/7
personal [3]  77/24 85/17 88/1
personally [2]  84/19 85/8
phone [4]  30/17 41/14 53/24 62/8
PHP [2]  16/10 17/23
physical [1]  15/21
pick [1]  41/13
picking [1]  9/1
pizza [1]  78/12
place [1]  9/12
placed [2]  22/21 67/14
placing [1]  32/10
Plaintiff [2]  1/4 1/13
planned [1]  77/8
plans [2]  77/8 78/13
plasma [2]  60/20 83/6
plasmadivision.com [9]  56/12
  56/14 57/5 58/6 60/2 60/5 60/20
  83/7 92/19
platform [3]  16/9 16/10 79/20
plausibly [1]  9/2
play [1]  19/14
playing [1]  19/17
please [59]  4/7 6/24 7/19 8/2 8/5
  8/12 8/17 8/20 9/5 9/9 9/22 13/12
  14/1 15/4 17/9 17/19 18/7 19/2
  19/9 21/10 22/11 24/9 24/11 24/16
  24/25 25/13 26/24 28/8 28/14
  28/19 30/4 30/17 33/7 56/10 64/10
  77/5 77/9 79/1 79/9 79/14 81/9
  83/12 84/17 84/19 84/22 85/5 86/5
  86/23 87/1 87/3 87/4 87/7 87/12
  87/17 87/24 88/13 88/18 88/20
  89/13
PLLC [1]  2/3
plus [1]  85/19
podium [1]  4/7
point [23]  7/5 7/18 21/5 27/5
  27/24 29/6 37/18 41/1 44/13 47/4
  47/9 48/12 52/1 52/12 55/16 61/3
  65/11 65/19 87/15 92/2 96/6 97/16
  98/15
pointless [2]  88/9 89/12
points [1]  50/8
poker [5]  17/15 18/2 19/13 19/19
  20/4
policies [1]  93/6
politicians [1]  8/9
Poloniex [5]  73/21 73/23 74/3
  74/5 74/11
popular [2]  15/10 93/7
portion [3]  55/8 57/9 96/9
possibilities [1]  15/6
possible [8]  13/6 15/24 54/3 77/6
  80/9 81/4 81/15 87/19
post [54]  6/23 8/3 8/4 8/5 8/11
  8/12 8/21 9/4 9/6 9/17 9/22 9/23
  9/24 19/19 20/1 20/2 20/3 20/6
  23/4 23/5 23/7 24/10 24/11 24/13
  24/20 24/21 24/23 24/25 25/7 25/8
  25/12 28/8 28/8 28/10 28/18 46/16
  46/18 46/19 46/20 47/11 47/11
  47/17 47/17 47/18 49/15 55/22
  59/2 59/2 59/4 59/6 59/10 59/11
  59/13 59/15
posted [1]  47/19
poster [1]  6/9
posts [2]  6/20 48/20
pot [1]  20/4
practice [3]  13/9 85/18 89/22
prefer [1]  13/10
prejudice [1]  32/11

prejudicial [5]  31/14 32/4 32/18
  32/25 32/25
preliminary [1]  52/2
premium [1]  40/15
prepared [1]  96/12
preposterous [1]  15/18
present [1]  4/14
pretty [1]  79/24
previous [1]  72/24
previously [10]  5/24 19/25 20/18
  23/4 28/7 68/12 70/2 84/18 84/21
  97/2
price [10]  12/25 13/12 15/9 15/14
  15/16 15/19 16/1 16/14 18/25
  90/21
primary [1]  29/6
principle [1]  15/8
printed [2]  30/6 85/11
prior [3]  46/4 46/7 46/9
Pristov [10]  76/14 76/15 77/15
  78/23 79/10 80/6 80/12 81/1 81/2
  81/10
Pristov's [1]  78/24
privacy [2]  26/19 88/20
private [11]  6/19 11/15 11/17
  11/18 11/20 11/21 12/7 12/8 12/10
  12/17 13/18
probably [3]  17/22 33/17 82/13
probative [1]  33/1
problem [5]  9/13 9/14 22/9 56/5
  87/22
problems [6]  7/25 10/9 25/14
  78/17 82/1 82/7
procedure [1]  76/23
proceed [6]  5/25 35/8 54/19 55/11
  64/13 76/24
proceeding [1]  98/21
proceedings [2]  1/7 100/5
process [25]  14/5 14/8 15/22
  16/18 16/21 25/25 26/3 34/16
  34/19 38/7 59/20 61/13 62/24
  68/13 68/17 69/23 70/5 71/6 72/19
  74/3 75/6 76/18 76/19 86/1 91/7
processed [1]  32/6
processing [2]  29/22 76/24
produce [3]  18/24 31/13 36/1
produced [16]  16/21 32/21 34/15
  34/18 43/10 56/14 61/15 62/24
  66/10 68/16 70/5 71/8 72/2 72/18
  72/21 94/5
product [3]  27/8 62/10 62/11
product/service [1]  62/10
production [2]  43/8 43/22
products [2]  67/3 67/12
proficient [2]  16/8 17/23
program [1]  82/21
promised [1]  98/23
promoting [1]  7/15
prompt [1]  78/25
prompted [1]  89/25
proof [1]  71/19
properly [1]  18/21
proposal [1]  16/14
proposals [1]  16/4
proposition [3]  15/19 18/25 49/25
prosper [1]  15/13
protects [1]  29/17
provide [18]  44/4 57/23 77/9 79/3
  79/4 79/16 80/8 80/9 81/4 81/15
  84/20 84/23 86/5 88/15 88/18 89/7
  89/23 90/22
provided [28]  10/23 26/3 31/7
  31/8 38/6 38/9 42/23 61/12 62/22
  63/10 64/23 64/25 66/12 69/22
  71/5 74/4 75/5 75/8 80/23 81/3
  84/7 86/6 86/11 89/18 91/6 92/17
  92/18 95/16
provider [2]  64/16 66/7
provides [4]  10/12 29/25 40/3
  58/21
providing [1]  78/25
public [2]  6/20 20/15

publically [1]  13/2
publication [1]  47/13
publicly [2]  13/10 19/18
publish [21]  14/12 16/24 26/5
  34/21 38/11 45/18 54/22 56/16
  60/7 61/17 63/1 65/2 66/14 68/19
  70/7 71/10 74/7 75/10 91/14 94/7
  95/20
published [21]  14/16 17/4 26/10
  34/24 39/5 46/9 47/12 56/21 60/12
  61/22 63/6 65/6 66/16 68/24 69/4
  70/12 71/14 73/4 75/15 91/20
  94/12
pull [6]  10/18 25/20 45/22 47/13
  73/20 93/15
pulled [1]  94/2
purchase [2]  80/11 86/2
purchased [3]  79/20 81/6 81/17
purchases [3]  79/16 84/24 85/19
purchasing [1]  36/21
purportedly [1]  53/21
purpose [10]  77/4 78/6 83/14
  84/18 86/24 87/4 87/18 87/24 88/5
  88/23
purposes [2]  51/2 71/20
pursuant [12]  25/24 34/16 38/7
  42/23 61/12 69/22 71/6 72/19 74/3
  75/6 91/7 95/13
put [4]  9/12 51/18 51/20 78/1
putting [2]  7/12 31/16
Python [1]  16/10

**Q**

qualifies [2]  48/17 48/17
qualities [1]  7/10
question [11]  4/17 29/12 41/18
  41/19 41/23 47/21 49/16 50/13
  50/16 52/25 54/3
questionable [1]  88/4
questioning [1]  41/22
questionnaire [1]  77/2
questions [8]  42/4 47/23 79/9
  81/9 88/9 89/12 89/20 96/6
quick [4]  5/12 38/17 38/23 40/15
quickly [4]  13/25 27/13 53/25
  98/19
quote [7]  9/8 9/10 9/13 10/1 10/3
  10/5 23/10
quoted [10]  8/21 8/23 8/24 9/6
  9/24 12/17 12/20 12/23 23/9 48/2

**R**

raise [2]  30/17 32/2
raised [4]  32/3 49/17 51/22 54/3
raising [1]  32/9
RamNode [8]  61/8 61/12 61/15 62/2
  62/11 62/22 62/24 63/11
RANDOLPH [1]  1/9
reach [1]  19/16
reactions [1]  49/9
read [61]  6/22 6/23 7/5 7/18 8/5
  8/16 8/23 9/8 9/8 10/1 10/1 12/4
  12/22 13/3 15/4 17/8 17/18 17/18
  18/16 19/8 19/9 20/11 21/5 21/8
  22/7 22/18 23/9 23/13 24/15 24/25
  25/12 26/23 28/13 28/19 31/5
  35/20 44/1 56/2 56/2 57/14 58/14
  59/6 59/15 62/9 76/15 77/21 78/24
  79/11 79/14 80/7 80/15 81/2 82/20
  83/12 84/10 85/4 86/17 86/22 87/2
  87/15 88/13
reading [2]  78/4 87/23
ready [2]  5/25 63/17
real [7]  15/22 16/14 23/23 29/1
  38/17 38/22 92/17
really [12]  8/18 20/14 23/19
  31/21 49/24 50/20 51/5 79/23
  81/17 82/5 82/13 87/19
reason [9]  7/20 8/8 35/2 80/2
  82/6 86/8 87/4 87/25 98/4
reasonable [1]  53/17

**R**

reasons [1]  88/1
recall [1]  49/11
receipt [3]  39/10 39/12 60/24
receipts [1]  81/21
receive [3]  29/3 76/19 85/13
received [14]  11/20 11/21 12/2
  22/18 22/19 39/10 76/17 80/10
  81/5 81/16 84/1 84/17 84/19 85/8
recent [2]  87/5 87/25
recently [2]  45/11 82/12
Recess [3]  5/20 64/8 99/12
recognize [31]  10/20 14/4 16/17
  25/23 34/14 35/11 38/5 42/20
  45/13 56/10 59/24 60/1 61/11
  62/20 64/22 66/9 68/12 69/21 71/4
  71/25 72/17 73/8 73/25 75/4 80/1
  83/1 84/3 91/5 94/1 95/11 96/25
record [15]  20/20 20/22 21/20
  27/2 35/16 44/11 51/19 67/4 68/25
  70/2 70/4 74/12 82/14 94/23 100/5
records [83]  10/14 10/23 13/20
  16/21 20/17 25/23 25/24 26/2 26/2
  30/21 30/23 31/7 31/12 32/7 32/20
  32/21 32/24 34/12 34/14 34/15
  34/17 34/18 36/1 37/24 38/6 38/8
  42/23 43/10 43/22 56/13 56/14
  60/4 61/7 61/12 61/14 61/15 62/2
  62/23 63/10 64/23 64/25 66/3
  66/10 66/11 66/11 69/14 69/15
  69/22 70/5 70/22 71/5 71/7 71/7
  72/2 72/3 72/6 72/18 72/20 72/21
  73/21 74/2 74/4 74/22 75/5 75/7
  75/8 90/12 91/6 91/11 92/24 93/13
  93/15 93/15 94/2 94/3 94/4 94/5
  95/2 95/13 95/15 95/16 96/9 96/13
recover [1]  11/10
redact [2]  33/18 33/19
redacted [1]  97/10
referenced [2]  49/14 83/3
reflect [3]  34/18 67/4 91/11
regard [1]  88/17
regarding [6]  20/4 22/1 44/3 44/5
  84/21 88/15
regards [8]  77/14 79/9 80/12
  81/10 83/18 85/1 87/6 89/2
registered [2]  85/14 85/15
registrar [1]  22/20
registration [1]  66/6
registrations [1]  67/14
regular [1]  28/4
regulating [1]  9/15
reimburse [2]  88/7 89/11
relate [2]  11/23 22/25
related [6]  20/25 43/22 59/7
  64/16 77/23 80/23
relating [2]  50/1 61/8
relationship [2]  76/22 88/22
relatively [1]  29/8
release [1]  86/6
relevance [3]  17/2 66/17 68/22
remember [2]  82/13 87/20
remind [3]  6/6 63/23 97/19
remotely [1]  32/24
renew [1]  46/6
renewal [2]  27/9 27/12
renewals [1]  67/14
rent [1]  42/13
rented [3]  41/7 41/10 41/18
repaying [1]  86/1
repeat [3]  50/15 87/18 96/17
rephrase [1]  39/18
reply [11]  77/13 77/14 78/25 81/3
  83/13 84/15 85/1 86/19 87/6 88/14
  89/2
report [1]  35/22
Reporter [4]  2/6 2/7 100/3 100/13
represent [5]  43/10 60/4 70/4
  75/7 94/4
representation [3]  45/15 68/16
  72/21

request [14]  22/17 22/19 22/21
  22/22 31/11 33/5 33/10 43/11 44/3
  54/12 73/3 76/17 76/25 95/17
requested [8]  31/9 34/5 35/3 35/4
  35/7 98/1 98/3 98/8
requests [3]  23/16 93/4 93/5
requests/tampering [1]  23/16
require [1]  76/23
required [2]  80/3 88/21
requirement [2]  79/25 81/19
research [2]  63/24 97/20
Reseller [1]  22/15
Reserve [5]  7/4 7/16 21/11 21/16
  79/19
resolution [1]  77/1
resolve [1]  59/16
resolved [4]  25/15 50/22 53/2
  56/3
resolving [1]  48/21
respect [6]  35/5 42/12 48/25
  49/22 50/7 54/1
respond [5]  47/23 47/24 77/21
  81/14 83/22
respondent [2]  30/22 32/1
responding [2]  48/6 48/13
responds [7]  8/24 9/1 9/9 10/2
  12/24 13/3 13/5
response [17]  9/14 10/6 16/21
  23/13 26/3 34/18 43/10 44/1 44/2
  55/7 62/24 68/16 70/5 77/22 83/25
  85/4 95/17
responses [1]  51/2
restart [1]  23/23
restaurant [2]  7/1 7/23
retailers [1]  7/14
return [1]  5/23
returned [1]  32/7
returning [3]  18/4 80/24 84/10
reveal [1]  88/19
revenue [2]  15/11 86/9
review [6]  30/3 34/12 38/2 56/9
  62/4 68/3
reviewed [5]  18/5 25/21 45/3 45/5
  70/2
reviewing [1]  30/17
rework [1]  24/2
rid [1]  24/6
ridiculous [1]  15/16
right [37]  4/12 6/24 8/25 9/1
  9/25 13/2 21/7 27/6 31/17 33/4
  33/24 34/23 37/13 37/16 39/4
  40/20 41/21 47/13 52/6 52/8 61/5
  63/15 64/2 64/6 64/9 64/13 69/13
  86/4 88/6 89/9 92/3 97/5 97/7
  97/17 97/24 98/12 99/5
risk [1]  23/23
Road [1]  8/7
Rok [11]  76/14 76/15 77/15 78/23
  78/24 79/9 80/6 80/12 81/1 81/2
  81/10
ROMAN [37]  1/6 4/3 4/6 4/14 6/7
  44/14 50/10 52/2 60/20 62/7 65/20
  66/24 70/17 71/23 73/17 74/18
  75/20 76/16 76/17 77/18 77/21
  78/25 79/13 80/8 81/3 81/13 82/19
  83/13 83/21 84/15 85/3 86/19 87/9
  88/14 89/5 89/15 92/5
Romania [7]  42/24 43/10 43/22
  44/25 49/13 57/21 58/22
Romanian [2]  42/25 43/2
room [2]  2/8 33/16
Roso987341870 [1]  83/8
roughly [1]  45/7
routines [1]  24/3
Rovensky [35]  3/3 5/24 6/3 10/20
  17/8 27/24 29/9 29/18 34/11 35/10
  39/8 41/6 42/12 55/22 59/24 60/15
  61/25 63/10 64/15 64/22 65/10
  66/22 67/12 69/6 70/15 71/17 73/7
  73/18 74/16 90/11 91/10 91/23
  92/24 94/15 96/9
row [5]  21/12 36/24 37/3 37/5

68/6
RPR [1]  100/12
ruled [2]  48/25 49/23
rules [1]  82/4
ruling [4]  46/7 46/9 53/12 54/23
rulings [1]  46/4
running [6]  15/11 18/19 30/23
  53/4 53/7 59/19

**S**

safely [1]  29/8
said [9]  5/3 9/11 9/14 40/19
  42/17 51/13 53/14 53/20 85/7
sales [1]  22/15
same [12]  4/20 18/8 19/3 31/7
  31/13 32/12 32/17 34/3 35/2 35/6
  54/4 98/4
sane [1]  15/14
Saturday [2]  99/5 99/9
save [1]  78/7
saw [1]  53/14
say [16]  15/15 31/18 34/4 41/3
  41/23 44/22 51/16 51/17 55/24
  57/18 57/23 69/3 81/18 89/6 89/16
  89/17
saying [10]  32/16 32/16 38/18
  38/25 41/16 50/20 52/12 52/21
  53/4 55/9
says [12]  12/22 21/17 26/23 35/20
  57/13 57/20 58/14 62/4 62/6 76/2
  81/2 82/20
scan [1]  79/15
scenario [1]  15/20
schedule [1]  98/25
Scheduled [1]  57/17
scheduling [1]  98/16
scheme [2]  18/22 18/24
screen [11]  6/14 17/25 21/6 25/21
  27/5 28/12 35/11 56/10 69/21
  73/20 91/24
screenshot [6]  45/10 80/16 80/22
  82/24 86/2 88/19
screenshots [7]  79/6 80/10 81/5
  81/16 84/23 85/22 86/5
scroll [29]  13/17 14/19 24/10
  28/18 36/23 37/16 39/14 43/25
  57/6 57/9 57/18 58/10 65/23 67/24
  75/23 77/16 78/21 80/4 80/13
  80/24 82/17 83/19 84/9 86/14 87/7
  89/3 89/13 90/6 90/7
scrolling [12]  9/23 24/20 25/7
  36/2 36/7 36/16 56/7 62/14 69/24
  76/1 81/11 85/2
scrolls [1]  67/2
search [3]  11/9 31/12 36/1
Searching [1]  89/21
seated [1]  64/10
second [12]  6/16 14/19 24/15 43/4
  43/6 43/7 43/25 50/10 58/10 58/11
  70/19 91/18
secondary [1]  52/4
Secrecy [1]  9/21
section [1]  65/10
secure [2]  24/3 28/20
security [1]  24/7
see [31]  10/14 15/24 15/25 21/11
  34/25 35/2 52/13 52/19 52/20
  52/25 55/1 55/2 55/15 61/3 63/24
  64/6 69/21 69/24 76/2 78/2 79/22
  83/23 85/10 85/19 87/13 89/21
  96/24 97/22 97/25 99/9 99/10
seeing [1]  83/24
seemed [1]  25/14
seems [3]  9/12 23/17 82/2
segregated [1]  54/6
segregating [1]  54/4
sell [5]  15/17 77/25 78/3 78/12
  90/20
selling [7]  15/6 15/8 18/23 29/24
  30/2 36/15 78/8
sells [1]  8/7
send [2]  76/25 81/24

Appx3442

**S**

sender [4]  12/1 12/3 22/14 22/15
sending [2]  49/12 82/24
sends [2]  29/25 76/15
senses [1]  23/15
sent [6]  23/16 60/21 76/13 76/20 79/7 82/9
sentence [5]  8/16 20/11 86/22 87/1 87/11
sentences [2]  19/10 86/17
separate [7]  31/15 32/13 32/15 33/19 54/8 54/9 85/16
separated [4]  31/21 32/17 32/19 54/16
separately [1]  47/9
September [1]  92/10
September 20th [1]  92/10
sequence [1]  25/7
serious [2]  15/22 16/1
server [6]  41/24 42/13 44/24 44/25 49/13 62/3
servers [9]  24/18 41/8 41/10 41/17 41/18 41/24 42/13 42/14 93/10
service [41]  5/8 13/1 15/7 15/12 15/24 16/1 16/4 18/21 23/17 23/20 23/23 24/3 27/8 28/16 29/2 29/22 30/2 36/15 44/20 44/21 47/20 47/25 48/9 48/11 48/15 48/21 49/2 49/16 53/16 59/9 59/19 62/9 62/10 62/11 82/2 82/5 88/2 88/4 89/18 90/22 90/23
services [20]  10/11 28/3 28/25 29/6 29/24 36/22 40/13 44/22 47/23 67/3 67/12 78/8 84/1 84/20 86/21 86/23 87/17 87/21 88/16 88/16
set [7]  9/16 15/9 15/14 15/21 27/24 63/18 67/17
setting [1]  24/1
Seven [2]  77/10 78/18
several [2]  23/2 90/1
shall [2]  19/1 56/4
shared [1]  20/4
shave [2]  5/1 5/5
shaver [2]  5/2 5/5
SHERRY [3]  2/6 100/3 100/12
ship [2]  57/20 58/21
shipment [1]  58/19
shipped [2]  57/22 57/23
shit [2]  88/6 89/9
shopper [2]  29/24 36/21
shoppers [1]  29/23
shormint [27]  10/14 10/15 11/7 11/9 11/10 14/25 15/5 18/17 19/4 19/11 22/5 25/19 25/25 26/20 27/16 27/19 27/21 27/23 31/17 31/19 32/11 33/18 34/2 37/7 37/20 39/19 40/3
Shormint.com [1]  40/2
short [1]  85/10
shortly [1]  63/25
should [19]  7/2 7/12 7/14 28/24 29/2 29/3 31/4 31/21 32/2 32/14 32/15 32/17 34/5 50/24 51/1 52/3 55/2 69/20 79/8
shouldn't [2]  35/4 49/19
show [16]  14/21 18/7 35/13 38/8 48/6 48/8 48/12 49/9 51/25 56/13 71/7 71/18 73/10 84/6 91/24 92/12
showing [3]  50/9 52/2 84/23
shown [3]  35/24 55/25 68/3
shows [5]  23/11 48/18 73/11 76/6 80/18
shut [3]  8/9 25/3 29/5
side [2]  7/24 49/18
Sierra [2]  38/3 38/16
sign [4]  13/18 87/11 87/12 87/24
signs [1]  13/19
Silk [1]  8/7
similar [4]  30/23 31/2 54/2 54/6

simple [1]  85/6
simply [4]  31/25 32/23 35/6 50/11
since [8]  18/23 23/19 24/18 29/5 78/19 79/24 80/1 98/20
sit [1]  99/10
site [11]  12/5 12/15 13/8 13/9 25/4 25/5 28/3 29/7 53/4 53/7 53/16
sitting [3]  98/16 99/2 99/7
situation [3]  24/17 30/23 78/4
Six [2]  77/8 78/15
skills [2]  17/21 17/22
skipping [1]  83/9
SKVMS [2]  62/12 62/13
small [3]  4/22 18/25 32/2
Smily [1]  25/17
sneaky [1]  17/25
so [87]  5/3 5/5 6/11 6/19 7/8 9/15 10/3 12/24 14/19 14/21 15/5 16/7 17/17 17/20 18/8 18/17 22/8 23/3 23/16 25/5 25/18 27/24 28/5 28/6 28/15 28/21 29/24 30/21 33/3 33/20 34/11 35/4 35/23 35/23 35/25 36/23 37/19 38/2 41/19 46/1 46/4 46/8 46/14 46/18 47/2 47/4 47/16 47/20 48/3 49/21 51/13 52/2 53/21 54/5 54/12 54/22 55/1 55/9 55/19 62/4 65/10 67/16 70/15 75/1 76/10 76/22 80/2 80/22 82/3 82/5 85/21 89/18 89/24 90/19 91/3 93/22 95/8 96/22 97/7 97/11 97/13 97/17 97/21 98/6 98/23 98/23 99/9
software [1]  17/22
some [30]  7/1 7/10 8/9 13/15 15/16 16/12 23/16 23/18 27/24 28/15 30/5 33/13 36/2 52/13 53/1 56/1 61/7 62/15 63/13 79/5 79/6 80/9 81/4 81/15 82/6 82/6 87/19 89/25 96/9 96/12
somebody [3]  10/15 52/19 53/21
someone [2]  15/20 53/4
something [10]  7/13 13/14 15/17 21/13 23/15 30/17 49/3 98/2 99/5 99/8
Sometime [1]  96/4
soon [3]  59/9 76/19 99/11
sorry [25]  6/14 11/13 15/5 30/8 37/2 38/14 38/18 39/17 40/20 43/4 50/15 53/3 55/14 57/12 59/8 59/18 64/20 69/3 81/17 83/23 91/9 93/20 93/21 96/17 96/22
sort [12]  7/11 29/21 51/5 54/4 67/3 67/12 69/18 70/24 72/9 73/23 74/24 90/22
sound [1]  12/24
source [1]  56/5
sources [1]  10/7
Spam [3]  57/5 58/6 92/19
speaker [3]  48/5 55/6 55/9
speakers [1]  47/8
speaking [3]  78/22 80/25 89/4
speaks [1]  67/7
specific [5]  45/22 47/25 82/9 92/15 93/15
specifically [3]  25/19 36/24 71/18
specified [2]  18/18 84/16
speculate [1]  67/7
speculating [1]  67/8
speed [1]  7/10
spell [1]  74/11
spend [1]  7/14
spent [2]  88/8 89/11
SpiderOak [4]  63/16 64/16 64/23 64/25
spinning [1]  50/19
spreadsheet [7]  30/24 31/7 31/13 32/14 32/14 33/1 74/16
spreadsheets [3]  30/5 31/15 54/9
SRL [2]  57/20 58/21
SSL [8]  28/21 29/1 29/3 29/7 29/10 29/14 40/15 40/15

stable [1]  82/5
stalling [1]  86/7
stand [1]  5/23
start [5]  4/23 19/17 44/20 44/21 56/24
starting [18]  4/8 8/15 9/25 15/9 17/17 18/16 19/9 20/7 20/10 21/8 24/8 24/15 28/13 55/24 65/10 67/16 76/1 76/5
starts [2]  7/2 8/25 76/4 87/1
state [1]  4/7
statement [19]  21/2 47/17 47/20 50/4 50/17 51/6 51/8 51/25 52/8 52/11 52/19 52/20 52/20 52/23 53/1 53/1 53/10 53/15 53/18
statements [6]  45/23 47/7 47/25 50/1 50/24 51/1
STATES [5]  1/1 1/3 1/10 4/3 4/5
station [1]  7/1
status [1]  53/16
staying [1]  70/15
steer [1]  97/20
STERLINGOV [44]  1/6 4/3 4/6 4/14 4/25 5/5 6/7 17/10 31/19 41/17 44/14 49/12 49/23 50/1 50/10 52/2 57/5 60/20 62/7 65/20 66/24 67/15 69/9 70/17 71/23 73/17 74/18 75/20 76/7 76/16 77/18 77/21 79/13 80/14 80/22 81/13 82/19 83/2 83/21 85/3 87/9 89/5 89/15 92/5
Sterlingov's [8]  31/17 60/5 72/1 83/6 85/4 90/8 91/25 92/19
still [12]  9/11 10/10 16/2 22/9 23/10 24/3 24/8 28/23 29/6 45/7 50/11 98/18
stipulated [2]  32/23 38/24
stop [1]  90/7
stopping [3]  25/2 96/6 97/16
store [1]  7/1
stored [1]  65/15
stores [2]  7/8 7/16
storing [1]  82/3
strange [1]  23/16
Street [2]  1/16 2/3
strict [1]  93/6
Stripe [1]  63/15
struck [1]  41/20
stuff [3]  17/25 42/5 54/15
subject [17]  12/4 12/5 12/14 12/16 17/14 17/15 20/3 20/4 21/25 22/1 22/16 26/21 44/1 44/2 54/14 57/13 57/14
submit [1]  77/12
submitted [4]  79/2 84/16 84/22 88/18
subpoena [5]  30/22 31/1 32/1 93/4 93/5
subpoenas [1]  31/11
subscriber [3]  44/11 44/13 62/6
substantially [2]  32/4 32/25
such [13]  12/25 15/12 19/16 23/18 28/4 49/19 50/14 50/16 56/5 79/18 82/23 86/24 87/18
suffice [1]  84/22
sufficient [2]  50/3 51/15
suggest [1]  16/1
suggested [1]  42/9
suggestion [1]  15/15
Suite [1]  1/17
sum [1]  83/25
summary [1]  65/11
super [1]  78/11
support [3]  21/1 76/2 76/4
supposed [1]  23/25
sure [23]  8/6 9/10 10/3 14/2 15/5 15/13 16/8 19/11 20/13 29/1 29/16 37/12 47/15 49/6 50/4 50/22 74/13 79/21 81/21 86/5 91/8 98/22 98/23
surprised [1]  19/12
surviving [1]  78/9
Sweden [8]  62/7 71/23 75/22 85/14

**S**

**Sweden... [4]**   85/18 95/6 95/14 95/16
**Swedish [2]**   72/1 96/11
**swift [1]**   77/10
**switch [2]**   63/17 84/3
**switched [1]**   85/11
**sworn [1]**   5/24
**system [3]**   23/15 77/25 78/2

**T**

**tab [2]**   70/15 70/16
**table [5]**   2/11 4/11 4/15 17/20 20/5
**tabs [2]**   69/24 69/25
**take [11]**   5/12 25/20 28/7 38/22 45/10 47/13 64/2 78/17 97/17 97/24 98/2
**taken [3]**   5/20 64/8 99/12
**taking [1]**   85/22
**talk [12]**   6/5 6/8 6/9 11/15 11/22 19/18 45/3 45/6 46/21 46/22 46/25 54/17
**talked [1]**   6/5
**talking [3]**   47/5 50/21 53/13
**tampering [1]**   23/16
**taxed [1]**   10/8
**taxes [3]**   10/10 10/11 10/12
**team [13]**   11/10 22/15 37/24 41/7 64/15 69/15 70/22 72/6 73/21 74/21 90/12 92/24 95/2
**technical [1]**   59/16
**technology [1]**   82/11
**tell [7]**   4/4 12/19 25/3 27/2 37/5 37/5 60/25
**tells [1]**   32/9
**terms [7]**   8/24 23/1 36/1 48/18 48/21 81/19 82/15
**terribly [1]**   33/4
**test [1]**   66/1
**testified [1]**   38/20
**testifying [1]**   41/18
**testing [1]**   29/4
**text [10]**   6/24 21/8 22/7 26/23 44/2 47/17 48/2 51/24 59/6 92/8
**than [12]**   23/11 23/17 28/20 32/25 53/16 58/8 79/23 87/12 87/24 90/1 96/10 98/22
**thank [22]**   4/12 4/16 5/19 6/15 21/17 30/10 34/8 64/7 74/14 77/13 78/25 79/7 80/8 81/3 81/8 83/13 84/15 84/25 86/19 88/14 89/1 96/20
**thanks [3]**   13/5 13/19 22/10
**that [298]**
**their [6]**   19/15 33/15 33/20 35/3 72/3 84/25
**them [14]**   24/6 25/4 33/8 33/16 38/17 78/10 79/17 80/2 80/3 81/24 86/2 88/1 91/17 96/24
**then [74]**   7/5 7/18 7/24 8/1 8/11 8/19 8/21 9/4 9/6 9/8 9/22 9/23 10/1 12/6 13/3 17/21 18/4 19/2 21/14 22/3 24/10 24/20 26/24 27/17 27/20 27/22 29/25 33/18 33/19 35/15 36/7 36/16 40/16 43/24 47/8 49/14 51/3 53/15 54/12 54/22 55/2 58/17 58/19 59/10 62/8 62/15 67/2 67/20 68/2 76/4 78/3 78/5 78/14 78/14 78/21 79/11 80/24 81/11 81/23 82/16 82/25 84/9 86/22 86/25 87/12 87/23 89/3 90/7 91/3 91/8 92/11 94/21 98/6 99/1
**theory [2]**   49/22 50/4
**there [139]**
**Therefore [1]**   88/23
**these [74]**   10/23 14/5 14/7 23/21 24/5 25/23 25/24 26/2 30/21 31/7 32/5 32/5 32/16 32/19 32/24 34/14 34/15 34/17 34/25 35/14 38/5 38/6

38/8 38/18 38/20 40/18 40/23 42/20 42/22 42/23 43/9 48/21 56/11 56/13 61/12 61/14 62/20 62/23 63/10 64/23 64/24 66/10 66/11 67/5 67/14 68/4 68/7 69/22 71/4 71/5 71/7 72/17 72/18 72/20 73/14 73/18 75/4 75/5 75/7 76/7 79/25 88/25 91/6 91/11 94/2 94/4 95/13 95/15 95/15 95/20 95/24 96/9 97/1 97/2
**they [79]**   5/3 8/9 9/14 14/10 24/4 25/3 25/3 26/4 28/1 30/21 30/24 30/25 31/1 31/6 31/7 31/8 31/9 31/12 31/16 31/20 32/6 32/9 32/14 32/17 32/20 33/12 33/14 34/1 34/5 34/5 34/6 34/17 34/18 34/20 34/24 35/4 35/6 38/9 38/10 38/19 43/9 43/12 47/18 49/18 49/18 50/24 51/1 51/2 51/10 51/16 53/14 54/15 54/16 56/15 61/16 62/25 63/12 63/15 66/13 71/8 71/9 72/4 72/20 72/22 75/9 78/2 78/10 78/12 81/22 82/1 82/23 90/20 91/13 93/5 93/7 93/15 94/6 95/18 96/14
**thing [7]**   4/22 46/2 46/4 50/14 50/17 53/24 87/20
**thing is [1]**   46/2
**things [2]**   18/2 23/18
**think [28]**   7/2 7/3 13/24 33/17 40/19 42/5 42/8 45/2 46/5 48/16 50/8 50/18 50/22 51/23 52/1 52/4 52/25 53/6 53/9 53/16 53/20 54/18 56/8 73/19 77/25 78/7 85/6
**thinking [1]**   32/12
**third [5]**   8/14 8/15 53/2 86/25 87/10
**this [300]**
**This document [1]**   67/6
**those [31]**   9/12 10/11 10/12 17/24 18/1 18/5 19/10 24/18 25/21 30/17 31/6 32/12 34/12 34/23 41/10 44/11 47/8 56/9 62/9 72/2 72/13 72/13 73/3 74/2 79/20 81/20 91/5 95/11 96/25 97/8 97/9
**though [2]**   10/12 80/18
**thought [2]**   49/9 49/24
**thousand [1]**   15/17
**thread [11]**   18/9 19/3 19/4 45/3 45/5 45/7 45/10 45/14 45/16 47/22 53/13
**three [5]**   18/5 62/10 65/25 77/4 77/24
**through [44]**   13/11 13/25 14/8 24/9 25/21 26/6 26/9 28/20 28/21 30/4 30/7 30/15 34/22 38/3 38/5 38/12 38/14 39/4 69/24 71/2 71/4 71/11 71/13 72/12 72/24 75/2 75/4 75/11 75/14 79/18 79/18 89/21 90/25 91/2 91/5 91/10 91/15 91/17 91/19 93/20 93/22 94/1 94/8 94/11
**Thursday [2]**   6/5 54/2
**ticket [3]**   21/1 22/1 77/13
**tickets [2]**   76/2 76/4
**time [28]**   7/12 7/14 11/23 15/25 21/15 23/1 23/22 25/1 25/15 29/5 31/15 32/13 34/11 36/6 37/1 37/3 37/8 37/21 63/20 81/20 82/15 88/5 88/6 88/8 89/9 89/9 89/11 96/3
**times [2]**   24/5 44/7
**today [6]**   4/23 5/17 25/1 45/7 45/16 55/25
**together [3]**   16/8 31/25 54/16
**tomorrow [2]**   98/1 98/6
**Tongue [3]**   7/25 9/2 18/3
**too [1]**   18/25
**top [10]**   14/20 18/15 22/3 22/7 35/19 57/6 65/10 67/16 76/10 90/6
**TOR [14]**   2/2 2/3 4/13 27/25 28/2 28/3 28/5 28/15 28/16 28/20 28/24 28/25 29/4 37/22
**total [1]**   39/14
**towards [4]**   9/24 20/6 28/12 67/16

**town [1]**   99/8
**trade [4]**   78/1 78/12 78/13 78/14
**trades [2]**   78/1 90/21
**trading [3]**   77/5 77/6 78/6
**traditional [1]**   95/6
**transaction [11]**   7/11 7/22 36/6 36/14 36/25 37/2 37/6 37/14 39/14 39/24 68/3
**transactions [7]**   31/11 32/6 35/13 35/14 68/4 68/8 79/6
**transcript [2]**   1/9 100/4
**transfer [5]**   13/8 22/17 22/22 25/5 25/15
**transferred [1]**   22/23
**transferring [1]**   22/19
**translation [2]**   43/7 43/24
**translations [3]**   96/12 97/1 97/10
**travel [1]**   99/4
**treat [2]**   86/10 89/24
**treaty [4]**   42/24 43/11 95/14 95/17
**trends [1]**   78/4
**trial [2]**   1/9 4/17
**trouble [1]**   19/14
**true [1]**   100/4
**trust [1]**   18/24
**trusted [1]**   82/2
**truth [11]**   47/7 48/4 48/8 48/11 48/15 49/7 49/8 49/19 50/25 55/5 55/6
**try [2]**   8/8 31/20
**trying [10]**   7/12 7/13 7/21 7/23 9/12 23/15 31/18 48/12 78/5 81/25
**tumblers [2]**   81/7 82/8
**turn [4]**   49/22 67/2 69/14 76/9
**turns [1]**   82/21
**two [21]**   19/10 23/12 28/19 32/12 32/16 33/19 43/9 50/8 62/20 72/12 72/24 73/11 73/13 73/14 73/16 77/3 77/23 81/6 82/7 86/17 98/24
**types [1]**   62/9

**U**

**U.S [2]**   1/13 2/7
**U9214765 [1]**   21/16
**Ultimately [1]**   59/18
**unable [1]**   5/1
**under [23]**   6/22 7/5 11/20 13/9 32/18 35/20 37/3 40/8 44/22 49/20 58/19 62/4 62/6 62/9 62/10 65/17 65/23 66/23 68/3 73/16 78/24 92/1 92/14
**understand [9]**   15/18 16/6 55/9 55/20 76/21 80/3 81/24 82/13 88/20
**understanding [7]**   11/5 29/9 29/14 36/12 36/19 46/7 76/6
**unfortunately [1]**   79/21
**unique [1]**   7/10
**UNITED [5]**   1/1 1/3 1/10 4/2 4/5
**unredacted [1]**   97/10
**until [3]**   17/18 87/2 87/15
**up [23]**   6/17 7/18 10/18 13/25 14/20 15/21 18/15 18/24 25/20 27/24 32/22 35/11 35/19 41/13 55/15 57/12 73/20 78/5 82/2 82/23 87/1 91/24 96/3
**update [1]**   56/4
**updated [1]**   23/11
**upper [1]**   68/6
**Urban [8]**   83/11 83/18 84/13 85/1 86/16 87/6 88/12 89/2
**us [20]**   1/20 19/14 24/2 24/9 25/3 25/5 33/7 43/20 55/16 76/21 76/25 79/3 79/5 80/9 81/4 81/15 84/25 93/4 93/5 93/12
**USAO [1]**   1/16
**USD [5]**   37/8 37/11 37/12 39/14 77/12
**use [13]**   7/14 7/16 7/20 10/9 16/10 28/5 29/8 44/18 51/13 77/6 77/9 88/2 88/15

**U**

used [18]  7/7 7/12 18/23 35/21 36/1 37/19 51/25 68/7 78/8 85/10 86/1 86/23 87/17 87/19 88/4 88/16 90/18 94/17
user [16]  34/3 46/21 46/25 47/18 47/19 47/21 47/23 50/7 51/11 51/16 53/4 53/14 55/24 65/21 66/23 92/17
user's [1]  29/17
username [8]  65/17 65/17 68/7 68/9 70/15 92/1 92/2 92/14
users [2]  48/19 86/1
uses [2]  47/23 85/16
using [10]  10/11 14/25 22/5 25/3 28/25 39/19 77/3 81/7 81/20 82/8
usually [1]  82/23
utility [1]  71/19

**V**

valid [1]  29/2
value [7]  13/7 15/25 37/8 37/11 37/11 37/12 37/12
valued [2]  88/6 89/10
Vasily [2]  14/25 22/5
verification [1]  79/2
verifications [1]  80/1
verified [1]  78/20
versus [2]  4/3 4/5
very [16]  13/6 15/8 17/22 18/23 20/11 27/13 34/1 78/10 79/22 81/25 82/2 82/11 82/12 83/24 89/17 93/7
via [1]  62/17
view [1]  98/18
vs [1]  1/5

**W**

waiting [1]  25/4
Wall [1]  2/3
want [11]  5/10 10/8 20/6 29/23 34/24 41/22 41/23 77/24 86/5 98/21 98/23
wanted [1]  32/2
wants [3]  20/15 29/24 54/11
warnings [2]  25/4 29/4
warrant [1]  11/9
was [81]  6/6 6/9 6/10 9/17 10/15 10/17 11/9 17/6 23/22 24/1 25/15 26/1 26/1 31/25 32/1 37/6 37/6 37/7 37/21 38/14 46/12 47/4 47/4 47/9 47/19 49/9 49/13 49/15 49/25 50/13 50/16 51/9 53/25 54/2 54/2 54/7 57/22 57/23 58/20 58/23 60/13 60/25 61/1 61/2 61/23 65/8 65/12 66/20 69/2 70/13 79/17 79/18 81/18 81/18 81/20 82/3 82/11 83/24 83/25 84/1 85/6 85/7 85/15 85/20 86/3 86/24 87/18 87/20 87/20 88/2 88/17 90/10 90/14 90/15 91/8 92/9 92/10 92/21 93/2 93/3 96/2
Washington [5]  1/5 1/14 1/17 1/21 2/9
wasn't [2]  7/17 85/22
wasted [2]  88/5 89/8
way [18]  4/17 8/3 9/10 23/25 28/3 33/13 33/14 33/21 34/5 35/3 42/9 49/6 50/5 82/2 85/20 87/10 89/24 90/2
we [205]
we'll [2]  30/6 99/1
web [2]  67/14 69/7
website [13]  22/1 25/14 27/16 27/19 27/21 27/23 28/23 29/16 29/17 80/18 85/20 86/2 86/4
websites [2]  18/23 90/3
weighed [1]  58/24
weight [2]  57/24 58/24
weird [1]  88/3
Welcome [1]  5/22

**well [14]**  7/24 17/21 19/11 34/4 37/2 41/21 42/8 53/11 54/5 81/17 86/12 89/8 97/25 98/17
went [1]  82/21
were [56]  10/14 11/12 14/8 14/17 15/6 15/14 25/2 26/11 30/21 30/25 31/1 31/7 31/8 31/9 34/5 34/18 38/9 39/6 41/10 43/18 48/1 48/11 48/14 49/2 51/10 56/14 56/22 62/24 63/7 64/25 65/15 66/12 69/14 71/8 71/15 72/2 72/21 73/5 75/8 75/16 78/10 81/7 82/1 82/8 85/19 85/24 93/7 94/5 94/13 95/16 96/1 96/12 96/14 97/14 99/1 99/7
what [192]
whatever [1]  51/2
wheels [1]  50/19
when [26]  5/25 6/25 7/21 10/3 15/25 16/13 18/2 18/23 19/13 24/1 29/17 33/10 33/15 37/21 41/19 44/20 49/23 51/10 54/5 54/9 65/11 68/4 78/10 88/16 89/23 92/21
where [17]  7/15 10/16 11/3 21/6 26/23 30/23 37/11 41/10 41/12 44/24 54/15 57/18 58/14 58/20 61/3 79/17 85/6
Whereupon [21]  14/17 17/6 26/11 39/6 43/18 46/12 56/22 60/13 61/23 63/7 65/8 66/20 69/2 70/13 71/15 73/5 75/16 91/21 94/13 95/25 97/14
whether [6]  48/11 48/14 49/2 50/4 50/19 50/20
which [37]  6/11 7/8 10/18 11/14 13/23 19/24 20/18 23/3 25/16 28/6 30/12 31/16 31/25 35/11 37/8 42/16 46/14 53/25 56/8 59/22 68/11 69/20 73/19 77/9 78/8 78/16 79/5 79/19 79/21 80/16 85/10 85/14 85/15 86/3 90/1 91/24 93/12
while [11]  6/25 10/10 15/7 30/16 47/14 53/24 54/13 85/10 88/20 93/6 98/15
who [58]  4/14 6/6 12/1 12/10 12/19 14/24 15/2 17/8 22/3 22/14 23/7 24/13 24/23 25/10 26/16 26/18 28/10 29/23 29/24 38/18 39/17 39/17 46/20 53/4 53/4 53/7 53/7 53/14 53/21 57/4 58/5 59/4 59/13 60/19 60/21 60/25 69/6 69/8 76/13 77/17 78/22 79/12 80/5 80/13 80/25 81/11 82/17 83/4 83/10 83/19 84/11 85/2 86/14 87/7 88/11 89/3 89/14 99/4
whoever [1]  51/16
whole [3]  9/1 15/4 17/24
whom [1]  85/8
whose [2]  39/18 61/1
why [11]  10/3 41/21 47/2 49/5 49/6 54/17 63/22 84/17 84/19 97/17 97/18
will [49]  10/8 10/9 10/9 15/10 15/11 15/13 15/16 15/24 15/25 15/25 16/2 16/2 16/13 18/2 18/18 19/1 20/14 21/14 22/22 22/23 24/5 29/12 33/12 33/15 33/20 34/1 34/4 34/23 34/25 45/22 46/9 48/19 53/2 56/3 63/23 63/24 64/6 76/19 76/20 85/21 85/23 89/22 96/3 97/18 97/22 97/25 98/16 98/24 99/10
Win [1]  17/24
Windows [1]  16/9
wish [1]  89/7
withdraw [1]  19/15
withdrawal [2]  76/17 76/25
withdrawals [6]  59/20 84/24 87/5 87/25 88/24 88/25
withdrawing [1]  77/11
within [5]  47/11 47/17 48/2 48/3 52/3
without [6]  25/4 28/5 28/16 31/19 51/15 86/8

**witness [8]**  5/23 5/23 30/16 38/20 42/1 67/7 67/10 74/11
WITNESSES [1]  3/2
won't [2]  42/9 99/10
wondering [1]  50/18
woo [1]  66/1
word [6]  8/15 17/17 19/9 21/8 24/15 87/1
words [2]  55/3 87/12
work [7]  7/9 13/14 23/25 77/23 88/17 88/19 90/16
worked [1]  24/1
working [3]  24/5 59/8 59/21
would [59]  4/7 4/19 6/12 6/22 6/23 7/8 8/1 8/11 10/18 11/17 13/1 13/1 13/9 13/10 15/17 15/20 15/21 15/22 16/8 16/15 17/22 18/24 25/18 28/7 31/2 31/11 31/12 32/20 32/21 33/5 36/23 48/2 49/3 49/8 50/3 50/23 51/24 52/4 54/3 54/12 54/16 61/6 64/18 69/13 71/17 75/18 77/10 78/12 80/9 81/4 81/15 82/1 82/16 82/16 90/19 90/20 90/23 96/6 97/16
wouldn't [1]  5/3
write [1]  84/14
writes [8]  6/25 7/5 15/5 17/20 18/17 19/11 20/13 22/8
writing [2]  13/6 18/2

**Y**

yeah [4]  5/11 37/2 45/25 55/19
years [10]  27/10 79/17 80/1 81/18 82/14 85/19 85/23 86/9 86/10 87/20
yes [75]  4/19 6/21 16/23 18/6 18/13 25/1 30/15 30/18 31/10 33/22 34/13 34/15 35/14 35/18 37/23 38/10 41/9 42/18 42/21 43/2 43/12 44/17 45/5 45/12 45/14 46/11 46/24 47/10 47/16 48/16 51/23 52/9 54/7 54/13 54/25 57/20 59/25 61/9 61/12 63/19 63/21 64/17 64/23 65/16 66/4 68/13 68/18 69/17 69/22 70/3 70/23 72/1 72/8 72/18 73/9 73/22 74/18 74/23 75/25 80/22 83/23 90/10 90/13 90/23 93/1 93/9 93/17 93/23 96/11 96/14 96/19 97/12 98/9 99/3 99/6
yet [5]  13/24 16/16 42/16 56/8 59/23
York [1]  1/20
you [344]
your [223]
yours [1]  86/8
yourselves [1]  63/24

**Z**

Zoom [1]  98/3
ZZLTFFKS [1]  46/21

                IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA


United States of America,        ) Criminal Action
                                 ) No. 21-cr-399
                Plaintiff,       )
                                 ) JURY TRIAL
vs.                              )
                                 ) Washington, DC
Roman Sterlingov,                ) February 20, 2024
                                 ) Time:  1:45 p.m.
                Defendant.       )
_____

                 TRANSCRIPT OF JURY TRIAL
                      HELD BEFORE
            THE HONORABLE JUDGE RANDOLPH D. MOSS
                 UNITED STATES DISTRICT JUDGE
_____

                 A P P E A R A N C E S

For Plaintiff:      **Christopher Brown**
                    DOJ-USAO
                    601 D Street, NW, Suite 5.1527
                    Washington, DC  20530
                    Email:  Christopher.brown6@usdoj.gov
                    **Catherine Pelker**
                    US DOJ
                    950 Pennsylvania Avenue NW
                    Washington, DC  20530
                    Email:  Catherine.pelker@usdoj.gov
                    **Jeffrey Pearlman**
                    DOJ-CRM
                    1301 New York Avenue NW
                    Washington, DC  20005
                    Email:  Jeffrey.pearlman@usdoj.gov

For Defendant:      **Tor Ekeland**
                    **Michael Hassard**
                    Tor Ekeland Law PLLC
                    30 Wall Street, 8th Floor
                    Brooklyn, NY  10005
                    Email:  Tor@torekeland.com
                    Email:  Michael@torekeland.com


Court Reporter:     Janice E. Dickman, RMR, CRR, CRC
                    Email:  Janice_e_dickman@dcd.uscourts.gov

* * * * * * *P R O C E E D I N G S* * * * * * *

THE COURT: Anything before we get the jury?

MR. BROWN: Yes, Your Honor -- oh, no, Your Honor.

MR. EKELAND: No, Your Honor.

(Whereupon the jurors enter the courtroom.)

THE COURTROOM DEPUTY: Jury is present. You may be seated. Come to order.

THE COURT: Welcome back, folks.

And, Mr. Brown, you may continue.

DIRECT EXAMINATION (Cont.) - LEO ROVENSKY

BY MR. BROWN:

Q. Agent Rovensky, what was XMLGold?

A. XMLGold was another financial services company where you could exchange Bitcoin.

Q. And did XMLGold respond to U.S. subpoenas?

A. They did not.

Q. Was the investigation otherwise able to obtain records relating to XMLGold?

A. Yes, we were.

Q. Directing your attention to Exhibit 842, which has not yet been admitted.

Agent Rovensky, do you recognize Exhibit 842?

A. I do, this is an email obtained from the defendant's heavydist@gmail.com address.

Q. Does this email -- does this exhibit fairly and accurately

represent an email that was produced to the government from Google in response to legal process?

A. Yes, it does.

MR. BROWN: The government moves to admit and publish Exhibit 842.

THE COURT: Any objection?

MR. EKELAND: No objection.

THE COURT: Exhibit 842 is admitted and may be published to the jury.

(Government's Exhibit 842, admitted and published.)

BY MR. BROWN:

Q. Agent Rovensky, what is the date of this email?

A. March 21st, 2013.

Q. And who is it from?

A. From XMLGold.

Q. Who is it to?

A. Heavydist@gmail.com.

Q. And if you could read -- is there text within the box shown in that email?

A. There is.

Q. Could you read just what the text says, those two lines of text not including the web address in that box, please?

A. "Hello, Heav! To activate your account, please use this link."

And then there's a long URL.

Q.   And then, does XMLGold offer the use of prepaid debit cards?

A.   Yes.

Q.   So directing your attention to Exhibit 846, which has not yet been admitted.

Do you recognize Exhibit 846?

A.   I do.  This is also an email from the defendant's heavydist@gmail.com account.

Q.   Is this a fair and accurate copy of the email record provided by Google in response to legal process?

A.   It is.

MR. BROWN:  The government moves to admit and publish Exhibit 846.

THE COURT:  Any objection?

MR. EKELAND:  No objection.

THE COURT:  Exhibit 846 is admitted and may be published to the jury.

(Government's Exhibit 846, admitted and published.)

BY MR. BROWN:

Q.   What is the date of this email?

A.   March 28th, 2013.

Q.   And who is it from?

A.   From XMLGold.

Q.   Who is it to?

A.   Heavydist@gmail.com.

Q. Can you read the body of the text starting, "Your card"?

A. "Your card will be delivered to the postal address you have provided during the card ordering. The manufacturing and delivery of the card may take up to two to three weeks. After you have received the card, you need to activate it in your XMLGold account menu. You will be able to load your card with an electronic currencies after its activation only."

Q. Looking at the entries below there, there's an entry that says "You are paying."

Do you see that?

A. I do.

Q. And then what manner of payment is indicated there?

A. Liberty Reserve.

Q. Are you familiar with a company called Prepaid Financial Services?

A. Yes.

Q. And what is Prepaid Financial Services?

A. Prepaid Financial Services is a company that partnered with other companies and was able to issue prepaid value cards.

Q. Was XMLGold one of the companies that Prepaid Financial Services partnered with?

A. Correct. Yes.

Q. So directing your attention to an exhibit that has not yet been admitted, Exhibit 856, and do you recognize Exhibit 856?

A. I do. This is an email from Mr. Sterlingov's

heavydist@gmail.com account.

Q.  Does Exhibit 856 fairly and accurately show a copy of the records as provided by Google to the government in response to legal process?

A.  It does.

MR. BROWN:  The government moves to admit and publish Exhibit 856.

THE COURT:  Any objection?

MR. EKELAND:  No objection.

THE COURT:  Exhibit 856 is admitted and may be published to the jury.

(Government's Exhibit 856, admitted and published.)

BY MR. BROWN:

Q.  So just reading the top fields for this email, who is the message from?

A.  Message is from the defendant, using his heavydist@gmail.com address.

Q.  What address is this to?

A.  Info@PrepaidFinancialServices.com.

Q.  And scrolling through this message, does this appear to contain a thread of multiple messages?

A.  Yes.

Q.  And so starting at the bottom, what appears to be shown on the bottom of this thread?

A.  The details of Mr. Sterlingov's inquiry with a message

there.

(Computer screen malfunction.)

MR. BROWN: Pardon the technical difficulties here.

(Pause.)

THE COURT: You may proceed.

BY MR. BROWN:

Q. So looking at the bottom message, there's a field towards the bottom that is marked "Enquiry" -- spelled with an E -- and then there's a block of text following that. Who do you understand is speaking in that block of text?

A. This is Roman Sterlingov sending an inquiry to Prepaid Financial Services.

Q. Could you just read that block of text there, please?

A. "Hello, I have got my MasterCard of yours through a company named xmlgold.eu. Now I am trying to put some more money on the card. I have successfully done this in the past, and used it even. And they say that now I need to send a back side of my driver's license because you, the card company, require this. This is a little strange since I've already had to send similar documents to xmlgold.eu. I am wondering -- I'm just wondering if this is the case. Do you require any documents to be sent? Is it best that I send them to you directly somehow or to xmlgold.eu?"

Q. Scrolling up to the top of this exhibit, does Mr. Sterlingov provide further information to XMLGold about his

identity?

A. He does. He provides the card number, his birthday, and attaches the back of his driver's license.

Q. What does he list as his date of birth?

A. August 14th, 1988.

Q. Now we can close this out.

Did the investigation team obtain records from Prepaid Financial Services?

A. We did.

Q. And directing your attention to two documents, Exhibit 428 and 429 in your binder.

A. Okay.

Q. Do you recognize those documents?

A. Yes. These are records from Prepaid Financial Services pursuant to legal process.

Q. Have you also received electronic copies of these documents?

A. I have.

Q. Do these two exhibits, Exhibit 428 and 429, do they fairly and accurately represent records that Prepaid Financial provided to the government in response to legal process?

A. They do.

MR. BROWN: The government moves to admit and publish Exhibits 428 and 429.

THE COURT: Any objection?

MR. EKELAND: No objection, Your Honor.

THE COURT: Exhibits 428 and 429 are admitted and may be published to the jury.

(Government's Exhibits 428 and 429, admitted and published.)

BY MR. BROWN:

Q. Agent Rovensky, I would like to look at Exhibit 428 under the personal details tab.

Looking at this tab, is there a reference to XMLGold?

A. There is in the distributor name XMLGold.

Q. Are you underlining that right now?

A. Yes.

Q. And do these spreadsheets also show records of transactions using Prepaid Financial Services?

A. They do.

Q. And was the spending on Prepaid Financial, was that funded through the XMLGold account?

A. Yes, it was.

Q. What are some of the different ways that the defendant funded his XMLGold account?

A. Through Bitcoin, through Liberty Reserve, I believe to his BTC-e account as well.

Q. Now we can close this out.

I would like to direct your attention to a series of email messages, Exhibits 468 -- sorry, let me start that again.

Exhibit 846.  Got the digits mixed up.

So 846, 849, 858, 859, and then 860.  And we can flip through those on your screen.  846, 849, 858, 859, and 860.

A.  Okay.

Q.  Do you recognize these exhibits?

A.  I do.  These are emails from the defendant's heavydist@gmail.com email account.

Q.  Are these exhibits fair and accurate copies of the emails that Google provided to the government in response to legal process for heavydist@gmail.com?

A.  Yes, they are.

MR. BROWN:  Government moves to admit and publish Exhibits 846, 849, 858, 859, and 860.

THE COURT:  Any objection?

MR. EKELAND:  If I could just see 858 and 859?  I just can't find it in my binder.

Okay.  I see it.  And could I see 858 real quick?

Thank you.  No objection.

THE COURT:  Exhibits 846, 849, 858, 849, and 860 are admitted and may be published to the jury.

(Government's Exhibits 846, 849, 858, 849 and 860, admitted and published.)

BY MR. BROWN:

Q.  Let's walk through these very quickly.  So directing your attention to Exhibit 846.  What is the date of this email?

A.  March 28, 2013.

Q.  And looking -- and what is the subject line of this email?

A.  Order details from www.xmlgold.eu.

Q.  Who is the email sent from?

A.  From XMLGold.

Q.  And who is it to?

A.  To heavydist@gmail.com.

Q.  And then looking at the body of this email message, does it -- does it reflect how the defendant is making a payment for XMLGold?

A.  Yes, he is paying $20.37 in Liberty Reserve U.S. dollars.

Q.  And then directing your attention to Exhibit 849.

And then what is the subject line of this email?

A.  "Order details from www.xmlgold.eu."

Q.  And who is this from?

A.  XMLGold.

Q.  Who is it to?

A.  Heavydist@gmail.com.

Q.  What is the date?

A.  April 15th, 2013.

Q.  And does this -- does the body of the email indicate how the defendant is paying into XMLGold?

A.  It does, $96.08 in Liberty Reserve U.S. dollars.

Q.  And then looking at Exhibit 858.

What is the subject line of this message?

A. "Order details from xmlgold.eu."

Q. And who is this from?

A. From XMLGold.

Q. And who is it to?

A. Heavydist@gmail.com.

Q. Looking at the body of the message, does this indicate how the payment -- a payment is being made into XMLGold?

A. Yes. This was made from the defendant's BTC-e account.

Q. Then looking at Exhibit 859.

What is the subject line here?

A. Order details from xmlgold.eu.

Q. And who is it from?

A. XMLGold.

Q. And who is it to?

A. Heavydist@gmail.com.

Q. And looking at the body of the email, does this indicate how payment is being made to XMLGold?

A. The defendant made this payment in the form of Bitcoin, 2.09893 Bitcoin.

Q. And then looking at Exhibit 860.

What's the subject line of that email?

A. "Order details from xmlgold.eu."

Q. And who is it from?

A. XMLGold.

Q. And who is it to?

A.  Heavydist@gmail.com.

Q.  And looking at the body of the email, can you tell how payment is being made to XMLGold?

A.  This payment was made in Bitcoin, 4.30316 Bitcoin.

Q.  Did the investigation team -- we can close this out.

Did the investigation team obtain records from Optal Financial Limited?

A.  Yes, we did.

Q.  And what kind of financial institution is Optal?

A.  Optal was another financial services company that partnered with other businesses, such as travel agencies.  And Optal was -- was able to issue MasterCard account numbers through its partners.

Q.  And directing your attention on the screen to Exhibit 421, which has not yet been admitted, and just scrolling through a few pages.

Do you recognize this exhibit?

A.  Yes, I do.  These are records produced to the government from Optal Financial pursuant to legal process.

Q.  And are these -- is this a fair and accurate copy of the records that were produced by Optal?

A.  It is.

MR. BROWN:  The government moves to admit and publish Exhibit 421.

THE COURT:  Any objection?

MR. EKELAND: Just let me put my eyes on it, Your Honor. One second.

(Pause.)

MR. EKELAND: No objection.

THE COURT: Exhibit 421 is admitted and may be published to the jury.

(Government's Exhibit 421, admitted and published.)

BY MR. BROWN:

Q. Now, directing your attention to the second page of Optal.

Could you read the -- the second full paragraph there starting, "Optal issues"?

A. "Optal issues MasterCard virtual account numbers, VANs, primarily to our principal client and partner company eNett International UK Limited and eNett International Singapore Limited as primary and secondary cardholder respectively, collectively referred to as eNett. eNett provides its clients online travel agencies, OTAs, with a technological solution for managing business to business, B2B, payments."

Q. And then could you read just the -- the following sentence after that?

A. "OTAs, as merchants, accept card transactions from individuals or companies to book holidays/travel through their merchant acquirer. These card transactions could be from any card scheme the OTA accepts."

Q. And if we could turn to the next page here and show the

jury -- or, the next page after that, excuse me. The next page after this, and show the jury.

Are these records from Optal?

A. They are.

Q. And are these -- looking at the history area, do you see the defendant's name anywhere?

A. I do. In the statement: Sterlingov, Roman Sterlingov, Sterlingov again, and also in the client reference details refers to Sterlingov.

Q. And we can close this out.

Did the investigation team obtain records from PayPal?

A. Yes.

Q. And what kind of financial institution is PayPal?

A. PayPal is a payment processing company.

Q. And in your binder, I would like to direct your attention to Exhibits 422-A through 427-C.

A. Okay.

Q. Do you recognize Exhibits 422-A through 427-C?

A. I do. These records were produced to the government by PayPal, pursuant to legal process.

Q. And do these exhibits fairly and accurately show the records that were provided by PayPal to the government?

A. Yes, they do.

The government moves to admit, and we -- we don't need to publish right now, but the government moves to admit

Exhibits 422-A through 427-C.

THE COURT: Any objection?

MR. EKELAND: No objection.

THE COURT: Exhibits 422-A through 427-C are admitted.

(Government's Exhibit 422-A through 427-C, admitted.)

BY MR. BROWN:

Q. Agent Rovensky, did the investigation team obtain records from FISV or Fiserv?

A. Yes.

Q. And what kind of financial institution is FISV?

A. FISV allowed -- allowed clients to purchase gift cards.

Q. So I would like to direct your attention on the screen to Exhibit 430. And there are multiple tabs.

Do you recognize this exhibit?

A. I do. These are records provided to the government by FISV pursuant to legal process.

Q. And does Exhibit 430 fairly and accurately show the records that were provided by FISV to the government?

A. It does.

MR. BROWN: The government moves to admit and publish Exhibit 430.

THE COURT: Any objection?

MR. EKELAND: Just one second, I would like to flip through it, Your Honor.

(Pause.)

MR. EKELAND:  No objection.

THE COURT:  Exhibit 430 is admitted and may be published to the jury.

(Government's Exhibit 430, admitted and published.)

BY MR. BROWN:

Q.  And just directing your attention to the first tab, account details.

What is the name on this account?

A.  Max Sterlingov.

Q.  And what is the email account?

A.  Info@dangerzone.today.

Q.  And we can close this out.

Directing your attention to -- pause there.

Did the investigation team obtain records from Tesla?

A.  We did.

Q.  Directing your attention to Exhibit 436.

Do you recognize this exhibit?

A.  I do.  These are records provided to the government from Tesla pursuant to legal process.

Q.  And does this fairly and accurately show the records that -- that were produced by Tesla to the government?

A.  Yes, it does.

MR. BROWN:  The government moves to admit and publish Exhibit 436.

THE COURT: Any objection?

MR. EKELAND: No objection.

THE COURT: Exhibit 436 is admitted and may be published to the jury.

(Government's Exhibit 436, admitted and published.)

BY MR. BROWN:

Q. And, Agent Rovensky, if you could look down towards the bottom of this -- this page. There's a line that begins with the word "Additionally."

Could you read that -- those two lines there?

A. "Additionally, VIN 5YJXCCE45LF278319 is associated with a Tesla, Model X, delivered to Roman Sterlingov on June 13th, 2020, in Germany.

Q. And we can close that out.

Now at some point in 2017, did Mr. Sterlingov travel to Florida?

A. Yes, he did.

Q. Did he rent an apartment for his stay there?

A. Yes.

Q. Directing your attention to Exhibit 435-A, as in alpha.

Do you recognize this exhibit?

A. I do. This is a short-term lease agreement for the apartment the defendant rented when he traveled to Florida.

Q. And does this fairly and accurately show the records that were returned by the apartment company?

A. Yes.

MR. BROWN: The government moves to admit and publish Exhibit 435-A.

THE COURT: Any objection?

MR. EKELAND: No objection.

THE COURT: Exhibit 435-A is admitted and published to the jury.

(Government's Exhibit 435-A, admitted and published.)

BY MR. BROWN:

Q. Now, Agent Rovensky, if we could scroll down to the middle of this page here.

Do you see an area that refers to employment history?

A. I do. Right here (indicating).

Q. And what does Mr. Sterlingov indicate as his present employer?

A. He indicates self-employed/freelance consulting.

Q. And what does he indicate for his position?

A. Software developer.

Q. And what is his gross weekly salary, according to this?

A. According to this, 1500 U.S. dollars.

Q. And then what does he list as his previous employer?

A. CapO Marknaos Communication, CapO SE.

Q. And for that position, what was his title?

A. Web developer.

Q. And what did he list as his gross weekly salary for there?

A. $800 per week.

Q. And what were the dates of his employment at the CapO company?

A. He lists here 2010 to 2014.

Q. And what did he -- what does he list under income as his annual salary?

A. 50,000 U.S. dollars.

Q. And we can close this.

Now, Agent Rovensky, in addition to localbitcoins.com, was there evidence of Mr. Sterlingov selling Bitcoin on a peer-to-peer basis?

A. There was.

Q. So directing your attention to 834.

Do you recognize this exhibit?

A. I do. This is an email from Mr. Sterlingov's heavydist@gmail.com email address.

Q. And does this email -- is this a fair and accurate representation of the -- the email content that was produced by Google in response to a search warrant?

A. Yes, it is.

MR. BROWN: The government moves to admit and published Exhibit 834.

THE COURT: Any objection?

MR. EKELAND: I just -- I just need to catch up and look at it. One second, Your Honor.

(Pause.)

MR. EKELAND:  No objection.

THE COURT:  Exhibit 834 is admitted and may be published to the jury.

(Government's Exhibit 834, admitted and published.)

BY MR. BROWN:

Q.  And, Agent Rovensky, who is this email from?

A.  This email is from Roman Sterlingov.

Q.  And who is it to?

A.  Propaganda@rebelart.se.

Q.  And is this -- what's the subject of this email?

A.  "Regarding 25 BTC."

Q.  And does this appear to be a thread that includes one or more prior messages?

A.  It does.

Q.  Could you just read what the original message was at the bottom of that email?

A.  So on February 26, 2013 Propaganda writes, "Hi, it's me, the guy from London.  I did, like, 25 BTC.  Can you do it for 5,000?"

Q.  How does Mr. Sterlingov respond?

A.  "Sure.  Would you like to meet tomorrow at 1930?"

Q.  And then directing your attention to Exhibit 835, which has not yet been admitted.

And, actually, could I have you look at Exhibits 835,

836, and 837?

A. Sure.

Q. And do you recognize those three exhibits, 835, 836, and 837?

A. I do. These are emails obtained from Google for the defendant's heavydist@gmail.com address.

Q. Are these fair and accurate copies of the emails produced by Google in response to the legal process?

A. Yes, they are.

MR. BROWN: The government moves to admit and publish Exhibits 835, 836, and 837.

THE COURT: Any objection?

MR. EKELAND: No objection.

THE COURT: Exhibits 835, 836, and 837 are admitted and published to the jury.

(Government's Exhibits 835, 836, 837, admitted and published.)

BY MR. BROWN:

Q. So just walking through these one at a time, 835, what is the subject heading here?

A. "Re: BTC Address..."

Q. Who is this from?

A. From Mr. Sterlingov.

Q. And who is it to?

A. Propaganda@rebelart.se.

Q. And then does this appear to have one message or is this a thread of messages?

A. There are multiple messages.

Q. Then in the message at the bottom of this Exhibit 835, what is shown in the body of that -- the bottom message?

A. Propaganda provides a Bitcoin address to Mr. Sterlingov and underneath writes, "Address for later..."

Q. How does Mr. Sterlingov respond?

A. "Cool. See you tonight."

Q. What's the date of this message?

A. February 27th, 2013.

Q. And then if we could move to Exhibit 836, please.

And does this appear to be a continuation of the same email back and forth?

A. It is. It's the same subject.

Q. And what's the date of this message?

A. March 5th, 2013.

Q. And what does Mr. Sterlingov say at the top of this email here?

A. "When do you want to meet? What day at least?" Tongue out emoji. "The price is swinging like crazy."

Q. If you could look at Exhibit 837, is this another continuation of the same email conversation?

A. It is.

Q. And what's the date of this?

A. Still March 5th, 2013.

Q. And if you could just read the first full sentence of Mr. Sterlingov's email at the top there, please?

A. "Well, it seems to have went up to 40 now. But I don't know if you want this quote. It seems that it is going to probably go down until tomorrow."

Q. And then what is the last sentence that Mr. Sterlingov writes there?

A. "If it's lower than 40, we can renegotiate."

Q. We can close this out.

Directing your attention to Exhibit 839, which has not yet been admitted.

Do you recognize Exhibit 839?

A. I do. This is a record provided by Google pursuant to legal process for the heavydist@gmail.com email address.

Q. Does this fairly and accurately show content that was provided by Google in response to U.S. legal process?

A. Yes, it does.

MR. BROWN: The government moves to admit and publish Exhibit 839.

THE COURT: Any objection?

MR. EKELAND: No objection, Your Honor.

THE COURT: 839 is admitted and may be published to the jury.

(Government's Exhibit 839, admitted and published.)

BY MR. BROWN:

Q. Who is this from?

A. From Roman Sterlingov.

Q. Who is it to?

A. Propaganda@rebelart.se.

Q. Is that the same email address that we saw in the earlier conversation thread?

A. It is.

Q. Could you read what Mr. Sterlingov writes in the body of that email?

A. "Hi, man. Isn't your account Tangocash that just put in some orders? When do you want to meet in that case? Maybe it's someone else's account. I can't remember exactly."

Q. Was Tangocash one of Mr. Sterlingov's counterparties or business partners on LocalBitcoins?

A. Yes, he was.

Q. Directing your attention to Exhibit 420-F, which has previously been admitted.

Now, are these records of transactions involving Mr. Sterlingov's gothencoin account on LocalBitcoins?

A. Yes, they are.

Q. Directing your attention to lines 7 and 8 of this spreadsheet.

With whom are these transactions being made on line 7 and 8?

A.   So in column E you see that the buyer username is Tangocash.

Q.   And then returning to Exhibit 839, does that appear to be the same Tangocash?

A.   It is.

Q.   Now we can close this out.

Directing your attention to Exhibit 841, which has not yet been admitted.

Do you recognize this exhibit?

A.   Yes.  This is a Google record for the heavydist@gmail.com account.

Q.   Does this fairly and accurately show content provided by Google in response to U.S. legal process?

A.   Yes, it does.

MR. BROWN:  Government moves to admit and publish Exhibit 841.

THE COURT:  Any objection?

MR. EKELAND:  No objection.

THE COURT:  Exhibit 841 is admitted and may be published to the jury.

(Government's Exhibit 841, admitted and published.)

BY MR. BROWN:

Q.   Agent Rovensky, what's the date of this email here?

A.   March 12th of 2013.

Q.   And what does Mr. Sterlingov say in the top part of this

message?

A. "Yep, so let's say 2030, McDonald's? I think I'm going to wait for you upstairs this time. The shady characters that are always hanging there are starting to recognize me," tongue out emoji.

Q. We can close this out.

And directing your attention to Exhibit 845. Do you recognize this exhibit?

A. I do. This is a Google record for the heavydist@gmail.com account.

Q. Does this fairly and accurately show content that Google produced in response to U.S. legal process?

A. Yes, it does.

MR. BROWN: Government moves to admit and publish Exhibit 845.

THE COURT: Any objection?

MR. EKELAND: No objection.

THE COURT: 845 is admitted and may be published to the jury.

(Government's Exhibit 845, admitted and published.)

BY MR. BROWN:

Q. And who is this email from?

A. From Roman Sterlingov.

Q. And who is it to?

A. Propaganda@rebelart.se.

Q. What's the date of this email?

A. March 25th, 2013.

Q. And on the -- does this email appear to have another multipart thread?

A. Yes.

Q. And looking at the bottom of this email thread, what do you understand the content to be that is at the bottom of this thread?

A. In the prior message, Propaganda provides Mr. Sterlingov with a Bitcoin address.

Q. How does Mr. Sterlingov respond --

MR. BROWN: Oh, the government moves to admit and publish Exhibit 845. Sorry.

THE COURT: Yeah, I think I've already admitted. But if I haven't, 845 is admitted and may be published to the jury.

Is there a different one you meant to admit?

I think 845 is already in.

MS. PELKER: It's up on the screen.

THE COURT: Okay. Fine.

BY MR. BROWN:

Q. Agent Rovensky, could you point out the Bitcoin address you just referred to on the screen?

A. The one starting with "1Ct9."

Q. Could you read Mr. Sterlingov's response?

A. "Hi, man. Thanks for today. The lost bc seems to have

returned to my Insta now, so all good."

Q. Closing this out. Directing your attention to Exhibit 853, please.

And do you recognize this exhibit?

A. I do. This is a Google record from the defendant's heavydist@gmail.com account.

Q. Is this a fair and accurate copy of the records that Google produced in response to U.S. legal process?

A. Yes, it is.

MR. BROWN: The government moves to admit and publish Exhibit 853.

THE COURT: Any objection?

MR. EKELAND: No objection.

THE COURT: Exhibit 853 is admitted and may be published to the jury.

(Government's Exhibit 853, admitted and published.)

BY MR. BROWN:

Q. And I just want to walk through a few pieces of this. What is the subject line of this email thread?

A. "Re: LocalBitcoins."

Q. And who is it -- the top message from?

A. Info@janemedia.se.

Q. Who is it to?

A. To Roman Heavydist, to heavydist@gmail.com.

Q. What's the date of this message?

A. May 4th, 2013.

Q. If you scroll down to the bottom of this message, in terms of content that is actually printed here, what is the first message that you see in the sequence?

A. The defendant writes, "Hi, man. I would like Mt. Gox SEK price at the time of the deal plus 3 percent."

Q. Do you have an understanding of what SEK refers to?

A. Yes, the Swedish krona, the Swedish fiat currency.

Q. How does info@janemedia respond to that?

A. He writes, "Okay, but which price? The weighted or the average or the high? If it's not the high price, we can meet today."

Q. And then what's the next message on that thread?

A. The defendant writes, "No, not the high, of course. The last one. It is usually about the same as average. Which time today? I am a bit unsure about the evening. I'll keep in touch. How have you been otherwise? Been a long time..."

Q. We can close this out.

Agent Rovensky, did Mr. Sterlingov eventually indicate that he was running low or running out of Bitcoin?

A. He did.

Q. Directing your attention to Exhibit 850.

Do you recognize this exhibit?

A. I do. This is a Google record for the heavydist@gmail.com account.

Q. And is this a fair and accurate copy of content that Google produced in response to U.S. legal process?

A. Yes, it is.

MR. BROWN: The government moves to admit and publish Exhibit 850.

THE COURT: Any objection?

MR. EKELAND: No objection, Your Honor.

THE COURT: Exhibit 850 is admitted and it may be published to the jury.

(Government's Exhibit 850, admitted and published.)

BY MR. BROWN:

Q. So who is this email from?

A. Mr. Sterlingov.

Q. And who is it to?

A. Info@janemedia.se.

Q. And what's the date of this email?

A. April 15th, 2013.

Q. Could you read what the -- the first message in this thread is?

A. Janemedia wrote, "Hi. Are you still in business? What price?"

Q. And then could you just read the -- the first two sentences of the defendant's reply?

A. "Hi, man. Suddenly a lot more people want to buy, so I've been running out quickly. I've got so 10K-ish krons worth now,

if you want."

Q. And we can close this out.

And directing your attention to Exhibit 857, which has not yet been admitted.

Do you recognize this exhibit?

A. I do. This is a Google record from the defendant's heavydist@gmail.com account.

Q. And does this fairly and accurately show content that Google produced to the government in response to legal process?

A. Yes, it does.

MR. BROWN: The government moves to admit and publish Exhibit 857.

THE COURT: Any objection?

MR. EKELAND: No objection.

THE COURT: Exhibit 857 is admitted and may be published to the jury.

(Government's Exhibit 857, admitted and published.)

BY MR. BROWN:

Q. And, Agent Rovensky, could you explain who is this -- the top message here, who is it from?

A. This is from the defendant.

Q. And then who is it to?

A. To info@janemedia.se.

Q. And what is the date of this email message?

A. November 11th, 2013.

Q. So is that a little bit later in the year 2013?

A. Yes, it is.

Q. So going down to the bottom of that thread, what is the first message in that thread?

A. Jane media writes, "hi. Do you still have coins?"

Q. And how does the defendant respond then?

A. He responds, "Hi, man. I am out right now, unfortunately."

Q. And then skipping up to the top of this thread, what does the defendant say?

A. He says, "I'm not really sure. I sold all mine. I'll have to wait until the price gets down. Or maybe it goes up as fuck, so I'll buy anyway. I don't know it all. Didn't think it would go up this much," smiley face."

Q. And we can close that out.

Now, Agent Rovensky, I would like to walk through a few different email accounts.

To start out with, did Mr. Sterlingov register the gravytrain.top domain?

A. He did.

Q. And directing your attention to Exhibit 521-A, which I believe has previously been admitted.

And do you recognize this exhibit?

A. I do. This is Mr. Sterlingov's namecheap account.

Q. And then turning to page 2 of this.

In the middle of the page here, is -- can you point out

Q. to the jury, is there anything that indicates that Mr. Sterlingov rented the gravytrain.top domain?

A. Right here on -- on March 30th, 2021, he renews the gravytrain.top domain.

Q. Now, Agent Rovensky, when Mr. Sterlingov was arrested, was he carrying electronic devices?

A. He was.

Q. And were some of those electronic devices examined for electronic files?

A. Yes, they were.

Q. And did law enforcement find certain electronic files in a variety of languages?

A. Yes.

Q. And were some of those files translated?

A. Some of them were, yes.

Q. Now, directing your attention to Exhibit 710-A -- which I believe Exhibit 710-A may have been conditionally admitted.

THE COURTROOM DEPUTY: I'm sorry. Did you say 710?

MR. BROWN: 710-A, as in alpha.

THE COURTROOM DEPUTY: Yes.

BY MR. BROWN:

Q. Do you recognize this exhibit?

A. I do. This is from -- from one of Mr. Sterlingov's devices.

Q. And is this the info settings file from his devices?

A.  It is.

Q.  And is this a translation that was prepared from the original file?

A.  Yes, it is.

MR. BROWN:  The government moves to admit Exhibit -- admit and publish Exhibit 710-A.

THE COURT:  Any objection?

MR. EKELAND:  We just need a moment to look at it. This is 710-A?

MR. BROWN:  Yes.

MR. EKELAND:  I don't think we've got the binder that has the 700 in it.  Can we borrow it from the government?  Is it 710?

MS. PELKER:  It's in the -- (indicating).

THE COURT:  Feel free to stand and stretch, if you like.

(Pause.)

MR. EKELAND:  Your Honor, we object on relevance grounds, and there's a lot of just irrelevant stuff in here and there's a lot of different hearsay in here.

It's a 30-page document with all sorts of different things in here.  It's not any one focused thing.

THE COURT:  All right.  Well, if you want -- go ahead, Mr. Brown.

MR. BROWN:  Your Honor, we can focus in on certain

specific relevant points of this document and -- if that addresses the objection.

THE COURT: All right. Well, it's already been provisionally admitted, correct?

MR. BROWN: Yes, Your Honor.

THE COURT: All right. So why don't we go through it and then you can raise your objections as -- as we go through and point to any -- anything that is objectionable, you're welcome to raise it at that point. Okay.

So make sure you come back and ask me whether it should be admitted finally. But it's been provisionally admitted at this point.

MR. BROWN: Yes, Your Honor.

And may we publish to the jury?

THE COURT: You may.

(Whereupon, the exhibit was published.)

BY MR. BROWN:

Q. So, Agent Rovensky, I want to direct your attention to page 25.

And do you see a subject heading there that says -- do you see a large subject heading there?

A. I do. It says "gravytrain mails."

Q. And listed beneath that -- that subject heading, what do you see?

A. A variety of email addresses that start with the word

"incoming," and then end with the domain gravytrain.top.

Q.  And then looking at the -- one, two -- third entry down.

Do you see -- what is the -- the third gravytrain.top email address listed down?

A.  Incoming527409381@gravytrain.top.

Q.  And is there a list that follows that email address?

A.  There is.  There's a list with a few lines with -- with various company names.

Q.  And do there also appear to be website names in that list?

A.  There are.

Q.  And I just want to direct your attention -- what's the last entry in that list there?

A.  The last entry under this email is Binance.

Q.  And then holding this exhibit here, I would like to flip over to Exhibit 412, please, which has previously been admitted.

And, Agent Rovensky, are -- are these the Binance account records that we looked at earlier?

A.  Yes.  These are records produced to the government from Binance.

Q.  And is there an email address listed here?

A.  There is.  Incoming527409381@gravytrain.top.

Q.  And then flipping back to Exhibit 710-A, is that the same gravytrain.top email address listed here?

A.  It is.

Q. And then looking down towards the bottom of the page here, what is the -- the last gravytrain.top address listed towards the bottom of the page here?

A. Incoming455431950@gravytrain.top.

Q. And then beneath that is there -- actually, sorry. Scrolling up.

Two -- two entries above from that, could you readout the email address listed there?

A. Sure. Incoming558264323@gravytrain.top.

Q. And then when Mr. Sterlingov traveled to the United States in 2021, had he signed up for flight training?

A. He did.

Q. And did the government obtain records from the flight training school?

A. Yes.

Q. We can keep this open, but directing your attention -- actually -- sorry. Close this.

And directing your attention to an exhibit that has not yet been admitted, which is Exhibit 37.

THE COURT: Are you coming back to 710-A?

MR. BROWN: Yes. I am, Your Honor.

THE COURT: Okay.

BY MR. BROWN:

Q. And, Agent Rovensky, do you recognize this document?

A. These are records, I believe, provided to the government

for the defendant's flight training.

Q.  And does this -- is this a fair and accurate representation of the records that were provided to the government by the flight training school?

A.  It is.

MR. BROWN:  The government moves to admit and publish Exhibit 37.

THE COURT:  Any objection?

MR. EKELAND:  No objection.

THE COURT:  Exhibit 37 is admitted and may be published to the jury.

(Government's Exhibit 37, admitted and published.)

BY MR. BROWN:

Q.  And, Agent Rovensky, looking at this, could you read out what it says under "School"?

A.  Adventure Flight, LLC.

Q.  And then if we scroll down a little bit further.

Is there -- under student's information, is there a name given?

A.  Roman Sterlingov.

Q.  And is there an email account used for this -- for this document?

A.  There is.  Incoming124920104@gravytrain.top.

Q.  And then flipping to the namecheap domain registration records previously admitted at Exhibit 521-A.  And looking at

page 2.

Did Mr. Sterlingov register the domain dangerzone.today?

A. He did.

Q. And did he register domain bitcoaster.com?

A. Oh, that moved on me.

Yes, he did.

I'll clear it.

Q. And could you just circle bitcoaster.com?

A. Right here, bitcoaster.com.

Q. And then you're going to have to clear that out.

Could we scroll down a little bit further.

And did Mr. Sterlingov also register moonvpn.org?

A. He did. I'm just looking for it on here.

Moonvpn.org and moonvpn.net.

Q. And then flipping back to 710-A, the info settings document we were looking at earlier.

On the bottom of page 26 of this document does Mr. Sterlingov list information about email addresses under those three domains that we just looked at?

A. He does there's info@mail.dangerzone.today. There's max@bitcoaster.com. There's hq@moonvpn.org. There's info@dangerzone.today.

Q. And so based on all of this, does it appear that info@dangerzone.today is an email address that Mr. Sterlingov used?

A. It is.

Q. And what about max@bitcoaster.com?

A. That is also one of his email addresses.

Q. What about hq@moonvpn.org?

A. This is also one of the defendant's email addresses.

Q. Staying with this document and turning to the middle of page 7, do you see a heading marked "Privacy/info sec"?

A. I do.

Q. And what is the first line of text beneath that?

A. "List of Mailinator or other disposable emails," and it links to a Y Combinator online article.

Q. And then in the same document, if you flip to page 31, and I think scrolling down a bit -- or, actually -- oh, here, in the middle beneath the heading "Random Info Shit."  In the second block of text there, do you see a reference to a mailinator.com email address?

A. I do.  Allcommander@mailinator.com.

Q. And then on the following page, page 32 of this same document, do you see a heading that says "Oracle login"?

A. I do.

Q. What is listed immediately beneath Oracle login?

A. Shopshop@mailinator.com.

Q. And then at the bottom of the same page, page 32, towards the bottom, above that block of text, is there a line that starts "Random account"?

A. Yes, I see it.

Q. And could you read that line and then indicate what's printed below?

A. "Random account from Isle of Man on notebookreview.com. Tip83fjwdq@mailinator.com."

Q. Directing your attention back to the namecheap records at Exhibit 521-A. And I would like to turn page 12 on a specific transaction. This is going to be transaction 39511743.

A. I see it.

Q. So can you indicate with your finger which transaction you're looking at?

A. (Indicating.)

Q. And if you go to the column in the middle of the page, does it indicate -- beneath the word "deposit," does it indicate a manner of deposit?

A. The method of payment here was through BitPay.

Q. And is this -- by the way, is this under the Kellerman user ID for Mr. Sterlingov?

A. Yes, this one's his user ID with namecheap.

Q. And what is the transaction date and time for this transaction?

A. March 28th, 2018.

Q. And what's the time listed as?

A. 10:03:43 a.m.

Q. And to the left of that, does it indicate how much the

payment was for?

A. For 205 U.S. dollars.

Q. So, kind of collecting all of this together, how would you describe this transaction here?

A. The defendant made -- the defendant used Bitcoin, through BitPay, to pay namecheap $205 on March 28th, 2018 at 10:03:43 a.m.

Q. And then flipping back to previously admitted BitPay records, this time Exhibit 443-C, and directing your attention to the first tab here, line 2. And could we scroll across.

What is the date and time of this transaction?

A. March 28th, 2018. 14:03:42.

Q. And this doesn't indicate the time zone -- or, does this indicate the time zone?

A. I believe -- it doesn't look like it does.

Q. And what's the amount of this transaction in U.S. dollar value?

A. For U.S. dollars, $205.09.

Q. Who is the merchant indicated?

A. The merchant is namecheap.

Q. And so does this transaction appear to correspond to the Kellerman transaction that we just looked at on the namecheap?

A. It does.

Q. And then scrolling over further to the right under buyer email, what is the email address listed here?

A. The buyer is fuckyou2@mailinator.com.

Q. And so does this appear to be the email address that the defendant used in making that namecheap payment?

A. Yes, it does.

Q. Then staying on the same spreadsheet and looking down at lines 27 and 28 of the same tab, so I just want to walk through these two entries, kind of piece by piece.

First of all, under column D, what are the dates of these two transactions?

A. The first one is November 8th, 2017, and the second one is December 7th, 2017.

Q. And then looking at the merchant name under column J, what is the merchant name for those two transactions?

A. This payment was made to Bitcoin Commodities.

Q. And then scrolling further to the right, what are the email addresses associated with these two transactions in 27 and then 28?

A. The buyer, the first email, is shipface@mailinator.com and the second email is spam@plasmadivision.com.

Q. And then could I have us pull up another previously admitted exhibit, 443-A.

And scrolling down to page 3, could you read what it says for column R, as in Romeo? The first -- or, that entire text there for column R.

A. Column R, "The IP address which the shopper uses to view

the BitPay invoice, please note that it depends on the implementation of the merchant whether or not this is logged. Additionally, view IPs are only logged in the case that the invoice is viewed in the browser, not over API from the wallet."

Q.  And then turning back to the BitPay spreadsheet, Exhibit 443-C, looking at column R for those two rows, 27 and 28, what do you see there?

A.  If you look at the first two IP addresses, they're the same for each email address.  So, 83.248.64.79 and then 85.214.195.196.

Q.  So based on this, what can you say about shitface@mailinator.com (sic)?  Who controls that account?

MR. EKELAND:  Objection, Your Honor.  Calls for speculation.

MR. BROWN:  We can withdraw the question.

THE COURT:  All right.

BY MR. BROWN:

Q.  Then I would like to direct your attention to Exhibit 868, which has not previously been admitted.

Agent Rovensky, do you recognize Exhibit 868?

A.  I do.  This is a Google record from the defendant's heavydist@gmail.com account.

Q.  Does this fairly and accurately show the content of Google records as Google produced it to the government in response to

legal process?

A. Yes, it does.

MR. BROWN: The government moves to admit and publish Exhibit 868.

THE COURT: Any objection?

MR. EKELAND: No objection.

THE COURT: Exhibit 868 is admitted and may be published to the jury.

(Government's Exhibit 868, admitted and published.)

BY MR. BROWN:

Q. Agent Rovensky, what's the subject heading of this email?

A. Details of the Bitcoin wallet business.

Q. And who is this email from?

A. From the defendant.

Q. And who is it directed to?

A. To Neville Cutajar.

Q. What's the address it's addressed to?

A. Neville@3a.com.mt.

Q. Do you have an understanding of what 3a is or was?

A. I do. 3a is a corporate consultation/financial services institution based in Malta.

Q. Could you just read the first three lines of the defendant's message there?

A. "Dear Neville, We have talked about registering a company in Malta and registration as an electronic currency exchanger.

Here are the details of the business model.  Name:  Hedged Wallet.  Description" --

Q.  I'm sorry, I was just going to ask, have you reviewed this email thread before?

A.  I have.

Q.  And do you -- can you summarize what Hedged Wallet is as described here?

A.  Hedged Wallet, the defendant is proposing to have a -- have a wallet business that you could keep your money securely but also trade, taking advantage of the timing of the market.  So it's an exchange idea focused on making money.

Q.  And then flipping back to Exhibit 443-C, the BitPay transaction records, moving over to tab 2, and on lines 2 and 6, I would like to walk through these two lines.

So first of all, on column A, what does column A show?

A.  Column A is the input ID, and that's the record that BitPay used to search for records.

Q.  And so what does column A show for row 2 here?

A.  For row 2 it shows the email max@bitcoaster.com.

Q.  And what does it show for row 6?

A.  For row 6 it shows the email address shipface@mailinator.com.

Q.  If we could scroll to the right and see the U.S. dollar value of those two transactions in rows 2 and 6.

What is the U.S. dollar value for these two

transactions?

A. In row 2 the U.S. dollar value is $32.77. In row 6 the U.S. dollar value is $32.92.

Q. And then what is the merchant name for row 2?

A. Row 2, the merchant name is Dellmont.

Q. What is the merchant name for row 6?

A. Also Dellmont.

Q. What is the merchant address?

A. In row 2 and row 6, the merchant address was 3a.

Q. We can close that out.

MR. BROWN: And, Your Honor, the government moves to admit Exhibit 710-A. That was the notes document that we were looking at earlier.

THE COURT: So I'll admit 710-A, but allow Mr. Ekeland to confer with you, and if it turns out there is anything in that document that shouldn't come in, you can bring that to my attention and, if need be, we can redact that.

MR. BROWN: Yes, Your Honor. Thank you.

BY MR. BROWN:

Q. Now, at some point, Agent Rovensky, did Mr. Sterlingov explore creating another Bitcoin wallet service?

A. Yes.

Q. I would like to direct your attention to Exhibit 867, which has not yet been admitted.

Do you recognize Exhibit 867?

A.   I do.   This is a Google record from the defendant's heavydist@gmail.com account.

Q.   Is this a fair and accurate representation of records provided by Google to the government in response to legal process?

A.   Yes, it is.

MR. BROWN:   The government moves to admit and publish Exhibit 867.

THE COURT:   Any objection?

MR. EKELAND:   No objection.

THE COURT:   Exhibit 867 is admitted and may be published 209 jury.

(Government's Exhibit 867, admitted and published.)

BY MR. BROWN:

Q.   Agent Rovensky, what is the subject line of this message?

A.   "Would it be okay to use your image in a design?"

Q.   Who is this from?

A.   From the defendant.

Q.   And who is it to?

A.   To gavinandresen@gmail.com.

Q.   Would you read the text?

A.   "Hello, we are in the process of making a legitimate wallet service with some interesting quirks.  We are now contemplating its design, and one of the ideas is to make it look like a 100-dollar bill.  Would it be okay with you to use your image

instead, in place of Benjamin's, to indicate this is a Bitcoin service? We would use Satoshi but nobody knows how he looks," smiley face.

Q. What is the date of this message?

A. July 1st, 2013.

Q. Now, I would like to return to one of the Akemashite Omedetou's posts on BitcoinTalk, which is at Exhibit 13, which has previously been admitted.

Directing your attention to post 736421 and scrolling down in this message, I would like to find the final paragraph of this message.

Could you just read the first full sentence of that final paragraph?

A. Sure. "Personally, it is great, of course, to make a little extra money on the side. But more importantly, it is great to actually have a way of anonymizing Bitcoins for my other projects that I know is legit and anonymous."

Q. We can close that out.

Agent Rovensky, I would like to direct your attention to Exhibits 864 and 864-A.

I believe these have been conditionally admitted.

Agent Rovensky, do you recognize Exhibit 864 and 864-A?

A. Yes.

Q. What do you recognize these to be?

A. 864 is a Google record of the Roman at heavydist@gmail.com

account, and 864-A is the translation of it.

Q.   864, is that a fair and accurate copy of records provided by Google to the government in response to legal process?

A.   It is.

Q.   And is 864-A a fair and accurate copy of the translation that was produced for that same document?

A.   Yes, it is.

MR. BROWN:   At this time, the government moves to admit and publish Exhibits 864 and 864-A.

THE COURT:   Any objection?

MR. EKELAND:   Just 401 and 403.

THE COURT:   864 and 864-A are admitted and may be published to the jury.

(Government's Exhibits 864 and 864-A, admitted and published.)

BY MR. BROWN:

Q.   And so just briefly on 864, Agent Rovensky, who is this message from?

A.   From the defendant.

Q.   And who is it to?

A.   Badmadafacker@hotmail.com.

Q.   And what's the date of this message?

A.   August 16th, 2012.

Q.   And what language does this message appear to be in?

A.   It's predominantly in Russian.

Q. And are there also web addresses or links in this message?

A. Yes. The web addresses are in English.

Q. And then flipping over to Exhibit 864-A.

What does this appear to be?

A. This is the translation of that -- of the previous email.

Q. And could I just ask you to read the whole email. You don't have to read the links, but read the text around them, please.

A. Sure.

"Hi. I completely forgot that I wanted to send you a couple of links. Here's an article that explains about this site in some detail. In fact, it is precisely after this article that the majority learned about it."

Q. And, actually, let's pause here.

Looking at that web address, what's the -- generally speaking, what's the main domain of that web address that follows?

A. Gawker.com.

Q. And is there human readable text in that web address?

A. Yes. "The underground website where you can buy any drug imaginable."

Q. And we can close this.

Directing your attention to Exhibit 43, which has not yet been admitted.

Do you recognize Exhibit 43?

A.  I do.  This is an archived.org capture of that gawker.com linked article from the email we just looked at.

Q.  And is this a fair and accurate copy of the archived version of that page?

A.  Yes, it is.

MR. BROWN:  The government moves to admit and publish Exhibit 43.

THE COURT:  Any objection?

MR. EKELAND:  It's hearsay.

THE COURT:  I'm sorry?

MR. EKELAND:  It's hearsay.

MR. BROWN:  It's effect on the listener.

THE COURT:  Yeah.  I will admit Exhibit 43 on the ground it's not coming in for the truth of the matter asserted.

(Government's Exhibit 43, admitted and published.)

BY MR. BROWN:

Q.  And, Agent Rovensky, can you just read what that -- what the headline of this article is?

A.  "The underground website where you can buy any drug imaginable."

Q.  And then flipping back to Exhibit 864-A.

Could I ask you to continue reading the -- the rest of that message, please?

A.  "A little bit about the currency itself" -- and it provides a link to HTTP://www.weusecoins.com -- "well, Wikipedia has a

little bit of general info in Russian too." And then there's a Wikipedia link for Wiki Bitcoin.

"You need this program to access Silk Road website," and then it provides the link to the Tor project, www.torproject.org. "Well, of course, all of this is for information, without any illegal intent, et cetera." Winky face emoji.

Q. And then I just wanted to make sure the jury had a chance to see Exhibit 43. Can we flip back to that.

And with your finger, can you just indicate the headline that you had read earlier?

A. (Indicating.)

Q. And we can close this out.

Now, directing your attention to Exhibits 863 and 863-B, which I believe are also exhibits that were conditionally admitted last week.

Do you recognize these two exhibits, Agent Rovensky?

A. I do. 863 is a Google record from the defendant's heavydist@gmail.com account.

Q. What is 863-B?

A. 863-B is the translation of that record.

Q. And is Exhibit 863, is that a fair and accurate copy of the record as produced by Google to the government?

A. Yes, it is.

Q. And is Exhibit 863-B, is that a fair and accurate copy of

the translation that was prepared of Exhibit 863?

A. Yes, it is.

MR. BROWN: The government moves, at this time, to admit and publish Exhibits 863 and 863-B.

THE COURT: Any objection?

MR. EKELAND: No objection.

MR. BROWN: 863 and 863-B are admitted and may be published to the jury.

(Government's Exhibits 863 and 863-B, admitted and published.)

BY MR. BROWN:

Q. And, Agent Rovensky, looking at Exhibit 863, who is this message from?

A. From the defendant.

Q. And who is it to?

A. Emanuel Ringberg with the email emanuel@hoodlum.se.

Q. And what is the date of this message here?

A. March 15th, 2012.

Q. And does this message appear to be in a language other than English?

A. It is not in English and it is not in Russian.

Q. And if we scroll down towards the bottom.

Does this message appear to be another email thread?

A. It is.

Q. And looking down towards the bottom.

Can you tell what the date of the earliest message is?

A. The first message is March 14th, 2012.

Q. And then let's look over at Exhibit 863-B.

Is this the translation of that same email thread?

A. Yes, it is.

Q. And then dropping down towards the bottom here. It appears that -- skipping over the -- the first two chronological messages and looking at the third chronological message from Emanuel Ringberg.

What is the date of that message?

A. March 14th, 2012.

Q. And how does that date relate in time to the launch of Bitcoin Fog?

A. At this point Bitcoin Fog has been in operation in excess of five months.

Q. And what does Emanuel Ringberg say there in that message?

A. He says, "By the way, how did it go with that 3-D text editor? Do you still have it?"

Q. And if we could go to the top of this -- the email thread.

Could you read the first -- one, two -- three full sentences here?

A. The defendant writes, "Hello. It turned out okay, but I have not done all that much more to it. I should probably start working on it again though. There was some other things that came up in between which seemed to yield more cash,

et cetera.  But I have to finish it, damn it.  I was thinking about enlisting the help of some freelancer, but those things are rather complex, however, and it will, thus, be difficult to explain to them how they need to do it."

Q.  And what is the date that Mr. Sterlingov is writing back here?

A.  March 15th, 2012.

Q.  And then could you continue reading the rest of that -- that full email message?

A.  "But let us see.  What was it I was going to send? Bitcoin.  Here is like the main site, Bitcoin.org. Bitcointalk.org is like the main forum where the majority of things happen, so to speak.  And then a person from there started a small Swedish Bitcoin news site forum, www.bitcoin.se, but there is presently not much happening there, however.  The most fun part is that it is in Swedish.

"Just like with all other currencies, the Bitcoin rate is determined by the market.  Nevertheless, no real centralized market actually exists.  There are some alternatives available instead though, but one of them is by far the biggest.  Probably has 80 to 90 percent of all the Bitcoin exchanges and it is, thus, sort of standard de facto. It can be found on mtgox.com, and one is able to see the rate in realtime.  It is actually a little fun sometimes. Mtgoxlive.com.

"Sometimes it can certainly be a little bit difficult to explain all the small details of how Bitcoin works. Nevertheless, here is a pretty good initial explanation." And it links to a bitcointalk.org url, topic number 7269.

"And if you have looked up how it works and if you were to acquire Bitcoins, then take a look at instawallet.org."

Q. Oh, pause there.

Are you familiar with this site, Instawallet?

A. I'm familiar that Instawallet is a Bitcoin wallet service.

Q. Continue reading, please.

A. "It is like a site that is very easy to use and which one can use as a Bitcoin wallet. One would then not need to install any programs that would take up a lot of memory and processing power and which would take a while to run. But the Bitcoins will, of course, be disrupted on that site and so you should not be savings any large sums there.

"And then we talked about Tor, which can be found at torproject.org. Most frequently one would run the Tor browser bundle. It was the package with a secure web browser, et cetera. Since new bugs can arise though, which may lead to it not being as secure as it can be, it is, thus, important to update the Tor browser bundle, if it says to do so. It checks for updates during every start-up.

"And now in regards to the Silk Road, that drug site, here is an article that made the site famous and things are

explained really well there as well" -- and it links to the gawker.com article that we just looked at.

"In order to enter the site itself, however, one has to do it via Tor, via especially designed URL silkroadvb5piz3r.onion. All such strange .onion URL only function via Tor and they lead to such hidden services to servers that one can access but one cannot find out where they are and one is not able to turn them off. It can take several minutes when one accesses on like that via Tor for the first time. That does not mean that it is not working, just that it needs to find the correct site, decrypt it, et cetera. Once one has entered the website, however, then it works much faster."

Q. And we can close this out here.

Did the investigation team find other documents on Mr. Sterlingov's Google Drive?

A. Yes.

Q. So I would like to direct your attention to Exhibits 820 and 820-B.

Do you recognize these two exhibits?

A. May I see 820 again, please?

Yes. This is from the defendant's Google Drive.

Q. And then do you recognize Exhibit 820-B?

A. This is a translation of that document.

Q. And for Exhibit 820, is that a fair and accurate copy of a

document that was found on the defendant's Google Drive?

A. It is.

Q. And then for Exhibit 820-B, is that a fair and accurate copy of the translation of that document?

A. Yes.

MR. BROWN: And I believe, Your Honor, these have been conditionally admitted. At this point, the government moves to admit and publish Exhibits 820 and 820-B.

THE COURT: Any objection?

MR. EKELAND: No objection.

THE COURT: 820 and 820-B are admitted and may be published to the jury.

(Government's Exhibit 820 and 820-B, admitted and published.)

BY MR. BROWN:

Q. And, Agent Rovensky, looking at Exhibit 820.

What language or languages does this appear to be in?

A. A combination of English and Russian.

Q. And then turning to Exhibit 820-B.

Is this the translation?

A. Yes.

Q. And could you read the whole translated document?

A. "Just as planned. Well, and also an image, which is usually used in this meme, a large image of a happy cat. Introspection, Killdozer."

Q. And we can close that out.

And then directing your attention to Exhibit 838.

Do you recognize Exhibit 838?

A. Yes. This is a Google record from the defendant's heavydist@gmail.com account.

Q. And is this a fair and accurate copy of the Google record produced by Google in response to U.S. legal process?

A. It is.

MR. BROWN: The government moves to admit and publish Exhibit 838.

THE COURT: Any objection?

MR. EKELAND: I just need to look at it one second.

(Pause.)

MR. EKELAND: No objection.

THE COURT: Exhibit 838 is admitted and may be published to the jury.

(Government's Exhibit 838, admitted and published.)

THE COURT: As soon as you're done with this, we'll take our afternoon break.

MR. BROWN: Yes, Your Honor.

Can we publish, please?

BY MR. BROWN:

Q. Agent Rovensky, who is this message from?

A. This message is from the defendant.

Q. And who is it to?

A. To centregoldsupport@support@centregold.com (sic).

Q. And then does this appear to be another email thread?

A. Yes, it is.

Q. And looking at the next message from the top, could you read the line beginning, "If you don't have access," and then read until the last line before "Thank you," those three lines.

A. So Centregold writes, "If you don't have access to your account, then you just need to click the menu 'forgot your password' in the login form and a new password will be sent to you automatically.

"I suggest you, too, to read tip 11, HTTP://centregold.info/account-blocked. If you still have a problem, then you have to tell me the answer of your secret question. Thank you."

Q. And if we could scroll up to the top of this and just read the first several sentences, through the sentence that's in parenthesis.

Could you read just that section?

A. "Hello. This is exactly the problem. I don't remember the secret answer. I usually write some code, like an extra password in such fields. I still have access to both the email and the phone number though."

Q. Okay. And we can close that out.

MR. BROWN: And this would be a good place for a break.

THE COURT: Okay. All right. So let's take our afternoon break. It is almost 3:40. Why don't we come back -- or, 3:20. Why don't we come back at 3:35. So take a 15-minute break.

Please don't discuss the case, even amongst yourselves, and don't conduct any type of research.

(Whereupon the jurors leave the courtroom.)

THE COURT: All right. Anything before the break?

MR. BROWN: No, Your Honor.

MR. EKELAND: No, Your Honor.

THE COURT: All right. I will see you all shortly.

(Recess from 3:19 p.m. to 3:39 p.m.)

THE COURT: Ready for the jury?

MR. BROWN: Yes.

THE COURT: Let's do it.

(Whereupon the jurors enter the courtroom.)

THE COURTROOM DEPUTY: Jury is present. You may be seated and come to order.

THE COURT: Mr. Brown, you may continue.

BY MR. BROWN:

Q. All right. Agent Rovensky, home stretch. Do you have some water?

A. I'm good. Thank you.

Q. I would like to direct your attention to some of -- some additional electronic files that were recovered from the

defendant's devices.

MR. BROWN: Your Honor, I believe the next series of exhibits, number one, these are all conditionally admitted exhibits from last week and, number two, these are all longer documents that we may wish to treat in the same way that we are treating Exhibit 710-A.

THE COURT: Okay. Without objection, we'll proceed that way.

BY MR. BROWN:

Q. Agent Rovensky, I would like to direct your attention to Exhibit 711-A.

Just wait for the screen to boot up here.

All right. And scrolling through this document, do you recognize Exhibit 711-A?

A. I do.

Q. And is this a translation of the MAST document that was recovered from one of the defendant's thumb drives?

A. Yes. This is a translation of one of the defendant's documents.

MR. BROWN: And, Your Honor, the government moves to admit and publish Exhibit 711-A.

THE COURT: All right. Subject to our discussion, 711-A is admitted.

BY MR. BROWN:

Q. Directing your attention to page 6 --

MR. EKELAND: Your Honor, one moment. Can we speak on the phone?

(Bench conference.)

MR. EKELAND: There's -- apparently Mr. Hassard is telling me there's a summary here of this translation. We didn't agree to summaries being published to the jury. We just agreed to translations.

MR. BROWN: Your Honor, we would ask Mr. Ekeland to direct us to where in the document the summary is.

MR. EKELAND: It's in the bottom -- if you could scroll down a little bit.

MR. BROWN: Your Honor, this exhibit is also in the binders. It might be easier for defense counsel to locate this in the binders.

MR. EKELAND: It's -11-A.

THE COURT: 711-A.

MR. EKELAND: We just searched the document. Mr. Hassard told me there's different summaries coming up in the document when we search it.

THE COURT: I don't know if you heard that, Mr. Brown. Can you repeat that, Mr. Ekeland?

MR. EKELAND: Mr. Hazard just searched the document, and he says he got 16 hits of when it -- for the word "summary" and it's -- this document in the binder I have here, it's not -- I just have it marked as 711, I don't see an A in this

sequence, and I'm wondering if I don't have the right binder.

Yeah, for instance, I'm looking at the last -- here there's a translator note, summary translation from Russian.

THE COURT: You're going too fast, Mr. Ekeland.

MR. EKELAND: There's not page numbers on this document, but I'm looking at -- towards -- well, there's no page number.

THE COURT: Can Mr. Brown take a look at what you're talking about?

MR. EKELAND: It's right after -- there's a heading called "Hotels 2017" in bold, and then on the next page after that, in brackets, there's a "TN" which I'm assuming stands for translator note. It says, "Summary translation from Russian begins here." And I think if you scroll -- I think also on the page before that, "What I need for a comfortable life" and moves -- there's a header there in bold. There's a summary translation.

Also, on the page after that, "There's more or less cool f'ing crap." Underneath that it says, "TN, summary translation from Russian." There's "What I need for" -- under the header "What I need for a comfortable life," parenthesis, "and more." There's notes saying, "Translation." I'm seeing them as I flip through here. I'm seeing, actually, quite a lot under -- "Regarding deciding how I can travel to Russia."

On the next page after that, I'm seeing "TN summary

translation." It's just not -- just looks like there's a bunch of summaries in here.

THE COURT: Mr. Brown?

MR. BROWN: Your Honor, I'm sorry, I'm trying to catch up to where Mr. Ekeland is. But I think, setting that aside, I mean, we would be happy to -- when this is submitted to the jury, to redact any summary sections. That's certainly not anything we plan to admit or publish for the jury today.

MR. EKELAND: Then I ask that if we're going to do another one of these conditional admissibility things, that this document not be published at all to the jury. If they're going to read from it sections that aren't objectionable, that's fine. But what we want to avoid is any kind of accidental publication to the jury of translator summaries, which we just haven't agreed to.

MR. BROWN: Your Honor, how about we do this? We could scroll to the location where there are translated sections that we want to admit and publish, and we can publish to the jury, have the witness treat those, and then we'll take it off the screen and move to the next portion.

THE COURT: Okay. That way you'll have a chance to look at it and object before it's published to the jury.

MR. EKELAND: As long as we have a chance before it's published, then we're okay with that.

THE COURT: We'll proceed that way. And I'm going to

admit 711-A subject to the parties going back and discussing any redactions that need to be made for some reason.

MR. EKELAND: I'm sorry, Your Honor. I didn't hear that last point because I had put the phone down.

THE COURT: I said I'm going to admit 711-A subject to the parties going back and reviewing any language that is a summary, and then if you can't reach agreement with respect to what is or what is not a summary, you can bring that back to me. Okay?

MR. EKELAND: (Nods head.)

MR. BROWN: Thank you, Your Honor.

(Open court:)

THE COURT: You may proceed.

BY MR. BROWN:

Q. Okay. Agent Rovensky, do you see a heading here that says "Temp money"?

A. I do.

Q. And under that heading, do you see a reference to Bitstamp?

A. Yes.

Q. Could you point that out for the jury?

A. (Indicating.) The second bullet.

Q. Could you read those two lines to the jury?

A. "Bitstamp dollars, probably like 50K? Withdrawn everything when they started delaying withdrawals and asking for 10 stupid questions."

THE COURT: I'm sorry. Can I ask you -- I know when you read sometimes it's easy to go fast, but it's hard for the court reporter to get it down. So if you could read it slowly.

THE WITNESS: Sure. Sorry.

"Bitstamp dollars, probably like 50K? Withdrawn everything when they started delaying withdrawals and asking for 10 stupid questions. Do not use them. Tell everyone to stop using them..."

BY MR. BROWN:

Q. Are there references to other cryptocurrency accounts on this page here?

A. Yes, there are.

Q. And could you just point those out for the jury and highlight them with your finger?

A. So, Kraken, Binance, Poloniex, Wex -- formerly BTC-e -- Bitfinex, and reference to Monero in DomVPN.

Q. What is Monero?

A. Monero is type of cryptocurrency that is focused on privacy and difficult to trace.

Q. And then for the entries for -- let's walk down one by one.

For Binance, are there any monetary values indicated there?

A. Yes. He indicates "Zero BTC, probably some other coins or tokens...53 KUSD-T. Get out of USDt as soon as possible."

Q. And what's USDt?

A.   USDt refers to Tether, which is a stable coin pegged one-to-one to the U.S. dollar.  So 53 KUSD-T would be 53,000 U.S. dollars.

Q.   Under the entry for Poloniex, is there some number?

A.   4,860 XEM tokens.

Q.   Do you know offhand what XEM tokens are?

A.   I am not familiar with XEM.

Q.   For the entry for Wex, is there an indication of some monetary amount below that?

A.   Yes.  30 ETH.

Q.   What's ETH?

A.   Ethereum.  Ether is the token for the Ethereum blockchain.

Q.   Then next to that?

A.   11 KUSD.

Q.   Then for Bitfinex, does it indicate any monetary amount?

A.   Approximately 4.14 BTC.  In parentheses 2018-09.

Q.   Going up to the top bullet here, could you read what it says in just that first line there?

A.   "About 8 ETH," that one?

Q.   Yes.  Starting with the word "About."

A.   "About 8 ETH on the wallet on the Dom Adobe VM on main bunker."

Q.   And then could we close this for the jury, please.

     And then I would like to direct your attention to page 50 -- or, actually, page 41.  Sorry.

Do you see a series of bullet points?

A. I do.

MR. BROWN: And, Your Honor, the government moves to publish this screen here.

THE COURT: All right. Any objection to that?

MR. EKELAND: Your Honor, there's a summary at the bottom of that page. As its framed right now, as I'm looking at it, there isn't one.

MR. BROWN: How about as it's framed here?

MR. EKELAND: Okay. There's no objection to that.

THE COURT: Okay. You may publish to the jury.

BY MR. BROWN:

Q. Agent Rovensky, could you read the second to the last bullet on that list of bullet points?

A. "Need to continue ordering more gold, but now it is not clear how, because it is not clear when, where, and how I shall travel."

Q. Okay. And we can close this down for the jury, please.

Then I would like to turn to page 50, 5-0.

And just what's on page 50? And is this -- the government moves -- sorry.

THE COURT: Any objection to publishing this to the jury?

MR. EKELAND: That's okay, Your Honor.

THE COURT: Okay. Page 50 may be published.

(Whereupon, the exhibit was published.)

BY MR. BROWN:

Q. Do you see a line that starts "The main question"?

A. I do. There are two.

Q. Oh, the first "Main question."

A. Yes.

Q. Could you start reading there and read until you see the asterisks?

A. "The main question is not which jurisdiction to open the offshore in and whether to open it at all. For example, to open Ltd in the UK, 3 hours and 25 pounds. The main question is, which bank will your money be kept in? The fact of the matter is there are no left in the world in which one can keep a five or more figure balance without any worry and which won't ask tedious questions at the same time. Who are you? What do you do? Where is the money from? Who are your customers? Who is the real owner of the business?" Et cetera.

"Either you will have to deal with some very shady banks on coconut-crocodile islands which can't be trusted with even a thousands euros or, like in a joke, you both bring them a toilet and show them your ass. Well, what do you want, the era of anonymous money has ended in 2001. The fight against terrorism financing is underway across the world, as well as a lot against dirty money laundering."

Q. And then down towards the bottom of that page there's a --

the last, sort of, chunk paragraph, beginning, "Then any".

Could you read that paragraph, please?

A. "Then any bank will be happy to open an account for you. Your legal entity will be white and fluffy, while sleep peaceful. This relates to your relations with tax authority at the place of residence of the company. But it is a completely different story, whether to pay or not to pay taxes at the place of your, as an individual, residence. And in this regard, various white and gray options are possible as well."

Q. And we can close this out.

And I would like to direct your attention to Exhibit 713-A, and page 6 of that document.

Agent Rovensky, do you recognize this document?

A. Yes, I do.

Q. Is this another one of the files recovered from the defendant's electronic thumb drive that he was carrying when he was arrested?

A. It is.

Q. And I would like to direct your attention to page 6.

Do you recognize this?

A. Yes.

Q. And it -- does this -- is this a fair and accurate copy of the file that was recovered from the defendant's thumb drive, as translated?

A. Yeah. Again, this is a fair and accurate copy of the

translation.

MR. BROWN: And the government moves to publish this view of Exhibit 713.

THE COURT: Any objection?

MR. EKELAND: Your Honor, it's the -- in large extent, it's the same objection as before. There's the -- there's summaries of this as well.

THE COURT: Right. But I think he's -- that's why he has a page in front of you there.

MR. BROWN: We're just moving to publish this.

MR. EKELAND: Just publish this page right here?

MR. BROWN: Yes.

MR. EKELAND: Then no objection.

THE COURT: So I'm going to admit the exhibit and then allow you to publish, subject to what we've discussed previously as you go through it, and then you can come back to it, if you need to.

MR. BROWN: Yes, Your Honor.

(Whereupon, the exhibit was published.)

BY MR. BROWN:

Q. So, Agent Rovensky, do you see a heading marked "trading"?

A. Yes.

Q. And could you read -- there's a first chunk of text there beginning with the word, "Okay. So."

Could you read that chunk of text down to the next line

break between lines?

A. "Okay. So what should the main portfolio size then? 100,000 USD? Should it even be in USD? Most other things are calculated in USD. Okay. And how much should I be able to loose on one single trade? Should really go through the book. There was something about setting up the loss target. It should not be too high because then one single loss will eliminate too much of compound interest from the future."

Q. Is that word "loose" in that -- in the middle of that paragraph?

A. It is.

Q. Okay. We can close this down.

And then I would like to direct your attention to Exhibit 715-A.

THE COURTROOM DEPUTY: I'm sorry. What number?

MR. BROWN: 715-A, as in alpha.

THE COURTROOM DEPUTY: Oh, -15. Sorry.

BY MR. BROWN:

Q. Do you recognize this document?

A. Yes. This is another document from defendant's devices.

Q. And is this a translation of one of those documents?

A. It is.

Q. And is this a fair and accurate copy of the translation that was prepared?

A. Yes.