# 24-3161

# United States Court of Appeals
# for the District of Columbia

THE UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

ROMAN STERLINGOV,

*Defendant-Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA
Hon. Randolph D. Moss
United States District Court Case 1-21-cr-00399-RDM-1

## APPENDIX
## Volume IX of XVII (Pages Appx3521 - Appx3960)

TOR EKELAND, ESQ.
TOR EKELAND LAW PLLC
*Attorneys for Defendant-Appellant*
30 Wall Street, 8th Floor
New York, New York 10005
(718) 737-7264
tor@torekeland.com

MARC FERNICH, ESQ.
LAW OFFICE OF MARC FERNICH
*Attorneys for Defendant-Appellant*
800 Third Avenue, 20th Floor
New York, New York 10022
(212) 446-2346
maf@fernichlaw.com

MAKSIM NEMTSEV, ESQ.
MAKSIM NEMTSEV PC
*Attorneys for Defendant-Appellant*
20 Park Plaza, Suite 1000
Boston, Massachusetts 02116
(617) 227-3700
max@mnpc.law

AARON DANIEL, ESQ.
ASYMMETRIC LEGAL
*Attorneys for Defendant-Appellant*
11900 Biscayne Blvd, Suite 400
Miami, Florida 33181
(305) 979-9296
aaron@asymmetric.legal

*(See Inside Cover for Additional Counsel)*

3914


ELECTRONIC
PARALEGAL

AMY C. COLLINS, ESQ.
THE LAW OFFICE OF
   AMY C. COLLINS
*Attorneys for Defendant-Appellant*
888 17th Street, NW, Suite 1200
Washington DC 20006
(228) 424-0609
amy@amyccollinslaw.com

# TABLE OF CONTENTS

District Court Docket – US v. Sterlingov, 21-CR-00399-RDM .............Appx001

Protective Order of Governing Discovery of Hon. Randolph D. Moss,
Dated September 17, 2021 (ECF Doc. No. 18) ......................................Appx074

Preliminary Order of Forfeiture of Hon. Randolph D. Moss,
Dated November 4, 2024 (ECF Doc. No. 336) ......................................Appx079

Order of Forfeiture of Hon. Randolph D. Moss,
Dated November 14, 2024 (ECF Doc. No. 338) ....................................Appx085

Judgment in a Criminal Case of Hon. Randolph D. Moss,
Dated November 13, 2024 (ECF Doc. No. 340) .....................................Appx091

Transcript of Motion Hearing, Dated January 13, 2023
(ECF Doc. No. 114) ................................................................................Appx099

Transcript of Motion Hearing, Dated January 31, 2023
(ECF Doc. No. 115) ................................................................................Appx190

Transcript of Motions Hearing, Dated June 16, 2023
(ECF Doc. No. 223) ................................................................................Appx345

Transcript of Motions Hearing, Dated June 23, 2023
(ECF Doc. No. 224) ................................................................................Appx501

Transcript of Motions Hearing, Dated July 19, 2023
(ECF Doc. No. 225) ................................................................................Appx682

Transcript of Continued Motions Hearing, Dated July 20, 2023
(ECF Doc. No. 226) ................................................................................Appx895

Transcript of Motions Hearing, Dated August 22, 2023
(ECF Doc. No. 228) ..............................................................................Appx1040

Transcript of Continued Motions Hearing, Dated August 23, 2023
(ECF Doc. No. 229) ..............................................................................Appx1266

Transcript of Motions Hearing, Dated August 29, 2023
(ECF Doc. No. 231) ..............................................................................Appx1466

Transcript of Pretrial Conference, Dated September 7, 2023
(ECF Doc. No. 232) ...................................................................Appx1524

Transcript of Pretrial Conference, Dated September 8, 2023
(ECF Doc. No. 233) ...................................................................Appx1741

Transcript of Pretrial Conference, Dated September 13, 2023
(ECF Doc. No. 234) ...................................................................Appx1861

Transcript of Pretrial Conference, Dated September 15, 2023
(ECF Doc. No. 235) ...................................................................Appx1999

Transcript of Pretrial Conference, Dated September 18, 2023
(ECF Doc. No. 236) ...................................................................Appx2141

Transcript of Pretrial Conference, Dated September 21, 2023
(ECF Doc. No. 237) ...................................................................Appx2235

Transcript of Motion Conference, Dated November 13, 2023
(ECF Doc. No. 238) ...................................................................Appx2302

Transcript of Jury Trial, Dated February 12, 2024
(ECF Doc. No. 276) ...................................................................Appx2350

Transcript of Jury Trial, Dated February 13, 2024
(ECF Doc. No. 277) ...................................................................Appx2620

Transcript of Jury Trial, Dated February 13, 2024
(ECF Doc. No. 277) ...................................................................Appx2688

Transcript of Jury Trial, Dated February 14, 2024
(ECF Doc. No. 278) ...................................................................Appx2825

Transcript of Jury Trial, Dated February 14, 2024
(ECF Doc. No. 327) ...................................................................Appx2948

Transcript of Jury Trial, Dated February 15, 2024
(ECF Doc. No. 279) ...................................................................Appx3074

Transcript of Jury Trial, Dated February 15, 2024
(ECF Doc. No. 279) ...................................................................Appx3189

Transcript of Jury Trial, Dated February 20, 2024
(ECF Doc. No. 280) ...................................................................Appx3331

Transcript of Jury Trial, Dated February 20, 2024
(ECF Doc. No. 280) ...................................................................Appx3446

Transcript of Jury Trial, Dated February 21, 2024
(ECF Doc. No. 281) ...................................................................Appx3572

Transcript of Jury Trial, Dated February 21, 2024
(ECF Doc. No. 328) ...................................................................Appx3697

Transcript of Jury Trial, Dated February 22, 2024
(ECF Doc. No. 282) ...................................................................Appx3858

Transcript of Jury Trial, Dated February 22, 2024
(ECF Doc. No. 282) ...................................................................Appx3982

Transcript of Jury Trial, Dated February 23, 2024
(ECF Doc. No. 329) ...................................................................Appx4122

Transcript of Jury Trial, Dated February 26, 2024
(ECF Doc. No. 283) ...................................................................Appx4251

Transcript of Jury Trial, Dated February 26, 2024
(ECF Doc. No. 283) ...................................................................Appx4394

Transcript of Jury Trial, Dated February 27, 2024
(ECF Doc. No. 284) ...................................................................Appx4419

Transcript of Jury Trial, Dated February 27, 2024
(ECF Doc. No. 330) ...................................................................Appx4550

Transcript of Jury Trial, Dated February 28, 2024
(ECF Doc. No. 285) ...................................................................Appx4581

Transcript of Jury Trial, Dated February 28, 2024
(ECF Doc. No. 285) ...................................................................Appx4698

Transcript of Jury Trial, Dated February 29, 2024
(ECF Doc. No. 285) ...................................................................Appx4836

Transcript of Jury Trial, Dated February 29, 2024
(ECF Doc. No. 286) ......................................................Appx4955

Transcript of Jury Trial, Dated February 29, 2024
(ECF Doc. No. 331) ......................................................Appx5074

Transcript of Jury Trial, Dated March 1, 2024
(ECF Doc. No. 287) ......................................................Appx5198

Transcript of Jury Trial, Dated March 1, 2024
(ECF Doc. No. 332) ......................................................Appx5344

Transcript of Jury Trial, Dated March 4, 2024
(ECF Doc. No. 288) ......................................................Appx5359

Transcript of Jury Trial, Dated March 4, 2024
(ECF Doc. No. 288) ......................................................Appx5496

Transcript of Jury Trial, Dated March 5, 2024
(ECF Doc. No. 289) ......................................................Appx5621

Transcript of Jury Trial, Dated March 5, 2024
(ECF Doc. No. 333) ......................................................Appx5762

Transcript of Jury Trial, Dated March 6, 2024
(ECF Doc. No. 290) ......................................................Appx5900

Transcript of Jury Trial, Dated March 6, 2024
(ECF Doc. No. 334) ......................................................Appx6004

Transcript of Jury Trial, Dated March 7, 2024
(ECF Doc. No. 291) ......................................................Appx6087

Transcript of Jury Trial, Dated March 7, 2024
(ECF Doc. No. 291) ......................................................Appx6190

Transcript of Jury Trial, Dated March 11, 2024
(ECF Doc. No. 292) ......................................................Appx6324

Transcript of Jury Trial, Dated March 12, 2024
(ECF Doc. No. 293) ......................................................Appx6344

Virtual Asset Analysis Expert Report of Luke Scholl,
Dated December 8, 2022................................................................Appx6400

Expert Report #1 of Elizabeth Bisbee (Nov. 2022).....................Appx6465

Expert Report #2 of Elizabeth Bisbee (Dec. 2022) .....................Appx6493

Expert Report #3 of Elizabeth Bisbee (Jul. 2023)......................Appx6522

CS-Mazars Expert Report - Device Review Summary,
Dated May 5, 2023 .......................................................................Appx6529

CS-Mazars Expert Report - IP Overlap Analysis,
Dated November 9, 2022 ..............................................................Appx6532

CS-Mazars Expert Report - IP Graph Data Excel File..............Appx6539

Criminal Complaint, Dated April 26, 2021 (ECF Doc. No. 1) .............Appx6542

Arrest Warrant, Dated April 26, 2021 (ECF Doc. No. 5)....................Appx6556

Indictment, Filed June 14, 2021 (ECF Doc. No. 8) ............................Appx6557

Superseding Indictment, Filed July 18, 2022 (ECF Doc. No. 43) .......Appx6561

Defendant's Supporting Memorandum of Law,
Dated August 1, 2022 (ECF Doc. No. 46) ............................................Appx6567

Attachment to Memorandum of Law -
Proposed Order of Hon. Randolph D. Moss Granting Defendant's
Motion to Dismiss (ECF Doc. No. 46-1) ....................................Appx6585

Attachment to Memorandum of Law -
Defendant's Notice of Motion to Dismiss, Dated August 1, 2022
(ECF Doc. No. 46-2) ....................................................................Appx6586

Government's Opposition to Motion, Filed August 29, 2022
(ECF Doc. No. 52) ...............................................................................Appx6589

Defendant's Reply to Government's Opposition to Motion,
Dated September 7, 2022 (ECF Doc. No. 57) .......................................Appx6623

Exhibit A to Defendant's Reply -
Second Declaration of Eric Garland, Dated September 7, 2022
(ECF Doc. No. 57-1) ....................................................................Appx6635

Defendant's Motions in *Limine*, Dated October 24, 2022
(ECF Doc. No. 59) .......................................................................Appx6644

Exhibit A to Motions in *Limine* -
Letter from Tor Ekeland to Christopher B. Brown and
C. Alden Pelker, Dated September 23, 2022, with Exhibit A
(ECF Doc. No. 59-1) ....................................................................Appx6664

Defendant's Opposition to the Government's Motions in *Limine*,
Dated November 7, 2022 (ECF Doc. No. 68) .......................................Appx6680

Memorandum Opinion and Order of Hon. Randolph D. Moss,
Dated March 6, 2023 (ECF Doc. No. 116) ..........................................Appx6689

Notice of Bill of Particulars for Forfeiture, Filed May 17, 2023
(ECF Doc. No. 119) .....................................................................Appx6709

Defendant's Notice of Intent to Present Expert Testimony,
Dated July 7, 2023 (ECF Doc. No. 145) ............................................Appx6711

Exhibit A to Notice of Intent -
Summary of Qualifications and Expected Testimony for
Dr. Francisco Cabanas (ECF Doc. No. 145-1) ...........................Appx6716

Exhibit B to Notice of Intent -
Summary of Qualifications and Expected Testimony for
Dr. Itiel Dror (ECF Doc. No. 145-2) .........................................Appx6725

Exhibit C to Notice of Intent -
Summary of Qualifications and Expected Testimony for
Jeffrey Fischbach (ECF Doc. No. 145-3)....................................Appx6731

Exhibit D to Notice of Intent -
Summary of Qualifications and Expected Testimony for
Jonelle Still (ECF Doc. No. 145-4) ...........................................Appx6737

Exhibit E to Notice of Intent -
Summary of Qualifications and Expected Testimony for
J.W. Verret (ECF Doc. No. 145-5)................................................Appx6741

Supplemental Summary of Qualifications and Expected
Testimony for Jonelle Still, Dated August 7, 2023
(ECF Doc. No. 157) ...................................................................Appx6756

Notice of Expert Report for Defense Expert Jonelle Still of
Ciphertrace, Dated August 8, 2023 (ECF Doc. No. 159) .....................Appx6761

Attachment to Notice of Expert Report -
Defense Expert Report of Jonelle Still, Dated August 7, 2023
(ECF Doc. No. 159-1) .................................................................Appx6764

Exhibit A to Notice of Expert Report -
Data Credibility in Cryptocurrency Investigations of  Ciphertrace
(ECF Doc. No. 159-2) .................................................................Appx6805

Exhibit B to Notice of Expert Report -
Article Titled "Bitcoin: A Peer-to-Peer Electronic Cash System"
(ECF Doc. No. 159-3) .................................................................Appx6822

Notice of Bill of Particulars, Filed August 28, 2023
(ECF Doc. No. 173) ...................................................................Appx6832

Defense Response to Government's Motion to Admit Certain
Exhibits, Dated September 4, 2023 (ECF Doc. No. 177) .....................Appx6834

Notice of Source Code Expert Bryan Bishop Regarding Independent
Analysis of Chainalysis Reactor Source Code and Request for
Production of Chainalysis Reactor Source Code and Relevant
Related Brady Material, Dated September 5, 2023
(ECF Doc. No. 179) ...................................................................Appx6843

Chainalysis' Notice in Response to the Court's Request Regarding
Protective Order, Dated September 12, 2023
(ECF Doc. No. 195) ...................................................................Appx6860

Exhibit A to Notice in Response -
[Proposed] Heuristic Information Protective Order of
Hon. Randolph D. Moss (ECF Doc. No. 195-1)...........................Appx6862

Exhibit B to Notice in Response -
[Proposed] Heuristic Information Protective Order to Jonelle Still
of Hon. Randolph D. Moss (ECF Doc. No. 195-2).......................Appx6869

Heuristic Information Protective Order to Jonelle Still of Hon.
Randolph D. Moss, Dated September 13, 2023 (ECF Doc. No. 196)...Appx6877

Notice Regarding Court's Proposed Protective Order Governing
Review of Chainalysis' Proprietary Information,
Dated September 20, 2023 (ECF Doc. No. 199) ..................................Appx6884

Notice Regarding Ciphertrace Expert Testimony and Review of
Latest Chainalysis Production, Dated September 22, 2023
(ECF Doc. No. 205) .......................................................................Appx6888

Government's Response to September 18, 2023 Minute Order
Regarding Defendant's Access to Sensitive Heuristics Information
Provided by Chainalysis, Filed September 22, 2023
(ECF Doc. No. 206) .......................................................................Appx6892

Defendant's Opposition to Government's Response to
September 18, 2023, Minute Order Regarding Defendant's Access
to Sensitive Heuristics Information Provided by Chainalysis,
Dated September 29, 2023 (ECF Doc. No. 207) ..................................Appx6901

Memorandum Opinion and Order of Hon. Randolph D. Moss,
Dated November 4, 2023 (ECF Doc. No. 210) ...................................Appx6912

Memorandum Opinion and Order of Hon. Randolph D. Moss,
Dated November 30, 2023 (ECF Doc. No. 213) ..................................Appx6930

Defendant's Motion to Exclude any Testimony About Deepweb
Marketplaces, Dated February 8, 2024 (ECF Doc. No. 247)...............Appx6942

Attachment to Motion to Exclude -
[Proposed] Order of Hon. Randolph D. Moss
(ECF Doc. No. 247-2) ..................................................................Appx6950

Memorandum Opinion and Order of Hon. Randolph D. Moss,
Dated February 29, 2024 (ECF Doc. No. 259).....................................Appx6951

Final Jury Instructions and Charges, Filed March 7, 2024
(ECF Doc. No. 265) ...............................................................................Appx6982

Government's Motion for Preliminary Order of Forfeiture,
Filed June 7, 2024 (ECF Doc. No. 297).................................................Appx7061

      Attachment to Motion for Preliminary Order of Forfeiture -
      Proposed Preliminary Order of Forfeiture Hon.
      Randolph D. Moss (ECF Doc. No. 297-1)....................................Appx7072

Defendant's Opposition to Government's Motion for Preliminary
Order of Forfeiture, Dated June 21, 2021 (ECF Doc. No. 305) ...........Appx7078

      Exhibit A to Defendant's Opposition -
      Article Titled "Chainalysis: Most Mixed Bitcoin Not Used
      For Illicit Purposes", Dated August 26, 2019
      (ECF Doc. No. 305-1) ...................................................................Appx7095

      Exhibit B to Defendant's Opposition -
      Blockchain Address Search Result from Blockchain.com
      (ECF Doc. No. 305-2) ...................................................................Appx7107

Government's Memorandum in Aid of Sentencing,
Filed August 1, 2024 (ECF Doc. No. 314)............................................Appx7112

Sentencing Memorandum on behalf of Roman Sterlingov,
Dated August 15, 2024 (ECF Doc. No. 321) ........................................Appx7157

Memorandum Opinion of Hon. Randolph D. Moss,
Dated November 4, 2024 (ECF Doc. No. 337) .....................................Appx7194

Defendant's Notice of Appeal, Dated November 19, 2024
(ECF Doc. No. 343) ...............................................................................Appx7214

Memorandum for All Department Employees from The Deputy
Attorney General, Subjecting "Ending Regulation by Prosecution",
Dated April 7, 2025...............................................................................Appx7217

**Trial Exhibits:**

Trial Exhibit 601 -
Darknet Market Vendor Transaction Summary
(Document in Evidence and to be Produced Upon Request Due
to Volume) ...................................................................................... Appx7221

Trial Exhibit 624 ................................................................................ Appx7222

Trial Exhibit 625 ................................................................................ Appx7223

Trial Exhibit 626 ................................................................................ Appx7224

Trial Exhibit 627 ................................................................................ Appx7225

Trial Exhibit 628(A) ........................................................................... Appx7226

Trial Exhibit 628(B) ........................................................................... Appx7227

Trial Exhibit 629 ................................................................................ Appx7229

Trial Exhibit 630(A) ........................................................................... Appx7230

Trial Exhibit 630(B) ........................................................................... Appx7244

Trial Exhibit 631 ................................................................................ Appx7247

Trial Exhibit 632 ................................................................................ Appx7248

Trial Exhibit 633 ................................................................................ Appx7252

Defense Exhibit 138 -
The-Message-Game, Written by Ice White ......................................... Appx7253

Defense Exhibit 139 -
Extracted Page from The-Message-Game, Written by Ice White ...... Appx7413

Government Exhibit 721 and Defense Exhibit 143 -
Boox Chat ........................................................................................... Appx7414

Exhibit B to Fischbach Declaration -
Declaration of Jeffrey M. Fischbach, for Defendant, Dated August 14, 2024,
with Attachment
(ECF Doc. No. 321-2) ...............................................................Appx7415

MR. BROWN: The government moves to admit and publish Exhibit 715-A.

THE COURT: Any objection?

MR. EKELAND: No objection.

THE COURT: 715-A is admitted.

(Government's Exhibit 715-A, admitted.)

BY MR. BROWN:

Q. So, Agent Rovensky, I direct you to page 3.

And there's a line there that begins "Finish."

Do you see that line?

A. I do.

Q. Could you read that line?

A. "Finish registration on Binance. See what kind of KYC registration do they need."

Q. And what does KYC stand for?

A. Know your customer.

Q. And a little bit further down that same page there's a -- there should be a bullet that starts "If and/or when." There towards the bottom.

Do you see that "If and/or when"?

A. I see it.

Q. Could you please read that line?

A. "If and/or when the Bitstamp will release the funds, withdraw everything from there. They are assholes."

Q. And then turning to page 4. In the middle of the page

there should be a bullet that starts "Make a plan."  Or -- see it there in the middle of the screen?

A.  I see it.

Q.  Could you just read that full asterisk or bullet entry there?

A.  "Make a plan for what safety measures I want to put in place and when and how to finish them.  Also relating to that now, I want to do some traveling.  So far I've been postponing this all the time because it does not seem that important to me, not that urgent."

Q.  And then we can close that out.

And I would like to direct your attention to Exhibit 709-B.  And this is a longer document, but I just want to direct your attention to portions of this.

Do you recognize this document, 709-B?

A.  I do.

Q.  And is this one of the files that was -- is this a translation of one of the files recovered from the defendant's devices?

A.  This is a translation of one of the defendant's files.

Q.  And so I would like to direct your attention to page 5 of this exhibit.

MR. BROWN:  And the government moves to admit and publish, for purposes of this exhibit, this view, and then we can publish the next view of this file if --

THE COURT:  Okay.  So I will go ahead and I'm going

to admit 709-B, subject to our discussion.

(Government's Exhibit 709-B, admitted.)

BY MR. BROWN:

Q. And towards the bottom of that page do you see a paragraph that begins, "What I'm..."

A. Yes.

Q. Could you read that paragraph?

A. "What I'm starting to understand is that money is one of the foundational things in my life and it's very different from everything else meanwhile. The goal is to get as much money as fuck and to adjust my life, factoring this in."

Q. And then if we could shut that down for the jury, please.

And then turn to page 23 and pause here.

MR. BROWN: And the government moves to admit and publish this view of Exhibit 709-B.

THE COURT: Any objection to publishing page 23?

MR. EKELAND: No, Your Honor.

THE COURT: All right then. So 709-B is already admitted subject to what we discussed, but you can publish page 23.

(Whereupon, the exhibit was published.)

BY MR. BROWN:

Q. And, Agent Rovensky, down towards the bottom of that page, do you see a paragraph that begins "When one"?

A. Yes.

Q. Could you read that paragraph?

A. "When one creates commercials of various services, one can make those very commercials with a bunch of words that are understandable only to the interested dudes who understand this matter. First, they will understand that the services were made for them. Second, there will be far less chance that the service will get too much attention from someone unwanted."

Q. And we can close that down.

MR. BROWN: Your Honor, I would like to have the witness examine a file that contains passwords that we would prefer not to publish to the gallery, but we -- if it's possible to publish to the jury, but not the gallery, when we get to that point.

THE COURT: Just let us know when.

MR. BROWN: Is that possible, to just --

THE COURT: Yes. I think we just turn that screen there, right?

THE COURTROOM DEPUTY: You have to turn the screen around. There's no other way to do it.

THE COURT: Tell us when we're ready. I would like to have as much as possible published to the gallery. So just tell us when you're doing that and I can direct it be turned.

MR. BROWN: Yes, Your Honor.

BY MR. BROWN:

Q. Now, Agent Rovensky, did the investigation team recover a

file referred to as Psafe or export_HQ1?

A. Yes, we did.

Q. Was this a file recovered from one of the defendant's electronic devices?

A. It was. It was on one of his thumb drives.

Q. And I'm showing you what has been marked as Government Exhibit 702.

Do you recognize this document?

A. Yes, I do.

Q. And what do you recognize this document to be?

A. This -- this is an extract from one of the defendant's devices.

Q. And have you previously reviewed this electronic -- the electronic copy of this exhibit?

A. I have.

Q. And does this exhibit appear to be a fair and accurate copy of the information that was extracted from the defendant's device?

A. It is.

MR. BROWN: The government moves to admit and publish to the jury Exhibit 702.

THE COURT: All right. So 702 is admitted and may be published to the jury.

(Whereupon, the exhibit was published.)

THE COURT: And without objection, Mr. Pearlman can

turn the screen.

THE COURTROOM DEPUTY: You know what? I can just turn it off.

THE COURT: That's an easier way to do it. Thank you.

All right. Let us know when we can turn that back on.

MR. BROWN: Yes, Your Honor.

THE COURT: Just for the record and members of -- those who are watching, this is just to protect personal privacy issues.

BY MR. BROWN:

Q. Now, Agent Rovensky, could you explain what this -- what this file appears to contain?

A. This file contains a spreadsheet. It's basically a list of over 100 of the defendant's accounts, various accounts, with the user names, passwords, other information, like a date when the account may have been created.

On the very right, there's a notes column that for some accounts has notes in them.

Q. And then moving back all the way to the left. I wanted to walk through a few of these entries.

So looking at -- well, first of all, what is the heading for column A?

A. Group/title.

Q. And what's the heading for column B?

A.   User name.

Q.   And then what's the heading for column C?

A.   Password.

Q.   So I would like to direct your attention to row 12.

Do you see the entry on row 12?

A.   I do.

Q.   And looking at column A, can you tell what sort of account is indicated in column 12?

A.   This refers to the defendant's Kraken crypto exchange account.

Q.   What is listed as the username for this account?

A.   MoonVPN.

Q.   Did the defendant, in fact, have an account with Kraken in the name of -- or, associated with the name moonVPN?

A.   He did.  He had a Kraken account, and one of them was associated with moonVPN.

Q.   And then scrolling down to line 28, under column A, what sort of account is indicated under column A?

A.   This refers to the defendant's namecheap account.

Q.   In column B, what is the username associated with that namecheap account?

A.   The moniker Kellerman.

Q.   Is that the same moniker that we saw in the namecheap account records associated with the defendant?

A.   Yes, it is.

Q. And then one line before that, line 27, what sort of account is indicated here?

A. This refers to the defendant's Ramnodek account.

Q. What is indicated in column B here?

A. His email, heavydist@gmail.com.

Q. Was that the email that defendant used in signing up for Ramnodek?

A. Yes, it is.

Q. Scrolling down to line 58, what sort of account is listed here?

A. This refers to the defendant's Bitcoin Wiki account.

Q. Under column B, what is the username associated with this?

A. The username is Killdozer.

Q. Could we quickly flip over to Exhibit 865, which I believe has previously been admitted.

And looking at this -- we previously looked at this. Who is this email from?

A. We did previously look at it. This email is from Bitcoin wiki, wiki@bitcoin.it to the defendant, addressing him as KillDozer at his heavydist@gmail.com account.

Q. And could you read just the first line of that email, starting with "Someone, probably you."

A. "Someone, probably you, from IP address 83.248.132.4 has registered an account KillDozer with this email address on Bitcoin."

Q. And then flipping back to Exhibit 702. Does that appear to correspond with the entry shown in column B for line 58?

A. Yes, it does.

Q. And then moving down to line 133, under column A, what sort of account is indicated here?

A. This refers to the defendant's account on Silk Road.

Q. And what is the username associated with that account?

A. Pas.

Q. Is that in column B?

A. It is.

Q. And just looking at the password, without reading out the password, can you describe the components of that password?

A. There's a word and then there's a series of numbers.

Q. And just looking at the same view -- without scrolling up and down, but the same view -- do you see other passwords that appear to use that same word and/or components of that same password?

A. Yes. The defendant repeatedly used either this password or variations of the word in this password for many of his accounts.

Q. And by the way, are some of the entries in column A, do they include the notation "white"?

A. Some of them do.

Q. And so I would like to direct your attention to line 100. And under column A, what is listed there -- what sort of

account is listed there?

A. This refers to the defendant's Liberty Reserve account and next to the initials LR it says "WHITE" in all capital letters.

Q. And then in column B what is the username associated with that account?

A. The moniker jacksonson.

Q. If we could open up Exhibit 402, which has previously been admitted. Is this the defendant's Liberty Reserve account information?

A. It is.

Q. What's the account name for this account?

A. The account name for this account is Jacksonson.

Q. What is the email address associated with it?

A. Heavydist@gmail.com.

Q. And did the defendant use his true name in opening this account here?

A. Yes. This is the Liberty Reserve account in the defendant's true name, and in rows 8 and 9 you see Roman Sterlingov.

Q. And then going back to Exhibit 702, directing your attention to line 105, under column A, what sort of account is indicated here?

A. This refers to the defendant's Mt. Gox crypto exchange account, and next to Mt. Gox, in capital letters, it says "WHITE."

Q. And then is there another word after "WHITE"?

A. Plasma.

Q. Then what is the username in column B?

A. The user name is roso987341870.

Q. And if we flip over to Exhibit 406-E, which has previously been admitted, is this the user information for the defendant's Mt. Gox account?

A. Yes, it is.

Q. And did he open this account in his true name?

A. He opened this Mt. Gox account in his true name.

Q. Now, going back to Exhibit 702, directing your attention to line 129. And what sort of account is indicated in column A for line 129?

A. This refers to the defendant's account on Reddit.

Q. And what is the username listed in column B?

A. All one word CaptainClearanceOver.

Q. If you look at the password in column C, without reading it a loud, is that password similar to, in part, to the defendant's Silk Road password?

A. Yes.

Q. And are Reddit posts publicly available?

A. Reddit posts are publicly available.

Q. And I would like to direct your attention to an exhibit that has not yet been published, which is Exhibit 54.

Do you recognize Exhibit 54?

A. Yes, I do. These are the public posts by the defendant's CaptainClearanceOver Reddit account.

Q. And did you screenshot these posts to yourself?

A. I did.

Q. And does Exhibit 54 -- is this a fair and accurate representation of the CaptainClearanceOver public posts on Reddit?

A. It is.

The government moves to admit Exhibit 54 and publish.

THE COURT: Any objection?

MR. EKELAND: No objection.

THE COURT: Exhibit 54 is admitted and may be published to the jury.

(Whereupon, Exhibit 54 was admitted.)

THE COURTROOM DEPUTY: Mr. Brown, can I turn the TV back on, or not yet?

MR. BROWN: We can here. We're going to go back to that 702 in just a minute, but we can turn it back on for now.

THE COURTROOM DEPUTY: That's okay.

MR. BROWN: I'll let you know when we're done with 702.

BY MR. BROWN:

Q. So looking at Exhibit 54, directing your attention to page 3, and the third full post up from the bottom of page 3.

THE COURT: Mr. Pearlman, perhaps I can ask you to be

the one to sort of switch the screen on and off as we show passwords.

There you go.  Thank you.

MR. BROWN:  And looking at where we are in the document here -- and I may have miscounted the posts up from the bottom -- but looking at this view, in the -- about halfway down, do you see a message that begins with the words "It's still"?

A.  I do.

Q.  And what is the subject line or subject heading for that message?

A.  The subject heading is "LocalBitcoins requires everyone to verify Hodl.  Hodl invites everyone to join."

Q.  And then what does CaptainClearanceOver state in that post?

A.  He writes, "It's still everyone.  It just means that if you are in the U.S., you need to use a VPN.  They just can't write it explicitly, but everyone understands it because they are explicitly -- have no KYC."

Q.  And then on the following page -- scroll down just a little bit further.  And pausing here.

And sort of in the middle of the screen, do you see a post that starts "It is absolutely"?

A.  Yes.

Q.  Could you read that full post there?

A.  "It is absolutely Bitstamp's fault.  All exchanges are

regulated by the same regulatory bodies, but only Bitstamp goes to these lengths, because they are cowards."

Q. And then I would like to skip all the way down to page 12 here. And this longer post in the middle of the page, on page 12, starting "Yes. Government."

A. "Yes. Government intervention is major systemic threat to Bitcoin. This is not news. So you would be very stupid to just sleep happily and think that nothing can happen to it. Pirating music is not the same thing at all. For example, imagine there being no exchanges now. How useful would Bitcoin be? About 1 percent of its usefulness now? And all exchanges that exist currently have licenses for governments. Try to run an unlicensed exchange and see what happens to you and how long it takes before SWAT comes kim.com-style. It would not even be hard for governments to revoke those licenses whenever they want, if they want to. So far they haven't been wanting to."

That's it.

Q. Can you tell from the document what the date of this post was?

A. Approximately six years ago.

Q. And directing your attention -- this is the last time. And, actually, let's close the public gallery view.

Thank you to my colleague, Mr. Pearlman.

Flipping back over to Exhibit 702, could I direct your attention to line 83? And under column A, what sort of account

is indicated here?

A.  This refers to the defendant's account on exploit.

Q.  And what is exploit?

A.  Exploit -- in this case exploit is .in, is a long-running Russian-speaking cyber criminal forum.

Q.  And under column B, what is the username indicated here?

A.  The username is "Meth!"

Q.  Did you find other evidence that the defendant had at least one other exploit account?

A.  Yes.  He has at least another exploit.in account as well.

Q.  So directing your attention to Exhibit 893, which has not yet been admitted.

Do you recognize Exhibit 893?

A.  I do.  This is a record produced pursuant to law enforcement requests for the defendant's spam@plasmadivision.com email address.

Q.  Is this a fair and accurate representation of the records that were produced to law enforcement for the plasmadivision.com emails?

A.  It is.

MR. BROWN:  The government moves to admit and publish Exhibit 893.

THE COURT:  Any objection?

MR. EKELAND:  No objection.

THE COURT:  All right.  893 is admitted and may be

published to the jury.

And should the screen go back on now?

MR. BROWN: Yes, it can for this.

THE COURT: Okay.

(Government's Exhibit 893, admitted and published.)

BY MR. BROWN:

Q. And, Agent Rovensky, what is the date of this email message?

A. October 14th, 2008.

Q. Who is it delivered to?

A. It is delivered to the defendant at spam@plasmadivision.com.

Q. And who is it sent from?

A. It is sent from admin@exploit.in.

Q. What is the subject line?

A. Registration at exploit.in forum.

Q. And looking at the very top of the message, is there an English word or words at the very top of the message?

A. There is. The first word is the "To."

Q. What do you understand that word to represent?

A. So that was the defendant's moniker or username on exploit.in for this account.

Q. And then -- maybe we don't need to go back to Exhibit 702. But what was the moniker listed in Exhibit 702?

A. On Exhibit 702 the spreadsheet with all the user names and passwords, the -- that username for the defendant on exploit.in

is Meth!.

Q. Now, are user posts on exploit.in, are those -- can somebody view those publicly?

A. They can be viewed publicly if you have an exploit.in account.

Q. Have you had an occasion to view posts within the exploit.in website?

A. I have.

Q. And how did you view those posts?

A. I used an exploit.in account that was set up by law enforcement.

Q. And were you able to review public posts made on exploit.in by the user Meth!?

A. I did. I reviewed the defendant's posts on exploit.in using his Meth! account.

Q. And were screenshots captured showing those posts?

A. Yes, they were.

Q. And were translations prepared of those posts?

A. Yes. The posts were in Russian and they were translated.

Q. And I would like to direct your attention to two exhibits that I believe were conditionally admitted last week, but they have -- let's not publish them yet, please.

So Exhibit 55 and 55-A.

And do you recognize Exhibits 55 and 55-A?

A. I do. 55 are the public posts made by the defendant using

his Meth! exploit.in account in Russian and 55-A is the translation of those posts.

Q. And just a note on the formatting of 55-A.

Is there also -- well, first of all, what is the original source language for these posts?

A. Russian.

Q. And then in 55-A, is there some Russian still shown?

A. That's right. 55-A shows the Russian post and followed by the translated post.

MR. BROWN: The government moves to admit Exhibit -- admit and publish Exhibits 55 and 55-A.

THE COURT: Any objection?

MR. EKELAND: Yes. Just 403 and also hearsay.

THE COURT: These are all statements by "Meth!"?

MR. BROWN: Yes, Your Honor.

(A bench conference was held as follows:)

THE COURT: Okay.

MR. EKELAND: So it's hearsay because the fact that he has a password to the account doesn't necessarily mean that he's speaking. Numerous people can have the login. So we're making the hearsay objection.

And also on 403 grounds, there's -- this is highly prejudicial. There's nothing in here actually discussing the operation of Bitcoin Fog.

And so I think there's also a 401 objection. This is

just an attempt by the government to tar Mr. Sterlingov with the appellation of being some kind of Russian hacker, which he's not, and it's not accurate. The testimony that we've gotten from Mr. Rovensky, that this is purely a hacker forum.

So without more, the defense submits that the government has not laid a foundation that this is actually Mr. Sterlingov speaking.

THE COURT: All right. Well, that -- that argument I'm unpersuaded by. I'm unpersuaded on the hearsay argument.

But if you want to address the 403 issue, Mr. Brown?

MR. BROWN: Yes, Your Honor.

I think each of the -- the posts that we seek to admit and publish and highlight for the jury goes towards Mr. Sterlingov's knowledge of the darknet, Silk Road, Bitcoin. These are all key parts of the government's case in terms of showing his awareness of -- not only his ability and aptitude for accessing Tor, the darknet, darknet markets, but also the knowledge that -- of what is sold on darknet markets and -- and, again, his aptitude and ability with respect to Bitcoin.

There are also references to specific payment methods that have been brought up in the testimony already, references to Mr. Sterlingov's use of Liberty Reserve and other payment methods that I -- I think it -- this is all part of the, you know, the overall fabric of his knowledge and state of mind, you know, during and after the time that the Bitcoin Fog was

established.

MR. EKELAND: Your Honor --

THE COURT: Just a second.

Do I have a copy of this in the -- in the binder with the translation?

MR. BROWN: Yes, Your Honor. It should be in there. It should be Exhibit 55-A.

THE COURT: Okay.

MR. BROWN: The Russian is followed -- so there's a page -- there will be a page with Russian and then a page with the English translation sort of appended on top of where the Russian text was.

THE COURT: Okay.

MR. EKELAND: Your Honor, as the government admits, this is cumulative evidence and it's needlessly cumulative. As the government just said, it is just reiterating points that they've already made in testimony. We've heard, I think, numerous times now about the Tor and the darknet. They brought in evidence about Silk Road.

There's nothing in here about the operation of Bitcoin Fog. As a matter of fact, I don't think I've heard anything -- you know, unless you assume that they're correct in their identification of Akemashite Omedetou. This is needlessly cumulative and the government is putting on a case that is essentially of guilt by association.

It's not necessary to make their case.  There is nothing in it that talks about the operation of Bitcoin Fog.

THE COURT:  All right.  So I want -- I want to take a look at it, so give me a minute here to take a look at the exhibit.

MR. EKELAND:  Yes, Your Honor.

(Whereupon, the bench conference concludes.)

(Pause.)

THE COURT:  The objection is overruled.

MR. BROWN:  So the government moves to admit and publish Exhibit 55-A.

THE COURT:  Exhibit 55-A is admitted and may be published to the jury.

(Government's Exhibit 55-A, admitted and published.)

BY MR. BROWN:

Q.  Agent Rovensky, starting with page 1 of 55-A.

First of all, is this the document with the translations in it?

A.  Yes.

Q.  If you could look to page 2, and then back to page 1.

What does page 1 show here?

A.  A post made by the defendant using his Meth! account on Exploit, on October 5th, 2011.

Q.  And looking at page 1 here, is this the format in which those posts would have appeared?

A.   This is how they appear on the forum.

Q.   And on the left is -- is there a graphic or something that you see?

A.   There is.  There is an avatar.

Q.   And is that an avatar associated with Meth!?

A.   Yes, it is.

Q.   So I would like to flip forward to page 33 and then 34. Let's start with 33.

So, first of all, looking at this post, what is the date of this post?

A.   January 16, 2012.

Q.   And how does -- January 16th, 2012, how does that relate in time to the launch of Bitcoin Fog?

A.   This is about two and a half months after Bitcoin Fog launched.

Q.   And just before we flip forward, looking at that top line there, is there any English in that line that you can see?

A.   There is.  At the end of the sentence you can see it says "Tor hidden service."

Q.   Okay.  And you can clear that out.

And I would like to flip to the next page.

Is this the translation of that post?

A.   This is the translation of that post.

Q.   And I would like you to read that -- that post in full, please.

A. "Folks, I will share with you an awesome idea. Stop struggling and get a Tor hidden service :ph34r: For years, drugs are sold and, unfortunately, child pornography distributed through it, while it is known that ordinary sites will not only get instant abuse reports, but also not every anti-abuse hosting dares it. And all because if you configure such a server correctly, then no matter how hard one tries, no one will fucking find where it is... Thank me later." Smily face. "Also, like Silk Road, go ahead and accept payments in Bitcoins, then you will not be intimidated by even the U.S. government."

Q. And then if we could flip back to page 29 of this same document, please.

And what is the date of this post here?

A. This post is dated December 8th, 2011.

Q. And how does December 8th, 2011 relate in time to the launch of Bitcoin Fog?

A. This is about six weeks or so after the launch of Bitcoin Fog.

Q. If we could flip to the next page.

Is the -- this the English translation on the next page here?

A. It is.

Q. And could you read that whole post, please?

A. "For what and for whom? We live in a chaotic world and

there is no 100 percent protection from anything at all. There are only levels and probabilities that you will be found, imprisoned, shot. As far as I understand, that's why you want VPN. The more money you launder, the darker the schemes you crank out, the more information about you is leaking to the network, et cetera, the higher is this probability. The more proxies, VPNs and Tors you use, the more clever schemes you utilize, the more you think about what you're doing and the less you communicate and chatter in general, the lower is this probability. So it's up to you."

Q. I would like to direct your attention to page 2 of this document.

And what is the date of the post here?

A. This is October 5th, 2011.

Q. And how does October 5th, 2011 relate in time to the launch of Bitcoin Fog?

A. This is a few weeks before Bitcoin Fog was launched.

Q. And could you read this whole post here?

A. The defendant writes: "Can you recommend any up-to-date service that does not ask too many questions, where you can buy a virtual Visa card, well, or MasterCard, for Liberty Reserve or another anonymous currency? The physical card itself is not needed, just a number that can be used to pay on the internet. So far I've found only one that seems to be doing this, Aurum XChange Company, but they don't accept new card registrations

now."

Q. And I would like to direct your attention to page 9.

Now, is this a longer post on exploit.in?

A. I believe so. If I could see the rest of it?

Yes. This is a long post.

Q. And then if we could flip to page 13 of this.

And about a third of the way down the screen there's a paragraph beginning "Purely practically."

A. I see it.

Q. Can you read that first sentence there?

A. "Purely practically, at the moment, Bitcoin is freely transferred to Liberty Reserve and many other online payment systems."

Q. And then if you could drop down to the last paragraph there.

Could you read the first sentence, beginning with the word "However"?

A. "However, even now you can use Bitcoins to buy, for example, hosting, VPN, servers, pay for the work of some dudes on the internet. You can use them for gambling in casinos and generally buy a lot of things in online stores. For a complete list, see the official Bitcoin Wiki website. And there is" --

Q. And -- oh, go ahead.

A. "There is one list here. I seem to have seen it somewhere else, too. But, of course, there are also a bunch of services

that are not yet on such lists."

Q. And could we continue on to the next page, please?

Could you --

THE COURT: Before you ask the next question, can you clarify -- there's certain text that is struck out and I -- I don't know and the jury may not know whether that was from the translation or whether that was in the original. So if you can maybe clarify that with the witness.

MR. BROWN: Yes.

BY MR. BROWN:

Q. Agent Rovensky, could we flip back a few pages so we can see the Russian version of this text -- or, this post.

And does there -- does there appear to be certain text where the -- there are words in Russian with a strikethrough in them?

A. Yes. As you can see it right here (indicating), right here. This is how it appeared on Exploit.

Q. And do the English translations reproduce those strikethroughs?

A. Yes, they do.

Q. Going down to page 14. And this is a continuation of that post.

Could you read those first two full paragraphs, beginning with the word "Also"?

A. "Also, do not forget that you can buy interesting things on

Silk Road with Bitcoins.  Well, LSD, cocaine or meth, and other hard to do things -- hard to find things, as an example.  Well, what am I talking about?  Almost any hard-to-get things.  At the same time, everything is -- everything perfectly legal -- struck out -- is of excellent quality, which is achieved by the feedback system.

"The weed there is rumored to be 100 times better than you get from your local dealer, the dealer who gets it from God-knows-where and who perhaps is on the valiant cop's radars with your address in their notebook.  This site is accessible only through Tor.  If you have Tor, just go to the link HTTP://ianxz6zefk72ulzz.onion.

"By the way, the mere fact that this site has been existing for so long is reassuring.  In America, a bunch of Senators have already unequivocally announced that I will fuck your Silk Road.  This is a violation of all laws over there.  It is against the Constitution.  We will shut down everything.  Bitcoin will disappear, Silk Road will be locked up in Guantanamo Bay, et cetera."

Q.  Could we turn to page 16 of this document, please.

And what is the date of this post?

A.  November 14th, 2011.

Q.  And how does November 14th, 2011 relate in time to the launch of Bitcoin Fog?

A.  Just a couple of weeks after Bitcoin Fog was launched.

Q.   And could you read the text starting "And how"?

A.   "And how to buy a dedicated server anonymously?  LOL.  But seriously, that's why I love Liberty Reserve.  It's all through the browser."

Q.   And could we turn to page 26, please.

And could you read this post in full?

A.   "Why doesn't anyone write about Tor?  Use VPN, plus Proxy, or VPN plus Tor and good luck, have fun."  Winky face emoji.

Q.   I would like to turn to page 28.  And could you read those first two full paragraphs of the post here on page 28, please?

A.   "Oh, come on.  Those are completely different things.  We are talking about anonymity; that is, that they will not figure out your IP address based on connection.  In this regard, the Tor is really more trustworthy, where the algorithms pick three different hosts through which the traffic runs and everything between them is encrypted ten times.  The first two can even log every bit.  Everything is encrypted anyway.  That is at the network level.  It doesn't matter to what and how you connect.  Even the addresses are not visible.

"The last exit node can log your traffic as well as any VPN.  But what is SSL for, if not for such cases?  Almost all services that are of any interest support SSL.  Naturally one needs to check the certificates, but if someone worries about security and at the same time screws with certificates, this is no long a problem with the law."  Smiley face.

"Even if you send something using another way, not SSL, the exit node will not even see your real IP address."

Q. I would like to skip forward to page 40 of this document, please. And what's the date of this post?

A. April 24th, 2018.

Q. And so that's a much more recent post, isn't it?

A. This is much more recent, yes.

Q. Can you read this full post, please?

A. Sure. The defendant writes, "There is very little useful information in the article. All that has been known for a long time. Binance was not bought by any bank or cartel of banks, but simply cooperates with them. If you do not cooperate with banks, you will not be able to accept bank payments. This is how the system works.

"The KYC/AML, of course, has been around. It exists now and will exist in the future. Nevertheless, it still seems to be in Binance. Nowadays no one will allow the exchange to work normally without these things.

"The only thing is, it's not about banks. The KYC/AML are a constant pain in the ass for banks, forced on them for implementation by regulators, namely, governments and international political community. Banks waste a lot of money and time on KYC all the time. FATCA alone is worth so much.

"The KYC in exchanges is not going anywhere, but that's not bad news. It's good news. This legitimizes

cryptocurrencies. Cryptocurrencies themselves, as they were semi-anonymous, some even anonymous, will remain as such. Yes, sometimes you have to transfer a little money to different wallets. Exchanges are just gateways to the world of banking and laundering. Just use them correctly and carefully. The more such exchanges there are now, the KYC jerking around with questions, with blocking bank transfers, with all this crap, the more pure cryptocurrencies get legitimacy, the more you will be able in 10, 20, 100 years to pay for everything and everywhere with cryptocurrencies without registering on exchanges at all."

Q. And then I would like to direct your attention to page 44 of this document. And what's the date of this post?

A. December 29th, 2019.

Q. And could you read that second paragraph beginning "The difficulty lies"?

A. "The difficulty lies in the fact that physical access to the computer allows attacks against it in many different ways. In the simplest case, if a regular cop shows up and does not just turn off the computer -- which would be the best option, since disk encryption will be activated -- then most likely he will first try to move the mouse, keyboard to see if access is available through the console.

"If one creates a script that would respond to the movement of the physical mouse and keyboard, this will already

provide a protection, at least from the simplest enemy."

MR. BROWN: Court's indulgence.

(Pause.)

MR. BROWN: The government passes the witness.

THE COURT: All right. So, Mr. Ekeland, I don't know if you want to get going? We're going to adjourn in ten minutes.

MR. EKELAND: I would prefer just to adjourn for the day, start tomorrow.

THE COURT: All right. We can do that.

All right. It's almost quarter of five, so we'll adjourn for the day. Let's get started tomorrow morning at 9 a.m.

And don't discuss the case with anybody and don't do any type of research. And I'll see you tomorrow at 9 a.m.

(Whereupon the jurors leave the courtroom.)

THE COURT: All right. The witness can step down as well. I just direct that you not discuss your testimony with anybody until it's complete. So, thank you.

Anything to address before we adjourn for the evening?

MR. BROWN: No, Your Honor.

THE COURT: Mr. Ekeland?

MR. EKELAND: No, Your Honor.

THE COURT: Okay. I will see you all at 9 o'clock.

THE COURTROOM DEPUTY:  This court is adjourned.

*   *   *

CERTIFICATE OF OFFICIAL COURT REPORTER

I, JANICE DICKMAN, do hereby certify that the above and foregoing constitutes a true and accurate transcript of my stenographic notes and is a full, true and complete transcript of the proceedings to the best of my ability.

Dated this 20th day of February, 2024

_____

Janice E. Dickman, CRR, CMR, CCR
Official Court Reporter
Room 6523
333 Constitution Avenue, N.W.
Washington, D.C.  20001

INDEX

WITNESS:
    Leo Rovensky
        Direct Examination (Cont.) By Mr. Brown........... 2

GOVERNMENT EXHIBITS - Admitted
    Exhibit 37............................................................ 39
    Exhibit 43............................................................ 53
    Exhibit 54............................................................ 87
    Exhibit 55............................................................ 93
    Exhibit 55-A.......................................................... 96

    Exhibit 421........................................................... 14
    Exhibits 422-A through 427-C.......................................... 16
    Exhibit 430........................................................... 17
    Exhibit 435-A......................................................... 19
    Exhibit 436........................................................... 18

    Exhibits 428 and 429.................................................. 9
    Exhibit 702........................................................... 80
    Exhibit 709-B......................................................... 78
    Exhibit 710-A......................................................... 48
    Exhibit 711-A......................................................... 68

    Exhibit 713........................................................... 74
    Exhibit 715-A......................................................... 76
    Exhibit 820 and 820-B................................................. 60
    Exhibit 834........................................................... 21
    Exhibit 835, 836, and 837............................................. 22

    Exhibit 838........................................................... 61
    Exhibit 839........................................................... 24
    Exhibit 841........................................................... 26
    Exhibit 845........................................................... 27
    Exhibit 846........................................................... 4

    Exhibit 849........................................................... 10
    Exhibit 850........................................................... 31
    Exhibit 853........................................................... 29
    Exhibit 856........................................................... 6
    Exhibit 857........................................................... 32

    Exhibits 858, 859, and 860............................................ 10
    Exhibit 863 and 863-B................................................. 55
    Exhibit 864 and 864-A................................................. 51
    Exhibit 867........................................................... 49
    Exhibit 868........................................................... 46
    Exhibit 893........................................................... 90
                    *   *   *

| $ | | 5 |
|---|---|---|
| **$20.37** [1] - 11:11 | 43:10, 47:13, 47:18, 47:19, 47:24, 48:2, 48:4, 48:5, 48:9, 96:20, 99:11 | **5** [1] - 77:20 |
| **$205** [1] - 43:6 | **2.09893** [1] - 12:19 | **5,000** [1] - 21:20 |
| **$205.09** [1] - 43:18 | **20** [1] - 105:9 | **5-0** [1] - 71:19 |
| **$32.77** [1] - 48:2 | **2001** [1] - 72:22 | **50** [4] - 70:25, 71:19, 71:20, 71:25 |
| **$32.92** [1] - 48:3 | **2008** [1] - 91:9 | **50,000** [1] - 20:7 |
| **$800** [1] - 20:1 | **2010** [1] - 20:4 | **50K** [2] - 68:23, 69:5 |
| **$96.08** [1] - 11:23 | **2011** [7] - 96:23, 98:15, 98:16, 99:14, 99:15, 102:22, 102:23 | **521-A** [3] - 33:20, 39:25, 42:7 |
| ' | **2012** [7] - 51:23, 55:18, 56:2, 56:11, 57:7, 97:11, 97:12 | **53** [1] - 70:2 |
| **'forgot** [1] - 62:8 | **2013** [15] - 3:13, 4:21, 11:1, 11:20, 21:18, 23:11, 23:17, 24:1, 26:24, 28:2, 30:1, 31:17, 32:25, 33:1, 50:5 | **53,000** [1] - 70:2 |
| **1** | **2014** [1] - 20:4 | **54** [7] - 86:24, 86:25, 87:5, 87:9, 87:12, 87:14, 87:23 |
| **1** [5] - 89:11, 96:16, 96:20, 96:21, 96:24 | **2017** [4] - 18:15, 44:10, 44:11, 66:11 | **55** [4] - 92:23, 92:24, 92:25, 93:11 |
| **10** [3] - 68:24, 69:7, 105:9 | **2018** [4] - 42:22, 43:6, 43:12, 104:5 | **55-A** [12] - 92:23, 92:24, 93:1, 93:3, 93:7, 93:8, 93:11, 95:7, 96:11, 96:12, 96:14, 96:16 |
| **100** [5] - 81:15, 84:24, 99:1, 102:7, 105:9 | **2018-09** [1] - 70:16 | **58** [2] - 83:9, 84:2 |
| **100,000** [1] - 75:3 | **2019** [1] - 105:14 | **5th** [5] - 23:17, 24:1, 96:23, 99:14, 99:15 |
| **100-dollar** [1] - 49:25 | **2020** [1] - 18:13 | **5YJXCCE45LF 278319** [1] - 18:11 |
| **105** [1] - 85:21 | **2021** [2] - 34:3, 38:11 | **6** |
| **10:03:43** [2] - 42:24, 43:7 | **2030** [1] - 27:2 | **6** [10] - 47:14, 47:20, 47:21, 47:24, 48:2, 48:6, 48:9, 64:25, 73:12, 73:19 |
| **10K** [1] - 31:25 | **205** [1] - 43:2 | |
| **10K-ish** [1] - 31:25 | **209** [1] - 49:12 | **7** |
| **11** [2] - 62:11, 70:14 | **21st** [1] - 3:13 | **7** [3] - 25:22, 25:24, 41:7 |
| **11-A** [1] - 65:15 | **23** [3] - 78:13, 78:16, 78:20 | **700** [1] - 35:12 |
| **11th** [1] - 32:25 | **24th** [1] - 104:5 | **702** [12] - 80:7, 80:21, 80:22, 84:1, 85:20, 86:11, 87:18, 87:21, 89:24, 91:22, 91:23, 91:24 |
| **12** [6] - 42:7, 82:4, 82:5, 82:8, 89:3, 89:5 | **25** [4] - 21:12, 21:19, 36:19, 72:11 | **709-B** [6] - 77:12, 77:14, 78:1, 78:2, 78:15, 78:18 |
| **129** [2] - 86:12, 86:13 | **25th** [1] - 28:2 | **710** [2] - 34:18, 35:13 |
| **12th** [1] - 26:24 | **26** [3] - 21:18, 40:17, 103:5 | **710-A** [11] - 34:16, 34:17, 34:19, 35:6, 35:9, 37:23, 38:20, 40:15, 48:12, 48:14, 64:6 |
| **13** [2] - 50:7, 100:6 | **27** [4] - 44:6, 44:16, 45:7, 83:1 | |
| **133** [1] - 84:4 | **27th** [1] - 23:11 | **711** [1] - 65:25 |
| **13th** [1] - 18:12 | **28** [7] - 11:1, 44:6, 44:17, 45:8, 82:17, 103:9, 103:10 | **711-A** [7] - 64:11, 64:14, 64:21, 64:23, 65:16, 68:1, 68:5 |
| **14** [1] - 101:21 | **28th** [4] - 4:21, 42:22, 43:6, 43:12 | **713** [1] - 74:3 |
| **14:03:42** [1] - 43:12 | **29** [1] - 98:12 | |
| **14th** [6] - 8:5, 56:2, 56:11, 91:9, 102:22, 102:23 | **29th** [1] - 105:14 | |
| **15** [1] - 75:17 | **3** | |
| **15-minute** [1] - 63:3 | **3** [6] - 30:6, 44:22, 72:11, 76:8, 87:24 | |
| **1500** [1] - 19:20 | **3-D** [1] - 56:17 | |
| **15th** [4] - 11:20, 31:17, 55:18, 57:7 | **30** [1] - 70:10 | |
| **16** [3] - 65:23, 97:11, 102:20 | **30-page** [1] - 35:21 | |
| **16th** [2] - 51:23, 97:12 | | |
| **1930** [1] - 21:22 | | |
| **1988** [1] - 8:5 | | |
| **1Ct9** [1] - 28:23 | | |
| **1st** [1] - 50:5 | | |
| **2** | | |
| **2** [14] - 33:24, 40:1, | | |

| 3 | 4 |
|---|---|
| **30th** [1] - 34:3 | **4** [1] - 76:25 |
| **31** [1] - 41:12 | **4,860** [1] - 70:5 |
| **32** [2] - 41:18, 41:23 | **4.14** [1] - 70:16 |
| **33** [2] - 97:7, 97:8 | **4.30316** [1] - 13:4 |
| **34** [1] - 97:7 | **40** [3] - 24:4, 24:9, 104:3 |
| **37** [4] - 38:19, 39:7, 39:10, 39:12 | **401** [2] - 51:11, 93:25 |
| **39511743** [1] - 42:8 | **402** [1] - 85:7 |
| **3:19** [1] - 63:12 | **403** [4] - 51:11, 93:13, 93:22, 94:10 |
| **3:20** [1] - 63:3 | **406-E** [1] - 86:5 |
| **3:35** [1] - 63:3 | **41** [1] - 70:25 |
| **3:39** [1] - 63:12 | **412** [1] - 37:15 |
| **3:40** [1] - 63:2 | **420-F** [1] - 25:17 |
| **3a** [3] - 46:19, 46:20, 48:9 | **421** [4] - 13:14, 13:24, 14:5, 14:7 |
| | **422-A** [5] - 15:16, 15:18, 16:1, 16:4, 16:6 |
| | **427-C** [5] - 15:16, 15:18, 16:1, 16:4, 16:6 |
| | **428** [6] - 8:10, 8:19, 8:24, 9:2, 9:4, 9:7 |
| | **429** [5] - 8:11, 8:19, 8:24, 9:2, 9:4 |
| | **43** [6] - 52:23, 52:25, 53:7, 53:13, 53:15, 54:9 |
| | **430** [5] - 16:14, 16:18, 16:22, 17:3, 17:5 |
| | **435-A** [4] - 18:20, 19:3, 19:6, 19:8 |
| | **436** [4] - 17:17, 17:25, 18:3, 18:5 |
| | **44** [1] - 105:12 |
| | **443-A** [1] - 44:21 |
| | **443-C** [3] - 43:9, 45:7, 47:12 |
| | **468** [1] - 9:25 |
| | **4th** [1] - 30:1 |

**713-A** [1] - 73:12
**715-A** [5] - 75:14, 75:16, 76:2, 76:5, 76:6
**7269** [1] - 58:4
**736421** [1] - 50:9
**7th** [1] - 44:11

## 8

**8** [5] - 25:22, 25:25, 70:19, 70:21, 85:18
**80** [1] - 57:21
**820** [7] - 59:18, 59:21, 59:25, 60:8, 60:11, 60:13, 60:16
**820-B** [7] - 59:19, 59:23, 60:3, 60:8, 60:11, 60:13, 60:19
**83** [1] - 89:25
**83.248.132.4** [1] - 83:23
**83.248.64.79** [1] - 45:10
**834** [4] - 20:13, 20:22, 21:3, 21:5
**835** [8] - 21:23, 21:25, 22:3, 22:11, 22:14, 22:16, 22:19, 23:4
**836** [6] - 22:1, 22:3, 22:11, 22:14, 22:16, 23:12
**837** [6] - 22:1, 22:4, 22:11, 22:14, 22:16, 23:22
**838** [5] - 61:2, 61:3, 61:10, 61:15, 61:17
**839** [6] - 24:11, 24:13, 24:20, 24:23, 24:25, 26:3
**841** [4] - 26:7, 26:16, 26:19, 26:21
**842** [5] - 2:20, 2:22, 3:5, 3:8, 3:10
**845** [7] - 27:7, 27:15, 27:18, 27:20, 28:13, 28:15, 28:17
**846** [12] - 4:4, 4:6, 4:13, 4:16, 4:18, 10:1, 10:2, 10:3, 10:13, 10:19, 10:21, 10:25
**849** [8] - 10:2, 10:3, 10:13, 10:19, 10:21, 11:12
**85.214.195.196** [1] - 45:11
**850** [4] - 30:22, 31:5, 31:8, 31:10
**853** [4] - 29:2, 29:11, 29:14, 29:16
**856** [6] - 5:24, 6:2, 6:7,

6:10, 6:12
**857** [4] - 32:3, 32:12, 32:15, 32:17
**858** [8] - 10:2, 10:3, 10:13, 10:15, 10:17, 10:19, 10:21, 11:24
**859** [5] - 10:2, 10:3, 10:13, 10:15, 12:9
**860** [6] - 10:2, 10:3, 10:13, 10:19, 10:21, 12:20
**863** [8] - 54:14, 54:18, 54:22, 55:1, 55:4, 55:7, 55:9, 55:12
**863-B** [8] - 54:14, 54:20, 54:21, 54:25, 55:4, 55:7, 55:9, 56:3
**864** [8] - 50:20, 50:22, 50:25, 51:2, 51:9, 51:12, 51:14, 51:17
**864-A** [9] - 50:20, 50:22, 51:1, 51:5, 51:9, 51:12, 51:14, 52:3, 53:21
**865** [1] - 83:14
**867** [5] - 48:23, 48:25, 49:8, 49:11, 49:13
**868** [5] - 45:19, 45:21, 46:4, 46:7, 46:9
**893** [5] - 90:11, 90:13, 90:22, 90:25, 91:5
**8th** [3] - 44:10, 98:15, 98:16

## 9

**9** [5] - 85:18, 100:2, 106:13, 106:15, 106:25
**90** [1] - 57:21

## A

**a.m** [4] - 42:24, 43:7, 106:13, 106:15
**ability** [2] - 94:16, 94:19
**able** [10] - 2:17, 5:6, 5:19, 13:12, 57:23, 59:8, 75:4, 92:12, 104:13, 105:9
**absolutely** [2] - 88:22, 88:25
**abuse** [2] - 98:5, 98:6
**accept** [4] - 14:21, 98:9, 99:25, 104:13
**accepts** [1] - 14:24
**access** [7] - 54:3, 59:7, 62:5, 62:7, 62:21, 105:17, 105:22
**accesses** [1] - 59:9

**accessible** [1] - 102:11
**accessing** [1] - 94:17
**accidental** [1] - 67:14
**according** [2] - 19:19, 19:20
**account** [83] - 3:23, 4:8, 5:6, 6:1, 9:17, 9:20, 9:22, 10:7, 12:8, 13:12, 14:12, 17:7, 17:9, 17:11, 25:11, 25:13, 25:20, 26:11, 27:10, 29:6, 30:25, 32:7, 33:23, 37:18, 39:21, 41:25, 42:4, 45:13, 45:23, 49:2, 51:1, 54:19, 61:5, 62:8, 73:3, 81:17, 82:7, 82:10, 82:11, 82:13, 82:15, 82:18, 82:19, 82:21, 82:24, 83:2, 83:3, 83:9, 83:11, 83:20, 83:24, 84:5, 84:6, 84:7, 85:1, 85:2, 85:5, 85:8, 85:11, 85:12, 85:16, 85:17, 85:21, 85:24, 86:7, 86:9, 86:10, 86:12, 86:14, 87:2, 89:25, 90:2, 90:9, 90:10, 91:21, 92:5, 92:10, 92:15, 93:1, 93:19, 96:22
**accounts** [6] - 33:16, 69:10, 81:15, 81:19, 84:20
**accurate** [24] - 4:9, 10:8, 13:20, 20:17, 22:7, 29:7, 31:1, 39:2, 49:3, 51:2, 51:5, 53:3, 54:22, 54:25, 59:25, 60:3, 61:6, 73:22, 73:25, 75:23, 80:16, 87:5, 90:17, 94:3
**accurately** [12] - 2:25, 6:2, 8:20, 15:21, 16:18, 17:21, 18:24, 24:16, 26:12, 27:11, 32:8, 45:24
**achieved** [1] - 102:5
**acquire** [1] - 58:6
**acquirer** [1] - 14:23
**activate** [2] - 3:23, 5:5
**activated** [1] - 105:21
**activation** [1] - 5:7
**addition** [1] - 20:9
**additional** [1] - 63:25
**Additionally** [1] - 18:9
**additionally** [2] - 18:11, 45:3

**address** [40] - 2:24, 3:22, 5:2, 6:17, 6:18, 20:16, 22:6, 23:6, 24:15, 25:6, 28:10, 28:21, 37:4, 37:6, 37:21, 37:24, 38:2, 38:8, 40:24, 41:16, 43:25, 44:2, 44:25, 45:10, 46:17, 47:21, 48:8, 48:9, 52:15, 52:16, 52:19, 83:23, 83:24, 85:13, 90:16, 94:10, 102:10, 103:13, 104:2, 106:20
**Address** [1] - 23:7
**Address..** [1] - 22:21
**addressed** [1] - 46:17
**addresses** [10] - 36:2, 36:25, 40:18, 41:3, 41:5, 44:16, 45:9, 52:1, 52:2, 103:19
**addressing** [1] - 83:19
**adjourn** [4] - 106:6, 106:8, 106:12, 106:20
**adjust** [1] - 78:11
**admin@exploit.in** [1] - 91:13
**admissibility** [1] - 67:10
**admit** [51] - 3:4, 4:12, 6:6, 8:23, 10:12, 13:23, 15:24, 15:25, 16:21, 17:24, 19:2, 20:21, 22:10, 24:19, 26:15, 27:14, 28:12, 28:16, 29:10, 31:4, 32:11, 35:5, 35:6, 39:6, 46:3, 48:12, 48:14, 49:7, 51:9, 53:6, 53:13, 55:4, 60:8, 61:9, 64:21, 67:8, 67:18, 68:1, 68:5, 74:14, 76:1, 77:22, 78:1, 78:14, 80:20, 87:9, 90:21, 93:10, 93:11, 94:13, 96:10
**admits** [1] - 95:14
**admitted** [97] - 2:21, 3:8, 3:10, 4:5, 4:16, 4:18, 5:24, 6:10, 6:12, 9:2, 9:4, 10:20, 10:22, 13:15, 14:5, 14:7, 16:5, 16:6, 17:3, 17:5, 18:3, 18:5, 19:6, 19:8, 21:3, 21:5, 21:24, 22:14, 22:16, 24:12, 24:23, 24:25, 25:18, 26:8, 26:19, 26:21, 27:18, 27:20, 28:14, 28:15, 29:14, 29:16, 31:8, 31:10, 32:4, 32:15,

32:17, 33:21, 34:17, 36:4, 36:11, 36:12, 37:16, 38:19, 39:10, 39:12, 39:25, 43:8, 44:21, 45:20, 46:7, 46:9, 48:24, 49:11, 49:13, 50:8, 50:21, 51:12, 51:14, 52:24, 53:15, 54:16, 55:7, 55:9, 60:7, 60:11, 60:13, 61:15, 61:17, 64:3, 64:23, 76:5, 76:6, 78:2, 78:19, 80:22, 83:15, 85:8, 86:6, 87:12, 87:14, 90:12, 90:25, 91:5, 92:21, 96:12, 96:14

**Adobe** [1] - 70:21
**advantage** [1] - 47:10
**adventure** [1] - 39:16
**afternoon** [2] - 61:19, 63:2
**agencies** [2] - 13:11, 14:17
**agent** [1] - 71:13
**Agent** [43] - 2:12, 2:22, 3:12, 9:7, 16:8, 18:7, 19:10, 20:9, 21:7, 26:23, 28:21, 30:19, 32:19, 33:15, 34:5, 36:18, 37:17, 38:24, 39:14, 45:21, 46:11, 48:20, 49:15, 50:19, 50:22, 51:17, 53:17, 54:17, 55:12, 60:16, 61:23, 63:21, 64:10, 68:15, 73:13, 74:21, 76:8, 78:23, 79:25, 81:12, 91:7, 96:16, 101:11
**ago** [1] - 89:20
**agree** [1] - 65:6
**agreed** [2] - 65:7, 67:15
**agreement** [2] - 18:22, 68:7
**ahead** [4] - 35:24, 77:25, 98:9, 100:23
**Akemashite** [2] - 50:6, 95:23
**algorithms** [1] - 103:14
**allcommander@ mailinator.com** [1] - 41:17
**allow** [3] - 48:14, 74:15, 104:17
**allowed** [2] - 16:12
**allows** [1] - 105:18
**almost** [4] - 63:2,

102:3, 103:21, 106:11
**alone** [1] - 104:23
**alpha** [3] - 18:20, 34:19, 75:16
**alternatives** [1] - 57:20
**America** [1] - 102:14
**amount** [3] - 43:16, 70:9, 70:15
**announced** [1] - 102:15
**annual** [1] - 20:6
**anonymity** [1] - 103:12
**anonymizing** [1] - 50:16
**anonymous** [5] - 50:17, 72:22, 99:22, 105:2
**anonymously** [1] - 103:2
**answer** [2] - 62:13, 62:20
**anti** [1] - 98:6
**anti-abuse** [1] - 98:6
**any"** [1] - 73:1
**anyway** [2] - 33:12, 103:17
**apartment** [3] - 18:18, 18:23, 18:25
**API** [1] - 45:4
**appear** [21] - 6:20, 21:13, 23:1, 23:13, 26:3, 28:3, 37:9, 40:23, 43:21, 44:2, 51:24, 52:4, 55:19, 55:23, 60:17, 62:2, 80:16, 84:1, 84:16, 97:1, 101:13
**appeared** [2] - 96:25, 101:17
**appellation** [1] - 94:2
**appended** [1] - 95:11
**April** [3] - 11:20, 31:17, 104:5
**aptitude** [2] - 94:16, 94:19
**archived** [1] - 53:3
**archived.org** [1] - 53:1
**area** [2] - 15:5, 19:12
**argument** [2] - 94:8, 94:9
**arise** [1] - 58:20
**arrested** [2] - 34:5, 73:17
**article** [8] - 41:11, 52:11, 52:13, 53:2, 53:18, 58:25, 59:2, 104:10
**aside** [1] - 67:6

**ass** [2] - 72:21, 104:20
**asserted** [1] - 53:14
**assholes** [1] - 76:24
**associated** [11] - 18:11, 44:16, 82:14, 82:16, 82:20, 82:24, 83:12, 84:7, 85:4, 85:13, 97:5
**association** [1] - 95:25
**assume** [1] - 95:22
**assuming** [1] - 66:12
**asterisk** [1] - 77:4
**asterisks** [1] - 72:8
**attaches** [1] - 8:3
**attacks** [1] - 105:18
**attempt** [1] - 94:1
**attention** [66] - 2:20, 4:4, 5:23, 8:10, 9:24, 10:25, 11:12, 13:14, 14:9, 15:15, 16:13, 17:7, 17:14, 17:17, 18:20, 20:13, 21:23, 24:11, 25:17, 25:22, 26:7, 27:7, 29:2, 30:22, 32:3, 33:20, 34:16, 36:18, 37:11, 38:16, 38:18, 42:6, 43:9, 45:19, 48:17, 48:23, 50:9, 50:19, 52:23, 54:14, 59:18, 61:2, 63:24, 64:10, 64:25, 70:24, 73:11, 73:19, 75:13, 77:11, 77:13, 77:20, 79:7, 82:4, 84:24, 85:21, 86:11, 86:23, 87:23, 89:21, 89:25, 90:11, 92:20, 99:11, 100:2, 105:12
**August** [2] - 8:5, 51:23
**Aurum** [1] - 99:24
**authority** [1] - 73:5
**automatically** [1] - 62:10
**available** [4] - 57:20, 86:21, 86:22, 105:23
**avatar** [2] - 97:4, 97:5
**average** [2] - 30:11, 30:15
**avoid** [1] - 67:13
**awareness** [1] - 94:16
**awesome** [1] - 98:1

**B**

**B2B** [1] - 14:18
**bad** [1] - 104:25
**badmadafacker@ hotmail.com** [1] - 51:21
**balance** [1] - 72:14

**bank** [5] - 72:12, 73:3, 104:11, 104:13, 105:7
**banking** [1] - 105:4
**banks** [6] - 72:19, 104:11, 104:13, 104:19, 104:20, 104:22
**based** [4] - 40:23, 45:12, 46:21, 103:13
**basis** [1] - 20:11
**Bay** [1] - 102:19
**bc** [1] - 28:25
**beginning** [7] - 62:5, 73:1, 74:24, 100:8, 100:16, 101:24, 105:15
**begins** [6] - 18:8, 66:14, 76:9, 78:5, 78:24, 88:7
**below** [3] - 5:8, 42:3, 70:9
**bench** [3] - 65:3, 93:16, 96:7
**beneath** [6] - 36:23, 38:5, 41:9, 41:14, 41:21, 42:14
**Benjamin's** [1] - 50:1
**best** [2] - 7:22, 105:20
**better** [1] - 102:7
**between** [3] - 56:25, 75:1, 103:16
**biggest** [1] - 57:21
**bill** [1] - 49:25
**Binance** [8] - 37:13, 37:17, 37:20, 69:15, 69:21, 76:13, 104:11, 104:17
**binder** [7] - 8:11, 10:16, 15:15, 35:11, 65:24, 66:1, 95:4
**binders** [2] - 65:13, 65:14
**birth** [1] - 8:4
**birthday** [1] - 8:2
**bit** [12] - 30:16, 33:1, 39:17, 40:11, 41:13, 53:24, 54:1, 58:1, 65:11, 76:17, 88:20, 103:17
**bitcoaster.com** [3] - 40:4, 40:8, 40:9
**Bitcoin** [48] - 2:14, 9:21, 12:18, 12:19, 13:4, 20:10, 23:6, 28:10, 28:21, 30:20, 43:5, 44:14, 46:12, 48:21, 50:1, 54:2, 56:13, 56:14, 57:11, 57:14, 57:17, 57:22, 58:2, 58:9, 58:12, 83:11, 83:18, 83:25, 89:7, 89:10, 93:24,

94:14, 94:19, 94:25, 95:21, 96:2, 97:13, 97:14, 98:17, 98:19, 99:16, 99:17, 100:11, 100:22, 102:18, 102:24, 102:25

**Bitcoin.org** [1] - 57:11

**Bitcoins** [6] - 50:16, 58:6, 58:15, 98:10, 100:18, 102:1

**BitcoinTalk** [1] - 50:7

**bitcointalk.org** [2] - 57:12, 58:4

**Bitfinex** [2] - 69:16, 70:15

**BitPay** [7] - 42:16, 43:6, 43:8, 45:1, 45:6, 47:12, 47:16

**Bitstamp** [5] - 68:18, 68:23, 69:5, 76:23, 89:1

**Bitstamp's** [1] - 88:25

**block** [5] - 7:9, 7:10, 7:13, 41:15, 41:24

**blockchain** [1] - 70:12

**blocked** [1] - 62:12

**blocking** [1] - 105:7

**bodies** [1] - 89:1

**body** [8] - 5:1, 11:8, 11:21, 12:6, 12:16, 13:2, 23:5, 25:9

**bold** [2] - 66:11, 66:16

**book** [2] - 14:22, 75:5

**boot** [1] - 64:12

**borrow** [1] - 35:12

**bottom** [28] - 6:23, 6:24, 7:7, 7:8, 18:8, 21:17, 23:4, 23:5, 28:6, 28:7, 30:2, 33:3, 38:1, 38:3, 40:17, 41:23, 41:24, 55:22, 55:25, 56:6, 65:10, 71:7, 72:25, 76:19, 78:4, 78:23, 87:24, 88:6

**bought** [1] - 104:11

**box** [2] - 3:18, 3:22

**brackets** [1] - 66:12

**break** [6] - 61:19, 62:25, 63:2, 63:4, 63:8, 75:1

**briefly** [1] - 51:17

**bring** [3] - 48:16, 68:8, 72:20

**brought** [2] - 94:21, 95:18

**BROWN** [133] - 2:3, 2:11, 3:4, 3:11, 4:12, 4:19, 6:6, 6:13, 7:3, 7:6, 8:23, 9:6, 10:12, 10:23, 13:23, 14:8,

16:7, 16:21, 17:6, 17:24, 18:6, 19:2, 19:9, 20:21, 21:6, 22:10, 22:18, 24:19, 25:1, 26:15, 26:22, 27:14, 27:21, 28:12, 28:20, 29:10, 29:17, 31:4, 31:11, 32:11, 32:18, 34:19, 34:21, 35:5, 35:10, 35:25, 36:5, 36:13, 36:17, 38:21, 38:23, 39:6, 39:13, 45:16, 45:18, 46:3, 46:10, 48:11, 48:18, 48:19, 49:7, 49:14, 51:8, 51:16, 53:6, 53:12, 53:16, 55:3, 55:7, 55:11, 60:6, 60:15, 61:9, 61:20, 61:22, 62:24, 63:9, 63:14, 63:20, 64:2, 64:9, 64:20, 64:24, 65:8, 65:12, 67:4, 67:16, 68:11, 68:14, 69:9, 71:3, 71:9, 71:12, 72:2, 74:2, 74:10, 74:12, 74:18, 74:20, 75:16, 75:18, 76:1, 76:7, 77:22, 78:3, 78:14, 78:22, 79:9, 79:15, 79:23, 79:24, 80:20, 81:7, 81:11, 87:17, 87:20, 87:22, 88:4, 90:21, 91:3, 91:6, 93:10, 93:15, 94:11, 95:6, 95:9, 96:10, 96:15, 101:9, 101:10, 106:2, 106:4, 106:22

**brown** [8] - 2:9, 35:24, 63:19, 65:21, 66:8, 67:3, 87:15, 94:10

**browser** [5] - 45:4, 58:18, 58:19, 58:22, 103:4

**BTC** [8] - 9:22, 12:8, 21:12, 21:19, 22:21, 69:15, 69:23, 70:16

**BTC-e** [3] - 9:22, 12:8, 69:15

**bugs** [1] - 58:20

**bullet** [8] - 68:21, 70:17, 71:1, 71:14, 76:18, 77:1, 77:4

**bunch** [4] - 67:1, 79:3, 100:25, 102:14

**bundle** [2] - 58:19, 58:22

**bunker** [1] - 70:22

**business** [8] - 14:18, 25:15, 31:20, 46:12,

47:1, 47:9, 72:17

**businesses** [1] - 13:11

**buy** [9] - 31:24, 33:12, 52:20, 53:19, 99:20, 100:18, 100:21, 101:25, 103:2

**buyer** [4] - 26:1, 43:24, 44:1, 44:18

**BY** [52] - 2:11, 3:11, 4:19, 6:13, 7:6, 9:6, 10:23, 14:8, 16:7, 17:6, 18:6, 19:9, 21:6, 22:18, 25:1, 26:22, 27:21, 28:20, 29:17, 31:11, 32:18, 34:21, 36:17, 38:23, 39:13, 45:18, 46:10, 48:19, 49:14, 51:16, 53:16, 55:11, 60:15, 61:22, 63:20, 64:9, 64:24, 68:14, 69:9, 71:12, 72:2, 74:20, 75:18, 76:7, 78:3, 78:22, 79:24, 81:11, 87:22, 91:6, 96:15, 101:10

## C

**calculated** [1] - 75:4

**cannot** [1] - 59:7

**capital** [2] - 85:3, 85:24

**CapO** [3] - 19:22, 20:2

**CaptainClearanceOver** [4] - 86:16, 87:2, 87:6, 88:14

**capture** [1] - 53:1

**captured** [1] - 92:16

**card** [15] - 5:1, 5:2, 5:3, 5:4, 5:5, 5:6, 7:16, 7:18, 8:2, 14:21, 14:23, 14:24, 99:21, 99:22, 99:25

**cardholder** [1] - 14:15

**cards** [3] - 4:2, 5:19, 16:12

**carefully** [1] - 105:5

**carrying** [2] - 34:6, 73:16

**cartel** [1] - 104:11

**case** [10] - 7:21, 25:12, 45:3, 63:5, 90:4, 94:15, 95:24, 96:1, 105:19, 106:14

**cases** [1] - 103:21

**cash** [1] - 56:25

**casinos** [1] - 100:20

**cat** [1] - 60:24

**catch** [2] - 20:24, 67:5

**centralized** [1] - 57:19

**Centregold** [1] - 62:7

**centregoldsupport@ support@centregold. com** [1] - 62:1

**certain** [4] - 34:11, 35:25, 101:5, 101:13

**certainly** [2] - 58:1, 67:7

**certificates** [2] - 103:23, 103:24

**cetera** [7] - 54:6, 57:1, 58:20, 59:11, 72:17, 99:6, 102:19

**chance** [4] - 54:8, 67:21, 67:23, 79:6

**chaotic** [1] - 98:25

**characters** [1] - 27:3

**chatter** [1] - 99:9

**check** [1] - 103:23

**checks** [1] - 58:22

**child** [1] - 98:3

**chronological** [2] - 56:7, 56:8

**chunk** [3] - 73:1, 74:23, 74:25

**circle** [1] - 40:8

**clarify** [2] - 101:5, 101:8

**clear** [5] - 40:7, 40:10, 71:16, 97:20

**clever** [1] - 99:7

**click** [1] - 62:8

**client** [2] - 14:13, 15:8

**clients** [2] - 14:16, 16:12

**close** [28] - 8:6, 9:23, 13:5, 15:10, 17:13, 18:14, 20:8, 24:10, 26:6, 27:6, 30:18, 32:2, 33:14, 38:17, 48:10, 50:18, 52:22, 54:13, 59:14, 61:1, 62:23, 70:23, 71:18, 73:10, 75:12, 77:10, 79:8, 89:22

**closing** [1] - 29:2

**cocaine** [1] - 102:1

**coconut** [1] - 72:19

**coconut-crocodile** [1] - 72:19

**code** [1] - 62:20

**coin** [1] - 70:1

**coins** [2] - 33:5, 69:23

**colleague** [1] - 89:23

**collecting** [1] - 43:3

**collectively** [1] - 14:16

**column** [35] - 26:1, 42:13, 44:8, 44:12, 44:23, 44:24, 45:7, 47:15, 47:16, 47:18,

81:18, 81:23, 81:25, 82:2, 82:7, 82:8, 82:17, 82:18, 82:20, 83:4, 83:12, 84:2, 84:4, 84:9, 84:21, 84:25, 85:4, 85:21, 86:3, 86:12, 86:15, 86:17, 89:25, 90:6

**Column** [1] - 44:25

**combination** [1] - 60:18

**Combinator** [1] - 41:11

**comfortable** [2] - 66:15, 66:21

**coming** [3] - 38:20, 53:14, 65:18

**commercials** [2] - 79:2, 79:3

**Commodities** [1] - 44:14

**communicate** [1] - 99:9

**Communication** [1] - 19:22

**community** [1] - 104:22

**companies** [3] - 5:19, 5:20, 14:22

**Company** [1] - 99:25

**company** [13] - 2:13, 5:14, 5:18, 7:14, 7:18, 13:10, 14:13, 15:14, 18:25, 20:3, 37:8, 46:24, 73:6

**complete** [2] - 100:21, 106:19

**completely** [3] - 52:10, 73:6, 103:11

**complex** [1] - 57:3

**components** [2] - 84:12, 84:16

**compound** [1] - 75:8

**computer** [3] - 7:2, 105:18, 105:20

**concludes** [1] - 96:7

**conditional** [1] - 67:10

**conditionally** [6] - 34:17, 50:21, 54:15, 60:7, 64:3, 92:21

**conduct** [1] - 63:6

**confer** [1] - 48:15

**conference** [3] - 65:3, 93:16, 96:7

**configure** [1] - 98:6

**connect** [1] - 103:18

**connection** [1] - 103:13

**console** [1] - 105:23

**constant** [1] - 104:20

**Constitution** [1] - 102:17

**consultation/ financial** [1] - 46:20

**consulting** [1] - 19:16

**Cont** [1] - 2:10

**contain** [2] - 6:21, 81:13

**contains** [2] - 79:10, 81:14

**contemplating** [1] - 49:23

**content** [9] - 20:18, 24:16, 26:12, 27:11, 28:7, 30:3, 31:1, 32:8, 45:24

**continuation** [3] - 23:13, 23:23, 101:21

**continue** [7] - 2:9, 53:22, 57:8, 58:10, 63:19, 71:15, 101:2

**controls** [1] - 45:13

**conversation** [2] - 23:23, 25:7

**cool** [2] - 23:9, 66:19

**cooperate** [1] - 104:12

**cooperates** [1] - 104:12

**cop** [1] - 105:19

**cop's** [1] - 102:9

**copies** [3] - 8:16, 10:8, 22:7

**copy** [19] - 4:9, 6:2, 13:20, 29:7, 31:1, 51:2, 51:5, 53:3, 54:22, 54:25, 59:25, 60:4, 61:6, 73:22, 73:25, 75:23, 80:14, 80:16, 95:4

**corporate** [1] - 46:20

**correct** [4] - 5:22, 36:4, 59:11, 95:22

**correctly** [2] - 98:7, 105:5

**correspond** [2] - 43:21, 84:2

**counsel** [1] - 65:13

**counterparties** [1] - 25:14

**couple** [2] - 52:11, 102:25

**course** [6] - 30:14, 50:14, 54:5, 58:15, 100:25, 104:15

**court** [2] - 68:12, 69:3

**COURT** [127] - 2:2, 2:8, 3:6, 3:8, 4:14, 4:16, 6:8, 6:10, 7:5, 8:25, 9:2, 10:14, 10:19, 13:25, 14:5, 16:2, 16:4,

16:23, 17:3, 18:1, 18:3, 19:4, 19:6, 20:23, 21:3, 22:12, 22:14, 24:21, 24:23, 26:17, 26:19, 27:16, 27:18, 28:14, 28:19, 29:12, 29:14, 31:6, 31:8, 32:13, 32:15, 35:7, 35:15, 35:23, 36:3, 36:6, 36:15, 38:20, 38:22, 39:8, 39:10, 45:17, 46:5, 46:7, 48:14, 49:9, 49:11, 51:10, 51:12, 53:8, 53:10, 53:13, 55:5, 60:9, 60:11, 61:11, 61:15, 61:18, 63:1, 63:8, 63:11, 63:13, 63:15, 63:19, 64:7, 64:22, 65:16, 65:20, 66:4, 66:8, 67:3, 67:21, 67:25, 68:5, 68:13, 69:1, 71:5, 71:11, 71:22, 71:25, 74:4, 74:8, 74:14, 76:3, 76:5, 77:25, 78:16, 78:18, 79:14, 79:16, 79:20, 80:22, 80:25, 81:4, 81:8, 87:10, 87:12, 87:25, 90:23, 90:25, 91:4, 93:12, 93:14, 93:17, 94:8, 95:3, 95:8, 95:13, 96:3, 96:9, 96:12, 101:4, 106:5, 106:10, 106:17, 106:23, 106:25

**court's** [1] - 106:2

**courtroom** [4] - 2:5, 63:7, 63:16, 106:16

**COURTROOM** [10] - 2:6, 34:18, 34:20, 63:17, 75:15, 75:17, 79:18, 81:2, 87:15, 87:19

**cowards** [1] - 89:2

**crank** [1] - 99:5

**crap** [2] - 66:19, 105:7

**crazy** [1] - 23:21

**created** [1] - 81:17

**creates** [2] - 79:2, 105:24

**creating** [1] - 48:21

**criminal** [1] - 90:5

**crocodile** [1] - 72:19

**crypto** [2] - 82:9, 85:23

**cryptocurrencies** [3] - 105:1, 105:8, 105:10

**Cryptocurrencies** [1] - 105:1

**cryptocurrency** [2] -

69:10, 69:18

**cumulative** [3] - 95:15, 95:24

**currencies** [2] - 5:7, 57:17

**currency** [4] - 30:8, 46:25, 53:24, 99:22

**customer** [1] - 76:16

**customers** [1] - 72:16

**Cutajar** [1] - 46:16

**cyber** [1] - 90:5

**D**

**damn** [1] - 57:1

**dangerzone.today** [1] - 40:2

**dares** [1] - 98:6

**darker** [1] - 99:4

**darknet** [5] - 94:14, 94:17, 94:18, 95:18

**date** [32] - 3:12, 4:20, 8:4, 10:25, 11:19, 23:10, 23:16, 23:25, 26:23, 28:1, 29:25, 31:16, 32:24, 42:20, 43:11, 50:4, 51:22, 55:17, 56:1, 56:10, 56:12, 57:5, 81:16, 89:18, 91:7, 97:9, 98:14, 99:13, 99:19, 102:21, 104:4, 105:13

**dated** [1] - 98:15

**dates** [2] - 20:2, 44:8

**de** [1] - 57:22

**deal** [2] - 30:6, 72:18

**dealer** [2] - 102:8

**dear** [1] - 46:24

**debit** [1] - 4:1

**December** [4] - 44:11, 98:15, 98:16, 105:14

**deciding** [1] - 66:24

**decrypt** [1] - 59:11

**dedicated** [1] - 103:2

**defendant** [34] - 6:16, 9:19, 11:9, 11:22, 12:18, 18:23, 30:5, 30:14, 32:21, 33:6, 33:9, 43:5, 44:3, 46:14, 47:8, 49:18, 51:19, 55:14, 56:22, 61:24, 82:13, 82:24, 83:6, 83:19, 84:18, 85:15, 90:8, 91:11, 91:25, 92:25, 96:22, 99:19, 104:9

**defendant's** [47] - 2:23, 4:7, 10:6, 12:8, 15:6, 22:6, 29:5, 31:23, 32:6, 39:1, 41:5, 45:22,

46:23, 49:1, 54:18, 59:22, 60:1, 61:4, 64:1, 64:17, 64:18, 73:16, 73:23, 75:20, 77:17, 77:19, 80:3, 80:11, 80:17, 81:15, 82:9, 82:19, 83:3, 83:11, 84:6, 85:2, 85:8, 85:18, 85:23, 86:6, 86:14, 86:19, 87:1, 90:2, 90:15, 91:20, 92:14

**defense** [2] - 65:13, 94:5

**delaying** [2] - 68:24, 69:6

**delivered** [4] - 5:2, 18:12, 91:10, 91:11

**delivery** [1] - 5:4

**Dellmont** [2] - 48:5, 48:7

**deposit** [2] - 42:14, 42:15

**DEPUTY** [10] - 2:6, 34:18, 34:20, 63:17, 75:15, 75:17, 79:18, 81:2, 87:15, 87:19

**describe** [2] - 43:4, 84:12

**described** [1] - 47:7

**description** [1] - 47:2

**design** [2] - 49:16, 49:24

**designed** [1] - 59:4

**detail** [1] - 52:12

**details** [12] - 6:25, 9:8, 11:3, 11:14, 12:1, 12:11, 12:22, 15:8, 17:8, 46:12, 47:1, 58:2

**determined** [1] - 57:18

**developer** [2] - 19:18, 19:24

**device** [1] - 80:18

**devices** [9] - 34:6, 34:8, 34:24, 34:25, 64:1, 75:20, 77:18, 80:4, 80:12

**different** [12] - 9:19, 28:16, 33:16, 35:20, 35:21, 65:18, 73:7, 78:9, 103:11, 103:15, 105:3, 105:18

**difficult** [3] - 57:3, 58:1, 69:19

**difficulties** [1] - 7:3

**difficulty** [2] - 105:16, 105:17

**digits** [1] - 10:1

**DIRECT** [1] - 2:10

**direct** [30] - 9:24, 15:15, 16:13, 36:18,

37:11, 45:19, 48:23, 50:19, 59:18, 63:24, 64:10, 65:9, 70:24, 73:11, 73:19, 75:13, 76:8, 77:11, 77:13, 77:20, 79:22, 82:4, 84:24, 86:23, 89:24, 92:20, 99:11, 100:2, 105:12, 106:18

**directed** [1] - 46:15

**directing** [38] - 2:20, 4:4, 5:23, 8:10, 10:24, 11:12, 13:14, 14:9, 17:7, 17:14, 17:17, 18:20, 20:13, 21:23, 24:11, 25:17, 25:22, 26:7, 27:7, 29:2, 30:22, 32:3, 33:20, 34:16, 38:16, 38:18, 42:6, 43:9, 50:9, 52:23, 54:14, 61:2, 64:25, 85:20, 86:11, 87:23, 89:21, 90:11

**directly** [1] - 7:22

**dirty** [1] - 72:24

**disappear** [1] - 102:18

**discuss** [3] - 63:5, 106:14, 106:18

**discussed** [2] - 74:15, 78:19

**discussing** [2] - 68:1, 93:23

**discussion** [2] - 64:22, 78:1

**disk** [1] - 105:21

**disposable** [1] - 41:10

**disrupted** [1] - 58:15

**distributed** [1] - 98:4

**distributor** [1] - 9:10

**document** [41] - 35:21, 36:1, 38:24, 39:22, 40:15, 40:17, 41:6, 41:12, 41:19, 48:12, 48:16, 51:6, 59:24, 60:1, 60:4, 60:22, 64:13, 64:16, 65:9, 65:17, 65:19, 65:22, 65:24, 66:6, 67:11, 73:12, 73:13, 75:19, 75:20, 77:12, 77:14, 80:8, 80:10, 88:5, 89:18, 96:17, 98:13, 99:12, 102:20, 104:3, 105:13

**documents** [9] - 7:20, 7:21, 8:10, 8:13, 8:17, 59:15, 64:5, 64:19, 75:21

**dollar** [6] - 43:16, 47:23, 47:25, 48:2,

48:3, 70:2

**dollars** [9] - 11:11, 11:23, 19:20, 20:7, 43:2, 43:18, 68:23, 69:5, 70:3

**Dom** [1] - 70:21

**domain** [8] - 33:18, 34:2, 34:4, 37:1, 39:24, 40:2, 40:4, 52:16

**domains** [1] - 40:19

**DomVPN** [1] - 69:16

**done** [4] - 7:16, 56:23, 61:18, 87:20

**down** [42] - 18:7, 19:10, 24:6, 30:2, 33:3, 33:11, 37:2, 37:4, 38:1, 39:17, 40:11, 41:13, 44:5, 44:22, 50:10, 55:22, 55:25, 56:6, 65:11, 68:4, 69:3, 69:20, 71:18, 72:25, 74:25, 75:12, 76:17, 78:12, 78:23, 79:8, 82:17, 83:9, 84:4, 84:15, 88:7, 88:19, 89:3, 100:7, 100:14, 101:21, 102:17, 106:17

**Drive** [3] - 59:16, 59:22, 60:1

**drive** [2] - 73:16, 73:23

**driver's** [2] - 7:18, 8:3

**drives** [2] - 64:17, 80:5

**drop** [1] - 100:14

**dropping** [1] - 56:6

**drug** [3] - 52:20, 53:19, 58:24

**drugs** [1] - 98:3

**dudes** [2] - 79:4, 100:19

**during** [3] - 5:3, 58:23, 94:25

### E

**earliest** [1] - 56:1

**easier** [2] - 65:13, 81:4

**easy** [2] - 58:11, 69:2

**editor** [1] - 56:18

**effect** [1] - 53:12

**either** [2] - 72:18, 84:18

**Ekeland** [7] - 48:15, 65:8, 65:21, 66:4, 67:5, 106:5, 106:23

**EKELAND** [66] - 2:4, 3:7, 4:15, 6:9, 9:1, 10:15, 14:1, 14:4, 16:3, 16:24, 17:2, 18:2, 19:5, 20:24, 21:2, 22:13, 24:22, 26:18, 27:17,

29:13, 31:7, 32:14, 35:8, 35:11, 35:18, 39:9, 45:14, 46:6, 49:10, 51:11, 53:9, 53:11, 55:6, 60:10, 61:12, 61:14, 63:10, 65:1, 65:4, 65:10, 65:15, 65:17, 65:22, 66:5, 66:10, 67:9, 67:23, 68:3, 68:10, 71:6, 71:10, 71:24, 74:5, 74:11, 74:13, 76:4, 78:17, 87:11, 90:24, 93:13, 93:18, 95:2, 95:14, 96:6, 106:8, 106:24

**electronic** [12] - 5:7, 8:16, 34:6, 34:8, 34:9, 34:11, 46:25, 63:25, 73:16, 80:4, 80:13, 80:14

**eliminate** [1] - 75:8

**email** [91] - 2:23, 2:25, 3:1, 3:12, 3:19, 4:7, 4:9, 4:20, 5:25, 6:14, 9:25, 10:7, 10:25, 11:2, 11:4, 11:8, 11:13, 11:21, 12:16, 12:21, 13:2, 17:11, 20:15, 20:16, 20:17, 20:18, 21:7, 21:8, 21:11, 21:17, 23:14, 23:18, 23:23, 24:3, 24:15, 25:6, 25:10, 26:23, 27:22, 28:1, 28:3, 28:6, 29:19, 31:12, 31:16, 32:24, 33:16, 36:25, 37:4, 37:6, 37:13, 37:21, 37:24, 38:8, 39:21, 40:18, 40:24, 41:3, 41:5, 41:16, 43:25, 44:2, 44:15, 44:18, 44:19, 45:10, 46:11, 46:13, 47:4, 47:19, 47:21, 52:5, 52:6, 53:2, 55:16, 55:23, 56:4, 56:19, 57:9, 62:2, 62:21, 83:5, 83:6, 83:17, 83:18, 83:21, 83:24, 85:13, 90:16, 91:7

**emails** [6] - 10:6, 10:8, 22:5, 22:7, 41:10, 90:19

**Emanuel** [3] - 55:16, 56:9, 56:16

**emanuel@hoodlum. se** [1] - 55:16

**emoji** [4] - 23:21, 27:5, 54:7, 103:8

employed/freelance [1] - 19:16
employer [2] - 19:15, 19:21
employment [2] - 19:12, 20:2
encrypted [2] - 103:16, 103:17
encryption [1] - 105:21
end [2] - 37:1, 97:18
ended [1] - 72:22
enemy [1] - 106:1
eNett [4] - 14:13, 14:14, 14:16
enforcement [4] - 34:11, 90:15, 90:18, 92:11
English [9] - 52:2, 55:20, 55:21, 60:18, 91:17, 95:11, 97:17, 98:21, 101:18
enlisting [1] - 57:2
Enquiry [1] - 7:8
enter [3] - 2:5, 59:3, 63:16
entered [1] - 59:12
entire [1] - 44:23
entity [1] - 73:4
entries [6] - 5:8, 38:7, 44:7, 69:20, 81:21, 84:21
entry [9] - 5:8, 37:2, 37:12, 37:13, 70:4, 70:8, 77:4, 82:5, 84:2
era [1] - 72:22
especially [1] - 59:4
essentially [1] - 95:25
established [1] - 95:1
et [7] - 54:6, 57:1, 58:20, 59:11, 72:17, 99:6, 102:19
ETH [4] - 70:10, 70:11, 70:19, 70:21
Ether [1] - 70:12
ethereum [1] - 70:12
Ethereum [1] - 70:12
euros [1] - 72:20
evening [2] - 30:16, 106:21
eventually [1] - 30:19
everywhere [1] - 105:10
evidence [4] - 20:10, 90:8, 95:15, 95:19
exactly [2] - 25:13, 62:19
EXAMINATION [1] - 2:10
examine [1] - 79:10

examined [1] - 34:8
example [4] - 72:10, 89:9, 100:19, 102:2
excellent [1] - 102:5
excess [1] - 56:14
exchange [6] - 2:14, 47:11, 82:9, 85:23, 89:13, 104:17
exchanger [1] - 46:25
exchanges [8] - 57:22, 88:25, 89:10, 89:11, 104:24, 105:4, 105:6, 105:11
excuse [1] - 15:1
Exhibit [169] - 2:20, 2:22, 3:5, 3:8, 3:10, 4:4, 4:6, 4:13, 4:16, 4:18, 5:24, 6:2, 6:7, 6:10, 6:12, 8:10, 8:19, 9:7, 10:1, 10:25, 11:12, 11:24, 12:9, 12:20, 13:14, 13:24, 14:5, 14:7, 16:6, 16:14, 16:18, 16:22, 17:3, 17:5, 17:17, 17:25, 18:3, 18:5, 18:20, 19:3, 19:6, 19:8, 20:22, 21:3, 21:5, 21:23, 23:4, 23:12, 23:22, 24:11, 24:13, 24:20, 24:25, 25:17, 26:3, 26:7, 26:16, 26:19, 26:21, 27:7, 27:15, 27:20, 28:13, 29:2, 29:11, 29:14, 29:16, 30:22, 31:5, 31:8, 31:10, 32:3, 32:12, 32:15, 32:17, 33:20, 34:16, 34:17, 35:5, 35:6, 37:15, 37:23, 38:19, 39:7, 39:10, 39:12, 39:25, 42:7, 43:9, 45:7, 45:19, 45:21, 46:4, 46:9, 47:12, 48:12, 48:23, 48:25, 49:8, 49:11, 49:13, 50:7, 50:22, 52:3, 52:23, 52:25, 53:7, 53:13, 53:15, 53:21, 54:9, 54:22, 54:25, 55:1, 55:12, 56:3, 59:23, 59:25, 60:3, 60:13, 60:16, 60:19, 61:2, 61:3, 61:10, 61:15, 61:17, 64:6, 64:11, 64:14, 64:21, 73:12, 74:3, 75:14, 76:2, 76:6, 77:12, 78:2, 78:15, 80:7, 80:21, 83:14, 84:1, 85:7, 85:20, 86:5,

86:11, 86:24, 86:25, 87:5, 87:9, 87:12, 87:14, 87:23, 89:24, 90:11, 90:13, 90:22, 91:5, 91:22, 91:23, 91:24, 92:23, 93:10, 95:7, 96:11, 96:12, 96:14
exhibit [32] - 2:25, 5:23, 7:24, 13:17, 16:15, 17:18, 18:21, 20:14, 26:9, 27:8, 29:4, 30:23, 32:5, 33:22, 34:22, 36:16, 37:14, 38:18, 44:21, 46:7, 65:12, 72:1, 74:14, 74:19, 77:21, 77:23, 78:21, 80:14, 80:16, 80:24, 86:23, 96:5
exhibits [14] - 8:19, 10:5, 10:8, 10:19, 15:21, 16:4, 22:3, 22:14, 54:15, 54:17, 59:20, 64:3, 64:4, 92:20
Exhibits [22] - 8:24, 9:2, 9:4, 9:25, 10:13, 10:21, 15:16, 15:18, 16:1, 21:25, 22:11, 22:16, 50:20, 51:9, 51:14, 54:14, 55:4, 55:9, 59:18, 60:8, 92:24, 93:11
exist [2] - 89:12, 104:16
existing [1] - 102:14
exists [2] - 57:19, 104:15
exit [2] - 103:20, 104:2
explain [4] - 32:19, 57:4, 58:2, 81:12
explained [1] - 59:1
explains [1] - 52:11
explanation [1] - 58:3
explicitly [2] - 88:17, 88:18
exploit [5] - 90:2, 90:3, 90:4, 90:9
Exploit [2] - 96:23, 101:17
exploit.in [12] - 90:10, 91:15, 91:21, 91:25, 92:2, 92:4, 92:7, 92:10, 92:12, 92:14, 93:1, 100:3
explore [1] - 48:21
export_HQ1 [1] - 80:1
extent [1] - 74:6
extra [2] - 50:15, 62:20
extract [1] - 80:11

extracted [1] - 80:17
eyes [1] - 14:1

**F**

f'ing [1] - 66:19
fabric [1] - 94:24
face [6] - 33:13, 50:3, 54:7, 98:9, 103:8, 103:25
fact [7] - 52:12, 72:12, 82:13, 93:18, 95:21, 102:13, 105:17
facto [1] - 57:22
factoring [1] - 78:11
fair [23] - 4:9, 10:8, 13:20, 20:17, 22:7, 29:7, 31:1, 39:2, 49:3, 51:2, 51:5, 53:3, 54:22, 54:25, 59:25, 60:3, 61:6, 73:22, 73:25, 75:23, 80:16, 87:5, 90:17
fairly [12] - 2:25, 6:2, 8:19, 15:21, 16:18, 17:21, 18:24, 24:16, 26:12, 27:11, 32:8, 45:24
familiar [4] - 5:14, 58:8, 58:9, 70:7
famous [1] - 58:25
far [6] - 57:21, 77:7, 79:6, 89:16, 99:3, 99:24
fast [2] - 66:4, 69:2
faster [1] - 59:13
FATCA [1] - 104:23
fault [1] - 88:25
February [2] - 21:18, 23:11
feedback [1] - 102:6
few [7] - 13:16, 29:18, 33:15, 37:7, 81:21, 99:17, 101:11
fiat [1] - 30:8
field [1] - 7:7
fields [2] - 6:14, 62:21
fight [1] - 72:22
figure [2] - 72:14, 103:12
file [9] - 34:25, 35:3, 73:23, 77:24, 79:10, 80:1, 80:3, 81:13, 81:14
files [8] - 34:9, 34:11, 34:14, 63:25, 73:15, 77:16, 77:17, 77:19
final [2] - 50:10, 50:13
finally [1] - 36:11
Financial [12] - 5:14,

5:17, 5:18, 5:20, 7:12, 8:8, 8:14, 8:20, 9:14, 9:16, 13:7, 13:19

**financial** [5] - 2:13, 13:9, 13:10, 15:13, 16:11

**financing** [1] - 72:23

**fine** [2] - 28:19, 67:13

**finger** [3] - 42:10, 54:10, 69:14

**finish** [3] - 57:1, 76:13, 77:6

**Finish** [1] - 76:9

**first** [37] - 17:7, 24:2, 30:3, 31:18, 31:22, 33:4, 41:9, 43:10, 44:8, 44:10, 44:18, 44:23, 45:9, 46:22, 47:15, 50:12, 56:2, 56:7, 56:20, 59:9, 62:16, 70:18, 72:5, 74:23, 79:5, 81:22, 83:21, 91:18, 93:4, 96:17, 97:9, 100:10, 100:16, 101:23, 103:10, 103:16, 105:22

**Fiserv** [1] - 16:9

**FISV** [5] - 16:9, 16:11, 16:12, 16:16, 16:19

**five** [3] - 56:15, 72:14, 106:11

**flight** [4] - 38:11, 38:13, 39:1, 39:4

**Flight** [1] - 39:16

**flip** [15] - 10:2, 16:24, 37:14, 41:12, 54:9, 66:23, 83:14, 86:5, 97:7, 97:16, 97:21, 98:12, 98:20, 100:6, 101:11

**flipping** [9] - 37:23, 39:24, 40:15, 43:8, 47:12, 52:3, 53:21, 84:1, 89:24

**Florida** [2] - 18:16, 18:23

**fluffy** [1] - 73:4

**focus** [1] - 35:25

**focused** [3] - 35:22, 47:11, 69:18

**Fog** [14] - 56:13, 56:14, 93:24, 94:25, 95:21, 96:2, 97:13, 97:14, 98:17, 98:19, 99:16, 99:17, 102:24, 102:25

**folks** [2] - 2:8, 98:1

**followed** [2] - 93:8, 95:9

**following** [4] - 7:9,

14:19, 41:18, 88:19

**follows** [3] - 37:6, 52:17, 93:16

**forced** [1] - 104:20

**forget** [1] - 101:25

**forgot** [1] - 52:10

**form** [2] - 12:18, 62:9

**format** [1] - 96:24

**formatting** [1] - 93:3

**formerly** [1] - 69:15

**forth** [1] - 23:14

**forum** [6] - 57:12, 57:14, 90:5, 91:15, 94:4, 97:1

**forward** [3] - 97:7, 97:16, 104:3

**foundation** [1] - 94:6

**foundational** [1] - 78:9

**framed** [2] - 71:7, 71:9

**free** [1] - 35:15

**freelancer** [1] - 57:2

**freely** [1] - 100:11

**frequently** [1] - 58:18

**front** [1] - 74:9

**fuck** [3] - 33:12, 78:11, 102:15

**fucking** [1] - 98:8

**fuckyou2@ mailinator.com** [1] - 44:1

**full** [13] - 14:10, 24:2, 50:12, 56:20, 57:9, 77:4, 87:24, 88:24, 97:24, 101:23, 103:6, 103:10, 104:8

**fun** [3] - 57:16, 57:24, 103:8

**function** [1] - 59:6

**funded** [2] - 9:16, 9:20

**funds** [1] - 76:23

**future** [2] - 75:8, 104:16

### G

**gallery** [4] - 79:11, 79:12, 79:21, 89:22

**gambling** [1] - 100:20

**gateways** [1] - 105:4

**gavinandresen@ gmail.com** [1] - 49:20

**gawker.com** [3] - 52:18, 53:1, 59:2

**general** [2] - 54:1, 99:9

**generally** [2] - 52:15, 100:21

**Germany** [1] - 18:13

**gift** [1] - 16:12

**given** [1] - 39:19

**goal** [1] - 78:10

**God** [1] - 102:9

**God-knows-where** [1] - 102:9

**gold** [1] - 71:15

**Google** [34] - 3:2, 4:10, 6:3, 10:9, 20:19, 22:5, 22:8, 24:14, 24:17, 26:10, 26:13, 27:9, 27:11, 29:5, 29:7, 30:24, 31:1, 32:6, 32:9, 45:22, 45:24, 45:25, 49:1, 49:4, 50:25, 51:3, 54:18, 54:23, 59:16, 59:22, 60:1, 61:4, 61:6, 61:7

**gothencoin** [1] - 25:20

**Government** [1] - 80:6

**government** [72] - 3:1, 3:4, 4:12, 6:3, 6:6, 8:21, 8:23, 10:9, 10:12, 13:18, 13:23, 15:19, 15:22, 15:24, 15:25, 16:16, 16:19, 16:21, 17:19, 17:22, 17:24, 19:2, 20:21, 22:10, 24:19, 26:15, 27:14, 28:12, 29:10, 31:4, 32:9, 32:11, 35:5, 35:12, 37:19, 38:13, 38:25, 39:3, 39:6, 45:25, 46:3, 48:11, 49:4, 49:7, 51:3, 51:8, 53:6, 54:23, 55:3, 60:7, 61:9, 64:20, 71:3, 71:21, 74:2, 76:1, 77:22, 78:14, 80:20, 87:9, 89:5, 89:6, 90:21, 93:10, 94:1, 94:6, 95:14, 95:16, 95:24, 96:10, 98:11, 106:4

**government's** [2] - 60:13, 94:15

**Government's** [29] - 3:10, 4:18, 6:12, 9:4, 10:21, 14:7, 16:6, 17:5, 18:5, 19:8, 21:5, 22:16, 24:25, 26:21, 27:20, 29:16, 31:10, 32:17, 39:12, 46:9, 49:13, 51:14, 53:15, 55:9, 61:17, 76:6, 78:2, 91:5, 96:14

**governments** [3] - 89:12, 89:15, 104:21

**Gox** [5] - 30:5, 85:23, 85:24, 86:7, 86:10

**graphic** [1] - 97:2

**gravytrain** [1] - 36:22

**gravytrain.top** [7] -

33:18, 34:2, 34:4, 37:1, 37:3, 37:24, 38:2

**gray** [1] - 73:9

**great** [2] - 50:14, 50:16

**gross** [2] - 19:19, 19:25

**ground** [1] - 53:14

**grounds** [2] - 35:19, 93:22

**group/title** [1] - 81:24

**Guantanamo** [1] - 102:19

**guilt** [1] - 95:25

**guy** [1] - 21:19

### H

**hacker** [2] - 94:2, 94:4

**half** [1] - 97:14

**halfway** [1] - 88:6

**hanging** [1] - 27:4

**happily** [1] - 89:8

**happy** [3] - 60:24, 67:6, 73:3

**hard** [6] - 69:2, 89:15, 98:7, 102:2, 102:3

**hard-to-get** [1] - 102:3

**Hassard** [2] - 65:4, 65:18

**hazard** [1] - 65:22

**head** [1] - 68:10

**header** [2] - 66:16, 66:21

**heading** [17] - 22:20, 36:20, 36:21, 36:23, 41:7, 41:14, 41:19, 46:11, 66:10, 68:15, 68:18, 74:21, 81:22, 81:25, 82:2, 88:10, 88:12

**headline** [2] - 53:18, 54:10

**hear** [1] - 68:3

**heard** [3] - 65:20, 95:17, 95:21

**hearsay** [7] - 35:20, 53:9, 53:11, 93:13, 93:18, 93:21, 94:9

**Heav** [1] - 3:23

**Heavydist** [1] - 29:24

**heavydist@gmail. com** [30] - 2:24, 3:17, 4:8, 4:25, 6:1, 6:17, 10:7, 10:10, 11:7, 11:18, 12:5, 12:15, 13:1, 20:16, 22:6, 24:15, 26:10, 27:9, 29:6, 29:24, 30:24, 32:7, 45:23, 49:2,

50:25, 54:19, 61:5, 83:5, 83:20, 85:14

**Hedged** [2] - 47:1, 47:6

**hedged** [1] - 47:8

**held** [1] - 93:16

**Hello** [1] - 56:22

**hello** [4] - 3:23, 7:14, 49:22, 62:19

**help** [1] - 57:2

**hi** [4] - 25:11, 28:25, 33:5, 52:10

**Hi** [5] - 21:18, 30:5, 31:20, 31:24, 33:7

**hidden** [3] - 59:6, 97:19, 98:2

**high** [4] - 30:11, 30:14, 75:7

**higher** [1] - 99:6

**highlight** [2] - 69:14, 94:13

**highly** [1] - 93:22

**history** [2] - 15:5, 19:12

**hits** [1] - 65:23

**Hodl** [2] - 88:13

**holding** [1] - 37:14

**holidays/travel** [1] - 14:22

**home** [1] - 63:21

**Honor** [47] - 2:3, 2:4, 9:1, 14:2, 16:25, 20:25, 24:22, 31:7, 35:18, 35:25, 36:5, 36:13, 38:21, 45:14, 48:11, 48:18, 60:6, 61:20, 63:9, 63:10, 64:2, 64:20, 65:1, 65:8, 65:12, 67:4, 67:16, 68:3, 68:11, 71:3, 71:6, 71:24, 74:5, 74:18, 78:17, 79:9, 79:23, 81:7, 93:15, 94:11, 95:2, 95:6, 95:14, 96:6, 106:22, 106:24

**hosting** [2] - 98:6, 100:19

**hosts** [1] - 103:15

**Hotels** [1] - 66:11

**hours** [1] - 72:11

**hq@moonvpn.org** [2] - 40:21, 41:4

**HTTP://centregold. info/account** [1] - 62:12

**HTTP://centregold. info/account-blocked** [1] - 62:12

**HTTP://ianxz6zefk72 ulzz.onion** [1] - 102:12

**HTTP://www.**

**weusecoins.com** [1] - 53:25

**human** [1] - 52:19

**I**

**I'm..** [1] - 78:5

**ID** [3] - 42:18, 42:19, 47:16

**idea** [2] - 47:11, 98:1

**ideas** [1] - 49:24

**identification** [1] - 95:23

**identity** [1] - 8:1

**illegal** [1] - 54:6

**image** [4] - 49:16, 49:25, 60:23, 60:24

**imaginable** [2] - 52:21, 53:20

**imagine** [1] - 89:10

**immediately** [1] - 41:21

**implementation** [2] - 45:2, 104:21

**important** [2] - 58:21, 77:8

**importantly** [1] - 50:15

**imprisoned** [1] - 99:3

**include** [1] - 84:22

**includes** [1] - 21:13

**including** [1] - 3:22

**income** [1] - 20:5

**incoming** [1] - 37:1

**incoming124920104 @gravytrain.top** [1] - 39:23

**incoming455431950 @gravytrain.top** [1] - 38:4

**incoming527409381 @gravytrain.top** [2] - 37:5, 37:22

**incoming558264323 @gravytrain.top** [1] - 38:9

**indicate** [16] - 11:21, 12:6, 12:16, 19:14, 19:17, 30:19, 42:2, 42:10, 42:14, 42:25, 43:13, 43:14, 50:1, 54:10, 70:15

**indicated** [12] - 5:12, 43:19, 69:21, 82:8, 82:18, 83:2, 83:4, 84:5, 85:22, 86:12, 90:1, 90:6

**indicates** [3] - 19:16, 34:1, 69:23

**indicating** [4] - 42:12, 54:12, 68:21, 101:16

**indicating)** [2] - 19:13, 35:14

**indication** [1] - 70:8

**individual** [1] - 73:8

**individuals** [1] - 14:22

**indulgence** [1] - 106:2

**info** [3] - 34:25, 40:15, 54:1

**Info** [1] - 41:14

**info@dangerzone. today** [3] - 17:12, 40:22, 40:24

**info@janemedia** [1] - 30:9

**info@janemedia.se** [3] - 29:22, 31:15, 32:23

**info@mail. dangerzone.today** [1] - 40:20

**info@ PrepaidFinancialServices .com** [1] - 6:19

**information** [10] - 7:25, 39:18, 40:18, 54:6, 80:17, 81:16, 85:9, 86:6, 99:5, 104:10

**initial** [1] - 58:3

**initials** [1] - 85:3

**input** [1] - 47:16

**inquiry** [2] - 6:25, 7:11

**Insta** [1] - 29:1

**install** [1] - 58:13

**instance** [1] - 66:2

**instant** [1] - 98:5

**Instawallet** [2] - 58:8, 58:9

**instawallet.org** [1] - 58:6

**instead** [2] - 50:1, 57:20

**institution** [4] - 13:9, 15:13, 16:11, 46:21

**intent** [1] - 54:6

**interest** [2] - 75:8, 103:22

**interested** [1] - 79:4

**interesting** [2] - 49:23, 101:25

**International** [2] - 14:14

**international** [1] - 104:22

**internet** [2] - 99:23, 100:20

**intervention** [1] - 89:6

**intimidated** [1] - 98:10

**introspection** [1] - 60:25

**investigation** [9] -

2:17, 8:7, 13:5, 13:6, 15:11, 16:8, 17:15, 59:15, 79:25

**invites** [1] - 88:13

**invoice** [2] - 45:1, 45:4

**involving** [1] - 25:19

**IP** [5] - 44:25, 45:9, 83:23, 103:13, 104:2

**IPs** [1] - 45:3

**irrelevant** [1] - 35:19

**is..** [1] - 98:8

**ish** [1] - 31:25

**islands** [1] - 72:19

**Isle** [1] - 42:4

**issue** [3] - 5:19, 13:12, 94:10

**issues** [3] - 14:11, 14:12, 81:10

**itself** [3] - 53:24, 59:3, 99:22

**J**

**jacksonson** [1] - 85:6

**Jacksonson** [1] - 85:12

**Jane** [1] - 33:5

**Janemedia** [1] - 31:20

**January** [2] - 97:11, 97:12

**jerking** [1] - 105:6

**join** [1] - 88:13

**joke** [1] - 72:20

**July** [1] - 50:5

**June** [1] - 18:12

**jurisdiction** [1] - 72:9

**jurors** [4] - 2:5, 63:7, 63:16, 106:16

**jury** [57] - 2:2, 2:6, 3:9, 4:17, 6:11, 9:3, 10:20, 14:6, 15:1, 15:2, 17:4, 18:4, 19:7, 21:4, 22:15, 24:24, 26:20, 27:19, 28:15, 29:15, 31:9, 32:16, 34:1, 36:14, 39:11, 46:8, 49:12, 51:13, 54:8, 55:8, 60:12, 61:16, 63:13, 63:17, 65:6, 67:7, 67:8, 67:11, 67:14, 67:19, 67:22, 68:20, 68:22, 69:13, 70:23, 71:11, 71:18, 71:23, 78:12, 79:12, 80:21, 80:23, 87:13, 91:1, 94:13, 96:13, 101:6

**K**

**keep** [4] - 30:16,

38:16, 47:9, 72:13

**Kellerman** [3] - 42:17, 43:22, 82:22

**kept** [1] - 72:12

**key** [1] - 94:15

**keyboard** [2] - 105:22, 105:25

**Killdozer** [4] - 60:25, 83:13, 83:20, 83:24

**kim.com** [1] - 89:14

**kim.com-style** [1] - 89:14

**kind** [8] - 13:9, 15:13, 16:11, 43:3, 44:7, 67:13, 76:13, 94:2

**knowledge** [3] - 94:14, 94:18, 94:24

**known** [2] - 98:4, 104:10

**knows** [2] - 50:2, 102:9

**Kraken** [4] - 69:15, 82:9, 82:13, 82:15

**krona** [1] - 30:8

**krons** [1] - 31:25

**KUSD** [3] - 69:24, 70:2, 70:14

**KUSD-T** [2] - 69:24, 70:2

**KYC** [6] - 76:13, 76:15, 88:18, 104:23, 104:24, 105:6

**KYC/AML** [2] - 104:15, 104:20

---

## L

**laid** [1] - 94:6

**language** [5] - 51:24, 55:19, 60:17, 68:6, 93:5

**languages** [2] - 34:12, 60:17

**large** [4] - 36:21, 58:16, 60:24, 74:5

**last** [16] - 24:7, 30:15, 37:11, 37:13, 38:2, 54:16, 62:6, 64:4, 66:2, 68:4, 71:13, 73:1, 89:21, 92:21, 100:14, 103:20

**later..** [1] - 23:7

**launch** [6] - 56:12, 97:13, 98:17, 98:18, 99:15, 102:24

**launched** [3] - 97:15, 99:17, 102:25

**launder** [1] - 99:4

**laundering** [2] - 72:24, 105:5

---

**law** [5] - 34:11, 90:14, 90:18, 92:10, 103:25

**laws** [1] - 102:16

**lead** [2] - 58:20, 59:6

**leaking** [1] - 99:5

**learned** [1] - 52:13

**lease** [1] - 18:22

**least** [4] - 23:20, 90:8, 90:10, 106:1

**leave** [2] - 63:7, 106:16

**left** [4] - 42:25, 72:13, 81:20, 97:2

**legal** [24] - 3:2, 4:10, 6:4, 8:15, 8:21, 10:9, 13:19, 15:20, 16:17, 17:20, 22:8, 24:15, 24:17, 26:13, 27:12, 29:8, 31:2, 32:9, 46:1, 49:4, 51:3, 61:7, 73:4, 102:4

**legit** [1] - 50:17

**legitimacy** [1] - 105:8

**legitimate** [1] - 49:22

**legitimizes** [1] - 104:25

**lengths** [1] - 89:2

**LEO** [1] - 2:10

**less** [3] - 66:18, 79:6, 99:9

**letters** [2] - 85:3, 85:24

**level** [1] - 103:18

**levels** [1] - 99:2

**Liberty** [11] - 5:13, 9:21, 11:11, 11:23, 85:2, 85:8, 85:17, 94:22, 99:21, 100:12, 103:3

**license** [2] - 7:18, 8:3

**licenses** [2] - 89:12, 89:15

**lies** [2] - 105:16, 105:17

**life** [4] - 66:15, 66:21, 78:9, 78:11

**likely** [1] - 105:21

**Limited** [3] - 13:7, 14:14, 14:15

**line** [38] - 11:2, 11:13, 11:25, 12:10, 12:21, 18:8, 25:24, 29:19, 41:9, 41:24, 42:2, 43:10, 49:15, 62:5, 62:6, 70:18, 72:3, 74:25, 76:9, 76:10, 76:12, 76:22, 82:17, 83:1, 83:9, 83:21, 84:2, 84:4, 84:24, 85:21, 86:12, 86:13, 88:10,

---

89:25, 91:14, 97:16, 97:17

**lines** [11] - 3:21, 18:10, 25:22, 37:7, 44:6, 46:22, 47:13, 47:14, 62:6, 68:22, 75:1

**link** [5] - 3:24, 53:25, 54:2, 54:4, 102:12

**linked** [1] - 53:2

**links** [6] - 41:11, 52:1, 52:7, 52:11, 58:4, 59:1

**list** [14] - 8:4, 19:21, 19:25, 20:5, 37:6, 37:7, 37:9, 37:12, 40:18, 41:10, 71:14, 81:14, 100:22, 100:24

**listed** [15] - 36:23, 37:4, 37:21, 37:24, 38:2, 38:8, 41:21, 42:23, 43:25, 82:11, 83:9, 84:25, 85:1, 86:15, 91:23

**listener** [1] - 53:12

**lists** [2] - 20:4, 101:1

**live** [1] - 98:25

**LLC** [1] - 39:16

**load** [1] - 5:6

**local** [1] - 102:8

**LocalBitcoins** [3] - 25:15, 25:20, 88:12

**localBitcoins** [1] - 29:20

**localbitcoins.com** [1] - 20:9

**locate** [1] - 65:13

**location** [1] - 67:17

**locked** [1] - 102:18

**log** [2] - 103:17, 103:20

**logged** [2] - 45:2, 45:3

**login** [4] - 41:19, 41:21, 62:9, 93:20

**LOL** [1] - 103:2

**London** [1] - 21:19

**long-running** [1] - 90:4

**look** [19] - 9:7, 18:7, 20:25, 21:25, 23:22, 35:8, 43:15, 45:9, 49:24, 56:3, 58:6, 61:12, 66:8, 67:22, 83:18, 86:17, 96:4, 96:20

**looked** [7] - 37:18, 40:19, 43:22, 53:2, 58:5, 59:2, 83:16

**looking** [45] - 5:8, 7:7, 9:9, 11:2, 11:8, 11:24, 12:6, 12:9, 12:16, 12:20, 13:2, 15:5, 28:6,

---

37:2, 38:1, 39:14, 39:25, 40:13, 40:16, 42:11, 44:5, 44:12, 45:7, 48:13, 52:15, 55:12, 55:25, 56:8, 60:16, 62:4, 66:2, 66:6, 71:7, 81:22, 82:7, 83:16, 84:11, 84:14, 87:23, 88:4, 88:6, 91:16, 96:24, 97:9, 97:16

**looks** [2] - 50:2, 67:1

**loose** [2] - 75:5, 75:9

**loss** [2] - 75:6, 75:7

**lost** [1] - 28:25

**loud** [1] - 86:18

**love** [1] - 103:3

**low** [1] - 30:20

**lower** [2] - 24:9, 99:9

**LR** [1] - 85:3

**LSD** [1] - 102:1

**Ltd** [1] - 72:11

**luck** [1] - 103:8

---

## M

**Mailinator** [1] - 41:10

**mailinator.com** [1] - 41:16

**mails** [1] - 36:22

**main** [8] - 52:16, 57:11, 57:12, 70:21, 72:3, 72:9, 72:11, 75:2

**Main** [1] - 72:5

**major** [1] - 89:6

**majority** [2] - 52:13, 57:12

**malfunction** [1] - 7:2

**Malta** [2] - 46:21, 46:25

**man** [5] - 25:11, 28:25, 30:5, 31:24, 33:7

**Man** [1] - 42:4

**managing** [1] - 14:18

**manner** [2] - 5:12, 42:15

**manufacturing** [1] - 5:3

**March** [15] - 3:13, 4:21, 11:1, 23:17, 24:1, 26:24, 28:2, 34:3, 42:22, 43:6, 43:12, 55:18, 56:2, 56:11, 57:7

**marked** [5] - 7:8, 41:7, 65:25, 74:21, 80:6

**market** [3] - 47:10, 57:18, 57:19

**markets** [2] - 94:17, 94:18

**Marknaos** [1] - 19:22
**MAST** [1] - 64:16
**MasterCard** [4] - 7:14, 13:12, 14:12, 99:21
**matter** [6] - 53:14, 72:13, 79:5, 95:21, 98:7, 103:18
**max** [1] - 17:10
**max@bitcoaster. com** [3] - 40:21, 41:2, 47:19
**McDonald's** [1] - 27:2
**mean** [3] - 59:10, 67:6, 93:19
**means** [1] - 88:15
**meant** [1] - 28:16
**meanwhile** [1] - 78:10
**measures** [1] - 77:5
**media** [1] - 33:5
**meet** [4] - 21:22, 23:20, 25:12, 30:11
**members** [1] - 81:8
**meme** [1] - 60:24
**memory** [1] - 58:13
**menu** [2] - 5:6, 62:8
**merchant** [11] - 14:23, 43:19, 43:20, 44:12, 44:13, 45:2, 48:4, 48:5, 48:6, 48:8, 48:9
**merchants** [1] - 14:21
**mere** [1] - 102:13
**message** [53] - 6:15, 6:16, 6:20, 6:25, 7:7, 11:8, 11:25, 12:6, 21:16, 23:1, 23:4, 23:5, 23:10, 23:16, 27:1, 28:9, 29:21, 29:25, 30:2, 30:4, 30:13, 31:18, 32:20, 32:24, 33:4, 46:23, 49:15, 50:4, 50:10, 50:11, 51:18, 51:22, 51:24, 52:1, 53:23, 55:13, 55:17, 55:19, 55:23, 56:1, 56:2, 56:8, 56:10, 56:16, 57:9, 61:23, 61:24, 62:4, 88:7, 88:11, 91:8, 91:16, 91:17
**messages** [6] - 6:21, 9:25, 21:14, 23:2, 23:3, 56:8
**Meth** [7] - 90:7, 92:13, 92:15, 93:1, 93:14, 96:22, 97:5
**meth** [1] - 102:1
**Meth!** [1] - 92:1
**method** [1] - 42:16
**methods** [2] - 94:20, 94:23

**middle** [10] - 19:10, 33:25, 41:6, 41:14, 42:13, 75:9, 76:25, 77:2, 88:21, 89:4
**might** [1] - 65:13
**mind** [1] - 94:24
**mine** [1] - 33:10
**minute** [2] - 87:18, 96:4
**minutes** [2] - 59:9, 106:7
**miscounted** [1] - 88:5
**mixed** [1] - 10:1
**Model** [1] - 18:12
**model** [1] - 47:1
**moment** [3] - 35:8, 65:1, 100:11
**Monero** [3] - 69:16, 69:17, 69:18
**monetary** [3] - 69:21, 70:9, 70:15
**money** [14] - 7:15, 47:9, 47:11, 50:15, 68:16, 72:12, 72:16, 72:22, 72:24, 78:8, 78:10, 99:4, 104:22, 105:3
**moniker** [5] - 82:22, 82:23, 85:6, 91:20, 91:23
**months** [2] - 56:15, 97:14
**moonVPN** [3] - 82:12, 82:14, 82:16
**moonvpn.net** [1] - 40:14
**moonvpn.org** [2] - 40:12, 40:14
**morning** [1] - 106:12
**most** [4] - 57:16, 58:18, 75:3, 105:21
**mouse** [2] - 105:22, 105:25
**move** [3] - 23:12, 67:20, 105:22
**moved** [1] - 40:5
**movement** [1] - 105:25
**moves** [43] - 3:4, 4:12, 6:6, 8:23, 10:12, 13:23, 15:24, 15:25, 16:21, 17:24, 19:2, 20:21, 22:10, 24:19, 26:15, 27:14, 28:12, 29:10, 31:4, 32:11, 35:5, 39:6, 46:3, 48:11, 49:7, 51:8, 53:6, 55:3, 60:8, 61:9, 64:20, 66:16, 71:3, 71:21, 74:2, 76:1, 77:22, 78:14, 80:20,

87:9, 90:21, 93:10, 96:10
**moving** [4] - 47:13, 74:10, 81:20, 84:4
**MR** [199] - 2:3, 2:4, 2:11, 3:4, 3:7, 3:11, 4:12, 4:15, 4:19, 6:6, 6:9, 6:13, 7:3, 7:6, 8:23, 9:1, 9:6, 10:12, 10:15, 10:23, 13:23, 14:1, 14:4, 14:8, 16:3, 16:7, 16:21, 16:24, 17:2, 17:6, 17:24, 18:2, 18:6, 19:2, 19:5, 19:9, 20:21, 20:24, 21:2, 21:6, 22:10, 22:13, 22:18, 24:19, 24:22, 25:1, 26:15, 26:18, 26:22, 27:14, 27:17, 27:21, 28:12, 28:20, 29:10, 29:13, 29:17, 31:4, 31:7, 31:11, 32:11, 32:14, 32:18, 34:19, 34:21, 35:5, 35:8, 35:10, 35:11, 35:18, 35:25, 36:5, 36:13, 36:17, 38:21, 38:23, 39:6, 39:9, 39:13, 45:14, 45:16, 45:18, 46:3, 46:6, 46:10, 48:11, 48:18, 48:19, 49:7, 49:10, 49:14, 51:8, 51:11, 51:16, 53:6, 53:9, 53:11, 53:12, 53:16, 55:3, 55:6, 55:7, 55:11, 60:6, 60:10, 60:15, 61:9, 61:12, 61:14, 61:20, 61:22, 62:24, 63:9, 63:10, 63:14, 63:20, 64:2, 64:9, 64:20, 64:24, 65:1, 65:4, 65:8, 65:10, 65:12, 65:15, 65:17, 65:22, 66:5, 66:10, 67:4, 67:9, 67:16, 67:23, 68:3, 68:10, 68:11, 68:14, 69:9, 71:3, 71:6, 71:9, 71:10, 71:12, 71:24, 72:2, 74:2, 74:5, 74:10, 74:11, 74:12, 74:13, 74:18, 74:20, 75:16, 75:18, 76:1, 76:4, 76:7, 77:22, 78:3, 78:14, 78:17, 78:22, 79:9, 79:15, 79:23, 79:24, 80:20, 81:7, 81:11, 87:11, 87:17, 87:20, 87:22, 88:4, 90:21, 90:24, 91:3, 91:6,

93:10, 93:13, 93:15, 93:18, 94:11, 95:2, 95:6, 95:9, 95:14, 96:6, 96:10, 96:15, 101:9, 101:10, 106:2, 106:4, 106:8, 106:22, 106:24
**MS** [2] - 28:18, 35:14
**Mt** [5] - 30:5, 85:23, 85:24, 86:7, 86:10
**mtgox.com** [1] - 57:23
**mtgoxlive.com** [1] - 57:25
**multipart** [1] - 28:4
**multiple** [3] - 6:21, 16:14, 23:3
**music** [1] - 89:9

## N

**name** [20] - 9:10, 15:6, 17:9, 39:18, 44:12, 44:13, 47:1, 48:4, 48:5, 48:6, 82:1, 82:14, 85:11, 85:12, 85:15, 85:18, 86:4, 86:9, 86:10
**namecheap** [11] - 33:23, 39:24, 42:6, 42:19, 43:6, 43:20, 43:22, 44:3, 82:19, 82:21, 82:23
**named** [1] - 7:15
**namely** [1] - 104:21
**names** [4] - 37:8, 37:9, 81:16, 91:24
**naturally** [1] - 103:22
**necessarily** [1] - 93:19
**necessary** [1] - 96:1
**need** [20] - 5:5, 7:17, 15:25, 20:24, 35:8, 48:17, 54:3, 57:4, 58:12, 61:12, 62:8, 66:15, 66:20, 66:21, 68:2, 71:15, 74:17, 76:14, 88:16, 91:22
**needed** [1] - 99:23
**needlessly** [2] - 95:15, 95:24
**needs** [2] - 59:11, 103:23
**network** [2] - 99:6, 103:18
**nevertheless** [3] - 57:18, 58:3, 104:16
**Neville** [2] - 46:16, 46:24
**Neville@3a.com.mt** [1] - 46:18
**new** [3] - 58:20, 62:9, 99:25

**news** [4] - 57:14, 89:7, 104:25
**next** [19] - 14:25, 15:1, 30:13, 62:4, 64:2, 66:11, 66:25, 67:20, 70:13, 74:25, 77:24, 85:3, 85:24, 97:21, 98:20, 98:21, 101:2, 101:4
**nobody** [1] - 50:2
**node** [2] - 103:20, 104:2
**normally** [1] - 104:18
**notation** [1] - 84:22
**note** [4] - 45:1, 66:3, 66:13, 93:3
**notebook** [1] - 102:10
**notebookreview. com** [1] - 42:4
**notes** [4] - 48:12, 66:22, 81:18, 81:19
**nothing** [4] - 89:8, 93:23, 95:20, 96:2
**November** [4] - 32:25, 44:10, 102:22, 102:23
**nowadays** [1] - 104:17
**number** [9] - 8:2, 58:4, 62:22, 64:3, 64:4, 66:7, 70:4, 75:15, 99:23
**numbers** [4] - 13:12, 14:12, 66:5, 84:13
**numerous** [2] - 93:20, 95:18

## O

**o'clock** [1] - 106:25
**object** [2] - 35:18, 67:22
**objection** [72] - 3:6, 3:7, 4:14, 4:15, 6:8, 6:9, 8:25, 9:1, 10:14, 10:18, 13:25, 14:4, 16:2, 16:3, 16:23, 17:2, 18:1, 18:2, 19:4, 19:5, 20:23, 21:2, 22:12, 22:13, 24:21, 24:22, 26:17, 26:18, 27:16, 27:17, 29:12, 29:13, 31:6, 31:7, 32:13, 32:14, 35:7, 36:2, 39:8, 39:9, 45:14, 46:5, 46:6, 49:9, 49:10, 51:10, 53:8, 55:5, 55:6, 60:9, 60:10, 61:11, 61:14, 64:7, 71:5, 71:10, 71:22, 74:4, 74:6, 74:13, 76:3, 76:4, 78:16, 80:25, 87:10, 87:11, 90:23, 90:24,

93:12, 93:21, 93:25, 96:9
**objectionable** [2] - 36:8, 67:12
**objections** [1] - 36:7
**obtain** [7] - 2:17, 8:7, 13:6, 15:11, 16:8, 17:15, 38:13
**obtained** [2] - 2:23, 22:5
**occasion** [1] - 92:6
**October** [4] - 91:9, 96:23, 99:14, 99:15
**offer** [1] - 4:1
**offhand** [1] - 70:6
**official** [1] - 100:22
**offshore** [1] - 72:10
**Omedetou** [1] - 95:23
**Omedetou's** [1] - 50:7
**once** [1] - 59:11
**one** [71] - 5:20, 14:2, 16:24, 20:25, 21:13, 22:19, 23:1, 25:14, 28:16, 28:23, 30:15, 34:23, 35:22, 37:2, 41:3, 41:5, 44:10, 49:24, 50:6, 56:20, 57:20, 57:23, 58:11, 58:12, 58:18, 59:3, 59:7, 59:8, 59:9, 59:12, 61:12, 64:3, 64:17, 64:18, 65:1, 67:10, 69:20, 70:2, 70:19, 71:8, 72:13, 73:15, 75:5, 75:7, 75:21, 77:16, 77:17, 77:19, 78:8, 78:24, 79:2, 80:3, 80:5, 80:11, 82:15, 83:1, 86:16, 88:1, 90:9, 98:7, 98:8, 99:24, 100:24, 103:23, 104:17, 105:24
**one's** [1] - 42:19
**one-to-one** [1] - 70:2
**onion** [1] - 59:5
**online** [4] - 14:17, 41:11, 100:12, 100:21
**open** [8] - 38:16, 68:12, 72:9, 72:10, 72:11, 73:3, 85:7, 86:9
**opened** [1] - 86:10
**opening** [1] - 85:15
**operation** [4] - 56:14, 93:24, 95:20, 96:2
**Optal** [10] - 13:6, 13:9, 13:10, 13:11, 13:19, 13:21, 14:9, 14:11, 14:12, 15:3
**option** [1] - 105:20
**options** [1] - 73:9

**Oracle** [2] - 41:19, 41:21
**order** [8] - 2:7, 11:3, 11:14, 12:1, 12:11, 12:22, 59:3, 63:18
**ordering** [2] - 5:3, 71:15
**orders** [1] - 25:12
**ordinary** [1] - 98:4
**original** [4] - 21:16, 35:3, 93:5, 101:7
**OTA** [1] - 14:24
**OTAs** [2] - 14:17, 14:21
**otherwise** [2] - 2:17, 30:17
**overall** [1] - 94:24
**overruled** [1] - 96:9
**owner** [1] - 72:17

## P

**p.m** [2] - 63:12
**package** [1] - 58:19
**page** [82] - 14:9, 14:25, 15:1, 18:8, 19:11, 33:24, 33:25, 36:19, 38:1, 38:3, 40:1, 40:17, 41:7, 41:12, 41:18, 41:23, 42:7, 42:13, 44:22, 53:4, 64:25, 66:5, 66:7, 66:11, 66:15, 66:18, 66:25, 69:11, 70:24, 70:25, 71:7, 71:19, 71:20, 71:25, 72:25, 73:12, 73:19, 74:9, 74:11, 76:8, 76:17, 76:25, 77:20, 78:4, 78:13, 78:16, 78:20, 78:23, 87:23, 87:24, 88:19, 89:3, 89:4, 95:10, 96:16, 96:20, 96:21, 96:24, 97:7, 97:21, 98:12, 98:20, 98:21, 99:11, 100:2, 100:6, 101:2, 101:21, 102:20, 103:5, 103:9, 103:10, 104:3, 105:12
**pages** [2] - 13:16, 101:11
**pain** [1] - 104:20
**paragraph** [13] - 14:10, 50:10, 50:13, 73:1, 73:2, 75:10, 78:4, 78:7, 78:24, 79:1, 100:8, 100:14, 105:15
**paragraphs** [2] - 101:23, 103:10
**pardon** [1] - 7:3

**parentheses** [1] - 70:16
**parenthesis** [2] - 62:17, 66:21
**part** [4] - 26:25, 57:16, 86:18, 94:23
**parties** [2] - 68:1, 68:6
**partner** [1] - 14:13
**partnered** [3] - 5:18, 5:21, 13:10
**partners** [2] - 13:13, 25:15
**parts** [1] - 94:15
**Pas** [1] - 84:8
**passes** [1] - 106:4
**password** [13] - 62:9, 62:21, 82:3, 84:11, 84:12, 84:17, 84:18, 84:19, 86:17, 86:18, 86:19, 93:19
**password'** [1] - 62:9
**passwords** [5] - 79:10, 81:16, 84:15, 88:2, 91:25
**past** [1] - 7:16
**Pause** [2] - 21:1, 61:13
**pause** [10] - 7:4, 14:3, 17:1, 17:14, 35:17, 52:14, 58:7, 78:13, 96:8, 106:3
**pausing** [1] - 88:20
**pay** [6] - 43:6, 73:7, 99:23, 100:19, 105:9
**paying** [3] - 5:9, 11:11, 11:22
**payment** [16] - 5:12, 11:9, 12:7, 12:17, 12:18, 13:3, 13:4, 15:14, 42:16, 43:1, 44:3, 44:14, 94:20, 94:22, 100:12
**payments** [3] - 14:18, 98:9, 104:13
**PayPal** [5] - 15:11, 15:13, 15:14, 15:20, 15:22
**peaceful** [1] - 73:5
**Pearlman** [3] - 80:25, 87:25, 89:23
**peer** [2] - 20:11
**peer-to-peer** [1] - 20:11
**pegged** [1] - 70:1
**PELKER** [2] - 28:18, 35:14
**people** [2] - 31:24, 93:20
**per** [1] - 20:1
**percent** [4] - 30:6, 57:21, 89:11, 99:1

perfectly [1] - 102:4
perhaps [2] - 87:25, 102:9
person [1] - 57:13
personal [2] - 9:8, 81:9
personally [1] - 50:14
ph34r [1] - 98:2
phone [3] - 62:22, 65:2, 68:4
physical [3] - 99:22, 105:17, 105:25
pick [1] - 103:14
piece [2] - 44:7
pieces [1] - 29:18
pirating [1] - 89:9
place [5] - 50:1, 62:24, 73:6, 73:8, 77:6
plan [3] - 67:8, 77:1, 77:5
planned [1] - 60:23
plasma [1] - 86:2
plasmadivision.com [1] - 90:19
plus [3] - 30:6, 103:7, 103:8
point [13] - 18:15, 28:21, 33:25, 36:8, 36:9, 36:12, 48:20, 56:14, 60:7, 68:4, 68:20, 69:13, 79:13
points [4] - 36:1, 71:1, 71:14, 95:16
political [1] - 104:22
Poloniex [2] - 69:15, 70:4
pornography [1] - 98:3
portfolio [1] - 75:2
portion [1] - 67:20
portions [1] - 77:13
position [2] - 19:17, 19:23
possible [5] - 69:24, 73:9, 79:12, 79:15, 79:21
post [31] - 50:9, 87:24, 88:14, 88:22, 88:24, 89:4, 89:18, 93:8, 93:9, 96:22, 97:9, 97:10, 97:22, 97:23, 97:24, 98:14, 98:15, 98:24, 99:13, 99:18, 100:3, 100:5, 101:12, 101:22, 102:21, 103:6, 103:10, 104:4, 104:6, 104:8, 105:13
postal [1] - 5:2
postponing [1] - 77:7
posts [20] - 50:7,

86:21, 86:22, 87:1, 87:3, 87:6, 88:5, 92:2, 92:6, 92:9, 92:12, 92:14, 92:16, 92:18, 92:19, 92:25, 93:2, 93:5, 94:12, 96:25
pounds [1] - 72:11
power [1] - 58:14
practically [2] - 100:8, 100:11
precisely [1] - 52:12
predominantly [1] - 51:25
prefer [2] - 79:11, 106:8
prejudicial [1] - 93:23
Prepaid [10] - 5:14, 5:17, 5:18, 5:20, 7:11, 8:7, 8:14, 8:20, 9:14, 9:16
prepaid [2] - 4:1, 5:19
prepared [4] - 35:2, 55:1, 75:24, 92:18
present [3] - 2:6, 19:14, 63:17
presently [1] - 57:15
pretty [1] - 58:3
previous [2] - 19:21, 52:5
previously [15] - 25:18, 33:21, 37:15, 39:25, 43:8, 44:20, 45:20, 50:8, 74:16, 80:13, 83:15, 83:16, 83:18, 85:7, 86:5
price [6] - 23:21, 30:6, 30:10, 30:11, 31:21, 33:11
primarily [1] - 14:13
primary [1] - 14:15
principal [1] - 14:13
printed [2] - 30:3, 42:3
privacy [2] - 69:18, 81:10
Privacy/info [1] - 41:7
probabilities [1] - 99:2
probability [2] - 99:6, 99:10
problem [3] - 62:13, 62:19, 103:25
proceed [4] - 7:5, 64:7, 67:25, 68:13
process [23] - 3:2, 4:10, 6:4, 8:15, 8:21, 10:10, 13:19, 15:20, 16:17, 17:20, 22:8, 24:15, 24:17, 26:13, 27:12, 29:8, 31:2, 32:9, 46:1, 49:5, 49:22, 51:3, 61:7

processing [2] - 15:14, 58:14
produced [18] - 3:1, 13:18, 13:21, 15:19, 17:22, 20:18, 22:7, 27:12, 29:8, 31:2, 32:9, 37:19, 45:25, 51:6, 54:23, 61:7, 90:14, 90:18
program [1] - 54:3
programs [1] - 58:13
project [1] - 54:4
projects [1] - 50:17
Propaganda [2] - 21:18, 28:9
propaganda [1] - 23:6
Propaganda@rebelart.se [1] - 25:5
propaganda@rebelart.se [3] - 21:10, 22:25, 27:25
proposing [1] - 47:8
protect [1] - 81:9
protection [2] - 99:1, 106:1
provide [2] - 7:25, 106:1
provided [16] - 4:10, 5:3, 6:3, 8:21, 10:9, 15:22, 16:16, 16:19, 17:19, 24:14, 24:17, 26:12, 38:25, 39:3, 49:4, 51:2
provides [6] - 8:2, 14:16, 23:6, 28:9, 53:24, 54:4
provisionally [2] - 36:4, 36:11
proxies [1] - 99:7
Proxy [1] - 103:7
Psafe [1] - 80:1
public [5] - 87:1, 87:6, 89:22, 92:12, 92:25
publication [1] - 67:14
publicly [4] - 86:21, 86:22, 92:3, 92:4
publish [53] - 3:4, 4:12, 6:6, 8:23, 10:12, 13:23, 15:25, 16:21, 17:24, 19:2, 22:10, 24:19, 26:15, 27:14, 28:13, 29:10, 31:4, 32:11, 35:6, 36:14, 39:6, 46:3, 49:7, 51:9, 53:6, 55:4, 60:8, 61:9, 61:21, 64:21, 67:8, 67:18, 71:4, 71:11, 74:2, 74:10, 74:11, 74:15, 76:1, 77:23, 77:24, 78:15, 78:19,

79:11, 79:12, 80:20, 87:9, 90:21, 92:22, 93:11, 94:13, 96:11
published [69] - 3:9, 3:10, 4:17, 4:18, 6:11, 6:12, 9:3, 9:5, 10:20, 10:22, 14:6, 14:7, 17:4, 17:5, 18:4, 18:5, 19:6, 19:8, 20:22, 21:4, 21:5, 22:15, 22:17, 24:23, 24:25, 26:20, 26:21, 27:18, 27:20, 28:15, 29:15, 29:16, 31:9, 31:10, 32:16, 32:17, 36:16, 39:11, 39:12, 46:8, 46:9, 49:12, 49:13, 51:13, 51:15, 53:15, 55:8, 55:10, 60:12, 60:14, 61:16, 61:17, 65:6, 67:11, 67:22, 67:24, 71:25, 72:1, 74:19, 78:21, 79:21, 80:23, 80:24, 86:24, 87:13, 91:1, 91:5, 96:13, 96:14
publishing [2] - 71:22, 78:16
pull [1] - 44:20
purchase [1] - 16:12
pure [1] - 105:8
purely [2] - 94:4, 100:11
Purely [1] - 100:8
purposes [1] - 77:23
pursuant [7] - 8:15, 13:19, 15:20, 16:17, 17:20, 24:14, 90:14
put [5] - 7:15, 14:1, 25:11, 68:4, 77:5
putting [1] - 95:24

**Q**

quality [1] - 102:5
quarter [1] - 106:11
questions [5] - 68:25, 69:7, 72:15, 99:20, 105:7
quick [1] - 10:17
quickly [3] - 10:24, 31:25, 83:14
quirks [1] - 49:23
quite [1] - 66:23
quote [1] - 24:5

**R**

radars [1] - 102:10
raise [2] - 36:7, 36:9
Ramnodek [2] - 83:3,

83:7
**random** [1] - 42:4
**Random** [2] - 41:14, 41:25
**rate** [2] - 57:18, 57:23
**rather** [1] - 57:3
**re** [2] - 22:21, 29:20
**reach** [1] - 68:7
**read** [59] - 3:18, 3:21, 5:1, 7:13, 14:10, 14:19, 18:10, 21:16, 24:2, 25:9, 28:24, 31:18, 31:22, 39:14, 42:2, 44:22, 46:22, 49:21, 50:12, 52:6, 52:7, 53:17, 54:11, 56:20, 60:22, 62:5, 62:6, 62:11, 62:15, 62:18, 67:12, 68:22, 69:2, 69:3, 70:17, 71:13, 72:7, 73:2, 74:23, 74:25, 76:12, 76:22, 77:4, 78:7, 79:1, 83:21, 88:24, 97:24, 98:24, 99:18, 100:10, 100:16, 101:23, 103:1, 103:6, 103:9, 104:8, 105:15
**readable** [1] - 52:19
**reading** [7] - 6:14, 53:22, 57:8, 58:10, 72:7, 84:11, 86:17
**readout** [1] - 38:7
**ready** [2] - 63:13, 79:20
**real** [4] - 10:17, 57:18, 72:17, 104:2
**really** [4] - 33:10, 59:1, 75:5, 103:14
**realtime** [1] - 57:24
**reason** [1] - 68:2
**reassuring** [1] - 102:14
**received** [2] - 5:5, 8:16
**recent** [2] - 104:6, 104:7
**recess** [1] - 63:12
**recognize** [41] - 2:22, 4:6, 5:24, 8:13, 10:5, 13:17, 15:18, 16:15, 17:18, 18:21, 20:14, 22:3, 24:13, 26:9, 27:4, 27:8, 29:4, 30:23, 32:5, 33:22, 34:22, 38:24, 45:21, 48:25, 50:22, 50:24, 52:25, 54:17, 59:20, 59:23, 61:3, 64:14, 73:13, 73:20, 75:19, 77:14, 80:8, 80:10, 86:25, 90:13, 92:24

**recommend** [1] - 99:19
**record** [18] - 4:9, 24:14, 26:10, 27:9, 29:5, 30:24, 32:6, 45:22, 47:16, 49:1, 50:25, 54:18, 54:21, 54:23, 61:4, 61:6, 81:8, 90:14
**records** [37] - 2:17, 6:3, 8:7, 8:14, 8:20, 9:13, 13:6, 13:18, 13:21, 15:3, 15:11, 15:19, 15:22, 16:8, 16:16, 16:18, 17:15, 17:19, 17:21, 18:24, 25:19, 29:7, 37:18, 37:19, 38:13, 38:25, 39:3, 39:25, 42:6, 43:9, 45:25, 47:13, 47:17, 49:3, 51:2, 82:24, 90:17
**recover** [1] - 79:25
**recovered** [6] - 63:25, 64:17, 73:15, 73:23, 77:17, 80:3
**redact** [2] - 48:17, 67:7
**redactions** [1] - 68:2
**Reddit** [5] - 86:14, 86:21, 86:22, 87:2, 87:7
**reference** [5] - 9:9, 15:8, 41:15, 68:18, 69:16
**references** [3] - 69:10, 94:20, 94:21
**referred** [3] - 14:16, 28:22, 80:1
**refers** [13] - 15:9, 19:12, 30:7, 70:1, 82:9, 82:19, 83:3, 83:11, 84:6, 85:2, 85:23, 86:14, 90:2
**reflect** [1] - 11:9
**regard** [2] - 73:9, 103:13
**regarding** [1] - 21:12
**Regarding** [1] - 66:24
**regards** [1] - 58:24
**register** [4] - 33:17, 40:2, 40:4, 40:12
**registered** [1] - 83:24
**registering** [2] - 46:24, 105:10
**registration** [5] - 39:24, 46:25, 76:13, 76:14, 91:15
**registrations** [1] - 99:25

**regular** [1] - 105:19
**regulated** [1] - 89:1
**regulators** [1] - 104:21
**regulatory** [1] - 89:1
**reiterating** [1] - 95:16
**relate** [5] - 56:12, 97:12, 98:16, 99:15, 102:23
**relates** [1] - 73:5
**relating** [2] - 2:18, 77:6
**relations** [1] - 73:5
**release** [1] - 76:23
**relevance** [1] - 35:18
**relevant** [1] - 36:1
**remain** [1] - 105:2
**remember** [2] - 25:13, 62:19
**renegotiate** [1] - 24:9
**renews** [1] - 34:3
**rent** [1] - 18:18
**rented** [2] - 18:23, 34:2
**repeat** [1] - 65:21
**repeatedly** [1] - 84:18
**reply** [1] - 31:23
**reporter** [1] - 69:3
**reports** [1] - 98:5
**represent** [3] - 3:1, 8:20, 91:19
**representation** [5] - 20:18, 39:2, 49:3, 87:6, 90:17
**reproduce** [1] - 101:18
**requests** [1] - 90:15
**require** [2] - 7:18, 7:21
**requires** [1] - 88:12
**research** [2] - 63:6, 106:15
**Reserve** [11] - 5:13, 9:21, 11:11, 11:23, 85:2, 85:8, 85:17, 94:22, 99:21, 100:12, 103:3
**residence** [2] - 73:6, 73:8
**respect** [2] - 68:7, 94:19
**respectively** [1] - 14:15
**respond** [7] - 2:15, 21:21, 23:8, 28:11, 30:9, 33:6, 105:24
**responds** [1] - 33:7
**response** [18] - 3:2, 4:10, 6:3, 8:21, 10:9, 20:19, 22:8, 24:17, 26:13, 27:12, 28:24, 29:8, 31:2, 32:9, 45:25, 49:4, 51:3, 61:7

**rest** [3] - 53:22, 57:8, 100:4
**return** [1] - 50:6
**returned** [2] - 18:25, 29:1
**returning** [1] - 26:3
**review** [1] - 92:12
**reviewed** [3] - 47:3, 80:13, 92:14
**reviewing** [1] - 68:6
**revoke** [1] - 89:15
**Ringberg** [3] - 55:16, 56:9, 56:16
**Road** [10] - 54:3, 58:24, 84:6, 86:19, 94:14, 95:19, 98:9, 102:1, 102:16, 102:18
**Roman** [10] - 7:11, 15:7, 18:12, 21:8, 25:3, 27:23, 29:24, 39:20, 50:25, 85:18
**Romeo** [1] - 44:23
**roso987341870** [1] - 86:4
**ROVENSKY** [1] - 2:10
**Rovensky** [45] - 2:12, 2:22, 3:12, 9:7, 16:8, 18:7, 19:10, 20:9, 21:7, 26:23, 28:21, 30:19, 32:19, 33:15, 34:5, 36:18, 37:17, 38:24, 39:14, 45:21, 46:11, 48:20, 49:15, 50:19, 50:22, 51:17, 53:17, 54:17, 55:12, 60:16, 61:23, 63:21, 64:10, 68:15, 71:13, 73:13, 74:21, 76:8, 78:23, 79:25, 81:12, 91:7, 94:4, 96:16, 101:11
**row** [13] - 47:18, 47:19, 47:20, 47:21, 48:2, 48:4, 48:5, 48:6, 48:9, 82:4, 82:5
**rows** [3] - 45:7, 47:24, 85:18
**rumored** [1] - 102:7
**run** [3] - 58:14, 58:18, 89:12
**running** [4] - 30:20, 31:25, 90:4
**runs** [1] - 103:15
**Russia** [1] - 66:24
**Russian** [19] - 51:25, 54:1, 55:21, 60:18, 66:3, 66:13, 66:20, 90:5, 92:19, 93:1, 93:6, 93:7, 93:8, 94:2, 95:9, 95:10, 95:12, 101:12, 101:14

Russian-speaking [1] - 90:5

**S**

safety [1] - 77:5
salary [3] - 19:19, 19:25, 20:6
Satoshi [1] - 50:2
savings [1] - 58:16
saw [2] - 25:6, 82:23
scheme [1] - 14:24
schemes [2] - 99:4, 99:7
school [2] - 38:14, 39:4
School [1] - 39:15
screen [17] - 7:2, 10:3, 13:14, 16:13, 28:18, 28:22, 64:12, 67:20, 71:4, 77:2, 79:16, 79:18, 81:1, 88:1, 88:21, 91:2, 100:7
screenshot [1] - 87:3
screenshots [1] - 92:16
screws [1] - 103:24
script [1] - 105:24
scroll [12] - 19:10, 30:2, 39:17, 40:11, 43:10, 47:23, 55:22, 62:15, 65:11, 66:14, 67:17, 88:19
scrolling [13] - 6:20, 7:24, 13:15, 38:6, 41:13, 43:24, 44:15, 44:22, 50:9, 64:13, 82:17, 83:9, 84:14
SE [1] - 19:22
search [3] - 20:19, 47:17, 65:19
searched [2] - 65:17, 65:22
seated [2] - 2:7, 63:18
sec [1] - 41:7
second [14] - 14:2, 14:9, 14:10, 16:24, 20:25, 41:15, 44:10, 44:19, 61:12, 68:21, 71:13, 79:6, 95:3, 105:15
secondary [1] - 14:15
secret [2] - 62:13, 62:20
section [1] - 62:18
sections [3] - 67:7, 67:12, 67:18
secure [2] - 58:19, 58:21
securely [1] - 47:9

security [1] - 103:24
see [58] - 5:10, 10:15, 10:17, 15:5, 19:12, 23:9, 26:1, 30:4, 36:20, 36:21, 36:24, 37:3, 41:7, 41:15, 41:19, 42:1, 42:9, 45:8, 47:23, 54:9, 57:10, 57:23, 59:21, 63:11, 65:25, 68:15, 68:18, 71:1, 72:3, 72:7, 74:21, 76:10, 76:13, 76:20, 76:21, 77:1, 77:3, 78:4, 78:24, 82:5, 84:15, 85:18, 88:7, 88:21, 89:13, 97:3, 97:17, 97:18, 100:4, 100:9, 100:22, 101:12, 101:16, 104:2, 105:22, 106:15, 106:25
seeing [3] - 66:22, 66:23, 66:25
seek [1] - 94:12
seem [2] - 77:8, 100:24
SEK [2] - 30:5, 30:7
self [1] - 19:16
self-employed/ freelance [1] - 19:16
selling [1] - 20:10
semi [1] - 105:2
semi-anonymous [1] - 105:2
Senators [1] - 102:15
send [6] - 7:17, 7:19, 7:22, 52:10, 57:10, 104:1
sending [1] - 7:11
sent [5] - 7:22, 11:4, 62:9, 91:12, 91:13
sentence [8] - 14:19, 24:2, 24:7, 50:12, 62:16, 97:18, 100:10, 100:16
sentences [3] - 31:22, 56:21, 62:16
sequence [2] - 30:4, 66:1
series [4] - 9:24, 64:2, 71:1, 84:13
seriously [1] - 103:3
server [2] - 98:7, 103:2
servers [2] - 59:7, 100:19
service [8] - 48:21, 49:23, 50:2, 58:9, 79:7, 97:19, 98:2, 99:20
services [8] - 2:13, 13:10, 46:20, 59:6, 79:2, 79:5, 100:25,

103:22
Services [8] - 5:15, 5:17, 5:18, 5:21, 7:12, 8:8, 8:14, 9:14
set [1] - 92:10
setting [2] - 67:5, 75:6
settings [2] - 34:25, 40:15
several [2] - 59:8, 62:16
shady [2] - 27:3, 72:18
shall [1] - 71:16
share [1] - 98:1
shipface@mailinator .com [2] - 44:18, 47:22
Shit [1] - 41:14
shitface@mailinator. com [1] - 45:13
shopper [1] - 44:25
shopshop@ mailinator.com [1] - 41:22
short [1] - 18:22
short-term [1] - 18:22
shortly [1] - 63:11
shot [1] - 99:3
show [19] - 6:2, 9:13, 14:25, 15:2, 15:21, 16:18, 17:21, 18:24, 24:16, 26:12, 27:11, 32:8, 45:24, 47:15, 47:18, 47:20, 72:21, 88:1, 96:21
showing [3] - 80:6, 92:16, 94:16
shown [5] - 3:18, 6:23, 23:5, 84:2, 93:7
shows [4] - 47:19, 47:21, 93:8, 105:19
shut [2] - 78:12, 102:17
sic [1] - 45:13
sic) [1] - 62:1
side [2] - 7:17, 50:15
signed [1] - 38:11
signing [1] - 83:6
Silk [10] - 54:3, 58:24, 84:6, 86:19, 94:14, 95:19, 98:9, 102:1, 102:16, 102:18
silkroadvb5piz3r. onion [1] - 59:5
similar [2] - 7:20, 86:18
simplest [2] - 105:19, 106:1
simply [1] - 104:12
Singapore [1] - 14:14
single [2] - 75:5, 75:7
site [12] - 52:12, 57:11,

57:14, 58:8, 58:11, 58:15, 58:24, 58:25, 59:3, 59:11, 102:10, 102:13
sites [1] - 98:4
six [2] - 89:20, 98:18
size [1] - 75:2
skip [2] - 89:3, 104:3
skipping [2] - 33:8, 56:7
sleep [2] - 73:4, 89:8
slowly [1] - 69:3
small [2] - 57:14, 58:2
smiley [3] - 33:13, 50:3, 103:25
smily [1] - 98:8
software [1] - 19:18
sold [3] - 33:10, 94:18, 98:3
solution [1] - 14:17
someone [4] - 25:13, 79:7, 83:23, 103:23
Someone [1] - 83:22
sometimes [4] - 57:24, 58:1, 69:2, 105:3
somewhere [1] - 100:24
soon [2] - 61:18, 69:24
sorry [15] - 9:25, 28:13, 34:18, 38:5, 38:17, 47:3, 53:10, 67:4, 68:3, 69:1, 69:4, 70:25, 71:21, 75:15, 75:17
sort [14] - 57:22, 73:1, 82:7, 82:18, 83:1, 83:9, 84:4, 84:25, 85:21, 86:12, 88:1, 88:21, 89:25, 95:11
sorts [1] - 35:21
source [1] - 93:5
spam@ plasmadivision.com [3] - 44:19, 90:16, 91:11
speaking [5] - 7:10, 52:16, 90:5, 93:20, 94:7
specific [3] - 36:1, 42:7, 94:20
speculation [1] - 45:15
spelled [1] - 7:8
spending [1] - 9:16
spreadsheet [5] - 25:23, 44:5, 45:6, 81:14, 91:24
spreadsheets [1] - 9:13
SSL [3] - 103:21,

103:22, 104:2

**stable** [1] - 70:1

**stand** [2] - 35:15, 76:15

**standard** [1] - 57:22

**stands** [1] - 66:12

**start** [8] - 9:25, 33:17, 36:25, 56:24, 58:23, 72:7, 97:8, 106:9

**start-up** [1] - 58:23

**started** [4] - 57:14, 68:24, 69:6, 106:12

**starting** [11] - 5:1, 6:23, 14:11, 27:4, 28:23, 70:20, 78:8, 83:22, 89:5, 96:16, 103:1

**starts** [5] - 41:25, 72:3, 76:18, 77:1, 88:22

**state** [2] - 88:14, 94:24

**statement** [1] - 15:7

**statements** [1] - 93:14

**States** [1] - 38:10

**stay** [1] - 18:18

**staying** [2] - 41:6, 44:5

**step** [1] - 106:17

**Sterlingov** [40] - 7:11, 7:25, 15:7, 15:8, 15:9, 17:10, 18:12, 18:15, 19:14, 20:10, 21:8, 21:21, 22:23, 23:6, 23:8, 23:18, 24:7, 25:3, 25:9, 26:25, 27:23, 28:9, 28:11, 30:19, 31:13, 33:17, 34:2, 34:5, 38:10, 39:20, 40:2, 40:12, 40:18, 42:18, 48:20, 57:5, 85:19, 94:1, 94:7

**sterlingov** [1] - 40:24

**Sterlingov's** [12] - 5:25, 6:25, 20:15, 24:3, 25:14, 25:20, 28:24, 33:23, 34:23, 59:16, 94:14, 94:22

**still** [10] - 24:1, 31:20, 33:5, 56:18, 62:12, 62:21, 88:8, 88:15, 93:7, 104:16

**stop** [2] - 69:8, 98:1

**stores** [1] - 100:21

**story** [1] - 73:7

**strange** [2] - 7:19, 59:5

**stretch** [2] - 35:15, 63:21

**strikethrough** [1] - 101:14

**strikethroughs** [1] -

101:19

**struck** [2] - 101:5, 102:5

**struggling** [1] - 98:2

**student's** [1] - 39:18

**stuff** [1] - 35:19

**stupid** [3] - 68:24, 69:7, 89:7

**style** [1] - 89:14

**subject** [24] - 11:2, 11:13, 11:25, 12:10, 12:21, 21:11, 22:20, 23:15, 29:19, 36:20, 36:21, 36:23, 46:11, 49:15, 64:22, 68:1, 68:5, 74:15, 78:1, 78:19, 88:10, 88:12, 91:14

**submits** [1] - 94:5

**submitted** [1] - 67:6

**subpoenas** [1] - 2:15

**successfully** [1] - 7:16

**suddenly** [1] - 31:24

**suggest** [1] - 62:11

**summaries** [5] - 65:6, 65:18, 67:2, 67:14, 74:7

**summarize** [1] - 47:6

**summary** [11] - 65:5, 65:9, 65:23, 66:3, 66:16, 66:19, 66:25, 67:7, 68:7, 68:8, 71:6

**Summary** [1] - 66:13

**sums** [1] - 58:16

**support** [1] - 103:22

**SWAT** [1] - 89:14

**Swedish** [4] - 30:8, 57:14, 57:16

**swinging** [1] - 23:21

**switch** [1] - 88:1

**system** [2] - 102:6, 104:14

**systemic** [1] - 89:6

**systems** [1] - 100:13

## T

**tab** [6] - 9:8, 9:9, 17:7, 43:10, 44:6, 47:13

**tabs** [1] - 16:14

**talks** [1] - 96:2

**Tangocash** [4] - 25:11, 25:14, 26:2, 26:4

**tar** [1] - 94:1

**target** [1] - 75:6

**tax** [1] - 73:5

**taxes** [1] - 73:7

**team** [8] - 8:7, 13:5, 13:6, 15:11, 16:8,

17:15, 59:15, 79:25

**technical** [1] - 7:3

**technological** [1] - 14:17

**tedious** [1] - 72:15

**Temp** [1] - 68:16

**ten** [2] - 103:16, 106:6

**term** [1] - 18:22

**terms** [2] - 30:2, 94:15

**terrorism** [1] - 72:23

**Tesla** [4] - 17:15, 17:20, 17:22, 18:12

**testimony** [4] - 94:3, 94:21, 95:17, 106:18

**Tether** [1] - 70:1

**text** [22] - 3:18, 3:21, 3:22, 5:1, 7:9, 7:10, 7:13, 41:9, 41:15, 41:24, 44:24, 49:21, 52:7, 52:19, 56:17, 74:23, 74:25, 95:12, 101:5, 101:12, 101:13, 103:1

**THE** [138] - 2:2, 2:6, 2:8, 3:6, 3:8, 4:14, 4:16, 6:8, 6:10, 7:5, 8:25, 9:2, 10:14, 10:19, 13:25, 14:5, 16:2, 16:4, 16:23, 17:3, 18:1, 18:3, 19:4, 19:6, 20:23, 21:3, 22:12, 22:14, 24:21, 24:23, 26:17, 26:19, 27:16, 27:18, 28:14, 28:19, 29:12, 29:14, 31:6, 31:8, 32:13, 32:15, 34:18, 34:20, 35:7, 35:15, 35:23, 36:3, 36:6, 36:15, 38:20, 38:22, 39:8, 39:10, 45:17, 46:5, 46:7, 48:14, 49:9, 49:11, 51:10, 51:12, 53:8, 53:10, 53:13, 55:5, 60:9, 60:11, 61:11, 61:15, 61:18, 63:1, 63:8, 63:11, 63:13, 63:15, 63:17, 63:19, 64:7, 64:22, 65:16, 65:20, 66:4, 66:8, 67:3, 67:21, 67:25, 68:5, 68:13, 69:1, 69:4, 71:5, 71:11, 71:22, 71:25, 74:4, 74:8, 74:14, 75:15, 75:17, 76:3, 76:5, 77:25, 78:16, 78:18, 79:14, 79:16, 79:18, 79:20, 80:22, 80:25, 81:2, 81:4, 81:8, 87:10, 87:12, 87:15, 87:19,

87:25, 90:23, 90:25, 91:4, 93:12, 93:14, 93:17, 94:8, 95:3, 95:8, 95:13, 96:3, 96:9, 96:12, 101:4, 106:5, 106:10, 106:17, 106:23, 106:25

**them..** [1] - 69:8

**themselves** [1] - 105:1

**they've** [1] - 95:17

**thinking** [1] - 57:1

**third** [5] - 37:2, 37:3, 56:8, 87:24, 100:7

**thousands** [1] - 72:20

**thread** [19] - 6:21, 6:24, 21:13, 23:2, 25:7, 28:4, 28:6, 28:8, 29:19, 30:13, 31:18, 33:3, 33:4, 33:8, 47:4, 55:23, 56:4, 56:19, 62:2

**threat** [1] - 89:6

**three** [7] - 5:4, 22:3, 40:19, 46:22, 56:20, 62:6, 103:14

**thumb** [4] - 64:17, 73:16, 73:23, 80:5

**time..** [1] - 30:17

**timing** [1] - 47:10

**tip** [1] - 62:11

**tip83fjwdq@ mailinator.com** [1] - 42:5

**title** [1] - 19:23

**TN** [3] - 66:12, 66:19, 66:25

**today** [4] - 28:25, 30:12, 30:16, 67:8

**together** [1] - 43:3

**toilet** [1] - 72:21

**token** [1] - 70:12

**tokens** [2] - 70:5, 70:6

**tokens...53** [1] - 69:24

**tomorrow** [5] - 21:22, 24:6, 106:9, 106:12, 106:15

**tongue** [2] - 23:20, 27:4

**tonight** [1] - 23:9

**top** [16] - 6:14, 7:24, 23:18, 24:3, 26:25, 29:21, 32:20, 33:8, 56:19, 62:4, 62:15, 70:17, 91:16, 91:17, 95:11, 97:16

**topic** [1] - 58:4

**Tor** [16] - 54:4, 58:17, 58:18, 58:22, 59:4, 59:6, 59:9, 94:17, 95:18, 97:19, 98:2, 102:11, 103:7, 103:8,

103:14
**torproject.org** [1] - 58:18
**Tors** [1] - 99:7
**touch** [1] - 30:17
**towards** [14] - 7:7, 18:7, 38:1, 38:2, 41:23, 55:22, 55:25, 56:6, 66:6, 72:25, 76:19, 78:4, 78:23, 94:13
**trace** [1] - 69:19
**trade** [2] - 47:10, 75:5
**trading** [1] - 74:21
**traffic** [2] - 103:15, 103:20
**training** [4] - 38:11, 38:14, 39:1, 39:4
**transaction** [11] - 42:8, 42:10, 42:20, 42:21, 43:4, 43:11, 43:16, 43:21, 43:22, 47:13
**transactions** [10] - 9:13, 14:21, 14:23, 25:19, 25:24, 44:9, 44:13, 44:16, 47:24, 48:1
**transfer** [1] - 105:3
**transferred** [1] - 100:12
**transfers** [1] - 105:7
**translated** [6] - 34:14, 60:22, 67:17, 73:24, 92:19, 93:9
**Translation** [1] - 66:22
**translation** [30] - 35:2, 51:1, 51:5, 52:5, 54:21, 55:1, 56:4, 59:24, 60:4, 60:20, 64:16, 64:18, 65:5, 66:3, 66:13, 66:17, 66:20, 67:1, 74:1, 75:21, 75:23, 77:17, 77:19, 93:2, 95:5, 95:11, 97:22, 97:23, 98:21, 101:7
**translations** [4] - 65:7, 92:18, 96:17, 101:18
**translator** [3] - 66:3, 66:13, 67:14
**travel** [5] - 13:11, 14:17, 18:15, 66:24, 71:17
**traveled** [2] - 18:23, 38:10
**traveling** [1] - 77:7
**treat** [2] - 64:5, 67:19
**treating** [1] - 64:6
**tries** [1] - 98:7
**true** [4] - 85:15, 85:18, 86:9, 86:10

**trusted** [1] - 72:19
**trustworthy** [1] - 103:14
**truth** [1] - 53:14
**try** [2] - 89:12, 105:22
**trying** [2] - 7:15, 67:4
**turn** [16] - 14:25, 42:7, 59:8, 71:19, 78:13, 79:16, 79:18, 81:1, 81:3, 81:6, 87:15, 87:18, 102:20, 103:5, 103:9, 105:20
**turned** [2] - 56:22, 79:22
**turning** [5] - 33:24, 41:6, 45:6, 60:19, 76:25
**turns** [1] - 48:15
**TV** [1] - 87:15
**two** [30] - 3:21, 5:4, 8:10, 8:19, 18:10, 31:22, 37:2, 38:7, 44:7, 44:9, 44:13, 44:16, 45:7, 45:9, 47:14, 47:24, 47:25, 54:17, 56:7, 56:20, 59:20, 64:4, 68:22, 72:4, 92:20, 97:14, 101:23, 103:10, 103:16
**type** [3] - 63:6, 69:18, 106:15

## U

**U.S** [22] - 2:15, 11:11, 11:23, 19:20, 20:7, 24:17, 26:13, 27:12, 29:8, 31:2, 43:2, 43:16, 43:18, 47:23, 47:25, 48:2, 48:3, 61:7, 70:2, 70:3, 88:16, 98:10
**UK** [2] - 14:14, 72:11
**under** [22] - 9:7, 20:5, 37:13, 39:15, 39:18, 40:18, 42:17, 43:24, 44:8, 44:12, 66:20, 66:24, 68:18, 70:4, 82:17, 82:18, 83:12, 84:4, 84:25, 85:21, 89:25, 90:6
**underground** [2] - 52:20, 53:19
**underlining** [1] - 9:11
**underneath** [2] - 23:7, 66:19
**understandable** [1] - 79:4
**underway** [1] - 72:23
**unequivocally** [1] - 102:15

**unfortunately** [2] - 33:7, 98:3
**United** [1] - 38:10
**unless** [1] - 95:22
**unlicensed** [1] - 89:13
**unpersuaded** [2] - 94:9
**unsure** [1] - 30:16
**unwanted** [1] - 79:7
**up** [33] - 5:4, 7:24, 10:1, 20:24, 24:4, 28:18, 33:8, 33:11, 33:13, 38:6, 38:11, 44:20, 56:25, 58:5, 58:13, 58:23, 62:15, 64:12, 65:18, 67:5, 70:17, 75:6, 83:6, 84:14, 85:7, 87:24, 88:5, 92:10, 94:21, 99:10, 99:19, 102:18, 105:19
**up-to-date** [1] - 99:19
**update** [1] - 58:22
**updates** [1] - 58:23
**upstairs** [1] - 27:3
**urgent** [1] - 77:9
**url** [1] - 58:4
**URL** [3] - 3:25, 59:4, 59:5
**USD** [3] - 75:3, 75:4
**USDt** [3] - 69:24, 69:25, 70:1
**useful** [2] - 89:10, 104:9
**usefulness** [1] - 89:11
**user** [9] - 42:17, 42:19, 81:16, 82:1, 86:4, 86:6, 91:24, 92:2, 92:13
**username** [13] - 26:1, 82:11, 82:20, 83:12, 83:13, 84:7, 85:4, 86:3, 86:15, 90:6, 90:7, 91:20, 91:25
**uses** [1] - 44:25
**utilize** [1] - 99:8

## V

**valiant** [1] - 102:9
**value** [6] - 5:19, 43:17, 47:24, 47:25, 48:2, 48:3
**values** [1] - 69:21
**VANs** [1] - 14:12
**variations** [1] - 84:19
**variety** [2] - 34:12, 36:25
**various** [4] - 37:8, 73:9, 79:2, 81:15
**verify** [1] - 88:13

**version** [2] - 53:4, 101:12
**via** [4] - 59:4, 59:6, 59:9
**view** [13] - 44:25, 45:3, 74:3, 77:23, 77:24, 78:15, 84:14, 84:15, 88:6, 89:22, 92:3, 92:6, 92:9
**viewed** [2] - 45:4, 92:4
**VIN** [1] - 18:11
**violation** [1] - 102:16
**virtual** [2] - 14:12, 99:21
**Visa** [1] - 99:21
**visible** [1] - 103:19
**VM** [1] - 70:21
**VPN** [6] - 88:16, 99:4, 100:19, 103:7, 103:8, 103:21
**VPNs** [1] - 99:7

## W

**wait** [3] - 27:3, 33:11, 64:12
**walk** [7] - 10:24, 29:18, 33:15, 44:6, 47:14, 69:20, 81:21
**walking** [1] - 22:19
**Wallet** [3] - 47:2, 47:6, 47:8
**wallet** [8] - 45:5, 46:12, 47:9, 48:21, 49:22, 58:9, 58:12, 70:21
**wallets** [1] - 105:4
**warrant** [1] - 20:19
**waste** [1] - 104:22
**watching** [1] - 81:9
**water** [1] - 63:22
**ways** [2] - 9:19, 105:18
**web** [8] - 3:22, 19:24, 52:1, 52:2, 52:15, 52:16, 52:19, 58:19
**website** [7] - 37:9, 52:20, 53:19, 54:3, 59:12, 92:7, 100:22
**weed** [1] - 102:7
**week** [4] - 20:1, 54:16, 64:4, 92:21
**weekly** [2] - 19:19, 19:25
**weeks** [4] - 5:4, 98:18, 99:17, 102:25
**weighted** [1] - 30:10
**welcome** [2] - 2:8, 36:9
**Wex** [2] - 69:15, 70:8
**WHITE** [3] - 85:3,

85:25, 86:1

**white** [3] - 73:4, 73:9, 84:22

**whole** [4] - 52:6, 60:22, 98:24, 99:18

**Wiki** [3] - 54:2, 83:11, 100:22

**wiki** [1] - 83:19

**wiki@bitcoin.it** [1] - 83:19

**Wikipedia** [2] - 53:25, 54:2

**winky** [2] - 54:6, 103:8

**wish** [1] - 64:5

**withdraw** [2] - 45:16, 76:24

**withdrawals** [2] - 68:24, 69:6

**withdrawn** [2] - 68:23, 69:5

**witness** [5] - 67:19, 79:10, 101:8, 106:4, 106:17

**WITNESS** [1] - 69:4

**wondering** [3] - 7:20, 7:21, 66:1

**word** [17] - 18:9, 36:25, 42:14, 65:23, 70:20, 74:24, 75:9, 84:13, 84:16, 84:19, 86:1, 86:16, 91:17, 91:18, 91:19, 100:17, 101:24

**words** [4] - 79:3, 88:7, 91:17, 101:14

**works** [4] - 58:2, 58:5, 59:12, 104:14

**world** [4] - 72:13, 72:23, 98:25, 105:4

**worries** [1] - 103:23

**worry** [1] - 72:14

**worth** [2] - 31:25, 104:23

**write** [3] - 62:20, 88:16, 103:7

**writes** [13] - 21:18, 23:7, 24:8, 25:9, 30:5, 30:10, 30:14, 33:5, 56:22, 62:7, 88:15, 99:19, 104:9

**writing** [1] - 57:5

**wrote** [1] - 31:20

**www.bitcoin.se** [1] - 57:15

**www.torproject.org** [1] - 54:5

**www.xmlgold.eu** [2] - 11:3, 11:14

## X

**XChange** [1] - 99:25

**XEM** [3] - 70:5, 70:6, 70:7

**XMLGold** [24] - 2:12, 2:13, 2:15, 2:18, 3:15, 4:1, 4:23, 5:6, 5:20, 7:25, 9:9, 9:10, 9:17, 9:20, 11:5, 11:10, 11:16, 11:22, 12:3, 12:7, 12:13, 12:17, 12:24, 13:3

**xmlgold.eu** [6] - 7:15, 7:20, 7:23, 12:1, 12:11, 12:22

## Y

**year** [1] - 33:1

**years** [3] - 89:20, 98:2, 105:9

**yield** [1] - 56:25

**yourself** [1] - 87:3

**yourselves** [1] - 63:6

## Z

**Zero** [1] - 69:23

**zone** [2] - 43:13, 43:14

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

ROMAN STERLINGOV,

        Defendant.
_____/

Criminal Action
No. 1: 21-399

Washington, DC
February 21, 2024

9:26 a.m.

MORNING PROCEEDINGS

TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:    CATHERINE PELKER
                    U.S. DEPARTMENT OF JUSTICE
                    950 Pennsylvania Ave NW
                    Washington, DC 20530

                    CHRISTOPHER BRODIE BROWN
                    DOJ-USAO
                    601 D Street, N.W.
                    Suite 5.1527
                    Washington, DC 20530

                    JEFFREY PEARLMAN
                    DOJ-CRM
                    Ccips
                    US Dept of Justice
                    1301 New York Ave NW
                    Washington, DC 20005

APPEARANCES CONTINUED ON NEXT PAGE

APPEARANCES CONTINUED

For the Defendant:      TOR EKELAND
MICHAEL HASSARD
TOR EKELAND LAW PLLC
30 Wall Street
8th Floor
Brooklyn, NY 10005


Court Reporter:      SHERRY LINDSAY
Official Court Reporter
U.S. District & Bankruptcy Courts
333 Constitution Avenue, NW
Room 6710
Washington, DC 20001

TABLE OF CONTENTS

WITNESSES

Leo Rovensky

Cross-examination continued by Mr. Ekeland            6

Duncan Townsend

Direct examination by Mr. Brown              46
Cross-examination by Mr. Ekeland             53
Redirect examination by Mr. Brown            55

Luke Scholl

Direct examination by Ms. Pelker             60

EXHIBITS

Government Exhibit 313A                       30

P R O C E E D I N G S

THE COURTROOM DEPUTY:  Criminal case 21-399, *United States of America versus Roman Sterlingov.*

Would counsel approach the podium and state your name for the record starting with government counsel.

MR. BROWN:  Good morning.  AUSA Christopher Brown and with me at counsel table are C. Alden Pelker and Jeffrey Pearlman.

THE COURT:  All right.  Good morning.

MR. EKELAND:  Good morning, Your Honor.  Tor Ekeland for defendant Roman Sterlingov, who is present in court.  And with me at counsel table is Michael Hassard.

THE COURT:  All right.  Good morning.

You have something you wanted to raise?

MR. EKELAND:  Very briefly, Your Honor.  The Court is aware the US marshals wouldn't allow Mr. Sterlingov to shave this morning.  And I thank the Court for telling the marshals to allow that.

THE COURT:  I entered an order that will apply every day through trial.

MR. EKELAND:  Thank you.  And he also wasn't allowed to change into new clothes this morning.  We provided the marshals with clothes that are in a locker down there I think roughly a week ago.  And he was told this morning that he couldn't put on his new clothes, so he is wearing the suit that

he had yesterday.

THE COURT: Do you have any idea why they didn't want him to change clothes?

MR. EKELAND: I don't know, Your Honor.

THE COURT: I will look into that and see what is going on.

MR. EKELAND: Thank you. I appreciate that.

THE COURT: So I think we are still waiting on one juror; is that right?

THE COURTROOM DEPUTY: Yes, Your Honor. I am getting ready to find out what the status is now.

THE COURT: So I will come back out as soon as we have the juror. Remember, we are breaking for lunch today at 11:30 so I want to make sure we get going.

THE COURTROOM DEPUTY: I think she is here.

THE COURT: Oh, good.

MR. EKELAND: Your Honor, may I ask a housekeeping question very quickly?

THE COURT: Yes.

MR. EKELAND: Is there a time limit on closings?

THE COURT: Well, I am happy to discuss it. So let's discuss that -- there is some time limit, whether you would be anywhere close to it is something we could discuss. But three days would be too long. But I -- we should talk what would be a reasonable period of time.

MR. EKELAND:  It is not one hour?

THE COURT:  It is not one hour, no.  But I have to say, if you are going for a couple of hours, I think not only are you running up against the Court on that, but you are losing the jury.

MR. EKELAND:  I am just curious what the parameters are.  I don't have any set plan at this point.

THE COURT:  Okay.  So let's -- I think we are lining the jurors up now.

(Jury in at 9:28 a.m.)

THE COURT:  All right.  Mr. Ekeland, you can proceed when you are ready.

MR. EKELAND:  Thank you, Your Honor.

CROSS-EXAMINATION

BY MR. EKELAND:

Q.    Agent Rovensky, you can't name me one single eyewitness who will testify that they saw Mr. Sterlingov operating Bitcoin Fog; true?

A.    I investigate cybercrime cases.  That is the situation essentially in all of my cases.

Q.    So you can't name a single eyewitness who saw Mr. Sterlingov operating Bitcoin Fog?

A.    That is correct.

Q.    And you can't name a single eyewitness that said that they heard Mr. Sterlingov talking about operating Bitcoin Fog?

A.    That is correct.

Q.    And the government doesn't have the Bitcoin Fog server logs; right?

A.    No.

Q.    And the government doesn't have the Bitcoin Fog ledgers?

A.    No.

Q.    And the ledgers are what would record the transactions that Bitcoin Fog engaged in; right?

MR. BROWN:  Objection; calls for speculation.

THE COURT:  Why don't you -- I will sustain that since we don't -- if we don't have the ledgers, we don't know what they would show.  But you can ask a more general question, if you would like.

BY MR. EKELAND:

Q.    The government doesn't have the Bitcoin Fog servers?

A.    No.

Q.    You don't even know how many servers Bitcoin Fog had?

A.    We don't.

Q.    And you are familiar -- I believe you testified about all of the devices and everything that was seized from Mr. Sterlingov at Los Angeles International Airport when he was arrested on April 27th, 2021?

A.    I testified about some of the documents from the devices that were on him when he was arrested, yes.

Q.    And nothing on any of those devices shows Mr. Sterlingov

operating Bitcoin Fog?

A.    That data, it is certainly relevant evidence on those devices.

Q.    You can't name one thing on any of those devices that shows Mr. Sterlingov operating Bitcoin Fog?

A.    When you are dealing with a sophisticated cybercriminal, like the defendant is, you expect that their operational security is going to be very good.  And you can tell from some of the excerpts I read that the defendant was obsessed with hiding his digital footprint.  So we are really -- expect to be dealing with somebody -- really good operational security and you are looking for that one or two mistakes.  In this case, the defendant made considerably more than one or two mistakes.

Q.    So you can't point to one thing on any of his devices that show him operating Bitcoin Fog?

A.    From my memory, I am not recalling a specific document from a device at the moment.

Q.    And on those devices, and I believe there were three terabytes' worth of hard drives.  There was a bag of thumb drives and I also think you got access to his Google Drives. Nowhere on any of that was the source code to Bitcoin Fog, was there?

A.    No.

Q.    And nowhere in all of those devices and everything that you seized, was there anything related to the BitcoinFog.com

clearnet site?

A.   Well, the Google Drive document, the putting money document, clearly stated how it was he was going to pay for the Bitcoin.com domain.

Q.   The putting money document doesn't mention BitcoinFog.com at all --

MR. BROWN:  Objection, argumentative.

THE COURT:  Sustained.

BY MR. EKELAND:

Q.   Did the word BitcoinFog.com appear anywhere in Mr. Sterlingov's notes?

A.   It does not.

Q.   And nowhere in his devices, in his hard drives, in the Google Drives, in his notes, is there any communications between him and somebody else discussing the operation of Bitcoin Fog?

A.   There is not.

Q.   Now, I would like to show you what has been admitted into evidence as Government Exhibit 702 and Ms. Wilkins, if we could get that up.

MR. BROWN:  Your Honor, this is the document that has private password information so --

MR. EKELAND:  We may need to turn the --

THE COURT:  If you wouldn't mind turning off the screen.

MR. EKELAND:  If we can get it up.

BY MR. EKELAND:

Q.   While we are getting that up, Agent Rovensky, as part of the search of Mr. Sterlingov's devices, the government searched his thumb drives?

A.   Correct.

Q.   There was a bag of thumb drives.  There was a lot of thumb drives; right?

A.   Yes.

Q.   And when it searched one of his thumb drives, the government found an encrypted file; right?

A.   Which file are you referring to?

Q.   I am referring to a file we looked at yesterday, 702.  You can see it on your screen right now?

A.   Yes.

Q.   When the government found that, that was encrypted; right?

A.   When I reviewed the file, I reviewed it in this format.

Q.   But are you aware that it was encrypted when the government first found it?

A.   I didn't participate in the extraction of it.

Q.   But you would agree with me that this is an Excel spreadsheet of Mr. Sterlingov's passwords going back as early as 2008?

A.   Among other things, yes.

Q.   You recall testifying that the Akemashite Omedetou moniker

who the government is maintaining ran Bitcoin Fog, you are aware that that Akemashite Omedetou Bitcoin Talk forum account was registered using the shormint@hotmail.com email address?

A.    Yes, I am.

Q.    And nowhere in this password list of, I don't know, dozens, maybe a hundred, I don't know how many passwords, does the shormint@hotmail.com account appear in this list?

A.    It does not.

Q.    And nowhere in this password list do you recall the Shormint Liberty Reserve account?

A.    In this list, no.

Q.    Right.  So there is no password for anything Shormint related in this case in Mr. Sterlingov's password list?

A.    On this document, no.

Q.    And Mr. Sterlingov's name is not on any document in this case related to shormint@hotmail.com; right?

A.    Can you repeat that question?

Q.    Sure.  Let me be more specific.  You executed a search warrant to Microsoft for the shormint@hotmail.com email address?

A.    Yes.

Q.    And nowhere in the any of the search warrant returns did Mr. Sterlingov's address appear?

A.    No, it did not.

Q.    And shormint@hotmail.com doesn't appear anywhere on the

computers that you seized from Mr. Sterlingov at Los Angeles International Airport?

A. No, it does not.

Q. And it doesn't appear anywhere on the three terabytes worth of a hard drives that you seized from Mr. Sterlingov at Los Angeles International Airport?

A. It does not.

Q. It doesn't appear anywhere in the thumb drives that you seized from Mr. Sterlingov at Los Angeles International Airport; correct?

A. Correct.

Q. And it appears nowhere in his diary that you accessed through this computer that you seized at LAX; correct?

A. I don't know if it was his diary, but correct.

Q. And it appears nowhere in his notes?

A. It is not in his notes.

Q. Nowhere in any of that stuff, computer devices, 3 terabytes of hard drives, his thumb drives does Mr. Sterlingov discuss operating Bitcoin Fog anywhere?

A. In those documents, he does not.

Q. As a matter of fact, the name Akemashite Omedetou appears nowhere, nowhere in anything that you seized from Mr. Sterlingov?

A. From the evidence that was on his person during the arrest, no, it does not.

Q.   And that was quite extensive evidence that you seized from him.  It was more than one computer?

A.   Yes.

Q.   Raspberry Pi computers?

A.   Right.

Q.   It was a modem with multiple SIM cards?

A.   Correct.

Q.   It was a bag full of thumb drives?

A.   It was.

Q.   And you are aware that the United States government had Mr. Sterlingov under surveillance when he was in Miami in 2017?

A.   I know he was in Miami in 2017.

Q.   And but you -- well, you -- when did you start on this case?

A.   In around May of 2022.

Q.   In 2022.  This investigation has been going on since 2015, hasn't it?

A.   It has, yes.

Q.   And but when you joined the investigation, as a diligent agent, you reviewed the case file?

A.   I did.

Q.   And you reviewed it thoroughly?

A.   I reviewed as much of it as I could, yes.

Q.   But you pay attention to detail?

A.   Sure.

Q.    When you did that, you saw that the United States government had Mr. Sterlingov under surveillance in Miami in 2017?

MR. BROWN:    Your Honor, I believe this has been asked and answered.

THE COURT:    Sustained.

BY MR. EKELAND:

Q.    Did you read anything about pen traps?

A.    No.

Q.    No, you didn't.  Did you read -- all right.

Do you recall testifying about Mr. Sterlingov's Mt. Gox account the one he uses the Roso that is a -- in Mt. Gox account number 1 that has the Roso affiliated with it?

A.    I do.

Q.    Mr. Gox -- excuse me.  And Mr. Sterlingov used his photo ID for that Mt. Gox account; correct?

A.    Yes.

Q.    And basically he KYCed that account?

A.    He did.

Q.    And can you explain to the jury again just what KYC is?

A.    It is, know your customer.

Q.    That means that you are providing the personal information to the exchange, your name, your address, and your photo ID?

A.    Right.  At one point Mt. Gox did begin to request that information from its users.

Q.   And isn't it true that in 2011 it was optional to KYC with Mt. Gox?

A.   I don't remember when that started asking that.

Q.   But you have no reason to think that is incorrect?

A.   I don't know.

Q.   You don't.

Now, you testified about a number of accounts that Mr. Sterlingov had.  And one of them was a Binance account?

A.   Correct.

Q.   And Mr. Sterlingov KYCed his Binance account; correct?

A.   Yes.

Q.   And I believe you testified about a Bitfinex account?

A.   I did.

Q.   And Mr. Sterlingov KYCed his Bitcoin account; correct?

A.   He did.

Q.   And you testified about his two Kraken accounts?

A.   Yes.

Q.   And Mr. Sterlingov KYCed his Kraken accounts?

A.   Yes.

Q.   And you identified about his XML Gold account; correct?

A.   I did.

Q.   That was registered to his home address in Sweden; correct?

A.   Correct.

Q.   And you have never been to his apartment in Sweden, have

you?

A.    No, I have not.

Q.    And you testified about his Poloniex account?

A.    Poloniex.

Q.    Poloniex account?

A.    Yes.

Q.    And he KYCed that too, didn't he?

A.    He did.

Q.    And now you talked a little bit about LocalBitcoin the other day.  And that is a service that allows people to do peer-to-peer Bitcoin exchanges?

A.    Right.

Q.    And I think you also testified about an email about Mr. Sterlingov meeting somebody at McDonald's to do a peer-to-peer exchange maybe?

A.    Yes.

Q.    So his GothenCoin moniker on LocalBitcoin, that has his own name related to it; correct?

A.    Yes, I believe it does.

Q.    And then he also had a Code Grin moniker and that was related to a Spam@plasmadivision.com email; right?

A.    Right.

Q.    And that email is readily identifiable as his?

A.    It is.

Q.    Yes.  And then he also had a PayPal account?

A.    Yes.

Q.    And that was in his own name too; right?

A.    Yes, it was.

Q.    And that PayPal account is what he used to pay M247 in Romania; right?

A.    Yes.

Q.    And M247 was the service he was paying to run the To The Moon Server that he had in Romania?

A.    One of the servers, yes.  I think they were all associated with To the Moon.

Q.    If I could just see -- Ms. Wilkins, if I could get what is in evidence as Government Exhibit 892.

       THE COURT:  You can turn the monitor back on if it is off.

BY MR. EKELAND:

Q.    It looks -- if we can't find 892, you don't dispute that Mr. Sterlingov paid for the M247 services using PayPal?

A.    No.  If I could look at the record then maybe I could see other forms of payment, but I don't dispute it.

Q.    And that PayPal account was in his own name?

A.    Yes.

Q.    I think we found it.  If we could -- Government Exhibit -- this is in the evidence as Government Exhibit 892, if we could just show that.

A.    I can see.

Q. You can see that?

A. Yes, on this receipt the form of payment is PayPal.

Q. You can see that right there, it says "Hello, Roman Sterlingov"?

A. I do.

Q. Thank you, Ms. Wilkins. You can take that down.

And then also you testified about his Pyramid Financial Services account?

A. Prepaid Financial Services?

Q. I had -- it is Prepaid. It looks like I have a typo here. Excuse me. Prepaid Financial Services?

A. Yeah.

Q. And that was in his own name too; right?

A. Yes.

Q. And then he also had a Namecheap account?

A. Yes.

Q. And that was in his own name too?

A. It was.

Q. And he -- you testified that he had a SpiderOak account?

A. I did.

Q. And SpiderOak is a data backup service?

A. Yes.

Q. That was in his own name too?

A. It was.

Q. And on that data backup service of Mr. Sterlingov's there

wasn't a single thing related to Bitcoin Fog, was there?

A.   We didn't receive the backup.  We just received the customer account information.  There was nothing there that said Bitcoin Fog.

Q.   And there was nothing related to shormint@hotmail.com was there?

A.   On SpiderOak?

Q.   Uh-huh.

A.   No.

Q.   And then you testified yesterday, I think, about the RamNode VPS service?

A.   I did.

Q.   And that was in Mr. Sterlingov's name?

A.   Yes.

Q.   And he used that for his email; correct?

A.   I don't know everything he used that for.

Q.   You don't know what he used it for, but you do know that there is not anything on it related to Bitcoin Fog; correct?

A.   Not that I saw.

Q.   Uh-huh.  And there is not a whiff on that RamNode VPS service of anything related to shormint@hotmail.com is there?

A.   Not that I saw.

Q.   Uh-huh.  And the government put the RamNode VPS under surveillance?

A.   From my memory, I don't recall.

Q.    Okay.  And now do you recall testifying I think when you were testifying about the big foam chart where you were following the flow of funds from Mr. Sterlingov's Mt. Gox number 1 account, you know, through a long train.  Do you recall testifying about that?

A.    I do.

Q.    Do you recall testifying about a Mt. Gox account number 2, that was associated with an email NFS9000@hotmail.com?

A.    I do.

Q.    And nowhere on Mr. Sterlingov's password list going -- that goes back to 2008, does NFS9000@hotmail.com appear?

A.    That short-lived account is not on that list.

Q.    But it didn't appear at all?

A.    On that list, it --

THE COURT:  I'm sorry.  Make sure you don't talk at the same time.

MR. EKELAND:  I'm sorry, Your Honor.

THE COURT:  I don't know if he was done answering his answer.

THE WITNESS:  That email does not appear on that document.

BY MR. EKELAND:

Q.    You executed a search warrant with Microsoft for that email address?

A.    I don't recall if there was a search warrant for that

email address, but we did get legal process from Microsoft.

Q.   When I got legal process for the NFS9000@hotmail.com account Mr. Sterlingov's name didn't appear anywhere in that legal process?

A.   No.

Q.   And NFS9000 doesn't appear on any of the computers that you seized from Mr. Sterlingov at LAX?

A.   It doesn't.

Q.   And it doesn't appear on the 3 terabytes worth of hard drives you seized from Mr. Sterlingov at LAX?

A.   It doesn't.

Q.   And it doesn't appear on the thumb drives that you seized from Mr. Sterlingov at LAX?

A.   No.

Q.   It doesn't appear on his Google Drive that you accessed, Mr. Sterlingov's Google Drive, the NFS9000@hotmail.com doesn't appear?

A.   I don't believe it does.

Q.   And NFS9000@hotmail.com is not mentioned anywhere in his diary?

A.   I did not see it in his notes, no.

Q.   And his notes.  You say you didn't see it in his notes, but did you see it in his diary?  Because you accessed his diary as well; right?

          MR. BROWN:  Your Honor, argumentative.

THE COURT:  I think the witness earlier -- why don't you ask him a foundation of whether he accessed something that he regards to be the diary.

BY MR. EKELAND:

Q.    You reviewed Mr. Sterlingov's diary?

A.    I don't know if it was a diary or if it was just notes.

Q.    You reviewed everything that Mr. Sterlingov had written?

A.    I reviewed the notes.

Q.    And nowhere in it did the NFS9000@hotmail.com email address appear?

A.    No.

Q.    All right.  And then --

MR. BROWN:  Your Honor, could I ask that defense counsel does not comment on answers with all right or okay.

THE COURT:  Fair enough.

MR. EKELAND:  Thank you, Your Honor.

BY MR. EKELAND:

Q.    And you are not aware of that email address coming up during the Romanian's government's surveillance of the To the Moon server?

A.    I don't know if there was surveillance, but, no, I am not aware.

Q.    Uh-huh.  I'm sorry.  Just calling your attention to what was on that same long trace that you testified to regarding Mt. Gox account number 3.  Do you recall Mt. Gox account number

3?

A.   I do.  Kolbasa.

Q.   That was associated with the Kolbasa99@rambler.ru email address?

A.   Correct.

Q.   And that email address, the Kolbasa99@rambler.ru, that doesn't appear anywhere in Mr. Sterlingov's password list, does it?

A.   It is not on the saved document.

Q.   It doesn't appear anywhere in his computers seized at Los Angeles International Airport?

A.   No, it doesn't.

Q.   It doesn't appear anywhere on the 3 terabytes worth of hard drives you seized from Mr. Sterlingov at Los Angeles International Airport?

A.   I didn't see it there.

Q.   It didn't appear on his thumb drive that you seized at Los Angeles International Airport?

A.   No.

Q.   It didn't appear on his Google Drive?

A.   That short-lived account also did not appear on his Google Drive.

Q.   And it doesn't appear anywhere in his notes?

A.   No.

Q.   Are you familiar with what the government has been

referring to as Mt. Gox account number 4?

A.    If you could remind me of it.

Q.    It is one that has been associated with volf.prius@hotmail.com?

A.    I am familiar with it.  I didn't testify to it, but I am familiar with it.

Q.    You are familiar with that.  And you also are aware that the volf.prius@hotmail.com password, does not appear on Mr. Sterlingov's password list, does it?

A.    No, it does not.

Q.    And doesn't appear anywhere on his computers?

A.    No.

Q.    And it doesn't appear on his hard drives?

A.    Again, that short-lived account did not appear on his hard drives.

Q.    But Mr. Sterlingov did have short-lived accounts on his password list, didn't he?

A.    You could show me.

Q.    Do you know?

A.    Right now I am not recalling which one --

Q.    But you didn't see that email address --

      MR. BROWN:  Your Honor, could we let the witness finish his answers before we launch into the next question, please.

      THE COURT:  Yes.

BY MR. EKELAND:

Q. And you didn't see that email address, the volf.prius@hotmail.com on his thumb drives?

A. I did not.

Q. On his Google Drive?

A. I did not.

Q. And anywhere in his notes?

A. I did not.

Q. As a matter of fact, you don't have a single piece of evidence on Mr. Sterlingov's devices or anything that you seized from him at LAX or anywhere else showing him ever operating Bitcoin Fog?

A. Again, I testified to, I believe, a significant amount of evidence in my direct.

Q. And none of that quote/unquote significant amount of evidence shows Mr. Sterlingov operating Bitcoin Fog?

A. I don't know if I see it that way.

Q. Point to one thing if you could then.

MR. BROWN: Your Honor, asked and answered.

THE COURT: So I think that there may be a question of ambiguity in your question. If you are asking the witness whether there is any evidence, he has been examined on that and the jury can draw whatever inferences or conclusions they want from that. If you are asking is there evidence of him, you know, of a picture of him operating it or at some point in time

where you can point at him and say, there he is operating it, that is just a different question. I think you need to be clear about the question you are raising.

MR. EKELAND: I think the jury has sufficient information, Your Honor, and I will move on.

BY MR. EKELAND:

Q. So, Agent Rovensky, the government did work with Swedish law enforcement?

A. Yes.

Q. And as far as you are aware, Swedish law enforcement never interviewed Mr. Sterlingov?

A. So there was -- for a long stretch, this investigation was covert, right. And it didn't become overt until Mr. Sterlingov was charged and arrested in the US.

Q. So I am correct to understand that Swedish law enforcement never interviewed Mr. Sterlingov?

A. No.

Q. And you never interviewed Mr. Sterlingov before his arrest, did you?

A. I wasn't even on the case.

Q. And Swedish law enforcement never interviewed Mr. Sterlingov's mother?

A. No.

Q. And you didn't interview Mr. Sterlingov's mother?

A. I did not.

Q. And Swedish law enforcement never interviewed any of Mr. Sterlingov's friends?

A. They did interview two of his coworkers at CapO.

Q. And that was after his arrest wasn't it?

A. Yes.

Q. And they said nothing about Bitcoin Fog; right?

THE COURT: Hold on a second here. You can pick up the phone if you want. It seems to me that sounds like you are calling for hearsay here. But if you want to come to the phone.

MR. EKELAND: I didn't hear the government object.

MR. BROWN: I object on hearsay and we are now far, far afield from the scope of direct.

MR. EKELAND: I am asking him about the scope of his investigation and the government has spent two days --

THE COURT: No. No. I am still back on the question of -- just it sounds like a classic call for hearsay. If there is some reason it is not hearsay, I would be happy to hear from you all on the phone otherwise.

MR. EKELAND: Effect on the listener. I am wondering what kind of effect the government -- the government's investigation.

THE COURT: That is hearsay.

MR. EKELAND: Are you sustaining?

THE COURT: Yes, that is hearsay.

MR. EKELAND: Moving on.

BY MR. EKELAND:

Q. You never interviewed any of Mr. Sterlingov's friends?

A. No.

MR. BROWN: Asked and answered.

THE WITNESS: No.

BY MR. EKELAND:

Q. And Swedish law enforcement never interviewed any of Mr. Sterlingov's employers before?

MR. BROWN: Your Honor, at this point I am going to object that we are out of the scope of direct.

MR. EKELAND: Your Honor, they put in information related to --

THE COURT: I will allow this, but then maybe if we could move on after this question.

BY MR. EKELAND:

Q. So I am going to repeat the question. Swedish law enforcement never interviewed any of Mr. Sterlingov's employers before his arrest?

A. Before his arrest, no.

Q. Can you name me his employers?

A. CapO was where he worked from -- before he left because, obviously, Bitcoin Fog was up and running.

Q. When did Mr. Sterlingov work at CapO Marknaos Communication?

A.     I think from 2010 to 2014, around there.

Q.     The United States government did ask Swedish law enforcement to put Mr. Sterlingov under surveillance?

MR. BROWN:  I believe this is asked and answered, Your Honor.

THE COURT:  Overruled.

THE WITNESS:  So, again, I wasn't on the case at that point.  There may have been surveillance.  I haven't reviewed reports of surveillance.

MR. EKELAND:  Ms. Wilkins, if I could get what is in evidence as Government Exhibit Exhibit 313 up on the screen.

MR. BROWN:  Your Honor, Exhibit 313 which was the only exhibit that was admitted, which is a physical chart, we can bring that up to the witness.

MR. EKELAND:  I'd rather use it on the digital screen.  I don't need the physical chart.  Thank you, Mr. Brown.

MR. BROWN:  The digital screen has not been admitted.

THE COURT:  You can move for its admission if you like.

MR. EKELAND:  I would move for the admission of what is Government Exhibit 313 digitally, which I understand is the same as what the government put on the flow chart.

THE COURT:  Any objection to that?

MR. BROWN:  No, Your Honor.  The digital vision is

now labeled 313A, as in alpha, so if we could admit it that way. We have no objection.

THE COURT: So 313A is admitted and may be published to the jury.

(Whereupon, Exhibit No. 313A was admitted.)

MR. EKELAND: Can we publish to the jury?

THE COURTROOM DEPUTY: As soon as it comes up, I will publish it.

BY MR. EKELAND:

Q. Can you see that?

A. Yes. So parts of it are cut off. It would be better for this one to see full screen.

Q. Okay. It will take a second, but I can --

MR. BROWN: Your Honor, we can pull this up on the government computer or Ms. De Falco can pull it up.

MR. EKELAND: Ms. De Falco, I would appreciate that. Thank you.

BY MR. EKELAND:

Q. Mr. Rovensky, can you see that?

A. I can.

Q. And this is the same exhibit that you testified to that was on a big foam board in front of the jury the other day?

A. It is. This is the transaction that registered Bitcoin.com domain with High Hosting.

Q. And I would just would like to take you through this, the

flow of funds here. So right here we have got Mr. Sterlingov's Mt. Gox account number 1?

A. Correct.

Q. And that is the Mt. Gox account that Mr. Sterlingov KYCed?

A. It is.

Q. That is the Mt. Gox account that there is a password for in his password list?

A. Yes.

Q. Now, we see the funds are leaving Mt. Gox account number 1. And they are going to this Bitcoin address over here. The government doesn't have the private key to that Bitcoin address, does it?

A. No.

Q. And that means that the government doesn't know who controls that Bitcoin address?

MR. BROWN: Objection; calls for speculation. And I would point out to the defendant's 702 objection on this point.

MR. EKELAND: Your Honor, they put him up on the stand and testified to this tracing and they have opened the door to this.

THE COURT: I think what we agreed though at your request was that he would testify just with respect to the flow of the funds and not beyond that. You leave the other issues for other witnesses.

MR. EKELAND: Very well, Your Honor.

BY MR. EKELAND:

Q. Now you see how the flow of funds on October 19th, 2011 goes to another Bitcoin address?

A. I do.

Q. And the government doesn't have the private key to that Bitcoin address?

MR. BROWN: Objection, Your Honor.

THE COURT: I will allow that question.

THE WITNESS: No.

BY MR. EKELAND:

Q. Now, the funds flow to a Mt. Gox account number 2, over here, and that is the Mt. Gox account NFS9000@hotmail.com that you just testified to?

A. Yes.

Q. And that is the one that doesn't appear anywhere in Mr. Sterlingov's password list?

A. Correct.

Q. And that is the one that doesn't appear anywhere in any of the devices or anything seized from Mr. Sterlingov at Los Angeles International Airport?

MR. BROWN: Your Honor, I believe these questions have already been asked and answered by the witness.

THE COURT: Sustained.

BY MR. EKELAND:

Q. And then you see at the bottom here under Mt. Gox account

2 here, you see it is generating a redemption code; right?

A.    Yes.

Q.    That is a redemption code for 36 -- I can't see 36 or --
35 Bitcoin.  You are aware that Mt. Gox had two types of
redemption codes, one for Bitcoin and one for US dollars?

A.    You could do both of those.  They also do that for Euros I
believe.

Q.    And then the funds for this redemption code gets redeemed
by Mt. Gox account number 3, the Kolbasa99@rambler.ru that you
just testified about?

A.    Right.

Q.    And that account converts it with a redemption code into
US dollars.  That is down in the bottom there?

A.    Correct.

Q.    And then, on October 20th, it sends $80 to Aurum Xchange?

A.    Right.

Q.    And right here?

A.    Yes.

Q.    But that is not --

          MR. BROWN:  Objection.  Misstates the evidence and
the record.

          THE WITNESS:  So it is -- Aurum Xchange was a service
with accounts on both Mt. Gox and Liberty Reserve.  They are a
service that executed orders for clients.

BY MR. EKELAND:

Q.    Right.  And they would redeem Mt. Gox redemption codes, that is one of the things that Aurum Xchange specialized in?

A.    Correct.

Q.    You could redeem their codes for US dollars and convert them into Liberty Reserve dollars?

A.    On behalf of their clients.

Q.    That Aurum Xchange account is not Mr. Sterlingov's Aurum Xchange account; correct?

A.    It is Aurum Xchange's account.

Q.    Right.  It is Aurum Xchange's account.  But there is nothing in this flow of transactions that identifies Mr. Sterlingov in any way at all with that Aurum Xchange redemption of the whatever it is, the $80 going from Mt. Gox account number 3?

A.    So this flow of transactions happened extremely close in time with a specific purpose.  It is really a one-layer transaction with a specific purpose.

Q.    But there is nothing -- there is nothing in that Aurum Xchange account right there in this transaction, that identifies it as having anything to do with Mr. Sterlingov?

A.    By the time it got to Aurum Xchange it had been separated from Mr. Sterlingov's Mt. Gox account that is in his true name.

Q.    That is your testimony that what you are saying there with that answer is that Aurum Xchange transaction right there, you have got nothing there to identify it as having to do with

Mr. Sterlingov?

MR. BROWN:  Asked and answered.

THE COURT:  I will allow this one.

THE WITNESS:  Other than what I just said about how close in time this was all executed, it would have taken incredible coordination for more than one person.  But the Aurum Xchange records do not have -- in this transaction do not have Mr. Sterlingov's name.

BY MR. EKELAND:

Q.   And you are referencing --

THE COURT:  Counsel, can you go to the telephone for just a second please?

(Conference held at the bench.)

THE COURT:  Make sure you are not too close to the microphone there.

I didn't want to say anything about this in front of the jury.  There is a lot of body language in the examination.  And, you know, it is not necessarily showing up on the record.  I think I sustained an objection to argumentative because there were like air quotes.  And there is -- you know, turning to the jury making facial expressions to the jury with respect to, you know, answers you like or don't like, during your examination -- I just ask that you just ask your questions and not sort of turn to the jury with body language, you know, you are communicating or expressing views to the jury as you are

asking your questions.  Let the questions and answers speak for themselves.

It doesn't seem to be working.

Okay.  You got it.

(End of bench conference.)

BY MR. EKELAND:

Q.    You mentioned temporal proximity I believe when you were talking about the Aurum Xchange transaction just now?

A.    Correct.

Q.    And you read Akemashite Omedetou's posts where he talks about -- he or she talks about the necessity of spreading out transactions over time so that you can't be identified.  Do you recall that?

A.    That post was for the purpose of mixing, for the purpose of how best for a user trying to launder their funds to go about mixing.

Q.    And after the Aurum Xchange, you have an arrow going to Liberty Reserve account.  Do you see that down there?

A.    Yes.

Q.    And that is the Shormint Liberty Reserve account that you just testified about?

A.    It is.

Q.    We can take 313A down.  Thank you, Ms. de Falco.  I appreciate that.

And you recall testifying I think it was yesterday about

the www.BitcoinFog.com clearnet DNS registration at highhosting.net?

A.    I did.

Q.    Do you recall seeing the documents that went into evidence saying that highhosting.net was charging the shormint@hotmail.com registration that was done in Akemashite Omedetou's name $2 a month for some services?

A.    For hosting, yes.

Q.    And there is no evidence in any of Mr. Sterlingov's devices, his hard drives and his notes, anywhere, of Mr. Sterlingov paying that $2 a month?

A.    No.

Q.    And you recall testifying about evidence that came in regarding the transfer of the BitcoinFog.com clearnet name to another hosting service called internet.BScorp?

        MR. BROWN:  Objection.  I believe this misstates the record.

        Would it be helpful to pull up an exhibit?

        MR. EKELAND:  It is Exhibit 502H, which I believe is in evidence.

        THE COURTROOM DEPUTY:  I'm sorry.  502?

        MR. EKELAND:  H, as in Harry.

        THE COURTROOM DEPUTY:  Who is pulling it up?

        MR. EKELAND:  Ms. de Falco.  Thank you.

BY MR. EKELAND:

Q.    Mr. Rovensky, if you could review that quickly?

A.    I am familiar with this.

Q.    That is essentially an email from Reseller Club Sales team to the highhosting.net saying they have received a request to transfer the Bitcoin.com clearnet site to new register internet.BSCorp.  Am I reading that right?

A.    Yes.  This is a request for transferring BitcoinFog.com.

Q.    And we see the customer details and that says Akemashite Omedetou and there is a Japanese address and then the email is listed as shormint@hotmail.com?

A.    I see that.

Q.    And, once again, there is nothing in any of Mr. Sterlingov's devices, his hard drives, his thumb drives, his notes, the Google Drive you accessed or anything else you seized from Mr. Sterlingov at LAX or anywhere else in any of your searches of anything of Mr. Sterlingov or the surveillance of referencing internet.BS in relation to the BitcoinFog.com clearnet site?

A.    Is your question about internet.BS?

Q.    My question is about the BitcoinFog.com clearnet site, there is nothing in Mr. Sterlingov's records anywhere related to that; correct?

A.    I am misunderstanding the question.  I'm sorry.

Q.    That is okay.  We can move on.  We can take 502H down. Thank you.

And do you recall that the clearnet -- the BitcoinFog.com clearnet site moved to a hosting service called HostGator?

A.    HostGator.

Q.    Yeah, HostGator?

A.    I don't think I testified to that yesterday.  Maybe there is a document that will --

Q.    You can't recall one way or the other.

Do you recall the --

MR. BROWN:  Your Honor, was that a question?

MR. EKELAND:  I asked him if he didn't recall one anyway or the other.

BY MR. EKELAND:

Q.    Do you recall whether or not it moved to HostGator?

A.    I don't recall.

Q.    Do you recall the invoices that were moved into evidence I think yesterday from the Orange website DNS hosting related to Bitcoin Fog?

A.    I do.

Q.    And do you recall that there were invoices for extending the DNS registration of -- through 2026?

A.    Yes.  They were in the defendant's shormint@hotmail.com account.

Q.    And, once again, there is nothing related to that Orange website DNS hosting for BitcoinFog.com, and any of Mr. Sterlingov's devices, notes, hard drives, thumb drives,

Google Drive and everything else that we have been discussing like that?

A. No.

Q. And that was actually paid for, that Orange DNS registration was actually paid for by the Shormint PayPal account?

A. You will have to show me a document. I'm sorry.

Q. We can move on.

And then do you recall testifying, I believe it was yesterday, about someone named Andrew Bitcoiner's email exchange with Akemashite Omedetou's shormint@hotmail.com email account?

A. Yes.

Q. And that email for Andrew Bitcoiner, that was the invalid@gmail.com email address?

A. Yes.

Q. And that belonged to someone named Andrew White?

A. Yes. Correct.

Q. And Andrew White ran a service called Bitcoin cleaners.com; is that correct?

A. I have seen like open source information that name is associated with Andrew White, but that is as much as I know about it.

Q. But Mr. White was heavily involved with Bitcoin in 2011?

A. He appeared to be.

Q.   And the subject matter of those emails where Mr. White was talking to Akemashite Omedetou through Mr. Omedetou's shormint@hotmail.com account, they were talking about Mr. White buying Bitcoin Fog?

A.   There was a conversation about that.  And I think from the communications I read, it was clear that Akemashite Omedetou ultimately decided not to sell it.

Q.   But you don't know for sure if that ever happened or not?

MR. BROWN:  Calls for speculation, Your Honor.

MR. EKELAND:  I am asking whether he knows if the sale happened.

THE COURT:  You can ask that question.

BY MR. EKELAND:

Q.   Do you know if the sale ever happened?

A.   I can only look at the conversation.  And the conversation concluded with the sale not happening.

Q.   Did the government interview Mr. White?

A.   There was an attempt.

Q.   The government attempted to talk to Mr. White?

A.   Yes.

Q.   But the government never actually managed to talk to Mr. White?

A.   He refused.

Q.   He refused.  And the government didn't pursue it further?

A.   There was a couple of attempts made, but he did not -- he

would not meet.

Q.    And Mr. White lives in California; is that right?

A.    No.

Q.    Do you know where Mr. White lives?

A.    I don't know where he is living right now.  When the attempts were made, it was in Missouri.

Q.    Have you ever attempted to access the BitcoinFog.onion site?

A.    Yes.

Q.    What was the last time you did that?

        MR. BROWN:  Objection.  This is outside the scope of direct.

        MR. EKELAND:  I am asking about the scope of his investigation, Your Honor, this --

        THE COURT:  Overruled.  I will allow this.  We'll see how far we get on this.  I will allow that.

        THE WITNESS:  To the best of my recollection, maybe one year ago, maybe less.

BY MR. EKELAND:

Q.    Uh-huh.  Was it operational?

A.    No.

Q.    Uh-huh.

        MR. BROWN:  Your Honor, could we have defense counsel not comment audibly or not audibly after the witness' answers please.

THE COURT:  Yes.

BY MR. EKELAND:

Q.    Are you aware that there is a clearnet site called Bitcoin Fog.site as of two days ago was still operational?

A.    That could be.

Q.    And are you aware that that clearnet site points to an onion site that purports to be Bitcoin Fog?

A.    It could purport to be, but the administrator of Bitcoin Fog was very clear in his posts of where you could find the real onion site.  Because there were imposters.  There were scammers who were trying to execute cyberattacks by pretending to be Bitcoin Fog.  So Akemashite Omedetou repeatedly on the clearnet site, BitcoinFog.com, and also on Bitcoin Talk warned against these scams and pointed to the right way to access Bitcoin Fog.

Q.    But you also recall Akemashite Omedetou saying -- and that the BitcoinFog.onion address changed often?

A.    Often?  No.

Q.    Well, it --

A.    It did not change often.

Q.    But it did change?

A.    At one point, it changed.

Q.    It changed more than once, didn't it?

A.    I don't know if it changed more than once.  But I know when it did change, that I testified to, the administrator of

Bitcoin Fog was very clear to communicate that.

Q.    When you say administrator of Bitcoin Fog, you mean Akemashite Omedetou?

A.    I do.

Q.    You have no way of knowing whether or not the onion site that is currently operating as Bitcoin Fog -- claiming to be Bitcoin Fog whether that is actually Bitcoin Fog or not?

MR. BROWN:  Your Honor --

THE COURT:  Yeah.

MR. BROWN:  This calls for speculation.  The witness has testified he doesn't know what defense counsel is talking about with this site.

THE COURT:  Sustained.

I will also remind the jury that the questions from counsel are not evidence.  And the evidence is when the witness has an answer to the question.

BY MR. EKELAND:

Q.    Mr. Rovensky, you testified that you spoke Russian?

A.    I do.

Q.    That doesn't mean you are a criminal, does it?

A.    No.

MR. EKELAND:  No further questions.

THE COURT:  Okay.  Redirect?

MR. BROWN:  The Court's indulgence.

THE COURT:  Okay.

MR. BROWN:  No redirect, Your Honor.

THE COURT:  Okay.  The witness is excused.  Thank you.

And the government may call its next witness.

MR. BROWN:  The government calls Duncan Townsend.

MR. PEARLMAN:  Your Honor, could I have one minute of -- the Court's indulgence.

THE COURT:  Okay.  Is it just one minute?

MR. PEARLMAN:  I think so.

THE COURT:  I didn't know whether we should take a break or not, but if it is one minute, that is fine.

MR. PEARLMAN:  I don't think it will take more.

THE COURT:  Okay.

MR. BROWN:  And this should not last very long, Your Honor.

THE COURT:  Feel free to stand up and stretch if you like.

(Pause.)

MR. BROWN:  Your Honor, he is just coming from another floor, but --

THE COURT:  Okay.  No worries.

MR. BROWN:  We could also take a break now, either way.

THE COURT:  How long do you think the testimony is going to take?

MR. BROWN: Maybe 15, 20 minutes for direct.

THE COURT: I think we are going to break today for lunch today at 11:30. So maybe it just as convenient now to take the break now, if --

Oh, here is the other witness.

So then we'll break right after this witness and then have a short session before lunch.

MR. BROWN: Yes, Your Honor.

DUNCAN TOWNSEND, sworn.

THE WITNESS: Yes.

THE COURTROOM DEPUTY: Thank you. Please be seated.

DIRECT EXAMINATION

BY MR. BROWN:

Q. Good morning, Mr. Townsend.

A. Good morning.

Q. Could you please introduce yourself to the jury, spelling your full first and last name?

A. My name is Duncan Townsend. I am a software engineer in De-Fi. I have -- and many years ago, I wrote a Bitcoin mixer with a superficial resemblance to Bitcoin Fog.

Q. And could you also spell your first and last name?

A. My first name is Duncan, D-U-N-C-A-N; and my last name is Townsend, T-O-W-N-S-E-N-D.

Q. And, Mr. Townsend, going back to the spring of 2011, where were you?

A.    I was a undergraduate student at MIT.

Q.    What were you majoring in?

A.    Software engineering -- computer science and electrical engineering.

Q.    And in 2011, at some point did you create a Bitcoin-related website?

A.    Yes.  I wrote a website BlindBitcoin.com.

Q.    When did you write that website approximately?

A.    It would have been like May, June of that year.

Q.    And what was Blind Bitcoin?

A.    So it was based on David Chaum's blind digital cash scheme.  Essentially you could deposit Bitcoin, receive a coupon, cash in the coupon, get the Bitcoin back.  But then the scheme was designed such that the issuer of the coupon could not know the deposit that created the coupon.

Q.    And is that -- is that or is that not what you might call a mixer or a tumbler?

A.    It absolutely is.

Q.    And did you advertise Blind Bitcoin at the time?

A.    No.  As I was actually discovered by some enterprising individuals before I was ready to launch it.  People started using it and then I said, well, I suppose I should tell people that it exists and posted a thread on BitcoinTalk.org.

Q.    What was BitcoinTalk.org?

A.    So a fairly major -- or at the time the major internet

forum for discussing cryptocurrencies, which at the time was just Bitcoin -- cryptocurrency-related services, the developments therein.

Q. And did you post under a name or a moniker of some sort?

A. I used the same handle that I had at MIT, which was DuncanT.

Q. And were you open about your identity on Bitcoin Talk?

A. Yes. I posted my full name and that was a student at MIT.

Q. Now, after you launched Blind Bitcoin, was there discussion about Blind Bitcoin on Bitcoin Talk?

A. Yeah. There was some criticism of my design in the respect that it was -- there was a centralized issuing authority who could conceivably run off with all of the money. And I was encouraged to design something better, a design that later resembled things like CoinJoin, which I didn't implement because I shut the website down.

Q. At some point, did you consult with a lawyer?

A. I did. I asked an attorney if it was illegal to run BlindBitcoin.com and the best answer that I got was that it probably wasn't money laundering because Bitcoin isn't money.

Q. And on the Bitcoin Talk forum, was there some discussion about the legality of running a website like this?

A. Yeah. A bunch of people suggested it was unnecessarily legally risky.

Q. And if I could direct your attention to Exhibit 22, which

I believe was admitted under Mr. Rovensky's testimony. And scrolling up to the very top of this for a second, do you recognize this exhibit?

A.    Yeah.  That is the post that I made after people started using the service.

Q.    If we just scroll down really quickly.  What is the whole document here?

A.    That is the thread on BitcoinTalk.org about BlindBitcoin.com.

Q.    Now, if I could direct your attention to post number 27. Do you see post number 27 here?

A.    Yep.

Q.    Could you just read out the first sentence of that post and -- well, actually before that, who is making the post 27. Is that you or somebody else?

A.    That is definitely not me.

Q.    Could you read that first sentence in post 27?

A.    "I would suggest consulting on the record with a lawyer who has significant professional standing to lose."

Q.    Could we scroll down to post 29.  And, again, is post 29 a post that you did or somebody else?

A.    That is somebody else.

Q.    And then, could you read the first sentence of what that poster said?

A.    "I agree this is really dumb from a liability perspective

and you are asking for trouble, IMO."

Q.    So by the end of July of 2011, had you decided anything in particular with respect to Blind Bitcoin?

A.    Yeah.  I shut the website down.  At least initially I left it open whether I was going to bring it back.  I never brought it back.  It never seemed like a good idea to do.

Q.    If I could direct your attention to post 35, please.  And post 35, is this your post or somebody else's?

A.    That is mine.

Q.    And if I could just ask you to read post 35 into the record.

A.    "Scratch that on the business resuming.  I have decided that the liability of running a site like this is just too great and the monetary benefit is too small.  I will continue to honor unredeemed tokens and existing scheduled payouts.  I will not be accepting new transactions.  If anyone wants to carry on this site, I can help you get everything up and running.  Duncan."

Q.    And did you end up selling the site to somebody else?

A.    I did not.

Q.    Now, did Bitcoin Talk have a private message function?

A.    It did.

Q.    And were you able to send and receive private messages with other Bitcoin Talk users?

A.    I was.

Q. And did you receive any private messages asking about Blind Bitcoin?

A. I did.

Q. So I would like to direct your attention to Exhibit 15, which has been previously been admitted and specifically message 115161. And to begin with, Mr. Townsend, the formatting may be different, but do you recognize what this is?

A. I do.

Q. And what is shown on the screen here?

A. This is the top of the screen is a message that I received on BitcoinTalk.org as a private direct message about asking to take over BlindBitcoin.com.

Q. Where it says recipients and there are two bullets -- but do you recognize what is under one of those bullets?

A. Yeah, that is my username, Duncan T.

Q. And do you have an independent recollection of receiving this message?

A. I don't remember it, but I have my own records that I trust implicitly that say that I received this message.

Q. And scrolling down to -- I believe it is message 116334. Now looking at the full text of this message. Do you -- looking at the body of this message, do you recognize this message?

A. I discussed it with you previously, but I have no independent recollection of this message.

Q. And then looking at the format of the body, it appears there is a quoted section. And then there is further text below. Does the quoted section -- does that match the message that we just looked at?

A. Yes.

Q. That was sent to you.

And then looking at the text below, I just want to walk through a few details. Is there a reference to an MIT email address?

A. Yes.

Q. And what is that MIT email address?

A. Duncan@mit.edu.

Q. Was that your MIT email address?

A. Yes.

Q. Do you recognize the reference to IRC?

A. Yeah. That is internet relay chat, just a chat protocol that I used extensively at the time.

Q. If this was in October of 2011, what would you have been doing with your time in 2011?

A. Studying computer science.

Q. And did you check your email account frequently?

A. Extensively, yes.

Q. Do you have any reason to doubt that this is than authentic message that was sent from your account?

A. No. It certainly sounds like something I would send and I

definitely sent many messages similar to this in response to similar inquiries.

Q. And could I ask you to just read the lower part of this body from the word "Hi" and then going into the next paragraph, please?

A. "Hi. Sorry for taking so long to get back to you. The semester has just gotten into full swing and I have had no time for myself. I have not handed over the site to anybody yet. I don't really have any sort of IM client, but I check my email every 5 minutes or thereabouts, so that is probably the best way to get ahold of me. DuncanT@mit.edu. I am moderately comfortable with IRC, if you prefer that."

Q. To the best of your recollection, did you have any further contact with Killdozer?

A. No.

MR. BROWN: No further questions.

THE COURT: All right. Mr. Ekeland.

CROSS-EXAMINATION

BY MR. EKELAND:

Q. I think you said in the spring of 2011, you were at MIT?

A. Yes, I was.

Q. And that is when you became interested in Bitcoin?

A. Yep.

Q. And you said you started Blind Bitcoin around then; is that right?

A.    Yeah.  I had learned about RSA, Chaumian blind signing, Bitcoin seemed like an obvious marriage.

Q.    You said Blind Bitcoin was a mixer?

A.    Yes.

Q.    And you created your Blind Bitcoin mixer to launder money?

A.    It was really a demonstration of my technical skills.

Q.    But -- so you did create it to launder money?

A.    No, I did not.

Q.    You said that it -- I just -- you said it leaked or somehow other people found out about it.  How did that happen?

A.    I never advertised, posted about it anywhere.  I presume somebody checked Whois records or certificate transparency, found out about the domain, investigated it further, decided it was a useful service.  I presume that there is private chat somewhere where it got around through word of mouth, but that is pure speculation.

Q.    But so people started using it?

A.    Yes.

Q.    And at first you didn't know that people were using it?

A.    No.  I had logs.  I knew that people were using it.

Q.    You kept logs?

A.    Yeah.

         MR. BROWN:  Objection.  Can we not have comments on the witness' answers, please.

         MR. EKELAND:  Okay.  I was just confirming.

Absolutely, Your Honor.

BY MR. EKELAND:

Q.   And was the Blind Bitcoin mixer source code, was that open source?

A.   The source was available, yes.

Q.   So anybody could access the source code to it?

A.   Yes.

Q.   And you also said on Bitcoin Talk that if people wanted to get the source code from you, they should just reach out to you?

A.   Yeah.  At some point, I had taken the source code down off the web server or stopped updating it.  I forget exactly when that was.

Q.   But anybody who wanted to get the source code from you could get it?

A.   Yes.

Q.   And people did come to you for the source code?

A.   Yes, they did.

Q.   But you don't have any record of Mr. Sterlingov getting the source code from you?

A.   I have no record of that, no.

Q.   And the government asked you to search your records?

A.   Yes.

Q.   And nothing came up?

A.   Nothing came up.

MR. EKELAND:  No further questions, Your Honor.

THE COURT:  All right.  Any redirect?

REDIRECT EXAMINATION

BY MR. BROWN:

Q.   Mr. Townsend, did you use your true name openly in setting up Blind Bitcoin?

A.   Yes.

Q.   And did you advertise Blind Bitcoin as a way to avoid the authorities?

A.   Not that I recall, but it has been a really long time.

Q.   And did you advertise that Blind Bitcoin would never cooperate with the authorities?

A.   No, certainly not.

MR. BROWN:  No further questions.

THE COURT:  All right.  You are excused.  Thank you.

And members of the jury, let's just take a short break, because we are going to take our lunch break at 11:30 so let's just take a short bathroom break and we'll come back at 10 minutes to 11:00.  And please don't discuss the case even amongst yourselves or do any research.

(Jury out at 10:40 a.m.)

THE COURT:  All right.  Anything before the quick break?

MR. BROWN:  No, Your Honor.

MR. EKELAND:  No, Your Honor.

THE COURT: All right. I will see you back shortly.

Just before we go, I -- just before we go -- I'm sorry. Mr. Ekeland, before we go, I know that it is -- you are not even thinking as you are doing it, Mr. Ekeland, with respect to commenting on the answers. And it is -- you are not even conscious of it. But if you can try and be careful about that. I don't think you are doing it intentionally, but I know it is happening.

MR. EKELAND: I am not, but I will put that filter in.

THE COURT: All right. Thank you.

(Recess taken at 10:41 a.m.)

THE COURT: So the juror who had the appointment at 11:30 does not have it today after all. We still have it on Mondays going forward. So we can go a little bit longer. I think we will maybe go until 12:15. I don't want to go all of the way until 12:30 because that is a long stretch for the court reporter.

You can get the jury.

(Jury in at 10:56 a.m.)

THE COURT: All right. And the government may call its next witness.

MS. PELKER: Thank you, Your Honor. The government calls Mr. Luke Scholl.

THE COURT: Okay.

LUKE SCHOLL, sworn.

MR. EKELAND: Your Honor, can we --

THE COURT: Yes.

(Conference held at the bench.)

MR. EKELAND: Just because the Daubert issue, because the defense has an outstanding Daubert motion in relation to Mr. Scholl. If the Court could rule on it and put on the record its decision as to whether or not he is qualified as an expert, what he is qualified to testify to.

THE COURT: Yeah. So I didn't realize that he was taking the stand now or I would have done this during the break or prior to this. It is seems to me that the only question at all with respect to him -- and I am not sure whether the motion even extends beyond this is whether the Chainalysis reactor is sufficiently reliable to clear the Daubert hurdle. And I am going to get you a more complete opinion on this. I have spent a lot of time thinking about the question. And I am convinced that it is sufficiently reliable. And I can give you more. As I said, I can and will give you more detail with respect to my conclusion with respect to this.

But there are the three heuristics. I am not sure whether heuristic 3 comes into play at all with respect to this witness. If it does, it is only sort of a marginal issue. And with respect to heuristic 1, I think even although I understand that you are no longer offering her as an expert, even your

expert I think didn't have fundamental disagreements with the methodology with respect to heuristic 1.

So it was really heuristic 2 was the issue, in which I provided to the defense and ensure the defendants received the details with respect to that heuristic. And I think that in many ways, this is -- just a sophisticated form of following a money trail. And I understand that it is a particularly sophisticated way to do it where there are some assumptions which are grounds for fair cross-examination on the issue. And one of the things that -- and the reasons why I was persuaded that it is appropriate in this case -- and I have other reasons which I will get into detail about. But one of the reasons I concluded that it was appropriate in this case is this is not a case in which the analysis is directly, for example, implicating Mr. Sterlingov. And it is done at a much grosser level in which it is -- it doesn't need to, at least as offered in this case, offer, you know, absolute precision. So if it were right, you know, only 90 percent of the time or only 80 percent of the time, I think it would still be valuable for offering the evidence that the government is seeking to offer it for.

And what I do have in front of me, although as you made the point, many, many times, is there may not be a sort of peer-reviewed study or a study that has given us an actual error rate. I do have evidence in front of me with respect to

the reliability of Reactor, as it has been used in law enforcement for many, many thousands of subpoenas, as I understand or thousands of subpoenas over time and which there is a natural check in that those who have testified at a Daubert hearing with respect to this have indicated to me that they are not aware of any incidents in which the results were incorrect.

And so given the extensive evidence that is in front of me and given the fact that is not being used for the precision of saying that this particular one transaction is necessarily what it reports to be, but it is being used at a more general -- given the evidence that even the previous defense expert didn't have fundamental disagreement with respect to the heuristic 1. And I understand there are CoinJoin issues and that is, again, fair ground for cross-examination. I conclude that it is appropriate to rely on the Chainalysis Reactor. But as I said, I am going to get you a more detailed opinion on this issue. I just didn't realize the witness was going to be taking the stand today.

MR. EKELAND: Thank you, Your Honor.

(End of bench conference.)

LUKE SCHOLL, sworn.

THE WITNESS: I do.

THE COURTROOM DEPUTY: Thank you. Please be seated.

THE COURT: You may proceed.

DIRECT EXAMINATION

BY MS. PELKER:

Q. Mr. Scholl, could you please state and spell your name for the record?

A. My name is Luke Scholl; L-U-K-E, S-C-H-O-L-L.

Q. Mr. Scholl, where do you work?

A. I work at the Federal Bureau of Investigation.

Q. What is your current assignment?

A. I am a staff operation specialist assigned to an intelligence squad in Newark division.

Q. Can you please briefly describe your educational background?

A. I have a bachelor degree in optics from the University of Rochester and a master's degree in cybersecurity from Stevens Institute of Technology.

Q. Where did you work between graduating college and getting your master's in cybersecurity?

A. I worked at the United States Navy.

Q. What was your role there?

A. I was a submarine officer.

Q. When did you join the FBI?

A. I started as an intern in 2014 while competing my master's degree and started full time in 2015.

Q. Were you recently on a special detail assignment for the FBI?

A.    Yes, ma'am.

Q.    Could you tell us about that?

A.    I was on a joint duty assignment detailed to the National Cryptocurrency Enforcement Team at the Department of Justice.

Q.    What is the National Cryptocurrency Enforcement Team?

A.    It is a group of prosecutors and an analyst that specialize in cryptocurrency law and investigations.

Q.    What did your work on the National Cryptocurrency Enforcement Team entail?

A.    Case support work, consulting, reviewing legislation, mostly case support.

Q.    Were you selected for that team because of your cryptocurrency tracing experience at FBI?

A.    Yes, ma'am.

Q.    How long have you been working cases involving cryptocurrency?

A.    Since I joined the FBI in 2015.

Q.    Are you also a member of the FBI's virtual currency response team?

A.    Yes, ma'am, I am.

Q.    What is the virtual currency response team?

A.    The FBI's virtual currency response team is a group of cryptocurrency subject matter experts from all over the FBI that have volunteered to support cryptocurrency investigations that are on different squads across the bureau.  So you could

be working from Newark in supporting a case in Houston, for example.

Q.    Do you have experience searching for and seizing cryptocurrency?

A.    Yes, ma'am, I do.

Q.    What does that involve?

A.    I mean, it involves a logical investigation, often receiving a search warrant that might be for a Gmail account or where a seed phrase or wallet identifiers are found.  Or it might involve a physical search where you are locating wallets on devices or hardware wallets at a residence or something depending on the warrant search warrant.

Q.    Are you also certified by the FBI to conduct online undercover work?

A.    Yes, ma'am, I am.

Q.    Does that certification require additional specialized training?

A.    Yes, ma'am.  I have attended two specialized trainings for online covert activity with the Bureau.

Q.    Do you have experience doing undercover work involving cryptocurrency and the darknet?

A.    Yes, ma'am.  I have engaged online covert activity in involving Bitcoin transactions, sending funds, making purchases, those sorts of things.

Q.    Without getting into anything sensitive, could you explain

generally what you would do as an online undercover?

A.   Most of my work as an online undercover employee has been fairly transactional.  There is something being sold, usually on the dark web or through some forum communication, somebody is posting an offer to buy something.  And I'd reach out purporting to be an individual interested engaging in the solicit activity or having the solicit thing and arranging to purchase that with cryptocurrencies.  And then finalizing the purchase and receiving whatever goods that was purchasing for evidence.

Q.   Does that work involve actually doing cryptocurrency transactions while looking as though you are a cybercriminal?

A.   Yes, ma'am.

Q.   Now, you mentioned earlier that you have been working on cryptocurrency cases with the FBI since 2015.  Can you tell us a bit about your early work in cryptocurrency for the FBI?

A.   Yes, ma'am.  The first investigation that I was involved in that involved virtual cryptocurrency was a darknet market investigation.  The goal there, again, was to engage as an online undercover to make evidentiary purchases of hacking tools and other indications of cybercriminal activity on that forum.  Shortly thereafter, FBI cybersquads essentially stopped working darknet market investigations and focused on computer intrusion hacking cases.

Q.   Are those some of the cases you continue to work on using

your cryptocurrency experience?

A.    Yes, ma'am, they are.

Q.    Could you speak a bit what the investigative day to day would look like for you on a case?

MR. EKELAND:  Objection, Your Honor; relevance.

MS. PELKER:  I think it is very relevant to establish what the testifying witness' background and experience is here and to explain -- he is about to explain a lot of cryptocurrency concepts to the jury.  We have a right to lay a foundation of why he knows those concepts.

THE COURT:  Go ahead.

Do you want to pick up?

MR. EKELAND:  Yes.

(Conference held at the bench.)

MR. EKELAND:  Your Honor, what -- the defense would just like to get clear just on what exactly Mr. Scholl is being offered as an expert in.  Because it is not clear to me that -- first of all, we had a Daubert hearing.  The Court has recognized him as an expert.  And now we are hearing about his day to day his -- I don't understand why this is necessary at all if he already has been recognized as an expert by the Court.

THE COURT:  I think the government does still need to carry its burden with the jury of convincing the jury he is an expert, even though the Court is admitting him as an expert or

whether they -- the jury may not need to make that legal conclusion, but it goes to the credibility or believability of the witness' testimony what their experience and background is.

MR. EKELAND: But it is my understanding that he is being offered as an expert in the tracing in this case. And he didn't do any of the undercover transactions. So what I am concerned with here is that we are just going outside the scope of what is necessary in terms of what is necessary to lay the foundation with the jury for him as an expert.

THE COURT: Ms. Pelker.

MS. PELKER: So he is about to speak in the investigative day to day, not to the undercover activity, but about the tracing. That said, the fact that he has validated his undercover transactions using his blockchain analysis goes to his validation and why he is so confident in these tools and his experience in tracing.

THE COURT: I am going to go ahead and allow it. My only concern is making sure that he is not getting into what he did in other cases in a particular level that is not relevant here that could in any way be prejudicial. Okay?

MR. BROWN: Yes.

MS. PELKER: Yes, Your Honor.

MR. EKELAND: Thank you, Your Honor.

(End of bench conference.)

THE COURT: You may proceed.

BY MS. PELKER:

Q.   Mr. Scholl, without speaking to the details of any particular case, could you speak a bit to what the investigative day to day looks like for you on a case?

A.   Without speaking to the details --

Q.   Of any particular case.  You can speak generally about what you do on a case.

A.   I work a lot of ransomware investigations.  So a typical day might be investigating a specific victim payment.  A ransomware investigation -- a cybercriminal attacks a victim company, encrypts all of their computers.  And then extorts them for a ransom payment in Bitcoin.  I do a lot of collecting those ransom payment addresses and following funds forward to see where they are deposited, where the money goes from there.  It can be reviewing evidence, so just search warrant returns from email providers, lots of just -- yeah, lots of logical investigative steps around identifying cryptocurrency investigation and then tracing funds forward and backward.

Q.   Have you received training related to virtual currency and blockchain analysis?

A.   Yes, ma'am, I have.

Q.   Can you speak a bit to what that involved?

A.   I received a lot of training from the FBI and am a part of not only the virtual currency response team, but also the virtual currency evolving threat working group.  Both of those

have monthly calls where updates and training are provided.  I have taken virtual academy classes, our online training portal on virtual currency.  I have received training from outside private sector companies, been to multiple government conferences, symposiums discussing cryptocurrency tracing. Yes, ma'am.

Q.   Do you hold certifications in blockchain analysis?

A.   I do.  I hold several certifications from Chainalysis including cryptocurrency fundamentals, a reactor certification, reactor investigative specialist, I think it is called, Ethereum tracing from Chainalysis, as well as similar certifications from TRM, cryptocurrency fundamental-type certification and investigator-type certification and advance investigator certification.

Q.   What are Chainalysis Reactor and TRM?

A.   So Chainalysis Reactor is blockchain analysis software that we use on a daily basis.  It is used by the company Chainalysis.  The software is called Reactor.  Sometimes you will hear Chainalysis.  And TRM a competitor of Chainalysis, also produces blockchain analysis software for investigators and financial institutions that have AML, anti-money laundering responsibilities to review their customer's transactions.

Q.   Do you have an estimate roughly of how many training hours you have received in blockchain analysis?

A.   I believe we added up just the certification course hours

is 80, but I would say hundreds of hours of training.

Q. And in addition to receiving the training, do you also give trainings and presentations on topics related to cryptocurrency?

A. Yes, ma'am, I do. I provided training to FBI Newark as well as other FBI divisions. I provided training to local law enforcement. I have provided training to the US Attorney's Offices. I have even provided training to the FBI's own virtual currency response team.

Q. Do you have a very rough estimate of how many hours you have spent on blockchain analysis or cryptocurrency-related work?

A. I mean, thousands of hours. I have been doing this since 2015. And today it is the majority of what I do.

Q. Have you received awards from the FBI and DOJ for your cryptocurrency tracing work?

A. Yes, ma'am, I have.

Q. Has your blockchain work been used to support search warrants, arrest warrants and indictments?

A. Yes, ma'am, as well as convictions.

MS. PELKER: Your Honor, the government would seek to qualify Mr. Scholl in cryptocurrency and blockchain analysis.

THE COURT: All right. I conclude that Mr. Scholl is qualified to testify as an expert on blockchain analysis and cryptocurrency.

You may proceed.

BY MS. PELKER:

Q. Mr. Scholl, we have heard a lot about this already, but could you explain to the jury what is cryptocurrency or what is virtual currency to start?

A. A virtual currency is just an online payment system. It doesn't exist in the real world. It has to be done on the internet.

Q. What is cryptocurrency specifically?

A. Cryptocurrency is just a subset of virtual currency. So it is a virtual currency that is online only. And what distinguishes cryptocurrency from other virtual currencies is that they are distributed, that the ledgers with all of the transaction records, are contained on a blockchain, which is just decentralized among different users and protected by cryptography. So cryptography is what secures Bitcoin transactions and cryptocurrency transactions.

Q. Are there multiple types of cryptocurrency?

A. Yes, ma'am, there are.

Q. What is one of the most popular?

A. Bitcoin is the most common.

Q. If I want to buy Bitcoin, where could I get it?

A. You could create an account in an exchange and buy Bitcoin from an exchange. There are other methods. You can potentially use an ATM. There are Bitcoin ATMs where you could

insert cash and receive Bitcoin to your cryptocurrency address.

Q. What is a Bitcoin exchange?

A. A Bitcoin exchange is a like a bank for Bitcoin or cryptocurrency. It is a financial institution that maintains accounts, allows you to purchase and sell and often trade cryptocurrencies.

Q. For a user what is the process like to set up an account at an exchange?

A. The process for setting up an account on an exchange is very similar to setting up an account at a bank. For a regulated exchange you would be providing your name, your date of birth, usually a government ID of some sort to validate your identity and frequently a utility bill to prove your address, your location.

Q. And what payment methods can you use to buy Bitcoin at an exchange?

A. I think, most commonly you would be linking a bank account. And that is where, you know, providing your KYC information comes in. But you could pay with other cryptocurrency to buy cryptocurrencies. And there is lots of exchanges out there that offer payments in different forms.

Q. I think we are invoking the ire of the court reporter, if we could both of us try to slow down. Apologies.

THE COURT: If you could do your best, thank you.

BY MS. PELKER:

Q.    Is there a set price to buy one Bitcoin?

A.    No, ma'am.  The price of Bitcoin fluctuates.

Q.    And what is one Bitcoin worth today, approximately?

A.    It is approaching fifty -- it is fifty something thousand dollars.  I didn't look this morning.

Q.    Once someone has Bitcoin, can they store those funds on an account with the exchange?

A.    Yes, ma'am, they can in some cases.  Because exchanges offer custodial wallet services where they would maintain your funds for you.  You log into your account, you see how much is there.  But you don't actually have the keys, the private keys for that Bitcoin.  You can't spend them, other than by logging into the exchange and making a payment or a withdrawal through them.

Q.    Is there a real world equivalent to that?

A.    It is just like a bank.  The bank holds your money, so can the exchange.

Q.    Are there other ways that users can store their Bitcoin if they don't want to keep it on an exchange?

A.    Yes, ma'am, there are.

Q.    And what is that?

A.    Users can host their own wallets.  A wallet is just an application you can download to a mobile device or your computer.  It is a software application and it stores your Bitcoin, the private key and your address essentially.  There

is many forms of wallets.  Wallets could also not be a software application, a piece of hardware, like a USB device that is designed to be a cryptocurrency wallet or even printing out private keys on pieces of paper.

Q.   What is a Bitcoin address?

A.   A Bitcoin address is a string of random numbers and letters that acts like an account number.  A Bitcoin address is a public identifier that is just like an account number.

Q.   Can you explain what a private key is in relation to a Bitcoin address?

A.   Yes, ma'am.  So each address on the Bitcoin blockchain has a corresponding private key where you need to sign a transaction that is spending Bitcoin from that address with a private key.  It is what allows you to unlock funds in a Bitcoin address.

Q.   Can you spend money from a Bitcoin address without the private key?

A.   No, ma'am.

Q.   And where is that private key generally stored?

A.   It would be stored on your wallet application.

Q.   And does each Bitcoin wallet hold just one address and private key?

A.   No.  No, ma'am.  Most Bitcoin wallets -- a wallet could, but most Bitcoin wallets contain multiple addresses.

Q.   Can someone use their own wallet to send Bitcoin to

another person?

A.   Yes, they could.

Q.   Do Bitcoin transactions get recorded somewhere?

A.   They do.  They get recorded on the Bitcoin blockchain.

Q.   Can you explain -- we have heard about this a bit, but what is the blockchain?

A.   The blockchain is just a long ledger of all of the Bitcoin transactions that have ever happened from 2009 until right now. The Bitcoin blockchain contains all of the valid Bitcoin transactions.

Q.   Mr. Scholl, did you prepare a series or help to prepare a series of visuals that explain Bitcoin transactions?

A.   I did.

Q.   I am showing you Exhibit 307.  Do you recognize it?

A.   Yes, ma'am.

Q.   Is this the PowerPoint that you assisted in preparing?

A.   Yes, ma'am, it is.

Q.   And would these visuals help the jury to understand your testimony?

A.   Yes, ma'am.

        MS. PELKER:  Government seeks to publish Exhibit 307 as a demonstrative.

        THE COURT:  Any objection?

        MR. EKELAND:  No objection, Your Honor.

        THE COURT:  Exhibit 307 can be published as a

demonstrative.

BY MS. PELKER:

Q.   If we can go ahead and put this in present.  Thank you very much.

Mr. Scholl, directing your attention to slide 1.  Can you explain what is shown on the screen?

A.   Yes, ma'am.  This is an example of a Bitcoin wallet.  We are calling it Bob's wallet here.  This wallet currently has three Bitcoin addresses that hold different amounts of Bitcoin.  So the Bitcoin address starting with 1Btu73Y currently holds 2 Bitcoin.  And another Bitcoin address starting with 1PyT5F3t holding 3 Bitcoin and another address starting with 1FSE9Y6 holding 1.5 Bitcoin.

Q.   Now, if Bob wants to send funds from his wallet to another user, so here Alice, what is the first thing he needs?

A.   The first thing that Bob would need to send funds to Alice is Alice's address, Alice's Bitcoin address.

Q.   And how does Alice get a Bitcoin address?

A.   So Alice would have to have a wallet software or some sort of Bitcoin wallet.  And that wallet would provide her with an address to receive funds.  And she would provide that address here, 1YuR38j.  I can underline to that word.

Q.   You should be able to draw on the screen.  You might have to tap the top corner.

A.   I don't know what is going on.

I knew I was going to struggle with this.

MS. PELKER: Ms. Walker, we can go through without it.

BY MS. PELKER:

Q. And, Mr. Scholl, can you just describe the place on the screen that you would be circling?

MS. PELKER: We can work on it at lunch. It is not essential.

Thank you, Ms. Walker.

THE WITNESS: So Alice would have to provide the first step in Bob sending funds to Alice would be Alice creating an address for Bob to send the funds to and then providing that address to Bob.

BY MS. PELKER:

Q. And what will Bob do now?

A. Bob would open his Bitcoin wallet application and he would copy and paste the address he has received from Alice into a withdrawal that he is going to send. So he'll paste the address that he would like to withdraw to and type in the amount that he wants to send to this address, in this case 1.5 Bitcoin.

Q. What happens next in Bob's wallet?

A. Bob's wallet will broadcast a transaction to the Bitcoin network from Bitcoin address starting 1Btu73y and sending 1.5 Bitcoin to the address 1YuR38j. And then it would sign that

transaction with Bob's private key for the address 1Btu.

Q.    How is that transaction then recorded?

A.    That transaction is recorded on the Bitcoin blockchain. So eventually it will be picked up by a mining node, a Bitcoin miner.  That miner will validate that transaction, that is, he will verify that those funds haven't been spent yet and Bob's address does contain those funds and that the signature for that address is correct.  And then it will be included in a block on the Bitcoin blockchain.

Q.    Showing you this slide in front of you.  What is shown here?

A.    This is raw transaction data for a Bitcoin transaction.

Q.    And can you explain the key information that is shown in these boxes?

A.    Yes, ma'am.  At the top, we have transaction ID.  That transaction is a unique identifier for this specific Bitcoin transaction.  Below that in blue we have the input information. This is a reference to an input address and amount specified by previous Bitcoin transaction ID.  And then in the yellow, we have the output information.  You see Vout.  The value, 25.4395 Bitcoin sending to the address 1CRm, the address starting with 1CRm.

Q.    What is shown here in this box at the bottom now?

A.    So this is just a summary of that relevant transaction information that we would need to conduct blockchain analysis,

the unique transaction hash, starting with e9521b in orange. And the input address in blue, 1Bba, the amount of funds it is sending 25.44. That is an input to this transaction. And then in yellow the address it is sending to 1CRm and the amount it is sending to that address 25.4395 Bitcoin.

Q. Why does the amount drop there from 25.44 to 25.4395?

A. So most Bitcoin transactions include a fee. By and large the vast minority of them are. They don't have to include a fee. But that just incentivizes the blockchain miners to include a transaction. So any difference between the input amounts and the output amounts is essentially a fee that gets paid to the miner. It incentivizes them to include your transaction quickly essentially.

Q. Does Alice's computer, the recipient computer, have to be online for this transaction to go through?

A. No, it does not have to be online. Bob's computer is going to be connected to the internet. So Bob's computer has to be online. And when it sends that transaction to the Bitcoin blockchain, the Bitcoin ledger, which is the blockchain, is updated for this transaction. Alice's wallet doesn't have to be online. The next time Alice's wallet connects to the internet, it will check for transactions and see that it received this payment.

Q. So could you explain a bit more of this concept of the blockchain? Why is it called a blockchain, first of all?

A.   Yeah.   It is called a blockchain because the blocks are sequential and they are linked together by cryptography essentially.   So there is -- you know, block 8,002 or 80,002 comes after 80,001.   And the cryptography ensures there is a link between those two transactions.   So it is a sequential order of blocks.   It is a chain of blocks.

Q.   And how does this single transaction we see down in the bottom box that we just looked at, how does that relate to the structure of a single block?

A.   That one transaction would be included in a list of potentially thousands of transactions that are included in a single block.   And a block is created approximately every 10 minutes on the Bitcoin network.

Q.   Where is this blockchain with all of these transactions stored?

A.   The blockchain is -- to the Bitcoin network is decentralized.   Anyone can have a copy of the blockchain.   So anyone running a full node wallet or a wallet that verifies transactions has a copy of the Bitcoin blockchain.   It is also publicly available to view on the internet at many different block explorers.   So the answer is there is not one copy.   It is a shared copy.   And then everybody can verify their copy is correct through the cryptography built into the system.

Q.   So can every user look at the blockchain and the transactions?

A.    Yes, ma'am.

Q.    And is the blockchain constantly growing as more transactions occur?

A.    Yes, ma'am.

Q.    Is there a real world analogy to the blockchain?

A.    It is just like the ledgers that your bank would keep. They have to keep records of all the transactions for all of the accounts in the bank.  And the blockchain keeps records for all of the transactions on the Bitcoin network.

Q.    Is there a real world equivalent or a rough real world equivalent to the information that is associated with each Bitcoin transaction?

A.    Yes, ma'am.  We often use a check as an analogy for information in a Bitcoin transaction.

Q.    I would like to have you walk through the different features of a check and how they equate to information in a Bitcoin transaction.  So, first, what is the Bitcoin equivalent of an account number?

A.    The account number is like the input address.  On the check this account is like the account sending funds.  So it is like the input address in a Bitcoin transaction.

Q.    And what is the equivalent of a pay to field?

A.    The pay to field would be the equivalent of the output address.  This is who is receiving funds from this check.  And an output address is who is receiving funds from a Bitcoin

transaction.

Q.   And the equivalent of the amount?

A.   That would be the amount being sent to that output address, very similar to Bitcoin transaction.

Q.   What about the signature line?

A.   There is a signature on a Bitcoin transaction that you need that private key to make, just like there is a signature on a check.  It is there to make sure that the person who is spending those funds that is making the transaction has the authority to spend those funds.

So this signature on the check is just like a signature on a Bitcoin transaction that needs the private key.

Q.   And the check number?

A.   The check number is the unique identifier for a payment in this account.  It is just like the transaction ID on Bitcoin.  Only different checking accounts could all have a check number 2400, whereas on the Bitcoin network all transaction IDs are you unique.  You don't have to share them.  It is not like your wallet has its own check numbers.  That transaction ID is completely unique.

Q.   And the date?

A.   The date time stamp on your check -- in blockchain analysis this isn't part of a transaction.  It is part of the block.  The block that the transaction gets included has a time stamp associated with it.  And the date time on the check would

be equivalent to the time stamp that is associated with the block.

Q.   Does every transaction have just one input and one output?

A.   No, ma'am.  Bitcoin transactions can have multiple inputs and multiple outputs.

Q.   Why would a transaction have more than one input?

A.   Transactions might have more than one input if Bob wanted to send a larger amount of money than he had in any single address, but had enough funds in multiple addresses to send to Alice.  He could combine multiple addresses in one transaction using multiple addresses and input to send the required amount of funds to Alice.

Q.   Can you walk us through an example on this screen?

A.   Yes, ma'am.  So in this example, Bob owes Alice 4.5 Bitcoin.  You can see the addresses in Bob's wallet.  None of them have 4.5 Bitcoin to send.  So Bob's wallet will pick which addresses to combine as inputs to this transaction.  Again, the first step is that Bob needs Alice's Bitcoin address to send funds to.  So we have 1YuR here.  Bob would copy and paste that address into his Bitcoin wallet, and then type in that he would like to send 4.5 Bitcoin.  Bob's Bitcoin wallet would then select two addresses that have the right amount of funds to send to Alice.  And then broadcast the transaction to the Bitcoin network.

Q.   So how would this transaction appear on the blockchain?

A.    This would appear as a transaction with two inputs and one output.

Q.    And what would that tell you about the inputs?

A.    That would tell me that the two input addresses belong together, that they are controlled by the same entity, that they belong to the same wallet because they co-spent, which means just been used as inputs to the same transaction.  And the private keys for both of those addresses were needed at that time.  So we would assess that 1Btu and 1Pyt belongs to the same wallet.  There are some exceptions to the rule.

Q.    Why would a transaction have more than one output?

A.    Bitcoin transactions frequently have more than one output. The most common reason is that the sender needs change for this transaction.

So in this example that we have, Bob owes Alice 1 Bitcoin. He doesn't have an address that has 1 Bitcoin.  Bob's wallet needs to spend one of those Bitcoin address' inputs in its entirety.  And so he is going to need change from this transaction.

Q.    So what is his first step?

A.    The first step again is to receive Alice's Bitcoin address.  And then his wallet -- he will paste that into his wallet's withdrawal page where he wants to send the funds.  And he will type in 1 Bitcoin.  At that point, when Bob creates this transaction, his wallet will create not only the input,

but an output that will send change back to Bob.  So in this case, we have an input of 1.5 Bitcoin.  He owed Alice 1, 1 Bitcoin output goes to 1YuR.  The other .5 Bitcoin goes to a new address created in Bob's wallet by Bob's wallet software.  So you can see the .5, which is the remainder here, the change, got sent to a new address in Bob's wallet.

Q.   How would this transaction appear on the blockchain?

A.   This transaction would appear as a transaction with one input and two outputs.

Q.   How does this compare to real world activity?

A.   We often use the example of buying coffee with cash to compare this analogy with change on the Bitcoin network.  So if you had a $5 bill and you went in to buy a $4 cup of coffee, you would have to spend the whole $5 bill.  You can't rip a 5th of it and hand over a ripped-up bill to the cashier.  You have to spend the whole bill and then get change.  So in this case, you get the $4 coffee and $1 bill as change.  And in Bitcoin, it works the same way with the exception of you don't have to send -- you don't have to give the cashier all of the money up front and wait for your money to come back.  You create your change when you are making the transaction.  The sender creates the change.  Otherwise, it is very similar.

Q.   Now, directing your attention to the slide in front of you.  Is the same raw blockchain transaction information that we saw on the earlier slide?

A.    Yes, ma'am.

Q.    Would this type of record exist for every Bitcoin transaction?

A.    Yes, ma'am.

Q.    As law enforcement, if this were a criminal transaction, what can you do with the information on this slide?

A.    We can determine the source and destination of funds for this transaction.  And then we could continue to look at the next transaction, so the previous transactions on the Bitcoin blockchain to follow the flow of funds forward and backward depending on the context of the investigation.

Q.    Now, this may be a bit difficult without the ability to circle.  It looks like I can circle.  I have great control here.  Can you point us to the fields that we have been describing as input?  And let me clear here.

      And if you would tell me where to circle, I will attempt to circle --

A.    So the input here is Vin.  And then transaction ID, Vout. That is input information.

Q.    Have I circled the right place?

A.    Yes, ma'am.

Q.    Now, it might be a bit hard to see on the screen.  Is that a Bitcoin address listed in the input section?

A.    No, ma'am, it is not.

Q.    What is it?

A.   That is a transaction ID.  Again, that is a unique identifier for another Bitcoin transaction.

Q.   Why is it that it is a transaction ID that is listed here?

A.   Because it is referencing a previous output.  All Bitcoin transactions -- all of the funds that are being spent in a Bitcoin transaction are referenced to where that address received those funds on the blockchain previously.  So in this case, we are spending funds from one of the outputs, the number 1 output from transaction bfd3134.

Q.   So what do you have to do to figure out what the actual input address is?

A.   I would have to go look at that transaction and find the number 1 output, which is a little confusing because they are actually indexed.  They start with zero.  So number 1 here would actually be the second output from that transaction is the funds that are being spent in this Bitcoin transaction.

Q.   So, as an example, could you remind us what the output of the transaction currently showed on the screen was and I can -- if you tell me where to circle, I can circle?

A.   So the address is 1CRm.  And the value here is 25.4395.  And there is only one output.  So this would be index zero.  So to spend funds from this output, I would reference this transaction, which is up top, the e9521, all of the way at the top.  I don't know if you want to -- yeah.  So my input would be that transaction ID and the output address number zero,

which is the first output and the only output in the specific transaction.

Q.   And my left-handed drawing on the screen is not going well, but can you summarize what we are talking about here of what the input to that transaction would be?

A.   Yeah.  In summary, if I wanted to spend -- so this is a transaction where 1CRm234 is receiving 25.4395 Bitcoin.  And the transaction is e9521b all of the way at the top.

Subsequently, when those funds are going to be spent, that output to 1CRm will be referenced by this transaction ID at the top and the output number zero because it is the first one.

Q.   So, Mr. Scholl, is reviewing even an otherwise simple transaction by hand, in fact, a multi-step process?

A.   Yes, ma'am.  It could be tedious.

Q.   If you want to follow the money in one of your investigations, do you hand review all of these text records?

A.   Not frequently.

Q.   Are there tools and software that make this easier?

A.   Yes, ma'am.

Q.   I am showing you this next slide.  Can you explain what this is?

A.   This is a screenshot from the block explorer Mempool.space showing the same transaction information.

Q.   Generally what is a block explorer?

A.   A block explorer is a tool that allows users to query the

Bitcoin blockchain. You can search in the block explorer by transaction hashes, which are the unique IDs or Bitcoin addresses. And it will pull up information on the Bitcoin blockchain related to that transaction or addresses.

Q. And what is the underlying data set that it is actually querying from?

A. It is querying the Bitcoin blockchain.

Q. That is the same blockchain that everyone has access to?

A. Yes, ma'am.

Q. Now, is this just a zoomed in version of that same visual?

A. Yes, it is.

Q. Can you explain to the jury what is shown here? And if you tell me what to circle, I will do so.

A. It is the same transaction we saw before. So at the top, there is the unique transaction ID, starting with e9521. We have the time stamp, right below that. That time stamp is 2011-10-08.

I would note that that came from the block that this transaction was included. It is not included in the raw transaction information. And then below that, we have a transaction with one input and one output. The input address to this transaction is the address starting 1Bba. It is spending -- its input here is 25.44 Bitcoin or BTC. And then we have the output addresses on the right, a single address 1CRm234. And the amount that it is receiving, 25.4395 Bitcoin.

And then below that there is some metadata about the transaction.

Q. And then showing you this next slide, I remind all of my witnesses to clear it and I can't remember to clear it myself. Showing you the next slide, what is shown here?

A. This is that same transaction again as viewed in the Chainalysis Reactor software.

Q. And could you just walk through again what is shown?

A. So on the left we have a graphical representation of a node representing the address 1Bba with an arrow sending funds in the amount of 25.4395 Bitcoin to the Bitcoin address 1CRm.

Q. And your real world analysis, are you just looking at one transaction at a time?

A. Almost never.

Q. And what is the benefit of using a blockchain analysis tool like Chainalysis Reactor?

A. The benefit is that you can -- I say there is really a couple of benefits. The benefit that it is graphical. You can have a graph with thousands of transactions on it and not have to be flipping through page, after page, after page of a block explorer. You can lay it out in a graphical view so that you can kind of see the flow of funds. It is more intuitive. That is the first benefit.

Is there -- do you want me to --

Q. You speak to all of the benefits.

A.    The second benefit is that the tools provide attribution. When you are reviewing the addresses on the Bitcoin blockchain, they don't contain any attribution information.  So it won't know if a Bitcoin address belongs to Coinbase or belongs to Kraken, a place where I can send legal process.  These tools have worked to identify addresses that belong to the exchanges.

The third thing is grouping of those Bitcoin addresses into clusters or entities.  So a cluster is a group of addresses that one of these tools has determined belonged to the same entity usually by using the heuristics about co-spending and other heuristics.

And the fourth thing is that they come with a lot of analytical support tools.  So conversion between Bitcoin and US dollars and totaling flows between two entities, things like that.

Q.    How do you decide what tool to use?

A.    I always say right tool for the right job.  There is some instances where I am going to be reviewing transactions step by step.  In a block explorer, there is times where I am going to choose Chainalysis, because I want to see the clustering that Chainalysis does at graphing at the entity level.  There are times when TRM might be a better fit when you want to see really granular, you want to see address level tracing.  I would use TRM.  And the truth is that in most of my investigations, I am using many of these tools all at the same

time for different purposes.  And that is true in this case in this investigation.

Q.   We talked about this earlier, but can one person have more than one Bitcoin address?

A.   Yes, ma'am.  One person can have many Bitcoin addresses.

Q.   In investigations can it be helpful to identify all of the addresses that someone controls?

A.   That would be ideal.

Q.   Is one way to do that by looking at transaction patterns on the blockchain?

A.   Yes, ma'am, it is.

Q.   Can you explain that a bit more?

A.   Yeah.  So when we are looking at transaction patterns on the Bitcoin blockchain, we are using information about how those addresses have been used previously on the Bitcoin blockchain, looking for things like, that co-spend where I know these two addresses belong together because, you know, they were used as inputs to the same transaction.  There is other things like, identifying change and following control forward or if this is change for this address, then these two are likely controlled by the same individual.  Or I know that this is the pattern that my actor always does, I am looking for that pattern while I am analyzing the transactions to see where funds are going.

Q.   I am showing you slide 15.  Is this the co-spending

transaction that we saw earlier?

A.    Yes, ma'am, it is.

Q.    And can you remind us what is happening here or what has happened here?

A.    What has happened here is that Bob owed Alice 4.5 Bitcoin. Alice provided her address.  Bob's wallet sent 4.5 Bitcoin from two different Bitcoin addresses in the same transaction.

Q.    What would this tell you about 1BTu and 1Py?

A.    It would tell me that 1BTu and 1PyT belong to the same wallet.

Q.    And is that sort of grouping that you are able to do sometimes called clustering?

A.    Yes, ma'am, it is.

Q.    Would the third address in Bob's wallet here 1Fsev be clustered at this point?

A.    If those -- if this was the only transaction that had occurred with those addresses, no.  1Fsev has not co-spent with 1BTu or 1PyT.  So in Chainalysis, those would appear as two separate clusters even though in this example we know the addresses in Bob's wallet.  But as an investigator, you don't get to see all of the addresses in Bob's wallet.  That is just not how this is recorded on the blockchain.  So I'd just be looking at this transaction.  I would know that 1BTu and 1PyT belong together.  I wouldn't yet know necessarily that 1Fsev belongs with these other two addresses without further

information.

Q.    Are there other types of patterns and behaviors that can be used to cluster addresses together?

A.    Yes, ma'am.

Q.    Is part of blockchain analysis also studying those patterns to be able to accurately cluster the addresses?

A.    Yes, ma'am.

Q.    Is that one of the topics that is covered in your trainings and certifications in your work?

A.    It is.

Q.    What are some of the patterns and behaviors that you look at?

A.    We look at change address identification and different features.  We saw a little bit of -- I pointed out the metadata in those transactions.  We are looking for transaction behaviors.  If it is using certain features, like replace by fee or lock time or even how it handles change, how much fees it is paying, things like that.

Q.    Now, you tossed out a few phrases there.  Without getting into anything overly technical, can you describe generally what sort of things you are looking at and how it is used?

A.    Yeah.  We are looking at how these addresses are behaving. We are looking at patterns in the blockchain, essentially.

Q.    And when you are doing that sort of behavioral analysis or looking for patterns, are you looking at just one feature of a

transaction in a vacuum?

A. No. Multiple features and frequently many transactions.

Q. So how would that sort of analysis apply to this transactions on the screen?

A. So, again, there is this co-spending happening here. So we would assess that 1BTu and 1PyT belong to the same wallet.

Q. And would you then look at subsequent or earlier transaction to try to get a more holistic picture of what else is going on?

A. Yes, ma'am. We would look at all of the transaction history for 1BTu73y and 1PyT53t. So it is possible that there was other transactions on the blockchain where one 1BTu was co-spent with other address. And so if I could find a transaction where 1BTu co-spent with another address then I would I know that all three addresses 1Btu, 1Pyt --

THE REPORTER: You have to slow down on those addresses.

THE WITNESS: Yeah.

If we could find another example of co-spending, I could create a larger cluster identifying more addresses that were controlled by the same wallet.

BY MS. PELKER:

Q. For your work in law enforcement, are you intentionally conservative when approaching your clustering?

MR. EKELAND: Objection.

THE COURT:  I'm sorry?

MR. EKELAND:  That is just vague and ambiguous.

THE COURT:  You can ask the witness to --

MS. PELKER:  I can rephrase.

BY MS. PELKER:

Q.   For law enforcement, what is your approach when clustering?

A.   So I like to be conservative.  But I would point out that most of the time, the clustering is done in these tools.  The tools are providing that information about the clusters.  I am making assessments that involve clusters, but I would say generally the approach is conservative.  And the tools that we use are conservative.  But there are times that I might make an assessment and send a subpoena for something that I am being a little bit -- I am not sure, but I think this might be the case and I will send a subpoena, but general conservative clustering.

Q.   And when you are doing the sort of attribution work or preparing something for testimony in court, what is your approach to how conservative you want to be in your tracing, your clustering?

A.   I want to be conservative and I want to be clear about the assessments that are made.

Q.   When you are observing activity on the blockchain is there behavior or patterns that you take note of but that might not

cause you to immediately cluster something together?

A.    Yes.

Q.    And could you give an example of that?

A.    Change addresses are something that I don't generally merge together when I am doing this analysis.  I leave all of the change addresses out on the graph.  I try to organize my graphs in such a way that I know I have reviewed it and assess this is likely change but I haven't combined the clusters.

Q.    And if we could pull up Exhibit 324A, which has not yet been admitted.

It should be 324A.  Thanks.

Mr. Scholl, do you recognize this?

A.    I do.

Q.    And what is it, generally?

A.    This is the depiction of a peel chain, a description of what a peel chain is.

Q.    Would this be helpful to the jury in understanding your testimony about peel chains?

A.    Yes, ma'am.

MS. PELKER:  Government seeks to publish Exhibit 324A as a demonstrative.

THE COURT:  Any objection?

MR. EKELAND:  No objection.

THE COURT:  You may publish 324A as a demonstrative.

BY MS. PELKER:

Q. Mr. Scholl, can you explain what a peel chain is?

A. Yes, ma'am. A peel chain is a behavior and blockchain analysis where one address with a relatively large amount of funds, spends those funds in a transaction with a payment and change. So in this case address 1 has 100 Bitcoin. It wants to make a payment of 5 Bitcoin. It sends change to change address 1 of 95 Bitcoin. And that is a transaction with one input and two outputs. Subsequently another transaction with one input and two outputs, one being payment and one being change occurs. And funds are sent to change address 2. This pattern continues where there is a relatively large amount of funds being spent in smaller sequential payments with change going to the next address. That is a peel chain.

Q. What is your general approach to peel chains when you see them come up in your tracing?

A. My general approach is to note there is a peel chain happening to identify which address is likely the change address and which address is the payment address. I tend to keep them aligned horizontally on my graphs and I sometimes color code them.

Q. Now, we can take this down. Did the blockchain records themselves contain anyone's name or address?

A. No, ma'am.

Q. So how do you go about connecting a Bitcoin address to a real person?

A.   The goal generally is to trace funds forward or backward to exchanges that have KYC information for their customers.  So if a ransom payment goes to this address and then that address sends funds into an exchange, I want to send a subpoena to that exchange to see whose account at that exchange received funds.

Q.   In your investigations, do you often seek records from exchanges in that way?

A.   Yes, ma'am, all of the time.

Q.   What type of information do you receive in response?

A.   We receive back in the subpoena response information about the customers themselves, the name, date of birth, the place of the residence, often government IDs of some sort to prove their identity, as well as all of the transaction records for that account, withdrawals, deposits, trades, things of that nature.

Q.   Are there laws requiring exchanges to collect that information?

A.   Yes, there are.

Q.   Why is it important for law enforcement that exchanges do collect that information?

        MR. EKELAND:  Objection; leading.

        THE COURT:  Overruled.

        THE WITNESS:  It allows law enforcement to investigate crime and money laundering on cryptocurrency blockchains.

BY MS. PELKER:

Q. Can you give us a simple example of how his would play out in an investigation of you tracing funds to an exchange?

A. The most simple example from one of my cases involved a victim company in New Jersey who had been the victim of a cyber attack. The FBI investigation revealed that a specific hacking tool was used in that attack, a tool that had to be purchased. The FBI obtained records from that tool provider and identified the attack for that specific victim and saw that there was a payment in Bitcoin for the use of that tool in this attack. I conducted a very short blockchain analysis which showed that the funds that made -- the funds that made the payment, they came directly from Coinbase according to Chainalysis Reactor. I sent a subpoena to Coinbase. And Coinbase confirmed that the transaction did, in fact, come from a Coinbase account and provided me the account records for the subject of the investigation, who subsequently plead guilty for that attack.

Q. If you're following transactions on the blockchain, like what you just described, how can you tell when they go to an exchange?

A. We generally rely on initial attribution from the tools. And then, we get confirmation that the tool was accurate when Coinbase says, yes, that is my account, just like Chainalysis told you. I am just using these as generic examples in this case.

Q. Does that happen frequently in your cases?

A.    All of the time.

Q.    Do your colleagues at FBI and other agencies also regularly request and obtain records based on clustering from Chainalysis and other tools?

MR. EKELAND:  Objection, Your Honor.

Can we speak on the phone?

THE COURT:  Okay.

(Conference held at the bench.)

MR. EKELAND:  We object to this line of questioning. Because as it was well established in the Daubert hearing, there actually is no collection of data on the error rates. This is completely one sided.  There is no baseline data.  I just don't think this is an appropriate way.  It is unscientific methodology that as we have been through all of these points in the Daubert hearing.  I think it is sufficient that the witness just testifies, okay, well, whatever we -- I have sent out a subpoena before and corroborated.  But to start getting into this kind of unscientific data collection process for which there is no basis, we absolutely object to.

THE COURT:  All right.  Response.

MS. PELKER:  I don't think that he is testifying to a data collection process.  He is testifying as to his practice and the practice -- as an expert the practice of his colleagues and why he is able to confidently rely on this data.

THE COURT:  Okay.

MR. EKELAND:  Your Honor, they are trying to give the appearance that there is some sort of solid empirical foundation for the reliability of data that they cannot produce any statistical error rates for or any scientific evidence for. And I think this would be highly prejudicial to the jury to hear this.  I think he should be limited to just testify, okay, I have gotten confirmation from Coinbase before.  But to start to bring in all sorts of investigations, none of which have been produced to the defense in discovery is highly prejudicial and very unscientific.

THE COURT:  I am about as confident as I can be that in either cross-examining this witness or other witnesses, you are going to ask them about whether there is a known error rate and it seems to me that it is fair for the government to offer whatever it has with respect to the reliability.  And you can, in your cross-examination, explore those issues.  I think it is appropriate for both sides to explore the question.  So I will overrule the objection.

(End of bench conference.)

THE COURT:  You can proceed.

BY MS. PELKER:

Q.   I wasn't sure whether the witness had completed his answer.  Do you and your colleagues at the FBI and other agencies regularly request and obtain records based on clustering from Chainalysis and other products?

A.   Yes, ma'am.

Q.   What does that tell you about the clustering and attribution in Chainalysis Reactor?

A.   Every time we send a subpoena, based on initial attribution provided by one of the tools, we have the ability to confirm whether the tool was accurate or not accurate.  And in my experience, Chainalysis Reactor is very accurate.

Q.   Have you also validated the information in Chainalysis by comparing it to information gathered in other parts of investigations?

A.   Yes, ma'am.

Q.   Does that include information retrieved in other subpoenas or search warrants?

A.   Yes, ma'am.

Q.   Could you explain that?

A.   Certainly.  In an investigation you might be conducting blockchain analysis and seeing that funds are going to an exchange and then you get a search warrant return back for an email account or something like that.  And you receive the confirmation emails from the exchange, like I received your deposit that was correctly attributed in one of the tools.

Q.   Have you also had occasion to validate the information through interviews with defendants who wind up cooperating?

A.   Yes, ma'am.

Q.   Can you explain how that would play out?

A.    We can -- when a subject is cooperating, we can interview them and confirm the information that we are seeing in the tools is matching up with their testimony.  They will admit that they used this service that was identified already in the investigation through the use of the tools, confirming the attribution in the tools.

Q.    And has that, in fact, happened in the cases of -- your cases and cases of your colleagues?

A.    Yes, ma'am.

Q.    Has your own undercover work provided opportunities for validation?

A.    Yes, ma'am, it has.

Q.    And is blockchain analysis frequently used by investigators in criminal cases?

A.    Yes, it is.

Q.    Mr. Scholl, do many criminals know that law enforcement can trace their transactions on the blockchain?

        MR. EKELAND:  Objection.

        THE COURT:  Sustained.  I think you need to lay a foundation as to how he would know.

BY MS. PELKER:

Q.    Mr. Scholl, are you aware of whether criminals take steps to avoid law enforcement tracing their transactions on the blockchain?

A.    Yes, ma'am.

Q. What do criminals do to try to hide their activity on the blockchain?

A. Many different obfuscation techniques, making complicated transactions, trying to make it more difficult to determine which address is payment and which address is change, frequently using multiple accounts to send the funds through. We call that layering. Sending funds through multiple accounts, frequently in different jurisdictions, cross-chain hopping, switching from one cryptocurrency to another cryptocurrency and using services like mixers.

Q. Can you explain to the jury what a cryptocurrency mixer actually is?

A. A cryptocurrency mixer is just a service that pools your input funds with other user's and allows you to make a withdrawal in such a way that it is difficult for someone looking at the blockchain to determine which output goes with which input, thereby breaking our ability to do blockchain analysis or hindering our ability to do blockchain analysis -- more accurate.

Q. If we could return to your PowerPoint, which we are using as a demonstrative. And at slide 16, can you explain what is shown here?

A. This is just an example of --

Q. Just a moment, if we could publish this to the jury. Thank you.

A.    This is just an example of a mixing service.  Excuse me.

Q.    Could you explain what is shown on the slide with the flow of funds?

A.    Yes, ma'am.  In this case, a user is sending one Bitcoin into the deposit address, at the mixing service, address B. And then subsequently, the user withdraws funds at address C. But those two addresses are not connected necessarily on the blockchain.  The amounts are -- the input and the output are related, but you can't make connection on the Bitcoin blockchain without the records from the service.

Q.    Are there different types of mixing?

A.    Yes, ma'am, there are.

Q.    Can you explain at a very high level some of those different types?

        MR. EKELAND:  Objection, Your Honor.  Can we talk on the phone real quick?

        (Conference held at the bench.)

        MR. EKELAND:  I'm sorry.  I don't believe that Mr. Scholl has been qualified as an expert in blockchain mixers.  I believe he has been qualified as an expert in cryptocurrency and blockchain tracing.  But I think the actual functionality of mixers is something completely different that I don't think he is qualified to testify to.

        THE COURT:  Ms. Pelker.

        MS. PELKER:  Your Honor, I don't think that in the

expert qualification we are required to enumerate each subsection. But if we were, we are certainly happy to qualify Mr. Scholl as an expert in this area. He is going -- he was qualified as an expert in blockchain analysis, including -- a big part of that is dealing with mixers. And he is now going to explain how mixers function. A big part of his work on this case was looking at the internal functionality of Bitcoin Fog. That is how he was noticed as an expert.

MR. EKELAND: Your Honor, I don't believe he was noticed as an expert on mixers. Perhaps I am mistaken and the government can point to the expert disclosure where it says that. I just don't off the top of my head recall that. And I don't recall him being Dauberted on his knowledge of the mixers. It is my understanding we Dauberted him on the things that the Court just mentioned, Chainalysis Reactor and clustering. This is an entirely different area that we -- the time for noticing an expert on mixers has passed.

THE COURT: I think your recollection is wrong. He was, in fact, noticed as an expert on common techniques used to launder money on the blockchain, which is what a mixer is.

THE COURTROOM DEPUTY: Judge, we have a juror that needs a break.

(End of bench conference.)

THE COURT: We need to break. Why don't we go ahead and have the lunch break. So it is a little after noon. Why

don't we come back at 1:15 and continue at 1:15.  Please don't discuss the case with anybody.  Don't conduct any type of research and I will see you back here at 1:15.

(Jury out at 12:06 p.m.)

THE COURT:  All right.  So I was just saying, based on my review, it appears the government did notice Mr. Scholl as an expert not just on blockchain and tracing, which I think tracing involves some knowledge of how mixers work, but also he was actually noticed with respect to common techniques used to launder money on the blockchain, which I believe is essentially what a mixer is.

MR. EKELAND:  Your Honor, I'd first submit that just the use of a mixer isn't necessarily money laundering.  And using a mixer and Mr. Scholl testifying as to the use of a mixer as a money laundering technique is completely different than actually testifying as to the functionality of the mixer.  And I think that is where the problem comes in is he hasn't been noticed as an expert in that area.  It is one thing to say, oh, you are using a particular device to launder money.  It is entirely another thing to start talking about the functionality of the device, how it works, what kind of source code it has.  And I think that is where the problem is.

THE COURT:  I am not sure we were getting into the source code.  But, Ms. Pelker.

MS. PELKER:  Mr. Scholl is not going to testify about

the source code.  And we did notice that Mr. Scholl will explain how mixers make it more difficult to trace funds on the blockchain and will testify as to their popularity among criminals for that reason.  The testimony will include a discussion of the modus operandi of criminals operating on the darknet, including common money laundering techniques used to complicate blockchain analysis.  And explaining how Bitcoin Fog works is clearly a big part of the government's case and a burden of their proof here.  And Mr. Scholl is well qualified and his been noticed as providing testimony in that vein.

MR. EKELAND:  Your Honor --

THE COURT:  I do think this falls within the scope of his testimony, within the scope of the notice.  I suppose it could get into technical levels that go beyond that, at which point, I think the defense would be free to renew its objections or for example if he is getting into distinct signatures depending on the computer code that was used or something like that, that would be a different matter.

MS. PELKER:  Yes, Your Honor.

THE COURT:  I will see you all back then at 1:15. And I just remind the witness not to discuss your testimony until it is complete.

THE WITNESS:  Yes, Your Honor.

(Recess taken at 12:09 p.m.)

C E R T I F I C A T E

I, SHERRY LINDSAY, Official Court Reporter, certify that the foregoing constitutes a true and correct transcript of the record of proceedings in the above-entitled matter.

Dated this 22nd day of February, 2024.

_____
Sherry Lindsay, RPR
Official Court Reporter

**BY MR. BROWN: [2]** 46/13 56/4
**BY MR. EKELAND: [30]** 6/15 7/14
9/9 10/2 14/7 17/15 20/22 22/4
22/17 25/1 26/6 28/2 28/7 28/16
30/9 30/18 32/1 32/10 32/24 33/25
35/9 36/6 37/25 39/12 41/13 42/19
43/2 44/17 53/19 55/2
**BY MS. PELKER: [13]** 61/2 67/1
70/2 71/25 75/2 76/4 76/14 94/22
95/5 96/25 98/25 101/21 103/21
**MR. BROWN: [42]** 4/6 7/9 9/7 9/21
14/4 21/25 22/13 24/22 25/19
27/12 28/5 28/10 29/4 29/12 29/18
29/25 30/14 31/16 32/7 32/21
33/20 35/2 37/16 39/9 41/9 42/11
42/23 44/8 44/10 44/24 45/1 45/5
45/14 45/19 45/22 46/1 46/8 53/16
54/23 56/14 56/24 66/21
**MR. EKELAND: [61]** 4/10 4/15 4/21
5/4 5/7 5/17 5/20 6/1 6/6 6/13
9/23 10/1 20/17 22/16 26/4 27/11
27/14 27/20 27/24 28/1 28/12
29/10 29/15 29/21 30/6 30/16
31/18 31/25 37/19 37/22 37/24
39/10 41/10 42/13 44/22 54/25
56/1 56/25 57/9 58/2 58/5 60/20
65/5 65/13 65/15 66/4 66/23 74/24
94/25 95/2 96/23 98/20 100/5
100/9 101/1 103/18 105/15 105/18
106/9 107/12 108/11
**MR. PEARLMAN: [3]** 45/6 45/9
45/12
**MS. PELKER: [14]** 57/23 65/6
66/11 66/22 69/21 74/21 76/2 76/7
95/4 96/20 100/21 105/25 107/25
108/19
**THE COURT: [93]** 4/9 4/13 4/19
5/2 5/5 5/8 5/12 5/16 5/19 5/21
6/2 6/8 6/11 7/10 9/8 9/24 14/6
17/13 20/15 20/18 22/1 22/15
24/25 25/20 27/7 27/16 27/23
27/25 28/14 29/6 29/19 29/24 30/3
31/21 32/8 32/23 35/3 35/11 35/14
41/12 42/15 43/1 44/9 44/13 44/23
44/25 45/2 45/8 45/10 45/13 45/16
45/21 45/24 46/2 53/17 56/2 56/15
56/22 57/1 57/11 57/13 57/21
57/25 58/3 58/10 60/25 65/11
65/23 66/10 66/17 66/25 69/23
71/24 74/23 74/25 95/1 95/3 96/22
96/24 98/21 100/7 100/20 100/25
101/11 101/20 103/19 105/24
106/18 106/24 107/5 107/23 108/12
108/20
**THE COURTROOM DEPUTY: [9]** 4/2
5/10 5/15 30/7 37/21 37/23 46/11
60/24 106/21
**THE REPORTER: [1]** 94/16
**THE WITNESS: [13]** 20/20 28/6
29/7 32/9 33/22 35/4 42/17 46/10
60/23 76/10 94/18 98/22 108/23

**$**

**$1 [1]** 84/17
**$2 [2]** 37/7 37/11
**$4 [2]** 84/13 84/17
**$5 [2]** 84/13 84/14
**$80 [2]** 33/15 34/13

**.**

**.5 [2]** 84/3 84/5

**0**

**08 [1]** 88/17

**1**

**1.5 [4]** 75/13 76/20 76/24 84/2
**10 [2]** 56/19 79/12
**100 [1]** 97/5
**10005 [1]** 2/4

**10:40 [1]** 56/21
**10:41 [1]** 57/12
**10:56 [1]** 57/20
**115161 [1]** 51/6
**116334 [1]** 51/20
**11:00 [1]** 56/19
**11:30 [3]** 5/14 46/3 56/17
**11:30 does [1]** 57/14
**12:06 [1]** 107/4
**12:09 [1]** 108/24
**12:15 [1]** 57/16
**12:30 because [1]** 57/17
**1301 [1]** 1/20
**15 [3]** 46/1 51/4 91/25
**16 [1]** 104/21
**19th [1]** 32/2
**1:15 [4]** 107/1 107/1 107/3 108/20
**1Bba [3]** 78/2 88/22 89/10
**1Btu [10]** 77/1 83/9 92/8 92/9
92/18 92/23 94/6 94/12 94/14
94/15
**1Btu73Y [3]** 75/10 76/24 94/11
**1CRm [6]** 77/21 77/22 78/4 86/20
87/10 89/11
**1CRm234 [2]** 87/7 88/25
**1FSE9Y6 [1]** 75/12
**1Fsev [3]** 92/14 92/17 92/24
**1Py [1]** 92/8
**1Pyt [6]** 83/9 92/9 92/18 92/23
94/6 94/15
**1PyT53t [1]** 94/11
**1PyT5F3t [1]** 75/11
**1YuR [2]** 82/19 84/3
**1YuR38j [2]** 75/22 76/25

**2**

**20 [1]** 46/1
**20001 [1]** 2/9
**20005 [1]** 1/21
**2008 [2]** 10/23 20/11
**2009 [1]** 74/8
**2010 [1]** 29/1
**2011 [9]** 15/1 32/2 40/24 46/24
47/5 50/2 52/18 52/19 53/20
**2011-10-08 [1]** 88/17
**2014 [2]** 29/1 61/22
**2015 [5]** 13/16 61/23 62/17 64/15
69/14
**2017 [3]** 13/11 13/12 14/3
**2021 [1]** 7/22
**2022 [2]** 13/15 13/16
**2024 [2]** 1/5 109/10
**2026 [1]** 39/20
**20530 [2]** 1/14 1/17
**20th [1]** 33/15
**21 [1]** 1/5
**21-399 [2]** 1/4 4/2
**22 [1]** 48/25
**22nd [1]** 109/10
**2400 [1]** 81/17
**25.4395 [7]** 77/20 78/5 78/6 86/20
87/7 88/25 89/11
**25.44 [3]** 78/3 78/6 88/23
**27 [4]** 49/10 49/11 49/14 49/17
**27th [1]** 7/22
**29 [2]** 49/20 49/20

**3**

**30 [2]** 2/3 3/12
**307 [3]** 74/14 74/21 74/25
**313 [3]** 29/11 29/12 29/22
**313A [5]** 3/12 30/1 30/3 30/5
36/23
**324A [4]** 96/9 96/11 96/20 96/24
**333 [1]** 2/8
**35 [4]** 33/4 50/7 50/8 50/10
**36 [2]** 33/3 33/3
**399 [2]** 1/4 4/2

**4**

**4.5 [5]** 82/14 82/16 82/21 92/5

92/6
**46 [1]** 3/6

**5**

**5.1527 [1]** 1/17
**502 [1]** 37/21
**502H [2]** 37/19 38/24
**53 [1]** 3/6
**55 [1]** 3/7
**5th [1]** 84/14

**6**

**60 [1]** 3/9
**601 [1]** 1/16
**6710 [1]** 2/8

**7**

**702 [3]** 9/19 10/13 31/17

**8**

**8,002 [1]** 79/3
**80 [1]** 69/1
**80 percent [1]** 59/19
**80,001 [1]** 79/4
**80,002 [1]** 79/3
**892 [3]** 17/12 17/16 17/23
**8th [1]** 2/4

**9**

**90 [1]** 59/18
**95 [1]** 97/7
**950 [1]** 1/14
**9:26 [1]** 1/6
**9:28 [1]** 6/10

**A**

**a.m [5]** 1/6 6/10 56/21 57/12
57/20
**ability [4]** 85/12 102/5 104/17
104/18
**able [5]** 50/23 75/23 92/11 93/6
100/24
**about [79]** 6/25 7/19 7/23 14/8
14/11 15/7 15/12 15/16 15/20 16/3
16/9 16/13 16/13 18/7 19/10 20/2
20/5 20/7 26/3 27/6 27/14 33/10
35/4 35/16 36/8 36/11 36/11 36/16
36/21 36/25 37/13 38/19 38/20
40/10 40/23 41/3 41/5 42/13 44/12
48/7 48/10 48/22 49/8 51/1 51/11
54/1 54/10 54/11 54/13 57/6 58/17
59/12 62/2 64/16 65/8 65/19 66/11
66/13 67/6 70/3 74/5 81/5 83/3
87/4 89/1 90/10 91/3 91/14 92/8
95/10 95/22 96/18 97/24 98/10
101/11 101/13 102/2 107/20 107/25
**above [1]** 109/5
**above-entitled [1]** 109/5
**absolute [1]** 59/19
**absolutely [3]** 47/18 55/1 100/19
**academy [1]** 68/2
**accepting [1]** 50/16
**access [5]** 8/20 42/7 43/14 55/6
88/8
**accessed [5]** 12/12 21/15 21/23
22/2 38/14
**according [1]** 99/12
**account [75]** 11/2 11/7 11/10
14/12 14/13 14/16 14/18 15/8
15/10 15/12 15/14 15/20 16/3 16/5
16/25 17/4 17/20 18/8 18/15 18/19
19/3 20/4 20/7 20/12 21/3 22/25
22/25 23/21 24/1 24/14 31/2 31/4
31/6 31/9 32/11 32/12 32/25 33/9
33/12 34/7 34/8 34/9 34/10 34/14
34/19 34/22 36/18 36/20 39/22
40/6 40/12 41/3 52/21 52/24 63/8
70/23 71/7 71/9 71/10 71/18 72/7
72/10 73/7 73/8 80/18 80/19 80/20
80/20 81/15 98/5 98/14 99/14
99/15 99/22 102/19

**A**

accounts [10]   15/7 15/16 15/18
24/16 33/23 71/5 80/8 81/16 104/6
104/8
accurate [5]   99/21 102/6 102/6
102/7 104/19
accurately [1]   93/6
across [1]   62/25
Action [1]   1/3
activity [8]   63/19 63/22 64/7
64/21 66/12 84/10 95/24 104/1
actor [1]   91/22
acts [1]   73/7
actual [3]   59/24 86/10 105/21
actually [15]   40/4 40/5 41/21
44/7 47/20 49/14 64/11 72/11
86/14 86/15 88/5 100/11 104/12
107/9 107/16
added [1]   68/25
addition [1]   69/2
additional [1]   63/16
address [109]   11/3 11/20 11/23
14/23 15/22 20/24 21/1 22/10
22/18 23/4 23/6 24/21 25/2 31/10
31/12 31/15 32/3 32/6 38/9 40/15
43/17 52/9 52/11 52/13 71/1 71/13
72/25 73/5 73/6 73/7 73/10 73/11
73/13 73/15 73/16 73/21 75/10
75/11 75/12 75/17 75/17 75/18
75/21 75/21 76/12 76/13 76/17
76/19 76/20 76/24 76/25 77/1 77/7
77/8 77/18 77/21 77/21 78/2 78/4
78/5 80/19 80/21 80/24 80/25 81/4
82/9 82/18 82/20 83/16 83/22 84/4
84/6 85/23 86/6 86/11 86/20 86/25
88/21 88/22 88/24 89/10 89/11
90/4 90/23 91/4 91/20 92/6 92/14
93/13 94/13 94/14 97/3 97/5 97/7
97/10 97/13 97/17 97/18 97/18
97/18 97/22 97/24 98/3 98/3 104/5
104/5 105/5 105/6
address' [1]   83/17
addresses [36]   67/13 73/24 75/9
82/9 82/10 82/11 82/15 82/17
82/22 83/4 83/8 88/3 88/4 88/24
90/2 90/6 90/7 90/9 91/5 91/7
91/15 91/17 92/7 92/17 92/20
92/21 92/25 93/3 93/6 93/22 94/15
94/17 94/20 96/4 96/6 105/7
administrator [3]   43/8 43/25 44/2
admission [2]   29/19 29/21
admit [2]   30/1 103/3
admitted [8]   9/18 29/13 29/18
30/3 30/5 49/1 51/5 96/10
admitting [1]   65/25
advance [1]   68/13
advertise [3]   47/19 56/8 56/11
advertised [1]   54/11
affiliated [1]   14/13
afield [1]   27/13
after [12]   27/4 28/15 36/17 42/24
46/6 48/9 49/4 57/14 79/4 89/20
89/20 106/25
again [15]   14/20 24/14 25/13 29/7
38/12 39/23 49/20 60/15 64/19
82/17 83/21 86/1 89/6 89/8 94/5
against [2]   6/4 43/14
agencies [2]   100/2 101/24
agent [4]   6/16 10/3 13/20 26/7
ago [4]   4/24 42/18 43/4 46/19
agree [2]   10/21 49/25
agreed [1]   31/21
ahead [4]   65/11 66/17 75/3 106/24
ahold [1]   53/11
air [1]   35/20
Airport [8]   7/21 12/2 12/6 12/10
23/11 23/15 23/18 32/20
Akemashite [12]   10/25 11/2 12/21
36/10 37/6 38/8 40/11 41/2 41/6
43/12 43/16 44/3
Alden [1]   4/7

Alice [16]   75/15 75/16 75/18
75/19 76/10 76/11 76/11 76/17
82/10 82/12 82/14 82/23 83/15
84/2 92/5 92/6
Alice's [7]   75/17 75/17 78/14
78/20 78/21 82/18 83/21
aligned [1]   97/19
all [64]   4/9 4/13 6/11 6/20 7/19
8/24 9/6 14/10 17/9 20/13 22/12
22/14 27/19 34/12 35/5 48/13
53/17 56/2 56/15 56/22 57/1 57/11
57/14 57/16 57/21 58/13 58/22
62/23 65/18 65/21 67/11 69/23
70/13 74/7 74/9 78/25 79/14 80/7
80/7 80/9 81/16 81/17 84/19 86/4
86/5 86/23 87/8 87/16 89/3 89/25
90/25 91/6 92/21 94/10 94/15 96/5
98/8 98/13 100/1 100/14 100/20
101/8 107/5 108/20
allow [8]   4/16 4/18 28/14 32/8
35/3 42/15 42/16 66/17
allowed [1]   4/21
allows [6]   16/10 71/5 73/14 87/25
98/22 104/14
Almost [1]   89/14
alpha [1]   30/1
already [4]   32/22 65/21 70/3
103/4
also [28]   4/21 8/20 16/13 16/20
16/25 18/7 18/15 23/21 24/7 33/6
43/13 43/16 44/14 45/22 46/21
55/8 62/18 63/13 67/24 68/20 69/2
73/1 79/19 93/5 100/2 102/8
102/22 107/8
although [2]   58/24 59/22
always [2]   90/17 91/22
am [51]   5/10 5/21 6/6 8/16 10/13
11/4 22/21 24/5 24/5 24/20 26/15
27/14 27/16 27/20 28/10 28/17
38/2 38/6 38/23 41/10 42/13 46/18
53/11 57/9 58/13 58/15 58/17
58/21 60/17 61/9 62/20 63/15 66/6
66/17 67/23 74/14 87/20 90/18
90/19 90/25 91/22 91/23 91/25
95/10 95/14 95/15 96/5 99/23
101/11 106/10 107/23
ambiguity [1]   25/21
ambiguous [1]   95/2
AMERICA [2]   1/3 4/3
AML [1]   68/21
among [3]   10/24 70/15 108/3
amongst [1]   56/20
amount [16]   25/13 25/15 76/20
77/18 78/2 78/4 78/6 81/2 81/3
82/8 82/11 82/22 88/25 89/11 97/3
97/11
amounts [4]   75/9 78/11 78/11
105/8
analogy [3]   80/5 80/13 84/12
analysis [26]   59/14 66/14 67/20
68/7 68/16 68/20 68/24 69/11
69/22 69/24 77/25 81/23 89/12
89/15 93/5 93/24 94/3 96/5 97/3
99/10 102/17 103/13 104/18 104/18
106/4 108/7
analyst [1]   62/6
analytical [1]   90/13
analyzing [1]   91/23
Andrew [5]   40/10 40/14 40/17
40/19 40/22
Angeles [8]   7/21 12/1 12/6 12/9
23/11 23/14 23/18 32/20
another [13]   32/3 37/15 45/20
74/1 75/11 75/12 75/14 86/2 94/14
94/19 97/8 104/9 107/20
answer [6]   20/19 34/24 44/16
48/19 79/21 101/23
answered [6]   14/5 25/19 28/5 29/4
32/22 35/2
answering [1]   20/18
answers [7]   22/14 24/23 35/22
36/1 42/24 54/24 57/5

anti [1]   68/21
anti-money [1]   68/21
any [43]   5/2 6/7 7/25 8/4 8/14
8/21 9/14 11/15 11/22 12/17 21/6
25/22 27/1 28/3 28/8 28/18 29/24
32/18 34/12 37/9 38/12 38/15
39/24 51/1 52/23 53/9 53/13 55/19
56/2 56/20 60/6 66/6 66/20 67/2
67/6 74/23 78/10 82/8 90/3 96/22
101/4 101/4 107/2
anybody [4]   53/8 55/6 55/14 107/2
anyone [3]   50/16 79/17 79/18
anyone's [1]   97/22
anything [16]   8/25 11/12 12/22
14/8 19/18 19/23 25/10 32/19
34/20 35/16 38/14 38/16 50/2
56/22 63/25 93/20
anyway [1]   39/11
anywhere [21]   5/23 9/10 11/25
12/4 12/8 12/19 21/3 21/19 23/7
23/10 23/13 23/23 24/11 25/7
25/11 32/15 32/18 37/10 38/15
38/21 54/11
apartment [1]   15/25
Apologies [1]   71/23
appear [34]   9/10 11/7 11/23 11/25
12/4 12/8 20/11 20/13 20/20 21/3
21/6 21/9 21/12 21/15 21/17 22/10
23/7 23/10 23/13 23/17 23/20
23/21 23/23 24/8 24/11 24/13
24/14 32/15 32/18 82/25 83/1 84/7
84/8 92/18
appearance [1]   101/2
APPEARANCES [3]   1/12 1/23 2/1
appeared [1]   40/25
appears [5]   12/12 12/15 12/21
52/1 107/6
application [5]   72/23 72/24 73/2
73/20 76/16
apply [2]   4/19 94/3
appointment [1]   57/13
appreciate [3]   5/7 30/16 36/24
approach [6]   4/4 95/6 95/12 95/20
97/14 97/16
approaching [2]   72/4 94/24
appropriate [5]   59/11 59/13 60/16
100/13 101/17
approximately [3]   47/8 72/3 79/12
April [1]   7/22
April 27th [1]   7/22
are [144]
area [3]   106/3 106/16 107/18
argumentative [3]   9/7 21/25 35/19
around [5]   13/15 29/1 53/24 54/15
67/17
arranging [1]   64/7
arrest [6]   12/25 26/19 27/4 28/19
28/20 69/19
arrested [3]   7/22 7/24 26/14
arrow [2]   36/17 89/10
as [107]   5/12 5/12 9/19 10/3
10/22 10/23 12/21 13/19 13/23
13/23 16/23 17/12 17/23 21/24
24/1 25/9 26/10 26/10 29/11 29/23
30/1 30/7 30/7 34/20 34/25 35/25
37/22 38/10 40/22 40/22 43/4 44/6
46/3 47/20 51/11 56/8 57/4 58/8
58/8 58/18 58/25 59/16 59/22 60/1
60/2 60/17 61/22 64/1 64/2 64/12
64/19 65/17 65/19 65/21 65/25
66/5 66/9 68/11 68/11 69/5 69/6
69/20 69/20 69/24 74/22 74/25
80/2 80/13 82/17 83/1 83/7 84/8
84/17 85/5 85/15 86/17 89/6 91/18
92/18 92/20 96/21 96/24 98/13
98/13 99/23 100/10 100/14 100/22
100/23 101/11 101/11 103/20
104/21 105/19 105/20 106/3 106/4
106/8 106/10 106/19 107/7 107/14
107/15 107/16 107/18 108/3 108/10
ask [12]   5/17 7/12 22/2 22/13
29/2 35/23 35/23 41/12 50/10 53/3

## A

ask... [2]   95/3 101/13
asked [9]   14/4 25/19 28/5 29/4 32/22 35/2 39/10 48/18 55/22
asking [10]   15/3 25/21 25/24 27/14 36/1 41/10 42/13 50/1 51/1 51/11
assess [3]   83/9 94/6 96/7
assessment [1]   95/14
assessments [2]   95/11 95/23
assigned [1]   61/9
assignment [3]   61/8 61/24 62/3
assisted [1]   74/16
associated [8]   17/9 20/8 23/3 24/3 40/22 80/11 81/25 82/1
assumptions [1]   59/8
ATM [1]   70/25
ATMs [1]   70/25
attack [5]   99/5 99/6 99/8 99/9 99/16
attacks [1]   67/10
attempt [2]   41/18 85/16
attempted [2]   41/19 42/7
attempts [2]   41/25 42/6
attended [1]   63/18
attention [8]   13/24 22/23 48/25 49/10 50/7 51/4 75/5 84/23
attorney [1]   48/18
Attorney's [1]   69/7
attributed [1]   102/21
attribution [7]   90/1 90/3 95/18 99/20 102/3 102/5 103/6
audibly [2]   42/24 42/24
Aurum [14]   33/15 33/22 34/2 34/7 34/7 34/9 34/10 34/12 34/18 34/21 34/24 35/7 36/8 36/17
AUSA [1]   4/6
authentic [1]   52/24
authorities [2]   56/9 56/12
authority [2]   48/13 81/10
available [2]   55/5 79/20
Ave [2]   1/14 1/20
Avenue [1]   2/8
avoid [2]   56/8 103/23
awards [1]   69/15
aware [13]   4/16 10/18 11/2 13/10 22/18 22/22 24/7 26/10 33/4 43/3 43/6 60/6 103/22

## B

bachelor [1]   61/13
back [19]   5/12 10/22 17/13 20/11 27/16 46/24 47/13 50/5 50/6 53/6 56/18 57/1 84/1 84/20 98/10 102/18 107/1 107/3 108/20
background [3]   61/12 65/7 66/3
backup [3]   18/21 18/25 19/2
backward [3]   67/18 85/10 98/1
bag [3]   8/19 10/7 13/8
bank [7]   71/3 71/10 71/17 72/16 72/16 80/6 80/8
Bankruptcy [1]   2/7
based [5]   47/11 100/3 101/24 102/4 107/5
baseline [1]   100/12
basically [1]   14/18
basis [2]   68/17 100/19
bathroom [1]   56/18
be [89]   5/22 5/24 5/24 8/8 8/10 11/18 22/3 25/20 26/2 27/18 30/3 30/11 36/3 36/12 37/18 40/25 43/5 43/7 43/8 43/12 44/6 46/11 50/16 51/7 57/6 59/19 59/23 60/11 60/19 60/24 63/1 63/8 64/6 66/20 67/9 67/15 70/7 71/11 71/17 73/1 73/3 73/20 74/25 75/23 76/6 76/11 77/4 77/8 78/14 78/16 78/17 78/18 78/21 79/10 80/23 81/3 82/1 85/12 85/22 86/15 86/21 86/25 87/5 87/9 87/10 87/14 89/20 90/18 90/22 91/6 91/8 92/14 92/22 93/3 93/6

95/8 95/15 95/20 95/22 95/22 96/11 96/17 99/6 101/5 101/6 101/11 102/16 108/15 108/18
became [1]   53/22
because [21]   21/23 28/22 35/19 43/10 48/16 48/20 56/17 57/17 58/5 58/5 62/12 65/17 72/8 79/1 83/6 86/4 86/13 87/11 90/20 91/17 100/10
become [1]   26/13
been [37]   9/18 13/16 14/4 15/25 23/25 24/3 25/22 29/8 29/18 32/22 34/21 40/1 47/9 51/5 51/5 52/18 56/10 60/1 62/15 64/2 64/14 65/21 68/4 69/13 69/18 77/6 83/7 85/14 91/15 96/10 99/4 100/14 101/9 105/19 105/20 107/18 108/10
before [17]   1/9 24/23 26/18 28/9 28/19 28/20 28/22 46/7 47/21 49/14 56/22 57/2 57/2 57/3 88/14 100/17 101/7
begin [2]   14/24 51/6
behalf [1]   34/6
behaving [1]   93/22
behavior [2]   95/25 97/2
behavioral [1]   93/24
behaviors [3]   93/2 93/11 93/16
being [13]   60/9 60/11 64/3 65/16 66/5 81/3 86/5 86/16 95/14 97/9 97/9 97/12 106/13
believability [1]   66/2
believe [21]   7/19 8/18 14/4 15/12 16/19 21/18 25/13 29/4 32/21 33/7 36/7 37/16 37/19 40/9 49/1 51/20 68/25 105/18 105/20 106/9 107/10
belong [7]   83/4 83/6 90/6 91/17 92/9 92/14 94/6
belonged [2]   40/17 90/9
belongs [4]   83/9 90/4 90/4 92/25
below [6]   52/3 52/7 77/17 88/16 88/20 89/1
bench [10]   35/13 36/5 58/4 60/21 65/14 66/24 100/8 101/19 105/17 106/23
benefit [6]   50/14 89/15 89/17 89/18 89/23 90/1
benefits [2]   89/18 89/25
best [6]   36/15 42/17 48/19 53/10 53/13 71/24
better [3]   30/11 48/14 90/22
between [6]   9/15 61/16 78/10 79/5 90/13 90/14
beyond [3]   31/23 58/14 108/14
bfd3134 [1]   86/9
big [5]   20/2 30/22 106/5 106/6 108/8
bill [6]   71/13 84/13 84/14 84/15 84/16 84/17
Binance [2]   15/8 15/10
birth [2]   71/12 98/11
bit [13]   16/9 57/15 64/16 65/3 67/3 67/22 74/5 78/24 85/12 85/22 91/12 93/14 95/15
Bitcoin [209]
Bitcoin-related [1]   47/6
Bitcoin.com [3]   9/4 30/24 38/5
Bitcoiner [1]   40/14
Bitcoiner's [1]   40/10
BitcoinFog.com [10]   8/25 9/5 9/10 37/14 38/7 38/17 38/20 39/1 39/24 43/13
BitcoinFog.onion [2]   42/7 43/17
BitcoinTalk.org [4]   47/23 47/24 49/8 51/11
Bitfinex [1]   15/12
blind [15]   47/10 47/11 47/19 48/9 48/10 50/3 51/2 53/24 54/1 54/3 54/5 55/3 56/6 56/8 56/11
Blind Bitcoin [1]   55/3
BlindBitcoin.com [4]   47/7 48/19 49/9 51/12
block [16]   77/9 79/3 79/9 79/12

79/12 79/21 81/24 81/24 82/2 87/22 87/24 87/25 88/1 88/18 89/20 90/19
blockchain [75]   66/14 67/20 68/7 68/16 68/20 68/24 69/11 69/18 69/22 69/24 70/14 73/11 74/4 74/6 74/7 74/9 77/3 77/9 77/25 78/9 78/19 78/20 78/25 78/25 79/1 79/14 79/16 79/17 79/19 79/24 80/2 80/5 80/8 81/22 82/25 84/7 84/24 85/10 86/7 88/1 88/4 88/7 88/8 89/15 90/2 91/10 91/14 91/16 92/22 93/5 93/23 94/12 95/24 97/2 97/21 99/10 99/17 102/17 103/13 103/17 103/24 104/2 104/16 104/17 104/18 105/8 105/10 105/19 105/21 106/4 106/20 107/7 107/10 108/3 108/7
blockchains [1]   98/24
blocks [3]   79/1 79/6 79/6
blue [2]   77/17 78/2
board [1]   30/22
Bob [15]   75/14 75/16 76/11 76/12 76/13 76/15 76/16 82/7 82/14 82/18 82/19 83/15 83/24 84/1 92/5
Bob's [18]   75/8 76/22 76/23 77/1 77/6 78/16 78/17 82/15 82/16 82/21 83/16 84/4 84/4 84/6 92/6 92/14 92/20 92/21
body [5]   35/17 35/24 51/22 52/1 53/4
both [6]   33/6 33/23 67/25 71/23 83/8 101/17
bottom [4]   32/25 33/13 77/23 79/8
box [2]   77/23 79/8
boxes [1]   77/14
break [13]   45/11 45/22 46/2 46/4 46/6 56/17 56/17 56/18 56/23 58/11 106/22 106/24 106/25
breaking [2]   5/13 104/17
briefly [2]   4/15 61/11
bring [3]   29/14 50/5 101/8
broadcast [2]   76/23 82/23
BRODIE [1]   1/15
Brooklyn [1]   2/4
brought [1]   50/5
BROWN [5]   1/15 3/6 3/7 4/6 29/17
BTC [1]   88/23
built [1]   79/23
bullets [2]   51/13 51/14
bunch [1]   48/23
burden [2]   65/24 108/9
bureau [3]   61/7 62/25 63/19
business [1]   50/12
buy [7]   64/5 70/22 70/23 71/15 71/20 72/1 84/13
buying [2]   41/4 84/11

## C

California [1]   42/2
call [5]   27/17 45/4 47/16 57/21 104/7
called [9]   37/15 39/2 40/19 43/3 68/10 68/18 78/25 79/1 92/12
calling [3]   22/23 27/9 75/8
calls [7]   7/9 31/16 41/9 44/10 45/5 57/24 68/1
came [5]   37/13 55/24 55/25 88/18 99/12
can [113]
can't [13]   6/16 6/21 6/24 8/4 8/14 17/16 33/3 36/12 39/7 72/12 84/14 89/4 105/9
cannot [1]   101/3
CapO [3]   27/3 28/22 28/24
cards [1]   13/6
careful [1]   57/6
carry [2]   50/17 65/24
case [34]   4/2 8/12 11/13 11/16 13/14 13/20 26/20 29/7 56/19 59/11 59/13 59/14 59/17 62/10 62/11 63/1 65/4 66/5 67/3 67/4

**C**

case... **[14]**  67/6 67/7 76/20 84/2 84/16 86/8 91/1 95/15 97/5 99/24 105/4 106/7 107/2 108/8
cases **[14]**  6/19 6/20 62/15 64/15 64/24 64/25 66/19 72/8 99/3 99/25 103/7 103/8 103/8 103/14
cash **[4]**  47/11 47/13 71/1 84/11
cashier **[2]**  84/15 84/19
CATHERINE **[1]**  1/13
cause **[1]**  96/1
Ccips **[1]**  1/19
centralized **[1]**  48/12
certain **[1]**  93/16
certainly **[5]**  8/2 52/25 56/13 102/16 106/2
certificate **[1]**  54/12
certification **[6]**  63/16 68/9 68/13 68/13 68/14 68/25
certifications **[4]**  68/7 68/8 68/12 93/9
certified **[1]**  63/13
certify **[1]**  109/3
chain **[8]**  79/6 96/15 96/16 97/1 97/2 97/13 97/16 104/8
Chainalysis **[22]**  58/14 60/17 68/8 68/11 68/15 68/16 68/18 68/19 68/19 89/7 89/16 90/20 90/21 92/18 99/12 99/22 100/4 101/25 102/3 102/7 102/8 106/15
chains **[2]**  96/18 97/14
change **[29]**  4/22 5/3 43/20 43/21 43/25 83/13 83/18 84/1 84/5 84/12 84/16 84/17 84/21 84/22 91/19 91/20 93/13 93/17 96/4 96/6 96/8 97/5 97/6 97/6 97/10 97/10 97/12 97/17 104/5
changed **[4]**  43/17 43/22 43/23 43/24
charged **[1]**  26/14
charging **[1]**  37/5
chart **[4]**  20/2 29/13 29/16 29/23
chat **[3]**  52/16 52/16 54/14
Chaum's **[1]**  47/11
Chaumian **[1]**  54/1
check **[16]**  52/21 53/9 60/4 78/22 80/13 80/16 80/20 80/24 81/8 81/11 81/13 81/14 81/16 81/19 81/22 81/25
checked **[1]**  54/12
checking **[1]**  81/16
choose **[1]**  90/20
CHRISTOPHER **[2]**  1/15 4/6
circle **[7]**  85/13 85/13 85/16 85/17 86/19 86/19 88/13
circled **[1]**  85/20
circling **[1]**  76/6
claiming **[1]**  44/6
classes **[1]**  68/2
classic **[1]**  27/17
cleaners.com **[1]**  40/20
clear **[11]**  26/3 41/6 43/9 44/1 58/15 65/16 65/17 85/15 89/4 89/4 95/22
clearly **[2]**  9/3 108/8
clearnet **[11]**  9/1 37/1 37/14 38/5 38/18 38/20 39/1 39/2 43/3 43/6 43/13
client **[1]**  53/9
clients **[2]**  33/24 34/6
close **[4]**  5/23 34/15 35/5 35/14
closings **[1]**  5/20
clothes **[4]**  4/22 4/23 4/25 5/3
Club **[1]**  38/3
cluster **[5]**  90/8 93/3 93/6 94/20 96/1
clustered **[1]**  92/15
clustering **[11]**  90/20 92/12 94/24 95/7 95/9 95/17 95/21 100/3 101/25 102/2 106/16
clusters **[5]**  90/8 92/19 95/10

95/11 96/8
co **[9]**  83/6 90/11 91/16 91/25 92/17 94/5 94/13 94/14 94/19
co-spend **[1]**  91/16
co-spending **[4]**  90/11 91/25 94/5 94/19
co-spent **[4]**  83/6 92/17 94/13 94/14
code **[18]**  8/21 16/20 33/1 33/3 33/8 33/12 55/3 55/9 55/11 55/14 55/17 55/20 97/20 107/22 107/24 108/1 108/17
codes **[3]**  33/5 34/1 34/4
coffee **[3]**  84/11 84/13 84/17
Coinbase **[7]**  90/4 99/12 99/13 99/13 99/14 99/22 101/7
CoinJoin **[2]**  48/15 60/15
colleagues **[4]**  100/2 100/23 101/23 103/8
collect **[2]**  98/15 98/19
collecting **[1]**  67/12
collection **[3]**  100/11 100/18 100/22
college **[1]**  61/16
color **[1]**  97/20
COLUMBIA **[1]**  1/1
combine **[2]**  82/10 82/17
combined **[1]**  96/8
come **[9]**  5/12 27/9 55/17 56/18 84/20 90/12 97/15 99/14 107/1
comes **[5]**  30/7 58/22 71/19 79/4 107/17
comfortable **[1]**  53/12
coming **[2]**  22/18 45/19
comment **[2]**  22/14 42/24
commenting **[1]**  57/5
comments **[1]**  54/23
common **[5]**  70/21 83/13 106/19 107/9 108/6
commonly **[1]**  71/17
communicate **[1]**  44/1
communicating **[1]**  35/25
communication **[2]**  28/25 64/4
communications **[2]**  9/14 41/6
companies **[1]**  68/4
company **[3]**  67/11 68/17 99/4
compare **[2]**  84/10 84/12
comparing **[1]**  102/9
competing **[1]**  61/22
competitor **[1]**  68/19
complete **[2]**  58/16 108/22
completed **[1]**  101/22
completely **[4]**  81/20 100/12 105/22 107/15
complicate **[1]**  108/7
complicated **[1]**  104/3
computer **[13]**  12/13 12/17 13/2 30/15 47/3 52/20 64/23 72/24 78/14 78/14 78/16 78/17 108/17
computers **[6]**  12/1 13/4 21/6 23/10 24/11 67/11
conceivably **[1]**  48/13
concept **[1]**  78/24
concepts **[2]**  65/9 65/10
concern **[1]**  66/18
concerned **[1]**  66/7
conclude **[2]**  60/16 69/23
concluded **[2]**  41/16 59/13
conclusion **[2]**  58/20 66/2
conclusions **[1]**  25/23
conduct **[3]**  63/13 77/25 107/2
conducted **[1]**  99/10
conducting **[1]**  102/16
conference **[10]**  35/13 36/5 58/4 60/21 65/14 66/24 100/8 101/19 105/17 106/23
conferences **[1]**  68/5
confident **[2]**  66/15 101/11
confidently **[1]**  100/24
confirm **[2]**  102/6 103/2
confirmation **[3]**  99/21 101/7 102/20

confirmed **[1]**  99/13
confirming **[2]**  54/25 103/5
confusing **[1]**  86/13
connected **[2]**  78/17 105/7
connecting **[1]**  97/24
connection **[1]**  105/9
connects **[1]**  78/22
conscious **[1]**  57/6
conservative **[7]**  94/24 95/8 95/12 95/13 95/16 95/20 95/22
considerably **[1]**  8/13
constantly **[1]**  80/2
constitutes **[1]**  109/4
Constitution **[1]**  2/8
consult **[1]**  48/17
consulting **[2]**  49/18 62/10
contact **[1]**  53/14
contain **[4]**  73/24 77/7 90/3 97/22
contained **[1]**  70/14
contains **[1]**  74/9
CONTENTS **[1]**  3/1
context **[1]**  85/11
continue **[4]**  50/14 64/25 85/8 107/1
continued **[3]**  1/23 2/1 3/4
continues **[1]**  97/11
control **[2]**  85/13 91/19
controlled **[3]**  83/5 91/21 94/21
controls **[2]**  31/15 91/7
convenient **[1]**  46/3
conversation **[3]**  41/5 41/15 41/15
conversion **[1]**  90/13
convert **[1]**  34/4
converts **[1]**  33/12
convictions **[1]**  69/20
convinced **[1]**  58/17
convincing **[1]**  65/24
cooperate **[1]**  56/12
cooperating **[2]**  102/23 103/1
coordination **[1]**  35/6
copy **[7]**  76/17 79/17 79/19 79/21 79/22 79/22 82/19
corner **[1]**  75/24
correct **[32]**  6/23 7/1 10/6 12/10 12/11 12/13 12/14 13/7 14/16 15/9 15/10 15/14 15/20 15/23 15/24 16/18 19/15 19/18 23/5 26/15 31/3 32/17 33/14 34/3 34/8 36/9 38/22 40/18 40/20 77/8 79/23 109/4
correctly **[1]**  102/21
corresponding **[1]**  73/12
corroborated **[1]**  100/17
could **[77]**  5/23 9/19 13/23 17/11 17/11 17/18 17/18 17/22 17/23 22/13 24/2 24/18 24/22 25/18 28/15 29/10 30/1 33/6 34/4 38/1 42/23 43/5 43/8 43/9 45/6 45/22 46/16 46/21 47/12 47/14 48/13 48/25 49/10 49/13 49/17 49/20 49/23 50/7 50/10 53/3 55/6 55/15 58/7 61/3 62/2 62/25 63/25 65/3 66/20 67/3 70/4 70/22 70/23 70/25 71/19 71/21 71/24 73/1 73/23 74/2 78/24 81/16 82/10 85/8 86/17 87/14 89/8 94/13 94/19 94/20 96/3 96/9 102/15 104/20 104/24 105/2 108/14
couldn't **[1]**  4/25
counsel **[9]**  4/4 4/5 4/7 4/12 22/14 35/11 42/23 44/11 44/15
couple **[3]**  6/3 41/25 89/18
coupon **[4]**  47/13 47/13 47/14 47/15
course **[1]**  68/25
court **[17]**  1/1 2/6 2/7 4/11 4/15 4/17 6/4 57/18 58/7 65/18 65/22 65/25 71/22 95/19 106/15 109/3 109/13
Court's **[2]**  44/24 45/7
Courts **[1]**  2/7
covered **[1]**  93/8
covert **[3]**  26/13 63/19 63/22

**C**

coworkers [1] 27/3
create [6] 47/5 54/7 70/23 83/25 84/20 94/20
created [4] 47/15 54/5 79/12 84/4
creates [2] 83/24 84/21
creating [1] 76/12
credibility [1] 66/2
crime [1] 98/23
criminal [5] 1/3 4/2 44/20 85/5 103/14
criminals [5] 103/16 103/22 104/1 108/4 108/5
criticism [1] 48/11
CRM [1] 1/19
cross [9] 3/4 3/6 6/14 53/18 59/9 60/16 101/12 101/16 104/8
cross-chain [1] 104/8
cross-examination [7] 3/4 3/6 6/14 53/18 59/9 60/16 101/16
cross-examining [1] 101/12
cryptocurrencies [4] 48/1 64/8 71/6 71/20
cryptocurrency [42] 48/2 62/4 62/5 62/7 62/8 62/13 62/16 62/23 62/24 63/4 63/21 64/11 64/15 64/16 64/18 65/1 65/9 67/17 68/5 68/9 68/12 69/4 69/11 69/16 69/22 69/25 70/4 70/9 70/10 70/12 70/17 70/18 71/1 71/4 71/20 73/3 98/23 104/9 104/10 104/11 104/13 105/21
cryptocurrency-related [2] 48/2 69/11
cryptography [5] 70/16 70/16 79/2 79/4 79/23
cup [1] 84/13
curious [1] 6/6
currencies [1] 70/12
currency [12] 62/18 62/21 62/22 67/19 67/24 67/25 68/3 69/9 70/5 70/6 70/10 70/11
current [1] 61/8
currently [4] 44/6 75/8 75/10 86/18
custodial [1] 72/9
customer [3] 14/21 19/3 38/8
customer's [1] 68/22
customers [2] 98/2 98/11
cut [1] 30/11
cyber [1] 99/4
cyberattacks [1] 43/11
cybercrime [1] 6/19
cybercriminal [4] 8/6 64/12 64/21 67/10
cybersecurity [2] 61/14 61/17
cybersquads [1] 64/22

**D**

daily [1] 68/17
dark [1] 64/4
darknet [4] 63/21 64/18 64/23 108/6
data [11] 8/2 18/21 18/25 77/12 88/5 100/11 100/12 100/18 100/22 100/24 101/3
date [5] 71/11 81/21 81/22 81/25 98/11
Dated [1] 109/10
Daubert [7] 58/5 58/6 58/15 60/5 65/18 100/10 100/15
Dauberted [2] 106/13 106/14
David [1] 47/11
day [13] 4/20 16/10 30/22 65/3 65/3 65/20 65/20 66/12 66/12 67/4 67/4 67/9 109/10
days [3] 5/24 27/15 43/4
DC [5] 1/5 1/14 1/17 1/21 2/9
de [5] 30/15 30/16 36/23 37/24 46/19
De-Fi [1] 46/19
dealing [3] 8/6 8/11 106/5

decentralized [2] 70/15 79/17
decide [1] 90/16
decided [4] 41/7 50/2 50/12 54/13
decision [1] 58/8
defendant [6] 1/7 2/2 4/11 8/7 8/9 8/13
defendant's [2] 31/17 39/21
defendants [2] 59/4 102/23
defense [9] 22/13 42/23 44/11 58/6 59/4 60/13 65/15 101/9 108/15
definitely [2] 49/16 53/1
degree [3] 61/13 61/14 61/23
demonstration [1] 54/6
demonstrative [5] 74/22 75/1 96/21 96/24 104/21
DEPARTMENT [2] 1/13 62/4
depending [3] 63/12 85/11 108/17
depiction [1] 96/15
deposit [4] 47/12 47/15 102/21 105/5
deposited [1] 67/14
deposits [1] 98/14
Dept [1] 1/20
describe [3] 61/11 76/5 93/20
described [1] 99/18
describing [1] 85/15
description [1] 96/15
design [3] 48/11 48/14 48/14
designed [2] 47/14 73/3
destination [1] 85/7
detail [4] 13/24 58/19 59/12 61/24
detailed [2] 60/18 62/3
details [5] 38/8 52/8 59/5 67/2 67/5
determine [3] 85/7 104/4 104/16
determined [1] 90/9
developments [1] 48/3
device [5] 8/17 72/23 73/2 107/19 107/21
devices [17] 7/20 7/23 7/25 8/3 8/4 8/14 8/18 8/24 9/13 10/4 12/17 25/10 32/19 37/10 38/13 39/25 63/11
diary [8] 12/12 12/14 21/20 21/23 21/24 22/3 22/5 22/6
did [72] 9/10 11/22 11/24 13/13 13/21 14/1 14/8 14/10 14/19 14/24 15/13 15/15 15/21 16/8 18/20 19/12 21/1 21/21 21/23 22/9 23/21 24/14 24/16 25/4 25/6 25/8 26/7 26/19 26/25 27/3 28/24 29/2 37/3 41/17 41/25 42/10 43/20 43/21 43/25 47/5 47/8 47/19 48/4 48/17 48/18 49/21 50/19 50/20 50/21 50/22 51/1 51/3 52/21 53/13 54/7 54/8 54/10 55/17 55/18 56/5 56/8 56/11 61/16 61/21 62/8 66/19 74/11 74/13 97/21 99/14 107/6 108/1
didn't [31] 5/2 10/20 14/10 16/7 19/2 20/13 21/3 21/22 23/16 23/17 23/20 24/5 24/17 24/21 25/2 26/13 26/24 27/11 35/16 39/10 41/24 43/23 45/10 48/15 54/19 58/10 59/1 60/13 60/18 66/6 72/5
difference [1] 78/10
different [20] 26/2 51/7 62/25 70/15 71/21 75/9 79/20 80/15 81/16 91/1 92/7 93/13 104/3 104/8 105/11 105/14 105/22 106/16 107/15 108/18
difficult [4] 85/12 104/4 104/15 108/2
digital [5] 8/10 29/15 29/18 29/25 47/11
digitally [1] 29/22
diligent [1] 13/19
direct [14] 3/6 3/9 25/14 27/13 28/11 42/12 46/1 46/12 48/25 49/10 50/7 51/4 51/11 61/1

directing [2] 75/5 84/23
directly [2] 59/14 99/12
disagreement [1] 60/13
disagreements [1] 59/1
disclosure [1] 106/11
discovered [1] 47/20
discovery [1] 101/9
discuss [7] 5/21 5/22 5/23 12/19 56/19 107/2 108/21
discussed [1] 51/24
discussing [4] 9/15 40/1 48/1 68/5
discussion [3] 48/10 48/21 108/5
dispute [2] 17/16 17/19
distinct [1] 108/16
distinguishes [1] 70/12
distributed [1] 70/13
DISTRICT [4] 1/1 1/1 1/10 2/7
division [1] 61/10
divisions [1] 69/6
DNS [5] 37/1 39/16 39/20 39/24 40/4
do [98] 5/2 11/9 14/11 14/14 16/10 16/14 18/5 19/17 20/1 20/4 20/6 20/7 20/9 22/25 23/2 24/19 32/4 33/6 33/6 34/20 34/25 35/7 35/7 36/12 36/18 37/4 39/1 39/8 39/13 39/15 39/18 39/18 39/19 40/9 41/14 42/4 44/4 44/19 45/24 49/2 49/11 50/6 51/7 51/8 51/14 51/16 51/21 51/22 52/15 52/23 56/20 59/8 59/22 59/25 60/23 61/6 63/3 63/5 63/20 64/1 65/12 66/6 67/7 67/12 68/7 68/8 68/23 69/2 69/5 69/10 69/14 71/24 74/3 74/4 74/14 76/15 85/6 86/10 86/10 87/16 88/13 89/24 90/16 91/9 92/11 96/12 96/13 97/24 98/6 98/9 98/18 100/2 101/23 103/16 104/1 104/1 104/17 104/18 108/12
document [12] 8/16 9/2 9/3 9/5 9/21 11/14 11/15 20/21 23/9 39/6 40/7 49/7
documents [3] 7/23 12/20 37/4
does [42] 9/12 11/6 11/8 12/3 12/7 12/18 12/20 12/25 16/19 20/11 20/20 21/18 22/14 23/7 24/8 24/9 24/10 31/12 44/20 52/3 52/3 57/14 58/23 63/6 63/16 64/11 65/23 73/21 75/18 77/7 78/6 78/14 78/16 79/7 79/8 82/3 84/10 90/21 91/22 99/25 102/2 102/12
doesn't [33] 7/2 7/5 7/15 9/5 11/25 12/4 12/8 21/6 21/8 21/9 21/11 21/12 21/15 21/16 23/7 23/10 23/12 23/13 23/23 24/11 24/13 31/11 31/14 32/5 32/15 32/18 36/3 44/11 44/20 59/16 70/7 78/21 83/16
doing [9] 52/19 57/4 57/7 63/20 64/11 69/13 93/24 95/18 96/5
DOJ [3] 1/16 1/19 69/15
DOJ-CRM [1] 1/19
DOJ-USAO [1] 1/16
dollars [6] 33/5 33/13 34/4 34/5 72/5 90/14
domain [3] 9/4 30/24 54/13
don't [66] 5/4 6/7 7/10 7/11 7/11 7/11 7/17 7/18 11/5 11/6 12/14 15/3 15/5 15/6 17/16 17/19 19/16 19/17 19/25 20/15 20/18 20/25 21/18 22/1 22/6 22/21 25/9 25/17 29/16 35/22 39/5 39/14 41/8 42/5 43/24 45/12 51/18 53/9 55/19 56/19 57/7 57/16 65/20 72/11 72/19 75/25 78/8 81/18 84/18 84/19 86/24 90/3 92/20 96/4 100/13 100/21 105/18 105/23 105/25 106/9 106/12 106/13 106/24 107/1 107/1 107/2
done [6] 20/18 37/6 58/11 59/15 70/7 95/9

**D**

door [1] 31/20
doubt [1] 52/23
down [16] 4/23 18/6 33/13 36/18 36/23 38/24 48/16 49/6 49/20 50/4 51/20 55/11 71/23 79/7 94/16 97/21
download [1] 72/23
dozens [1] 11/6
draw [2] 25/23 75/23
drawing [1] 87/3
drive [9] 9/2 21/15 21/16 23/17 23/20 23/22 25/5 38/14 40/1
drives [25] 8/19 8/20 8/20 9/13 9/14 10/5 10/7 10/8 10/10 12/5 12/8 12/18 12/18 13/8 21/10 21/12 23/14 24/13 24/15 25/3 37/10 38/13 38/13 39/25 39/25
drop [1] 78/6
dumb [1] 49/25
Duncan [8] 3/5 45/5 46/9 46/18 46/22 50/18 51/15 52/12
DuncanT [2] 48/6 53/11
during [4] 12/24 22/19 35/22 58/11
duty [1] 62/3

**E**

e9521 [2] 86/23 88/15
e9521b [2] 78/1 87/8
each [4] 73/11 73/21 80/11 106/1
earlier [6] 22/1 64/14 84/25 91/3 92/1 94/7
early [2] 10/22 64/16
easier [1] 87/18
educational [1] 61/11
effect [2] 27/20 27/21
either [2] 45/22 101/12
EKELAND [9] 2/2 2/3 3/4 3/6 4/10 6/11 53/17 57/3 57/4
electrical [1] 47/3
else [10] 9/15 25/11 38/14 38/15 40/1 49/15 49/21 49/22 50/19 94/8
else's [1] 50/8
email [29] 11/3 11/19 16/13 16/21 16/23 19/15 20/8 20/20 20/24 21/1 22/9 22/18 23/3 23/6 24/21 25/2 38/3 38/9 40/10 40/11 40/14 40/15 52/8 52/11 52/13 52/21 53/9 67/16 102/19
emails [2] 41/1 102/20
empirical [1] 101/2
employee [1] 64/2
employers [3] 28/9 28/18 28/21
encouraged [1] 48/14
encrypted [3] 10/11 10/16 10/18
encrypts [1] 67/11
end [7] 36/5 50/2 50/19 60/21 66/24 101/19 106/23
enforcement [20] 26/8 26/10 26/15 26/21 27/1 28/8 28/18 29/3 60/2 62/4 62/5 62/9 69/7 85/5 94/23 95/6 98/18 98/22 103/16 103/23
engage [1] 64/19
engaged [2] 7/8 63/22
engaging [1] 64/6
engineer [1] 46/18
engineering [2] 47/3 47/4
enough [2] 22/15 82/9
ensure [1] 59/4
ensures [1] 79/4
entail [1] 62/9
entered [1] 4/19
enterprising [1] 47/20
entirely [2] 106/16 107/20
entirety [1] 83/18
entities [2] 90/8 90/14
entitled [1] 109/5
entity [3] 83/5 90/10 90/21
enumerate [1] 106/1
equate [1] 80/16

equivalent [8] 72/15 80/10 80/11 80/17 80/22 80/23 81/2 82/1
error [4] 59/25 100/11 101/4 101/13
essential [1] 76/8
essentially [10] 6/20 38/3 47/12 64/22 72/25 78/11 78/13 79/3 93/23 107/10
establish [1] 65/6
established [1] 100/10
estimate [2] 68/23 69/10
Ethereum [1] 68/11
Euros [1] 33/6
even [15] 7/17 26/20 56/19 57/4 57/6 58/14 58/24 58/25 60/12 65/25 69/8 73/3 87/12 92/19 93/17
eventually [1] 77/4
ever [5] 25/11 41/8 41/14 42/7 74/8
every [7] 4/19 53/10 79/12 79/24 82/3 85/2 102/4
everybody [1] 79/22
everyone [1] 88/8
everything [6] 7/20 8/24 19/16 22/7 40/1 50/17
evidence [27] 8/2 9/19 12/24 13/1 17/12 17/23 25/10 25/14 25/16 25/22 25/24 29/11 33/20 37/4 37/9 37/13 37/20 39/15 44/15 44/15 59/20 59/25 60/8 60/12 64/10 67/15 101/4
evidentiary [1] 64/20
evolving [1] 67/25
exactly [2] 55/12 65/16
examination [15] 3/4 3/6 3/6 3/7 3/9 6/14 35/17 35/23 46/12 53/18 56/3 59/9 60/16 61/1 101/16
examined [1] 25/22
examining [1] 101/12
example [16] 59/14 63/2 75/7 82/13 82/14 83/15 84/11 86/17 92/19 94/19 96/3 99/1 99/3 104/23 105/1 108/16
examples [1] 99/23
Excel [1] 10/21
exception [1] 84/18
exceptions [1] 83/10
excerpts [1] 8/9
exchange [22] 14/23 16/15 40/11 70/23 70/24 71/2 71/3 71/8 71/9 71/11 71/16 72/7 72/13 72/17 72/19 98/4 98/5 98/5 99/2 99/19 102/18 102/20
exchanges [8] 16/11 71/21 72/8 90/6 98/2 98/7 98/15 98/18
excuse [3] 14/15 18/11 105/1
excused [2] 45/2 56/15
execute [1] 43/11
executed [4] 11/18 20/23 33/24 35/5
exhibit [22] 3/12 9/19 17/12 17/22 17/23 29/11 29/11 29/12 29/13 29/22 30/5 30/21 37/18 37/19 48/25 49/3 51/4 74/14 74/21 74/25 96/9 96/20
Exhibit 15 [1] 51/4
Exhibit 22 [1] 48/25
Exhibit 307 [3] 74/14 74/21 74/25
Exhibit 313 [2] 29/12 29/22
Exhibit 324A [2] 96/9 96/20
Exhibit 502H [1] 37/19
Exhibit 702 [1] 9/19
Exhibit 892 [2] 17/12 17/23
Exhibit Exhibit 313 [1] 29/11
EXHIBITS [1] 3/11
exist [2] 70/7 85/2
existing [1] 50/15
exists [1] 47/23
expect [2] 8/7 8/10
experience [8] 62/13 63/3 63/20 65/1 65/7 66/3 66/16 102/7
expert [25] 58/9 58/25 59/1 60/13

65/17 65/19 65/21 65/25 65/25 66/5 66/9 69/24 100/23 105/19 105/20 106/1 106/3 106/4 106/8 106/10 106/11 106/17 106/19 107/7 107/18
experts [1] 62/23
explain [23] 14/20 63/25 65/8 65/8 70/4 73/9 74/5 74/12 75/6 77/13 78/24 87/20 88/12 91/12 97/1 102/15 102/25 104/11 104/21 105/2 105/13 106/6 108/2
explaining [1] 108/7
explore [2] 101/16 101/17
explorer [6] 87/22 87/24 87/25 88/1 89/21 90/19
explorers [1] 79/21
expressing [1] 35/25
expressions [1] 35/21
extending [1] 39/19
extends [1] 58/14
extensive [2] 13/1 60/8
extensively [2] 52/17 52/22
extorts [1] 67/11
extraction [1] 10/20
extremely [1] 34/15
eyewitness [3] 6/16 6/21 6/24

**F**

facial [1] 35/21
fact [8] 12/21 25/9 60/9 66/13 87/13 99/14 103/7 106/19
fair [4] 22/15 59/9 60/15 101/14
fairly [2] 47/25 64/3
Falco [4] 30/15 30/16 36/23 37/24
falls [1] 108/12
familiar [6] 7/19 23/25 24/5 24/6 24/7 38/2
far [4] 26/10 27/12 27/13 42/16
FBI [17] 61/21 61/25 62/13 62/17 62/23 63/13 64/15 64/16 64/22 67/23 69/5 69/6 69/15 99/5 99/7 100/2 101/23
FBI's [3] 62/18 62/22 69/8
feature [1] 93/25
features [4] 80/16 93/14 93/16 94/2
February [2] 1/5 109/10
Federal [1] 61/7
fee [4] 78/7 78/9 78/11 93/17
Feel [1] 45/16
fees [1] 93/17
few [2] 52/8 93/19
Fi [1] 46/19
field [2] 80/22 80/23
fields [1] 85/14
fifty [2] 72/4 72/4
figure [1] 86/10
file [5] 10/11 10/12 10/13 10/17 13/20
filter [1] 57/9
finalizing [1] 64/8
financial [5] 18/7 18/9 18/11 68/21 71/4
find [6] 5/11 17/16 43/9 86/12 94/13 94/19
fine [1] 45/11
finish [1] 24/23
first [22] 10/19 46/17 46/21 46/22 49/13 49/17 49/23 54/19 64/17 65/18 75/15 75/16 76/11 78/25 80/17 82/18 83/20 83/21 87/1 87/11 89/23 107/12
fit [1] 90/22
flipping [1] 89/20
floor [2] 2/4 45/20
flow [11] 20/3 29/23 31/1 31/22 32/2 32/11 34/11 34/15 85/10 89/22 105/2
flows [1] 90/14
fluctuates [1] 72/2
foam [2] 20/2 30/22
focused [1] 64/23

**F**

**Fog [36]**   6/18 6/22 6/25 7/2 7/5 7/8 7/15 7/17 8/1 8/5 8/15 8/21 9/16 11/1 12/19 19/1 19/4 19/18 25/12 25/16 27/6 28/23 39/17 41/4 43/7 43/9 43/12 43/15 44/1 44/2 44/6 44/7 44/17 46/20 106/7 108/7
**Fog.site [1]**   43/4
**follow [2]**   85/10 87/15
**following [5]**   20/3 59/6 67/13 91/19 99/17
**footprint [1]**   8/10
**foregoing [1]**   109/4
**forget [1]**   55/12
**form [2]**   18/2 59/6
**format [2]**   10/17 52/1
**formatting [1]**   51/7
**forms [3]**   17/19 71/21 73/1
**forum [5]**   11/2 48/1 48/21 64/4 64/22
**forward [6]**   57/15 67/13 67/18 85/10 91/19 98/1
**found [7]**   10/11 10/16 10/19 17/22 54/10 54/13 63/9
**foundation [5]**   22/2 65/10 66/9 101/3 103/20
**fourth [1]**   90/12
**free [2]**   45/16 108/15
**frequently [9]**   52/21 71/13 83/12 87/17 94/2 99/25 103/13 104/6 104/8
**friends [2]**   27/2 28/3
**front [8]**   30/22 35/16 59/22 59/25 60/8 77/10 84/20 84/23
**full [8]**   13/8 30/12 46/17 48/8 51/21 53/7 61/23 79/18
**function [2]**   50/21 106/6
**functionality [4]**   105/22 106/7 107/16 107/21
**fundamental [3]**   59/1 60/13 68/12
**fundamental-type [1]**   68/12
**fundamentals [1]**   68/9
**funds [60]**   20/3 31/1 31/9 31/23 32/2 32/11 33/8 36/15 63/23 67/13 67/18 72/6 72/10 73/14 75/14 75/16 75/21 76/11 76/12 77/6 77/7 78/2 80/20 80/24 80/25 81/9 81/10 82/9 82/12 82/19 82/22 83/23 85/7 85/10 86/5 86/7 86/8 86/16 86/22 87/9 89/10 89/22 91/24 97/4 97/4 97/10 97/12 98/1 98/4 98/5 99/2 99/11 99/11 102/17 104/6 104/7 104/14 105/3 105/6 108/2
**further [9]**   41/24 44/22 52/2 53/13 53/16 54/13 56/1 56/14 92/25

**G**

**gathered [1]**   102/9
**general [5]**   7/12 60/12 95/16 97/14 97/16
**generally [10]**   64/1 67/6 73/19 87/24 93/20 95/12 96/4 96/14 98/1 99/20
**generating [1]**   33/1
**generic [1]**   99/23
**get [30]**   5/14 9/20 10/1 17/11 21/1 29/10 42/16 47/13 50/17 53/6 53/11 55/9 55/14 55/15 57/19 58/16 59/12 60/17 65/16 70/22 74/3 74/4 75/18 84/16 84/17 92/21 94/8 99/21 102/18 108/14
**gets [3]**   33/8 78/11 81/24
**getting [10]**   5/10 10/3 55/19 61/16 63/25 66/18 93/19 100/18 107/23 108/16
**give [7]**   58/18 58/19 69/3 84/19 96/3 99/1 101/1
**given [4]**   59/24 60/8 60/9 60/12
**Gmail [1]**   63/8
**gmail.com [1]**   40/15

**go [18]**   35/11 36/15 57/2 57/2 57/3 57/15 57/16 57/16 65/11 66/17 75/3 76/2 78/15 86/12 97/24 99/18 106/24 108/14
**goal [2]**   64/19 98/1
**goes [9]**   20/11 32/3 66/2 66/14 67/14 84/3 84/3 98/3 104/16
**going [42]**   5/6 5/14 6/3 8/8 9/3 10/22 13/16 20/10 28/10 28/17 31/10 34/13 36/17 45/25 46/2 46/24 50/5 53/4 56/17 57/15 58/16 60/17 60/19 66/7 66/17 75/25 76/1 76/18 78/17 83/18 87/3 87/9 90/18 90/19 91/24 94/9 97/13 101/13 102/17 106/3 106/5 107/25
**Gold [1]**   15/20
**good [10]**   4/6 4/9 4/10 4/13 5/16 8/8 8/11 46/14 46/15 50/6
**goods [1]**   64/9
**Google [10]**   8/20 9/2 9/14 21/15 21/16 23/20 23/21 25/5 38/14 40/1
**got [9]**   8/20 21/2 31/1 34/21 34/25 36/4 48/19 54/15 84/6
**GothenCoin [1]**   16/17
**gotten [2]**   53/7 101/7
**government [50]**   3/12 4/5 7/2 7/5 7/15 9/19 10/4 10/11 10/16 10/19 11/1 13/10 14/2 17/12 17/22 17/23 19/23 23/25 26/7 27/11 27/15 27/21 29/2 29/11 29/22 29/23 30/15 31/11 31/14 32/5 41/17 41/19 41/21 41/24 45/4 45/5 55/22 57/21 57/23 59/20 65/23 68/4 69/21 71/12 74/21 96/20 98/12 101/14 106/11 107/6
**government's [3]**   22/19 27/21 108/8
**Gox [24]**   14/11 14/12 14/15 14/16 14/24 15/2 20/3 20/7 22/25 22/25 24/1 31/2 31/4 31/6 31/9 32/11 32/12 32/25 33/4 33/9 33/23 34/1 34/13 34/22
**graduating [1]**   61/16
**granular [1]**   90/23
**graph [2]**   89/19 96/6
**graphical [3]**   89/9 89/18 89/21
**graphing [1]**   90/21
**graphs [2]**   96/7 97/19
**great [2]**   50/14 85/13
**Grin [1]**   16/20
**grosser [1]**   59/15
**ground [1]**   60/15
**grounds [1]**   59/9
**group [4]**   62/6 62/22 67/25 90/8
**grouping [2]**   90/7 92/11
**growing [1]**   80/2
**guilty [1]**   99/16

**H**

**hacking [3]**   64/20 64/24 99/5
**had [30]**   5/1 7/17 13/10 14/2 15/8 16/20 16/25 17/8 18/10 18/15 18/19 22/7 33/4 34/21 48/5 50/2 53/7 54/1 54/20 55/11 57/13 65/18 82/8 82/9 84/13 92/16 99/4 99/6 101/22 102/22
**hand [3]**   84/15 87/13 87/16
**handed [2]**   53/8 87/3
**handle [1]**   48/5
**handles [1]**   93/17
**happen [2]**   54/10 99/25
**happened [8]**   34/15 41/8 41/11 41/14 74/8 92/4 92/5 103/7
**happening [5]**   41/16 57/8 92/3 94/5 97/17
**happens [1]**   76/22
**happy [3]**   5/21 27/18 106/2
**hard [12]**   8/19 9/13 12/5 12/18 21/9 23/14 24/13 24/14 37/10 38/13 39/25 85/22
**hardware [2]**   63/11 73/2
**Harry [1]**   37/22

**has [53]**   9/18 9/21 13/16 13/18 14/4 14/13 16/17 23/25 24/3 25/22 26/4 27/15 29/18 44/11 44/16 49/19 51/5 53/7 56/10 58/6 59/24 60/1 64/2 65/18 65/21 66/13 69/18 70/7 72/6 73/11 75/8 76/17 78/17 79/19 81/9 81/19 81/24 83/16 88/8 90/9 92/3 92/5 92/17 96/9 97/5 101/15 103/7 103/10 103/12 105/19 105/20 106/17 107/22
**hash [1]**   78/1
**hashes [1]**   88/2
**hasn't [2]**   13/17 107/17
**HASSARD [2]**   2/2 4/12
**have [151]**
**haven't [3]**   29/8 77/6 96/8
**having [3]**   34/20 34/25 64/7
**he [96]**   4/21 4/24 4/24 4/25 5/1 7/21 7/24 9/3 12/20 13/11 13/12 14/12 14/18 14/19 15/15 16/7 16/7 16/8 16/20 16/25 17/4 17/7 17/8 18/15 18/19 18/19 19/15 19/16 19/17 20/18 22/2 22/3 24/17 25/22 26/1 28/22 28/22 31/22 36/10 36/11 39/10 40/25 41/10 41/23 41/24 41/25 41/25 42/5 44/11 45/19 58/8 58/9 58/10 65/8 65/10 65/21 65/24 66/4 66/5 66/11 66/13 66/15 66/18 66/18 75/15 76/16 76/17 76/18 76/19 76/20 77/5 82/8 82/10 82/20 83/16 83/18 83/22 83/23 83/24 84/2 100/21 100/22 100/24 101/6 103/20 105/20 105/23 106/3 106/3 106/5 106/8 106/9 106/18 107/8 107/17 108/16
**he'll [1]**   76/18
**head [1]**   106/12
**hear [4]**   27/11 27/18 68/19 101/6
**heard [3]**   6/25 70/3 74/5
**hearing [5]**   60/5 65/18 65/19 100/10 100/15
**hearsay [6]**   27/9 27/12 27/17 27/18 27/23 27/25
**heavily [1]**   40/24
**held [5]**   35/13 58/4 65/14 100/8 105/17
**Hello [1]**   18/3
**help [3]**   50/17 74/11 74/18
**helpful [3]**   37/18 91/6 96/17
**her [3]**   58/25 75/20 92/6
**here [43]**   5/15 18/10 27/7 27/9 31/1 31/1 31/10 32/12 32/25 33/1 33/17 46/5 49/7 49/11 51/9 65/7 66/7 66/20 75/8 75/15 75/22 77/11 77/23 82/19 84/5 85/14 85/15 85/18 86/3 86/14 86/20 87/4 88/12 88/23 89/5 92/3 92/4 92/5 92/14 94/5 104/22 107/3 108/9
**heuristic [6]**   58/22 58/24 59/2 59/3 59/5 60/14
**heuristics [3]**   58/21 90/10 90/11
**Hi [2]**   53/4 53/6
**hide [1]**   104/1
**hiding [1]**   8/10
**high [2]**   30/24 105/13
**highhosting.net [3]**   37/2 37/5 38/4
**highly [2]**   101/5 101/9
**him [20]**   5/3 7/24 8/15 9/15 13/2 22/2 25/11 25/11 25/24 25/25 26/1 27/14 31/18 39/10 58/13 65/19 65/25 66/9 106/13 106/14
**hindering [1]**   104/18
**his [92]**   4/25 8/10 8/14 8/20 9/13 9/13 9/14 10/5 10/10 12/12 12/14 12/15 12/16 12/18 12/24 14/15 15/10 15/14 15/16 15/18 15/20 15/22 15/25 16/3 16/17 16/17 16/23 17/2 17/20 18/7 18/13 18/17 18/23 19/15 20/18 21/15 21/19 21/21 21/22 21/22 21/23 21/23 23/10 23/17 23/20 23/21 23/23

## H

**his... [45]** 24/11 24/13 24/14 24/16 24/23 25/3 25/5 25/7 26/18 27/3 27/4 27/14 28/19 28/20 28/21 31/7 34/22 37/10 37/10 38/13 38/13 38/14 42/13 43/9 65/19 65/20 66/14 66/15 66/16 75/14 76/16 82/20 83/20 83/22 83/22 83/25 99/1 100/22 100/23 101/22 106/6 106/13 108/10 108/13
**history [1]** 94/11
**hold [5]** 27/7 68/7 68/8 73/21 75/9
**holding [2]** 75/12 75/13
**holds [2]** 72/16 75/10
**holistic [1]** 94/8
**home [1]** 15/22
**honor [58]** 4/10 4/15 5/4 5/10 5/17 6/13 9/21 14/4 20/17 21/25 22/13 22/16 24/22 25/19 26/5 28/10 28/12 29/5 29/12 29/25 30/14 31/18 31/25 32/7 32/21 39/9 41/9 42/14 42/23 44/8 45/1 45/6 45/15 45/19 46/8 50/15 55/1 56/1 56/24 56/25 57/23 58/2 60/20 65/5 65/15 66/22 66/23 69/21 74/24 100/5 101/1 105/15 105/25 106/9 107/12 108/11 108/19 108/23
**HONORABLE [1]** 1/9
**hopping [1]** 104/9
**horizontally [1]** 97/19
**host [1]** 72/22
**HostGator [4]** 39/2 39/3 39/4 39/13
**hosting [6]** 30/24 37/8 37/15 39/2 39/16 39/24
**hotmail.com [22]** 11/3 11/7 11/16 11/19 11/25 19/5 19/21 20/8 20/11 21/2 21/16 21/19 22/9 24/4 24/8 25/3 32/12 37/6 38/10 39/21 40/11 41/3
**hour [2]** 6/1 6/2
**hours [6]** 6/3 68/23 68/25 69/1 69/10 69/13
**housekeeping [1]** 5/17
**Houston [1]** 63/1
**how [41]** 7/17 9/3 11/6 32/2 35/4 36/15 42/16 45/24 54/10 62/15 68/23 69/10 72/10 75/18 77/2 79/7 79/8 80/16 82/25 84/7 84/10 90/16 91/14 92/22 93/17 93/17 93/21 93/22 94/3 95/20 97/24 99/1 99/18 102/25 103/20 106/6 106/8 107/8 107/21 108/2 108/7
**huh [6]** 19/8 19/20 19/23 22/23 42/20 42/22
**hundred [1]** 11/6
**hundreds [1]** 69/1
**hurdle [1]** 58/15

## I

**I'd [4]** 29/15 64/5 92/22 107/12
**I'm [9]** 20/15 20/17 22/23 37/21 38/23 40/7 57/2 95/1 105/18
**ID [13]** 14/16 14/23 71/12 77/15 77/19 81/15 81/19 85/18 86/1 86/3 86/25 87/10 88/15
**idea [2]** 5/2 50/6
**ideal [1]** 91/8
**identifiable [1]** 16/23
**identification [1]** 93/13
**identified [4]** 15/20 36/12 99/7 103/4
**identifier [4]** 73/8 77/16 81/14 86/2
**identifiers [1]** 63/9
**identifies [2]** 34/11 34/20
**identify [4]** 34/25 90/6 91/6 97/17
**identifying [3]** 67/17 91/19 94/20
**identity [3]** 48/7 71/13 98/13

**IDs [3]** 81/17 88/2 98/12
**illegal [1]** 48/18
**IM [1]** 53/9
**immediately [1]** 96/1
**IMO [1]** 50/1
**implement [1]** 48/15
**implicating [1]** 59/15
**implicitly [1]** 51/19
**important [1]** 98/18
**imposters [1]** 43/10
**incentivizes [2]** 78/9 78/12
**incidents [1]** 60/6
**include [6]** 78/7 78/8 78/10 78/12 102/12 108/4
**included [6]** 77/8 79/10 79/11 81/24 88/19 88/19
**including [3]** 68/9 106/4 108/6
**incorrect [2]** 15/4 60/7
**incredible [1]** 35/6
**independent [2]** 51/16 51/25
**index [1]** 86/21
**indexed [1]** 86/14
**indicated [1]** 60/5
**indications [1]** 64/21
**indictments [1]** 69/19
**individual [2]** 64/6 91/21
**individuals [1]** 47/21
**indulgence [2]** 44/24 45/7
**inferences [1]** 25/23
**information [35]** 9/22 14/22 14/25 19/3 26/5 28/12 40/21 71/19 77/13 77/17 77/20 77/25 80/11 80/14 80/16 84/24 85/6 85/19 87/23 88/3 88/20 90/3 91/14 93/1 95/10 98/2 98/9 98/10 98/16 98/19 102/8 102/9 102/12 102/22 103/2
**initial [2]** 99/20 102/4
**initially [1]** 50/4
**input [30]** 77/17 77/18 78/2 78/3 78/10 80/19 80/21 82/3 82/6 82/7 82/11 83/4 83/25 84/2 84/9 85/15 85/18 85/19 85/23 86/11 86/24 87/5 88/21 88/23 97/8 97/9 104/14 104/17 105/8
**inputs [7]** 82/4 82/17 83/1 83/3 83/7 83/17 91/18
**inquiries [1]** 53/2
**insert [1]** 71/1
**instances [1]** 90/18
**Institute [1]** 61/15
**institution [1]** 71/4
**institutions [1]** 68/21
**intelligence [1]** 61/10
**intentionally [2]** 57/7 94/23
**interested [2]** 53/22 64/6
**intern [1]** 61/22
**internal [1]** 106/7
**International [8]** 7/21 12/2 12/6 12/9 23/11 23/15 23/18 32/20
**internet [6]** 47/25 52/16 70/8 78/17 78/22 79/20
**internet.BS [2]** 38/17 38/19
**internet.BSCorp [2]** 37/15 38/6
**interview [4]** 26/24 27/3 41/17 103/1
**interviewed [8]** 26/11 26/16 26/18 26/21 27/1 28/3 28/8 28/18
**interviews [1]** 102/23
**introduce [1]** 46/16
**intrusion [1]** 64/24
**intuitive [1]** 89/22
**invalid [1]** 40/15
**investigate [2]** 6/19 98/23
**investigated [1]** 54/13
**investigating [1]** 67/9
**investigation [19]** 13/16 13/19 26/12 27/15 27/22 42/14 61/7 63/7 64/17 64/19 67/10 67/18 85/11 91/2 99/2 99/5 99/16 102/16 103/5
**investigations [10]** 62/7 62/24 64/23 67/8 87/16 90/25 91/6 98/6 101/8 102/10

**investigative [5]** 65/3 66/12 67/4 67/17 68/10
**investigator [3]** 68/13 68/14 92/20
**investigator-type [1]** 68/13
**investigators [2]** 68/20 103/14
**invoices [2]** 39/15 39/19
**invoking [1]** 71/22
**involve [4]** 63/6 63/10 64/11 95/11
**involved [5]** 40/24 64/17 64/18 67/22 99/3
**involves [2]** 63/7 107/8
**involving [3]** 62/15 63/20 63/23
**IRC [2]** 52/15 53/12
**ire [1]** 71/22
**is [511]**
**is happening [1]** 57/8
**is not [1]** 33/19
**isn't [4]** 15/1 48/20 81/23 107/13
**issue [5]** 58/5 58/23 59/3 59/9 60/18
**issuer [1]** 47/14
**issues [3]** 31/23 60/15 101/16
**issuing [1]** 48/12
**it [333]**
**its [10]** 14/25 29/19 45/4 57/22 58/8 65/24 81/19 83/17 88/23 108/15

## J

**Japanese [1]** 38/9
**JEFFREY [2]** 1/18 4/7
**Jersey [1]** 99/4
**job [1]** 90/17
**join [1]** 61/21
**joined [2]** 13/19 62/17
**joint [1]** 62/3
**JUDGE [2]** 1/10 106/21
**July [1]** 50/2
**June [1]** 47/9
**jurisdictions [1]** 104/8
**juror [4]** 5/9 5/13 57/13 106/21
**jurors [1]** 6/9
**jury [33]** 1/9 6/5 6/10 14/20 25/23 26/4 30/4 30/6 30/22 35/17 35/21 35/21 35/24 35/25 44/14 46/16 56/16 56/21 57/19 57/20 65/9 65/24 65/24 66/1 66/9 70/4 74/18 88/12 96/17 101/5 104/11 104/24 107/4
**just [89]** 6/6 14/20 17/11 17/24 19/2 22/6 22/23 26/2 27/17 30/25 31/22 32/13 33/10 35/4 35/12 35/23 35/23 36/8 36/21 45/8 45/19 46/3 48/2 49/6 49/13 50/10 50/13 52/4 52/7 52/16 53/3 53/7 54/9 54/25 55/9 56/16 56/18 57/2 57/2 58/5 59/6 60/18 65/16 65/16 66/7 67/15 67/16 68/25 70/6 70/10 70/15 72/16 72/22 73/8 73/21 74/7 76/5 77/24 78/9 79/8 80/6 81/7 81/11 81/15 82/3 83/7 88/10 89/8 89/12 92/21 92/22 93/25 95/2 99/18 99/22 99/23 100/13 100/16 101/6 104/13 104/23 104/24 105/1 106/12 106/15 107/5 107/7 107/12 108/21
**JUSTICE [3]** 1/13 1/20 62/4

## K

**keep [4]** 72/19 80/6 80/7 97/19
**keeps [1]** 80/8
**kept [1]** 54/21
**key [13]** 31/11 32/5 72/25 73/9 73/12 73/14 73/17 73/19 73/22 77/1 77/13 81/7 81/12
**keys [4]** 72/11 72/11 73/4 83/8
**Killdozer [1]** 53/14
**kind [4]** 27/21 89/22 100/18 107/21
**knew [2]** 54/20 76/1

**K**

**know [54]**  5/4 7/11 7/17 11/5 11/6 12/14 13/12 14/21 15/5 19/16 19/17 19/17 20/4 20/18 22/6 22/21 24/19 25/17 25/25 31/14 35/18 35/20 35/22 35/24 40/22 41/8 41/14 42/4 42/5 43/24 43/24 44/11 45/10 47/15 54/19 57/3 57/7 59/17 59/18 71/18 75/25 79/3 86/24 90/4 91/16 91/17 91/21 92/19 92/23 92/24 94/15 96/7 103/16 103/20
**knowing [1]**  44/5
**knowledge [2]**  106/13 107/8
**known [1]**  101/13
**knows [2]**  41/10 65/10
**Kolbasa [1]**  23/2
**Kolbasa99 [3]**  23/3 23/6 33/9
**Kraken [3]**  15/16 15/18 90/5
**KYC [4]**  14/20 15/1 71/18 98/2
**KYCed [6]**  14/18 15/10 15/14 15/18 16/7 31/4

**L**

**L-U-K-E [1]**  61/5
**labeled [1]**  30/1
**language [2]**  35/17 35/24
**large [3]**  78/7 97/3 97/11
**larger [2]**  82/8 94/20
**last [5]**  42/10 45/14 46/17 46/21 46/22
**later [1]**  48/15
**launch [2]**  24/23 47/21
**launched [1]**  48/9
**launder [6]**  36/15 54/5 54/7 106/20 107/10 107/19
**laundering [6]**  48/20 68/21 98/23 107/13 107/15 108/6
**law [19]**  2/3 26/8 26/10 26/15 26/21 27/1 28/8 28/17 29/2 60/1 62/7 69/6 85/5 94/23 95/6 98/18 98/22 103/16 103/23
**laws [1]**  98/15
**lawyer [2]**  48/17 49/18
**LAX [6]**  12/13 21/7 21/10 21/13 25/11 38/15
**lay [4]**  65/9 66/8 89/21 103/19
**layer [1]**  34/16
**layering [1]**  104/7
**leading [1]**  98/20
**leaked [1]**  54/9
**learned [1]**  54/1
**least [2]**  50/4 59/16
**leave [2]**  31/23 96/5
**leaving [1]**  31/9
**ledger [2]**  74/7 78/19
**ledgers [5]**  7/5 7/7 7/11 70/13 80/6
**left [4]**  28/22 50/4 87/3 89/9
**left-handed [1]**  87/3
**legal [5]**  21/1 21/2 21/4 66/1 90/5
**legality [1]**  48/22
**legally [1]**  48/24
**legislation [1]**  62/10
**Leo [1]**  3/3
**less [1]**  42/18
**let [4]**  11/18 24/22 36/1 85/15
**let's [4]**  5/21 6/8 56/16 56/18
**letters [1]**  73/7
**level [5]**  59/16 66/19 90/21 90/23 105/13
**levels [1]**  108/14
**liability [2]**  49/25 50/13
**Liberty [5]**  11/10 33/23 34/5 36/18 36/20
**like [56]**  7/13 8/7 9/18 18/10 27/8 27/17 29/20 30/25 35/20 35/22 35/22 40/2 40/21 45/17 47/9 48/15 48/22 50/6 50/13 51/4 52/25 54/2 65/4 65/16 67/4 71/3 71/7 72/16 73/2 73/7 73/8 76/19 80/6

80/15 80/19 80/20 80/21 81/7 81/11 81/15 81/18 82/21 85/13 89/16 90/14 91/16 91/19 93/16 93/18 95/8 99/17 99/22 102/19 102/20 104/10 108/18
**likely [3]**  91/21 96/8 97/17
**limit [2]**  5/20 5/22
**limited [1]**  101/6
**LINDSAY [3]**  2/6 109/3 109/12
**line [2]**  81/5 100/9
**lining [1]**  6/8
**link [1]**  79/5
**linked [1]**  79/2
**linking [1]**  71/17
**list [14]**  11/5 11/7 11/9 11/11 11/13 20/10 20/12 20/14 23/7 24/9 24/17 31/7 32/16 79/10
**listed [3]**  38/10 85/23 86/3
**listener [1]**  27/20
**little [6]**  16/9 57/15 86/13 93/14 95/15 106/25
**lived [4]**  20/12 23/21 24/14 24/16
**lives [2]**  42/2 42/4
**living [1]**  42/5
**local [1]**  69/6
**LocalBitcoin [2]**  16/9 16/17
**locating [1]**  63/10
**location [1]**  71/14
**lock [1]**  93/17
**locker [1]**  4/23
**log [1]**  72/10
**logging [1]**  72/12
**logical [2]**  63/7 67/16
**logs [3]**  7/3 54/20 54/21
**long [11]**  5/24 20/4 22/24 26/12 45/14 45/24 53/6 56/10 57/17 62/15 74/7
**longer [2]**  57/15 58/25
**look [12]**  5/5 17/18 41/15 65/4 72/5 79/24 85/8 86/12 93/11 93/13 94/7 94/10
**looked [3]**  10/13 52/4 79/8
**looking [20]**  8/12 51/21 51/22 52/1 52/7 64/12 89/12 91/9 91/13 91/16 91/22 92/23 93/15 93/21 93/22 93/23 93/25 93/25 104/16 106/7
**looks [4]**  17/16 18/10 67/4 85/13
**Los [8]**  7/21 12/1 12/6 12/9 23/10 23/14 23/17 32/19
**lose [1]**  49/19
**losing [1]**  6/5
**lot [9]**  10/7 35/17 58/17 65/8 67/8 67/12 67/23 70/3 90/12
**lots [3]**  67/16 67/16 71/20
**lower [1]**  53/3
**Luke [5]**  3/8 57/24 58/1 60/22 61/5
**lunch [6]**  5/13 46/3 46/7 56/17 76/7 106/25

**M**

**M247 [3]**  17/4 17/7 17/17
**ma'am [59]**  62/1 62/14 62/20 63/5 63/15 63/18 63/22 64/13 64/17 65/2 67/21 68/6 69/5 69/17 69/20 70/19 72/2 72/8 72/20 73/11 73/18 73/23 74/15 74/17 74/20 75/7 77/15 80/1 80/4 80/13 82/4 82/14 85/1 85/4 85/21 85/24 87/14 87/19 88/9 91/5 91/11 92/2 92/13 93/4 93/7 94/10 96/19 97/2 97/23 98/8 102/1 102/11 102/14 102/24 103/9 103/12 103/25 105/4 105/12
**made [8]**  8/13 41/25 42/6 49/4 59/23 95/23 99/11 99/11
**maintain [1]**  72/9
**maintaining [1]**  11/1
**maintains [1]**  71/4
**major [2]**  47/25 47/25
**majoring [1]**  47/2
**majority [1]**  69/14

**make [14]**  5/14 20/15 35/14 64/20 66/1 81/7 81/8 87/18 95/13 97/6 104/4 104/14 105/9 108/2
**making [9]**  35/21 49/14 63/23 66/18 72/13 81/9 84/21 95/11 104/3
**managed [1]**  41/21
**many [18]**  7/17 11/6 46/19 53/1 59/6 59/23 59/23 60/2 60/2 68/23 69/10 73/1 79/20 90/25 91/5 94/2 103/16 104/3
**marginal [1]**  58/23
**market [2]**  64/18 64/23
**Marknaos [1]**  28/24
**marriage [1]**  54/2
**marshals [3]**  4/16 4/17 4/23
**master's [3]**  61/14 61/17 61/22
**match [1]**  52/3
**matching [1]**  103/3
**matter [6]**  12/21 25/9 41/1 62/23 108/18 109/5
**may [17]**  5/17 9/23 13/15 25/20 29/8 30/3 45/4 47/9 51/7 57/21 59/23 60/25 66/1 66/25 70/1 85/12 96/24
**maybe [10]**  11/6 16/15 17/18 28/14 39/5 42/17 42/18 46/1 46/3 57/16
**McDonald's [1]**  16/14
**me [30]**  4/7 4/12 6/16 10/21 11/18 14/15 18/11 24/2 24/18 27/8 28/21 40/7 49/16 53/11 58/12 59/22 59/25 60/5 60/9 65/17 83/4 85/15 85/16 86/19 88/13 89/24 92/9 99/15 101/14 105/1
**mean [4]**  44/2 44/20 63/7 69/13
**means [3]**  14/22 31/14 83/7
**meet [1]**  42/1
**meeting [1]**  16/14
**member [1]**  62/18
**members [1]**  56/16
**memory [2]**  8/16 19/25
**Mempool.space [1]**  87/22
**mention [1]**  9/5
**mentioned [4]**  21/19 36/7 64/14 106/15
**merge [1]**  96/5
**message [13]**  50/21 51/6 51/10 51/11 51/17 51/19 51/20 51/21 51/22 51/23 51/25 52/3 52/24
**messages [3]**  50/23 51/1 53/1
**metadata [2]**  89/1 93/14
**methodology [2]**  59/2 100/14
**methods [2]**  70/24 71/15
**Miami [3]**  13/11 13/12 14/2
**MICHAEL [2]**  2/2 4/12
**microphone [1]**  35/15
**Microsoft [3]**  11/19 20/23 21/1
**might [12]**  47/16 63/8 63/10 67/9 75/23 82/7 85/22 90/22 95/13 95/15 95/25 102/16
**mind [1]**  9/24
**mine [1]**  50/9
**miner [3]**  77/5 77/5 78/12
**miners [1]**  78/9
**mining [1]**  77/4
**minority [1]**  78/8
**minute [3]**  45/6 45/8 45/11
**minutes [4]**  46/1 53/10 56/19 79/13
**Missouri [1]**  42/6
**misstates [2]**  33/20 37/16
**mistaken [1]**  106/10
**mistakes [2]**  8/12 8/13
**misunderstanding [1]**  38/23
**MIT [7]**  47/1 48/5 48/8 52/8 52/11 52/13 53/20
**mit.edu [2]**  52/12 53/11
**mixer [13]**  46/19 47/17 54/3 54/5 55/3 104/11 104/13 106/20 107/11 107/13 107/14 107/15 107/16
**mixers [10]**  104/10 105/20 105/22 106/5 106/6 106/10 106/14 106/17

## M

**mixers... [2]** 107/8 108/2
**mixing [5]** 36/14 36/16 105/1 105/5 105/11
**mobile [1]** 72/23
**modem [1]** 13/6
**moderately [1]** 53/11
**modus [1]** 108/5
**moment [2]** 8/17 104/24
**Mondays [1]** 57/15
**monetary [1]** 50/14
**money [23]** 9/2 9/5 48/13 48/20 48/20 54/5 54/7 59/7 67/14 68/21 72/16 73/16 82/8 84/19 84/20 87/15 98/23 106/20 107/10 107/13 107/15 107/19 108/6
**moniker [4]** 10/25 16/17 16/20 48/4
**monitor [1]** 17/13
**month [2]** 37/7 37/11
**monthly [1]** 68/1
**Moon [3]** 17/8 17/10 22/20
**more [27]** 7/12 8/13 11/18 13/2 35/6 43/23 43/24 45/12 58/16 58/18 58/19 60/12 60/18 78/24 80/2 82/6 82/7 83/11 83/12 89/22 91/3 91/12 94/8 94/20 104/4 104/19 108/2
**morning [11]** 1/7 4/6 4/9 4/10 4/13 4/17 4/22 4/24 46/14 46/15 72/5
**MOSS [1]** 1/9
**most [11]** 64/2 70/20 70/21 71/17 73/23 73/24 78/7 83/13 90/24 95/9 99/3
**mostly [1]** 62/11
**mother [2]** 26/22 26/24
**motion [2]** 58/6 58/13
**mouth [1]** 54/15
**move [6]** 26/5 28/15 29/19 29/21 38/24 40/8
**moved [3]** 39/2 39/13 39/15
**Moving [1]** 28/1
**Mr [24]** 3/4 3/6 3/6 3/7 6/17 14/15 21/13 65/16 67/2 69/22 69/23 70/3 74/11 76/5 87/12 96/12 97/1 103/16 106/3 107/6 107/14 107/25 108/1 108/9
**Mr. [103]** 4/16 6/11 6/22 6/25 7/21 7/25 8/5 9/11 10/4 10/22 11/13 11/15 11/23 12/1 12/5 12/9 12/18 12/23 13/11 14/2 14/11 14/15 15/8 15/10 15/14 15/18 16/14 17/17 18/25 19/13 20/3 20/10 21/3 21/7 21/10 21/16 22/5 22/7 23/7 23/14 24/9 24/16 25/10 25/16 26/11 26/13 26/16 26/18 26/22 26/24 27/2 28/3 28/9 28/18 28/24 29/3 29/17 30/19 31/1 31/4 32/16 32/19 34/7 34/12 34/20 34/22 35/1 35/8 37/9 37/11 38/1 38/13 38/15 38/16 38/21 39/25 40/24 41/1 41/2 41/3 41/17 41/19 41/22 42/2 42/4 44/18 46/14 46/24 49/1 51/6 53/17 55/19 56/5 57/3 57/4 57/24 58/7 59/15 61/3 61/6 75/5 103/22 105/19
**Mr. Brown [1]** 29/17
**Mr. Ekeland [4]** 6/11 53/17 57/3 57/4
**Mr. Luke [1]** 57/24
**Mr. Omedetou's [1]** 41/2
**Mr. Rovensky [3]** 30/19 38/1 44/18
**Mr. Rovensky's [1]** 49/1
**Mr. Scholl [6]** 58/7 61/3 61/6 75/5 103/22 105/19
**Mr. Sterlingov [42]** 4/16 6/22 6/25 7/21 7/25 8/5 12/1 12/5 12/9 12/18 12/23 13/11 14/2 14/15 15/8 15/10 15/14 15/18 16/14 17/17 21/7 21/10 22/7 23/14 24/16 25/16

26/11 26/13 26/16 26/18 28/24 29/3 31/4 32/19 34/12 34/20 35/1 37/11 38/15 38/16 55/19 59/15
**Mr. Sterlingov's [32]** 9/11 10/4 10/22 11/13 11/15 11/23 14/11 18/25 19/13 20/3 20/10 21/3 21/16 22/5 23/7 24/9 25/10 26/22 26/24 27/2 28/3 28/9 28/18 31/1 32/16 34/7 34/22 35/8 37/9 38/13 38/21 39/25
**Mr. Townsend [4]** 46/14 46/24 51/6 56/5
**Mr. White [8]** 40/24 41/1 41/3 41/17 41/19 41/22 42/2 42/4
**Ms [2]** 3/9 107/24
**Ms. [12]** 9/19 17/11 18/6 29/10 30/15 30/16 36/23 37/24 66/10 76/2 76/9 105/24
**Ms. De [4]** 30/15 30/16 36/23 37/24
**Ms. Pelker [2]** 66/10 105/24
**Ms. Walker [2]** 76/2 76/9
**Ms. Wilkins [4]** 9/19 17/11 18/6 29/10
**Mt [22]** 14/11 14/12 14/16 14/24 15/2 20/3 20/7 22/25 24/1 31/2 31/4 31/6 31/9 32/11 32/12 32/25 33/4 33/9 33/23 34/1 34/13 34/22
**Mt. [1]** 22/25
**Mt. Gox [1]** 22/25
**much [6]** 13/23 40/22 59/15 72/10 75/4 93/17
**multi [1]** 87/13
**multi-step [1]** 87/13
**multiple [12]** 13/6 68/4 70/18 73/24 82/4 82/5 82/9 82/10 82/11 94/2 104/6 104/7
**my [35]** 6/20 8/16 19/25 25/14 38/20 42/17 46/18 46/22 46/22 48/8 48/11 51/15 51/18 53/9 54/6 58/19 61/5 61/22 64/2 66/4 66/17 86/24 87/3 89/3 90/24 91/22 96/6 97/16 97/19 99/3 99/22 102/7 106/12 106/14 107/6
**myself [2]** 53/8 89/4

## N

**N.W [1]** 1/16
**name [35]** 4/4 6/16 6/21 6/24 8/4 11/15 12/21 14/23 16/18 17/2 17/20 18/13 18/17 18/23 19/13 21/3 28/21 34/22 35/8 37/7 37/14 40/21 46/17 46/18 46/21 46/22 46/22 48/4 48/8 56/5 61/3 61/5 71/11 97/22 98/11
**Namecheap [1]** 18/15
**named [2]** 40/10 40/17
**National [3]** 62/3 62/5 62/8
**natural [1]** 60/4
**nature [1]** 98/14
**Navy [1]** 61/18
**necessarily [5]** 35/18 60/11 92/24 105/7 107/13
**necessary [3]** 65/20 66/8 66/8
**necessity [1]** 36/11
**need [13]** 9/23 26/2 29/16 59/16 65/23 66/1 73/12 75/16 77/25 81/7 83/18 103/19 106/24
**needed [1]** 83/8
**needs [6]** 75/15 81/12 82/18 83/13 83/17 106/22
**network [7]** 76/24 79/13 79/16 80/9 81/17 82/24 84/12
**never [15]** 15/25 26/10 26/16 26/18 26/21 27/1 28/3 28/8 28/18 41/21 50/5 50/6 54/11 56/11 89/14
**new [8]** 1/20 4/22 4/25 38/5 50/16 84/4 84/6 99/4
**Newark [3]** 61/10 63/1 69/5
**next [12]** 1/23 24/23 45/4 53/4 57/22 76/22 78/21 85/9 87/20 89/3 89/5 97/13

**NFS9000 [8]** 20/8 20/11 21/2 21/6 21/16 21/19 22/9 32/12
**no [82]** 1/4 6/2 7/4 7/6 7/16 8/23 11/11 11/12 11/14 11/24 12/3 12/25 14/9 14/10 15/4 16/2 17/18 19/9 21/5 21/14 21/21 22/11 22/21 23/12 23/19 23/24 24/10 24/12 26/17 26/23 27/16 27/16 28/4 28/6 28/20 29/25 30/2 30/5 31/13 32/9 37/9 37/12 40/3 42/3 42/21 43/18 44/5 44/21 44/22 45/1 45/21 47/20 51/24 52/25 53/7 53/15 53/16 54/8 54/20 55/21 56/1 56/13 56/14 56/24 56/25 58/25 72/2 73/18 73/23 73/23 74/24 78/16 82/4 85/24 92/17 94/2 96/23 97/23 100/11 100/12 100/19
**node [3]** 77/4 79/18 89/10
**none [3]** 25/15 82/15 101/8
**noon [1]** 106/25
**not [109]** 6/1 6/2 6/3 8/16 9/12 9/17 11/8 11/15 11/24 12/3 12/7 12/16 12/20 12/25 16/2 19/18 19/19 19/20 19/22 20/12 20/20 21/19 21/21 22/14 22/18 22/21 23/9 23/21 24/8 24/10 24/14 24/20 25/4 25/6 25/8 26/25 27/18 29/18 31/23 33/19 34/7 35/7 35/7 35/14 35/18 35/24 39/13 41/7 41/8 41/16 41/25 42/1 42/24 42/24 43/20 44/5 44/7 44/15 45/11 45/14 47/15 47/16 49/16 50/16 50/20 53/8 54/8 54/23 56/10 56/13 57/4 57/5 57/9 57/14 58/8 58/13 58/21 59/13 59/23 60/6 60/9 65/17 66/1 66/12 66/18 66/19 67/24 73/1 76/7 78/16 79/21 81/18 83/25 85/24 87/3 87/17 88/19 89/19 92/17 92/22 95/15 95/25 96/9 102/6 105/7 107/7 107/23 107/25 108/21
**note [3]** 88/18 95/25 97/16
**notes [14]** 9/11 9/14 12/15 12/16 21/21 21/22 21/22 22/6 22/8 23/23 25/7 37/10 38/14 39/25
**nothing [13]** 7/25 19/3 19/5 27/6 34/11 34/18 34/18 34/25 38/12 38/21 39/23 55/24 55/25
**notice [3]** 107/6 108/1 108/13
**noticed [6]** 106/8 106/10 106/19 107/9 107/18 108/10
**noticing [1]** 106/17
**now [36]** 5/11 6/9 9/18 10/14 15/7 16/9 20/1 24/20 27/12 30/1 31/9 32/2 32/11 36/8 42/5 45/22 46/3 46/4 48/9 49/10 50/21 51/21 58/11 64/14 65/19 74/8 75/14 76/15 77/23 84/23 85/12 85/22 88/10 93/19 97/21 106/5
**nowhere [13]** 8/21 8/24 9/13 11/5 11/9 11/22 12/12 12/15 12/17 12/22 12/22 20/10 22/9
**number [26]** 14/13 15/7 20/4 20/7 22/25 22/25 24/1 31/2 31/9 32/11 33/9 34/14 49/10 49/11 73/7 73/8 80/18 80/19 81/13 81/14 81/16 86/8 86/13 86/14 86/25 87/11
**numbers [2]** 73/6 81/19
**NW [3]** 1/14 1/20 2/8
**NY [1]** 2/4

## O

**obfuscation [1]** 104/3
**object [5]** 27/11 27/12 28/11 100/9 100/19
**objection [23]** 7/9 9/7 29/24 30/2 31/16 31/17 32/7 33/20 35/19 37/16 42/11 54/23 65/5 74/23 74/24 94/25 96/22 96/23 98/20 100/5 101/18 103/18 105/15
**objections [1]** 108/16
**observing [1]** 95/24
**obsessed [1]** 8/9

## O

obtain [2]  100/3 101/24
obtained [1]  99/7
obvious [1]  54/2
obviously [1]  28/23
occasion [1]  102/22
occur [1]  80/3
occurred [1]  92/17
occurs [1]  97/10
October [3]  32/2 33/15 52/18
October 19th [1]  32/2
October 20th [1]  33/15
off [6]  9/24 17/14 30/11 48/13
 55/11 106/12
offer [6]  59/17 59/20 64/5 71/21
 72/9 101/14
offered [3]  59/16 65/17 66/5
offering [2]  58/25 59/20
officer [1]  61/20
Offices [1]  69/8
Official [3]  2/7 109/3 109/13
often [9]  43/17 43/18 43/20 63/7
 71/5 80/13 84/11 98/6 98/12
oh [3]  5/16 46/5 107/19
okay [19]  6/8 20/1 22/14 30/13
 36/4 38/24 44/23 44/25 45/2 45/8
 45/13 45/21 54/25 57/25 66/20
 100/7 100/16 100/25 101/6
Omedetou [9]  10/25 11/2 12/21
 38/9 41/2 41/6 43/12 43/16 44/3
Omedetou's [4]  36/10 37/7 40/11
 41/2
once [5]  38/12 39/23 43/23 43/24
 72/6
one [80]  5/8 6/1 6/2 6/16 8/4
 8/12 8/13 8/14 10/10 13/2 14/12
 14/24 15/8 17/9 24/3 24/20 25/18
 30/12 32/15 32/18 33/5 33/5 34/2
 34/16 35/3 35/6 39/7 39/10 42/18
 43/22 45/6 45/8 45/11 51/14 59/10
 59/12 60/10 70/20 72/1 72/3 73/21
 79/10 79/21 82/3 82/3 82/6 82/7
 82/10 83/1 83/11 83/12 83/17 84/8
 86/8 86/21 87/11 87/15 88/21
 88/21 89/12 90/9 91/3 91/4 91/5
 91/9 93/8 93/25 94/12 97/3 97/7
 97/9 97/9 97/9 99/3 100/12 102/5
 102/21 104/9 105/4 107/18
one-layer [1]  34/16
onion [3]  43/7 43/10 44/5
online [13]  63/13 63/19 63/22
 64/1 64/2 64/20 68/2 70/6 70/11
 78/15 78/16 78/18 78/21
only [15]  6/3 29/13 41/15 58/12
 58/23 59/18 59/18 66/18 67/24
 70/11 81/16 83/25 86/21 87/1
 92/16
open [5]  40/21 48/7 50/5 55/3
 76/16
opened [1]  31/19
openly [1]  56/5
operandi [1]  108/5
operating [13]  6/17 6/22 6/25 8/1
 8/5 8/15 12/19 25/12 25/16 25/25
 26/1 44/6 108/5
operation [2]  9/15 61/9
operational [4]  8/7 8/11 42/20
 43/4
opinion [2]  58/16 60/18
opportunities [1]  103/10
optics [1]  61/13
optional [1]  15/1
orange [4]  39/16 39/23 40/4 78/1
order [2]  4/19 79/6
orders [1]  33/24
organize [1]  96/6
other [36]  10/24 16/10 17/19
 30/22 31/23 31/24 35/4 39/7 39/11
 46/5 50/24 54/10 59/11 64/21
 66/19 69/6 70/12 70/24 71/19
 72/12 72/18 84/3 90/11 91/18

92/25 93/2 94/12 94/13 100/2
 100/4 101/12 101/23 101/25 102/9
 102/12 104/14
otherwise [3]  27/19 84/22 87/12
our [4]  56/17 68/2 104/17 104/18
out [23]  5/11 5/12 28/11 31/17
 36/11 49/13 54/10 54/13 55/9
 56/21 64/5 71/21 73/3 86/10 89/21
 93/14 93/19 95/8 96/6 99/1 100/17
 102/25 107/4
output [27]  77/20 78/11 80/23
 80/25 81/3 82/3 83/2 83/11 83/12
 84/1 84/3 86/4 86/9 86/13 86/15
 86/17 86/21 86/22 86/25 87/1 87/1
 87/10 87/11 88/21 88/24 104/16
 105/8
outputs [5]  82/5 84/9 86/8 97/8
 97/9
outside [3]  42/11 66/7 68/3
outstanding [1]  58/6
over [8]  31/10 32/11 36/12 51/12
 53/8 60/3 62/23 84/15
overly [1]  93/20
overrule [1]  101/18
Overruled [3]  29/6 42/15 98/21
overt [1]  26/13
owed [2]  84/2 92/5
owes [2]  82/14 83/15
own [12]  16/18 17/2 17/20 18/13
 18/17 18/23 51/18 69/8 72/22
 73/25 81/19 103/10

## P

p.m [2]  107/4 108/24
page [5]  1/23 83/23 89/20 89/20
 89/20
paid [4]  17/17 40/4 40/5 78/12
paper [1]  73/4
paragraph [1]  53/4
parameters [1]  6/6
part [9]  10/3 53/3 67/23 81/23
 81/23 93/5 106/5 106/6 108/8
participate [1]  10/20
particular [6]  50/3 60/10 66/19
 67/3 67/6 107/19
particularly [1]  59/7
parts [2]  30/11 102/9
passed [1]  106/17
password [13]  9/22 11/5 11/9
 11/12 11/13 20/10 23/7 24/8 24/9
 24/17 31/6 31/7 32/16
passwords [2]  10/22 11/6
paste [4]  76/17 76/18 82/19 83/22
pattern [3]  91/22 91/23 97/11
patterns [8]  91/9 91/13 93/2 93/6
 93/11 93/23 93/25 95/25
Pause [1]  45/18
pay [6]  9/3 13/24 17/4 71/19
 80/22 80/23
paying [3]  17/7 37/11 93/18
payment [18]  17/19 18/2 67/9
 67/12 67/13 70/6 71/15 72/13
 78/23 81/14 97/4 97/6 97/9 97/18
 98/3 99/9 99/11 104/5
payments [2]  71/21 97/12
payouts [1]  50/15
PayPal [6]  16/25 17/4 17/17 17/20
 18/2 40/5
PEARLMAN [2]  1/18 4/8
peel [8]  96/15 96/16 96/18 97/1
 97/2 97/13 97/14 97/16
peer [5]  16/11 16/11 16/15 16/15
 59/24
peer-reviewed [1]  59/24
PELKER [6]  1/13 3/9 4/7 66/10
 105/24 107/24
pen [1]  14/8
Pennsylvania [1]  1/14
people [11]  16/10 47/21 47/22
 48/23 49/4 54/10 54/17 54/19
 54/20 55/8 55/17
percent [2]  59/18 59/19

Perhaps [1]  106/10
period [1]  5/25
person [7]  12/24 35/6 74/1 81/8
 91/3 91/5 97/25
personal [1]  14/22
perspective [1]  49/25
persuaded [1]  59/10
phone [5]  27/8 27/10 27/19 100/6
 105/16
photo [2]  14/15 14/23
phrase [1]  63/9
phrases [1]  93/19
physical [3]  29/13 29/16 63/10
Pi [1]  13/4
pick [3]  27/7 65/12 82/16
picked [1]  77/4
picture [2]  25/25 94/8
piece [2]  25/9 73/2
pieces [1]  73/4
place [4]  76/5 85/20 90/5 98/11
Plaintiff [2]  1/4 1/13
plan [1]  6/7
plasmadivision.com [1]  16/21
play [3]  58/22 99/1 102/25
plead [1]  99/16
please [13]  24/24 35/12 42/25
 46/11 46/16 50/7 53/5 54/24 56/19
 60/24 61/3 61/11 107/1
PLLC [1]  2/3
podium [1]  4/4
point [21]  6/7 8/14 14/24 25/18
 25/25 26/1 28/10 29/8 31/17 31/17
 43/22 47/5 48/17 55/11 59/23
 83/24 85/14 92/15 95/8 106/11
 108/15
pointed [2]  43/14 93/14
points [2]  43/6 100/15
Poloniex [3]  16/3 16/4 16/5
pools [1]  104/13
popular [1]  70/20
popularity [1]  108/3
portal [1]  68/2
possible [1]  94/11
post [15]  36/14 48/4 49/4 49/10
 49/11 49/13 49/14 49/17 49/20
 49/20 49/21 50/7 50/8 50/8 50/10
posted [3]  47/23 48/8 54/11
poster [1]  49/24
posting [1]  64/5
posts [2]  36/10 43/9
potentially [2]  70/25 79/11
PowerPoint [2]  74/16 104/20
practice [3]  100/22 100/23 100/23
precision [2]  59/17 60/10
prefer [1]  53/12
prejudicial [3]  66/20 101/5 101/9
Prepaid [3]  18/9 18/10 18/11
prepare [2]  74/11 74/11
preparing [2]  74/16 95/19
present [2]  4/11 75/3
presentations [1]  69/3
presume [2]  54/11 54/14
pretending [1]  43/11
previous [4]  60/12 77/19 85/9
 86/4
previously [4]  51/5 51/24 86/7
 91/15
price [2]  72/1 72/2
printing [1]  73/3
prior [1]  58/12
private [22]  9/22 31/11 32/5
 50/21 50/23 51/1 51/11 54/14 68/4
 72/11 72/25 73/4 73/9 73/12 73/14
 73/17 73/19 73/22 77/1 81/7 81/12
 83/8
probably [2]  48/20 53/10
problem [2]  107/17 107/22
proceed [5]  6/11 60/25 66/25 70/1
 101/20
proceedings [2]  1/7 109/5
process [9]  21/1 21/2 21/4 71/7
 71/9 87/13 90/5 100/18 100/22

**P**

produce [1] 101/3
produced [1] 101/9
produces [1] 68/20
products [1] 101/25
professional [1] 49/19
proof [1] 108/9
prosecutors [1] 62/6
protected [1] 70/15
protocol [1] 52/16
prove [2] 71/13 98/12
provide [4] 75/20 75/21 76/10
90/1
provided [11] 4/22 59/4 68/1 69/5
69/6 69/7 69/8 92/6 99/15 102/5
103/10
provider [1] 99/7
providers [1] 67/16
providing [6] 14/22 71/11 71/18
76/13 95/10 108/10
proximity [1] 36/7
public [1] 73/8
publicly [1] 79/20
publish [6] 30/6 30/8 74/21 96/20
96/24 104/24
published [2] 30/3 74/25
pull [5] 30/14 30/15 37/18 88/3
96/9
pulling [1] 37/23
purchase [3] 64/8 64/9 71/5
purchased [1] 99/6
purchases [2] 63/24 64/20
purchasing [1] 64/9
pure [1] 54/16
purport [1] 43/8
purporting [1] 64/6
purports [1] 43/7
purpose [4] 34/16 34/17 36/14
36/14
purposes [1] 91/1
pursue [1] 41/24
put [9] 4/25 19/23 28/12 29/3
29/23 31/18 57/9 58/7 75/3
putting [2] 9/2 9/5
Pyramid [1] 18/7

**Q**

qualification [1] 106/1
qualified [8] 58/8 58/9 69/24
105/19 105/20 105/23 106/4 108/9
qualify [2] 69/22 106/2
query [1] 87/25
querying [2] 88/6 88/7
question [21] 5/18 7/12 11/17
24/23 25/20 25/21 26/2 26/3 27/16
28/15 28/17 32/8 38/19 38/20
38/23 39/9 41/12 44/16 58/12
58/17 101/17
questioning [1] 100/9
questions [9] 32/21 35/23 36/1
36/1 44/14 44/22 53/16 56/1 56/14
quick [2] 56/22 105/16
quickly [4] 5/18 38/1 49/6 78/13
quite [1] 13/1
quote [1] 25/15
quote/unquote [1] 25/15
quoted [2] 52/2 52/3
quotes [1] 35/20

**R**

raise [1] 4/14
raising [1] 26/3
rambler.ru [3] 23/3 23/6 33/9
RamNode [3] 19/11 19/20 19/23
ran [2] 11/1 40/19
RANDOLPH [1] 1/9
random [1] 73/6
ransom [3] 67/12 67/13 98/3
ransomware [2] 67/8 67/10
Raspberry [1] 13/4
rate [2] 59/25 101/13

rates [2] 100/11 101/4
rather [1] 29/15
raw [3] 77/12 84/24 88/19
reach [2] 55/9 64/5
reactor [14] 58/14 60/1 60/17
68/9 68/10 68/15 68/16 68/18 89/7
89/16 99/12 102/3 102/7 106/15
read [10] 8/9 14/8 14/10 36/10
41/6 49/13 49/17 49/23 50/10 53/3
readily [1] 16/23
reading [1] 38/6
ready [3] 5/11 6/12 47/21
real [10] 43/10 70/7 72/15 80/5
80/10 80/10 84/10 89/12 97/25
105/16
realize [2] 58/10 60/19
really [11] 8/10 8/11 34/16 49/6
49/25 53/9 54/6 56/10 59/3 89/17
90/23
reason [5] 15/4 27/18 52/23 83/13
108/4
reasonable [1] 5/25
reasons [3] 59/10 59/11 59/12
recall [26] 10/25 11/9 14/11
19/25 20/1 20/5 20/7 20/25 22/25
36/13 36/25 37/4 37/13 39/1 39/7
39/8 39/10 39/13 39/14 39/15
39/19 40/9 43/16 56/10 106/12
106/13
recalling [2] 8/16 24/20
receipt [1] 18/2
receive [10] 19/2 47/12 50/23
51/1 71/1 75/21 83/21 98/9 98/10
102/19
received [15] 19/2 38/4 51/10
51/19 59/4 67/19 67/23 68/3 68/24
69/15 76/17 78/23 86/7 98/5
102/20
receiving [8] 51/16 63/8 64/9
69/2 80/24 80/25 87/7 88/25
recently [1] 61/24
Recess [2] 57/12 108/24
recipient [1] 78/14
recipients [1] 51/13
recognize [7] 49/3 51/7 51/14
51/22 52/15 74/14 96/12
recognized [2] 65/19 65/21
recollection [5] 42/17 51/16
51/25 53/13 106/18
record [14] 4/5 7/7 17/18 33/21
35/18 37/17 49/18 50/11 55/19
55/21 58/8 61/4 85/2 109/5
recorded [5] 74/3 74/4 77/2 77/3
92/22
records [17] 35/7 38/21 51/18
54/12 55/22 70/14 80/7 80/8 87/16
97/21 98/6 98/13 99/7 99/15 100/3
101/24 105/10
redeem [2] 34/1 34/4
redeemed [1] 33/8
redemption [7] 33/1 33/3 33/5
33/8 33/12 34/1 34/13
redirect [5] 3/7 44/23 45/1 56/2
56/3
reference [4] 52/8 52/15 77/18
86/22
referenced [2] 86/6 87/10
referencing [3] 35/10 38/17 86/4
referring [3] 10/12 10/13 24/1
refused [2] 41/23 41/24
regarding [2] 22/24 37/14
regards [1] 22/3
register [1] 38/5
registered [3] 11/3 15/22 30/23
registration [4] 37/1 37/6 39/20
40/5
regularly [2] 100/3 101/24
regulated [1] 71/11
relate [1] 79/8
related [20] 8/25 11/13 11/16
16/18 16/21 19/1 19/5 19/18 19/21
28/13 38/21 39/16 39/23 47/6 48/2

67/19 69/3 69/11 88/4 105/9
relation [3] 38/17 58/6 73/9
relatively [2] 97/3 97/11
relay [1] 52/16
relevance [1] 65/5
relevant [4] 8/2 65/6 66/19 77/24
reliability [3] 60/1 101/3 101/15
reliable [2] 58/15 58/18
rely [3] 60/16 99/20 100/24
remainder [1] 84/5
remember [4] 5/13 15/3 51/18 89/4
remind [6] 24/2 44/14 86/17 89/3
92/3 108/21
renew [1] 108/15
repeat [2] 11/17 28/17
repeatedly [1] 43/12
rephrase [1] 95/4
replace [1] 93/16
reporter [6] 2/6 2/7 57/18 71/22
109/3 109/13
reports [2] 29/9 60/11
representation [1] 89/9
representing [1] 89/10
request [6] 14/24 31/22 38/4 38/7
100/3 101/24
require [1] 63/16
required [2] 82/11 106/1
requiring [1] 98/15
research [2] 56/20 107/3
Reseller [1] 38/3
resemblance [1] 46/20
resembled [1] 48/15
Reserve [5] 11/10 33/23 34/5
36/18 36/20
residence [2] 63/11 98/12
respect [17] 31/22 35/21 48/12
50/3 57/5 58/13 58/19 58/20 58/22
58/24 59/2 59/5 59/25 60/5 60/14
101/15 107/9
response [9] 53/1 62/19 62/21
62/22 67/24 69/9 98/9 98/10
100/20
responsibilities [1] 68/22
results [1] 60/6
resuming [1] 50/12
retrieved [1] 102/12
return [2] 102/18 104/20
returns [2] 11/22 67/15
revealed [1] 99/5
review [4] 38/1 68/22 87/16 107/6
reviewed [11] 10/17 10/17 13/20
13/22 13/23 22/5 22/7 22/8 29/8
59/24 96/7
reviewing [5] 62/10 67/15 87/12
90/2 90/18
right [62] 4/9 4/13 5/9 6/11 7/3
7/8 10/8 10/11 10/14 10/16 11/12
11/16 13/5 14/10 14/24 16/12
16/21 16/22 17/2 17/5 18/3 18/13
21/24 22/12 22/14 24/20 26/13
27/6 31/1 33/1 33/11 33/16 33/17
34/1 34/10 34/19 34/24 38/6 42/2
42/5 43/14 46/6 53/17 53/25 56/2
56/15 56/22 57/1 57/11 57/21
59/18 65/9 69/23 74/8 82/22 85/20
88/16 88/24 90/17 90/17 100/20
107/5
rip [1] 84/14
ripped [1] 84/15
ripped-up [1] 84/15
risky [1] 48/24
Rochester [1] 61/14
role [1] 61/19
ROMAN [4] 1/6 4/3 4/11 18/3
Romania [2] 17/5 17/8
Romanian's [1] 22/19
Room [1] 2/8
Roso [2] 14/12 14/13
rough [2] 69/10 80/10
roughly [2] 4/24 68/23
Rovensky [7] 3/3 6/16 10/3 26/7
30/19 38/1 44/18

Appx3692

**R**

**Rovensky's [1]** 49/1
**RPR [1]** 109/12
**RSA [1]** 54/1
**rule [2]** 58/7 83/10
**run [3]** 17/7 48/13 48/18
**running [6]** 6/4 28/23 48/22 50/13 50/18 79/18
**Russian [1]** 44/18

**S**

**S-C-H-O-L-L [1]** 61/5
**said [15]** 6/24 19/4 27/6 35/4 47/22 49/24 53/20 53/24 54/3 54/9 54/9 55/8 58/19 60/17 66/13
**sale [3]** 41/11 41/14 41/16
**Sales [1]** 38/3
**same [24]** 20/16 22/24 29/23 30/21 48/5 83/5 83/6 83/7 83/10 84/18 84/24 87/23 88/8 88/10 88/14 89/6 90/10 90/25 91/18 91/21 92/7 92/9 94/6 94/21
**saved [1]** 23/9
**saw [10]** 6/17 6/21 14/1 19/19 19/22 84/25 88/14 92/1 93/14 99/8
**say [11]** 6/3 21/22 26/1 35/16 44/2 51/19 69/1 89/17 90/17 95/11 107/19
**saying [6]** 34/23 37/5 38/4 43/16 60/10 107/5
**says [5]** 18/3 38/8 51/13 99/22 106/11
**scammers [1]** 43/11
**scams [1]** 43/14
**scheduled [1]** 50/15
**scheme [2]** 47/12 47/14
**Scholl [28]** 3/8 57/24 58/1 58/7 60/22 61/3 61/5 61/6 65/16 67/2 69/22 69/23 70/3 74/11 75/5 76/5 87/12 96/12 97/1 103/16 103/22 105/19 106/3 107/6 107/14 107/25 108/1 108/9
**science [2]** 47/3 52/20
**scientific [1]** 101/4
**scope [8]** 27/13 27/14 28/11 42/11 42/13 66/7 108/12 108/13
**Scratch [1]** 50/12
**screen [16]** 9/25 10/14 29/11 29/16 29/18 30/12 51/9 51/10 75/6 75/23 76/6 82/13 85/22 86/18 87/3 94/4
**screenshot [1]** 87/22
**scroll [2]** 49/6 49/20
**scrolling [2]** 49/2 51/20
**search [14]** 10/4 11/18 11/22 20/23 20/25 55/22 63/8 63/10 63/12 67/15 69/18 88/1 102/13 102/18
**searched [2]** 10/4 10/10
**searched one [1]** 10/10
**searches [1]** 38/16
**searching [1]** 63/3
**seated [2]** 46/11 60/24
**second [6]** 27/7 30/13 35/12 49/2 86/15 90/1
**section [3]** 52/2 52/3 85/23
**sector [1]** 68/4
**secures [1]** 70/16
**security [2]** 8/8 8/11
**see [46]** 5/5 10/14 17/11 17/18 17/25 18/1 18/3 21/21 21/22 21/23 23/16 24/21 25/2 25/17 30/10 30/12 30/19 31/9 32/2 32/25 33/1 33/3 36/18 38/8 38/11 42/15 49/11 57/1 67/14 72/10 77/20 78/23 79/7 82/15 84/5 85/22 89/22 90/20 90/22 90/23 91/23 92/21 97/14 98/5 107/3 108/20
**seed [1]** 63/9
**seeing [3]** 37/4 102/17 103/2
**seek [2]** 69/21 98/6

**seeking [1]** 59/20
**seeks [2]** 74/21 96/20
**seem [1]** 36/3
**seemed [2]** 50/6 54/2
**seems [3]** 27/8 58/12 101/14
**seen [1]** 40/21
**seized [17]** 7/20 8/25 12/1 12/5 12/9 12/13 12/22 13/1 21/7 21/10 21/12 23/10 23/14 23/17 25/11 32/19 38/15
**seizing [1]** 63/3
**select [1]** 82/22
**selected [1]** 62/12
**sell [2]** 41/7 71/5
**selling [1]** 50/19
**semester [1]** 53/7
**send [24]** 50/23 52/25 73/25 75/14 75/16 76/12 76/18 76/20 82/8 82/9 82/11 82/16 82/18 82/21 82/23 83/23 84/1 84/19 90/5 95/14 95/16 98/4 102/4 104/6
**sender [2]** 83/13 84/21
**sending [11]** 63/23 76/11 76/24 77/21 78/3 78/4 78/5 80/20 89/10 104/7 105/4
**sends [4]** 33/15 78/18 97/6 98/4
**sensitive [1]** 63/25
**sent [9]** 52/6 52/24 53/1 81/3 84/6 92/6 97/10 99/13 100/17
**sentence [3]** 49/13 49/17 49/23
**separate [1]** 92/19
**separated [1]** 34/21
**sequential [3]** 79/2 79/5 97/12
**series [2]** 74/11 74/12
**server [4]** 7/2 17/8 22/20 55/12
**servers [3]** 7/15 7/17 17/9
**service [18]** 16/10 17/7 18/21 18/25 19/11 19/21 33/22 33/24 37/15 39/2 40/19 49/5 54/14 103/4 104/13 105/1 105/5 105/10
**services [8]** 17/17 18/8 18/9 18/11 37/7 48/2 72/9 104/10
**session [1]** 46/7
**set [4]** 6/7 71/7 72/1 88/5
**setting [3]** 56/5 71/9 71/10
**several [1]** 68/8
**share [1]** 81/18
**shared [1]** 79/22
**shave [1]** 4/16
**she [3]** 5/15 36/11 75/21
**SHERRY [3]** 2/6 109/3 109/12
**shormint [16]** 11/3 11/7 11/10 11/12 11/16 11/19 11/25 19/5 19/21 36/20 37/6 38/10 39/21 40/5 40/11 41/3
**short [8]** 20/12 23/21 24/14 24/16 46/7 56/16 56/18 99/10
**short-lived [4]** 20/12 23/21 24/14 24/16
**shortly [2]** 57/1 64/22
**should [8]** 5/24 45/10 45/14 47/22 55/9 75/23 96/11 101/6
**show [6]** 7/12 8/15 9/18 17/24 24/18 40/7
**showed [2]** 86/18 99/10
**showing [9]** 25/11 35/18 74/14 77/10 87/20 87/23 89/3 89/5 91/25
**shown [10]** 51/9 75/6 77/10 77/13 77/23 88/12 89/5 89/8 104/22 105/2
**shows [3]** 7/25 8/5 25/16
**shut [2]** 48/16 50/4
**sided [1]** 100/12
**sides [1]** 101/17
**sign [2]** 73/12 76/25
**signature [6]** 77/7 81/5 81/6 81/7 81/11 81/11
**signatures [1]** 108/17
**significant [3]** 25/13 25/15 49/19
**signing [1]** 54/1
**SIM [1]** 13/6
**similar [6]** 53/1 53/2 68/11 71/10

81/4 84/22
**simple [3]** 87/12 99/1 99/3
**since [5]** 7/11 13/16 62/17 64/15 69/13
**single [10]** 6/16 6/21 6/24 19/1 25/9 79/7 79/9 79/12 82/8 88/24
**site [17]** 9/1 38/5 38/18 38/20 39/2 42/8 43/3 43/6 43/7 43/10 43/13 44/5 44/12 50/13 50/17 50/19 53/8
**situation [1]** 6/19
**skills [1]** 54/6
**slide [11]** 75/5 77/10 84/23 84/25 85/6 87/20 89/3 89/5 91/25 104/21 105/2
**slow [2]** 71/23 94/16
**small [1]** 50/14
**smaller [1]** 97/12
**so [121]**
**software [11]** 46/18 47/3 68/16 68/18 68/20 72/24 73/1 75/19 84/4 87/18 89/7
**sold [1]** 64/3
**solicit [2]** 64/7 64/7
**solid [1]** 101/2
**some [27]** 5/22 7/23 8/8 25/25 27/18 37/7 47/5 47/20 48/4 48/11 48/17 48/21 55/11 59/8 64/4 64/25 71/12 72/8 75/19 83/10 89/1 90/17 93/11 98/12 101/2 105/13 107/8
**somebody [10]** 8/11 9/15 16/14 49/15 49/21 49/22 50/8 50/19 54/12 64/4
**somehow [1]** 54/10
**someone [6]** 40/10 40/17 72/6 73/25 91/7 104/15
**something [16]** 4/14 5/23 22/2 48/14 52/25 63/11 64/3 64/5 72/4 95/14 95/19 96/1 96/4 102/19 105/22 108/18
**sometimes [3]** 68/18 92/12 97/19
**somewhere [2]** 54/15 74/3
**soon [2]** 5/12 30/7
**sophisticated [3]** 8/6 59/6 59/8
**sorry [10]** 20/15 20/17 22/23 37/21 38/23 40/7 53/6 57/3 95/1 105/18
**sort [14]** 35/24 48/4 53/9 58/23 59/23 71/12 75/19 92/11 93/21 93/24 94/3 95/18 98/12 101/2
**sorts [2]** 63/24 101/8
**sounds [3]** 27/8 27/17 52/25
**source [15]** 8/21 40/21 55/3 55/4 55/5 55/6 55/9 55/11 55/14 55/17 55/20 85/7 107/21 107/24 108/1
**Spam [1]** 16/21
**speak [8]** 36/1 65/3 66/11 67/3 67/6 67/22 89/25 100/6
**speaking [2]** 67/2 67/5
**special [1]** 61/24
**specialist [2]** 61/9 68/10
**specialize [1]** 62/7
**specialized [3]** 34/2 63/16 63/18
**specific [9]** 8/16 11/18 34/16 34/17 67/9 77/16 87/1 99/5 99/8
**specifically [2]** 51/5 70/9
**specified [1]** 77/18
**speculation [5]** 7/9 31/16 41/9 44/10 54/16
**spell [2]** 46/21 61/3
**spelling [1]** 46/16
**spend [9]** 72/12 73/16 81/10 83/17 84/14 84/16 86/22 87/6 91/16
**spending [8]** 73/13 81/9 86/8 88/23 90/11 91/25 94/5 94/19
**spends [1]** 97/4
**spent [12]** 27/15 58/16 69/11 77/6 83/6 86/5 86/16 87/9 92/17 94/13 94/14 97/12
**SpiderOak [3]** 18/19 18/21 19/7
**spoke [1]** 44/18
**spreading [1]** 36/11

**S**

spreadsheet [1]  10/22
spring [2]  46/24 53/20
squad [1]  61/10
squads [1]  62/25
staff [1]  61/9
stamp [5]  81/22 81/25 82/1 88/16 88/16
stand [4]  31/19 45/16 58/11 60/19
standing [1]  49/19
start [6]  13/13 70/5 86/14 100/17 101/7 107/20
started [7]  15/3 47/21 49/4 53/24 54/17 61/22 61/23
starting [9]  4/5 75/10 75/11 75/12 76/24 77/21 78/1 88/15 88/22
state [2]  4/4 61/3
stated [1]  9/3
STATES [8]  1/1 1/3 1/10 4/3 13/10 14/1 29/2 61/18
statistical [1]  101/4
status [1]  5/11
step [7]  76/11 82/18 83/20 83/21 87/13 90/18 90/19
steps [2]  67/17 103/22
STERLINGOV [48]  1/6 4/3 4/11 4/16 6/17 6/22 6/25 7/21 7/25 8/5 12/1 12/5 12/9 12/18 12/23 13/11 14/2 14/15 15/8 15/10 15/14 15/18 16/14 17/17 18/4 21/7 21/10 21/13 22/7 23/14 24/16 25/16 26/11 26/13 26/16 26/18 28/24 29/3 31/4 32/19 34/12 34/20 35/1 37/11 38/15 38/16 55/19 59/15
Sterlingov's [32]  9/11 10/4 10/22 11/13 11/15 11/23 14/11 18/25 19/13 20/3 20/10 21/3 21/16 22/5 23/7 24/9 25/10 26/22 26/24 27/2 28/3 28/9 28/18 31/1 32/16 34/7 34/22 35/8 37/9 38/13 38/21 39/25
Stevens [1]  61/14
still [6]  5/8 27/16 43/4 57/14 59/19 65/23
stopped [2]  55/12 64/22
store [2]  72/6 72/18
stored [3]  73/19 73/20 79/15
stores [1]  72/24
Street [2]  1/16 2/3
stretch [3]  26/12 45/16 57/17
string [1]  73/6
structure [1]  79/9
struggle [1]  76/1
student [2]  47/1 48/8
study [2]  59/24 59/24
studying [2]  52/20 93/5
stuff [1]  12/17
subject [4]  41/1 62/23 99/15 103/1
submarine [1]  61/20
submit [1]  107/12
subpoena [7]  95/14 95/16 98/4 98/10 99/13 100/17 102/4
subpoenas [3]  60/2 60/3 102/12
subsection [1]  106/2
subsequent [1]  94/7
subsequently [4]  87/9 97/8 99/16 105/6
subset [1]  70/10
such [3]  47/14 96/7 104/15
sufficient [2]  26/4 100/15
sufficiently [2]  58/15 58/18
suggest [1]  49/18
suggested [1]  48/23
suit [1]  4/25
Suite [1]  1/17
summarize [1]  87/4
summary [2]  77/24 87/6
superficial [1]  46/20
support [5]  62/10 62/11 62/24 69/18 90/13

supporting [1]  63/1
suppose [2]  47/22 108/13
sure [13]  5/14 11/18 13/25 20/15 35/14 41/8 58/13 58/21 66/18 81/8 95/15 101/22 107/23
surveillance [9]  13/11 14/2 19/24 22/19 22/21 29/3 29/9 38/16
sustain [1]  7/10
sustained [6]  9/8 14/6 32/23 35/19 44/13 103/19
sustaining [1]  27/24
Sweden [2]  15/22 15/25
Swedish [8]  26/7 26/10 26/15 26/21 27/1 28/8 28/17 29/2
swing [1]  53/7
switching [1]  104/9
sworn [3]  46/9 58/1 60/22
symposiums [1]  68/5
system [2]  70/6 79/23

**T**

T-O-W-N-S-E-N-D [1]  46/23
table [3]  2/11 4/7 4/12
take [17]  18/6 30/13 30/25 36/23 38/24 45/10 45/12 45/22 45/25 46/4 51/12 56/16 56/17 56/18 95/25 97/21 103/22
taken [5]  35/5 55/11 57/12 68/2 108/24
taking [3]  53/6 58/11 60/19
talk [13]  5/24 11/2 20/15 41/19 41/21 43/13 48/7 48/10 48/21 50/21 50/24 55/8 105/15
talked [2]  16/9 91/3
talking [7]  6/25 36/8 41/2 41/3 44/11 87/4 107/20
talks [2]  36/10 36/11
tap [1]  75/24
team [10]  38/3 62/4 62/5 62/9 62/12 62/19 62/21 62/22 67/24 69/9
technical [3]  54/6 93/20 108/14
technique [1]  107/15
techniques [4]  104/3 106/19 107/9 108/6
Technology [1]  61/15
tedious [1]  87/14
telephone [1]  35/11
tell [13]  8/8 47/22 62/2 64/15 83/3 83/4 85/16 86/19 88/13 92/8 92/9 99/18 102/2
telling [1]  4/17
temporal [1]  36/7
tend [1]  97/18
terabytes [4]  12/4 12/18 21/9 23/13
terabytes' [1]  8/19
terms [1]  66/8
testified [22]  7/19 7/23 15/7 15/12 15/16 16/3 16/13 18/7 18/19 19/10 22/24 25/13 30/21 31/19 32/13 33/10 36/21 39/5 43/25 44/11 44/18 60/4
testifies [1]  100/16
testify [9]  6/17 24/5 31/22 58/9 69/24 101/6 105/23 107/25 108/3
testifying [14]  10/25 14/11 20/1 20/2 20/5 20/7 36/25 37/13 40/9 65/7 100/21 100/22 107/14 107/16
testimony [12]  34/23 45/24 49/1 66/3 74/19 95/19 96/18 103/3 108/4 108/10 108/13 108/21
text [4]  51/21 52/2 52/7 87/16
than [15]  8/13 13/2 35/4 35/6 43/23 43/24 52/23 72/12 82/6 82/7 82/8 83/11 83/12 91/4 107/16
thank [23]  4/17 4/21 5/7 6/13 18/6 22/16 29/16 30/17 36/23 37/24 38/25 45/2 46/11 56/15 57/11 57/23 60/20 60/24 66/23 71/24 75/3 76/9 104/25
Thanks [1]  96/11

that [594]
their [19]  8/7 34/4 34/6 36/15 66/3 67/11 68/22 72/18 72/22 73/25 79/22 98/2 98/12 103/3 103/17 103/23 104/1 108/3 108/9
them [14]  15/8 34/5 67/12 72/12 72/14 78/8 78/12 81/18 82/16 97/15 97/19 97/20 101/13 103/2
themselves [3]  36/2 97/22 98/11
then [53]  16/20 16/25 17/18 18/7 18/15 19/10 22/12 25/18 28/14 32/25 33/8 33/15 38/9 40/9 46/6 46/6 47/13 47/22 49/23 52/1 52/2 52/7 53/4 53/24 64/8 67/11 67/18 76/12 76/25 77/2 77/8 77/19 78/3 79/22 82/20 82/21 82/23 83/22 84/16 85/8 85/18 88/20 88/23 89/1 89/3 91/20 94/7 94/14 99/3 99/21 102/18 105/6 108/20
there [128]
thereabouts [1]  53/10
thereafter [1]  64/22
thereby [1]  104/17
therein [1]  48/3
these [17]  32/21 43/14 66/15 74/18 77/14 79/14 87/16 90/5 90/9 90/25 91/17 91/20 92/25 93/22 95/9 99/23 100/15
they [50]  5/2 6/17 6/24 7/12 17/9 25/23 27/3 27/6 28/12 31/10 31/18 31/19 33/6 33/23 34/1 38/4 39/21 41/3 55/9 55/18 60/6 65/2 66/1 67/14 70/13 72/6 72/8 72/9 72/19 74/2 74/4 74/4 78/8 79/2 80/7 80/16 83/5 83/6 83/6 86/13 86/14 90/3 90/12 91/17 99/11 99/18 101/1 101/3 103/3 103/4
thing [11]  8/4 8/14 19/1 25/18 64/7 75/15 75/16 90/7 90/12 107/18 107/20
things [12]  10/24 34/2 48/15 59/10 63/24 90/14 91/16 91/19 93/18 93/21 98/14 106/14
think [56]  4/23 5/8 5/15 6/3 6/8 8/20 15/4 16/13 17/9 17/22 19/10 20/1 22/1 25/20 26/2 26/4 29/1 31/21 35/19 36/25 39/5 39/16 41/5 45/9 45/12 45/24 46/2 53/20 57/7 57/16 58/24 59/1 59/5 59/19 65/6 65/23 68/10 71/17 71/22 95/15 100/13 100/15 100/21 101/5 101/6 101/16 103/19 105/21 105/23 105/25 106/18 107/7 107/17 107/22 108/12 108/15
thinking [2]  57/4 58/17
third [2]  90/7 92/14
this [200]
thoroughly [1]  13/22
those [37]  7/25 8/2 8/4 8/18 8/24 12/20 33/6 41/1 51/14 60/4 63/24 64/25 65/10 67/13 67/25 72/6 77/6 77/7 79/5 81/9 81/10 83/8 83/17 86/7 87/9 90/7 91/15 92/16 92/17 92/18 93/5 93/15 94/16 97/4 101/16 105/7 105/13
though [4]  31/21 64/12 65/25 92/19
thousand [1]  72/4
thousands [5]  60/2 60/3 69/13 79/11 89/19
thread [2]  47/23 49/8
threat [1]  67/25
three [6]  5/23 8/18 12/4 58/21 75/9 94/15
through [22]  4/20 12/13 20/4 30/25 39/20 41/2 52/8 54/15 64/4 72/13 76/2 78/15 79/23 80/15 82/13 89/8 89/20 100/14 102/23 103/5 104/6 104/7
thumb [13]  8/19 10/5 10/7 10/7 10/10 12/8 12/18 13/8 21/12 23/17 25/3 38/13 39/25

**T**

time [38]  5/20 5/22 5/25 20/16
25/25 34/16 34/21 35/5 36/12
42/10 47/19 47/25 48/1 52/17
52/19 53/7 56/10 58/17 59/18
59/19 60/3 61/23 78/21 81/22
81/24 81/25 82/1 83/9 88/16 88/16
89/13 91/1 93/17 95/9 98/8 100/1
102/4 106/17
times [4]  59/23 90/19 90/22 95/13
today [7]  5/13 46/2 46/3 57/14
60/19 69/14 72/3
together [7]  79/2 83/5 91/17
92/24 93/3 96/1 96/5
tokens [1]  50/15
told [2]  4/24 99/23
too [9]  5/24 16/7 17/2 18/13
18/17 18/23 35/14 50/13 50/14
tool [10]  87/25 89/16 90/16 90/17
99/6 99/6 99/7 99/9 99/21 102/6
tools [18]  64/21 66/15 87/18 90/1
90/5 90/9 90/13 90/25 95/9 95/10
95/12 99/20 100/4 102/5 102/21
103/3 103/5 103/6
top [10]  49/2 51/10 75/24 77/15
86/23 86/24 87/8 87/11 88/14
106/12
topics [2]  69/3 93/8
TOR [3]  2/2 2/3 4/10
tossed [1]  93/19
totaling [1]  90/14
Townsend [9]  3/5 45/5 46/9 46/14
46/18 46/23 46/24 51/6 56/5
trace [4]  22/24 98/1 103/17 108/2
tracing [17]  31/19 62/13 66/5
66/13 66/16 67/18 68/5 68/11
69/16 90/23 95/20 97/15 99/2
103/23 105/21 107/7 107/8
trade [1]  71/5
trades [1]  98/14
trail [1]  59/7
train [1]  20/4
training [13]  63/17 67/19 67/23
68/1 68/2 68/3 68/23 69/1 69/2
69/5 69/6 69/7 69/8
trainings [3]  63/18 69/3 93/9
transaction [112]
transactional [1]  64/3
transactions [42]  7/7 34/11 34/15
36/12 50/16 63/23 64/12 66/6
66/14 68/22 70/17 70/17 74/3 74/8
74/10 74/12 78/7 78/22 79/5 79/11
79/14 79/19 79/25 80/3 80/7 80/9
82/4 82/7 83/12 85/9 86/5 89/19
90/18 91/23 93/15 94/2 94/4 94/12
99/17 103/17 103/23 104/4
transcript [2]  1/9 109/4
transfer [2]  37/14 38/5
transferring [1]  38/7
transparency [1]  54/12
traps [1]  14/8
trial [2]  1/9 4/20
TRM [5]  68/12 68/15 68/19 90/22
90/24
trouble [1]  50/1
true [6]  6/18 15/1 34/22 56/5
91/1 109/4
trust [1]  51/19
truth [1]  90/24
try [5]  57/6 71/23 94/8 96/6
104/1
trying [4]  36/15 43/11 101/1
104/4
tumbler [1]  47/17
turn [3]  9/23 17/13 35/24
turning [2]  9/24 35/20
two [23]  8/12 8/13 15/16 27/3
27/15 33/4 43/4 51/13 63/18 79/5
82/22 83/1 83/4 84/9 90/14 91/17
91/20 92/7 92/18 92/25 97/8 97/9
105/7

**U**

type [8]  68/12 68/13 76/19 82/20
83/24 85/2 98/9 107/2
types [5]  33/4 70/18 93/2 105/11
105/14
typical [1]  67/8
typo [1]  18/10

**U**

U.S [2]  1/13 2/7
Uh [6]  19/8 19/20 19/23 22/23
42/20 42/22
Uh-huh [6]  19/8 19/20 19/23 22/23
42/20 42/22
ultimately [1]  41/7
under [8]  13/11 14/2 19/23 29/3
32/25 48/4 49/1 51/14
undercover [9]  63/14 63/20 64/1
64/2 64/20 66/6 66/12 66/14
103/10
undergraduate [1]  47/1
underline [1]  75/22
underlying [1]  88/5
understand [8]  26/15 29/22 58/24
59/7 60/3 60/14 65/20 74/18
understanding [3]  66/4 96/17
106/14
unique [8]  77/16 78/1 81/14 81/18
81/20 86/1 88/2 88/15
UNITED [8]  1/1 1/3 1/10 4/2 13/10
14/1 29/2 61/18
University [1]  61/13
unlock [1]  73/14
unnecessarily [1]  48/23
unquote [1]  25/15
unredeemed [1]  50/15
unscientific [3]  100/14 100/18
101/10
until [5]  26/13 57/16 57/17 74/8
108/22
up [38]  6/4 6/9 9/20 10/1 10/3
22/18 27/7 28/23 29/11 29/14 30/7
30/14 30/15 31/18 35/18 37/18
37/23 45/16 49/2 50/17 50/19
55/24 55/25 56/6 65/12 68/25 71/7
71/9 71/10 77/4 84/15 84/19 86/23
88/3 96/9 97/15 102/23 103/3
updated [1]  78/20
updates [1]  68/1
updating [1]  55/12
us [17]  1/20 4/16 26/14 33/5
33/13 34/4 59/24 62/2 64/15 69/7
71/23 82/13 85/14 86/17 90/13
92/3 99/1
USAO [1]  1/16
USB [1]  73/2
use [15]  29/15 56/5 68/17 70/25
71/15 73/25 80/13 84/11 90/16
90/24 95/13 99/9 103/5 107/13
107/14
used [24]  14/15 17/4 19/15 19/16
19/17 48/5 52/17 60/1 60/9 60/11
68/17 69/18 83/7 91/15 91/18 93/3
93/21 99/6 103/4 103/13 106/19
107/9 108/6 108/17
useful [1]  54/14
user [6]  36/15 71/7 75/15 79/24
105/4 105/6
user's [1]  104/14
username [1]  51/15
users [6]  14/25 50/24 70/15 72/18
72/22 87/25
uses [1]  14/12
using [21]  11/3 17/17 47/22 49/5
54/17 54/19 54/20 64/25 66/14
82/11 89/15 90/10 90/25 91/14
93/16 99/23 104/6 104/10 104/20
107/14 107/19
usually [3]  64/3 71/12 90/10
utility [1]  71/13

**V**

vacuum [1]  94/1

**V**

vague [1]  95/2
valid [1]  74/9
validate [3]  71/12 77/5 102/22
validated [2]  66/13 102/8
validation [2]  66/15 103/11
valuable [1]  59/19
value [2]  77/20 86/20
vast [1]  78/8
vein [1]  108/10
verifies [1]  79/18
verify [2]  77/6 79/22
version [1]  88/10
versus [1]  4/3
very [18]  4/15 5/18 8/8 31/25
43/9 44/1 45/14 49/2 65/6 69/10
71/10 75/4 81/4 84/22 99/10
101/10 102/7 105/13
victim [5]  67/9 67/10 99/4 99/4
99/8
view [2]  79/20 89/21
viewed [1]  89/6
views [1]  35/25
Vin [1]  85/18
virtual [15]  62/18 62/21 62/22
64/18 67/19 67/24 67/25 68/2 68/3
69/9 70/5 70/6 70/10 70/11 70/12
vision [1]  29/25
visual [1]  88/10
visuals [2]  74/12 74/18
volf.prius [3]  24/4 24/8 25/3
volunteered [1]  62/24
Vout [2]  77/20 85/18
VPS [3]  19/11 19/20 19/23
vs [1]  1/5

**W**

wait [1]  84/20
waiting [1]  5/8
walk [4]  52/7 80/15 82/13 89/8
Walker [2]  76/2 76/9
Wall [1]  2/3
wallet [42]  63/9 72/9 72/22 73/3
73/20 73/21 73/23 73/25 75/7 75/8
75/8 75/14 75/19 75/20 75/20
76/16 76/22 76/23 78/20 78/21
79/18 79/18 81/19 82/15 82/16
82/20 82/21 83/6 83/10 83/16
83/22 83/25 84/4 84/4 84/6 92/6
92/10 92/14 92/20 92/21 94/6
94/21
wallet's [1]  83/23
wallets [7]  63/10 63/11 72/22
73/1 73/1 73/23 73/24
want [21]  5/2 5/14 25/23 27/8
27/9 35/16 52/7 57/16 65/12 70/22
72/19 86/24 87/15 89/24 90/20
90/22 90/23 95/20 95/22 95/22
98/4
wanted [5]  4/14 55/8 55/14 82/7
87/6
wants [5]  50/16 75/14 76/20 83/23
97/5
warned [1]  43/13
warrant [9]  11/19 11/22 20/23
20/25 63/8 63/12 63/12 67/15
102/12
warrants [3]  69/19 69/19 102/13
was [155]
Washington [5]  1/5 1/14 1/17 1/21
2/9
wasn't [7]  4/21 19/1 26/20 27/4
29/7 48/20 101/22
way [20]  25/17 30/2 34/12 39/7
43/14 44/5 45/23 53/11 56/8 57/17
59/8 66/20 84/18 86/23 87/8 91/9
96/7 98/7 100/13 104/15
ways [2]  59/6 72/18
we [143]
we'll [3]  42/15 46/6 56/18
wearing [1]  4/25
web [2]  55/12 64/4
website [8]  39/16 39/24 47/6 47/7

**W**

**website... [4]** 47/8 48/16 48/22 50/4
**week [1]** 4/24
**well [16]** 5/21 9/2 13/13 21/24 31/25 43/19 47/22 49/14 68/11 69/6 69/20 87/4 98/13 100/10 100/16 108/9
**went [2]** 37/4 84/13
**were [32]** 7/24 8/18 17/9 20/2 20/2 35/20 36/7 39/15 39/19 39/21 41/3 42/6 43/10 43/10 43/11 46/25 47/2 48/7 50/23 53/20 54/19 54/20 59/18 60/6 61/24 62/12 83/8 85/5 91/18 94/21 106/2 107/23
**what [123]**
**whatever [5]** 25/23 34/13 64/9 100/16 101/15
**when [43]** 6/12 7/21 7/24 8/6 10/10 10/16 10/17 10/18 13/11 13/13 13/19 14/1 15/3 20/1 21/2 28/24 36/7 42/5 43/25 44/2 44/15 47/8 53/22 55/12 61/21 78/18 83/24 84/21 87/9 90/2 90/22 90/22 91/13 93/24 94/24 95/6 95/18 95/24 96/5 97/14 99/18 99/21 103/1
**where [43]** 20/2 26/1 28/22 36/10 41/1 42/4 42/5 43/9 46/24 51/13 54/15 59/8 61/6 61/16 63/9 63/10 67/14 67/14 68/1 70/22 70/25 71/18 72/9 73/12 73/19 79/14 83/23 85/16 86/6 86/19 87/7 90/5 90/18 90/19 91/16 91/23 94/12 94/14 97/3 97/11 106/11 107/17 107/22
**whereas [1]** 81/17
**Whereupon [1]** 30/5
**whether [18]** 5/22 22/2 25/22 39/13 41/10 44/5 44/7 45/10 50/5 58/8 58/13 58/14 58/22 66/1 101/13 101/22 102/6 103/22
**which [42]** 10/12 24/20 29/12 29/13 29/22 37/19 48/1 48/5 48/15 48/25 51/5 59/3 59/9 59/12 59/14 59/16 60/3 60/6 70/14 78/19 82/16 83/6 84/5 86/13 86/23 87/1 88/2 96/9 97/17 97/18 99/10 100/19 101/8 104/5 104/5 104/16 104/17 104/20 106/20 107/7 107/10 108/14
**whiff [1]** 19/20
**while [4]** 10/3 61/22 64/12 91/23
**White [11]** 40/17 40/19 40/22 40/24 41/1 41/3 41/17 41/19 41/22 42/2 42/4
**who [19]** 4/11 6/17 6/21 11/1 31/14 37/23 43/11 48/13 49/14 49/19 55/14 57/13 60/4 80/24 80/25 81/8 99/4 99/16 102/23
**who is [1]** 4/11
**Whois [1]** 54/12
**whole [3]** 49/6 84/14 84/16
**whose [1]** 98/5
**why [16]** 5/2 7/10 22/1 59/10 65/10 65/20 66/15 78/6 78/25 82/6 83/11 86/3 98/18 100/24 106/24 106/25
**Wilkins [4]** 9/19 17/11 18/6 29/10
**will [49]** 4/19 5/5 5/12 6/17 7/10 26/5 28/14 30/7 30/13 32/8 35/3 39/6 40/7 42/15 42/16 44/14 45/12 50/14 50/16 57/1 57/9 57/16 58/19 59/12 68/19 76/15 76/23 77/4 77/5 77/6 77/8 78/22 82/16 83/22 83/24 83/25 84/1 85/16 87/10 88/3 88/13 95/16 101/17 103/3 107/3 108/1 108/3 108/4 108/20
**wind [1]** 102/23
**withdraw [1]** 76/19
**withdrawal [4]** 72/13 76/18 83/23 104/15

**withdrawals [1]** 98/14
**withdraws [1]** 105/6
**within [2]** 108/12 108/13
**without [9]** 63/25 67/2 67/5 73/16 76/2 85/12 92/25 93/19 105/10
**witness [19]** 22/1 24/22 25/21 29/14 32/22 44/10 44/15 45/2 45/4 46/5 46/6 57/22 58/23 60/19 95/3 100/16 101/12 101/22 108/21
**witness' [4]** 42/24 54/24 65/7 66/3
**witnesses [4]** 3/2 31/24 89/4 101/12
**won't [1]** 90/3
**wondering [1]** 27/20
**word [4]** 9/10 53/4 54/15 75/22
**work [24]** 26/7 28/24 61/6 61/7 61/16 62/8 62/10 63/14 63/20 64/2 64/11 64/16 64/25 67/8 69/12 69/16 69/18 76/7 93/9 94/23 95/18 103/10 106/6 107/8
**worked [3]** 28/22 61/18 90/6
**working [6]** 36/3 62/15 63/1 64/14 64/23 67/25
**works [3]** 84/18 107/21 108/8
**world [7]** 70/7 72/15 80/5 80/10 80/10 84/10 89/12
**worries [1]** 45/21
**worth [5]** 8/19 12/5 21/9 23/13 72/3
**would [100]** 4/4 5/22 5/24 5/24 7/7 7/12 7/13 9/18 10/21 27/18 29/21 30/11 30/16 30/25 30/25 31/17 31/22 34/1 35/5 37/18 42/1 47/9 49/18 51/4 52/18 52/25 56/11 58/11 59/19 64/1 65/4 65/15 69/1 69/21 71/11 71/17 72/9 73/20 74/18 75/16 75/19 75/20 75/21 76/6 76/10 76/11 76/16 76/16 76/19 76/25 77/25 79/10 80/6 80/15 80/23 81/3 81/25 82/6 82/19 82/20 82/21 82/25 83/1 83/3 83/4 83/9 83/11 84/7 84/8 84/14 85/2 85/16 86/12 86/15 86/21 86/22 86/24 87/5 88/18 90/24 91/8 92/8 92/9 92/14 92/18 92/23 94/3 94/6 94/7 94/10 94/15 95/8 95/11 96/17 99/1 101/5 102/25 103/20 108/15 108/18
**wouldn't [3]** 4/16 9/24 92/24
**write [1]** 47/8
**written [1]** 22/7
**wrong [1]** 106/18
**wrote [2]** 46/19 47/7
**www.BitcoinFog.com [1]** 37/1

**X**

**Xchange [12]** 33/15 33/22 34/2 34/7 34/8 34/12 34/19 34/21 34/24 35/7 36/8 36/17
**Xchange's [2]** 34/9 34/10
**XML [1]** 15/20

**Y**

**yeah [20]** 18/12 39/4 44/9 48/11 48/23 49/4 50/4 51/15 52/16 54/1 54/22 55/11 58/10 67/16 79/1 86/24 87/6 91/13 93/22 94/18
**year [2]** 42/18 47/9
**years [1]** 46/19
**yellow [2]** 77/19 78/4
**Yep [2]** 49/12 53/23
**yes [130]**
**yesterday [7]** 5/1 10/13 19/10 36/25 39/5 39/16 40/10
**yet [4]** 53/8 77/6 92/24 96/9
**York [1]** 1/20
**you [491]**
**you're [1]** 99/17
**your [150]**
**yourself [1]** 46/16
**yourselves [1]** 56/20

**Z**

**zero [4]** 86/14 86/21 86/25 87/11
**zoomed [1]** 88/10

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

* * * * * * * * * * * * * * *   )
UNITED STATES OF AMERICA,       )      Criminal Action
                                )        No. 21-00399
            Plaintiff,          )
                                )
    vs.                         )      **AFTERNOON SESSION**
                                )
ROMAN STERLINGOV,               )      Washington, D.C.
                                )      February 21, 2024
            Defendant.          )      1:20 p.m.
                                )
* * * * * * * * * * * * * * *   )


TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE


<u>APPEARANCES:</u>

FOR THE PLAINTIFF:        CHRISTOPHER BROWN, ESQ.
                          UNITED STATES ATTORNEY'S OFFICE FOR
                            THE DISTRICT OF COLUMBIA
                          601 D Street, Northwest
                          Suite 5.1527
                          Washington, D.C. 20530

                          CATHERINE PELKER, ESQ.
                          U.S. DEPARTMENT OF JUSTICE
                          950 Pennsylvania Avenue, Northwest
                          Washington, D.C. 20530

                          JEFFREY PEARLMAN, ESQ.
                          U.S. DEPARTMENT OF JUSTICE
                          1301 New York Avenue, Northwest
                          Washington, D.C. 2005


FOR THE DEFENDANT:        TOR EKELAND, ESQ.
                          MICHAEL HASSARD, ESQ.
                          TOR EKELAND LAW, PLLC
                          30 Wall Street
                          Eighth Floor
                          Brooklyn, New York 10005

REPORTED BY:        LISA EDWARDS, RDR, CRR
Official Court Reporter
United States District Court for the
  District of Columbia
333 Constitution Avenue, Northwest
Room 6706
Washington, D.C. 20001
(202) 354-3269

INDEX

| WITNESS | PAGE |
|---|---|

LUKE SCHOLL

Direct Examination by Mr. Pelker (Continued) — 4

E X H I B I T S

| Exhibit No. | Received |
|---|---|
| 353-A | 43 |
| 326 | 65 |
| 322 | 68 |
| 308 | 75 |
| 3 | 87 |
| 5 | 87 |
| 7 | 87 |
| 325 | 90 |
| 437 | 98 |
| 311 | 106 |
| 312 | 107 |
| 313-B to C | 111 |
| 315 and 315-A | 122 |
| 878-883 and 899-901 | 130 |

THE COURT: Before you get the jurors, consistent with my preliminary jury instructions, I got a note with a question from one juror. And the note says -- I'm pretty sure it must relate to this witness -- "You said that the blockchain analysis is fairly accurate. Can you say to what percentage that it is accurate?"

And my inclination is to tell the jurors that I got a note. I don't think I'd even tell the other jurors what the note is. I'd say I got a note, and that what I would request is that the juror listen to the direct and cross-examinations of the witness and then after it's all through, to let me know whether the juror still has the same question.

I suspect this is something that's going to be addressed -- I'm not going to tell them this, but just for your benefit, I assume this is something that's going to be addressed in some detail. I know in the cross-examination the defense intends to get into this question.

But my inclination for now would be to just say that I've got a note, and just let me know when all the testimony is done whether you still have the question at that point in time.

Any objection to handling it that way?

MS. PELKER: No, your Honor.

MR. EKELAND: No, your Honor.

THE COURT: That's what we'll do, then.

THE COURTROOM DEPUTY: All rise.

(Whereupon, the jury entered the courtroom at 1:22 p.m. and the following proceedings were had:)

THE COURTROOM DEPUTY: The jury is present.

You may be seated and come to order.

THE COURT: Welcome back.

The witness can return to the witness box.

While he's making his way up to the witness box, I just wanted to let you all know, consistent with my preliminary jury instruction, I did get a note with one question from a juror.

And what I'd ask the jurors to do is just listen to the testimony; and when all the testimony is done with this witness, before the witness is finally excused, let me know if you still have the question at that point in time and whether the question has been addressed through the testimony up until that point.

So you may proceed.

MS. PELKER: Thank you, your Honor.

If we could go ahead and pull back up the demonstrative PowerPoint for the jury. I believe we're on Slide 16.

(LUKE SCHOLL, GOVERNMENT WITNESS, PREVIOUSLY SWORN.)

CONTINUED DIRECT EXAMINATION

BY MS. PELKER:

Q. Mr. Scholl, could you explain again at a high level what's shown here?

A. At a high level, what's shown in this exhibit is a user making a deposit of Bitcoin into a mixing service at Address B, a deposit address for that mixing service, where those coins are pooled with funds from other users and subsequently a user withdrawing Bitcoin from the mixing service, withdrawn from Address C and going to Address D that the user controls.

The mixing service inhibits our ability to trace the input and connect it with an output from a mixing service.

Q. Are there different kinds of mixing?

A. Yes, ma'am.

Q. Can you explain, again just at a high level, some of those different types?

A. Yes, ma'am. Custodial and noncustodial mixing services at a high level, custodial services like Bitcoin Fog, where there's a centralized entity controlling those funds, and noncustodial, like in a CoinJoin mixer, for example.

THE COURT: I'll just remind the witness, if you can make sure you go slowly. I know everyone -- different people have tendencies to speak more quickly. But it's harder for the court reporter.

THE WITNESS:  Yes, sir.

THE COURT:  Thank you.

THE WITNESS:  Yes, your Honor.

BY MS. PELKER:

Q.  Mr. Scholl, what's shown on this slide here?

A.  This slide is showing an example of a CoinJoin mixing process.

Q.  And can you walk the jury through how a CoinJoin process occurs.

A.  Yes, ma'am.  Unlike in a custodial mixing service, in the CoinJoin process, users' funds are mixed within a single transaction versus making multiple hops through intermediary addresses in a custodial service.

In this transaction, Alice, Bob and Charlie combine their inputs and send funds to three different output addresses, one of which belonged to Alice, one of which would belong to Bob and one of which would belong to Charlie.  But it's difficult for an investigator analyzing the blockchains to determine which of the outputs belongs to which user.

Q.  What does that look like on the blockchain?

A.  This is an example.  But on the blockchain, often CoinJoin mixing services involve very large transactions. You can see in this screenshot from a block explorer 118 different inputs going to 199 different outputs.  And in

Scholl - DIRECT - By Ms. Pelker

this case, the outputs all have similar values.

Q. We spoke earlier about looking for patterns on the blockchain. Does this sort of transaction stand out?

A. Yes, ma'am.

Q. So if you were looking at this transaction, would you apply co-spend and cluster, all of these addresses, together?

A. No, ma'am.

Q. And why is that?

A. Because it's a very unusual transaction. The number of inputs and number of outputs stands out. It's probably a CoinJoin.

Q. Does Chainalysis also screen for CoinJoins?

A. Yes, ma'am, it does.

Q. Could you give some examples of different mixing services, of named custodial mixing services?

A. Sure. Sinbad, Helix, Bitcoin Fog, Best Mixer.

Q. Why do criminals use mixers?

A. Criminals use mixers to obscure the flow of funds, to make it difficult for blockchain investigators to follow the money, to break the connection between an input address and withdrawal address.

Q. In addition to law enforcement, do financial institutions also monitor transactions on the blockchain?

A. Yes, ma'am.

Scholl - DIRECT - By Ms. Pelker

Q. And do those financial institutions also use Chainalysis and similar tools?

MR. EKELAND: Objection.

THE COURT: What's the objection?

(Whereupon, the following bench conference was held:)

MR. EKELAND: Mr. Scholl has not been noticed as an expert in financial institutions or the compliance programs or anything of the like. He's on the stand to testify as to blockchain tracing and cryptocurrency, not how financial institutions work.

THE COURT: Ms. Pelker?

MS. PELKER: I think he's testifying about the reliability of Chainalysis and its use in a variety of formats. He is noticed as an expert in blockchain analysis, which includes getting records from financial institutions, including cryptocurrency exchanges.

MR. EKELAND: Your Honor, he has not been noticed as an expert in the reliability of Chainalysis and its error rates or anything. This is again a covert attempt to bolster Chainalysis when this is not what he's been noticed as an expert on. If the Chainalysis expert perhaps wants to go there, we can address that issue here. But this is just outside the scope of what he's been noticed as an expert on.

It's also, I don't think, relevant to his

Scholl - DIRECT - By Ms. Pelker

testimony. He's up here to talk about the traces in this case. I thought he was just going to give an explanatory background, you know, on Bitcoin and cryptocurrency that would be helpful to the jury. But now we're importing outside issues that he's not an expert in.

THE COURT: So he actually does -- he is noticed to testify about what Chainalysis Reactor is and how he uses it in his work, including how he verified Chainalysis results in this case. Let me just take a look further here.

Ms. Pelker, anything else on this? I have to say, I think it may be okay to have a question just on the fact that financial institutions use it and describe what the tool is.

But I think that Mr. Ekeland has a point, that if it's going beyond that in terms of using this as a basis of testifying more about how Chainalysis Reactor is used by others, I'm not sure I see it's within the scope of the expert designation.

MS. PELKER: Your Honor, we're not seeking to elicit testimony from Mr. Scholl about any specifics on a particular financial institution's use of Chainalysis, but rather that financial institutions do blockchain analysis. And, therefore, cybercriminals, one of the things that they need to do is evade blockchain analysis because they don't want to be flagged by the financial institutions.

THE COURT: Mr. Ekeland?

MR. EKELAND: Then not only do we have the expert problem, but we have a 403 problem, because the implication being is that anybody who's using a mixer is a criminal, which we know from Chainalysis's own data isn't true.

Again, this is outside the scope of the noticed testimony. He's not -- he hasn't been noticed to come on the stand and say, you know, Everybody who uses a mixer is a criminal. He's been brought on the stand to go through the traces and, you know, give a basic background on cryptocurrency. So I think on top of the 702 problem, we've got a 403 and a 401 problem.

MS. PELKER: He was noticed as an expert on the *modus operandi* of cybercriminals, which includes that they want to evade blockchain analysis. They want to evade blockchain analysis by law enforcement, but also by financial institutions because that is, in fact, an integral part of their money-laundering step, being able to get their money into financial institutions and use it.

MR. EKELAND: Your Honor, when he was moved in as an expert, I don't believe that the Government moved him in as an expert on the *modus operandi* of financial criminals. I believe that they moved him in as an expert on cryptocurrency and blockchain tracing.

MS. PELKER: He was noticed to include a

Scholl - DIRECT - By Ms. Pelker

discussion of the, quote, "*modus operandi* of criminals operating on the blockchain on the darknet, including common money-laundering techniques used to complicate blockchain analysis."

That includes evading the blockchain analysis by financial institutions.

MR. EKELAND:  That was not the Government's motion in front of the Court currently at this trial.  And we have no opportunity to object to it when they moved him in.  If they wanted to move him in as an expert in the *modus operandi* of criminals, they should have clearly stated that here in the courtroom.  And they didn't.

THE COURT:  But it was in their notice and it was part of the *Daubert* hearing.  It was part of their expert designation.  I don't think they need to say at the beginning that they qualified him.  They can come back and qualify him on this, I guess, in addition at this point.

So in my mind, the question is just whether it was in the expert designation or not, not whether when they moved him in initially here in front of me they listed that as one of the grounds, because they could always still do that.

MR. EKELAND:  I don't have the expert designation in front of me.  But I do not -- I don't recall them discussing financial institutions and the financial

Scholl - DIRECT - By Ms. Pelker

institutions' use of Chainalysis. And I think this is just going to be highly prejudicial because I think the reason that the Government's bringing it in, they're trying to use the imprimatur of a financial institution using Chainalysis to bolster its reliability when, again, you know the defense's position on the reliability of Chainalysis Reactor.

THE COURT: Right. But that's the position for both sides to argue to the jury about.

But I take it what Ms. Pelker was saying before, she was actually reading from the expert designation. Is that correct?

MS. PELKER: Yes, your Honor.

THE COURT: All right. So I think it falls within the expert designation. And if there's a question about whether he's qualified and you want her to lay a foundation on this, I'm willing to allow that, if that's what you're asking.

MR. EKELAND: Yes. Thank you.

THE COURT: Okay. Well, go ahead and you can lay your foundation on his knowledge with respect to these issues, then.

MS. PELKER: Yes, your Honor.

(Whereupon, the following proceedings were had in open court:)

Scholl - DIRECT - By Ms. Pelker

BY MS. PELKER:

Q. Mr. Scholl, in your work, do you have the occasion to observe and study how cybercriminals launder their funds through cryptocurrencies?

A. Yes, ma'am.

Q. And what does that involve?

A. It involves many different tactics; but generally speaking, making complicated transactions, trying to obscure chain address analysis, hopping between different blockchains, using exchanges that do not follow anti-money laundering programs and KYC requirements and using mixing services, to name few.

Q. Can you explain -- this may be redundant from some of your introduction -- but explain to the jury and to the Court what the basis is for your knowledge about those topics.

A. I've been investigating cybercriminals and their use of cryptocurrency since 2015.

Q. And what type of cases have you worked on?

A. Darknet market investigations, ransomware investigations, hacking cases with computer intrusions, account takeovers, SIM swaps, where an actor gains access to an account through stealing a victim phone number, those sorts of cases.

Q. And in those cases, do criminals frequently try to evade

a blockchain analysis?

A.  Yes.

Q.  And is one of the goals to evade blockchain analysis by law enforcement?

A.  Yes, ma'am.

Q.  Do they also have a goal of trying to evade blockchain analysis by financial institutions?

A.  Yes, ma'am.

Q.  And why is that?

A.  Because financial institutions could close their account, could report them to law enforcement by filing a suspicious activity report, and potentially they could lose their money.

MS. PELKER:  Your Honor, the Government would now seek to qualify Mr. Scholl under the areas that we just discussed on the phone.

THE COURT:  All right.  The Court concludes that he's qualified to testify as an expert in those areas.

MR. EKELAND:  Excuse me.  I'm sorry.  Your Honor, could we pick up the phone for one moment?

(Whereupon, the following bench conference was held:)

MR. EKELAND:  So it's clear on the record what we just qualified him additionally as an expert on?

THE COURT:  I think Ms. Pelker was trying to be --

Scholl - DIRECT - By Ms. Pelker

Appx3711

she was trying to avoid, I think, being more prejudicial than necessary. But she can put it on the record here. I think I had in front of me the language she had used about expertise in cybercriminals evading law enforcement or something to that effect.

Why don't you put it on the record.

MS. PELKER: Yes, your Honor.

We're qualifying Mr. Scholl as an expert in the *modus operandi* of criminals who use cryptocurrency and the different evasion techniques that they use.

THE COURT: That's what I understood.

MR. EKELAND: Okay. I just wanted it on the record. Thank you, your Honor.

THE COURT: Thank you.

(Whereupon, the following proceedings were had in open court:)

BY MS. PELKER:

Q. Mr. Scholl, what do criminals need to be mindful of if they're trying to avoid blockchain analysis by financial institutions?

A. They need to be mindful of where their funds are being sent to those financial institutions from and where they're sending their funds out of the financial institutions.

Q. Let's say that a customer of a financial institution is receiving a bunch of money from a darknet market selling

Scholl - DIRECT - By Ms. Pelker

stolen identities.

What would that criminal need to be aware of and cognizant of with regard to the financial institution?

A. The criminal would need to be aware that the financial institution is likely monitoring the blockchain and using similar types of tools in order to determine where those funds are coming from. The financial institution has an obligation to monitor for suspicious activity and illicit activity.

Q. What would the criminal be concerned that the financial institution could do?

A. There are a lot of things that the criminal could be concerned that the financial institution could do, including filing a suspicious activity report, closing their account and potentially sequestering their funds.

Q. And you said suspicious activity report. What is a suspicious activity report, just to be clear for the jury?

A. It's a report that financial institutions file when they identify suspicious activity: large amounts of fund movements without a reasonable source of income, illicit activity, funds coming in from darknet market, for example, or some other identified illicit activity.

Q. What is law enforcement able to do with that sort of reported information?

A. We could conduct a logical investigation. Generally,

Scholl - DIRECT - By Ms. Pelker

you could be searching for identifiers that are associated with your subject against those records to see if there were financial institutions filing suspicious activity reports. Yeah. We can request additional information from those financial institutions about that activity.

Q. Mr. Scholl, I'd like to have you walk us through what logical investigative steps you could take to investigate particular activity.

If a victim is tricked into sending a scammer their life savings in Bitcoin, what does law enforcement do to investigate that?

A. Yeah. Law enforcement would trace those funds forward. So if the victim provided a transaction or an address that the funds were sent to, law enforcement can follow those funds on the blockchain and look for places where we can send legal process to identify the actor and, in an ideal case, seize the funds and provide them back to the victim through restitution.

Q. And can you speak to, from your recent work, how that would play out?

A. Yes, ma'am. Recently, I was investigating an account takeover at a U.S.-based cryptocurrency exchange. The victim account was hacked into by an attacker and funds were withdrawn from that victim's account to the amount of several hundred thousand dollars, this individual's living

savings.

And I was able to trace those funds on the blockchain to addresses that had been identified by another FBI office as being connected with suspicious activity.

Subsequently, the FBI obtained a search warrant and seized several million dollars' worth of illicit funds.

That subject pled guilty and our victim in New Jersey will be receiving at least a portion of his money back.

Q. And does law enforcement use blockchain analysis in that way in a variety of different cases every day?

A. Yes, ma'am. Every day.

Q. What happens if the criminal that you are trying to investigate is using a mixer?

A. It becomes much more difficult. Your investigation, depending on the mixer and the particular circumstances, law enforcement may not be able to follow the flow of funds.

Q. And because of that, do criminals often seek to use mixers?

A. Yes, ma'am, they do.

Q. What is law enforcement doing about illegal mixers?

A. Law enforcement internationally is attempting to take down illegal mixing services.

Q. Turning to Exhibit 11 --

MR. EKELAND: Objection, your Honor. Can we go on

the phone for a second?

(Whereupon, the following bench conference was held:)

MR. EKELAND: Your Honor, there's nothing in evidence about the illegality of mixers. I believe that this Court even ruled in one of its rulings that mixing per se without any kind of money laundering isn't illegal. And I think the counsel was testifying when they said essentially illegal mixers. And I also think Mr. Scholl testified to something that has no legal basis and was a legal conclusion.

So I would ask, A, the Court note the objection; and, B, we would ask for, you know, an instruction to the jury that mixers per se aren't illegal and what the issue is is that the money laundering through mixers is what is illegal.

MS. PELKER: Your Honor, we were actually trying to use "illegal" as an adjective to avoid this issue.

I do think, though, that while it is hypothetically possible to run a mixer that does not operate illegally, that that is very different than saying that mixers -- that there are legitimate mixer business models in this form actually out in operation.

But I can rephrase the question and say mixers -- the mixers that are operating illegally. That's all we were

Scholl - DIRECT - By Ms. Pelker

trying to ask.

MR. EKELAND: I think that's just as problematic, and I don't think it's clear at all to the jury. I think we should simply ask questions about mixers maybe taking in illicit funds or I think there's a number of ways to phrase it.

I also think that the jury is going to be needlessly -- could get really confused on this point and think mixers just by themselves are illegal, which is just, to my understanding, not the law.

THE COURT: Well, it seems to me that that's something that you can just clear up on cross-examination. You can just ask that question of the witness on cross-examination and make that point.

I do understand the ambiguity in the question and to the extent it might be misunderstood to be suggesting that all mixers are illegal, although I don't believe that's what was intended.

But maybe going forward, if you can just phrase it in a way that avoids that issue.

MS. PELKER: Yes, your Honor.

MR. EKELAND: Your Honor, is it possible just to get either at this point or before the jury deliberates an instruction for the jury just letting -- just clarifying that point, as a matter of law, that mixers just on their

own aren't illegal?

THE COURT: I don't think you would want the instruction I would give because I would give -- the instruction would be that, per se, a mixer is not illegal. But -- and there has to be a big "but" afterwards -- when it is used for the purpose of obscuring illegal transactions and the person who's running the mixer is aware of that, it is illegal.

We can talk about this later at some point in time. But it would be misleading for the jury for me to give the instruction that you want now because it is something that varies depending on the circumstances. But the types of mixers that I think the witness is talking about are the ones that are being used, at least in his view, in view of his testimony -- in his view for purposes of obscuring illegal activity, which is illegal.

But I don't think we should try and craft this at this point. If there's confusion at some later point with respect to the jury, I can come back to that if I need to. But I think this is something you can clear up just on your cross by asking him whether all mixers are illegal.

Let's proceed.

(Whereupon, the following proceedings were had in open court:)

MS. PELKER: If we could pull up Exhibit 11, which

should be a Twitter screenshot that has been previously admitted.

BY MS. PELKER:

Q. Mr. Scholl, do you recognize this?

A. Yes, ma'am, I do.

Q. Could you read -- what is this, first of all?

A. These are tweets from the Bitcoin Fog Twitter account.

Q. Could you read this series of tweets from the bottom up?

A. Yes, ma'am. One of two: Bestmixer.io takedown. And there's a link to Europol's website. It says, "The Dutch FIOD has gathered information on all the interactions on this platform in the past year. This includes IP addresses, transaction details, Bitcoin addresses and chat messages."

Q. And the message above that?

A. Two of two: "This information will now be analyzed by the FIOD in cooperation with Europol and intelligence packages will be shared with other countries," end quote. "This is why you need to use only a Tor-based mixing service (such a surprise.)"

Q. What was Bestmixer?

A. Bestmixer was another Bitcoin mixing service.

Q. How was Bestmixer different than Bitcoin Fog?

A. Bestmixer operated on the clearweb, the regular internet; and Bitcoin Fog operated on the darknet behind a Tor hidden service site.

Q. Toward the end of the top post, what does Bitcoin Fog say about that distinction between a clearnet site and Tor?

A. He says, "This is why you need to use only a Tor-based mixing service (such a surprise)."

Q. And so what is Bitcoin Fog saying about the benefits of using Tor rather than a clearnet site like Bestmixer?

A. He's implying that the Tor hidden service site won't be taken down and, therefore, your user information on that site won't fall into the hands of law enforcement.

Q. Mr. Scholl, did you also review the content posted to bitcoinfog.com?

A. Yes, ma'am, I did.

MS. PELKER: I'd like to now pull up Exhibit 2, the Bitcoin Fog clearnet site, which should already be in evidence.

BY MS. PELKER:

Q. Scrolling down a bit, could you read the first two paragraphs under the heading, "What is Bitcoin Fog?"

A. Yes, ma'am. "The Bitcoin network might be anonymous in terms of single-handedly revealing your IP address, but the transaction history is recorded in the blockchain and is publicly available, which makes your anonymity very vulnerable.

"Once the interested parties, be it authorities or just interested researchers" -- and there's another link --

"have acquired any one of your addresses or transactions, they could easily track your money around the network.

"And knowing your transaction history, connecting your Bitcoin addresses to real you is possible because you will at some point need to exchange your Bitcoins to or from a fiat currency using a bank account number, a credit card, LR account or similar service which is much less anonymous than the Bitcoin network."

Q. Can you explain what Akemashite Omedetou is saying there?

A. What Akemashite Omedetou is saying is blockchain analysis is a thing, and you'll have to use your Bitcoin at some sort of service linked to your true identity at some point and you can be tracked to those services.

Q. And is that, in fact, the sort of blockchain analysis technique and work that you just testified to?

A. Precisely.

Q. Can you read the solution that Akemashite Omedetou sets out in that next paragraph?

A. "We are providing a solution for this: Using our service, you mix up your Bitcoins in our own pool with other users' Bitcoins and get paid back to other accounts from our mixed pool, which, if properly done by you, can eliminate any chance of finding your payments and making it impossible to prove any connection between a deposit and a withdraw

inside our service."

Q. What is he saying there?

A. He's saying that he's operating a mixing service that can break or hinder the ability for law enforcement to trace those funds.

MR. EKELAND: Your Honor, could we just one moment go on the phones?

(Whereupon, the following bench conference was held:)

MR. EKELAND: Akemashite Omedetou is being gendered as a man. And I think -- unless the Court thinks there's some sort of foundation for that, I think that's prejudicial to Mr. Sterlingov. I don't think there's anything in the evidence supporting the gender of Mr. or Mrs. or Ms. Akemashite Omedetou.

MS. PELKER: I think that Akemashite Omedetou is a male name in Japanese. But we're happy to use "they" as a gender-neutral pronoun, if that's what the defense is asking.

MR. EKELAND: It means Happy New Year in Japanese, is my understanding. So if the Government is agreeing to using a neutral pronoun, then we agree to that.

THE COURT: Ms. Pelker? Is it used as a name in Japan?

MS. PELKER: I may -- I apologize. I may have

misunderstood, your Honor. I think it's a bit silly; but honestly, rather than argue about it, we're fine with just using "they." And to the extent that we make a mistake, it is inadvertent; and if defense counsel reminds us, we'll continue using "they."

THE COURT: That's fine. I appreciate that.

It does remind me, though -- we don't need to do this now. But at the end of the day, I wouldn't mind if the Government made a little bit more of a proffer to me, because I think you, or it may have been Mr. Brown, had indicated to me earlier that the Government thought it had already established at least a *prima facie* case or a preponderance case for me that Mr. Sterlingov is, in fact, Akemashite Omedetou.

And just having you put that on the record for me would be helpful. But we don't have to do it now. We can do that later.

MS. PELKER: Yes, your Honor.

THE COURT: We'll proceed.

(Whereupon, the following proceedings were had in open court:)

BY MS. PELKER:

Q. Mr. Scholl, if you could --

MS. PELKER: If we could actually scroll down a bit.

Scholl - DIRECT - By Ms. Pelker

BY MS. PELKER:

Q. Directing your attention to this next service, entitled "How the Service Works." You don't need to read each paragraph aloud. But could you explain to the jury what's described here?

A. Yes, ma'am.

Q. It can be in general, nontechnical terms.

A. Akemashite Omedetou is describing how the service works and giving users tips about how to maintain their unanimity using the service, how to best use the service to provide the least amount of information to law enforcement.

Q. Could you read the last sentence at the bottom of this page, starting with "this way."

A. Yes, ma'am. "This way, there is no practically reliable way to do statistical analysis on the blockchain and link your deposits to your withdrawals."

Q. What is Akemashite Omedetou saying there?

A. The claim about statistical analysis is referring to not withdrawing the same amount that you put in. He's saying that if you follow these best practices, there will be no way to link the deposit to the withdrawal.

Q. Directing your attention now to the top of the next page, under, "Do I get same Bitcoins back?" Again, no need to read this whole section aloud, but can you explain generally at a high level, nontechnical, what's described

here?

A. Yes, ma'am. So he's answering this question about if the funds you get back are your same Bitcoins, and he's basically saying there's no your or my Bitcoins. The word we use is "fungible." But that Bitcoins are interchangeable.

Q. Directing your attention to the second paragraph, could you read the first two sentences there?

A. Yes, ma'am. "A link could be made if you would get paid from the same address that you have deposited Bitcoins to. This is not the case with Bitcoin Fog."

Q. Was the information on the bitcoinfog.com clearnet site in this announcement also included in Akemashite Omedetou's announcement post on Bitcoin Talk?

A. Yes, ma'am.

Q. Now, in addition to reading Akemashite Omedetou's own description of Bitcoin Fog, have you yourself studied how Bitcoin Fog operated?

A. Yes, ma'am.

Q. Can you describe it generally?

A. Early on, ma'am, the Bitcoin Fog service was utilizing consolidation addresses. Users were provided a deposit address. At some point, many user deposits were swept into a consolidation address. And then peel chains formed, sending withdrawals out and sending the consolidated funds

down the peel chain.

Q. So what was the impact of that on anyone who was trying to trace the funds?

A. It was difficult to trace funds through Bitcoin Fog.

Q. Did you help to create a series of graphics summarizing how Bitcoin Fog operated?

A. Yes, ma'am, I did.

Q. I'd like to show you Exhibit 323, which has not been admitted.

Showing you Exhibit 323, do you recognize it?

A. Yes, I do.

Q. And what is it?

A. These are graphics depicting the operation of Bitcoin Fog that I created --

Q. And do they fairly and accurately --

A. -- with the assistance of a graphic designer.

Q. Do they fairly and accurately summarize the underlying transactions at a high level related to Bitcoin Fog's operation?

A. Yes, ma'am, they do.

MS. PELKER: The Government moves to admit Exhibit 323.

THE COURT: Are you admitting this or is it just a demonstrative?

MS. PELKER: We're admitting this. I believe this

Scholl - DIRECT - By Ms. Pelker

is a summary chart, summarizing the underlying transactions.

THE COURT: Any objection?

MR. EKELAND: Yes, your Honor. We object for the grounds that -- on the grounds that we just discussed before, and I think the Court is aware of them.

THE COURT: I'm not sure. If you can get on the phones.

(Whereupon, the following bench conference was held:)

MR. EKELAND: This goes to Mr. Scholl not being a technical expert in the operation of Bitcoin Fog. I also think it's not complete.

But we object that now we've gone from sort of high-level summary that the Court said it would permit to now, you know, a technical description of the mixer with consolidation outputs and user outputs. And we just think it's crossed the line into impermissible expert testimony.

THE COURT: Ms. Pelker?

MS. PELKER: Your Honor, I think this is very high level. It's a couple circles on a page that's used to describe fund flow into and then out of the mixer.

THE COURT: I do think -- this does strike me as fairly simplistic, actually. But I guess the only question I have is whether there's a basis for introducing this as an exhibit versus just as a demonstrative at this point.

Scholl - DIRECT - By Ms. Pelker

I don't know, Mr. Ekeland, if you want to address that question.

MR. EKELAND: Well, I don't think either.

But if it's going to come in, we just -- you know, it should only be used as a demonstrative, you know.

And the other concern is that -- what it's going to be used as a springboard to talk about. Obviously, Mr. Scholl is going to be talking about this demonstrative. And this looks a lot like the intention here is to discuss the technical inner workings of Bitcoin Fog.

MS. PELKER: Mr. Scholl's report included his discussion of how he validated the cluster, which includes the identification of consolidation addresses and how those funds flowed. That's all the Government's looking to do here. Again, it's very high level.

THE COURT: Yes. I think this is within his expert designation and is appropriate.

I'm going to go ahead and just permit you to publish it as a demonstrative. Maybe you can come back to me if you think there's a basis for an exhibit. But it seems to me it's probably more appropriate as a demonstrative.

MS. PELKER: Yes, your Honor.

(Whereupon, the following proceedings were had in open court:)

Scholl - DIRECT - By Ms. Pelker

THE COURT: You may publish Exhibit 32 to the jury as a demonstrative.

BY MS. PELKER:

Q. Mr. Scholl, can you explain what's shown here on the screen? You should now be able to draw if we've done this correctly.

A. Yes, ma'am. This is a schematic showing the early operation of Bitcoin Fog. On the left, we have a user depositing funds to a gold circle, which represents a Bitcoin Fog deposit address. So when the user logged into their Bitcoin Fog account, the Bitcoin Fog website provided them with a deposit address. Those are labeled gold. Those are colored gold here.

And then there's a large transaction that sweeps four different users' deposit addresses, sending those funds into the consolidation address.

And then subsequently, peel chains would form out of that consolidation address as funds are withdrawn by users. And this happened multiple times.

I would point out to the jury that we've highlighted here in the box in the bottom right -- I can circle it --

Q. You may have to expand the arrow to select one of the drawings, but we can see it.

A. I'm making a box.

Scholl - DIRECT - By Ms. Pelker

THE COURT: You may be able to just draw with your finger.

BY MS. PELKER:

Q. Well, straighter lines than I had, I suppose.

A. We've selected a withdrawal address for User 1. But that's only known to the user and to the Bitcoin Fog service. That isn't known to an investigator looking at all this on the blockchain.

And this is a simplified graphic. In many cases, there would be dozens of user deposit addresses in gold involved in the movement of funds in the consolidation address. These peel chains in real life are considerably longer than just the five peel chain addresses in white that are shown.

And users also could receive withdrawals in multiple transactions instead of a single transaction. This is just a simplified graphic of how the process worked.

Q. Mr. Scholl, I do want to drill into that a bit more.

How many addresses, roughly, are -- would actually be in the group of gold deposit addresses?

A. Dozens of addresses in some cases. Early on, when the -- when Bitcoin Fog was just starting, they were smaller. But as time went on and Bitcoin Fog became more popular, there would be dozens of user withdrawals involved in one transaction where those user withdrawals -- or user

deposits are co-spent and sent to the consolidation address.

THE COURT: I'll remind you to go slow.

BY MS. PELKER:

Q. Then on the right-hand side, where you discuss the peel chains, how many addresses and transactions are actually occurring that underlie this diagram?

A. In some cases, hundreds of addresses.

Q. And so does this chart take that voluminous underlying data and then summarize it in a way that's easier for the jury to understand?

A. Yes, ma'am.

MS. PELKER: Your Honor, the Government would renew its motion to have this admitted as a summary chart.

THE COURT: For now, let's -- it's been published. We can discuss that later.

MS. PELKER: Yes, your Honor.

BY MS. PELKER:

Q. Now, Mr. Scholl, can you walk through on this chart how this would actually play out for User 1 in a transaction? If we can find a way to get the tracing to work. Otherwise, just pointing to the different buttons. So starting with the User 1 deposit.

A. So User 1 creates an account at the Bitcoin Fog website and receives a deposit address for where to send funds.

They create a transaction from their wallet,

Scholl - DIRECT - By Ms. Pelker

sending funds into that deposit address.  Funds can stay in that deposit address for a period of time.

And eventually, a transaction initiated by Bitcoin Fog moves all the funds from the individual user deposit addresses into the consolidation address.

And subsequently, as users schedule withdrawals from the Fog service, they're paid out from these peel chains here.

MS. PELKER:  If we could now clear that off and move to Page 2, please.

BY MS. PELKER:

Q.  Can you explain what's shown here?

A.  This is a similar graphic.  The purpose of this graphic was to explain that the consolidation addresses used by Fog changed over time.  And, yeah, it involved multiple sweeps of deposit funds into those consolidation addresses and multiple peel chains.

Q.  Was this the model that was used by Bitcoin Fog for its early years of operation?

A.  Yes, ma'am.

Q.  Were you able to identify some of Fog's consolidation addresses from that time period?

A.  Yes, ma'am.

Q.  Showing you Exhibit 353-A, which has not yet been admitted, what is 353-A?

Scholl - DIRECT - By Ms. Pelker

A.  This is a list of Bitcoin Fog consolidation addresses from 2011 to 2014.

Q.  Does this accurately list the consolidation addresses summarizing their role in the voluminous underlying transactions?

A.  Yes, ma'am, it does.

MS. PELKER:  The Government moves to admit Exhibit 353-A.

THE COURT:  Any objection?

MR. EKELAND:  Yes, your Honor.  Can we pick up the phone?

(Whereupon, the following bench conference was held:)

MR. EKELAND:  This is hearsay.  And as the Government's own witnesses just have testified, they do not have the Bitcoin Fog servers.  They do not have the Bitcoin Fog ledgers.  They do not have the Bitcoin Fog server logs. So there's no way that the Government can actually validate or verify this information.

And as such, it is purely speculation.  It is hearsay.  And it is impermissible expert opinion.

THE COURT:  Ms. Pelker?

MS. PELKER:  Your Honor, the witness, who is an expert, just testified as to how he reviewed the Bitcoin Fog transactions and identified consolidation addresses.

Scholl - DIRECT - By Ms. Pelker

Consolidation addresses were addressed in both experts' expert reports and explains part of the validation of the Bitcoin Fog cluster because of its pattern of activity regarding these consolidation addresses.

MR. EKELAND: Your Honor, that was before we had definitive testimony from the Government's own investigator and I think from more than one witness in this case that the Government does not have the Bitcoin Fog server, they do not have the Bitcoin Fog ledger and they do not have the Bitcoin Fog server logs. So there is no way that Mr. Scholl can have tested the accuracy of his theory here, and it has no scientific or any kind of empirical basis.

THE COURT: Well, you've been making that point to me now for at least six months. So the notion that this comes to you as a surprise is kind of a remarkable proposition.

But I guess the question I just have is whether the Government has laid a sufficient foundation on this yet. And I don't really know how you want to proceed, if you want me to provisionally admit this and you work back from this. But I do think at some point you need to sort of lay the foundation of sort of where these particular addresses came from.

MS. PELKER: Your Honor, I think either one would work. We can ask a few more additional foundational

Scholl - DIRECT - By Ms. Pelker

questions and then put it in or provisionally admit it and then ask the questions.

THE COURT: Well, I guess to my mind I think we do need a foundation of where these particular addresses came from. So why don't I let you lay more of a foundation.

MS. PELKER: Yes, your Honor.

(Whereupon, the following proceedings were had in open court:)

THE COURT: Proceed.

BY MS. PELKER:

Q. Mr. Scholl, in your review of the Bitcoin Fog transactions, did you identify additional consolidation addresses? Did you identify consolidation addresses?

A. Yes, ma'am.

Q. Ignore what's currently on the screen.

A. Ignoring what's on the screen. Yes, ma'am.

Q. Can you explain how you were able to identify those consolidation addresses?

A. I was able to identify those consolidation addresses by analyzing the transactions into the Bitcoin Fog cluster.

Q. And what -- can you give a bit more detail about what about those transactions allowed you to pick out consolidation addresses?

A. I could look at deposits, so the first transaction into the cluster, and then see a large transaction sweeping those

Scholl - DIRECT - By Ms. Pelker

deposits into the consolidation address.

I could review that address on the Bitcoin Fog blockchain and see that it was stopped being used at a certain point in time, and then I would go and look for new deposits into the Bitcoin Fog cluster after that first consolidation address was no longer being used and observe that they got swept to a different address and that that pattern happened over and over and over again of a deposit comes in, a large transaction sweeping multiple user deposits goes to the same address over and over again for a period of time.

Subsequently, that address stops being used and I go back and look for more deposits coming into the cluster and see where they're swept to and verify that behavior over and over again.

MS. PELKER: If we could pull back up Exhibit 323 and go to that second page that's shown there.

BY MS. PELKER:

Q. Can you explain that using the kind of grayed-out consolidation address and then the new consolidation address as an example?

A. Yeah. So --

MR. BROWN: If we could publish this. 323, which has been published as a demonstrative to the jury.

THE COURTROOM DEPUTY: Got it.

Scholl - DIRECT - By Ms. Pelker

BY MS. PELKER:

Q. If you can explain that with the grayed-out portion and then the not-grayed-out portion as an example.

A. Sure. So initially, there was one consolidation address at Bitcoin Fog. That address started with 1YZ -- YZ -- I'm not going to -- it's on the graphic. 1YZJKA.

And when a deposit came into the Bitcoin Fog cluster, it was subsequently combined into one large transaction with all -- a bunch of other user deposits and sent to 1YZJKA.

And then another series of user deposits happens, like this happens over time. This user makes a deposit this day and another user makes a different deposit the other day. And the deposit addresses are collecting funds.

Eventually, those funds are swept in one transaction into the same address, 1YZJKA. That address was used for a period of time.

And looking at the blockchain, there was a time when 1YZJKA no longer had activity. So I went back and started looking at where new deposits coming into Fog were going and I identified new deposit addresses at Fog and observed on the blockchain where the transactions that swept these user deposits into the new consolidation address.

I observed that the same consolidation address was used multiple times again for a period of time where

Scholl - DIRECT - By Ms. Pelker

multiple user deposits were swept into a single address.

MR. EKELAND:  Your Honor, may we talk on the phones for a moment?

(Whereupon, the following bench conference was held:)

MR. EKELAND:  So, your Honor, I'm told that the only time that Mr. Scholl mentions consolidation addresses is once in his report, and it doesn't go into anywhere near the level of detail I'm hearing from him on the stand.

I haven't looked at this.  I just got handed this note.  He also refers to the consolidation address as very likely as Bitcoin Fog.  So this seems to be, if I'm being informed correctly, expert testimony that wasn't noticed in this level of detail.

THE COURT:  All right.  Ms. Pelker?

MS. PELKER:  Your Honor, I think defense counsel just said that consolidation addresses were discussed in the report.  There's also in the report a discussion of Bitcoin Fog validation.  We also -- the Court asked the witness to provide additional detail, and that's what he is now attempting to do here to explain how he identified those consolidation addresses.  That's all he's seeking to do.

THE COURT:  I'm going to allow it.  So you can proceed.

(Whereupon, the following proceedings were had in

Scholl - DIRECT - By Ms. Pelker

open court:)

BY MS. PELKER:

Q. Mr. Scholl, as you were observing these patterns and doing additional tracing, did you identify a list of specific consolidation addresses that were used over time?

A. Yes, ma'am, I did.

Q. And were you able to identify those consolidation addresses using the sort of tracing and observing patterns that you just testified to?

A. Yes, ma'am, I was.

MS. PELKER: The Government now moves to admit Exhibit 353-A.

THE COURT: Exhibit 353-A is admitted and may be published to the jury.

(Whereupon, Government's Exhibit No. 353-A was entered into evidence.)

BY MS. PELKER:

Q. Mr. Scholl, can you explain what is shown here?

A. This is a list of Bitcoin Fog consolidation addresses that were used in the time period of 2011 to 2014.

Q. And can you explain again just generally how you were able to identify and verify these consolidation addresses?

A. I was able to review on the Bitcoin blockchain deposits being swept into each of these addresses consistently, multiple transactions over a period of time. Then one

address would stop being used.

So the first one was 1YZJKA. After that address was no longer being used in the Bitcoin blockchain, I went back and looked for new deposits into the Bitcoin Fog cluster and observed where they were being swept to. Each of these addresses had multiple transactions that matched the same pattern that I've described.

Q. Did this use of consolidation addresses help you to validate the Bitcoin Fog cluster as a whole?

A. Yes, ma'am.

Q. Why was that?

A. It was consistent with Akemashite Omedetou's own description of how Bitcoin Fog operated.

Q. Now, did Bitcoin Fog's consolidation address model change over time?

A. Yes, ma'am, it did.

Q. And how was that?

A. In 2014, the internal mixing service became much more complicated.

MS. PELKER: If we could go back to 323 and go to the next slide.

BY MS. PELKER:

Q. Can you explain what's shown here?

A. Yes, ma'am. This is a slide depicting the later operation of Bitcoin Fog.

Q. And just generally, without getting into too in the weeds on any of the technical details, can you explain what's happening?

A. Yes, ma'am. Funds were no longer swept to a singular consolidation address. Instead, they were sent to many different addresses, and funds were combined in different ways.

This was actually looking at one of -- this is a simplified version, looking at the FBI undercover transaction.

Q. Did you review posts on Bitcoin Talk made by Akemashite Omedetou?

A. Yes, ma'am, I did.

Q. And what was Bitcoin Talk?

A. Bitcoin Talk was a forum for discussing anything and everything about Bitcoin.

Q. What was the significance of Bitcoin Talk back in 2011?

A. It was the primary place where people on the internet discussed Bitcoin.

Q. Are you familiar with the process for creating a Bitcoin Talk account?

A. Yes, ma'am, I am.

Q. Can you describe it generally?

A. It's like creating an account on any online forum. You go there. You go to the website and create a username for

yourself. And then you pick a password, verify the password. You provide an email address.

Q. How long does the process take?

A. Just a couple of minutes.

Q. Has your review of Akemashite Omedetou's posts informed your understanding of Bitcoin Fog's operation?

A. Yes, ma'am.

Q. Before we pull up the posts, do people sometimes make mistakes using mixers that might allow -- that can allow law enforcement to trace their transactions?

A. Yes, ma'am.

Q. And again, without getting into anything sensitive, can you explain generally what that might be?

A. Just making mistakes with how they're handling funds coming in and out. For example, they could withdraw funds to the same address they sent them from, which would make an obvious connection. And then there's more layers of sophistication from that.

They could withdraw to an address that subsequently co-spends with the address they sent into the Fog from. That would also allow law enforcement to make a connection.

Q. Did Akemashite advertise Bitcoin Fog as designed for avoiding that sort of analysis?

A. Yes, ma'am.

Scholl - DIRECT - By Ms. Pelker

Q. And did Akemashite specifically warn people to avoid making those particular types of mistakes that could allow them to be caught by the authorities?

A. Yes, ma'am.

MS. PELKER: If we could pull up Exhibit 1 and go to Page 2.

BY MS. PELKER:

Q. Could you read the third paragraph from the bottom, starting with "Another thing to consider," and you can stop about halfway through after "pretty obvious."

A. "Another thing to consider is the amount of your withdrawal. If you transfer 1.382 to us and the next day you withdraw about 1.38 Bitcoins to another account, those amounts will be visible in the blockchain. And unless there were ten other people that day that also withdrew just 1.38 Bitcoins, the link between your deposit and your withdrawal will be pretty obvious.

"You will still have plausible deniability since nobody else has access to our servers and can actually prove that those Bitcoins came from your account, but the link will be found nevertheless."

Q. What is Akemashite describing in the first portion of this paragraph?

A. He's describing a behavior where you deposit a specific amount of funds and then withdraw a very similar amount of

Scholl - DIRECT - By Ms. Pelker

funds subsequently, and describing how that would allow an investigator to see this very specific amount coming in and this very specific amount going out. They're probably related.

Q. What does he mean by "you will still have plausible deniability"?

A. He means that there won't be a record on the blockchain showing that funds are connected in this way and that the Bitcoin Fog service logs would be the only record.

MS. PELKER: If we could go now to post No. 24 on Page 13. And scrolling down a bit.

BY MS. PELKER:

Q. Can you describe generally what's shown here? Just who is it a post by?

A. It's a post by Akemashite Omedetou.

Q. And can you read just the last -- after it says, "Casascius, your idea sounds interesting," could you read from there to the bottom of the page?

A. "I don't know about implementing the whole thing you have described. But the idea of having only one payout/transaction every week and combining all deposits and payouts in it is definitely worth something. It eliminates all sorts of timing analysis as long as there are enough users every week."

Q. What does Akemashite Omedetou mean by "eliminate timing

Scholl - DIRECT - By Ms. Pelker

analysis"?

A. He means that, again, using certain amounts of specific values and the frequency or the time between deposit and withdrawal, an investigator might be able to draw conclusions about linking a withdrawal to a deposit.

But if they just batched all of their withdrawals in one large transaction every week, there would be no timing analysis. You wouldn't be able to say, Oh, it was close in time to this one, because all the transactions happened -- all the withdrawals happened at the same time.

MS. PELKER: If we could move down to this next page.

BY MS. PELKER:

Q. Could you read under the large block quotes starting with "However"? So about a paragraph --

A. Yeah. I see it.

Q. -- "However, I don't see."

A. "However, I don't see that it does much for anonymization since the fact that the money came from our service will be visible anyways. As of now, all payouts are mostly done from the same address. An analysis of precision does not do much for identifying the deposit associated with this withdrawal, since they are all randomized. Or am I missing something?"

Q. What does he mean by "the fact that the money -- the

Scholl - DIRECT - By Ms. Pelker

fact the money came from our service will be visible"?

A. He's speculating that people will --

MR. EKELAND: Objection, your Honor. Can we speak on the phone?

(Whereupon, the following bench conference was held:)

MR. EKELAND: It's just the gender issue again.

MS. PELKER: I apologize. I've grown very accustomed to referring to him as a he. I apologize.

THE COURT: I understand. Let's going forward do your best.

Thank you.

(Whereupon, the following proceedings were had in open court:)

BY MS. PELKER:

Q. What do they mean when they're talking about "the fact that the money came from our service will be visible"?

A. He means that an investigator, law enforcement, will be able to determine addresses that belong to Bitcoin Fog.

MS. PELKER: If we could now go to Page 36 and the section above the last text box. If we scroll down. Thank you.

BY MS. PELKER:

Q. Could you read the section starting with "We are working."

Scholl - DIRECT - By Ms. Pelker

A. "We are working on some schemes to really have a lot of addresses and make it look like we are inputting and outputting funds out of the system and back in, when in reality those will be just obfuscation transactions between our own addresses. The problem with that is how make our addresses really look like they are external. There are some ways, but none we know of are bulletproof."

Q. What are they talking about here?

A. They're talking about implementing new obfuscation techniques. They're talking about creating fake withdrawals.

MS. PELKER: If we could go to post No. 56 on Page 40.

BY MS. PELKER:

Q. Is this another post by Akemashite Omedetou?

A. Yes, ma'am.

Q. Can you read the sentence starting with "We are now working"?

A. "We are now working on a solution that is going to warn a user if he/she is withdrawing larger amounts per address than what should be safe considering current money flow (sum over a couple of days). It should be ready soon."

Q. What is Akemashite describing there?

A. He's describing another feature that he's implementing in Bitcoin Fog that's intended to alert a user if they were

Scholl - DIRECT - By Ms. Pelker

sending too many funds through Bitcoin Fog, which could make their withdrawals obvious to law enforcement.

Q. Turning now to Page 46 -- apologies -- 42. This is a longer post. But could you read the first paragraph?

A. Yes, ma'am. "We have been thinking about whether it is safe to reveal such information, but it seems that revealing an average total throughput wouldn't hurt too much. As of right now, February 2012, we have on average somewhat over 150 to 200 Bitcoin going through the system per day, some days more, some days less.

"We will not reveal the number of transactions at this time, as that would aid an analyzer in distinguishing real payouts from our internal transfers we make to obfuscate the money flow."

Q. Why would the Bitcoin Fog operator be reluctant to reveal additional information about Fog's activity?

A. Any additional information could be used to identify what's going on in the service.

Q. Moving to the second paragraph, no need to read all of it. But what does Akemashite generally describe there?

A. He's describing --

MR. EKELAND: Objection, your Honor. Can we speak on the phone?

(Whereupon, the following bench conference was held:)

MR. EKELAND: Again, your Honor, there's nothing in evidence that establishes that Akemashite Omedetou is a male. And there's a core foundational issue here because the Government is, of course, claiming that Mr. Sterlingov is Akemashite Omedetou.

But as the Court I think just heard from Mr. Rovensky's testimony, they just don't have a foundation for that. And I think perhaps we need some kind of foundation or some kind of evidence for referring to Akemashite Omedetou as a male, because it could be a female or some other gender. And I think this is highly prejudicial to Mr. Sterlingov.

THE COURT: Well, are you asking, though, that counsel confer with the witness? Because this is the witness who's doing it. The witness has no idea what we're talking about here.

So are you asking that during a break she confer with the witness and just ask him to avoid that going forward?

MR. EKELAND: Or if the Court could just instruct the witness that the gender of Akemashite Omedetou is not in evidence and to use a gender-neutral pronoun for reference to that.

THE COURT: I'm not inclined to get involved myself on weighing in on the evidence one way or the other

Scholl - DIRECT - By Ms. Pelker

because I think the Government would say there is evidence at this point that it is a he.

I also will say that people -- this may be an unfortunate aspect of our culture -- but people often do use "he" in a nongendered way. I certainly have -- in written opinions, I try to switch between "he" and "she" when I do this in opinions. But it's not an uncommon thing to use "he" at times when one is uncertain about the gender. I think you're welcome to ask about this on cross. And if you'd like the Government counsel during a break to have a conversation with the witness privately about this, I have no problem with that whatsoever.

MR. EKELAND: If the conversation is purely limited to that, then the defense is okay with it. But we would also just at some point like to hear from -- have the Government put on the record what the basis is for tying Mr. Sterlingov to Akemashite Omedetou, because we just don't see it.

THE COURT: "He" is at most tying this thing to half the population of the world. So it's hardly as prejudicial as you are suggesting. In any event, as I said, I think "he" is also used in a nongendered way at times. So I don't see it as prejudicial as you do.

But I think Ms. Pelker is doing her best to address your concerns. But the only other way to address

your concerns is for her to have a conversation with the witness, just ask him to do the same, which, as I said, I'm happy to have them do during a break.

MR. EKELAND: Okay. We'd like them to do that, then, just if it's limited to that, during the break.

THE COURT: Okay.

MS. PELKER: Your Honor, Mr. Brown has just reminded me that all of the identifiers for the fictitious accounts were male names. So while the Government does submit that we have more than -- that we have put forth evidence that this is Mr. Sterlingov, at a minimum all of the identities associated with Akemashite Omedetou are men.

THE COURT: What are those names?

MS. PELKER: Vasily Kunnikov and the Greek name that I am currently now blanking on. But another male name.

THE COURT: That's a fair point. So obviously, that reduces a lot of the concern.

MR. EKELAND: Your Honor, the Government is maintaining that those are not real names. So I don't necessarily agree with the Court on that. But I think our objection and point has been made.

THE COURT: Okay.

(Whereupon, the following proceedings were had in open court:)

THE COURT: You may proceed.

Scholl - DIRECT - By Ms. Pelker

BY MS. PELKER:

Q. And now moving to the second paragraph, what does he describe generally there?

A. Generally, Akemashite is describing that he has implemented such a warning system to warn users if they're withdrawing too much funds, that would be able to be analyzed by law enforcement.

To give maybe an example -- and these are simple numbers -- but if Bitcoin Fog only had 100 Bitcoin in it and you then made a deposit of 200 Bitcoin and then tried to withdraw 198 Bitcoin, it would be very obvious that the person that input the 200 Bitcoin would be the person who just withdrew 198 Bitcoin.

It gets -- the analysis gets more complicated than that. But that's kind of what he's saying here, that you can break the amount of anonymity provided by a mixer by inundating the mixer with too much money or withdrawing too much at a particular time.

Q. Turning now to Page 47, in the second paragraph, what is Akemashite describing generally in this post?

A. He's describing another technique for making analysis of what's going on inside Bitcoin Fog more difficult that involves reusing addresses.

Q. Can you read starting with "This seems to help" in the middle of that second paragraph?

Scholl - DIRECT - By Ms. Pelker

A.   Yes, ma'am.  "This seems to help obscuring the origins of the Bitcoins.  Even if authorities would find one of your deposit addresses, they won't even be sure that all of the deposits to that address were made by you."

Q.   Who is Akemashite Omedetou saying that he's trying to help Bitcoin Fog users evade?

A.   Authorities, ma'am.

Q.   Turning to Page 58, could you read the paragraph under the box starting with "I imagine that by now."

A.   "I imagine that by now, someone somewhere has sniffed enough information about Fog addresses for being able to tell when a transaction goes in or out of the Fog.  For a deposit transaction, this is harder, since an address can be completely new and unseen on the network, but it would be possible to make that connection afterwards."

Q.   And what is Akemashite Omedetou saying here about the Bitcoin Fog cluster?

A.   He's saying that someone somewhere would be able to figure out the addresses controlled by Bitcoin Fog, the addresses in the Bitcoin Fog cluster.

Q.   Can you read from the final paragraph of this post at the top of the next page, starting with -- actually, scrolling back up, "If someone sees two transactions."

A.   Sorry.  Can you repeat that, ma'am?

MS. PELKER:  If we could do a search for "If

Scholl - DIRECT - By Ms. Pelker

someone sees."

BY MS. PELKER:

Q. The final paragraph --

A. I see it. I have it.

Q. Yes.

A. How much would you like me to read?

Q. From there through the end of the paragraph.

A. Yes, ma'am. "If someone sees two transactions in and out of the Fog, approximately for the same amount at the same time, there the connection can be made as well. It is still difficult and they couldn't prove it was your transaction without finding us anyway, but the simple truth is that timing gives a lot of information. Of course, in some way, we already combat this by having the lowest withdrawal time period of six hours, which, given the current deposit rate at around 10X per hour gives enough obscurity for small deposits."

Q. What is Akemashite saying there?

A. He's saying that this statistical analysis can be done and that this six-hour withdrawal time provides some amount of security for small deposits.

THE COURT REPORTER: Did you say security or obscurity?

THE WITNESS: I'm not sure which I actually said. But yeah. The six hours provides obscurity for small

deposits.

BY MS. PELKER:

Q. Did Akemashite generally succeed in preventing law enforcement from readily linking deposits to withdrawals through Bitcoin Fog?

A. Yes, ma'am.

Q. Were the descriptions that you've just read and others set out by Akemashite generally consistent with the activity that you observed in the Bitcoin Fog addresses?

A. Yes, ma'am.

MS. PELKER: Your Honor, we can go to the next section or we can take a break. I wasn't sure what your Honor's plan was for breaks for the afternoon.

THE COURT: So if we can go for maybe another 15 minutes before we break. That might break the afternoon up more evenly then.

MS. PELKER: Yes, your Honor.

BY MS. PELKER:

Q. Mr. Scholl, we spoke about clustering earlier. In your work, do you often have to determine what addresses are controlled by a particular entity?

A. Yes, ma'am.

Q. And now I'm showing you what has not yet been admitted as Exhibit 326, the list of Bitcoin Fog addresses. 326.

Mr. Scholl, what is this?

A.  This is a list of all of the addresses that were contained within the Chainalysis Reactor Bitcoin Fog cluster, a list of all the addresses attributed by Chainalysis to belong to Bitcoin Fog.

Q.  Scrolling from the top all the way down to the bottom -- maybe not scrolling, but maybe just dragging -- how many addresses are listed here in total?

A.  There's 925,744 rows.  I think there's a header.  So 925,743 addresses.

Q.  And is this a fair and accurate depiction or copy of the addresses that are included in the Bitcoin Fog cluster that you used for your analysis?

A.  Yes, ma'am.

MS. PELKER:  The Government moves to admit Exhibit 326.

THE COURT:  Any objection?

MR. EKELAND:  Yes, your Honor.  If we could pick up the phone.

(Whereupon, the following bench conference was held:)

MR. EKELAND:  So we're going to object on, A, lack of foundation.

B, this is all hearsay.

And, three, 702 grounds, as we previously said, argued in our *Daubert* motions.

Scholl - DIRECT - By Ms. Pelker

But also, just in terms of the foundation that Mr. Scholl doesn't have the requisite knowledge of the operation or the source code or anything in relation to Chainalysis Reactor to be able to accurately say that this cluster -- this list of clusters is accurate.

THE COURT: Ms. Pelker?

MS. PELKER: I think that we went through this at length in the *Daubert* hearing, your Honor, that Mr. Scholl does not need to have an in-depth understanding of the Chainalysis source code or its engineering to be able to testify to his opinions that are based on that data. And this is the list of addresses that he has used in his analysis. That's all we're saying.

MR. EKELAND: Your Honor, it's being offered as the list of Bitcoin Fog addresses, the Bitcoin Fog cluster. This was a core issue at the *Daubert* hearing. This was what we challenged Elizabeth Bisbee on.

And Mr. Scholl is not the witness to be able to bring in -- he doesn't have expertise on the accuracy of the Chainalysis Reactor software, which, of course, the Court is sick of hearing from us now, has no known verified error rates, no independent model validation and everything else we raised in the *Daubert*.

If this cluster is going to come in at all, it should be coming in through Elizabeth Bisbee.

Scholl - DIRECT - By Ms. Pelker

THE COURT: Is Ms. Bisbee going to testify to this as well?

MS. PELKER: Yes, your Honor. She will offer -- there's 326-A, which is the same list of addresses, just formatted differently.

For whatever it's worth, Mr. Scholl will testify about the flow of funds between Bitcoin Fog and others. The consolidation addresses that he identified are here within this cluster address list. He'll testify to different tracings that he did to addresses that are specifically within this list of addresses in the Bitcoin Fog cluster.

We think it's entirely appropriate for him to bring in and admit these addresses. We're actually not planning to necessarily admit the full list of addresses for all of the other clusters. We don't think that that's necessary.

But Mr. Scholl, as with a large part of his expert report, will testify to flow of funds between Bitcoin Fog, these addresses and various darknet markets. That was the subject of extensive testimony at the *Daubert* hearing for Mr. Scholl.

MR. EKELAND: Your Honor --

THE COURT: Okay.

MR. EKELAND: -- there's 925,000 addresses here. And I don't take the Government to be saying that Mr. Scholl

traced through 925,000 addresses.

To the extent that Mr. Scholl is going to testify about addresses that he traced to, then we should address that as that comes up.

But just admitting bulk 925,000 addresses that have been supposedly properly clustered by Chainalysis Reactor, it lacks foundation. It's hearsay. It's a 702 problem. And he's not even the witness to do it through.

THE COURT: I remain puzzled by the hearsay objection.

But with respect to the foundation, I guess the question I have is whether Ms. Bisbee will be in a better position to testify with respect to Reactor and how Reactor works and whether I should provisionally admit this now for purposes of his testimony but then let you come back to it with Ms. Bisbee, who can lay more of a foundation with respect to Reactor and how Reactor works.

MS. PELKER: We certainly -- we can do that, your Honor.

I do think that it's appropriately admitted through Mr. Scholl to the extent that he is going to testify about his use of these addresses.

But as long as this isn't curtailing that testimony, that's fine.

THE COURT: Yes. I think it makes sense. The

Scholl - DIRECT - By Ms. Pelker

main thing is I think that there ought to be a witness where Mr. Ekeland is going to be able to cross-examine that witness with the heuristics that I directed be provided and have some understanding of how Reactor works. And I take it that it's probably more likely Ms. Bisbee than Mr. Scholl who can testify as to that.

MS. PELKER: I think that is right, your Honor.

I will say, though, that Mr. Ekeland -- and I'm sure that he will get up and cross-examine Mr. Scholl as to -- I'm sure Mr. Ekeland will point out a particular address and ask how Mr. Scholl knows this particular address is included in the cluster.

That's going to be a big line of cross. But I think that's appropriately dealt with on cross.

THE COURT: Well, I'm going to go ahead and I'll provisionally admit the exhibit with the understanding that you're going to come back to it with Ms. Bisbee and lay more of a foundation with respect to how Reactor actually works with Ms. Bisbee.

MS. PELKER: Yes, your Honor.

THE COURT: Okay.

(Whereupon, the following proceedings were had in open court:)

THE COURT: 326 is provisionally admitted and may be published to the jury.

Scholl - DIRECT - By Ms. Pelker

(Whereupon, Government's Exhibit No. 326 was entered into evidence.)

BY MS. PELKER:

Q.  Mr. Scholl, could you explain how you determined that these addresses were clustered as Bitcoin Fog?

A.  It's pretty simple.  In the Chainalysis Reactor tool, I can review all of the addresses assigned to a cluster.

Q.  And why start with Chainalysis?

A.  It's a tool that I rely on frequently in my work and I found it to be very reliable.

Q.  And did you use any other tools here in validating the Bitcoin Fog cluster of addresses?

A.  Yes, ma'am.  I consulted TRM Labs' blockchain analysis tool for significant addresses in this case.

Q.  And what did that yield?

A.  TRM Labs corroborated each of those attributions in Chainalysis.  TRM corroborated those addresses as belonging to Bitcoin Fog.

Q.  And did the consolidation addresses that you testified to earlier also appear in this list?

A.  Yes, ma'am.

Q.  How did your study of the behavior of Bitcoin Fog help you to validate the addresses that it controlled?  In a nontechnical way.

A.  Can you ask the question again, please, ma'am?

Scholl - DIRECT - By Ms. Pelker

Q.  How did your study of the behavior of Bitcoin Fog and its transactions and consolidation addresses help you to validate the addresses that it controlled?

A.  Yeah.  By analyzing the behavior with the consolidation addresses and the user deposits being swept there and peel chains forming, I could check my own work and confirm that those addresses were in the Bitcoin Fog cluster.  And it was consistent with the description of Akemashite Omedetou of how the service operated.

Q.  And in your work, did you have additional occasions to validate specific addresses within the Bitcoin Fog cluster?

A.  Yes, ma'am, I did.  I reviewed undercover transactions made by IRS-CI and the FBI.

Q.  Now, what did that review of undercover transactions involve?

A.  It involved reviewing the documentation provided for those transactions and confirming that the deposit addresses and the addresses used to withdraw funds in those undercover transactions, which the Government knows belong to Bitcoin Fog based on the undercover transactions, were clustered appropriately.  There's a graphic explaining this in more detail.

Q.  Before we go to the undercover transaction graphic, can you explain, was this Bitcoin Fog list of addresses something that you or Chainalysis created for this case or

Scholl - DIRECT - By Ms. Pelker

did it already exist?

A. It already existed.

Q. And does Chainalysis -- why did it already exist?

A. This is work that Chainalysis would have done in the course of its normal business. Chainalysis is in the business of identifying cryptocurrency addresses and grouping them into clusters.

Q. And does it just cluster Bitcoin Fog or does it have other clusters?

A. No. It has thousands of entities.

Q. Does that include some of the exchange clusters that you testified to earlier?

A. Yes, ma'am, it does.

Q. Does it also include clusters for various darknet markets and other services?

A. Yes, ma'am, it does.

Q. And in your work, have you found those clusters and the attribution to generally be reliable?

MR. EKELAND: Objection, your Honor. This is cumulative.

THE COURT: Overruled.

THE WITNESS: Can you ask the question again, ma'am?

BY MS. PELKER:

Q. In your work, have you found that clustering an

Scholl - DIRECT - By Ms. Pelker

attribution to generally be reliable?

A. Yes, ma'am. I found it very reliable.

Q. Turning back to the undercover transactions, did you make a chart that was summarizing those transactions that you reviewed?

A. Yes, ma'am, I did.

MS. PELKER: If we could pull up Exhibit 322, which has not yet been admitted.

Your Honor, I believe it will be fairly quick and then we can take our break.

THE COURT: Okay.

BY MS. PELKER:

Q. Showing you Exhibit 322, does this accurately -- fairly and accurately summarize the undercover transactions that you reviewed?

A. Yes, ma'am.

MS. PELKER: The Government moves to admit Exhibit 322 as a summary.

THE COURT: Any objection?

MR. EKELAND: Just hearsay.

THE COURT: Overruled.

You may -- Exhibit 322 is admitted and may be published to the jury.

(Whereupon, Government's Exhibit No. 322 was entered into evidence.)

Scholl - DIRECT - By Ms. Pelker

BY MS. PELKER:

Q. Now, Mr. Scholl, using this chart, can you walk the jury through how the FBI undercover transactions moved -- transaction moved?

A. Yes, ma'am. First, I would describe that there's two boxes on this graphic. The blue box on the outside is addresses known to belong to Bitcoin Fog based on the undercover transactions. And the red box is addresses that were in the Chainalysis Bitcoin Fog cluster.

On top is the FBI undercover transaction. The FBI undercover visited the Bitcoin Fog website, received a deposit address and sent funds to that deposit address.

Based on the fact that Bitcoin Fog provided that address to the undercover for the deposit to the Fog, the Government knows that that address belongs to Bitcoin Fog.

You'll see that that address was in the Bitcoin Fog cluster properly attributed by Chainalysis.

Subsequently, the FBI undercover scheduled withdrawals from Bitcoin Fog and received payments to the address that they withdrew funds to. So the Government knows that those two addresses sending funds to the undercover withdrawal address also belonged to Bitcoin Fog and both of those addresses were appropriately attributed to Bitcoin Fog by Chainalysis.

Q. Now directing your attention below that to the IRS

undercover, was this one of the transactions that Mr. Price testified about last week?

A. Yes, ma'am, it was.

Q. Can you walk us through this transaction?

A. Yes, ma'am. In a similar fashion, the IRS undercover received a deposit address from Bitcoin Fog and sent funds there.

That address was obviously known at that point to belong to Bitcoin Fog by the Government and it was appropriately clustered in the Bitcoin Fog cluster.

Then a withdrawal occurred. That address that sent the funds to the withdrawal address to at the bottom right is known to the Government to belong to Bitcoin Fog. But it was not in Chainalysis's Bitcoin Fog cluster.

Q. How did this tracing help you to validate or verify the Chainalysis cluster?

A. So in this case -- I'm going to use the -- bear with me. This is the only address that wasn't attributed to Bitcoin Fog. But importantly, Chainalysis did not attribute this cluster -- this address to any entity. Chainalysis just says essentially, We don't know who controls this. Chainalysis clustering is conservative in that way.

This is a small number of examples here, but this behavior -- this result is consistent with my experience in Chainalysis, using Chainalysis, which is all of the

addresses here that Chainalysis did say belonged to the Bitcoin Fog cluster were in fact known to the Government to belong to Bitcoin Fog; that is, the red box is totally inside of the blue box.

And the green circle here, Withdrawal Address 3, was not clustered as Bitcoin Fog even though the Government knows that it is. Chainalysis didn't have the level of confidence in order to assign it to its conservative cluster of Bitcoin Fog addresses.

Notably, this address was adjacent to Bitcoin Fog, so funds came out of Bitcoin Fog, went to the circled address, and so it's consistent with a Bitcoin Fog address, just not clusters by Chainalysis. Chainalysis is conservative.

Q. If you didn't have all of the undercover records from FBI and IRS, would you have been able to trace these transactions through Bitcoin Fog?

A. No, ma'am, I would not.

Q. So if you were investigating a darknet drug dealer and the dealer sent their money into Fog in this way, would you be able to trace their money through?

A. No, ma'am, I wouldn't have.

MS. PELKER: Your Honor, this is a good time to take a break.

THE COURT: Let's take our afternoon break. Why

Scholl - DIRECT - By Ms. Pelker

don't we come back at 3:15.

Don't discuss the case even amongst yourselves. Don't conduct any research. I'll see you back here in a little over 20 minutes.

THE COURTROOM DEPUTY: All rise.

(Whereupon, the jury exited the courtroom at 2:52 p.m. and the following proceedings were had:)

THE COURT: You can take your break as well.

THE WITNESS: Yes, sir.

MS. PELKER: Your Honor, one point. It might be easier to do it on the record with the witness.

THE COURT: Oh, yes.

MS. PELKER: Did defense counsel want me to confer with the witness? Perhaps the Court --

THE COURT: Do you want to do that right now with all of us listening?

MR. EKELAND: Just for the limited purpose.

THE COURT: I can just do it as well.

So you don't hear the objections that are being raised.

THE WITNESS: No.

THE COURT: But one of the concerns that the defense raised was referring to Akemashite as "he." And I'd ask you to try to use gender-neutral language.

THE WITNESS: I understand.

Scholl - DIRECT - By Ms. Pelker

MS. PELKER:  For the record, the Government is not conceding that we have not put forth sufficient evidence.

THE COURT:  Right.

MS. PELKER:  We just -- for the sake of efficiency of time, we can use the gender-neutral pronoun.

THE COURT:  Yes.  Okay.  Fair enough.

Anything else to address before we adjourn?

MS. PELKER:  No, your Honor.

MR. EKELAND:  No, your Honor.

THE COURT:  So coming back to this issue about the conditional admission, I just think that Ms. Bisbee should be prepared to address Reactor and the heuristics and how the different heuristics work.

MS. PELKER:  Yes, your Honor.

THE COURT:  Thank you.

THE COURTROOM DEPUTY:  Court is in recess.

(Thereupon a recess was taken, after which the following proceedings were had:)

THE COURT:  The witness can come back up.

(The witness retakes the witness stand.)

THE COURT:  Ready to get the jury?

Let's get the jury.

THE COURTROOM DEPUTY:  All rise.

(Whereupon, the jury entered the courtroom at 3:23 p.m. and the following proceedings were had:)

Scholl - DIRECT - By Ms. Pelker

THE COURTROOM DEPUTY: The jury is present.

You may be seated and come to order.

THE COURT: All right. You may continue when you're ready.

MS. PELKER: Thank you, your Honor.

BY MS. PELKER:

Q. Mr. Scholl, in doing your review, did you do a macro-level analysis of the transactions in the Bitcoin Fog cluster?

A. Yes, ma'am, I did.

Q. Did that involve reviewing in the aggregate thousands of transactions associated with Bitcoin Fog?

A. Yes, ma'am.

Q. Did you assist with preparing a chart summarizing your findings?

A. Yes, ma'am, I did.

Q. I'd like to direct your attention to Exhibit 308, which has not yet been admitted.

Mr. Scholl, does this accurately summarize the figures from your review of the Bitcoin Fog cluster?

A. Yes, ma'am, it does.

MS. PELKER: The Government moves to admit Exhibit 308 as a summary.

THE COURT: Any objection?

MR. EKELAND: Yes, your Honor. Hearsay and 702.

Scholl - DIRECT - By Ms. Pelker

THE COURT: Exhibit 308 is admitted and may be published to the jury.

(Whereupon, Government's Exhibit No. 308 was entered into evidence.)

BY MS. PELKER:

Q. Mr. Scholl, can you walk us through these figures on this chart?

A. Yes, ma'am. Number of addresses in the blockchain Fog cluster: 925,743.

Q. Just pausing there, that's the same number of addresses on that large spreadsheet that we were just looking at?

A. That's correct.

Q. Okay. How many deposits had the Bitcoin Fog cluster received?

A. 521,042.

Q. And how about -- how many Bitcoin in total were received?

A. Approximately 1,284,251 Bitcoins.

Q. And did you calculate the value of that Bitcoin at the time the funds were received?

A. Yes, ma'am.

Q. How much was that?

A. $395.5 million, approximately.

Q. How many withdrawals occurred from the Bitcoin Fog cluster?

A.   692,224.

Q.   Why are there more withdrawals than deposits?

A.   Generally, users can withdraw funds in multiple withdrawals that they made in a deposit -- in a single deposit.

Q.   How many Bitcoin were sent in those withdrawals?

A.   Approximately 1,280,935 Bitcoin.

Q.   How much was that worth at the time in U.S. dollars?

A.   Approximately $402.8 million.

Q.   When was the last -- what -- around what time period did you do this review and analysis?

A.   In 2022.

Q.   Now, what was the last withdrawal from Bitcoin Fog?

A.   The last withdrawal occurred on April 29, 2021.

Q.   Was that date significant in this investigation?

A.   Yes, ma'am.  It was approximately two days after Mr. Sterlingov's arrest.

Q.   Have there been additional deposits into the Bitcoin Fog cluster after that date?

A.   Yes, ma'am, there have been.

Q.   Now, can you explain the significance of why there have been deposits but not withdrawals?

         MR. EKELAND:  Objection.

         THE COURT:  What's the objection?

         MR. EKELAND:  Vague and ambiguous as to

Scholl - DIRECT - By Ms. Pelker

significance. It's leading.

THE COURT: Overruled.

THE WITNESS: Again, just in that example, just like in that example with Bob and Alice, Alice's wallet doesn't have to be online. Anyone can send funds to a Bitcoin address.

So I don't know why people were sending funds after the service was no longer operating. But there are small deposits that occurred after April 29th, 2021.

BY MS. PELKER:

Q. And why is the withdrawal -- why is the withdrawal timing that's significant --

THE COURT REPORTER: I'm sorry. Could you please start that question again.

BY MS. PELKER:

Q. Why is it the withdrawal timing, then, that is significant to you for your review?

MR. EKELAND: Objection.

THE COURT: Overruled.

MR. EKELAND: Asked and answered.

THE COURT: I'm sorry?

MR. EKELAND: I just said asked and answered.

THE COURT: Overruled.

THE WITNESS: The withdrawal time is significant because that's the last time essentially Bitcoin Fog was

operating, that a transaction on the blockchain associated with Bitcoin Fog occurred or created by Bitcoin Fog occurred.

BY MS. PELKER:

Q.  Now, with this volume of activity shown here on this address -- on --

MR. EKELAND:  Your Honor, I'm sorry.  Could we pick up the phone for a moment?

(Whereupon, the following bench conference was held:)

MR. EKELAND:  Your Honor, it's the basis for Mr. Scholl's opinion that Bitcoin Fog stopped on April 29th, 2021.  And the last withdrawal on that -- that occurred on that date I don't believe was something that was disclosed in the expert report.

THE COURT:  I think as a matter of fact -- correct me if I'm wrong -- but I thought the expert report did talk about him tracing funds into and out of the Bitcoin Fog.  Is that not right?

MS. PELKER:  That's correct, your Honor.  And the disclosure included that Mr. Scholl was going to testify about the Bitcoin Fog cluster.  This is just a summary of high -- of stats about the Bitcoin Fog cluster.

MR. EKELAND:  It's significant that the Government is arguing that the last withdrawal was on April 29th, two

Scholl - DIRECT - By Ms. Pelker

days after Mr. Sterlingov was arrested. And, you know, I think that also opens the door to a whole line of questioning regarding Mr. Sterlingov being in jail during this period.

MS. PELKER: Your Honor, I agree that the timing is significant. That's why the Government's bringing this -- eliciting this testimony. It's certainly no surprise to the defense. This was a point that came up in *Daubert* hearings, as well as some of the pretrial litigation.

THE COURT: Well, we certainly shouldn't get into his being incarcerated in any way. But I think the jury could reasonably infer that at least the Government's point is, having been caught, he stopped, whether he was incarcerated or not.

So I think it's okay. But just let's be careful not to draw that out.

MR. EKELAND: Your Honor, I think this opens the door to the fact that Mr. Sterlingov was in jail when this happened and I think this just -- you know, maybe we need to have a sidebar about this.

But the fact that Mr. Sterlingov was arrested and has been in jail this entire time, now that the Government is bringing in the evidence of the last -- you know, quote-unquote, what they claim to be the last withdrawal

Scholl - DIRECT - By Ms. Pelker

from Bitcoin Fog raises the issue that the defense needs to perhaps raise that Mr. Sterlingov has been in jail.

THE COURT: That would be, it seems to me, completely against your interest in the case, to argue that Bitcoin Fog stopped operating because your client was in jail. I don't understand any reason to do that other than to appeal to an improper jury motive, because otherwise it's extremely damaging to your case.

MR. EKELAND: How did he shut it off if he was in jail?

THE COURT: Well, we can cross this bridge when we get to it. And I'll be happy to hear further argument on that question.

But I just ask before anyone offers any testimony on that question or asks any questions about that that we have a chance to address it before doing so.

Okay. Let's go ahead.

(Whereupon, the following proceedings were had in open court:)

THE COURT: You may proceed.

BY MS. PELKER:

Q. Mr. Scholl, with this volume of activity shown on this chart, would an administrator be manually clicking "send" on every transaction?

A. Almost certainly not.

Scholl - DIRECT - By Ms. Pelker

Q.  Why is that?

A.  There's just too many transactions that some of this activity would have been automated.

Q.  And -- sorry.  Could you repeat that again?  Some of this activity would have been...?

A.  Automated.

Q.  Now, is there Bitcoin still sitting in the Bitcoin Fog wallet right now?

A.  Yes, ma'am, there is.

Q.  And why is that?

A.  It would appear to me that this service shut down with funds still in the cluster.

Q.  What's the value of that Bitcoin balance?

A.  The chart here says 58.9 million.  As of the price last night, it was approximately $70 million.

Q.  Who would have access to those funds currently sitting in the Bitcoin Fog cluster?

A.  The administrator of Bitcoin Fog.

Q.  And has any of that money moved out of the wallet since April 2021?

A.  No, ma'am.

Q.  Mr. Scholl, did you also review records related to Bitcoin Fog's earnings?

A.  Yes, ma'am.

MS. PELKER:  If we could pull up Exhibit 2, which

Scholl - DIRECT - By Ms. Pelker

has already been admitted.

MR. EKELAND: Your Honor, objection. Can we talk again on the phone?

(Whereupon, the following bench conference was held:)

MR. EKELAND: Mr. Scholl has not been noticed as an expert in financial analysis. And we're going far afield here from the tracing that he's been noticed on and the basic testimony of cryptocurrency. We're now just getting into speculative numbers, which I believe he's pulling from Chainalysis based on the whole cluster analysis.

MS. PELKER: Your Honor, that's -- all we're about to do is show Mr. Scholl the archive.org posts that have been admitted and some additional scrapes where it says that the fees are 1 to 3 percent.

And then Mr. Scholl has prepared a chart where it is 1 percent, 2 percent, 3 percent of the transactions that he has already reviewed and testified to. It's not any sort of additional sophisticated analysis or anything that would require additional expert work. So it's literally just taking those transactions and multiplying them by .01, .02 and .03.

MR. EKELAND: Your Honor, this is what I believe the Government noticed Sarah Glave for, to the extent that she's covering this thing. Again, Mr. Scholl is not noticed

Scholl - DIRECT - By Ms. Pelker

as an expert in financial analysis or anything of the sort. And we will be hearing from Ms. Glave. We just think this is outside the scope of the noticed expert testimony and not an area of his expertise.

MS. PELKER: The defense objected to using Sarah Glave to testify about things regarding additional analysis on top of blockchain analysis.

Ms. Glave is going to be testifying to financial accounts and tracing what she did there. This is just taking the work and attachment that Mr. Scholl did and calculating 1, 2 and 3 percent on top of that. That's not any sort of additional expert work. To the extent it is, it was disclosed in his disclosure about testimony about the Bitcoin Fog cluster and its transactions. And the summary chart that's about to be -- we hope is about to be admitted has been provided to the defense.

MR. EKELAND: This is financial forensics, your Honor. And it's speculative. It's expert opinion on basically cash flow volume and --

THE COURT: If it's simply multiplying one number by .2 percent or something like that, it strikes me that it's just lay expert testimony that doesn't really need to be noticed anyway. It's hard to imagine you would need any time to prepare to cross-examine a witness on this or there's any question regarding his competence to conduct

Scholl - DIRECT - By Ms. Pelker

that simple multiplication.

MS. PELKER: Just to be clear, your Honor, it is -- it's that he has the list of the transactions and then it's essentially -- the Excel function is doing .01 percent of the transactions. But again, it's just a multiplication that I could do, and I am definitely not a financial analyst expert.

MR. EKELAND: Your Honor, there's issues here in terms of valuation of the Bitcoin, the exchange rate, whether -- you know, what date you're valuing this at, what -- the date the Bitcoin that was inputted into Bitcoin Fog, what the valuation of the Bitcoin was then versus the output valuation.

It's not just simple multiplication. Maybe on the final product.

But the mere fact that you are arriving at this value that you're going to multiply from, that value itself is full of all sorts of assumptions that Mr. Scholl is not qualified on.

And also you've got -- I think another potential issue here is you don't have any kind of separation on what were illicit funds and what are legal funds. There's no distinction here. Like this is forensically unsound from a financial point of view and it's just not as simple as simple multiplication.

THE COURT: You've actually, I think, made the argument easier for me or this question easier for me because he has been -- he was notified as an expert on Bitcoin pricing. And so I think to the extent that this is just flowing out of that, it's acceptable, and I think you can cross-examine him on the question of, you know, distinguishing between illicit or not illicit.

It would be inappropriate, I think, if the Government in the questioning suggested that every one of these transactions was an illicit one. I think that's a fair point.

But I'm going to allow him to just testify as to running the Excel spreadsheet at 2 percent of the figures. And he was notified as an expert with respect to pricing, if that's an issue.

All right.

(Whereupon, the following proceedings were had in open court:)

MS. PELKER: If we could please pull up Exhibit 2, which was previously admitted. If we could scroll down to the end of the Page 3 there.

BY MS. PELKER:

Q. Could you read the first two short paragraphs under "Fees and Requirements"?

A. Yes, ma'am. "The service takes 2 percent fee on all

Scholl - DIRECT - By Ms. Pelker

deposits.  No other fees are in place.  No complex calculations based on the number of withdrawals or similar."

Q.  Could you read the next sentence there as well?

A.  "Minimum withdraw amount is 1.00 BTC."

MS. PELKER:  If we could scroll up at the top.

BY MS. PELKER:

Q.  Could you note the date of this capture from archive.org?

A.  Yes, ma'am.  In the URL right here, 2011 November 7th at 2311.

Q.  Did the fee for Bitcoin Fog change over time from that 2 percent fee?

A.  Yes, ma'am.

Q.  Did you review additional captures from archive.org?

A.  Yes, I did.

MS. PELKER:  If we could pull up several exhibits now which are not yet in evidence.

BY MS. PELKER:

Q.  Showing you Exhibits 3, 5 and 7, are these additional archive.org scrapes of bitcoinfog.com?

A.  Yes, ma'am.

Q.  And do they each fairly and accurately depict the Bitcoin Fog site as it was collected by archive at the times indicated?

A.  Yes, ma'am.

Scholl - DIRECT - By Ms. Pelker

MS. PELKER: The Government moves to admit Exhibits 3, 5 and 7.

THE COURT: Exhibits 3, 5 and 7 are admitted and published to the jury.

(Whereupon, Government's Exhibit Nos. 3, 5 and 7 were entered into evidence.)

MS. PELKER: If we could pull up Exhibit 3.

BY MS. PELKER:

Q. What's the date that --

MR. EKELAND: Your Honor, can we just put a objection on the record to hearsay?

THE COURT: I took it you already had an objection. If you'd like to -- I thought I had already ruled on that. But if you want to add to it, you're welcome to.

MR. EKELAND: We object on hearsay grounds.

THE COURT: Okay.

BY MS. PELKER:

Q. What is the date that this scrape was collected?

A. 2011, December 9th.

MS. PELKER: If we could scroll down to the end on Page 3.

BY MS. PELKER:

Q. Could you read the fee section?

A. "The service takes 1 percent to 3 percent randomized for

Scholl - DIRECT - By Ms. Pelker

obscurity fee on each deposit.  No other fees are in place.
No complex calculations based on the number of withdraws or
similar.

"Minimum withdraw amount is 1.00 BTC."

Q.  What is meant by "randomized for obscurity"?

A.  What that means is that the exact fee taken out from the
user's deposit is not deterministic, that it'll change
between -- a value between 1 and 3 percent.  And what that
does is prevents the same kind of analysis of 1 Bitcoin came
in, so .98 Bitcoin should be going out.  If you randomize
the fee, investigators will not be able to calculate
precisely what the withdrawal amount would be.

Q.  Turning your attention now to Exhibit 5, what is the
date that this scrape was collected?

A.  2013, March 11th -- May 11th.  Excuse me.

Q.  Scrolling down to the end on Page 3, has anything
changed here?

A.  Yes, ma'am.

Q.  Can you explain what it is?

A.  The minimum withdraw amount has changed from 1.00 BTC to
0.03 BTC.

Q.  And is -- has the service fee changed or stayed the
same?

A.  The service fee has stayed the same, 1 to 3 percent.

Q.  And now pulling up Exhibit 7, what's the date that this

Scholl - DIRECT - By Ms. Pelker

scrape was collected?

A. 2014, November 21st.

Q. Scrolling down to the end on Page 3, has anything changed here?

A. Yes, ma'am.

Q. And what was that?

A. The minimum withdraw amount has changed again. Now it's 0.035 BTC.

Q. And what is the service fee?

A. The service fee is 1 to 3 percent.

Q. And what does -- what do these updates to the minimum withdraw amount indicate to you about updates to bitcoinfog.com generally?

A. I think it would update the minimum withdraw amount based on the value of Bitcoin going up over time, the price of Bitcoin.

Q. Is the 1 to 3 percent transaction fee in line with the fees that were charged on the undercover transactions that you reviewed?

A. Yes, ma'am. It was consistent.

Q. Did you calculate Bitcoin Fog's likely earnings based on these fees?

A. Yes, ma'am, I did.

Q. And to do so, did you review the transactions in the Bitcoin Fog cluster?

Scholl - DIRECT - By Ms. Pelker

A.   Yes, ma'am, I did.

Q.   I'm showing you Exhibit 325, which has not yet been admitted.

Mr. Scholl, what is this?

A.   These are figures and charts I created explaining how much money the Bitcoin Fog administrator would have earned through fees.

Q.   Does it fairly and accurately reflect and summarize your calculations?

A.   Yes, ma'am.

MS. PELKER:  The Government moves to admit Exhibit 325.

THE COURT:  Any objection?

MR. EKELAND:  Yes.  Objection.  Hearsay and 702.

THE COURT:  The objection is overruled.  Exhibit 325 is admitted and may be published to the jury.

(Whereupon, Government's Exhibit No. 325 was entered into evidence.)

BY MS. PELKER:

Q.   Mr. Scholl, can you walk the jury through what you did and what's shown here?

A.   Yes, ma'am.  I added up all of the U.S. -- all of the deposits, the U.S. dollar values by year, and then calculated what the U.S. dollar value at 1 percent, 2 percent and 3 percent of those deposits would be.  And then

Scholl - DIRECT - By Ms. Pelker

I put it on a chart.

Q.  Why 1, 2 and 3 percent?

A.  That was the range of the fee, according to the Bitcoin Fog website.  After the initial 2 percent fee was randomized to 1 to 3 percent, it was consistent according to the Bitcoin Fog website.

Q.  Now, is that what's shown on the graph that's on the right hand or middle of the screen?

A.  Yes, ma'am.

Q.  Are the breakdowns of the calculations and the table on the upper left?

A.  I'm sorry.  Can you ask that question again, please, ma'am?

Q.  Is the actual figures for that graph on the table that is in the upper left-hand corner?

A.  Yes, ma'am.

MS. PELKER:  If we can try and zoom in on that table.

BY MS. PELKER:

Q.  Now, assuming 2 percent, could you walk us through how much Bitcoin Fog would have earned each year?

A.  So we're here.  In 2011, that would have been $276.

In 2012, $85,120.

In 2013, $705,470.

In 2014, 1,850,896.

Scholl - DIRECT - By Ms. Pelker

In 2015, $1,170,572.

In 2016, $767,180.

In 2017, $839,521.

In 2018, $896,647.

In 2019, $516,456.

In 2020, $731,603.

In 2021, $346,298.

Q.  What would the total amount earned by Bitcoin Fog have been, assuming a 2 percent fee?

A.  Approximately $7,910,039.

Q.  And what if it had been just 1 percent?

A.  If it was 1 percent, the total would have been approximately $3,955,020.

Q.  And if it had been 3 percent?

A.  If it had been 3 percent, approximately $11,865,059.

Q.  And when you were doing these calculations, Mr. Scholl, were you taking into account any sort of expenses or distributions or any other concept?

A.  No, ma'am, I wasn't.  Just the amount of fees that would have been charged by Bitcoin Fog.

MS. PELKER:  We can go ahead and take this down.

BY MS. PELKER:

Q.  Mr. Scholl, we previously heard testimony from Special Agent Rovensky regarding Bitcoin Fog's initial registration at High Hosting.

Scholl - DIRECT - By Ms. Pelker

Did you review those records?

A. Yes, ma'am, I did.

Q. What was the purpose of your review?

A. The purpose of the review was to determine the source of funds for the purchase of the bitcoinfog.com domain name at High Hosting.

Q. Were you able to determine where those funds originated?

A. Yes, ma'am, I was.

Q. Where was that?

A. Mr. Sterlingov's Mt. Gox account.

Q. Did the Bitcoin Fog website payment come directly from an account in Mr. Sterlingov's own name in just one step?

A. No, ma'am, it didn't.

Q. Could you describe generally how it came?

A. Funds were deposited in Mr. Sterlingov's Mt. Gox account. They were converted to Bitcoin. They were withdrawn from the service and sent back into a different account at Mt. Gox, and then a third account at Mt. Gox converted to U.S. dollars, moved through the AurumXChange and then deposited into the Shormint Liberty Reserve account.

Q. In your experience, is it common to take that many steps to do a simple transactional payment?

A. No, ma'am.

Q. Are you familiar with layering?

Scholl - DIRECT - By Ms. Pelker

A.   Yes, ma'am, I am.

Q.   Can you explain what layering is?

A.   Layering is a money-laundering technique that actors use to conceal the source or destination of funds by moving funds through multiple intermediary accounts.

Q.   Do you often see layering in your work on criminal cases involving cryptocurrency?

A.   Yes, ma'am.

Q.   What's the effect of layering transactions?

A.   It makes the analysis more complicated.  There's more steps to go through.  There's more possibilities that we don't have -- or cannot get records from one of the intermediary accounts.  It makes the tracing more difficult.

Q.   Now, you testified earlier that it's not common for legitimate users to do these multistep transactions.  Do you have experience tracing those complex layered transactions in your criminal investigations?

A.   Yes, ma'am, I do.

Q.   And in a money-laundering investigation, how do you trace those layered transactions?

A.   One transaction at a time, get the account records for the next account, analyze where the money came in, where the money went out and continue following the flow of funds to the next account.

Q.   Is that what you did here to trace the funds from the

Scholl - DIRECT - By Ms. Pelker

Defendant's account to High Hosting?

A. Yes, ma'am, it is.

MS. PELKER: We'd like to now pull up Exhibit 313-A, which I believe is now the electronic version, as well as 313, the physical chart, with the assistance of Mr. Pearlman.

BY MS. PELKER:

Q. While having that brought up, Mr. Scholl, is this the same chart that Special Agent Rovensky testified to yesterday?

A. Yes, ma'am, it is.

Q. And using the electronic chart in front of you while Mr. Pearlman gets the physical one set up, can you describe big-picture what's shown here?

A. What's shown here is a flow of funds from Mr. Sterlingov's plasma@plasmadivision.com account in the top left, ultimately purchasing --

MR. EKELAND: Objection. That's a fact not in evidence, your Honor.

THE COURT: Overruled.

THE WITNESS: -- those funds ultimately resulting in a purchase at High Hosting.

BY MS. PELKER:

Q. So I'd like to drill down into this starting from the bottom right, the October payment to High Hosting.

Scholl - DIRECT - By Ms. Pelker

Did you review High Hosting records regarding that transaction?

A. Yes, ma'am, I did.

Q. And are those the High Hosting records that Special Agent Rovensky testified to previously?

A. Yes, ma'am, they are.

Q. What did those High Hosting records indicate regarding how the domain bitcoinfog.com was purchased?

A. They indicated that the payment came from Liberty Reserve.

Q. What was Liberty Reserve?

A. Liberty Reserve was a virtual currency exchange.

Q. And what happened to Liberty Reserve?

A. It was taken down by law enforcement.

Q. What happened to the user transaction records when it was seized by law enforcement?

A. The Government obtained the records.

Q. Did you review the Liberty Reserve records -- transaction information for that High Hosting payment?

A. Yes, ma'am, I did.

Q. And were you able to determine what Liberty Reserve account it came from?

A. Yes, ma'am. It came from the Shormint Liberty Reserve account.

Q. Can you show us where that is on this chart in front of

Scholl - DIRECT - By Ms. Pelker

you?

A. This is the account and that's the payment. The account here and the payment here.

THE COURT: Can the court reporter hear okay if he's not in the box?

THE COURT REPORTER: I'll speak up if I can't, Judge.

THE COURT: Okay. Thank you.

BY MS. PELKER:

Q. Did you review the Liberty Reserve transaction records for that Shormint account?

A. Yes, ma'am, I did.

Q. And are those the account records that Special Agent Rovensky testified to yesterday?

A. Yes, ma'am, they are.

Q. Last week, potentially.

And did those records show the payment to High Hosting?

A. Yes, ma'am, they did.

Q. Were you able to tell how that Shormint Liberty Reserve account was funded by looking at the Liberty Reserve records?

A. Yes, ma'am.

Q. How was that?

A. It was funded from a payment through AurumXChange.

Scholl - DIRECT - By Ms. Pelker

Q. What was AurumXChange?

A. It was another virtual currency exchange at the time.

MS. PELKER: I'd like to pull up Exhibit 437, which is not yet in evidence.

BY MS. PELKER:

Q. Do you recognize this?

A. Yes, ma'am.

Q. And what do you recognize it to be?

A. A screenshot of AurumXChange from the Wayback Machine.

Q. Is this a fair and accurate depiction of the AurumXChange service site as it was captured by archive.org in 2011?

A. Yes, ma'am.

MS. PELKER: The Government moves to admit Exhibit 437.

THE COURT: Any objection?

MR. EKELAND: No objection.

THE COURT: Exhibit 437 is admitted and may be published to the jury.

(Whereupon, Government's Exhibit No. 437 was entered into evidence.)

BY MS. PELKER:

Q. Mr. Scholl, can you explain what's shown here?

A. This is the home page for the AurumXChange Company's website.

Scholl - DIRECT - By Ms. Pelker

Q. And what services is it claiming to offer?

A. It's offering Liberty Reserve to multiple other exchanges.

Q. Was U.S. law enforcement able to obtain records from AurumXChange?

A. No, ma'am, it was not.

Q. And why was that? Was AurumXChange responsive to requests from law enforcement at the time?

A. No, ma'am. The AurumXChange was not responsive at the time.

Q. Were you nonetheless able to identify a matching payment into AurumXChange?

A. Yes, ma'am, I was.

Q. How were you able to identify that transaction without the AurumXChange account records?

A. I was able to identify the AurumXChange account at Mt. Gox and review those records.

Q. Returning your attention to the chart at Exhibits 313 and 313-A, what payment did you trace going into AurumXChange?

A. I traced this payment here.

Q. What was the source of that payment?

A. The source of that payment was the Kolbasa Mt. Gox account.

Q. Could you explain, what are Mt. Gox redeem codes?

Scholl - DIRECT - By Ms. Pelker

A. Mt. Gox redeem codes are a way of transferring funds between Mt. Gox accounts, much like a gift card has a code that you can then redeem and receive funds on a platform. Mt. Gox redeem codes worked in a similar way.

Q. So if a Mt. Gox user wanted to send money to another user through a redeem code, how would that play out?

A. The user would generate the redeem code, which would act as a withdrawal from their account, and provide that information to the user they wanted to transfer the funds to, and then that second user would redeem those funds as a deposit into their account.

Q. If you were looking at an account that received money from a redeem code and you wanted to know as an investigator where that money came from, what do you look for?

A. I would look for the account that generated the redeem code.

Q. And so did you determine what account had generated the Mt. Gox redeem code that was sent to AurumXChange on the bottom left?

A. Yes. The Kolbasa Mt. Gox account generated the redeem code ending in 18CAB.

Q. And did you review the Mt. Gox account records for that Kolbasa account?

A. Yes, ma'am, I did.

Q. Are those the same records that Special Agent Rovensky

testified to?

A. Yes, ma'am, they are.

Q. And what did that account -- what did those account records show with regard to the 18CAB redeem code?

A. It showed that the Kolbasa999 account generated the redeem code ending in 18CAB. It was noted as a withdrawal of 80 U.S. dollars from the Kolbasa account.

Q. Was there anything else that helped you confirm that this Kolbasa account was connected to the Shormint Liberty Reserve account?

A. Yes, ma'am, there was.

Q. What was that?

A. It was the IP address that was used to access the Kolbasa account and then subsequently accessed the Shormint Liberty Reserve account.

Q. How close in time were they accessed from the same IP?

A. Approximately six minutes.

Q. From your review of the Kolbasa account records, were you able to determine how that 18CAB redeem code had actually been purchased?

A. Yes, ma'am, I was.

Q. And could you explain that?

A. That redeem code was purchased with U.S. dollars in the Kolbasa Mt. Gox account. Those U.S. dollars had come to the Mt. -- the Kolbasa account in multiple transactions

Scholl - DIRECT - By Ms. Pelker

converting Bitcoin deposited to Kolbasa, converting those Bitcoin into dollars.

Q.   And were you able to determine how the Kolbasa account for this transaction was initially funded?

A.   Yes, ma'am, I was.

Q.   And what was that?

A.   There was a 35 Bitcoin redeem code redeemed as a deposit to the account.  That redeem code ended in FFD2B.

Q.   Were you able to determine where the FFD2B redeem code that funded this transaction had come from prior to the Kolbasa account deposit?

A.   Yes, ma'am, I was.

Q.   Where was that?

A.   If we scroll up, that was here.  The nfs9000@hotmail.com Mt. Gox account.

        MS. PELKER:  If we could zoom out a bit so that we can see the full chart.

BY MS. PELKER:

Q.   Did you review the records for that NFS9000 Mt. Gox account?

A.   Yes, ma'am, I did.

        MS. PELKER:  If we could pull up those NFS9000 account transaction records at 408A, which were previously admitted.

Scholl - DIRECT - By Ms. Pelker

BY MS. PELKER:

Q. Are these the same reports that Special Agent Rovensky testified to previously for the NFS9000 account?

A. Yes, ma'am, they are.

Q. If I could direct your attention to Line 5. What does this show with regard to that FFD2B redeem code? We may need to scroll over to the right of that.

A. On 10-19-2011, there was a withdrawal from this account in the amount of 35 Bitcoin. In the memo it reads, "Generate redeem code, Mt. Gox." And the code ends with FFD2B.

Q. Directly above that in Line 4, can you see where that money came from?

A. Yes, ma'am.

Q. Where is that?

A. On 10-19-2011, there was a deposit of 35.999 Bitcoin. The deposit address listed in the memo was 1HVKJ.

Q. Were you able to trace that transaction -- I guess, what is that string of letters and numbers?

A. That is a Bitcoin address, ma'am.

Q. And were you able to trace that transaction?

A. Yes, ma'am, I was.

Q. How were you able to do that?

A. I was able to review deposits to that address on the Bitcoin blockchain.

Scholl - DIRECT - By Ms. Pelker

MR. EKELAND: Objection, your Honor. Can we pick up the phone for a moment?

(Whereupon, the following bench conference was held:)

MR. EKELAND: This is all cumulative. Agent Rovensky's already testified to this.

THE COURT: I think you objected and said it really should be Mr. Scholl who was testifying to this, which I think cut short the other witness's testimony. So the objection is overruled.

MR. EKELAND: Your Honor, may I be heard on this for a moment? I objected on the fact that Mr. Rovensky was going to offer expert testimony. And then the Court said, Well, he can just speak to the tracing.

THE COURT: Right.

MR. EKELAND: Now Mr. Scholl is not offering any expert testimony. He is merely doing the same trace that Mr. Rovensky did.

So that's our basis for a cumulative objection.

THE COURT: I don't think it's cumulative. I think it's actually offering sort of a different detail on it that I think was cut short for the reasons that I said before.

So the objection is overruled.

(Whereupon, the following proceedings were had in

Scholl - DIRECT - By Ms. Pelker

open court:)

BY MS. PELKER:

Q. Mr. Scholl, how were you able to trace that transaction?

A. I was able to review transaction records on the Bitcoin blockchain for the Bitcoin address listed, 1HVKJ.

Q. I'd like to show you Exhibit 311, 1HVK.

MS. PELKER: I believe this was previously published as a demonstrative but not admitted. We'll now be seeking to admit it as -- to actually admit the exhibit.

BY MS. PELKER:

Q. Mr. Scholl, I'm showing you Exhibit 311. Do you recognize it?

A. Yes, ma'am, I do.

Q. And what is it?

A. It's raw transaction data for the deposit to 1HVKJ.

Q. And is this and the subsequent slides a fair and accurate depiction of the transaction information that you reviewed?

A. Yes, ma'am, it is.

MS. PELKER: The Government moves to admit Exhibit 311.

THE COURT: Any objection?

MR. EKELAND: Just hearsay.

THE COURT: 311 is admitted and may be published to the jury.

Scholl - DIRECT - By Ms. Pelker

(Whereupon, Government's Exhibit No. 311 was entered into evidence.)

MS. PELKER: If we could go to the next slide.

BY MS. PELKER:

Q. Can you, using this, explain what's shown in this transaction?

A. What's shown in this transaction is the transaction ID was 0FC05B, et cetera. And that 1HVKJ received 35.999 Bitcoin. The sending address was 14RZFWF. And again, the input here is a reference to a previous transaction.

Q. And directing your attention to this next slide, what's shown in this view?

A. This is a screenshot from mempool.space of the same transaction.

Q. And to orient us, we have started with the 1HVK address. What are you now looking at?

A. I'm looking at the transaction that sent funds into 1HVKJ.

Q. And what address was that?

A. That was 14RZFWF.

Q. Did you then look up that sending address, 14RZFW, on the blockchain to determine where those funds had come from?

A. Yes, ma'am, I did.

MS. PELKER: I'd like to pull up now Exhibit 312, which I believe has not been admitted.

THE COURTROOM DEPUTY:  312?

MS. PELKER:  It may be a demonstrative.

THE COURTROOM DEPUTY:  I have it admitted on the 15th by Rovensky.

MS. PELKER:  We'll be seeking to continue its admission.

BY MS. PELKER:

Q.  Mr. Scholl, showing you Exhibit 312, can you describe what this is?

A.  This is transaction data for the deposit into 14RZFW.

Q.  And does this accurately reflect the information that you retrieved regarding that transaction?

A.  Yes, ma'am, it does.

MS. PELKER:  And if this has not been admitted, the Government moves to admit Exhibit 312.

THE COURT:  Mr. Ekeland?

MR. EKELAND:  No objection.

THE COURT:  Exhibit 312 is admitted.

(Whereupon, Government's Exhibit No. 312 was entered into evidence.)

BY MS. PELKER:

Q.  And, Mr. Scholl, can you remind us again, what's shown on this slide?

A.  So this is the raw transaction of the funds going into 14RZFWF in the amount of 35.995 Bitcoin.  And on the chart,

that's right here.

Q. Are you able to tell where the funds going into 14RZFW are coming from?

A. Yes, ma'am, I was.

Q. And where was that?

A. They were coming from Bitcoin address 1JZBUK in --

Q. If we could -- go ahead.

A. In this transaction here.

Q. If we can turn your attention back to the chart.

MS. PELKER: And if we could pull it up on the screen as well.

BY MS. PELKER:

Q. Can you show us where we are now in your tracing?

A. We just looked at this transaction here. So this is 1JZBU. And this is 14RZFW.

Q. Were you able to determine the source of the funds into the 1JZBUK address?

A. Yes, ma'am, I was.

Q. What was that?

A. It was Mr. Sterlingov's Mt. Gox account, the plasma@plasmadivision.com account.

Q. And did you review the records for that Mt. Gox withdrawal?

A. Yes, ma'am, I did.

MS. PELKER: If we could pull up Exhibit 406-A,

Scholl - DIRECT - By Ms. Pelker

those Plasma Division account transactions.

BY MS. PELKER:

Q. Turning your attention to Line 589, can you explain what's shown here?

A. Yes, ma'am. There's a withdrawal on 10-19-2011 in the amount of 36 Bitcoin. And in the memo it says, "Bitcoin withdrawn to 1JZBUK."

Q. And going up to Line 288, what is shown there?

A. A deposit on 10-12-2011 in the amount of 89.87 euros.

Q. And what did Mr. Sterlingov do with those euros?

A. He converted them to Bitcoin in multiple transactions.

Q. Can you point on the chart to where we are now?

A. We're here.

MS. PELKER: If we could pull the chart back up on the screen as well.

Let the record reflect that Mr. Scholl is pointing to the top left box, referring to the Mt. Gox account 1.

BY MS. PELKER:

Q. Now, in preparation for trial, did you work with a trial illustrator to prepare a visual that explains this transaction?

A. Yes, ma'am, I did.

Q. And what was the purpose of putting together that visual?

A. To make an anesthetically pleasing version and make it

Scholl - DIRECT - By Ms. Pelker

clear for the jury to understand.

Q. Showing you Exhibit 313-B.

MS. PELKER: Actually, this has not yet been admitted. If we can pull it down for the jury. Thank you.

BY MS. PELKER:

Q. Is this the chart summarizing the flow of funds that you've walked through?

A. Yes, ma'am, it is.

Q. Does this fairly and accurately summarize the flow of funds for the High Hosting domain purchase of bitcoinfog.com?

A. Yes, ma'am, it does.

Q. Showing you Exhibit 313-C, which is the physical -- have you also reviewed Exhibit 313-C, which is the physical printoff?

A. Yes, ma'am.

Q. Is that simply the same chart but printed off?

A. Yes, ma'am.

Q. Does it fairly and accurately capture the transactions --

A. It does.

Q. -- summarize the transactions?

MS. PELKER: The Government moves to admit and publish Exhibits 313-B and 313-C.

THE COURT: Any objection?

Scholl - DIRECT - By Ms. Pelker

MR. EKELAND: No objection.

THE COURT: Exhibits 313-B and 313-C are admitted and may be published to the jury.

(Whereupon, Government's Exhibit Nos. 313-B to C were entered into evidence.)

MS. PELKER: We may have to have Mr. Pearlman just stand there for the rest of the day.

Thank you, Mr. Pearlman.

BY MS. PELKER:

Q. Mr. Scholl, can you walk through the payment for the Bitcoin Fog domain from start to finish using this chart?

A. Yes, ma'am. On the chart or on the digital?

Q. Probably on the digital, and then if you can gesture to the chart it may be easier for the court reporter.

A. There was an 89.87 euro deposit to the Plasma Division account here. Those funds were converted to Bitcoin inside of the Plasma Division account.

MR. EKELAND: Objection, your Honor. Can we speak on the phone?

(Whereupon, the following bench conference was held:)

MR. EKELAND: I would argue now we are going through this transaction once again now for the third time now. This is cumulative. I don't see what's new about this testimony except we have a different summary chart.

MS. PELKER: He's now walking through from start to finish. We're wrapping up here. We're just having him go from start to finish and then he'll pull up the putting money document and explain the different steps.

THE COURT: I'll allow it. Go ahead.

(Whereupon, the following proceedings were had in open court:)

BY MS. PELKER:

Q. You can continue, Mr. Scholl.

A. I don't recall what the last thing I said was. But the 89.87 euro deposit to the Plasma Division account at Mt. Gox was converted to Bitcoin. On 10-19, approximately 36 Bitcoin were withdrawn from the account and sent to the Bitcoin address 1JZBUK.

35.9995 Bitcoin were sent to the Bitcoin address 14RZFW.

35.999 Bitcoin were sent to the NFS 9000 account at Mt. Gox.

Those Bitcoin were used to generate a redeem code ending in FFD2B. Those funds were withdrawn. That redeem code was deposited into the Kolbasa 99 account, same redeem code ending in FFD2B.

35 Bitcoin were created -- converted into multiple transactions on 10-20-2011 to approximately 80 .5 USD, $80.50. And those funds were used to generate a redeem code

ending in 18CAB.

That redeem code was redeemed by the AurumXChange account and subsequently 77.60 U.S. dollars were deposited into the Shormint Liberty Reserve account on 10-20-2011.

On 10-25-2011, those funds were used to make a payment to High Hosting to purchase the bitcoinfog.com domain registration and hosting.

Q. How quickly is the money moving from the Defendant's true name account through these intermediate hops into the Liberty Reserve Shormint account?

A. The withdrawal from -- I'm going to clear the screen -- the withdrawal from the Plasma Division account occurred on 10-19. The deposit to the Shormint Liberty Reserve account occurred on 10-20.

Q. Mr. Scholl, did you review the putting money or depositing money document retrieved from the Defendant's Google drive?

A. Yes, ma'am, I did.

Q. Directing your attention to Exhibit 818-B, which should already be in evidence, could you explain or remind the jury what this document is?

A. This is a translated version from a document found in Mr. Sterlingov's account.

Q. And how does the steps set out in this document that Mr. Rovensky testified about compare to the fund flow shown

on your chart?

A.  These steps are consistent with the fund flow.  I would add that there are additional steps in the fund flow, but each of these steps in the putting money document occurred in the transfer of funds from Mr. Sterlingov's Mt. Gox account into the Shormint Liberty Reserve account.

Q.  Could you please read aloud each step in this putting money document and then direct us to where in the chart the step occurs.

A.  "Step 1:  A European bank transfer directly from my bank to Mt. Gox account.  It takes a couple of business days perhaps, but it seems to be cheap."

That's the 89.87 euro deposit to the Plasma Division account.

Q.  And Step 2?

A.  "Step 2:  Then you sell those euros in exchange for Bitcoin and then Bitcoins in exchange for dollars."

So sold those euros for Bitcoin.  Then there's obviously the other tracing and eventually these Bitcoin are sold for U.S. dollars.

Q.  And just for the record, can you describe aloud where you're pointing when you're pointing to the steps?

A.  Sure.  When the funds were converted to Bitcoin, they were converted in the plasma@plasmadivision Mt. Gox account, Mr. Sterlingov's true name Mt. Gox account.

Scholl - DIRECT - By Ms. Pelker

And then when the funds were subsequently -- the Bitcoin were converted back to U.S. dollars as described in Step 2, that occurred here in the Kolbasa 99 Mt. Gox account.

Q. Can you then read the next step from the document?

A. "Step 3: You transfer to Liberty Reserve through www.AurumXChange.com."

Q. Can you point on the chart to where that's occurring?

A. The transfer came out of the Kolbasa 99 Mt. Gox account through the AurumXChange and into the Liberty Reserve account Shormint here on 10-20-2011.

Q. Is the flow of funds described in the Defendant's notes consistent with the payment for the Bitcoin Fog domain?

A. Yes, ma'am, it is.

Q. Was this the only time the Defendant sent money to the NSF 9000 and Kolbasa accounts?

A. No, ma'am, it is not.

Q. Did you prepare a chart showing those transactions?

A. Yes, ma'am, I did.

Q. I'd like to show you Exhibit 315, which is not yet in evidence.

Do you recognize this?

A. Yes, ma'am, I do.

Q. And did you review voluminous account records in preparing this chart?

A.  Yes, ma'am, I did.

Q.  Does the chart in front of you accurately summarize the records and the flow of funds that you reviewed?

A.  Yes, ma'am, it does.

Q.  And did you also assist in preparing a physical printoff of the same chart at Exhibit 315-A?

A.  Yes, ma'am, I did.

MS. PELKER:  The Government moves to admit and --

BY MS. PELKER:

Q.  And do these fairly and accurately -- do both of these fairly and accurately depict the transactions as they occurred?

A.  Yes, ma'am, they do.

MS. PELKER:  The Government moves to admit and publish Exhibits 315 and 315-A.

THE COURT:  Any objection?

MR. EKELAND:  Yes, your Honor.  I think we should pick up the phone for this one.

(Whereupon, the following bench conference was held:)

MR. EKELAND:  So besides the usual hearsay objections, there's a 403 objection here.  This chart is misleading.

And if you look at the green arrow that starts at the bottom and is going back up to the AurumXChange and it's

pointing into AurumXChange, it's misleading in that it's giving the impression that the funds are flowing back to Mr. Sterlingov's plasma@plasmadivision AurumXChange account when actually what's happening is those funds are going back to AurumXChange, but not Mr. Sterlingov's account.

So I think this is, like, very prejudicial. It's very confusing. And it's not an accurate depiction of what actually happened.

THE COURT: Ms. Pelker?

MS. PELKER: Your Honor, the arrow isn't going into the Plasma Division AurumXChange account. It's going into the AurumXChange box and the witness is going to testify that that's an arrow showing the funds went back to AurumXChange but that we don't know where it went.

MR. EKELAND: Your Honor, this is -- if you look at that, it's, like, very confusing to the jury. That's, like, not clear at all. And visual impressions that are given primacy have a lot of psychological impact.

This is improper. This should not be done like this.

MS. PELKER: Your Honor, the defense had ample time to ask us to move the arrow around, which is essentially what they're asking for here.

I think that the chart is very clear. The witness is going to testify that it's going to the outside of the

Scholl - DIRECT - By Ms. Pelker

AurumXChange box.  And if this was such a big issue, defense could have raised it.

MR. EKELAND:  Your Honor, we did not waive any of our objections.  There's voluminous, voluminous discovery in this case.  And this is something, as we slowly went through all of this stuff, we noticed.

But then we got something --

THE COURT:  When did you notice it?

MR. EKELAND:  We noticed it a couple days ago. But then we got new exhibits that I got told that this arrow was removed from.  So I'm surprised to actually see this.  I thought this wasn't an issue.

But regardless, it still is an issue.  We haven't waived our right to object.  We certainly can object under the Rules of Evidence.  And the Government knew exactly what it was doing when it did this, and it shouldn't have done it in the first place.  It's not our responsibility to make anonymous leading exhibits on behalf of the Government.

THE COURT:  Well, it is your responsibility to raise it in a timely manner.

But was there a different version, Ms. Pelker?

MS. PELKER:  So the different version -- so, first of all, the version without the arrow I believe is Mr. Ekeland referring to 314, which is a different transaction that's being traced through.  That's why there's

Scholl - DIRECT - By Ms. Pelker

Appx3814

no arrow.  It's two different charts.

We provided an update to this chart which simply specified the -- if you look, there's "$80 (plasma) (spam) (plasma)" for clarity.  But that arrow and its placement has not changed, at least not intentionally, not as the Government's aware, since this chart was originally included in Mr. Sterlingov's expert report.

And for whatever reason --

THE COURT:  You meant Mr. Scholl, not Mr. Sterlingov.

MS. PELKER:  Yes, your Honor.

And defense, their prior expert, Ms. Still, made a point about the line for the Silk Road account and the pas. I think we've been through many times how the Government has drawn its line here.  I think it's clear.  There is a box that is all of AurumXChange.  There is one account within AurumXChange.  You see that with the Mt. Gox box.  It's multiple accounts within the Mt. Gox box.  Liberty Reserve, there's a larger box.  And then the Defendant's Sterlingov LR account box.

The whole reason that the Government provides those charts in advance is to avoid this issue on the stand.

THE COURT:  Right.  I understand.  And I'm in agreement with that.

So this is what I'm going to do:  I think defense

Scholl - DIRECT - By Ms. Pelker

has had plenty of opportunity to raise concerns about this. I think that you can use this in examining the witness; and I'm not at all -- you can clarify with the witness, and Mr. Ekeland can clarify with the witness that we don't know which AurumXChange account the money went into when it was done.

My bigger concern, though, is two weeks from now when the jury is deliberating, having this exhibit in the form that it's in. So what I would request is that you confer with Mr. Ekeland about potentially modifying the chart just before it goes into the jury; and it may be that it's as simple as just extending the arrow up a little bit further so it's not even pointing towards the blue or purple portion of the box and just towards the black portion of the box.

But I'll let you all work that out. If you can't work it out, you can come back to me.

So before we actually send it in to the jury, I'd like it to be modified simply because I'm concerned two weeks from now they may not remember the clarification in the testimony. But I think it's appropriate for now.

MS. PELKER: That's fine, your Honor.

THE COURT: Okay. Proceed.

(Whereupon, the following proceedings were had in open court:)

Scholl - DIRECT - By Ms. Pelker

THE COURT: You may proceed.

THE COURTROOM DEPUTY: One second.

THE COURT: Yes.

THE COURTROOM DEPUTY: (Confers with the Court privately.)

THE COURT: The jurors asked if you could put up 313-B again, because they weren't sure it looked the same as 313-C. So if you could put that back up again.

MS. PELKER: Apologies. If we could pull up the 313 -- either the second page of this or 313-A. I think it's the second page.

THE COURT: So 313-A is now in front of the jury?

MS. PELKER: No. This is 313-B.

There were two slides, one with the IP address, one without the IP address. I can ask Mr. Scholl.

THE COURT: Why don't you clarify it with the witness.

I should say, I very much appreciate the attentiveness of the jury. That's what we ask of you. So thank you.

MS. PELKER: If we could go up to the top of 313-B, please.

BY MS. PELKER:

Q. Mr. Scholl, without going through the detail here, what's shown on this chart?

Scholl - DIRECT - By Ms. Pelker

A.  This is the same flow of funds from the Plasma Mt. Gox account into the Shormint Liberty Reserve account.

Q.  And scrolling down now to Page 2 of this, what has changed on this view?

A.  The IP address connecting the two accounts has been added in this view.

THE COURT:  Are all those in evidence at this point?

MS. PELKER:  They should be.  Yes.

THE COURTROOM DEPUTY:  313-A -- 313, 313-A and 313-B and 313-C.

MS. PELKER:  Yes.  And 313-B is two pages, one -- I apologize, your Honor.  I didn't realize that one we were pulling it up.  It's two pages.  One shows the IP address -- one shows just the tracing with the funds.  Then one shows the funds plus the IP address.

THE COURT:  Thank you.

You may proceed.

MS. PELKER:  The Government moves to admit Exhibits 315 and 315-A.

THE COURT:  Subject to our discussion, 315 and 315-A are admitted.

(Whereupon, Government's Exhibit Nos. 315 and 315-A were entered into evidence.)

Scholl - DIRECT - By Ms. Pelker

BY MS. PELKER:

Q. Mr. Scholl, can you explain at a high level what's shown on this chart?

A. This is a trace of a similar flow of funds using similar tactics and techniques and similar accounts and exchanges.

Q. I'd like to return your attention to Exhibit 406-A, the Plasma Division account at Mt. Gox, which should be in evidence.

Oh, are these the same records that were referenced in the last chart and in your and Special Agent Rovensky's testimony?

A. Yes, ma'am, they are.

MS. PELKER: If we could scroll to the top of the euro deposit section, starting at Line 283.

BY MS. PELKER:

Q. I guess it's still highlighted, but directing your attention to Line 288, can you remind the jury what's shown there?

A. In 288, there's the deposit of 89.87 euros into Mr. Sterlingov's Mt. Gox account.

Q. Is that the deposit that was discussed and shown in the prior chart showing the payments for the Bitcoin Fog domain?

A. Yes, ma'am, that is.

Q. Is that the -- is that payment the first deposit into Mr. Sterlingov's account?

A.  No, ma'am, it's not.

Q.  Where is that initial deposit?

A.  In Row 283, a deposit of 100 euros.  And the euros would be further off the screen to the right.

Q.  And what date is that occurring?

A.  10-3-2011.

Q.  And what happens next as recorded on the next couple rows in this spreadsheet?

A.  Those euros are used to purchase Bitcoin in Rows 284, 285, 286 and 287.  BTC bought.

Q.  And so are we looking at here the very first transactions in Mr. Sterlingov's account?

A.  Yes, ma'am.

MS. PELKER:  If we could now go to the top of the Bitcoin transaction section, which charts on Row 510.

BY MS. PELKER:

Q.  What's shown here as the first Bitcoin transactions in the account?

A.  On 10-3-2011, there's a deposit of 8 Bitcoin.  And the memo reads "BTC bought."

Q.  Is that the Bitcoin side of the transaction purchase that we looked at above?

A.  Yes, ma'am.  The records are broken down into different sections:  US dollars, euros and Bitcoin.

So for a transaction purchasing Bitcoin with

Scholl - DIRECT - By Ms. Pelker

euros, there's this euro transaction, spending euros, and then there's BTC or Bitcoin being purchased as a second entry.

Q. What does the Defendant immediately do after buying that Bitcoin as shown in the next few rows?

A. The BTC are subsequently sold.

Q. And so at this point in October of -- October 3rd, what has occurred?

A. A deposit came into the account in euros. Those euros were used to purchase Bitcoin and then those Bitcoin were sold for U.S. dollars.

MS. PELKER: Can we scroll up to the U.S. dollar transaction section at the very top.

BY MS. PELKER:

Q. What's shown in Rows 2 through 11?

A. In Rows 2 through 11, we have U.S. dollars being earned from the sale of those Bitcoin, and then there's fees associated with the transactions.

Q. And can you show us on the chart where we are at this point?

A. We're still all the way in the top left, converting euros into dollars. So there's intermediary transactions. There's multiple transactions that converted those euros to Bitcoin and then Bitcoin to dollars. And that's all right here in this line.

Scholl - DIRECT - By Ms. Pelker

Q.   And what happens in Row 12, going back to the transaction record?

A.   In Row 12, there is a withdrawal of $25 via a redeem code.

Dr. Ramje, can you scroll right?  The redeem code ends in 4841F.

Q.   And is that process of using the converted funds to buy redeem codes repeated?

A.   Yes, ma'am.

Q.   And directing your attention to Lines 23 and 24, can you explain what's shown there?

A.   There's additional withdrawals of U.S. dollars via redeem codes.  So 25 U.S. dollars again and then 80 U.S. dollars generated from the redeem codes ending in 92562 and -- I covered up the second one unintentionally -- the second one ending in 23E1D.

MS. PELKER:  If you can pull back up Exhibit 315 and put the chart on the screen.

BY MS. PELKER:

Q.   Can you point out each of the redeem codes that you just identified in the spreadsheet?

MS. PELKER:  If we could zoom in.  Thank you.

THE WITNESS:  There's the redeem codes in the top left of the Plasma Division account ending in 4841F, 92562 and 23E1D.

Scholl - DIRECT - By Ms. Pelker

BY MS. PELKER:

Q. Can you just point to where that is on the large physical chart as well.

A. 4841F, 92562 and 23E1D. Those three redeem codes.

Q. Were you able to tell where those October 3rd redeem codes went?

A. Yes, ma'am, I was.

Q. And where was that?

A. To the AurumXChange.

Q. Did you review the transaction records in the AurumXChange Mt. Gox account corresponding to those redeem codes?

A. Yes, ma'am, I did.

Q. I'd like to direct your attention to Exhibit 410-A, and going to Row 2366.

MS. PELKER: If we could scroll over so we can actually see the redeem code, please.

BY MS. PELKER:

Q. What's shown here?

A. This is showing a deposit into the Mt. Gox account of the AurumXChange in the amount of $25 using redeem code 4841F.

Q. Moving to Row 2374, what's shown here?

A. This is another deposit of 25 U.S. dollars from the redeem code ending in 92562.

Scholl - DIRECT - By Ms. Pelker

Q. And Row 2380, what's shown here?

A. This is a deposit of 80 U.S. dollars into the AurumXChange Mt. Gox account from the redeem code ending in 23E1D.

Q. Did you also review emails from the Defendant's accounts corresponding to these transactions?

A. Yes, ma'am, I did.

Q. I'd like to show you Exhibits --

MS. PELKER: I don't believe all of these have been admitted. It's Exhibits 878 through 883 and 899 through 901.

THE COURTROOM DEPUTY: 899 through...?

MS. PELKER: 901.

THE COURTROOM DEPUTY: Thank you.

MR. EKELAND: I'm sorry, Ms. Pelker. Could you give us the total range again one more time? It a lot of stuff. We just need to check it out.

MS. PELKER: 878 through 883 and 899 through 901.

MR. EKELAND: Through 9 --

MS. PELKER: Through 901.

MR. EKELAND: So 878 through 883 and then 889 through 901?

MS. PELKER: Yes. It's just the AurumXChange confirmation emails.

MR. EKELAND: Plasma emails. Yeah. I just want

to put my eyes on them real quick.

BY MS. PELKER:

Q.  Mr. Scholl, do you recognize these?

A.  Yes, ma'am, I do.

Q.  Generally speaking, what are they?

A.  They're emails to plasmadivision.com email accounts in the AurumXChange.

THE COURT REPORTER:  And or in?  And or in the AurumXChange?

BY MS. PELKER:

Q.  You can rephrase your answer.  What are these?

THE COURT:  Start over.

THE WITNESS:  Emails to plasma@plasmadivision.com and spam@plasmadivision.com from the AurumXChange.

Sorry, ma'am.

BY MS. PELKER:

Q.  Are these true and accurate copies of the emails from the AurumXChange that was retrieved from the Defendant's email account?

A.  Yes, ma'am, they are.

MS. PELKER:  Mr. Ekeland, were you able to find them?

MR. EKELAND:  Are you moving them in?

MS. PELKER:  Yes.

MR. EKELAND:  No objection.

Scholl - DIRECT - By Ms. Pelker

**Appx3825**

MS. PELKER: The Government moves to admit.

THE COURT: Exhibits 878 through 883 and 899 through 901 are admitted and may be published to the jury.

(Whereupon, Government's Exhibit Nos. 878-883 and 899-901 were entered into evidence.)

BY MS. PELKER:

Q. If we could take first Exhibits 878, 879 and 880, starting with 878, can you explain what's shown here?

A. In 878, we have an email from noreply@aurumxchange.com to plasma@plasmadivision.com on 10-3-2011.

Q. And what's shown in the body of the email?

A. It's the redeem code ending in 4841F in the amount of $25.

Q. And directing your attention to Exhibit 879, what is shown here for that same order?

A. It's another email from noreply@aurumxchange.com to plasma@plasmadivision.com. And it says in the subject line, "We have sent you a payment towards order E012999."

Q. And now going to Exhibit 880 and scrolling down to Page 2, what is shown here?

A. This is showing that the order was completed. So the first two emails were, "We've received your payment for this exchange order." Then "We've sent your payment for this exchange order." And then he got an email showing that the order was completed.

Q.  Did --

A.  And the paid-to account is the Roso 7234852 Liberty Reserve account, funds sent to the Liberty Reserve.

Q.  Did you also review emails relating to the 92562 redeem code?

A.  Yes, ma'am, I did.

MS. PELKER:  If we could pull up Exhibit 899.

BY MS. PELKER:

Q.  What redeem code is indicated in this email?

A.  This is redeem code 92562.

Q.  Directing your attention to Exhibit 901.

MS. PELKER:  And let the record reflect the witness was pointing at the board to the redeem code.

THE COURT:  The record may so reflect.

BY MS. PELKER:

Q.  What is shown here on Exhibit 901?

A.  This is the order completion, again funds going to the Liberty Reserve account.  And the account name is Roso 7234852.

Q.  And now showing you Exhibit 881, what redeem code does this pertain to?

A.  This pertains to the redeem code ending in 23E1D.

Q.  And showing you Exhibit 883, what's shown here?

A.  The order is completed.  $80 transferred to the Liberty Reserve account Roso 7234852.

Scholl - DIRECT - By Ms. Pelker

MS. PELKER: If we could put Exhibit 315, the chart, back up on the screen.

BY MS. PELKER:

Q. Can you point out what you just showed with the emails?

A. Yeah. I'm clearing the screen. One second, ma'am.

So those emails show that the redeem codes that left the plasma@plasmadivision.com Mt. Gox account were used to fund exchange orders at the AurumXChange using plasma@plasmadivision and spam@plasmadivision.com accounts. And all of those redeem codes were sent minus fees to the Liberty Reserve account, Mr. Sterlingov's Liberty Reserve account.

Q. If you could just draw arrows on the screen in front of you showing that flow of funds that we've traced through now?

A. So the redeem code leaves the plasmadivision.com Mt. Gox account, is sent to the AurumXChange Mt. Gox account. AurumXChange credits orders for exchanging U.S. dollars to Liberty Reserve U.S. dollars. So the funds go this way.

And the same thing for the other redeem codes, $25, $25 and $80. And the amounts that they came out at at the Liberty Reserve are 78.4 Liberty Reserve U.S. dollars, 24.5 Liberty Reserve U.S. dollars and 24.5 Liberty Reserve U.S. dollars.

Q. Directing your attention to Exhibit 403, the Sterlingov

Liberty Reserve account, if we can go to the transactions tab, can you explain what's shown here?

A. Yes, ma'am. This is the Sterlingov -- Mr. Sterlingov's Liberty Reserve account, the same account we were just describing funds going to.

Q. Can you explain what's shown in the first three activity rows in this account?

A. The first three rows show transfers from the AurumXChange Company to the Roso 7234852 Liberty Reserve account in the amounts of 24.5, 24.5 and 78.4 Liberty Reserve U.S. dollars.

Q. In the memo texts are there exchange order numbers noted?

A. Yes, there are. Would you like me to read them?

Q. I don't think we need to read them in, but are those the exchange orders pertaining to the AurumXChange -- the transactions that we just reviewed?

A. Yes, ma'am, they are.

Q. And what happens to these funds after they are deposited into Mr. Sterlingov's Liberty Reserve account?

A. They're withdrawn from Mr. Sterlingov's Liberty Reserve account and sent to Mt. Gox.

MS. PELKER: Your Honor, are we stopping at 4:45 or 5:00 today?

THE COURT: Probably just whatever is -- sometime

Scholl - DIRECT - By Ms. Pelker

between now and the next ten minutes, whatever is convenient for you.

MS. PELKER:  We can pause -- we can stop now or we can keep going.  It's up to the jury.

THE COURT:  The jurors are ready to call it a day.

MS. PELKER:  This is a good breaking point.

THE COURT:  I understand.

Okay.  So let's see.  We're going to start tomorrow morning at 9:00 again.  I'd just ask that you don't discuss the case with anyone and don't conduct any type of research relating to the case.  Have a nice evening.  I will see you back here tomorrow.

I appreciate how attentive the jury is being, so thank you for that.

THE COURTROOM DEPUTY:  All rise.

(Whereupon, the jury exited the courtroom at 4:46 p.m. and the following proceedings were had:)

THE COURTROOM DEPUTY:  You may be seated.

THE COURT:  The witness can step down.  I'd just ask that you not discuss your testimony with anybody until it's complete.

THE WITNESS:  Yes, Your Honor.

THE COURT:  I'll see you back here at 9:00.

(Thereupon, Luke Scholl retired from the courtroom and the following proceedings were had:)

THE COURT: Ms. Pelker, anything to raise before we adjourn?

MS. PELKER: Your Honor, just for witness scheduling, could we get clarity as to whether we're sitting on Friday? The Government's very happy to put on testimony on Friday. We just --

THE COURT: You tell me how quickly you feel like we're moving, because I just want to make sure that we're not going to have jurors who are telling me that they've got plans and they're -- they're going to have to take a week off or something if it's going too long.

MS. PELKER: I think that we are okay, but still running a bit behind. But we're within the window that we had given the Court.

That said, if there's time to sit on Friday, we're very happy to sit on Friday.

THE COURT: Mr. Ekeland?

MR. EKELAND: I mean, we take the same position as the Government. I don't see us -- right now I see our case -- I mean, this depends on the Government's cross, of course, but I see our case not taking more than a week.

So I'm in agreement with the Government that I think we are on schedule and we can probably avoid sitting on Friday.

But we all know how trial goes, so I defer to the

Court on that.

THE COURT:  Right.

Well, we could do a half day on Friday.  We could sit Friday morning.  I'll have to move a couple matters, but that's not terribly difficult if I can do that.

So it's just -- you know, you all are in a much better position than I am to judge.  We'll need some time, if there is a conviction, for the forfeiture issue.

MR. EKELAND:  Your Honor, may I just speak with Ms. Pelker for a moment?

THE COURT:  Yes.  Sure.

(Discussion had off the record between counsel.)

MS. PELKER:  Your Honor, our only concern I think is really the forfeiture proceeding --

THE COURT:  Right.

MS. PELKER:  -- just if we're losing the jury. But I guess I do have the -- we would not want to do this, but we could call the jury back at a future date.

THE COURT:  Maybe what we should do is just sit for a short day on Friday and maybe just from 9:30 until lunchtime or something like that or 10:00 until lunchtime to get in a little bit and just to keep things moving that way.

MR. EKELAND:  Could we start at 10:00 on Friday and go until lunch?

THE COURT:  Yes.  So 10:00 until lunch?  We'll

just tell the jury we'll come in for a few hours.

MS. PELKER: That's fine. Can we confirm with the jurors?

THE COURT: Yes. I'll confirm this tomorrow morning with the jurors just to make sure no one has scheduled an appointment or something like that because I think they are on notice that they should get -- take care of their personal matters on Friday. So we'll confirm that.

So tentatively, let's plan on 10:00 until lunch on Friday, but let's confirm to make sure the jurors can do it.

MS. PELKER: Thank you, your Honor.

THE COURT: Anything else before we adjourn for the day?

MR. EKELAND: Tomorrow morning I just would ask that I could address something at sidebar that we discussed before -- over the phones before I do my cross of Mr. Scholl. I just need resolution on that issue and I would like to discuss it.

THE COURT: And I take it -- that question is -- well, why don't you tell me what the question is to make sure I'm focusing on the right thing.

MR. EKELAND: I don't want to say it out loud in the open courtroom. I'd rather discuss it over the phone.

THE COURT: Pick up the phone.

(Whereupon, the following bench conference was

held:)

MR. EKELAND: So it's the issue of Mr. Sterlingov's incarceration in relation to the shutdown of Bitcoin Fog. And I think, you know, I would like to think about it.

Also, I don't know how the cross is going to go. And I understand the Court's concern, and one of the things is -- to speak sort of freely on the point, it occurs to me we could just limit it to the fact that he was still under detention at that point from the airport. We don't have to go into the whole thing that he's been in jail for, whatever, the last three years.

THE COURT: Ms. Pelker, that seems okay to me.

MS. PELKER: That's fine with the Government. I mean, I think that there's evidence that he was arrested on a certain date, and the jury can -- because they don't know that he's detained. But that's fine with the Government.

THE COURT: The only thing is that if you want to do it with this witness, with Mr. Scholl, I'm not sure if -- is Mr. Scholl the right guy to do it with? Was he involved at that time?

MS. PELKER: No, your Honor. I think he knows the date of the arrest, but I don't know that he would know any sort of specifics about the incarceration.

THE COURT: Is there anybody -- another witness

who's coming who could do that?

MS. PELKER:  Mr. Rovensky -- I don't believe so. No one else who's coming --

MR. EKELAND:  Your Honor, we could just maybe stipulate to it.

THE COURT:  I'll leave that up to you and the Government.  You can talk about doing that if you'd like to. I also suspect that he may well know.

But the only thing I want to just be careful about is making sure that he doesn't slip up and say more than you want him to say or more than Mr. Sterlingov or others may want him to say in response to the question.

So if you're going to ask the question, I think maybe what I would suggest that you do is talk to Ms. Pelker about whether -- what you are thinking about and see if you can agree to preview it with the witness, because I think it's a noncontroversial proposition.  So I'm not worried about him being prepared on it.  In fact, being prepared on it may avoid problems; and that way, he'll know not to say more than you want or to answer in a limited fashion. That's all okay with me.

And then the only other thing is I'd like you to confer with Mr. Sterlingov about this in advance and make sure that this is his decision and that's what he'd like to do, and then I probably would just want to voir-dire him

tomorrow morning to make sure, having had the evening to think about it and talk to you about it, that he is of the view that he wants you to ask about his -- even a short period of incarceration.

MR. EKELAND: I think that's a very good idea, Your Honor. The defense agrees.

THE COURT: Okay. That's acceptable to the Government as well?

MS. PELKER: Yes, your Honor.

THE COURT: All right. I will see you all tomorrow morning. Thank you.

MR. EKELAND: Thank you, your Honor.

(Proceedings concluded.)

**CERTIFICATE**

I, LISA EDWARDS, RDR, CRR, do hereby certify that the foregoing constitutes a true and accurate transcript of my stenographic notes, and is a full, true, and complete transcript of the proceedings produced to the best of my ability.

Dated this 21st day of February, 2024.

/s/ Lisa Edwards, RDR, CRR
Official Court Reporter
United States District Court for the
  District of Columbia
333 Constitution Avenue, Northwest
Washington, D.C. 20001
(202) 354-3269

## $

**$1,170,572** [1] - 92:1
**$11,865,059** [1] - 92:15
**$25** [5] - 126:3, 127:21, 130:13, 132:21
**$276** [1] - 91:22
**$3,955,020** [1] - 92:13
**$346,298** [1] - 92:7
**$516,456** [1] - 92:5
**$7,910,039** [1] - 92:10
**$70** [1] - 81:15
**$705,470** [1] - 91:24
**$731,603** [1] - 92:6
**$767,180** [1] - 92:2
**$80** [3] - 119:3, 131:24, 132:21
**$80.50** [1] - 112:25
**$839,521** [1] - 92:3
**$85,120** [1] - 91:23
**$896,647** [1] - 92:4

## /

**/s** [1] - 141:12

## 0

**0.03** [1] - 88:21
**0.035** [1] - 89:8
**01** [2] - 82:21, 84:4
**02** [1] - 82:21
**03** [1] - 82:22
**0FC05B** [1] - 106:8

## 1

**1** [21] - 34:5, 35:19, 35:22, 35:23, 47:5, 82:15, 82:17, 83:11, 87:25, 88:8, 88:9, 88:24, 89:10, 89:17, 90:24, 91:2, 91:5, 92:11, 92:12, 109:17, 114:10
**1,280,935** [1] - 76:7
**1,284,251** [1] - 75:18
**1,850,896** [1] - 91:25
**1.00** [3] - 86:4, 88:4, 88:20
**1.38** [2] - 47:13, 47:15
**1.382** [1] - 47:12

**10-12-2011** [1] - 109:9
**10-19** [2] - 112:12, 113:13
**10-19-2011** [3] - 103:8, 103:16, 109:5
**10-20** [1] - 113:14
**10-20-2011** [3] - 112:24, 113:4, 115:11
**10-25-2011** [1] - 113:5
**10-3-2011** [3] - 124:6, 124:19, 130:10
**100** [2] - 56:9, 124:3
**10005** [1] - 1:25
**106** [1] - 3:20
**107** [1] - 3:21
**10:00** [4] - 136:21, 136:23, 136:25, 137:9
**10X** [1] - 58:16
**11** [4] - 19:24, 22:25, 125:15, 125:16
**111** [1] - 3:22
**118** [1] - 7:24
**11th** [2] - 88:15
**12** [2] - 126:1, 126:3
**122** [1] - 3:23
**13** [1] - 48:11
**130** [1] - 3:24
**1301** [1] - 1:21
**14RZFW** [5] - 106:21, 107:10, 108:2, 108:15, 112:16
**14RZFWF** [3] - 106:9, 106:20, 107:25
**15** [1] - 59:14
**150** [1] - 52:9
**15th** [1] - 107:4
**16** [1] - 5:23
**18CAB** [5] - 100:21, 101:4, 101:6, 101:19, 113:1
**198** [2] - 56:11, 56:13
**199** [1] - 7:25
**1:20** [1] - 1:7
**1:22** [1] - 5:3
**1HVK** [2] - 105:6, 106:15
**1HVKJ** [5] - 103:17, 105:5, 105:15, 106:8, 106:18
**1JZBU** [1] - 108:15
**1JZBUK** [4] - 108:6, 108:17, 109:7, 112:14
**1YZ** [1] - 41:5
**1YZJKA** [5] - 41:6, 41:10, 41:16, 41:19, 44:2

## 2

**2** [23] - 24:13, 36:10, 47:6, 81:25, 82:17, 83:11, 83:21, 85:13, 85:19, 85:25, 86:11, 90:24, 91:2, 91:4, 91:20, 92:9, 114:15, 114:16, 115:3, 122:3, 125:15, 125:16, 130:20
**20** [1] - 72:4
**200** [3] - 52:9, 56:10, 56:12
**20001** [2] - 2:4, 141:14
**2005** [1] - 1:21
**2011** [7] - 37:2, 43:20, 45:17, 86:9, 87:20, 91:22, 98:12
**2012** [2] - 52:8, 91:23
**2013** [2] - 88:15, 91:24
**2014** [5] - 37:2, 43:20, 44:18, 89:2, 91:25
**2015** [2] - 14:18, 92:1
**2016** [1] - 92:2
**2017** [1] - 92:3
**2018** [1] - 92:4
**2019** [1] - 92:5
**202** [2] - 2:4, 141:15
**2020** [1] - 92:6
**2021** [5] - 76:14, 77:9, 78:13, 81:20, 92:7
**2022** [1] - 76:12
**2024** [2] - 1:7, 141:10
**20530** [2] - 1:16, 1:19
**21** [1] - 1:7
**21-00399** [1] - 1:4
**21st** [2] - 89:2, 141:10
**23** [1] - 126:10
**2311** [1] - 86:10
**2366** [1] - 127:15
**2374** [1] - 127:23
**2380** [1] - 128:1
**23E1D** [5] - 126:16, 126:25, 127:4, 128:4, 131:22
**24** [2] - 48:10, 126:10
**24.5** [4] - 132:23, 133:10
**25** [2] - 126:13, 127:24
**283** [2] - 123:14, 124:3
**284** [1] - 124:9
**285** [1] - 124:10
**286** [1] - 124:10
**287** [1] - 124:10
**288** [3] - 109:8, 123:17, 123:19
**29** [1] - 76:14
**29th** [3] - 77:9, 78:12, 78:25
**2:52** [1] - 72:6

## 3

**3** [25] - 3:15, 71:5, 82:15, 82:17, 83:11, 85:21, 86:19, 87:2, 87:3, 87:5, 87:7, 87:22, 87:25, 88:8, 88:16, 88:24, 89:3, 89:10, 89:17, 90:25, 91:2, 91:5, 92:14, 92:15, 115:6
**30** [1] - 1:24
**308** [5] - 3:14, 74:17, 74:23, 75:1, 75:3
**311** [6] - 3:20, 105:6, 105:11, 105:21, 105:24, 106:1
**312** [7] - 3:21, 106:24, 107:1, 107:8, 107:15, 107:18, 107:19
**313** [4] - 95:5, 99:18, 121:10, 122:10
**313-A** [6] - 95:4, 99:19, 121:10, 121:12, 122:10
**313-B** [10] - 3:22, 110:2, 110:24, 111:2, 111:4, 121:7, 121:13, 121:22, 122:11, 122:12
**313-C** [6] - 110:13, 110:14, 110:24, 111:2, 121:8, 122:11
**314** [1] - 118:24
**315** [8] - 3:23, 115:20, 116:15, 122:20, 122:21, 122:23, 126:17, 132:1
**315-A** [6] - 3:23, 116:6, 116:15, 122:20, 122:22, 122:24
**32** [1] - 33:1
**322** [6] - 3:13, 68:7, 68:13, 68:18, 68:22, 68:24
**323** [6] - 30:8, 30:10, 30:22, 40:16, 40:23, 44:20
**325** [5] - 3:18, 90:2, 90:12, 90:16, 90:17
**326** [6] - 3:12, 59:24, 60:15, 64:24, 65:1
**326-A** [1] - 62:4
**333** [2] - 2:3, 141:14
**35** [3] - 102:7, 103:9, 112:23
**35.995** [1] - 107:25
**35.999** [3] - 103:16, 106:8, 112:17
**35.9995** [1] - 112:15
**353-A** [7] - 3:11, 36:24, 36:25, 37:8, 43:12, 43:13, 43:15
**354-3269** [2] - 2:4, 141:15
**36** [3] - 50:20, 109:6, 112:12
**395.5** [1] - 75:23
**3:15** [1] - 72:1
**3:23** [1] - 73:24
**3rd** [2] - 125:7, 127:5

## 4

**4** [2] - 3:5, 103:12
**40** [1] - 51:13
**401** [1] - 11:12
**402.8** [1] - 76:9
**403** [4] - 11:3, 11:12, 116:22, 132:25
**406-A** [2] - 108:25, 123:6
**408A** [1] - 102:23
**410-A** [1] - 127:14
**42** [1] - 52:3
**43** [1] - 3:11
**437** [5] - 3:19, 98:3, 98:15, 98:18, 98:20
**46** [1] - 52:3
**47** [1] - 56:19
**4841F** [5] - 126:6, 126:24, 127:4, 127:22, 130:12
**4:45** [1] - 133:23
**4:46** [1] - 134:16

## 5

**5** [8] - 3:16, 86:19, 87:2, 87:3, 87:5, 88:13, 103:5, 112:24
**5.1527** [1] - 1:16
**510** [1] - 124:15
**521,042** [1] - 75:15
**56** [1] - 51:12

143

| | | | | |
|---|---|---|---|---|
| **58** [1] - 57:8<br>**58.9** [1] - 81:14<br>**589** [1] - 109:3<br>**5:00** [1] - 133:24 | **899-901** [2] - 3:24, 130:5<br><br>**9**<br><br>**9** [1] - 128:19<br>**90** [1] - 3:18<br>**9000** [2] - 112:17, 115:16<br>**901** [8] - 128:11, 128:13, 128:18, 128:20, 128:22, 130:3, 131:11, 131:16<br>**925,000** [3] - 62:24, 63:1, 63:5<br>**925,743** [2] - 60:9, 75:9<br>**925,744** [1] - 60:8<br>**92562** [6] - 126:14, 126:24, 127:4, 127:25, 131:4, 131:10<br>**950** [1] - 1:18<br>**98** [2] - 3:19, 88:10<br>**99** [3] - 112:21, 115:3, 115:9<br>**9:00** [2] - 134:9, 134:23<br>**9:30** [1] - 136:20<br>**9th** [1] - 87:20 | **account** [129] -<br>14:22, 14:23, 15:11, 17:14, 18:21, 18:23, 18:24, 23:7, 25:6, 25:7, 33:11, 35:23, 45:21, 45:24, 47:13, 47:20, 92:17, 93:10, 93:12, 93:16, 93:18, 93:21, 94:21, 94:22, 94:24, 95:1, 95:16, 96:22, 96:24, 97:2, 97:11, 97:13, 97:21, 99:15, 99:16, 99:24, 100:8, 100:11, 100:12, 100:15, 100:17, 100:20, 100:22, 100:23, 101:3, 101:5, 101:7, 101:9, 101:10, 101:14, 101:15, 101:18, 101:24, 101:25, 102:3, 102:8, 102:11, 102:15, 102:20, 102:23, 103:3, 103:8, 108:20, 108:21, 109:1, 109:17, 111:16, 111:17, 112:11, 112:13, 112:17, 112:21, 113:3, 113:4, 113:9, 113:10, 113:12, 113:13, 113:23, 114:6, 114:11, 114:14, 114:24, 114:25, 115:4, 115:9, 115:11, 115:24, 117:3, 117:5, 117:11, 119:13, 119:16, 119:20, 120:5, 122:2, 123:7, 123:20, 123:25, 124:12, 124:18, 125:9, 126:24, 127:11, 127:20, 128:3, 129:19, 131:2, 131:3, 131:18, 131:25, 132:7, 132:11, 132:12, 132:17, 133:1, 133:4, 133:7, 133:10, 133:20, 133:22<br>**accounts** [13] -<br>25:22, 55:9, 83:9, 94:5, 94:13, 100:2, 115:16, 119:18, 122:5, 123:5, 128:5, 129:6, 132:9<br>**accuracy** [2] - 38:11, 61:19<br>**accurate** [9] - 4:5, 4:6, 60:10, 61:5, | 98:10, 105:17, 117:7, 129:17, 141:4<br>**accurately** [15] -<br>30:15, 30:17, 37:3, 61:4, 68:13, 68:14, 74:19, 86:22, 90:8, 107:11, 110:9, 110:19, 116:2, 116:10, 116:11<br>**accustomed** [1] - 50:9<br>**acquired** [1] - 25:1<br>**act** [1] - 100:7<br>**Action** [1] - 1:3<br>**activity** [23] - 15:12, 17:8, 17:9, 17:14, 17:16, 17:17, 17:19, 17:21, 17:22, 18:3, 18:5, 18:8, 19:4, 22:16, 38:3, 41:19, 52:16, 59:8, 78:5, 80:22, 81:3, 81:5, 133:6<br>**actor** [2] - 14:22, 18:16<br>**actors** [1] - 94:3<br>**actual** [1] - 91:14<br>**add** [2] - 87:14, 114:3<br>**added** [2] - 90:22, 122:6<br>**addition** [3] - 8:23, 12:17, 29:16<br>**additional** [18] -<br>18:4, 38:25, 39:12, 42:20, 43:4, 52:16, 52:17, 66:10, 76:18, 82:14, 82:19, 82:20, 83:6, 83:12, 86:14, 86:19, 114:3, 126:12<br>**additionally** [1] - 15:24<br>**Address** [4] - 6:5, 6:9, 71:5<br>**address** [96] - 6:6, 8:21, 8:22, 9:23, 14:9, 18:13, 24:20, 29:10, 29:23, 29:24, 32:1, 33:10, 33:12, 33:16, 33:18, 34:5, 34:12, 35:1, 35:24, 36:1, 36:2, 36:5, 40:1, 40:2, 40:6, 40:7, 40:10, 40:12, 40:20, 41:4, 41:5, 41:16, 41:23, 41:24, 42:1, 42:11, 44:1, 44:2, 44:14, 45:5, 46:2, 46:16, 46:19, 46:20, 49:21, 51:20, 54:25, 57:4, | 57:13, 62:9, 63:3, 64:11, 69:12, 69:14, 69:15, 69:16, 69:20, 69:22, 70:6, 70:8, 70:11, 70:12, 70:18, 70:20, 71:10, 71:12, 73:7, 73:12, 77:6, 78:6, 80:16, 101:13, 103:17, 103:20, 103:24, 105:5, 106:9, 106:15, 106:19, 106:21, 108:6, 108:17, 112:14, 112:15, 121:14, 121:15, 122:5, 122:14, 122:16, 137:15<br>**addressed** [4] - 4:15, 4:17, 5:17, 38:1<br>**addresses** [102] -<br>7:13, 7:16, 8:6, 19:3, 23:12, 23:13, 25:1, 25:4, 29:22, 32:13, 33:15, 34:10, 34:13, 34:19, 34:20, 34:21, 35:5, 35:7, 36:5, 36:14, 36:16, 36:22, 37:1, 37:3, 37:25, 38:1, 38:4, 38:22, 39:4, 39:13, 39:18, 39:19, 39:23, 41:14, 41:21, 42:7, 42:17, 42:22, 43:5, 43:8, 43:19, 43:22, 43:24, 44:6, 44:8, 45:6, 50:19, 51:2, 51:5, 51:6, 56:23, 57:3, 57:11, 57:19, 57:20, 59:9, 59:20, 59:24, 60:1, 60:3, 60:7, 60:9, 60:11, 61:12, 61:15, 62:4, 62:8, 62:10, 62:11, 62:13, 62:14, 62:19, 62:24, 63:1, 63:3, 63:5, 63:22, 65:5, 65:7, 65:12, 65:14, 65:17, 65:19, 65:23, 66:2, 66:3, 66:5, 66:7, 66:11, 66:17, 66:18, 66:24, 67:6, 69:7, 69:8, 69:21, 69:23, 71:1, 71:9, 75:8, 75:10<br>**adjacent** [1] - 71:10<br>**adjective** [1] - 20:18<br>**adjourn** [3] - 73:7, 135:2, 137:12<br>**administrator** [3] - 80:23, 81:18, 90:6<br>**admission** [2] - |

| | | | | |
|---|---|---|---|---|
| **6**<br><br>**601** [1] - 1:15<br>**65** [1] - 3:12<br>**6706** [1] - 2:3<br>**68** [1] - 3:13<br>**692,224** [1] - 76:1 | | | | |

| | | | | |
|---|---|---|---|---|
| **7**<br><br>**7** [6] - 3:17, 86:19, 87:2, 87:3, 87:5, 88:25<br>**702** [5] - 11:11, 60:24, 63:7, 74:25, 90:14<br>**7234852** [4] - 131:2, 131:19, 131:25, 133:9<br>**75** [1] - 3:14<br>**77.60** [1] - 113:3<br>**78.4** [2] - 132:22, 133:10<br>**7th** [1] - 86:9 | | | | |

| | | | | |
|---|---|---|---|---|
| **8**<br><br>**8** [1] - 124:19<br>**80** [4] - 101:7, 112:24, 126:13, 128:2<br>**818-B** [1] - 113:19<br>**87** [3] - 3:15, 3:16, 3:17<br>**878** [7] - 128:10, 128:18, 128:21, 130:2, 130:7, 130:8, 130:9<br>**878-883** [2] - 3:24, 130:4<br>**879** [2] - 130:7, 130:14<br>**880** [2] - 130:7, 130:19<br>**881** [1] - 131:20<br>**883** [5] - 128:10, 128:18, 128:21, 130:2, 131:23<br>**889** [1] - 128:21<br>**89.87** [5] - 109:9, 111:15, 112:11, 114:13, 123:19<br>**899** [5] - 128:10, 128:12, 128:18, 130:2, 131:7 | **A**<br><br>**ability** [3] - 6:11, 26:4, 141:7<br>**able** [45] - 11:18, 17:23, 19:2, 19:17, 33:5, 34:1, 36:21, 39:17, 39:19, 43:7, 43:22, 43:23, 49:4, 49:8, 50:19, 56:6, 57:11, 57:18, 61:4, 61:10, 61:18, 64:2, 71:16, 71:21, 88:11, 93:7, 96:21, 97:20, 99:4, 99:11, 99:14, 99:16, 101:19, 102:3, 102:9, 103:18, 103:21, 103:23, 103:24, 105:3, 105:4, 108:2, 108:16, 127:5, 129:21<br>**acceptable** [2] - 85:5, 140:7<br>**access** [4] - 14:22, 47:19, 81:16, 101:13<br>**accessed** [2] - 101:14, 101:16<br>**according** [2] - 91:3, 91:5 | | | |

Appx3839

73:11, 107:6

**admit** [24] - 30:21, 37:7, 38:20, 39:1, 43:11, 60:14, 62:13, 62:14, 63:14, 64:16, 68:17, 74:22, 87:1, 90:11, 98:14, 105:9, 105:20, 107:15, 110:23, 116:8, 116:14, 122:19, 130:1

**admitted** [32] - 23:2, 30:9, 35:13, 36:25, 43:13, 59:23, 63:20, 64:24, 68:8, 68:22, 74:18, 75:1, 82:1, 82:14, 83:15, 85:20, 87:3, 90:3, 90:16, 98:18, 102:24, 105:8, 105:24, 106:25, 107:3, 107:14, 107:18, 110:4, 111:2, 122:22, 128:10, 130:3

**admitting** [3] - 30:23, 30:25, 63:5

**advance** [2] - 119:22, 139:23

**advertise** [1] - 46:23

**afield** [1] - 82:7

**AFTERNOON** [1] - 1:5

**afternoon** [3] - 59:13, 59:15, 71:25

**afterwards** [2] - 22:5, 57:15

**Agent** [8] - 92:24, 95:9, 96:5, 97:13, 100:25, 103:2, 104:5, 123:10

**aggregate** [1] - 74:11

**ago** [1] - 118:9

**agree** [4] - 26:22, 55:20, 79:5, 139:16

**agreeing** [1] - 26:21

**agreement** [2] - 119:24, 135:22

**agrees** [1] - 140:6

**ahead** [8] - 5:21, 13:20, 32:18, 64:15, 80:17, 92:21, 108:7, 112:5

**aid** [1] - 52:12

**airport** [1] - 138:10

**Akemashite** [37] - 25:9, 25:11, 25:18, 26:10, 26:15, 26:16, 27:14, 28:8, 28:17, 29:13, 29:16, 44:12, 45:11, 46:5, 46:23, 47:1, 47:22, 48:15, 48:25, 51:15, 51:23,

52:20, 53:2, 53:5, 53:10, 53:21, 54:17, 55:12, 56:4, 56:20, 57:5, 57:16, 58:18, 59:3, 59:8, 66:8, 72:23

**alert** [1] - 51:25

**Alice** [3] - 7:14, 7:16, 77:4

**Alice's** [1] - 77:4

**allow** [9] - 13:17, 42:23, 46:9, 46:21, 47:2, 48:1, 85:12, 112:5

**allowed** [1] - 39:22

**almost** [1] - 80:25

**aloud** [4] - 28:4, 28:24, 114:7, 114:21

**ambiguity** [1] - 21:15

**ambiguous** [1] - 76:25

**AMERICA** [1] - 1:3

**amount** [26] - 18:24, 28:11, 28:19, 47:11, 47:25, 48:2, 48:3, 56:16, 58:9, 58:20, 86:4, 88:4, 88:12, 88:20, 89:7, 89:12, 89:14, 92:8, 92:19, 103:9, 107:25, 109:6, 109:9, 127:21, 130:12

**amounts** [6] - 17:19, 47:14, 49:2, 51:20, 132:21, 133:10

**ample** [1] - 117:21

**analysis** [39] - 4:5, 9:15, 10:22, 10:24, 11:15, 11:16, 12:4, 12:5, 14:9, 15:1, 15:3, 15:7, 16:19, 19:10, 25:12, 25:15, 28:15, 28:18, 46:24, 48:23, 49:1, 49:8, 49:21, 56:14, 56:21, 58:19, 60:12, 61:13, 65:13, 74:8, 76:11, 82:7, 82:11, 82:19, 83:1, 83:6, 83:7, 88:9, 94:10

**analyst** [1] - 84:6

**analyze** [1] - 94:22

**analyzed** [2] - 23:15, 56:7

**analyzer** [1] - 52:12

**analyzing** [3] - 7:18, 39:20, 66:4

**anesthetically** [1] - 109:25

**announcement** [2] - 29:13, 29:14

**anonymity** [2] - 24:22, 56:16

**anonymization** [1] - 49:19

**anonymous** [3] - 24:19, 25:7, 118:18

**answer** [2] - 129:11, 139:20

**answered** [2] - 77:20, 77:22

**answering** [1] - 29:2

**anti** [1] - 14:10

**anti-money** [1] - 14:10

**anyway** [2] - 58:12, 83:23

**anyways** [1] - 49:20

**apologies** [2] - 52:3, 121:9

**apologize** [4] - 26:25, 50:8, 50:9, 122:13

**appeal** [1] - 80:7

**appear** [2] - 65:20, 81:11

**aPPEARANCES** [1] - 1:13

**apply** [1] - 8:6

**appointment** [1] - 137:6

**appreciate** [3] - 27:6, 121:18, 134:13

**appropriate** [4] - 32:17, 32:21, 62:12, 120:21

**appropriately** [5] - 63:20, 64:14, 66:21, 69:23, 70:10

**April** [5] - 76:14, 77:9, 78:12, 78:25, 81:20

**archive** [1] - 86:23

**archive.org** [5] - 82:13, 86:8, 86:14, 86:20, 98:11

**area** [1] - 83:4

**areas** [2] - 15:15, 15:18

**argue** [4] - 13:9, 27:2, 80:4, 111:22

**argued** [1] - 60:25

**arguing** [1] - 78:25

**argument** [2] - 80:12, 85:2

**arrest** [2] - 76:17, 138:23

**arrested** [3] - 79:1, 79:22, 138:15

**arriving** [1] - 84:16

**arrow** [10] - 33:23,

116:24, 117:10, 117:13, 117:22, 118:10, 118:23, 119:1, 119:4, 120:12

**arrows** [1] - 132:13

**aspect** [1] - 54:4

**assign** [1] - 71:8

**assigned** [1] - 65:7

**assist** [2] - 74:14, 116:5

**assistance** [2] - 30:16, 95:5

**associated** [6] - 18:1, 49:22, 55:12, 74:12, 78:1, 125:18

**assume** [1] - 4:16

**assuming** [2] - 91:20, 92:9

**assumptions** [1] - 84:18

**attachment** [1] - 83:10

**attacker** [1] - 18:23

**attempt** [1] - 9:20

**attempting** [2] - 19:22, 42:21

**attention** [19] - 28:2, 28:22, 29:7, 69:25, 74:17, 88:13, 99:18, 103:5, 106:11, 108:9, 109:3, 113:19, 123:6, 123:17, 126:10, 127:14, 130:14, 131:11, 132:25

**attentive** [1] - 134:13

**attentiveness** [1] - 121:19

**ATTORNEY'S** [1] - 1:14

**attribute** [1] - 70:19

**attributed** [4] - 60:3, 69:17, 69:23, 70:18

**attribution** [2] - 67:18, 68:1

**attributions** [1] - 65:16

**AurumXChange** [41] - 93:19, 97:25, 98:1, 98:9, 98:11, 98:24, 99:5, 99:7, 99:9, 99:12, 99:15, 99:16, 99:20, 100:18, 113:2, 115:10, 116:25, 117:1, 117:3, 117:5, 117:11, 117:12, 117:14, 118:1, 119:16, 119:17, 120:5, 127:9, 127:11, 127:21, 128:3, 128:23, 129:7, 129:9,

129:14, 129:18, 132:8, 132:17, 132:18, 133:9, 133:16

**authorities** [4] - 24:24, 47:3, 57:2, 57:7

**automated** [2] - 81:3, 81:6

**available** [1] - 24:22

**Avenue** [4] - 1:18, 1:21, 2:3, 141:14

**average** [2] - 52:7, 52:8

**avoid** [8] - 16:1, 16:19, 20:18, 47:1, 53:18, 119:22, 135:23, 139:19

**avoiding** [1] - 46:24

**avoids** [1] - 21:20

**aware** [5] - 17:2, 17:4, 22:7, 31:5, 119:6

### B

**background** [2] - 10:3, 11:10

**balance** [1] - 81:13

**bank** [3] - 25:6, 114:10

**based** [11] - 23:18, 24:3, 61:11, 66:20, 69:7, 69:13, 82:11, 86:2, 88:2, 89:15, 89:21

**basic** [2] - 11:10, 82:9

**basis** [9] - 10:15, 14:15, 20:10, 31:24, 32:20, 38:12, 54:16, 78:11, 104:19

**batched** [1] - 49:6

**bear** [1] - 70:17

**became** [2] - 34:23, 44:18

**becomes** [1] - 19:15

**been..** [1] - 81:5

**BEFORE** [1] - 1:11

**beginning** [1] - 12:16

**behalf** [1] - 118:18

**behavior** [6] - 40:14, 47:24, 65:22, 66:1, 66:4, 70:24

**behind** [2] - 23:24, 135:13

**belong** [9] - 7:17, 50:19, 60:4, 66:19, 69:7, 70:9, 70:13, 71:3

**belonged** [3] - 7:16, 69:22, 71:1
**belonging** [1] - 65:17
**belongs** [2] - 7:19, 69:15
**below** [1] - 69:25
**bench** [16] - 9:5, 15:21, 20:2, 26:8, 31:8, 37:12, 42:4, 50:5, 52:24, 60:19, 78:9, 82:4, 104:3, 111:20, 116:19, 137:25
**benefit** [1] - 4:16
**benefits** [1] - 24:5
**best** [5] - 28:10, 28:20, 50:11, 54:24, 141:7
**Best** [1] - 8:17
**Bestmixer** [5] - 23:20, 23:21, 23:22, 23:23, 24:6
**Bestmixer.io** [1] - 23:9
**better** [2] - 63:12, 136:7
**between** [16] - 8:21, 14:9, 24:2, 25:25, 47:16, 49:3, 51:4, 54:6, 62:7, 62:18, 85:7, 88:8, 100:2, 134:1, 136:12
**beyond** [1] - 10:15
**big** [4] - 22:5, 64:13, 95:14, 118:1
**big-picture** [1] - 95:14
**bigger** [1] - 120:7
**Bisbee** [9] - 61:17, 61:25, 62:1, 63:12, 63:16, 64:5, 64:17, 64:19, 73:11
**bit** [11] - 24:17, 27:1, 27:9, 27:25, 34:18, 39:21, 48:11, 102:16, 120:12, 135:13, 136:22
**Bitcoin** [232] - 6:5, 6:8, 6:19, 8:17, 10:3, 18:10, 23:7, 23:13, 23:21, 23:22, 23:24, 24:1, 24:5, 24:14, 24:18, 24:19, 25:4, 25:8, 25:12, 29:11, 29:14, 29:17, 29:18, 29:21, 30:4, 30:6, 30:13, 30:18, 31:11, 32:10, 33:8, 33:10, 33:11, 34:6, 34:22, 34:23, 35:23, 36:3,

36:18, 37:1, 37:16, 37:17, 37:24, 38:3, 38:8, 38:9, 39:11, 39:20, 40:2, 40:5, 41:5, 41:7, 42:12, 42:18, 43:19, 43:23, 44:3, 44:4, 44:9, 44:13, 44:14, 44:25, 45:11, 45:14, 45:15, 45:16, 45:17, 45:19, 45:20, 46:6, 46:23, 48:9, 50:19, 51:25, 52:1, 52:9, 52:15, 56:9, 56:10, 56:11, 56:12, 56:13, 56:22, 57:6, 57:17, 57:19, 57:20, 59:5, 59:9, 59:24, 60:2, 60:4, 60:11, 61:15, 62:7, 62:11, 62:18, 65:5, 65:12, 65:18, 65:22, 66:1, 66:7, 66:11, 66:19, 66:24, 67:8, 69:7, 69:9, 69:11, 69:13, 69:15, 69:16, 69:19, 69:22, 69:24, 70:6, 70:9, 70:10, 70:13, 70:14, 70:18, 71:2, 71:3, 71:6, 71:9, 71:10, 71:11, 71:12, 71:17, 74:8, 74:12, 74:20, 75:13, 75:16, 75:19, 75:24, 76:6, 76:7, 76:13, 76:18, 77:6, 77:25, 78:2, 78:12, 78:18, 78:22, 78:23, 80:1, 80:5, 81:7, 81:13, 81:17, 81:18, 81:23, 83:14, 84:9, 84:11, 84:12, 85:4, 86:11, 86:23, 88:9, 88:10, 89:15, 89:16, 89:21, 89:25, 90:6, 91:3, 91:6, 91:21, 92:8, 92:20, 92:24, 93:11, 93:16, 102:1, 102:2, 102:7, 103:9, 103:16, 103:20, 103:25, 105:4, 105:5, 106:9, 107:25, 108:6, 109:6, 109:11, 111:11, 111:16, 112:12, 112:13, 112:14, 112:15, 112:17, 112:19, 112:23, 114:17, 114:18, 114:19, 114:23, 115:2, 115:13, 123:22, 124:9, 124:15, 124:17,

124:19, 124:21, 124:24, 124:25, 125:2, 125:5, 125:10, 125:17, 125:24, 138:4
**bitcoinfog.com** [8] - 24:11, 29:12, 86:20, 89:13, 93:5, 96:8, 110:11, 113:6
**Bitcoins** [14] - 25:5, 25:21, 25:22, 28:23, 29:3, 29:4, 29:5, 29:10, 47:13, 47:16, 47:20, 57:2, 75:18, 114:17
**black** [1] - 120:14
**blanking** [1] - 55:15
**block** [2] - 7:24, 49:14
**blockchain** [43] - 4:5, 7:21, 7:22, 8:3, 8:20, 8:24, 9:10, 9:15, 10:22, 10:24, 11:15, 11:16, 11:24, 12:2, 12:3, 12:5, 15:1, 15:3, 15:6, 16:19, 17:5, 18:15, 19:3, 19:10, 24:21, 25:11, 25:15, 28:15, 34:8, 40:3, 41:18, 41:22, 43:23, 44:3, 47:14, 48:7, 65:13, 75:8, 78:1, 83:7, 103:25, 105:5, 106:22
**blockchains** [2] - 7:19, 14:10
**blue** [3] - 69:6, 71:4, 120:13
**board** [1] - 131:13
**Bob** [3] - 7:14, 7:17, 77:4
**body** [1] - 130:11
**bolster** [2] - 9:21, 13:5
**bottom** [10] - 23:8, 28:12, 33:21, 47:8, 48:18, 60:5, 70:12, 95:25, 100:19, 116:25
**bought** [2] - 124:10, 124:20
**box** [21] - 5:8, 5:9, 33:21, 33:25, 50:21, 57:9, 69:6, 69:8, 71:3, 71:4, 97:5, 109:17, 117:12, 118:1, 119:15, 119:17, 119:18, 119:19, 119:20, 120:14, 120:15
**boxes** [1] - 69:6
**break** [14] - 8:21,

124:19, 124:21,
26:4, 53:17, 54:10, 55:3, 55:5, 56:16, 59:12, 59:15, 68:10, 71:24, 71:25, 72:8
**breakdowns** [1] - 91:10
**breaking** [1] - 134:6
**breaks** [1] - 59:13
**bridge** [1] - 80:11
**bring** [2] - 61:19, 62:13
**bringing** [3] - 13:3, 79:6, 79:24
**broken** [1] - 124:23
**Brooklyn** [1] - 1:25
**brought** [2] - 11:9, 95:8
**BROWN** [2] - 1:14, 40:23
**Brown** [2] - 27:10, 55:7
**BTC** [9] - 86:4, 88:4, 88:20, 88:21, 89:8, 124:10, 124:20, 125:2, 125:6
**bulk** [1] - 63:5
**bulletproof** [1] - 51:7
**bunch** [2] - 16:25, 41:9
**business** [4] - 20:22, 67:5, 67:6, 114:11
**buttons** [1] - 35:21
**buy** [1] - 126:7
**buying** [1] - 125:4
**BY** [83] - 2:1, 6:1, 7:4, 14:1, 16:17, 23:3, 24:16, 27:22, 28:1, 33:3, 34:3, 35:3, 35:17, 36:11, 39:10, 40:18, 41:1, 43:2, 43:17, 44:22, 47:7, 48:12, 49:13, 50:15, 50:23, 51:14, 56:1, 58:2, 59:2, 59:18, 65:3, 67:24, 68:12, 69:1, 74:6, 75:5, 77:10, 77:15, 78:4, 80:21, 85:22, 86:6, 86:18, 87:8, 87:18, 87:23, 90:19, 91:19, 92:22, 95:7, 95:23, 97:9, 98:5, 98:22, 102:18, 103:1, 105:2, 105:10, 106:4, 107:7, 107:21, 108:12, 109:2, 109:18, 110:5, 111:9, 112:8, 116:9, 121:23, 123:1, 123:15, 124:16, 125:14, 126:19,

127:1, 127:18, 129:2, 129:10, 129:16, 130:6, 131:8, 131:15, 132:3

## C

**calculate** [3] - 75:19, 88:11, 89:21
**calculated** [1] - 90:24
**calculating** [1] - 83:11
**calculations** [5] - 86:2, 88:2, 90:9, 91:10, 92:16
**cannot** [1] - 94:12
**capture** [2] - 86:7, 110:19
**captured** [1] - 98:11
**captures** [1] - 86:14
**card** [2] - 25:6, 100:2
**care** [1] - 137:7
**careful** [2] - 79:16, 139:9
**Casascius** [1] - 48:17
**case** [19] - 8:1, 10:2, 10:9, 18:17, 27:12, 27:13, 29:11, 38:7, 65:14, 66:25, 70:17, 72:2, 80:4, 80:8, 118:5, 134:10, 134:11, 135:20, 135:21
**cases** [9] - 14:19, 14:21, 14:24, 14:25, 19:11, 34:9, 34:21, 35:7, 94:6
**cash** [1] - 83:19
**CATHERINE** [1] - 1:17
**caught** [2] - 47:3, 79:14
**centralized** [1] - 6:20
**certain** [3] - 40:4, 49:2, 138:16
**certainly** [6] - 54:5, 63:18, 79:7, 79:11, 80:25, 118:14
**CERTIFICATE** [1] - 141:1
**certify** [1] - 141:4
**cetera** [1] - 106:8
**chain** [3] - 14:9, 30:1, 34:13
**Chainalysis** [40] - 8:13, 9:1, 9:14, 9:19, 9:21, 9:22, 10:7, 10:8,

10:16, 10:21, 13:1, 13:4, 13:6, 60:2, 60:4, 61:4, 61:10, 61:20, 63:6, 65:6, 65:8, 65:17, 66:25, 67:3, 67:4, 67:5, 69:9, 69:17, 69:24, 70:16, 70:19, 70:20, 70:22, 70:25, 71:1, 71:7, 71:13, 82:11

**Chainalysis's** [2] - 11:5, 70:14

**chains** [7] - 29:24, 33:17, 34:12, 35:5, 36:8, 36:17, 66:6

**challenged** [1] - 61:17

**chance** [2] - 25:24, 80:16

**change** [3] - 44:15, 86:11, 88:7

**changed** [8] - 36:15, 88:17, 88:20, 88:22, 89:4, 89:7, 119:5, 122:4

**charged** [2] - 89:18, 92:20

**Charlie** [2] - 7:14, 7:18

**chart** [49] - 31:1, 35:8, 35:13, 35:18, 68:4, 69:2, 74:14, 75:7, 80:23, 81:14, 82:16, 83:15, 91:1, 95:5, 95:9, 95:12, 96:25, 99:18, 102:17, 107:25, 108:9, 109:12, 109:14, 110:6, 110:17, 111:11, 111:12, 111:14, 111:25, 114:1, 114:8, 115:8, 115:18, 115:25, 116:2, 116:6, 116:22, 117:24, 119:2, 119:6, 120:11, 121:25, 123:3, 123:10, 123:22, 125:19, 126:18, 127:3, 132:2

**charts** [4] - 90:5, 119:1, 119:22, 124:15

**chat** [1] - 23:13

**cheap** [1] - 114:12

**check** [2] - 66:6, 128:17

**CHRISTOPHER** [1] - 1:14

**CI** [1] - 66:13

**circle** [3] - 33:9, 33:22, 71:5

**circled** [1] - 71:11

**circles** [1] - 31:20

**circumstances** [2] - 19:16, 22:12

**claim** [2] - 28:18, 79:25

**claiming** [2] - 53:4, 99:1

**clarification** [1] - 120:20

**clarify** [3] - 120:3, 120:4, 121:16

**clarifying** [1] - 21:24

**clarity** [2] - 119:4, 135:4

**clear** [12] - 15:23, 17:17, 21:3, 21:12, 22:20, 36:9, 84:2, 110:1, 113:11, 117:17, 117:24, 119:15

**clearing** [1] - 132:5

**clearly** [1] - 12:11

**clearnet** [4] - 24:2, 24:6, 24:14, 29:12

**clearweb** [1] - 23:23

**clicking** [1] - 80:23

**client** [1] - 80:5

**close** [3] - 15:10, 49:9, 101:16

**closing** [1] - 17:14

**cluster** [46] - 8:6, 32:12, 38:3, 39:20, 39:25, 40:5, 40:13, 41:8, 44:5, 44:9, 57:17, 57:20, 60:3, 60:11, 61:5, 61:15, 61:24, 62:9, 62:11, 64:12, 65:7, 65:12, 66:7, 66:11, 67:8, 69:9, 69:17, 70:10, 70:14, 70:16, 70:20, 71:2, 71:8, 74:9, 74:20, 75:9, 75:13, 75:25, 76:19, 78:22, 78:23, 81:12, 81:17, 82:11, 83:14, 89:25

**clustered** [5] - 63:6, 65:5, 66:20, 70:10, 71:6

**clustering** [3] - 59:19, 67:25, 70:22

**clusters** [8] - 61:5, 62:15, 67:7, 67:9, 67:11, 67:14, 67:17, 71:13

**co** [3] - 8:6, 35:1, 46:20

**co-spend** [1] - 8:6

**co-spends** [1] - 46:20

**co-spent** [1] - 35:1

**code** [38] - 61:3, 61:10, 100:2, 100:6, 100:7, 100:13, 100:16, 100:18, 100:21, 101:4, 101:6, 101:19, 101:23, 102:7, 102:8, 102:9, 103:6, 103:10, 112:19, 112:21, 112:22, 112:25, 113:2, 126:4, 126:5, 127:17, 127:21, 127:25, 128:3, 130:12, 131:5, 131:9, 131:10, 131:13, 131:20, 131:22, 132:16

**codes** [14] - 99:25, 100:1, 100:4, 126:8, 126:13, 126:14, 126:20, 126:23, 127:4, 127:6, 127:12, 132:6, 132:10, 132:20

**cognizant** [1] - 17:3

**CoinJoin** [6] - 6:21, 7:6, 7:8, 7:11, 7:23, 8:12

**CoinJoins** [1] - 8:13

**coins** [1] - 6:7

**collected** [4] - 86:23, 87:19, 88:14, 89:1

**collecting** [1] - 41:14

**colored** [1] - 33:13

**Columbia** [2] - 2:2, 141:13

**COLUMBIA** [2] - 1:1, 1:15

**combat** [1] - 58:14

**combine** [1] - 7:15

**combined** [2] - 41:8, 45:6

**combining** [1] - 48:21

**coming** [12] - 17:7, 17:21, 40:13, 41:20, 46:15, 48:2, 61:25, 73:10, 108:3, 108:6, 139:1, 139:3

**common** [3] - 12:2, 93:22, 94:14

**Company** [1] - 133:9

**Company's** [1] - 98:24

**compare** [1] - 113:25

**competence** [1] - 83:25

**complete** [3] - 31:12, 134:21, 141:6

**completed** [3] - 130:21, 130:25, 131:24

**completely** [2] - 57:14, 80:4

**completion** [1] - 131:17

**complex** [3] - 86:1, 88:2, 94:16

**compliance** [1] - 9:8

**complicate** [1] - 12:3

**complicated** [4] - 14:8, 44:19, 56:14, 94:10

**computer** [1] - 14:21

**conceal** [1] - 94:4

**conceding** [1] - 73:2

**concept** [1] - 92:18

**concern** [5] - 32:6, 55:17, 120:7, 136:13, 138:7

**concerned** [3] - 17:10, 17:13, 120:19

**concerns** [4] - 54:25, 55:1, 72:22, 120:1

**concluded** [1] - 140:13

**concludes** [1] - 15:17

**conclusion** [1] - 20:11

**conclusions** [1] - 49:5

**conditional** [1] - 73:11

**conduct** [4] - 17:25, 72:3, 83:25, 134:10

**confer** [5] - 53:14, 53:17, 72:13, 120:10, 139:23

**conference** [16] - 9:5, 15:21, 20:2, 26:8, 31:8, 37:12, 42:4, 50:5, 52:24, 60:19, 78:9, 82:4, 104:3, 111:20, 116:19, 137:25

**confers** [1] - 121:4

**confidence** [1] - 71:8

**confirm** [6] - 66:6, 101:8, 137:2, 137:4, 137:8, 137:10

**confirmation** [1] - 128:24

**confirming** [1] - 66:17

**confused** [1] - 21:8

**confusing** [2] - 117:7, 117:16

**confusion** [1] - 22:18

**connect** [1] - 6:12

**connected** [3] - 19:4, 48:8, 101:9

**connecting** [2] - 25:3, 122:5

**connection** [6] - 8:21, 25:25, 46:17, 46:22, 57:15, 58:10

**conservative** [3] - 70:22, 71:8, 71:14

**consider** [2] - 47:9, 47:11

**considerably** [1] - 34:12

**considering** [1] - 51:21

**consistent** [11] - 4:1, 5:10, 44:12, 59:8, 66:8, 70:24, 71:12, 89:20, 91:5, 114:2, 115:13

**consistently** [1] - 43:24

**consolidated** [1] - 29:25

**consolidation** [44] - 29:22, 29:24, 31:16, 32:13, 33:16, 33:18, 34:11, 35:1, 36:5, 36:14, 36:16, 36:21, 37:1, 37:3, 37:25, 38:1, 38:4, 39:12, 39:13, 39:18, 39:19, 39:23, 40:1, 40:6, 40:20, 41:4, 41:23, 41:24, 42:7, 42:11, 42:17, 42:22, 43:5, 43:7, 43:19, 43:22, 44:8, 44:14, 45:5, 62:8, 65:19, 66:2, 66:4

**constitutes** [1] - 141:4

**Constitution** [2] - 2:3, 141:14

**consulted** [1] - 65:13

**contained** [1] - 60:2

**content** [1] - 24:10

**continue** [5] - 27:5, 74:3, 94:23, 107:5, 112:9

**Continued** [1] - 3:5

**CONTINUED** [1] - 5:25

**controlled** [4] - 57:19, 59:21, 65:23, 66:3

**controlling** [1] - 6:20

**controls** [2] - 6:10, 70:21

**convenient** [1] - 134:1
**conversation** [3] - 54:11, 54:13, 55:1
**converted** [11] - 93:16, 93:19, 109:11, 111:16, 112:12, 112:23, 114:23, 114:24, 115:2, 125:23, 126:7
**converting** [3] - 102:1, 125:21
**conviction** [1] - 136:8
**cooperation** [1] - 23:16
**copies** [1] - 129:17
**copy** [1] - 60:10
**core** [2] - 53:3, 61:16
**corner** [1] - 91:15
**correct** [4] - 13:12, 75:12, 78:16, 78:20
**correctly** [2] - 33:6, 42:13
**corresponding** [2] - 127:11, 128:6
**corroborated** [2] - 65:16, 65:17
**counsel** [7] - 20:8, 27:4, 42:16, 53:14, 54:10, 72:13, 136:12
**countries** [1] - 23:17
**couple** [7] - 31:20, 46:4, 51:22, 114:11, 118:9, 124:7, 136:4
**course** [5] - 53:4, 58:13, 61:20, 67:5, 135:21
**Court** [22] - 2:1, 2:2, 12:8, 14:15, 15:17, 20:6, 20:12, 26:11, 31:5, 31:14, 42:19, 53:6, 53:20, 55:20, 61:20, 72:14, 104:13, 121:4, 135:14, 136:1, 141:12, 141:13
**court** [19] - 6:25, 13:25, 16:16, 22:24, 27:21, 32:25, 39:8, 43:1, 50:14, 55:24, 64:23, 73:16, 80:19, 85:18, 97:4, 105:1, 111:14, 112:7, 120:25
**COURT** [156] - 1:1, 4:1, 5:1, 5:7, 6:22, 7:2, 9:4, 9:12, 10:6, 11:1, 12:13, 13:8, 13:14, 13:20, 15:17, 15:25, 16:11, 16:14, 21:11, 22:2, 26:23,

27:6, 27:19, 30:23, 31:2, 31:6, 31:18, 31:22, 32:16, 33:1, 34:1, 35:2, 35:14, 37:9, 37:22, 38:13, 39:3, 39:9, 42:15, 42:23, 43:13, 50:10, 53:13, 53:24, 54:19, 55:6, 55:13, 55:16, 55:22, 55:25, 58:22, 59:14, 60:16, 61:6, 62:1, 62:23, 63:9, 63:25, 64:15, 64:21, 64:24, 67:21, 68:11, 68:19, 68:21, 71:25, 72:8, 72:12, 72:15, 72:18, 72:22, 73:3, 73:6, 73:10, 73:15, 73:19, 73:21, 74:3, 74:24, 75:1, 76:24, 77:2, 77:13, 77:19, 77:21, 77:23, 78:16, 79:11, 80:3, 80:11, 80:20, 83:20, 85:1, 87:3, 87:12, 87:17, 90:13, 90:15, 95:20, 97:4, 97:6, 97:8, 98:16, 98:18, 104:7, 104:15, 104:20, 105:22, 105:24, 107:16, 107:18, 110:25, 111:2, 112:5, 116:16, 117:9, 118:8, 118:19, 119:9, 119:23, 120:23, 121:1, 121:3, 121:6, 121:12, 121:16, 122:7, 122:17, 122:21, 129:8, 129:12, 130:2, 131:14, 133:25, 134:5, 134:7, 134:19, 134:23, 135:1, 135:7, 135:17, 136:2, 136:11, 136:15, 136:19, 136:25, 137:4, 137:12, 137:19, 137:24, 138:13, 138:18, 138:25, 139:6, 140:7, 140:10
**Court's** [1] - 138:7
**COURTROOM** [16] - 5:2, 5:5, 40:25, 72:5, 73:16, 73:23, 74:1, 107:1, 107:3, 121:2, 121:4, 122:10, 128:12, 128:14, 134:15, 134:18
**courtroom** [7] - 5:3, 12:12, 72:6, 73:24,

134:16, 134:24, 137:23
**covered** [1] - 126:15
**covering** [1] - 82:25
**covert** [1] - 9:20
**craft** [1] - 22:17
**create** [3] - 30:5, 35:25, 45:25
**created** [5] - 30:14, 66:25, 78:2, 90:5, 112:23
**creates** [1] - 35:23
**creating** [3] - 45:20, 45:24, 51:10
**credit** [1] - 25:6
**credits** [1] - 132:18
**criminal** [9] - 11:4, 11:9, 17:2, 17:4, 17:10, 17:12, 19:13, 94:6, 94:17
**Criminal** [1] - 1:3
**criminals** [9] - 8:18, 8:19, 11:22, 12:1, 12:11, 14:25, 16:9, 16:18, 19:18
**cross** [16] - 4:11, 4:17, 21:12, 21:14, 22:21, 54:9, 64:2, 64:9, 64:13, 64:14, 80:11, 83:24, 85:6, 135:20, 137:16, 138:6
**cross-examination** [3] - 4:17, 21:12, 21:14
**cross-examinations** [1] - 4:11
**cross-examine** [4] - 64:2, 64:9, 83:24, 85:6
**crossed** [1] - 31:17
**CRR** [3] - 2:1, 141:3, 141:12
**cryptocurrencies** [1] - 14:4
**cryptocurrency** [11] - 9:10, 9:17, 10:3, 11:11, 11:24, 14:18, 16:9, 18:22, 67:6, 82:9, 94:7
**culture** [1] - 54:4
**cumulative** [5] - 67:20, 104:5, 104:19, 104:20, 111:24
**currency** [3] - 25:6, 96:12, 98:2
**current** [2] - 51:21, 58:16
**curtailing** [1] - 63:23
**custodial** [5] - 6:18, 6:19, 7:10, 7:13, 8:16

**customer** [1] - 16:24
**cut** [2] - 104:9, 104:22
**cybercriminals** [5] - 10:23, 11:14, 14:3, 14:17, 16:4

## D

**D.C** [6] - 1:6, 1:16, 1:19, 1:21, 2:4, 141:14
**damaging** [1] - 80:8
**darknet** [8] - 12:2, 14:20, 16:25, 17:21, 23:24, 62:19, 67:14, 71:19
**data** [5] - 11:5, 35:9, 61:11, 105:15, 107:10
**date** [14] - 76:15, 76:19, 78:14, 84:10, 84:11, 86:7, 87:9, 87:19, 88:14, 88:25, 124:5, 136:18, 138:16, 138:23
**Dated** [1] - 141:10
**Daubert** [7] - 12:14, 60:25, 61:8, 61:16, 61:23, 62:20, 79:9
**days** [6] - 52:10, 76:16, 79:1, 114:11, 118:9
**days)** [1] - 51:22
**dealer** [2] - 71:19, 71:20
**dealt** [1] - 64:14
**December** [1] - 87:20
**decision** [1] - 139:24
**Defendant** [3] - 1:7, 115:15, 125:4
**DEFENDANT** [1] - 1:23
**Defendant's** [7] - 95:1, 113:8, 113:16, 115:12, 119:19, 128:5, 129:18
**defense** [16] - 4:18, 26:18, 27:4, 42:16, 54:14, 72:13, 72:23, 79:8, 80:1, 83:5, 83:16, 117:21, 118:1, 119:12, 119:25, 140:6
**defense's** [1] - 13:6
**defer** [1] - 135:25
**definitely** [2] - 48:22, 84:6
**definitive** [1] - 38:6
**deliberates** [1] -

21:23
**deliberating** [1] - 120:8
**demonstrative** [11] - 5:22, 30:24, 31:25, 32:5, 32:8, 32:19, 32:22, 33:2, 40:24, 105:8, 107:2
**deniability** [2] - 47:18, 48:6
**DEPARTMENT** [2] - 1:18, 1:20
**depict** [2] - 86:22, 116:11
**depicting** [2] - 30:13, 44:24
**depiction** [4] - 60:10, 98:10, 105:17, 117:7
**deposit** [63] - 6:5, 6:6, 25:25, 28:21, 29:22, 33:10, 33:12, 33:15, 34:10, 34:20, 35:22, 35:24, 36:1, 36:2, 36:4, 36:16, 40:8, 41:7, 41:12, 41:13, 41:14, 41:21, 47:16, 47:24, 49:3, 49:5, 49:22, 56:10, 57:3, 57:13, 58:16, 66:17, 69:12, 69:14, 70:6, 76:4, 76:5, 88:1, 88:7, 100:11, 102:7, 102:11, 103:16, 103:17, 105:15, 107:10, 109:9, 111:15, 112:11, 113:13, 114:13, 123:14, 123:19, 123:21, 123:24, 124:2, 124:3, 124:19, 125:9, 127:20, 127:24, 128:2
**deposited** [7] - 29:10, 93:15, 93:20, 102:1, 112:21, 113:3, 133:19
**depositing** [2] - 33:9, 113:16
**deposits** [31] - 28:16, 29:23, 35:1, 39:24, 40:1, 40:5, 40:10, 40:13, 41:9, 41:11, 41:20, 41:23, 42:1, 43:23, 44:4, 48:21, 57:4, 58:17, 58:21, 59:1, 59:4, 66:5, 75:13, 76:2, 76:18, 76:22, 77:9, 86:1, 90:23, 90:25, 103:24

depth [1] - 61:9
DEPUTY [16] - 5:2,
5:5, 40:25, 72:5,
73:16, 73:23, 74:1,
107:1, 107:3, 121:2,
121:4, 122:10,
128:12, 128:14,
134:15, 134:18
describe [12] - 10:12,
29:20, 31:21, 45:23,
48:13, 52:20, 56:3,
69:5, 93:14, 95:13,
107:8, 114:21
described [6] - 28:5,
28:25, 44:7, 48:20,
115:2, 115:12
describing [11] -
28:8, 47:22, 47:24,
48:1, 51:23, 51:24,
52:21, 56:4, 56:20,
56:21, 133:5
description [4] -
29:17, 31:15, 44:13,
66:8
descriptions [1] -
59:7
designation [7] -
10:18, 12:15, 12:19,
12:23, 13:11, 13:15,
32:17
designed [1] - 46:23
designer [1] - 30:16
destination [1] - 94:4
detail [8] - 4:17,
39:21, 42:9, 42:14,
42:20, 66:22, 104:21,
121:24
details [2] - 23:13,
45:2
detained [1] - 138:17
detention [1] -
138:10
determine [13] -
7:19, 17:6, 50:19,
59:20, 93:4, 93:7,
96:21, 100:17,
101:19, 102:3, 102:9,
106:22, 108:16
determined [1] -
65:4
deterministic [1] -
88:7
diagram [1] - 35:6
different [30] - 6:14,
6:17, 6:23, 7:15, 7:25,
8:15, 14:7, 14:9,
16:10, 19:11, 20:21,
23:22, 33:15, 35:21,
40:7, 41:13, 45:6,
62:9, 73:13, 93:17,

104:21, 111:25,
112:4, 118:21,
118:22, 118:24,
119:1, 124:23
differently [1] - 62:5
difficult [8] - 7:18,
8:20, 19:15, 30:4,
56:22, 58:11, 94:13,
136:5
digital [2] - 111:12,
111:13
dire [1] - 139:25
Direct [1] - 3:5
direct [5] - 4:10,
74:17, 103:5, 114:8,
127:14
DIRECT [1] - 5:25
directed [1] - 64:3
directing [11] - 28:2,
28:22, 29:7, 69:25,
106:11, 113:19,
123:16, 126:10,
130:14, 131:11,
132:25
directly [3] - 93:11,
103:12, 114:10
disclosed [2] -
78:14, 83:13
disclosure [2] -
78:21, 83:13
discovery [1] - 118:4
discuss [8] - 32:9,
35:4, 35:15, 72:2,
134:10, 134:20,
137:18, 137:23
discussed [6] -
15:16, 31:4, 42:17,
45:19, 123:21, 137:15
discussing [2] -
12:25, 45:15
discussion [5] -
12:1, 32:12, 42:18,
122:21, 136:12
distinction [2] - 24:2,
84:23
distinguishing [2] -
52:12, 85:7
distributions [1] -
92:18
DISTRICT [4] - 1:1,
1:1, 1:11, 1:15
District [3] - 2:2, 2:2,
141:13
district [1] - 141:13
Division [9] - 109:1,
111:15, 111:17,
112:11, 113:12,
114:14, 117:11,
123:7, 126:24
document [8] -

112:4, 113:16,
113:21, 113:22,
113:24, 114:4, 114:8,
115:5
documentation [1] -
66:16
dollar [3] - 90:23,
90:24, 125:12
dollars [27] - 18:25,
76:8, 93:19, 101:7,
101:23, 101:24,
102:2, 113:3, 114:17,
114:20, 115:2,
124:24, 125:11,
125:16, 125:22,
125:24, 126:12,
126:13, 126:14,
127:24, 128:2,
132:18, 132:19,
132:22, 132:23,
132:24, 133:11
dollars' [1] - 19:6
domain [7] - 93:5,
96:8, 110:10, 111:11,
113:7, 115:13, 123:22
done [10] - 4:21,
5:14, 25:23, 33:5,
49:21, 58:19, 67:4,
117:19, 118:16, 120:6
door [2] - 79:2, 79:19
down [22] - 19:23,
24:8, 24:17, 27:24,
30:1, 48:11, 49:11,
50:21, 60:5, 81:11,
85:20, 87:21, 88:16,
89:3, 92:21, 95:24,
96:14, 110:4, 122:3,
124:23, 130:19,
134:19
dozens [3] - 34:10,
34:21, 34:24
Dr [1] - 126:5
dragging [1] - 60:6
draw [5] - 33:5, 34:1,
49:4, 79:17, 132:13
drawings [1] - 33:24
drawn [1] - 119:15
drill [2] - 34:18,
95:24
drive [1] - 113:17
drug [1] - 71:19
during [5] - 53:17,
54:10, 55:3, 55:5,
79:3
Dutch [1] - 23:10

## E

E012999 [1] - 130:18

early [4] - 29:21,
33:7, 34:21, 36:19
earned [4] - 90:6,
91:21, 92:8, 125:16
earnings [2] - 81:23,
89:21
easier [5] - 35:9,
72:11, 85:2, 111:14
easily [1] - 25:2
EDWARDS [2] - 2:1,
141:3
Edwards [1] - 141:12
effect [2] - 16:5, 94:9
efficiency [1] - 73:4
Eighth [1] - 1:25
either [4] - 21:23,
32:3, 38:24, 121:10
Ekeland [12] - 10:14,
11:1, 32:1, 64:2, 64:8,
64:10, 107:16,
118:24, 120:4,
120:10, 129:21,
135:17
EKELAND [96] -
1:23, 1:24, 4:25, 9:3,
9:7, 9:18, 11:2, 11:20,
12:7, 12:23, 13:19,
15:19, 15:23, 16:12,
19:25, 20:4, 21:2,
21:22, 26:6, 26:10,
26:20, 31:3, 31:10,
32:3, 37:10, 37:14,
38:5, 42:2, 42:6, 50:3,
50:7, 52:22, 53:1,
53:20, 54:13, 55:4,
55:18, 60:17, 60:21,
61:14, 62:22, 62:24,
67:19, 68:20, 72:17,
73:9, 74:25, 76:23,
76:25, 77:18, 77:20,
77:22, 78:7, 78:11,
78:24, 79:18, 80:9,
82:2, 82:6, 82:23,
83:17, 84:8, 87:10,
87:16, 90:14, 95:18,
98:17, 104:1, 104:5,
104:11, 104:16,
105:23, 107:17,
111:1, 111:18,
111:22, 116:17,
116:21, 117:15,
118:3, 118:9, 128:15,
128:19, 128:21,
128:25, 129:23,
129:25, 135:18,
136:9, 136:23,
137:14, 137:22,
138:2, 139:4, 140:5,
140:12
electronic [2] - 95:4,

95:12
elicit [1] - 10:20
eliciting [1] - 79:7
eliminate [2] - 25:23,
48:25
eliminates [1] -
48:22
Elizabeth [2] - 61:17,
61:25
email [8] - 46:2,
129:6, 129:19, 130:9,
130:11, 130:16,
130:24, 131:9
emails [10] - 128:5,
128:24, 128:25,
129:6, 129:13,
129:17, 130:22,
131:4, 132:4, 132:6
empirical [1] - 38:12
end [8] - 23:17, 24:1,
27:8, 58:7, 85:21,
87:21, 88:16, 89:3
ended [1] - 102:8
ending [12] - 100:21,
101:6, 112:20,
112:22, 113:1,
126:14, 126:16,
126:24, 127:25,
128:3, 130:12, 131:22
ends [2] - 103:10,
126:6
enforcement [26] -
8:23, 11:16, 15:4,
15:11, 16:4, 17:23,
18:10, 18:12, 18:14,
19:10, 19:17, 19:21,
19:22, 24:9, 26:4,
28:11, 46:10, 46:21,
50:18, 52:2, 56:7,
59:4, 96:14, 96:16,
99:4, 99:8
engineering [1] -
61:10
entered [14] - 5:3,
43:16, 65:2, 68:25,
73:24, 75:4, 87:6,
90:18, 98:21, 106:2,
107:20, 111:5,
122:24, 130:5
entire [1] - 79:23
entirely [1] - 62:12
entities [1] - 67:10
entitled [1] - 28:2
entity [3] - 6:20,
59:21, 70:20
entry [1] - 125:3
error [2] - 9:19,
61:21
ESQ [5] - 1:14, 1:17,
1:20, 1:23, 1:23

| | | | | |
|---|---|---|---|---|
| **essentially** [5] - 20:9, 70:21, 77:25, 84:4, 117:23<br>**established** [1] - 27:12<br>**establishes** [1] - 53:2<br>**et** [1] - 106:8<br>**euro** [5] - 111:15, 112:11, 114:13, 123:14, 125:1<br>**European** [1] - 114:10<br>**Europol** [1] - 23:16<br>**Europol's** [1] - 23:10<br>**euros** [15] - 109:9, 109:10, 114:16, 114:18, 123:19, 124:3, 124:9, 124:24, 125:1, 125:9, 125:22, 125:23<br>**evade** [7] - 10:24, 11:15, 14:25, 15:3, 15:6, 57:6<br>**evading** [2] - 12:5, 16:4<br>**evasion** [1] - 16:10<br>**evening** [2] - 134:11, 140:1<br>**evenly** [1] - 59:16<br>**event** [1] - 54:21<br>**eventually** [3] - 36:3, 41:15, 114:19<br>**Evidence** [1] - 118:15<br>**evidence** [31] - 20:5, 24:15, 26:14, 43:16, 53:2, 53:9, 53:22, 53:25, 54:1, 55:11, 65:2, 68:25, 73:2, 75:4, 79:24, 86:17, 87:6, 90:18, 95:19, 98:4, 98:21, 106:2, 107:20, 111:5, 113:20, 115:21, 122:7, 122:24, 123:8, 130:5, 138:15<br>**exact** [1] - 88:6<br>**exactly** [1] - 118:15<br>**Examination** [1] - 3:5<br>**examination** [3] - 4:17, 21:12, 21:14<br>**EXAMINATION** [1] - 5:25<br>**examinations** [1] - 4:11<br>**examine** [4] - 64:2, 64:9, 83:24, 85:6<br>**examining** [1] - | 120:2<br>**example** [10] - 6:21, 7:6, 7:22, 17:21, 40:21, 41:3, 46:15, 56:8, 77:3, 77:4<br>**examples** [2] - 8:15, 70:23<br>**Excel** [2] - 84:4, 85:13<br>**except** [1] - 111:25<br>**exchange** [13] - 18:22, 25:5, 67:11, 84:9, 96:12, 98:2, 114:16, 114:17, 130:23, 130:24, 132:8, 133:12, 133:16<br>**exchanges** [4] - 9:17, 14:10, 99:3, 123:5<br>**exchanging** [1] - 132:18<br>**excuse** [2] - 15:19, 88:15<br>**excused** [1] - 5:15<br>**Exhibit** [73] - 3:9, 19:24, 22:25, 24:13, 30:8, 30:10, 30:21, 33:1, 36:24, 37:7, 40:16, 43:12, 43:13, 43:15, 47:5, 59:24, 60:14, 65:1, 68:7, 68:13, 68:17, 68:22, 68:24, 74:17, 74:22, 75:1, 75:3, 81:25, 85:19, 87:5, 87:7, 88:13, 88:25, 90:2, 90:11, 90:15, 90:17, 95:3, 98:3, 98:14, 98:18, 98:20, 105:6, 105:11, 105:20, 106:1, 106:24, 107:8, 107:15, 107:18, 107:19, 108:25, 110:2, 110:13, 110:14, 111:4, 113:19, 115:20, 116:6, 122:23, 123:6, 126:17, 127:14, 130:4, 130:14, 130:19, 131:7, 131:11, 131:16, 131:20, 131:23, 132:1, 132:25<br>**exhibit** [6] - 6:4, 31:25, 32:20, 64:16, 105:9, 120:8<br>**exhibits** [3] - 86:16, 118:10, 118:18<br>**Exhibits** [12] - 86:19, 87:2, 87:3, 99:18, | 110:24, 111:2, 116:15, 122:20, 128:8, 128:10, 130:2, 130:7<br>**exist** [2] - 67:1, 67:3<br>**existed** [1] - 67:2<br>**exited** [2] - 72:6, 134:16<br>**expand** [1] - 33:23<br>**expenses** [1] - 92:17<br>**experience** [3] - 70:24, 93:22, 94:16<br>**expert** [46] - 9:8, 9:15, 9:19, 9:22, 9:24, 10:5, 10:18, 11:2, 11:13, 11:21, 11:22, 11:23, 12:10, 12:14, 12:19, 12:23, 13:11, 13:15, 15:18, 15:24, 16:8, 31:11, 31:17, 32:17, 37:21, 37:24, 38:2, 42:13, 62:17, 78:15, 78:17, 82:7, 82:20, 83:1, 83:3, 83:12, 83:18, 83:22, 84:7, 85:3, 85:14, 104:13, 104:17, 119:7, 119:12<br>**expertise** [3] - 16:4, 61:19, 83:4<br>**experts'** [1] - 38:1<br>**explain** [36] - 6:2, 6:16, 14:13, 14:14, 25:9, 28:4, 28:24, 33:4, 36:12, 36:14, 39:17, 40:19, 41:2, 42:21, 43:18, 43:21, 44:23, 45:2, 46:13, 65:4, 66:24, 76:21, 88:19, 94:2, 98:23, 99:25, 101:22, 106:5, 109:3, 112:4, 113:20, 123:2, 126:11, 130:8, 133:2, 133:6<br>**explaining** [2] - 66:21, 90:5<br>**explains** [2] - 38:2, 109:20<br>**explanatory** [1] - 10:2<br>**explorer** [1] - 7:24<br>**extending** [1] - 120:12<br>**extensive** [1] - 62:20<br>**extent** [7] - 21:16, 27:3, 63:2, 63:21, 82:24, 83:12, 85:4<br>**external** [1] - 51:6<br>**extremely** [1] - 80:8<br>**eyes** [1] - 129:1 | **F**<br><br>**facie** [1] - 27:12<br>**fact** [18] - 10:11, 11:17, 25:15, 27:13, 49:19, 49:25, 50:1, 50:16, 69:13, 71:2, 78:16, 79:19, 79:22, 84:16, 95:18, 104:12, 138:9, 139:18<br>**fair** [6] - 55:16, 60:10, 73:6, 85:11, 98:10, 105:16<br>**fairly** [12] - 4:5, 30:15, 30:17, 31:23, 68:9, 68:13, 86:22, 90:8, 110:9, 110:19, 116:10, 116:11<br>**fake** [1] - 51:10<br>**fall** [1] - 24:9<br>**falls** [1] - 13:14<br>**familiar** [2] - 45:20, 93:25<br>**far** [1] - 82:7<br>**fashion** [2] - 70:5, 139:20<br>**FBI** [9] - 19:4, 19:5, 45:9, 66:13, 69:3, 69:10, 69:18, 71:16<br>**feature** [1] - 51:24<br>**February** [3] - 1:7, 52:8, 141:10<br>**fee** [15] - 85:25, 86:11, 86:12, 87:24, 88:1, 88:6, 88:11, 88:22, 88:24, 89:9, 89:10, 89:17, 91:3, 91:4, 92:9<br>**fees** [9] - 82:15, 86:1, 88:1, 89:18, 89:22, 90:7, 92:19, 125:17, 132:10<br>**Fees** [1] - 85:24<br>**female** [1] - 53:10<br>**few** [4] - 14:12, 38:25, 125:5, 137:1<br>**FFD2B** [6] - 102:8, 102:9, 103:6, 103:11, 112:20, 112:22<br>**fiat** [1] - 25:6<br>**fictitious** [1] - 55:8<br>**figure** [1] - 57:19<br>**figures** [5] - 74:20, 75:6, 85:13, 90:5, 91:14<br>**file** [1] - 17:18<br>**filing** [3] - 15:11, 17:14, 18:3<br>**final** [3] - 57:21, | 58:3, 84:15<br>**finally** [1] - 5:15<br>**financial** [36] - 8:23, 9:1, 9:8, 9:11, 9:16, 10:12, 10:21, 10:22, 10:25, 11:17, 11:19, 11:22, 12:6, 12:25, 13:4, 15:7, 15:10, 16:19, 16:22, 16:23, 16:24, 17:3, 17:4, 17:7, 17:10, 17:13, 17:18, 18:3, 18:5, 82:7, 83:1, 83:8, 83:17, 84:6, 84:24<br>**findings** [1] - 74:15<br>**fine** [7] - 27:2, 27:6, 63:24, 120:22, 137:2, 138:14, 138:17<br>**finger** [1] - 34:2<br>**finish** [3] - 111:11, 112:2, 112:3<br>**FIOD** [2] - 23:11, 23:16<br>**first** [19] - 23:6, 24:17, 29:8, 39:24, 40:5, 44:2, 47:22, 52:4, 69:5, 85:23, 118:17, 118:22, 123:24, 124:11, 124:17, 130:7, 130:22, 133:6, 133:8<br>**five** [1] - 34:13<br>**flagged** [1] - 10:25<br>**Floor** [1] - 1:25<br>**flow** [20] - 8:19, 19:17, 31:21, 51:21, 52:14, 62:7, 62:18, 83:19, 94:23, 95:15, 110:6, 110:9, 113:25, 114:2, 114:3, 115:12, 116:3, 122:1, 123:4, 132:14<br>**flowed** [1] - 32:14<br>**flowing** [2] - 85:5, 117:2<br>**focusing** [1] - 137:21<br>**Fog** [152] - 6:19, 8:17, 23:7, 23:22, 23:24, 24:1, 24:5, 24:14, 24:18, 29:11, 29:17, 29:18, 29:21, 30:4, 30:6, 30:14, 31:11, 32:10, 33:8, 33:10, 33:11, 34:6, 34:22, 34:23, 35:23, 36:4, 36:7, 36:14, 36:18, 37:1, 37:16, 37:17, 37:24, 38:3, 38:8, 38:9, 38:10, 39:11, 39:20, 40:2, |

40:5, 41:5, 41:7,
41:20, 41:21, 42:12,
42:19, 43:19, 44:4,
44:9, 44:13, 44:25,
46:21, 46:23, 48:9,
50:19, 51:25, 52:1,
52:15, 56:9, 56:22,
57:6, 57:11, 57:12,
57:17, 57:19, 57:20,
58:9, 59:5, 59:9,
59:24, 60:2, 60:4,
60:11, 61:15, 62:7,
62:11, 62:18, 65:5,
65:12, 65:18, 65:22,
66:1, 66:7, 66:11,
66:20, 66:24, 67:8,
69:7, 69:9, 69:11,
69:13, 69:14, 69:15,
69:17, 69:19, 69:22,
69:24, 70:6, 70:9,
70:10, 70:13, 70:14,
70:19, 71:2, 71:3,
71:6, 71:9, 71:10,
71:11, 71:12, 71:17,
71:20, 74:8, 74:12,
74:20, 75:8, 75:13,
75:24, 76:13, 76:18,
77:25, 78:2, 78:12,
78:18, 78:22, 78:23,
80:1, 80:5, 81:7,
81:17, 81:18, 83:14,
84:12, 86:11, 86:23,
89:25, 90:6, 91:4,
91:6, 91:21, 92:8,
92:20, 93:11, 111:11,
115:13, 123:22, 138:4
  **Fog's** [8] - 30:18,
36:21, 44:14, 46:6,
52:16, 81:23, 89:21,
92:24
  **follow** [5] - 8:20,
14:10, 18:14, 19:17,
28:20
  **following** [38] - 5:4,
9:5, 13:24, 15:21,
16:15, 20:2, 22:23,
26:8, 27:20, 31:8,
32:24, 37:12, 39:7,
42:4, 42:25, 50:5,
50:13, 52:24, 55:23,
60:19, 64:22, 72:7,
73:18, 73:25, 78:9,
80:18, 82:4, 85:17,
94:23, 104:3, 104:25,
111:20, 112:6,
116:19, 120:24,
134:17, 134:25,
137:25
  **FOR** [4] - 1:1, 1:14,
1:14, 1:23

  **foregoing** [1] - 141:4
  **forensically** [1] -
84:23
  **forensics** [1] - 83:17
  **forfeiture** [2] - 136:8,
136:14
  **form** [3] - 20:23,
33:17, 120:9
  **formats** [1] - 9:15
  **formatted** [1] - 62:5
  **formed** [1] - 29:24
  **forming** [1] - 66:6
  **forth** [2] - 55:10, 73:2
  **forum** [2] - 45:15,
45:24
  **forward** [4] - 18:12,
21:19, 50:10, 53:19
  **foundation** [15] -
13:16, 13:21, 26:12,
38:18, 38:22, 39:4,
39:5, 53:7, 53:9,
60:22, 61:1, 63:7,
63:11, 63:16, 64:18
  **foundational** [2] -
38:25, 53:3
  **four** [1] - 33:15
  **freely** [1] - 138:8
  **frequency** [1] - 49:3
  **frequently** [2] -
14:25, 65:9
  **Friday** [11] - 135:5,
135:6, 135:15,
135:16, 135:24,
136:3, 136:4, 136:20,
136:23, 137:8, 137:10
  **front** [9] - 12:8,
12:20, 12:24, 16:3,
95:12, 96:25, 116:2,
121:12, 132:13
  **full** [4] - 62:14,
84:18, 102:17, 141:5
  **function** [1] - 84:4
  **fund** [6] - 17:19,
31:21, 113:25, 114:2,
114:3, 132:8
  **funded** [4] - 97:21,
97:25, 102:4, 102:10
  **funds** [108] - 6:7,
6:20, 7:11, 7:15, 8:19,
14:3, 16:21, 16:23,
17:7, 17:15, 17:21,
18:12, 18:14, 18:15,
18:17, 18:23, 19:2,
19:6, 19:17, 21:5,
26:5, 29:3, 29:25,
30:3, 30:4, 32:14,
33:9, 33:15, 33:18,
34:11, 35:24, 36:1,
36:4, 36:16, 41:14,
41:15, 45:4, 45:6,

46:14, 46:15, 47:25,
48:1, 48:8, 51:3, 52:1,
56:6, 62:7, 62:18,
66:18, 69:12, 69:20,
69:21, 70:6, 70:12,
71:11, 75:20, 76:3,
77:5, 77:7, 78:18,
81:12, 81:16, 84:22,
93:5, 93:7, 93:15,
94:4, 94:5, 94:23,
94:25, 95:15, 95:21,
100:1, 100:3, 100:9,
100:10, 106:17,
106:22, 107:24,
108:2, 108:16, 110:6,
110:10, 111:16,
112:20, 112:25,
113:5, 114:5, 114:23,
115:1, 115:12, 116:3,
117:2, 117:4, 117:13,
122:1, 122:15,
122:16, 123:4, 126:7,
131:3, 131:17,
132:14, 132:19,
133:5, 133:19
  **fungible** [1] - 29:5
  **future** [1] - 136:18

## G

  **gains** [1] - 14:22
  **gathered** [1] - 23:11
  **gender** [9] - 26:14,
26:18, 50:7, 53:11,
53:21, 53:22, 54:8,
72:24, 73:5
  **gender-neutral** [4] -
26:18, 53:22, 72:24,
73:5
  **gendered** [1] - 26:11
  **general** [1] - 28:7
  **generally** [21] - 14:7,
17:25, 28:25, 29:20,
43:21, 45:1, 45:23,
46:13, 48:13, 52:20,
56:3, 56:4, 56:20,
59:3, 59:8, 67:18,
68:1, 76:3, 89:13,
93:14, 129:5
  **generate** [4] - 100:7,
103:10, 112:19,
112:25
  **generated** [5] -
100:15, 100:17,
100:20, 101:5, 126:14
  **gesture** [1] - 111:13
  **gift** [1] - 100:2
  **given** [3] - 58:15,
117:18, 135:14
  **Glave** [4] - 82:24,

83:2, 83:6, 83:8
  **goal** [1] - 15:6
  **goals** [1] - 15:3
  **gold** [5] - 33:9,
33:12, 33:13, 34:10,
34:20
  **Google** [1] - 113:17
  **Government** [55] -
11:21, 15:14, 26:21,
27:9, 27:11, 30:21,
35:12, 37:7, 37:18,
38:8, 38:18, 43:11,
53:4, 54:1, 54:10,
54:16, 55:9, 55:18,
60:14, 62:25, 66:19,
68:17, 69:15, 69:20,
70:9, 70:13, 71:2,
71:6, 73:1, 74:22,
78:24, 79:23, 82:24,
85:9, 87:1, 90:11,
96:17, 98:14, 105:20,
107:15, 110:23,
116:8, 116:14,
118:15, 118:18,
119:14, 119:21,
122:19, 130:1,
135:19, 135:22,
138:14, 138:17,
139:7, 140:8
  **GOVERNMENT** [1] -
5:24
  **Government's** [22] -
12:7, 13:3, 32:14,
37:15, 38:6, 43:15,
65:1, 68:24, 75:3,
79:6, 79:13, 87:5,
90:17, 98:20, 106:1,
107:19, 111:4, 119:6,
122:23, 130:4, 135:5,
135:20
  **Gox** [41] - 93:10,
93:15, 93:18, 99:17,
99:23, 99:25, 100:1,
100:2, 100:4, 100:5,
100:18, 100:20,
100:22, 101:24,
102:15, 102:19,
103:10, 108:20,
108:22, 109:17,
112:11, 112:18,
114:5, 114:11,
114:24, 114:25,
115:3, 115:9, 119:17,
119:18, 122:1, 123:7,
123:20, 127:11,
127:20, 128:3, 132:7,
132:16, 132:17,
133:22
  **graph** [2] - 91:7,
91:14

  **graphic** [9] - 30:16,
34:9, 34:17, 36:13,
41:6, 66:21, 66:23,
69:6
  **graphics** [2] - 30:5,
30:13
  **grayed** [3] - 40:19,
41:2, 41:3
  **grayed-out** [2] -
40:19, 41:2
  **Greek** [1] - 55:14
  **green** [2] - 71:5,
116:24
  **grounds** [5] - 12:21,
31:4, 60:24, 87:16
  **group** [1] - 34:20
  **grouping** [1] - 67:7
  **grown** [1] - 50:8
  **guess** [8] - 12:17,
31:23, 38:17, 39:3,
63:11, 103:18,
123:16, 136:17
  **guilty** [1] - 19:7
  **guy** [1] - 138:20

## H

  **hacked** [1] - 18:23
  **hacking** [1] - 14:21
  **half** [2] - 54:20,
136:3
  **halfway** [1] - 47:10
  **hand** [3] - 35:4, 91:8,
91:15
  **handed** [1] - 42:10
  **handedly** [1] - 24:20
  **handling** [2] - 4:23,
46:14
  **hands** [1] - 24:9
  **Happy** [1] - 26:20
  **happy** [5] - 26:17,
55:3, 80:12, 135:5,
135:16
  **hard** [1] - 83:23
  **harder** [2] - 6:25,
57:13
  **hardly** [1] - 54:20
  **HASSARD** [1] - 1:23
  **he/she** [1] - 51:20
  **header** [1] - 60:8
  **heading** [1] - 24:18
  **hear** [4] - 54:15,
72:19, 80:12, 97:4
  **heard** [3] - 53:6,
92:23, 104:11
  **hearing** [7] - 12:14,
42:9, 61:8, 61:16,
61:21, 62:20, 83:2
  **hearings** [1] - 79:9

hearsay [12] - 37:14, 37:21, 60:23, 63:7, 63:9, 68:20, 74:25, 87:11, 87:16, 90:14, 105:23, 116:21
held [16] - 9:6, 15:22, 20:3, 26:9, 31:9, 37:13, 42:5, 50:6, 52:25, 60:20, 78:10, 82:5, 104:4, 111:21, 116:20, 138:1
Helix [1] - 8:17
help [8] - 30:5, 44:8, 56:24, 57:1, 57:6, 65:22, 66:2, 70:15
helped [1] - 101:8
helpful [2] - 10:4, 27:16
hereby [1] - 141:3
heuristics [3] - 64:3, 73:12, 73:13
hidden [2] - 23:25, 24:7
High [12] - 92:25, 93:6, 95:1, 95:22, 95:25, 96:1, 96:4, 96:7, 96:19, 97:17, 110:10, 113:6
high [11] - 6:2, 6:4, 6:16, 6:19, 28:25, 30:18, 31:14, 31:19, 32:15, 78:23, 123:2
high-level [1] - 31:14
highlighted [2] - 33:21, 123:16
highly [2] - 13:2, 53:11
hinder [1] - 26:4
history [2] - 24:21, 25:3
home [1] - 98:24
honestly [1] - 27:2
Honor [93] - 4:24, 4:25, 5:20, 7:3, 9:18, 10:19, 11:20, 13:13, 13:23, 15:14, 15:19, 16:7, 16:13, 19:25, 20:4, 20:17, 21:21, 21:22, 26:6, 27:1, 27:18, 31:3, 31:19, 32:23, 35:12, 35:16, 37:10, 37:23, 38:5, 38:24, 39:6, 42:2, 42:6, 42:16, 50:3, 52:22, 53:1, 55:7, 55:18, 59:11, 59:17, 60:17, 61:8, 61:14, 62:3, 62:22, 63:19, 64:7, 64:20, 67:19, 68:9, 71:23, 72:10,

73:8, 73:9, 73:14, 74:5, 74:25, 78:7, 78:11, 78:20, 79:5, 79:18, 82:2, 82:12, 82:23, 83:18, 84:2, 84:8, 87:10, 95:19, 104:1, 104:11, 111:18, 116:17, 117:10, 117:15, 117:21, 118:3, 119:11, 120:22, 122:13, 133:23, 134:22, 135:3, 136:9, 136:13, 137:11, 138:22, 139:4, 140:6, 140:9, 140:12
Honor's [1] - 59:13
HONORABLE [1] - 1:11
hope [1] - 83:15
hopping [1] - 14:9
hops [2] - 7:12, 113:9
hosting [1] - 113:7
Hosting [12] - 92:25, 93:6, 95:1, 95:22, 95:25, 96:1, 96:4, 96:7, 96:19, 97:18, 110:10, 113:6
hour [2] - 58:16, 58:20
hours [3] - 58:15, 58:25, 137:1
hundred [1] - 18:25
hundreds [1] - 35:7
hurt [4] - 52:7
hypothetically [1] - 20:20

**I**

ID [1] - 106:7
idea [4] - 48:17, 48:20, 53:15, 140:5
ideal [1] - 18:16
identification [1] - 32:13
identified [7] - 17:22, 19:3, 37:25, 41:21, 42:21, 62:8, 126:21
identifiers [2] - 18:1, 55:8
identify [14] - 17:19, 18:16, 36:21, 39:12, 39:13, 39:17, 39:19, 43:4, 43:7, 43:22, 52:17, 99:11, 99:14, 99:16
identifying [2] -

49:22, 67:6
identities [2] - 17:1, 55:12
identity [1] - 25:13
ignore [1] - 39:15
ignoring [1] - 39:16
illegal [16] - 19:21, 19:23, 20:7, 20:9, 20:14, 20:16, 20:18, 21:9, 21:17, 22:1, 22:4, 22:6, 22:8, 22:16, 22:21
illegality [1] - 20:5
illegally [2] - 20:21, 20:25
illicit [9] - 17:8, 17:20, 17:22, 19:6, 21:5, 84:22, 85:7, 85:10
illustrator [1] - 109:20
imagine [3] - 57:9, 57:10, 83:23
immediately [1] - 125:4
impact [2] - 30:2, 117:18
impermissible [2] - 31:17, 37:21
implemented [1] - 56:5
implementing [3] - 48:19, 51:9, 51:24
implication [1] - 11:3
implying [1] - 24:7
importantly [1] - 70:19
importing [1] - 10:4
impossible [1] - 25:24
impression [1] - 117:2
impressions [1] - 117:17
imprimatur [1] - 13:4
improper [2] - 80:7, 117:19
in-depth [1] - 61:9
inadvertent [1] - 27:4
inappropriate [1] - 85:8
incarcerated [2] - 79:12, 79:15
incarceration [3] - 138:3, 138:24, 140:4
inclination [2] - 4:7, 4:19
inclined [1] - 53:24
include [3] - 11:25,

67:11, 67:14
included [6] - 29:13, 32:11, 60:11, 64:12, 78:21, 119:6
includes [5] - 9:16, 11:14, 12:5, 23:12, 32:12
including [4] - 9:17, 10:8, 12:2, 17:13
income [1] - 17:20
independent [1] - 61:22
INDEX [1] - 3:1
indicate [2] - 89:12, 96:7
indicated [4] - 27:11, 86:24, 96:9, 131:9
individual [1] - 36:4
individual's [1] - 18:25
infer [1] - 79:13
information [17] - 17:24, 18:4, 23:11, 23:15, 24:8, 28:11, 29:12, 37:19, 52:6, 52:16, 52:17, 57:11, 58:13, 96:19, 100:9, 105:17, 107:11
informed [2] - 42:13, 46:5
inhibits [1] - 6:11
initial [3] - 91:4, 92:24, 124:2
initiated [1] - 36:3
inner [1] - 32:10
input [4] - 6:12, 8:21, 56:12, 106:10
inputs [3] - 7:15, 7:25, 8:11
inputted [1] - 84:11
inputting [1] - 51:2
inside [4] - 26:1, 56:22, 71:4, 111:16
instead [2] - 34:16, 45:5
institution [7] - 13:4, 16:24, 17:3, 17:5, 17:7, 17:11, 17:13
institution's [1] - 10:21
institutions [20] - 8:24, 9:1, 9:8, 9:11, 9:16, 10:12, 10:22, 10:25, 11:17, 11:19, 12:6, 12:25, 15:7, 15:10, 16:20, 16:22, 16:23, 17:18, 18:3, 18:5
institutions' [1] - 13:1

instruct [1] - 53:20
instruction [6] - 5:11, 20:13, 21:24, 22:3, 22:4, 22:11
instructions [1] - 4:2
integral [1] - 11:17
intelligence [1] - 23:16
intended [2] - 21:18, 51:25
intends [1] - 4:18
intention [1] - 32:9
intentionally [1] - 119:5
interactions [1] - 23:11
interchangeable [1] - 29:6
interest [1] - 80:4
interested [2] - 24:24, 24:25
interesting [1] - 48:17
intermediary [4] - 7:12, 94:5, 94:13, 125:22
intermediate [1] - 113:9
internal [2] - 44:18, 52:13
internationally [1] - 19:22
internet [2] - 23:24, 45:18
introducing [1] - 31:24
introduction [1] - 14:14
intrusions [1] - 14:21
inundating [1] - 56:17
investigate [3] - 18:7, 18:11, 19:14
investigating [3] - 14:17, 18:21, 71:19
investigation [4] - 17:25, 19:15, 76:15, 94:19
investigations [3] - 14:20, 14:21, 94:17
investigative [1] - 18:7
investigator [7] - 7:18, 34:7, 38:6, 48:2, 49:4, 50:18, 100:13
investigators [2] - 8:20, 88:11
involve [4] - 7:23, 14:6, 66:15, 74:11

**involved** [6] - 34:11, 34:24, 36:15, 53:24, 66:16, 138:20
**involves** [2] - 14:7, 56:23
**involving** [1] - 94:7
**IP** [9] - 23:12, 24:20, 101:13, 101:16, 121:14, 121:15, 122:5, 122:14, 122:16
**IRS** [4] - 66:13, 69:25, 70:5, 71:16
**IRS-CI** [1] - 66:13
**issue** [18] - 9:23, 20:14, 20:18, 21:20, 50:7, 53:3, 61:16, 73:10, 80:1, 84:21, 85:15, 118:1, 118:12, 118:13, 119:22, 136:8, 137:17, 138:2
**issues** [3] - 10:5, 13:22, 84:8
**it'll** [1] - 88:7
**itself** [1] - 84:17

## J

**jail** [7] - 79:3, 79:19, 79:23, 80:2, 80:6, 80:10, 138:11
**Japan** [1] - 26:24
**Japanese** [2] - 26:17, 26:20
**JEFFREY** [1] - 1:20
**Jersey** [1] - 19:8
**Judge** [1] - 97:7
**judge** [1] - 136:7
**JUDGE** [1] - 1:11
**juror** [4] - 4:3, 4:10, 4:12, 5:12
**jurors** [10] - 4:1, 4:7, 4:8, 5:13, 121:6, 134:5, 135:9, 137:3, 137:5, 137:10
**JURY** [1] - 1:10
**jury** [58] - 4:2, 5:3, 5:5, 5:11, 5:22, 7:8, 10:4, 13:9, 14:14, 17:17, 20:14, 21:3, 21:7, 21:23, 21:24, 22:10, 22:19, 28:4, 33:1, 33:20, 35:10, 40:24, 43:14, 64:25, 68:23, 69:2, 72:6, 73:21, 73:22, 73:24, 74:1, 75:2, 79:12, 80:7, 87:4, 90:16, 90:20, 98:19, 105:25, 110:1, 110:4, 111:3,

113:20, 117:16, 120:8, 120:11, 120:18, 121:12, 121:19, 123:17, 130:3, 134:4, 134:13, 134:16, 136:16, 136:18, 137:1, 138:16
**JUSTICE** [2] - 1:18, 1:20

## K

**keep** [2] - 134:4, 136:22
**kind** [9] - 20:7, 38:12, 38:15, 40:19, 53:8, 53:9, 56:15, 84:21, 88:9
**kinds** [1] - 6:14
**knowing** [1] - 25:3
**knowledge** [3] - 13:21, 14:15, 61:2
**known** [7] - 34:6, 34:7, 61:21, 69:7, 70:8, 70:13, 71:2
**knows** [6] - 64:11, 66:19, 69:15, 69:21, 71:7, 138:22
**Kolbasa** [16] - 99:23, 100:20, 100:23, 101:7, 101:9, 101:14, 101:18, 101:24, 101:25, 102:1, 102:3, 102:11, 112:21, 115:3, 115:9, 115:16
**Kolbasa999** [1] - 101:5
**Kunnikov** [1] - 55:14
**KYC** [1] - 14:11

## L

**labeled** [1] - 33:12
**Labs** [1] - 65:16
**Labs'** [1] - 65:13
**lack** [1] - 60:21
**lacks** [1] - 63:7
**laid** [1] - 38:18
**language** [2] - 16:3, 72:24
**large** [11] - 7:23, 17:19, 33:14, 39:25, 40:9, 41:8, 49:7, 49:14, 62:17, 75:11, 127:2
**larger** [2] - 51:20, 119:19
**last** [17] - 28:12, 48:16, 50:21, 70:2,

76:10, 76:13, 76:14, 77:25, 78:13, 78:25, 79:24, 79:25, 81:14, 97:16, 112:10, 123:10, 138:12
**launder** [1] - 14:3
**laundering** [7] - 11:18, 12:3, 14:11, 20:7, 20:15, 94:3, 94:19
**law** [28] - 8:23, 11:16, 15:4, 15:11, 16:4, 17:23, 18:10, 18:12, 18:14, 19:10, 19:16, 19:21, 19:22, 21:10, 21:25, 24:9, 26:4, 28:11, 46:9, 46:21, 50:18, 52:2, 56:7, 59:3, 96:14, 96:16, 99:4, 99:8
**LAW** [1] - 1:24
**lay** [7] - 13:16, 13:20, 38:21, 39:5, 63:16, 64:17, 83:22
**layered** [2] - 94:16, 94:20
**layering** [5] - 93:25, 94:2, 94:3, 94:6, 94:9
**layers** [1] - 46:17
**leading** [2] - 77:1, 118:18
**least** [7] - 19:8, 22:14, 27:12, 28:11, 38:14, 79:13, 119:5
**leave** [1] - 139:6
**leaves** [1] - 132:16
**ledger** [1] - 38:9
**ledgers** [1] - 37:17
**left** [9] - 33:8, 91:11, 91:15, 95:17, 100:19, 109:17, 125:21, 126:24, 132:7
**left-hand** [1] - 91:15
**legal** [4] - 18:16, 20:10, 20:11, 84:22
**legitimate** [2] - 20:22, 94:15
**length** [1] - 61:8
**less** [2] - 25:7, 52:10
**letters** [1] - 103:19
**letting** [1] - 21:24
**level** [14] - 6:2, 6:4, 6:16, 6:19, 28:25, 30:18, 31:14, 31:20, 32:15, 42:9, 42:14, 71:7, 74:8, 123:2
**Liberty** [39] - 93:20, 96:9, 96:11, 96:12, 96:13, 96:18, 96:21, 96:23, 97:10, 97:20,

97:21, 99:2, 101:9, 101:15, 113:4, 113:10, 113:13, 114:6, 115:6, 115:10, 119:18, 122:2, 131:2, 131:3, 131:18, 131:24, 132:11, 132:19, 132:22, 132:23, 133:1, 133:4, 133:9, 133:10, 133:20, 133:21
**life** [2] - 18:10, 34:12
**likely** [4] - 17:5, 42:12, 64:5, 89:21
**limit** [1] - 138:9
**limited** [4] - 54:14, 55:5, 72:17, 139:20
**line** [8] - 31:17, 64:13, 79:2, 89:17, 119:13, 119:15, 125:25, 130:17
**Line** [6] - 103:5, 103:12, 109:3, 109:8, 123:14, 123:17
**lines** [1] - 34:4
**Lines** [1] - 126:10
**link** [7] - 23:10, 24:25, 28:15, 28:21, 29:9, 47:16, 47:20
**linked** [1] - 25:13
**linking** [2] - 49:5, 59:4
**LISA** [2] - 2:1, 141:3
**Lisa** [1] - 141:12
**list** [17] - 37:1, 37:3, 43:4, 43:19, 59:24, 60:1, 60:3, 61:5, 61:12, 61:15, 62:4, 62:9, 62:11, 62:14, 65:20, 66:24, 84:3
**listed** [4] - 12:20, 60:7, 103:17, 105:5
**listen** [2] - 4:10, 5:13
**listening** [1] - 72:16
**literally** [1] - 82:20
**litigation** [1] - 79:10
**living** [1] - 18:25
**logged** [1] - 33:10
**logical** [2] - 17:25, 18:7
**logs** [3] - 37:17, 38:10, 48:9
**look** [14] - 7:21, 10:9, 18:15, 39:24, 40:4, 40:13, 51:2, 51:6, 100:14, 100:15, 106:21, 116:24, 117:15, 119:3
**looked** [5] - 42:10, 44:4, 108:14, 121:7,

124:22
**looking** [14] - 8:2, 8:5, 32:14, 34:7, 41:18, 41:20, 45:8, 45:9, 75:11, 97:21, 100:12, 106:16, 106:17, 124:11
**looks** [1] - 32:9
**lose** [1] - 15:12
**losing** [1] - 136:16
**loud** [1] - 137:22
**lowest** [1] - 58:14
**LR** [2] - 25:7, 119:20
**Luke** [1] - 134:24
**LUKE** [2] - 3:4, 5:24
**lunch** [3] - 136:24, 136:25, 137:9
**lunchtime** [2] - 136:21

## M

**ma'am** [169] - 6:15, 6:18, 7:10, 8:4, 8:8, 8:14, 8:25, 14:5, 15:5, 15:8, 18:21, 19:12, 19:20, 23:5, 23:9, 24:12, 24:19, 28:6, 28:14, 29:2, 29:9, 29:15, 29:19, 29:21, 30:7, 30:20, 33:7, 35:11, 36:20, 36:23, 37:6, 39:14, 39:16, 43:6, 43:10, 44:10, 44:16, 44:24, 45:4, 45:13, 45:22, 46:7, 46:11, 46:25, 47:4, 51:16, 52:5, 57:1, 57:7, 57:24, 58:8, 59:6, 59:10, 59:22, 60:13, 65:13, 65:21, 65:25, 66:12, 67:13, 67:16, 67:23, 68:2, 68:6, 68:16, 69:5, 70:3, 70:5, 71:18, 71:22, 74:10, 74:13, 74:16, 74:21, 75:8, 75:21, 76:16, 76:20, 81:9, 81:21, 81:24, 85:25, 86:9, 86:13, 86:21, 86:25, 88:18, 89:5, 89:20, 89:23, 90:1, 90:10, 90:22, 91:9, 91:13, 91:16, 92:19, 93:2, 93:8, 93:13, 93:24, 94:1, 94:8, 94:18, 95:2, 95:11, 96:3, 96:6, 96:20, 96:23, 97:12, 97:15, 97:19, 97:23,

98:7, 98:13, 99:6, 99:9, 99:13, 100:24, 101:2, 101:11, 101:21, 102:5, 102:12, 102:21, 103:4, 103:14, 103:20, 103:22, 105:13, 105:19, 106:23, 107:13, 108:4, 108:18, 108:24, 109:5, 109:22, 110:8, 110:12, 110:16, 110:18, 111:12, 113:18, 115:14, 115:17, 115:19, 115:23, 116:1, 116:4, 116:7, 116:13, 123:12, 123:23, 124:1, 124:13, 124:23, 126:9, 127:7, 127:13, 128:7, 129:4, 129:15, 129:20, 131:6, 132:5, 133:3, 133:18

**Machine** [1] - 98:9

**macro** [1] - 74:8

**macro-level** [1] - 74:8

**main** [1] - 64:1

**maintain** [1] - 28:9

**maintaining** [1] - 55:19

**male** [5] - 26:17, 53:3, 53:10, 55:9, 55:15

**man** [1] - 26:11

**manner** [1] - 118:20

**manually** [1] - 80:23

**March** [1] - 88:15

**market** [3] - 14:20, 16:25, 17:21

**markets** [2] - 62:19, 67:15

**matched** [1] - 44:6

**matching** [1] - 99:11

**matter** [2] - 21:25, 78:16

**matters** [2] - 136:4, 137:8

**mean** [7] - 48:5, 48:25, 49:25, 50:16, 135:18, 135:20, 138:15

**means** [5] - 26:20, 48:7, 49:2, 50:18, 88:6

**meant** [2] - 88:5, 119:9

**memo** [5] - 103:9,

103:17, 109:6, 124:20, 133:12

**mempool.space** [1] - 106:13

**men** [1] - 55:12

**mentions** [1] - 42:7

**mere** [1] - 84:16

**merely** [1] - 104:17

**message** [1] - 23:14

**messages** [1] - 23:13

**MICHAEL** [1] - 1:23

**middle** [2] - 56:25, 91:8

**might** [7] - 21:16, 24:19, 46:9, 46:13, 49:4, 59:15, 72:10

**million** [5] - 19:6, 75:23, 76:9, 81:14, 81:15

**mind** [3] - 12:18, 27:8, 39:3

**mindful** [2] - 16:18, 16:21

**minimum** [7] - 55:11, 86:4, 88:4, 88:20, 89:7, 89:11, 89:14

**minus** [1] - 132:10

**minutes** [5] - 46:4, 59:15, 72:4, 101:17, 134:1

**misleading** [3] - 22:10, 116:23, 117:1

**missing** [1] - 49:24

**mistake** [1] - 27:3

**mistakes** [3] - 46:9, 46:14, 47:2

**misunderstood** [2] - 21:16, 27:1

**mix** [1] - 25:21

**mixed** [2] - 7:11, 25:23

**mixer** [13] - 6:21, 11:4, 11:8, 19:14, 19:16, 20:20, 20:22, 22:4, 22:7, 31:15, 31:21, 56:16, 56:17

**Mixer** [1] - 8:17

**mixers** [18] - 8:18, 8:19, 19:19, 19:21, 20:5, 20:9, 20:14, 20:15, 20:22, 20:24, 20:25, 21:4, 21:9, 21:17, 21:25, 22:13, 22:21, 46:9

**mixing** [20] - 6:5, 6:6, 6:8, 6:11, 6:12, 6:14, 6:18, 7:6, 7:10, 7:23, 8:15, 8:16, 14:11, 19:23, 20:6, 23:18,

23:21, 24:4, 26:3, 44:18

**model** [3] - 36:18, 44:14, 61:22

**models** [1] - 20:22

**modified** [1] - 120:19

**modifying** [1] - 120:10

**modus** [5] - 11:14, 11:22, 12:1, 12:10, 16:9

**moment** [7] - 15:20, 26:6, 42:3, 78:8, 104:2, 104:12, 136:10

**money** [38] - 8:21, 11:18, 11:19, 12:3, 14:10, 15:13, 16:25, 19:8, 20:7, 20:15, 25:2, 49:19, 49:25, 50:1, 50:17, 51:21, 52:14, 56:17, 71:20, 71:21, 81:19, 90:6, 94:3, 94:19, 94:22, 94:23, 100:5, 100:12, 100:14, 103:13, 112:4, 113:8, 113:15, 113:16, 114:4, 114:8, 115:15, 120:5

**money-laundering** [4] - 11:18, 12:3, 94:3, 94:19

**monitor** [2] - 8:24, 17:8

**monitoring** [1] - 17:5

**months** [1] - 38:14

**morning** [6] - 134:9, 136:4, 137:5, 137:14, 140:1, 140:11

**MOSS** [1] - 1:11

**most** [1] - 54:19

**mostly** [1] - 49:21

**motion** [2] - 12:7, 35:13

**motions** [1] - 60:25

**motive** [1] - 80:7

**move** [5] - 12:10, 36:10, 49:11, 117:22, 136:4

**moved** [9] - 11:20, 11:21, 11:23, 12:9, 12:20, 69:3, 69:4, 81:19, 93:19

**movement** [1] - 34:11

**movements** [1] - 17:20

**moves** [17] - 30:21, 36:4, 37:7, 43:11, 60:14, 68:17, 74:22, 87:1, 90:11, 98:14,

105:20, 107:15, 110:23, 116:8, 116:14, 122:19, 130:1

**moving** [8] - 52:19, 56:2, 94:4, 113:8, 127:23, 129:23, 135:8, 136:22

**MR** [95] - 4:25, 9:3, 9:7, 9:18, 11:2, 11:20, 12:7, 12:23, 13:19, 15:19, 15:23, 16:12, 19:25, 20:4, 21:2, 21:22, 26:6, 26:10, 26:20, 31:3, 31:10, 32:3, 37:10, 37:14, 38:5, 40:23, 42:2, 42:6, 50:3, 50:7, 52:22, 53:1, 53:20, 54:13, 55:4, 55:18, 60:17, 60:21, 61:14, 62:22, 62:24, 67:19, 68:20, 72:17, 73:9, 74:25, 76:23, 76:25, 77:18, 77:20, 77:22, 78:7, 78:11, 78:24, 79:18, 80:9, 82:2, 82:6, 82:23, 83:17, 84:8, 87:10, 87:16, 90:14, 95:18, 98:17, 104:1, 104:5, 104:11, 104:16, 105:23, 107:17, 111:1, 111:18, 111:22, 116:17, 116:21, 117:15, 118:3, 118:9, 128:15, 128:19, 128:21, 128:25, 129:23, 129:25, 135:18, 136:9, 136:23, 137:14, 137:22, 138:2, 139:4, 140:5, 140:12

**MS** [221] - 4:24, 5:20, 6:1, 7:4, 9:13, 10:19, 11:13, 11:25, 13:13, 13:23, 14:1, 15:14, 16:7, 16:17, 20:17, 21:21, 22:25, 23:3, 24:13, 24:16, 26:16, 26:25, 27:18, 27:22, 27:24, 28:1, 30:21, 30:25, 31:19, 32:11, 32:23, 33:3, 34:3, 35:3, 35:12, 35:16, 35:17, 36:9, 36:11, 37:7, 37:23, 38:24, 39:6, 39:10, 40:16, 40:18, 41:1, 42:16, 43:2, 43:11, 43:17, 44:20, 44:22, 47:5, 47:7, 48:10, 48:12,

49:11, 49:13, 50:8, 50:15, 50:20, 50:23, 51:12, 51:14, 55:7, 55:14, 56:1, 57:25, 58:2, 59:2, 59:11, 59:17, 59:18, 60:14, 61:7, 62:3, 63:18, 64:7, 64:20, 65:3, 67:24, 68:7, 68:12, 68:17, 69:1, 71:23, 72:10, 72:13, 73:1, 73:4, 73:8, 73:14, 74:5, 74:6, 74:22, 75:5, 77:10, 77:15, 78:4, 78:20, 79:5, 80:21, 81:25, 82:12, 83:5, 84:2, 85:19, 85:22, 86:5, 86:6, 86:16, 86:18, 87:1, 87:7, 87:8, 87:18, 87:21, 87:23, 90:11, 90:19, 91:17, 91:19, 92:21, 92:22, 95:3, 95:7, 95:23, 97:9, 98:3, 98:5, 98:14, 98:22, 102:16, 102:18, 102:22, 103:1, 105:2, 105:7, 105:10, 105:20, 106:3, 106:4, 106:24, 107:2, 107:5, 107:7, 107:14, 107:21, 108:10, 108:12, 108:25, 109:2, 109:14, 109:18, 110:3, 110:5, 110:23, 111:6, 111:9, 112:1, 112:8, 116:8, 116:9, 116:14, 117:10, 117:21, 118:22, 119:11, 120:22, 121:9, 121:13, 121:21, 121:23, 122:9, 122:12, 122:19, 123:1, 123:13, 123:15, 124:14, 124:16, 125:12, 125:14, 126:17, 126:19, 126:22, 127:1, 127:16, 127:18, 128:9, 128:13, 128:18, 128:20, 128:23, 129:2, 129:10, 129:16, 129:21, 129:24, 130:1, 130:6, 131:7, 131:8, 131:12, 131:15, 132:1, 132:3, 133:23, 134:3, 134:6, 135:3, 135:12,

136:13, 136:16, 137:2, 137:11, 138:14, 138:22, 139:2, 140:9

**Mt** [42] - 93:10, 93:15, 93:18, 99:17, 99:23, 99:25, 100:1, 100:2, 100:4, 100:5, 100:18, 100:20, 100:22, 101:24, 101:25, 102:15, 102:19, 103:10, 108:20, 108:22, 109:17, 112:11, 112:18, 114:5, 114:11, 114:24, 114:25, 115:3, 115:9, 119:17, 119:18, 122:1, 123:7, 123:20, 127:11, 127:20, 128:3, 132:7, 132:16, 132:17, 133:22

**multiple** [18] - 7:12, 33:19, 34:16, 36:15, 36:17, 40:9, 41:25, 42:1, 43:25, 44:6, 76:3, 94:5, 99:2, 101:25, 109:11, 112:23, 119:18, 125:23

**multiplication** [4] - 84:1, 84:5, 84:14, 84:25

**multiply** [1] - 84:17

**multiplying** [2] - 82:21, 83:20

**multistep** [1] - 94:15

**must** [1] - 4:4

# N

**name** [10] - 14:12, 26:17, 26:23, 55:14, 55:15, 93:5, 93:12, 113:9, 114:25, 131:18

**named** [1] - 8:16

**names** [3] - 55:9, 55:13, 55:19

**near** [1] - 42:8

**necessarily** [2] - 55:20, 62:14

**necessary** [2] - 16:2, 62:16

**need** [26] - 10:24, 12:15, 16:18, 16:21, 17:2, 17:4, 22:19, 23:18, 24:3, 25:5, 27:7, 28:3, 28:23, 38:21, 39:4, 52:19, 53:8, 61:9, 79:20,

83:22, 83:23, 103:7, 128:17, 133:15, 136:7, 137:17

**needlessly** [1] - 21:8

**needs** [1] - 80:1

**network** [4] - 24:19, 25:2, 25:8, 57:14

**neutral** [5] - 26:18, 26:22, 53:22, 72:24, 73:5

**nevertheless** [1] - 47:21

**new** [10] - 40:4, 40:20, 41:20, 41:21, 41:23, 44:4, 51:9, 57:14, 111:24, 118:10

**New** [4] - 1:21, 1:25, 19:8, 26:20

**next** [18] - 25:19, 28:2, 28:22, 44:21, 47:12, 49:11, 57:22, 59:11, 86:3, 94:22, 94:24, 106:3, 106:11, 115:5, 124:7, 125:5, 134:1

**NFS** [1] - 112:17

**NFS9000** [3] - 102:19, 102:22, 103:3

**nfs9000@hotmail. com** [1] - 102:14

**nice** [1] - 134:11

**night** [1] - 81:15

**nobody** [1] - 47:19

**noncontroversial** [1] - 139:17

**noncustodial** [2] - 6:18, 6:21

**none** [1] - 51:7

**nonetheless** [1] - 99:11

**nongendered** [2] - 54:5, 54:22

**nontechnical** [3] - 28:7, 28:25, 65:24

**noreply@ aurumxchange.com** [2] - 130:9, 130:16

**normal** [1] - 67:5

**Northwest** [5] - 1:15, 1:18, 1:21, 2:3, 141:14

**Nos** [4] - 87:5, 111:4, 122:23, 130:4

**not-grayed-out** [1] - 41:3

**notably** [1] - 71:10

**note** [10] - 4:2, 4:3, 4:8, 4:9, 4:20, 5:11, 20:12, 42:11, 86:7

**noted** [2] - 101:6,

133:13

**notes** [2] - 115:12, 141:5

**nothing** [2] - 20:4, 53:1

**notice** [3] - 12:13, 118:8, 137:7

**noticed** [19] - 9:7, 9:15, 9:18, 9:21, 9:24, 10:6, 11:6, 11:7, 11:13, 11:25, 42:13, 82:6, 82:8, 82:24, 82:25, 83:3, 83:23, 118:6, 118:9

**notified** [2] - 85:3, 85:14

**notion** [1] - 38:14

**November** [2] - 86:9, 89:2

**NSF** [1] - 115:16

**number** [12] - 8:10, 8:11, 14:23, 21:5, 25:6, 52:11, 70:23, 75:8, 75:10, 83:20, 86:2, 88:2

**numbers** [4] - 56:9, 82:10, 103:19, 133:12

# O

**obfuscate** [1] - 52:14

**obfuscation** [2] - 51:4, 51:9

**object** [7] - 12:9, 31:3, 31:13, 60:21, 87:16, 118:14

**objected** [3] - 83:5, 104:7, 104:12

**objection** [39] - 4:23, 9:3, 9:4, 19:25, 20:12, 31:2, 37:9, 50:3, 52:22, 55:21, 60:16, 63:10, 67:19, 68:19, 74:24, 76:23, 76:24, 77:18, 82:2, 87:11, 87:13, 90:13, 90:14, 90:15, 95:18, 98:16, 98:17, 104:1, 104:10, 104:19, 104:24, 105:22, 107:17, 110:25, 111:1, 111:18, 116:16, 116:22, 129:25

**objections** [3] - 72:19, 116:22, 118:4

**obligation** [1] - 17:8

**obscure** [2] - 8:19, 14:8

**obscuring** [3] - 22:6,

22:16, 57:1

**obscurity** [5] - 58:17, 58:23, 58:25, 88:1, 88:5

**observe** [2] - 14:3, 40:6

**observed** [4] - 41:22, 41:24, 44:5, 59:9

**observing** [2] - 43:3, 43:8

**obtain** [1] - 99:4

**obtained** [2] - 19:5, 96:17

**obvious** [5] - 46:17, 47:10, 47:17, 52:2, 56:11

**obviously** [4] - 32:7, 55:16, 70:8, 114:19

**occasion** [1] - 14:2

**occasions** [1] - 66:10

**occurred** [13] - 70:11, 75:24, 76:14, 77:9, 78:2, 78:3, 78:13, 113:12, 113:14, 114:4, 115:3, 116:12, 125:8

**occurring** [3] - 35:6, 115:8, 124:5

**occurs** [3] - 7:9, 114:9, 138:8

**October** [4] - 95:25, 125:7, 127:5

**OF** [6] - 1:1, 1:3, 1:10, 1:15, 1:18, 1:20

**offer** [3] - 62:3, 99:1, 104:13

**offered** [1] - 61:14

**offering** [3] - 99:2, 104:16, 104:21

**offers** [1] - 80:14

**OFFICE** [1] - 1:14

**office** [1] - 19:4

**official** [1] - 141:12

**Official** [1] - 2:1

**often** [5] - 7:22, 19:18, 54:4, 59:20, 94:6

**Omedetou** [22] - 25:9, 25:11, 25:18, 26:10, 26:15, 26:16, 27:14, 28:8, 28:17, 45:12, 48:15, 48:25, 51:15, 53:2, 53:5, 53:10, 53:21, 54:17, 55:12, 57:5, 57:16, 66:8

**Omedetou's** [4] - 29:13, 29:16, 44:12, 46:5

**once** [3] - 24:24, 42:8, 111:23

**one** [56] - 4:3, 5:11, 7:16, 7:17, 10:23, 12:21, 15:3, 15:20, 20:6, 23:9, 25:1, 26:6, 33:23, 34:25, 38:7, 38:24, 41:4, 41:8, 41:15, 43:25, 44:2, 45:8, 48:20, 49:7, 49:9, 53:25, 54:8, 57:2, 70:1, 72:10, 72:22, 83:20, 85:9, 85:10, 93:12, 94:12, 94:21, 95:13, 116:18, 119:16, 121:2, 121:14, 121:15, 122:12, 122:13, 122:14, 122:15, 126:15, 126:16, 128:16, 132:5, 137:5, 138:7, 139:3

**ones** [1] - 22:14

**online** [2] - 45:24, 77:5

**open** [16] - 13:25, 16:16, 22:24, 27:21, 32:25, 39:8, 43:1, 50:14, 55:24, 64:23, 80:19, 85:18, 105:1, 112:7, 120:25, 137:23

**opens** [2] - 79:2, 79:18

**operandi** [5] - 11:14, 11:22, 12:1, 12:11, 16:9

**operate** [1] - 20:20

**operated** [6] - 23:23, 23:24, 29:18, 30:6, 44:13, 66:9

**operating** [6] - 12:2, 20:25, 26:3, 77:8, 78:1, 80:5

**operation** [9] - 20:23, 30:13, 30:19, 31:11, 33:8, 36:19, 44:25, 46:6, 61:3

**operator** [1] - 52:15

**opinion** [3] - 37:21, 78:12, 83:18

**opinions** [3] - 54:6, 54:7, 61:11

**opportunity** [2] - 12:9, 120:1

**order** [13] - 5:6, 17:6, 71:8, 74:2, 130:15, 130:18, 130:21, 130:23, 130:24, 130:25, 131:17, 131:24, 133:12

orders [3] - 132:8, 132:18, 133:16
orient [1] - 106:15
originally [1] - 119:6
originated [1] - 93:7
origins [1] - 57:1
otherwise [2] - 35:20, 80:7
ought [1] - 64:1
output [3] - 6:12, 7:16, 84:13
outputs [6] - 7:19, 7:25, 8:1, 8:11, 31:16
outputting [1] - 51:3
outside [6] - 9:24, 10:5, 11:6, 69:6, 83:3, 117:25
overruled [9] - 67:21, 68:21, 77:2, 77:19, 77:23, 90:15, 95:20, 104:10, 104:24
own [10] - 11:5, 22:1, 25:21, 29:16, 37:15, 38:6, 44:12, 51:5, 66:6, 93:12

## P

p.m [5] - 1:7, 5:4, 72:7, 73:25, 134:17
packages [1] - 23:17
PAGE [1] - 3:3
Page [14] - 36:10, 47:6, 48:11, 50:20, 51:12, 52:3, 56:19, 57:8, 85:21, 87:22, 88:16, 89:3, 122:3, 130:20
page [10] - 28:13, 28:23, 31:20, 40:17, 48:18, 49:12, 57:22, 98:24, 121:10, 121:11
pages [2] - 122:12, 122:14
paid [4] - 25:22, 29:9, 36:7, 131:2
paid-to [1] - 131:2
paragraph [15] - 25:19, 28:4, 29:7, 47:8, 47:23, 49:15, 52:4, 52:19, 56:2, 56:19, 56:25, 57:8, 57:21, 58:3, 58:7
paragraphs [2] - 24:18, 85:23
part [5] - 11:18, 12:14, 38:2, 62:17
particular [10] - 10:21, 18:8, 19:16,

38:22, 39:4, 47:2, 56:18, 59:21, 64:10, 64:11
parties [1] - 24:24
pas [1] - 119:13
password [2] - 46:1, 46:2
past [1] - 23:12
pattern [3] - 38:3, 40:8, 44:7
patterns [3] - 8:2, 43:3, 43:8
pause [1] - 134:3
pausing [1] - 75:10
payment [21] - 93:11, 93:23, 95:25, 96:9, 96:19, 97:2, 97:3, 97:17, 97:25, 99:11, 99:19, 99:21, 99:22, 99:23, 111:10, 113:6, 115:13, 123:24, 130:18, 130:22, 130:23
payments [3] - 25:24, 69:19, 123:22
payout/transaction [1] - 48:21
payouts [3] - 48:22, 49:20, 52:13
PEARLMAN [1] - 1:20
Pearlman [4] - 95:6, 95:13, 111:6, 111:8
peel [9] - 29:24, 30:1, 33:17, 34:12, 34:13, 35:4, 36:7, 36:17, 66:5
Pelker [18] - 3:5, 9:12, 10:10, 13:10, 15:25, 26:23, 31:18, 37:22, 42:15, 54:24, 61:6, 117:9, 118:21, 128:15, 135:1, 136:10, 138:13, 139:14
PELKER [222] - 1:17, 4:24, 5:20, 6:1, 7:4, 9:13, 10:19, 11:13, 11:25, 13:13, 13:23, 14:1, 15:14, 16:7, 16:17, 20:17, 21:21, 22:25, 23:3, 24:13, 24:16, 26:16, 26:25, 27:18, 27:22, 27:24, 28:1, 30:21, 30:25, 31:19, 32:11, 32:23, 33:3, 34:3, 35:3, 35:12, 35:16, 35:17, 36:9, 36:11, 37:7, 37:23, 38:24, 39:6,

39:10, 40:16, 40:18, 41:1, 42:16, 43:2, 43:11, 43:17, 44:20, 44:22, 47:5, 47:7, 48:10, 48:12, 49:11, 49:13, 50:8, 50:15, 50:20, 50:23, 51:12, 51:14, 55:7, 55:14, 56:1, 57:25, 58:2, 59:2, 59:11, 59:17, 59:18, 60:14, 61:7, 62:3, 63:18, 64:7, 64:20, 65:3, 67:24, 68:7, 68:12, 68:17, 69:1, 71:23, 72:10, 72:13, 73:1, 73:4, 73:8, 73:14, 74:5, 74:6, 74:22, 75:5, 77:10, 77:15, 78:4, 78:20, 79:5, 80:21, 81:25, 82:12, 83:5, 84:2, 85:19, 85:22, 86:5, 86:6, 86:16, 86:18, 87:1, 87:7, 87:8, 87:18, 87:21, 87:23, 90:11, 90:19, 91:17, 91:19, 92:21, 92:22, 95:3, 95:7, 95:23, 97:9, 98:3, 98:5, 98:14, 98:22, 102:16, 102:18, 102:22, 103:1, 105:2, 105:7, 105:10, 105:20, 106:3, 106:4, 106:24, 107:2, 107:5, 107:7, 107:14, 107:21, 108:10, 108:12, 108:25, 109:2, 109:14, 109:18, 110:3, 110:5, 110:23, 111:6, 111:9, 112:1, 112:8, 116:8, 116:9, 116:14, 117:10, 117:21, 118:22, 119:11, 120:22, 121:9, 121:13, 121:21, 121:23, 122:9, 122:12, 122:19, 123:1, 123:13, 123:15, 124:14, 124:16, 125:12, 125:14, 126:17, 126:19, 126:22, 127:1, 127:16, 127:18, 128:9, 128:13, 128:18, 128:20, 128:23, 129:2, 129:10, 129:16, 129:21, 129:24, 130:1, 130:6,

131:7, 131:8, 131:12, 131:15, 132:1, 132:3, 133:23, 134:3, 134:6, 135:3, 135:12, 136:13, 136:16, 137:2, 137:11, 138:14, 138:22, 139:2, 140:9
Pennsylvania [1] - 1:18
people [9] - 6:24, 45:18, 46:8, 47:1, 47:15, 50:2, 54:3, 54:4, 77:7
per [6] - 20:7, 20:14, 22:4, 51:20, 52:9, 58:16
percent [28] - 82:15, 82:17, 83:11, 83:21, 84:4, 85:13, 85:25, 86:12, 87:25, 88:8, 88:24, 89:10, 89:17, 90:24, 90:25, 91:2, 91:4, 91:5, 91:20, 92:9, 92:11, 92:12, 92:14, 92:15
percentage [1] - 4:6
perhaps [5] - 9:22, 53:8, 72:14, 80:2, 114:12
period [11] - 36:2, 36:22, 40:11, 41:17, 41:25, 43:20, 43:25, 58:15, 76:10, 79:4, 140:4
permit [2] - 31:14, 32:18
person [3] - 22:7, 56:12
personal [1] - 137:8
pertain [1] - 131:21
pertaining [1] - 133:16
pertains [1] - 131:22
phone [15] - 14:23, 15:16, 15:20, 20:1, 37:11, 50:4, 52:23, 60:18, 78:8, 82:3, 104:2, 111:19, 116:18, 137:23, 137:24
phones [4] - 26:7, 31:7, 42:3, 137:16
phrase [2] - 21:5, 21:19
physical [6] - 95:5, 95:13, 110:13, 110:14, 116:5, 127:3
pick [9] - 15:20, 37:10, 39:22, 46:1,

60:17, 78:8, 104:1, 116:18, 137:24
picture [1] - 95:14
place [4] - 45:18, 86:1, 88:1, 118:17
placement [1] - 119:4
places [1] - 18:15
Plaintiff [1] - 1:4
PLAINTIFF [1] - 1:14
plan [2] - 59:13, 137:9
planning [1] - 62:14
plans [1] - 135:10
plasma [2] - 119:3, 119:4
Plasma [11] - 109:1, 111:15, 111:17, 112:11, 113:12, 114:13, 117:11, 122:1, 123:7, 126:24, 128:25
plasma@ plasmadivision [3] - 114:24, 117:3, 132:9
plasma@ plasmadivision.com [6] - 95:16, 108:21, 129:13, 130:10, 130:17, 132:7
plasmadivision.com [2] - 129:6, 132:16
platform [2] - 23:12, 100:3
plausible [2] - 47:18, 48:5
play [3] - 18:20, 35:19, 100:6
pleasing [1] - 109:25
pled [1] - 19:7
plenty [1] - 120:1
PLLC [1] - 1:24
plus [1] - 122:16
point [43] - 4:22, 5:16, 5:18, 10:14, 12:17, 21:8, 21:14, 21:23, 21:25, 22:9, 22:18, 25:5, 25:14, 29:23, 31:25, 33:20, 38:13, 38:21, 40:4, 54:2, 54:15, 55:16, 55:21, 64:10, 70:8, 72:10, 79:8, 79:13, 84:24, 85:11, 109:12, 115:8, 119:13, 122:8, 125:7, 125:20, 126:20, 127:2, 132:4, 134:6, 138:8, 138:10
pointing [7] - 35:21,

109:16, 114:22, 117:1, 120:13, 131:13
**pool** [2] - 25:21, 25:23
**pooled** [1] - 6:7
**popular** [1] - 34:24
**population** [1] - 54:20
**portion** [6] - 19:8, 41:2, 41:3, 47:22, 120:14
**position** [5] - 13:6, 13:8, 63:13, 135:18, 136:7
**possibilities** [1] - 94:11
**possible** [4] - 20:20, 21:22, 25:4, 57:15
**post** [10] - 24:1, 29:14, 48:10, 48:14, 48:15, 51:12, 51:15, 52:4, 56:20, 57:21
**posted** [1] - 24:10
**posts** [4] - 45:11, 46:5, 46:8, 82:13
**potential** [1] - 84:20
**potentially** [4] - 15:12, 17:15, 97:16, 120:10
**PowerPoint** [1] - 5:22
**practically** [1] - 28:14
**practices** [1] - 28:20
**precisely** [2] - 25:17, 88:12
**precision** [1] - 49:21
**prejudicial** [7] - 13:2, 16:1, 26:13, 53:12, 54:21, 54:23, 117:6
**preliminary** [2] - 4:2, 5:11
**preparation** [1] - 109:19
**prepare** [3] - 83:24, 109:20, 115:18
**prepared** [4] - 73:12, 82:16, 139:18
**preparing** [3] - 74:14, 115:25, 116:5
**preponderance** [1] - 27:13
**present** [2] - 5:5, 74:1
**pretrial** [1] - 79:9
**pretty** [4] - 4:3, 47:10, 47:17, 65:6
**preventing** [1] - 59:3
**prevents** [1] - 88:9
**preview** [1] - 139:16

**previous** [1] - 106:10
**PREVIOUSLY** [1] - 5:24
**previously** [8] - 23:1, 60:24, 85:20, 92:23, 96:5, 102:23, 103:3, 105:7
**price** [3] - 70:1, 81:14, 89:15
**pricing** [2] - 85:4, 85:14
**prima** [1] - 27:12
**primacy** [1] - 117:18
**primary** [1] - 45:18
**printed** [1] - 110:17
**printoff** [2] - 110:15, 116:5
**privately** [2] - 54:11, 121:5
**problem** [7] - 11:3, 11:11, 11:12, 51:5, 54:12, 63:8
**problematic** [1] - 21:2
**problems** [1] - 139:19
**proceed** [11] - 5:19, 22:22, 27:19, 38:19, 39:9, 42:24, 55:25, 80:20, 120:23, 121:1, 122:18
**proceeding** [1] - 136:14
**proceedings** [22] - 5:4, 13:24, 16:15, 22:23, 27:20, 32:24, 39:7, 42:25, 50:13, 55:23, 64:22, 72:7, 73:18, 73:25, 80:18, 85:17, 104:25, 112:6, 120:24, 134:17, 134:25, 141:6
**Proceedings** [1] - 140:13
**process** [8] - 7:7, 7:8, 7:11, 18:16, 34:17, 45:20, 46:3, 126:7
**produced** [1] - 141:6
**product** [1] - 84:15
**proffer** [1] - 27:9
**programs** [2] - 9:9, 14:11
**pronoun** [4] - 26:18, 26:22, 53:22, 73:5
**properly** [3] - 25:23, 63:6, 69:17
**proposition** [2] - 38:16, 139:17
**prove** [3] - 25:25,

47:19, 58:11
**provide** [5] - 18:17, 28:10, 42:20, 46:2, 100:8
**provided** [9] - 18:13, 29:22, 33:11, 56:16, 64:3, 66:16, 69:13, 83:16, 119:2
**provides** [3] - 58:20, 58:25, 119:21
**providing** [1] - 25:20
**provisionally** [5] - 38:20, 39:1, 63:14, 64:16, 64:24
**psychological** [1] - 117:18
**publicly** [1] - 24:22
**publish** [5] - 32:19, 33:1, 40:23, 110:24, 116:15
**published** [13] - 35:14, 40:24, 43:14, 64:25, 68:23, 75:2, 87:4, 90:16, 98:19, 105:8, 105:24, 111:3, 130:3
**pull** [23] - 5:21, 22:25, 24:13, 40:16, 46:8, 47:5, 68:7, 81:25, 85:19, 86:16, 87:7, 95:3, 98:3, 102:22, 106:24, 108:10, 108:25, 109:14, 110:4, 112:3, 121:9, 126:17, 131:7
**pulling** [3] - 82:10, 88:25, 122:14
**purchase** [7] - 93:5, 95:22, 110:10, 113:6, 124:9, 124:21, 125:10
**purchased** [4] - 96:8, 101:20, 101:23, 125:2
**purchasing** [2] - 95:17, 124:25
**purely** [2] - 37:20, 54:13
**purple** [1] - 120:13
**purpose** [6] - 22:6, 36:13, 72:17, 93:3, 93:4, 109:23
**purposes** [2] - 22:15, 63:15
**put** [16] - 16:2, 16:6, 27:15, 28:19, 39:1, 54:16, 55:10, 73:2, 87:10, 91:1, 121:6, 121:8, 126:18, 129:1, 132:1, 135:5
**putting** [5] - 109:23, 112:3, 113:15, 114:4,

114:7
**puzzled** [1] - 63:9

| **Q** |
| --- |

**qualified** [5] - 12:16, 13:16, 15:18, 15:24, 84:19
**qualify** [2] - 12:17, 15:15
**qualifying** [1] - 16:8
**questioning** [2] - 79:3, 85:9
**questions** [4] - 21:4, 39:1, 39:2, 80:15
**quick** [2] - 68:9, 129:1
**quickly** [3] - 6:24, 113:8, 135:7
**quote** [3] - 12:1, 23:17, 79:25
**quote-unquote** [1] - 79:25
**quotes** [1] - 49:14

| **R** |
| --- |

**raise** [4] - 80:2, 118:20, 120:1, 135:1
**raised** [4] - 61:23, 72:20, 72:23, 118:2
**raises** [1] - 80:1
**Ramje** [1] - 126:5
**RANDOLPH** [1] - 1:11
**randomize** [1] - 88:10
**randomized** [4] - 49:23, 87:25, 88:5, 91:4
**range** [2] - 91:3, 128:16
**ransomware** [1] - 14:20
**rate** [2] - 58:16, 84:9
**rates** [2] - 9:20, 61:22
**rather** [4] - 10:22, 24:6, 27:2, 137:23
**raw** [2] - 105:15, 107:24
**RDR** [3] - 2:1, 141:3, 141:12
**Reactor** [15] - 10:7, 10:16, 13:7, 60:2, 61:4, 61:20, 63:7, 63:13, 63:17, 64:4, 64:18, 65:6, 73:12
**read** [28] - 23:6, 23:8,

24:17, 25:18, 28:3, 28:12, 28:24, 29:8, 47:8, 48:16, 48:17, 49:14, 50:24, 51:17, 52:4, 52:19, 56:24, 57:8, 57:21, 58:6, 59:7, 85:23, 86:3, 87:24, 114:7, 115:5, 133:14, 133:15
**readily** [1] - 59:4
**reading** [2] - 13:11, 29:16
**reads** [2] - 103:9, 124:20
**ready** [4] - 51:22, 73:21, 74:4, 134:5
**real** [5] - 25:4, 34:12, 52:13, 55:19, 129:1
**reality** [1] - 51:4
**realize** [1] - 122:13
**really** [7] - 21:8, 38:19, 51:1, 51:6, 83:22, 104:8, 136:14
**reason** [4] - 13:2, 80:6, 119:8, 119:21
**reasonable** [1] - 17:20
**reasonably** [1] - 79:13
**reasons** [1] - 104:22
**receive** [2] - 34:15, 100:3
**Received** [1] - 3:9
**received** [9] - 69:11, 69:19, 70:6, 75:14, 75:17, 75:20, 100:12, 106:8, 130:22
**receives** [1] - 35:24
**receiving** [2] - 16:25, 19:8
**recent** [1] - 18:19
**recently** [1] - 18:21
**recess** [2] - 73:16, 73:17
**recognize** [7] - 23:4, 30:10, 98:6, 98:8, 105:12, 115:22, 129:3
**record** [17] - 15:23, 16:2, 16:6, 16:13, 27:15, 48:7, 48:9, 54:16, 72:11, 73:1, 87:11, 109:16, 114:21, 126:2, 131:12, 131:14, 136:12
**recorded** [2] - 24:21, 124:7
**records** [33] - 9:16, 18:2, 71:15, 81:22, 93:1, 94:12, 94:21,

96:1, 96:4, 96:7, 96:15, 96:17, 96:18, 97:10, 97:13, 97:17, 97:22, 99:4, 99:15, 99:17, 100:22, 100:25, 101:4, 101:18, 102:19, 102:23, 105:4, 108:22, 115:24, 116:3, 123:9, 124:23, 127:10

**red** [2] - 69:8, 71:3
**redeem** [50] - 99:25, 100:1, 100:3, 100:4, 100:6, 100:7, 100:10, 100:13, 100:15, 100:18, 100:20, 101:4, 101:6, 101:19, 101:23, 102:7, 102:8, 102:9, 103:6, 103:10, 112:19, 112:20, 112:21, 112:25, 113:2, 126:3, 126:5, 126:8, 126:13, 126:14, 126:20, 126:23, 127:4, 127:5, 127:11, 127:17, 127:21, 127:25, 128:3, 130:12, 131:4, 131:9, 131:10, 131:13, 131:20, 131:22, 132:6, 132:10, 132:16, 132:20

**redeemed** [2] - 102:7, 113:2
**reduces** [1] - 55:17
**redundant** [1] - 14:13
**reference** [2] - 53:22, 106:10
**referenced** [1] - 123:10
**referring** [6] - 28:18, 50:9, 53:9, 72:23, 109:17, 118:24
**refers** [1] - 42:11
**reflect** [5] - 90:8, 107:11, 109:16, 131:12, 131:14
**regard** [3] - 17:3, 101:4, 103:6
**regarding** [8] - 38:4, 79:3, 83:6, 83:25, 92:24, 96:1, 96:7, 107:12
**regardless** [1] - 118:13
**registration** [2] - 92:24, 113:7

**regular** [1] - 23:23
**relate** [1] - 4:4
**related** [3] - 30:18, 48:4, 81:22
**relating** [2] - 131:4, 134:11
**relation** [2] - 61:3, 138:3
**relevant** [1] - 9:25
**reliability** [4] - 9:14, 9:19, 13:5, 13:6
**reliable** [5] - 28:14, 65:10, 67:18, 68:1, 68:2
**reluctant** [1] - 52:15
**rely** [1] - 65:9
**remain** [1] - 63:9
**remarkable** [1] - 38:15
**remember** [1] - 120:20
**remind** [6] - 6:22, 27:7, 35:2, 107:22, 113:20, 123:17
**reminded** [1] - 55:8
**reminds** [1] - 27:4
**removed** [1] - 118:11
**renew** [1] - 35:13
**repeat** [2] - 57:24, 81:4
**repeated** [1] - 126:8
**rephrase** [2] - 20:24, 129:11
**report** [14] - 15:11, 15:12, 17:14, 17:16, 17:17, 17:18, 32:11, 42:8, 42:18, 62:18, 78:15, 78:17, 119:7
**REPORTED** [1] - 2:1
**reported** [1] - 17:24
**reporter** [3] - 6:25, 97:4, 111:14
**REPORTER** [4] - 58:22, 77:13, 97:6, 129:8
**Reporter** [2] - 2:1, 141:12
**reports** [3] - 18:3, 38:2, 103:2
**represents** [1] - 33:9
**request** [3] - 4:10, 18:4, 120:9
**requests** [1] - 99:8
**require** [1] - 82:20
**requirements** [1] - 14:11
**Requirements** [1] - 85:24
**requisite** [1] - 61:2
**research** [2] - 72:3,

134:11
**researchers** [1] - 24:25
**Reserve** [39] - 93:20, 96:10, 96:11, 96:12, 96:13, 96:18, 96:21, 96:23, 97:10, 97:20, 97:21, 99:2, 101:10, 101:15, 113:4, 113:10, 113:13, 114:6, 115:6, 115:10, 119:18, 122:2, 131:3, 131:18, 131:25, 132:11, 132:19, 132:22, 132:23, 133:1, 133:4, 133:9, 133:11, 133:20, 133:21
**resolution** [1] - 137:17
**respect** [7] - 13:21, 22:19, 63:11, 63:13, 63:17, 64:18, 85:14
**response** [1] - 139:12
**responsibility** [2] - 118:17, 118:19
**responsive** [2] - 99:7, 99:9
**rest** [1] - 111:7
**restitution** [1] - 18:18
**result** [1] - 70:24
**resulting** [1] - 95:21
**results** [1] - 10:9
**retakes** [1] - 73:20
**retired** [1] - 134:24
**retrieved** [3] - 107:12, 113:16, 129:18
**return** [2] - 5:8, 123:6
**returning** [1] - 99:18
**reusing** [1] - 56:23
**reveal** [3] - 52:6, 52:11, 52:16
**revealing** [2] - 24:20, 52:6
**review** [33] - 24:10, 39:11, 40:2, 43:23, 45:11, 46:5, 65:7, 66:14, 74:7, 74:20, 76:11, 77:17, 81:22, 86:14, 89:24, 93:1, 93:3, 93:4, 96:1, 96:18, 97:10, 99:17, 100:22, 101:18, 102:19, 103:24, 105:4, 108:22, 113:15, 115:24,

127:10, 128:5, 131:4
**reviewed** [10] - 37:24, 66:12, 68:5, 68:15, 82:18, 89:19, 105:18, 110:14, 116:3, 133:17
**reviewing** [2] - 66:16, 74:11
**right-hand** [1] - 35:4
**rise** [4] - 5:2, 72:5, 73:23, 134:15
**Road** [1] - 119:13
**role** [1] - 37:4
**ROMAN** [1] - 1:6
**Room** [1] - 2:3
**Roso** [4] - 131:2, 131:18, 131:25, 133:9
**roughly** [1] - 34:19
**Rovensky** [11] - 92:24, 95:9, 96:5, 97:14, 100:25, 103:2, 104:12, 104:18, 107:4, 113:25, 139:2
**Rovensky's** [3] - 53:7, 104:6, 123:11
**Row** [7] - 124:3, 124:15, 126:1, 126:3, 127:15, 127:23, 128:1
**rows** [5] - 60:8, 124:8, 125:5, 133:7, 133:8
**Rows** [3] - 124:9, 125:15, 125:16
**ruled** [2] - 20:6, 87:14
**Rules** [1] - 118:15
**rulings** [1] - 20:6
**run** [1] - 20:20
**running** [3] - 22:7, 85:13, 135:13

**S**

**safe** [2] - 51:21, 52:6
**sake** [1] - 73:4
**sale** [1] - 125:17
**Sarah** [2] - 82:24, 83:5
**savings** [2] - 18:10, 19:1
**scammer** [1] - 18:9
**schedule** [2] - 36:6, 135:23
**scheduled** [2] - 69:18, 137:6
**scheduling** [1] - 135:4
**schematic** [1] - 33:7
**schemes** [1] - 51:1

**SCHOLL** [2] - 3:4, 5:24
**Scholl** [76] - 6:2, 7:5, 9:7, 10:20, 14:2, 15:15, 16:8, 16:18, 18:6, 20:9, 23:4, 24:10, 27:23, 31:10, 32:8, 33:4, 34:18, 35:18, 38:10, 39:11, 42:7, 43:3, 43:18, 59:19, 59:25, 61:2, 61:8, 61:18, 62:6, 62:17, 62:21, 62:25, 63:2, 63:21, 64:5, 64:9, 64:11, 65:4, 69:2, 74:7, 74:19, 75:6, 78:21, 80:22, 81:22, 82:6, 82:13, 82:16, 82:25, 83:10, 84:18, 90:4, 90:20, 92:16, 92:23, 95:8, 98:23, 104:8, 104:16, 105:3, 105:11, 107:8, 107:22, 109:16, 111:10, 112:9, 113:15, 119:9, 121:15, 121:24, 123:2, 129:3, 134:24, 137:17, 138:19, 138:20
**Scholl's** [2] - 32:11, 78:12
**scientific** [1] - 38:12
**scope** [4] - 9:24, 10:17, 11:6, 83:3
**scrape** [3] - 87:19, 88:14, 89:1
**scrapes** [2] - 82:14, 86:20
**screen** [13] - 8:13, 33:5, 39:15, 39:16, 91:8, 108:11, 109:15, 113:11, 124:4, 126:18, 132:2, 132:5, 132:13
**screenshot** [4] - 7:24, 23:1, 98:9, 106:13
**scroll** [11] - 27:24, 50:21, 85:20, 86:5, 87:21, 102:14, 103:7, 123:13, 125:12, 126:5, 127:16
**scrolling** [9] - 24:17, 48:11, 57:23, 60:5, 60:6, 88:16, 89:3, 122:3, 130:19
**se** [3] - 20:7, 20:14, 22:4
**search** [2] - 19:5,

57:25
**searching** [1] - 18:1
**seated** [3] - 5:6, 74:2, 134:18
**second** [15] - 20:1, 29:7, 40:17, 52:19, 56:2, 56:19, 56:25, 100:10, 121:2, 121:10, 121:11, 125:2, 126:15, 126:16, 132:5
**section** [8] - 28:24, 50:21, 50:24, 59:12, 87:24, 123:14, 124:15, 125:13
**sections** [1] - 124:24
**security** [2] - 58:21, 58:22
**see** [31] - 7:24, 10:17, 18:2, 33:24, 39:25, 40:3, 40:14, 48:2, 49:16, 49:17, 49:18, 54:18, 54:23, 58:4, 69:16, 72:3, 94:6, 102:17, 103:12, 111:24, 118:11, 119:17, 127:17, 134:8, 134:12, 134:23, 135:19, 135:21, 139:15, 140:10
**seek** [2] - 15:15, 19:18
**seeking** [4] - 10:19, 42:22, 105:9, 107:5
**sees** [3] - 57:23, 58:1, 58:8
**seize** [1] - 18:17
**seized** [2] - 19:6, 96:16
**select** [1] - 33:23
**selected** [1] - 34:5
**sell** [1] - 114:16
**selling** [1] - 16:25
**send** [7] - 7:15, 18:16, 35:24, 77:5, 80:23, 100:5, 120:18
**sending** [11] - 16:23, 18:9, 29:25, 33:15, 36:1, 52:1, 69:21, 77:7, 106:9, 106:21
**sense** [1] - 63:25
**sensitive** [1] - 46:12
**sent** [25] - 16:22, 18:14, 35:1, 41:10, 45:5, 46:16, 46:20, 69:12, 70:6, 70:12, 71:20, 76:6, 93:17, 100:18, 106:17, 112:13, 112:15,

112:17, 115:15, 130:18, 130:23, 131:3, 132:10, 132:17, 133:22
**sentence** [3] - 28:12, 51:17, 86:3
**sentences** [1] - 29:8
**separation** [1] - 84:21
**sequestering** [1] - 17:15
**series** [3] - 23:8, 30:5, 41:11
**server** [3] - 37:17, 38:8, 38:10
**servers** [2] - 37:16, 47:19
**service** [41] - 6:5, 6:6, 6:9, 6:11, 6:13, 7:10, 7:13, 23:18, 23:21, 23:25, 24:4, 24:7, 25:7, 25:13, 25:21, 26:1, 26:3, 28:2, 28:8, 28:10, 29:21, 34:7, 36:7, 44:18, 48:9, 49:20, 50:1, 50:17, 52:18, 66:9, 77:8, 81:11, 85:25, 87:25, 88:22, 88:24, 89:9, 89:10, 93:17, 98:11
**Service** [1] - 28:3
**services** [10] - 6:18, 6:19, 7:23, 8:16, 14:12, 19:23, 25:14, 67:15, 99:1
**SESSION** [1] - 1:5
**set** [3] - 59:8, 95:13, 113:24
**sets** [1] - 25:18
**several** [3] - 18:25, 19:6, 86:16
**shared** [1] - 23:17
**Shormint** [12] - 93:20, 96:23, 97:11, 97:20, 101:9, 101:14, 113:4, 113:10, 113:13, 114:6, 115:11, 122:2
**short** [5] - 85:23, 104:9, 104:22, 136:20, 140:3
**show** [13] - 30:8, 82:13, 96:25, 97:17, 101:4, 103:6, 105:6, 108:13, 115:20, 125:19, 128:8, 132:6, 133:8
**showed** [2] - 101:5, 132:4

**showing** [22] - 7:6, 30:10, 33:7, 36:24, 48:8, 59:23, 68:13, 86:19, 90:2, 105:11, 107:8, 110:2, 110:13, 115:18, 117:13, 123:22, 127:20, 130:21, 130:24, 131:20, 131:23, 132:14
**shown** [43] - 6:3, 6:4, 7:5, 33:4, 34:14, 36:12, 40:17, 43:18, 44:23, 48:13, 78:5, 80:22, 90:21, 91:7, 95:14, 95:15, 98:23, 106:5, 106:7, 106:12, 107:22, 109:4, 109:8, 113:25, 121:25, 123:2, 123:17, 123:21, 124:17, 125:5, 125:15, 126:11, 127:19, 127:23, 128:1, 130:8, 130:11, 130:15, 130:20, 131:16, 131:23, 133:2, 133:6
**shows** [3] - 122:14, 122:15
**shut** [2] - 80:9, 81:11
**shutdown** [1] - 138:3
**sick** [1] - 61:21
**side** [2] - 35:4, 124:21
**sidebar** [2] - 79:21, 137:15
**sides** [1] - 13:9
**significance** [3] - 45:17, 76:21, 77:1
**significant** [7] - 65:14, 76:15, 77:12, 77:17, 77:24, 78:24, 79:6
**Silk** [1] - 119:13
**silly** [1] - 27:1
**SIM** [1] - 14:22
**similar** [13] - 8:1, 9:2, 17:6, 25:7, 36:13, 47:25, 70:5, 86:2, 88:3, 100:4, 123:4, 123:5
**simple** [9] - 56:8, 58:12, 65:6, 84:1, 84:14, 84:24, 84:25, 93:23, 120:12
**simplified** [3] - 34:9, 34:17, 45:9
**simplistic** [1] - 31:23
**simply** [5] - 21:4, 83:20, 110:17, 119:2,

120:19
**Sinbad** [1] - 8:17
**single** [5] - 7:11, 24:20, 34:16, 42:1, 76:4
**single-handedly** [1] - 24:20
**singular** [1] - 45:4
**sit** [4] - 135:15, 135:16, 136:4, 136:19
**site** [9] - 23:25, 24:2, 24:6, 24:7, 24:9, 24:14, 29:12, 86:23, 98:11
**sitting** [4] - 81:7, 81:16, 135:4, 135:23
**six** [5] - 38:14, 58:15, 58:20, 58:25, 101:17
**six-hour** [1] - 58:20
**Slide** [1] - 5:23
**slide** [7] - 7:5, 7:6, 44:21, 44:24, 106:3, 106:11, 107:23
**slides** [2] - 105:16, 121:14
**slip** [1] - 139:10
**slow** [1] - 35:2
**slowly** [2] - 6:23, 118:5
**small** [5] - 58:17, 58:21, 58:25, 70:23, 77:9
**smaller** [1] - 34:23
**sniffed** [1] - 57:10
**software** [1] - 61:20
**sold** [4] - 114:18, 114:20, 125:6, 125:11
**solution** [3] - 25:18, 25:20, 51:19
**someone** [5] - 57:10, 57:18, 57:23, 58:1, 58:8
**sometime** [1] - 133:25
**sometimes** [1] - 46:8
**somewhat** [1] - 52:8
**somewhere** [2] - 57:10, 57:18
**soon** [1] - 51:22
**sophisticated** [1] - 82:19
**sophistication** [1] - 46:18
**sorry** [9] - 15:19, 57:24, 77:13, 77:21, 78:7, 81:4, 91:12, 128:15, 129:15
**sort** [17] - 8:3, 17:23, 25:13, 25:15, 26:12, 31:13, 38:21, 38:22,

43:8, 46:24, 82:18, 83:1, 83:12, 92:17, 104:21, 138:8, 138:24
**sorts** [3] - 14:24, 48:23, 84:18
**sounds** [1] - 48:17
**source** [8] - 17:20, 61:3, 61:10, 93:4, 94:4, 99:22, 99:23, 108:16
**spam** [1] - 119:3
**spam@plasmadivision.com** [2] - 129:14, 132:9
**speaking** [2] - 14:8, 129:5
**Special** [7] - 92:23, 95:9, 96:4, 97:13, 100:25, 103:2, 123:10
**specific** [6] - 43:5, 47:24, 48:2, 48:3, 49:2, 66:11
**specifically** [2] - 47:1, 62:10
**specifics** [2] - 10:20, 138:24
**specified** [1] - 119:3
**speculating** [1] - 50:2
**speculation** [1] - 37:20
**speculative** [2] - 82:10, 83:18
**spend** [1] - 8:6
**spending** [1] - 125:1
**spends** [1] - 46:20
**spent** [1] - 35:1
**spreadsheet** [4] - 75:11, 85:13, 124:8, 126:21
**springboard** [1] - 32:7
**stand** [8] - 8:3, 9:9, 11:8, 11:9, 42:9, 73:20, 111:7, 119:22
**stands** [1] - 8:11
**start** [8] - 65:8, 77:14, 111:11, 112:1, 112:3, 129:12, 134:8, 136:23
**started** [3] - 41:5, 41:20, 106:15
**starting** [13] - 28:13, 34:22, 35:21, 47:9, 49:14, 50:24, 51:17, 56:24, 57:9, 57:22, 95:24, 123:14, 130:8
**starts** [1] - 116:24
**States** [2] - 2:2, 141:13

STATES[4] - 1:1, 1:3, 1:11, 1:14
statistical [3] - 28:15, 28:18, 58:19
stats [1] - 78:23
stay [1] - 36:1
stayed [2] - 88:22, 88:24
stealing [1] - 14:23
stenographic [1] - 141:5
step [6] - 11:18, 93:12, 114:7, 114:9, 115:5, 134:19
Step [5] - 114:10, 114:15, 114:16, 115:3, 115:6
steps [9] - 18:7, 93:22, 94:11, 112:4, 113:24, 114:2, 114:3, 114:4, 114:22
STERLINGOV [1] - 1:6
Sterlingov [18] - 26:13, 27:13, 53:5, 53:12, 54:17, 55:11, 79:1, 79:3, 79:19, 79:22, 80:2, 109:10, 119:10, 119:19, 132:25, 133:3, 139:11, 139:23
Sterlingov's [20] - 76:17, 93:10, 93:12, 93:15, 95:16, 108:20, 113:23, 114:5, 114:25, 117:3, 117:5, 119:7, 123:20, 123:25, 124:12, 132:11, 133:3, 133:20, 133:21, 138:3
still [15] - 4:12, 4:21, 5:16, 12:21, 47:18, 48:5, 58:11, 81:7, 81:12, 118:13, 119:12, 123:16, 125:21, 135:12, 138:9
stipulate [1] - 139:5
stolen [1] - 17:1
stop [3] - 44:1, 47:9, 134:3
stopped [4] - 40:3, 78:12, 79:14, 80:5
stopping [1] - 133:23
stops [1] - 40:12
straighter [1] - 34:4
Street [2] - 1:15, 1:24
strike [1] - 31:22
strikes [1] - 83:21
string [1] - 103:19
studied [1] - 29:17

study [3] - 14:3, 65:22, 66:1
stuff [2] - 118:6, 128:17
subject [5] - 18:2, 19:7, 62:20, 122:21, 130:17
submit [1] - 55:10
subsequent [1] - 105:16
subsequently [13] - 6:8, 19:5, 33:17, 36:6, 40:12, 41:8, 46:20, 48:1, 69:18, 101:14, 113:3, 115:1, 125:6
succeed [1] - 59:3
sufficient [2] - 38:18, 73:2
suggest [1] - 139:14
suggested [1] - 85:9
suggesting [2] - 21:16, 54:21
Suite [1] - 1:16
sum [1] - 51:21
summarize [8] - 30:17, 35:9, 68:14, 74:19, 90:8, 110:9, 110:22, 116:2
summarizing [6] - 30:5, 31:1, 37:4, 68:4, 74:14, 110:6
summary [8] - 31:1, 31:14, 35:13, 68:18, 74:23, 78:22, 83:14, 111:25
supporting [1] - 26:14
suppose [1] - 34:4
supposedly [1] - 63:6
surprise [3] - 23:19, 38:15, 79:8
surprise) [1] - 24:4
surprised [1] - 118:11
suspect [2] - 4:14, 139:8
suspicious [8] - 15:12, 17:8, 17:14, 17:16, 17:17, 17:19, 18:3, 19:4
swaps [1] - 14:22
sweeping [2] - 39:25, 40:9
sweeps [2] - 33:14, 36:15
swept [10] - 29:23, 40:7, 40:14, 41:15, 41:22, 42:1, 43:24, 44:5, 45:4, 66:5

switch [1] - 54:6
SWORN [1] - 5:24
system [3] - 51:3, 52:9, 56:5

## T

tab [1] - 133:2
table [3] - 91:10, 91:14, 91:18
tactics [2] - 14:7, 123:5
takedown [1] - 23:9
takeover [1] - 18:22
takeovers [1] - 14:22
technical [4] - 31:11, 31:15, 32:10, 45:2
technique [3] - 25:16, 56:21, 94:3
techniques [4] - 12:3, 16:10, 51:10, 123:5
ten [2] - 47:15, 134:1
tendencies [1] - 6:24
tentatively [1] - 137:9
terms [5] - 10:15, 24:20, 28:7, 61:1, 84:9
terribly [1] - 136:5
tested [1] - 38:11
testified [17] - 20:10, 25:16, 37:15, 37:24, 43:9, 65:19, 67:12, 70:2, 82:18, 94:14, 95:9, 96:5, 97:14, 101:1, 103:3, 104:6, 113:25
testify [17] - 9:10, 10:7, 15:18, 61:11, 62:1, 62:6, 62:9, 62:18, 63:2, 63:13, 63:21, 64:6, 78:21, 83:6, 85:12, 117:13, 117:25
testifying [5] - 9:13, 10:16, 20:8, 83:8, 104:8
testimony [30] - 4:21, 5:14, 5:18, 10:1, 10:20, 11:7, 22:15, 31:17, 38:6, 42:13, 53:7, 62:20, 63:15, 63:24, 79:7, 80:14, 82:9, 83:3, 83:13, 83:22, 92:23, 104:9, 104:13, 104:17, 111:25, 120:21, 123:11, 134:20, 135:5

text [1] - 50:21
texts [1] - 133:12
THE [189] - 1:1, 1:11, 1:14, 1:15, 1:23, 4:1, 5:1, 5:2, 5:5, 5:7, 6:22, 7:1, 7:2, 7:3, 9:4, 9:12, 10:6, 11:1, 12:13, 13:8, 13:14, 13:20, 15:17, 15:25, 16:11, 16:14, 21:11, 22:2, 26:23, 27:6, 27:19, 30:23, 31:2, 31:6, 31:18, 31:22, 32:16, 33:1, 34:1, 35:2, 35:14, 37:9, 37:22, 38:13, 39:3, 39:9, 40:25, 42:15, 42:23, 43:13, 50:10, 53:13, 53:24, 54:19, 55:6, 55:13, 55:16, 55:22, 55:25, 58:22, 58:24, 59:14, 60:16, 61:6, 62:1, 62:23, 63:9, 63:25, 64:15, 64:21, 64:24, 67:21, 67:22, 68:11, 68:19, 68:21, 71:25, 72:5, 72:8, 72:9, 72:12, 72:15, 72:18, 72:21, 72:22, 72:25, 73:3, 73:6, 73:10, 73:15, 73:16, 73:19, 73:21, 73:23, 74:1, 74:3, 74:24, 75:1, 76:24, 77:2, 77:3, 77:13, 77:19, 77:21, 77:23, 77:24, 78:16, 79:11, 80:3, 80:11, 80:20, 83:20, 85:1, 87:3, 87:12, 87:17, 90:13, 90:15, 95:20, 95:21, 97:4, 97:6, 97:8, 98:16, 98:18, 104:7, 104:15, 104:20, 105:22, 105:24, 107:1, 107:3, 107:16, 107:18, 110:25, 111:2, 112:5, 116:16, 117:9, 118:8, 118:19, 119:9, 119:23, 120:23, 121:1, 121:2, 121:3, 121:4, 121:6, 121:12, 121:16, 122:7, 122:10, 122:17, 122:21, 126:23, 128:12, 128:14, 129:8, 129:12, 129:13, 130:2, 131:14, 133:25, 134:5, 134:7, 134:15, 134:18,

134:19, 134:22, 134:23, 135:1, 135:7, 135:17, 136:2, 136:11, 136:15, 136:19, 136:25, 137:4, 137:12, 137:19, 137:24, 138:13, 138:18, 138:25, 139:6, 140:7, 140:10
themselves [1] - 21:9
theory [1] - 38:11
therefore [2] - 10:23, 24:8
Thereupon [2] - 73:17, 134:24
they've [1] - 135:9
thinking [2] - 52:5, 139:15
thinks [1] - 26:11
third [3] - 47:8, 93:18, 111:23
thousand [1] - 18:25
thousands [2] - 67:10, 74:11
three [6] - 7:15, 60:24, 127:4, 133:6, 133:8, 138:12
through.. [1] - 128:12
throughput [1] - 52:7
timely [1] - 118:20
timing [7] - 48:23, 48:25, 49:8, 58:13, 77:12, 77:16, 79:5
tips [1] - 28:9
today [1] - 133:24
together [2] - 8:7, 109:23
tomorrow [6] - 134:9, 134:12, 137:4, 137:14, 140:1, 140:11
took [1] - 87:12
tool [4] - 10:13, 65:6, 65:9, 65:14
tools [3] - 9:2, 17:6, 65:11
top [17] - 11:11, 24:1, 28:22, 57:22, 60:5, 69:10, 83:7, 83:11, 86:5, 95:17, 109:17, 121:21, 123:13, 124:14, 125:13, 125:21, 126:23
topics [1] - 14:16
Tor [6] - 23:18, 23:25, 24:2, 24:3, 24:6, 24:7
TOR [2] - 1:23, 1:24

**Tor-based** [2] - 23:18, 24:3

**total** [6] - 52:7, 60:7, 75:16, 92:8, 92:12, 128:16

**totally** [1] - 71:3

**toward** [1] - 24:1

**towards** [3] - 120:13, 120:14, 130:18

**trace** [17] - 6:11, 18:12, 19:2, 26:4, 30:3, 30:4, 46:10, 71:16, 71:21, 94:20, 94:25, 99:19, 103:18, 103:21, 104:17, 105:3, 123:4

**traced** [5] - 63:1, 63:3, 99:21, 118:25, 132:14

**traces** [2] - 10:1, 11:10

**tracing** [15] - 9:10, 11:24, 35:20, 43:4, 43:8, 70:15, 78:18, 82:8, 83:9, 94:13, 94:16, 104:14, 108:13, 114:19, 122:15

**tracings** [1] - 62:10

**track** [1] - 25:2

**tracked** [1] - 25:14

**transaction** [68] - 7:12, 7:14, 8:3, 8:5, 8:10, 18:13, 23:13, 24:21, 25:3, 33:14, 34:16, 34:25, 35:19, 35:25, 36:3, 39:24, 39:25, 40:9, 41:9, 41:16, 45:10, 49:7, 57:12, 57:13, 58:12, 66:23, 69:4, 69:10, 70:4, 78:1, 80:24, 89:17, 94:21, 96:2, 96:15, 96:19, 97:10, 99:14, 102:4, 102:10, 102:23, 103:18, 103:21, 105:3, 105:4, 105:15, 105:17, 106:6, 106:7, 106:10, 106:14, 106:17, 107:10, 107:12, 107:24, 108:8, 108:14, 109:21, 111:23, 118:25, 124:15, 124:21, 124:25, 125:1, 125:13, 126:2, 127:10

**transactional** [1] - 93:23

**transactions** [67] -

7:23, 8:24, 14:8, 22:6, 25:1, 30:18, 31:1, 34:16, 35:5, 37:5, 37:25, 39:12, 39:20, 39:22, 41:22, 43:25, 44:6, 46:10, 49:9, 51:4, 52:11, 57:23, 58:8, 66:2, 66:12, 66:14, 66:17, 66:19, 66:20, 68:3, 68:4, 68:14, 69:3, 69:8, 70:1, 71:17, 74:8, 74:12, 81:2, 82:17, 82:21, 83:14, 84:3, 84:5, 85:10, 89:18, 89:24, 94:9, 94:15, 94:16, 94:20, 101:25, 109:1, 109:11, 110:20, 110:22, 112:24, 115:18, 116:11, 124:12, 124:17, 125:18, 125:22, 125:23, 128:6, 133:1, 133:17

**transcript** [2] - 141:5, 141:6

**TRANSCRIPT** [1] - 1:10

**transfer** [6] - 47:12, 100:9, 114:5, 114:10, 115:6, 115:9

**transferred** [1] - 131:24

**transferring** [1] - 100:1

**transfers** [2] - 52:13, 133:8

**translated** [1] - 113:22

**trial** [4] - 12:8, 109:19, 135:25

**TRIAL** [1] - 1:10

**tricked** [1] - 18:9

**tried** [1] - 56:10

**TRM** [3] - 65:13, 65:16, 65:17

**true** [7] - 11:5, 25:13, 113:9, 114:25, 129:17, 141:4, 141:5

**truth** [1] - 58:12

**try** [5] - 14:25, 22:17, 54:6, 72:24, 91:17

**trying** [11] - 13:3, 14:8, 15:6, 15:25, 16:1, 16:19, 19:13, 20:17, 21:1, 30:2, 57:5

**turn** [1] - 108:9

**turning** [7] - 19:24, 52:3, 56:19, 57:8,

68:3, 88:13, 109:3

**tweets** [2] - 23:7, 23:8

**Twitter** [2] - 23:1, 23:7

**two** [20] - 23:9, 23:15, 24:17, 29:8, 57:23, 58:8, 69:5, 69:21, 76:16, 78:25, 85:23, 119:1, 120:7, 120:19, 121:14, 122:5, 122:12, 122:14, 130:22

**tying** [2] - 54:16, 54:19

**type** [2] - 14:19, 134:10

**types** [4] - 6:17, 17:6, 22:13, 47:2

## U

**U.S** [28] - 1:18, 1:20, 76:8, 90:22, 90:23, 90:24, 93:19, 99:4, 101:7, 101:23, 101:24, 113:3, 114:20, 115:2, 125:11, 125:12, 125:16, 126:12, 126:13, 127:24, 128:2, 132:18, 132:19, 132:22, 132:23, 132:24, 133:11

**U.S.-based** [1] - 18:22

**ultimately** [2] - 95:17, 95:21

**unanimity** [1] - 28:9

**uncertain** [1] - 54:8

**uncommon** [1] - 54:7

**under** [8] - 15:15, 24:18, 28:23, 49:14, 57:8, 85:23, 118:14, 138:9

**undercover** [19] - 45:9, 66:12, 66:14, 66:18, 66:20, 66:23, 68:3, 68:14, 69:3, 69:8, 69:10, 69:11, 69:14, 69:18, 69:22, 70:1, 70:5, 71:15, 89:18

**underlie** [1] - 35:6

**underlying** [4] - 30:17, 31:1, 35:8, 37:4

**understood** [1] - 16:11

**unfortunate** [1] - 54:4

**unintentionally** [1] - 126:15

**UNITED** [4] - 1:1, 1:3, 1:11, 1:14

**united** [1] - 2:2

**United** [1] - 141:13

**unless** [2] - 26:11, 47:14

**unlike** [1] - 7:10

**unquote** [1] - 79:25

**unseen** [1] - 57:14

**unsound** [1] - 84:23

**unusual** [1] - 8:10

**up** [65] - 5:9, 5:18, 5:21, 10:1, 15:20, 21:12, 22:20, 22:25, 23:8, 24:13, 25:21, 37:10, 40:16, 46:8, 47:5, 57:23, 59:15, 60:18, 63:4, 64:9, 68:7, 73:19, 78:8, 79:8, 81:25, 85:19, 86:5, 86:16, 87:7, 88:25, 89:15, 90:22, 95:3, 95:8, 95:13, 97:6, 98:3, 102:14, 102:22, 104:2, 106:21, 106:24, 108:10, 108:25, 109:8, 109:14, 112:2, 112:3, 116:18, 116:25, 120:12, 121:6, 121:8, 121:9, 121:21, 122:14, 125:12, 126:15, 126:17, 131:7, 132:2, 134:4, 137:24, 139:6, 139:10

**update** [2] - 89:14, 119:2

**updates** [2] - 89:11, 89:12

**upper** [2] - 91:11, 91:15

**URL** [1] - 86:9

**US** [1] - 124:24

**USD** [1] - 112:24

**User** [4] - 34:5, 35:19, 35:22, 35:23

**user** [31] - 6:4, 6:8, 6:10, 7:20, 24:8, 29:23, 31:16, 33:8, 33:10, 34:6, 34:10, 34:24, 34:25, 36:4, 40:9, 41:9, 41:11, 41:12, 41:13, 41:23,

42:1, 51:20, 51:25, 66:5, 96:15, 100:5, 100:6, 100:7, 100:9, 100:10

**user's** [1] - 88:7

**username** [1] - 45:25

**users** [11] - 6:7, 28:9, 29:22, 33:19, 34:15, 36:6, 48:24, 56:5, 57:6, 76:3, 94:15

**users'** [3] - 7:11, 25:22, 33:15

**uses** [2] - 10:7, 11:8

**usual** [1] - 116:21

**utilizing** [1] - 29:21

## V

**vague** [1] - 76:25

**validate** [6] - 37:18, 44:9, 65:23, 66:3, 66:11, 70:15

**validated** [1] - 32:12

**validating** [1] - 65:11

**validation** [3] - 38:2, 42:19, 61:22

**valuation** [3] - 84:9, 84:12, 84:13

**value** [7] - 75:19, 81:13, 84:17, 88:8, 89:15, 90:24

**values** [3] - 8:1, 49:3, 90:23

**valuing** [1] - 84:10

**varies** [1] - 22:12

**variety** [2] - 9:14, 19:11

**various** [2] - 62:19, 67:14

**Vasily** [1] - 55:14

**verified** [2] - 10:8, 61:21

**verify** [5] - 37:19, 40:14, 43:22, 46:1, 70:15

**version** [7] - 45:9, 95:4, 109:25, 113:22, 118:21, 118:22, 118:23

**versus** [3] - 7:12, 31:25, 84:12

**via** [2] - 126:3, 126:12

**victim** [6] - 14:23, 18:9, 18:13, 18:17, 18:23, 19:7

**victim's** [1] - 18:24

**view** [8] - 22:15, 84:24, 106:12, 122:4,

122:6, 140:3
**virtual** [2] - 96:12, 98:2
**visible** [4] - 47:14, 49:20, 50:1, 50:17
**visited** [1] - 69:11
**visual** [3] - 109:20, 109:24, 117:17
**voir** [1] - 139:25
**voir-dire** [1] - 139:25
**volume** [3] - 78:5, 80:22, 83:19
**voluminous** [5] - 35:8, 37:4, 115:24, 118:4
**vs** [1] - 1:5
**vulnerable** [1] - 24:23

## W

**waive** [1] - 118:3
**waived** [1] - 118:14
**walk** [9] - 7:8, 18:6, 35:18, 69:2, 70:4, 75:6, 90:20, 91:20, 111:10
**walked** [1] - 110:7
**walking** [1] - 112:1
**Wall** [1] - 1:24
**wallet** [4] - 35:25, 77:4, 81:8, 81:19
**wants** [2] - 9:22, 140:3
**warn** [3] - 47:1, 51:19, 56:5
**warning** [1] - 56:5
**warrant** [1] - 19:5
**Washington** [6] - 1:6, 1:16, 1:19, 1:21, 2:4, 141:14
**Wayback** [1] - 98:9
**ways** [3] - 21:5, 45:7, 51:7
**website** [9] - 23:10, 33:11, 35:23, 45:25, 69:11, 91:4, 91:6, 93:11, 98:25
**weeds** [1] - 45:2
**week** [7] - 48:21, 48:24, 49:7, 70:2, 97:16, 135:10, 135:21
**weeks** [2] - 120:7, 120:20
**weighing** [1] - 53:25
**welcome** [3] - 5:7, 54:9, 87:14
**whatsoever** [1] - 54:12

**white** [1] - 34:13
**whole** [7] - 28:24, 44:9, 48:19, 79:2, 82:11, 119:21, 138:11
**willing** [1] - 13:17
**window** [1] - 135:13
**withdraw** [14] - 25:25, 46:15, 46:19, 47:13, 47:25, 56:11, 66:18, 76:3, 86:4, 88:4, 88:20, 89:7, 89:12, 89:14
**Withdrawal** [1] - 71:5
**withdrawal** [31] - 8:22, 28:21, 34:5, 47:12, 47:16, 49:4, 49:5, 49:23, 58:15, 58:20, 69:22, 70:11, 70:12, 76:13, 76:14, 77:11, 77:16, 77:24, 78:13, 78:25, 79:25, 88:12, 100:8, 101:6, 103:8, 108:23, 109:5, 113:11, 113:12, 126:3
**withdrawals** [19] - 28:16, 29:25, 34:15, 34:24, 34:25, 36:6, 49:6, 49:10, 51:11, 52:2, 59:4, 69:19, 75:24, 76:2, 76:4, 76:6, 76:22, 86:2, 126:12
**withdrawing** [5] - 6:8, 28:19, 51:20, 56:6, 56:17
**withdrawn** [8] - 6:9, 18:24, 33:18, 93:17, 109:7, 112:13, 112:20, 133:21
**withdraws** [1] - 88:2
**withdrew** [3] - 47:15, 56:13, 69:20
**WITNESS** [15] - 3:3, 5:24, 7:1, 7:3, 58:24, 67:22, 72:9, 72:21, 72:25, 77:3, 77:24, 95:21, 126:23, 129:13, 134:22
**witness** [42] - 4:4, 4:11, 5:8, 5:9, 5:15, 6:22, 21:13, 22:13, 37:23, 38:7, 42:19, 53:14, 53:15, 53:18, 53:21, 54:11, 55:2, 61:18, 63:8, 64:1, 64:3, 72:11, 72:14, 73:19, 73:20, 83:24, 117:12, 117:24, 120:2, 120:3, 120:4, 121:17, 131:13,

134:19, 135:3, 138:19, 138:25, 139:16
**witness's** [1] - 104:9
**witnesses** [1] - 37:15
**word** [1] - 29:4
**workings** [1] - 32:10
**Works** [1] - 28:3
**works** [5] - 28:8, 63:14, 63:17, 64:4, 64:18
**world** [1] - 54:20
**worried** [1] - 139:17
**worth** [4] - 19:6, 48:22, 62:6, 76:8
**wrapping** [1] - 112:2
**written** [1] - 54:5
**www. AurumXChange. com** [1] - 115:7

## Y

**Year** [1] - 26:20
**year** [3] - 23:12, 90:23, 91:21
**years** [2] - 36:19, 138:12
**yesterday** [2] - 95:10, 97:14
**yield** [1] - 65:15
**York** [2] - 1:21, 1:25
**yourself** [2] - 29:17, 46:1
**yourselves** [1] - 72:2
**YZ** [1] - 41:5

## Z

**zoom** [3] - 91:17, 102:16, 126:22

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

ROMAN STERLINGOV,

        Defendant.

_____/

Criminal Action
No. 1: 21-399

Washington, DC
February 22, 2024

9:20 a.m.

MORNING PROCEEDINGS

TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:     CATHERINE PELKER
                      U.S. DEPARTMENT OF JUSTICE
                      950 Pennsylvania Ave NW
                      Washington, DC 20530

                      CHRISTOPHER BRODIE BROWN
                      DOJ-USAO
                      601 D Street, N.W.
                      Suite 5.1527
                      Washington, DC 20530

                      JEFFREY PEARLMAN
                      DOJ-CRM
                      Ccips
                      US Dept of Justice
                      1301 New York Ave NW
                      Washington, DC 20005

APPEARANCES CONTINUED ON NEXT PAGE

APPEARANCES CONTINUED

For the Defendant:      TOR EKELAND
                        MICHAEL HASSARD
                        TOR EKELAND LAW PLLC
                        30 Wall Street
                        8th Floor
                        Brooklyn, NY 10005


Court Reporter:         SHERRY LINDSAY
                        Official Court Reporter
                        U.S. District & Bankruptcy Courts
                        333 Constitution Avenue, NW
                        Room 6710
                        Washington, DC 20001

TABLE OF CONTENTS

WITNESSES

Luke Scholl

    Direct examination continued by Ms. Pelker      8

EXHIBITS

| | |
|---|---|
| Government Exhibit 310 | 11 |
| Government Exhibits 403, 403A | 19 |
| Government Exhibits 316, 316A | 23 |
| Government Exhibits 603C, D, F, I, L, N, Q | 27 |
| Government Exhibit 309 | 32 |
| Government Exhibits 317, 317B, 317C | 42 |
| Government Exhibits 370, 370A | 50 |
| Government Exhibit 18F | 62 |
| Government Exhibit 848 | 66 |
| Government Exhibit 703 | 72 |
| Government Exhibits 705A - 705E | 74 |
| Government Exhibit 706 | 77 |
| Government Exhibit 360 | 79 |
| Government Exhibits 708A, 708B | 83 |
| Government Exhibit 356 | 91 |
| Government Exhibits 737A, B, C | 98 |

P R O C E E D I N G S

THE COURT: Anything before we bring out the jury?

MS. PELKER: No, Your Honor.

THE COURTROOM DEPUTY: Let me call the case then.

Criminal case 21-399, *United States of America versus Roman Sterlingov.*

Would counsel please approach the podium and state their name for the record starting with government counsel.

MS. PELKER: Good morning, Your Honor. Alden Pelker for the United States, joined at counsel table by Christopher Brown and Jeff Pearlman.

THE COURT: All right. Good morning.

MR. EKELAND: Good morning, Your Honor. Tor Ekeland for defendant, Roman Sterlingov, who is present in court. And with me at counsel table is Michael Hassard.

THE COURT: All right. Good morning.

MR. EKELAND: Two brief things, Your Honor. One -- the first one, could we just pick up the phone? Because this regards Mr. Scholl and --

THE COURT: Okay.

(Conference held at the bench.)

MR. EKELAND: So, Your Honor -- and the government can correct me on this, but I spoke -- the government and the defense spoke this morning and what we were proposing to do in relation to Mr. Scholl's testimony in relation to whether or

not Mr. Sterlingov was in custody on April 29th, 2021 -- what we propose to do is the defense would just ask questions essentially the form -- well, Mr. Sterlingov was in federal custody on April 29th, 2021; correct? And he would just answer, yes. And that he be instructed not to discuss anything else like the fact that Mr. Sterlingov has been in jail for three years. And we -- Ms. Pelker and I discussed this this morning. And we are okay, I think, Ms. Pelker can correct me -- telling Mr. Scholl that or having the Court tell him, if that is okay with the Court.

THE COURT: That is fine with me.

Ms. Pelker.

MS. PELKER: The only shade to that, Your Honor, is just that while I believe -- I believe that Mr. Scholl knows that Mr. Sterlingov was in custody, it, obviously, is not a question that we had prepped beforehand. So it may just be cleaner -- and the government is fine with this as well, for the Court to just say the parties have stipulated that the defendant was in custody on April 29th and just not leave any area or room for further commentary from the witness. Either one is fine for the government.

THE COURT: Do you have a preference, Mr. Ekeland?

MR. EKELAND: I am fine with either way, Your Honor.

THE COURT: All right. When would you like me to provide the stipulation?

MS. PELKER:  We can do it now or we can do it before Mr. Ekeland's cross.

THE COURT:  Okay.  And it is April 29th --

MR. EKELAND:  2021, two day after his arrest.

THE COURT:  2021.  I will just give him that instruction when they come out.  And I just wanted to confirm that Mr. Sterlingov has had a chance to confer with his counsel about this and he would like me to do that?

THE DEFENDANT:  Yes.

THE COURT:  I heard him say yes.

THE DEFENDANT:  Yes.

THE COURT:  Okay.  I heard him say yes.  Thank you.  That is sufficient.

Okay.  And should we go back on the public record?

MR. EKELAND:  Yeah, I can go on the record.  I was going to raise the issue about the finding that Mr. Sterlingov -- the preliminary finding that Mr. Sterlingov is Akemashite Omedetou, because the Court mentioned it I believe at the end of the day asking the government to put on the record -- and the defense would like to get on the record what specifically -- what justifies the decision saying that Mr. Sterlingov is Akemashite Omedetou, when we believe nothing in the record supports that at this point.  And even the government's own IT analysis doesn't group Mr. Sterlingov with Shormint.  So I haven't seen anything in the record that

supports this finding.

THE COURT: So I don't want to keep the jury waiting on this. I may want to do this later. But I will say, I actually became satisfied at least on preponderance standard yesterday from the testimony with the tracing that took place that connected Mr. Sterlingov with the Shormint account which then in turn connects him being Akemashite Omedetou. But we can come back to that later. I just don't want to keep the jury waiting.

MR. EKELAND: Thank you, Your Honor.

(End of bench conference.)

(Jury in at 9:26 a.m.)

THE COURT: Welcome back, everyone. Just before we get going this morning I want to put on the record that the parties have stipulated that Mr. Sterlingov was in custody on April 29th, 2021.

And a stipulation is an agreement between the parties as to a question of fact. And you should treat that as uncontested evidence for purposes of your deliberations.

Ms. Pelker.

MS. PELKER: Thank you, Your Honor.

THE COURT: And the witness can return to the stand.

LUKE SCHOLL, previously sworn.

MS. PELKER: With the Court's permission, could Mr. Pearlman assist with placing the chart back up?

THE COURT:  That is fine.

MS. PELKER:  I believe we have a less wobbly easel to try and use today.

DIRECT EXAMINATION CONTINUED

BY MS. PELKER:

Q.   If we could please go ahead and pull up Exhibit 315, the chart that we were looking at the end of the day yesterday.

Mr. Scholl, could you very briefly just remind the jury of the tracing that we did at the end of the day yesterday as shown in these charts?

A.   Yes, ma'am.  We were tracing funds out of Mr. Sterlingov's plasma@plasmadivision Mt. Gox account where he had deposited 100 Euros, converted those funds through multiple transactions from Bitcoin then to US dollars and then withdrew those funds in three different redeem codes that were sent through the Aurum Xchange and then deposited to Mr. Sterlingov's Liberty Reserve account.

Q.   If we could now pull up the Liberty Reserve account records that we were looking at in Exhibit 403.  And the transactions tab.

Can you remind us what is shown in the first three substantive rows?  So rows 2, 3 and 4 on this chart?

A.   10/3/2011 there were three deposits from the Aurum Xchange company to Mr. Sterlingov's reserve account.  That is the account ROSO7234852.

In the amounts of 24.5, 24.5 and 78.4 Liberty Reserve US dollars.

Q. And are these the first transactions into this account?

A. Yes, ma'am, they are.

Q. Looking at the next two rows, what happens with this money?

A. The funds are withdrawn in two different transactions on 10/8/2011 and 11/24/2011 to Mt. Gox.

Q. We'll come back to the second withdrawal, the $26 withdrawal later. But for now, can you show us where that $100 transaction is on the chart at 315?

A. Yes, ma'am. That is this transaction here. And on the chart, this $100 transaction denotes the Volf.prius@hotmail.com account at Mt. Gox.

Q. Could we please pull up Government Exhibit 405, the Mt. Gox transaction information.

And, Mr. Scholl, looking at this, can you tell when the Volf.prius account was created?

A. The Volf.prius account was created on 10/8/2011.

Q. And how does that relate to the withdrawal from the defendant's account into the Volf.prius account?

A. It is on the same date, 10/8/2011.

Q. And pull up Exhibit 407A, the Volf.prius transactions.

Can you point out the deposit from the defendant's Liberty Reserve account there?

A. It is in row 2 10/8/2011, a deposit, $100.

Q. Had this account ever been used before this transaction?

A. No, ma'am, it had not.

Q. What is done next with the Volf.prius account?

A. The next transactions are purchases of Bitcoin, BTC.

Q. And highlighting, lines 12 through 17, are those additional buys and related fees?

A. Yes, ma'am.

Q. And then directing your attention to line 18, what is shown there?

A. Line 18 shows a withdrawal of 25.44 Bitcoin. And if we scroll slightly to the right, you can see the Bitcoin address that the funds were sent to, the address starting with 1BbaVG.

Q. And what date is that withdrawal?

A. The withdrawal date was 10/8/2011, the same date.

Q. And approximately how much time passed between the deposit at the top and the withdrawal?

A. Approximately 6 minutes.

Q. If we can direct your attention back to the chart at Exhibit 315 on the screen. Can you show us where we now are on the chart?

A. We are now at the Bitcoin withdrawal from the account.

Q. And what is that Bitcoin address shown there on the first -- thank you.

Can you read the Bitcoin address at the top of that

Bitcoin blockchain block?

A.   The Bitcoin address is 1BbaVGU.  Should I continue, ma'am?

Q.   No, that is sufficient.  Thank you.

Were you able to determine where the funds went from the 1BbaVG address?

A.   Yes, ma'am, I was.  They were sent to the Bitcoin address starting with 1CRm23.

Q.   I would like to show you Exhibit 310 which is not yet in evidence.

Do you recognize this?

A.   Yes, ma'am, I do.

Q.   What is it?

A.   This is the transaction information for that Bitcoin transaction.

Q.   And does it fairly and accurately reflect the information about the transaction?

A.   Yes, ma'am, it does.

MS. PELKER:  Government moves to admit 310.

THE COURT:  Any objection?

MR. EKELAND:  No objection.

(Whereupon, Exhibit No. 310 was admitted.)

THE COURT:  Exhibit 310 is admitted and may be published to the jury.

BY MS. PELKER:

Q.   Mr. Scholl, can you explain what is shown here?

A. This is raw transaction data for that transaction.

Q. In this slide, what is shown in this view?

A. That is a summary of that transaction, the transaction hash, E9521B; the sending address was 1BbaVGU, sending 25.44 Bitcoin, the receiving address is 1CRm receiving 25.4395 Bitcoin.

Q. And in addition to reviewing the transaction in its raw form, did you also look at in a block explorer?

A. Yes, ma'am, I did.

Q. Directing your attention to next slide, what is shown here?

A. This is a screenshot from mempool.space showing the same transaction.

Q. Does this reflect the same information that is in the raw transaction that we just looked at?

A. Yes, ma'am, it does.

Q. And then what is shown here?

A. This is a Chainalysis screenshot of how that transaction appeared in Chainalysis Reactor.

Q. Does this also show the same information that was in the mempool screenshot and in the raw transaction information?

A. Yes, ma'am, it does.

Q. So were these all just showing the same transaction information in different forms?

A. Yes, ma'am, they were.

Q.   If we could pull Exhibit 315 of the chart back up on the screen.  Where did the money go from 1CRm?

A.   From 1CRm, the funds were transferred into the NFS9000@hotmail.com Mt. Gox account, deposit into the Bitcoin address 1PBSO.

Q.   And what date did that transaction occur?

A.   That transaction occurred on October 9th, 2011.

Q.   Directing your attention to Exhibit 408A, the NFS9000 account records.  Can you point out that October 9th deposit from 1CRm?

A.   That is in row 2, October 9, 2011, there is a deposit 25.439 Bitcoin and in the memo field, the Bitcoin address 1PBSO.

Q.   Is this the first deposit into this account?

A.   Yes, ma'am, it is.

Q.   And what is the significance of that 1PBSO address?

A.   It it is the receiving address for this deposit at Mt. Gox.

Q.   And did you also view the transaction from 1CRm to 1PBS on the blockchain?

A.   Yes, ma'am, I did.

Q.   What did that show?

A.   The same information.

Q.   And had the NFS9000 account ever been used before this transaction?

A.   No, ma'am, it had not.

Q.   What happens -- and directing your attention back to the chart, what happens after the money is deposited into the NFS Mt. Gox account?

A.   The funds are withdrawn from the NFS9000 account in the form of a redeem code.

Q.   What was the redeem code ending in?

A.   It ends in 0EA25.

Q.   Where was that redeem code then redeemed?

A.   That redeem code was redeemed by the Kolbasa99 Mt. Gox account.

Q.   What date was that?

A.   October 9th, 2011, the same redeem code on the screen, 0EA25.

Q.   Showing you Exhibit 409A, the Kolbasa account records.  If we could clear out the writing on the screen.  Thank you.

A.   Yes, ma'am.

Q.   Could you point out that deposit?  Or we might need to scroll.

A.   Second row, 10/9/2011, a deposit of 25.439 Bitcoin in the redeem code 0EA25.

Q.   Had this Kolbasa account ever been used before this transaction?

A.   No, ma'am, it had not.

Q.   And if you could check either in your binder if we could

pull it back up on the screen, Exhibit 405, Mt. Gox account information.

A.    Yes, ma'am.  Which binder?

Q.    We can pull it up on the screen.  Can you note what time and -- date and time the Kolbasa account was created?

A.    The Kolbasa account was created on 10/9/2011 at 14:31.

Q.    And going back to Exhibit 409A.  What was the time of that first deposit?

A.    14:48.

Q.    So how soon -- how much time passed between the account creation at 14:31 and that first deposit at 14:48?

A.    Approximately 17 minutes.

Q.    What happened with the funds from there?

A.    The funds are converted to dollars in multiple transactions and then withdrawn from the account in a redeem code.

Q.    If we could pull up Exhibit 315.  Can you point to what you just described?

A.    Yes, ma'am.  The redeem code comes in, the funds are converted from Bitcoin to dollars and dollars are withdrawn by redeem code.

Q.    And are you able to tell where those funds then went from there?

A.    Yes, ma'am.  They went back to the Aurum Xchange.

Q.    Just to be clear, do you know what account they went back

to at the Aurum Xchange?

A. No, ma'am, I don't.

Q. So that arrow is still pointing to the Aurum Xchange as a service?

A. Yes, ma'am.

Q. Now, Mr. Scholl, looking at this chart and in the transactions that you just reviewed, did anything stand out regarding the time between the accounts being opened and when they received their first deposits?

A. Yes, ma'am. They were very short amounts of time between the accounts being opened and receiving the first deposits.

Q. What was the significance of that in your analysis?

A. These accounts had been created for the purpose of these transactions.

Q. What makes you say that?

A. This is the first time those accounts were used. They were created immediately before receiving deposits.

Q. And, Mr. Scholl, I may have misspoken, but I think you understood but for the record, I think for the Kolbasa account I may have asked whether the code had been used before the account information. I meant whether the account had been used before that transaction?

MR. EKELAND: Objection, Your Honor.

MS. PELKER: I just wanted to ask the witness and then clarify his answer.

MR. EKELAND:  I just didn't answer what counsel said. Maybe she could rephrase clearly.

THE COURT:  I think she was trying to clarify something that she misspoke about.  Why don't I let you rephrase it.

BY MS. PELKER:

Q.  Yes.  Mr. Scholl, when we were discussing the Kolbasa account, which is at the lower left-hand corner of the screen. I may have asked you whether that 0EA25 code had been used before.  Could you also explain whether the Kolbasa account had been used before this transaction?

A.  The Kolbasa account had not been used before this transaction.

Q.  Returning now to our discussion -- your questions and answers regarding the significance of these accounts being used for the first time.  Can you explain how that informed your analysis in tracing the flow of funds?

A.  Yeah.  These appear to be layering transactions.

Layering is a money laundering technique where funds are passed through multiple accounts on their way from the source to their intended destination.

Q.  What is the purpose of this sort of multi-step transaction or layering in a money laundering scheme?

A.  It makes tracing the funds more complicated.

Q.  How does this flow of funds shown on this chart relate to

flow of funds for the purchase of the Bitcoin Fog domain for Mr. Sterlingov's account?

A. There is a similar tactic and technique, I would say. They are using the same, similar accounts, the same exchanges, funds being deposited in Euros, being converted to dollars and through Bitcoin and different circumstances. So we have Mt. Gox accounts being used. Redeem codes being used to send funds between accounts. The Aurum Xchange being used to send funds from Mt. Gox to Liberty Reserve accounts, all of those are similar with these transactions. And the transactions that were used to purchase the Bitcoin Fog domain from High Hosting.

Q. In fact, were many of the same accounts used as well?

A. Yes, ma'am.

Q. I would like to direct your attention on the chart to the Liberty Reserve account in the box right there. Mr. Sterlingov's Liberty Reserve account, how much was deposited into that account approximately?

A. Approximately 127.4 Liberty Reserve US dollars.

Q. How much was withdrawn in the October 8 transaction that is shown on this chart?

A. One hundred US dollars.

Q. Did you separately create a chart tracking the flow of funds of the 27 approximately dollars left in the defendant's Liberty Reserve account?

A. Yes, ma'am, I did.

Q.    I would like to now show you Exhibit 314.  And with Mr. Pearlman's assistance, 314A.  And these have not yet been admitted.

Mr. Scholl, do you recognize Exhibit 14?

A.    Yes, ma'am, I do.

Q.    Is this the chart that you created that maps out that additional transaction from Mr. Sterlingov's Liberty Reserve account?

A.    Yes, ma'am, it is.

Q.    Is Exhibit 314A, which Mr. Pearlman is bringing up simply a physical print off of that chart?

A.    Yes, ma'am, I believe it is.

Q.    Do those charts fairly and accurately summarize the voluminous records you viewed to trace these transactions?

A.    Yes, ma'am, they do.

        MS. PELKER:  Government moves to admit 314 and 314A.

        THE COURT:  Any objection?

        MR. EKELAND:  Just hearsay and 403.

        THE COURT:  403 and 403A are admitted.  The objections are overruled.

        (Whereupon, Exhibit Nos. 403, 403A were admitted.)

BY MS. PELKER:

Q.    Mr. Scholl, can you just orient us to what happened at the top of this chart and where we are in the tracing?

A.    Yes, ma'am.  So the top of the chart is the same as the

last chart we just saw.  Funds leaving Mr. Townsend's
PlasmaDivision.com Mt. Gox account flowing into the Aurum
Xchange into the Mr. Sterlingov Liberty Reserve account.

Q.   Is the beginning portion the same as what we walked
through yesterday afternoon and what was on the prior chart?

A.   Yes, ma'am, it is.

Q.   And remind us, what was the balance -- approximate balance
left in the Liberty Reserve account after the $100 withdrawal
that we saw in that prior chart?

A.   Approximately 27.4 Liberty Reserve US dollars.

Q.   And what happens next in that Liberty Reserve account?

A.   There is another withdrawal from the Liberty Reserve
account on November 24th, 2011 of 26 US dollars being sent to
the same account Volf.prius@hotmail.com.

Q.   Is that the same Volf.prius account that received the
first $100 withdrawal from Mr. Sterlingov's account?

A.   Yes, ma'am, it is.

Q.   Showing you Exhibit 47A the Volf.prius account records.
Directing your attention to row 6.  Can you explain what is
happening here?

A.   Yes, ma'am, on 11/24/2011 there was a $26 deposit into the
Mt. Gox account, funding from the Liberty Reserve account
ROSO7234852.

Q.   And directing your attention to rows 19 through 28 for the
transactions dated November 24th, 2011.  What is happening

here?

A.    Here those funds are being converted to Bitcoin, so Bitcoin is being purchased.  These lines are Bitcoin coming in and fees being taken out for those transactions.

Q.    And in rows 29 and 30 -- we may need to scroll over to the right just slightly.  Where does the Bitcoin go from the Volf.prius account?

A.    The funds were withdrawn to the Bitcoin address 1KQT5R here in two separate transactions on 11/24/2011.  They are both on the same date two withdrawals of 2 Bitcoin and 8.965 Bitcoin.

Q.    Directing your attention back to your chart at Exhibit 314.  Can you point to where we are now?

A.    Yes, ma'am.  We are at these two withdrawals from the Volf.prius account Mt. Gox account sending funds to -- I covered up the address, 1KQT5R.  That is here.

Q.    Where did the funds go from 1KQT5?

A.    The funds were sent to the Bitcoin Fog cluster Bitcoin address 1LZVKK.

Q.    How did you know that address is controlled by Bitcoin Fog?

A.    I used Chainalysis Reactor for that attribution, but I also viewed what happened with those funds immediately after that deposit to 1LZVKK.  Those funds were sent to the first consolidation address, the address starting with 1YZJKA.

Q. Why is that sweeping of funds into a consolidation address significant to you in your attribution?

A. Because it is consistent with Bitcoin Fog behavior. It is a confirmation that that was a Bitcoin Fog deposit address.

Q. Did you trace additional transactions from the defendant's accounts several weeks after the launch of Bitcoin Fog in 2011?

A. Can you repeat the end of that question?

Q. Did you trace additional transactions from the defendant's accounts several weeks after the launch of Bitcoin Fog in 2011?

A. Yes, ma'am.

Q. Directing your attention to Exhibit 403, Mr. Sterlingov's Liberty Reserve account. And in the transaction tab after the November 4th transaction that you traced to Bitcoin Fog just now, were there any additional transactions?

A. Yes, ma'am, there are.

Q. And pointing to row 7. What happened right after the transaction to Bitcoin Fog that we just looked at?

A. Row 7 shows a transfer from the Aurum Xchange company to Mr. Sterlingov's Liberty Reserve account in the amount of 132.08 Liberty Reserve US dollars.

Q. Did you make a chart following where those funds went?

A. Yes, ma'am, I did.

Q. Directing your attention now to Exhibit 316, which is not yet in evidence.

Mr. Scholl, is this a chart that you created tracing those

funds that we just looked at?

A. Yes, ma'am, it is.

Q. And with Mr. Pearlman's assistance, is Exhibit 3 -- have you previously looked at the physical print off that is 316A?

A. Yes, ma'am, I have.

Q. Is that simply a physical print off of what is shown as Exhibit 316?

A. Yes, ma'am, it is.

Q. Does Exhibit 316 and 316A accurately summarize the underlying spreadsheet entries that you reviewed?

A. Yes, ma'am, they do.

MS. PELKER: Government moves to admit 316 and 316A.

THE COURT: Any objection?

MR. EKELAND: Hearsay and 403.

THE COURT: 316 and 316A are admitted and may be published to the jury.

(Whereupon, Exhibits No. 316, 316A were admitted.)

BY MS. PELKER:

Q. Mr. Scholl, can you walk us through the first transfer shown on this chart?

A. Yes, ma'am. There is a transfer from Mr. Sterlingov's Liberty Reserve account into Mr. Sterlingov's Mt. Gox account. 130 US dollars on November 27th, 2011.

Q. Thank you, Mr. Pearlman. Were you able to review those transactions in the spreadsheets that we looked at previously

for the Liberty Reserve account and the Mt. Gox account?

A. Yes, ma'am, I was.

Q. And where do the funds go when they were withdrawn from Mr. Sterlingov's Mt. Gox account?

A. Those funds were converted into Bitcoin and then withdrawn to the Bitcoin address starting with 1PFKQM on November 27th, 2011.

Q. And did you review the record of that transaction on the blockchain?

A. Yes, ma'am, I did.

Q. What did that show?

A. The same information.

Q. Where did the Bitcoin -- where was the Bitcoin then sent from the 1PFKQ address?

A. The Bitcoin was sent to Mr. Sterlingov's Silk Road account username, Pas.

Q. Stepping away from the chart for a moment, but we can leave it on the screen. Can you explain to the jury, what is Silk Road?

A. Silk Road is a darknet marketplace where drugs and elicit activity -- elicit things were sold. The first real darknet marketplace that enabled users to purchase elicit goods with Bitcoin.

Q. How could people load Bitcoin onto Silk Road to buy things?

A.   They would create an account at the Silk Road.  The Silk Road could provide them with a deposit address to fund their account.  They would send Bitcoin to fund it.

Q.   Did Silk Road create one deposit address or multiple deposit addresses for multiple users?

A.   They created multiple deposit addresses.

Q.   Did Silk Road keep records of its users' activity?

A.   Yes, ma'am, it did.

Q.   What happened to Silk Road?

A.   It was shut down by law enforcement.

Q.   What happened to the Silk Road records when it was shut down by law enforcement?

A.   The FBI collected the records.

Q.   And who now has custody of those records from the Silk Road investigation?

A.   The FBI.

Q.   Did the FBI retrieve records, including records of specific user accounts and provide them to the case team in this matter?

A.   Yes, ma'am, they did.

Q.   And were you able to review those Silk Road records?

A.   Yes, ma'am, I was.

Q.   And using those records, were you able to determine what Silk Road user account received that deposit?

A.   Yes, ma'am, I was.

Q. And I'd like to direct your attention to 702. Directing your attention to row 133. Can you describe -- and we should turn --

Thank you very much.

Can you explain what is shown here in this entry in Mr. Sterlingov's password vault?

A. Yes, ma'am. What is shown here is a Silk Road account with the username Pas and a variation of a consistent password that he used for that account.

Q. Okay. And we could scroll over to column K. What date was this Silk Road -- what date was the Pas entry in the password vault file created?

A. The entry in the password file was created on 7/13/2011.

Q. And did you review records for the Pas account from Silk Road that were provided by the FBI?

A. Yes, ma'am, I did.

Q. I would like to direct your attention to Exhibit 603 specifically 603C, D, F, I, L, N, and Q.

MR. EKELAND: Was that N as in Nancy?

MS. PELKER: Yes, N as in Nancy, C, D, F, I, L, N, Q.

THE COURTROOM DEPUTY: Okay. I am going need you to say that one more time. I'm sorry.

MS. PELKER: C, D, F, I, L, N and Q.

THE COURTROOM DEPUTY: Thank you.

BY MS. PELKER:

Q. While she is bringing those up on your screen, Mr. Scholl, had you previously reviewed the electronic copies of the Pas Silk Road accounts?

A. Yes, ma'am, I did.

Q. Did they fairly and accurately reflect the records that were obtained by the FBI and provided in a Silk Road investigation and then provided for this case?

A. Yes, ma'am, they did.

MS. PELKER: And once they are up on the screen, the government moves to admit Exhibits 603C, D, F, I, L, N, and Q.

THE COURT: Any objection?

MR. EKELAND: 403 and hearsay.

THE COURT: Okay. Objection is overruled. Exhibits 603C, D, F, I, L, N and Q are all admitted and may be published to the jury.

(Whereupon, Exhibit Nos. 603C, D, F, I, L, N, Q were admitted.)

BY MS. PELKER:

Q. If we could pull up first Exhibit 603C. Is this the user account information on Silk Road for the Pas user?

A. Yes, ma'am, it is.

Q. Scrolling to the far right in column BA. What date was this Silk Road account created? You have to scroll very far to the right.

A. 7/13/2011.

Q.   How does that compare to the 7/13/2011 date from the P safe file that the Pas credentials were created?

A.   It is the same date, ma'am.

Q.   We could now pull up Exhibit 603N.

It should be the deposit addresses.  Mr. Scholl, generally what is shown here?

A.   This is a list of deposit addresses assigned to the Pas account at Silk Road.

Q.   And remind the jury how the deposit addresses would be used for a user trying to buy things on Silk Road?

A.   Yes, ma'am.  The first step for a user to purchase something would be to make a deposit to their account in order to fund their account on Silk Road.  These addresses are those addresses assigned to Mr. Sterlingov's Silk Road account.

Q.   Directing your attention to row 5.  What address is shown there?

A.   The Bitcoin address starting with 12MDVJ4.

Q.   What date was that deposit address created to be associated with the Pas account?

A.   On 10/22/2011.

Q.   Is that 12MDV address the same address that is shown on your chart?

A.   Yes, ma'am, it is.  12MDVJ.

Q.   Let the record reflect that Mr. Scholl has pointed to deposit address within the Pas account at Silk Road on the

chart.

THE COURT:  The record may so reflect.

BY MS. PELKER:

Q.   Directing your attention now to 603D, the archive transaction log.  Can you explain what is shown here?

A.   These are archive transactions from the Pas Silk Road account.

Q.   Can you explain the transactions versus transaction archive for Silk Road?

A.   Yes, ma'am.  It would appear that on their live servers they would frequently move data to backup servers.  So this is an archived bit of data that came from a different server than the live server.

Q.   And directing your attention to row 6.  Can you explain what is happening here?

A.   Row 6 records on 11/27/2011 a deposit to the Bitcoin address 12MDVJ4 in the amount of 60.41BTC, Bitcoin.

Q.   And does that match what is shown on your chart?

A.   Yes, ma'am, it does.

Q.   What happened next as shown on this Exhibit 603D?

A.   Let me clear my marks.

On 11/27/2011 there is a withdrawal from the Pas account in the amount of 60.8 Bitcoin.

Q.   How soon between the deposit and -- how much time elapsed between the deposit and the withdrawal?

A.  Approximately 9 and a half hours.

Q.  Did the defendant make any purchases on Silk Road between this deposit and withdrawal?

A.  No, he did not.

Q.  What was the significance of this deposit and then quick withdrawal, to you?

A.  Again, it looks like a passthrough account used to layer transactions --

Q.  And how --

A.  -- in a money laundering scheme.

Q.  I'm sorry.  Could you repeat that?

A.  I said, it looks like a passthrough account.  The funds were sent here with the purpose of immediately withdrawing them to obfuscate the flow of funds, a layering technique in a money laundering scheme.

Q.  How would moving the money through Silk Road in this way help to conceal the funds?

A.  Had the FBI not been able to obtain the records from Silk Road, we wouldn't have been able to trace these funds through the Silk Road.

Q.  Returning your attention to the screen in front of you of 603D.  Is there a withdrawal address recorded on this spreadsheet?

A.  No, ma'am, there is not.

Q.  Even though no withdrawal address was noted, were you

nonetheless able to determine where the funds went?

A.    Yes, ma'am, I was.

Q.    How did you do that?

A.    I used the block explorer blockchair.com to search the Bitcoin blockchain for all transactions with an output of 60.8 Bitcoin and a date range 11/26/2011 to 11/28/2011.

Q.    And what did you find?

A.    I found there was only a single transaction on the Bitcoin blockchain with an output of 60.8 Bitcoin in that timeframe.

Q.    Directing your attention to Exhibit 309, which is not yet in evidence.

Do you recognize this?

A.    Yes, ma'am, I do.

Q.    And what is it?

A.    These are transaction records for that transaction.

Q.    Does this accurately reflect the information that you retrieved showing that transaction?

A.    Yes, ma'am, it does.

MS. PELKER:  The government moves to admit Exhibit 309.

THE COURT:  Any objection?

MR. EKELAND:  Your Honor, if I could get clarification is this from mempool blockchain or Reactor?

THE WITNESS:  It is from both.  I have raw transaction data here, a mempool screenshot and from Reactor,

sir.

MR. EKELAND: We don't object to the mempool blockchain explorer, but we object to the Reactor information on hearsay grounds.

THE COURT: The objection is overruled. And Exhibit 309 is admitted and may be published to the jury.

(Whereupon, Exhibit No. 309 was admitted.)

BY MS. PELKER:

Q. Mr. Scholl, what shown here on the slide?

A. This is raw transaction data for the transaction that identified coming out of Mr. Sterlingov's Silk Road account.

Q. And can you explain on the second slide the information that is pulled out here?

A. Yes, ma'am. The summary of this information is that this was transaction hash or transaction ID 71DB86, the sending address was 14GBJPK, sending 61.0 Bitcoin. And there are two outputs, the first one, 1JJFRE received 0.2; and the second one, the Bitcoin address starting with 1C7KW receiving 60.8 Bitcoin, the output that we were looking for.

Q. So where does the 0.2 go?

A. That would be change returning back to the Silk Road.

Q. Directing your attention back to this next slide. What is shown here?

A. This is a screenshot from the block explorer mempool.space showing the name information.

I would like to point out for the jury that the Silk Road was a custodial exchange, though funds did not come out of the same address. Once those funds go to a deposit address, it goes into essentially the pool of funds at Silk Road. And then when he makes a withdrawal, that withdrawal came out of the pool. And that is why we had to identify the sending address and the specific transaction.

BY MS. PELKER:

Q. And can you explain what is shown here on the slide?

A. This is a screenshot from Chainalysis showing the same transaction.

Q. And to be clear, this is the same transaction that was shown with a raw transaction and then on mempool?

A. Yes, ma'am, that is correct.

Q. Can you explain why it is showing as a circle that is labeled Silk Road marketplace?

A. That cluster was identified as a Silk Road marketplace by Chainalysis.

Q. And is this the sort of clustering and attribution that you testified to yesterday?

A. Yes, ma'am, it is.

Q. And so how did this help you verify the information in your tracing?

A. It confirms the Silk Road records that those addresses belong to the Silk Road. And also confirms that I found the

right output because I was only looking for an output of 60.8 Bitcoin. And I found one output going to 1C7KW. And Chainalysis confirmed that did, in fact, come from the Silk Road, as I would have expected.

Q. And what does this matching of the records -- of the records from Silk Road and the withdrawal that you found and the clustering and attribution in Chainalysis tell you about Chainalysis's clustering?

A. It tells us that Chainalysis clustering is accurate and reliable.

Q. Turning your attention back to the chart of Exhibit 316. Can you show us where you are now in your tracing?

A. We are right here. The withdrawal from Mr. Sterlingov's Silk Road account to the Bitcoin address 1C7KW. And on the chart, that is down here.

Q. Where did the money go after it was withdrawn from the defendant's Silk Road Pas account?

A. The funds were then sent to the NFS9000 Mt. Gox account.

Q. Directing your attention to Exhibit 408A, the NFS9000 Mt. Gox transaction records. Can you explain what is shown in line 6?

A. In line 6, a deposit is shown on 11/28/2011 in the amount of 60.7 Bitcoin to the Bitcoin address 1C81MN.

Q. On line 7, what happens with that money?

A. I have got to clear the screen real quick.

Line 7, there is a withdrawal on 11/28/2011 in the amount of 61.699 Bitcoin in reference to the redeem code for Mt. Gox ending in F916D.

Q.   How soon after the funds were deposited were they converted to that redeem code?

A.   Approximately 8 hours.

Q.   Were you able to determine where that redeem code was then deposited or redeemed?

A.   Yes, ma'am.  Yes, ma'am, I was.

Q.   Where was that?

A.   The redeem code was redeemed in the Kolbasa Mt. Gox account.

Q.   Turning your attention back to the chart.  Can you show us where we are now in your tracing?

A.   We are here, funds moving from the NFS9000 account into the Kolbasa account.  That is here.

Q.   Directing your attention now to Exhibit 409A, the Kolbasa account records.  Can you explain what is shown in line 12?

A.   That deposit is shown in line 12.  On 11/28/2011, there is a deposit of 61.699 Bitcoin using the redeem code again ending in F916D.

Q.   And approximately what was the time between when that redeem code was generated from the NFS9000 account and when it was redeemed in the Kolbasa account?

A.   So this is midnight, approximately midnight, I think it

was 10:08 so approximately 14 hours.

Q.    What did the Kolbasa account do next about 10 minutes later in line 13?

A.    Let me clear the screen.  In line 13, on 11/29/2011, there is a withdrawal of 27 Bitcoin.  And in the memo, Bitcoin withdrawn to the Bitcoin address starting with 16MT7V.

Q.    Were you able to determine who controlled that Bitcoin address?

A.    Yes, ma'am, I was.

Q.    Who was that?

A.    It was the Bitcoin Fog cluster.

Q.    Were you able to see that transaction on the blockchain?

A.    Yes, ma'am, I was.

Q.    How could you determine that it was controlled by Bitcoin Fog?

A.    Initial attribution came from Chainalysis Reactor, but again, the funds immediately left this Bitcoin address, the 16MT7V Bitcoin address and were sent to the first consolidation address, the address starting with 1YZJKA.

Q.    Can we point to where you are on the chart?

A.    We talked about the transfer to 16MT7V, that is down here. And from here the funds were sent to the first consolidation 1YZJKA.

Q.    If we can now pull up Exhibit 405, the Mt. Gox user account information.  Mr. Scholl, what, if anything, stood out

to you about the timing of the account activity relating to the account opening?

A. Again, the account activity, the first deposit was immediately after the account was created.

Q. And what about the account activity, in general, not just with this chart, for the last log in?

A. The last log in is -- the last log in for the Volf.prius, PeterNFS and Kolbasa accounts are November 2011, shortly after the transactions.

Q. So do these appear to be accounts that were set up for extended periods of time or for limited, specific purposes?

A. These accounts appeared to be set up for limited, specific purposes.

Q. Now, directing your attention to Exhibit 408A, the NFS9000 transactions. Can you describe how this applies to this account as an example? You can circle the relevant transactions as you go.

A. Yes, ma'am. The first deposit is on 10/9 and the first withdrawal is on 10/9. So funds passing through the account, the same thing happens on 10/19 with a deposit and an immediate withdrawal. My lines are terrible. I apologize. And then, again, another deposit on 11/28 with a withdrawal immediately following on 11/28.

Q. And so is this account used for anything other than what we saw on the chart?

A.   No, ma'am.  The charts collectively, no.

Q.   And in your experience, what is this activity indicative of?

A.   This is indicative of a passthrough account, an account that is used in layering transactions to obscure the flow of funds in a money laundering scheme.

Q.   With Mr. Pearlman's assistance, if we could try and pull up the physical charts of 313, which I believe is still back there, 315 and 316.

     MS. PELKER:  Thank you, Mr. Pearlman.  Thank you.

BY MS. PELKER:

Q.   Mr. Scholl, could you point to where the NFS9000 account appears on those charts?

A.   Yes, ma'am.  Here, here, and here.  So, reading the exhibit numbers in Exhibit 316A, the NFS9000 account appears here; in Exhibit 315A, the NFS account appears here; and in 313 the NFS9000 account appears here.

Q.   And I apologize.  We will just do this on the screen for the next physical exhibits.  Was the NFS account used for anything other than what was shown on these charts?

A.   No, ma'am, it was not.

Q.   And were you able to tell where the funds went from the NFS9000 account?

A.   Yes, ma'am, I was.

Q.   From all of these charts, where did the funds go from the

NFS9000 accounts?

A.    They go to the Kolbasa99 account.  So NFS9000 here is sending funds to Kolbasa here, NFS9000 in Exhibit number 315A, the NFS9000 account sends funds to the Kolbasa account and in exhibit number 313, the NFS9000 account sends funds to the Kolbasa account.

Q.    Thank you, Mr. Pearlman and Mr. Brown.

If we could pull up Exhibit 409A, the Kolbasa transactions.

Can you explain what is going on with the Kolbasa account for the duration of its activity?

A.    Yes, ma'am.  Funds come in, in Bitcoin -- well, funds come in, are converted to different currencies and then withdrawn.

Q.    And can you highlight the deposits into the Kolbasa account?

A.    That wasn't helpful.  I'm sorry.  Deposit, deposit, deposit.

Q.    And then just scrolling down, can you confirm those are the only three deposits into the account?

A.    Yes, ma'am, that is correct, there are only three deposits.

Q.    And then can you note the withdrawals?

A.    One, two, three withdrawals.

Q.    And are those the only withdrawals from this account?

A.    Yes, ma'am, they are.

Q.   If we could pull up on the screen -- not on the physical charts, Exhibits 313, 315, and 316.  And starting with 313, can you point to those withdrawals on these charts?

A.   There is a withdrawal here to the Aurum Xchange, a withdrawal here if you scroll up back to the Aurum Xchange and a withdrawal here to Bitcoin Fog.

Q.   Was the Kolbasa account used for anything other than what was shown on these charts?

A.   No, ma'am, it was not.

Q.   We can now pull up the Volf.prius account information at Exhibit 407A.  Can you explain what occurs in this account generally?

A.   Deposits, here and here, and a withdrawal here and two more here.  Two deposits, three withdrawals.

Q.   Directing your attention back to Exhibits 315 and 314.  Can you point to those withdrawals on these charts?

A.   So there is two withdrawals here.

Q.   Is that what we just saw at the bottom of that spreadsheet?

A.   Yes, ma'am, to the Bitcoin address, 1KQT.

        MS. PELKER:  Let the record reflect that the witness is pointing on Exhibit 314 to the two withdrawals from the Volf.prius account to the Bitcoin blockchain.

        THE COURT:  The record shall so reflect.

BY MS. PELKER:

Q.   Then for Exhibit 315?

A.   Withdrawal is here.

Q.   Was the Volf.prius account used for anything other than what was shown on these charts?

A.   No, ma'am, it was not.

Q.   What is the significance to you of this pattern for the Volf.prius account, Kolbasa and NFS9000 accounts?

A.   These accounts were used to layer transactions through multiple accounts in order to obscure the flow of funds.  They appear to be used in money laundering.

Q.   We can go ahead and take down these charts.  Mr. Scholl, did you look at early transactions into Bitcoin Fog?

A.   Yes, ma'am, I did.

Q.   Why would you focus on early transactions into a criminal service?

A.   We often look at early transactions because there might be a mistake that was made earlier on before operational security was improved.

Q.   What did you find when you looked at the early Bitcoin Fog transfers?

A.   I found that the first transfer into the Bitcoin Fog cluster contained funds that were withdrawn from Mr. Sterlingov's account.

Q.   Did you prepare two charts summarizing that tracing?

A.   Yes, ma'am, I did.

Q.   Directing your attention to Exhibit 317 and 317B, which are not yet in evidence.

317 and 317B, are these the charts that you created showing that tracing?

A.   Yes, ma'am, they are.

Q.   And is Exhibit 317C, with Mr. Pearlman's assistance, a physical print off of Exhibit 317B?

A.   Yes, ma'am, I believe it is.

Q.   And do those charts fairly and accurately summarize the underlying transaction information that you reviewed?

A.   Yes, ma'am, they do.

MS. PELKER:   And we can -- if you want, we can take the other charts and put them against the wall.  Thank you, Mr. Pearlman.

The government moves to admit Exhibit 317, 317B, and 317C and publish to the jury?

THE COURT:  Any objection?

MR. EKELAND:  403 and hearsay.

THE COURT:  Objection is overruled.

317, 317B and 317C are admitted and may be published to the jury.

(Whereupon, Exhibit Nos. 317, 317B, 317C were admitted.)

BY MS. PELKER:

Q.   If we could pull up first Exhibit 317.

And first of all, Mr. Scholl, could you explain what the gray diamonds are on this chart here?

A.    Yes, ma'am.  The gray diamonds represent transactions. This graph is a little bit different than the other graphs that we have seen before, because I wanted to show all inputs and outputs from transaction.  So just looking as an example here, we have normally just seen a Bitcoin address sending funds through another Bitcoin address.  In this graph, I am showing all outputs, all inputs and all outputs to those transactions. So the little gray diamonds are the transaction themselves. And you can look at the inputs by seeing which arrows are going into the gray diamond and the outputs by which arrows are going out of the gray diamond.

Q.    If you could start at the lower right-hand corner of this chart.  What is shown in this red box?

A.    In the red box is the first consolidation address @BitcoinFog, the address starting with 1YZJKA.

Q.    Can you explain what transaction 10 on November 10th is?

A.    Yes, ma'am.  Transaction 10 on November 10th is the first transaction into the Bitcoin Fog cluster recorded by Chainalysis.

Q.    And remind us, what is the significance of the 1YZJKA address and what it would be receiving?

A.    The 1YZJKA address was the first consolidation address used by Bitcoin Fog.

Q.   And remind us, how would the consolidation address function?

A.   Yes, ma'am.  The consolidation address was used to receive funds from multiple Bitcoin Fog user deposits.

Q.   Can you explain what is happening in the transaction for transaction 10 with the other orange circles with Bs going into transaction 10?

A.   Yes, ma'am.  Transaction 10 has -- 1, 2, 3, 4 -- 5 inputs to the transaction and one output, so the green arrows -- I will remove my highlighting.  The green arrows are funds that were withdrawn from Mr. Sterlingov's Mt. Gox account.  And the gray arrows are other sources of funds.  So these five Bitcoin addresses in the pink box were used as inputs to transaction 10 and sent funds in the first transaction to the Bitcoin Fog cluster to the consolidation address, 1YZJKA.

Q.   And could you explain what the pink box labeled address is belonging to wallet 2 based on co-spending in TX10 indicates?

A.   Yes, ma'am.  We discussed co-spending a bit earlier.  When addresses are used as inputs to the same transaction, all of their private keys are needed to sign that transaction at the time of the transaction.  So we assess that these addresses belong to the same wallet.  So in address 10, all five of those Bitcoin addresses are used as inputs so we can assess that those belong to the same wallet.

Q.   And what does this allow you to determine about the

addresses in the pink box as related to the red Bitcoin Fog box?

A.   Because these addresses are sending funds into the consolidation address, I assess that those addresses are Bitcoin Fog deposit addresses.

Q.   If we could pull up Exhibit 323, the fog operation chart. How does what you described on the chart correspond to what is shown here?

A.   Yes, ma'am.  So the consolidation address in this case was 1YZJKA, the big blue consolidation address here.  And those other addresses, I assess are user deposit addresses that were then used in one transaction to send funds into the consolidation address.  So addresses in the pink box that were used as inputs to transaction 10, are Bitcoin Fog deposit addresses.

Q.   And remind the jury, who would control the Bitcoin Fog deposit addresses?

A.   The Bitcoin Fog administrator.

Q.   If we can now direct your attention to Exhibit 317B.  And then the physical of that is 317C.  What has that allowed you to determine about the bottom now red box at the bottom of the screen here?

A.   I determine that these addresses -- that those -- excuse me -- addresses are part of Bitcoin Fog.  They are Bitcoin Fog deposit addresses, because they are sending funds to 1YZJKA in

this fashion.

Q. From here are you able -- you're able to identify the very first transaction into Bitcoin Fog?

A. Yes, ma'am, I was.

Q. And what is that?

A. That is transaction 8, this output here. I can make that clearer. This output here.

Q. And could you also explain what is shown in transaction 9 slightly to the right?

A. Yes, ma'am. Transaction 9 is receiving change from transaction 8. Those funds were then spent in transaction 9, which sent funds to the same address as transaction 8, a Bitcoin Fog deposit address and an additional address that was a Bitcoin Fog deposit address.

Q. And was there anything significant about the timing of these transactions relative to the Bitcoin Fog announcement?

A. Yes, ma'am. These transactions occurred before the Bitcoin Fog announcement on Bitcoin Talk and Twitter.

Q. And can we now zoom out and can you explain how you traced these very first deposits into the Bitcoin Fog prior to any public announcement back to the defendant?

A. Yes, ma'am. I was just following funds backwards on the Bitcoin blockchain.

Q. Can you just generally walk through that on the chart?

A. Yes, ma'am. This Bitcoin address received funds from that

Bitcoin address. In transaction 7, there was a series of transactions that belong to another wallet based on co-spending and transaction 6, and transaction 5. Those addresses received funds in transactions 1, 2 and 4 here. And ultimately, the Bitcoin came out this address here. The Bitcoin address starting with -- it is a little small. I'm sorry. 12NSB. And if we scroll up a bit more, we can see the Bitcoin originated in Mr. Sterlingov's plasma@plasmadivision Mt. Gox account.

Q. Now, there are a number of addresses and gray diamonds here. Can you explain what that pink -- the top pink box is showing?

A. Yes, ma'am. It is showing another cluster of addresses, that I had broken out here. But we know that these addresses belong together because they co-spent collectively in two transactions. Transaction 5, this transaction here, we have three input addresses, here, here and here. So we know these addresses belong to the same wallet. And then in transaction 6, this address and this address co-spend. They are used as inputs to transaction 6. So we know those two belong together. And because this property is transitive, we know that all of the addresses belong together.

Q. Is this the sort of pattern analysis that you discussed in your testimony yesterday?

A. Yes, ma'am. I would also point out in Chainalysis, these addresses are represented in a cluster. And I confirmed that

in TRM labs and actually CipherTrace as well.

Q.    Directing your attention to transactions in this cluster so transaction 1, 2, and 4, did they appear similar to any other transactions on this chart?

A.    Yes, ma'am.  These transactions appear very similar to transactions 8 and 9 below.

Q.    Can we zoom out so we can see both?  Can you explain that a bit more?

A.    Yes, ma'am.  Transaction 1 sends funds into wallet 1 and change forward to this address here, which are subsequently spent in transaction 2, sending funds again to the same address that funds just came from -- or funds just went to.  And then, transaction 4, sends two outputs.  I am going to clear this. Transaction 4 has two outputs.  One of them goes to the previous Bitcoin address that has already received funds and transaction 1 and 2.  And the second output is to an address in the same wallet.  It is somewhat unusual for a Bitcoin transaction to be sending a payment to two addresses in the same wallet.  That transaction would not have, like, an economic purpose.  It would just be cheaper to send the transaction to one address since they belong to the same wallet.

Q.    How does that compare to transactions 8 and 9 below?

A.    In transactions 8 and 9, we see a similar pattern where transaction 8 sends funds to a Bitcoin address in the Bitcoin

Fog cluster and then sends change forward to this address here. Those funds are then spent in transaction 9 where one output goes to the same address that transaction 8 just paid. And the other output goes to an address in the same cluster.

Q. And what would that pattern be consistent with?

A. That pattern would be consistent with possibly using two different deposit addresses for the same user account or potentially testing two user accounts at BitcoinFog.

Q. And just going back to the top of the chart, can you point the account that -- that the first deposit into Bitcoin Fog came from?

A. The account was Mr. Sterlingov's Mt. Gox account, username ROSO987341870, email address plasma@plasmadivision.com.

Q. And did you assist in -- just zooming out briefly. Can you summarize at a very high level what has now occurred with the transfer from Mr. Sterlingov's plasma@plasmadivision Mt. Gox account and the first deposit into Bitcoin Fog?

A. Yes, ma'am. Funds were withdrawn from Mr. Sterlingov's Mt. Gox account, moved through a series of unusual transactions and were deposited into addresses I assessed are Bitcoin Fog deposit addresses prior to the announcement of Bitcoin Fog on Bitcoin Talk and Twitter.

Q. Mr. Scholl, did you assist in preparing a timeline of events chronicling the weeks surrounding the launch of Bitcoin Fog?

A.    Yes, ma'am, I did.

Q.    Directing your attention to Exhibit 370.  Is this that timeline?  This has not yet been admitted.

A.    Yes, ma'am, it is.

Q.    Exhibit 370A is this physical print off with the same -- with the one change that the -- the document name in the electronic has an addition to what is in the physical on the first entry?

A.    Yes, ma'am, it is.

        MS. PELKER:  Government moves to admit Exhibit 370 and 370A and publish to the jury.

        THE COURT:  Any objection?

        MR. EKELAND:  That is the entire timeline right there?

        MS. PELKER:  Yes.

        MR. EKELAND:  No objection.

        THE COURT:  Exhibit 370 and 370A are admitted and may be published to the jury.

        (Whereupon, Exhibit Nos. 370, 370A were admitted.)

BY MS. PELKER:

Q.    Mr. Scholl, can you walk us through the events on the chart starting at the beginning on September 29th?

A.    Yes, ma'am.  On September 29th, Mr. Sterlingov created the putting money document, discussing a way to fund a Liberty Reserve account by depositing Euros to a Mt. Gox account,

converting those funds to Bitcoin and then dollars on the Mt. Gox account and withdrawing those funds through the Aurum Xchange, depositing Liberty Reserve US dollars to a Liberty Reserve account.

Q. What then happens the same day?

A. At 07:21 the plasma@plasmadivision Liberty Reserve account was created in Mr. Sterlingov's true name. At 07:28, the PlasmaDivision Mt. Gox account was created in Mr. Sterlingov's true name.

Q. Then what happens on October 2nd?

A. On October 2nd, the defendant tries to buy Blind Bitcoin mixer on Bitcoin Talk.

MR. EKELAND: Objection.

THE COURT: Give me a second.

MR. EKELAND: I don't believe that was Mr. Townsend's testimony.

MS. PELKER: I can rephrase.

MR. EKELAND: Move to strike that, Your Honor.

THE COURT: All right. I will grant that motion.

THE WITNESS: Mr. Sterlingov communicated with Mr. Townsend about interest in purchasing the Blind Bitcoin.

MR. EKELAND: Objection again, Your Honor. Can we talk on the phone for a second?

THE COURT: You know, I think just the jury's recollection of the testimony will control. So the jury heard

the testimony and the --

MR. EKELAND:  That is not in evidence, I don't believe.

THE COURT:  So you are --

MR. EKELAND:  Okay.

THE COURT:  The jury's recollection controls.

MS. PELKER:  Your Honor, we have the messages in evidence as well.

THE COURT:  I mean, that is the point, we don't -- the lawyers -- it is not what the lawyers think.  It is not what I think, it is what the jury thinks, so it is your recollection of the evidence.

THE WITNESS:  Yes, ma'am.

BY MS. PELKER:

Q.   Then could you explain what is happening between October 3rd and October 9th?

A.   Between October 3rd and October 9th we saw those early transfers between the PlasmaDivision Mt. Gox account, the Volf.prius account and NFS9000 account and the Kolbasa accounts.

Q.   And during this time period, what else is happening with the Shormint accounts?

A.   On October 7th, the shormint@hotmail.com account was created.

Q.   What occurred later, very soon after the same day?

A.    Approximately five minutes later, the Shormint Liberty Reserve account was created.

Q.    What happens the next day?

A.    The next day, on October, 8 the Volf.prius Mt. Gox account was created.

Q.    The day after that on October 9th?

A.    October 9th, the NFS9000 Mt. Gox account was created.  On the same day, the Kolbasa Mt. Gox account was created.

Q.    What happens between October 19th and October 20th?

A.    We had the transfers from PlasmaDivision Mt. Gox account through NFS9000 and Kolbasa account to the Shormint Liberty Reserve account.  These are the funds that ultimately result in the payment from the Shormint Liberty Reserve account to High Hosting.

Q.    Is that on October 25th?

A.    On October 25th, yes, ma'am.

Q.    What else happens October 25th?

A.    The user Akemashite Omedetou is registered on Bitcoin Talk.  On the same day, the Bitcoin Fog domain was registered at High Hosting.

Q.    What happens on October 27th?

A.    On October 27th, we have the funds leaving Mr. Sterlingov's Mt. Gox account and being deposited to the Bitcoin Fog cluster.

Q.    What happens later that day after the defendant deposits

the funds to Bitcoin Fog?

A.    The Bitcoin Fog announcement occurred on Bitcoin Talk from the Akemashite Omedetou account.

Q.    And was there another announcement later that day?

A.    Yes, ma'am.  After that Bitcoin Fog was announced on Twitter.

Q.    What happened with those, the passthrough accounts that you testified about earlier?

A.    The last log-in for the Volf.prius account occurred on November 24th.

Q.    Were there additional accounts with the NFS9000 and Kolbasa accounts?

A.    Yes, ma'am, there were.  Funds were transferred from PlasmaDivision Liberty Reserve account through the Silk Road and the NFS9000 and Kolbasa Mt. Gox on November 26 to November 29.

            THE COURT:  I remind you to go slowly.

            THE WITNESS:  Thank you, Your Honor.

BY MS. PELKER:

Q.    Was what you just described the chart we showed with the funds going from the defendant's account through Silk Road into Mt. Gox?

A.    Yes, ma'am.

Q.    What occurs on November 28th?

A.    On November 28th, we have the last log-in for the NFS9000

Mt. Gox account.

Q. And on November 29th?

A. On November 29th, the last log-in for the Kolbasa account Mt. Gox account.

MS. PELKER: Your Honor, would you like us to take a break now or keep going? We have got another maybe 20 minutes for the next section. Still more testimony after that.

THE COURT: Let's see here. If you have 20 minutes in the next section, why don't we go ahead and take our break now. It is almost a quarter of 11:00. Let's come back at 5 minutes after 11:00. Please don't discuss the case amongst yourselves. Don't conduct any type of research and we'll see you back shortly.

THE COURTROOM DEPUTY: All rise.

(Jury out at 10:42 a.m.)

THE COURT: The witness can take your break as well.

One thing I wanted to put on the record without the jury present was the objection with respect to the Silk Road information was under 403, but I also want to put on the record that I have also independently considered 404, since it is a marketplace that engaged in legal activity. And I conclude that under 404(b)(2) that this would be a permitted use anyway, because it goes to demonstrating motive, opportunity, intent, preparation, plan, knowledge, identity, absence of mistake and so forth. So I just wanted to make sure that I actually made

that finding.

MS. PELKER: Thank you, Your Honor.

THE COURT: Anything else before we adjourn?

MR. EKELAND: No, Your Honor.

MS. PELKER: No, Your Honor.

THE COURT: All right. We'll see you back shortly.

(Recess taken at 10:44 a.m.)

THE COURT: All right. The witness can retake the box and we can bring in the jury.

(Jury in at 11:08 a.m.)

THE COURT: All right. Mr. Pearlman, you can continue when you are ready.

MS. PELKER: Thank you, Your Honor.

BY MS. PELKER:

Q.   Mr. Scholl, before the break you walked through a number of charts and tracing. Did that include work tracing through accounts at Liberty Reserve, Mt. Gox, Silk Road, and seeing transactions in the Aurum Xchange?

A.   Yes, ma'am, it did.

Q.   At the time that those transactions were occurring in 2011, would law enforcement have had access to the Liberty Reserve account records?

A.   No, ma'am, they would not.

Q.   Would they have had access to the Silk Road account records?

A. No, ma'am, they would not.

Q. And did law enforcement ever get records or -- have you ever been able to review records for the Aurum Xchange itself?

A. No, ma'am, I have not.

Q. Without the records from Liberty Reserve, Silk Road and some of the other seed services, would you have been able to do this tracing?

A. No, ma'am, I would not have been.

Q. What would that have meant for the effectiveness of the laundering through these accounts?

A. It would have meant that laundering would have been effective, that we would not have been able to trace the flow of funds.

Q. And in your experience do criminals often seek out the sorts of services to do this type of layering in order to conceal the activity from law enforcement?

A. Yes, ma'am, they do.

Q. Turning now back to Bitcoin Talk. Mr. Scholl, did Bitcoin Talk allow businesses to advertise on its site?

A. Yes, ma'am, they did.

Q. Did Bitcoin Fog advertise on Bitcoin Talk?

A. Yes, ma'am, they did.

Q. Directing your attention to Exhibit 15, which is in evidence. If we could go to private message 185728. If we can look at the top and scroll down slightly. Can you explain what

is shown here?

A. This is a private message from sender Nefario to Akemashite Omedetou on Bitcoin Talk.

Q. What is the date of the message?

A. 2012 March 11th.

Q. And within the body or what is the subject line of the message first?

A. The subject is "Re: tier 1 sponsorship."

Q. And can you describe the structure of this body with the quoted text and then subsequent message?

A. Yes, ma'am. There is a quote where the author Nefario is quoting Akemashite Omedetou. And then a response below.

MS. PELKER: If we could please publish this to the jury.

THE COURTROOM DEPUTY: I'm sorry.

BY MS. PELKER:

Q. And could you just note on the screen where the text from Akemashite Omedetou is?

A. That quote there, ma'am.

Q. Can you read the message from Akemashite Omedetou from March 11th, 2012?

A. "Hello, I would like to buy a spot for the Bitcoin Fog service."

Q. I'm sorry. Can you start at the very top with the beginning in the parenthesis?

A. Yes, ma'am. "Contacted you on the mail too yesterday from Shormint@hotmail.com, so that is the same request I mean."

"Hello, I'd like to buy a spot for the Bitcoin Fog service, www.Bitcoin.Fog.com if you are fine advertising an anonymous service, please tell me where to transfer the Bitcoins." End quote.

Q. In addition to selling advertisements at full price did Bitcoin Talk also run promotional deals or auctions for its limited advertisement space?

MR. EKELAND: Objection, Your Honor.

THE COURT: Just give me one second.

MR. EKELAND: Could we go on the phone for a second.

(Conference held at the bench.)

MR. EKELAND: Your Honor, I don't want to slow things up, but there is -- in defense counsel's opinion, there is a lot of leading here. And that is -- I am objecting there on leading, but in general there is just a lot of leading, I think, in this direct.

THE COURT: Okay. Well, I will just ask Ms. Pelker to avoid leading. And if there is no reason -- instead of slowing things up, there is no reason to come to the telephone. You can say just say, objection, leading, Judge.

MR. EKELAND: I didn't want to do a speaking objection.

THE COURT: You can do a one-word objection is fine.

Because otherwise if we go to the phone for every objection, we are going to be here for a long, long time.

MR. EKELAND: Understood.

(End of bench conference.)

THE COURT: You can proceed.

BY MS. PELKER:

Q. Directing your attention now to private message 356162. Can you explain what is shown here?

A. This is a private message from the sender Theymos to Akemashite Omedetou.

Q. What is the --

A. And other users.

Q. What is the date on this message?

A. 2012/10/4.

Q. Can we scroll down to the actual text of this message? What is this message saying?

A. Subject is "Ad," the body reads, "You won some slots in the ad auction. Within 24 hours, you must pay the appropriate amount to the appropriate address. Email your ad to Theymos@MM.ST. Test your ad very carefully. I might not refund you or give you a chance to fix unacceptable ads. Carefully read the URL for Bitcoin Talk formatting rules."

Q. Who is Theymos, the sender of this message?

A. The administrator of Bitcoin Talk.

Q. And what do you understand this message to be talking

about?

A.   I understand this message to be talking about winning of ads in an auction, ad space on Bitcoin Talk.

Q.   Now, scrolling down -- this is fine.  Scrolling back up.

Is there a Bitcoin -- is there a price noted for Akemashite Omedetou?

A.   Yes, ma'am, there is.

Q.   And can you point that out on your screen?  What is that price noted?

A.   2 for Akemashite Omedetou.  I understand that to mean 2 Bitcoin.

Q.   Scrolling down.  Is there a Bitcoin payment address given for Akemashite Omedetou for this ad?

A.   Yes, ma'am, there is.  Bitcoin address begins with 1FUNBC.

Q.   Could you try to underline the actual address on your screen?  If we could pull up Exhibit 18F, which is a Bitcoin Talk record that is not yet admitted in evidence.  Directing your attention to Exhibit 18F.  Mr. Scholl, is this a fair and accurate copy of the report provided by Bitcoin Talk?

A.   Yes, ma'am, it is.

        MS. PELKER:  Government moves to admit 18F.

        THE COURT:  Any objection?

        MR. EKELAND:  No objection.

        THE COURT:  18F is admitted and may be published to the jury.

(Whereupon, Exhibit No. 18F was admitted.)

BY MS. PELKER:

Q.   Mr. Scholl, can you explain what is shown here?

A.   This is an email from Shormint@hotmail.com sent to Theymos@mm.st on 10/4/2012.

Q.   What does this ad appear to be?

A.   This appears to be an ad for BitcoinFog.com.

Q.   Apologies.  What does this email or record appear to be?

A.   This appears to be an email where Shormint is sending the ad that he would like to be posted to Bitcoin Talk.

Q.   You read the text down at the bottom, the last line?

A.   The last line says, This is an ad -- correct.  "This is the ad for user Akemashite Omedetou."

Q.   And what is shown in the text above there?

A.   What appear to be HTML code.

Q.   What do you understand this to be generally?

A.   I understand this to be an ad for Bitcoin Fog.

Q.   Is there a link included in the advertisement?

A.   Yes, ma'am, there is.

Q.   Can you point that out?

A.   The link is HTTP://BitcoinFog.com.

Q.   Is there text included in the ad?  You may need to clear that out.

A.   Yes, ma'am, there is.

Q.   Could you read the text?

A.    "Bitcoin Fog, always clean untraceable Bitcoins." Exclamation point.

Q.    Directing your attention now to Exhibit 14, which is in evidence.  What is shown here?

A.    This is a business record from Bitcoin Talk.

Q.    Could you explain what record it is discussing?

A.    It is discussing the payment made by Akemashite Omedetou to Bitcoin Talk.

Q.    What information does this record contain about that transaction?

A.    It contains the date, the amount of Bitcoin, the approximate US dollars value of the Bitcoins and the address in which Akemashite Omedetou paid with the transaction hash.

Q.    Did you review the transaction?

A.    Yes, ma'am, I did.

Q.    Were you able to determine where the funds paying for that ad came from?

A.    Yes, ma'am.  The funds came from Instawallet according to Chainalysis Reactor.

Q.    What was Instawallet?

A.    Instawallet was a hosted wallet service.

Q.    Can you explain a bit more about what that means?

A.    It means that it was like a wallet that you could log into on the internet, but it didn't have exchange service.  It wasn't an exchange.  It was a hosted wallet.  All it was, was

wallet functionality.

Q. Did you review records from Microtronix related to purchases associated with Bitcoin Fog?

A. Yes, ma'am, I did.

Q. And are those some of the records that Special Agent Rovensky testified to previously?

A. Yes, ma'am, they were.

Q. Did you also review records from BitPay regarding Microtronix transaction?

A. Yes, ma'am, I did.

Q. I would like to direct your attention to Exhibit 438, the BitPay records. Directing your attention to line 6. What is shown here?

A. This is a payment from Shormint@hotmail.com records, a transaction hash, and a Bitcoin address receiving funds.

Q. Could we scroll to the right to display what merchant this was in relation to?

A. The merchant was Microtronix.

Q. And back over a bit to the left. What was the date of this transaction?

A. The date of the transaction was December 1st, 2012.

Q. And is this one of the transactions that Special Agent Rovensky had noted?

A. Yes, ma'am, it was.

Q. Did you look at this transaction on the blockchain?

A.   Yes, ma'am, I did.

Q.   Were you able to determine where the funds came from?

A.   The funds came from Instawallet, according to Chainalysis Reactor.

Q.   Did Instawallet also come up in your review of Mr. Sterlingov's true name activity?

A.   Yes, ma'am, it did.

Q.   I would like to pull up Exhibit 863B, scrolling down to page 2.

THE COURTROOM DEPUTY:  I'm sorry.  Did you say 863?

MS. PELKER:  863B.  I believe this is in evidence.

BY MS. PELKER:

Q.   Mr. Scholl, can you describe generally what this is?  Can we scroll to the top, please?

A.   This is an email from Mr. Sterlingov using the heavydist@gmail.com email address to Emanual Ringberg at Emanual@hoodlum.se.

Q.   Looking at the second paragraph from the bottom or -- generally speaking what is Mr. Sterlingov saying to Mr. Ringberg throughout this email?

A.   He is giving him advice on services to use and information about Bitcoin.

Q.   Looking down at the second paragraph from the bottom. What is one of the services that Mr. Sterlingov recommends to Mr. Ringberg?

A.   Mr. Sterlingov recommends Instawallet.org.

Q.   Directing your attention to Exhibit 848.  I believe this is not yet admitted.

          THE COURTROOM DEPUTY:  848 is not.

BY MS. PELKER:

Q.   Do you recognize this email?

A.   Yes, ma'am, I do.

Q.   Is this a fair and accurate copy of an email from Mr. Sterlingov's heavydist@gmail account?

A.   Yes, ma'am, it is.

          MS. PELKER:  Government moves to admit 848?

          THE COURT:  Any objection?

          MR. EKELAND:  No objection.

          THE COURT:  848 is admitted and may be published to the jury.

          (Whereupon, Exhibit No. 848 was admitted.)

BY MS. PELKER:

Q.   Mr. Scholl, can you explain what is shown here?

A.   Yes, ma'am, this is an email from no reply at instawallet.org to Mr. Sterlingov's heavydist@gmail.com account on 12 April 2013.  It would appear to be an automatically generated email as it comes from noreply@instawallet.org.  It acknowledges Mr. Sterlingov filing an Instawallet claim.

Q.   What do these message and other evidence that you reviewed in this case indicate to you about Mr. Sterlingov's use of

Instawallet?

A.    This information indicates that Mr. Sterlingov used Instawallet.

Q.    To be clear, did numerous people use Instawallet around this time?

A.    Yes, ma'am, they did.

Q.    Why is it still significant to you in your overall analysis to be matching Mr. Sterlingov's use of Instawallet to Akemashite Omedetou?

        MR. EKELAND:  Objection; leading.

        MS. PELKER:  I said why.

        THE COURT:  Yeah.  Overruled.

        THE WITNESS:  It is just evidence that Mr. Sterlingov used the same tools that we know Akemashite Omedetou used.

BY MS. PELKER:

Q.    And do you see that come up elsewhere in your analysis of both Akemashite Omedetou and Mr. Sterlingov?

A.    Yes, ma'am.

Q.    Mr. Scholl, are you familiar with a cryptocurrency wallet found on the defendant's phone?

A.    Yes, ma'am, I am.

Q.    Can you explain how a wallet app on a phone works, in general?

A.    Yes, ma'am.  A wallet app on a phone, you download to your device just like you would any other application.  And that

wallet stores private keys in your addresses, allows you to review funds, to receive funds, to send funds just like a wallet application would on a computer.

Q. What is the purpose of having a wallet on your phone?

A. Accessibility, ease of use, it is readily available.

Q. In your experience, do people who have significant cryptocurrency holdings usually store the bulk of that on their phone?

A. No, ma'am.

Q. Why not?

A. It is thought to be not as secure as storing funds in cold storage, where hardware wallets that are designed to not be connected to the internet, to keep your private keys safe from potential hacking.

Q. So in your experience, what sort of funds are people usually storing on their phones?

A. Everyday use funds.

Q. Now approximately how much Bitcoin was on the defendant's phone when he was arrested?

A. It was just over 10 Bitcoin, ma'am.

Q. How much was that worth at the time?

A. At the time of Mr. Sterlingov's arrest, that was worth over $500,000.

Q. What type of cryptocurrency wallet did the defendant have on his phone?

A.    The wallet was a mycelium wallet.

Q.    What is mycelium?

A.    Mycelium is just a Bitcoin wallet.

Q.    Can you explain how mycelium works?

A.    Yes, ma'am.  It is a wallet software on the phone.  It has the ability to have multiple accounts, so you can segregate essentially into subwallets.  That mycelium wallet had multiple accounts on it where those funds are segregated from other accounts so they won't co-spend and be associated together.

Q.    Did you review information retrieved from the defendant's mycelium wallet?

A.    Yes, ma'am, I did.

Q.    Showing you Exhibit 703, which is not in evidence.  Can you explain at a high level what is shown here?

A.    This is the key value store file for the mycelium wallet on Mr. Sterlingov's device.

Q.    Now, to be clear, did you export this list from his device?

A.    No, ma'am, I did not.

Q.    Do you know who did?

A.    I believe computer scientist Mazars did.

Q.    Did you review then the copy provided by Ms. Mazars de Mazarin and use it in your analysis?

A.    Yes, ma'am, I did.

        MS. PELKER:  The government moves to conditionally

admit this exhibit and which will be further authenticated in Ms. Mazars' testimony?

MR. EKELAND: I objection on authenticity grounds. It is not the original extraction.

MS. PELKER: Your Honor, Ms. Mazars will testify that is the file that she extracted. It is what she gave to Mr. Scholl. And Mr. Scholl was going to testify and use this in his analysis.

THE COURT: Let's go to the phone.

(Conference held at the bench.)

MR. EKELAND: Your Honor, we object to these witnesses being called out of order. The whole issue with Akemashite Omedetou, allegedly as Mr. Sterlingov, turns solely on an IP address analysis done by Ms. Mazars. What we have now is a large volume of provisional conditionally admitted evidence without a foundation. They should have called the witnesses in the proper order. If they wanted this to come in as an authentic document, then they could have called Ms. Mazars first. And now what we have is all of this conditional evidence that has already gone in front of the jury that doesn't have any foundation.

THE COURT: Just wait a second. What are you talking about? What has come in conditionally with this witness thus far? You said there is all of this evidence that is already in front of the jury. What is it?

MR. EKELAND: It is all of the Akemashite Omedetou posts which are coming in over the hearsay objection as basically the premise that it is the admission of a party opponent. We have got alleged co-conspirators coming in when there is --

THE COURT: Just to back up. I haven't admitted anything conditionally with respect to this witness.

MR. EKELAND: I am not just talking about this witness. But now I am objecting to this, which the government just offered conditionally. And I am just noting, again, that if the government wants to lay a foundation for exhibits, they should call the witnesses in the proper order to do that.

THE COURT: The problem with that is that you are going to have ping-pong. Because there are going to be some things that she can testify to that he can't testify to and back and forth. And we could delay the trial and have him come back again to testify after she testifies as to this. But I think to my mind the question is whether there is a substantial reason to doubt this is going to be admitted. If there is, I see your point. If it is just a matter of timing, that is -- and that there is no reason to think that she is not going to be able to authenticate this, then I think it is not a very efficient way to proceed and that is the reason that Courts conditionally admit exhibits, to avoid that sort of ping-pong and delay in trials.

MR. EKELAND: We have noted our objection, Your Honor. And we hear the Court, but we note our objection for the record.

THE COURT: That is fine, but my objection had a question in it. My response had a question in it, which is there some substantial reason to think that she is not going to be able to authenticate this as the actual extraction?

MR. EKELAND: I won't know until I cross-examine her.

THE COURT: Right. Objection denied.

(End of bench conference.)

THE COURT: I will admit 703 and it may be published to the jury.

(Whereupon, Exhibit No. 703 was admitted.)

BY MS. PELKER:

Q. Mr. Scholl, can you explain generally what is shown here in this extraction?

A. These are records from Mr. Sterlingov's mycelium wallet, his information including account names and the notes that Mr. Sterlingov attached to certain transactions, as well as other information including exchange rates that were used by the mycelium wallet.

Q. And this information matched what was displayed on the phone itself?

A. In many cases, I didn't review all of the things that were displayed in this file on the phone. But as far as accounts

and transactions yes, ma'am.

Q.    I am pulling down the screen for the jury for now.    And directing your attention to Exhibit 705A through E, which are not yet in evidence.

Mr. Scholl, do you recognize what is shown in Exhibits A through E?

A.    Yes, ma'am, I do.

Q.    What is that generally?

A.    They appear to be images of Mr. Sterlingov's cell phone showing information about the mycelium wallet.

Q.    Mr. Scholl, did you take these photographs?

A.    No, ma'am, I did not.

Q.    Were they provided to you by the case team?

A.    Yes, ma'am, they were.

Q.    Did they correspond to the records you reviewed and the records retrieved from the phone?

A.    Yes, ma'am, they do.

MS. PELKER:    The government similarly seeks to admit 705A through E conditionally subject to Ms. Mazars' testimony. She will testify she was there as the images were being taken and assisted with taking the images.

THE COURT:    Any objection?

MR. EKELAND:    Same as before.

THE COURT:    Exhibits 705A through E are conditionally admitted.

(Whereupon, Exhibit No. 705A - 705E were admitted.)

BY MS. PELKER:

Q. Mr. Scholl, directing your attention to the first image at 705A. Can you explain what is shown here?

A. Yes, ma'am. This is a photograph of Mr. Sterlingov's mycelium wallet application on this phone. It is showing the first accounts listed on the device.

Q. And can you just walk through the different accounts that are listed here? You don't have to read them off, but describe generally what is shown on the screen?

A. Accounts 1 through 8. And some of them have names that Mr. Sterlingov would have added to those accounts. For example, you see account 1, 2, 3, 4, 5 and 6, instead of -- my arrow has gone away. Instead of account 6, it says the Chad account. And it is misspelled.

Q. If we could go now to Exhibit 705B. Can you explain what is shown here?

A. I apologize, ma'am. I can't clear my screen.

Q. I might be able to.

A. The touch screen appears to have failed.

Q. Why don't we talk through it. And can see if we can get that --

A. Okay.

Q. Can you explain what is shown here on the screen?

A. These are remaining accounts, so the first image was

showing accounts 1 through 8. And this image is showing accounts 9 through 16.

Q. And going to image C, what is the total noted down on the bottom?

A. The total at the bottom shows, $546,510.91 USD.

Q. Where was most of that -- what subaccount was most of that held in?

A. Most of the funds were held in account 15, Straight out of mint.

Q. You can't point to it on the screen, but can you describe where that is noted and read off the information about the number of private keys and the Bitcoin balance?

A. Yes, ma'am. Again, we are at the bottom of the image here. It says account 15 Straight outta mint contains 108 private keys, 9.11915903 BTC.

Q. And in addition to looking at the balances, did you analyze the wallet to learn more about the addresses contained in it and the transaction history?

A. Yes, ma'am, I did.

Q. How did you do that?

A. I received a seed phrase or a pneumonic word list to reconstruct this wallet offline.

Q. And what did that then allow you to do?

A. It allowed me to view all of the addresses contained in each of those accounts and their private keys. And with that

information, I reviewed those addresses using public block explorers and Chainalysis Reactor.

Q. Showing you Exhibit 706, which is not yet in evidence.

THE COURTROOM DEPUTY: What exhibit number?

MS. PELKER: 706. We just need to pull down the screen for the jury.

Thank you, Ms. Walker.

BY MS. PELKER:

Q. It looks like I can't clear off of your screen, either.

Mr. Scholl, do you recognize this spreadsheet?

A. Yes, ma'am, I do.

Q. What is it?

A. It is a workbook that I created while analyzing the mycelium wallet. It shows information about the Bitcoin addresses contained in the mycelium wallet and which accounts they belonged to and in later sheets, the derivation paths or how these addresses were created by the wallet.

Q. Does Exhibit 706 accurately reflect the information that you compiled regarding the addresses in the mycelium wallet?

A. Yes, ma'am, it does.

MS. PELKER: Government moves to admit Exhibit 706.

THE COURT: Any objection?

MR. EKELAND: Just hearsay.

THE COURT: Exhibit 706 is admitted and may be published to the jury.

(Whereupon, Exhibit No. 706 was admitted.)

BY MS. PELKER:

Q.   Mr. Scholl, can you explain the setup of this exhibit with the different tabs along the bottom?

A.   Yes, ma'am.  The first tab is all used addresses.  So the way this technology works, you can generate an infinite number of Bitcoin addresses with that seed phrase.  So I generated, I believe, 200 for each possible derivation path used by the mycelium wallet and then checked how many of the addresses were used.  So the first tab is just a list of all used addresses.  It also indicates what account on the mycelium wallet that address belonged to and whether or not it was an address to use to receive funds externally or if it was a change address for that account.

And then on each of the subsequent account tabs -- if you wouldn't mind clicking to count 1 -- I have listed each of the addresses that were generated using the seed phrase.  And I have highlighted in green the addresses that were used by Mr. Sterlingov.  And you can see next to them their derivation path.  That is just information about how the wallet calculated the addresses using that seed phrase.

Q.   Can we click through to show along the bottom -- we don't need to click through each of the tabs, just click over to show the full span of tabs, if possible.  And then click over to account 15.

And, Mr. Scholl, did you use this information to look at the past history for the transactions going into and out of the defendant's mycelium wallet?

A. Yes, ma'am.

Q. What did you see?

A. For this account 15 specifically?

Q. Overall, just for the full wallet.

A. I saw many of these accounts were receiving funds directly from Bitcoin Fog, not all of them. And these funds, these transactions, create long peel chains as discussed in my previous analysis in this case and confirmed that work, assessing that those peel chains belong to the same wallet. I did that analysis before I had the seed phrase and was able to confirm that analysis was correct. Generally that is what I found.

Q. Did you look at transactions into account 15, which was named Straight out of Mint?

A. Yes, ma'am, I did.

Q. It if we could pull up Exhibit 360, which is not yet in evidence. Can you describe this spreadsheet including both tabs generally?

A. Yes, ma'am. The first tab is the funding transaction for account 15, Straight out of Mint. The second tab is for the account that was named BitDials only, that was a withdrawal from the BitDials account of interest.

Q.   We'll talk about the BitDials account in a minute.  But overall, is this exhibit with both of its tabs an accurate reflection of the information that you looked up regarding these transactions?

A.   Yes, ma'am, it is.

MS. PELKER:  Government moves to admit Exhibit 360.

THE COURT:  Any objection?

MR. EKELAND:  Hearsay.

THE COURT:  Exhibit 360 is admitted and may be published to the jury.

(Whereupon, Exhibit No. 360 was admitted.)

BY MS. PELKER:

Q.   Mr. Scholl, can you explain what is shown here in the account 15, Straight out of Mint, tab?

A.   Yes, ma'am.  What is shown here is the only payment into -- correction.  The initial payment into account 15, Straight out of Mint on Mr. Sterlingov's mycelium wallet, there is a transaction hash, the address that was generated by Mr. Sterlingov's seed phrase that belonged to Mr. Sterlingov's mycelium wallet --

Q.   Why don't we break this down.  Did you look at the funding source for the account 15, Straight out of Mint?

A.   Yes, ma'am, I did.

Q.   Remind the jury, what was -- when we were looking at the photos of the phone, what was the significance of account 15,

Straight out of Mint?

A.    Account 15, held the majority of the balance that was in the mycelium wallet at the time of Mr. Sterlingov's arrest.

Q.    And looking at the transactions into that wallet, were you able to determine where the funds -- identify the transaction that had funded the account?

A.    Yes, ma'am I was.

Q.    And that is what is shown on the screen here?

A.    Yes, ma'am, it is.

Q.    Can you walk us through this transaction slowly for the court reporter?

A.    There is a transaction hash beginning with 97BAEE. Mr. Sterlingov's mycelium wallet receiving address, the address beginning with 3HRBCB.

Q.    And is that one of the addresses that you found that was in the spreadsheet we just looked at with the list of all of the addresses in the account?

A.    Yes, ma'am, it is.

Q.    And you can continue explaining what money you saw going into that address?

A.    The amount received going into this transaction by Mr. Sterlingov was 29.44819244 Bitcoin, the approximate US dollar value of that transaction at the time of the transaction, was $280,544.09.  And that transaction occurred on June 17th, 2020.

Q. Were you able to look at this transaction on the blockchain?

A. Yes, ma'am, I was.

Q. And in doing so, were you able to tell where the money in the Straight out of Mint account had come straight out of?

A. Yes, ma'am. The funds came straight out of the Bitcoin Fog cluster.

Q. What was the source of the funds going into Mr. Sterlingov's mycelium wallet in this deposit of nearly $300,000?

A. The source of funds was Bitcoin Fog.

Q. Were you also able to see the transactions where the defendant spent funds from his mycelium wallet?

A. Yes, ma'am, I was.

Q. Turning your attention back to 705B, the photograph.

And can you actually read the name of the account four lines up?

A. Four lines up, "Burned, do not use 1."

Q. And two above that?

A. "Local cash trading."

Q. And directing your attention to the account below, Burned, do not use 1 --

A. Yes, ma'am.

Q. Could you read the name of the account between, Burned, do not use 1 and account 15, Straight out of Mint?

A. Yes, ma'am. The account nickname is BitDials only.

Q. And what was the balance of that BitDials account when Mr. Sterlingov was arrested?

A. The balance was 0.48604698 Bitcoin.

Q. What is BitDials?

A. BitDials is a site for purchasing luxury goods with Bitcoin.

Q. Showing you Exhibit 708A and 708B, which are not yet in evidence. Do you recognize these?

A. Yes, ma'am, I do.

Q. And what are they?

A. They are screenshots from the BitDials website.

Q. Do they fairly and accurately depict the materials shown on the BitDials website?

A. Yes, ma'am, they do.

MS. PELKER: Government moves to admit 708A and 708B.

THE COURT: Any objection?

MR. EKELAND: Yes, Your Honor, 401 and 403.

MS. PELKER: Your Honor, this is then going to substantiate what Mr. Scholl sees in the transaction information description of what this transaction he traces is used for.

THE COURT: I will allow it.

So Exhibit 708A and 708B are admitted and may be published to the jury.

(Whereupon, Exhibit No. 708A, 708B were admitted.)

BY MS. PELKER:

Q.   Mr. Scholl, directing your attention to 708A and if we can zoom out a little bit.  Can you explain what is shown here?

A.   Yes, ma'am.  This is a screenshot of my computer accessing the www.bitdials.eu website.

Q.   What things are sold on BitDials?

A.   Luxury watches, like Rolexes, very expensive alcohol, aged scotch --

Q.   Turning your attention to --

A.   -- private chartered aircraft and cars.

Q.   Turning your attention to Exhibit 708B.  Can you describe what is shown here?

A.   Yes, ma'am.  This is another image on the home page of bitdials.eu.  You can see there are four images that were scrolling.  This is just another capture of the image on the home page.

Q.   If we could zoom in a bit.  Can you read what is shown there starting with cars?

A.   Yes, ma'am.  It says, "Cars, buy your Tesla with crypto."

Q.   If we could return to Exhibit 703.  And scrolling down to row 52.  Can you explain what is shown there?

A.   What is shown there is the name of the account and the account list, BitDials only.

Q.   Can you explain what is shown down in row 54 and first

remind the jury where the spreadsheet came from or what the spreadsheet is?

A. This spreadsheet is a key values store information used by Mr. Sterlingov's mycelium wallet, so it contains information about the account names. And it contains notes that he would have attached to these transactions.

Q. And in row 54, what is shown there?

A. In column A, on all of the way on the left, that is a Bitcoin transaction hash or transaction ID.

Q. And what --

A. Then in column C, there is information -- that is a note that Mr. Sterlingov attached to this transaction.

Q. And if we can click on the text in column C so that you can read the full text. If we can expand the formula bar or --

A. I think it was all there. It says, "Vehicle specifications color, deep blue metallic" and there is a Euro symbol, "condition, new vehicle, 0 to 100 kilometers per hour, 2.8s."

Q. And scrolling back over to the left, did you review the transaction that is shown in row 54?

A. Yes, ma'am, I did.

Q. And directing your attention back to Exhibit 360 and now going to tab 2. What is shown here?

A. This is that transaction, ma'am.

Q. And can you walk us across slowly what is shown on this

spreadsheet.

A.    The first thing is the transaction hash or transaction ID. Then the address that the mycelium wallet paid to.  The address begins with 3GYZ5A, the amount that was sent from the mycelium wallet was 16.27574274 Bitcoin.

Q.    How much was that worth in US dollars?

A.    Approximately 151,000 US dollars.

Q.    What was the date of the transaction?

A.    The date was 6/20/2020.

Q.    If we could pull up Exhibit 436, which is already in evidence.  Just scroll down to show the last line of this -- the second to last line.

Do you know what Roman Sterlingov purchased in June of 2020?

A.    Yes, ma'am.

Q.    What was that?

A.    A Tesla Model X.

Q.    We can go ahead and pull these down.

Mr. Scholl, did you also review records of Mr. Sterlingov's accounts at numerous virtual currency exchanges?

A.    Yes, ma'am, I did.

Q.    Did you do source of funds analysis for Mr. Sterlingov's accounts?

A.    Yes, ma'am, I did.

Q. Can you explain what source of funds analysis is?

A. I looked at the deposits to Mr. Sterlingov's accounts and traced funds backward on the Bitcoin blockchain to determine where those funds came from.

Q. And is source of funds analysis something that you do frequently for other cases?

A. Yes, ma'am.

Q. Generally speaking, what was a substantial source of funds deposited into Mr. Sterlingov's accounts?

A. Bitcoin Fog was a substantial source of the funds.

Q. Does that include instances where the funds were transferred directly to the defendant's accounts?

A. Yes, ma'am. In many cases, funds transferred directly from Bitcoin Fog into Mr. Sterlingov's accounts.

Q. In other cases were they sent through a series of addresses before being deposited?

A. Yes, ma'am, that is correct.

Q. And can you describe the difference there between a direct transfer and indirect transfer?

A. Yes, ma'am. So a direct transfer very simply is an address that belonged to the Bitcoin Fog cluster sending funds to a deposit address at one of Mr. Sterlingov's accounts. And an indirect transfer meaning there are at least one intermediary address, so funds withdrawn from Bitcoin Fog to an address and then, subsequently, could be even multiple hops

deposited to Mr. Sterlingov's accounts.

Q.   And what frequently would -- in general, why would a transaction be indirect from one service to another?

A.   Because the user withdrew funds to a private wallet and then transferred from that private wallet into a different account, in general.

Q.   Did you prepare a series of charts summarizing your findings for source of funds analysis for Mr. Sterlingov's accounts?

A.   Yes, ma'am, I did.

Q.   Showing you Exhibit 356, which is not yet in evidence.
     Do you recognize this?

A.   Yes, ma'am, I do.

Q.   And what is it?

A.   This is a summary of the funds into Mr. Sterlingov's accounts that I created.

Q.   Does this fairly summarize the information from the voluminous account records that you reviewed?

A.   Yes, ma'am, it does.

          MS. PELKER:  The government moves to admit 356.

          THE COURT:  Any objection?

          MR. EKELAND:  Yes.  Hearsay and 403.  And can we just pick up the phone for one moment?

          (Conference held at the bench.)

          MR. EKELAND:  These summaries, Your Honor, I think

are unduly argumentative and I guess this is a 403 objection. Because it is implying that, these are direct deposits from Bitcoin Fog, when all of the evidence shows that Bitcoin Fog is a mixer that you take Bitcoin and you pass it through. And I think the implication is that, you know, Mr. Sterlingov is somehow just getting direct deposits from Bitcoin Fog and not -- that this is where the source of funds is originating from when it is not.

THE COURT: Well, so, I mean, I think that strikes me as the sort of thing that you clear up on cross. If it is not clear from the direct examination. I think it is really sort of your argument about the case and you are entitled to make it. I just think it is something that comes out in cross, rather than limiting the government's ability to prove its case.

MR. EKELAND: Your Honor, these are misleading summaries. This isn't direct evidence. The government is offering this as a summary. This is Mr. Scholl's work product and this is being offered into evidence. And it is going back into the jury room. It is going to mislead the jury, because it is not accurate. It contains several levels of hearsay and it also contains Mr. Scholl's expert opinions. So we object on that ground. It is not appropriate. It is not direct evidence of anything. It is a summary chart that is argumentative. It is conclusory. It has all sorts of opinions in it and it is

full of hearsay.

MS. PELKER: These aren't hearsay. They are business records that Mr. Scholl reviewed and then summarized. He then did tracing and found that it came from Bitcoin Fog. I understand the defense is going to argue that the defendant was a user, that is their defense. We are saying that this money came out of Bitcoin Fog into the accounts.

MR. EKELAND: Your Honor, the government has admitted they do not have the Bitcoin Fog ledgers, so there is no question of any business records being involved there. And so if the government is going to say this is a direct deposit from Bitcoin Fog and then argue business records they don't have, there is no way they can verify this. That is hearsay, saying this is a direct deposit of Bitcoin Fog. It doesn't have any evidentiary basis and this is highly prejudicial hearsay and opinion evidence being proffered to the jury as if it is some sort of objective thing, which it is not.

THE COURT: What are the business records that you are relying on?

MS. PELKER: This is LocalBitcoin business records. Each slide is a different account that has been entered into evidence and reviewed by Mr. Scholl. That is what the business records are. And then the figures of how much came from Bitcoin Fog directly and indirectly is from Mr. Scholl's expert report and the work he did of looking at the source funds.

MR. EKELAND: Your Honor, I believe we stipulated the expert reports weren't coming in. There is valuations here for Bitcoin accounts that I believe are being done in US dollars. There is all sorts of -- I mean, there is all sorts of opinion testimony here. There is all sorts of speculation. It is not an accurate reflection of the Bitcoin amounts if they are translating this into US dollars. And the mere fact they are saying it is a direct deposit from Bitcoin Fog is expert opinion and not something that is in the record nor can the government substantiate that because they don't have the server logs or the ledgers.

MS. PELKER: I honestly don't understand what the defense's objection is at this point. They are business records. Then Mr. Scholl summarized in his chart. We are not admitting his expert report, but we certainly didn't stipulate his information and his expert report wouldn't be something he would testify to.

THE COURT: The objection is overruled. You can make use of the exhibit.

(End of bench conference.)

THE COURT: Exhibit 356 is admitted and may be published to the jury.

(Whereupon, Exhibit No. 356 was admitted.)

BY MS. PELKER:

Q.    Mr. Scholl, did you review the defendant's account records

at LocalBitcoin?

A. Yes, ma'am, I did.

Q. What was LocalBitcoins?

A. LocalBitcoin was a peer-to-peer exchange, a peer-to-peer virtual currency exchange, Bitcoin exchange.

Q. Can you explain in very simple terms what that means?

A. In very simple terms it means users would go to LocalBitcoin to post an offer for a trade of assets. And other users would contact them if they wanted to make one of those trades.

Q. And can you walk us through an example of how a trade on LocalBitcoin would work?

A. Yes, ma'am. So one user posts an offer to trade dollars for Bitcoin, like to purchase Bitcoin for dollars. And another user would review trades, the arrangement was favorable to both of them, they would agree to make transfer. There is an escrow service involved and once the funds are sent, escrow is released.

Q. Turning to your review of the defendant's account records at LocalBitcoins, what was the purpose of your review?

A. The purpose of the review is to determine the source of funds into Mr. Sterlingov's LocalBitcoins account.

Q. And how did you set about conducting that review?

A. I reviewed the LocalBitcoins records and I identified the deposits and then traced those funds deposited to the account

backwards on the Bitcoin blockchain.

Q.    Showing you the slide or directing your attention to the slide in front of you.  Is this a summary of the LocalBitcoin account activity for the defendant's Gothencoin account?

A.    Yes, ma'am, it is.

Q.    Can you walk us through what was the date that account was created?

A.    The creation date was 9/20/2012.

Q.    And how much money was deposited into the defendant's LocalBitcoins account in total?

A.    The total Bitcoin were 260 Bitcoin.

Q.    What was the US dollars value of that Bitcoin at the time they were deposited?

A.    The approximately US dollars value was 870,941.

Q.    Did you look at those deposits to determine where the money had come from?

A.    Yes, ma'am, I did.

Q.    Could you walk us through and the next few lines of this chart, what you found?

A.    I found that there were 9 deposits directly from the Bitcoin Fog cluster and that those deposits totaled 64 Bitcoin or approximately $629,923, that there were 29 indirect deposits from Bitcoin Fog that totaled 35 Bitcoin or approximately $44,000 -- $44,192.

Q.    And did you also look at transfers from Mr. Sterlingov's

other accounts which came up later in your review?

A. Yes, ma'am, I did.

Q. What did you find there?

A. I found that there were five direct deposits from Mr. Sterlingov's Bitcoin stamp account. And those Bitcoins totaled 16 Bitcoin or approximately $143,116 at the time of the deposit. And that there were two deposits from Mr. Sterlingov's Binance account totaling 2 Bitcoin worth approximately $12,568 at the times of the deposits.

Q. So taken overall, what was the substantial source of funding for the defendant's LocalBitcoin account as shown here?

A. This substantial source of funding was Bitcoin Fog.

Q. Did you review messages between the defendant and the trading partner Propaganda or Tango cash?

A. Yes, ma'am, I did.

Q. Did Special Agent Rovensky testify to some of those messages earlier this week?

A. Yes, ma'am, he did.

Q. Can you generally explain the defendant's dealings with Propaganda?

A. Generally, Mr. Sterlingov was selling Bitcoins to Propaganda.

Q. If we could pull up Exhibit 835. Can you explain what is shown here?

A. Yes, ma'am. This is an email from Mr. Sterlingov's

heavydist@gmail.com account to at propaganda@rebelart.se.

I can spell, ma'am, that if that's helpful. P-R-O-P-A-G-A-N-D-A at R-E-B-E-L-A-R-T dot S-E.

THE REPORTER: Thank you.

BY MS. PELKER:

Q. And can you explain what is occurring in this communication with Propaganda and the defendant?

A. Yes, ma'am. This is a reply to an earlier email to Propaganda. In that email Propaganda sent a Bitcoin address and wrote, "Address for later," with a typographical error.

And then Mr. Sterlingov is replying in this email. It says, "Cool, see you tonight."

Q. Directing your attention now to Exhibit 845. What is the date on this email?

A. The date is 25 March 2013.

Q. And is this another communication -- series of exchanges with Propaganda?

A. Yes, ma'am, it is.

Q. Can you explain what is shown here?

A. Again, this is a reply from Mr. Sterlingov using the heavydist@gmail.com account to Propaganda. Earlier, Propaganda had sent a message that just includes the Bitcoin address beginning with 1CT9C.

And then Mr. Sterlingov is replying here saying, "Hi, man, thanks for today, the lost BC seem to have returned to my insta

now.  So all good."

Q.    What is meant by insta?

A.    I understand that --

MR. EKELAND:  Objection.

THE COURT:  Obviously, the witness doesn't personally know what the drafter of the email used.  But you can answer the question just to whether he has common understanding of how he understands that word or phrase to be used, understanding that is not the same thing as saying what the user had in the user's head at that moment.

You can answer.

THE WITNESS:  I understand that to mean Instawallet, ma'am.

BY MS. PELKER:

Q.    Can you explain what is happening in Exhibit 835 and 845 with the emails with Propaganda providing a Bitcoin address to the defendant?

A.    Yes, ma'am.  So these are cash trades on Mr. Sterlingov's LocalBitcoin account.  So he provides -- Propaganda provides a Bitcoin address for Mr. Sterlingov to transfer Bitcoin to.

Q.    In addition to LocalBitcoin records, did you review other records indicating Mr. Sterlingov was cashing out additional Bitcoin through trades?

A.    Yes, ma'am, I did.

Q.    Did you review messages retrieved from the defendant's

phone discussing OTC trading?

A.    Yes, ma'am, I did.

Q.    I would like to direct your attention to Exhibit 737A, B, and C, which are not yet in evidence.

Are these chat messages that you reviewed from defendant's phone?

A.    Yes, ma'am, they are.

Q.    Are these fair and accurate copies from files retrieved from the devices?

A.    Yes, ma'am, they are.

MS. PELKER:  Government moves to admit 737A, B and C.

THE COURT:  Any objection?

MR. EKELAND:  Hearsay.  And did Mr. Scholl do the extraction?

MS. PELKER:  To conditionally admit pending Ms. Mazars' testimony.  Although, Ms. Mazars will testify to the phones in the files.  The defense did stipulate to the --

MR. EKELAND:  Your Honor, can we get on the phone if we are going to discuss other witness testimony?

(Conference held at the bench.)

THE COURT:  What is the issue?

MS. PELKER:  I just want to -- I just want to clarify while Ms. Mazars will be testifying to the devices, the defense did stipulate to the authenticity of the cell phone extraction. So based on that, we don't have the person who did the original

extraction coming in.  But that is based on the defense's stipulation.

THE COURT:  Mr. Ekeland.

MR. EKELAND:  I am not going to quibble with that.  I just honestly didn't recall that point, so I am not going to argue with the government with on that.

THE COURT:  On hearsay, these are Mr. Sterlingov's messages; is that right?

MS. PELKER:  That is right.  It is -- there are his messages.  There are responses to that message.  We are using this to note what Mr. Sterlingov was saying in the message.  Anything else is simply effect on the listener and showing the completeness of the message thread.

THE COURT:  All right.

MR. EKELAND:  We keep our hearsay objection in terms of that.  Not in terms of Mr. Sterlingov, obviously, that is an admission of a party opponent.  But the other statements from the other people are all hearsay statements.

THE COURT:  Well, if there is anything in there that is not necessary for understanding what Mr. Sterlingov was saying or is being offered for the truth of the matter asserted, I will let you all confer about that before this exhibit goes back to the jury.

I take it the government is not using it for that purpose now.  If there is something else in there that should

be redacted before it goes back to the jury, you can do so.

And if you have a dispute, you can bring it to me.  Okay.

MS. PELKER:  Yes, Your Honor.

(End of bench conference.)

THE COURT:  Exhibits 737A, B and C are admitted and may be published to the jury.

(Whereupon, Exhibit No. 737A, B, C were admitted.)

BY MS. PELKER:

Q.   If we could publish Exhibit 737A.

Mr. Scholl, generally what do these chats involve?

A.   These chats involve Mr. Sterlingov selling Bitcoin.

Q.   Can you read the first line of the -- explain what is shown in the top message and read the body of the message?

A.   So this is a Telegram message between John Hugo and Max -- from the owner, Max.  The body says, "Hi.  I would to like exchange some BTC to Zelle."

Q.   What is your understanding of who Max is in this?

A.   My understanding is that is Mr. Sterlingov.

Q.   And can you read that text of the message again?

A.   Yes, ma'am.  "Hi.  I would like to exchange some BTC to Zelle."

Q.   Can you explain what is happening here?

A.   Yes, ma'am.  He is looking to sell Bitcoin.

Q.   And is this the same -- is this consistent with the other chats in 737B and C retrieved from the defendant's phone?

A.   Yes, ma'am, they are.

Q.   Returning now to Exhibit 356 and moving to slide 2.  Did you also review records from the defendant's account at the virtual currency exchange Kraken?

A.   Yes, ma'am, I did.

Q.   What is Kraken?

A.   Kraken is a cryptocurrency exchange located in the United States.

Q.   Did the records that you reviewed from Kraken include both a personal account and a business account?

A.   Yes, ma'am, they did.

Q.   And is what is in front of you a summary of the personal account?

A.   That is correct, ma'am.

Q.   When was this account opened?

A.   The creation in this account was 3/18/2014.

Q.   How much money did the defendant's personal Kraken account receive?

A.   Bitcoin deposits totaled 111 Bitcoin valued at approximately $418,394.

Q.   And did you determine where the money going into the defendant's personal Kraken account came from?

A.   Yes, ma'am, I did.

Q.   Can you explain what is shown here on the screen?

A.   Yes, ma'am, there were four direct deposits from

Mr. Sterlingov's LocalBitcoins account into this Kraken account, total 16 Bitcoin valued at approximately $164,885 at the time of the deposits.

And there were 16 indirect deposits from Bitcoin Fog. Those deposits totaled 84 Bitcoin, valued at approximately $247,396 at the times of the deposits.

Q.   Is the LocalBitcoins account, the LocalBitcoins account that we just looked at on the previous slide?

A.   Yes, ma'am, it is.

Q.   Can you remind the jury what the primary source of funding for that account was?

A.   The primary source of funding was Bitcoin Fog.

Q.   So looking at this with both the LocalBitcoin -- the deposits from LocalBitcoins and from Bitcoin Fog, what was the primary source of funding for Mr. Sterlingov's personal Kraken account?

A.   The primary source of funding for Mr. Sterlingov's personal Kraken account was Bitcoin Fog.

Q.   Did the defendant -- now is what is showing on the screen here the value of the Bitcoin deposited into Mr. Sterlingov's accounts, to be clear?

A.   Yes, ma'am.  To be clear, those are values calculated based on the value of Bitcoin at the time of each individual deposit.

Q.   Did the defendant then convert Bitcoin to any other assets

within the Kraken account?

A.   Yes, ma'am, he did.

Q.   And what was the approximate balance of the defendant's Kraken account at the time of his arrest in 2021?

A.   I believe it was approximately $800,000.

Q.   Could you repeat that again?

A.   I believe it was approximately $800,000.

Q.   Was that a mix of US dollars and cryptocurrency assets?

A.   Yes, ma'am, it was.

Q.   And was that money seized by the government?

A.   Yes, ma'am, it was.

Q.   We could now turn to the next slide, slide 3.  Did you also review the defendant's business account and the name To the Moon?

A.   Yes, ma'am, I did.

Q.   Could you explain what To the Moon means?

A.   It is a common phrase used in cryptocurrency lingo meaning that the value of an asset is going to go very high, going to go to the moon.

Q.   When was this account opened?

A.   The account creation date was 3/16/2015.

Q.   How much money did the defendant's business Kraken account receive?

A.   In total, 14 Bitcoin deposited, totaling $13,158, approximately.

Q. Did you analyze the source of funds for the Kraken business account for To the Moon?

A. Yes, ma'am, I did.

Q. What did you find?

A. I found one direct deposit from Mr. Sterlingov LocalBitcoin account in the amount of .57 Bitcoin valued at approximately $946.

Q. Remind me, what was the primary source of funds for the account?

A. The primary source of funds was Bitcoin Fog.

Q. Did you also see deposits into the Kraken account trace to Bitcoin in addition to those LocalBitcoin transactions?

MR. EKELAND: Objection, leading.

THE WITNESS: Yes, I did.

THE COURT: Sustained.

You can rephrase.

BY MS. PELKER:

Q. Can you explain what is shown in the next two lines of the chart?

A. Yes, ma'am, I can. I identified six indirect deposits to Mr. Sterlingov's To the Moon LTD account which came from Bitcoin Fog indirectly. And the Bitcoin in those indicate deposits totaled 11 Bitcoin, valued at approximately $7,871 at the time of deposit.

Q. Turning now to the next slide. Did you also review

records for the defendant's Mt. Gox account?

A.   Yes, ma'am, I did.

Q.   And have you seen this account previously on your charts?

A.   Yes, ma'am, we have.

Q.   Can you explain what is shown here?

A.   Yes, ma'am.  The account was created on 9/29/2011.  There were a total of 26 Bitcoin deposits totaling 1,636 Bitcoin valued at approximately $122,181 at times of deposit.

Q.   To be clear, these are the Bitcoin deposits specifically?

A.   Yes, ma'am.

Q.   And were you able to determine what the source of funds for the Bitcoin deposits into Mr. Sterlingov's Mt. Gox account were?

A.   Yes, ma'am, I was.

Q.   Can you explain that?

A.   There were 15 deposits that came directly from the Bitcoin Fog cluster.  Those Bitcoin totaled 700 Bitcoin valued at approximately $63,301 at times of deposit.  Additionally there were two deposits directly from Mr. Sterlingov's LocalBitcoins account totaling 40 Bitcoin, valued at $4,935 at times of deposit.

Q.   Moving to the next slide, slide 5.  Did you also review records for the defendant's account at the virtual currency account Poloniex?

A.   Yes, ma'am, I did.