# 24-3161

# United States Court of Appeals for the District of Columbia

THE UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

ROMAN STERLINGOV,

*Defendant-Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA
Hon. Randolph D. Moss
United States District Court Case 1-21-cr-00399-RDM-1

## APPENDIX
## Volume X of XVII (Pages Appx3961 - Appx4400)

TOR EKELAND, ESQ.
TOR EKELAND LAW PLLC
*Attorneys for Defendant-Appellant*
30 Wall Street, 8th Floor
New York, New York 10005
(718) 737-7264
tor@torekeland.com

MARC FERNICH, ESQ.
LAW OFFICE OF MARC FERNICH
*Attorneys for Defendant-Appellant*
800 Third Avenue, 20th Floor
New York, New York 10022
(212) 446-2346
maf@fernichlaw.com

MAKSIM NEMTSEV, ESQ.
MAKSIM NEMTSEV PC
*Attorneys for Defendant-Appellant*
20 Park Plaza, Suite 1000
Boston, Massachusetts 02116
(617) 227-3700
max@mnpc.law

AARON DANIEL, ESQ.
ASYMMETRIC LEGAL
*Attorneys for Defendant-Appellant*
11900 Biscayne Blvd, Suite 400
Miami, Florida 33181
(305) 979-9296
aaron@asymmetric.legal

*(See Inside Cover for Additional Counsel)*

3914


ELECTRONIC PARALEGAL

AMY C. COLLINS, ESQ.
THE LAW OFFICE OF
    AMY C. COLLINS
*Attorneys for Defendant-Appellant*
888 17th Street, NW, Suite 1200
Washington DC 20006
(228) 424-0609
amy@amyccollinslaw.com

# TABLE OF CONTENTS

District Court Docket – US v. Sterlingov, 21-CR-00399-RDM .............Appx001

Protective Order of Governing Discovery of Hon. Randolph D. Moss, Dated September 17, 2021 (ECF Doc. No. 18) ......................................Appx074

Preliminary Order of Forfeiture of Hon. Randolph D. Moss, Dated November 4, 2024 (ECF Doc. No. 336) ......................................Appx079

Order of Forfeiture of Hon. Randolph D. Moss, Dated November 14, 2024 (ECF Doc. No. 338) ....................................Appx085

Judgment in a Criminal Case of Hon. Randolph D. Moss, Dated November 13, 2024 (ECF Doc. No. 340) ....................................Appx091

Transcript of Motion Hearing, Dated January 13, 2023 (ECF Doc. No. 114) .......................................................................Appx099

Transcript of Motion Hearing, Dated January 31, 2023 (ECF Doc. No. 115) .......................................................................Appx190

Transcript of Motions Hearing, Dated June 16, 2023 (ECF Doc. No. 223) .......................................................................Appx345

Transcript of Motions Hearing, Dated June 23, 2023 (ECF Doc. No. 224) .......................................................................Appx501

Transcript of Motions Hearing, Dated July 19, 2023 (ECF Doc. No. 225) .......................................................................Appx682

Transcript of Continued Motions Hearing, Dated July 20, 2023 (ECF Doc. No. 226) .......................................................................Appx895

Transcript of Motions Hearing, Dated August 22, 2023 (ECF Doc. No. 228) ......................................................................Appx1040

Transcript of Continued Motions Hearing, Dated August 23, 2023 (ECF Doc. No. 229) ......................................................................Appx1266

Transcript of Motions Hearing, Dated August 29, 2023 (ECF Doc. No. 231) ......................................................................Appx1466

Transcript of Pretrial Conference, Dated September 7, 2023
(ECF Doc. No. 232) ......................................................................Appx1524

Transcript of Pretrial Conference, Dated September 8, 2023
(ECF Doc. No. 233) ......................................................................Appx1741

Transcript of Pretrial Conference, Dated September 13, 2023
(ECF Doc. No. 234) ......................................................................Appx1861

Transcript of Pretrial Conference, Dated September 15, 2023
(ECF Doc. No. 235) ......................................................................Appx1999

Transcript of Pretrial Conference, Dated September 18, 2023
(ECF Doc. No. 236) ......................................................................Appx2141

Transcript of Pretrial Conference, Dated September 21, 2023
(ECF Doc. No. 237) ......................................................................Appx2235

Transcript of Motion Conference, Dated November 13, 2023
(ECF Doc. No. 238) ......................................................................Appx2302

Transcript of Jury Trial, Dated February 12, 2024
(ECF Doc. No. 276) ......................................................................Appx2350

Transcript of Jury Trial, Dated February 13, 2024
(ECF Doc. No. 277) ......................................................................Appx2620

Transcript of Jury Trial, Dated February 13, 2024
(ECF Doc. No. 277) ......................................................................Appx2688

Transcript of Jury Trial, Dated February 14, 2024
(ECF Doc. No. 278) ......................................................................Appx2825

Transcript of Jury Trial, Dated February 14, 2024
(ECF Doc. No. 327) ......................................................................Appx2948

Transcript of Jury Trial, Dated February 15, 2024
(ECF Doc. No. 279) ......................................................................Appx3074

Transcript of Jury Trial, Dated February 15, 2024
(ECF Doc. No. 279) ......................................................................Appx3189

Transcript of Jury Trial, Dated February 20, 2024
(ECF Doc. No. 280) ...................................................................Appx3331

Transcript of Jury Trial, Dated February 20, 2024
(ECF Doc. No. 280) ...................................................................Appx3446

Transcript of Jury Trial, Dated February 21, 2024
(ECF Doc. No. 281) ...................................................................Appx3572

Transcript of Jury Trial, Dated February 21, 2024
(ECF Doc. No. 328) ...................................................................Appx3697

Transcript of Jury Trial, Dated February 22, 2024
(ECF Doc. No. 282) ...................................................................Appx3858

Transcript of Jury Trial, Dated February 22, 2024
(ECF Doc. No. 282) ...................................................................Appx3982

Transcript of Jury Trial, Dated February 23, 2024
(ECF Doc. No. 329) ...................................................................Appx4122

Transcript of Jury Trial, Dated February 26, 2024
(ECF Doc. No. 283) ...................................................................Appx4251

Transcript of Jury Trial, Dated February 26, 2024
(ECF Doc. No. 283) ...................................................................Appx4394

Transcript of Jury Trial, Dated February 27, 2024
(ECF Doc. No. 284) ...................................................................Appx4419

Transcript of Jury Trial, Dated February 27, 2024
(ECF Doc. No. 330) ...................................................................Appx4550

Transcript of Jury Trial, Dated February 28, 2024
(ECF Doc. No. 285) ...................................................................Appx4581

Transcript of Jury Trial, Dated February 28, 2024
(ECF Doc. No. 285) ...................................................................Appx4698

Transcript of Jury Trial, Dated February 29, 2024
(ECF Doc. No. 285) ...................................................................Appx4836

Transcript of Jury Trial, Dated February 29, 2024
(ECF Doc. No. 286) ..................................................................Appx4955

Transcript of Jury Trial, Dated February 29, 2024
(ECF Doc. No. 331) ..................................................................Appx5074

Transcript of Jury Trial, Dated March 1, 2024
(ECF Doc. No. 287) ..................................................................Appx5198

Transcript of Jury Trial, Dated March 1, 2024
(ECF Doc. No. 332) ..................................................................Appx5344

Transcript of Jury Trial, Dated March 4, 2024
(ECF Doc. No. 288) ..................................................................Appx5359

Transcript of Jury Trial, Dated March 4, 2024
(ECF Doc. No. 288) ..................................................................Appx5496

Transcript of Jury Trial, Dated March 5, 2024
(ECF Doc. No. 289) ..................................................................Appx5621

Transcript of Jury Trial, Dated March 5, 2024
(ECF Doc. No. 333) ..................................................................Appx5762

Transcript of Jury Trial, Dated March 6, 2024
(ECF Doc. No. 290) ..................................................................Appx5900

Transcript of Jury Trial, Dated March 6, 2024
(ECF Doc. No. 334) ..................................................................Appx6004

Transcript of Jury Trial, Dated March 7, 2024
(ECF Doc. No. 291) ..................................................................Appx6087

Transcript of Jury Trial, Dated March 7, 2024
(ECF Doc. No. 291) ..................................................................Appx6190

Transcript of Jury Trial, Dated March 11, 2024
(ECF Doc. No. 292) ..................................................................Appx6324

Transcript of Jury Trial, Dated March 12, 2024
(ECF Doc. No. 293) ..................................................................Appx6344

Virtual Asset Analysis Expert Report of Luke Scholl,
Dated December 8, 2022................................................................Appx6400

Expert Report #1 of Elizabeth Bisbee (Nov. 2022).....................Appx6465

Expert Report #2 of Elizabeth Bisbee (Dec. 2022) .....................Appx6493

Expert Report #3 of Elizabeth Bisbee (Jul. 2023)......................Appx6522

CS-Mazars Expert Report - Device Review Summary,
Dated May 5, 2023 ......................................................................Appx6529

CS-Mazars Expert Report - IP Overlap Analysis,
Dated November 9, 2022 .............................................................Appx6532

CS-Mazars Expert Report - IP Graph Data Excel File..............Appx6539

Criminal Complaint, Dated April 26, 2021 (ECF Doc. No. 1) .............Appx6542

Arrest Warrant, Dated April 26, 2021 (ECF Doc. No. 5).....................Appx6556

Indictment, Filed June 14, 2021 (ECF Doc. No. 8) .............................Appx6557

Superseding Indictment, Filed July 18, 2022 (ECF Doc. No. 43) .......Appx6561

Defendant's Supporting Memorandum of Law,
Dated August 1, 2022 (ECF Doc. No. 46) ...........................................Appx6567

Attachment to Memorandum of Law -
Proposed Order of Hon. Randolph D. Moss Granting Defendant's
Motion to Dismiss (ECF Doc. No. 46-1) ....................................Appx6585

Attachment to Memorandum of Law -
Defendant's Notice of Motion to Dismiss, Dated August 1, 2022
(ECF Doc. No. 46-2) ...................................................................Appx6586

Government's Opposition to Motion, Filed August 29, 2022
(ECF Doc. No. 52) ..............................................................................Appx6589

Defendant's Reply to Government's Opposition to Motion,
Dated September 7, 2022 (ECF Doc. No. 57) ......................................Appx6623

Exhibit A to Defendant's Reply -
Second Declaration of Eric Garland, Dated September 7, 2022
(ECF Doc. No. 57-1) ......................................................................Appx6635

Defendant's Motions in *Limine*, Dated October 24, 2022
(ECF Doc. No. 59) ..........................................................................Appx6644

Exhibit A to Motions in *Limine* -
Letter from Tor Ekeland to Christopher B. Brown and
C. Alden Pelker, Dated September 23, 2022, with Exhibit A
(ECF Doc. No. 59-1) ......................................................................Appx6664

Defendant's Opposition to the Government's Motions in *Limine*,
Dated November 7, 2022 (ECF Doc. No. 68) ......................................Appx6680

Memorandum Opinion and Order of Hon. Randolph D. Moss,
Dated March 6, 2023 (ECF Doc. No. 116) ..........................................Appx6689

Notice of Bill of Particulars for Forfeiture, Filed May 17, 2023
(ECF Doc. No. 119) ........................................................................Appx6709

Defendant's Notice of Intent to Present Expert Testimony,
Dated July 7, 2023 (ECF Doc. No. 145) .............................................Appx6711

Exhibit A to Notice of Intent -
Summary of Qualifications and Expected Testimony for
Dr. Francisco Cabanas (ECF Doc. No. 145-1) ...........................Appx6716

Exhibit B to Notice of Intent -
Summary of Qualifications and Expected Testimony for
Dr. Itiel Dror (ECF Doc. No. 145-2) .........................................Appx6725

Exhibit C to Notice of Intent -
Summary of Qualifications and Expected Testimony for
Jeffrey Fischbach (ECF Doc. No. 145-3)...................................Appx6731

Exhibit D to Notice of Intent -
Summary of Qualifications and Expected Testimony for
Jonelle Still (ECF Doc. No. 145-4) ...........................................Appx6737

Exhibit E to Notice of Intent -
Summary of Qualifications and Expected Testimony for
J.W. Verret (ECF Doc. No. 145-5)................................................Appx6741

Supplemental Summary of Qualifications and Expected
Testimony for Jonelle Still, Dated August 7, 2023
(ECF Doc. No. 157) ....................................................................Appx6756

Notice of Expert Report for Defense Expert Jonelle Still of
Ciphertrace, Dated August 8, 2023 (ECF Doc. No. 159) .....................Appx6761

Attachment to Notice of Expert Report -
Defense Expert Report of Jonelle Still, Dated August 7, 2023
(ECF Doc. No. 159-1) ..................................................................Appx6764

Exhibit A to Notice of Expert Report -
Data Credibility in Cryptocurrency Investigations of Ciphertrace
(ECF Doc. No. 159-2) ..................................................................Appx6805

Exhibit B to Notice of Expert Report -
Article Titled "Bitcoin: A Peer-to-Peer Electronic Cash System"
(ECF Doc. No. 159-3) ..................................................................Appx6822

Notice of Bill of Particulars, Filed August 28, 2023
(ECF Doc. No. 173) ....................................................................Appx6832

Defense Response to Government's Motion to Admit Certain
Exhibits, Dated September 4, 2023 (ECF Doc. No. 177) .....................Appx6834

Notice of Source Code Expert Bryan Bishop Regarding Independent
Analysis of Chainalysis Reactor Source Code and Request for
Production of Chainalysis Reactor Source Code and Relevant
Related Brady Material, Dated September 5, 2023
(ECF Doc. No. 179) ....................................................................Appx6843

Chainalysis' Notice in Response to the Court's Request Regarding
Protective Order, Dated September 12, 2023
(ECF Doc. No. 195) ....................................................................Appx6860

Exhibit A to Notice in Response -
[Proposed] Heuristic Information Protective Order of
Hon. Randolph D. Moss (ECF Doc. No. 195-1)............................Appx6862

Exhibit B to Notice in Response -
[Proposed] Heuristic Information Protective Order to Jonelle Still
of Hon. Randolph D. Moss (ECF Doc. No. 195-2).......................Appx6869

Heuristic Information Protective Order to Jonelle Still of Hon.
Randolph D. Moss, Dated September 13, 2023 (ECF Doc. No. 196)...Appx6877

Notice Regarding Court's Proposed Protective Order Governing
Review of Chainalysis' Proprietary Information,
Dated September 20, 2023 (ECF Doc. No. 199) ..................................Appx6884

Notice Regarding Ciphertrace Expert Testimony and Review of
Latest Chainalysis Production, Dated September 22, 2023
(ECF Doc. No. 205) .......................................................................Appx6888

Government's Response to September 18, 2023 Minute Order
Regarding Defendant's Access to Sensitive Heuristics Information
Provided by Chainalysis, Filed September 22, 2023
(ECF Doc. No. 206) .......................................................................Appx6892

Defendant's Opposition to Government's Response to
September 18, 2023, Minute Order Regarding Defendant's Access
to Sensitive Heuristics Information Provided by Chainalysis,
Dated September 29, 2023 (ECF Doc. No. 207) ..................................Appx6901

Memorandum Opinion and Order of Hon. Randolph D. Moss,
Dated November 4, 2023 (ECF Doc. No. 210) ..................................Appx6912

Memorandum Opinion and Order of Hon. Randolph D. Moss,
Dated November 30, 2023 (ECF Doc. No. 213) ..................................Appx6930

Defendant's  Motion to Exclude any Testimony About Deepweb
Marketplaces, Dated February 8, 2024 (ECF Doc. No. 247)...............Appx6942

Attachment to Motion to Exclude -
[Proposed] Order of Hon. Randolph D. Moss
(ECF Doc. No. 247-2) ..................................................................Appx6950

Memorandum Opinion and Order of Hon. Randolph D. Moss,
Dated February 29, 2024 (ECF Doc. No. 259)......................................Appx6951

Final Jury Instructions and Charges, Filed March 7, 2024
(ECF Doc. No. 265) ...............................................................................Appx6982

Government's Motion for Preliminary Order of Forfeiture,
Filed June 7, 2024 (ECF Doc. No. 297).................................................Appx7061

      Attachment to Motion for Preliminary Order of Forfeiture -
      Proposed Preliminary Order of Forfeiture Hon.
      Randolph D. Moss (ECF Doc. No. 297-1)....................................Appx7072

Defendant's Opposition to Government's Motion for Preliminary
Order of Forfeiture, Dated June 21, 2021 (ECF Doc. No. 305) ...........Appx7078

      Exhibit A to Defendant's Opposition -
      Article Titled "Chainalysis: Most Mixed Bitcoin Not Used
      For Illicit Purposes", Dated August 26, 2019
      (ECF Doc. No. 305-1) ..................................................................Appx7095

      Exhibit B to Defendant's Opposition -
      Blockchain Address Search Result from Blockchain.com
      (ECF Doc. No. 305-2) ..................................................................Appx7107

Government's Memorandum in Aid of Sentencing,
Filed August 1, 2024 (ECF Doc. No. 314)............................................Appx7112

Sentencing Memorandum on behalf of Roman Sterlingov,
Dated August 15, 2024 (ECF Doc. No. 321) ........................................Appx7157

Memorandum Opinion of Hon. Randolph D. Moss,
Dated November 4, 2024 (ECF Doc. No. 337) .....................................Appx7194

Defendant's Notice of Appeal, Dated November 19, 2024
(ECF Doc. No. 343) ...............................................................................Appx7214

Memorandum for All Department Employees from The Deputy
Attorney General, Subjecting "Ending Regulation by Prosecution",
Dated April 7, 2025..............................................................................Appx7217

**Trial Exhibits:**

Trial Exhibit 601 -
Darknet Market Vendor Transaction Summary
(Document in Evidence and to be Produced Upon Request Due
to Volume) ..........................................................................................Appx7221

Trial Exhibit 624................................................................................Appx7222

Trial Exhibit 625................................................................................Appx7223

Trial Exhibit 626................................................................................Appx7224

Trial Exhibit 627................................................................................Appx7225

Trial Exhibit 628(A)...........................................................................Appx7226

Trial Exhibit 628(B)...........................................................................Appx7227

Trial Exhibit 629................................................................................Appx7229

Trial Exhibit 630(A)...........................................................................Appx7230

Trial Exhibit 630(B)...........................................................................Appx7244

Trial Exhibit 631................................................................................Appx7247

Trial Exhibit 632................................................................................Appx7248

Trial Exhibit 633................................................................................Appx7252

Defense Exhibit 138 -
The-Message-Game, Written by Ice White ........................................Appx7253

Defense Exhibit 139 -
Extracted Page from The-Message-Game, Written by Ice White ......Appx7413

Government Exhibit 721 and Defense Exhibit 143 -
Boox Chat ..........................................................................................Appx7414

Exhibit B to Fischbach Declaration -
Declaration of Jeffrey M. Fischbach, for Defendant, Dated August 14, 2024,
with Attachment
(ECF Doc. No. 321-2) ...............................................................Appx7415

Q.    How would you characterize the activity in the Poloniex account?

A.    There was only one Bitcoin deposit.

Q.    What was the source of that one Bitcoin deposit?

A.    The deposit came indirectly from the Bitcoin Fog cluster.

Q.    Moving to the next slide.  Did you review records for the defendant's account at the virtual currency exchange Binance?

A.    Yes, ma'am, I did.

Q.    When was that account opened?

A.    The account was created on 1/29/2018.

Q.    Where did the money from the Binance account come from?

A.    It came from Mr. Sterlingov's LocalBitcoin account.

Q.    And remind the jury where --

        MR. EKELAND:  Objection.  This is cumulative.

        THE COURT:  Overruled.

BY MS. PELKER:

Q.    Where did the money from that LocalBitcoin account come from?

A.    The substantial source of funds in the LocalBitcoins account was Bitcoin Fog.

Q.    Going to the next slide of slide 7.

        Did you also review records from the defendant's account at the virtual currency exchange Bitfinex?

A.    Yes, ma'am, I did.

Q.    When was that account opened?

A.    I note the first log-in occurred on 4/5/2016.

Q.    And what was the source of funds for that account?

A.    This source of funds was Mr. Sterlingov's LocalBitcoin account.

Q.    What was the total deposit into the account?

A.    The total deposited was 3.84 Bitcoin, valued $26,172 at times of deposit.

Q.    And, again, where did most of the money from the LocalBitcoins account come from?

A.    It came from Bitcoin Fog.

Q.    So what was ultimately the source of funds into this Bitfinex account?

A.    Largely Bitcoin Fog.

Q.    Moving now to the next slide.  Did you review records for the defendant's account at the virtual currency exchange Bitstamp?

A.    Yes, ma'am, I did.

Q.    How much money in total -- first, when was this account created?

A.    I believe it is 4/3/2013, but my arrow that is stuck on the screen is covering that.

Q.    We'll try and fix that during lunch?

A.    I think 4/3/2013.

Q.    How much Bitcoin in total was deposited into the defendant's Bitstamp account?

A.    Total Bitcoin deposited, 715 Bitcoin valued at approximately $125,180 at times of deposit.

Q.    And how many deposits was that spread across?

A.    Twenty-six deposits total.

Q.    And what portion of that came directly from Bitcoin Fog?

A.    Approximately 623 Bitcoin valued at approximately $102,037 in 18 deposits.

Q.    Was there additional Bitcoin that also came indirectly from Bitcoin Fog?

A.    Yes, ma'am, there were.

Q.    How much was that?

A.    Approximately 51 Bitcoin, valued at approximately $17,308.

Q.    Was there also funds transferred into Mr. Sterlingov's Bitcoin stamp accounts from another account controlled by Mr. Sterlingov?

A.    Yes, ma'am.  There were two deposits directly from Mr. Sterlingov's Mt. Gox account.  Those deposits totaled 40 Bitcoin valued at approximately $5,372 at times of deposit.

Q.    And remind the jury what was the source of the Bitcoin deposits into Mr. Sterlingov's Mt. Gox account?

A.    The substantial source of funds was Bitcoin Fog.

Q.    So overall, what is the main source of funds for Mr. Sterlingov's Bitstamp account?

A.    Bitcoin Fog, ma'am.

            MS. PELKER:  And, Your Honor, this would be a good

time to break if that works. The next section is maybe 15 minutes or so.

THE COURT: Why don't we go ahead and break for lunch now. It is almost 12:25. Why don't we come back at 1:30.

And I will remind you, please don't discuss the case even amongst yourselves. Don't conduct any research and steer clear of anyone involved with the case so you don't overhear anything in the hallway. Have a nice lunch.

(Jury out at 12:22 p.m.)

THE COURT: All right. Anything before the lunch break?

MS. PELKER: We wanted to check in on the Court's plans for tomorrow.

THE COURT: I think we should sit tomorrow starting at 10:00, as Mr. Ekeland requested, and then just going until lunchtime.

MS. PELKER: Would 9:30 be okay? Just so we can try and get in a full witness in that block of time just to --

THE COURT: So I am happy --

MS. PELKER: 10:00 is fine.

THE COURT: I am happy to try for 9:30. I have a hearing in another matter that starts at 9:00. If I am done by 9:30, we can get going then.

I guess the question is what we should tell the jury.

Why don't we tell the jury 10:00, because I think

that is what the deputy clerk has already asked them about.  So rather than upset their expectations, why don't we leave it at 10:00.

MS. PELKER:  Thank you, Your Honor.

THE COURT:  Okay.

MR. EKELAND:  Nothing further.

THE COURT:  Thank you.

(Recess taken at 12:24 p.m.)

C E R T I F I C A T E


I, SHERRY LINDSAY, Official Court Reporter, certify that the foregoing constitutes a true and correct transcript of the record of proceedings in the above-entitled matter.


Dated this 23rd day of February, 2024.

Sherry Lindsay, RPR
Official Court Reporter

**BY MS. PELKER: [36]**  8/5 11/24 17/6 19/22 23/18 26/25 27/18 29/3 32/8 33/8 38/11 40/25 42/24 50/20 52/14 54/19 56/14 58/16 60/6 62/2 65/12 66/5 66/17 67/15 72/14 74/2 76/8 77/2 79/12 83/2 90/24 94/5 95/14 98/8 102/17 104/16

**MR. EKELAND: [57]**  4/13 4/17 4/22 5/23 6/4 6/15 7/10 11/20 16/23 17/1 19/18 23/14 26/19 27/12 31/22 32/2 42/18 50/13 50/16 51/13 51/15 51/18 51/22 52/2 52/5 56/4 59/10 59/12 59/14 59/23 60/3 61/23 66/13 67/10 70/3 70/11 71/1 71/8 72/1 72/8 73/23 76/23 79/8 82/18 87/22 87/25 88/16 89/8 90/1 95/4 96/13 96/18 97/4 97/15 102/13 104/14 108/6

**MS. PELKER: [53]**  4/3 4/9 5/13 6/1 7/21 7/24 8/2 11/18 16/24 19/16 23/12 26/20 26/23 27/9 31/19 38/10 40/21 42/12 50/10 50/15 51/17 52/7 55/5 56/2 56/5 56/13 58/13 61/21 65/11 66/11 67/11 69/25 70/5 73/18 76/5 76/21 79/6 82/16 82/19 87/20 89/2 89/20 90/12 96/11 96/15 96/22 97/9 98/3 106/25 107/12 107/17 107/20 108/4

**THE COURT: [91]**  4/2 4/12 4/16 4/20 5/11 5/22 5/24 6/3 6/5 6/10 6/12 7/2 7/13 7/22 8/1 11/19 11/22 17/3 19/17 19/19 23/13 23/15 27/11 27/13 29/2 31/21 32/5 40/24 42/17 42/19 50/12 50/17 51/14 51/19 51/24 52/4 52/6 52/9 54/17 55/8 55/16 56/3 56/6 56/8 56/11 59/11 59/19 59/25 60/5 61/22 61/24 66/12 66/14 67/12 70/9 70/22 71/6 71/13 72/4 72/9 72/11 73/22 73/24 76/22 76/24 79/7 79/9 82/17 82/23 87/21 88/9 89/18 90/18 90/21 95/5 96/12 96/21 97/3 97/7 97/14 97/19 98/5 102/15 104/15 107/3 107/10 107/14 107/19 107/21 108/5 108/7

**THE COURTROOM DEPUTY: [8]**  4/4 26/21 26/24 55/14 58/15 65/10 66/4 76/4

**THE DEFENDANT: [2]**  6/9 6/11

**THE REPORTER: [1]**  94/4

**THE WITNESS: [7]**  31/24 51/20 52/13 54/18 67/13 95/12 102/14

**$**

**$100 [5]**  9/10 9/13 10/1 20/8 20/16
**$102,037 [1]**  106/6
**$12,568 [1]**  93/9
**$122,181 [1]**  103/8
**$125,180 [1]**  106/2
**$13,158 [1]**  101/24
**$143,116 [1]**  93/6
**$164,885 [1]**  100/2
**$17,308 [1]**  106/12
**$247,396 [1]**  100/6
**$26 [2]**  9/9 20/21
**$26,172 [1]**  105/6
**$280,544.09 [1]**  80/24
**$300,000 [1]**  81/10
**$4,935 [1]**  103/20
**$418,394 [1]**  99/20
**$44,000 [1]**  92/24
**$44,192 [1]**  92/24
**$5,372 [1]**  106/18
**$500,000 [1]**  68/23
**$546,510.91 [1]**  75/5
**$629,923 [1]**  92/22
**$63,301 [1]**  103/18
**$7,871 [1]**  102/23
**$800,000 [2]**  101/5 101/7

**$946 [1]**  102/7

**.**

**.57 [1]**  102/6

**0**

**0.2 [2]**  32/17 32/20
**0.48604698 [1]**  82/4
**07:21 [1]**  51/6
**07:28 [1]**  51/7
**0EA25 [4]**  14/8 14/14 14/21 17/9

**1**

**1,636 [1]**  103/7
**1/29/2018 [1]**  104/10
**10 [10]**  36/2 43/18 43/19 44/6 44/7 44/8 44/13 44/22 45/14 68/20
**10/19 [1]**  37/20
**10/22/2011 [1]**  28/20
**10/3/2011 [1]**  8/23
**10/4/2012 [1]**  62/5
**10/8/2011 [5]**  9/8 9/19 9/22 10/1 10/15
**10/9 [2]**  37/18 37/19
**10/9/2011 [2]**  14/20 15/6
**100 [2]**  8/13 84/17
**10005 [1]**  2/4
**108 [1]**  75/14
**10:00 [4]**  107/15 107/20 107/25 108/3
**10:08 [1]**  36/1
**10:42 [1]**  55/15
**10:44 [1]**  56/7
**10th [2]**  43/18 43/19
**11 [2]**  3/7 102/23
**11/24/2011 [3]**  9/8 20/21 21/9
**11/26/2011 [1]**  31/6
**11/27/2011 [2]**  29/16 29/22
**11/28 [2]**  37/22 37/23
**11/28/2011 [4]**  31/6 34/22 35/1 35/19
**11/29/2011 [1]**  36/4
**111 [1]**  99/19
**11:00 [2]**  55/10 55/11
**11:08 [1]**  56/10
**11th [2]**  58/5 58/21
**12 [4]**  10/6 35/18 35/19 66/21
**127.4 [1]**  18/18
**12:22 [1]**  107/9
**12:24 [1]**  108/8
**12:25 [1]**  107/4
**12MDV [1]**  28/21
**12MDVJ [1]**  28/23
**12MDVJ4 [2]**  28/17 29/17
**12NSB [1]**  47/6
**13 [2]**  36/3 36/4
**130 [1]**  23/23
**1301 [1]**  1/20
**132.08 [1]**  22/20
**133 [1]**  26/2
**14 [4]**  19/4 36/1 63/3 101/24
**14:31 [2]**  15/6 15/11
**14:48 [2]**  15/9 15/11
**14GBJPK [1]**  32/16
**15 [15]**  57/23 75/8 75/14 77/25 78/6 78/16 78/23 79/14 79/16 79/22 79/25 80/2 81/25 103/16 107/1
**151,000 [1]**  85/7
**16 [4]**  75/2 93/6 100/2 100/4
**16.27574274 [1]**  85/5
**16MT7V [3]**  36/6 36/18 36/21
**17 [2]**  10/6 15/12
**17th [1]**  80/25
**18 [3]**  10/9 10/11 106/7
**185728 [1]**  57/24
**18F [6]**  3/11 61/16 61/18 61/21 61/24 62/1
**19 [3]**  3/8 20/24 37/20
**19th [1]**  53/9
**1:30 [1]**  107/4

**1BbaVG [2]**  10/13 11/5
**1BbaVGU [2]**  11/2 12/4
**1C7KW [3]**  32/18 34/2 34/14
**1C81MN [1]**  34/23
**1CRm [5]**  12/5 13/2 13/3 13/10 13/19
**1CRm23 [1]**  11/7
**1CT9C [1]**  94/23
**1FUNBC [1]**  61/14
**1JJFRE [1]**  32/17
**1KQT [1]**  40/20
**1KQT5 [1]**  21/17
**1KQT5R [2]**  21/8 21/16
**1LZVKK [2]**  21/19 21/24
**1PBS [1]**  13/19
**1PBSO [3]**  13/5 13/13 13/16
**1PFKQ [1]**  24/14
**1PFKQM [1]**  24/6
**1st [1]**  64/21
**1YZJKA [9]**  21/25 36/19 36/23 43/17 43/22 43/24 44/15 45/10 45/25

**2**

**2.8s [1]**  84/18
**20 [2]**  55/6 55/8
**200 [1]**  77/8
**20001 [1]**  2/9
**20005 [1]**  1/21
**2011 [35]**  8/23 9/8 9/8 9/19 9/22 10/1 10/15 13/7 13/11 14/13 14/20 15/6 20/13 20/21 20/25 21/9 22/6 22/9 23/23 24/7 26/13 27/25 28/1 28/20 29/16 29/22 31/6 31/6 34/22 35/1 35/19 36/4 37/8 56/21 103/6
**2012 [5]**  58/5 58/21 62/5 64/21 92/8
**2012/10/4 [1]**  60/14
**2013 [4]**  66/21 94/15 105/20 105/23
**2014 [1]**  99/16
**2015 [1]**  101/21
**2016 [1]**  105/1
**2018 [1]**  104/10
**2020 [3]**  80/25 85/9 85/14
**2021 [6]**  5/1 5/4 6/4 6/5 7/16 101/4
**2024 [2]**  1/5 109/10
**20530 [2]**  1/14 1/17
**20th [1]**  53/9
**21-399 [2]**  1/4 4/5
**22 [1]**  1/5
**23 [1]**  3/8
**23rd [1]**  109/10
**24 [1]**  60/18
**24.5 [2]**  9/1 9/1
**24th [3]**  20/13 20/25 54/10
**25 [1]**  94/15
**25.439 [2]**  13/12 14/20
**25.4395 [1]**  12/5
**25.44 [2]**  10/11 12/4
**25th [3]**  53/15 53/16 53/17
**26 [3]**  20/13 54/15 103/7
**260 [1]**  92/11
**27 [3]**  3/9 18/23 36/5
**27.4 [1]**  20/10
**27th [4]**  23/23 24/6 53/21 53/22
**28 [3]**  20/24 37/22 37/23
**28th [2]**  54/24 54/25
**29 [3]**  21/5 54/16 92/22
**29.44819244 [1]**  80/22
**29th [9]**  5/1 5/4 5/19 6/3 7/16 50/23 50/23 55/2 55/3
**2nd [2]**  51/10 51/11

**3**

**3.84 [1]**  105/6
**3/16/2015 [1]**  101/21
**3/18/2014 [1]**  99/16
**30 [2]**  2/3 21/5
**309 [5]**  3/9 31/10 31/20 32/6 32/7
**310 [5]**  3/7 11/8 11/18 11/21

**3**

**310...** **[1]**  11/22
**313** **[5]**  38/8 38/16 39/5 40/2 40/2
**314** **[5]**  19/1 19/16 21/13 40/15
40/22
**314A** **[3]**  19/2 19/10 19/16
**315** **[9]**  8/6 9/11 10/20 13/1 15/17
38/9 40/2 40/15 41/1
**315A** **[2]**  38/16 39/3
**316** **[10]**  3/8 22/23 23/7 23/9
23/12 23/15 23/17 34/11 38/9 40/2
**316A** **[7]**  3/8 23/4 23/9 23/12
23/15 23/17 38/15
**317** **[7]**  3/10 42/1 42/3 42/15
42/20 42/22 42/25
**317B** **[8]**  3/10 42/1 42/3 42/7
42/15 42/20 42/22 45/19
**317C** **[6]**  3/10 42/6 42/16 42/20
42/22 45/20
**32** **[1]**  3/9
**323** **[1]**  45/6
**333** **[1]**  2/8
**35** **[1]**  92/23
**356** **[6]**  3/14 87/11 87/20 90/21
90/23 99/2
**356162** **[1]**  60/7
**360** **[6]**  3/13 78/19 79/6 79/9
79/11 84/22
**370** **[5]**  3/10 50/2 50/10 50/17
50/19
**370A** **[5]**  3/10 50/5 50/11 50/17
50/19
**399** **[2]**  1/4 4/5
**3GYZ5A** **[1]**  85/4
**3HRBCB** **[1]**  80/14
**3rd** **[2]**  52/16 52/17

**4**

**4/3/2013** **[2]**  105/20 105/23
**4/5/2016** **[1]**  105/1
**40** **[2]**  103/20 106/17
**401** **[1]**  82/18
**403** **[13]**  3/8 8/19 19/18 19/19
19/21 22/11 23/14 27/12 42/18
55/19 82/18 87/22 88/1
**403A** **[3]**  3/8 19/19 19/21
**404** **[2]**  55/20 55/22
**405** **[3]**  9/15 15/1 36/24
**407A** **[2]**  9/23 40/11
**408A** **[3]**  13/8 34/19 37/14
**409A** **[4]**  14/15 15/7 35/17 39/8
**42** **[1]**  3/10
**436** **[1]**  85/10
**438** **[1]**  64/11
**47A** **[1]**  20/18
**4th** **[1]**  22/13

**5**

**5.1527** **[1]**  1/17
**50** **[1]**  3/10
**51** **[1]**  106/12
**52** **[1]**  83/22
**54** **[3]**  83/25 84/7 84/20

**6**

**6/20/2020** **[1]**  85/9
**60.41BTC** **[1]**  29/17
**60.7** **[1]**  34/23
**60.8** **[5]**  29/23 31/5 31/9 32/18
34/1
**601** **[1]**  1/16
**603** **[1]**  26/17
**603C** **[6]**  3/9 26/18 27/10 27/14
27/16 27/19
**603D** **[3]**  29/4 29/20 30/22
**603N** **[1]**  28/4
**61.0** **[1]**  32/16
**61.699** **[2]**  35/2 35/20
**62** **[1]**  3/11
**623** **[1]**  106/6
**64** **[1]**  92/21

**66** **[1]**  3/11
**6710** **[1]**  2/8

**7**

**7/13/2011** **[3]**  26/13 27/25 28/1
**700** **[1]**  103/17
**702** **[1]**  26/1
**703** **[5]**  3/12 69/13 72/11 72/13
83/21
**705A** **[6]**  3/12 73/3 73/19 73/24
74/1 74/4
**705B** **[2]**  74/16 81/15
**705E** **[2]**  3/12 74/1
**706** **[7]**  3/13 76/3 76/5 76/18
76/21 76/24 77/1
**708A** **[6]**  3/14 82/8 82/16 82/24
83/1 83/3
**708B** **[6]**  3/14 82/8 82/16 82/24
83/1 83/12
**715** **[1]**  106/1
**71DB86** **[1]**  32/15
**72** **[1]**  3/12
**737A** **[6]**  3/15 96/3 96/11 98/5
98/7 98/9
**737B** **[1]**  98/25
**74** **[1]**  3/12
**77** **[1]**  3/13
**78.4** **[1]**  9/1
**79** **[1]**  3/13
**7th** **[1]**  52/23

**8**

**8.965** **[1]**  21/10
**83** **[1]**  3/14
**835** **[2]**  93/23 95/15
**84** **[1]**  100/5
**845** **[2]**  94/13 95/15
**848** **[6]**  3/11 66/2 66/4 66/11
66/14 66/16
**863** **[1]**  65/10
**863B** **[2]**  65/8 65/11
**870,941** **[1]**  92/14
**8th** **[1]**  2/4

**9**

**9.11915903** **[1]**  75/15
**9/20/2012** **[1]**  92/8
**9/29/2011** **[1]**  103/6
**91** **[1]**  3/14
**950** **[1]**  1/14
**97BAEE** **[1]**  80/12
**98** **[1]**  3/15
**9:00** **[1]**  107/22
**9:20** **[1]**  1/6
**9:26** **[1]**  7/12
**9:30** **[3]**  107/17 107/21 107/23
**9th** **[7]**  13/7 13/9 14/13 52/16
52/17 53/6 53/7

**A**

**a.m** **[5]**  1/6 7/12 55/15 56/7 56/10
**ability** **[2]**  69/6 88/14
**able** **[28]**  11/4 15/22 23/24 25/21
25/23 30/18 30/19 31/1 35/7 36/7
36/12 38/22 46/2 46/2 57/3 57/6
57/12 63/16 65/2 71/22 72/7 74/19
78/13 80/5 81/1 81/4 81/12 103/11
**about** **[33]**  6/8 6/16 11/16 17/4
34/7 36/2 36/21 37/1 37/5 44/25
45/21 46/15 51/21 54/8 61/1 61/2
63/9 63/22 65/22 66/25 70/23 71/8
73/10 75/11 75/17 76/14 77/20
79/1 84/5 88/12 91/23 97/22 108/1
**above** **[3]**  62/14 81/19 109/5
**above-entitled** **[1]**  109/5
**absence** **[1]**  55/24
**access** **[2]**  56/21 56/24
**Accessibility** **[1]**  68/5
**accessing** **[1]**  83/5
**according** **[2]**  63/18 65/3
**account** **[270]**

**accounts** **[59]**  16/8 16/11 16/13
16/16 17/15 17/20 18/4 18/7 18/8
18/9 18/12 22/6 22/9 25/18 27/3
37/8 37/10 37/12 39/1 41/7 41/8
41/9 49/8 52/20 52/22 54/7 54/11
54/12 56/17 57/10 69/6 69/8 69/9
72/25 74/7 74/8 74/11 74/12 74/25
75/1 75/2 75/25 76/15 78/8 85/20
85/24 86/2 86/9 86/12 86/14 86/22
87/1 87/9 87/16 89/7 90/3 93/1
100/21 106/14
**accurate** **[7]**  34/9 61/19 66/8 79/2
88/21 90/6 96/8
**accurately** **[8]**  11/15 19/13 23/9
27/5 31/16 42/9 76/18 82/13
**acknowledges** **[1]**  66/23
**across** **[2]**  84/25 106/3
**Action** **[1]**  1/3
**activity** **[12]**  24/21 25/7 37/1
37/3 37/5 38/2 39/11 55/21 57/16
65/6 92/4 104/1
**actual** **[3]**  60/15 61/15 72/7
**actually** **[4]**  7/4 48/1 55/25 81/16
**ad** **[14]**  60/17 60/18 60/19 60/20
61/3 61/13 62/6 62/7 62/10 62/12
62/13 62/17 62/22 63/17
**added** **[1]**  74/12
**addition** **[6]**  12/7 50/7 59/7 75/16
95/21 102/12
**additional** **[9]**  10/7 19/7 22/5
22/8 22/14 46/13 54/11 95/22
106/8
**Additionally** **[1]**  103/18
**address** **[110]**
**addresses** **[53]**  25/5 25/6 28/5
28/7 28/9 28/13 28/14 33/24 44/13
44/19 44/21 44/23 45/1 45/3 45/4
45/5 45/11 45/11 45/13 45/15
45/17 45/23 45/24 45/25 47/3 47/9
47/12 47/13 47/16 47/17 47/21
47/25 48/18 49/7 49/20 49/21 68/1
75/17 75/24 76/1 76/15 76/17
76/19 77/5 77/7 77/9 77/10 77/17
77/18 77/21 80/15 80/17 86/16
**adjourn** **[1]**  56/3
**administrator** **[2]**  45/18 60/24
**admission** **[2]**  71/3 97/17
**admit** **[19]**  11/18 19/16 23/12
27/10 31/19 42/15 50/10 61/21
66/11 70/1 71/24 72/11 73/18
76/21 79/6 82/16 87/20 96/11
96/15
**admitted** **[39]**  11/21 11/22 19/3
19/19 19/21 23/15 23/17 27/14
27/17 32/6 32/7 42/20 42/23 50/3
50/17 50/19 61/17 61/24 62/1 66/3
66/14 66/16 70/15 71/6 71/19
72/13 72/25 74/1 76/24 77/1 79/9
79/11 82/24 83/1 89/8 90/21 90/23
98/5 98/7
**admitting** **[1]**  90/15
**ads** **[2]**  60/21 61/3
**advertise** **[2]**  57/19 57/21
**advertisement** **[2]**  59/9 62/18
**advertisements** **[1]**  59/7
**advertising** **[1]**  59/4
**advice** **[1]**  65/21
**after** **[19]**  6/4 14/3 20/8 21/23
22/6 22/9 22/12 22/16 34/16 35/4
37/4 37/8 52/25 53/6 53/25 54/5
55/7 55/11 71/17
**afternoon** **[1]**  20/5
**again** **[14]**  30/7 35/20 36/17 37/3
37/22 48/11 51/22 71/10 71/17
75/13 94/20 98/19 101/6 105/8
**against** **[1]**  42/13
**aged** **[1]**  83/8
**Agent** **[3]**  64/5 64/22 93/16
**agree** **[1]**  91/16
**agreement** **[1]**  7/17
**ahead** **[5]**  8/6 41/11 55/9 85/18
107/3

**A**

aircraft [1]  83/11
Akemashite [21]  6/18 6/22 7/7 53/18 54/3 58/3 58/12 58/18 58/20 60/10 61/6 61/10 61/13 62/13 63/7 63/13 67/9 67/14 67/17 70/13 71/1
alcohol [1]  83/8
Alden [1]  4/9
all [43]  4/12 4/16 5/24 12/23 18/9 27/14 31/5 38/25 43/1 43/5 43/9 43/9 43/9 44/19 44/22 47/20 51/19 55/14 56/6 56/8 56/11 63/25 70/19 70/24 71/1 72/24 75/24 77/5 77/10 78/9 80/16 84/8 84/15 88/3 88/25 90/4 90/4 90/5 95/1 97/14 97/18 97/22 107/10
alleged [1]  71/4
allegedly [1]  70/13
allow [4]  44/25 57/19 75/23 82/23
allowed [2]  45/20 75/24
allows [1]  68/1
almost [2]  55/10 107/4
along [2]  77/4 77/22
already [5]  48/15 70/20 70/24 85/10 108/1
also [26]  12/8 12/20 13/19 17/10 21/23 33/25 46/8 47/24 55/19 55/20 59/8 64/8 65/5 77/11 81/12 85/19 88/22 92/25 99/3 101/13 102/11 102/25 103/22 104/22 106/8 106/13
Although [1]  96/16
always [1]  63/1
am [15]  5/23 26/21 43/8 48/13 59/16 67/21 71/8 71/9 71/10 73/2 97/4 97/5 107/19 107/21 107/22
AMERICA [2]  1/3 4/5
amongst [2]  55/11 107/6
amount [10]  22/19 29/17 29/23 34/22 35/1 60/19 63/11 80/21 85/4 102/6
amounts [3]  9/1 16/10 90/6
analysis [16]  6/24 16/12 17/17 47/22 67/8 67/16 69/23 70/8 70/14 78/11 78/13 78/14 85/23 86/1 86/5 87/8
analyze [2]  75/17 102/1
analyzing [1]  76/13
announced [1]  54/5
announcement [6]  46/16 46/18 46/21 49/21 54/2 54/4
anonymous [1]  59/5
another [14]  20/12 37/22 43/8 47/2 47/12 54/4 55/6 83/14 83/16 87/3 91/14 94/16 106/14 107/22
answer [5]  5/5 16/25 17/1 95/6 95/11
answers [1]  17/15
any [27]  5/19 11/19 19/17 22/14 23/13 27/11 30/2 31/21 42/17 46/20 48/3 50/12 55/12 61/22 66/12 67/25 70/21 73/22 76/22 79/7 82/17 87/21 89/10 89/14 96/12 100/25 107/6
anyone [1]  107/7
anything [17]  4/2 5/5 6/25 16/7 36/25 37/24 38/20 40/7 41/3 46/15 56/3 71/7 88/24 97/12 97/19 107/8 107/10
anyway [1]  55/22
Apologies [1]  62/8
apologize [3]  37/21 38/18 74/18
app [2]  67/22 67/24
appear [11]  17/18 29/10 37/10 41/10 48/3 48/5 62/6 62/8 62/15 66/21 73/9
APPEARANCES [3]  1/12 1/23 2/1
appeared [2]  12/19 37/12
appears [7]  38/13 38/15 38/16 38/17 62/7 62/9 74/20
application [3]  67/25 68/3 74/6

applies [1]  37/15
approach [1]  4/7
appropriate [3]  60/18 60/19 88/23
approximate [4]  20/7 63/12 80/22 101/3
approximately [36]  10/16 10/18 15/12 18/17 18/18 18/23 20/10 30/1 35/6 35/22 35/25 36/1 53/1 68/18 85/7 92/14 92/22 92/23 93/6 93/9 99/20 100/2 100/5 101/5 101/7 101/25 102/7 102/23 103/8 103/18 106/2 106/6 106/6 106/12 106/12 106/18
April [6]  5/1 5/4 5/19 6/3 7/16 66/21
April 2013 [1]  66/21
April 29th [4]  5/1 5/4 5/19 7/16
archive [3]  29/4 29/6 29/9
archived [1]  29/12
are [130]
are those [1]  28/13
area [1]  5/20
aren't [1]  89/2
argue [3]  89/5 89/12 97/6
argument [1]  88/12
argumentative [2]  88/1 88/24
around [1]  67/4
arrangement [1]  91/15
arrest [4]  6/4 68/22 80/3 101/4
arrested [2]  68/19 82/3
arrow [3]  16/3 74/14 105/20
arrows [5]  43/11 43/12 44/9 44/10 44/12
as [49]  5/17 7/18 7/18 8/9 16/3 18/12 19/25 20/4 23/6 26/19 26/20 29/20 33/15 33/17 34/4 37/16 37/17 43/6 44/13 44/19 44/23 45/1 45/14 46/12 47/18 48/1 52/8 55/16 66/22 68/11 68/11 70/13 70/18 71/2 71/17 72/7 72/19 72/19 72/25 72/25 73/20 73/23 78/10 88/10 88/18 89/16 93/11 95/9 107/15
ask [3]  5/2 16/24 59/19
asked [3]  16/20 17/9 108/1
asking [1]  6/19
asserted [1]  97/22
assess [4]  44/21 44/23 45/4 45/11
assessed [1]  49/20
assessing [1]  78/12
asset [1]  101/18
assets [3]  91/8 100/25 101/8
assigned [2]  28/7 28/14
assist [3]  7/25 49/14 49/23
assistance [4]  19/2 23/3 38/7 42/6
assisted [1]  73/21
associated [3]  28/19 64/3 69/9
attached [3]  72/19 84/6 84/12
attention [48]  10/9 10/19 12/10 13/8 14/2 18/14 20/19 20/24 21/12 22/11 22/23 26/1 26/2 26/17 28/15 29/4 29/14 30/21 31/10 32/22 34/11 34/19 35/13 35/17 37/14 40/15 42/1 45/19 48/2 50/2 57/23 60/7 61/18 63/3 64/11 64/12 66/2 73/3 74/3 81/15 81/21 83/3 83/10 83/12 84/22 92/2 94/13 96/3
attribution [5]  21/22 22/2 33/19 34/7 36/16
auction [2]  60/18 61/3
auctions [1]  59/8
Aurum [13]  8/16 8/23 15/24 16/1 16/3 18/8 20/2 22/18 40/4 40/5 51/2 56/18 57/3
authentic [1]  70/18
authenticate [2]  71/22 72/7
authenticated [1]  70/1
authenticity [2]  70/3 96/24
author [1]  58/11
automatically [1]  66/21
available [1]  68/5
Ave [2]  1/14 1/20

Avenue [1]  2/8
avoid [2]  59/20 71/24
away [2]  24/17 74/14

**B**

BA [1]  27/22
back [38]  6/14 7/8 7/13 7/25 9/9 10/19 13/1 14/2 15/1 15/7 15/24 15/25 21/12 32/21 32/22 34/11 35/13 38/8 40/5 40/15 46/21 49/9 55/10 55/13 56/6 57/18 61/4 64/19 71/6 71/16 71/17 81/15 84/19 84/22 88/19 97/23 98/1 107/4
backup [1]  29/11
backward [1]  86/3
backwards [2]  46/22 92/1
balance [7]  20/7 20/7 75/12 80/2 82/2 82/4 101/3
balances [1]  75/16
Bankruptcy [1]  2/7
bar [1]  84/14
based [5]  44/17 47/2 96/25 97/1 100/23
basically [1]  71/3
basis [1]  89/15
BC [1]  94/25
be [70]  5/5 5/16 11/22 15/25 17/18 23/15 27/14 28/5 28/9 28/12 28/18 32/6 32/21 33/12 37/10 37/12 41/10 41/16 42/20 43/23 48/18 48/20 49/5 49/6 50/18 55/22 60/2 60/25 61/2 61/24 62/6 62/7 62/8 62/9 62/10 62/15 62/16 62/17 66/14 66/21 67/4 67/8 68/11 68/12 69/9 69/17 70/1 71/14 71/19 71/22 72/7 72/11 73/9 74/19 76/24 79/9 82/24 86/25 87/3 90/16 90/21 95/8 96/23 98/1 98/6 100/21 100/22 103/9 106/25 107/17
became [1]  7/4
because [18]  4/18 6/18 22/3 34/1 41/16 43/5 45/3 45/25 47/14 47/20 55/23 60/1 71/14 87/4 88/2 88/20 90/10 107/25
been [20]  5/6 10/2 13/24 14/22 16/13 16/20 16/21 17/9 17/11 17/12 17/22 30/18 30/19 50/3 57/3 57/6 57/8 57/11 57/12 89/21
before [24]  1/9 4/2 6/1 7/13 10/2 13/24 14/22 16/17 16/20 16/22 17/10 17/11 17/12 41/17 43/5 46/17 56/3 56/15 73/23 78/13 86/16 97/22 98/1 107/10
beforehand [1]  5/16
beginning [6]  20/4 50/22 58/25 80/12 80/14 94/23
begins [2]  61/14 85/4
behavior [1]  22/3
being [22]  7/7 16/8 16/11 17/15 18/5 18/5 18/7 18/7 18/8 20/13 21/2 21/3 21/4 53/23 70/12 73/20 86/16 88/19 89/10 89/16 90/3 97/21
believe [19]  5/14 5/14 6/19 6/22 8/2 19/12 38/8 42/8 51/15 52/3 65/11 66/2 69/21 77/8 90/1 90/3 101/5 101/7 105/20
belong [10]  33/25 44/22 44/24 47/2 47/14 47/17 47/19 47/21 48/21 78/12
belonged [4]  76/16 77/12 79/19 86/21
belonging [1]  44/17
below [4]  48/6 48/23 58/12 81/21
bench [10]  4/21 7/11 59/13 60/4 70/10 72/10 87/24 90/20 96/20 98/4
between [18]  7/17 10/16 15/10 16/8 16/10 18/8 29/24 29/25 30/2 35/22 52/15 52/17 52/18 53/9 81/24 86/18 93/13 98/14
big [1]  45/10

**B**

Binance [3]   93/8 104/7 104/11
binder [2]   14/25 15/3
bit [9]   29/12 43/4 44/18 47/7 48/8 63/22 64/19 83/4 83/18
Bitcoin [253]
BitcoinFog [2]   43/17 49/8
BitcoinFog.com [2]   62/7 62/21
Bitcoins [5]   59/6 63/1 63/12 93/5 93/21
BitDials [11]   78/24 78/25 79/1 82/1 82/2 82/5 82/6 82/12 82/14 83/7 83/24
bitdials.eu [1]   83/15
Bitfinex [2]   104/23 105/12
BitPay [2]   64/8 64/12
Bitstamp [3]   105/16 105/25 106/23
Blind [2]   51/11 51/21
block [6]   11/1 12/8 31/4 32/24 76/1 107/18
blockchain [14]   11/1 13/20 24/9 31/5 31/9 31/23 32/3 36/12 40/23 46/23 64/25 81/2 86/3 92/1
blockchair.com [1]   31/4
blue [2]   45/10 84/16
body [5]   58/6 58/9 60/17 98/13 98/15
both [9]   21/9 31/24 48/7 67/17 78/20 79/2 91/15 99/9 100/13
bottom [11]   40/18 45/21 45/21 62/11 65/18 65/23 75/4 75/5 75/13 77/4 77/22
box [11]   18/15 43/15 43/16 44/13 44/16 45/1 45/2 45/13 45/21 47/10 56/9
break [8]   55/6 55/9 55/16 56/15 79/21 107/1 107/3 107/11
brief [1]   4/17
briefly [2]   8/8 49/14
bring [3]   4/2 56/9 98/2
bringing [2]   19/10 27/1
BRODIE [1]   1/15
broken [1]   47/13
Brooklyn [1]   2/4
BROWN [3]   1/15 4/11 39/7
Bs [1]   44/6
BTC [4]   10/5 75/15 98/16 98/20
bulk [1]   68/7
Burned [3]   81/18 81/21 81/24
business [12]   63/5 89/2 89/10 89/12 89/18 89/20 89/22 90/13 99/10 101/13 101/22 102/2
businesses [1]   57/19
buy [6]   24/24 28/10 51/11 58/22 59/3 83/20
buys [1]   10/7

**C**

calculated [2]   77/20 100/22
call [2]   4/4 71/12
called [3]   70/12 70/16 70/18
came [25]   29/12 33/5 36/16 47/5 48/12 49/11 63/17 63/18 65/2 65/3 81/6 84/1 86/4 89/4 89/7 89/23 93/1 99/22 102/21 103/16 104/5 104/12 105/10 106/5 106/8
can [161]
can't [4]   71/15 74/18 75/10 76/9
capture [1]   83/16
carefully [2]   60/20 60/22
cars [3]   83/11 83/19 83/20
case [13]   4/4 4/5 25/18 27/7 45/9 55/11 66/25 73/13 78/11 88/12 88/15 107/5 107/7
cases [4]   72/24 86/6 86/13 86/15
cash [3]   81/20 93/14 95/18
cashing [1]   95/22
CATHERINE [1]   1/13
Ccips [1]   1/19
cell [2]   73/9 96/24
certain [1]   72/19

certainly [1]   90/15
certify [1]   109/3
Chad [1]   74/14
Chainalysis [14]   12/18 12/19 21/22 33/10 33/18 34/3 34/7 34/9 36/16 43/21 47/24 63/19 65/3 76/2
Chainalysis's [1]   34/8
chains [2]   78/10 78/12
chance [2]   6/7 60/21
change [6]   32/21 46/10 48/10 49/1 50/6 77/13
characterize [1]   104/1
chart [48]   7/25 8/7 8/22 9/11 9/13 10/19 10/21 13/1 14/3 16/6 17/25 18/14 18/20 18/22 19/6 19/11 19/24 19/25 20/1 20/5 20/9 21/12 22/21 22/25 23/20 24/17 28/22 29/1 29/18 34/11 34/15 35/13 36/20 37/6 37/25 43/2 43/15 45/6 45/7 46/24 48/4 49/9 50/22 54/20 88/24 90/14 92/19 102/19
chartered [1]   83/11
charts [20]   8/10 19/13 38/1 38/8 38/13 38/20 38/25 40/2 40/3 40/8 40/16 41/4 41/11 41/24 42/3 42/9 42/13 56/16 87/7 103/3
chat [1]   96/5
chats [3]   98/10 98/11 98/25
cheaper [1]   48/20
check [2]   14/25 107/12
checked [1]   77/9
CHRISTOPHER [2]   1/15 4/10
chronicling [1]   49/24
CipherTrace [1]   48/1
circle [2]   33/15 37/16
circles [1]   44/6
circumstances [1]   18/6
claim [1]   66/23
clarification [1]   31/23
clarify [3]   16/25 17/3 96/22
clean [1]   63/1
cleaner [1]   5/17
clear [18]   14/16 15/25 29/21 33/12 34/25 36/4 48/13 62/22 67/4 69/17 74/18 76/9 88/10 88/11 100/21 100/22 103/9 107/7
clearer [1]   46/7
clearly [1]   17/2
clerk [1]   108/1
click [5]   77/22 77/23 77/23 77/24 84/13
clicking [1]   77/16
cluster [17]   21/18 33/17 36/11 41/22 43/20 44/15 47/12 47/25 48/2 49/1 49/4 53/24 81/7 86/21 92/21 103/17 104/5
clustering [4]   33/19 34/7 34/8 34/9
co [7]   44/17 44/18 47/2 47/14 47/18 69/9 71/4
co-conspirators [1]   71/4
co-spend [2]   47/18 69/9
co-spending [3]   44/17 44/18 47/2
co-spent [1]   47/14
code [18]   14/6 14/7 14/9 14/10 14/13 14/21 15/16 15/19 15/21 16/20 17/9 35/2 35/5 35/7 35/11 35/20 35/23 62/15
codes [2]   8/15 18/7
cold [1]   68/11
collected [1]   25/13
collectively [2]   38/1 47/14
color [1]   84/16
COLUMBIA [1]   1/1
column [5]   26/10 27/22 84/8 84/11 84/13
come [20]   6/6 7/8 9/9 33/2 34/3 39/12 39/12 55/10 59/21 65/5 67/16 70/17 70/23 71/16 81/5 92/16 104/11 104/17 105/9 107/4
comes [3]   15/19 66/22 88/13
coming [6]   21/3 32/11 71/2 71/4

90/2 97/1
commentary [1]   5/20
common [2]   95/7 101/17
communicated [1]   51/20
communication [2]   94/7 94/16
company [2]   8/24 22/18
compare [2]   28/1 48/23
compiled [1]   76/19
completeness [1]   97/13
complicated [1]   17/24
computer [3]   68/3 69/21 83/5
conceal [2]   30/17 57/16
conclude [1]   55/21
conclusory [1]   88/25
condition [1]   84/17
conditional [1]   70/20
conditionally [9]   69/25 70/15 70/23 71/7 71/10 71/24 73/19 73/24 96/15
conduct [2]   55/12 107/6
conducting [1]   91/23
confer [2]   6/7 97/22
conference [10]   4/21 7/11 59/13 60/4 70/10 72/10 87/24 90/20 96/20 98/4
confirm [3]   6/6 39/18 78/14
confirmation [1]   22/4
confirmed [3]   34/3 47/25 78/11
confirms [2]   33/24 33/25
connected [2]   7/6 68/13
connects [1]   7/7
considered [1]   55/20
consistent [5]   22/3 26/8 49/5 49/6 98/24
consolidation [13]   21/25 22/1 36/18 36/22 43/16 43/24 44/1 44/3 44/15 45/4 45/9 45/10 45/13
conspirators [1]   71/4
constitutes [1]   109/4
Constitution [1]   2/8
contact [1]   91/9
Contacted [1]   59/1
contain [1]   63/9
contained [4]   41/22 75/17 75/24 76/15
contains [6]   63/11 75/14 84/4 84/5 88/21 88/22
CONTENTS [1]   3/1
continue [3]   11/2 56/12 80/19
continued [4]   1/23 2/1 3/4 8/4
control [2]   45/16 51/25
controlled [4]   21/20 36/7 36/14 106/14
controls [1]   52/6
convert [1]   100/25
converted [8]   8/13 15/14 15/20 18/5 21/2 24/5 35/5 39/13
converting [1]   51/1
Cool [1]   94/12
copies [2]   27/2 96/8
copy [3]   61/19 66/8 69/22
corner [2]   17/8 43/14
correct [10]   4/23 5/4 5/8 33/14 39/20 62/12 78/14 86/17 99/14 109/4
correction [1]   79/16
correspond [2]   45/7 73/15
could [58]   4/18 7/24 8/6 8/8 8/18 9/15 13/1 14/16 14/18 14/25 14/25 15/17 17/2 17/10 24/24 25/2 26/10 27/19 28/4 30/11 31/22 36/14 38/7 38/12 39/8 40/1 42/25 43/1 43/14 44/16 45/6 46/8 52/15 57/24 58/13 58/17 59/12 61/15 61/16 62/25 63/6 63/23 64/16 70/18 71/16 74/16 78/19 81/24 83/18 83/21 85/10 86/25 92/18 93/23 98/9 101/6 101/12 101/16
counsel [6]   4/7 4/8 4/10 4/15 6/7 17/1
counsel's [1]   59/15
count [1]   77/16

**C**

court [12]  1/1 2/6 2/7 4/14 5/9 5/10 5/18 6/18 72/2 80/11 109/3 109/13
Court's [2]  7/24 107/12
Courts [2]  2/7 71/23
covered [1]  21/16
covering [1]  105/21
create [4]  18/22 25/1 25/4 78/10
created [31]  9/18 9/19 15/5 15/6 16/13 16/17 19/6 22/25 25/6 26/12 26/13 27/23 28/2 28/18 37/4 42/3 50/23 51/7 51/8 52/24 53/2 53/5 53/7 53/8 76/13 76/17 87/16 92/7 103/6 104/10 105/19
creation [4]  15/11 92/8 99/16 101/21
credentials [1]  28/2
criminal [3]  1/3 4/5 41/14
criminals [1]  57/14
CRM [1]  1/19
cross [4]  6/2 72/8 88/10 88/13
cross-examine [1]  72/8
crypto [1]  83/20
cryptocurrency [6]  67/19 68/7 68/24 99/7 101/8 101/17
cumulative [1]  104/14
currencies [1]  39/13
currency [7]  85/20 91/5 99/4 103/23 104/7 104/23 105/15
custodial [1]  33/2
custody [6]  5/1 5/4 5/15 5/19 7/15 25/14

**D**

darknet [2]  24/20 24/21
data [5]  12/1 29/11 29/12 31/25 32/10
date [27]  9/22 10/14 10/15 10/15 13/6 14/12 15/5 21/10 26/10 26/11 27/22 28/1 28/3 28/18 31/6 58/4 60/13 63/11 64/19 64/21 85/8 85/9 92/6 92/8 94/14 94/15 101/21
dated [2]  20/25 109/10
day [14]  6/4 6/19 8/7 8/9 51/5 52/25 53/3 53/4 53/6 53/8 53/19 53/25 54/4 109/10
DC [5]  1/5 1/14 1/17 1/21 2/9
de [1]  69/22
dealings [1]  93/19
deals [1]  59/8
December [1]  64/21
decision [1]  6/21
deep [1]  84/16
defendant [16]  1/7 2/2 4/14 5/19 30/2 46/21 51/11 53/25 68/24 81/13 89/5 93/13 94/7 95/17 100/19 100/25
defendant's [33]  9/21 9/24 18/23 22/5 22/8 34/17 54/21 67/20 68/18 69/10 78/3 86/12 90/25 91/19 92/4 92/9 93/11 93/19 95/25 96/5 98/25 99/3 99/17 99/22 101/3 101/13 101/22 103/1 103/23 104/7 104/22 105/15 105/25
defense [8]  4/24 5/2 6/20 59/15 89/5 89/6 96/17 96/23
defense's [2]  90/13 97/1
delay [2]  71/16 71/25
deliberations [1]  7/19
demonstrating [1]  55/23
denied [1]  72/9
denotes [1]  9/13
DEPARTMENT [1]  1/13
depict [1]  82/13
deposit [72]  9/24 10/1 10/16 13/4 13/9 13/11 13/14 13/17 14/18 14/20 15/8 15/11 20/21 21/24 22/4 25/2 25/4 25/5 25/6 25/24 28/5 28/7 28/9 28/12 28/18 28/25 29/16 29/24 29/25 30/3 30/5 33/3 34/22

35/19 35/20 37/3 37/18 37/20 37/22 39/16 39/16 39/17 45/5 45/11 45/14 45/17 45/25 46/13 46/14 49/7 49/10 49/17 49/21 81/9 86/22 89/11 89/14 90/8 93/7 100/24 102/5 102/24 103/8 103/18 103/21 104/3 104/4 104/5 105/5 105/7 106/2 106/18
deposited [20]  8/12 8/16 14/3 18/5 18/17 35/4 35/8 49/20 53/23 86/9 86/16 87/1 91/25 92/9 92/13 100/20 101/24 105/6 105/24 106/1
depositing [2]  50/25 51/3
deposits [44]  8/23 16/9 16/11 16/17 39/14 39/19 39/21 40/13 40/14 44/4 46/20 53/25 86/2 88/2 88/6 91/25 92/15 92/20 92/21 92/22 93/4 93/7 93/9 99/19 99/25 100/3 100/4 100/5 100/6 100/14 102/11 102/20 102/23 103/7 103/9 103/12 103/16 103/19 106/3 106/4 106/7 106/16 106/17 106/20
Dept [1]  1/20
deputy [1]  108/1
derivation [3]  76/16 77/8 77/19
describe [9]  26/2 37/15 58/9 65/13 74/9 75/10 78/20 83/12 86/18
described [3]  15/18 45/7 54/20
description [1]  82/21
designed [1]  68/12
destination [1]  17/21
determine [17]  11/4 25/23 31/1 35/7 36/7 36/14 44/25 45/21 45/23 63/16 65/2 80/5 86/3 91/21 92/15 99/21 103/11
device [4]  67/25 69/16 69/18 74/7
devices [2]  96/9 96/23
diamond [2]  43/12 43/13
diamonds [4]  43/2 43/3 43/10 47/9
did [155]
didn't [6]  17/1 59/23 63/24 72/24 90/15 97/5
difference [1]  86/18
different [12]  8/15 9/7 12/24 18/6 29/12 39/13 43/4 49/7 74/8 77/4 87/5 89/21
direct [23]  3/4 8/4 10/19 18/14 26/1 26/17 45/19 59/18 64/11 86/18 86/20 88/2 88/6 88/11 88/17 88/23 89/11 89/14 90/8 93/4 96/3 99/25 102/5
directing [35]  10/9 12/10 13/8 14/2 20/19 20/24 21/12 22/11 22/23 26/1 28/15 29/4 29/14 31/10 32/22 34/19 35/17 37/14 40/15 42/1 48/2 50/2 57/23 60/7 61/17 63/3 64/12 66/2 73/3 74/3 81/21 83/3 84/22 92/2 94/13
directly [9]  78/8 86/12 86/13 89/24 92/20 103/16 103/19 106/5 106/16
discuss [4]  5/5 55/11 96/19 107/5
discussed [4]  5/7 44/18 47/22 78/10
discussing [5]  17/7 50/24 63/6 63/7 96/1
discussion [1]  17/14
display [1]  64/16
displayed [2]  72/22 72/25
dispute [1]  98/2
DISTRICT [4]  1/1 1/1 1/10 2/7
do [62]  4/24 5/2 5/22 6/1 6/1 6/8 7/3 11/10 11/11 15/25 19/4 19/5 19/13 19/15 23/11 24/3 31/3 31/12 31/13 36/2 37/10 38/18 42/9 42/11 57/6 57/14 57/15 57/17 59/23 59/25 60/25 62/16 66/6 66/7 66/24 67/16 68/6 69/20 71/12 73/5 73/7 73/17 75/20 75/23 76/10 76/11 81/18 81/22 81/24 82/9 82/10 82/13 82/15 85/13 85/23 86/5

document [3]  50/6 50/24 70/18
does [28]  9/20 11/15 11/17 12/14 12/16 12/20 12/22 17/25 21/6 23/9 28/1 29/18 29/19 31/16 31/18 32/20 34/5 44/25 45/7 48/23 62/6 62/8 63/9 76/18 76/20 86/11 87/17 87/19
doesn't [4]  6/24 70/21 89/14 95/5
doing [1]  81/4
DOJ [2]  1/16 1/19
DOJ-CRM [1]  1/19
DOJ-USAO [1]  1/16
dollar [1]  80/23
dollars [25]  8/14 9/2 15/14 15/20 15/20 18/5 18/18 18/21 18/23 20/10 20/13 22/20 23/23 51/1 51/3 63/12 85/6 85/7 90/3 90/7 91/13 91/14 92/12 92/14 101/8
domain [3]  18/1 18/11 53/19
don't [27]  7/2 7/8 16/2 17/4 32/2 51/15 52/2 52/9 55/9 55/11 55/12 59/14 74/9 74/21 77/22 79/21 89/12 90/10 90/12 96/25 107/3 107/4 107/5 107/6 107/7 107/25 108/2
done [4]  10/4 70/14 90/3 107/22
dot [1]  94/3
doubt [1]  71/19
down [21]  25/10 25/12 34/15 36/21 39/18 41/11 57/25 60/15 61/4 61/12 62/11 65/8 65/23 73/2 75/3 76/5 79/21 83/21 83/25 85/11 85/18
download [1]  67/24
drafter [1]  95/6
drugs [1]  24/20
duration [1]  39/11
during [2]  52/21 105/22

**E**

E9521B [1]  12/4
each [7]  75/25 77/8 77/15 77/16 77/23 89/21 100/23
earlier [6]  41/17 44/18 54/8 93/17 94/8 94/21
early [5]  41/12 41/14 41/16 41/19 52/17
ease [1]  68/5
easel [1]  8/2
economic [1]  48/20
effect [1]  97/12
effective [1]  57/12
effectiveness [1]  57/9
efficient [1]  71/23
either [4]  5/20 5/23 14/25 76/9
EKELAND [6]  2/2 2/3 4/13 5/22 97/3 107/15
Ekeland's [1]  6/2
elapsed [1]  29/24
electronic [2]  27/2 50/7
elicit [3]  24/20 24/21 24/22
else [6]  5/6 52/21 53/17 56/3 97/12 97/25
elsewhere [1]  67/16
email [18]  49/13 60/19 62/4 62/8 62/9 65/15 65/16 65/20 66/6 66/8 66/19 66/22 93/25 94/8 94/9 94/11 94/14 95/6
emails [1]  95/16
Emanual [2]  65/16 65/17
enabled [1]  24/22
end [10]  6/19 7/11 8/7 8/9 22/7 59/6 60/4 72/10 90/20 98/4
ending [3]  14/7 35/3 35/20
ends [1]  14/8
enforcement [5]  25/10 25/12 56/21 57/2 57/16
engaged [1]  55/21
entered [1]  89/21
entire [1]  50/13
entitled [2]  88/12 109/5

**E**

entries [1]  23/10
entry [4]  26/5 26/11 26/13 50/8
error [1]  94/10
escrow [2]  91/16 91/17
essentially [3]  5/3 33/4 69/7
Euro [1]  84/16
Euros [3]  8/13 18/5 50/25
even [4]  6/23 30/25 86/25 107/6
events [2]  49/24 50/21
ever [5]  10/2 13/24 14/22 57/2 57/3
every [1]  60/1
Everyday [1]  68/17
everyone [1]  7/13
evidence [31]  7/19 11/9 22/24 31/11 42/2 52/2 52/8 52/12 57/24 61/17 63/4 65/11 66/24 67/13 69/13 70/16 70/20 70/24 73/4 76/3 78/20 82/9 85/11 87/11 88/3 88/17 88/19 88/23 89/16 89/22 96/4
evidentiary [1]  89/15
examination [3]  3/4 8/4 88/11
examine [1]  72/8
example [4]  37/16 43/6 74/13 91/11
exchange [14]  33/2 63/24 63/25 72/20 91/4 91/5 91/5 98/16 98/20 99/4 99/7 104/7 104/23 105/15
exchanges [3]  18/4 85/21 94/16
Exclamation [1]  63/2
excuse [1]  45/23
exhibit [115]
Exhibit 14 [2]  19/4 63/3
Exhibit 15 [1]  57/23
Exhibit 18F [2]  61/16 61/18
Exhibit 3 [1]  23/3
Exhibit 309 [3]  31/10 31/20 32/6
Exhibit 310 [2]  11/8 11/22
Exhibit 314 [2]  19/1 21/13
Exhibit 314A [1]  19/10
Exhibit 315 [5]  8/6 10/20 13/1 15/17 41/1
Exhibit 315A [1]  38/16
Exhibit 316 [4]  22/23 23/7 23/9 34/11
Exhibit 316A [1]  38/15
Exhibit 317 [3]  42/1 42/15 42/25
Exhibit 317B [2]  42/7 45/19
Exhibit 317C [1]  42/6
Exhibit 323 [1]  45/6
Exhibit 356 [3]  87/11 90/21 99/2
Exhibit 360 [4]  78/19 79/6 79/9 84/22
Exhibit 370 [3]  50/2 50/10 50/17
Exhibit 370A [1]  50/5
Exhibit 403 [2]  8/19 22/11
Exhibit 405 [3]  9/15 15/1 36/24
Exhibit 407A [2]  9/23 40/11
Exhibit 408A [3]  13/8 34/19 37/14
Exhibit 409A [3]  14/15 15/7 39/8
Exhibit 436 [1]  85/10
Exhibit 438 [1]  64/11
Exhibit 47A [1]  20/18
Exhibit 603 [1]  26/17
Exhibit 603C [1]  27/19
Exhibit 603N [1]  28/4
Exhibit 703 [2]  69/13 83/21
Exhibit 705A [1]  73/3
Exhibit 705B [1]  74/16
Exhibit 706 [4]  76/3 76/18 76/21 76/24
Exhibit 708A [2]  82/8 82/24
Exhibit 708B [1]  83/12
Exhibit 737A [1]  96/3
Exhibit 835 [2]  93/23 95/15
Exhibit 845 [1]  94/13
Exhibit 848 [1]  66/2
Exhibit 863B [1]  65/8
exhibits [20]  3/6 3/8 3/8 3/9 3/10 3/10 3/12 3/14 3/15 23/17

27/10 27/13 38/19 40/2 40/15 71/11 71/24 73/5 73/24 98/5
expand [1]  84/14
expectations [1]  108/2
expected [1]  34/4
expensive [1]  83/8
experience [4]  38/2 57/14 68/6 68/15
expert [6]  88/22 89/24 90/2 90/8 90/15 90/16
explain [57]  11/25 17/10 17/16 20/19 24/18 26/5 29/5 29/8 29/14 32/12 33/9 33/15 34/20 35/18 39/10 40/11 43/1 43/18 44/5 44/16 46/8 46/19 47/10 48/7 52/15 57/25 60/8 62/3 63/6 63/22 66/18 67/22 69/4 69/14 72/15 74/4 74/16 74/24 77/3 79/13 83/4 83/22 83/25 86/1 91/6 93/19 93/23 94/6 94/19 95/15 98/12 98/22 99/24 101/16 102/18 103/5 103/15
explaining [1]  80/19
explorer [4]  12/8 31/4 32/3 32/24
explorers [1]  76/2
export [1]  69/17
extended [1]  37/11
externally [1]  77/13
extracted [1]  70/6
extraction [6]  70/4 72/7 72/16 96/14 96/24 97/1

**F**

F916D [2]  35/3 35/21
fact [5]  5/6 7/18 18/12 34/3 90/7
failed [1]  74/20
fair [3]  61/18 66/8 96/8
fairly [6]  11/15 19/13 27/5 42/9 82/13 87/17
familiar [1]  67/19
far [4]  27/22 27/23 70/24 72/25
fashion [1]  46/1
favorable [1]  91/15
FBI [6]  25/13 25/16 25/17 26/15 27/6 30/18
February [2]  1/5 109/10
federal [1]  5/3
fees [2]  10/7 21/4
few [1]  92/18
field [1]  13/12
figures [1]  89/23
file [6]  26/12 26/13 28/2 69/15 70/6 72/25
files [2]  96/8 96/17
filing [1]  66/23
find [4]  31/7 41/19 93/3 102/4
finding [4]  6/16 6/17 7/1 56/1
findings [1]  87/8
fine [10]  5/11 5/17 5/21 5/23 8/1 59/4 59/25 61/4 72/4 107/20
first [48]  4/18 8/21 9/3 10/24 13/14 15/8 15/11 16/9 16/11 16/16 17/16 20/16 21/24 23/19 24/21 27/19 28/11 32/17 36/18 36/22 37/3 37/18 37/18 41/21 42/25 43/1 43/16 43/19 43/24 44/14 46/3 46/20 49/10 49/17 50/8 58/7 70/19 74/3 74/7 74/25 77/5 77/10 78/22 83/25 85/2 98/12 105/1 105/18
five [4]  44/12 44/22 53/1 93/4
fix [2]  60/21 105/22
Floor [1]  2/4
flow [8]  17/17 17/25 18/1 18/22 30/14 38/5 41/9 57/12
flowing [1]  20/2
focus [1]  41/14
fog [86]  18/1 18/11 21/18 21/21 22/3 22/4 22/6 22/9 22/13 22/17 36/11 36/15 40/6 41/12 41/19 41/21 43/20 43/25 44/4 44/14 45/1 45/5 45/6 45/14 45/16 45/18 45/24 45/24 46/3 46/13 46/14 46/16 46/18 46/20 49/1 49/10 49/17

49/20 49/21 49/25 53/19 53/24 54/1 54/2 54/5 57/21 58/22 59/3 62/17 63/1 64/3 78/9 81/7 81/11 86/10 86/14 86/21 86/24 88/3 88/3 88/6 89/4 89/7 89/9 89/12 89/14 89/24 90/8 92/21 92/23 93/12 100/4 100/12 100/14 100/18 102/10 102/22 103/17 104/5 104/20 105/10 105/13 106/5 106/9 106/21 106/24
following [3]  22/21 37/23 46/22
foregoing [1]  109/4
form [3]  5/3 12/8 14/6
formatting [1]  60/22
forms [1]  12/24
formula [1]  84/14
forth [2]  55/25 71/16
forward [2]  48/10 49/1
found [13]  31/8 33/25 34/2 34/6 41/21 67/20 78/15 80/15 89/4 92/19 92/20 93/4 102/5
foundation [3]  70/16 70/21 71/11
four [4]  81/16 81/18 83/15 99/25
frequently [3]  29/11 86/6 87/2
front [5]  30/21 70/20 70/25 92/3 99/12
full [6]  59/7 77/24 78/7 84/14 89/1 107/18
function [1]  44/2
functionality [1]  64/1
fund [4]  25/2 25/3 28/13 50/24
funded [1]  80/6
funding [9]  20/22 78/22 79/21 93/11 93/12 100/10 100/12 100/15 100/17
funds [138]
further [3]  5/20 70/1 108/6

**G**

gave [1]  70/6
general [5]  37/5 59/17 67/23 87/2 87/6
generally [15]  28/5 40/12 46/24 62/16 65/13 65/19 72/15 73/8 74/10 78/14 78/21 86/8 93/19 93/21 98/10
generate [1]  77/6
generated [5]  35/23 66/22 77/7 77/17 79/18
get [8]  6/20 7/14 31/22 57/2 74/21 96/18 107/18 107/23
getting [1]  88/6
give [4]  6/5 51/14 59/11 60/21
given [1]  61/12
giving [1]  65/21
gmail [1]  66/9
gmail.com [4]  65/16 66/20 94/1 94/21
go [26]  6/14 6/15 8/6 13/2 21/6 21/17 24/3 32/20 33/3 34/16 37/17 38/25 39/2 41/11 54/17 55/9 57/24 59/12 60/1 70/9 74/16 85/18 91/7 101/18 101/19 107/3
goes [7]  33/4 48/14 49/3 49/4 55/23 97/23 98/1
going [40]  6/16 7/14 15/7 26/21 34/2 39/10 43/1 43/12 44/6 48/13 49/9 54/21 55/6 60/2 70/7 71/14 71/14 71/19 71/21 72/6 75/3 78/2 80/19 80/21 81/8 82/19 84/23 88/19 88/20 89/5 89/11 96/19 97/4 97/5 99/21 101/18 101/18 104/21 107/15 107/23
gone [2]  70/20 74/14
good [6]  4/9 4/12 4/13 4/16 95/1 106/25
goods [2]  24/22 82/6
got [3]  34/25 55/6 71/4
Gothencoin [1]  92/4
government [48]  3/7 3/8 3/8 3/9 3/9 3/10 3/10 3/11 3/11 3/12 3/12 3/13 3/13 3/14 3/14 3/15 4/8 4/22 4/23 5/17 5/21 6/19 9/15 11/18

**G**

government... [24]  19/16 23/12 27/10 31/19 42/15 50/10 61/21 66/11 69/25 71/9 71/11 73/18 76/21 79/6 82/16 87/20 88/17 89/8 89/11 90/10 96/11 97/6 97/24 101/10
government's [2]  6/24 88/14
Gox [45]  8/12 9/8 9/14 9/16 13/4 13/18 14/4 14/10 15/1 18/7 18/9 20/2 20/22 21/15 23/22 24/1 24/4 34/18 34/20 35/2 35/11 36/24 44/11 47/8 49/12 49/17 49/19 50/25 51/2 51/8 52/18 53/4 53/7 53/8 53/10 53/23 54/15 54/22 55/1 55/4 56/17 103/1 103/12 106/17 106/20
grant [1]  51/19
graph [2]  43/4 43/8
graphs [1]  43/4
gray [7]  43/2 43/3 43/10 43/12 43/13 44/12 47/9
green [3]  44/9 44/10 77/18
ground [1]  88/23
grounds [2]  32/4 70/3
group [1]  6/24
guess [2]  88/1 107/24

**H**

hacking [1]  68/14
had [32]  5/16 6/7 8/12 10/2 10/3 13/24 14/1 14/22 14/24 16/13 16/20 16/21 17/9 17/10 17/12 27/2 30/18 33/6 47/13 53/10 56/21 56/24 64/23 69/7 72/4 72/5 78/13 80/6 81/5 92/16 94/22 95/9
half [1]  30/1
hallway [1]  107/8
hand [2]  17/8 43/14
happened [8]  15/13 19/23 21/23 22/16 25/9 25/11 29/20 54/7
happening [8]  20/20 20/25 29/15 44/5 52/15 52/21 95/15 98/22
happens [13]  9/5 14/2 14/3 20/11 34/24 37/20 51/5 51/10 53/3 53/9 53/17 53/21 53/25
happy [2]  107/19 107/21
hardware [1]  68/12
has [20]  5/6 6/7 25/14 28/24 44/8 45/20 48/14 48/15 49/15 50/3 50/7 69/5 70/20 70/23 74/14 88/25 89/8 89/21 95/7 108/1
hash [8]  12/4 32/15 63/13 64/15 79/18 80/12 84/9 85/2
HASSARD [2]  2/2 4/15
have [67]  5/18 5/22 7/15 8/2 16/18 16/20 17/9 18/6 19/2 23/3 23/5 27/23 30/19 31/24 34/4 34/25 43/5 43/7 47/15 48/19 52/7 53/22 54/25 55/6 55/8 55/20 56/21 56/24 57/2 57/4 57/6 57/8 57/9 57/11 57/11 57/12 63/24 68/6 68/24 69/6 70/14 70/16 70/18 70/19 70/21 71/4 71/14 71/16 72/1 74/9 74/11 74/12 74/20 77/16 77/18 84/6 89/9 89/12 89/14 90/10 94/25 96/25 98/2 103/3 103/4 107/8 107/21
haven't [2]  6/25 71/6
having [2]  5/9 68/4
he [22]  5/4 5/5 6/8 8/12 26/9 30/4 33/5 62/10 65/21 68/19 71/15 82/21 84/5 89/3 89/25 90/16 93/18 95/7 95/8 95/19 98/23 101/2
head [1]  95/10
hear [1]  72/2
heard [3]  6/10 6/12 51/25
hearing [1]  107/22
hearsay [18]  19/18 23/14 27/12 32/4 42/18 71/2 76/23 79/8 87/22 88/21 89/1 89/2 89/13 89/15 96/13 97/7 97/15 97/18

heavydist [5]  65/16 66/9 66/20 94/1 94/21
held [8]  4/21 59/13 70/10 75/7 75/8 80/2 87/24 96/20
Hello [2]  58/22 59/3
help [2]  30/17 33/22
helpful [2]  39/16 94/2
her [1]  72/8
here [93]  9/12 11/25 12/11 12/17 20/20 21/1 21/2 21/9 21/16 26/5 26/7 28/6 29/5 29/15 30/13 31/25 32/9 32/13 32/23 33/9 34/13 34/15 35/15 35/16 36/21 36/22 38/14 38/14 38/14 38/16 38/16 38/17 39/2 39/3 40/4 40/5 40/6 40/13 40/13 40/13 40/14 40/17 41/2 43/2 43/6 45/8 45/10 45/22 46/2 46/6 46/7 47/4 47/5 47/10 47/13 47/15 47/16 47/16 47/16 48/10 49/1 55/8 58/1 59/16 60/2 60/8 62/3 63/4 64/13 66/18 69/14 72/15 74/4 74/9 74/17 74/24 75/14 79/13 79/15 80/8 83/4 83/13 84/23 90/2 90/5 93/11 93/24 94/19 94/24 98/22 99/24 100/20 103/5
Hi [3]  94/24 98/15 98/20
high [6]  18/11 49/15 53/13 53/20 69/14 101/18
highlight [1]  39/14
highlighted [1]  77/18
highlighting [2]  10/6 44/10
highly [1]  89/15
him [7]  5/9 6/5 6/10 6/12 7/7 65/21 71/16
his [14]  6/4 6/7 16/25 68/25 69/17 70/8 72/18 81/13 90/14 90/15 90/16 90/16 97/9 101/4
history [2]  75/18 78/2
holdings [1]  68/7
home [2]  83/14 83/17
honestly [2]  90/12 97/5
Honor [35]  4/3 4/9 4/13 4/17 4/22 5/13 5/23 7/10 7/21 16/23 31/22 51/18 51/22 52/7 54/18 55/5 56/2 56/4 56/5 56/13 59/10 59/14 70/5 70/11 72/2 82/18 82/19 87/25 88/16 89/8 90/1 96/18 98/3 106/25 108/4
HONORABLE [1]  1/9
hoodlum.se [1]  65/17
hops [1]  86/25
hosted [2]  63/21 63/25
Hosting [3]  18/11 53/14 53/20
hotmail.com [7]  9/13 13/4 20/14 52/23 59/2 62/4 64/14
hour [1]  84/17
hours [4]  30/1 35/6 36/1 60/18
how [47]  9/20 10/16 12/18 15/10 15/10 17/16 17/25 18/16 18/19 21/20 24/24 28/1 28/9 29/24 29/24 30/9 30/16 31/3 33/22 35/4 36/14 37/15 44/1 45/7 46/19 48/23 67/22 68/18 68/21 69/4 75/20 76/17 77/9 77/20 85/6 89/23 91/11 91/23 92/9 95/7 99/17 101/22 104/1 105/18 105/24 106/3 106/11
HTML [1]  62/15
HTTP: [1]  62/21
HTTP://BitcoinFog.com [1]  62/21
Hugo [1]  98/14
hundred [1]  18/21

**I**

I'd [2]  26/1 59/3
I'm [7]  26/22 30/11 39/16 47/6 58/15 58/24 65/10
ID [3]  32/15 84/9 85/2
identified [4]  32/11 33/17 91/24 102/20
identify [3]  33/6 46/2 80/5
identity [1]  55/24
image [7]  74/3 74/25 75/1 75/3

75/13 83/14 83/16
images [4]  73/9 73/20 73/21 83/15
immediate [1]  37/20
immediately [6]  16/17 21/23 30/13 36/17 37/4 37/22
implication [1]  88/5
implying [1]  88/2
improved [1]  41/18
include [3]  56/16 86/11 99/9
included [2]  62/18 62/22
includes [1]  94/22
including [4]  25/17 72/18 72/20 78/20
independently [1]  55/20
indicate [2]  66/25 102/22
indicates [3]  44/17 67/2 77/11
indicating [1]  95/22
indicative [2]  38/2 38/4
indirect [6]  86/19 86/23 87/3 92/22 100/4 102/20
indirectly [4]  89/24 102/22 104/5 106/8
individual [1]  100/23
infinite [1]  77/6
information [43]  9/16 11/13 11/15 12/14 12/20 12/21 12/24 13/23 15/2 16/21 24/12 27/20 31/16 32/3 32/12 32/14 32/25 33/22 36/25 40/10 42/10 55/19 63/9 65/21 67/2 69/10 72/18 72/20 72/22 73/10 75/11 76/1 76/14 76/18 77/20 78/1 79/3 82/21 84/3 84/4 84/11 87/17 90/16
informed [1]  17/16
initial [2]  36/16 79/16
input [1]  47/16
inputs [9]  43/5 43/9 43/11 44/8 44/13 44/19 44/23 45/14 47/19
insta [2]  94/25 95/2
instances [1]  86/11
Instawallet [11]  63/18 63/20 63/21 65/3 65/5 66/23 67/1 67/3 67/4 67/8 95/12
instawallet.org [3]  66/1 66/20 66/22
instead [3]  59/20 74/13 74/14
instructed [1]  5/5
instruction [1]  6/6
intended [1]  17/21
intent [1]  55/23
interest [2]  51/21 78/25
intermediary [1]  86/24
internet [2]  63/24 68/13
investigation [2]  25/15 27/7
involve [2]  98/10 98/11
involved [3]  89/10 91/17 107/7
IP [1]  70/14
is [488]
isn't [1]  88/17
issue [3]  6/16 70/12 96/21
it [187]
its [7]  12/7 25/7 39/11 57/19 59/8 79/2 88/14
itself [2]  57/3 72/23

**J**

jail [1]  5/6
Jeff [1]  4/11
JEFFREY [1]  1/18
John [1]  98/14
joined [1]  4/10
JUDGE [2]  1/10 59/22
June [2]  80/25 85/13
June 17th [1]  80/25
jury [50]  1/9 4/2 7/2 7/9 7/12 8/8 11/23 23/16 24/18 27/15 28/9 32/6 33/1 42/16 42/21 45/16 50/11 50/18 51/25 52/11 55/15 55/18 56/9 56/10 58/14 61/25 66/15 70/20 70/25 72/12 73/2 76/6 76/25 79/10 79/24 82/25 84/1 88/20 88/20 89/16 90/22 97/23 98/1 98/6

**J**

jury... **[6]** 100/10 104/13 106/19 107/9 107/24 107/25
jury's **[2]** 51/24 52/6
just **[81]** 4/18 5/2 5/4 5/14 5/16 5/18 5/19 6/5 6/6 7/8 7/13 8/8 12/15 12/23 15/18 15/25 16/7 16/24 17/1 19/18 19/23 20/1 21/6 22/13 22/17 23/1 37/5 38/18 39/18 40/18 43/6 43/7 46/22 46/24 48/12 48/12 48/20 49/3 49/9 49/14 51/24 54/20 55/25 58/17 59/11 59/17 59/19 59/22 67/13 67/25 68/2 68/20 69/3 70/22 71/6 71/8 71/10 71/10 71/20 74/8 76/5 76/23 77/10 77/20 77/23 78/7 80/16 83/16 85/11 87/22 88/6 88/13 94/22 95/7 96/22 96/22 97/5 100/8 107/15 107/17 107/18
JUSTICE **[2]** 1/13 1/20
justifies **[1]** 6/21

**K**

keep **[6]** 7/2 7/8 25/7 55/6 68/13 97/15
key **[2]** 69/15 84/3
keys **[6]** 44/20 68/1 68/13 75/12 75/15 75/25
kilometers **[1]** 84/17
know **[13]** 15/25 21/20 47/13 47/16 47/19 47/20 51/24 67/14 69/20 72/8 85/13 88/5 95/6
knowledge **[1]** 55/24
knows **[1]** 5/14
Kolbasa **[28]** 14/15 14/22 15/5 15/6 16/19 17/7 17/10 17/12 35/11 35/16 35/17 35/24 36/2 37/8 39/3 39/4 39/6 39/8 39/10 39/14 40/7 41/7 52/19 53/8 53/11 54/12 54/15 55/3
Kolbasa99 **[2]** 14/10 39/2
Kraken **[14]** 99/4 99/6 99/7 99/9 99/17 99/22 100/1 100/15 100/18 101/1 101/4 101/22 102/1 102/11

**L**

labeled **[2]** 33/16 44/16
labs **[1]** 48/1
large **[1]** 70/15
Largely **[1]** 105/13
last **[11]** 20/1 37/6 37/7 37/7 54/9 54/25 55/3 62/11 62/12 85/11 85/12
later **[11]** 7/3 7/8 9/10 36/3 52/25 53/1 53/25 54/4 76/16 93/1 94/10
launch **[3]** 22/6 22/9 49/24
laundering **[8]** 17/19 17/23 30/10 30/15 38/6 41/10 57/10 57/11
law **[6]** 2/3 25/10 25/12 56/21 57/2 57/16
lawyers **[2]** 52/10 52/10
lay **[1]** 71/11
layer **[2]** 30/7 41/8
layering **[6]** 17/18 17/19 17/23 30/14 38/5 57/15
leading **[7]** 59/16 59/17 59/17 59/20 59/22 67/10 102/13
learn **[1]** 75/17
least **[2]** 7/4 86/23
leave **[3]** 5/19 24/18 108/2
leaving **[2]** 20/1 53/22
ledgers **[2]** 89/9 90/11
left **[7]** 17/8 18/23 20/8 36/17 64/19 84/8 84/19
left-hand **[1]** 17/8
legal **[1]** 55/21
less **[1]** 8/2
let **[7]** 4/4 17/4 28/24 29/21 36/4 40/21 97/22
Let's **[3]** 55/8 55/10 70/9

**level [2]** 49/15 69/14
levels **[1]** 88/21
Liberty **[32]** 8/16 8/18 9/1 9/24 18/9 18/15 18/16 18/18 18/24 19/7 20/3 20/8 20/10 20/11 20/12 20/22 22/12 22/19 22/20 23/22 24/1 50/24 51/3 51/3 51/6 53/1 53/11 53/13 54/14 56/17 56/21 57/5
like **[28]** 5/6 5/24 6/8 6/20 11/8 18/14 19/1 26/1 26/17 30/7 30/12 33/1 48/19 55/5 58/22 59/3 62/10 63/23 64/11 65/8 67/25 68/2 76/9 83/8 91/14 96/3 98/15 98/20
limited **[3]** 37/11 37/12 59/9
limiting **[1]** 88/14
LINDSAY **[3]** 2/6 109/3 109/12
line **[17]** 10/9 10/11 34/21 34/22 34/24 35/1 35/18 35/19 36/3 36/4 58/6 62/11 62/12 64/12 85/11 85/12 98/12
lines **[7]** 10/6 21/3 37/21 81/17 81/18 92/18 102/18
lingo **[1]** 101/17
link **[2]** 62/18 62/21
list **[6]** 28/7 69/17 75/21 77/10 80/16 83/24
listed **[3]** 74/7 74/9 77/16
listener **[1]** 97/12
little **[4]** 43/4 43/10 47/6 83/4
live **[2]** 29/10 29/13
load **[1]** 24/24
Local **[1]** 81/20
LocalBitcoin **[15]** 89/20 91/1 91/4 91/8 91/12 92/3 93/11 95/19 95/21 100/13 102/6 102/12 104/12 104/17 105/3
LocalBitcoins **[12]** 91/3 91/20 91/22 91/24 92/10 100/1 100/7 100/7 100/14 103/19 104/19 105/9
located **[1]** 99/7
log **[9]** 29/5 37/6 37/7 37/7 54/9 54/25 55/3 63/23 105/1
log-in **[4]** 54/9 54/25 55/3 105/1
logs **[1]** 90/11
long **[3]** 60/2 60/2 78/10
look **[12]** 12/8 41/12 41/16 43/11 57/25 64/25 78/1 78/16 79/21 81/1 92/15 92/25
looked **[10]** 12/15 22/17 23/1 23/4 23/25 41/19 79/3 80/16 86/2 100/8
looking **[16]** 8/7 8/19 9/5 9/17 16/6 32/19 34/1 43/6 65/18 65/23 75/16 79/24 80/4 89/25 98/23 100/13
looks **[3]** 30/7 30/12 76/9
lost **[1]** 94/25
lot **[2]** 59/16 59/17
lower **[2]** 17/8 43/14
LTD **[1]** 102/21
Luke **[2]** 3/3 7/23
lunch **[4]** 105/22 107/3 107/8 107/10
lunchtime **[1]** 107/16
luxury **[2]** 82/6 83/8

**M**

ma'am **[236]**
made **[3]** 41/17 55/25 63/7
mail **[1]** 59/1
main **[1]** 106/22
majority **[1]** 80/2
make **[9]** 22/21 28/12 30/2 46/6 55/25 88/12 90/18 91/9 91/16
makes **[3]** 16/15 17/24 33/5
man **[1]** 94/24
many **[6]** 18/12 72/24 77/9 78/8 86/13 106/3
maps **[1]** 19/6
March **[3]** 58/5 58/21 94/15
March 11th **[2]** 58/5 58/21
marketplace **[5]** 24/20 24/22 33/16 33/17 55/21

**marks [1]** 29/21
match **[1]** 29/18
matched **[1]** 72/22
matching **[2]** 34/5 67/8
materials **[1]** 82/13
matter **[5]** 25/19 71/20 97/21 107/22 109/5
Max **[3]** 98/14 98/15 98/17
may **[22]** 5/16 7/3 11/22 16/18 16/20 17/9 21/5 23/15 27/14 29/2 32/6 42/20 50/17 61/24 62/22 66/14 72/11 76/24 79/9 82/24 90/21 98/6
maybe **[3]** 17/2 55/6 107/1
Mazarin **[1]** 69/23
Mazars **[7]** 69/21 69/22 70/5 70/14 70/19 96/16 96/23
Mazars' **[3]** 70/2 73/19 96/16
me **[17]** 4/4 4/15 4/23 5/9 5/11 5/24 6/8 29/21 36/4 45/24 51/14 59/5 59/11 75/24 88/9 98/2 102/8
mean **[6]** 52/9 59/2 61/10 88/9 90/4 95/12
meaning **[2]** 86/23 101/17
means **[5]** 63/22 63/23 91/6 91/7 101/16
meant **[4]** 16/21 57/9 57/11 95/2
memo **[2]** 13/12 36/5
mempool **[5]** 12/21 31/23 31/25 32/2 33/13
mempool.space **[2]** 12/12 32/24
mentioned **[1]** 6/18
merchant **[2]** 64/16 64/18
mere **[1]** 90/7
message **[23]** 57/24 58/2 58/4 58/7 58/10 58/20 60/7 60/9 60/13 60/15 60/16 60/23 60/25 61/2 66/24 94/22 97/10 97/11 97/13 98/13 98/13 98/14 98/19
messages **[7]** 52/7 93/13 93/17 95/25 96/5 97/8 97/10
metallic **[1]** 84/16
MICHAEL **[2]** 2/2 4/15
Microtronix **[3]** 64/2 64/9 64/18
midnight **[2]** 35/25 35/25
might **[4]** 14/18 41/16 60/20 74/19
mind **[2]** 71/18 77/16
mint **[10]** 75/9 75/14 78/17 78/23 79/14 79/17 79/22 80/1 81/5 81/25
minute **[1]** 79/1
minutes **[8]** 10/18 15/12 36/2 53/1 55/6 55/8 55/11 107/2
mislead **[1]** 88/20
misleading **[1]** 88/16
misspelled **[1]** 74/15
misspoke **[1]** 17/4
misspoken **[1]** 16/18
mistake **[2]** 41/17 55/24
mix **[1]** 101/8
mixer **[2]** 51/12 88/4
mm.st **[2]** 60/20 62/5
Model **[1]** 85/17
moment **[3]** 24/17 87/23 95/10
money **[26]** 9/6 13/2 14/3 17/19 17/23 30/10 30/14 30/16 34/16 34/24 38/6 41/10 50/24 80/19 81/4 89/6 92/9 92/16 99/17 99/21 101/10 101/22 104/11 104/17 105/8 105/18
moon **[5]** 101/14 101/16 101/19 102/2 102/21
more **[8]** 17/24 26/22 40/14 47/7 48/8 55/7 63/22 75/17
morning **[8]** 1/7 4/9 4/12 4/13 4/16 4/24 5/8 7/14
MOSS **[1]** 1/9
most **[4]** 75/6 75/6 75/8 105/8
motion **[1]** 51/19
motive **[1]** 55/23
move **[2]** 29/11 51/18
moved **[1]** 49/19
moves **[15]** 11/18 19/16 23/12

**M**

moves... **[12]** 27/10 31/19 42/15 50/10 61/21 66/11 69/25 76/21 79/6 82/16 87/20 96/11
moving **[6]** 30/16 35/15 99/2 103/22 104/6 105/14
Mr **[50]** 5/9 5/14 8/8 9/17 11/25 16/6 16/18 17/7 19/4 19/23 22/25 23/19 27/1 28/5 28/24 32/9 36/25 38/12 41/11 43/1 49/23 50/21 56/15 57/18 61/18 62/3 65/13 66/18 67/19 70/7 72/15 73/5 73/11 74/3 76/10 77/3 78/1 79/13 79/19 83/3 85/19 88/18 88/22 89/3 89/22 89/24 90/14 90/25 96/13 98/10
Mr. **[139]**
Mr. Brown **[1]** 39/7
Mr. Ekeland **[3]** 5/22 97/3 107/15
Mr. Ekeland's **[1]** 6/2
Mr. Pearlman **[7]** 7/25 19/10 23/24 38/10 39/7 42/14 56/11
Mr. Pearlman's **[4]** 19/2 23/3 38/7 42/6
Mr. Ringberg **[2]** 65/20 65/25
Mr. Scholl **[3]** 4/19 70/7 82/20
Mr. Scholl's **[1]** 4/25
Mr. Sterlingov **[43]** 5/1 5/3 5/6 5/15 6/7 6/17 6/17 6/22 6/24 7/6 7/15 20/3 50/23 51/20 65/15 65/19 65/24 66/1 66/23 67/2 67/13 67/17 70/13 72/19 74/12 77/19 80/22 82/3 84/12 88/5 93/21 94/11 94/20 94/24 95/20 95/22 97/11 97/16 97/20 98/11 98/18 102/5 106/15
Mr. Sterlingov's **[71]** 8/11 8/16 8/24 18/2 18/16 19/7 20/16 22/11 22/19 23/21 23/22 24/4 24/15 26/6 28/14 32/11 34/13 41/23 44/11 47/8 49/12 49/16 49/18 51/7 51/8 53/23 65/6 66/9 66/20 66/25 67/8 68/22 69/16 72/17 73/9 74/5 79/17 79/19 80/3 80/13 81/9 84/4 85/20 85/23 86/2 86/9 86/14 86/22 87/1 87/8 87/15 91/22 92/25 93/5 93/8 93/25 95/18 97/7 100/1 100/15 100/17 100/20 102/21 103/12 103/19 104/12 105/3 106/13 106/17 106/20 106/23
Mr. Townsend **[1]** 51/21
Mr. Townsend's **[2]** 20/1 51/15
Ms **[6]** 3/4 70/5 70/14 73/19 96/16 96/23
Ms. **[10]** 5/7 5/8 5/12 7/20 59/19 69/22 70/2 70/19 76/7 96/16
Ms. Mazars **[2]** 69/22 70/19
Ms. Mazars' **[2]** 70/2 96/16
Ms. Pelker **[5]** 5/7 5/8 5/12 7/20 59/19
Ms. Walker **[1]** 76/7
Mt **[8]** 8/12 9/8 9/14 13/4 14/10 15/1 21/15 53/8
Mt. **[37]** 9/16 13/18 14/4 18/7 18/9 20/2 20/22 23/22 24/1 24/4 34/18 34/20 35/2 35/11 36/24 44/11 47/8 49/12 49/17 49/19 50/25 51/2 51/8 52/18 53/4 53/7 53/10 53/23 54/15 54/22 55/1 55/4 56/17 103/1 103/12 106/17 106/20
Mt. Gox **[37]** 9/16 13/18 14/4 18/7 18/9 20/2 20/22 23/22 24/1 24/4 34/18 34/20 35/2 35/11 36/24 44/11 47/8 49/12 49/17 49/19 50/25 51/2 51/8 52/18 53/4 53/7 53/10 53/23 54/15 54/22 55/1 55/4 56/17 103/1 103/12 106/17 106/20
much **[16]** 10/16 15/10 18/16 18/19 26/4 29/24 68/18 68/21 85/6 89/23 92/9 99/17 101/22 105/18 105/24 106/11
multi **[1]** 17/22
multi-step **[1]** 17/22

**N**

N.W **[1]** 1/16
name **[10]** 4/8 32/25 50/6 51/7 51/9 65/6 81/16 81/24 83/23 101/13
named **[2]** 78/17 78/24
names **[3]** 72/18 74/11 84/5
Nancy **[2]** 26/19 26/20
nearly **[1]** 81/9
necessary **[1]** 97/20
need **[6]** 14/18 21/5 26/21 62/22 76/5 77/23
needed **[1]** 44/20
Nefario **[2]** 58/2 58/11
new **[2]** 1/20 84/17
next **[24]** 1/23 9/5 10/4 10/5 12/10 20/11 29/20 32/22 36/2 38/19 53/3 53/4 55/7 55/9 77/19 92/18 101/12 102/18 102/25 103/22 104/6 104/21 105/14 107/1
NFS **[3]** 14/3 38/16 38/19
NFS9000 **[25]** 13/4 13/8 13/24 14/5 34/18 34/19 35/15 35/23 37/14 38/12 38/15 38/17 38/23 39/1 39/2 39/3 39/4 39/5 41/7 52/19 53/7 53/11 54/11 54/15 54/25
nice **[1]** 107/8
nickname **[1]** 82/1
no **[46]** 1/4 4/3 10/3 11/3 11/20 11/21 14/1 14/24 16/2 23/17 30/4 30/24 30/25 32/7 38/1 38/1 38/21 40/9 41/5 50/16 56/4 56/5 56/23 57/1 57/4 57/8 59/20 59/21 61/23 62/1 66/13 66/16 66/19 68/9 69/19 71/21 72/13 73/12 74/1 77/1 79/11 83/1 89/9 89/13 90/23 98/7
nonetheless **[1]** 31/1
noreply **[1]** 66/22
normally **[1]** 43/7
Nos **[4]** 19/21 27/16 42/22 50/19
not **[75]** 5/1 5/5 5/15 5/19 10/3 11/8 14/1 14/24 17/12 19/2 22/23 30/4 30/18 30/24 31/10 33/2 37/5 38/21 40/1 40/9 41/5 42/2 48/19 50/3 52/2 52/10 52/10 56/23 57/1 57/4 57/8 57/12 60/20 61/17 66/3 66/4 68/10 68/11 68/12 69/13 69/19 70/4 71/8 71/21 71/22 72/6 73/4 73/12 76/3 77/12 78/9 78/19 81/18 81/22 81/25 82/8 87/11 88/7 88/8 88/10 88/21 88/23 88/23 89/9 89/17 90/5 90/9 90/14 95/9 96/4 97/4 97/5 97/16 97/20 97/24
note **[7]** 15/4 39/22 58/17 72/2 84/11 97/11 105/1
noted **[7]** 30/25 61/5 61/9 64/23 72/1 75/3 75/11
notes **[2]** 72/18 84/5
nothing **[2]** 6/22 108/6
noting **[1]** 71/10
November **[15]** 20/13 20/25 22/13 23/23 24/6 37/8 43/18 43/19 54/10 54/15 54/16 54/24 54/25 55/2 55/3
November 10th **[2]** 43/18 43/19
November 24th **[3]** 20/13 20/25 54/10
November 26 **[1]** 54/15
November 27th **[2]** 23/23 24/6
November 28th **[2]** 54/24 54/25

November 29 **[1]** 54/16
November 29th **[2]** 55/2 55/3
November 4th **[1]** 22/13
now **[48]** 6/1 8/18 9/10 10/20 10/22 16/6 17/14 19/1 21/13 22/14 22/23 25/14 28/4 29/4 34/12 35/14 35/17 36/24 37/14 40/10 45/19 45/21 46/19 47/9 49/15 55/6 55/10 57/18 60/7 61/4 63/3 68/18 69/17 70/14 70/19 71/9 73/2 74/16 84/22 94/13 95/1 97/25 99/2 100/19 101/12 102/25 105/14 107/4
number **[7]** 39/3 39/5 47/9 56/15 75/12 76/4 77/6
numbers **[1]** 38/15
numerous **[2]** 67/4 85/20
NW **[3]** 1/14 1/20 2/8
NY **[1]** 2/4

**O**

obfuscate **[1]** 30/14
object **[4]** 32/2 32/3 70/11 88/22
objecting **[2]** 59/16 71/9
objection **[45]** 11/19 11/20 16/23 19/17 23/13 27/11 27/13 31/21 32/5 42/17 42/19 50/12 50/16 51/13 51/22 55/18 59/10 59/22 59/24 59/25 60/1 61/22 61/23 66/12 66/13 67/10 70/3 71/2 72/1 72/2 72/4 72/9 73/22 76/22 79/7 82/17 87/21 88/1 90/13 90/18 95/4 96/12 97/15 102/13 104/14
objections **[1]** 19/20
objective **[1]** 89/17
obscure **[2]** 38/5 41/9
obtain **[1]** 30/18
obtained **[1]** 27/6
obviously **[3]** 5/15 95/5 97/16
occur **[1]** 13/6
occurred **[8]** 13/7 46/17 49/15 52/25 54/2 54/9 80/24 105/1
occurring **[2]** 56/20 94/6
occurs **[2]** 40/11 54/24
October **[22]** 13/7 13/9 13/11 14/13 18/19 51/10 51/11 52/16 52/16 52/17 52/17 52/23 53/4 53/6 53/7 53/9 53/9 53/15 53/16 53/17 53/21 53/22
October 19th **[1]** 53/9
October 20th **[1]** 53/9
October 25th **[3]** 53/15 53/16 53/17
October 27th **[2]** 53/21 53/22
October 3rd **[2]** 52/16 52/17
October 7th **[1]** 52/23
October 8 **[1]** 18/19
October 9 **[1]** 13/11
October 9th **[4]** 13/9 14/13 52/16 52/17
off **[8]** 19/11 23/4 23/6 42/7 50/5 74/9 75/11 76/9
offer **[2]** 91/8 91/13
offered **[3]** 71/10 88/19 97/21
offering **[1]** 88/18
Official **[3]** 2/7 109/3 109/13
offline **[1]** 75/22
often **[2]** 41/16 57/14
okay **[15]** 4/20 5/8 5/10 6/3 6/12 6/14 26/10 26/21 27/13 52/5 59/19 74/23 98/2 107/17 108/5
Omedetou **[21]** 6/18 6/22 7/7 53/18 54/3 58/3 58/12 58/18 58/20 60/10 61/6 61/10 61/13 62/13 63/7 63/13 67/9 67/14 67/17 70/13 71/1
once **[3]** 27/9 33/3 91/17
one **[31]** 4/17 4/18 5/21 18/21 25/4 26/22 32/17 32/18 34/2 39/23 44/9 45/12 48/14 48/21 49/2 50/6 55/17 59/11 59/25 64/22 65/24 80/15 86/22 86/23 87/3 87/23 91/9 91/13 102/5 104/3 104/4
one-word **[1]** 59/25

**O**

only [11]  5/13 31/8 34/1 39/19 39/20 39/24 78/24 79/15 82/1 83/24 104/3
opened [6]  16/8 16/11 99/15 101/20 104/9 104/25
opening [1]  37/2
operation [1]  45/6
operational [1]  41/17
opinion [4]  59/15 89/16 90/4 90/9
opinions [2]  88/22 88/25
opponent [2]  71/4 97/17
opportunity [1]  55/23
orange [1]  44/6
order [6]  28/12 41/9 57/15 70/12 70/17 71/12
orient [1]  19/23
original [2]  70/4 96/25
originated [1]  47/7
originating [1]  88/7
OTC [1]  96/1
other [27]  37/24 38/20 40/7 41/3 42/13 43/4 44/6 44/12 45/11 48/4 49/4 57/6 60/12 66/24 67/25 69/8 72/20 86/6 86/15 91/8 93/1 95/21 96/19 97/17 97/18 98/24 100/25
otherwise [1]  60/1
our [5]  17/14 55/9 72/1 72/2 97/15
out [46]  4/2 6/6 8/11 9/24 13/9 14/16 14/18 16/7 19/6 21/4 32/11 32/13 33/1 33/2 33/5 36/25 43/13 46/19 47/5 47/13 47/24 48/7 49/14 55/15 57/14 61/8 62/20 62/23 70/12 75/8 78/2 78/17 78/23 79/14 79/17 79/22 80/1 81/5 81/5 81/6 81/25 83/4 88/13 89/7 95/22 107/9
output [12]  31/5 31/9 32/19 34/1 34/1 34/2 44/9 46/6 46/7 48/16 49/2 49/4
outputs [7]  32/17 43/6 43/9 43/9 43/12 48/13 48/14
outta [1]  75/14
over [9]  21/5 26/10 64/19 68/20 68/23 71/2 77/23 77/24 84/19
overall [5]  67/7 78/7 79/2 93/10 106/22
overhear [1]  107/7
overruled [7]  19/20 27/13 32/5 42/19 67/12 90/18 104/15
own [1]  6/24
owner [1]  98/15

**P**

P-R-O-P-A-G-A-N-D-A [1]  94/3
p.m [2]  107/9 108/8
page [4]  1/23 65/9 83/14 83/17
paid [3]  49/3 63/13 85/3
paragraph [2]  65/18 65/23
parenthesis [1]  58/25
part [1]  45/24
parties [3]  5/18 7/15 7/17
partner [1]  93/14
party [2]  71/3 97/17
Pas [13]  24/16 26/8 26/11 26/14 27/2 27/20 28/2 28/7 28/19 28/25 29/6 29/22 34/17
pass [1]  88/4
passed [3]  10/16 15/10 17/20
passing [1]  37/19
passthrough [4]  30/7 30/12 38/4 54/7
password [4]  26/6 26/8 26/12 26/13
past [1]  78/2
path [2]  77/8 77/20
paths [1]  76/16
pattern [5]  41/6 47/22 48/24 49/5 49/6
pay [1]  60/18
paying [1]  63/16

payment [7]  48/18 53/13 61/12 63/7 64/14 79/15 79/16
PEARLMAN [9]  1/18 4/11 7/25 19/10 23/24 38/10 39/7 42/14 56/11
Pearlman's [4]  19/2 23/3 38/7 42/6
peel [2]  78/10 78/12
peer [4]  91/4 91/4 91/4 91/4
PELKER [8]  1/13 3/4 4/9 5/7 5/8 5/12 7/20 59/19
pending [1]  96/15
Pennsylvania [1]  1/14
people [5]  24/24 67/4 68/6 68/15 97/18
per [1]  84/17
period [1]  52/21
periods [1]  37/11
permission [1]  7/24
permitted [1]  55/22
person [1]  96/25
personal [6]  99/10 99/12 99/17 99/22 100/15 100/18
personally [1]  95/5
PeterNFS [1]  37/8
phone [25]  4/18 51/23 59/12 60/1 67/20 67/22 67/24 68/4 68/8 68/19 68/25 69/5 70/9 72/23 72/25 73/9 73/16 74/6 79/25 87/23 96/1 96/6 96/18 96/24 98/25
phones [2]  68/16 96/17
photograph [2]  74/5 81/15
photographs [1]  73/11
photos [1]  79/25
phrase [8]  75/21 77/7 77/17 77/21 78/13 79/19 95/8 101/17
physical [10]  19/11 23/4 23/6 38/8 38/19 40/1 42/7 45/20 50/5 50/7
pick [2]  4/18 87/23
ping [2]  71/14 71/24
ping-pong [2]  71/14 71/24
pink [6]  44/13 44/16 45/1 45/13 47/10 47/10
place [1]  7/5
placing [1]  7/25
Plaintiff [2]  1/4 1/13
plan [1]  55/24
plans [1]  107/13
plasma [5]  8/12 47/8 49/13 49/16 51/6
plasmadivision [8]  8/12 47/8 49/16 51/6 51/8 52/18 53/10 54/14
plasmadivision.com [2]  20/2 49/13
please [8]  4/7 8/6 9/15 55/11 58/13 59/5 65/14 107/5
PLLC [1]  2/3
pneumonic [1]  75/21
podium [1]  4/7
point [21]  6/23 9/24 13/9 14/18 15/17 21/13 33/1 36/20 38/12 40/3 40/16 47/24 49/9 52/9 61/8 62/20 63/2 71/20 75/10 90/13 97/5
pointed [1]  28/24
pointing [3]  16/3 22/16 40/22
Poloniex [2]  103/24 104/1
pong [2]  71/14 71/24
pool [2]  33/4 33/6
portion [2]  20/4 106/5
possible [2]  77/8 77/24
possibly [1]  49/6
post [1]  91/8
posted [1]  62/10
posts [2]  71/2 91/13
potential [1]  68/14
potentially [1]  49/8
preference [1]  5/22
prejudicial [1]  89/15
preliminary [1]  6/17
premise [1]  71/3
preparation [1]  55/24
prepare [2]  41/24 87/7
preparing [1]  49/23

preponderance [1]  7/4
prepped [1]  5/16
present [2]  4/14 55/18
previous [3]  48/15 78/11 100/8
previously [6]  7/23 23/4 23/25 27/2 64/6 103/3
price [3]  59/7 61/5 61/9
primary [6]  100/10 100/12 100/15 100/17 102/8 102/10
print [5]  19/11 23/4 23/6 42/7 50/5
prior [4]  20/5 20/9 46/20 49/21
private [13]  44/20 57/24 58/2 60/7 60/9 68/1 68/13 75/12 75/15 75/25 83/11 87/4 87/5
problem [1]  71/13
proceed [2]  60/5 71/23
proceedings [2]  1/7 109/5
product [1]  88/18
proffered [1]  89/16
promotional [1]  59/8
propaganda [12]  93/14 93/20 93/22 94/1 94/7 94/9 94/9 94/17 94/21 94/21 95/16 95/19
proper [2]  70/17 71/12
property [1]  47/20
propose [1]  5/2
proposing [1]  4/24
prove [1]  88/14
provide [3]  5/25 25/2 25/18
provided [6]  26/15 27/6 27/7 61/19 69/22 73/13
provides [2]  95/19 95/19
providing [1]  95/16
provisional [1]  70/15
public [3]  6/14 46/21 76/1
publish [4]  42/16 50/11 58/13 98/9
published [14]  11/23 23/16 27/14 32/6 42/20 50/18 61/24 66/14 72/11 76/25 79/10 82/25 90/22 98/6
pull [24]  8/6 8/18 9/15 9/23 13/1 15/1 15/4 15/17 27/19 28/4 36/24 38/7 39/8 40/1 40/10 42/25 45/6 61/16 65/8 76/5 78/19 85/10 85/18 93/23
pulled [1]  32/13
pulling [1]  73/2
purchase [5]  18/1 18/11 24/22 28/11 91/14
purchased [2]  21/3 85/13
purchases [3]  10/5 30/2 64/3
purchasing [2]  51/21 82/6
purpose [8]  16/13 17/22 30/13 48/20 68/4 91/20 91/21 97/25
purposes [3]  7/19 37/11 37/13
put [5]  6/19 7/14 42/13 55/17 55/19
putting [1]  50/24

**Q**

quarter [1]  55/10
question [9]  5/16 7/18 22/7 71/18 72/5 72/5 89/10 95/7 107/24
questions [2]  5/2 17/14
quibble [1]  97/4
quick [2]  30/5 34/25
quote [3]  58/11 58/19 59/6
quoted [1]  58/10
quoting [1]  58/12

**R**

R-E-B-E-L-A-R-T [1]  94/3
raise [1]  6/16
RANDOLPH [1]  1/9
range [1]  31/6
rates [1]  72/20
rather [2]  88/14 108/2
raw [7]  12/1 12/7 12/14 12/21 31/24 32/10 33/13
Re [1]  58/8

**R**

**Reactor [9]** 12/19 21/22 31/23 31/25 32/3 36/16 63/19 65/4 76/2
**read [14]** 10/25 58/20 60/22 62/11 62/25 74/9 75/11 81/16 81/24 83/18 84/14 98/12 98/13 98/19
**readily [1]** 68/5
**reading [1]** 38/14
**reads [1]** 60/17
**ready [1]** 56/12
**real [2]** 24/21 34/25
**really [1]** 88/11
**reason [6]** 59/20 59/21 71/19 71/21 71/23 72/6
**rebelart.se [1]** 94/1
**recall [1]** 97/5
**receive [5]** 44/3 68/2 77/13 99/18 101/23
**received [9]** 16/9 20/15 25/24 32/17 46/25 47/3 48/15 75/21 80/21
**receiving [11]** 12/5 12/5 13/17 16/11 16/17 32/18 43/23 46/10 64/15 78/8 80/13
**Recess [2]** 56/7 108/8
**recognize [8]** 11/10 19/4 31/12 66/6 73/5 76/10 82/9 87/12
**recollection [3]** 51/25 52/6 52/12
**recommends [2]** 65/24 66/1
**reconstruct [1]** 75/22
**record [24]** 4/8 6/14 6/15 6/20 6/20 6/23 6/25 7/14 16/19 24/8 28/24 29/2 40/21 40/24 55/17 55/19 61/17 62/8 63/5 63/6 63/9 72/3 90/9 109/5
**recorded [2]** 30/22 43/20
**records [57]** 8/19 13/9 14/15 19/14 20/18 25/7 25/11 25/13 25/14 25/17 25/17 25/21 25/23 26/14 27/5 29/16 30/18 31/15 33/24 34/5 34/6 34/20 35/18 56/22 56/25 57/2 57/3 57/5 64/2 64/5 64/8 64/12 64/14 72/17 73/15 73/16 85/19 87/18 89/3 89/10 89/12 89/18 89/20 89/23 90/14 90/25 91/19 91/24 95/21 95/22 99/3 99/9 103/1 103/23 104/6 104/22 105/14
**red [4]** 43/15 43/16 45/1 45/21
**redacted [1]** 98/1
**redeem [17]** 8/15 14/6 14/7 14/9 14/10 14/13 14/21 15/15 15/19 15/21 18/7 35/2 35/5 35/7 35/11 35/20 35/23
**redeemed [5]** 14/9 14/10 35/8 35/11 35/24
**reference [1]** 35/2
**reflect [9]** 11/15 12/14 27/5 28/24 29/2 31/16 40/21 40/24 76/18
**reflection [2]** 79/3 90/6
**refund [1]** 60/21
**regarding [5]** 16/8 17/15 64/8 76/19 79/3
**regards [1]** 4/19
**registered [2]** 53/18 53/19
**relate [2]** 9/20 17/25
**related [3]** 10/7 45/1 64/2
**relating [1]** 37/1
**relation [3]** 4/25 4/25 64/17
**relative [1]** 46/16
**released [1]** 91/18
**relevant [1]** 37/16
**reliable [1]** 34/10
**relying [1]** 89/19
**remaining [1]** 74/25
**remind [15]** 8/8 8/21 20/7 28/9 43/22 44/1 45/16 54/17 79/24 84/1 100/10 102/8 104/13 106/19 107/5
**remove [1]** 44/10
**repeat [3]** 22/7 30/11 101/6

**rephrase [4]** 17/2 17/5 51/17 102/16
**reply [3]** 66/19 94/8 94/20
**replying [2]** 94/11 94/24
**report [4]** 61/19 89/25 90/15 90/16
**reporter [5]** 2/6 2/7 80/11 109/3 109/13
**reports [1]** 90/2
**represent [1]** 43/3
**represented [1]** 47/25
**request [1]** 59/2
**requested [1]** 107/15
**research [2]** 55/12 107/6
**reserve [33]** 8/17 8/18 8/24 9/1 9/25 18/9 18/15 18/16 18/18 18/24 19/7 20/3 20/8 20/10 20/11 20/12 20/22 22/12 22/19 22/20 23/22 24/1 50/25 51/3 51/4 51/6 53/2 53/12 53/13 54/14 56/17 56/22 57/5
**respect [2]** 55/18 71/7
**response [2]** 58/12 72/5
**responses [1]** 97/10
**result [1]** 53/12
**retake [1]** 56/8
**retrieve [1]** 25/17
**retrieved [6]** 31/17 69/10 73/16 95/25 96/8 98/25
**return [2]** 7/22 83/21
**returned [1]** 94/25
**returning [4]** 17/14 30/21 32/21 99/2
**review [32]** 23/24 24/8 25/21 26/14 57/3 63/14 64/2 64/8 65/5 68/2 69/10 69/22 72/24 84/19 85/19 90/25 91/15 91/19 91/20 91/21 91/23 93/1 93/13 95/21 95/25 99/3 101/13 102/25 103/22 104/6 104/22 105/14
**reviewed [13]** 16/7 23/10 27/2 42/10 66/24 73/15 76/1 87/18 89/3 89/22 91/24 96/5 99/9
**reviewing [1]** 12/7
**right [24]** 4/12 4/16 5/24 10/12 18/15 21/6 22/16 27/22 27/24 34/1 34/13 43/14 46/9 50/13 51/19 56/6 56/8 56/11 64/16 72/9 97/8 97/9 97/14 107/10
**right-hand [1]** 43/14
**Ringberg [3]** 65/16 65/20 65/25
**rise [1]** 55/14
**Road [49]** 24/15 24/19 24/20 24/24 25/1 25/2 25/4 25/7 25/9 25/11 25/15 25/21 25/24 26/7 26/11 26/15 27/3 27/6 27/20 27/23 28/8 28/10 28/13 28/14 28/25 29/6 29/9 30/2 30/16 30/19 30/20 32/11 32/21 33/1 33/4 33/16 33/17 33/24 33/25 34/4 34/6 34/14 34/17 54/14 54/21 55/18 56/17 56/24 57/5
**Rolexes [1]** 83/8
**ROMAN [4]** 1/6 4/6 4/14 85/13
**room [3]** 2/8 5/20 88/20
**ROSO7234852 [2]** 8/25 20/23
**ROSO987341870 [1]** 49/13
**Rovensky [3]** 64/6 64/23 93/16
**row [14]** 10/1 13/11 14/20 20/19 22/16 22/18 26/2 28/15 29/14 29/16 83/22 83/25 84/7 84/20
**rows [5]** 8/22 8/22 9/5 20/24 21/5
**RPR [1]** 109/12
**rules [1]** 60/22
**run [1]** 59/8

**S**

**S-E [1]** 94/3
**safe [2]** 28/2 68/13
**said [4]** 17/1 30/12 67/11 70/24
**same [46]** 9/22 10/15 12/12 12/14 12/20 12/23 13/23 14/13 18/4 18/4 18/12 19/25 20/4 20/14 20/15 21/10 24/12 28/3 28/21 33/3 33/10 33/12 37/20 44/19 44/22 44/24 46/12 47/17 48/11 48/17 48/19 48/21 49/3 49/4 49/7 50/5 51/5 52/25 53/8 53/19 59/2 67/14 73/23 78/12 95/9 98/24
**satisfied [1]** 7/4
**saw [7]** 20/1 20/9 37/25 40/18 52/17 78/8 80/19
**say [11]** 5/18 6/10 6/12 7/3 16/15 18/3 26/22 59/22 59/22 65/10 89/11
**saying [10]** 6/21 60/16 65/19 89/6 89/13 90/8 94/24 95/9 97/11 97/21
**says [7]** 62/12 74/14 75/14 83/20 84/15 94/12 98/15
**scheme [4]** 17/23 30/10 30/15 38/6
**Scholl [51]** 3/3 4/19 5/9 5/14 7/23 8/8 9/17 11/25 16/6 16/18 17/7 19/4 19/23 22/25 23/19 27/1 28/5 28/24 32/9 36/25 38/12 41/11 43/1 49/23 50/21 56/15 57/18 61/18 62/3 65/13 66/18 67/19 70/7 70/7 72/15 73/5 73/11 74/3 76/10 77/3 78/1 79/13 82/20 83/3 85/19 89/3 89/22 90/14 90/25 96/13 98/10
**Scholl's [4]** 4/25 88/18 88/22 89/24
**scientist [1]** 69/21
**scotch [1]** 83/9
**screen [31]** 10/20 13/2 14/13 14/16 15/1 15/4 17/8 24/18 27/1 27/9 30/21 34/25 36/4 38/18 40/1 45/22 58/17 61/8 61/16 73/2 74/10 74/18 74/20 74/24 75/10 76/6 76/9 80/8 99/24 100/19 105/21
**screenshot [7]** 12/12 12/18 12/21 31/25 32/24 33/10 83/5
**screenshots [1]** 82/12
**scroll [12]** 10/12 14/19 21/5 26/10 27/23 40/5 47/7 57/25 60/15 64/16 65/14 85/11
**scrolling [9]** 27/22 39/18 61/4 61/4 61/12 65/8 83/16 83/21 84/19
**search [1]** 31/4
**second [14]** 9/9 14/20 32/12 32/17 48/16 51/14 51/23 59/11 59/12 65/18 65/23 70/22 78/23 85/12
**section [3]** 55/7 55/9 107/1
**secure [1]** 68/11
**security [1]** 41/17
**see [18]** 10/12 36/12 47/7 48/7 48/24 55/8 55/12 56/6 67/16 71/20 74/13 74/21 77/19 78/5 81/12 83/15 94/12 102/11
**seed [7]** 57/6 75/21 77/7 77/17 77/21 78/13 79/19
**seeing [2]** 43/11 56/17
**seek [1]** 57/14
**seeks [1]** 73/18
**seem [1]** 94/25
**seen [4]** 6/25 43/5 43/7 103/3
**sees [1]** 82/20
**segregate [1]** 69/6
**segregated [1]** 69/8
**seized [1]** 101/10
**sell [1]** 98/23
**selling [3]** 59/7 93/21 98/11
**send [6]** 18/7 18/8 25/3 45/12 48/20 68/2
**sender [3]** 58/2 60/9 60/23
**sending [14]** 12/4 12/4 21/15 32/15 32/16 33/6 39/3 43/7 45/3 45/25 48/11 48/18 62/9 86/21
**sends [6]** 39/4 39/5 48/9 48/13 48/25 49/1
**sent [20]** 8/15 10/13 11/6 20/13 21/18 21/24 24/13 24/15 30/13 34/18 36/18 36/22 44/14 46/12 62/4 85/4 86/15 91/17 94/9 94/22
**separate [1]** 21/9

**S**

**separately [1]** 18/22
**September [2]** 50/22 50/23
**September 29th [2]** 50/22 50/23
**series [5]** 47/1 49/19 86/15 87/7 94/16
**server [3]** 29/12 29/13 90/10
**servers [2]** 29/10 29/11
**service [9]** 16/4 41/15 58/23 59/4 59/5 63/21 63/24 87/3 91/17
**services [4]** 57/6 57/15 65/21 65/24
**set [3]** 37/10 37/12 91/23
**setup [1]** 77/3
**several [3]** 22/6 22/9 88/21
**shade [1]** 5/13
**shall [1]** 40/24
**she [12]** 17/2 17/3 17/4 27/1 70/6 70/6 71/15 71/17 71/21 72/6 73/20 73/20
**sheets [1]** 76/16
**SHERRY [3]** 2/6 109/3 109/12
**shormint [11]** 6/25 7/6 52/22 52/23 53/1 53/11 53/13 59/2 62/4 62/9 64/14
**short [1]** 16/10
**shortly [3]** 37/8 55/13 56/6
**should [10]** 6/14 7/18 11/2 26/2 28/5 70/16 71/12 97/25 107/14 107/24
**show [13]** 9/10 10/20 11/8 12/20 13/22 19/1 24/11 34/12 35/13 43/5 77/22 77/23 85/11
**showed [1]** 54/20
**showing [23]** 12/12 12/23 14/15 20/18 31/17 32/25 33/10 33/15 42/4 43/8 47/11 47/12 69/13 73/10 74/6 75/1 75/1 76/3 82/8 87/11 92/2 97/12 100/19
**shown [69]** 8/10 8/21 10/10 10/23 11/25 12/2 12/10 12/17 17/25 18/20 23/6 23/20 26/5 26/7 28/6 28/15 28/21 29/5 29/18 29/20 32/9 32/23 33/9 33/13 34/20 34/22 35/18 35/19 38/20 40/8 41/4 43/15 45/8 46/8 58/1 60/8 62/3 62/14 63/4 64/13 66/18 69/14 72/15 73/5 74/4 74/10 74/17 74/24 79/13 79/15 80/8 82/13 83/4 83/13 83/18 83/22 83/23 83/25 84/7 84/20 84/23 84/25 93/11 93/24 94/19 98/13 99/24 102/18 103/5
**shows [5]** 10/11 22/18 75/5 76/14 88/3
**shut [2]** 25/10 25/11
**sign [1]** 44/20
**significance [7]** 13/16 16/12 17/15 30/5 41/6 43/22 79/25
**significant [4]** 22/2 46/15 67/7 68/6
**Silk [49]** 24/15 24/19 24/20 24/24 25/1 25/1 25/4 25/7 25/9 25/11 25/14 25/21 25/24 26/7 26/11 26/14 27/3 27/6 27/20 27/23 28/8 28/10 28/13 28/14 28/25 29/6 29/9 30/2 30/16 30/18 30/20 32/11 32/21 33/1 33/4 33/16 33/17 33/24 33/25 34/3 34/6 34/14 34/17 54/14 54/21 55/18 56/17 56/24 57/5
**similar [6]** 18/3 18/4 18/10 48/3 48/5 48/24
**similarly [1]** 73/18
**simple [2]** 91/6 91/7
**simply [4]** 19/10 23/6 86/20 97/12
**since [2]** 48/21 55/20
**single [1]** 31/8
**sir [1]** 32/1
**sit [1]** 107/14
**site [2]** 57/19 82/6
**six [2]** 102/20 106/4
**slide [20]** 12/2 12/10 32/9 32/12

32/22 33/9 89/21 92/2 92/3 99/2 100/8 101/12 101/12 102/25 103/22 103/22 104/6 104/21 104/21 105/14
**slightly [4]** 10/12 21/6 46/9 57/25
**slots [1]** 60/17
**slow [1]** 59/14
**slowing [1]** 59/21
**slowly [3]** 54/17 80/10 84/25
**small [1]** 47/6
**so [77]** 4/22 5/16 6/25 7/2 8/22 12/23 15/10 16/3 18/6 19/25 21/2 29/2 29/11 32/20 33/22 35/25 36/1 37/10 37/19 37/24 38/14 39/2 40/17 40/24 43/6 43/10 44/9 44/12 44/21 44/22 44/23 45/9 45/13 47/16 47/19 48/3 48/7 51/25 52/4 52/11 55/25 55/25 59/2 68/15 69/6 69/9 74/25 77/5 77/7 77/10 81/4 82/24 84/4 84/13 86/20 86/24 88/9 88/22 89/9 89/10 91/13 93/10 95/11 95/18 95/19 96/25 97/5 98/1 98/14 100/13 105/11 106/22 107/2 107/7 107/17 107/19 108/1
**software [1]** 69/5
**sold [2]** 24/21 83/7
**solely [1]** 70/13
**some [10]** 57/6 60/17 64/5 71/14 72/6 74/11 89/16 93/16 98/16 98/20
**somehow [1]** 88/6
**something [7]** 17/4 28/12 86/5 88/13 90/9 90/16 97/25
**somewhat [1]** 48/17
**soon [4]** 15/10 29/24 35/4 52/25
**sorry [7]** 26/22 30/11 39/16 47/6 58/15 58/24 65/10
**sort [8]** 17/22 33/19 47/22 68/15 71/24 88/10 88/11 89/17
**sorts [5]** 57/15 88/25 90/4 90/4 90/5
**source [31]** 17/20 79/22 81/8 81/11 85/23 86/1 86/5 86/8 86/10 87/8 88/7 89/25 91/21 93/10 93/12 100/10 100/12 100/15 100/17 102/1 102/8 102/10 103/11 104/4 104/19 105/2 105/3 105/11 106/19 106/21 106/22
**sources [1]** 44/12
**space [2]** 59/9 61/3
**span [1]** 77/24
**speaking [3]** 59/23 65/19 86/8
**Special [3]** 64/5 64/22 93/16
**specific [4]** 25/18 33/7 37/11 37/12
**specifically [4]** 6/21 26/18 78/6 103/9
**specifications [1]** 84/16
**speculation [1]** 90/5
**spell [1]** 94/2
**spend [2]** 47/18 69/9
**spending [3]** 44/17 44/18 47/2
**spent [5]** 46/11 47/14 48/11 49/2 81/13
**spoke [2]** 4/23 4/24
**sponsorship [1]** 58/8
**spot [2]** 58/22 59/3
**spread [1]** 106/3
**spreadsheet [10]** 23/10 30/23 40/19 76/10 78/20 80/16 84/1 84/2 84/3 85/1
**spreadsheets [1]** 23/25
**stamp [2]** 93/5 106/14
**stand [2]** 7/22 16/7
**standard [1]** 7/4
**start [2]** 43/14 58/24
**starting [15]** 4/8 10/13 11/7 21/25 24/6 28/17 32/18 36/6 36/19 40/2 43/17 47/6 50/22 83/19 107/14
**starts [1]** 107/22
**state [1]** 4/7

**statements [2]** 97/17 97/18
**STATES [6]** 1/1 1/3 1/10 4/5 4/10 99/8
**steer [1]** 107/6
**step [2]** 17/22 28/11
**Stepping [1]** 24/17
**STERLINGOV [47]** 1/6 4/6 4/14 5/1 5/3 5/6 5/15 6/7 6/17 6/17 6/22 6/24 7/6 7/15 20/3 50/23 51/20 65/15 65/19 65/24 66/1 66/23 67/2 67/13 67/17 70/13 72/19 74/12 77/19 80/22 82/3 84/12 85/13 88/5 93/21 94/11 94/20 94/24 95/20 95/22 97/11 97/16 97/20 98/11 98/18 102/5 106/15
**Sterlingov's [72]** 8/11 8/16 8/24 18/2 18/16 19/7 20/16 22/11 22/19 23/21 23/22 24/4 24/15 26/6 28/14 32/11 34/13 41/23 44/11 47/8 49/12 49/16 49/18 51/7 51/8 53/23 65/6 66/9 66/20 66/25 67/8 68/22 69/16 72/17 73/9 74/5 79/17 79/19 79/19 80/3 80/13 81/9 84/4 85/20 85/23 86/2 86/9 86/14 86/22 87/1 87/8 87/15 91/22 92/25 93/5 93/8 93/25 95/18 97/7 100/1 100/15 100/17 100/20 102/21 103/12 103/19 104/12 105/3 106/13 106/17 106/20 106/23
**still [4]** 16/3 38/8 55/7 67/7
**stipulate [3]** 90/15 96/17 96/24
**stipulated [3]** 5/18 7/15 90/1
**stipulation [3]** 5/25 7/17 97/2
**stood [1]** 36/25
**storage [1]** 68/12
**store [3]** 68/7 69/15 84/3
**stores [1]** 68/1
**storing [2]** 68/11 68/16
**straight [12]** 75/8 75/14 78/17 78/23 79/14 79/17 79/22 80/1 81/5 81/5 81/6 81/25
**Street [2]** 1/16 2/3
**strike [1]** 51/18
**strikes [1]** 88/9
**structure [1]** 58/9
**stuck [1]** 105/20
**subaccount [1]** 75/6
**subject [4]** 58/6 58/8 60/17 73/19
**subsequent [2]** 58/10 77/15
**subsequently [2]** 48/10 86/25
**substantial [8]** 71/18 72/6 86/8 86/10 93/10 93/12 104/19 106/21
**substantiate [2]** 82/20 90/10
**substantive [1]** 8/22
**subwallets [1]** 69/7
**sufficient [2]** 6/13 11/3
**Suite [1]** 1/17
**summaries [2]** 87/25 88/17
**summarize [5]** 19/13 23/9 42/9 49/15 87/17
**summarized [2]** 89/3 90/14
**summarizing [2]** 41/24 87/7
**summary [7]** 12/3 32/14 87/15 88/18 88/24 92/3 99/12
**supports [2]** 6/23 7/1
**sure [1]** 55/25
**surrounding [1]** 49/24
**Sustained [1]** 102/15
**sweeping [1]** 22/1
**sworn [1]** 7/23
**symbol [1]** 84/17

**T**

**tab [8]** 8/20 22/12 77/5 77/10 78/22 78/23 79/14 84/23
**table [3]** 2/10 4/10 4/15
**tabs [6]** 77/4 77/15 77/23 77/24 78/21 79/2
**tactic [1]** 18/3
**take [8]** 41/11 42/12 55/5 55/9 55/16 73/11 88/4 97/24
**taken [5]** 21/4 56/7 73/20 93/10

**T**

taken... [1]  108/8
taking [1]  73/21
talk [21]  46/18 49/22 51/12 51/23
  53/19 54/2 57/18 57/19 57/21 58/3
  59/8 60/22 60/24 61/3 61/17 61/19
  62/10 63/5 63/8 74/21 79/1
talked [1]  36/21
talking [4]  60/25 61/2 70/22 71/8
Tango [1]  93/14
team [2]  25/18 73/13
technique [3]  17/19 18/3 30/14
technology [1]  77/6
Telegram [1]  98/14
telephone [1]  59/21
tell [9]  5/9 9/17 15/22 34/7
  38/22 59/5 81/4 107/24 107/25
telling [1]  5/9
tells [1]  34/9
terms [4]  91/6 91/7 97/15 97/16
terrible [1]  37/21
Tesla [2]  83/20 85/17
Test [1]  60/20
testified [3]  33/20 54/8 64/6
testifies [1]  71/17
testify [9]  70/5 70/7 71/15 71/15
  71/17 73/20 90/17 93/16 96/16
testifying [1]  96/23
testimony [12]  4/25 7/5 47/23
  51/16 51/25 52/1 55/7 70/2 73/19
  90/5 96/16 96/19
testing [1]  49/8
text [10]  58/10 58/17 60/15 62/11
  62/14 62/22 62/25 84/13 84/14
  98/19
than [8]  29/12 37/24 38/20 40/7
  41/3 43/4 88/14 108/2
thank [20]  6/12 7/10 7/21 10/24
  11/3 14/16 23/24 26/4 26/23 38/10
  38/10 39/7 42/13 54/18 56/2 56/13
  76/7 94/4 108/4 108/7
thanks [1]  94/25
that [424]
that's [1]  94/2
their [15]  4/8 16/9 17/20 17/21
  25/2 28/12 28/13 29/10 44/20 68/7
  68/16 75/25 77/19 89/6 108/2
them [12]  25/2 25/18 30/13 42/13
  48/14 74/9 74/11 77/19 78/9 91/9
  91/16 108/1
themselves [1]  43/10
then [60]  4/4 7/7 8/14 8/14 8/16
  10/9 12/17 14/9 15/15 15/22 16/25
  24/5 24/13 27/7 30/5 33/4 33/13
  34/18 35/7 37/21 39/13 39/18
  39/22 41/1 45/12 45/20 46/11
  47/17 48/12 49/1 49/2 51/1 51/5
  51/10 52/15 58/10 58/12 69/22
  70/18 71/22 75/23 77/9 77/15
  77/24 82/19 84/11 85/3 86/25 87/5
  89/3 89/3 89/12 89/23 90/14 91/25
  94/11 94/24 100/25 107/15 107/23
there [102]  8/23 9/25 10/10 10/23
  13/11 15/13 15/23 18/3 18/15
  20/12 20/21 22/14 22/15 23/21
  28/16 29/22 30/22 30/24 31/8
  32/16 35/1 35/19 36/4 38/9 39/20
  40/4 40/17 41/16 46/15 47/1 47/9
  50/14 54/4 54/11 54/13 58/11
  58/19 59/15 59/15 59/16 59/17
  59/20 59/21 61/5 61/5 61/7 61/12
  61/14 62/14 62/18 62/19 62/22
  62/24 70/24 71/5 71/14 71/18
  71/19 71/21 72/6 73/20 79/17
  80/12 83/15 83/19 83/22 83/23
  84/7 84/11 84/15 84/16 86/18
  86/23 89/9 89/10 89/13 90/2 90/4
  90/4 90/5 91/16 92/20 92/22 93/3
  93/4 93/7 97/9 97/10 97/19 97/19
  97/25 97/25 99/25 100/4 103/6
  103/16 103/18 104/3 106/8 106/10

  106/13 106/16
these [64]  8/10 9/3 12/23 16/13
  16/13 17/15 17/18 18/10 19/2
  19/14 21/3 21/14 28/13 29/6 30/19
  31/15 37/10 37/12 38/20 38/25
  40/3 40/8 40/16 41/4 41/8 41/11
  42/3 44/12 44/21 45/3 45/23 46/16
  46/17 46/20 47/13 47/16 47/24
  48/5 53/12 57/10 66/24 70/11
  72/17 73/11 74/25 76/17 78/8 78/9
  78/9 79/4 82/9 84/6 85/18 87/25
  88/2 88/16 89/2 95/18 96/5 96/8
  97/7 98/10 98/11 103/9
they [73]  6/6 9/4 11/6 12/25
  15/24 15/25 16/9 16/10 16/16 18/4
  19/15 21/9 23/11 24/3 25/1 25/3
  25/6 25/20 27/5 27/8 27/9 29/11
  35/4 39/2 39/25 41/9 42/5 42/11
  45/24 45/25 47/14 47/18 48/3
  48/21 56/23 56/24 57/1 57/17
  57/20 57/22 64/7 67/6 69/9 70/16
  70/17 70/18 71/11 73/9 73/13
  73/14 73/15 73/17 76/16 82/11
  82/12 82/13 82/15 86/15 89/2 89/9
  89/12 89/13 90/6 90/7 90/10 90/13
  91/9 91/16 92/13 96/7 96/10 99/1
  99/11
Theymos [4]  60/9 60/20 60/23 62/5
thing [6]  37/20 55/17 85/2 88/10
  89/17 95/9
things [9]  4/17 24/21 24/25 28/10
  59/14 59/21 71/15 72/24 83/7
think [22]  5/8 16/18 16/19 17/3
  35/25 51/24 52/10 52/11 59/18
  71/18 71/21 71/22 72/6 84/15
  87/25 88/5 88/9 88/11 88/13
  105/23 107/14 107/25
thinks [1]  52/11
this [246]
those [62]  8/13 8/14 10/6 15/22
  16/16 18/9 19/13 21/2 21/4 21/23
  21/24 22/21 22/25 23/24 24/5
  25/14 25/21 25/23 27/1 28/13 33/3
  33/24 38/13 39/18 39/24 40/3
  40/16 42/9 43/9 44/22 44/24 45/4
  45/10 45/23 46/11 47/3 47/19 49/2
  51/1 51/2 52/17 54/7 56/20 64/5
  69/8 74/12 75/25 76/1 78/12 86/4
  91/9 91/25 92/15 92/21 93/5 93/16
  100/5 100/22 102/12 102/22 103/17
  106/17
though [2]  30/25 33/2
thought [1]  68/11
thread [1]  97/13
three [9]  5/7 8/15 8/21 8/23
  39/19 39/20 39/23 40/14 47/16
through [41]  8/13 8/15 10/6 17/20
  18/6 20/5 20/24 23/19 30/16 30/19
  37/19 41/8 43/8 46/24 49/19 50/21
  51/2 53/11 54/14 54/21 56/15
  56/16 57/10 73/3 73/6 73/19 73/24
  74/8 74/11 74/21 75/1 75/2 77/22
  77/23 80/10 86/15 88/4 91/11 92/6
  92/18 95/23
throughout [1]  65/20
thus [1]  70/23
tier [1]  58/8
time [30]  10/16 15/4 15/5 15/7
  15/10 16/8 16/10 16/16 17/16
  26/22 29/24 35/22 37/11 44/21
  52/21 56/20 60/2 67/5 68/21 68/22
  80/3 80/23 92/12 93/6 100/3
  100/23 101/4 102/24 107/1 107/18
timeframe [1]  31/9
timeline [3]  49/23 50/3 50/13
times [8]  93/9 100/6 103/8 103/18
  103/20 105/7 106/2 106/18
timing [3]  37/1 46/15 71/20
today [2]  8/3 94/25
together [4]  47/14 47/19 47/21
  69/9
tomorrow [2]  107/13 107/14

tonight [1]  94/12
too [1]  59/1
took [1]  7/5
tools [1]  67/14
top [10]  10/17 10/25 19/24 19/25
  47/10 49/9 57/25 58/24 65/14
  98/13
TOR [3]  2/2 2/3 4/13
total [13]  75/3 75/5 92/10 92/11
  100/2 101/24 103/7 105/5 105/6
  105/18 105/24 106/1 106/4
totaled [8]  92/21 92/23 93/6
  99/19 100/5 102/23 103/17 106/17
totaling [4]  93/8 101/24 103/7
  103/20
touch [1]  74/20
Townsend [1]  51/21
Townsend's [2]  20/1 51/15
trace [6]  19/14 22/5 22/8 30/19
  57/12 102/11
traced [4]  22/13 46/19 86/3 91/25
traces [1]  82/21
tracing [16]  7/5 8/9 8/11 17/17
  17/24 19/24 22/25 33/23 34/12
  35/14 41/24 42/4 56/16 56/16 57/7
  89/4
tracking [1]  18/22
trade [3]  91/8 91/11 91/13
trades [4]  91/10 91/15 95/18
  95/23
trading [3]  81/20 93/14 96/1
transaction [124]
transactions [60]  8/13 8/20 9/3
  9/7 9/23 10/5 15/15 16/7 16/14
  17/18 18/10 18/10 19/14 20/25
  21/4 21/9 22/5 22/8 22/14 23/25
  29/6 29/8 30/8 31/5 37/9 37/15
  37/17 38/5 39/9 41/8 41/12 41/14
  41/16 43/3 43/9 46/16 46/17 47/2
  47/4 47/15 48/2 48/4 48/5 48/6
  48/23 48/24 49/19 56/18 56/20
  64/22 72/19 73/1 78/2 78/10 78/16
  79/4 80/4 81/12 84/6 102/12
transcript [2]  1/9 109/4
transfer [13]  22/18 23/19 23/21
  36/21 41/21 49/16 59/5 86/19
  86/19 86/20 86/23 91/16 95/20
transferred [6]  13/3 54/13 86/12
  86/13 87/5 106/13
transfers [4]  41/20 52/18 53/10
  92/25
transitive [1]  47/20
translating [1]  90/7
treat [1]  7/18
trial [2]  1/9 71/16
trials [1]  71/25
tries [1]  51/11
TRM [1]  48/1
true [4]  51/7 51/9 65/6 109/4
truth [1]  97/21
try [6]  8/3 38/7 61/15 105/22
  107/17 107/21
trying [2]  17/3 28/10
turn [3]  7/7 26/3 101/12
Turning [8]  34/11 35/13 57/18
  81/15 83/10 83/12 91/19 102/25
turns [1]  70/13
Twenty [1]  106/4
Twenty-six [1]  106/4
Twitter [3]  46/18 49/22 54/6
two [26]  4/17 6/4 9/5 9/7 21/9
  21/10 21/14 32/16 39/23 40/13
  40/14 40/17 40/22 41/24 47/14
  47/19 48/13 48/14 48/18 49/6 49/8
  81/19 93/7 102/18 103/19 106/16
TX10 [1]  44/17
type [3]  55/12 57/15 68/24
typographical [1]  94/10

**U**

U.S [2]  1/13 2/7
ultimately [3]  47/4 53/12 105/11

**U**

unacceptable [1] 60/21
uncontested [1] 7/19
under [2] 55/19 55/22
underline [1] 61/15
underlying [2] 23/10 42/10
understand [9] 60/25 61/2 61/10 62/16 62/17 89/5 90/12 95/3 95/12
understanding [5] 95/7 95/8 97/20 98/17 98/18
understands [1] 95/8
understood [2] 16/19 60/3
unduly [1] 88/1
UNITED [6] 1/1 1/3 1/10 4/5 4/10 99/7
until [2] 72/8 107/15
untraceable [1] 63/1
unusual [2] 48/17 49/19
up [44] 4/18 7/25 8/6 8/18 9/15 9/23 13/1 15/1 15/4 15/17 19/10 21/16 27/1 27/9 27/19 28/4 36/24 37/10 37/12 38/8 39/8 40/1 40/5 40/10 42/25 45/6 47/7 59/15 59/21 61/4 61/16 65/5 65/8 67/16 71/6 78/19 79/3 81/17 81/18 85/10 87/23 88/10 93/1 93/23
upset [1] 108/2
URL [1] 60/22
us [37] 1/20 8/14 8/21 9/1 9/10 10/20 18/18 18/21 19/23 20/7 20/10 20/13 22/20 23/19 23/23 34/9 34/12 35/13 43/22 44/1 50/21 51/3 55/5 63/12 80/10 80/22 84/25 85/6 85/7 90/3 90/7 91/11 92/6 92/12 92/14 92/18 101/8
USAO [1] 1/16
USD [1] 75/5
use [16] 8/3 55/22 65/21 66/25 67/4 67/8 68/5 68/17 69/23 70/7 77/12 78/1 81/18 81/22 81/25 90/19
used [49] 10/2 13/24 14/22 16/16 16/20 16/21 17/9 17/11 17/12 17/15 18/7 18/7 18/8 18/11 18/12 21/22 26/9 28/10 30/7 31/4 37/24 38/5 38/19 40/7 41/3 41/8 41/10 43/25 44/3 44/13 44/19 44/23 45/12 45/14 47/18 67/2 67/14 67/14 72/20 77/5 77/8 77/10 77/10 77/18 82/22 84/3 95/6 95/8 101/17
user [18] 25/18 25/24 27/19 27/20 28/10 28/11 36/24 44/4 45/11 49/7 49/8 53/18 62/13 87/4 89/6 91/13 91/15 95/9
user's [1] 95/10
username [3] 24/16 26/8 49/12
users [5] 24/22 25/5 60/12 91/7 91/9
users' [1] 25/7
using [11] 18/4 25/23 35/20 49/6 65/15 76/1 77/17 77/21 94/20 97/10 97/24
usually [2] 68/7 68/16

**V**

valuations [1] 90/2
value [8] 63/12 69/15 80/23 92/12 92/14 100/20 100/23 101/18
valued [13] 99/19 100/2 100/5 102/6 102/23 103/8 103/17 103/20 105/6 106/1 106/6 106/12 106/18
values [2] 84/3 100/22
variation [1] 26/8
vault [2] 26/6 26/12
vehicle [2] 84/15 84/17
verify [2] 33/22 89/13
versus [2] 4/5 29/8
very [17] 8/8 16/10 26/4 27/23 46/2 46/20 48/5 49/15 52/25 58/24 60/20 71/22 83/8 86/20 91/6 91/7 101/18

view [3] 12/2 13/19 75/24
viewed [2] 19/14 21/23
virtual [7] 85/20 91/5 99/4 103/23 104/7 104/23 105/15
Volf.prius [19] 9/13 9/18 9/19 9/21 9/23 10/4 20/14 20/15 20/18 21/7 21/15 37/7 40/10 40/23 41/3 41/7 52/19 53/4 54/9
volume [1] 70/15
voluminous [2] 19/14 87/18
vs [1] 1/5

**W**

wait [1] 70/22
waiting [2] 7/2 7/9
walk [9] 23/19 46/24 50/21 74/8 80/10 84/25 91/11 92/6 92/18
walked [2] 20/4 56/15
Walker [1] 76/7
wall [2] 2/3 42/13
wallet [55] 44/17 44/22 44/24 47/2 47/17 48/9 48/17 48/19 48/22 63/21 63/23 63/25 64/1 67/19 67/22 67/24 68/1 68/3 68/4 68/24 69/1 69/1 69/3 69/5 69/7 69/11 69/15 72/17 72/21 73/10 74/6 75/17 75/22 76/14 76/15 76/17 76/19 77/9 77/11 77/20 78/3 78/7 78/12 79/17 79/20 80/3 80/4 80/13 81/9 81/13 84/4 85/3 85/5 87/4 87/5
wallets [1] 68/12
want [10] 7/2 7/3 7/8 7/14 42/12 55/19 59/14 59/23 96/22 96/22
wanted [8] 6/6 16/24 43/5 55/17 55/25 70/17 91/9 107/12
wants [1] 71/11
was [218]
Washington [5] 1/5 1/14 1/17 1/21 2/9
wasn't [2] 39/16 63/25
watches [1] 83/8
way [8] 5/23 17/20 30/16 50/24 71/23 77/6 84/8 89/13
we [165]
we'll [5] 9/9 55/12 56/6 79/1 105/22
website [3] 82/12 82/14 83/6
week [1] 93/17
weeks [3] 22/6 22/9 49/24
Welcome [1] 7/13
well [11] 5/3 5/17 18/12 39/12 48/1 52/8 55/16 59/19 72/19 88/9 97/19
went [8] 11/4 15/22 15/24 15/25 22/21 31/1 38/22 48/12
were [102] 4/24 8/7 8/11 8/15 8/19 8/23 10/13 11/4 11/6 12/23 12/25 13/3 16/10 16/16 16/17 17/7 18/11 18/12 19/21 21/8 21/18 21/24 22/14 23/17 23/24 24/3 24/5 24/21 25/21 25/23 26/15 27/6 27/16 28/2 30/13 30/25 32/19 34/18 35/4 35/4 35/7 36/7 36/12 36/18 36/22 37/10 38/22 41/8 41/22 42/22 44/11 44/13 45/11 45/13 46/11 49/18 49/20 50/19 54/11 54/13 54/13 56/20 63/16 64/7 65/2 72/20 72/24 73/13 73/14 73/20 74/1 75/8 76/17 77/9 77/17 77/18 78/8 79/24 80/4 81/1 81/4 81/12 83/1 83/15 86/11 86/15 92/11 92/13 92/20 92/22 93/4 93/7 98/7 99/25 100/4 103/7 103/11 103/13 103/16 103/19 106/10 106/16
weren't [1] 90/2
what [250]
when [25] 5/24 6/6 6/22 9/17 16/8 17/7 24/3 25/11 33/5 35/22 35/23 41/19 44/18 56/12 68/19 71/4 79/24 82/2 88/3 88/8 99/15 101/20

104/9 104/25 105/18
where [53] 8/12 9/10 10/20 11/4 13/2 14/9 15/22 17/19 19/24 21/6 21/13 21/17 22/21 24/3 24/13 24/13 24/20 31/1 32/20 34/12 34/16 35/7 35/10 35/14 36/20 38/12 38/22 38/25 48/24 49/2 58/11 58/17 59/5 62/9 63/16 65/2 68/12 69/8 75/6 75/11 80/5 81/4 81/12 84/1 86/4 86/11 88/7 92/15 99/21 104/11 104/13 104/17 105/8
Whereupon [16] 11/21 19/21 23/17 27/16 32/7 42/22 50/19 62/1 66/16 72/13 74/1 77/1 79/11 83/1 90/23 98/7
whether [8] 4/25 16/20 16/21 17/9 17/10 71/18 77/12 95/7
which [34] 7/6 11/8 15/3 17/8 19/10 22/23 31/10 38/8 42/1 43/11 43/12 46/12 48/10 57/23 61/16 63/3 63/13 69/13 70/1 71/2 71/9 72/5 73/3 76/3 76/15 78/16 78/19 82/8 85/10 87/11 89/17 93/1 96/4 102/21
while [4] 5/14 27/1 76/13 96/23
who [10] 4/14 25/14 36/7 36/10 45/16 60/23 68/6 69/20 96/25 98/17
whole [1] 70/12
why [16] 17/4 22/1 33/6 33/15 41/14 55/9 67/7 67/11 68/10 74/21 79/21 87/2 107/3 107/4 107/25 108/2
will [16] 6/5 7/3 38/18 44/10 51/19 51/25 59/19 70/1 70/5 72/11 73/20 82/23 96/16 96/23 97/22 107/5
winning [1] 61/2
withdrawal [32] 9/9 9/10 9/20 10/11 10/14 10/15 10/17 10/22 20/8 20/12 20/16 29/22 29/25 30/3 30/6 30/22 30/25 33/5 33/5 34/6 34/13 35/1 36/5 37/19 37/21 37/22 40/4 40/5 40/6 40/13 41/2 78/24
withdrawals [10] 21/10 21/14 39/22 39/23 39/24 40/3 40/14 40/16 40/17 40/22
withdrawing [2] 30/13 51/2
withdrawn [15] 9/7 14/5 15/15 15/20 18/19 21/8 24/3 24/5 34/16 36/6 39/13 41/22 44/11 49/18 86/24
withdrew [2] 8/14 87/4
within [4] 28/25 58/6 60/18 101/1
without [3] 55/17 57/5 70/16
witness [12] 5/20 7/22 16/24 40/21 55/16 56/8 70/23 71/7 71/9 95/5 96/19 107/18
witnesses [4] 3/2 70/12 70/17 71/12
wobbly [1] 8/2
won [1] 60/17
won't [2] 69/9 72/8
word [3] 59/25 75/21 95/8
work [5] 56/16 78/11 88/18 89/25 91/12
workbook [1] 76/13
works [4] 67/22 69/4 77/6 107/1
worth [4] 68/21 68/22 85/6 93/8
would [65] 4/7 5/2 5/4 5/24 6/8 6/20 11/8 18/3 18/14 19/1 25/1 25/3 26/17 28/9 28/12 29/10 29/11 30/16 32/21 33/1 34/4 41/14 43/23 44/1 45/16 47/24 48/19 48/20 49/5 49/6 55/5 55/22 56/21 56/23 56/24 57/1 57/6 57/8 57/9 57/11 57/11 57/12 58/22 62/10 64/11 65/8 66/21 67/25 68/3 74/12 84/5 87/2 87/2 90/17 91/7 91/9 91/12 91/15 91/16 96/3 98/15 98/20 104/1 106/25 107/17
wouldn't [3] 30/19 77/16 90/16

**W**

writing [1]  14/16
wrote [1]  94/10
www.Bitcoin.Fog.com [1]  59/4
www.bitdials.eu [1]  83/6

**X**

Xchange [13]  8/16 8/23 15/24 16/1
 16/3 18/8 20/3 22/18 40/4 40/5
 51/3 56/18 57/3

**Y**

Yeah [3]  6/15 17/18 67/12
years [1]  5/7
yes [222]
yesterday [7]  7/5 8/7 8/9 20/5
 33/20 47/23 59/1
yet [14]  11/8 19/2 22/24 31/10
 42/2 50/3 61/17 66/3 73/4 76/3
 78/19 82/8 87/11 96/4
York [1]  1/20
you [354]
you're [1]  46/2
your [125]
yourselves [2]  55/12 107/6

**Z**

Zelle [2]  98/16 98/21
zoom [4]  46/19 48/7 83/4 83/18
zooming [1]  49/14

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America,       ) Criminal Action
                                ) No. 21-cr-399
                Plaintiff,      )
                                ) JURY TRIAL
vs.                             ) AFTERNOON SESSION
                                )
Roman Sterlingov,               ) Washington, DC
                                ) February 22, 2024
                Defendant.      ) Time:  1:30 p.m.

---

TRANSCRIPT OF JURY TRIAL
HELD BEFORE
THE HONORABLE JUDGE RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE

---

A P P E A R A N C E S

For Plaintiff:      **Christopher Brown**
                    DOJ-USAO
                    601 D Street, NW, Suite 5.1527
                    Washington, DC  20530
                    Email:  Christopher.brown6@usdoj.gov
                    **Catherine Pelker**
                    US DOJ
                    950 Pennsylvania Avenue NW
                    Washington, DC  20530
                    Email:  Catherine.pelker@usdoj.gov
                    **Jeffrey Pearlman**
                    DOJ-CRM
                    1301 New York Avenue NW
                    Washington, DC  20005
                    Email:  Jeffrey.pearlman@usdoj.gov

For Defendant:      **Tor Ekeland**
                    **Michael Hassard**
                    Tor Ekeland Law PLLC
                    30 Wall Street, 8th Floor
                    Brooklyn, NY  10005
                    Email:  Tor@torekeland.com
                    Email:  Michael@torekeland.com

Court Reporter:     Janice E. Dickman, RMR, CRR, CRC
                    Email:  Janice_e_dickman@dcd.uscourts.gov

* * * * * * *P R O C E E D I N G S* * * * * * *

THE COURT:  All right.  Anything before we get the jury?

THE COURTROOM DEPUTY:  Let me get Mr. Sterlingov.

(Pause.)

(Whereupon the defendant enters the courtroom.)

THE COURT:  All right.  Anything to raise before --

MR. HASSARD:  One of our experts here would like to use his laptop in the gallery.  Is that a possibility?

THE COURT:  So, I would prefer not to have somebody doing that in the gallery because there's a policy against it, and if someone sees one person doing it, then everyone else is going to feel like they can do it and want to know why they can't do it.

If the expert wants to sit in front of the bar and use the laptop there, that's acceptable to me.

MR. HASSARD:  Thank you.

THE COURT:  The witness can come back to the witness box.

(Whereupon the jurors enter the courtroom.)

THE COURTROOM DEPUTY:  Jury is present.  You may be seated and come to order.

THE COURT:  Welcome back, members of the jury.  Have a seat.

Ms. Pelker, you may continue when you're ready.

LUKE SCHOLL

DIRECT EXAMINATION (Cont.)

BY MS. PELKER:

Q. Mr. Scholl, before the lunch break, were you testifying regarding the defendant's financial accounts and his Mycelium wallet?

A. Yes, ma'am, I was.

Q. Just to reorient us in your testimony, how much money was on the defendant's phone in his Mycelium wallet when he was arrested?

A. A little over 10 Bitcoin, over $500,000 at the time of his arrest.

Q. What was the primary source of funds into the defendant's Mycelium wallet?

A. Of the funds that we seized, Bitcoin Fog.

Q. What was the primary source of funds into the defendant's financial accounts at the various cryptocurrency exchanges that we discussed prior to lunch?

MR. EKELAND: Objection, Your Honor. This is all cumulative.

THE COURT: I'm sorry?

MR. EKELAND: I'm sorry. This is all cumulative.

MS. PELKER: We're just reorienting --

THE COURT: All right. I'll allow this.

THE WITNESS: Bitcoin Fog.

BY MS. PELKER:

Q. Mr. Scholl, where we left off with the virtual currency exchange Bitstamp, did you review communications between Bitstamp and Mr. Sterlingov where Bitstamp raised concerns about the source of Mr. Sterlingov's funds?

A. Yes, ma'am, I did.

Q. If we could pull up 414-C.

MS. PELKER: Court's indulgence. We're having a little bit of a technical challenge here.

I can break out the old school Elmo. 414-C.

THE COURTROOM DEPUTY: I'm sorry. What number?

MS. PELKER: 414-C, which should already be in evidence.

BY MS. PELKER:

Q. And, Mr. Scholl, do you recognize this?

A. Yes, ma'am, I do.

Q. What is this?

A. These are records from Mr. Scholl's account at Bitstamp.

Q. If we could direct your attention to -- are these the records that Special Agent Rovensky testified to during his testimony?

A. Yes, ma'am, I believe they are.

Q. If we could direct your attention to the bottom of page 11, message number 16.

I think we just have to scroll by the page.

Mr. Scholl, what's shown here?

A.   Message from Roman Sterlingov, August 3rd, 2016.

Q.   And could you remind us, what was this 2016 back and forth with Bitstamp regarding?

A.   Bitstamp was concerned about the source of funds into Mr. Sterlingov's Bitstamp account.

Q.   Scrolling to page 12 at the top, could you read question number 2 and Mr. Sterlingov's response?

A.   Starting with "Additionally"?

Q.   Yes.

A.   "Additionally, could you confirm if you were using any cryptocurrency tumblers?"

Q.   And who was originally asking that question?

A.   Bitstamp.

Q.   What does Mr. Sterling say?

A.   "I don't know if I did with that -- with those specific funds sent to your exchange.  It's not impossible.  I did a lot of experimenting with Bitcoins back in the day.  It was a very new and exciting technology.  I haven't done this recently, but my account here is very old.  I don't remember."

Q.   Based on your review, was Mr. Sterlingov's account -- was Mr. Sterlingov still receiving funds traced back to Bitcoin Fog when this message was sent in 2016?

A.   Yes, ma'am, he was.

Q.   Directing your attention now to the bottom of page 16.

Could you read the message from Bitstamp to the defendant sent March 3rd, 2018?

A. "Dear Roman, Thank you for your reply. We kindly ask you to elaborate on the purpose of the .046 BTC deposit you have made to Bitstamp on February 12th, 2017 and your activity on its originating address '1HEMZAsD --'"

Q. We don't have to read the whole address.

A. Yes, ma'am.

"We are looking forward to hearing from you. Best regards, Urban K."

Q. Did you check whether there was, in fact, a deposit from 1HEMZA on that date and amount?

A. Yes, ma'am. I checked. I recall that there was a deposit to 1HEMZ. I don't recall the exact date of that transaction.

Q. If we could pull up Exhibit 371. And this is not yet in evidence.

And just showing you both pages, what is shown in Exhibit 371?

A. It's a screen capture from Chainalysis of the transaction from Bitcoin address 1HEMZ to Bitstamp on 2-12-2017.

Q. Is this a fair and accurate reflection of the transaction information as viewed in Chainalysis?

A. Yes, ma'am, it is.

MS. PELKER: Government moves to admit Exhibit 371.

THE COURT: Any objection?

MR. EKELAND:  Objection.  Hearsay.

THE COURT:  That objection is overruled.  Exhibit 371 is admitted and may be published to the jury.

(Government's Exhibit 371, admitted and published.)

BY MS. PELKER:

Q.  Mr. Scholl, can you explain what's shown here?

A.  Yes, ma'am.  A transaction is shown from the Bitcoin address starting with 1HEMZ on 2-12-2017, sending 0.46 Bitcoin to Bitstamp.net.

Q.  How is it that that circle is labeled Bitstamp.net?

A.  That's due to Chainalysis Reactor's attribution of that cluster to Bitstamp.

Q.  Based on your review of the Bitstamp records, is that cluster accurate for this transaction?

A.  Yes, ma'am, it is.

Q.  How does Chainalysis' cluster and attribution of Bitstamp here relate to the benefits of using Chainalysis that you discussed previously?

MR. EKELAND:  Objection.  Leading.

MS. PELKER:  Asked how it relates.

THE COURT:  If you could rephrase the question.

BY MS. PELKER:

Q.  How does the -- how does what is shown on this screen help you in your analysis?

A.  If I was tracing funds from 1HEMZA, this would alert me to

the fact that that transaction was sent to Bitstamp.net so that law enforcement could send legal process to Bitstamp.net to get the records for the receiving account.

Q. Is that the sort of tracing that you frequently do in your work?

A. Yes, ma'am, it is.

Q. We turn back to Exhibit 414-C, the conversation with Bitstamp and the Bitstamp records.

Scrolling now to the top of page 17, is there a reply from the defendant?

A. Yes, ma'am, there is.

Q. What's the date of the reply?

A. The date is March 7th, 2018.

Q. Could you read the last sentence of the defendant's reply to Bitstamp's inquiry about his source of funds?

A. Yes, ma'am. "I found the invoice this was in response to. This is a payment I have received from my client for the services of my company."

Q. Did the defendant provide Bitstamp with an invoice?

A. Yes, ma'am, he did.

Q. Directing your attention to Exhibit 414-A, is this the documentation that the defendant submitted to Bitstamp?

A. Yes, ma'am, it is.

Q. Can you explain what's shown here?

A. It's an invoice for server administration associated with

the Code Reactor company.

Q. Who is listed as the customer on this invoice?

A. The customer listed is Anton Beckman.

Q. Could we scroll down to the bottom.

Could you explain what's listed in the payment details?

A. In the payment details there's a SWIFT code, a bank account number, IBAN number, and a payment with Bitcoin, there's a Bitcoin address.

Q. Can you read the first few characters of the Bitcoin address for payment?

A. Yes, ma'am. 1AieHpk.

Q. Did you attempt to review that Bitcoin address?

A. Yes, ma'am, I did.

Q. What did you find?

A. I found this is not a valid Bitcoin address.

Q. Can you explain what you mean by not a valid Bitcoin address?

A. Yes. These Bitcoin addresses have check sums at the end. This address doesn't satisfy the check sum, so it's not a valid address.

Q. What would have happened if this Anton Beckman were a real customer who tried to send money to the address on this invoice?

MR. EKELAND: Objection. Calls for speculation and assumes facts not in evidence.

THE COURT: Overruled.

THE WITNESS: Most likely Mr. Beckman's wallet would flag this as not a valid address and would not allow him to transfer the funds.

BY MS. PELKER:

Q. Did Bitstamp also recognize that the address on this invoice had not actually received any funds?

A. Yes, ma'am, they did.

Q. Did they confront the defendant about that issue?

A. Yes, ma'am, they did.

MR. EKELAND: Objection, Your Honor. Counsel is testifying.

MS. PELKER: I'm asking what was in the records that we just looked at with the messages between Bitstamp and the defendant.

THE COURT: Overruled.

BY MS. PELKER:

Q. Did the defendant provide an explanation?

A. Yes, ma'am, he did.

Q. What did he say?

A. He said there was a typographical error and that he had spoken to the client about the typographical error personally.

Q. Did Bitstamp continue to question the defendant on the nature of his business and the true source of his funds?

A. Yes, ma'am, they did.

Q.  If we could go back to Exhibit 414-C.  Directing your attention to the bottom of page 18.

Could you read the first lines of this message from Bitstamp dated March 13th of 2018?

A.  Yes, ma'am.

"Dear Roman, Thank you for your reply.  According to our chain analysis, the bulk of your deposited BTC originate from mixing services.  Please clarify if you have used mixing services in the past and what was the purpose of such activity.  We" --

Q.  Why would Bitstamp be concerned that the defendant's money was coming from a mixing service?

MR. EKELAND:  Objection.

THE COURT:  Yeah.  If you could rephrase it not in terms of what was in the speaker's mind, but more generally.

BY MS. PELKER:

Q.  Why would an exchange be concerned about a user sending money from a mixing service?

A.  Exchanges have obligations to prevent illicit activity, illicit funds from moving through the exchange, and they're concerned that the funds coming from a mixer are connected to illicit activity.

Q.  Turning back to 414 and Bitstamp's discussion with the defendant specifically.

Did Bitstamp proceed to ask the defendant another series

of questions about his business and funds?

A. Yes, ma'am, they did.

Q. Scrolling down to page 19.

Is this a reply from the defendant to those questions?

A. Yes, ma'am, it is.

Q. Could you read what the defendant says -- about halfway through this block of text -- in response to the question about his use of mixing services, starting with "To repeat myself"?

A. Yes, ma'am.

"To repeat myself, it is possible that I have used some. I don't really remember. This was years ago. Bitcoin was a new thing and I experimented with many different services. What is the problem?"

Q. Was the defendant's activity at this time consistent with someone who only used mixers many years ago as an experiment?

A. No, ma'am.

Q. Scrolling down to the bottom of page 19 and through the top of page 20.

Could you read the first two messages -- first two sentences to this reply from Bitstamp from March 14th of 2018?

A. Yes, ma'am.

"Dear Roman, Thank you for your reply. We kindly ask you to provide any documentation regarding your use of mixing services, indicating when and what services you have used and what BTC amount was involved."

Q. And now scrolling down through the next couple of pages.

We don't need to read all of the posts, but can you explain what happens over the coming months?

A. Bitstamp continues to ask questions. There were some replies from Mr. Sterlingov, and Bitstamp continues asking questions.

Q. And if we keep scrolling down.

What are we seeing here?

A. These are messages from Bitstamp to Mr. Sterlingov.

Q. And does Mr. Sterlingov ever respond?

Could you read the last message shown here on the screen?

We can scroll down two more.

A. Message --

Q. Scroll back up one.

If we could just read this message.

A. "Dear Roman, We kindly ask you to provide any documentation regarding your use of mixing services, indicating when and what services you have used and what BTC amount was involved in regard to your work material. Please provide additional documentation as the submitted screenshot does not reveal much about the nature of your work. We kindly ask you to submit your documents in PDF, JPG, or PNG format in reply to this ticket. Looking forward to your reply. Best regards."

Q. And is this consistent with the previous messages that

Bitstamp had been sending to the defendant?

A. Yes, ma'am.

Q. And did the defendant provide Bitstamp with additional information about his true source of funds?

A. Not at this time.

Q. Did you review the defendant's notes?

A. Yes, ma'am, I did.

Q. And did the defendant write himself a note about Bitstamp?

A. Yes, ma'am, he did.

Q. Directing your attention to Exhibit 711-A. And going to page 16 -- I'm sorry. Page 6. And if we can scroll up.

Mr. Scholl, can you explain what's shown here on the screen?

A. It says "Temp Money," and then underneath that there's several bullets involving Mr. Sterlingov's cryptocurrency accounts and funds.

Q. Could you repeat what's shown within this Temp Money section?

A. It's a list of bullets describing cryptocurrency and accounts.

Q. Could you read what the defendant wrote about Bitstamp in this section?

A. Yes, ma'am.

The second bullet here, "Bitstamp dollars, probably like 50k? Withdrawn everything when they started delaying

withdrawals and asking for ten stupid questions. Do not use them. Tell everyone to stop using them..."

Q. In your review of files from the defendant's devices, were there additional invoices like the one provided to Bitstamp?

A. Yes, ma'am, there were.

Q. And did you review those invoices?

A. Yes, ma'am, I did.

Q. In your binder -- no need to bring all of them up on the screen -- but can you look at Exhibit 719-A through KKK.

If we could actually bring up 7 -- just 719-A onto the screen.

A. There's a lot of binders here. Do you want me to continue looking in here?

Q. Yes, just so you can look at the full set of invoices.

Should be a tab of 719 and within it will be a tab of documents with stickers on it. Should be binder 3 or 4.

A. I'm not even sure which binder I should be looking at. Sorry.

Q. You know what, Mr. Scholl, it's -- if you can look at what's on the screen in front of you, this is just 719-A.

A. Yes, ma'am.

Q. Is this one of the invoices that you reviewed on -- from the defendant's devices?

A. Yes, ma'am.

Q. And did you also review several dozen additional invoices

from the defendant's devices?

A.  Yes, ma'am.  I reviewed several invoices.

Q.  And how did the invoices generally compare to one another?

A.  They were similar.

        MS. PELKER:  The government moves to admit just 719-A and publish to the jury.

        THE COURT:  Any objection?

        MR. EKELAND:  No objection.

        THE COURT:  719-A is admitted and may be published to the jury.

        (Government's Exhibit 719-A, admitted and published.)

BY MS. PELKER:

Q.  Mr. Scholl, can you explain what's shown here?

A.  This is another Code Reactor invoice.  The customer here is Artem Chukanov.  And the services listed are web development service 2016-04.  The price is 30 euros for 22 hours, totaling 660.

Q.  And just scrolling down or zooming out so we can see the full invoice.

        What are the payment options that are given?

A.  Again, there's a SWIFT number, an IBAN number, and a Bitcoin address.

Q.  How does the general layout and format of this invoice from the defendant's devices compare to the invoice that the defendant sent to Bitstamp?

A. It's very similar.

Q. And did you -- were there different Bitcoin addresses on different invoices that you looked at?

A. Yes, ma'am, there were.

Q. And did you look at what the source of funds was into those various addresses?

A. Yes, ma'am, I did.

Q. Can you explain what you found for the invoices as a whole? Not any specific one.

A. Yes. Several of those invoices had funds coming from Bitcoin Fog, as well as other sources.

Q. Did you also review an invoice in the defendant's password vault regarding invoices?

A. Yes, ma'am, I did.

Q. Pulling up Exhibit 702. Showing you Exhibit 702.

Could you remind us, what is this?

A. This is the P safe file, password file on Mr. Sterlingov's devices.

Q. Scrolling down to row 19.

Can you read the first two columns?

A. FBAI.fr --

Q. Could we -- could we zoom in a bit there, just to try and make it a bit easier to read. Thank you.

A. It reads FBAI.FrilansFinans.codeReactor wallet address.

Q. What's in the next column?

A. It says Easywalletyo.

Q. What is Easywallet?

A. Easywallet is another hosted wallet service.

Q. Scroll to the right, to column AA.

And what is shown here in column AA?

A. There's a link to an easywallet.org page and then it says, "This was an address to be put on some invoices. In order to receive money on it, just instead of using an exchange directly we thought that -- we thought that sucked. New deposit ADDR. Use only this one" -- I can't tell something is covered up on the top right of my screen. In parenthesis, "because old one received a payment which was later lost and it will look weird that the first payment was not booked."

And then there appear to be two Bitcoin addresses. The Bitcoin address starts with 1GDFTdt. And it says "Original deposit address." There's a Bitcoin address, 1HCrY6Z.

Q. And so what is the defendant saying here at the beginning about what this address is to be used for?

MR. EKELAND: Objection.

THE COURT: What's the objection?

MR. EKELAND: Ms. -- the witness doesn't have personal knowledge of what Mr. Sterlingov is thinking.

THE COURT: All right. Well, if -- if the witness -- with that qualification, the witness can testify as to what his understanding of it is, but the jury should understand that the

witness is just testifying from what the document says and not from any other basis.

BY MS. PELKER:

Q. And, Mr. Scholl, if you could just pull your microphone a bit closer so we can hear you. Thank you.

A. My understanding of this note is that he's indicating that these addresses are to be used for invoices and that there was a transaction that was lost and it might look weird, so he's switching the address.

Q. Did you look at these addresses from this note?

A. Yes, ma'am, I did.

Q. And were you able to determine what they were?

A. They belonged to -- according to Chainalysis Reactor, they belonged to Easywallet.

Q. And were you able to determine where the funds going into those addresses largely came from?

A. Yes, ma'am, I was.

Q. Where was that?

A. The first address starting with 1GDFT had approximately 50 percent of its funds received from Bitcoin Fog indirectly. And the second address, 1HCRY, had all of its funds indirectly from Bitcoin Fog.

Q. Did you also review the defendant's notes where he discussed generating invoices?

A. Yes, ma'am, I did.

Q. Directing your attention to Exhibit 715-A. If we could highlight the references to "invoice."

Mr. Scholl, could you read the third reference about halfway down?

MR. EKELAND: Your Honor, can -- we have an objection. Can we speak on the phone for a second?"

THE COURT: Okay.

(A bench conference was held as follows:)

MR. EKELAND: My client has informed me that there's a mistranslation on this document and it actually doesn't say "encrypted." It says "script."

Is that correct?

THE COURT: Ms. Pelker?

MS. PELKER: This was something for them to bring up with the translators. It -- we aren't even actually talking about that line here. But if there's a mistranslation they could have addressed it with -- on cross-examination of the translators and they didn't do so.

MR. EKELAND: We specifically reserved our right to make specific objections as things came up, and now Mr. Sterlingov has informed me that the word "encrypted" is actuality mistranslated. And it is not a minor mistranslation. There's a big difference between "scripted" and "encrypted."

THE COURT: I'm not quite sure what you mean when you say we reserved our right to, you know, object when the witness

has come and testified and left.

I mean, you can say, you know, I reserve my right to object 17 years from now to something, but you have to object in timely manner to be able to do something about it. Because what am I supposed to do at this point? The witness is gone.

MR. EKELAND: It's my understanding that the translations -- and the Court can correct me if I'm wrong -- were conditionally admitted and that because of the volume, if there was a word or two or a phrase -- and this was our understanding with the government as well, if I recall correctly -- that we had an issue with that we could address it when it was being put in. And this is what my client has just told me, is that this word is incorrect.

THE COURT: Ms. Pelker?

MS. PELKER: That's not what the government's understanding of the agreement was. It was that if Mr. Sterlingov then wanted to take the stand and say, no, this doesn't mean X, it means Y, then he would be able to do that. That's what they were reserving their right to do.

Mr. Scholl is not a Russian speaker. He's simply going to be looking at this and reading what the translation was. If defense had an issue with the translation, they should have raised it at the time.

MR. EKELAND: Where on the page is this?

MS. PELKER: I actually think we're talking about two

different invoices referenced. We're looking at "Get new invoices done" and talking about the automation. And the conditional admission was to object to relevance, not related to further objections on translation.

THE COURT: Can somebody point to me where this word appears on the page?

MS. PELKER: If you look at the first highlight of invoices.

THE COURT: I see "Encrypted own invoices."

MS. PELKER: We're actually having the witness testify about the second entry of "Get new invoices done." Although we would want -- we have now shown the jury three references to "invoice" and would want this to go back -- the document is going back with the jury.

THE COURT: Well, I'm going to, you know, allow you to continue with the document.

If after conferring with the defense you're in agreement that there's a mistranslation, I just request that you correct it in the version that goes back to the jury.

MS. PELKER: We'll have to take it up with the translators, Your Honor.

THE COURT: You have another witness in the room that's a Russian speaker. You could ask him, if you wanted to, at the break, if need be. I see that your co-counsel has -- I don't know if you wanted to raise -- why don't we just proceed

that way and you can bring it back to me, if there's a mistranslation and the government agrees. Otherwise, if the government doesn't agree, then the defense, in their case, can offer up evidence that it's a mistranslation.

Okay. Proceed.

MS. PELKER: Thank you, Your Honor.

(Open court:)

BY MS. PELKER:

Q. Mr. Scholl, can you read the bullet point with --

THE COURT: I'm sorry. Just a second. Just want to make sure we're okay.

(Pause.)

THE COURT: All right. You can continue.

BY MS. PELKER:

Q. Can you read the bullet point with the third reference to invoices on this page?

A. Starting with "Get new"?

Q. Yes.

A. Yes, ma'am. "Get new invoices --"

Q. Apologies.

MS. PELKER: Could we publish this to the jury?

THE COURTROOM DEPUTY: Sorry.

BY MS. PELKER:

Q. Go ahead, Mr. Scholl.

A. "Get new invoices done...maybe one can come up with some

kind of automation for them already? Start sending money."

Q. Pulling up Exhibit 711-A. Is this another -- is this the document that we were reviewing earlier with the Temp Money section?

A. Yes, ma'am, it is.

Q. Could we now move to page 25.

Could you read the -- within that Russia 2015 section, the fourth bullet point from the bottom?

A. I believe it's "Russia 2018," ma'am.

Q. Yes. Thank you. Russia 2018.

A. "Make new invoices JIC."

Q. Mr. Scholl, do you have an understanding of how invoices can be used to help someone move illicit cryptocurrency?

A. Yes, ma'am.

Q. Can you explain that?

A. Invoices could be used to make funds that had an illicit source appear to be legitimate, from legitimate work.

Q. Is that something that is specific to cryptocurrency as a money laundering scheme?

A. No, ma'am, it is not.

Q. But does it also apply to cryptocurrency money movement?

A. Yes, ma'am, it does.

Q. Could we pull up Exhibit 54.

Can we go to page 9 of the defendant's Reddit posts?

And, Mr. Scholl, do you recognize this document?

A.   Yes, ma'am, I do.

Q.   And what is it?

A.   These are Reddit posts made by Mr. Sterlingov on his Reddit account CaptainClearanceOver.

Q.   If -- if we could scroll down on page 9.  Maybe scroll -- there we are.

Can you read the post -- and remind the jury who is Cap -- who is posting as CaptainClearanceOver?

A.   It's Mr. Sterlingov.

Q.   Could you read this post from the middle of the page, starting with "You're very naive"?

A.   Yes, ma'am.  "You're very naive to think that there are no ways to hide assets nowadays.  To quote John McAffe to a journalist saying 'I'm following the money.'  John, I had 100 trusts and 200 corporations registered in 15 different jurisdictions.  How on earth are you following the money?"

Q.   Mr. Scholl, talking about your account analysis generally and the tracing that you did, is this sort of analysis something that one of the defendant's peer-to-peer trading partners could have done?

A.   No, ma'am.

Q.   Why not?

A.   Because Mr. Sterlingov's peer-to-peer trading partners wouldn't be capable of sending legal process to the exchanges to get the account records.

Q.  If you had not been able to serve legal process on these exchanges and get the records, would you have been able to see all of the information that you testified to?

A.  No, ma'am, I would not have been.

Q.  And if law enforcement had not seized Liberty Reserve, Silk Road and other services discussed, would you have been able to trace through those services?

A.  No, ma'am, I would not have been.

Q.  Generally, does using an exchange provide privacy to users?

A.  Yes, ma'am, it does.

Q.  Can you explain how that is?

A.  Yes, ma'am.  We can't trace funds through the exchange.  A custodial exchange is kind of like a bank.  When you make a deposit to the bank, those bills just go into the teller's drawer.  They don't go into an envelope with your name on it, so you can't assume that those funds going out have anything to do with you anymore.  If that makes sense.

So, essentially when funds go into the exchange, we can't tell where they come out.

Q.  If you were just looking at someone's withdrawal from an exchange on the blockchain, would that be able -- without legal process, would you usually be able to determine their account balance?

MR. EKELAND:  Objection.  Leading.

THE COURT:  Sustained.

BY MS. PELKER:

Q. If you were looking at someone's withdrawal from an exchange just on the blockchain, what information would you be able to tell?

A. The only information you would be able to tell is how much money -- the information about that specific transaction; the date and time and the address it went to and how much funds were in that transaction.

Q. Would you be able to see someone's account balance at that exchange?

A. No, ma'am, you would not.

Q. So could you explain what the benefit is of using a mixer on top of this?

A. The benefit of using a mixer is that it's outside the reach of law enforcement, that law enforcement can't send a subpoena to Bitcoin Fog and get account records.

Q. Did you review posts from a Akemashite writing about this specifically?

A. Yes, ma'am, I did.

Q. If we could pull up Exhibit 1. And go to page 44, at the bottom of the page.

And just scrolling up a bit so we can see what this is.

Who is writing this post?

A. Akemashite Omedetou, ma'am.

Q. And can you explain what's shown in the quoted text? Could

you actually just read the boxed-quote question?

A. Yes, ma'am.

"Don't the exchanges run similar to this service? If I withdraw Bitcoins from an exchange, whether from a purchase or transferred from another wallet, they don't come from a mixed pool of coins" -- correction -- "they come from a mixed pool of coins and not a specific address attached to my account. Or do I have that wrong?"

Q. Can you explain what the customer is asking here?

A. The customer is asking: Don't I get the same anonymity from using an exchange? Because when you make a deposit to the exchange, your subsequent withdrawal doesn't come from the same address. It comes from the pool of liquidity that the exchange has.

Q. Can you read Akemashite Omedetou's response?

A. Yes, ma'am.

"We have discussed this a little bit earlier. As I see it, you do get some anonymity by mixing it like that. And that is the only other choice, apart from mixing services, I guess. But those companies do not try to make your payments anonymous deliberately, do not mix a lot just to hide all the traces. Most of them are also run as legitimate, visible businesses, which will be forced to reveal information about your funds should such a request be made by the authorities. I would assume they are also keeping very long logs, since they

don't have any reason not to. Us, on the other hand, the authorities have to find first, which, as Silk Road have demonstrated, can prove problematic."

Q. At the time this post was written, had Silk Road been taken down by law enforcement?

A. Can we just scroll up?

No, ma'am, not in 2012.

Q. What is Akemashite Omedetou saying here about the benefits of using Bitcoin Fog over an exchange?

MR. EKELAND: Objection. Calls for personal knowledge of what --

THE COURT: The witness's understanding of what the words on the page mean.

BY MS. PELKER:

Q. What is your understanding of what Akemashite Omedetou is saying about the benefit of using Bitcoin Fog over an exchange?

A. He's saying that the benefit is if legal process is served on --

MR. EKELAND: Objection. Your Honor, can we talk on the phone one more time?

(A bench conference was held as follows:)

MR. EKELAND: My understanding, that we weren't going to gender Akemashite Omedetou and the witness just used "him."

THE COURT: I think the witness is doing his best with it, and Ms. Pelker is doing her best with it. You're

still talking about half the population in the world, and as well as the fact that I think "he" is often used as a nongendered way in conversation. And on top of that, I think I have seen enough evidence for sort of at least -- and maybe this goes more to the hearsay question than to this, but as a preponderance, the government has carried its burden of showing at least for evidentiary purposes that Mr. Sterlingov is, in fact, Akemashite Omedetou. So there's more than just the hearsay issue you've been raising.

I'll also note, by the way, with respect to the hearsay issue, it's particularly puzzling because much of it is not even statements. But even putting that aside, experts are allowed to rely on hearsay for purposes of forming their opinions. And so it's not even really an appropriate objection on that grounds.

Coming back to your point about the "he." If you like, I can break and tell him, say something to the witness about it. But I'm not sure how I do it, except during a break, without having someone go up and whisper something in the witness's ear to remind him of how to proceed.

So I think we can proceed this way. I really don't think it's prejudicial. If he's still on the stand after lunch -- I mean, after the break, we can remind him, as well.

MR. EKELAND: Your Honor, I think just reminding him on a break is appropriate. But in terms of the Court's ruling

on the preponderance of the evidence, the defense requests that the Court put into the record specifically what it is relying on to make that determination.

THE COURT: I am relying on the past several days of evidence in this case. And there has been overwhelming evidence -- and it's not a single piece of evidence -- but it's stringing it all together.

We can continue.

(Open court:)

BY MS. PELKER:

Q. What is your understanding, Mr. Scholl, about what Akemashite Omedetou is saying about the benefit of using Bitcoin Fog over an exchange?

A. He's saying that the exchanges are legitimate businesses and that they'll respond to legal process if served with legal process by law enforcement. Whereas, Bitcoin Fog is operating on the dark web and law enforcement would have to find them first.

Q. Mr. Scholl, are you familiar with Shared Coin or Shared Send?

A. Yes, ma'am.

Q. And without getting into technical details about how it works, could you explain generally what it is?

A. It was a CoinJoin service provided by blockchain.info, now blockchain.com.

Q.   And what is blockchain.info, blockchain.com?

A.   Blockchain.com is a blockchain company.  They offer wallets software, hosted wallets, as well as a block explorer.

Q.   Did you review posts by Akemashite Omedetou on BitcoinTalk discussing or related to Shared Coin or Shared Send?

A.   Yes, ma'am, I did.

Q.   Directing your attention in this Exhibit to page 74 and post number 176.

And who is this post by?

A.   This post is by Akemashite Omedetou, ma'am.

Q.   What's the date on the post?

A.   The date is March 9th, 2014.

Q.   Can you read -- is there a quoted box in the middle of this post?

A.   Yes, ma'am.

Q.   Can you read from the quoted box?

A.   Yes, ma'am.

"Are there any objective advantages to Blockchain's Shared Coin feature?"

Q.   How does Akemashite Omedetou respond?

A.   He writes, "We would personally never use them as the only step in the washing.  Blockchain is a public company and is required by law to comply with anti-money laundering laws, as well as revealing user information and logs, should the law require that."

Q. So what is Akemashite -- what is your understanding of what Akemashite Omedetou is saying here about the downside of using blockchain's shared coin feature?

A. Again, he's saying that if you use it, it's possible that law enforcement could send legal process to Blockchain and get your records.

Q. And does Akemashite Omedetou believe that that is a good step to use in the washing?

A. No, ma'am. He says he would personally never use them.

Q. If we can now go to Exhibit 53. Going to page 217. Scroll down a bit so post 552 is visible.

Mr. Scholl, who is the author of this post?

A. The author is Akemashite Omedetou, ma'am.

Q. And what's the date of the post?

A. The post is dated January 16th, 2016.

Q. Can you read the quote that's quoted in the second quote box?

A. Yes, ma'am.

"The two biggest ones are blockchain.info's Shared Send."

Q. How does Akemashite Omedetou respond to the suggestion of using blockchain.info's shared send?

A. He says, "Surely you must be joking."

Q. Can you keep reading the rest of his response?

A. Yes, ma'am.

"Or you do not do any serious mixing and maybe just experimenting with it for fun? Blockchain.info is a public company with easily identifiable members and staff. If any authority will ever want to find information about your money, they will simply go to the staff members who will have no choice but to reveal information about you and will have no right to reveal to you that they have been contacted by the authority due to a gag order."

Q. What is Akemashite saying in these last two posts about using a service that would comply with court orders?

A. He says it's not a serious way to mix cryptocurrency.

Q. And so who specifically is Akemashite concerned with tracing his customer's transactions, as you understand it?

A. He's concerned with law enforcement being able to trace his customer's transactions, the authority.

Q. Mr. Scholl, did you begin tracing the funds from Bitcoin Fog into Mr. Sterlingov's accounts before or after you had access to the full wallet history from the defendant's Mycelium wallet?

A. I began doing the analysis before I had the Mycelium wallet files.

Q. And even without having access to the Mycelium wallet history and private keys, were you still able to do your tracing?

A. Yes, ma'am, I was.

Q.   Direct your attention to Exhibit 318, which is not yet in evidence.

Do you recognize this chart?

A.   Yes, ma'am, I do.

Q.   Is this an example of a chart that you made tracing funds from Bitcoin Fog into several of the defendant's financial institution accounts?

A.   Yes, ma'am, it is.

Q.   And directing your attention to 318-A, with the assistance of Mr. Pearlman.

Is this an example, just a physical print off of what's shown in Exhibit 318?

A.   Yes, ma'am, it is.

Q.   Do Exhibits 318 and 318-A fairly and accurately summarize the underlying transaction records that you reviewed?

A.   Yes, ma'am, they do.

MS. PELKER:  Government moves to admit Exhibits 318 and 318-A.

THE COURT:  Any objection?

MR. EKELAND:  Hearsay.

THE COURT:  The objection is overruled and 318 and 318-A are admitted and may be published to the jury.

(Government's Exhibit 318 and 318-A, admitted and published.)

BY MS. PELKER:

Q. Mr. Scholl, can you explain what's shown on this chart?

A. Yes, ma'am. What's shown is a flow of funds out of Bitcoin Fog through multiple addresses into Mr. Sterlingov's various accounts.

Q. And if we can zoom out a bit.

Can you note the different accounts that you have traced the funds into, just on this chart?

A. On this chart, ma'am, into Mr. Sterlingov's LocalBitcoins account, into Mr. Sterling Kraken account, and into Mr. Sterlingov's Poloniex account.

Q. And are these transactions that were part of your review for the -- for the source-of-funds analysis you testified to before lunch?

A. Yes, ma'am, they were.

Q. Can you explain what's shown in the vertical column of Bitcoin transactions going down on the middle of the screen?

A. Yes. In the initial analysis, ma'am, I reported that these transactions were likely forming a peel chain and controlled by the same individual. There's multiple addresses there, and there's actually also boxes summarizing many intermediary addresses.

So in the first box here, that's representing 12 different intermediary addresses. This one, 11 more intermediary addresses. And this one, seven more intermediary addresses. So we're talking about a long peel chain with

multiple payments coming out and sending change forward.

Q. At the time before you had the access to the full set of records from Mr. Sterlingov's Mycelium wallet, what was your assessment about these addresses in the peel chain?

A. My assessment was that all of these addresses were likely controlled by the same individual, belonging to the same wallet.

Q. Why was that?

A. I assessed that each address in the chain was the change and the payment going out of the change was the payment. So this is a normal wallet behavior when a large amount of funds are deposited to an address and subsequently spent in multiple transactions.

Q. How does your analysis and assessment of this peel chain relate to the pattern analysis that you discussed in your testimony yesterday?

A. It's the same sort of pattern. It's one of the patterns that we look for in blockchain analysis.

Q. When you got access to the defendant's Mycelium wallet, what did you find?

A. I found that I had correctly identified that all of those addresses belonged to one wallet because all of these addresses were in Mr. Sterlingov's Mycelium wallet.

Q. What did that mean for your chart?

A. It meant that --

Q. If we could zoom out.

A. It means that all of these addresses (indicating) were part of Mr. Sterlingov's Mycelium wallet.

Q. Were the -- when you were doing your source-of-funds analysis, were the deposits that are shown here into Mr. Sterlingov's accounts considered direct deposits from Bitcoin Fog or indirect?

A. They were all considered indirect deposits from Bitcoin Fog into Mr. Sterlingov's accounts because there were inter -- at least one intermediary address. In some cases dozens of intermediary addresses.

Q. Once you had the Mycelium wallet information, what did that tell you about the indirect nature of the transactions?

A. The nature of the transactions were really funds came straight out of Bitcoin Fog into an account on Mr. Sterlingov's Mycelium wallet and from there were sent directly into the accounts.

Q. Now, is this chart one of several similar charts that you made?

A. Yes, ma'am, it is.

Q. Generally speaking, what did those other charts show?

A. All of these charts in the initial analysis where I assessed this was a peel chain where the addresses belonged to the same wallets were, in fact, peel chains with addresses that belonged to Mr. Sterlingov's Mycelium wallet.

Q. And what was the source of funds predominately for the Mycelium wallet and all of Mr. Sterlingov's different financial accounts that you looked at?

A. Generally the source of funds is Bitcoin Fog.

Q. Mr. Scholl, were there other payment accounts controlled by Mr. Sterlingov that you were able to identify but couldn't get records for?

A. Yes, ma'am, there were.

Q. Can you generally describe those accounts?

A. There were several accounts at exchanges and services that were not responsive to law enforcement or that were -- we were unable to obtain.

Q. Did you find repeated references to a service called AdvCash?

A. Yes, ma'am, I did.

Q. Can you explain, what is AdvCash?

A. A virtual currency exchange.

Q. Were you able to get access to AdvCash records?

A. No, ma'am, I was not.

Q. And is AdvCash based in the United States?

A. I don't believe so, but I don't know where AdvCash is located, ma'am.

Q. Did you review paperwork from the defendant indicating he had funds in a Jaxx wallet?

A. Yes, ma'am, I did.

Q. Can you explain, what is Jaxx?

A. Jaxx is just another software application, a cryptocurrency wallet.

Q. And if we could slow down a bit for the court reporter.

Did you locate a Jaxx wallet in your review of any of the defendant's files?

A. No, ma'am, I did not.

Q. Did you review paperwork from the defendant indicating he held funds in Monero?

A. Yes, ma'am, I did.

Q. And what is Monero?

A. Monero is an anonymity enhanced cryptocurrency. The system is designed so that you can't do this sort of tracing of transactions because there's additional cryptography protecting the transaction information. It's not public on the blockchain.

Q. And because of that feature, is Monero sometimes sought out by criminals looking to conceal their activity?

MR. EKELAND: Objection. Leading.

THE COURT: I'm sorry?

MR. EKELAND: Leading.

THE COURT: Sustained.

BY MS. PELKER:

Q. Are there features of Monero that make it particularly attractive to certain users?

MR. EKELAND: Objection. Leading.

THE COURT: Overruled.

THE WITNESS: Yes, ma'am.

BY MS. PELKER:

Q. Can you explain that?

A. Monero transactions offer increased anonymity over Bitcoin transactions. That anonymity is valuable to criminals, as well as people that are very concerned about their privacy.

Q. Were you or the case team able to locate Monero on the defendant's devices that you reviewed?

MR. EKELAND: Objection. Leading.

THE COURT: Overruled.

THE WITNESS: No, ma'am.

BY MS. PELKER:

Q. And similarly, did you review documents indicating that the defendant held ETH, or Ether?

A. Yes, ma'am, I did.

Q. What is ETH?

A. ETH, or Ether, is the native cryptocurrency on the Ethereum blockchain.

Q. Were you able or the case team able to locate any ETH on the defendant's devices that you reviewed?

A. No, ma'am.

Q. If we could direct your attention to Exhibit 711-A, under "Temp Money," could you read the first and last bullets?

A. Yes, ma'am. The first bullet, "About 8 ETH on the wallet on the dome Adobe VM on main bunker. Snipcoins, what are they, how to access them. There are" --

Q. We can skip the full string, but can you read the last bullet point?

A. Yes, ma'am.

"Monero in DomVPN. Also, the mnemonic is saved elsewhere. Approximately 5XMR 201810."

Q. What is a mnemonic?

A. Mnemonic is a list of words that are used as a password or a way to reconstruct a cryptocurrency wallet.

Q. What is a VM?

A. I understand VM in this context to mean virtual machine.

Q. What did these notes indicate to you about where Mr. Sterlingov is saying he's saving his money?

A. They're indicating that they're stored elsewhere.

Q. If we could pull up -- and if we could turn off the gallery screen for this next section just briefly.

Pull up Exhibit 715-A, and going to page 39.

I'm sorry. 7 -- the MAST document, 711-A, the one we were just on.

Scrolling down. Can you read the beginning of what's noted there starting with "Blockchain wallet"?

A. "Blockchain wallet, who the fuck knows what kind... A pure local blockchain wallet, which is registered via their Tor --

via Tor via their hidden-service address."

Q. Without reading these parts aloud, can you explain what's shown in the next couple of lines?

A. I'm not certain, but I believe the next line here is a wallet identifier at blockchain. And I'm not certain what that is (indicating), but it may be a password. And then this information (indicating) would appear to be a mnemonic.

Q. What is a Blockchain wallet?

A. Again, blockchain.info and then blockchain.com offer a hosted wallet service. So it's a wallet they store for you on the internet, and you can log into it.

Q. What does it mean to have registered via Tor via their hidden-service address?

A. It means he accessed the blockchain.com or blockchain.info website via the Tor network, the engine router.

Q. We can take down these exhibits and turn now to the darknet market flow-of-funds work that you did.

Mr. Scholl, are you familiar with darknet markets?

A. Yes, ma'am.

Q. What are the darknet markets?

A. Darknet markets are sites on the darknet that offer illicit goods for sale.

Q. What types of items are sold generally on the marketplaces?

A. Usually the most common item on the darknet marketplace is narcotics, drugs.

Q. How do people pay for items on darknet markets?

A. Generally they pay with cryptocurrency.

Q. If we could slow down a bit for the court reporter.

Can you walk us through, Mr. Scholl, how a purchase on the darknet market would actually work?

A. Yes, ma'am. A user would access the darknet market using Tor software. They would create an account, username, password. And once they have their account, they would receive a deposit address, where to send funds to fund their account. Those -- a Bitcoin transaction generally would be sent from the user to that deposit address. Then their account would be funded. Then they're free to browse the pages, the listings of items for sale on that site. Items for sale from multiple vendors, kind of like on Amazon, where there's multiple people selling things. You can select what you would like to purchase and then click to buy.

Q. Now, what happens if a user finds something they want to buy on this darknet market and places the order? What happens then?

A. Generally speaking, his funds would be removed from his user account and put into escrow. The seller or the vendor would receive the order and ship the order. Once the user receives that order, they would finalize the transaction, meaning I got what I purchased and I'm releasing my funds from escrow.

Q.   Can you just explain what the escrow system is?   What it means to place your funds into escrow, who controls the escrow and what it means to release the funds?

A.   Sure.   An escrow is just a place where the money sits while the transaction is taking place.   So it prevents the user from not paying the vendor and just taking the product and walking away, and it prevents the vendor from receiving the funds without shipping the goods.

So the marketplace, the darknet market itself controls the escrow.

Q.   And when does the vendor actually receive the funds?

A.   The vendor receives the funds once the user finalizes the order.

Q.   Is that something they do in the marketplace or somewhere else?

A.   They do that on the marketplace.

Q.   Are you familiar with the concept or practice of finalize early?

A.   Yes, ma'am, I am.

Q.   Can you explain what that is?

A.   Finalize early is a feature available on some darknet markets where you can release the funds from escrow before you've actually received the product.   So if you were dealing with a vendor that you've dealt with in the past and is reputable, oftentimes the vendor would ask you to finalize

early so he can get his money and keep his business moving, essentially.

Q. Is it sort of like a pay-up-front model? Or how would that compare to a pay-up-front model?

A. Yeah, it's like the user trusts that he's going to receive the product and he's fine with releasing the funds from the account.

Q. What happens if there's an issue with an order on a darknet market?

A. If there's an issue with an order, there's communication built into the darknet market so the user would reach back out to the vendor to resolve the issue.

Q. And did those -- is there a way on the market for users and vendors to communicate with one another?

A. Yes, ma'am.

Q. Do the markets also --

A. Generally speaking.

Q. Sorry?

A. Generally speaking.

Q. Do the markets also have staff?

A. Yes, ma'am, they do.

Q. What are some of the roles of the staff?

A. So, speaking about the escrow service, if there was a dispute about whether or not product had been delivered, or if the deal was completed and the user wasn't willing to release

the funds and finalize the transaction and the vendor wasn't willing to work with the user to resolve whatever the problem was, they would escalate that to administrators to get involved and eventually pick a side and choose who gets the money.

Q. In your work do you look at fund flows into and out of darknet markets and other services?

A. Yes, ma'am, I do.

Q. If you are looking at darknet market fund flows generally, who is it who is sending money into darknet markets?

A. Generally speaking --

MR. EKELAND: Objection. Leading.

THE COURT: Overruled.

THE WITNESS: Generally speaking, funds moving into darknet markets represent users' funds funding their accounts to make purchases.

BY MS. PELKER:

Q. And so when you say "users," are those buyers or vendors?

A. Right, those are the buyers.

Q. And generally, who is withdrawing money from the darknet markets?

A. Generally, funds being removed from darknet markets represent vendors taking their profit off of the darknet market.

Q. Does law enforcement frequently use blockchain analysis in investigating darknet drug dealers?

A. Yes, ma'am, they do.

Q. Has that analysis been successful?

A. Yes, ma'am, it has.

Q. Do you have a very rough estimate of how many online drug dealers have been identified by tracing their payments using blockchain analysis?

MR. EKELAND: Objection. Leading.

THE COURT: Overruled.

THE WITNESS: I would estimate thousands.

BY MS. PELKER:

Q. What are things that those drug dealers do to try to avoid law enforcement?

MR. EKELAND: Objection. Relevance.

THE COURT: Overruled.

THE WITNESS: They launder their funds, ma'am. So that could be anything from using a mixing service, hopping through multiple accounts.

BY MS. PELKER:

Q. Can you slow down a bit for the court reporter?

A. They generally try to obscure the fact that their funds came from a darknet marketplace by using things like mixing services.

Q. Now, in your work on this case, did you identify transactions between Bitcoin Fog and darknet markets?

A. Yes, ma'am, I did.

Q. Did that include money going from Bitcoin Fog into a

market?

A.  Yes, ma'am, it did.

Q.  And did it also include money going from the market into Bitcoin Fog?

A.  Yes, ma'am, it did.

Q.  Can you explain how you did your analysis for those transactions at a high level?

A.  Yes, ma'am.  At a high level, I used Chainalysis Reactor to add the cluster associated with the darknet market to my graph and add Bitcoin Fog to the graph and look at the transfers between them.

Q.  What did that allow you to do all in one graph?

A.  It allowed me to see transactions to and from darknet markets and Bitcoin Fog.

Q.  And why use software like Chainalysis Reactor rather than doing this by hand?

A.  There were hundreds of thousands of transactions.

Q.  And how long would it have taken you to do that by hand?

A.  Forever.  A very long time.

Q.  Did you review funds moving between Bitcoin Fog and the darknet market Silk Road?

A.  Yes, ma'am, I did.

Q.  And is this the same Silk Road market where the defendant had his pas account?

A.  Yes, ma'am, it was.

Q.   Could you remind the jury what Silk Road was and what its significance was?

A.   Silk Road was a darknet market, the first modern darknet market that allowed users to make purchases with Bitcoin.

Q.   How did people pay for things on Silk Road?

A.   They paid for things with Bitcoin.

Q.   And where did Silk Road announce its launch?

A.   Silk Road announced its launch on Bitcoin Fog.

Q.   Did Silk Road operate a Bitcoin wallet?

A.   Yes, ma'am, at least one.

Q.   Did Silk Road have just one address that they used for everything, or did they have many addresses?

A.   Silk Road had many addresses.

Q.   How did deposits work for Silk Road?

A.   Users were assigned deposit addresses, frequently more than one, where they could send their Bitcoin to fund their accounts on Silk Road.

Q.   Was that the deposit addresses we saw with the defendant's account earlier?

A.   As an example, yes, ma'am.

Q.   What would happen, then, when a user wanted to buy something on Silk Road?

A.   Funds would be deducted from their account balances and sent into escrows we described and eventually released to the vendor who was selling the product.

Q. What would happen when a vendor or dealer wanted to withdraw their money from Silk Road?

A. They could access their account and specify a withdrawal, an address that they wanted to send funds to and how much money they want to send.

Q. Would the deposits and withdrawals be going into and coming from Silk Road-controlled addresses?

A. Yes, ma'am.

Q. Did Silk Road keep records of all this activity?

A. Yes, ma'am, they did.

Q. And did Silk Road have to create many addresses within its wallets to account for all the users and transactions?

A. Yes, ma'am.

Q. Did you, using blockchain analysis software, identify transactions between Silk Road's addresses and Bitcoin Fog's addresses?

A. I'm sorry. Could you say that again, please, ma'am?

Q. Did you, using blockchain analysis software, identify transactions between Silk Road's addresses and Bitcoin Fog's addresses?

A. Yes, ma'am, I did.

MR. EKELAND: Objection. Leading.

THE COURT: Overruled.

THE WITNESS: Yes, ma'am, I did.

BY MS. PELKER:

Q.  Can you explain how you did that?

A.  The direct transactions appear on the graph and I could observe all of those transactions within Chainalysis.

Q.  And is that the same sort of analysis you've just testified to previously?

A.  Yes, ma'am.

Q.  When you were doing your analysis, did you look at both direct and indirect transactions?

A.  Yes, ma'am, I did.

Q.  Can you explain the difference between direct and indirect transactions in this context?

A.  Yes, ma'am.  So, again, a direct transaction is when an address --

Q.  Could we slow down for the court reporter.

A.  Thank you.

A direct transaction is when an address belonging to Silk Road sends funds directly to an address at Bitcoin Fog, or vice versa.  An indirect transaction would be a withdrawal from Silk Road that went to an unidentified address and then subsequently to Bitcoin Fog, sometimes through multiple hops.

Q.  Can you explain, using an example, what a drug dealer on Silk Road would have to do for a transaction to show up as a direct transaction, sending from Silk Road to Bitcoin Fog?

A.  In order for a vendor to withdraw funds directly from Silk Road in a direct transaction to Bitcoin Fog, the vendor would

make the withdrawal to his Bitcoin Fog deposit address.

So he would access the darknet market site, Silk Road.  He would paste in his Bitcoin Fog deposit address, enter the amount of funds he would like to send and send them.

Q.  In your experience, do drug dealers always send Bitcoin directly from a darknet market into a mixer?

A.  No, ma'am.

Q.  What do they do instead?

A.  Sometimes a vendor might withdrawal funds from Silk Road into a personal wallet and then send funds from their wallet into Bitcoin Fog.

Q.  And how would that appear?  How would that appear in your analysis?

A.  That would appear as an indirect transaction because there's an address or multiple addresses between the darknet market and the mixing service.

Q.  Did you review both direct and indirect transactions between Silk Road and Bitcoin Fog?

A.  Yes, ma'am, I did.

Q.  And did you do similar analysis for transactions between Bitcoin Fog and other major darknet marketplaces?

A.  Yes, ma'am, I did.

Q.  Did you prepare a chart summarizing these transfers?

A.  Yes, ma'am, I did.

Q.  Directing your attention to Exhibit 601, which is not yet

in evidence.

Do you recognize this?

A.  Yes, ma'am, I do.

Q.  And what is it?

A.  It's a summary of funds sent between Bitcoin Fog and numerous darknet markets.

Q.  Does this fairly and accurately summarize and depict the findings from your review of Bitcoin Fog transactions?

A.  Yes, ma'am, it does.

MS. PELKER:  Government moves to admit Exhibit 601.

THE COURT:  Any objection?

MR. EKELAND:  Yeah.  Lack of foundation and hearsay.

THE COURT:  601 is admitted and may be published to the jury.

(Government's Exhibit 601, conditionally admitted and published.)

BY MS. PELKER:

Q.  Mr. Scholl, can you explain what's shown here --

THE COURT:  I'm sorry.  Just to back up for a second here.

I do want to qualify that it's my understanding there will be subsequent testimony with respect to the operation of a chain reactor and to the extent that foundation needs to be laid still, I'm conditionally admitting, subject to laying that foundation as well.

MS. PELKER: Understood, Your Honor.

BY MS. PELKER:

Q. Mr. Scholl, can you explain generally the layout of this chart?

A. Yes, ma'am. Generally, on the left-hand column, the name of a darknet market. And then the column titles are funds directly from Bitcoin Fog, sent -- or, correction, funds sent from the darknet market directly to Bitcoin Fog, then a column for funds indirectly sent from the darknet market to Bitcoin Fog. And then the next two columns are directly received from Bitcoin Fog.

So funds moving from Bitcoin Fog into the darknet market and then indirectly from Bitcoin Fog into the darknet market. And I've displayed the Bitcoin value and the approximate U.S. dollar value.

Q. Can you walk us through what's shown here in the first section of the chart for the transactions between Silk Road and Bitcoin Fog?

A. Yes, ma'am. So the amount of Bitcoins sent directly from Silk Road to Bitcoin Fog was approximately 377,102.7388 Bitcoin.

Q. And what was the U.S. dollar value of that?

A. The U.S. dollar value was approximately $9,724,911.

Q. And we can, for this chart, just approximate --

A. Yeah.

Q. -- based on the numbers in front of you.

And did you also look at the funds that were indirectly sent from Silk Road to Bitcoin Fog?

A. Yes, ma'am, I did.

Q. And what were those figures?

A. The amount of Bitcoin sent from Silk Road indirectly to Bitcoin Fog was approximately 102,000 Bitcoin. The U.S. dollar value was a little over $10 million.

Q. And remind the jury who generally is sending money from Silk Road to Bitcoin Fog?

A. Sending money from Silk Road to Bitcoin Fog generally would be a vendor, someone selling products on the site.

Q. And can you walk us through the numbers in the next two columns for Silk Road?

A. So the amount of funds received by Silk Road from Silk -- from Bitcoin Fog, approximately 106,000 Bitcoin, valued at approximately $2 million.

Q. And indirectly?

A. Indirectly, 51,000 Bitcoin, valued at $1.4 million.

Q. And who generally is sending money from Bitcoin Fog to Silk Road?

A. Generally funds being sent from Bitcoin Fog to Silk Road would be buyers.

Q. And are those the numbers in the two right columns?

A. Yes, ma'am.

MS. PELKER: And, Your Honor, I don't know if right now is a good time for a break.

THE COURT: Good time for a break. That's fine.

So let's take our afternoon break. We'll come back at 3:15. Remind you, as you don't need -- don't need reminding anymore: Don't discuss the case, even amongst yourselves, and don't do any type of research. And I'll see you back in 20 minutes.

(Whereupon the jurors leave the courtroom.)

THE COURT: The witness is welcome to take a break as well.

Anything to raise before we take our break?

MS. PELKER: Nothing from the government, Your Honor.

THE COURT: Anything from the defense?

MR. EKELAND: Nothing from the defense.

THE COURT: Okay. I'll see you at quarter after.

(Recess from 2:57 p.m to 3:18 p.m.)

THE COURT: Do we have the witness? Come back up.

Remind you all that we're finishing up at 4:50 today for a juror.

MS. PELKER: Four-five-zero?

THE COURT: Four-five-zero, yes.

MS. PELKER: Yes, Your Honor.

(Whereupon the jurors enter the courtroom.)

THE COURTROOM DEPUTY: Jury is present. You may be

seated and come to order.

THE COURT: All right. And you may continue when you're ready.

Just so the jurors know, we're going to adjourn at four-five-zero, 4:50.

BY MS. PELKER:

Q. And if we could pull back up Exhibit 601 onto the screen and publish for the jury.

Mr. Scholl, could you explain, what would an exchange do if it saw money going to or from a darknet market and one of its user accounts?

MR. EKELAND: Objection.

THE COURT: Yeah. Can you be more specific about particular exchange or types of exchanges? It seems a little vague to me.

BY MS. PELKER:

Q. Mr. Scholl, what would a compliant virtual currency exchange do if it detected one of its users were sending funds to or from a darknet market?

A. It may submit a suspicious activity report. It may question a user about the user's funds. It may block the user's account, suspend the account.

Q. And so do buyers and sellers on darknet markets take steps to conceal their activity from exchanges?

A. Yes, ma'am.

MR. EKELAND: Objection. Leading.

THE COURT: Sustained.

BY MS. PELKER:

Q. What steps, if any, do buyers or sellers take -- take to conceal their activity on the darknet markets?

A. Users of darknet markets would attempt to obscure the flow of funds, either with a mixing service or making some other hops on the blockchain.

Q. And who, generally, are the buyers and sellers trying to conceal their activity from?

A. Generally buyers and sellers are trying to conceal their activity from law enforcement and the regulated exchanges that they may need to deal with.

Q. As part of the government's investigation into Silk Road, did law enforcement get access to specific Silk Road user records?

A. Yes, ma'am.

Q. And was law enforcement able to use that information to connect deposits and withdrawals to particular users?

A. Yes, ma'am.

Q. Did you review records for several of the vendors that were sending money directly from Silk Road to Bitcoin Fog?

A. Yes, ma'am, I did.

Q. And can you explain where those users would show in your chart here?

A. You asked about directly from Bitcoin Fog, so that would be -- or, directly to Bitcoin Fog, so that would be this box here (indicating).

Q. And who, generally, is sending money directly from Silk Road to Bitcoin Fog?

MR. EKELAND: Objection. Vague and ambiguous.

THE COURT: Overruled.

THE WITNESS: Generally vendors are selling funds -- or, moving funds from Silk Road to Bitcoin Fog.

BY MS. PELKER:

Q. Now, did you individually review all of the Silk Road drug dealers and buyers that were sending money to and from Fog?

A. No, ma'am, I did not.

Q. Why not?

A. There were too many.

Q. Just by approximation, how many are we talking about?

A. Users total hundreds, if not -- if not more.

Q. And were you asked to look at the activity of a select sampling of users?

A. Yes, ma'am, I was.

Q. Did you prepare a chart summarizing your findings?

A. Yes, ma'am, I did.

Q. Showing you Exhibit 601-A, which has not yet been admitted. Could you explain what this is?

A. Yes, ma'am. This is a chart I prepared with users of

Silk Road and Silk Road 2 sending funds to Bitcoin Fog.

Q. And we'll talk about Silk Road 2 in more detail later. But was Silk Road 2 another darknet marketplace?

A. Yes, ma'am, it is.

Q. And did law enforcement also acquire records from -- for Silk Road 2?

A. Yes, ma'am.

Q. And are those records for select users that you used in making this chart?

A. Yes, ma'am, they are.

Q. And can you explain what the tabs along the bottom are generally, but really starting with Symbiosis onward?

A. This is a tab for the individual records from the vendor Symbiosis on Silk Road, and it shows transfers from the account.

Q. And so if you could explain the structure of the different tabs relevant -- relative to that first tab that we saw.

A. So, all the other tabs are just the same as Symbiosis' tab.

MR. EKELAND: Objection, Your Honor. Is this in evidence right now?

MS. PELKER: I'm just trying to explain what it is so I can ask -- so I can authenticate it.

THE COURT: Okay.

THE WITNESS: All the other tabs are just other vendors, other users on Silk Road or Silk Road 2.

BY MS. PELKER:

Q. Does this full sheet fairly and accurately summarize the information from the Silk Road and Silk Road 2 records and the blockchain that you reviewed?

A. Yes, ma'am, it does.

MS. PELKER: Government seeks to admit and publish Exhibit 601-A. And if we can go to the first tab.

THE COURT: Any objection?

MR. EKELAND: 401, 403, and hearsay.

THE COURT: Exhibit 601-A is admitted and may be published to the jury.

(Government's Exhibit 601-A, admitted and published.)

BY MS. PELKER:

Q. Mr. Scholl, can you explain to the jury generally what's shown on this tab here?

A. Yes, ma'am. This is a summary of transactions from darknet market Silk Road and Silk Road 2 users, showing the amount of Bitcoin that was sent from the darknet market to Bitcoin Fog, what the U.S. dollar value was and how many transactions that represents.

Q. Now, starting with the top, did you review records for the Silk Road vendor named Symbiosis?

A. Yes, ma'am, I did.

Q. Showing you records which have not yet been admitted, 608-A, 608-P, and 608-Q, are these some of the records that you

reviewed pertaining to Symbiosis?

A. Yes, ma'am, they are.

Q. Do they fairly and accurately depict information from Silk Road as retrieved by the FBI?

A. Yes, ma'am.

MS. PELKER: Government moves to admit and publish 608-A, P, and Q.

THE COURT: Any objection?

MR. EKELAND: Yeah, 403, and this is cumulative, and also, I think, 401 and the hearsay.

THE COURT: The objection is overruled. Exhibits 608-A, 608-P, and 608-Q are admitted and may be published to the jury.

(Government's Exhibits 608-A, 608-P, and 608-Q, admitted and published.)

BY MS. PELKER:

Q. Mr. Scholl, can you explain, what was Symbiosis?

A. Symbiosis is a vendor on Silk Road darknet market.

Q. Showing you what's in front of you, 608-A, can you explain what this is here?

A. Yes, ma'am. This is the user page for Symbiosis on Silk Road.

Q. Could you orient us a bit to how this page is laid out?

A. Yes, ma'am. The username here, some vendor stats, and then information about the vendor.

Q. And --

THE COURT: I'm sorry, did the juror --

A JUROR: I'm going to ask if we can zoom in.

THE COURT: Yeah. Thank you.

BY MS. PELKER:

Q. Can you read the listings under "Featured listings" for Symbiosis on the right?

A. "Featured listings"?

Q. And just the first one is fine.

A. "Symbiosis, 1G, high quality, uncut cocaine flake."

Q. If we could now pull up Exhibit 608-P, the withdrawals for Symbiosis.

And, Mr. Scholl, do you recognize this?

A. Yes, ma'am, I do.

Q. Can you explain what it is?

A. This is a list of withdrawals from the Symbiosis Silk Road account.

Q. Can you walk the jury through row number 2 of what this record is explaining?

A. Yes, ma'am. In row number 2, there was a withdrawal requested by Symbiosis on 8-23-2012. That withdrawal was finalized on 8-23-2012, approximately one-half hour later, has the user ID, and it has the address that those funds are withdrawn to, an amount that the funds are withdrawn to and other data associated with the withdrawal.

Q. Is -- could you explain how you use this information in doing your analysis of Symbiosis's withdrawals to Bitcoin Fog?

A. Yes, ma'am. I checked all of the addresses listed in column E, the address list, for which of those addresses belonged to Bitcoin Fog, which I used another sheet with all the Bitcoin Fog addresses to do a comparison, and then I totaled the amounts only for those addresses that were in the Chainalysis Bitcoin Fog cluster.

Q. If we could direct your attention back to your chart, 601-A, and going to the Symbiosis SR-1 tab.

Can you explain what's shown here?

A. Yes, ma'am. This is that same data pasted into the spreadsheet, and then my analysis is to the right.

Q. And just before we move over, can you note the -- is the filename -- what is the file that's noted as the filename up at the top?

A. The filename is the file that I pulled from all of the Silk Road data that was exported for this case. That's the specific file where this data came from.

Q. And for Symbiosis, is that the file that we just looked at, Exhibit 608-P?

A. Yes, ma'am, I believe it was.

Q. And if we can now scroll over to the right so that you can explain -- continue explaining your analysis.

A. So I collected all the addresses in column P, and then I

did a look-up to check if those addresses appeared in the Bitcoin Fog address list, which is an earlier sheet in this workbook. I formatted the date of those transactions, and then I added in data from CoinMarketCap about the price of Bitcoin on that date -- which was because the Silk Road data didn't have a U.S. dollar value in the log -- and then I calculated the U.S. dollar value of that transaction.

Q. And what is CoinMarketCap?

A. CoinMarketCap is a website that tracks the market capitalization of multiple cryptocurrencies.

Q. Why would you use CoinMarketCap for calculating the U.S. dollar value?

A. CoinMarketCap is a common website used, and it has historical data for Bitcoin price.

Q. Could you explain column Q under Fog withdrawal? What's meant by true versus false?

A. In column Q under Fog withdrawal, "true" means that the Bitcoin address in column P is part of the Bitcoin Fog cluster, and "false" means that that address was not part of the Bitcoin Fog cluster.

Q. Does the address -- does that saying false necessarily mean that the funds were never sent to Bitcoin Fog?

A. No, ma'am. It means that there was not a direct transfer. So it's possible that funds were withdrawn from Silk Road to an intermediary address and then subsequently deposited to Bitcoin

Fog, but this analysis is only looking at direct transfers.

Q. Did you do this check for all -- scrolling down to the bottom -- for all of Symbiosis's withdrawals from Silk Road?

A. Yes, ma'am, I did.

Q. Scroll all the way down. And then scrolling back up to the top and over to the left.

What was the total amount of funds that Symbiosis withdrew to Bitcoin Fog?

A. Total amount of funds was 29,938 Bitcoin, approximately.

Q. What was the U.S. dollar value?

A. Approximately $1.5 million.

Q. How many different withdrawals from Bitcoin Fog -- how many different deposits did Symbiosis make into Bitcoin Fog from Silk Road?

A. Approximately 112. Well, 112.

Q. If we could direct your attention to row 540 on this chart.

Can you explain what's shown here in this transaction, just walking through the row?

A. This was a withdrawal initiated by Symbiosis on 1-26-2013. That was finalized a few hours later, the next day, withdrawing 630 Bitcoin to the Bitcoin address starting with 1B7tRV.

Q. And was 1B7 in the Bitcoin Fog cluster?

A. If we scroll right.

Yes, ma'am, it was.

Q. Did you review messages between Symbiosis and Silk Road

staff about this transaction?

A.  Yes, ma'am, I did.

Q.  Directing your attention to 608-Q and rows 578 through 580.

Can you explain what's shown here?

A.  Yes, ma'am.  These are chats between Symbiosis and Silk Road vendor support.

Q.  What is vendor support?

A.  It's a list of administrators at Silk Road that are there to provide help to vendors.

Q.  Could you read the message starting on line 578?  And we'll likely need to scroll to the right.

I think we just jumped to the wrong exhibit.  We can try to expand the formula bar.

Mr. Scholl, can you read that address?

A.  Yes, ma'am.

"Hi guys, Earlier today I withdrew 630 coins to Bitcoin Fog, but it has not shown up on their system.  Could you confirm that it was sent to Bitcoin address 1B7tRV, et cetera, and if not, could you tell me what address it was sent to, please.  Symbiosis."

Q.  Could you read vendor support's response on the next line?

A.  "We are a little behind.  Please give it a few more hours."

Q.  And then Symbiosis's reply in the next row, 580?

A.  "That's absolutely fine.  Please take your time.  Now I know it hasn't been lost, I can stop panicking.  Symbiosis."

Q. Scrolling over to the left, what was the date of this message?

A. 1-26-2013.

Q. Can you explain what's happening here in this back and forth between Symbiosis and Silk Road vendor support?

A. Yes, ma'am. It would appear Symbiosis attempted to make a withdrawal. That withdrawal did not occur immediately. So he reached out to vendor support to make sure there wasn't a problem. Vendor support just said give it more time, and he said thanks, I can stop worrying, essentially.

Q. Did Symbiosis tell support where he was trying to withdraw his funds to?

A. He did. He mentioned that he was trying to withdraw funds to Bitcoin Fog.

Q. What do you then observe in Symbiosis's withdrawals just after this time?

MR. EKELAND: Objection. Leading.

MS. PELKER: I said "What do you observe?"

THE COURT: Overruled.

THE WITNESS: There's a record of this withdrawal.

BY MS. PELKER:

Q. And if we could go back over to the vendor summary chart at 601-A.

And could you just explain what's shown here in row 540?

A. In row 540, on 1-26-2013, Symbiosis initiated a withdrawal.

That withdrawal was finalized on 1-27-2013, the next day, sending 630 Bitcoin to the Bitcoin address 1B7tRV.

Q. How does this corroborate your work?

A. Symbiosis himself said that he was sending funds to Bitcoin Fog, and that's what this analysis showed by reviewing the withdrawal address and comparing it to addresses in the Bitcoin Fog cluster, confirming that this address belonged to Chainalysis Bitcoin Fog cluster appropriately.

Q. Did you review other messages of vendors and buyers discussing the use of Bitcoin Fog?

A. Yes, ma'am, I did.

Q. Can you describe it generally?

A. Vendors frequently referenced using mixing services or Fog by name. Yeah.

Q. Directing your attention to the next tab, Tyl3r Durden SR1, did you also review records for the Silk Road vendor? Where the "E" is a "3," for the court reporter.

A. Yes, ma'am, I did.

Q. And did you review the Silk Road records of Tyl3r Durden's withdrawals?

A. Yes, ma'am, I did.

Q. And was that similar to what you just testified to for Symbiosis?

A. Yes, ma'am, it was the same process.

Q. Can you explain what's shown on this spreadsheet here?

A. This spreadsheet shows the withdrawals, and to the right my analysis of those withdrawals and then summarizes them at the top.

Q. Is this the same analysis that you did for Symbiosis and that you just testified to?

A. Yes, ma'am, it is.

Q. What did you find?

A. I found that Tyl3r Durden sent from Silk Road to Bitcoin Fog approximately 19,515 Bitcoin, where the U.S. dollar value of those coins was approximately $640,000, and that they represented 56 individual withdrawals.

Q. Directing your attention to the next tab, did you also review transactions for the Silk Road vendor Budworx?

A. Yes, ma'am, I did.

Q. And is what's shown on this spreadsheet and what you did similar to your analysis for the other vendors?

A. Yes, ma'am, it is.

Q. And if we can go to your summary up on the top left-hand corner.

How many times did Budworx deposit funds into Bitcoin Fog from Silk Road?

A. 1,472 times.

Q. And what was the total amount of Bitcoin deposited into Fog?

A. Approximately 12,901 Bitcoin.

Q. What was the U.S. dollar value of that at the time of the transactions?

A. Approximately $408,378.

Q. Directing your attention to the next tab.

Did you also review records for the Silk Road vendor Marijuanaismymuse?

A. Yes, ma'am, I did.

Q. And can you explain, generally, what's shown on this chart?

A. Same as previous charts. These are withdrawals from Marijuanaismymuse's Silk Road account and my analysis to -- how many of those were to Fog on the right.

Q. And was the analysis that you did for this vendor, and all the vendors that we'll see for Silk Road, consistent with what you've previously testified to?

A. Yes, ma'am, same process for Silk Road.

Q. And how many -- how many times did Marijuanaismymuse withdraw to Bitcoin Fog?

A. 230 times, ma'am.

Q. What was the total amount of Bitcoin sent by Marijuanaismymuse directly from Silk Road to Bitcoin Fog?

A. Approximately 17,370 Bitcoin.

Q. What was the U.S. dollar value at the time of those transactions?

A. Approximately 278,299 U.S. dollars.

Q. And now directing your attention to the next tab, Peels4u.

Did you review records for the Silk Road vendor Peels4u?

A.  Yes, ma'am, I did.

Q.  And can you -- how many times did the vendor Peels4u withdraw funds from Silk Road directly to Bitcoin Fog?

A.  2,466 times.

Q.  What is the total amount of Bitcoin sent from Silk Road to Bitcoin Fog directly by Peels4u.

A.  The total amount of Bitcoin was approximately 13,970 Bitcoin.

Q.  And what was the U.S. dollar value of that at the time?

A.  The U.S. dollar value was approximately $275,308.

Q.  Directing your attention to the next tab.

Did you also review records for the Silk Road vendor UK Grow Tek?

A.  Yes, ma'am, I did.

Q.  How many times did the vendor UK Grow Tek withdraw from Silk Road to Bitcoin Fog?

A.  187 times.

Q.  And what was the total amount of Bitcoin withdrawn?

A.  The total amount of Bitcoin was 4,056, approximately.

Q.  What was the U.S. value dollar value of those transactions?

A.  The approximate U.S. dollar value was $191,739.

Q.  And now to the next tab, did you review records for the vendor RoxiPAL?

A.  Yes, ma'am I did.

Q. And how many times did RoxiPAL send funds directly from Bitcoin -- from Silk Road 1 to Bitcoin Fog?

A. 106 times, ma'am.

Q. What was the value of Bitcoin for those withdrawals?

A. Approximately 1,345 Bitcoin.

Q. And the U.S. dollar value of those transactions at the time?

A. Approximately $95,884.

Q. And now for our last Silk Road 1 tab, if we could move.

Did you look at the records for the vendor WestcoastRX?

A. Yes, ma'am, I did.

Q. And how many times did you find that WestcoastRX withdrew directly from Silk Road 1 to Bitcoin Fog?

A. 94 times, ma'am.

Q. And what was the number of Bitcoin involved in those withdrawals?

A. The amount of Bitcoin totaled 3,574, approximately.

Q. And the U.S. dollar value?

A. The U.S. dollar value was approximately $42,389.

Q. And for all of the withdrawal counts that you've been doing on the top of these spreadsheets, have they included indirect or just direct?

A. These are only direct transfers -- direct withdrawals from Silk Road to Bitcoin Fog.

Q. After Silk Road was shut down by law enforcement, did

another darknet market take its place?

A.   Yes, ma'am.

Q.   And what was that?

A.   Silk Road 2.

Q.   And what was Silk Road 2?

A.   Another darknet market.

Q.   And like the original Silk Road, did Silk Road 2 operate a Bitcoin wallet containing thousands of addresses?

A.   Yes, ma'am, it did.

Q.   And similar to your work on Silk Road, did you review voluminous transfers between the Silk Road addresses and Bitcoin Fog addresses?

A.   I think you meant Silk Road 2.

Q.   Yes, I did.  The Silk Road 2 addresses and the Bitcoin Fog addresses.

A.   Yes, ma'am, I did.

Q.   And did you also review indirect transactions between Silk Road 2 and Bitcoin Fog?

A.   Yes, ma'am, I did.

Q.   And are your findings regarding Silk Road 2 included on the darknet summary chart that we looked at previously?

       And if we could pull back up Exhibit 601.

A.   Yes, ma'am, it does.

Q.   Can you walk us through the second row here?

A.   Silk Road 2, we've got funds directly sent to Bitcoin Fog,

the amount of Bitcoin -- do you want me to read the numbers again, ma'am?

Q. Yes, but you can -- you don't need to read them out to the full amount. You can say just 12.5 million.

A. So Bitcoin sent directly from Silk Road to Bitcoin Fog approximately 23,000 Bitcoin, U.S. dollar value approximately $12.5 million.

Funds sent indirectly from Silk Road 2 to Bitcoin Fog, approximately 12,000 Bitcoin, valued at approximately $6.4 million.

And then funds sent directly from Bitcoin Fog into Silk Road 2, approximately 11,000 Bitcoin, valued at approximately $5.8 million.

And funds indirectly from Bitcoin Fog to Silk Road 2, approximately 4,300 Bitcoin, valued at approximately $2.5 million.

Q. When Silk Road 2 was shut down by law enforcement, did FBI obtain the site's records?

A. Yes, ma'am.

Q. And did you review records of select Silk Road 2 vendors that withdrew funds to Bitcoin Fog?

A. Yes, ma'am, I did.

Q. And are those the vendors listed -- are those vendors listed on the darknet vendor summary chart that we looked at previously at 601-A?

A.  Yes, ma'am, they are.

Q.  If you could, on your screen, point to or circle the Silk Road 2 vendors within this chart?

A.  (Indicating.)

Q.  Now, directing your attention to Chemical Brothers.

Did you review records for the Silk Road 2 vendor Chemical Brothers?

A.  Yes, ma'am, I did.

Q.  If we could pull up -- which has not yet been admitted -- Exhibit 614-A.

Mr. Scholl, do you recognize this?

A.  Yes, ma'am, I do.

Q.  Is this a record of Chemical Brothers' Bitcoin transactions that you reviewed in preparation for your work for this case?

A.  Yes, ma'am, it is.

Q.  And is this a fair and accurate copy of the Silk Road 2 records obtained from the FBI?

A.  Yes, ma'am, it is.

MS. PELKER:  Government moves to admit Exhibit 614-A.

THE COURT:  Any objection?

MR. EKELAND:  403 and 803, hearsay.

THE COURT:  Exhibit 614-A is admitted and may be published to the jury.

(Government's Exhibit 614-A, admitted and published.)

BY MS. PELKER:

Q. Mr. Scholl, can you explain what's shown here?

A. Yes, ma'am. These are transactions for Chemical Brothers on Silk Road 2.

Q. And can you just walk the jury through what's shown, using row 2 as an example?

A. Yes, ma'am. The username Chemical Brothers in the first column, then the transaction time. The Bitcoin address was 1BNXF. The action was this was a deposit. Then it shows the amount in Bitcoin. And Silk Road 2 records included the amount in U.S. dollars in column F. And then it provides the transaction ID.

Q. Returning now to Exhibit 601-A. Open to the Chemical Brothers tab.

Can you explain now what's shown here?

A. These are a list of the same transactions from Chemical Brothers Silk Road 2.

Q. And scrolling over to the right.

Did you similarly do a similar analysis for the Silk Road 2 vendors that you did for Silk Road 1?

A. Yes, ma'am, I did.

Q. And can you briefly remind the jury what that involved?

A. That involved checking to see if an address belonged at Bitcoin Fog and then totaling the amount and the U.S. dollar amount. In this case, I didn't have to do the lookup for the U.S. dollar value, I used the value recorded in the Silk Road 2

data.

Q. If we could scroll back over to the left.

How many times did Chemical Brothers withdraw directly to Bitcoin Fog?

A. 250 times, ma'am.

Q. What was the total amount of Bitcoin withdrawn?

A. The total amount of Bitcoin was approximately 976 Bitcoin.

Q. And what was the U.S. dollar value of those withdrawals?

A. The U.S. dollar value was $470,610.

Q. Directing your attention to the next tab.

Did you review records for the Silk Road vendor Mario's Gram Shop?

A. Yes, ma'am, I did.

Q. And can you explain, generally, what's shown here on this screen?

A. These are the same -- the same sort of data. The transactions from Mario's Gram Shop and then checking to see if the withdraw addresses belonged to Bitcoin Fog, and then the total at the top.

Q. How many times did you find that Mario's Gram Shop withdrew directly from Silk Road 2 to Bitcoin Fog?

A. 212 times, ma'am.

Q. What was the total amount of Bitcoin withdrawn?

A. The total amount of Bitcoin withdrawn directly to Bitcoin Fog was 701 Bitcoin, approximately.

Q.   What was the U.S. dollar value?

A.   The U.S. dollar value was approximately $335,927.

Q.   And moving now to the next tab.

     Did you review records for the vendor Budworx on Silk Road 2?

A.   Yes, ma'am, I did.

Q.   And what was Budworx?

A.   A vendor on Silk Road 2.

Q.   Did you also look at records from Budworx on Silk Road 1, as discussed earlier?

A.   Yes, ma'am, I did.

Q.   And can you explain what's shown here on this chart?

A.   The same data is discussed for the other Silk Road 2 users; their transaction data, and then my analysis on the right.

Q.   How many times did Budworx withdraw funds directly from Silk Road 2 straight into Bitcoin Fog?

A.   208 times, ma'am.

Q.   What was the number of Bitcoin in those withdrawals?

A.   Approximately 464 Bitcoin, ma'am.

Q.   And what was the U.S. dollar value?

A.   The U.S. dollar value was approximately $248,435.

Q.   Did you review records from Budworx' profile on Silk Road 2?

A.   Yes, ma'am, I did.

Q.   I'd like to pull up Exhibit 613-D, which is not yet

admitted.

Is this a fair and accurate record of Budworx' activity on Silk Road 2 provided by the FBI?

A. Yes, ma'am, it is.

MS. PELKER: Government moves to admit Exhibit 613-D.

THE COURT: Any objection?

MR. EKELAND: 403 and 803.

THE COURT: Exhibit 613-D is admitted and may be published to the jury.

(Government's Exhibit 613-D, admitted and published.)

BY MS. PELKER:

Q. If we could go to page 10. And if we could scroll up a bit. And could you explain to the jury what's shown here?

If we just scroll up to the top of where the profile starts. Keep scrolling up.

Nope. Right there.

Can you read what -- the large text on the screen?

A. "Budworx: SR2's public user profile."

Q. What would a public user profile on SR2 be?

A. This would be information that the vendor and Silk Road 2 are showing all users about Budworx on Silk Road 2.

Q. Can you scroll down?

And just pausing here, what sort of information is included in Budworx' profile?

A. Information about packages sent, when they're operating.

Q. And scrolling down further. Up -- just up to the bottom there.

Does this include notes about what products Budworx is offering?

A. Yes, ma'am, it does.

Q. Can you read starting at "crystal meth"?

A. "Crystal meth. Speed paste, 70 percent plus. Albert Hoffman, white crystal, LSD bottles, 100 drops per bottle. AAA plus organic Amnesia Haze, medical grade Exodus Cheese, Rockstar Kush, coming soon Barney's Farm, LSD has sold out, more in stock soon. Ketamine, gold bars, X pills, varieties of hashish."

Q. If we can just scroll down to the section titled "Tipping Wallet" there. Can you read aloud the Tipping Wallet section?

A. "Tipping Wallet, 13-10-14. For all those we have made wealthy in a U.S...and other hard-to-reach countries, we have set up a tipping wallet where you can show your appreciation for our efforts."

Q. What is -- okay.

A. There's -- there appears to be a Bitcoin address, 1AJ9mq, etcetera.

Q. What is a tipping wallet?

A. It's like a donation address. If somebody wanted to send Bitcoin to appreciate the services of Budworx, they could send Bitcoin to that address.

Q.   Would tips to that 1AJ address have shown up as withdrawals from Budworx' Silk Road 2 account?

A.   No, ma'am, they would not.

Q.   Were you able to determine anything about this 1AJ address?

A.   Yes, ma'am.

Q.   What was that?

A.   I believe this 1AJ9mq address was at Bitcoin Fog.

Q.   Going back to your spreadsheet in Exhibit 601A, on the second tab, can you just remind the jury what this tab is?

A.   This is a list of all of the Bitcoin Fog cluster addresses.

Q.   If we could go to row 452,092.

     What address is noted there?

A.   This is that address, 1AJ9mqM.

Q.   What does this tell you about Budworx' use of Bitcoin Fog?

A.   Budworx was using a Bitcoin Fog deposit address as his tipping address.

Q.   Is that in addition to Budworx' use of Fog for the funds that he was withdrawing from Silk Road 2?

A.   Yes, ma'am, in addition.

Q.   If we could now go to the tab in your spreadsheet titled Crystal Buddha.  Did you also review records for the Silk Road 2 vendor Crystal Buddha?

A.   Yes, ma'am, I did.

Q.   Is what's shown on this screen here the same analysis that you did for the other Silk Road vendors and have testified to?

A.  Yes, ma'am, the other Silk Road 2 vendors.

Q.  Thank you.

Silk Road 2 vendors.

A.  Yes, ma'am.

Q.  What was the total amount of funds that the user Crystal Buddha withdrew directly to Bitcoin Fog?

A.  Approximately 427 Bitcoin.

Q.  What was the U.S. dollar value of that?

A.  The approximate U.S. dollar value was $215,395.

Q.  And how many times did Crystal Buddha withdraw in this manner?

A.  67 times.

Q.  Now, Mr. Scholl, did problems sometimes arise with orders from darknet markets not being successfully delivered?

A.  Yes, ma'am.

Q.  Why was that?

A.  Law enforcement was trying to interject and intercept those packages, and could have also been problems with mail.

Q.  What would happen if there was a problem with an order on a darknet market not being delivered?

A.  The buyer would reach out to the vendor, more than likely.

Q.  And what would happen from there?

A.  They would discuss resolving the issue, whether it be a new shipment or refund.

Q.  Did you review refund requests made to Crystal Buddha?

A.   Yes, ma'am, I did.

Q.   If we could pull up Exhibit 615-E, which is not yet in evidence.

     Mr. Scholl, is this a copy for Crystal Buddha that the FBI retrieved from the Silk Road 2 records?

A.   Yes, ma'am, it is.

Q.   It's a fair and accurate copy of those records?

A.   Yes, ma'am, it is.

     MS. PELKER:  Government moves to admit and publish Exhibit 615-E.

     THE COURT:  Any objection?

     MR. EKELAND:  Relevance, 403 and 803.

     THE COURT:  Can you go down -- I just want to take a look at this and see one thing.

     MS. PELKER:  If you could scroll down.

     And, Your Honor, we can proffer that these are -- or, I can ask the witness as well, but these are Crystal Buddha's private messages.  There is back and forth.  Crystal Buddha -- and we can hop on the phone, if you would prefer.

     THE COURT:  Let's hop on the phone for just a second.

     (A bench conference was held as follows:)

     THE COURT:  I guess what I'm looking for is if these are co-conspirator statements, is whether they're in furtherance of the conspiracy?

     MS. PELKER:  Yes, Your Honor.  And the particular

messages that we're going to be asking Mr. Scholl about are in regards to transactions that then are tied to Bitcoin Fog. And so these are discussions of Crystal Buddha with -- as a drug dealer and the people who are buying drugs about movement of funds that are related to that narcotics trafficking that Mr. Scholl will then testify was tied to Bitcoin Fog.

MR. EKELAND: Your Honor, I'm at a loss of how Crystal Buddha is a federal conspirator. Perhaps I need some clarification on the theory of what's in the record in relation to that because I just -- I don't -- I just don't see that.

MS. PELKER: Crystal Buddha is one of the darknet vendors who laundered their funds through Bitcoin Fog.

MR. EKELAND: It's my understanding that the conspiracy was with the darknet marketplaces. I don't -- was Crystal Buddha named in the bill of particulars? I don't have that in front of me.

MS. PELKER: Yes. I believe that this is one of the vendors specifically named. And the indictment says not just darknet market administrators, but its vendors and users and -- at ECF 173 with the bill of particulars, Crystal Buddha is one of the listed vendors.

THE COURT: All right. Let's proceed then.

(Open court:)

THE COURT: Exhibit 615-A is admitted and may be published to the jury.

(Government's Exhibit 615-A, admitted and published.)

BY MS. PELKER:

Q. Mr. Scholl, generally what is contained in this document?

A. Messages from Crystal Buddha's Silk Road 2 account.

Q. Could we go to page 707, that conversation with Pureosfriend. Can you explain what's happening in this communication?

A. What's happening is the user Pureosfriend has indicated that he hasn't received a package or a refund and he reaches out to Crystal Buddha.

Q. And what does Pureosfriend ask Crystal Buddha to do?

A. To sort it out.

Q. Does -- where does Pureosfriend ask for Crystal Buddha to send the refund?

A. He provides a Bitcoin address here. He requests a refund to 1EhAnh, et cetera.

Q. And scrolling down, what does Crystal Buddha then say on September 6th, at the bottom of this page?

A. Crystal Buddha says, "They're going through a mixer, and you will receive a bunch of small deposits. I suggest you use mixers too when transferring coins. CB."

Q. Did you review the transaction around this time -- transactions around this time into 1Eh?

A. Yes, ma'am, I did.

Q. Where did the funds come from?

A.   The funds came from the Bitcoin Fog cluster.

Q.   Moving now to page 666, the conversation with Ihaveabong.

Can you explain what's happening here in this conversation?

A.   Yes, ma'am.  Similar situation, but there is a PGP encrypted message and then unencrypted Ihaveabong provides a Bitcoin address -- what appears to be a Bitcoin address.

Q.   Can you explain generally what a PGP encrypted message is?

A.   Yes, ma'am.  It's a message that's been encrypted so that the text is garbled, essentially, so you can't read it.  PGP stands for pretty good privacy.

Q.   Was PGP encryption a common way of sending messages -- or, a feature of sending messages on darknet markets?

A.   Yes, ma'am, it was.

Q.   If we could scroll to the top of page 667.  What does Ihaveabong write on August 24th?

A.   On August 24th Ihaveabong writes, "It's the weekend, dude," and then provides the Bitcoin address.

Q.   Can you read the first couple characters of that Bitcoin address and then the next line?

A.   Bitcoin address reads, "1M9PZ3S," et cetera.  And then he writes "When are you refunding?"

Q.   On August 26th what does Crystal Buddha indicate about the refund?

A.   Crystal Buddha writes, "I have sent your refund through a

mixer.  Will drop in six hours."

Q.  Did you review this transaction into 1M9PZ?

A.  Yes, ma'am, I did.

Q.  And what did you find?

A.  The funds came from the Bitcoin Fog cluster.

Q.  Moving now to page 690, the conversation with Red Lion. Can you explain what's happening here?

A.  Again, a user has reached out about a refund or re-ship and then Red Lion selects a refund and then Crystal Buddha says "Send a wallet," and Red Lion provides a Bitcoin address.

Q.  Can you point to that Bitcoin address on the screen and read out the first several characters?

A.  Yes, ma'am.  The first several characters are 19DGwW.

Q.  What does Crystal Buddha say about the refund further down on that screen, on September 3rd?

A.  He writes, "Got it added to my list and the BTC are going through a mixer" -- going -- there's a typographical error in going.  It says "gooing."

Q.  Did you review this transaction?

A.  Yes, ma'am, I did.

Q.  What did you find?

A.  The funds came from Bitcoin Fog.

Q.  Moving now to page 704.  What's happening here?

A.  Same thing, the user Evil Jacob has reached out, "Got a problem with the delivery."  Crystal Buddha says he can re-ship

if it's taking too long, and then Evil Jacob asks for a refund and then he provides a Bitcoin address starting with 13mUw7j.

Q. And can we scroll down and read -- scroll back up, apologies -- and read this exchange with Crystal Buddha starting at the bottom of this page.

A. Starting with "Crystal Buddha"?

Q. Starting with "Crystal Buddha on September 25th."

A. "Remind me of the order detail. CB."

Q. And can you read what Evil Jacob then says?

A. Evil Jacob says, "Half of Crystal, man."

Q. And how does Crystal Buddha reply?

A. "Your refund has been sent through a mixer. It will arrive in small deposits in the next six hours. CB."

Q. Did you review a refund to the 13mU address given by Evil Jacob?

A. Yes, ma'am.

Q. What did you find?

A. The refund came from Bitcoin Fog.

Q. And did the Crystal Buddha records have numerous other examples of this sort of refund request?

A. Yes, ma'am, it does.

Q. Based on your review, did you determine how Crystal Buddha was making these refund payments generally?

A. Generally, ma'am, Crystal Buddha was sending these refunds through Bitcoin Fog.

Q.   What does this tell you about Crystal Buddha's use of Bitcoin Fog?

A.   Crystal Buddha not only used Bitcoin Fog to withdraw his own funds from Silk Road 2, but he also used it to refund customers.

Q.   Now moving to the tab back on our summary spreadsheet for Shine Cartel.  Did you also review records for the vendor Shine Cartel?

A.   Yes, ma'am, I did.

Q.   Was this the same sort of analysis that you did for the other Silk Road 2 vendors?

A.   Yes, ma'am, it was.

Q.   And how many times did you find that Shine Cartel withdraw directly from Silk Road 2 to Bitcoin Fog?

A.   301 times.

Q.   What was the total amount of Bitcoin involved in those withdrawals?

A.   The total amount of Bitcoin was approximately 416 Bitcoin.

Q.   And the U.S. dollar value of those withdrawals?

A.   The U.S. dollar value was approximately $222,222.

Q.   Now moving to our last tab.

Trevor Phillips Enterprises, did you review records for this Silk Road 2 vendor?

A.   Yes, ma'am, I did.

Q.   And how many times did Trevor Phillips Enterprises withdraw

funds directly from Silk Road 2 to Bitcoin Fog?

A. 143 times, ma'am.

Q. What was the total amount of Bitcoin withdrawn?

A. Approximately 286 Bitcoin.

Q. And the U.S. dollar value?

A. Approximately $154,030.

Q. We can go over to the very first tab of this spreadsheet.

Is this a summary of each of the vendors that we just walked through?

A. Yes, ma'am, it is.

Q. And does this include the indirect transfers or only the direct?

A. This is only the direct transfers from the darknet marketplaces to Bitcoin Fog.

Q. And are these all of the vendors that were withdrawing to Bitcoin Fog, or just a sample subset?

A. This is just a sample subset, ma'am.

Q. In addition to the on-market transfers, was Bitcoin Fog used for direct orders?

A. Yes, ma'am.

Q. What's meant by "direct orders"?

A. Direct order is when a user and a vendor -- a buyer and a vendor coordinated the sale of product off of the marketplace, generally to avoid paying fees on the darknet market.

Q. How would those sorts of -- when you're saying they're

coordinating orders, what is it that they're buying or selling?

A. The same types of products that the vendor was selling on the darknet marketplace.

Q. And how would those direct orders appear in -- on the blockchain or in blockchain analysis software?

A. Generally I would expect that those orders would be coming from private wallets instead of the Silk Road cluster.

Q. So would it be apparent to you or another investigator without further information that they were related to drugs?

A. Initially, no, it would not be apparent.

Q. Returning now to Exhibit 601.

Did you review transactions between Bitcoin Fog and other darknet markets?

A. Yes, ma'am, I did.

Q. If we could just go down your sheet here.

Did you review transactions between Bitcoin Fog and the darknet market AlphaBay?

A. Yes, ma'am, I did.

Q. Generally, what was AlphaBay?

A. AlphaBay was another darknet market. At one point a very large darknet market.

Q. And did AlphaBay operate a large number of Bitcoin addresses?

A. Yes, ma'am, it did.

Q. And similar to your work on Silk Road and Silk Road 2, did

you review transfers between AlphaBay addresses and Bitcoin Fog addresses?

A.  Yes, ma'am, I did.

Q.  And can you walk us through your findings for AlphaBay's connection to Bitcoin Fog on this chart?

A.  Yes, ma'am.  AlphaBay -- funds from AlphaBay were sent directly to Bitcoin Fog in an amount totaling 5,700 Bitcoin approximately, valued at approximately $3 million.

Funds were indirectly sent from AlphaBay to Bitcoin Fog in the amount of approximately 2,800 Bitcoin, valued at approximately $1.8 million.

And then funds moving from Bitcoin Fog directly to AlphaBay, Bitcoin totaled approximately 3,651 Bitcoin, valued at approximately $1.6 million.

Indirect flows of funds from Bitcoin Fog to AlphaBay, approximately 2,638 Bitcoin, valued at approximately $1.3 million.

Q.  Did you also review a message from a Bitcoin Fog user through Bitcoin -- sent through BitcoinTalk regarding an AlphaBay deposit?

A.  Yes, ma'am.

Q.  If we could pull up Exhibit 815, which was previously admitted.

Mr. Scholl, could you explain what this is?

A.  This is an email from noreply@bitcointalk.org to

shormint@hotmail.com.

Q. And can you read the actual -- the message below username?

A. It says "Address where it should deposit" -- and there's a typographical error in address -- and he provides a Bitcoin address. 1P -- well, 1PQQxtw8, et cetera.

Q. And did you locate that 1PQQ address in the list of AlphaBay addresses that you reviewed?

A. Yes, ma'am, I did.

Q. And did you identify an indirect transaction into that 1PQQ address corresponding to this message?

A. Yes, ma'am, I did.

Q. And what was the indirect source of that transfer?

A. One of the indirect sources of that transfer was Bitcoin Fog.

Q. If we could return to Exhibit 601.

Did you also review transactions between Bitcoin Fog and the darknet market Agora?

A. Yes, ma'am, I did.

Q. Did Agora, similar to the other markets, operate thousands of addresses?

A. Yes, ma'am, it did.

Q. Did you look at transactions between the addresses controlled by Agora and those controlled by Bitcoin Fog?

A. Yes, ma'am, I did.

Q. Can you walk us through on the Agora line what you found?

A. Bitcoin sent directly from Agora to Bitcoin Fog totaled approximately 41,972 Bitcoin, valued at approximately $14.2 million.

Bitcoin sent indirectly from Agora to Bitcoin Fog totaled approximately 25,679 Bitcoin, valued at approximately $8.6 million.

And then funds sent directly from Bitcoin Fog to Agora totaled approximately 26,398 Bitcoin, valued at approximately $8.5 million.

And then funds indirectly sent from Bitcoin Fog to Agora, approximately 10,027 Bitcoin, valued at approximately $3.3 million.

Q. Did you see additional references in your review to Agora's connections to Bitcoin Fog?

A. Yes, ma'am, I did.

Q. If you could pull up Exhibit 1, the BitcoinTalk posts. And going to post number 114. Should be post 114.

And who is making this post?

A. This is a post from Akemashite Omedetou.

Q. And what's the date on the post?

A. The date is December 27th, 2013.

Q. And can you read this post?

A. "We acknowledge the problem and shall resolve this matter with any users involved. Please contact us on the Fog. If there were any unauthorized withdrawals, we shall reverse them.

It seems we have now localized the problem. We would like to thank the good hackers at Agora for their help once again."

Q. And is Agora there a reference to the Agora darknet market?

A. That's my understanding, yes, ma'am.

Q. Returning to Exhibit 601.

Did you also review transactions between Bitcoin Fog and the darknet market Nucleus?

A. Yes, ma'am, I did.

Q. And what was Nucleus?

A. Another darknet market.

Q. Did you do the same sort of analysis for the transactions between Nucleus and Bitcoin Fog that you did for the other markets?

A. Yes, ma'am, I did.

Q. Can you walk us through the entries here on this chart from Nucleus?

A. Funds sent directly from Nucleus to Bitcoin Fog totaled approximately 5,240 Bitcoin, valued at approximately $1.4 million.

Funds sent indirectly from Nucleus to Bitcoin Fog, approximately 2,820 Bitcoin, valued at approximately $886,000.

Funds sent directly from Bitcoin Fog to Nucleus, approximately 2,829 Bitcoin, valued at approximately $802,000.

Funds sent indirectly from Bitcoin Fog to Nucleus, approximately 1,463 Bitcoin, valued at approximately $400,000.

Q. Did you review transactions between Bitcoin Fog and the darknet market Abraxis?

A. Yes, ma'am, I did.

Q. And what was Abraxis?

A. Abraxis was another darknet market.

Q. Did you do the same sort of analysis that you've just testified to?

A. Yes, ma'am, I did.

Q. And can you walk us through this entry in this spreadsheet?

A. Yes, ma'am.

Funds sent directly from Abraxis totaled approximately 4,116 Bitcoin, valued at approximately $1 million.

Funds sent indirectly from Abraxis to Bitcoin Fog, approximately 1,895 Bitcoin, valued at approximately $558,000.

And then funds sent directly from Bitcoin Fog to Abraxis, approximately 2,066 Bitcoin, valued at approximately $516,000.

Funds sent indirectly from Bitcoin Fog to Abraxis, approximately 903 Bitcoin, valued at approximately $229,535.

Q. Did you also review transactions between Bitcoin Fog and the darknet market Pandora?

A. Yes, ma'am, I did.

Q. And what was Pandora?

A. Pandora was another darknet marketplace.

Q.  Did you do the same sort of analysis for the transactions between Pandora and Bitcoin that you did for the other markets?

A.  Yes, ma'am, I did.

Q.  Can you now walk us through the entries on this sheet for Pandora?

A.  Yes, ma'am.

Funds sent directly from Pandora to the Bitcoin Fog, approximately 2,032 Bitcoin, valued at approximately $1.2 million.

Funds sent indirectly from Pandora to Bitcoin Fog, approximately 1,895 Bitcoin, valued at approximately $558,000.

Funds sent directly from Bitcoin Fog to Pandora, approximately 553 Bitcoin, valued at approximately $299,000.

Funds sent indirectly from Bitcoin Fog to Pandora, approximately 401 Bitcoin, valued at approximately $260,000.

Q.  Did you review the transactions between Bitcoin Fog and the darknet market Sheep?

A.  Yes, ma'am, I did.

Q.  Can you explain what Sheep was?

A.  Sheep was another darknet marketplace.

Q.  Did you do the same short of analysis for Sheep that you did for all the other markets here?

A.  Yes, ma'am, I did.

Q.  Can you walk us through the entry for Sheep?

A.  Funds sent directly from Sheep darknet market to Bitcoin

Fog, approximately 7,646 Bitcoin, valued at approximately $2.7 million.

Funds sent from Sheep indirectly to Bitcoin Fog, approximately 2,747 Bitcoin, valued at approximately $1.5 million.

Funds sent directly from Bitcoin Fog to Sheep darknet market, approximately 1,547 Bitcoin, valued at approximately $361,895.

Funds sent indirectly from Bitcoin Fog to the Sheep darknet market, approximately 1,925 Bitcoin, valued at approximately $551,000.

Q. And almost at the end.

Did you review transactions between Bitcoin Fog and the darknet market Black Bank?

A. Yes, ma'am, I did.

Q. And was that a similar analysis that you did for the other darknet markets?

A. Yes, ma'am, it was.

Q. And can you walk us through the entries for Black Bank?

A. Yes, ma'am.

Funds sent directly from Black Bank to Bitcoin Fog, approximately 2,918 Bitcoin, valued at approximately $912,669.

Funds sent indirectly from Black Blank to Bitcoin Fog, approximately 2,146 Bitcoin, valued at approximately $1 million.

Funds sent directly from Bitcoin Fog to Black Bank, approximately 1,632 Bitcoin, valued at approximately $427,000.

And funds sent indirectly from Bitcoin Fog to Black Bank, approximately 947 Bitcoin, valued at approximately $280,000.

Q.  Now, Mr. Scholl, did you also review records from Welcome to Video?

A.  Yes, ma'am, I did.

Q.  Could you explain to the jury, what was Welcome to Video?

A.  Welcome to Video was a darknet site that was dedicated to child sexual abuse material.

Q.  How did Welcome to Video operate?

A.  Welcome to Video operated by allowing users to pay to download child sexual abuse material, or receive credit by uploading their own child sexual abuse material.

Q.  Did you identify transactions from Bitcoin Fog into Welcome to Video?

A.  Yes, ma'am, I did.

Q.  What would be the purpose of a user using Bitcoin Fog for that sort of transaction?

MR. EKELAND:  Objection, Your Honor.  Can we speak on the phone?

(A bench conference was held as follows:)

MR. EKELAND:  Your Honor, this is a 403 objection.  It's also cumulative.  I think the issue here is that there's

no indication anywhere that Mr. Sterlingov has anything to do with child pornography. And this is just the most explosive, heinous thing that -- to put in front of a jury when there is no money being sent and you've got a total, allegedly, like, what? $989 coming post-mix from Bitcoin Fog, which can't even really be considered money laundering because there's no way that the -- even the administrator can know what the funds are going to be used for post-mix.

This is just an attempt by the government to tar and taint Mr. Sterlingov with the heinous charge of trafficking child pornography, which this case is absolutely not about. So we vehemently object to this line of questioning. Let's leave it to the money and keep the child porn out of this case, Your Honor.

THE COURT: Ms. Pelker?

MS. PELKER: Your Honor, I think that we've briefed this issue. It is very relevant as to the SUA, not just for the money laundering, but the 1960 dirty money prong that the government can put on its evidence about, the various forms of illicit activity and SUAs that were moving through Bitcoin Fog for the purpose of the 1960 transaction.

We actually have Mr. Sterlingov's post as that, showing that he was aware that the darknet was used for darknet markets and child pornography. That's in the Meth! post showing that he did have knowledge of this. But in any event,

just the fact that he is mistaken about the SUA doesn't mean that this isn't relevant evidence to how the government put on its case.

MR. EKELAND: Your Honor, first, I think what the government just said there is that this already is in evidence and now it's being used for cumulative purposes in a highly prejudicial way. The amounts, even if they are accurate here, which are post-mix, are minimal. And even assuming that those Meth! posts are Mr. Sterlingov, you know, awareness of this, it's cumulative, it's just highly prejudicial, and I think it's just inappropriate. And I think the Court has heard my objection.

THE COURT: I think, actually, the minimal amount here is something that's in some sense favorable to the defense on this point when, in comparison, a very small amount of that was going for that purpose. So I don't think it's a 403 problem.

I mean, the government is entitled to prove how the funds were used. But to the extent to which you're concerned that it's unfairly tarring Mr. Sterlingov with, you know, engaging -- or, facilitating the child porn, I think you have your point here, which is that it's -- the money only was paid out of Bitcoin Fog. And you can make that point and you can do it in cross or in your closings, if you like.

You did discuss this yourself, actually, in openings,

and you brought up the child porn stuff yourself in the opening. So I think that the risk of unfair taint to Mr. Sterlingov from this particular exhibit here is minimal. So I'm going to allow it.

(Open court:)

THE COURT: Okay. We're getting near the end of the day.

BY MS. PELKER:

Q. Mr. Scholl, what would be the purpose of using Bitcoin Fog for a Welcome to Video transaction?

A. The purpose of using Bitcoin Fog for a Welcome to Video transaction would be to obscure the source of funds going to Welcome to Video, so that you wouldn't be identified as having sent funds to a child sexual abuse material site.

Q. Can you walk us through the Welcome to Video row?

A. Yes, ma'am. So there are no funds sent directly or indirectly from Welcome to Video to Bitcoin Fog, but there are funds sent from Bitcoin Fog to Welcome to Video.

The direct transfers from Bitcoin Fog to Welcome to Video, approximately 2.47 Bitcoin, valued at approximately $989. And funds sent indirectly from Bitcoin Fog to Welcome to Video, approximately 1.675 Bitcoin, valued at approximately $846.

Q. Why are the numbers in the first column zero?

A. There were no funds sent from Welcome to Video directly or

indirectly to Bitcoin Fog. This -- Welcome to Video operated differently, in that there wasn't a way to withdraw funds from Welcome to Video. There's no vendors, like on a darknet market site, that need to withdraw their funds from the account. So, really, the only person withdrawing funds from Welcome to Video would have been the administrator of Welcome to Video.

Q. And why are the numbers on the money -- on the columns on the right so low, compared to darknet drug markets?

A. I would say that Welcome to Video was a smaller service than most of these darknet markets, but also that the community of people on Welcome to Video are not -- it's not about making money. It's about sharing child sexual abuse material. Less financially motivated.

Q. What happened to Welcome to Video?

A. It was seized by law enforcement.

Q. And when the site was shut down by law enforcement, did law enforcement also seize Welcome to Video servers and records?

A. Yes, ma'am, they did.

Q. And did you review transactions between Bitcoin Fog and Welcome to Video in Chainalysis?

A. Yes, ma'am, I did.

Q. And what would those transactions look like in Chainalysis?

A. Transfers --

Q. Just generally.

A. Transfers in Bitcoin Fog to Welcome to Video.

Q. From there did you look at a specific subset of those transactions?

A. Yes, ma'am, I did.

Q. Showing you Exhibit 623 -- which is not yet in evidence -- can you explain what's shown here?

A. This is a chart showing the Bitcoin address associated with a specific Welcome to Video user.

Q. And does this accurately summarize the information pertaining to the Bitcoin address and user from the underlying records?

A. Yes, ma'am, it does.

MS. PELKER: Government moves to admit Exhibit 623.

THE COURT: Any objection?

MR. EKELAND: 403 and 803.

THE COURT: Exhibit 623 is admitted and may be published to the jury.

(Government's Exhibit 623, admitted and published.)

BY MS. PELKER:

Q. Mr. Scholl, were you able to verify, using the Welcome to Video records, that these addresses initially identified through Chainalysis were, in fact, controlled by Welcome to Video?

A. Yes, I was.

Q. Did each of the addresses on this list receive funds from Bitcoin Fog?

A. Yes, ma'am, they did.

Q. What were you able to do with the information of -- starting with the addresses and then match to the users?

What were you able to do with the information about the deposits into the addresses?

A. I was able to see funds being withdrawn from Bitcoin Fog and deposited into these Welcome to Video deposit addresses, see which funds these users deposited.

Q. Using the Welcome to Video records, were you able to identify what particular user was associated with which address?

A. Yes, ma'am, I was.

Q. And did you review records for particular Welcome to Video users?

A. Yes, ma'am, I did.

Q. Now, were those records provided in a way that accurately reflected the user activity but did not include the actual child sexual abuse material?

A. Yes, ma'am.

MS. PELKER: And if we could pull up Exhibits 624 through 633, which are not yet in evidence.

THE COURT: Before you do that, if everyone wants to stand up and stretch for a minute.

Let me know if anyone needs a restroom break.

You can stand, if you like.

MS. PELKER: We are coming -- I think we'll be able to finish today, Your Honor.

THE COURT: Okay.

(Pause.)

THE COURT: All right. You can continue.

BY MS. PELKER:

Q. Mr. Scholl, directing your attention to Exhibits 624 through 633, are these fair and accurate copies of the Welcome to Video records retrieved by law enforcement?

A. Yes, ma'am, they are.

MS. PELKER: Government moves to admit Exhibit 624 through 633.

MR. EKELAND: Objection, Your Honor. I think we need to go on the phone for this one.

THE COURT: Okay.

(A bench conference was held as follows:)

MR. EKELAND: Your Honor, if you look at column G, there are some heinous titles there. And if you scroll through -- could we please go -- can we go back to the first part of the exhibit and just go and look at that column G where there's all sorts of heinous acts being described that a child -- "8-Year-Old Daddy's Little Girl." Can we just scroll down and look at some of these titles.

That column, that video filename that has nothing to do with Mr. Sterlingov, has nothing to do with any kind of

money laundering.  You know, "B and B Suck."  This is just a really, really transparent attempt on the part of the government to bring in heinous titles and just a lot of stuff that has nothing to do with whether or not Mr. Sterlingov was operating a Bitcoin Fog.

I mean, it's -- what is it probative of?  It's just really, really prejudicial, and it is highly cumulative.  And, you know, talking about anal sex with children and little girls' vaginas.  And you're going to put that in front of a jury in this case?

It's like -- you know, go ahead and put the spreadsheet in if you redact that whole column.  But there's no need to have these video names in.  I think it's outrageous, actually.

THE COURT:  Can I hear from Ms. Pelker?

MS. PELKER:  Your Honor, the addresses in column A are the addresses that are receiving funds from Bitcoin Fog.  This is the activity that Bitcoin Fog is facilitating.  I think the jury has a right to see and understand that.

MR. EKELAND:  Bitcoin -- Your Honor --

MS. PELKER:  And we did brief this at document ECF 249.

THE COURT:  Say that again.  I just missed what you said.

MS. PELKER:  We didn't -- this is covered in document

249. That simply is an element of the 1960 offense the government needs to prove up on the dirty money prong.

THE COURT: I don't disagree with that, and I think you're right. I think you're entitled to demonstrate that the funds were going to unlawful pornography sites. I guess the question I have, though, is whether the column that just describes -- that has the video names in it is necessary and whether it's more prejudicial than probative, given the fact that column F, for example, describes there's child porn, at least in some of these cases.

So do you need to really describe more graphically with the titles what the -- what is actually going on in those videos?

MR. EKELAND: Your Honor --

THE COURT: Let Ms. Pelker respond.

MS. PELKER: So the video category, every single video on Welcome to Video was child pornography. They didn't allowed adult porn. So I don't think the video category is particularly helpful to the extent uploaded videos -- it is all child pornography.

THE COURT: So you can establish that with the witness and through the column F. So why do you need column G? which is, you know, disturbing.

MR. EKELAND: Your Honor --

THE COURT: I just want her to answer my questions,

then I'll give you a chance.

MS. PELKER: I agree that it's -- that the activity that is shown here is very problematic, but that is what Bitcoin Fog was facilitating. The defense is going to argue that Bitcoin Fog was just a privacy service used by these privacy advocates who like their privacy.

The government is entitled to put on its case, to show that, in fact, this is a site that was facilitating criminal activity -- that includes not just narcotics trafficking, but child sexual abuse material -- and to be able to explain to the jury, this is the child sexual abuse material.

We're not showing the actual videos here and we do think -- I mean, yes, the filenames are disturbing, but we think that this is the appropriate balance of something that still tells the jury the story of the case, which the government is entitled to put on.

THE COURT: Can I ask you, since it's 20 of 5 right now, do you need to show that column to the jury now, or can you do what you need to do with the witness without showing that column and then we can just come back to it, if that column should be redacted, when we're not keeping the jury?

MS. PELKER: That's fine for the government, Your Honor. And we do have a later -- we can discuss -- we can bring this up with a later witness. So simply showing -- not

showing column G would be fine for this next round of questions.

THE COURT: All right.

MR. EKELAND: Your Honor, just for the record, we are objecting to column G -- well, the whole document. But if it's going to come in with something redacted, it's G, columns G and columns H and -- but --

THE COURT: I don't have H in front of me, so I don't know what it says.

MR. EKELAND: Basically, my understanding, it's the equivalent. I don't have it in front of me either right now. That's just what Mr. Hassard is telling me. The defense is fine with the Court's proposal for the moment, if we continue without --

THE COURT: Is that okay with you, Ms. Pelker, just for purposes of expediency now, and then we can come back to this question?

MS. PELKER: That's fine. This witness is not commenting on anything in column G.

THE COURT: Okay. So let's not display column G for present purposes, and then I will admit the exhibit, subject to our further discussion with respect to whether column G should be redacted.

MR. EKELAND: Thank you, Your Honor.

THE COURT: That's fine. I haven't seen H, so I have

no idea.

(Open court:)

THE COURT:  This is 624, correct?

MS. PELKER:  Can we wait one moment so I can speak with --

THE COURT:  Yes, of course.

(Pause.)

THE COURT:  All right.  So this is 624?

MS. PELKER:  Yes, Your Honor, this is 624.

THE COURT:  All right.  624 is admitted subject to our discussion.

(Government's Exhibit 624, admitted.)

BY MS. PELKER:

Q.  Mr. Scholl, directing your attention to Exhibit 624.

Can you explain what is shown here?

And please only describe -- only talk about what is shown on the cell shown on your screen.

A.  Yes, ma'am.  Column A is the Bitcoin address used to fund this account.  The username is in column B, with some Cyrillic characters with the numbers 9999.  And then it has activity date for the transaction involving the video purchased.

Q.  And without speaking to the particular content in the video category in column F, what's your understanding about the only type of videos that were permitted on Welcome to Video?

A.  My understanding is that all of the content on Welcome to

Video was child sexual abuse material.

Q. If we could return to the summary chart -- or, the Welcome to Video address summary chart. So we're at 623.

Did you review similar records for each of the Bitcoin addresses noted in the left-hand column?

A. Yes, ma'am, I did.

Q. And for each of those addresses were you able to match the deposit address to a user?

A. Yes, ma'am, I was.

Q. And is that the user that's on the right-hand side?

A. That's correct, ma'am.

Q. And what was the significance of each of these Bitcoin addresses with regard to Bitcoin Fog?

How was Bitcoin Fog connected to each of these addresses?

A. Yeah. These addresses were funded by Bitcoin Fog -- by withdrawals from Bitcoin Fog.

Q. When law enforcement took down Welcome to Video, what did they do about the users?

A. They attempted to locate and arrest and charge as many users as possible.

Q. And what was one of the ways that law enforcement went around -- went about identifying the users?

A. Law enforcement used blockchain analysis to identify users of Welcome to Video.

Q. And was law enforcement able to identify some of the Welcome to Video users based on blockchain analysis and tracing their deposits?

A. That's my understanding, yes, ma'am.

Q. But what happened if a user was using Bitcoin Fog?

A. The funds would not have been traced back to a KYC account.

Q. In addition to the money coming to and from darknet markets, was there also money going between Bitcoin Fog and exchanges?

A. Yes, ma'am, there was.

Q. Did that mean that the money -- and, actually, if we could pull back up the Exhibit 601.

If the money was going between Bitcoin Fog and exchanges, did that mean that the money was clean?

MR. EKELAND: Objection. Leading.

THE COURT: Sustained.

BY MS. PELKER:

Q. Did that mean that the money was clean -- if money was going from an exchange into Bitcoin Fog, was that necessarily clean money?

MR. EKELAND: Object. Leading.

THE COURT: Overruled.

THE WITNESS: No, ma'am, not necessarily.

BY MS. PELKER:

Q. Why not?

A. Funds going from an exchange into Bitcoin Fog, even if it was coming from a compliant exchange after leaving Bitcoin Fog on the other side may have been deposited to darknet markets or other illicit services.

Q. And so what would be the goal -- or, what would be a goal of a criminal if they were sending money from an exchange into Bitcoin Fog?

MR. EKELAND: Objection. Leading.

THE COURT: Overruled.

THE WITNESS: The objective of the criminal would be to disassociate the funds leaving Bitcoin Fog with the funds that came into Bitcoin Fog from an exchange where they might have an account in their true name.

BY MS. PELKER:

Q. And what about funds going from Bitcoin Fog into an exchange?

A. Funds going from Bitcoin Fog into an exchange are not necessarily illicit funds. They could be funds coming from a darknet market that came out of Bitcoin Fog and then deposited into the exchange, obscuring from the exchange and law enforcement the fact that those funds came from a darknet marketplace or other illicit service.

Q. If we could pull up Exhibit 709-B. And is this -- I'm not sure whether this was admitted or provisionally admitted -- conditionally admitted.

THE COURTROOM DEPUTY: 709-B was admitted.

BY MS. PELKER:

Q. Is this a translated copy of a document found on one of the defendant's devices?

A. Yes, ma'am, it is.

Q. If we could publish Exhibit 709-B. And going down to page 12 at the bottom of the page.

Could you read the final paragraph there?

A. Mr. Sterlingov writes, "In order to escape from regulators, Bitcoin only needs to be a little more complex than an ordinary person can understand. And that's it, no one is going to hunt it down anymore."

MS. PELKER: Court's indulgence?

THE COURT: Yes.

(Pause.)

MS. PELKER: Your Honor, we are done with our questions. We would suggest not passing the witness until we discuss further the issue that was raised.

THE COURT: Okay.

MS. PELKER: But that we should wrap with the jury for today.

THE COURT: That's fine.

So we can conclude for the evening, members of the jury. We're going to come back tomorrow for a short day. 10 a.m. until lunchtime tomorrow.

And I remind you, don't discuss the case or any of the evidence or comment in any way with one another or anyone else. And don't conduct any type of research in any way relating to the law or facts in this case, anything having to do with the case. And I will see you back here tomorrow at 10 a.m.

(Whereupon the jurors leave the courtroom.)

THE COURTROOM DEPUTY: You may be seated.

THE COURT: All right. And the witness can step down.

And I'll just ask you not to discuss your testimony with anybody until it's entirely concluded.

THE WITNESS: Yes, Your Honor.

THE COURT: Thank you.

One thing I wanted to mention to all of you is I heard from the deputy clerk that a couple of jurors had expressed concern -- one of the jurors was commenting -- not, I think, in the jury room, but like as the evidence was coming in. I didn't actually hear it or see it myself. And it sounded like -- but it was probably in a soft voice, but caught -- you know, enough for the other jurors to be able to hear it. And so I was doing my best to keep an eye on that juror this afternoon after I had heard this.

I didn't see that happen at all, but I saw the juror sleeping, which is the reason that I suggested we stretch later

in the day, was to wake her up; it's juror number 9.

And what I would suggest we do for now -- the second seat in the back -- is that we just keep an eye on the situation. But if there's anything else that you think I should do, whether I should inquire of the other jurors. I tried to be a little bit more affirmative today in reminding them not to comment in any way about the case, even with each other, in light of this. But if you think there's anything more I should do, you can let me know tomorrow morning.

But otherwise, my inclination is just to kind -- try and keep an eye on things and see how we go. We're in the fortunate position that we're pretty well into the case at this point and have four alternates. So I think we should just monitor the situation as it goes forward.

MS. PELKER: I think that approach makes sense to the government, Your Honor.

THE COURT: Mr. Ekeland?

MR. EKELAND: That's fine with the defense, Your Honor.

THE COURT: Okay. Anything else for us to address tonight before we adjourn?

MS. PELKER: No, Your Honor.

Should we come back a bit early tomorrow, before the jury comes in, to discuss --

THE COURT: Yeah, I think that's a good idea. Why

don't we -- I have another matter, but we maybe, hopefully, have ten minutes or so beforehand. So why don't you all try and be here by 9:45, in case we want to discuss things further.

I have to say, I am at least leaning in favor of the defense request to redact the one column I've seen. I haven't seen the other column, so I don't know. But I am still open-minded and -- and if there is anything you all want to offer me to persuade me one way or the other on that question, I would welcome any further discussion on the issue.

MS. PELKER: Yes, Your Honor.

THE COURT: Okay. All right. I will see you all tomorrow morning. Thank you.

*   *   *

CERTIFICATE OF OFFICIAL COURT REPORTER


    I, JANICE DICKMAN, do hereby certify that the above and foregoing constitutes a true and accurate transcript of my stenographic notes and is a full, true and complete transcript of the proceedings to the best of my ability.

                    Dated this 22nd day of February, 2024

                            _____
                            Janice E. Dickman, CRR, CMR, CCR
                            Official Court Reporter
                            Room 6523
                            333 Constitution Avenue, N.W.
                            Washington, D.C.  20001

INDEX


WITNESS:

Luke Scholl
Direct Examination (Cont.) By Ms. Pelker.......... 3


GOVERNMENT EXHIBITS ADMITTED:

Exhibits 318 and 318-A................................ 35
Exhibit 371........................................... 7
Exhibit 601.......................................... 54

Exhibit 601-A........................................ 62
Exhibit 608-A, 608-P, 608-Q.......................... 63
Exhibit 613-D........................................ 81

Exhibit 614-A........................................ 77
Exhibit 615-A........................................ 86
Exhibit 623..........................................106

Exhibit 624..........................................113
Exhibit 719-A........................................ 16

*   *   *

## $

**$10** [1] - 56:8
**$154,030** [1] - 92:6
**$191,739** [1] - 73:22
**$215,395** [1] - 84:9
**$222,222** [1] - 91:20
**$229,535** [1] - 98:20
**$248,435** [1] - 80:21
**$260,000** [1] - 99:15
**$275,308** [1] - 73:11
**$280,000** [1] - 101:5
**$299,000** [1] - 99:13
**$335,927** [1] - 80:2
**$361,895** [1] - 100:8
**$400,000** [1] - 97:25
**$408,378** [1] - 72:3
**$42,389** [1] - 74:19
**$427,000** [1] - 101:2
**$470,610** [1] - 79:9
**$500,000** [1] - 3:11
**$516,000** [1] - 98:18
**$551,000** [1] - 100:11
**$558,000** [2] - 98:15, 99:11
**$640,000** [1] - 71:10
**$802,000** [1] - 97:23
**$846** [1] - 104:23
**$886,000** [1] - 97:21
**$9,724,911** [1] - 55:23
**$912,669** [1] - 100:22
**$95,884** [1] - 74:8
**$989** [2] - 102:5, 104:21

## '

**'1HEMZAsD** [1] - 6:6

## 0

**0.46** [1] - 7:8
**046** [1] - 6:4

## 1

**1** [9] - 27:20, 74:2, 74:9, 74:13, 78:19, 80:9, 96:16, 98:13, 100:25
**1,345** [1] - 74:5
**1,463** [1] - 97:25
**1,472** [1] - 71:22
**1,547** [1] - 100:7
**1,632** [1] - 101:2
**1,895** [2] - 98:15, 99:11
**1,925** [1] - 100:10
**1-26-2013** [3] - 67:19, 69:3, 69:25

**1-27-2013** [1] - 70:1
**1.2** [1] - 99:9
**1.3** [1] - 94:17
**1.4** [2] - 56:19, 97:19
**1.5** [2] - 67:11, 100:5
**1.6** [1] - 94:14
**1.675** [1] - 104:22
**1.8** [1] - 94:11
**10** [2] - 3:11, 81:12
**10,027** [1] - 96:11
**100** [2] - 25:14, 82:8
**102,000** [1] - 56:7
**106** [1] - 74:3
**106,000** [1] - 56:16
**11** [2] - 4:23, 36:23
**11,000** [1] - 76:12
**112** [2] - 67:15
**114** [2] - 96:17
**12** [2] - 5:7, 36:22
**12,000** [1] - 76:9
**12,901** [1] - 71:25
**12.5** [2] - 76:4, 76:7
**12th** [1] - 6:5
**13,970** [1] - 73:8
**13-10-14** [1] - 82:15
**13mU** [1] - 90:14
**13mUw7j** [1] - 90:2
**13th** [1] - 11:4
**14.2** [1] - 96:3
**143** [1] - 92:2
**14th** [1] - 12:20
**15** [1] - 25:15
**16** [3] - 4:24, 5:25, 14:11
**16th** [1] - 33:15
**17** [2] - 8:9, 21:3
**17,370** [1] - 72:21
**173** [1] - 86:20
**176** [1] - 32:8
**18** [1] - 11:2
**187** [1] - 73:18
**19** [3] - 12:3, 12:17, 17:19
**19,515** [1] - 71:9
**1960** [2] - 102:18, 102:21
**19DGwW** [1] - 89:13
**1AieHpk** [1] - 9:11
**1AJ** [2] - 83:1, 83:4
**1AJ9mq** [2] - 82:20, 83:7
**1AJ9mqM** [1] - 83:13
**1B7** [1] - 67:22
**1B7tRV** [3] - 67:21, 68:18, 70:2
**1BNXF** [1] - 78:8
**1Eh** [1] - 87:23
**1EhAnh** [1] - 87:16
**1G** [1] - 64:10

**1GDFT** [1] - 19:19
**1GDFTdt** [1] - 18:15
**1HCRY** [1] - 19:21
**1HCrY6Z** [1] - 18:16
**1HEMZ** [3] - 6:14, 6:20, 7:8
**1HEMZA** [2] - 6:12, 7:25
**1M9PZ** [1] - 89:2
**1M9PZ3S** [1] - 88:21
**1P** [1] - 95:5
**1PQQ** [2] - 95:6, 95:9
**1PQQxtw8** [1] - 95:5

## 2

**2** [55] - 5:8, 56:17, 61:1, 61:2, 61:3, 61:6, 61:25, 62:3, 62:17, 64:18, 64:20, 75:4, 75:5, 75:7, 75:13, 75:14, 75:18, 75:20, 75:25, 76:8, 76:12, 76:14, 76:17, 76:20, 77:3, 77:6, 77:16, 78:3, 78:5, 78:9, 78:16, 78:19, 78:25, 79:21, 80:5, 80:8, 80:13, 80:16, 80:23, 81:3, 81:20, 81:21, 83:2, 83:18, 83:22, 84:1, 84:3, 85:5, 87:4, 91:4, 91:11, 91:14, 91:23, 92:1, 93:25
**2,032** [1] - 99:8
**2,066** [1] - 98:17
**2,146** [1] - 100:24
**2,466** [1] - 73:5
**2,638** [1] - 94:16
**2,747** [1] - 100:4
**2,800** [1] - 94:10
**2,820** [1] - 97:21
**2,829** [1] - 97:23
**2,918** [1] - 100:22
**2-12-2017** [2] - 6:20, 7:8
**2.47** [1] - 104:20
**2.5** [1] - 76:16
**2.7** [1] - 100:2
**20** [2] - 12:18, 57:8
**200** [1] - 25:15
**2012** [1] - 29:7
**2013** [1] - 96:21
**2014** [1] - 32:12
**2015** [1] - 24:7
**2016** [4] - 5:2, 5:3, 5:23, 33:15
**2016-04** [1] - 16:16
**2017** [1] - 6:5
**2018** [6] - 6:2, 8:13,

11:4, 12:20, 24:9, 24:10
**201810** [1] - 42:8
**208** [1] - 80:17
**212** [1] - 79:22
**217** [1] - 33:10
**22** [1] - 16:16
**23,000** [1] - 76:6
**230** [1] - 72:18
**24th** [2] - 88:16, 88:17
**25** [1] - 24:6
**25,679** [1] - 96:5
**250** [1] - 79:5
**25th** [1] - 90:7
**26,398** [1] - 96:8
**26th** [1] - 88:23
**278,299** [1] - 72:24
**27th** [1] - 96:21
**286** [1] - 92:4
**29,938** [1] - 67:9
**2:57** [1] - 57:17

## 3

**3** [3] - 15:16, 70:17, 94:8
**3,574** [1] - 74:17
**3,651** [1] - 94:13
**3.3** [1] - 96:12
**30** [1] - 16:16
**301** [1] - 91:15
**318** [6] - 35:1, 35:12, 35:14, 35:17, 35:21, 35:23
**318-A** [5] - 35:9, 35:14, 35:18, 35:22, 35:23
**371** [5] - 6:15, 6:18, 6:24, 7:2, 7:4
**377,102.7388** [1] - 55:21
**39** [1] - 42:19
**3:15** [1] - 57:5
**3:18** [1] - 57:17
**3rd** [3] - 5:2, 6:2, 89:15

## 4

**4** [1] - 15:16
**4,056** [1] - 73:20
**4,116** [1] - 98:12
**4,300** [1] - 76:15
**401** [3] - 62:9, 63:10, 99:15
**403** [8] - 62:9, 63:9, 77:21, 81:7, 85:12, 101:24, 103:16, 106:14
**41,972** [1] - 96:2
**414** [1] - 11:23
**414-A** [1] - 8:21
**414-C** [5] - 4:7, 4:10,

4:12, 8:7, 11:1
**416** [1] - 91:18
**427** [1] - 84:7
**44** [1] - 27:20
**452,092** [1] - 83:11
**464** [1] - 80:19
**4:50** [2] - 57:19, 58:5

### 5

**5,240** [1] - 97:18
**5,700** [1] - 94:7
**5.8** [1] - 76:13
**50** [1] - 19:20
**50k** [1] - 14:25
**51,000** [1] - 56:19
**53** [1] - 33:10
**54** [1] - 24:23
**540** [3] - 67:16, 69:24, 69:25
**552** [1] - 33:11
**553** [1] - 99:13
**56** [1] - 71:11
**578** [2] - 68:3, 68:10
**580** [2] - 68:3, 68:23
**5XMR** [1] - 42:8

### 6

**6** [1] - 14:11
**6.4** [1] - 76:10
**601** [9] - 53:25, 54:10, 54:13, 54:15, 58:7, 75:22, 93:11, 95:15, 97:5
**601-A** [8] - 60:23, 62:7, 62:10, 62:12, 65:10, 69:23, 76:25, 78:12
**601A** [1] - 83:8
**608-A** [5] - 62:25, 63:7, 63:12, 63:14, 63:19
**608-P** [5] - 62:25, 63:12, 63:14, 64:11, 65:21
**608-Q** [4] - 62:25, 63:12, 63:14, 68:3
**613-D** [4] - 80:25, 81:5, 81:8, 81:10
**614-A** [4] - 77:10, 77:19, 77:22, 77:24
**615-A** [2] - 86:24, 87:1
**615-E** [2] - 85:2, 85:10
**623** [4] - 106:4, 106:12, 106:15, 106:17
**630** [3] - 67:21, 68:16, 70:2
**660** [1] - 16:17
**666** [1] - 88:2
**667** [1] - 88:15
**67** [1] - 84:12

**690** [1] - 89:6
**6th** [1] - 87:18

### 7

**7** [2] - 15:10, 42:20
**7,646** [1] - 100:1
**70** [1] - 82:7
**701** [1] - 79:25
**702** [2] - 17:15
**704** [1] - 89:23
**707** [1] - 87:5
**711-A** [4] - 14:10, 24:2, 41:24, 42:20
**715-A** [2] - 20:1, 42:19
**719** [1] - 15:15
**719-A** [6] - 15:9, 15:10, 15:20, 16:5, 16:9, 16:11
**74** [1] - 32:7
**7th** [1] - 8:13

### 8

**8** [1] - 42:1
**8-23-2012** [2] - 64:21, 64:22
**8.5** [1] - 96:9
**8.6** [1] - 96:6
**803** [4] - 77:21, 81:7, 85:12, 106:14
**815** [1] - 94:22

### 9

**9** [2] - 24:24, 25:5
**903** [1] - 98:20
**94** [1] - 74:14
**947** [1] - 101:4
**976** [1] - 79:7
**9th** [1] - 32:12

### A

**AA** [2] - 18:4, 18:5
**AAA** [1] - 82:8
**able** [22] - 19:12, 19:15, 21:4, 21:18, 26:1, 26:2, 26:6, 26:21, 26:22, 27:4, 27:5, 27:9, 34:14, 34:23, 39:6, 39:18, 41:9, 41:21, 59:18, 83:4, 106:19
**Abraxis** [7] - 98:2, 98:4, 98:5, 98:11, 98:14, 98:17, 98:19
**absolutely** [2] - 68:24, 102:11
**abuse** [5] - 101:11, 101:14, 101:15,

104:14, 105:12
**acceptable** [1] - 2:16
**access** [10] - 34:18, 34:22, 37:2, 37:19, 39:18, 42:3, 44:6, 51:3, 53:2, 59:15
**accessed** [1] - 43:14
**according** [2] - 11:6, 19:13
**account** [36] - 4:18, 5:6, 5:20, 5:21, 8:3, 9:6, 25:4, 25:17, 25:25, 26:22, 27:9, 27:16, 28:8, 36:9, 36:10, 38:15, 44:7, 44:8, 44:9, 44:11, 44:21, 46:7, 49:24, 50:19, 50:23, 51:3, 51:12, 58:22, 61:15, 64:17, 72:10, 83:2, 87:4, 105:4
**accounts** [19] - 3:5, 3:17, 14:16, 14:20, 34:17, 35:7, 36:4, 36:6, 38:6, 38:9, 38:17, 39:3, 39:5, 39:9, 39:10, 47:14, 48:16, 50:16, 58:11
**accurate** [6] - 6:21, 7:14, 77:16, 81:2, 85:7, 103:7
**accurately** [5] - 35:14, 54:7, 62:2, 63:3, 106:8
**acknowledge** [1] - 96:23
**acquire** [1] - 61:5
**action** [1] - 78:8
**activity** [15] - 6:5, 11:9, 11:19, 11:22, 12:14, 40:18, 51:9, 58:20, 58:24, 59:5, 59:10, 59:12, 60:18, 81:2, 102:20
**actual** [1] - 95:2
**actuality** [1] - 20:22
**add** [2] - 49:9, 49:10
**added** [2] - 66:4, 89:16
**addition** [3] - 83:17, 83:19, 92:18
**additional** [6] - 13:20, 14:3, 15:4, 15:25, 40:14, 96:13
**Additionally** [1] - 5:9
**additionally** [1] - 5:11
**ADDR** [1] - 18:9
**Address** [1] - 95:3
**address** [86] - 6:6, 6:7, 6:20, 7:8, 9:8, 9:10, 9:12, 9:15, 9:17, 9:19, 9:20, 9:22, 10:3, 10:6, 16:22, 17:24, 18:7,

18:15, 18:16, 18:18, 19:9, 19:19, 19:21, 21:11, 27:7, 28:7, 28:13, 37:9, 37:12, 38:10, 43:1, 43:13, 44:9, 44:11, 50:11, 51:4, 52:13, 52:16, 52:17, 52:19, 53:1, 53:3, 53:15, 64:23, 65:4, 66:2, 66:18, 66:19, 66:21, 66:25, 67:21, 68:14, 68:18, 68:19, 70:2, 70:6, 70:7, 78:7, 78:22, 82:20, 82:23, 82:25, 83:1, 83:4, 83:7, 83:12, 83:13, 83:15, 83:16, 87:15, 88:7, 88:18, 88:20, 88:21, 89:10, 89:11, 90:2, 90:14, 95:4, 95:5, 95:6, 95:10, 106:6, 106:9
**addressed** [1] - 20:17
**addresses** [54] - 9:18, 17:2, 17:6, 18:14, 19:7, 19:10, 19:16, 36:3, 36:19, 36:21, 36:23, 36:24, 36:25, 37:4, 37:5, 37:22, 38:2, 38:11, 38:23, 38:24, 50:12, 50:13, 50:15, 50:18, 51:7, 51:11, 51:15, 51:16, 51:19, 51:20, 53:15, 65:3, 65:4, 65:6, 65:7, 65:25, 66:1, 70:6, 75:8, 75:11, 75:12, 75:14, 75:15, 79:18, 83:10, 93:23, 94:1, 94:2, 95:7, 95:20, 95:22, 106:20, 106:24
**adjourn** [1] - 58:4
**administration** [1] - 8:25
**administrator** [2] - 102:7, 105:6
**administrators** [3] - 47:3, 68:8, 86:19
**admission** [1] - 22:3
**admit** [10] - 6:24, 16:5, 35:17, 54:10, 62:6, 63:6, 77:19, 81:5, 85:9, 106:12
**admitted** [26] - 7:3, 7:4, 16:9, 16:11, 21:8, 35:22, 35:23, 54:13, 54:15, 60:23, 62:10, 62:12, 62:24, 63:12, 63:15, 77:9, 77:22, 77:24, 81:1, 81:8, 81:10, 86:24, 87:1,

94:23, 106:15, 106:17

**admitting** [1] - 54:24

**Adobe** [1] - 42:2

**advantages** [1] - 32:18

**AdvCash** [5] - 39:14, 39:16, 39:18, 39:20, 39:21

**afternoon** [1] - 57:4

**Agent** [1] - 4:20

**ago** [2] - 12:11, 12:15

**Agora** [11] - 95:17, 95:19, 95:23, 95:25, 96:1, 96:4, 96:8, 96:11, 97:2, 97:3

**Agora's** [1] - 96:13

**agree** [1] - 23:3

**agreement** [2] - 21:16, 22:18

**agrees** [1] - 23:2

**ahead** [1] - 23:24

**Akemashite** [19] - 27:17, 27:24, 28:15, 29:8, 29:15, 29:23, 30:8, 31:12, 32:4, 32:10, 32:20, 33:1, 33:2, 33:7, 33:13, 33:21, 34:9, 34:12, 96:19

**Albert** [1] - 82:7

**alert** [1] - 7:25

**allegedly** [1] - 102:4

**allow** [5] - 3:24, 10:3, 22:15, 49:12, 104:4

**allowed** [3] - 30:13, 49:13, 50:4

**allowing** [1] - 101:13

**almost** [1] - 100:12

**aloud** [2] - 43:2, 82:14

**AlphaBay** [12] - 93:17, 93:19, 93:20, 93:22, 94:1, 94:6, 94:9, 94:13, 94:15, 94:20, 95:7

**AlphaBay's** [1] - 94:4

**Amazon** [1] - 44:14

**ambiguous** [1] - 60:6

**Amnesia** [1] - 82:9

**amount** [37] - 6:12, 12:25, 13:19, 37:11, 53:4, 55:19, 56:6, 56:15, 62:17, 64:24, 67:7, 67:9, 71:23, 72:19, 73:6, 73:8, 73:19, 73:20, 74:17, 76:1, 76:4, 78:9, 78:23, 78:24, 79:6, 79:7, 79:23, 79:24, 84:5, 91:16, 91:18, 92:3, 94:7, 94:10, 103:13, 103:15

**amounts** [2] - 65:7,

103:7

**analysis** [42] - 7:24, 11:7, 25:17, 25:18, 34:20, 36:12, 36:17, 37:14, 37:15, 37:18, 38:5, 38:22, 47:23, 48:1, 48:5, 49:6, 51:14, 51:18, 52:4, 52:7, 53:13, 53:20, 65:2, 65:13, 65:24, 67:1, 70:5, 71:2, 71:4, 71:16, 72:10, 72:12, 78:18, 80:14, 83:24, 91:10, 93:5, 97:11, 98:6, 99:1, 99:21, 100:16

**announce** [1] - 50:7

**announced** [1] - 50:8

**anonymity** [5] - 28:10, 28:18, 40:12, 41:6, 41:7

**anonymous** [1] - 28:21

**anti** [1] - 32:23

**anti-money** [1] - 32:23

**Anton** [2] - 9:3, 9:21

**apart** [1] - 28:19

**apologies** [2] - 23:20, 90:4

**apparent** [2] - 93:8, 93:10

**appear** [9] - 18:14, 24:17, 43:7, 52:2, 53:12, 53:14, 69:6, 93:4

**appeared** [1] - 66:1

**application** [1] - 40:2

**apply** [1] - 24:21

**appreciate** [1] - 82:24

**appreciation** [1] - 82:17

**appropriate** [2] - 30:14, 30:25

**appropriately** [1] - 70:8

**approximate** [4] - 55:15, 55:24, 73:22, 84:9

**approximation** [1] - 60:16

**arise** [1] - 84:13

**arrest** [1] - 3:12

**arrested** [1] - 3:10

**arrive** [1] - 90:12

**Artem** [1] - 16:15

**aside** [1] - 30:12

**assessed** [2] - 37:9, 38:23

**assessment** [3] - 37:4, 37:5, 37:14

**assets** [1] - 25:13

**assigned** [1] - 50:15

**assistance** [1] - 35:9

**associated** [4] - 8:25, 49:9, 64:25, 106:6

**assume** [2] - 26:16, 28:25

**assumes** [1] - 9:25

**assuming** [1] - 103:8

**attached** [1] - 28:7

**attempt** [3] - 9:12, 59:6, 102:9

**attempted** [1] - 69:6

**attention** [22] - 4:19, 4:23, 5:25, 8:21, 11:2, 14:10, 20:1, 32:7, 35:1, 35:9, 41:24, 53:25, 65:9, 67:16, 68:3, 70:15, 71:12, 72:4, 72:25, 73:12, 77:5, 79:10

**attractive** [1] - 40:25

**attribution** [2] - 7:11, 7:16

**August** [4] - 5:2, 88:16, 88:17, 88:23

**authenticate** [1] - 61:22

**author** [2] - 33:12, 33:13

**authorities** [2] - 28:24, 29:2

**authority** [3] - 34:4, 34:8, 34:15

**automation** [2] - 22:2, 24:1

**available** [1] - 45:21

**avoid** [2] - 48:10, 92:24

**aware** [1] - 102:23

**awareness** [1] - 103:9

## B

**balance** [2] - 26:23, 27:9

**balances** [1] - 50:23

**bank** [3] - 9:6, 26:13, 26:14

**Bank** [5] - 100:14, 100:19, 100:21, 101:1, 101:4

**bar** [2] - 2:15, 68:13

**Barney's** [1] - 82:10

**bars** [1] - 82:11

**based** [5] - 5:21, 7:13, 39:20, 56:1, 90:22

**basis** [1] - 19:2

**Beckman** [2] - 9:3, 9:21

**Beckman's** [1] - 10:2

**began** [1] - 34:20

**begin** [1] - 34:16

**beginning** [2] - 18:17, 42:22

**behavior** [1] - 37:11

**behind** [1] - 68:22

**belonged** [9] - 19:13, 19:14, 37:22, 38:23, 38:25, 65:5, 70:7, 78:22, 79:18

**belonging** [2] - 37:6, 52:16

**below** [1] - 95:2

**bench** [4] - 20:8, 29:21, 85:21, 101:23

**benefit** [5] - 27:12, 27:14, 29:16, 29:17, 31:12

**benefits** [2] - 7:17, 29:8

**best** [4] - 6:9, 13:24, 29:24, 29:25

**between** [32] - 4:3, 10:14, 20:23, 48:23, 49:11, 49:20, 51:15, 51:19, 52:10, 53:15, 53:18, 53:20, 54:5, 55:17, 67:25, 68:5, 69:5, 75:11, 75:17, 93:12, 93:16, 94:1, 95:16, 95:22, 97:6, 97:12, 98:1, 98:21, 99:2, 99:16, 100:13, 105:19

**big** [1] - 20:23

**biggest** [1] - 33:19

**bill** [2] - 86:15, 86:20

**bills** [1] - 26:14

**binder** [3] - 15:8, 15:16, 15:17

**binders** [1] - 15:12

**bit** [13] - 4:9, 17:22, 17:23, 19:5, 27:22, 28:17, 33:11, 36:5, 40:4, 44:3, 48:18, 63:23, 81:13

**Bitcoin** [312] - 3:11, 3:15, 3:25, 5:22, 6:20, 7:7, 7:8, 9:7, 9:8, 9:9, 9:12, 9:15, 9:16, 9:18, 12:11, 16:22, 17:2, 17:11, 18:14, 18:15, 18:16, 19:20, 19:22, 27:16, 29:9, 29:16, 31:13, 31:16, 34:16, 35:6, 36:2, 36:16, 38:7, 38:8, 38:15, 39:4, 41:6, 44:10, 48:23, 48:25, 49:4, 49:10, 49:14, 49:20, 50:4, 50:6, 50:8,

50:9, 50:16, 51:15, 51:19, 52:17, 52:20, 52:23, 52:25, 53:1, 53:3, 53:5, 53:11, 53:18, 53:21, 54:5, 54:8, 55:7, 55:8, 55:9, 55:11, 55:12, 55:13, 55:14, 55:18, 55:20, 55:21, 56:3, 56:6, 56:7, 56:10, 56:11, 56:16, 56:19, 56:20, 56:22, 59:22, 60:1, 60:2, 60:5, 60:9, 61:1, 62:18, 65:2, 65:5, 65:6, 65:8, 66:2, 66:4, 66:14, 66:18, 66:19, 66:22, 66:25, 67:8, 67:9, 67:12, 67:13, 67:21, 67:22, 68:17, 68:18, 69:14, 70:2, 70:4, 70:6, 70:8, 70:10, 71:8, 71:9, 71:21, 71:23, 71:25, 72:17, 72:19, 72:20, 72:21, 73:4, 73:6, 73:7, 73:8, 73:9, 73:17, 73:19, 73:20, 74:2, 74:4, 74:5, 74:13, 74:15, 74:17, 74:24, 75:8, 75:12, 75:14, 75:18, 75:25, 76:1, 76:5, 76:6, 76:8, 76:9, 76:11, 76:12, 76:14, 76:15, 76:21, 77:13, 78:7, 78:9, 78:23, 79:4, 79:6, 79:7, 79:18, 79:21, 79:23, 79:24, 79:25, 80:16, 80:18, 80:19, 82:20, 82:24, 82:25, 83:7, 83:10, 83:14, 83:15, 84:6, 84:7, 86:2, 86:6, 86:12, 87:15, 88:1, 88:7, 88:18, 88:19, 88:21, 89:5, 89:10, 89:11, 89:22, 90:2, 90:18, 90:25, 91:2, 91:3, 91:14, 91:16, 91:18, 92:1, 92:3, 92:4, 92:14, 92:16, 92:18, 93:12, 93:16, 93:22, 94:1, 94:5, 94:7, 94:10, 94:12, 94:13, 94:15, 94:16, 94:18, 94:19, 95:4, 95:14, 95:16, 95:23, 96:1, 96:2, 96:4, 96:5, 96:7, 96:8, 96:10, 96:11, 96:14, 97:6, 97:12, 97:17, 97:18, 97:20, 97:21, 97:22, 97:23, 97:24, 97:25, 98:1, 98:12, 98:14,

98:15, 98:16, 98:17, 98:19, 98:20, 98:21, 99:2, 99:7, 99:8, 99:10, 99:11, 99:12, 99:13, 99:14, 99:15, 99:16, 99:25, 100:1, 100:3, 100:4, 100:6, 100:7, 100:9, 100:10, 100:13, 100:21, 100:22, 100:23, 100:24, 101:1, 101:2, 101:3, 101:4, 101:16, 101:19, 102:5, 102:20, 103:23, 104:9, 104:11, 104:17, 104:18, 104:19, 104:20, 104:21, 104:22, 105:1, 105:19, 105:25, 106:6, 106:9, 106:25

**Bitcoins** [3] - 5:18, 28:4, 55:19

**BitcoinTalk** [3] - 32:4, 94:19, 96:16

**Bitstamp** [34] - 4:3, 4:4, 4:18, 5:4, 5:6, 5:14, 6:1, 6:5, 6:20, 7:12, 7:13, 7:16, 8:8, 8:19, 8:22, 10:6, 10:14, 10:23, 11:4, 11:11, 11:25, 12:20, 13:4, 13:5, 13:9, 14:1, 14:3, 14:8, 14:21, 14:24, 15:4, 16:25

**bitstamp** [1] - 5:5

**Bitstamp's** [2] - 8:15, 11:23

**Bitstamp.net** [4] - 7:9, 7:10, 8:1, 8:2

**Black** [6] - 100:14, 100:19, 100:21, 100:23, 101:1, 101:3

**Blank** [1] - 100:23

**block** [3] - 12:7, 32:3, 58:21

**blockchain** [18] - 26:21, 27:3, 32:2, 32:22, 37:18, 40:16, 41:20, 42:24, 42:25, 43:5, 47:23, 48:5, 51:14, 51:18, 59:8, 62:4, 93:5

**Blockchain** [3] - 33:5, 42:23, 43:8

**Blockchain's** [1] - 32:18

**blockchain's** [1] - 33:3

**blockchain.com** [5] - 31:25, 32:1, 32:2, 43:9, 43:14

**blockchain.info** [5] -

31:24, 32:1, 34:2, 43:9, 43:14

**blockchain.info's** [2] - 33:19, 33:22

**booked** [1] - 18:13

**bottle** [1] - 82:8

**bottles** [1] - 82:8

**bottom** [12] - 4:23, 5:25, 9:4, 11:2, 12:17, 24:8, 27:21, 61:11, 67:3, 82:1, 87:18, 90:5

**box** [6] - 2:19, 32:13, 32:16, 33:17, 36:22, 60:2

**boxed** [1] - 28:1

**boxed-quote** [1] - 28:1

**boxes** [1] - 36:20

**break** [12] - 3:4, 4:10, 22:24, 30:17, 30:18, 30:23, 30:25, 57:2, 57:3, 57:4, 57:10, 57:12

**briefed** [1] - 102:16

**briefly** [2] - 42:18, 78:21

**bring** [4] - 15:8, 15:10, 20:14, 23:1

**Brothers** [7] - 77:5, 77:7, 78:2, 78:6, 78:13, 78:16, 79:3

**Brothers'** [1] - 77:13

**brought** [1] - 104:1

**browse** [1] - 44:12

**BTC** [5] - 6:4, 11:7, 12:25, 13:19, 89:16

**Buddha** [30] - 83:21, 83:22, 84:6, 84:10, 84:25, 85:4, 85:18, 86:3, 86:8, 86:11, 86:15, 86:20, 87:10, 87:11, 87:13, 87:17, 87:19, 88:23, 88:25, 89:9, 89:14, 89:25, 90:4, 90:6, 90:7, 90:11, 90:19, 90:22, 90:24, 91:3

**Buddha's** [3] - 85:17, 87:4, 91:1

**budworx** [1] - 81:18

**Budworx** [10] - 71:13, 71:20, 80:4, 80:7, 80:9, 80:15, 81:21, 82:3, 82:24, 83:15

**Budworx'** [6] - 80:22, 81:2, 81:24, 83:2, 83:14, 83:17

**built** [1] - 46:11

**bulk** [1] - 11:7

**bullet** [6] - 14:24, 23:9, 23:15, 24:8, 42:1, 42:5

**bullets** [3] - 14:15, 14:19, 41:25

**bunch** [1] - 87:20

**bunker** [1] - 42:2

**burden** [1] - 30:6

**business** [3] - 10:24, 12:1, 46:1

**businesses** [2] - 28:23, 31:14

**buy** [3] - 44:16, 44:18, 50:21

**buyer** [2] - 84:21, 92:22

**buyers** [9] - 47:17, 47:18, 56:23, 58:23, 59:4, 59:9, 59:11, 60:12, 70:9

**buying** [2] - 86:4, 93:1

**BY** [40] - 3:3, 4:1, 4:14, 7:5, 7:22, 10:5, 10:17, 11:16, 16:12, 19:3, 23:8, 23:14, 23:23, 27:1, 29:14, 31:10, 35:25, 40:23, 41:4, 41:14, 47:16, 48:9, 48:17, 51:25, 54:17, 55:2, 58:6, 58:16, 59:3, 60:10, 62:1, 62:13, 63:16, 64:5, 69:21, 77:25, 81:11, 87:2, 104:8, 106:18

**C**

**calculated** [1] - 66:6

**calculating** [1] - 66:11

**Cap** [1] - 25:8

**capable** [1] - 25:24

**capitalization** [1] - 66:10

**CaptainClearanceOver** [2] - 25:4, 25:8

**capture** [1] - 6:19

**carried** [1] - 30:6

**Cartel** [3] - 91:7, 91:8, 91:13

**case** [12] - 23:3, 31:5, 41:9, 41:21, 48:22, 57:6, 65:18, 77:14, 78:24, 102:11, 102:13, 103:3

**cases** [1] - 38:10

**CB** [3] - 87:21, 90:8, 90:13

**certain** [3] - 40:25, 43:4, 43:5

**cetera** [4] - 68:19, 87:16, 88:21, 95:5

**chain** [8] - 11:7, 36:18, 36:25, 37:4, 37:9,

37:14, 38:23, 54:23

**Chainalysis** [13] - 6:19, 6:22, 7:11, 7:17, 19:13, 49:8, 49:15, 52:3, 65:8, 70:8, 105:20, 105:22, 106:21

**Chainalysis'** [1] - 7:16

**chains** [1] - 38:24

**challenge** [1] - 4:9

**change** [3] - 37:1, 37:9, 37:10

**characters** [4] - 9:9, 88:19, 89:12, 89:13

**charge** [1] - 102:10

**chart** [26] - 35:3, 35:5, 36:1, 36:7, 36:8, 37:24, 38:18, 53:23, 55:4, 55:17, 55:24, 59:25, 60:21, 60:25, 61:9, 65:9, 67:16, 69:22, 72:8, 75:21, 76:24, 77:3, 80:12, 94:5, 97:15, 106:6

**charts** [4] - 38:18, 38:21, 38:22, 72:9

**chats** [1] - 68:5

**check** [5] - 6:11, 9:18, 9:19, 66:1, 67:2

**checked** [2] - 6:13, 65:3

**checking** [2] - 78:22, 79:17

**Cheese** [1] - 82:9

**Chemical** [8] - 77:5, 77:7, 77:13, 78:2, 78:6, 78:12, 78:15, 79:3

**child** [11] - 101:11, 101:14, 101:15, 102:2, 102:11, 102:13, 102:24, 103:21, 104:1, 104:14, 105:12

**choice** [2] - 28:19, 34:6

**choose** [1] - 47:4

**Chukanov** [1] - 16:15

**circle** [2] - 7:10, 77:2

**clarification** [1] - 86:9

**clarify** [1] - 11:8

**click** [1] - 44:16

**client** [4] - 8:17, 10:22, 20:9, 21:12

**closer** [1] - 19:5

**closings** [1] - 103:24

**cluster** [14] - 7:12, 7:14, 7:16, 49:9, 65:8, 66:18, 66:20, 67:22, 70:7, 70:8, 83:10, 88:1, 89:5, 93:7

**co** [2] - 22:24, 85:23

**co-conspirator** [1] -

85:23

**co-counsel** [1] - 22:24

**cocaine** [1] - 64:10

**Code** [2] - 9:1, 16:14

**code** [1] - 9:6

**coin** [1] - 33:3

**Coin** [3] - 31:19, 32:5, 32:19

**CoinJoin** [1] - 31:24

**CoinMarketCap** [5] - 66:4, 66:8, 66:9, 66:11, 66:13

**coins** [5] - 28:6, 28:7, 68:16, 71:10, 87:21

**collected** [1] - 65:25

**column** [15] - 17:25, 18:4, 18:5, 36:15, 55:5, 55:6, 55:8, 65:4, 65:25, 66:15, 66:17, 66:18, 78:7, 78:10, 104:24

**columns** [5] - 17:20, 55:10, 56:14, 56:24, 105:7

**coming** [10] - 11:12, 11:21, 13:3, 17:10, 30:16, 37:1, 51:6, 82:10, 93:6, 102:5

**common** [3] - 43:24, 66:13, 88:12

**communicate** [1] - 46:14

**communication** [2] - 46:10, 87:7

**communications** [1] - 4:3

**community** [1] - 105:10

**companies** [1] - 28:20

**company** [5] - 8:18, 9:1, 32:2, 32:22, 34:3

**compare** [3] - 16:3, 16:24, 46:4

**compared** [1] - 105:8

**comparing** [1] - 70:6

**comparison** [2] - 65:6, 103:15

**completed** [1] - 46:25

**compliant** [1] - 58:17

**comply** [2] - 32:23, 34:10

**conceal** [5] - 40:18, 58:24, 59:5, 59:10, 59:11

**concept** [1] - 45:17

**concerned** [8] - 5:5, 11:11, 11:17, 11:21, 34:12, 34:14, 41:8, 103:19

**concerns** [1] - 4:4

**conditional** [1] - 22:3

**conditionally** [3] - 21:8, 54:15, 54:24

**conference** [4] - 20:8, 29:21, 85:21, 101:23

**conferring** [1] - 22:17

**confirm** [2] - 5:11, 68:18

**confirming** [1] - 70:7

**confront** [1] - 10:9

**connect** [1] - 59:19

**connected** [1] - 11:21

**connection** [1] - 94:5

**connections** [1] - 96:14

**considered** [3] - 38:6, 38:8, 102:6

**consistent** [3] - 12:14, 13:25, 72:13

**conspiracy** [2] - 85:24, 86:14

**conspirator** [2] - 85:23, 86:8

**Cont** [1] - 3:2

**contact** [1] - 96:24

**contacted** [1] - 34:7

**contained** [1] - 87:3

**containing** [1] - 75:8

**context** [2] - 42:13, 52:11

**continue** [8] - 2:25, 10:23, 15:12, 22:16, 23:13, 31:8, 58:2, 65:24

**continues** [2] - 13:4, 13:5

**controlled** [7] - 36:18, 37:6, 39:5, 51:7, 95:23, 106:21

**controls** [2] - 45:2, 45:10

**conversation** [6] - 8:7, 30:3, 87:5, 88:2, 88:4, 89:6

**coordinated** [1] - 92:23

**coordinating** [1] - 93:1

**copy** [3] - 77:16, 85:4, 85:7

**corner** [1] - 71:19

**corporations** [1] - 25:15

**correct** [3] - 20:12, 21:7, 22:19

**correction** [2] - 28:6, 55:7

**correctly** [2] - 21:11, 37:21

**corresponding** [1] - 95:10

**corroborate** [1] - 70:3

**counsel** [2] - 10:11, 22:24

**countries** [1] - 82:16

**counts** [1] - 74:20

**couple** [3] - 13:1, 43:3, 88:19

**COURT** [77] - 2:2, 2:7, 2:10, 2:18, 2:23, 3:21, 3:24, 6:25, 7:2, 7:21, 10:1, 10:16, 11:14, 16:7, 16:9, 18:20, 18:23, 20:7, 20:13, 20:24, 21:14, 22:5, 22:9, 22:15, 22:22, 23:10, 23:13, 26:25, 29:12, 29:24, 31:4, 35:19, 35:21, 40:20, 40:22, 41:2, 41:12, 47:12, 48:7, 48:13, 51:23, 54:11, 54:13, 54:19, 57:3, 57:10, 57:14, 57:16, 57:18, 57:22, 58:2, 58:13, 59:2, 60:7, 61:23, 62:8, 62:10, 63:8, 63:11, 64:2, 64:4, 69:19, 77:20, 77:22, 81:6, 81:8, 85:11, 85:13, 85:20, 85:22, 86:22, 86:24, 102:15, 103:13, 104:6, 106:13, 106:15

**court** [10] - 23:7, 31:9, 34:10, 40:4, 44:3, 48:18, 52:14, 70:17, 86:23, 104:5

**Court** [3] - 21:7, 31:2, 103:11

**court's** [1] - 4:8

**Court's** [1] - 30:25

**COURTROOM** [5] - 2:4, 2:21, 4:11, 23:22, 57:25

**courtroom** [4] - 2:6, 2:20, 57:9, 57:24

**covered** [1] - 18:10

**create** [2] - 44:7, 51:11

**credit** [1] - 101:14

**criminals** [2] - 40:18, 41:7

**cross** [2] - 20:17, 103:24

**cross-examination** [1] - 20:17

**cryptocurrencies** [1] - 66:10

**cryptocurrency** [13] - 3:17, 5:12, 14:15, 14:19, 24:13, 24:18, 24:21, 34:11, 40:2,

40:12, 41:19, 42:11, 44:2

**cryptography** [1] - 40:14

**Crystal** [33] - 83:21, 83:22, 84:5, 84:10, 84:25, 85:4, 85:17, 85:18, 86:3, 86:8, 86:11, 86:15, 86:20, 87:4, 87:10, 87:11, 87:13, 87:17, 87:19, 88:23, 89:9, 89:14, 89:25, 90:4, 90:6, 90:7, 90:10, 90:11, 90:19, 90:22, 90:24, 91:1, 91:3

**crystal** [4] - 82:6, 82:7, 82:8, 88:25

**cumulative** [6] - 3:20, 3:22, 63:9, 101:25, 103:6, 103:10

**currency** [3] - 4:2, 39:17, 58:17

**custodial** [1] - 26:13

**customer** [6] - 9:2, 9:3, 9:22, 16:14, 28:9, 28:10

**customer's** [2] - 34:13, 34:15

**customers** [1] - 91:5

## D

**dark** [1] - 31:17

**darknet** [86] - 43:16, 43:18, 43:20, 43:21, 43:24, 44:1, 44:5, 44:6, 44:18, 45:9, 45:21, 46:8, 46:11, 47:6, 47:8, 47:9, 47:14, 47:19, 47:21, 47:22, 47:24, 48:20, 48:23, 49:9, 49:13, 49:21, 50:3, 53:2, 53:6, 53:15, 53:21, 54:6, 55:6, 55:8, 55:9, 55:12, 55:13, 58:10, 58:19, 58:23, 59:5, 59:6, 61:3, 62:16, 62:18, 63:18, 75:1, 75:6, 75:21, 76:24, 84:14, 84:20, 86:11, 86:14, 86:19, 88:13, 92:13, 92:24, 93:3, 93:13, 93:17, 93:20, 93:21, 95:17, 97:3, 97:7, 97:10, 98:2, 98:5, 98:22, 98:25, 99:17, 99:20, 99:25, 100:6, 100:10, 100:14, 100:17, 101:10,

102:23, 105:3, 105:8, 105:10

**data** [11] - 64:25, 65:12, 65:18, 65:19, 66:4, 66:5, 66:14, 79:1, 79:16, 80:13, 80:14

**date** [13] - 6:12, 6:14, 8:12, 8:13, 27:7, 32:11, 32:12, 33:14, 66:3, 66:5, 69:1, 96:20, 96:21

**dated** [2] - 11:4, 33:15

**days** [1] - 31:4

**deal** [2] - 46:25, 59:13

**dealer** [3] - 51:1, 52:21, 86:4

**dealers** [5] - 47:24, 48:4, 48:10, 53:5, 60:12

**dealing** [1] - 45:23

**dealt** [1] - 45:24

**dear** [4] - 6:3, 11:6, 12:22, 13:17

**December** [1] - 96:21

**dedicated** [1] - 101:10

**deducted** [1] - 50:23

**defendant** [23] - 2:6, 6:2, 8:10, 8:19, 8:22, 10:9, 10:15, 10:18, 10:23, 11:24, 11:25, 12:4, 12:6, 14:1, 14:3, 14:8, 14:21, 16:25, 18:17, 39:23, 40:8, 41:16, 49:23

**defendant's** [23] - 3:5, 3:9, 3:13, 3:16, 8:14, 11:11, 12:14, 14:6, 15:3, 15:23, 16:1, 16:24, 17:12, 19:23, 24:24, 25:19, 34:18, 35:6, 37:19, 40:6, 41:10, 41:22, 50:18

**defense** [7] - 21:22, 22:17, 23:3, 31:1, 57:14, 57:15, 103:14

**delaying** [1] - 14:25

**deliberately** [1] - 28:21

**delivered** [3] - 46:24, 84:14, 84:20

**delivery** [1] - 89:25

**demonstrated** [1] - 29:3

**depict** [2] - 54:7, 63:3

**deposit** [18] - 6:4, 6:11, 6:13, 18:9, 18:16, 26:14, 28:11, 44:9, 44:11, 50:15, 50:18, 53:1, 53:3, 71:20, 78:8, 83:15, 94:20, 95:3

**deposited** [4] - 11:7, 37:12, 66:25, 71:23

**deposits** [9] - 38:5, 38:6, 38:8, 50:14, 51:6, 59:19, 67:13, 87:20, 90:13

**DEPUTY** [5] - 2:4, 2:21, 4:11, 23:22, 57:25

**describe** [2] - 39:9, 70:12

**described** [1] - 50:24

**describing** [1] - 14:19

**designed** [1] - 40:13

**detail** [2] - 61:2, 90:8

**details** [3] - 9:5, 9:6, 31:22

**detected** [1] - 58:18

**determination** [1] - 31:3

**determine** [5] - 19:12, 19:15, 26:22, 83:4, 90:22

**development** [1] - 16:15

**devices** [7] - 15:3, 15:23, 16:1, 16:24, 17:18, 41:10, 41:22

**difference** [2] - 20:23, 52:10

**different** [11] - 12:12, 17:2, 17:3, 22:1, 25:15, 36:6, 36:23, 39:2, 61:16, 67:12, 67:13

**differently** [1] - 105:2

**direct** [27] - 4:19, 4:23, 35:1, 38:6, 41:24, 52:2, 52:8, 52:10, 52:12, 52:16, 52:23, 52:25, 53:17, 65:9, 66:23, 67:1, 67:16, 74:22, 74:23, 92:12, 92:13, 92:19, 92:21, 92:22, 93:4, 104:19

**DIRECT** [1] - 3:2

**Directing** [1] - 79:10

**directing** [15] - 5:25, 8:21, 11:1, 14:10, 20:1, 32:7, 35:9, 53:25, 68:3, 70:15, 71:12, 72:4, 72:25, 73:12, 77:5

**directly** [44] - 18:8, 38:16, 52:17, 52:24, 53:6, 55:7, 55:8, 55:10, 55:19, 59:22, 60:1, 60:2, 60:4, 72:20, 73:4, 73:7, 74:1, 74:13, 75:25, 76:5, 76:11, 79:3, 79:21, 79:24, 80:15, 84:6, 91:14,

92:1, 94:7, 94:12, 96:1, 96:7, 97:17, 97:22, 98:11, 98:16, 99:7, 99:12, 99:25, 100:6, 100:21, 101:1, 104:16, 104:25

**dirty** [1] - 102:18

**discuss** [3] - 57:6, 84:23, 103:25

**discussed** [8] - 3:18, 7:18, 19:24, 26:6, 28:17, 37:15, 80:10, 80:13

**discussing** [2] - 32:5, 70:10

**discussion** [1] - 11:23

**discussions** [1] - 86:3

**displayed** [1] - 55:14

**dispute** [1] - 46:24

**document** [8] - 19:1, 20:10, 22:14, 22:16, 24:3, 24:25, 42:20, 87:3

**documentation** [4] - 8:22, 12:23, 13:17, 13:21

**documents** [3] - 13:23, 15:16, 41:15

**dollar** [33] - 55:15, 55:22, 55:23, 56:7, 62:19, 66:6, 66:7, 66:12, 67:10, 71:9, 72:1, 72:22, 73:10, 73:11, 73:21, 73:22, 74:6, 74:18, 74:19, 76:6, 78:23, 78:25, 79:8, 79:9, 80:1, 80:2, 80:20, 80:21, 84:8, 84:9, 91:19, 91:20, 92:5

**dollars** [3] - 14:24, 72:24, 78:10

**dome** [1] - 42:2

**DomVPN** [1] - 42:7

**donation** [1] - 82:23

**done** [4] - 5:19, 22:2, 22:11, 25:20

**done...maybe** [1] - 23:25

**down** [33] - 9:4, 12:3, 12:17, 13:1, 13:7, 13:13, 16:18, 17:19, 20:4, 25:5, 29:5, 33:11, 36:16, 40:4, 42:22, 43:16, 44:3, 48:18, 52:14, 67:2, 67:5, 74:25, 76:17, 81:22, 82:1, 82:13, 85:13, 85:15, 87:17, 89:14, 90:3, 93:15, 105:16

**download** [1] - 101:14
**downside** [1] - 33:2
**dozen** [1] - 15:25
**dozens** [1] - 38:10
**drawer** [1] - 26:15
**drop** [1] - 89:1
**drops** [1] - 82:8
**drug** [8] - 47:24, 48:3, 48:10, 52:21, 53:5, 60:11, 86:3, 105:8
**drugs** [3] - 43:25, 86:4, 93:9
**dude** [1] - 88:17
**due** [2] - 7:11, 34:8
**Durden** [2] - 70:15, 71:8
**Durden's** [1] - 70:19
**during** [2] - 4:20, 30:18

## E

**ear** [1] - 30:20
**early** [3] - 45:18, 45:21, 46:1
**earth** [1] - 25:16
**easier** [1] - 17:23
**easily** [1] - 34:3
**Easywallet** [2] - 18:2, 19:14
**easywallet** [1] - 18:3
**easywallet.org** [1] - 18:6
**Easywalletyo** [1] - 18:1
**ECF** [1] - 86:20
**efforts** [1] - 82:18
**either** [1] - 59:7
**EKELAND** [47] - 3:19, 3:22, 7:1, 7:19, 9:24, 10:11, 11:13, 16:8, 18:19, 18:21, 20:5, 20:9, 20:19, 21:6, 21:24, 26:24, 29:10, 29:19, 29:22, 30:24, 35:20, 40:19, 40:21, 41:1, 41:11, 47:11, 48:6, 48:12, 51:22, 54:12, 57:15, 58:12, 59:1, 60:6, 61:19, 62:9, 63:9, 69:17, 77:21, 81:7, 85:12, 86:7, 86:13, 101:21, 101:24, 103:4, 106:14
**elaborate** [1] - 6:4
**Elmo** [1] - 4:10
**elsewhere** [2] - 42:8, 42:16
**email** [1] - 94:25
**encrypted** [6] - 20:11,

20:21, 20:23, 88:6, 88:8, 88:9
**Encrypted** [1] - 22:9
**encryption** [1] - 88:12
**end** [3] - 9:18, 100:12, 104:6
**enforcement** [22] - 8:2, 26:5, 27:15, 29:5, 31:16, 31:17, 33:5, 34:14, 39:11, 47:23, 48:11, 59:12, 59:15, 59:18, 61:5, 74:25, 76:17, 84:17, 105:15, 105:16, 105:17
**engaging** [1] - 103:21
**engine** [1] - 43:15
**enhanced** [1] - 40:12
**enter** [3] - 2:20, 53:3, 57:24
**Enterprises** [2] - 91:22, 91:25
**enters** [1] - 2:6
**entitled** [1] - 103:18
**entries** [3] - 97:15, 99:4, 100:19
**entry** [3] - 22:11, 98:9, 99:24
**envelope** [1] - 26:15
**error** [4] - 10:21, 10:22, 89:17, 95:4
**escalate** [1] - 47:3
**escrow** [9] - 44:21, 44:25, 45:1, 45:2, 45:4, 45:10, 45:22, 46:23
**escrows** [1] - 50:24
**essentially** [4] - 26:18, 46:2, 69:10, 88:10
**estimate** [2] - 48:3, 48:8
**et** [4] - 68:19, 87:16, 88:21, 95:5
**etcetera** [1] - 82:21
**ETH** [5] - 41:16, 41:18, 41:19, 41:21, 42:1
**Ether** [2] - 41:16, 41:19
**Ethereum** [1] - 41:19
**euros** [1] - 16:16
**event** [1] - 102:25
**eventually** [2] - 47:4, 50:24
**evidence** [17] - 4:13, 6:16, 9:25, 23:4, 30:4, 31:1, 31:5, 31:6, 35:2, 54:1, 61:20, 85:3, 102:19, 103:2, 103:5, 106:4
**evidentiary** [1] - 30:7
**Evil** [4] - 89:24, 90:1, 90:9, 90:14

**evil** [1] - 90:10
**exact** [1] - 6:14
**examination** [1] - 20:17
**EXAMINATION** [1] - 3:2
**example** [5] - 35:5, 35:11, 50:20, 52:21, 78:5
**examples** [1] - 90:20
**except** [1] - 30:18
**exchange** [24] - 4:3, 5:17, 11:17, 11:20, 18:8, 26:9, 26:12, 26:13, 26:18, 26:21, 27:3, 27:10, 28:4, 28:11, 28:12, 28:13, 29:9, 29:16, 31:13, 39:17, 58:9, 58:14, 58:18, 90:4
**exchanges** [10] - 3:17, 11:19, 25:24, 26:2, 28:3, 31:14, 39:10, 58:14, 58:24, 59:12
**exciting** [1] - 5:19
**exhibit** [2] - 68:12, 104:3
**Exhibit** [58] - 6:15, 6:18, 6:24, 7:2, 7:4, 8:7, 8:21, 11:1, 14:10, 15:9, 16:11, 17:15, 20:1, 24:2, 24:23, 27:20, 32:7, 33:10, 35:1, 35:12, 35:23, 41:24, 42:19, 53:25, 54:10, 54:15, 58:7, 60:23, 62:7, 62:10, 62:12, 64:11, 65:21, 75:22, 77:10, 77:19, 77:22, 77:24, 78:12, 80:25, 81:5, 81:8, 81:10, 83:8, 85:2, 85:10, 86:24, 87:1, 93:11, 94:22, 95:15, 96:16, 97:5, 106:4, 106:12, 106:15, 106:17
**exhibits** [1] - 43:16
**Exhibits** [4] - 35:14, 35:17, 63:11, 63:14
**Exodus** [1] - 82:9
**expand** [1] - 68:13
**expect** [1] - 93:6
**experience** [1] - 53:5
**experiment** [1] - 12:15
**experimented** [1] - 12:12
**experimenting** [2] - 5:18, 34:2
**expert** [1] - 2:15
**experts** [2] - 2:8,

30:12
**explain** [61] - 7:6, 8:24, 9:5, 9:16, 13:3, 14:12, 16:13, 17:8, 24:15, 26:11, 27:12, 27:25, 28:9, 31:23, 36:1, 36:15, 39:16, 40:1, 41:5, 43:2, 45:1, 45:20, 49:6, 52:1, 52:10, 52:21, 54:18, 55:3, 58:9, 59:24, 60:24, 61:11, 61:16, 61:21, 62:14, 63:17, 63:19, 64:15, 65:1, 65:11, 65:24, 66:15, 67:17, 68:4, 69:4, 69:24, 70:25, 72:8, 78:1, 78:14, 79:14, 80:12, 81:13, 87:6, 88:3, 88:8, 89:7, 94:24, 99:19, 101:9, 106:5
**explaining** [2] - 64:19, 65:24
**explanation** [1] - 10:18
**explorer** [1] - 32:3
**explosive** [1] - 102:2
**exported** [1] - 65:18
**extent** [2] - 54:23, 103:19

## F

**facilitating** [1] - 103:21
**fact** [8] - 6:11, 8:1, 30:2, 30:8, 38:24, 48:19, 103:1, 106:21
**facts** [1] - 9:25
**fair** [4] - 6:21, 77:16, 81:2, 85:7
**fairly** [4] - 35:14, 54:7, 62:2, 63:3
**false** [3] - 66:16, 66:19, 66:21
**familiar** [3] - 31:19, 43:18, 45:17
**Farm** [1] - 82:10
**favorable** [1] - 103:14
**FBAI.fr** [1] - 17:21
**FBAI.FrilansFinans. codeReactor** [1] - 17:24
**FBI** [5] - 63:4, 76:17, 77:17, 81:3, 85:5
**feature** [5] - 32:19, 33:3, 40:17, 45:21, 88:13
**Featured** [1] - 64:6
**featured** [1] - 64:8
**features** [1] - 40:24

| | | | |
|---|---|---|---|
| **February** [1] - 6:5<br>**federal** [1] - 86:8<br>**fees** [1] - 92:24<br>**few** [3] - 9:9, 67:20, 68:22<br>**figures** [1] - 56:5<br>**file** [6] - 17:17, 65:15, 65:17, 65:19, 65:20<br>**filename** [3] - 65:15, 65:17<br>**files** [3] - 15:3, 34:21, 40:6<br>**finalize** [5] - 44:23, 45:17, 45:21, 45:25, 47:1<br>**finalized** [3] - 64:22, 67:20, 70:1<br>**finalizes** [1] - 45:12<br>**financial** [4] - 3:5, 3:17, 35:6, 39:2<br>**financially** [1] - 105:13<br>**findings** [4] - 54:8, 60:21, 75:20, 94:4<br>**fine** [4] - 46:6, 57:3, 64:9, 68:24<br>**finishing** [1] - 57:19<br>**first** [25] - 9:9, 11:3, 12:19, 17:20, 18:13, 19:19, 22:7, 29:2, 31:18, 36:22, 41:25, 42:1, 50:3, 55:16, 61:17, 62:7, 64:9, 78:6, 88:19, 89:12, 89:13, 92:7, 103:4, 104:24<br>**five** [3] - 57:21, 57:22, 58:5<br>**flag** [1] - 10:3<br>**flake** [1] - 64:10<br>**flow** [3] - 36:2, 43:17, 59:6<br>**flow-of-funds** [1] - 43:17<br>**flows** [3] - 47:5, 47:8, 94:15<br>**Fog** [187] - 3:15, 3:25, 5:22, 17:11, 19:20, 19:22, 27:16, 29:9, 29:16, 31:13, 31:16, 34:17, 35:6, 36:3, 38:7, 38:8, 38:15, 39:4, 48:23, 48:25, 49:4, 49:10, 49:14, 49:20, 50:8, 52:17, 52:20, 52:23, 52:25, 53:1, 53:3, 53:11, 53:18, 53:21, 54:5, 54:8, 55:7, 55:8, 55:10, 55:11, 55:12, 55:13, 55:18, 55:20, 56:3, 56:7, 56:10, 56:11, 56:16, | 56:20, 56:22, 59:22, 60:1, 60:2, 60:5, 60:9, 60:12, 61:1, 62:18, 65:2, 65:5, 65:6, 65:8, 66:2, 66:15, 66:17, 66:18, 66:20, 66:22, 67:1, 67:8, 67:12, 67:13, 67:22, 68:17, 69:14, 70:5, 70:7, 70:8, 70:10, 70:13, 71:9, 71:21, 71:24, 72:11, 72:17, 72:20, 73:4, 73:7, 73:17, 74:2, 74:13, 74:24, 75:12, 75:14, 75:18, 75:25, 76:5, 76:9, 76:11, 76:14, 76:21, 78:23, 79:4, 79:18, 79:21, 79:25, 80:16, 83:7, 83:10, 83:14, 83:15, 83:17, 84:6, 86:2, 86:6, 86:12, 88:1, 89:5, 89:22, 90:18, 90:25, 91:2, 91:3, 91:14, 92:1, 92:14, 92:16, 92:18, 93:12, 93:16, 94:1, 94:5, 94:7, 94:10, 94:12, 94:15, 94:18, 95:14, 95:16, 95:23, 96:1, 96:4, 96:7, 96:10, 96:14, 96:24, 97:6, 97:12, 97:17, 97:20, 97:22, 97:24, 98:1, 98:14, 98:16, 98:19, 98:21, 99:7, 99:10, 99:12, 99:14, 99:16, 100:1, 100:3, 100:6, 100:9, 100:13, 100:21, 100:24, 101:1, 101:3, 101:16, 101:19, 102:5, 102:20, 103:23, 104:9, 104:11, 104:17, 104:18, 104:19, 104:21, 105:1, 105:19, 105:25, 106:25<br>**Fog's** [2] - 51:15, 51:19<br>**following** [2] - 25:14, 25:16<br>**follows** [4] - 20:8, 29:21, 85:21, 101:23<br>**forced** [1] - 28:23<br>**forever** [1] - 49:19<br>**format** [2] - 13:23, 16:23<br>**formatted** [1] - 66:3<br>**forming** [2] - 30:13, 36:18<br>**forms** [1] - 102:19<br>**formula** [1] - 68:13 | **forth** [3] - 5:3, 69:5, 85:18<br>**forward** [3] - 6:9, 13:24, 37:1<br>**foundation** [3] - 54:12, 54:23, 54:25<br>**four** [3] - 57:21, 57:22, 58:5<br>**four-five-zero** [3] - 57:21, 57:22, 58:5<br>**fourth** [1] - 24:8<br>**free** [1] - 44:12<br>**frequently** [4] - 8:4, 47:23, 50:15, 70:13<br>**front** [8] - 2:15, 15:20, 46:3, 46:4, 56:1, 63:19, 86:16, 102:3<br>**fuck** [1] - 42:24<br>**full** [7] - 15:14, 16:19, 34:18, 37:2, 42:4, 62:2, 76:4<br>**fun** [1] - 34:2<br>**fund** [4] - 44:9, 47:5, 47:8, 50:16<br>**funded** [1] - 44:12<br>**funding** [1] - 47:14<br>**funds** [145] - 3:13, 3:15, 3:16, 4:5, 5:5, 5:17, 5:22, 7:25, 8:15, 10:4, 10:7, 10:24, 11:20, 11:21, 12:1, 14:4, 14:16, 17:5, 17:10, 19:15, 19:20, 19:21, 24:16, 26:12, 26:16, 26:18, 27:7, 28:24, 34:16, 35:5, 36:2, 36:7, 36:12, 37:11, 38:4, 38:14, 39:1, 39:4, 39:24, 40:9, 43:17, 44:9, 44:20, 44:24, 45:2, 45:3, 45:7, 45:11, 45:12, 45:22, 46:6, 47:1, 47:13, 47:14, 47:21, 48:14, 48:19, 49:20, 50:23, 51:4, 52:17, 52:24, 53:4, 53:9, 53:10, 54:5, 55:6, 55:7, 55:9, 55:12, 56:2, 56:15, 56:22, 58:18, 58:21, 59:7, 60:8, 60:9, 61:1, 64:23, 64:24, 66:22, 66:24, 67:7, 67:9, 69:12, 69:13, 70:4, 71:20, 73:4, 74:1, 75:25, 76:8, 76:11, 76:14, 76:21, 80:15, 83:17, 84:5, 86:5, 86:12, 87:25, 88:1, 89:5, 89:22, 91:4, 92:1, 94:6, 94:9, 94:12, | 94:15, 96:7, 96:10, 97:17, 97:20, 97:22, 97:24, 98:11, 98:14, 98:16, 98:19, 99:7, 99:10, 99:12, 99:14, 99:25, 100:3, 100:6, 100:9, 100:21, 100:23, 101:1, 101:3, 102:7, 103:19, 104:12, 104:14, 104:16, 104:18, 104:21, 104:25, 105:2, 105:4, 105:5, 106:24<br>**furtherance** [1] - 85:24<br><br>**G**<br><br>**gag** [1] - 34:8<br>**gallery** [3] - 2:9, 2:11, 42:17<br>**garbled** [1] - 88:10<br>**gender** [1] - 29:23<br>**general** [1] - 16:23<br>**generally** [43] - 11:15, 16:3, 25:17, 26:9, 31:23, 38:21, 39:4, 39:9, 43:23, 44:2, 44:10, 44:20, 46:17, 46:19, 47:8, 47:10, 47:13, 47:19, 47:21, 48:19, 55:3, 55:5, 56:9, 56:11, 56:20, 56:22, 59:9, 59:11, 60:4, 60:8, 61:12, 62:14, 70:12, 72:8, 79:14, 87:3, 88:8, 90:23, 90:24, 92:24, 93:6, 93:19, 105:24<br>**generating** [1] - 19:24<br>**given** [2] - 16:20, 90:14<br>**gold** [1] - 82:11<br>**goods** [2] - 43:22, 45:8<br>**gooing** [1] - 89:18<br>**Government** [1] - 63:6<br>**government** [19] - 6:24, 16:5, 21:10, 23:2, 23:3, 30:6, 35:17, 54:10, 57:13, 62:6, 77:19, 81:5, 85:9, 102:9, 102:19, 103:2, 103:5, 103:18, 106:12<br>**government's** [2] - 21:15, 59:14<br>**Government's** [10] - 7:4, 16:11, 35:23, 54:15, 62:12, 63:14, 77:24, 81:10, 87:1, 106:17<br>**grade** [1] - 82:9 |

**Gram** [3] - 79:12, 79:17, 79:20
**graph** [4] - 49:9, 49:10, 49:12, 52:2
**grounds** [1] - 30:15
**Grow** [2] - 73:14, 73:16
**guess** [2] - 28:20, 85:22
**guys** [1] - 68:16

# H

**hackers** [1] - 97:2
**half** [2] - 30:1, 64:22
**Half** [1] - 90:10
**halfway** [2] - 12:6, 20:4
**hand** [5] - 29:1, 49:16, 49:18, 55:5, 71:18
**hard** [1] - 82:16
**hard-to-reach** [1] - 82:16
**hashish** [1] - 82:12
**HASSARD** [2] - 2:8, 2:17
**Haze** [1] - 82:9
**hear** [1] - 19:5
**heard** [1] - 103:11
**hearing** [1] - 6:9
**hearsay** [10] - 7:1, 30:5, 30:9, 30:11, 30:13, 35:20, 54:12, 62:9, 63:10, 77:21
**heinous** [2] - 102:3, 102:10
**held** [6] - 20:8, 29:21, 40:9, 41:16, 85:21, 101:23
**help** [4] - 7:23, 24:13, 68:9, 97:2
**hi** [1] - 68:16
**hidden** [2] - 43:1, 43:13
**hidden-service** [2] - 43:1, 43:13
**hide** [2] - 25:13, 28:21
**high** [3] - 49:7, 49:8, 64:10
**highlight** [2] - 20:2, 22:7
**highly** [2] - 103:6, 103:10
**himself** [2] - 14:8, 70:4
**historical** [1] - 66:14
**history** [2] - 34:18, 34:23
**Hoffman** [1] - 82:8
**Honor** [20] - 3:19, 10:11, 20:5, 22:21,

23:6, 29:19, 30:24, 55:1, 57:1, 57:13, 57:23, 61:19, 85:16, 85:25, 86:7, 101:21, 101:24, 102:14, 102:16, 103:4
**hop** [2] - 85:19, 85:20
**hopping** [1] - 48:15
**hops** [2] - 52:20, 59:8
**hosted** [3] - 18:3, 32:3, 43:10
**hour** [1] - 64:22
**hours** [5] - 16:16, 67:20, 68:22, 89:1, 90:13
**hundreds** [2] - 49:17, 60:17

# I

**IBAN** [2] - 9:7, 16:21
**ID** [2] - 64:23, 78:11
**identifiable** [1] - 34:3
**identified** [4] - 37:21, 48:4, 104:13, 106:20
**identifier** [1] - 43:5
**identify** [6] - 39:6, 48:22, 51:14, 51:18, 95:9, 101:16
**Ihaveabong** [4] - 88:2, 88:6, 88:16, 88:17
**illicit** [7] - 11:19, 11:20, 11:22, 24:13, 24:16, 43:21, 102:20
**immediately** [1] - 69:7
**impossible** [1] - 5:17
**inappropriate** [1] - 103:11
**include** [4] - 48:25, 49:3, 82:3, 92:11
**included** [4] - 74:21, 75:20, 78:9, 81:24
**incorrect** [1] - 21:13
**increased** [1] - 41:6
**indicate** [2] - 42:14, 88:23
**indicated** [1] - 87:8
**indicating** [11] - 12:24, 13:18, 19:6, 38:2, 39:23, 40:8, 41:15, 42:16, 43:6, 43:7, 77:4
**indicating)** [1] - 60:3
**indication** [1] - 102:1
**indictment** [1] - 86:18
**indirect** [15] - 38:7, 38:8, 38:13, 52:8, 52:10, 52:18, 53:14, 53:17, 74:21, 75:17, 92:11, 94:15, 95:9, 95:12, 95:13

**indirectly** [26] - 19:20, 19:21, 55:9, 55:13, 56:2, 56:6, 56:18, 56:19, 76:8, 76:14, 94:9, 96:4, 96:10, 97:20, 97:24, 98:14, 98:19, 99:10, 99:14, 100:3, 100:9, 100:23, 101:3, 104:17, 104:21, 105:1
**individual** [4] - 36:19, 37:6, 61:13, 71:11
**individually** [1] - 60:11
**indulgence** [1] - 4:8
**information** [23] - 6:22, 14:4, 26:3, 27:3, 27:5, 27:6, 28:23, 32:24, 34:4, 34:6, 38:12, 40:15, 43:7, 59:18, 62:3, 63:3, 63:25, 65:1, 81:20, 81:23, 81:25, 93:9, 106:8
**informed** [2] - 20:9, 20:21
**initial** [2] - 36:17, 38:22
**initiated** [2] - 67:19, 69:25
**inquiry** [1] - 8:15
**instead** [3] - 18:8, 53:8, 93:7
**institution** [1] - 35:7
**inter** [1] - 38:9
**intercept** [1] - 84:17
**interject** [1] - 84:17
**intermediary** [7] - 36:20, 36:23, 36:24, 38:10, 38:11, 66:25
**internet** [1] - 43:11
**investigating** [1] - 47:24
**investigation** [1] - 59:14
**investigator** [1] - 93:8
**invoice** [13] - 8:16, 8:19, 8:25, 9:2, 9:23, 10:7, 16:14, 16:19, 16:23, 16:24, 17:12, 20:2, 22:13
**invoices** [25] - 15:4, 15:6, 15:14, 15:22, 15:25, 16:2, 16:3, 17:3, 17:8, 17:10, 17:13, 18:7, 19:7, 19:24, 22:1, 22:2, 22:8, 22:9, 22:11, 23:16, 23:19, 23:25, 24:11, 24:12, 24:16
**involved** [8] - 12:25,

13:19, 47:3, 74:15, 78:21, 78:22, 91:16, 96:24
**involving** [1] - 14:15
**issue** [11] - 10:9, 21:11, 21:22, 30:9, 30:11, 46:8, 46:10, 46:12, 84:23, 101:25, 102:17
**item** [1] - 43:24
**items** [4] - 43:23, 44:1, 44:13
**itself** [1] - 45:9

# J

**Jacob** [5] - 89:24, 90:1, 90:9, 90:10, 90:15
**January** [1] - 33:15
**Jaxx** [4] - 39:24, 40:1, 40:2, 40:5
**JIC** [1] - 24:11
**John** [2] - 25:13, 25:14
**joking** [1] - 33:23
**journalist** [1] - 25:14
**JPG** [1] - 13:23
**jumped** [1] - 68:12
**jurisdictions** [1] - 25:16
**juror** [2] - 57:20, 64:2
**JUROR** [1] - 64:3
**jurors** [4] - 2:20, 57:9, 57:24, 58:4
**jury** [32] - 2:3, 2:21, 2:23, 7:3, 16:6, 16:10, 18:25, 22:12, 22:14, 22:19, 23:21, 25:7, 35:22, 50:1, 54:14, 56:9, 57:25, 58:8, 62:11, 62:14, 63:13, 64:18, 77:23, 78:4, 78:21, 81:9, 81:13, 83:9, 86:25, 101:9, 102:3, 106:16

# K

**keep** [6] - 13:7, 33:24, 46:1, 51:9, 81:15, 102:13
**keeping** [1] - 28:25
**ketamine** [1] - 82:11
**keys** [1] - 34:23
**kind** [3] - 24:1, 26:13, 44:14
**kind..** [1] - 42:24
**kindly** [4] - 6:3, 12:22, 13:17, 13:22
**KKK** [1] - 15:9

**knowledge** [3] - 18:22, 29:11, 102:25
**knows** [1] - 42:24
**Kraken** [1] - 36:9
**Kush** [1] - 82:10

## L

**labeled** [1] - 7:10
**lack** [1] - 54:12
**laid** [2] - 54:24, 63:23
**laptop** [2] - 2:9, 2:16
**large** [4] - 37:11, 81:17, 93:21, 93:22
**largely** [1] - 19:16
**last** [7] - 8:14, 13:11, 34:9, 41:25, 42:4, 74:9, 91:21
**launch** [2] - 50:7, 50:8
**launder** [1] - 48:14
**laundered** [1] - 86:12
**laundering** [4] - 24:19, 32:23, 102:6, 102:18
**law** [24] - 8:2, 26:5, 27:15, 29:5, 31:16, 31:17, 32:23, 32:24, 33:5, 34:14, 39:11, 47:23, 48:11, 59:12, 59:15, 59:18, 61:5, 74:25, 76:17, 84:17, 105:15, 105:16
**laws** [1] - 32:23
**laying** [1] - 54:24
**layout** [2] - 16:23, 55:3
**leading** [11] - 7:19, 26:24, 40:19, 40:21, 41:1, 41:11, 47:11, 48:6, 51:22, 59:1, 69:17
**least** [4] - 30:4, 30:7, 38:10, 50:10
**leave** [2] - 57:9, 102:12
**left** [7] - 4:2, 21:1, 55:5, 67:6, 69:1, 71:18, 79:2
**left-hand** [2] - 55:5, 71:18
**legal** [8] - 8:2, 25:24, 26:1, 26:21, 29:17, 31:15, 33:5
**legitimate** [4] - 24:17, 28:22, 31:14
**less** [1] - 105:12
**level** [2] - 49:7, 49:8
**Liberty** [1] - 26:5
**likely** [5] - 10:2, 36:18, 37:5, 68:11, 84:21
**line** [7] - 20:16, 43:4, 68:10, 68:21, 88:20,

95:25, 102:12
**lines** [2] - 11:3, 43:3
**link** [1] - 18:6
**Lion** [3] - 89:6, 89:9, 89:10
**liquidity** [1] - 28:13
**list** [11] - 14:19, 42:10, 64:16, 65:4, 66:2, 68:8, 78:15, 83:10, 89:16, 95:6, 106:24
**listed** [8] - 9:2, 9:3, 9:5, 16:15, 65:3, 76:23, 76:24, 86:21
**listings** [4] - 44:12, 64:6, 64:8
**local** [1] - 42:25
**LocalBitcoins** [1] - 36:8
**localized** [1] - 97:1
**locate** [4] - 40:5, 41:9, 41:21, 95:6
**located** [1] - 39:22
**log** [2] - 43:11, 66:6
**logs** [2] - 28:25, 32:24
**look** [21] - 15:9, 15:14, 15:19, 17:5, 18:12, 19:8, 19:10, 22:7, 37:18, 47:5, 49:10, 52:7, 56:2, 60:18, 66:1, 74:10, 80:9, 85:14, 95:22, 105:22, 106:1
**look-up** [1] - 66:1
**looked** [6] - 10:14, 17:3, 39:3, 65:20, 75:21, 76:24
**looking** [12] - 6:9, 13:24, 15:13, 15:17, 21:21, 22:1, 26:20, 27:2, 40:18, 47:8, 67:1, 85:22
**lookup** [1] - 78:24
**loss** [1] - 86:7
**lost** [3] - 18:12, 19:8, 68:25
**low** [1] - 105:8
**LSD** [2] - 82:8, 82:10
**LUKE** [1] - 3:1
**lunch** [4] - 3:4, 3:18, 30:23, 36:13

## M

**ma'am** [261] - 3:7, 4:6, 4:16, 4:22, 5:24, 6:8, 6:13, 6:23, 7:7, 7:15, 8:6, 8:11, 8:16, 8:20, 8:23, 9:11, 9:13, 10:8, 10:10, 10:19, 10:25, 11:5, 12:2, 12:5, 12:9, 12:16, 12:21, 14:2,

14:7, 14:9, 14:23, 15:5, 15:7, 15:21, 15:24, 16:2, 17:4, 17:7, 17:14, 19:11, 19:17, 19:25, 23:19, 24:5, 24:9, 24:14, 24:20, 24:22, 25:1, 25:12, 25:21, 26:4, 26:8, 26:10, 26:12, 27:11, 27:19, 27:24, 28:2, 28:16, 29:7, 31:21, 32:6, 32:10, 32:15, 32:17, 33:9, 33:13, 33:18, 33:25, 34:25, 35:4, 35:8, 35:13, 35:16, 36:2, 36:8, 36:14, 36:17, 38:20, 39:8, 39:15, 39:19, 39:22, 39:25, 40:7, 40:10, 41:3, 41:13, 41:17, 41:23, 42:1, 42:6, 43:19, 44:6, 45:19, 46:15, 46:21, 47:7, 47:25, 48:2, 48:14, 48:24, 49:2, 49:5, 49:8, 49:22, 49:25, 50:10, 50:20, 51:8, 51:10, 51:13, 51:17, 51:21, 51:24, 52:6, 52:9, 52:12, 53:7, 53:19, 53:22, 53:24, 54:3, 54:9, 55:5, 55:19, 56:4, 56:25, 58:25, 59:17, 59:20, 59:23, 60:13, 60:20, 60:22, 60:25, 61:4, 61:7, 61:10, 62:5, 62:16, 62:23, 63:2, 63:5, 63:21, 63:24, 64:14, 64:20, 65:3, 65:12, 65:22, 66:23, 67:4, 67:24, 68:2, 68:5, 68:15, 69:6, 70:11, 70:18, 70:21, 70:24, 71:6, 71:14, 71:17, 72:7, 72:15, 72:18, 73:2, 73:15, 73:25, 74:3, 74:11, 74:14, 75:2, 75:9, 75:16, 75:19, 75:23, 76:2, 76:19, 76:22, 77:1, 77:8, 77:12, 77:15, 77:18, 78:2, 78:6, 78:20, 79:5, 79:13, 79:22, 80:6, 80:11, 80:17, 80:19, 80:24, 81:4, 82:5, 83:3, 83:5, 83:19, 83:23, 84:1, 84:4, 84:15, 85:1, 85:6, 85:8, 87:24, 88:5, 88:9, 88:14, 89:3, 89:13, 89:20, 90:16, 90:21,

90:24, 91:9, 91:12, 91:24, 92:2, 92:10, 92:17, 92:20, 93:14, 93:18, 93:24, 94:3, 94:6, 94:21, 95:8, 95:11, 95:18, 95:21, 95:24, 96:15, 97:4, 97:8, 97:14, 98:3, 98:8, 98:10, 98:23, 99:3, 99:6, 99:18, 99:23, 100:15, 100:18, 100:20, 101:8, 101:18, 104:16, 105:18, 105:21, 106:3, 106:11
**machine** [1] - 42:13
**mail** [1] - 84:18
**main** [1] - 42:2
**major** [1] - 53:21
**man** [1] - 90:10
**manner** [2] - 21:4, 84:11
**March** [5] - 6:2, 8:13, 11:4, 12:20, 32:12
**Marijuanaismymuse** [3] - 72:6, 72:16, 72:20
**Marijuanaismymuse'** **s** [1] - 72:10
**Mario's** [3] - 79:11, 79:17, 79:20
**market** [53] - 43:17, 44:5, 44:6, 44:18, 45:9, 46:9, 46:11, 46:13, 47:8, 47:22, 49:1, 49:3, 49:9, 49:21, 49:23, 50:3, 50:4, 53:2, 53:6, 53:16, 55:6, 55:8, 55:9, 55:13, 55:14, 58:10, 58:19, 62:17, 62:18, 63:18, 66:9, 75:1, 75:6, 84:20, 86:19, 92:18, 92:24, 93:17, 93:20, 93:21, 95:17, 97:3, 97:7, 97:10, 98:2, 98:5, 98:22, 99:17, 99:25, 100:7, 100:10, 100:14, 105:3
**marketplace** [10] - 43:24, 45:9, 45:14, 45:16, 48:20, 61:3, 92:23, 93:3, 98:25, 99:20
**marketplaces** [4] - 43:23, 53:21, 86:14, 92:14
**markets** [29] - 43:18, 43:20, 43:21, 44:1, 45:22, 46:16, 46:20, 47:6, 47:9, 47:14, 47:20, 47:21, 48:23, 49:14, 54:6, 58:23,

59:5, 59:6, 84:14, 88:13, 93:13, 95:19, 97:13, 99:2, 99:22, 100:17, 102:24, 105:8, 105:10

**MAST** [1] - 42:20

**material** [6] - 13:20, 101:11, 101:14, 101:15, 104:14, 105:12

**matter** [1] - 96:23

**McAffe** [1] - 25:13

**mean** [12] - 9:16, 20:24, 21:2, 21:18, 29:13, 30:23, 37:24, 42:13, 43:12, 66:21, 103:1, 103:18

**meaning** [1] - 44:24

**means** [8] - 21:18, 38:2, 43:14, 45:2, 45:3, 66:17, 66:19, 66:23

**meant** [4] - 37:25, 66:16, 75:13, 92:21

**medical** [1] - 82:9

**members** [3] - 2:23, 34:3, 34:5

**mentioned** [1] - 69:13

**message** [16] - 4:24, 5:2, 5:23, 6:1, 11:3, 13:11, 13:14, 13:16, 68:10, 69:2, 88:6, 88:8, 88:9, 94:18, 95:2, 95:10

**messages** [11] - 10:14, 12:19, 13:9, 13:25, 67:25, 70:9, 85:18, 86:1, 87:4, 88:12, 88:13

**Meth** [2] - 102:24, 103:9

**meth** [2] - 82:6, 82:7

**microphone** [1] - 19:4

**middle** [3] - 25:10, 32:13, 36:16

**might** [2] - 19:8, 53:9

**million** [23] - 56:8, 56:17, 56:19, 67:11, 76:4, 76:7, 76:10, 76:13, 76:16, 94:8, 94:11, 94:14, 94:17, 96:3, 96:6, 96:9, 96:12, 97:19, 98:13, 99:9, 100:2, 100:5, 100:25

**mind** [1] - 11:15

**minimal** [3] - 103:8, 103:13, 104:3

**minor** [1] - 20:22

**minutes** [1] - 57:8

**mistaken** [1] - 103:1

**mistranslated** [1] - 20:22

**mistranslation** [6] - 20:10, 20:16, 20:22, 22:18, 23:2, 23:4

**mix** [5] - 28:21, 34:11, 102:5, 102:8, 103:8

**mixed** [2] - 28:6

**mixer** [8] - 11:21, 27:12, 27:14, 53:6, 87:19, 89:1, 89:17, 90:12

**mixers** [2] - 12:15, 87:21

**mixing** [15] - 11:8, 11:12, 11:18, 12:8, 12:23, 13:18, 28:18, 28:19, 34:1, 48:15, 48:20, 53:16, 59:7, 70:13

**mnemonic** [4] - 42:7, 42:9, 42:10, 43:7

**model** [2] - 46:3, 46:4

**modern** [1] - 50:3

**Monero** [8] - 40:9, 40:11, 40:12, 40:17, 40:24, 41:6, 41:9, 42:7

**Money** [4] - 14:14, 14:17, 24:3, 41:25

**money** [38] - 3:8, 9:22, 11:11, 11:18, 18:8, 24:1, 24:19, 24:21, 25:14, 25:16, 27:6, 32:23, 34:4, 42:15, 45:4, 46:1, 47:4, 47:9, 47:19, 48:25, 49:3, 51:2, 51:4, 56:9, 56:11, 56:20, 58:10, 59:22, 60:4, 60:12, 102:4, 102:6, 102:13, 102:18, 103:22, 105:7, 105:12

**months** [1] - 13:3

**most** [5] - 10:2, 28:22, 43:24, 102:2, 105:10

**motivated** [1] - 105:13

**move** [4] - 24:6, 24:13, 65:14, 74:9

**movement** [2] - 24:21, 86:4

**moves** [9] - 6:24, 16:5, 35:17, 54:10, 63:6, 77:19, 81:5, 85:9, 106:12

**moving** [14] - 11:20, 46:1, 47:13, 49:20, 55:12, 60:9, 80:3, 88:2, 89:6, 89:23, 91:6, 91:21, 94:12, 102:20

**MR** [49] - 2:8, 2:17, 3:19, 3:22, 7:1, 7:19, 9:24, 10:11, 11:13, 16:8, 18:19, 18:21,

20:5, 20:9, 20:19, 21:6, 21:24, 26:24, 29:10, 29:19, 29:22, 30:24, 35:20, 40:19, 40:21, 41:1, 41:11, 47:11, 48:6, 48:12, 51:22, 54:12, 57:15, 58:12, 59:1, 60:6, 61:19, 62:9, 63:9, 69:17, 77:21, 81:7, 85:12, 86:7, 86:13, 101:21, 101:24, 103:4, 106:14

**MS** [74] - 3:3, 3:23, 4:1, 4:8, 4:12, 4:14, 6:24, 7:5, 7:20, 7:22, 10:5, 10:13, 10:17, 11:16, 16:5, 16:12, 19:3, 20:14, 21:15, 21:25, 22:7, 22:10, 22:20, 23:6, 23:8, 23:14, 23:21, 23:23, 27:1, 29:14, 31:10, 35:17, 35:25, 40:23, 41:4, 41:14, 47:16, 48:9, 48:17, 51:25, 54:10, 54:17, 55:1, 55:2, 57:1, 57:13, 57:21, 57:23, 58:6, 58:16, 59:3, 60:10, 61:21, 62:1, 62:6, 62:13, 63:6, 63:16, 64:5, 69:18, 69:21, 77:19, 77:25, 81:5, 81:11, 85:15, 85:25, 86:11, 86:17, 87:2, 102:16, 104:8, 106:12, 106:18

**multiple** [10] - 36:3, 36:19, 37:1, 37:12, 44:13, 44:14, 48:16, 52:20, 53:15, 66:10

**must** [1] - 33:23

**Mycelium** [14] - 3:5, 3:9, 3:14, 34:18, 34:20, 34:22, 37:3, 37:19, 37:23, 38:3, 38:12, 38:16, 38:25, 39:2

---

**N**

**naive** [2] - 25:11, 25:12

**name** [3] - 26:15, 55:5, 70:14

**named** [3] - 62:22, 86:15, 86:18

**narcotics** [2] - 43:25, 86:5

**native** [1] - 41:19

**nature** [4] - 10:24,

13:22, 38:13, 38:14

**near** [1] - 104:6

**necessarily** [1] - 66:21

**need** [10] - 13:2, 15:8, 22:24, 57:5, 59:13, 68:11, 76:3, 86:8, 105:4

**needs** [1] - 54:23

**network** [1] - 43:15

**never** [3] - 32:21, 33:9, 66:22

**new** [10] - 5:19, 12:12, 18:9, 22:1, 22:11, 23:17, 23:19, 23:25, 24:11, 84:23

**next** [21] - 13:1, 17:25, 42:18, 43:3, 43:4, 55:10, 56:13, 67:20, 68:21, 68:23, 70:1, 70:15, 71:12, 72:4, 72:25, 73:12, 73:23, 79:10, 80:3, 88:20, 90:13

**nongendered** [1] - 30:3

**noreply@bitcointalk. org** [1] - 94:25

**normal** [1] - 37:11

**note** [6] - 14:8, 19:6, 19:10, 30:10, 36:6, 65:14

**noted** [3] - 42:23, 65:15, 83:12

**notes** [4] - 14:6, 19:23, 42:14, 82:3

**nothing** [2] - 57:13, 57:15

**nowadays** [1] - 25:13

**Nucleus** [8] - 97:7, 97:9, 97:12, 97:16, 97:17, 97:20, 97:22, 97:24

**number** [14] - 4:11, 4:24, 5:8, 9:7, 16:21, 32:8, 64:18, 64:20, 74:15, 80:18, 93:22, 96:17

**numbers** [6] - 56:1, 56:13, 56:24, 76:1, 104:24, 105:7

**numerous** [2] - 54:6, 90:19

---

**O**

**object** [5] - 20:25, 21:3, 22:3, 102:12

**objection** [42] - 3:19, 6:25, 7:1, 7:2, 7:19, 9:24, 10:11, 11:13,

16:7, 16:8, 18:19, 18:20, 20:6, 26:24, 29:10, 29:19, 30:14, 35:19, 35:21, 40:19, 41:1, 41:11, 47:11, 48:6, 48:12, 51:22, 54:11, 58:12, 59:1, 60:6, 61:19, 62:8, 63:8, 63:11, 69:17, 77:20, 81:6, 85:11, 101:21, 101:24, 103:12, 106:13

**objections** [2] - 20:20, 22:4

**objective** [1] - 32:18

**obligations** [1] - 11:19

**obscure** [3] - 48:19, 59:6, 104:12

**observe** [3] - 52:3, 69:15, 69:18

**obtain** [2] - 39:12, 76:18

**obtained** [1] - 77:17

**occur** [1] - 69:7

**offer** [5] - 23:4, 32:2, 41:6, 43:9, 43:21

**offering** [1] - 82:4

**often** [1] - 30:2

**oftentimes** [1] - 45:25

**old** [3] - 4:10, 5:20, 18:11

**Omedetou** [14] - 27:24, 29:8, 29:15, 29:23, 30:8, 31:12, 32:4, 32:10, 32:20, 33:2, 33:7, 33:13, 33:21, 96:19

**Omedetou's** [1] - 28:15

**on-market** [1] - 92:18

**once** [5] - 38:12, 44:8, 44:22, 45:12, 97:2

**one** [34] - 2:8, 2:12, 13:15, 15:4, 15:22, 16:3, 17:9, 18:10, 18:11, 23:25, 25:19, 29:20, 36:23, 36:24, 37:17, 37:22, 38:10, 38:18, 42:20, 46:14, 49:12, 50:10, 50:11, 50:16, 58:10, 58:18, 64:9, 64:22, 85:14, 86:11, 86:17, 86:20, 93:20, 95:13

**one-half** [1] - 64:22

**ones** [1] - 33:19

**online** [1] - 48:3

**onward** [1] - 61:12

**open** [5] - 23:7, 31:9, 78:12, 86:23, 104:5

**opening** [1] - 104:2

**openings** [1] - 103:25

**operate** [5] - 50:9, 75:7, 93:22, 95:19, 101:12

**operated** [2] - 101:13, 105:1

**operating** [2] - 31:16, 81:25

**operation** [1] - 54:22

**opinions** [1] - 30:14

**options** [1] - 16:20

**order** [15] - 2:22, 18:7, 34:8, 44:18, 44:22, 44:23, 45:13, 46:8, 46:10, 52:24, 58:1, 84:19, 90:8, 92:22

**orders** [7] - 34:10, 84:13, 92:19, 92:21, 93:1, 93:4, 93:6

**organic** [1] - 82:9

**orient** [1] - 63:23

**Original** [1] - 18:15

**original** [1] - 75:7

**originally** [1] - 5:13

**originate** [1] - 11:7

**originating** [1] - 6:6

**otherwise** [1] - 23:2

**outside** [1] - 27:14

**overruled** [13] - 7:2, 10:1, 10:16, 35:21, 41:2, 41:12, 47:12, 48:7, 48:13, 51:23, 60:7, 63:11, 69:19

**overwhelming** [1] - 31:5

**own** [3] - 22:9, 91:4, 101:15

## P

**p.m** [2] - 57:17

**package** [1] - 87:9

**packages** [2] - 81:25, 84:18

**page** [35] - 4:23, 4:25, 5:7, 5:25, 8:9, 11:2, 12:3, 12:17, 12:18, 14:11, 18:6, 21:24, 22:6, 23:16, 24:6, 24:24, 25:5, 25:10, 27:20, 27:21, 29:13, 32:7, 33:10, 42:19, 63:21, 63:23, 81:12, 87:5, 87:18, 88:2, 88:15, 89:6, 89:23, 90:5

**pages** [3] - 6:17, 13:1, 44:12

**paid** [2] - 50:6, 103:22

**Pandora** [8] - 98:22,

98:24, 99:2, 99:5, 99:7, 99:10, 99:12, 99:14

**pandora** [1] - 98:25

**panicking** [1] - 68:25

**paperwork** [2] - 39:23, 40:8

**parenthesis** [1] - 18:11

**part** [5] - 36:11, 38:2, 59:14, 66:18, 66:19

**particular** [4] - 58:14, 59:19, 85:25, 104:3

**particularly** [2] - 30:11, 40:24

**particulars** [2] - 86:15, 86:20

**partners** [2] - 25:20, 25:23

**parts** [1] - 43:2

**pas** [1] - 49:24

**password** [5] - 17:12, 17:17, 42:10, 43:6, 44:8

**past** [3] - 11:9, 31:4, 45:24

**paste** [2] - 53:3, 82:7

**pasted** [1] - 65:12

**pattern** [2] - 37:15, 37:17

**patterns** [1] - 37:17

**pause** [1] - 2:5

**Pause** [1] - 23:12

**pausing** [1] - 81:23

**pay** [6] - 44:1, 44:2, 46:3, 46:4, 50:5, 101:13

**pay-up-front** [2] - 46:3, 46:4

**paying** [2] - 45:6, 92:24

**payment** [11] - 8:17, 9:5, 9:6, 9:7, 9:10, 16:20, 18:12, 18:13, 37:10, 39:5

**payments** [4] - 28:20, 37:1, 48:4, 90:23

**PDF** [1] - 13:23

**Pearlman** [1] - 35:10

**peel** [6] - 36:18, 36:25, 37:4, 37:14, 38:23, 38:24

**Peels4u** [4] - 72:25, 73:1, 73:3, 73:7

**peer** [4] - 25:19, 25:23

**peer-to-peer** [2] - 25:19, 25:23

**Pelker** [5] - 2:25, 20:13, 21:14, 29:25, 102:15

**PELKER** [75] - 3:3,

3:23, 4:1, 4:8, 4:12, 4:14, 6:24, 7:5, 7:20, 7:22, 10:5, 10:13, 10:17, 11:16, 16:5, 16:12, 19:3, 20:14, 21:15, 21:25, 22:7, 22:10, 22:20, 23:6, 23:8, 23:14, 23:21, 23:23, 27:1, 29:14, 31:10, 35:17, 35:25, 40:23, 41:4, 41:14, 47:16, 48:9, 48:17, 51:25, 54:10, 54:17, 55:1, 55:2, 57:1, 57:13, 57:21, 57:23, 58:6, 58:16, 59:3, 60:10, 61:21, 62:1, 62:6, 62:13, 63:6, 63:16, 64:5, 69:18, 69:21, 77:19, 77:25, 81:5, 81:11, 85:9, 85:15, 85:25, 86:11, 86:17, 87:2, 102:16, 104:8, 106:12, 106:18

**people** [6] - 41:8, 44:1, 44:14, 50:5, 86:4, 105:11

**per** [1] - 82:8

**percent** [2] - 19:20, 82:7

**perhaps** [1] - 86:8

**person** [2] - 2:12, 105:5

**personal** [3] - 18:22, 29:10, 53:10

**personally** [3] - 10:22, 32:21, 33:9

**pertaining** [2] - 63:1, 106:9

**PGP** [4] - 88:5, 88:8, 88:10, 88:12

**Phillips** [2] - 91:22, 91:25

**phone** [6] - 3:9, 20:6, 29:20, 85:19, 85:20, 101:22

**phrase** [1] - 21:9

**physical** [1] - 35:11

**pick** [1] - 47:4

**piece** [1] - 31:6

**pills** [1] - 82:11

**place** [4] - 45:2, 45:4, 45:5, 75:1

**places** [1] - 44:18

**plus** [2] - 82:7, 82:9

**PNG** [1] - 13:23

**point** [13] - 21:5, 22:5, 23:9, 23:15, 24:8, 30:16, 42:5, 77:2, 89:11, 93:20, 103:15,

103:22, 103:23

**policy** [1] - 2:11

**Poloniex** [1] - 36:10

**pool** [3] - 28:6, 28:7, 28:13

**population** [1] - 30:1

**porn** [3] - 102:13, 103:21, 104:1

**pornography** [3] - 102:2, 102:11, 102:24

**possibility** [1] - 2:9

**possible** [3] - 12:10, 33:4, 66:24

**post** [24] - 25:7, 25:10, 27:23, 29:4, 32:8, 32:9, 32:10, 32:11, 32:14, 33:11, 33:12, 33:14, 33:15, 96:17, 96:18, 96:19, 96:20, 96:22, 102:5, 102:8, 102:22, 102:24, 103:8

**post-mix** [3] - 102:5, 102:8, 103:8

**posting** [1] - 25:8

**posts** [8] - 13:2, 24:24, 25:3, 27:17, 32:4, 34:9, 96:16, 103:9

**practice** [1] - 45:17

**predominately** [1] - 39:1

**prefer** [2] - 2:10, 85:19

**prejudicial** [3] - 30:22, 103:7, 103:10

**preparation** [1] - 77:14

**prepare** [2] - 53:23, 60:21

**prepared** [1] - 60:25

**preponderance** [2] - 30:6, 31:1

**present** [2] - 2:21, 57:25

**pretty** [1] - 88:11

**prevent** [1] - 11:19

**prevents** [2] - 45:5, 45:7

**previous** [2] - 13:25, 72:9

**previously** [6] - 7:18, 52:5, 72:14, 75:21, 76:25, 94:22

**price** [3] - 16:16, 66:4, 66:14

**primary** [2] - 3:13, 3:16

**print** [1] - 35:11

**privacy** [3] - 26:9, 41:8, 88:11

**private** [3] - 34:23, 85:18, 93:7

**problem** [8] - 12:13, 47:2, 69:9, 84:19, 89:25, 96:23, 97:1, 103:17

**problematic** [1] - 29:3

**problems** [2] - 84:13, 84:18

**proceed** [6] - 11:25, 22:25, 23:5, 30:20, 30:21, 86:22

**process** [10] - 8:2, 25:24, 26:1, 26:22, 29:17, 31:15, 31:16, 33:5, 70:24, 72:15

**product** [6] - 45:6, 45:23, 46:6, 46:24, 50:25, 92:23

**products** [3] - 56:12, 82:3, 93:2

**proffer** [1] - 85:16

**profile** [5] - 80:22, 81:14, 81:18, 81:19, 81:24

**profit** [1] - 47:22

**prong** [1] - 102:18

**protecting** [1] - 40:14

**prove** [2] - 29:3, 103:18

**provide** [8] - 8:19, 10:18, 12:23, 13:17, 13:20, 14:3, 26:9, 68:9

**provided** [3] - 15:4, 31:24, 81:3

**provides** [7] - 78:10, 87:15, 88:6, 88:18, 89:10, 90:2, 95:4

**public** [5] - 32:22, 34:2, 40:15, 81:18, 81:19

**publish** [6] - 16:6, 23:21, 58:8, 62:6, 63:6, 85:9

**published** [20] - 7:3, 7:4, 16:9, 16:11, 35:22, 35:24, 54:13, 54:16, 62:11, 62:12, 63:12, 63:15, 77:23, 77:24, 81:9, 81:10, 86:25, 87:1, 106:16, 106:17

**pull** [15] - 4:7, 6:15, 19:4, 24:23, 27:20, 42:17, 42:19, 58:7, 64:11, 75:22, 77:9, 80:25, 85:2, 94:22, 96:16

**pulled** [1] - 65:17

**pulling** [2] - 17:15, 24:2

**purchase** [3] - 28:4, 44:4, 44:15

**purchased** [1] - 44:24

**purchases** [2] - 47:15, 50:4

**pure** [1] - 42:24

**Pureosfriend** [4] - 87:6, 87:8, 87:11, 87:13

**purpose** [7] - 6:4, 11:9, 101:19, 102:21, 103:16, 104:9, 104:11

**purposes** [3] - 30:7, 30:13, 103:6

**put** [7] - 18:7, 21:12, 31:2, 44:21, 102:3, 102:19, 103:2

**putting** [1] - 30:12

**puzzling** [1] - 30:11

**Q**

**qualification** [1] - 18:24

**qualify** [1] - 54:21

**quality** [1] - 64:10

**quarter** [1] - 57:16

**questioning** [1] - 102:12

**questions** [5] - 12:1, 12:4, 13:4, 13:6, 15:1

**quite** [1] - 20:24

**quote** [4] - 25:13, 28:1, 33:16

**quoted** [4] - 27:25, 32:13, 32:16, 33:16

**R**

**raise** [3] - 2:7, 22:25, 57:12

**raised** [2] - 4:4, 21:23

**raising** [1] - 30:9

**rather** [1] - 49:15

**re** [2] - 89:8, 89:25

**re-ship** [2] - 89:8, 89:25

**reach** [4] - 27:14, 46:11, 82:16, 84:21

**reached** [3] - 69:8, 89:8, 89:24

**reaches** [1] - 87:9

**reactor** [1] - 54:23

**Reactor** [5] - 9:1, 16:14, 19:13, 49:8, 49:15

**Reactor's** [1] - 7:11

**read** [45] - 5:7, 6:1, 6:7, 8:14, 9:9, 11:3, 12:6, 12:19, 13:2, 13:11, 13:16, 14:21, 17:20, 17:23, 20:3,

23:9, 23:15, 24:7, 25:7, 25:10, 28:1, 28:15, 32:13, 32:16, 33:16, 41:25, 42:4, 42:22, 64:6, 68:10, 68:14, 68:21, 76:1, 76:3, 81:17, 82:6, 82:14, 88:10, 88:19, 89:12, 90:3, 90:4, 90:9, 95:2, 96:22

**reading** [3] - 21:21, 33:24, 43:2

**reads** [2] - 17:24, 88:21

**ready** [2] - 2:25, 58:3

**real** [1] - 9:21

**really** [7] - 12:11, 30:14, 30:21, 38:14, 61:12, 102:6, 105:5

**reason** [1] - 29:1

**receive** [8] - 18:8, 44:8, 44:22, 45:11, 46:5, 87:20, 101:14, 106:24

**received** [8] - 8:17, 10:7, 18:12, 19:20, 45:23, 55:10, 56:15, 87:9

**receives** [2] - 44:23, 45:12

**receiving** [3] - 5:22, 8:3, 45:7

**recently** [1] - 5:19

**recess** [1] - 57:17

**recognize** [7] - 4:15, 10:6, 24:25, 35:3, 54:2, 64:13, 77:11

**reconstruct** [1] - 42:11

**record** [6] - 31:2, 64:19, 69:20, 77:13, 81:2, 86:9

**recorded** [1] - 78:25

**records** [50] - 4:18, 4:20, 7:13, 8:3, 8:8, 10:13, 25:25, 26:2, 27:16, 33:6, 35:15, 37:3, 39:7, 39:18, 51:9, 59:16, 59:21, 61:5, 61:8, 61:13, 62:3, 62:21, 62:24, 62:25, 70:16, 70:19, 72:5, 73:1, 73:13, 73:23, 74:10, 76:18, 76:20, 77:6, 77:17, 78:9, 79:11, 80:4, 80:9, 80:22, 83:21, 85:5, 85:7, 90:19, 91:7, 91:22, 101:6, 105:17, 106:10, 106:20

**Red** [3] - 89:6, 89:9,

89:10
**Reddit** [3] - 24:24, 25:3
**reference** [3] - 20:3, 23:15, 97:3
**referenced** [2] - 22:1, 70:13
**references** [4] - 20:2, 22:13, 39:13, 96:13
**reflection** [1] - 6:21
**refund** [17] - 84:24, 84:25, 87:9, 87:14, 87:15, 88:24, 88:25, 89:8, 89:9, 89:14, 90:1, 90:12, 90:14, 90:18, 90:20, 90:23, 91:4
**refunding** [1] - 88:22
**refunds** [1] - 90:24
**regard** [1] - 13:20
**regarding** [7] - 3:5, 5:4, 12:23, 13:18, 17:13, 75:20, 94:19
**regards** [3] - 6:10, 13:24, 86:2
**registered** [3] - 25:15, 42:25, 43:12
**regulated** [1] - 59:12
**relate** [2] - 7:17, 37:15
**related** [4] - 22:3, 32:5, 86:5, 93:9
**relates** [1] - 7:20
**relation** [1] - 86:9
**relative** [1] - 61:17
**release** [3] - 45:3, 45:22, 46:25
**released** [1] - 50:24
**releasing** [2] - 44:24, 46:6
**relevance** [3] - 22:3, 48:12, 85:12
**relevant** [3] - 61:17, 102:17, 103:2
**rely** [1] - 30:13
**relying** [2] - 31:2, 31:4
**remember** [2] - 5:20, 12:11
**remind** [12] - 5:3, 17:16, 25:7, 30:20, 30:23, 50:1, 56:9, 57:5, 57:19, 78:21, 83:9, 90:8
**reminding** [2] - 30:24, 57:5
**removed** [2] - 44:20, 47:21
**reorient** [1] - 3:8
**reorienting** [1] - 3:23
**repeat** [3] - 12:8, 12:10, 14:17
**repeated** [1] - 39:13

**rephrase** [2] - 7:21, 11:14
**replies** [1] - 13:5
**reply** [12] - 6:3, 8:9, 8:12, 8:14, 11:6, 12:4, 12:20, 12:22, 13:23, 13:24, 68:23, 90:11
**report** [1] - 58:20
**reported** [1] - 36:17
**reporter** [5] - 40:4, 44:3, 48:18, 52:14, 70:17
**represent** [2] - 47:14, 47:22
**represented** [1] - 71:11
**representing** [1] - 36:22
**represents** [1] - 62:20
**reputable** [1] - 45:25
**request** [3] - 22:18, 28:24, 90:20
**requested** [1] - 64:21
**requests** [3] - 31:1, 84:25, 87:15
**require** [1] - 32:25
**required** [1] - 32:23
**research** [1] - 57:7
**Reserve** [1] - 26:5
**reserve** [1] - 21:2
**reserved** [2] - 20:19, 20:25
**reserving** [1] - 21:19
**resolve** [3] - 46:12, 47:2, 96:23
**resolving** [1] - 84:23
**respect** [2] - 30:10, 54:22
**respond** [4] - 13:10, 31:15, 32:20, 33:21
**response** [6] - 5:8, 8:16, 12:7, 28:15, 33:24, 68:21
**responsive** [1] - 39:11
**rest** [1] - 33:24
**retrieved** [2] - 63:4, 85:5
**return** [1] - 95:15
**returning** [3] - 78:12, 93:11, 97:5
**reveal** [4] - 13:21, 28:23, 34:6, 34:7
**revealing** [1] - 32:24
**reverse** [1] - 96:25
**review** [61] - 4:3, 5:21, 7:13, 9:12, 14:6, 15:3, 15:6, 15:25, 17:12, 19:23, 27:17, 32:4, 36:11, 39:23, 40:5, 40:8, 41:15, 49:20,

53:17, 54:8, 59:21, 60:11, 62:21, 67:25, 70:9, 70:16, 70:19, 71:13, 72:5, 73:1, 73:13, 73:23, 75:10, 75:17, 76:20, 77:6, 79:11, 80:4, 80:22, 83:21, 84:25, 87:22, 89:2, 89:19, 90:14, 90:22, 91:7, 91:22, 93:12, 93:16, 94:1, 94:18, 95:16, 96:13, 97:6, 98:1, 98:21, 99:16, 100:13, 101:6, 105:19
**reviewed** [9] - 15:22, 16:2, 35:15, 41:10, 41:22, 62:4, 63:1, 77:14, 95:7
**reviewing** [2] - 24:3, 70:5
**risk** [1] - 104:2
**Road** [143] - 26:6, 29:2, 29:4, 49:21, 49:23, 50:1, 50:3, 50:5, 50:7, 50:8, 50:9, 50:11, 50:13, 50:14, 50:17, 50:22, 51:2, 51:7, 51:9, 51:11, 52:17, 52:19, 52:22, 52:23, 52:25, 53:3, 53:9, 53:18, 55:17, 55:20, 56:3, 56:6, 56:10, 56:11, 56:14, 56:15, 56:21, 56:22, 59:14, 59:15, 59:22, 60:5, 60:9, 60:11, 61:1, 61:2, 61:3, 61:6, 61:14, 61:25, 62:3, 62:17, 62:22, 63:4, 63:18, 63:22, 64:16, 65:18, 66:5, 66:24, 67:3, 67:14, 67:25, 68:6, 68:8, 69:5, 70:16, 70:19, 71:8, 71:13, 71:21, 72:5, 72:10, 72:13, 72:15, 72:20, 73:1, 73:4, 73:6, 73:13, 73:17, 74:2, 74:9, 74:13, 74:24, 74:25, 75:4, 75:5, 75:7, 75:10, 75:11, 75:13, 75:14, 75:18, 75:20, 75:25, 76:5, 76:8, 76:12, 76:14, 76:17, 76:20, 77:3, 77:6, 77:16, 78:3, 78:9, 78:16, 78:19, 78:25, 79:11, 79:21, 80:5, 80:8, 80:9, 80:13, 80:16, 80:23, 81:3, 81:20, 81:21, 83:2,

83:18, 83:21, 83:25, 84:1, 84:3, 85:5, 87:4, 91:4, 91:11, 91:14, 91:23, 92:1, 93:7, 93:25
**Road's** [2] - 51:15, 51:19
**Road-controlled** [1] - 51:7
**Rockstar** [1] - 82:10
**roles** [1] - 46:22
**Roman** [5] - 5:2, 6:3, 11:6, 12:22, 13:17
**room** [1] - 22:22
**rough** [1] - 48:3
**router** [1] - 43:15
**Rovensky** [1] - 4:20
**row** [12] - 17:19, 64:18, 64:20, 67:16, 67:18, 68:23, 69:24, 69:25, 75:24, 78:5, 83:11, 104:15
**rows** [1] - 68:3
**RoxiPAL** [2] - 73:24, 74:1
**ruling** [1] - 30:25
**run** [2] - 28:3, 28:22
**Russia** [3] - 24:7, 24:9, 24:10
**Russian** [2] - 21:20, 22:23

## S

**safe** [1] - 17:17
**sale** [4] - 43:22, 44:13, 92:23
**sample** [2] - 92:16, 92:17
**sampling** [1] - 60:19
**satisfy** [1] - 9:19
**saved** [1] - 42:7
**saving** [1] - 42:15
**saw** [3] - 50:18, 58:10, 61:17
**scheme** [1] - 24:19
**SCHOLL** [1] - 3:1
**Scholl** [43] - 3:4, 4:2, 4:15, 5:1, 7:6, 14:12, 15:19, 16:13, 19:4, 20:3, 21:20, 23:9, 23:24, 24:12, 24:25, 25:17, 31:11, 31:19, 33:12, 34:16, 36:1, 39:5, 43:18, 44:4, 54:18, 55:3, 58:9, 58:17, 62:14, 63:17, 64:13, 68:14, 77:11, 78:1, 84:13, 85:4, 86:1, 86:6, 87:3, 94:24,

101:6, 104:9, 106:19
**Scholl's** [1] - 4:18
**school** [1] - 4:10
**screen** [17] - 6:19, 7:23, 13:12, 14:13, 15:9, 15:11, 15:20, 18:11, 36:16, 42:18, 58:7, 77:2, 79:15, 81:17, 83:24, 89:11, 89:15
**screenshot** [1] - 13:21
**script** [1] - 20:11
**scripted** [1] - 20:23
**scroll** [23] - 4:25, 9:4, 13:13, 13:15, 14:11, 18:4, 25:5, 29:6, 33:10, 65:23, 67:5, 67:23, 68:11, 79:2, 81:12, 81:14, 81:22, 82:13, 85:15, 88:15, 90:3
**scrolling** [17] - 5:7, 8:9, 12:3, 12:17, 13:1, 13:7, 16:18, 17:19, 27:22, 42:22, 67:2, 67:5, 69:1, 78:17, 81:15, 82:1, 87:17
**seat** [1] - 2:24
**seated** [2] - 2:22, 58:1
**second** [10] - 14:24, 19:21, 20:6, 22:11, 23:10, 33:16, 54:19, 75:24, 83:9, 85:20
**section** [8] - 14:18, 14:22, 24:4, 24:7, 42:18, 55:17, 82:13, 82:14
**see** [16] - 16:18, 22:9, 22:24, 26:2, 27:9, 27:22, 28:18, 49:13, 57:7, 57:16, 72:13, 78:22, 79:17, 85:14, 86:10, 96:13
**seeing** [1] - 13:8
**seeks** [1] - 62:6
**sees** [1] - 2:12
**seize** [1] - 105:17
**seized** [3] - 3:15, 26:5, 105:15
**select** [4] - 44:15, 60:18, 61:8, 76:20
**selects** [1] - 89:9
**seller** [1] - 44:21
**sellers** [4] - 58:23, 59:4, 59:9, 59:11
**selling** [6] - 44:15, 50:25, 56:12, 60:8, 93:1, 93:2
**send** [17] - 8:2, 9:22, 27:15, 33:5, 33:22, 44:9, 50:16, 51:4, 51:5,

53:4, 53:5, 53:10, 74:1, 82:23, 82:24, 87:14
**Send** [4] - 31:20, 32:5, 33:20, 89:10
**sending** [21] - 7:8, 11:17, 14:1, 24:1, 25:24, 37:1, 47:9, 52:23, 56:9, 56:11, 56:20, 58:18, 59:22, 60:4, 60:12, 61:1, 70:2, 70:4, 88:12, 88:13, 90:24
**sends** [1] - 52:17
**sense** [2] - 26:17, 103:14
**sent** [63] - 5:17, 5:23, 6:2, 8:1, 16:25, 38:16, 44:10, 50:24, 54:5, 55:7, 55:9, 55:19, 56:3, 56:6, 56:22, 62:18, 66:22, 68:18, 68:20, 71:8, 72:19, 73:6, 75:25, 76:5, 76:8, 76:11, 81:25, 88:25, 90:12, 94:6, 94:9, 94:19, 96:1, 96:4, 96:7, 96:10, 97:17, 97:20, 97:22, 97:24, 98:11, 98:14, 98:16, 98:19, 99:7, 99:10, 99:12, 99:14, 99:25, 100:3, 100:6, 100:9, 100:21, 100:23, 101:1, 101:3, 102:4, 104:14, 104:16, 104:18, 104:21, 104:25
**sentence** [1] - 8:14
**sentences** [1] - 12:20
**September** [3] - 87:18, 89:15, 90:7
**series** [1] - 11:25
**serious** [2] - 34:1, 34:11
**serve** [1] - 26:1
**served** [2] - 29:17, 31:15
**server** [1] - 8:25
**servers** [1] - 105:17
**service** [16] - 11:12, 11:18, 16:16, 18:3, 28:3, 31:24, 34:10, 39:13, 43:1, 43:10, 43:13, 46:23, 48:15, 53:16, 59:7, 105:9
**services** [18] - 8:18, 11:8, 11:9, 12:8, 12:13, 12:24, 13:18, 13:19, 16:15, 26:6, 26:7, 28:19, 39:10, 47:6, 48:21, 70:13, 82:24
**set** [3] - 15:14, 37:2,

82:17
**seven** [1] - 36:24
**several** [11] - 14:15, 15:25, 16:2, 17:10, 31:4, 35:6, 38:18, 39:10, 59:21, 89:12, 89:13
**sexual** [5] - 101:11, 101:14, 101:15, 104:14, 105:12
**shall** [2] - 96:23, 96:25
**shared** [2] - 33:3, 33:22
**Shared** [6] - 31:19, 32:5, 32:19, 33:19
**sharing** [1] - 105:12
**Sheep** [8] - 99:17, 99:19, 99:21, 99:24, 99:25, 100:3, 100:6, 100:9
**sheep** [1] - 99:20
**sheet** [5] - 62:2, 65:5, 66:2, 93:15, 99:4
**Shine** [3] - 91:7, 91:13
**ship** [3] - 44:22, 89:8, 89:25
**shipment** [1] - 84:24
**shipping** [1] - 45:8
**Shop** [3] - 79:12, 79:17, 79:20
**shormint@hotmail. com** [1] - 95:1
**short** [1] - 99:21
**show** [4] - 38:21, 52:22, 59:24, 82:17
**showed** [1] - 70:5
**showing** [12] - 6:17, 17:15, 30:6, 60:23, 62:17, 62:24, 63:19, 81:21, 102:23, 102:25, 106:4, 106:6
**shown** [39] - 5:1, 6:17, 7:6, 7:7, 7:23, 8:24, 13:11, 14:12, 14:17, 16:13, 18:5, 22:12, 27:25, 35:12, 36:1, 36:2, 36:15, 38:5, 43:3, 54:18, 55:16, 62:15, 65:11, 67:17, 68:4, 68:17, 69:24, 70:25, 71:15, 72:8, 78:1, 78:4, 78:14, 79:14, 80:12, 81:13, 83:1, 83:24, 106:5
**shows** [3] - 61:14, 71:1, 78:8
**shut** [3] - 74:25, 76:17, 105:16
**side** [1] - 47:4
**significance** [1] - 50:2

**Silk** [146] - 26:5, 29:2, 29:4, 49:21, 49:23, 50:1, 50:3, 50:5, 50:7, 50:8, 50:9, 50:11, 50:13, 50:14, 50:17, 50:22, 51:2, 51:7, 51:9, 51:11, 51:15, 51:19, 52:17, 52:19, 52:22, 52:23, 52:24, 53:2, 53:9, 53:18, 55:17, 55:20, 56:3, 56:6, 56:10, 56:11, 56:14, 56:15, 56:21, 56:22, 59:14, 59:15, 59:22, 60:5, 60:9, 60:11, 61:1, 61:2, 61:3, 61:6, 61:14, 61:25, 62:3, 62:17, 62:22, 63:3, 63:18, 63:21, 64:16, 65:17, 66:5, 66:24, 67:3, 67:14, 67:25, 68:5, 68:8, 69:5, 70:16, 70:19, 71:8, 71:13, 71:21, 72:5, 72:10, 72:13, 72:15, 72:20, 73:1, 73:4, 73:6, 73:13, 73:17, 74:2, 74:9, 74:13, 74:24, 74:25, 75:4, 75:5, 75:7, 75:10, 75:11, 75:13, 75:14, 75:18, 75:20, 75:25, 76:5, 76:8, 76:12, 76:14, 76:17, 76:20, 77:3, 77:6, 77:16, 78:3, 78:9, 78:16, 78:19, 78:25, 79:11, 79:21, 80:4, 80:8, 80:9, 80:13, 80:16, 80:23, 81:3, 81:20, 81:21, 83:2, 83:18, 83:21, 83:25, 84:1, 84:3, 85:5, 87:4, 91:4, 91:11, 91:14, 91:23, 92:1, 93:7, 93:25
**similar** [13] - 16:4, 17:1, 28:3, 38:18, 53:20, 70:22, 71:16, 75:10, 78:18, 88:5, 93:25, 95:19, 100:16
**similarly** [2] - 41:15, 78:18
**simply** [2] - 21:20, 34:5
**single** [1] - 31:6
**sit** [1] - 2:15
**site** [7] - 44:13, 53:2, 56:12, 101:10, 104:14, 105:4, 105:16
**site's** [1] - 76:18
**sites** [1] - 43:21

**sits** [1] - 45:4
**situation** [1] - 88:5
**six** [2] - 89:1, 90:13
**skip** [1] - 42:4
**slow** [4] - 40:4, 44:3, 48:18, 52:14
**small** [3] - 87:20, 90:13, 103:15
**smaller** [1] - 105:9
**snipcoins** [1] - 42:2
**software** [7] - 32:3, 40:2, 44:7, 49:15, 51:14, 51:18, 93:5
**sold** [2] - 43:23, 82:10
**someone** [5] - 2:12, 12:15, 24:13, 30:19, 56:12
**sometimes** [4] - 40:17, 52:20, 53:9, 84:13
**somewhere** [1] - 45:14
**soon** [2] - 82:10, 82:11
**sorry** [13] - 3:21, 3:22, 4:11, 14:11, 15:18, 23:10, 23:22, 40:20, 42:20, 46:18, 51:17, 54:19, 64:2
**sort** [16] - 8:4, 25:18, 30:4, 37:17, 40:13, 46:3, 52:4, 79:16, 81:23, 87:12, 90:20, 91:10, 97:11, 98:6, 99:1, 101:20
**sorts** [1] - 92:25
**sought** [1] - 40:17
**source** [15] - 3:13, 3:16, 4:5, 5:5, 8:15, 10:24, 14:4, 17:5, 24:17, 36:12, 38:4, 39:1, 39:4, 95:12, 104:12
**source-of-funds** [2] - 36:12, 38:4
**sources** [2] - 17:11, 95:13
**speaker** [2] - 21:20, 22:23
**speaker's** [1] - 11:15
**speaking** [7] - 38:21, 44:20, 46:17, 46:19, 46:23, 47:10, 47:13
**Special** [1] - 4:20
**specific** [11] - 5:16, 17:9, 20:20, 24:18, 27:6, 28:7, 58:13, 59:15, 65:18, 106:1, 106:7
**specifically** [6] - 11:24, 20:19, 27:18,

31:2, 34:12, 86:18
**specify** [1] - 51:3
**speculation** [1] - 9:24
**speed** [1] - 82:7
**spent** [1] - 37:12
**spoken** [1] - 10:22
**spreadsheet** [9] - 65:13, 70:25, 71:1, 71:15, 83:8, 83:20, 91:6, 92:7, 98:9
**spreadsheets** [1] - 74:21
**SR-1** [1] - 65:10
**SR1** [1] - 70:15
**SR2** [1] - 81:19
**SR2's** [1] - 81:18
**staff** [5] - 34:3, 34:5, 46:20, 46:22, 68:1
**stand** [2] - 21:17, 30:22
**stands** [1] - 88:11
**start** [1] - 24:1
**started** [1] - 14:25
**starting** [16] - 5:9, 7:8, 12:8, 19:19, 23:17, 25:11, 42:23, 61:12, 62:21, 67:21, 68:10, 82:6, 90:2, 90:5, 90:6, 90:7
**starts** [2] - 18:15, 81:15
**statements** [2] - 30:12, 85:23
**States** [1] - 39:20
**stats** [1] - 63:24
**step** [2] - 32:22, 33:8
**steps** [2] - 58:23, 59:4
**sterling** [2] - 5:15, 36:9
**Sterlingov** [20] - 2:4, 4:4, 5:2, 5:22, 13:5, 13:9, 13:10, 18:22, 20:21, 21:17, 25:3, 25:9, 30:7, 39:6, 42:15, 102:1, 102:10, 103:9, 103:20, 104:3
**Sterlingov's** [20] - 4:5, 5:6, 5:8, 5:21, 14:15, 17:17, 25:23, 34:17, 36:3, 36:8, 36:10, 37:3, 37:23, 38:3, 38:6, 38:9, 38:15, 38:25, 39:2, 102:22
**stickers** [1] - 15:16
**still** [5] - 5:22, 30:1, 30:22, 34:23, 54:24
**stock** [1] - 82:11
**stop** [3] - 15:2, 68:25, 69:10
**store** [1] - 43:10

**stored** [1] - 42:16
**straight** [2] - 38:15, 80:16
**string** [1] - 42:4
**stringing** [1] - 31:7
**structure** [1] - 61:16
**stuff** [1] - 104:1
**stupid** [1] - 15:1
**SUA** [2] - 102:17, 103:1
**SUAs** [1] - 102:20
**subject** [1] - 54:24
**submit** [2] - 13:22, 58:20
**submitted** [2] - 8:22, 13:21
**subpoena** [1] - 27:15
**subsequent** [2] - 28:12, 54:22
**subsequently** [3] - 37:12, 52:20, 66:25
**subset** [3] - 92:16, 92:17, 106:1
**successful** [1] - 48:1
**successfully** [1] - 84:14
**sucked** [1] - 18:9
**suggest** [1] - 87:20
**suggestion** [1] - 33:21
**sum** [1] - 9:19
**summarize** [4] - 35:14, 54:7, 62:2, 106:8
**summarizes** [1] - 71:2
**summarizing** [3] - 36:20, 53:23, 60:21
**summary** [8] - 54:5, 62:16, 69:22, 71:18, 75:21, 76:24, 91:6, 92:8
**sums** [1] - 9:18
**support** [6] - 68:6, 68:7, 69:5, 69:8, 69:9, 69:11
**support's** [1] - 68:21
**supposed** [1] - 21:5
**Surely** [1] - 33:23
**suspend** [1] - 58:22
**suspicious** [1] - 58:20
**sustained** [3] - 26:25, 40:22, 59:2
**SWIFT** [2] - 9:6, 16:21
**switching** [1] - 19:9
**Symbiosis** [28] - 61:12, 61:14, 62:22, 63:1, 63:17, 63:18, 63:21, 64:7, 64:10, 64:12, 64:16, 64:21, 65:10, 65:20, 67:7, 67:13, 67:19, 67:25,

68:5, 68:20, 68:25, 69:5, 69:6, 69:11, 69:25, 70:4, 70:23, 71:4
**Symbiosis'** [1] - 61:18
**Symbiosis's** [4] - 65:2, 67:3, 68:23, 69:15
**system** [3] - 40:12, 45:1, 68:17

## T

**tab** [24] - 15:15, 61:13, 61:17, 61:18, 62:7, 62:15, 65:10, 70:15, 71:12, 72:4, 72:25, 73:12, 73:23, 74:9, 78:13, 79:10, 80:3, 83:9, 83:20, 91:6, 91:21, 92:7
**tabs** [4] - 61:11, 61:17, 61:18, 61:24
**taint** [2] - 102:10, 104:2
**tar** [1] - 102:9
**tarring** [1] - 103:20
**team** [2] - 41:9, 41:21
**technical** [2] - 4:9, 31:22
**technology** [1] - 5:19
**Tek** [2] - 73:14, 73:16
**teller's** [1] - 26:14
**Temp** [4] - 14:14, 14:17, 24:3, 41:25
**ten** [1] - 15:1
**terms** [2] - 11:15, 30:25
**testified** [10] - 4:20, 21:1, 26:3, 36:12, 52:4, 70:22, 71:5, 72:14, 83:25, 98:7
**testify** [3] - 18:24, 22:11, 86:6
**testifying** [3] - 3:4, 10:12, 19:1
**testimony** [4] - 3:8, 4:21, 37:16, 54:22
**text** [4] - 12:7, 27:25, 81:17, 88:10
**THE** [93] - 2:2, 2:4, 2:7, 2:10, 2:18, 2:21, 2:23, 3:21, 3:24, 3:25, 4:11, 6:25, 7:2, 7:21, 10:1, 10:2, 10:16, 11:14, 16:7, 16:9, 18:20, 18:23, 20:7, 20:13, 20:24, 21:14, 22:5, 22:9, 22:15, 22:22, 23:10, 23:13, 23:22,

26:25, 29:12, 29:24, 31:4, 35:19, 35:21, 40:20, 40:22, 41:2, 41:3, 41:12, 41:13, 47:12, 47:13, 48:7, 48:8, 48:13, 48:14, 51:23, 51:24, 54:11, 54:13, 54:19, 57:3, 57:10, 57:14, 57:16, 57:18, 57:22, 57:25, 58:2, 58:13, 59:2, 60:7, 60:8, 61:23, 61:24, 62:8, 62:10, 63:8, 63:11, 64:2, 64:4, 69:19, 69:20, 77:20, 77:22, 81:6, 81:8, 85:11, 85:13, 85:20, 85:22, 86:22, 86:24, 102:15, 103:13, 104:6, 106:13, 106:15

**them..** [1] - 15:2
**theory** [1] - 86:9
**thinking** [1] - 18:22
**third** [2] - 20:3, 23:15
**thousands** [4] - 48:8, 49:17, 75:8, 95:19
**three** [1] - 22:12
**ticket** [1] - 13:24
**tied** [2] - 86:2, 86:6
**timely** [1] - 21:4
**Tipping** [2] - 82:13, 82:14
**tipping** [4] - 82:15, 82:17, 82:22, 83:16
**tips** [1] - 83:1
**titled** [2] - 82:13, 83:20
**titles** [1] - 55:6
**today** [2] - 57:19, 68:16
**together** [1] - 31:7
**top** [15] - 5:7, 8:9, 12:17, 18:11, 27:13, 30:3, 62:21, 65:16, 67:6, 71:3, 71:18, 74:21, 79:19, 81:14, 88:15
**Tor** [5] - 42:25, 43:1, 43:12, 43:15, 44:7
**total** [19] - 60:17, 67:7, 67:9, 71:23, 72:19, 73:6, 73:8, 73:19, 73:20, 79:6, 79:7, 79:19, 79:23, 79:24, 84:5, 91:16, 91:18, 92:3, 102:4
**totaled** [8] - 65:7, 74:17, 94:13, 96:1, 96:5, 96:8, 97:17, 98:11
**totaling** [3] - 16:16,

78:23, 94:7
**trace** [3] - 26:7, 26:12, 34:14
**traced** [2] - 5:22, 36:6
**traces** [1] - 28:22
**tracing** [9] - 7:25, 8:4, 25:18, 34:13, 34:16, 34:24, 35:5, 40:13, 48:4
**tracks** [1] - 66:9
**trading** [2] - 25:19, 25:23
**trafficking** [2] - 86:5, 102:10
**transaction** [36] - 6:14, 6:19, 6:21, 7:7, 7:14, 8:1, 19:8, 27:6, 27:8, 35:15, 40:15, 44:10, 44:23, 45:5, 47:1, 52:12, 52:16, 52:18, 52:22, 52:23, 52:25, 53:14, 66:7, 67:17, 68:1, 78:7, 78:11, 80:14, 87:22, 89:2, 89:19, 95:9, 101:20, 102:21, 104:10, 104:12
**transactions** [56] - 34:13, 34:15, 36:11, 36:16, 36:18, 37:13, 38:13, 38:14, 40:14, 41:6, 41:7, 48:23, 49:7, 49:13, 49:17, 51:12, 51:15, 51:19, 52:2, 52:3, 52:8, 52:11, 53:17, 53:20, 54:8, 55:17, 62:16, 62:19, 66:3, 71:13, 72:2, 72:23, 73:21, 74:6, 75:17, 77:13, 78:2, 78:15, 79:17, 86:2, 87:23, 93:12, 93:16, 95:16, 95:22, 97:6, 97:11, 98:1, 98:21, 99:1, 99:16, 100:13, 101:16, 105:19, 105:22, 106:2
**transfer** [4] - 10:4, 66:23, 95:12, 95:13
**transferred** [1] - 28:5
**transferring** [1] - 87:21
**transfers** [13] - 49:10, 53:23, 61:14, 67:1, 74:23, 75:11, 92:11, 92:13, 92:18, 94:1, 104:19, 105:23, 105:25
**translation** [3] - 21:21, 21:22, 22:4
**translations** [1] - 21:7

**translators** [3] - 20:15, 20:18, 22:21
**Trevor** [2] - 91:22, 91:25
**tried** [1] - 9:22
**true** [4] - 10:24, 14:4, 66:16, 66:17
**trusts** [2] - 25:15, 46:5
**try** [5] - 17:22, 28:20, 48:10, 48:19, 68:12
**trying** [6] - 59:9, 59:11, 61:21, 69:11, 69:13, 84:17
**tumblers** [1] - 5:12
**turn** [3] - 8:7, 42:17, 43:16
**turning** [1] - 11:23
**two** [12] - 12:19, 13:13, 17:20, 18:14, 21:9, 21:25, 33:19, 34:9, 55:10, 56:13, 56:24
**Tyl3r** [3] - 70:15, 70:19, 71:8
**type** [1] - 57:7
**types** [3] - 43:23, 58:14, 93:2
**typographical** [4] - 10:21, 10:22, 89:17, 95:4

## U

**U.S** [35] - 55:15, 55:22, 55:23, 56:7, 62:19, 66:6, 66:7, 66:11, 67:10, 71:9, 72:1, 72:22, 72:24, 73:10, 73:11, 73:21, 73:22, 74:6, 74:18, 74:19, 76:6, 78:10, 78:23, 78:25, 79:8, 79:9, 80:1, 80:2, 80:20, 80:21, 84:8, 84:9, 91:19, 91:20, 92:5
**U.S...and** [1] - 82:16
**UK** [2] - 73:14, 73:16
**unable** [1] - 39:12
**unauthorized** [1] - 96:25
**uncut** [1] - 64:10
**under** [4] - 41:24, 64:6, 66:15, 66:17
**underlying** [2] - 35:15, 106:9
**underneath** [1] - 14:14
**understood** [1] - 55:1
**unencrypted** [1] - 88:6
**unfair** [1] - 104:2
**unfairly** [1] - 103:20

**unidentified** [1] - 52:19
**United** [1] - 39:20
**up** [49] - 4:7, 6:15, 13:15, 14:11, 15:8, 15:10, 17:15, 18:10, 20:14, 20:20, 22:20, 23:4, 23:25, 24:2, 24:23, 27:20, 27:22, 29:6, 30:19, 42:17, 42:19, 46:3, 46:4, 52:22, 54:19, 57:18, 57:19, 58:7, 64:11, 65:15, 66:1, 67:5, 68:17, 71:18, 75:22, 77:9, 80:25, 81:12, 81:14, 81:15, 82:1, 82:17, 83:1, 85:2, 90:3, 94:22, 96:16, 104:1
**uploading** [1] - 101:15
**Urban** [1] - 6:10
**user** [30] - 11:17, 32:24, 44:6, 44:11, 44:17, 44:21, 44:22, 45:5, 45:12, 46:5, 46:11, 46:25, 47:2, 50:21, 58:11, 58:21, 59:15, 63:21, 64:23, 81:18, 81:19, 84:5, 87:8, 89:8, 89:24, 92:22, 94:18, 101:19, 106:7, 106:9
**user's** [2] - 58:21, 58:22
**username** [4] - 44:7, 63:24, 78:6, 95:2
**users** [22] - 26:9, 40:25, 46:13, 47:17, 50:4, 50:15, 51:12, 58:18, 59:6, 59:19, 59:24, 60:17, 60:19, 60:25, 61:8, 61:25, 62:17, 80:13, 81:21, 86:19, 96:24, 101:13
**users'** [1] - 47:14

## V

**vague** [2] - 58:15, 60:6
**valid** [4] - 9:15, 9:16, 9:19, 10:3
**valuable** [1] - 41:7
**value** [36] - 55:14, 55:15, 55:22, 55:23, 56:8, 62:19, 66:6, 66:7, 66:12, 67:10, 71:9, 72:1, 72:22, 73:10, 73:11, 73:21, 73:22, 74:4, 74:6, 74:18, 74:19, 76:6, 78:25,

79:8, 79:9, 80:1, 80:2, 80:20, 80:21, 84:8, 84:9, 91:19, 91:20, 92:5

**valued** [35] - 56:16, 56:19, 76:9, 76:12, 76:15, 94:8, 94:11, 94:13, 94:16, 96:2, 96:5, 96:8, 96:11, 97:18, 97:21, 97:23, 97:25, 98:12, 98:15, 98:17, 98:20, 99:8, 99:11, 99:13, 99:15, 100:1, 100:4, 100:7, 100:10, 100:22, 100:24, 101:2, 101:4, 104:20, 104:22

**varieties** [1] - 82:11
**various** [4] - 3:17, 17:6, 36:3, 102:19
**vault** [1] - 17:13
**vehemently** [1] - 102:12
**vendor** [50] - 44:21, 45:6, 45:7, 45:11, 45:12, 45:24, 45:25, 46:12, 47:1, 50:25, 51:1, 52:24, 52:25, 53:9, 56:12, 61:13, 62:22, 63:18, 63:24, 63:25, 68:6, 68:7, 68:21, 69:5, 69:8, 69:9, 69:22, 70:16, 71:13, 72:5, 72:12, 73:1, 73:3, 73:13, 73:16, 73:24, 74:10, 76:24, 77:6, 79:11, 80:4, 80:8, 81:20, 83:22, 84:21, 91:7, 91:23, 92:22, 92:23, 93:2

**vendors** [28] - 44:14, 46:14, 47:17, 47:22, 59:21, 60:8, 61:25, 68:9, 70:9, 70:13, 71:16, 72:13, 76:20, 76:23, 77:3, 78:19, 83:25, 84:1, 84:3, 86:12, 86:18, 86:19, 86:21, 91:11, 92:8, 92:15, 105:3

**verify** [1] - 106:19
**versa** [1] - 52:18
**version** [1] - 22:19
**versus** [1] - 66:16
**vertical** [1] - 36:15
**via** [6] - 42:25, 43:1, 43:12, 43:15
**vice** [1] - 52:18
**Video** [28] - 101:7, 101:9, 101:10, 101:12,

101:13, 101:17, 104:10, 104:11, 104:13, 104:15, 104:17, 104:18, 104:20, 104:22, 104:25, 105:1, 105:3, 105:5, 105:6, 105:9, 105:11, 105:14, 105:17, 105:20, 105:25, 106:7, 106:20, 106:22

**viewed** [1] - 6:22
**virtual** [4] - 4:2, 39:17, 42:13, 58:17
**visible** [2] - 28:22, 33:11
**VM** [3] - 42:2, 42:12, 42:13
**volume** [1] - 21:8
**voluminous** [1] - 75:11

## W

**walk** [14] - 44:4, 55:16, 56:13, 64:18, 75:24, 78:4, 94:4, 95:25, 97:15, 98:9, 99:4, 99:24, 100:19, 104:15
**walked** [1] - 92:9
**walking** [2] - 45:6, 67:18
**Wallet** [3] - 82:14, 82:15
**wallet** [41] - 3:6, 3:9, 3:14, 10:2, 17:24, 18:3, 28:5, 34:18, 34:19, 34:20, 34:22, 37:3, 37:7, 37:11, 37:19, 37:22, 37:23, 38:3, 38:12, 38:16, 38:25, 39:2, 39:24, 40:3, 40:5, 42:1, 42:11, 42:23, 42:24, 42:25, 43:5, 43:8, 43:10, 50:9, 53:10, 75:8, 82:17, 82:22, 89:10
**wallets** [5] - 32:2, 32:3, 38:24, 51:12, 93:7
**wants** [1] - 2:15
**washing** [2] - 32:22, 33:8
**ways** [1] - 25:13
**wealthy** [1] - 82:16
**web** [2] - 16:15, 31:17
**website** [3] - 43:15, 66:9, 66:13
**weekend** [1] - 88:17
**weird** [2] - 18:12, 19:8

**welcome** [2] - 2:23, 57:10
**Welcome** [28] - 101:6, 101:9, 101:10, 101:12, 101:13, 101:16, 104:10, 104:11, 104:13, 104:15, 104:17, 104:18, 104:19, 104:21, 104:25, 105:1, 105:3, 105:5, 105:6, 105:9, 105:11, 105:14, 105:17, 105:20, 105:25, 106:7, 106:19, 106:21
**WestcoastRX** [2] - 74:10, 74:12
**whereas** [1] - 31:16
**whisper** [1] - 30:19
**white** [1] - 82:8
**whole** [2] - 6:7, 17:8
**willing** [2] - 46:25, 47:2
**withdraw** [17] - 28:4, 51:2, 52:24, 69:11, 69:13, 72:17, 73:4, 73:16, 79:3, 79:18, 80:15, 84:10, 91:3, 91:13, 91:25, 105:2, 105:4
**withdrawal** [20] - 26:20, 27:2, 28:12, 51:3, 52:18, 53:1, 53:9, 64:20, 64:21, 64:25, 66:15, 66:17, 67:19, 69:7, 69:20, 69:25, 70:1, 70:6, 74:20
**withdrawals** [23] - 15:1, 51:6, 59:19, 64:11, 64:16, 65:2, 67:3, 67:12, 69:15, 70:20, 71:1, 71:2, 71:11, 72:9, 74:4, 74:16, 74:23, 79:8, 80:18, 83:1, 91:17, 91:19, 96:25
**withdrawing** [5] - 47:19, 67:20, 83:18, 92:15, 105:5
**withdrawn** [9] - 14:25, 64:24, 66:24, 73:19, 79:6, 79:23, 79:24, 92:3
**withdrew** [6] - 67:8, 68:16, 74:12, 76:21, 79:20, 84:6
**WITNESS** [11] - 3:25, 10:2, 41:3, 41:13, 47:13, 48:8, 48:14, 51:24, 60:8, 61:24,

69:20
**witness** [16] - 2:18, 18:21, 18:23, 18:24, 19:1, 20:25, 21:5, 22:10, 22:22, 29:23, 29:24, 30:17, 57:10, 57:18, 85:17
**witness's** [2] - 29:12, 30:20
**word** [4] - 20:21, 21:9, 21:13, 22:5
**words** [2] - 29:13, 42:10
**workbook** [1] - 66:3
**works** [1] - 31:23
**world** [1] - 30:1
**worrying** [1] - 69:10
**write** [2] - 14:8, 88:16
**writes** [5] - 32:21, 88:17, 88:22, 88:25, 89:16
**writing** [2] - 27:17, 27:23
**written** [1] - 29:4
**wrote** [1] - 14:21

## Y

**years** [3] - 12:11, 12:15, 21:3
**yesterday** [1] - 37:16
**yourself** [2] - 103:25, 104:1
**yourselves** [1] - 57:6

## Z

**zero** [4] - 57:21, 57:22, 58:5, 104:24
**zoom** [4] - 17:22, 36:5, 38:1, 64:3
**zooming** [1] - 16:18

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*    )
UNITED STATES OF AMERICA,              )      Criminal Action
                                       )       No. 21-00399
                Plaintiff,             )
                                       )
    vs.                                )
                                       )
ROMAN STERLINGOV,                      )      Washington, D.C.
                                       )      February 23, 2024
                Defendant.             )      10:07 a.m.
                                       )
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*    )



TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE


<u>APPEARANCES:</u>

FOR THE PLAINTIFF:        CHRISTOPHER BROWN, ESQ.
                          UNITED STATES ATTORNEY'S OFFICE FOR
                            THE DISTRICT OF COLUMBIA
                          601 D Street, Northwest
                          Suite 5.1527
                          Washington, D.C. 20530

                          CATHERINE PELKER, ESQ.
                          U.S. DEPARTMENT OF JUSTICE
                          950 Pennsylvania Avenue, Northwest
                          Washington, D.C. 20530

                          JEFFREY PEARLMAN, ESQ.
                          U.S. DEPARTMENT OF JUSTICE
                          1301 New York Avenue, Northwest
                          Washington, D.C. 2005


FOR THE DEFENDANT:        TOR EKELAND, ESQ.
                          MICHAEL HASSARD, ESQ.
                          TOR EKELAND LAW, PLLC
                          30 Wall Street
                          Eighth Floor
                          Brooklyn, New York 10005

REPORTED BY:          LISA EDWARDS, RDR, CRR
Official Court Reporter
United States District Court for the
  District of Columbia
333 Constitution Avenue, Northwest
Room 6706
Washington, D.C. 20001
(202) 354-3269

INDEX

WITNESS
WITNESS                                                          PAGE

LUKE SCHOLL

   Cross-Examination By Mr. Ekeland                        6


E X H I B I T S
E X H I B I T S

Exhibit No.                                                 Received

No exhibits marked
No exhibits marked

Appx4124
Appx4124

THE COURT: Anything we need to address before bringing the jury in?

MR. BROWN: I think we're still waiting for the Defendant.

THE COURT: Let's wait for him, then.

(Thereupon, the Defendant entered the courtroom and the following proceedings were had:)

THE COURT: Mr. Brown?

MR. BROWN: Yes, your Honor.

Before we get started, the Government would like to be heard on the Rule 403 issue.

THE COURT: Do we need to do that now? The jury is lined up outside. Could we do that --

MR. BROWN: Your Honor, I guess the question is whether we should be able to ask the witness here a question about material that was omitted from view to the jury yesterday. I mean, we do have another witness who could present that same material. But at some point we would like to be heard on the Rule 403 issue.

THE COURT: You actually want to ask about the particular names of the videos?

MR. BROWN: We would like to present that evidence to the jury. Yes, your Honor. We could do it either now or with a different witness. I mean, we do have another witness.

THE COURT: We can do it if you want to now. But you should know the jurors are standing in the hallway lined up, waiting to come in.

MR. BROWN: Yes, your Honor. We just want to make sure this is addressed.

THE COURT: If you think we need to do it now, I'm happy to do it. If you want to do it later, we can do that, too.

MR. BROWN: We can do it with a different witness, your Honor.

THE COURT: Anything else before we bring the jury in?

MS. PELKER: No, your Honor.

THE COURT: The witness can come back. The witness can retake the stand.

(The witness retakes the witness stand.)

THE COURT: And we can get the jury.

THE COURTROOM DEPUTY: All rise.

(Whereupon, the jury entered the courtroom at 10:10 a.m. and the following proceedings were had:)

THE COURTROOM DEPUTY: The jury is present.

You may be seated and come to order.

Criminal Case 21-399, the United States of America versus Roman Sterlingov.

Would counsel please approach the podium and state

their name for the record, starting with Government counsel.

MS. PELKER:  Good morning, your Honor.  Alden Pelker for the United States, joined at counsel table by Christopher Brown and Jeff Pearlman.

THE COURT:  Good morning.

MR. EKELAND:  Good morning, your Honor.  Tor Ekeland for Defendant Roman Sterlingov, who is present in court.  Joining me at counsel table is Mr. Michael Hassard.

THE COURT:  Good morning to you as well.

Ms. Pelker, any further questions?

MS. PELKER:  No, your Honor.  The Government passes the witness.

THE COURT:  Mr. Ekeland, you may proceed when you're ready.

MR. EKELAND:  Thank you, your Honor.

(LUKE SCHOLL, GOVERNMENT WITNESS, PREVIOUSLY SWORN.)

CROSS-EXAMINATION

BY MR. EKELAND:

Q.  Good morning, Mr. Scholl.  Are you ready?

A.  Good morning, sir.  Yes.

Q.  You only came into this investigation after Mr. Sterlingov was arrested?

A.  Yes, sir.  That's correct.

Q.  You weren't asked to discover if Mr. Sterlingov was innocent?

Scholl - CROSS - By Mr. Ekeland

MS. PELKER: Objection, your Honor.

THE COURT: Sustained.

BY MR. EKELAND:

Q. You were asked to confirm prior traces done by previous investigators?

A. I would say that I was asked to analyze certain data sets.

Q. Did you review the criminal complaint in this case?

A. Yes, sir. I believe I did.

Q. And you saw in that criminal complaint a prior trace?

A. Yes, sir.

Q. And the traces that you've done aren't the same as that trace. Is that correct?

A. The traces that I've done are similar to that trace. I did my tracing before I actually saw the trace that was in the criminal complaint, sir.

Q. The trace that you did before you saw the trace in the criminal complaint wasn't the same as the trace in the criminal complaint?

A. They're very similar, but I acknowledge that there are differences between the two. It might be just because of how we chose to represent information in those two different traces.

Q. But there are differences?

A. They're not identical, no, sir.

Scholl - CROSS - By Mr. Ekeland

Q. I'm sorry? You said they're not identical? I just didn't hear you.

A. They're not identical, no.

Q. Thank you.

And you haven't interviewed any eyewitnesses related to this matter?

A. No, sir, I have not.

Q. And you haven't gone to Sweden?

A. No, sir, I have not.

Q. And you haven't gone to Romania?

A. No, sir, I have not.

Q. And you are from the Newark FBI office?

A. Yes, sir, I am.

Q. And would it be fair to say that most of the investigation that you've done in this case has been from sitting in front of a computer?

A. Yes, sir, that's correct.

Q. Now I'm just going to ask you some questions about Chainalysis and blockchain tracing. Do you understand?

A. Yes, sir, I do.

Q. And just to begin, the National Institute for -- what is it? -- Science Standards and Technology, that's a government agency that issues standards for different fields. Correct?

A. That's my understanding. Yes, sir.

Q. And that government agency hasn't issued any standards

Scholl - CROSS - By Mr. Ekeland

at all related to blockchain tracing?

A. Not to my knowledge. No, sir.

Q. And that government agency hasn't issued any standards at all when it comes to blockchain tracing software that clusters like Chainalysis Reactor?

A. I'm not aware of any, sir.

Q. And there's no scientific body that regulates the field of blockchain analysis?

A. Not to my knowledge. No, sir.

Q. And you can't name me one scientific peer-reviewed paper attesting to the accuracy of the blockchain tracing methodologies that you have used in this case?

A. No, sir, I cannot.

Q. And you can't name me one scientific peer-reviewed paper attesting to the accuracy of the methodologies that Chainalysis Reactor uses?

A. No, sir, I cannot. I can only testify to my years of experience using the tool.

Q. And Chainalysis makes a lot of money from government contracts?

MS. PELKER: Objection, your Honor.

THE COURT: Why don't you lay a foundation and see if this witness knows anything about that.

MR. EKELAND: I can move on.

Scholl - CROSS - By Mr. Ekeland

BY MR. EKELAND:

Q. You're not claiming that all your blockchain tracing is 100 percent accurate, are you?

A. I'm -- there are approximations in the analysis. But the tracing is accurate, sir.

Q. Is it 100 percent accurate?

A. Can you define that, sir?

Q. Yes. 100 percent accurate, no mistakes ever.

A. No. I've made mistakes in my previous analysis; and those mistakes have been corrected and were not, in my opinion, changing the outcome of that analysis in any way.

Q. And those mistakes included typos in Bitcoin wallet addresses. Correct?

A. I don't recall a typo in a Bitcoin wallet address. I recall a typo in a date in a transaction and there were other typographical errors in the initial analysis. Yes, sir.

Q. And you recall having to correct some of those errors in -- I believe it was in your January pretrial testimony in this case. Correct?

A. Yes, sir. That's correct.

Q. And --

A. I would testify that I didn't -- I don't believe that those minor typographical errors affected the outcome of the analysis.

Scholl - CROSS - By Mr. Ekeland

Q. But you would agree with me that if you made a typo in a Bitcoin wallet address and, say, you just got one letter off, that that would affect your tracing?

A. I don't recall a typographical error in a Bitcoin wallet address, sir.

Q. I'm sorry. Maybe you didn't understand my question.

My question was: If there is -- if you had made a typo in a Bitcoin wallet address, that that would affect the accuracy of your tracing?

A. No. I don't believe it would, sir. There might have been a typographical error, but the underlying address is the intended address that I meant to put in there. Again, I don't recall there being a typographical error in a Bitcoin address, but that would still just be a typographical error. The analysis is accurate.

Q. That's not the question I asked.

The question I'm asking you is: If you have a Bitcoin wallet address, what, they're somewhere between 36 and 42 characters or something like that. Is that correct?

A. 26 to 35 for the [indiscernible] addresses --

THE COURT REPORTER: I'm sorry. 26 to 35 for the what?

THE WITNESS: I think it suffices to say that there are different lengths, sir, depending on the type of Bitcoin address.

Scholl - CROSS - By Mr. Ekeland

BY MR. EKELAND:

Q. And in that Bitcoin address, there's letters?

A. Yes, sir.

Q. And there's numbers?

A. Yes, sir.

Q. And is it your testimony that if you -- in your expert opinion, that if you get one of those letters wrong, that it doesn't affect the accuracy of your blockchain tracing?

A. If there was a typographical error in my report and there was an address that was -- that included an error, that would be wrong. But the underlying address that I intended to type would be correct.

Furthermore, it is very unlikely that the error would result in a valid Bitcoin address. It's not like I could make an error in a Bitcoin address in the written report that would result in a change to the analysis.

There might be -- if there was -- and I don't believe there is an error in an address in the report -- it is unlikely that that error would result in a valid Bitcoin address that someone else could interpret as a mistake in the analysis.

Q. Is it your testimony that if you have a letter or a number wrong in a Bitcoin address that you use in a tracing, that that won't affect the validity of your trace?

MS. PELKER: Your Honor, I think this is asked and

Scholl - CROSS - By Mr. Ekeland

answered at this point.

MR. EKELAND: Your Honor, I don't think he's answered this question.

THE COURT: I'll allow this once and then let's move on.

THE WITNESS: Can you repeat the question, please, sir?

BY MR. EKELAND:

Q. Yes.

My -- it's -- my simple question is whether if there is an incorrect letter or number, just one, in a Bitcoin wallet address that you use in a trace, is it your testimony that that wouldn't affect the accuracy of your trace?

A. You're asking me if there was a typographical error in the report, where there was a single character typographical error, that that would affect the analysis in the report?

Q. No. I'm not asking you even about your report.

I'm asking you if there was -- I'm asking you a hypothetical question. In your expert opinion as a cryptocurrency expert in tracing, as you qualified in this court, I'm asking you whether if there's a typographical error, either just one letter or one number, in a Bitcoin wallet address, and that you then go and use that wallet address with that typographical error in it to do a tracing,

Scholl - CROSS - By Mr. Ekeland

I'm asking you if that would affect the accuracy of your trace.

A.   My answer, sir, would be that if I was doing a trace based on an address with a typographical error, it would show up in Chainalysis and on block explorers as an invalid Bitcoin address.  I would go back and realize that there was a typographical error in the address that I was trying to analyze.

Q.   But isn't it true that it could show up as an invalid Bitcoin address or it could show up as somebody else's Bitcoin address?  There's two possibilities there.  It just doesn't necessarily end up as invalid.  Isn't that true?

A.   Sir, the amount of entropy in a Bitcoin address is high. It is exceptionally unlikely that a single typographical error would result in a Bitcoin address that was used by someone else, much less that would fit into the tracing that I was conducting during this analysis.

Q.   And you said it was exceptionally unlikely.  Can you give me a statistical number on the probability of that unlikeliness?

A.   It is extremely small.  Bitcoin addresses are generated randomly.  And generally, wallets don't even check to see if that random Bitcoin address had been generated before. There's so many characters and numbers in an address that is so long, you don't have collisions like that.

Scholl - CROSS - By Mr. Ekeland

THE COURT: Let's move on. Let's move on.

BY MR. EKELAND:

Q. But it's not impossible?

THE COURT: I --

THE WITNESS: It is beyond a reasonable doubt that that would happen.

THE COURT: Let's move on.

BY MR. EKELAND:

Q. You've never had any independent audit of any of your blockchain tracing, have you?

A. No, sir. I would say that in a way I have, although it wasn't intended to be an external audit. I testified to the trainings that I've taken with Chainalysis and TRM. Many of my cases that I've worked previously in my career were presented as case studies in those trainings. So in effect, there was an audit of my blockchain analysis.

Q. But that wasn't an independent audit? It wasn't an independent audit?

A. It was conducted independently. I didn't provide any of my analysis to Chainalysis or TRM when they created case studies for their training of my cases.

Q. But that data set was just purely limited to --

MS. PELKER: Objection, your Honor.

BY MR. EKELAND:

Q. -- just a small set --

MS. PELKER: Asked and answered.

BY MR. EKELAND:

Q. -- of your cases?

THE COURT: You can answer. Go ahead.

THE WITNESS: Admittedly, it was a small subset of my cases. But yes, sir.

BY MR. EKELAND:

Q. And you can't tell me any statistical error rate in relation to your blockchain tracing, can you?

A. No, sir. I can only tell you that, as I stated before today, I cannot recall a time that I reviewed a subpoena where Chainalysis attribution wasn't correct.

Q. But all you have is stories about the accuracy of your tracing?

MS. PELKER: Objection. Misstating the witness's answer and what's in evidence.

MR. EKELAND: Your Honor, he can --

THE COURT: I just think that it's asked and answered.

BY MR. EKELAND:

Q. You can't tell me the statistical error rate for Chainalysis Reactor, can you?

A. No, sir, I cannot.

Q. And you're aware that Chainalysis doesn't collect internal data on its error rate. Correct?

Scholl - CROSS - By Mr. Ekeland

A.   I'm not aware of that.  No, sir.  I can't testify to what Chainalysis does for analyzing error rates.

Q.   And you can't tell me your rate of false positives when it comes to your blockchain tracing, can you?

A.   Can you define "false positive" in this instance, sir?

Q.   Yes.  It's an instance where you come up and you do a tracing and you think somebody did it, but you were wrong.

A.   I'd say that definition is vague.  But we did some analysis to provide to the Court when the Court inquired about error rates, and we had -- where we analyzed all of the subpoena returns that I used in my analysis for this case and found no false positives.

Q.   But as you sit here -- so you're telling me your false positive rate is zero?

A.   That's not what I'm saying.  No, sir.

Q.   Okay.  As you sit here, you cannot tell me your false positive rate when it comes to your blockchain tracing, can you?

A.   I can't quantify the false positive rate.  I can only qualify, sir, in my experience Chainalysis has been extremely reliable.

Q.   I was asking about your blockchain tracing.  And it's your testimony that you can't quantify it, the false positive rate?

A.   The error rate?  I don't -- your definition of the error

Scholl - CROSS - By Mr. Ekeland

rate is hard to quantify, sir.

Q.  How about, what's your definition of the error rate?

MS. PELKER:  Objection, your Honor.

MR. EKELAND:  Your Honor, he's an expert and he brought up -- he raised the issue.

MS. PELKER:  He did not raise the issue.  Defense counsel -- we're allowing some leeway to go down this area, but --

THE COURT:  Why don't you just ask him -- maybe perhaps you can rephrase your question.  If he's having difficulty understanding your question, perhaps you can rephrase it.

MR. EKELAND:  I'll move on.

BY MR. EKELAND:

Q.  Can you tell me Chainalysis Reactor's rate of false positives?

A.  No, sir, I cannot.

Q.  And can you tell me in relation to your blockchain tracing your rate of -- statistical rate of false negatives?

A.  Can you define a false negative in this case, sir?

Q.  Yes.  It's a trace where you think somebody wasn't involved in a particular activity but they actually were.  It's the opposite of a false positive.  Does that make sense to you?

MS. PELKER:  Your Honor, objection.  I just don't

Scholl - CROSS - By Mr. Ekeland

think that that's what a false negative is.

MR. EKELAND: That's what --

THE COURT: I'm confused by the question as well. Perhaps if you could rephrase it.

BY MR. EKELAND:

Q. Well, let me just ask this: Under any understanding of a false negative, can you tell me your false negative rate in relation to your blockchain tracing?

A. Again, I don't understand the question, sir.

THE COURT: Just to make sure that I'm understanding, are you asking him whether there are cases in which, in essence, they miss something or he misses something where somebody is engaged in some wrongdoing --

MR. EKELAND: Well --

THE COURT: -- and they don't identify it? Is that the question?

MR. EKELAND: Well, yes. The false negative where you come to the conclusion that somebody or some entity wasn't involved in something, but they actually were. Come to a negative conclusion about a proposition and you were wrong.

THE COURT: So I guess the problem I'm having, I think, the confusion I'm having with the question is, you're sort of shifting -- the question shifts between asking about a particular blockchain tracing and more abstractly about

Scholl - CROSS - By Mr. Ekeland

whether you think somebody did something wrong or not.

Maybe if you just phrased the question in terms of -- are the cases in which, for example, there was an address that was in a cluster and you missed it, if that's what you were asking, that would be clearer for me.

MR. EKELAND: Your Honor, it's my understanding these are fairly common things in error analysis. But I'll just ask another -- a real simple question and I'll move on.

THE COURT: I just -- I'm having a heard time understanding the question. And so I just want to make sure that it's clear.

MR. EKELAND: I understand, your Honor.

THE COURT: Okay.

BY MR. EKELAND:

Q. Just, Mr. Scholl, you can't tell me your rate of false negatives when it comes to your blockchain tracing analysis?

A. Again, sir, I don't understand the question.

Q. And you can't tell me the rate of false negatives when it comes to -- for Chainalysis Reactor, can you?

A. Again, I don't believe you've defined what a false negative means when it comes to Chainalysis Reactor.

Q. But you don't have any --

MS. PELKER: Objection, your Honor. Asked and answered.

MR. EKELAND: I haven't even asked my question.

Scholl - CROSS - By Mr. Ekeland

THE COURT: Go ahead.

MR. EKELAND: Thank you. I'm going to move on.

BY MR. EKELAND:

Q. And you spoke of -- you testified a lot in the last day or so about clustering. Correct? Do you recall that?

A. Yes, sir.

Q. And you're not aware of a single scientific peer-reviewed paper attesting to the accuracy of Chainalysis Reactor's clustering methodologies, are you?

A. No, sir. I'm not aware of one.

Q. And you testified that you've used different blockchain analytic platforms like Chainalysis Reactor, I think TRM and CipherTrace. Is that correct?

A. I've used more than that, sir. But that did come up in testimony.

Q. Are you aware that those different platforms often give different attributions to different clusters?

A. I'm aware that those platforms often have different attributions. Most commonly, one will have an attribution and one won't have an attribution, but it's possible that those platforms disagree. In my experience, Chainalysis is extremely reliable, and that is the clustering that was relied on during my analysis.

Q. But you can't give me any kind of statistical or scientific numbers as to the accuracy of Chainalysis

Scholl - CROSS - By Mr. Ekeland

Reactor?

A. I can tell you that I checked addresses from Bitcoin Fog, the Bitcoin Fog cluster in Chainalysis that made direct transactions to Mr. Sterlingov's accounts and I checked those against TRM. And they matched 100 percent. TRM also clustered all of those addresses at Bitcoin Fog.

Q. But you haven't done any -- you can't cite me any statistical accuracy rate for Chainalysis Reactor's clustering?

A. I can only tell you that in my experience it's extremely reliable.

Q. And your experience is purely anecdotal?

A. It's based on my experience using Chainalysis since 2015 in multiple investigations.

Q. And Chainalysis Reactor's clustering -- correct me if I'm wrong -- it doesn't contain any geographical data, does it?

A. I'm not aware of Chainalysis using geographical data in clustering.

Q. And it doesn't contain any jurisdictional data, does it?

A. The clustering heuristics, sir?

Q. Yes.

A. I'm not aware of Chainalysis using jurisdictional information in clustering.

Q. So when you look at clustering data from Chainalysis,

you don't know where any particular transaction occurred?

A. Just looking at clustering information, no, sir. Like, which addresses belong to a cluster, no, I don't.

Q. And you would agree with me that different jurisdictions have different laws?

MS. PELKER: Objection, your Honor. This is beyond the scope of the witness's testimony.

MR. EKELAND: No, it's not, your Honor.

THE COURT: I'll allow it.

THE WITNESS: I would agree that different jurisdictions have different laws.

BY MR. EKELAND:

Q. So you don't have any way of confirming through Chainalysis clustering whether or not a particular transaction was illegal in a particular jurisdiction?

MS. PELKER: Objection, your Honor. This calls for a legal conclusion.

MR. EKELAND: Your Honor, he's -- it's not a legal conclusion. I'm asking for the -- he has repeatedly said that Chainalysis Reactor is identifying illicit funds flowing into darknet markets; and I am asking him for the basis of that opinion, and what I have just been told is that there is nothing in Chainalysis Reactor clustering that does anything to analyze whether or not --

THE COURT: I'm sorry. You're making an argument

now rather than an objection, rather than responding to an objection.

MR. EKELAND: I'm not objecting.

THE COURT: I know. But you're arguing your case rather than responding to the objection.

I'll allow this one question, but then I think we should move on.

THE WITNESS: I'm sorry. Can you repeat the question, please, sir?

BY MR. EKELAND:

Q. Yeah. Sure.

There's no way, from looking at Chainalysis Reactor's clustering, to know whether or not the transaction was legal in any particular jurisdiction?

A. Chainalysis doesn't have legal advice in the cluster. But when I characterize funds as illicit, what I'm talking about is funds going to darknet markets, where the primary product is drugs.

Q. Is it your testimony that drugs are illegal in every jurisdiction in the world?

A. No, sir, it's not.

Q. Are you an expert in the laws of Sweden?

THE COURT: All right. He's not. So let's move on.

BY MR. EKELAND:

Q.  Do you recall testifying about indirect and direct paths?

A.  Yes, sir, I do.

Q.  Could you just remind the jury what you consider to be an indirect path?

A.  An indirect path between one entity, like Bitcoin Fog, and another entity, like Mr. Sterlingov's -- one of Mr. Sterlingov's accounts would be a path where funds are moved from Bitcoin Fog and went to one or more intermediary addresses, but those funds are provably moving into Mr. Sterlingov's account.  All it means is there's two clusters and there's at least one or more intermediary between those two clusters.

Q.  And in order to do your indirect tracing, you have to make certain assumptions about those intermediary addresses?

A.  I suppose it's true.  So we assume that those intermediary addresses are not part of another service.

Q.  You assume?  That's the word you used.  Correct?

A.  Let me be clear:  It is a fact that those indirect funds moved through addresses and then went into one of the accounts that I was talking about.  That's a fact on the blockchain.  Those are the funds moved.

We don't know -- I can't say with absolute certainty that there wasn't, like, a change in control

there. It's possible that one of those intermediary addresses belonged to a different service and those funds now aren't necessarily related to a path intended to move from Bitcoin Fog into one of Mr. Sterlingov's accounts.

Q. You have to make certain assumptions in your trace.

A. It's not an assumption, I wouldn't say, sir. Again, it is a fact that funds moved through those Bitcoin addresses. That part is factual.

Q. Right. But you said, if I heard you correctly, that you have to assume certain things about control of those addresses.

A. When you're making conclusions about what that means, you have to make assessments about the information in the intermediary path.

Q. For instance, would you consider a peel chain to be an indirect path? If there was a peel chain from, say, Bitcoin Fog going to Mr. Sterlingov's account, would you consider that peel chain to be an indirect or a direct path?

A. That would be an indirect path.

Q. So when you do a peel chain analysis, you have to make a choice as to what is the spend address. Correct?

A. That's correct.

Q. And then you have to make an assumption about what the chain address -- change, like change, change address is. Correct?

Scholl - CROSS - By Mr. Ekeland

A. When I initially did this analysis, sir, I did make assessments about which address was a payment address and which address was a change address. All of the peel chains that were specifically discussed in my initial analysis proved accurate, that all of those assessments were accurate through dozens and dozens of addresses in the peel chain.

When we reviewed Mr. Sterlingov's Mycelium wallet, all of the peel chains in my analysis were in -- were addresses in Mr. Sterlingov's Mycelium wallet, and it was proved to be accurate, all of the assessments.

Q. I'm sorry. My question was just whether when you're doing a peel chain analysis you have to make a guess or an assumption about what the change address is.

A. Generally, I would say that's correct. I would call it an assessment. It's based on data and information. It's not like flipping a coin.

Q. Well, you can't give me the statistical accuracy rate for your peel chain analysis?

A. That's correct.

Q. Okay. Can you explain to the jury again what a change address is in a peel chain?

A. A change address, again, is when you have a transaction with two outputs where one output is the intended payment and the other is change coming back into the wallet because the wallet didn't have an input to spend that was the

Scholl - CROSS - By Mr. Ekeland

precise amount of money that it wanted to spend.

There was the coffee example that we talked about where you're trying to buy a $4 coffee with a $5 bill. So you would send an output of four Bitcoin, in this case, with one Bitcoin output being the change coming back to your wallet.

Q. Could you explain to the jury again what a spend address is?

A. In that transaction, the coffee payment of four Bitcoin, the address that that payment went to would be the payment address. Mr. Ekeland is referring to it as a spend address, but it's the same.

Q. And if you are wrong in any of your assumptions about the spend or change address, that would dramatically change the results of your tracing, wouldn't it?

A. In certain situations, hypothetically, it could. However, again, the analysis focuses on multiple paths that largely were confirmed by Mr. Sterlingov's Mycelium wallet analysis.

Q. That was a yes?

MS. PELKER: Objection, your Honor.

THE WITNESS: Yes.

MS. PELKER: The witness has --

THE COURT: He's answered the question.

Scholl - CROSS - By Mr. Ekeland

BY MR. EKELAND:

Q. In terms of the intermediary addresses in your peel chain analysis, did you have the private keys for any of those addresses?

A. When I initially did the analysis, no. After we received the Mycelium wallet pneumonic or seed phrase, I did. That's how I confirmed that the initial analysis that I conducted without those private keys was accurate.

Q. You'd agree with me, though, that you'd need a private key to confirm whether or not somebody controls a Bitcoin address?

A. No, sir. I would not agree with you. I would say that generally that's the most concrete way to determine if someone controls a Bitcoin address. But there's plenty of other ways that we would determine that someone controls a Bitcoin address.

Q. If somebody --

A. If you said you were going to pay me from this Bitcoin address and then sent me the amount of money that you were going to send and it came from that Bitcoin address, I would determine that you controlled the Bitcoin address that was sending those funds.

Q. Sure. That's circumstantial evidence.

But you would agree with me that if you knew that I had -- you saw that I had the private key to a wallet

address, you would be 100 percent certain that I controlled it?

A. Yes, sir. You'd have the ability to control it.

Q. And if you didn't find a private key on me after you had searched everything that I had everywhere, all my devices, my diary, my notes and everything, you couldn't be 100 percent certain that I controlled that address, could you?

A. If there was no evidence in all of the things that I reviewed?

Q. Uh-huh.

A. If there was no evidence, which I don't think is the case in most -- in most of the analysis discussed here, then it would be difficult to make that assessment.

Q. So you'd agree with me that having corraborating [sic] evidence --

THE COURT REPORTER: Corroborating or --

MR. EKELAND: Corraborating, c-o-r-r-o-b-o-r-a -- like corroboration.

THE COURT: "Corroborating."

BY MR. EKELAND:

Q. So you would agree with me that having verifying or corraborating -- "corroborating"; I can't speak this morning -- evidence is crucial to confirming who controls a Bitcoin address?

A. No, sir. I would not agree that that's the only way to

Scholl - CROSS - By Mr. Ekeland

determine who controls a Bitcoin address.

Q. That would -- maybe you didn't hear my question.

I said --

MS. PELKER: Objection, your Honor. Can Mr. Ekeland please stop commenting and laughing on the witness's answers?

THE COURT: Sustained.

MR. EKELAND: Okay.

BY MR. EKELAND:

Q. So would you agree with me that it's important to have corroborating and verifying information about who controls a Bitcoin address?

A. I'd say that's the ideal case. But there are other ways to prove custody of a Bitcoin address.

Q. And that's not an ideal case, is what you're testifying?

MS. PELKER: Objection, your Honor. Misstating the witness's answer.

THE COURT: Sustained. I mean, he gave his answer.

BY MR. EKELAND:

Q. And you'd agree with me that long peel chains are not inherently illicit?

A. I would agree with that. I would say that a peel chain could be a normal wallet behavior when that wallet receives a large input and then spends it in subsequent small

payments, sending large change forward.  I would agree that peel chains are not inherently illicit, but peel chains can be illicit.

Q.  But not necessarily?

A.  Not necessarily.  Yes, sir.

Q.  And Bitcoin Fog is a mixer?  Is Bitcoin Fog a mixer?

A.  Yes.  Bitcoin Fog is a mixer.

Q.  And what a mixer is is it's basically somebody sends funds through the mixer and the funds come out on the other side?

A.  Yes, sir.

Q.  And the mixer -- the mixing breaks law enforcement's ability to trace those funds through the mixer and back to those funds' original source.  Is that correct?

A.  Yes, sir.  Generally.

Q.  And have you ever been able to trace through Bitcoin Fog?

MS. PELKER:  Objection, your Honor.  Can we pick up the phone?

THE COURT:  Yes.

(Whereupon, the following bench conference was held:)

MR. EKELAND:  Can you hear me?

THE COURT:  I can.

MR. EKELAND:  Can you guys hear me?

Scholl - CROSS - By Mr. Ekeland

MR. BROWN: Yes.

THE COURT: We can hear you.

MS. PELKER: I just want to be cognizant of where Mr. Ekeland is going here.

I think the question is about whether Bitcoin Fog is an effective mixer; but to the extent that Mr. Ekeland intends to probe Mr. Scholl about sensitive investigations that are ongoing and tracing through Fog, we would just object to that as not at all relevant here and simply trying to use this as an avenue for bringing out sensitive work on other cases. To the extent it's simply a question of whether Bitcoin Fog was an effective mixer, we think that's fine.

But I just wanted to preview this for the Court if it goes too far down talking about specific traces or efforts that Mr. Scholl has done for other cases.

THE COURT: Mr. Ekeland?

MR. EKELAND: I think this involves Mr. Sterlingov's Sixth Amendment confrontation clause right. And it's my understanding that there's a possibility that Mr. Scholl may have traced through the Bitcoin Fog mixer and that when he traced through it on the initial reaction -- sorry -- the initial deposit, I think the one that we were talking about in December, that there's a lot to trot on, that he may have traced through to certain accounts that

were related to BTCE that have nothing to do with Mr. Sterlingov.

So what this question is is I'm seeking to find out from the witness if we have gotten the full extent of the traces that he's done on this case. And if he has traced through, then I think that's important to know for a number of reasons.

Not only the fact that he traced through to other suspects who have nothing to do with Mr. Sterlingov, but I think it raises the legitimate question that if he can trace through Fog, then how come he hasn't traced through to the original source of funds when yesterday he spend a whole bunch of testimony testifying about how Bitcoin Fog was the source of funds when what I'm getting at is it's not, because it's a mixer.

If he can't trace through, then I would like to cross him on why he hasn't traced all the way through to see that the funds that Mr. Sterlingov, as a user of Bitcoin Fog, took and then deposited in his accounts came from completely legitimate sources.

MS. PELKER: And I think Mr. Ekeland just misunderstands the work that's been done. And I think that he certainly can ask Mr. Scholl about whether he was able to trace the deposit that we've attributed to Mr. Sterlingov through -- the Government's just concerned about getting

Scholl - CROSS - By Mr. Ekeland

into -- Mr. Scholl testified about mistakes that users can make yesterday, that -- whether Mr. Ekeland was looking at getting into mistakes subjects of completely unrelated investigations had made and tracing.

MR. EKELAND: Your Honor, the Government should have raised this issue before cross-examination. I was not aware that -- I was not at all probing that Mr. Scholl is somehow involved in some other secret investigations. That's an issue that should have been made beforehand. If we need to clear the courtroom and conduct this portion of the hearing under seal, I mean, I think this implicates -- the scope and the ability of the Government's tracing expert, I think, is directly relevant to --

THE COURT: I mean, I think we're probably wasting a lot of time on nothing here.

I'm -- you can ask the questions. If it starts getting into questions relating to subjects of other investigations, I may ask -- or if the Government raises an objection, I may ask that he not mention the other entity by name but just refer to it as something that's unrelated to Mr. Sterlingov and involved in another investigation in a way that doesn't present a problem.

MR. EKELAND: Your Honor, I have no interest in the names or identities of any other investigation.

THE COURT: All right.

Scholl - CROSS - By Mr. Ekeland

MR. EKELAND:  I am interested in probing --

THE COURT:  Let's move on.

(Whereupon, the following proceedings were had in open court:)

THE COURT:  When you're ready.

MR. EKELAND:  May I proceed, your Honor?

THE COURT:  You may.

BY MR. EKELAND:

Q.  Mr. Scholl, have you ever traced through Bitcoin Fog?

A.  I traced through Bitcoin Fog following the transactions that were made by the undercovers in this case, the FBI undercover and the IRS undercover, based on external information.  I have not traced funds through Bitcoin Fog based solely on blockchain analysis.

Q.  And have you traced any other funds through Bitcoin Fog in relation to this case?

A.  No, sir.  I don't believe I have.

Q.  You're aware that according to Chainalysis, 90 percent of users of mixers use them for privacy reasons?

A.  No, sir.  I'm not aware of that.

Q.  And are you familiar -- well, are you aware of the fact that only .24 percent of crypto transactions in 2022 involved illegal transactions?

A.  No, sir.  I don't know where that data is coming from.

Q.  Have you ever read the Chainalysis 2023 Crypto Crime

Scholl - CROSS - By Mr. Ekeland

Report?

A.  I probably have, but I don't recall as I sit here today.

Q.  And isn't it true that more fiat money is used for illegal activities than crypto?

MS. PELKER:  Objection.  Relevance.

THE COURT:  I'll allow it, although you may want to define that for the jury, because you may have to define for me what you mean by "fiat money."

MR. EKELAND:  Understood.

BY MR. EKELAND:

Q.  Mr. Scholl, could you explain to the jury what fiat money is as opposed to crypto?

A.  Fiat currency is just currency that's backed by government.  So we're talking about dollars, euros, kronors.  I would say that those markets are much larger than cryptocurrency markets, even today.

I would expect that more crime would be done with fiat currency.

Q.  And people regularly launder money through banks?

A.  Yes, sir.  That's accurate.

Q.  Now, I just want to ask some basic questions about the sale -- different types of sales of Bitcoin just to clarify I think for the jury what's kind of a very confusing subject.  We're throwing around a lot of terms.

Do you know what a peer-to-peer transaction is?

Scholl - CROSS - By Mr. Ekeland

Appx4158

A. Yes, sir, I do.

Q. Could you just explain again for the jury what a peer-to-peer transaction is with crypto?

A. A peer-to-peer transaction is when you're making a transfer of funds between two individuals directly. We talked about local Bitcoins being a peer-to-peer platform where they arrange buyers and sellers to meet on their platform and make exchanges between themselves.

So instead of exchanging with the exchange itself, like at an exchange like Kraken, which also came up in this case, where you're exchanging funds with the exchange, and they handle that exchange for you, local Bitcoins is a peer-to-peer exchange where they just match you up with other local Bitcoin customers that want to make some -- the opposite deal that you want to make.

Q. Do you know the difference between on-chain and off-chain transactions?

A. Yes, sir, I do.

Q. Could you explain to the jury what an on-chain transaction is?

A. An on-chain transaction is a transaction that's broadcast in the Bitcoin blockchain and is recorded in the Bitcoin blockchain. So when I make a deposit to the Kraken account, that transaction is broadcast to the Bitcoin network and those funds are sent to Kraken; and everyone can

Scholl - CROSS - By Mr. Ekeland

see that on the blockchain.

Then Kraken -- I can make internal transfers at Kraken where I say, I want to buy ETH for Bitcoin and they'll just change that on their external ledger, not on the Bitcoin blockchain, not on the Ethereum block. They'll just credit my account for ETH and subtract a balance that they're tracking for my Bitcoin. That would be an off-chain transaction.

THE COURT REPORTER: I'm sorry. Could you spell ETH for me?

THE WITNESS: E-T-H is the abbreviation that I was referring to. The currency name is Ether, spelled E-T-H-E-R.

BY MR. EKELAND:

Q. One way to do an off-chain transaction is if I have a private key, I can just give you my private key and there wouldn't be anything recorded on the blockchain that there was -- that I had transferred my private key to you. Correct?

A. That is possible. However, it's not generally done because it would involve an extreme level of trust between the two individuals. If you gave me your private key and said, Here's the Bitcoin; here's the private key, I would have to trust that you're not going to try to spend that one Bitcoin before I spend that one Bitcoin. That's generally

Scholl - CROSS - By Mr. Ekeland

very uncommon. There are examples of services that use this kind of method.

Q. You can't give me any statistical data related to the occurrence of off-chain private key transfers, can you?

A. No, sir. I cannot provide you with statistical data on that.

Q. Because that's not recorded anywhere on the blockchain.

A. Is that a question, sir?

Q. Yes. My question is that the transfer of private keys peer-to-peer between individuals is not recorded on the blockchain?

A. That would not be recorded on the blockchain. But if you're referring to Mr. Sterlingov's activity at LocalBitcoins, I don't believe that the evidence suggests that's what happened.

Q. One way you can transfer a private key is that you can just have it written down on a piece of paper. Correct?

A. Yes, sir. That's correct.

Q. And another way that you could transfer a private key is you could put it on a thumb drive and hand it to somebody?

A. One could do that. It's just not very common, sir.

Q. But you can't cite me any data on the frequency of the occurrences of off-chain private --

A. Again, it would just -- sorry. It just requires that two people trust each other inherently. We don't -- the

Bitcoin network wasn't designed to operate that way because the Bitcoin network was designed to operate without trust. It defeats the purpose of using the Bitcoin network.

Q.  Is it your testimony that no one ever pays cash in person for someone's private key, that no one ever exchanges cash for a private key peer-to-peer?  Is that your testimony?

A.  It's not my testimony that that's never happened.  It is my testimony that would be very unlikely.

Q.  But you're just guessing as to the frequency?

THE COURT:  Asked and answered.

BY MR. EKELAND:

Q.  And do you recall testifying about Mt. Gox redemption codes?

A.  Yes, sir, I do.

Q.  Could you explain to the jury one more time what Mt. Gox redemption codes are?

A.  Mr. Gox redemption codes are a way to move funds between accounts on Mt. Gox.  I believe I explained that they're kind of like gift cards where there's a unique identifier, and you can provide that unique identifier to another Mt. Gox user who can redeem that on their account.  So there would be a withdrawal for creating that redeem code on one account and then a deposit for redeeming that redeem code on the other account.

Q. And there's two types of Mt. Gox redemption codes, correct?

A. In this case. I don't know how many types there were in general. But in this case, two types came up. Yes, sir.

Q. One's for U.S. dollars?

A. Yes, sir.

Q. And one is for Bitcoin?

A. Yes.

Q. People could transfer those redemption codes off-chain, so to speak, in person. Correct?

A. Hypothetically, yes, sir.

Q. So I could buy -- I could come up to you with $100 and I could buy your Mt. Gox redemption code, take it and redeem it. Correct?

A. I think that's theoretically possible. Yes, sir.

Q. I'd like to now just ask you some questions about Akemashite Omedetou, referring to his quotes.

MR. EKELAND: So, Mr. Hassard, if we could get what's in evidence as Government's Exhibit No. 1 up. And if I could get just post 1 and -- scroll back up, Mr. Hassard. I want to go to the second paragraph.

BY MR. EKELAND:

Q. Can you see that, Mr. Scholl?

A. I see it. Yes, sir.

Q. Just starting at -- do you see -- if you can just read

Scholl - CROSS - By Mr. Ekeland

those two paragraphs to the jury, please.

A. Yes, sir. "The Bitcoin network might be anonymous in terms of single-handedly revealing your IP address, but the transaction history is recorded in the blockchain and is publicly available, which makes your anonymity very vulnerable.

"Once the interested parties, be it authorities or just interested researchers" -- and there's a link to a blogspot page -- "have acquired any one of your addresses or transactions, they could easily track your money around the network.

"And knowing your transaction history, connecting your Bitcoin addresses to real you is possible, because you will at some point need to exchange your Bitcoins to or from a fiat currency using a bank account number, a credit card, LR account or similar service which is much less anonymous than the Bitcoin network."

Q. Do you have an understanding what Akemashite Omedetou is referring to when she or he says "LR account"?

A. Yes, sir. My understanding is that that's Liberty Reserve.

Q. And the date of this post is October 27th, 2011?

A. Yes, sir.

Q. And would you agree with me that whomever wrote this post has a relatively sophisticated understanding of tracing

Scholl - CROSS - By Mr. Ekeland

when it comes to blockchain transactions?

A. Yes, sir. I would agree.

Q. I'd like to move now to post No. 2. It's starting --

MR. EKELAND: Mr. Hassard, it's under the header, "Do I get the same Bitcoins back or other Bitcoins?" There is a paragraph that starts "Another thing to consider" in post No. 2. Keep going up. "Another thing to consider." There you go.

BY MR. EKELAND:

Q. Mr. Scholl, if you could, if you could just read that paragraph right there.

A. Yes, sir. "Another thing to consider is the amount of your withdrawal" --

THE COURT: Slow down, please.

THE WITNESS: Yes, your Honor.

"Another thing to consider is the amount of your withdrawal. If you transfer 1.382 to us and the next day you withdraw about 1.38 Bitcoins to another account, those amounts will be visible in the blockchain.

"And unless there were ten other people that day that also withdrew just 1.38 Bitcoins, the link between your deposit and your withdrawal will be pretty obvious. You will still have plausible deniability, since nobody else has access to our servers and can actually prove that those Bitcoins came from your account, but the link will be found

Scholl - CROSS - By Mr. Ekeland

nevertheless."

BY MR. EKELAND:

Q. And could you just continue and just read the next paragraph.

A. Yes, sir. "This is why you should ideally never withdraw the same amount as you have deposited. We are already helping you to do this by transferring your money to you in multiple randomized payouts at randomized times (and optionally to different addresses), but to be sure you should withdraw to multiple addresses and different amounts than the one you have deposited. Also, make sure to change your deposit address every now and then to further anonymize your payments."

Q. And this is also on, I believe, October 27th, 2011. Is that right?

A. Yes, sir.

Q. And would you agree with me that whomever wrote that understood that if you deposit and withdraw similar amounts, that that could lead to people tracing your transaction more easily?

A. That's what he's saying here.

MR. EKELAND: Now I'd like to move on to post No. 35. Excuse me for one moment while I find it.

Mr. Hassard, I'm looking for the quote that starts "It eliminates all sorts of timing analysis." Oh, well,

Scholl - CROSS - By Mr. Ekeland

let's go to the section here on --

BY MR. EKELAND:

Q. First, post 35 is from November 11, 2011; is that correct? You'd agree with me, Mr. Scholl?

A. Yes, sir. November 11, 2011.

MR. EKELAND: And scrolling down a little bit, Mr. Hassard, under one of the box quotes there's a sentence that says "The database engine." Yes. That's it.

BY MR. EKELAND:

Q. Mr. Scholl, could you just read that paragraph.

A. Yes, sir.

THE COURT: Slowly, please.

THE WITNESS: Thank you, your Honor.

"The Bitcoind service is run on a different machine than the front end. They communicate by the means of a database. The database engine is not run on the same machine as the front end either. The front end does not have access to the private keys."

BY MR. EKELAND:

Q. And would it be fair to say that based on that quote that there's more than one machine involved in operating Bitcoin Fog?

A. Yes, sir. Based on this description, I would agree.

MR. EKELAND: Mr. Hassard, could you search for -- it's on the next page, but it's a sentence that starts, "It

Scholl - CROSS - By Mr. Ekeland

is a no-brainer."

BY MR. EKELAND:

Q. Mr. Scholl, if you could just read the next -- that paragraph there, "It is a no-brainer" all the way through that third paragraph there that starts with "Randomizing the fee."

A. Yes, sir. "It is a no-brainer that no matter which transactions, if the total adds up to the same value, statistical analysis will be possible.

"However, we cannot force our users to withdraw smaller amounts than they have deposited and keep more money on our service. We do not recommend this, however. An exact mechanism of this, once again, is described in the first post.

"Randomizing the fee is a great idea and we will implement it, but there are two problems: If the spread is too big, it is unfair to users. If it is too small, the effect of it is also small, and any good statistical analyzer will see through these tiny manipulations if no caution is taken. Still, this will at least help against users blindly withdrawing the exact amount they have put in."

Q. And would you agree with me that, again, Akemashite Omedetou is showing a concern of users withdrawing the same amount that they deposit?

Scholl - CROSS - By Mr. Ekeland

A. Yes, sir.

Q. And just a little bit lower down, I think, on this same page, it says as far -- let me clear it.

MR. EKELAND: Stop right there, Mr. Hassard. Thank you. I will --

BY MR. EKELAND:

Q. Actually, Mr. Scholl, do you see the sentence that starts "As for using the powers of 2"? Could you read that sentence?

A. Yes, sir. "As for using the powers of 2, I will check with our mathematician, but what exactly does make this."

Q. And would you agree with me that there, whomever Akemashite Omedetou is talking about, he or she is talking about somebody on the team that's running Bitcoin Fog?

A. I'm sorry. Can you repeat the question?

Q. Yes. So would you agree with me that whomever Akemashite Omedetou is talking about is not him- or herself, that he or she is talking about somebody else?

A. That's what he's intimated here. But based on my experience, often small organizations in cryptocurrency try to make themselves appear legitimate by having a larger group of people working for them.

Q. But you would agree with me that Akemashite Omedetou has also spoken elsewhere in these posts about having a team of software engineers?

Scholl - CROSS - By Mr. Ekeland

A. He references that. Yes, sir.

Q. And as far as you're aware, you haven't seen a single communication anywhere in Mr. Sterlingov's devices, hard drives, thumb drives, notes, diaries or anywhere where there's any communication between Mr. Sterlingov and anybody working on Bitcoin Fog. Correct?

A. I have not reviewed any, sir. But I would point out that I believe computer scientist Mazars is going to testify that there are encrypted portions on those devices that the Government hasn't analyzed.

Q. You're not sure what she's going to testify to, though, are you?

A. No, sir. But it's my understanding -- I didn't review this. I didn't analyze the devices myself. It's my understanding there are encrypted portions of those devices that weren't analyzed by the Government.

Q. Have you discussed her testimony with her?

A. I have not discussed my testimony with Ms. Mazars.

Q. But you haven't reviewed the devices as part of your analysis?

A. I was provided evidence off of the devices. I did not review the devices myself.

Q. Did you review the evidence provided off the devices?

A. Yes, sir, I did.

Q. And did you see any communications between

Scholl - CROSS - By Mr. Ekeland

Mr. Sterlingov and anybody operating Bitcoin Fog?

A. I'd like to be clear that I didn't review all of the evidence on those devices. But in the evidence that I was provided to review, I did not identify any communications regarding Mr. Sterlingov communicating about Bitcoin Fog.

MS. PELKER: Your Honor, could Mr. Ekeland please stop turning to the jury and smirking.

MR. EKELAND: I'm not smirking, your Honor. I'm merely looking at the jury. I am not smirking at all.

THE COURT: Well, let's just proceed. Ask your questions.

BY MR. EKELAND:

Q. And so when you talk about devices, you're including his computers in that?

A. Yes, sir.

Q. And you're including his three terabytes with the hard drives in that?

A. I'm including the evidence that I reviewed that was provided [indiscernible] by the case team. I did not, again --

THE COURT REPORTER: That was provided...?

THE WITNESS: To me by the case team.

THE COURT REPORTER: I need you to slow down, please.

THE WITNESS: Yes, ma'am.

Scholl - CROSS - By Mr. Ekeland

Appx4171

BY MR. EKELAND:

Q. Off the top of your head, can you tell me the evidence that you did review from the case team?

A. The evidence that came up in my direct testimony, sir.

Q. And nothing else?

A. No. I certainly was provided other documents that didn't come up in my direct testimony. But, sir, I don't know how to summarize for you the information that was provided to me by the case team.

Q. Just one more question and we'll move on.

In all that that you reviewed, you didn't see any communications between Mr. Sterlingov and anybody operating Bitcoin Fog?

A. I didn't see any reference to Bitcoin Fog.

Q. You didn't see any reference to Bitcoin Fog at all?

A. I didn't see any reference to communications about operating Bitcoin Fog.

Q. Did you see any reference to Bitcoin Fog?

A. No, sir, I don't believe I did.

Q. Continuing on post 35.

MR. EKELAND: Mr. Hassard, I think there's a quote that starts "Both are pretty easy to analyze." Let me clear my screen here. Sorry.

BY MR. EKELAND:

Q. Mr. Scholl, could you just read that sentence?

Scholl - CROSS - By Mr. Ekeland

A.   Yes, sir.   "Both are pretty easy to analyze.   That is why we always suggest to our users to never withdraw the same amount that they have put in."

Q.   And you would agree with me, again, Akemashite Omedetou is expressing a concern about depositing and withdrawing the same amounts?

A.   Yes, sir.

Q.   And the reason that she or he is expressing that concern is because she or he is concerned with the fact that doing so makes it easy to trace the transaction?

A.   That's my understanding.   Yes, sir.

        MR. EKELAND:   If we could move on to post 41.

        Your Honor, just let me know when you would like to take the morning break.

        THE COURT:   Okay.   I think we can continue for a little bit.

        MR. EKELAND:   I'm sorry?   I didn't hear that.

        THE COURT:   We can continue for a little bit.

        MR. EKELAND:   Thank you.

        THE COURT:   We've been going for about an hour so far, just for your sense of timing.

        MR. EKELAND:   I wanted to make sure I wasn't running over.

BY MR. EKELAND:

Q.   Now, this post 41, this is from November 13th, 2011.   I

Scholl - CROSS - By Mr. Ekeland

think that's right up there.

MR. EKELAND: And then, Mr. Hassard, there's a box quote and under that it starts, "No one that -- no, that would not be the same thing." If we could find that real quick.

BY MR. EKELAND:

Q. If you could just read that to the jury, Mr. Scholl.

A. Yes, sir. "No, that would not be the same thing, because in that case their money would go through just another address, one input, one output, completely transparent."

Q. And would you agree with me that what Akemashite Omedetou is saying there in essence is that if you just are using one input and one output to a transaction, that it's very easy to trace?

A. Can I review the quote above, sir?

Q. Yes. Certainly.

A. Mr. Hassard, could you move the cursor? Thank you.

Can you repeat the question, please, sir?

Q. Yeah. The question was: Would you agree with me that what Akemashite Omedetou is expressing a concern about is if you use one input and one output in a particular transaction, it makes it very easy to trace?

A. No, sir. I don't believe that's what he's saying.

Q. What do you think he's saying or she's saying?

Scholl - CROSS - By Mr. Ekeland

A. Sorry. I don't believe that's what they're saying. I apologize.

Q. Uh-huh.

A. If you read the quote, sir, if I may --

Q. Certainly.

A. It says, "If all you are doing is breaking their transaction into three pieces." So I don't believe he's talking about a transaction with one input and one output.

Q. Well, what do you think he or she is saying in reference to that, "No, that would not be the thing because in that case the money would go through just another address, one input, one output, completely transparent"? What's your understanding of what's being said there?

A. I'm not totally sure. But based on the quote, it sounds like the person that he's responding to is talking about a multi-output -- here's the quote -- Sendmany transaction. And Mr. -- or Akemashite Omedetou is saying it's still just going through one other address. But I don't think he's talking about a transaction with only one output. There's one intermediary address, is my understanding, and I'm not sure what this actually means. But my understanding of that would be that there's one -- a single intermediary address, but we're not talking about a transaction with one input, one output.

Q. But you would agree with me that a transaction with one

Scholl - CROSS - By Mr. Ekeland

input and one output would be fairly easy to trace?

A.  I mean, yes.  The funds went from the input to the output.  That would be fairly easy to trace.

MR. EKELAND:  Mr. Hassard, later in that post I think there's a sentence that starts, "Yet the difference is than in the first case."  There it is right there.

BY MR. EKELAND:

Q.  And, Mr. Scholl, if you could please read that to the jury.

A.  Starting with "yet"?

Q.  Yes.

A.  "Yet the difference is that in first case you have nine outputs in one case and 28 in the second case, the second one obviously being harder to analyze."

Q.  And you would agree with me there that what Akemashite Omedetou is saying is that it's harder to analyze and trace a transaction with more outputs?

A.  Again, sir, I would have to review what he's responding to to better understand what he's saying.

Q.  Okay.

A.  Generally I would say, generally, that a transaction with more outputs is harder to analyze.  But I'm not sure exactly what he's referring to here without reviewing the thread above.

Q.  But would you also agree with me that, say, like in a

Scholl - CROSS - By Mr. Ekeland

Appx4176

peel chain transaction where you do have numerous outputs --
and I believe you testified before that you have to make
certain assumptions as to what the change in the spend
address is -- that -- would you agree with me that the
potential for error in relation to those assumptions that
you have to make with a peel chain increases the longer that
peel chain gets?

A.  So I call them assessments, not assumptions.  However,
the longer the peel chain gets, if you didn't have the
Mycelium wallet, as is the case in the peel chains discussed
in my report, it -- yeah, it compounds the opportunity for
an error.

Q.  So the error --

A.  I would point out that there are peel chains 95
addresses long in the Mycelium wallet that I analyzed in
this case accurately before I had the Mycelium wallet files.
Having the Mycelium wallet files proved that that analysis
was accurate.

Q.  But you would agree with me, if I understood you
correctly, that the potential error rate increases the
longer a peel chain gets?

A.  I would say there are more opportunities to make a
mistake in your assessment.

Q.  There are more opportunities to make a mistake in your
assessment.

Scholl - CROSS - By Mr. Ekeland

And I think you just testified that you used the word "assessment" and not "assumption"?

A. Yes, sir. That's what I testified.

Q. What's the difference between an assessment and an assumption?

A. Again, it's based on data. I'm looking at information in the transaction and other information, contextual information, in the case. There's more than just making a guess at this; it's data-driven.

Q. But there is a guess involved?

MS. PELKER: Objection, your Honor. Misstating the witness's testimony.

MR. EKELAND: I'm asking him to clarify his testimony.

THE COURT: Well, you can ask if there is a guess involved.

BY MR. EKELAND:

Q. In your assessments -- do your assessments involve guessing?

A. I wouldn't call them guesses, sir. I wouldn't characterize them that way.

Q. How --

A. I would say, just to be clear to the jury, it is a fact that those funds moved down the peel chain. What we're talking about -- or moved down those addresses. What we're

Scholl - CROSS - By Mr. Ekeland

talking about is assessing if there was a change in control in the middle of the peel chain.

So when I lay out those peel chains, you know, it is a fact that funds moved that way. That is a fact. What I'm trying to assess is which one was a payment and which one was the change address.

So if you could repeat the question, sir.

Q. Isn't it a fact that the flow of funds is not the same as the flow of control of the funds?

A. Yes, sir.

Q. And you said that you wouldn't characterize what you do in assessments as guessing. Did I -- do I recall that correctly?

A. I said I characterized them as assessments. Yes, sir.

Q. And -- but if I recall correctly, when I asked you if you used guesses in your assessments, you said you wouldn't characterize that as guessing. Do you use guesses in your assessments?

A. I think we're just debating the meaning of a word. I make assessments. So I don't know with certainty that this is the change and this is the payment until, in the cases where we had the Mycelium wallet files where I do know with certainty -- and I'd like to say again, it is a fact that funds moved down that peel chain, and it would not change the amount of indirect exposure between Bitcoin Fog and

Scholl - CROSS - By Mr. Ekeland

Mr. Sterlingov's accounts. It's where the peel chains primarily came up in my testimony.

Q. Am I understanding your testimony correctly that in order to have certainty that -- am I understanding your testimony correctly that in order to have certainty about a trace, you need some kind of corroborating or verifying information?

A. Again, the flow of funds is factual. It is a fact that those funds moved down that peel chain between those addresses. So again, in the calculations about the amount of money we're talking about, the answer is no. But for attribution, other evidence may be required.

Q. May be required. But not always? Are there situations where you don't need any external empirical evidence to make the attribution?

A. You were referring to private keys before. There were instances before where we had -- I had the private keys for Mr. Sterlingov's Mycelium wallet file. I had a wallet file in export from account 15. That would -- for my analysis, that would be attribution. These came from Mr. Sterlingov's Mycelium wallet, even though I did not yet have the private keys.

Q. But --

A. There's other kinds of circumstantial evidence that could lead to attribution that don't involve private keys.

Q.   But you knew that that export -- what did you say? -- from wallet 15?  You knew already that that belonged to Mr. Sterlingov?

A.   Right.  I didn't have the private keys, was the point I was trying to make.

Q.   But you were relying on the representation that wallet 15 belonged to Mr. Sterlingov?

A.   Again, I made those assessments about those peel chains before having any information from the Mycelium wallet.  The Mycelium wallet corroborated that my assessments were accurate.

Q.   And that was corroborating evidence?  That was corroborating evidence?

A.   Yes, sir.

          MR. EKELAND:  Your Honor, are we still okay on time?

          THE COURT:  It's up to you.

          MR. EKELAND:  Now is a good time.  I'd love to get some water.

          THE COURT:  I'm sorry?

          MR. EKELAND:  I would love to get some water, and I'm sure everybody else would.

          THE COURT:  Why don't we take our morning break now.  It's 11:25.  Let's come back at 20 of 12:00.  I'll remind you don't discuss the case, even among yourselves,

Scholl - CROSS - By Mr. Ekeland

and don't conduct any type of research. I will see you shortly.

THE COURTROOM DEPUTY: All rise.

(Whereupon, the jury exited the courtroom at 11:25 a.m. and the following proceedings were had:)

THE COURTROOM DEPUTY: You may be seated.

THE COURT: The witness can take his break as well. Don't discuss your testimony with anyone.

THE WITNESS: Of course, your Honor.

(Thereupon, Luke Scholl retired from the courtroom and the following proceedings were had:)

THE COURT: The deputy clerk heard from one of the jurors that on Monday she has a doctor's appointment dealing with an emergent issue. It's something that's not scheduled, but it's something that requires current attention. She has it at 12:30 on Monday, and indicated that she didn't think she could get there and get back. She hasn't said -- it's somewhat of a distance from the courthouse, she said.

What I'd like to do is ask the deputy clerk to get a little bit more information as to exactly where the appointment is, because I'd hate to lose half a day or more than half a day of testimony based on this. We're talking about -- this is Juror No. 7.

So I'll ask the deputy clerk to see if we can get

a little bit more information about exactly how much the person has to travel; and we can make an assessment about what we want to do in light of that.

I will see you after the break.

THE COURTROOM DEPUTY: All rise.

(Thereupon a recess was taken, after which the following proceedings were had:)

THE COURT: Just before we get the jury, it turns out I was -- my information wasn't quite right about the juror that was talking. It's Juror 13, not Juror 9. I think it's a question of which side of the bench -- or the jury box you count from. But we've now received complaints from I think four jurors about this, and so I guess I'm interested in what your thoughts are on it.

I probably should at least say something with all the jurors in here and just say that we -- just ask the jurors to make sure they refrain themselves from saying anything or talking as the evidence is coming in. But if anyone thinks that I should do something different or more than that, please let me know.

MR. EKELAND: May I just consult with my team?

THE COURT: Yes.

MR. EKELAND: Thank you, your Honor.

(Discussion had off the record amongst counsel.)

THE COURT: You can come back up.

Scholl - CROSS - By Mr. Ekeland

(The witness retakes the witness stand.)

MS. PELKER:  Your Honor, the Government's suggestion at this point would be for the Court to consider speaking with her --

THE COURT:  Privately?

MS. PELKER:  -- privately and see if it resolves, and then circle back next week if there's still an issue.

THE COURT:  Yes.  That's okay with me.

My only concern about it is that -- is creating some dissension in the jury.  And I suppose I don't have to say, Your fellow jurors are complaining about you.  I can just simply say that someone has noticed that or something like that.

I'm not sure I can say I've noticed it.  I'll watch and see if she does it.  If I notice it, I can say I have noticed.

Mr. Ekeland, any thoughts?

MR. EKELAND:  It's -- that's a tough one, your Honor.

You said, I think, four jurors have now --

THE COURT:  Well, I think there were two jurors who sent text messages to the deputy clerk.  There was one juror who complained yesterday, but while she was complaining another juror was standing there nodding her head yes.

Scholl - CROSS - By Mr. Ekeland

MR. EKELAND: And do we -- I don't --

THE COURT: And they've only characterized it as distracting. They've not said that they think it's improper, nor have they suggested that it's favoring one side or the other.

MR. EKELAND: I think that for the moment maybe if the Court gives some kind of instruction as the Court feels is appropriate; and then if it continues, maybe we address it again. I don't have an honest --

THE COURT: Well, I think maybe the thing for me to do is just start by saying something to the jurors. The jurors who are complaining will know why I'm saying this. They're not going to think I'm saying it about them.

And this juror may know as well I'm talking about her, but it makes it a little less personal if I say it to the jurors more generally. So maybe that's the best place to start and see what happens. If it continues to be a problem, we may get to a point in which we have to remove that juror. But let's see if it continues as a problem.

MR. EKELAND: Understood.

THE COURT: The other thing is, the juror on Monday who has the appointment, she's been wonderful and has tried to change the appointment. The deputy clerk was on the phone with her medical provider. The last appointment of the day for the juror is at 1:30 on Monday. And so we

Scholl - CROSS - By Mr. Ekeland

would have to adjourn I think no later than 1:00 on Monday if we're going to keep this juror. I don't think I'm in a position to tell her to cancel her medical appointment. I think she needs it.

MR. EKELAND: No objection from the defense, your Honor.

THE COURT: All right.

MS. PELKER: That's fine with the Government, your Honor.

Is sitting next Friday a possibility?

THE COURT: There was some reason why we couldn't sit next Friday. I'm trying to remember what it was. Give me a second.

It's an issue of a scheduling conflicts I have on my calendar where if it were absolutely necessary, I could do it. It would pose some burdens on other people in the process, but I could do it if I had to.

MS. PELKER: I think we are still okay within the Government's initial eight- to 11-day window. But just depending --

THE COURT: We can keep an eye on that. If we have to -- this, quite frankly, is the number one item as far as I'm concerned. If it means canceling other things, I'll do it.

MR. EKELAND: I think the defense's best estimate

Scholl - CROSS - By Mr. Ekeland

right now is no more than a week on our case.

THE COURT: Let's keep moving, then.

MR. EKELAND: 12:30?

THE COURT: I think it depends on how much time you have. If we could finish this witness up today, I'm happy to go until 1:00 or something like that. It just depends on how much we have.

MR. EKELAND: I don't think that would be possible.

THE COURT: Let's see how we do. Given the fact we started late, I'm fine with going until 1:00 and having a little bit later lunch today.

MR. EKELAND: Okay.

THE COURTROOM DEPUTY: All rise.

(Whereupon, the jury entered the courtroom at 11:58 a.m. and the following proceedings were had:)

THE COURTROOM DEPUTY: The jury is present.

You may be seated and come to order.

THE COURT: Just before we get started, I just wanted to ask the jurors to make sure that as you're listening to the testimony that you're not commenting or verbalizing anything yourself in ways that could just be distracting to other jurors. So I just want to make sure we're keeping things as quiet as possible in the courtroom so everyone can hear as the evidence is coming in.

Scholl - CROSS - By Mr. Ekeland

Also, I'm going to, once again, just reinforce to counsel and the witness to make sure we're not talking over each other, because that also makes it harder for the jurors to understand and hear the testimony.

You may proceed.

MR. EKELAND: Thank you, your Honor.

BY MR. EKELAND:

Q. Mr. Scholl, are you ready?

A. Ready, sir.

MR. EKELAND: Mr. Hassard, if we could get Government's Exhibit No. 1 back up. Thank you. If we could go to post No. 50. Scrolling down a little bit, there's a quote that starts "For this particular example." There it is right there.

BY MR. EKELAND:

Q. Mr. Scholl, if you could just please read that quote.

A. Yes, sir. "As for this particular example, if you have three addresses that money went, it's easier to trace than 28 addresses, any of which could be the ones you were looking for.

"And more importantly, in a case with 28 addresses, you have more addresses that you know are not the ones you are looking for, but you don't know which ones."

Q. And would you agree with me that Akemashite Omedetou here is expressing the same concern that they expressed

Scholl - CROSS - By Mr. Ekeland

**Appx4188**

earlier that it's easier -- it's harder to trace the more addresses that are involved in a trace?

A.   I think he's talking about a transaction.  But I'm not sure based on the context.

Q.   But you don't -- you're not sure.

And could -- the date of this post is --

MR. EKELAND:  Mr. Hassard, if we could just go to the top.

BY MR. EKELAND:

Q.   The date of this post is November 15th, 2011.  Do you agree with that, Mr. Scholl?

A.   Yes, sir, I would.

MR. EKELAND:  Mr. Hassard, a little bit later in this post there's a post that starts, "This is the way it works now."  I'll clear the screen.

BY MR. EKELAND:

Q.   Mr. Scholl, could you just read that quote.

A.   Yes, sir.  "This is the way it works now.  Of course, it is the recipient that can provide multiple addresses.  Who else?

"And then he should think about not combining the funds.  Because a user could, for example, take funds through our service and then output them to the same amount. That wouldn't be anonymous at all either, and yet we can't really do anything about that.

Scholl - CROSS - By Mr. Ekeland

"Users must be aware of how the Bitcoin anonymity works. We have tried to help them with that by explaining things on our page, but that could be done even better, I suppose."

Q. And once again, it's fair to say that she or he is expressing a concern with depositing and withdrawing the same amounts?

A. In this case, he's talking about if they, after withdrawing them in different amounts, then combine them subsequently in another transaction. I don't think he's talking about withdrawing the same amount in this example.

Q. I'm sorry. And their concern is that that would just make it easier to trace?

A. Yes. That statistical analysis might reveal what output came from which input.

MR. EKELAND: Mr. Hassard, if we could scroll down a little bit. There's a paragraph right there. If we could scroll up just a little bit.

BY MR. EKELAND:

Q. Mr. Scholl, could you read that paragraph to the jury. It starts right here.

A. Yes, sir. "Oh, but there is a big difference here. Mt. Gox is an official company with official owners, addresses, taxes. They were never nor ever said they would be anonymous. If any problem with the law ever comes up,

Scholl - CROSS - By Mr. Ekeland

all their logs will be in the hands of, well, you know. Japan is probably as far from the offshore mentality as it gets.

"But apart from that, if you would deposit your money to Mt. Gox and then manually pay out it to your other addresses, manually randomizing all the transactions, then, sure, it would be like our service. We do this automatically, anonymously and without any persisting logs."

Q.  And in regards to the sentence where she or he says, "If any problem with the law ever comes up," do you understand that to mean that the Mt. Gox logs would end up in the hands of law enforcement?

A.  Yes, sir.  That is my understanding.

Q.  And that's what happened in this case.  Correct?

A.  That the Mt. Gox logs ended up in the hands of law enforcement?

Q.  Yes, sir.

A.  Yes, sir.  The difference being that it wasn't a subpoena for a particular account.  The Mt. Gox logs were obtained by the United States government in their entirety --

Q.  And then --

A.  -- as I understand it.

Q.  I'm sorry?

A.  As I understand it.

Scholl - CROSS - By Mr. Ekeland

Q. In the paragraph that starts there, it says, "But apart from that, if you were to deposit your money to Mt. Gox and then manually pay it to your other addresses, manually randomizing all the transactions," what do you understand that to mean?

A. Again, I think he's talking about withdrawing funds in different value amounts.

Q. And do you recall testifying -- I think it was yesterday and the day before -- about the five traces that you did of transactions in October and November of 2011?

A. Yes, sir, I do.

Q. And those transactions involved Mt. Gox accounts?

A. Yes, sir, they did.

Q. Were those transactions manually randomized?

A. I mean, in some cases, there was an example where $25, $25 and $80 left the account.

Q. But those are similar amounts?

A. But they could have easily been withdrawn in one transaction. They all went ultimately to Mr. Sterlingov's Liberty Reserve account.

Q. And you would consider that manually randomizing?

A. I mean, it's abnormal and it was done manually.

Q. Do you consider that manually randomizing?

A. I think that, yes, those withdrawal amounts were different than the deposit amount. It was done manually.

Scholl - CROSS - By Mr. Ekeland

And I don't know how those values were selected. All of the funds were sent to Mr. Sterlingov's Liberty Reserve account. I would call that manually and randomized.

Q. Now, if we could take a look at post 59.

MR. EKELAND: If you could go there, Mr. Hassard.

BY MR. EKELAND:

Q. Mr. Scholl, you'd agree with me this post is from January 10th, 2012?

A. Yes, sir.

Q. And just in relation to the alleged start of Bitcoin Fog, how far off are we from its initial start date?

A. A little more than a month.

Q. I'm sorry. I just didn't hear you.

A. It started October, so I guess two months. October 27th is when Bitcoin Fog was announced, 2011. This is January 10th. So it's two months.

Q. And then all the other posts we were reading were all around the time that Bitcoin Fog started?

A. I mean, we've read the dates into the record. I don't recall. But yes, they were closer.

Q. October and November of 2011?

A. Generally.

MR. EKELAND: If we could go, Mr. Hassard, there's a -- it's right there. It's the paragraph that starts, "We respect your choice."

Scholl - CROSS - By Mr. Ekeland

BY MR. EKELAND:

Q. Could you just read that to the jury?

A. Yes, sir. "We respect your choice, but about this," quote, "'my own coins back'" thing, please consider looking through the section we have about this on bitcoinfog.com. There is no concept of," quote, "'somebody's coins,'" end quote, "in the blockchain and it is impossible to get," quote, "'your own,'" end quote, "coins back.

"For example, consider if you put coins on a Bitcoin address and get your private key to someone else so he will be able to use the money. Are they still your coins?

"On the contrary, if you transfer some Bitcoins between different addresses a couple of times, they would logically still be your coins, but to an outsider that could easily look like you have bought something with them and they went to somebody else's possession."

Q. And what's your understanding of any of what Akemashite Omedetou is saying there?

A. He's talking about the fungibility of Bitcoin.

Q. And would you agree that she's also talking about the fact that you could transfer your private key off-chain?

A. Yeah. That's -- that comes up. Not off-chain, but that you could transfer your private key to someone else, moving value off-chain. Yes, sir.

Scholl - CROSS - By Mr. Ekeland

Q. As you testified earlier, you could transfer your private key both on-chain and off-chain?

A. I don't know how you would transfer your private key on-chain. I suppose it's possible you can embed data in the Bitcoin blockchain. But yeah.

Q. Your point being is that private keys aren't recorded on the blockchain?

A. No. Only their signatures.

Q. Right. So the blockchain never reflects whether or not a private key has been transferred to someone else?

A. No, sir, it does not.

Q. And again, in your review of Mr. Sterlingov's devices, you haven't seen Mr. Sterlingov with any of the private keys to Bitcoin Fog?

A. No, sir, I have not.

Q. Moving on to post 61.

MR. EKELAND: If we could go there, please.

BY MR. EKELAND:

Q. This, you would agree with me, looking up at the top here, is from February 7th, 2012?

A. Yes, sir.

MR. EKELAND: If we could, Mr. Hassard -- here. I found it. Thank you.

BY MR. EKELAND:

Q. If you could just read that paragraph starting, "The

Scholl - CROSS - By Mr. Ekeland

Appx4195

good thing is."

A. Yes, sir. "The good thing is that we see that a substantial amount of users actually do follow our advice about not blindly inserting/removing too-similar amounts, but instead are leaving a buffer of funds in the fog and withdrawing it at a later time so that no two input/output pairs do show a similar amount. This greatly increases obscurity for all the users, even the ones not following the advice."

Q. You would agree with me that, once again, Akemashite Omedetou is expressing a concern about the use of similar amounts and that making it easy to trace a transaction?

A. Yes, sir.

MR. EKELAND: If we could now move to post 70.

BY MR. EKELAND:

Q. You'd agree with me that the date of this is February 16, 2012?

A. Yes, sir, I would.

Q. Could you just read that paragraph to the jury.

A. Yes, sir. "Yes. After all this time, we got the news today that the hoster is stopping delivering the kind of hosting we were using. And they tell us this after they have shut down the site without any warnings. Now we are just waiting on them to give us domain transfer codes so we can get/move the site to another company."

Scholl - CROSS - By Mr. Ekeland

Q. And would you agree with me that Akemashite Omedetou there is talking about moving the hosting of the Bitcoin Fog -- well, clearnet site to another host?

A. It's not clear if he's talking about the clearnet site, sir.

Q. What's your understanding of that paragraph?

A. He's talking about moving hosting. I'm not sure which hosting he's talking about.

Q. So that could be moving the hosting for the Onion site?

A. I'm not sure which hosting he's referring to.

Q. But it could -- it's possible he or she could be referring to moving either the hosting of the clearnet site or the Onion site?

A. The Government has other evidence about the changing in the hosting of the clearnet site that somebody else might be able to testify to. I don't recall on February 16, 2012, which hosting may have been moving. So from my perspective, because I'm not aware of those changes to the hosting, it's possible that he was talking about either one.

Q. And you just testified that you're aware of the evidence related to the clearnet site changing its hosting site?

A. Yes, sir. I'm aware that there were different hosting providers.

Q. And in your review of all of Mr. Sterlingov's devices and everything that you reviewed in this case, you didn't

Scholl - CROSS - By Mr. Ekeland

see any evidence of Mr. Sterlingov being involved in moving the hosting for either the clearnet site or the Onion site?

A. I'm aware of payments to Orange website that I don't remember the details about. I don't recall other than that.

Q. Those payments to the Orange website were not in Mr. Sterlingov's name, were they?

A. I don't recall.

MR. EKELAND: If we could go to post 102, please, Mr. Hassard. I'm looking for the sentence that starts -- there it is on the bottom -- "I imagine." If you could bring that up just a little bit.

BY MR. EKELAND:

Q. Mr. Scholl, if you could please just read that to the jury.

A. Just this paragraph, sir?

Q. Yes, please. Yes, sir.

A. "I imagine that by now, someone somewhere has sniffed enough information about fog addresses for being able to tell when a transaction goes in or out of the fog. For a deposit transaction this is harder, since an address can be completely new and unseen on the network, but it would be possible to make that connect afterwards."

Q. If you could just actually read next paragraph, too.

A. Yes, sir. "So it is not only a question of which addresses do transactions go to and come out of; it is also

Scholl - CROSS - By Mr. Ekeland

about timing.

"If someone sees two transactions in and out of the fog, approximately for the same amount at the same time, there the connection can be made as well. It is still difficult and they couldn't prove it was your transaction without finding us anyway, but the simple truth is that timing gives a lot of information.

"Of course in some way, we already combat this by having the lowest withdrawal time period of six hours, which, given the current deposit rate at around ten X per hour, gives enough obscurity for small deposits."

Q. And would you agree with me that Akemashite Omedetou has a sophisticated knowledge of how timing analysis can be used to trace transactions?

A. He has knowledge of it. The sophistication is not, based on these comments, very sophisticated. But he's more aware. And I think that, given the timeframe here, that these are -- we're talking about 2011 and 2012 -- that is a level of sophistication higher than most Bitcoin users at that time.

I wasn't investigating things at that time, but in general cybercriminals such as Akemashite Omedetou were less cognizant than they are today about the ability for the government to trace funds.

Q. Would you agree with me that even in 2011 and, say,

Scholl - CROSS - By Mr. Ekeland

2012, that Bitcoin Fog was fairly sophisticated about how it timed its output transactions?

A.  I don't think that the mixing inside of Bitcoin Fog was very sophisticated.  Having a delay is an increased level of sophistication over not having one.

Q.  You haven't examined the Bitcoin Fog servers, have you?

A.  The service or the servers?

Q.  The servers.

A.  No, sir, I have not.

Q.  And you haven't examined the Bitcoin Fog source code, have you?

A.  No, sir, I have not.

Q.  And you haven't examined the Bitcoin Fog ledger, have you?

A.  No, sir, I have not.

Q.  And that's because the Government doesn't have any of that?

A.  Yes, sir, that's correct.

Q.  In terms of these posts from Akemashite Omedetou, have you or are you aware of anybody in the government who has done any kind of linguistic analysis comparing the syntactical patterns in the posts by Omedetou and what are known to be Mr. Sterlingov's writings?

A.  What kind of analysis, sir?

Q.  Comparing syntax, a linguistic analysis to see if there

Scholl - CROSS - By Mr. Ekeland

are syntactical patterns that match the language in

Akemashite Omedetou's posts and those in, say,

Mr. Sterlingov's notes.

A. I'm not aware of anyone doing that, sir. But that would

not have been my role on this case team.

Q. Do you remember testifying to the jury about your coffee

cup example?

A. Yes, sir.

Q. I'd like to ask you your expert opinion on a similar

coffee shop example. And in this hypothetical, I buy a cup

of coffee for $5 and I give a $5 bill to the cashier at

Starbucks.

Now, that cashier gives that $5 bill to another

customer that I've never met in my life, I've never talked

to in my life, I have no contact with.

That customer goes and buys drugs with that $5

bill. In your expert opinion, have I bought drugs?

A. No, sir. Not in that example.

Q. And that's because the flow of funds is different than

the flow of the control of the funds. Correct?

A. Yes, sir. That's correct.

Q. So I'd like to go through some of the, I think, five

traces that you did from 13 years ago in October and

November of 2011 -- not that you did the traces 13 years

ago, but these --

Scholl - CROSS - By Mr. Ekeland

A.  I understand, sir.

Q.  You understand.

And just in relation to those transactions, you're not aware of any eyewitnesses to any of those transactions?

A.  No, sir, I'm not.

Q.  And your entire analysis of those transactions is being done from in front of your computer?

A.  Yes, sir.  That's correct.

Q.  And as part of your analysis, you looked at something from Mr. Sterlingov's notes that you've been calling the putting or deposit money?

A.  Yes, sir.

MR. EKELAND:  Mr. Hassard, if we could get what's been admitted into evidence as Government's Exhibits 818-B, as in boy, up on the screen.

THE COURTROOM DEPUTY:  Did you say 815?

MR. EKELAND:  818-B.  It should be in evidence. You'll tell me if it's not.

Can we publish this to the jury?

THE COURTROOM DEPUTY:  It is.

MR. EKELAND:  Oh.  Now I see it.  Thank you.

BY MR. EKELAND:

Q.  And this is the document you testified about previously. Correct?

A.  Yes, sir, it is.

Scholl - CROSS - By Mr. Ekeland

Q.  And it's fair to say that this document is discussing transferring money from a European bank into a Mt. Gox account?

A.  Yes, sir, it is.

Q.  And then it's talking about selling euros in exchange for Bitcoins and then Bitcoins in exchange for dollars?

A.  Yes, sir, it is.

Q.  And then it's talking about transferring to Liberty Reserve through AurumXChange?

A.  Yes, sir, it is.

Q.  And are you aware that this was a very common practice in the Bitcoin community in 2011 and 2012?

A.  No, sir.  I'm not aware of that.

Q.  And are you aware that if you searched Bitcoin Talk, you would find numerous messages talking about this process?

A.  I'm not aware of that.  No, sir.

Q.  And this is the document that you used to testify that Mr. Sterlingov was somehow layering his transaction in the manner of money laundering.  Correct?

A.  Yes, sir.  It's one of the pieces of evidence that supports that --

Q.  Right.

A.  -- conclusion.

Q.  And this is in relation to those five traces that you made of transactions in October and November of 2011.

Scholl - CROSS - By Mr. Ekeland

A. I understand, sir.

Q. But you haven't actually identified any illicit funds involved with any of those traces, have you?

A. I'm not sure what you mean. Identified that those -- that those funds purchased in one example -- the bitcoinfog.com clearnet domain name.

Q. Is it your testimony that it's illegal to buy a DNS registration?

A. No, sir, it is not. So it depends what you mean by illicit funds.

Q. I mean funds involved in any type of crime.

A. I mean, it seems like a legal question. If buying the bitcoinfog.com domain was a part of running bitcoinfog.com, then I would say that that may be illegal. I'm not a lawyer, but that's my understanding.

Q. You haven't traced any of the funds used in any of those five traces that you did of transactions in October and November of 2011 to any crime?

MS. PELKER: Objection, your Honor. Misstating the witness's testimony and the evidence.

MR. EKELAND: I'm not stating his testimony. I'm asking if he traced back the funds, the flow of funds, to any crime.

THE WITNESS: No. The funds were traced from Mr. Sterlingov's account to the purchase of the

Scholl - CROSS - By Mr. Ekeland

bitcoinfog.com clearnet domain name.

BY MR. EKELAND:

Q. And you lack any corroborating evidence for the assertion that the funds in those traces are related to any crime whatsoever?

A. Again, I'm not a lawyer. I'm not going to comment about the legality of purchasing the bitcoinfog.com domain name.

Q. So then you can't tell me that those transactions were money laundering?

MS. PELKER: Objection, your Honor. Calls for a legal conclusion, and I think --

THE COURT: Sustained.

MS. PELKER: -- the witness has --

THE COURT: I think the witness has answered the question.

MR. EKELAND: Could we get what's in evidence as Government's Exhibit 313-A up? Can we publish it to the jury?

Mr. Hassard, can we scroll down on that a little bit, if possible. All right. There is good. Thank you.

BY MR. EKELAND:

Q. Mr. Scholl, you recall testifying about this trace?

A. Yes, sir, I do.

Q. And this is a trace that -- it looks like the first transaction is -- what is that? October -- I'm having a

hard time reading that -- 29, 2011. Would you agree with that?

A. I think it's the 19th, sir.

Q. 19th. Thank you. I need new glasses.

MR. EKELAND: Mr. Hassard, if we could go back to where it says "Mt. Gox account No. 1" and zoom in on that so everyone can see it clearly. And can we bring it over a little bit. It's getting cutting off on my screen. If you could take it to the other way, I would love it. Or zoom it out a little bit. Right there.

BY MR. EKELAND:

Q. So now you've got this red box drawn around these three Mt. Gox accounts. But that doesn't occur anywhere on the internet or the blockchain. Right?

A. You're asking if red boxes occur on the --

Q. Yeah. That red box there, that's just the Government making an exhibit -- drawing a box around three accounts. Right?

A. I drew the box. I drew the box to signify that all three of those accounts belonged to one entity, Mt. Gox. They're --

Q. To Mt. Gox. But you're not making a claim that they all belong to Mr. Sterlingov, are you?

A. The box is labeled Mt. Gox. The claim was that these are Mt. Gox accounts. That's factual information.

Q. That there's three Mt. Gox accounts there. And that's why you drew the box around it, just to say that all three accounts just belong to Mt. Gox?

A. That's what the box is to signify, yes, sir.

Q. So let's talk about that Mt. Gox account No. 1. That, you'd agree with me, is Mr. Sterlingov's Mt. Gox account?

A. In his true name. Yes, sir.

Q. And that is associated with his plasma@plasmadivision email. Correct?

A. Yes, ma'am -- yes, sir. Sorry. Yes, sir. That's correct.

Q. I don't mind.

And that plasma@plasmadivision email is readily associated with Mr. Sterlingov. There's no dispute that that's his email.

A. Yes, sir.

Q. And Mr. Sterlingov KYC'd that Mt. Gox account. Correct?

A. He provided KYC documents. Yes, sir.

Q. Could you explain to the jury or just remind the jury again what KYC is?

A. Yes, sir. KYC is an acronym that stands for Know Your Customer. It relates to financial institutions' anti-money laundering programs. They have obligations to collect information about their customers.

Q. And in this instance, Mr. Sterlingov provided a photo ID

Scholl - CROSS - By Mr. Ekeland

for his Mt. Gox account in 2011?

A. Yes, sir, that's correct.

Q. And are you aware that KYC-ing your Mt. Gox account was optional in 2011?

A. I wasn't explicitly aware of that, but that makes sense to me.

Q. It wouldn't surprise you to learn that Mt. Gox didn't ask users to KYC their accounts until 2013?

A. There was no KYC documents in NSF 9000 or Kolbasa 99 in this graph.

Q. Right. We can see it. Those two accounts are not KYC'd and you can't trace them back to anybody based on any KYC information?

A. There's no KYC information associated with those two accounts.

Q. So Mr. Sterlingov voluntarily KYC'd his Mt. Gox account in 2011?

A. I suspect that that might be related to making bank transfers connected to the traditional financial system. But I don't know what Mt. Gox's policies were at that time.

Q. But you wouldn't dispute that Mr. Sterlingov had KYC'd his account at the time?

A. No, sir, I would not.

Q. And you recall all those Akemashite Omedetou posts that we just reviewed, particularly the one discussing Mt. Gox

Scholl - CROSS - By Mr. Ekeland

and how the Mt. Gox logs could end up in the hands of law enforcement?

A.  Yes, sir, I do.

Q.  Is it your testimony that in 2011, Akemashite Omedetou KYC'd her Mt. Gox account?

A.  I'm sorry.  I don't understand the question, sir.

Q.  Is it your testimony that this Mt. Gox account No. 1 belongs to Akemashite Omedetou?

A.  Are you asking if I believe Mr. Sterlingov is Akemashite Omedetou?

Q.  Yes.

A.  Yes, sir, I do.

Q.  And so it's your testimony that in 2011, Akemashite Omedetou KYC'd their Mt. Gox account?

A.  Yes, sir.

Q.  And you see how 89.87 euros goes into Akemashite Omedetou's KYC'd Mt. Gox account?

A.  Yes, sir.

Q.  All right.  Now, you don't have any evidence at all that that 89.87 euros is related to any crime whatsoever?

A.  I didn't trace funds backward from that point, sir.  I don't -- I am not aware of any.

Q.  And then those euros are transferred into Bitcoin; is that right?

A.  That's correct, sir.

Scholl - CROSS - By Mr. Ekeland

Q.  Do you know what the exchange rate for Bitcoin was on that day?

A.  I don't.  But you could look in the log and calculate it.

Q.  You did the calculation on that?

A.  I looked at what was in the logs.  The logs showed how many Bitcoin were purchased.

Q.  But you didn't check the math on the logs?

A.  No, sir, I did not.

Q.  And then -- so now we've got a transfer, or Mr. Sterlingov's Mt. Gox account sends -- I think -- what is that? -- 36 Bitcoin to this wallet address.  Correct?

A.  Yes, sir.

Q.  And that wallet address isn't in the Bitcoin Fog cluster?

A.  No, sir, it is not.

Q.  And you don't have the private keys to that wallet address, do you?

A.  No, sir, I don't.

Q.  You don't have any information related to that wallet address besides the fact that you saw 36 Bitcoin be sent to it and whatever you could see on the blockchain.  Correct?

A.  Yes, sir, that's correct.

Q.  You have no information whatsoever about who may have controlled that wallet address?

Scholl - CROSS - By Mr. Ekeland

A. I wouldn't say that. No, sir.

Q. What is your information as to who controls that wallet address?

A. I mean, it's the Government's case, the evidence in the totality of the Government's case.

Q. So you're making an assessment that that wallet address --

A. Right. We don't have any specific attribution information for that specific wallet address.

Q. And you don't have the private key?

A. We don't have the private key. But I would say that we don't always require a private key to have attribution on an address.

Q. But in this instance, you don't have the private key. You've got no specific corroborating evidence that you can point to that identifies anybody controlling that address, but you're telling me in your testimony that it's just the totality of the circumstances?

A. The timing, the pattern, that these transactions and similar transactions happened between these multiple accounts multiple times. The putting-money document, the depositing-money document, whatever you would like to call it, describing this flow of funds immediately before we observed the flow of funds through that process. Yes, sir. I'd say that's strong circumstantial evidence.

Scholl - CROSS - By Mr. Ekeland

Q. Circumstantial.

But this transaction is entirely consistent with Mr. Sterlingov's selling Bitcoin to somebody, isn't it?

A. Could it be consistent with that? It --

Q. It's entirely consistent --

THE COURT: I'm sorry. Let the witness finish and then ask the next question.

THE WITNESS: You're asking me if it's possible that Mr. Sterlingov was selling Bitcoin from his Mt. Gox account. And that was the reason for the transfer?

BY MR. EKELAND:

Q. I'm asking a different -- slightly different question. I'm saying that this first hop right here is entirely consistent with Mr. Sterlingov selling Bitcoin to somebody.

A. That's possible.

Q. Now, between that first Bitcoin address and the next Bitcoin address, the two that you put a box around --

A. Yes, sir.

Q. -- about eight hours passed?

A. I can't read this screen now with the marking on it, sir. But I don't know the timing of the transaction.

Q. I don't think the timing is on it. I can remove the marking for you if you'd like.

A. Based on this graph -- there is exhibits in evidence for the timestamps on these transactions. But they're on the

Scholl - CROSS - By Mr. Ekeland

same date, is what I can tell you.  I don't recall the time between those two transactions.

Q.  But you'd have no reason to disagree with me that eight hours elapsed between these two transactions?

MS. PELKER:  Your Honor, I'm going to object to the crossing out on the screen.  This is not closing argument.

THE COURT:  Well --

MR. EKELAND:  I'm just moving along the hops in the transaction that Mr. Scholl testifies he doesn't have --

THE COURT:  Well, I think you went back and did this after the testimony.

So the objection is sustained.

MR. EKELAND:  I'll remove it.

THE COURT:  If you need to make marks to make clear to the jury what you're pointing to or what you're asking about, that's fine.

MR. EKELAND:  Understood, your Honor.

BY MR. EKELAND:

Q.  And so now this next Bitcoin address, the one 14RZ, is the only reason that you have got this orange box between these two Bitcoin addresses is because 1JZBU up at the top sent Bitcoin to 14RZ?  Is that the only reason that box is between there?

A.  And they didn't belong to a service or an exchange that

Scholl - CROSS - By Mr. Ekeland

was on the graph. Yes.

Q. You see there that the amount transferred is 35.9995 Bitcoin?

A. Yes, sir, I do.

Q. Do you see that?

A. Yes, sir.

Q. And the reason for that is that the miners took out their fees?

A. Not the miners took out the fees. The sender paid the miner a fee.

Q. Yeah. The sender.

A. Yes, sir.

Q. I stand corrected.

But otherwise, it's a similar amount to the 36 Bitcoin?

A. Yes, sir.

Q. And so we've got similar amounts and similar timing, just like Akemashite Omedetou said would make your transaction easily traceable?

A. I don't think that this transaction is what Akemashite Omedetou was talking about here, sir. This is a publicly available transaction on the Bitcoin blockchain. Anyone can see that 1JZBUK is connected -- sorry, ma'am; I was going fast again -- was connected to 14RZFW.

Q. And anybody could see on the public blockchain the

Scholl - CROSS - By Mr. Ekeland

temporal proximity of these transactions. Correct?

A. Yes. But Bitcoin Fog and the conversation about making outputs and the inputs different, that's so they can't be traced through the mixing service. There's no mixing service here. This is just a Bitcoin transaction. This is not what Akemashite Omedetou was talking about.

Q. Akemashite Omedetou was talking about the need to change your inputs, your outputs, your amounts and your timing so that you couldn't be traced. Correct?

A. Within Bitcoin Fog, yes, sir. Not on a random transaction. Not on this specific transaction on the Bitcoin blockchain.

Q. And is it your testimony that -- and is it your testimony that Akemashite Omedetou wouldn't apply those principles outside the Bitcoin Fog mixer?

A. I'm not sure that I understand the question. But again, this is a public transaction. This is a single transaction. That's not what happens inside of Bitcoin Fog. I just think that the analogy you're trying to make doesn't make sense in this case.

Q. I'm not asking about the Bitcoin Fog mixer. I am asking you whether, in your expert opinion, you would think that Akemashite Omedetou would consider the timing and the amounts of any transaction on the public blockchain relevant to the traceability of that transaction.

Scholl - CROSS - By Mr. Ekeland

A.   Yes.  But Akemashite Omedetou was talking about transfers into and out of the fog, not a transfer between two addresses directly.  I don't think that the analogy applies, is all I'm saying, sir.

Q.   Looking at that 14RZFWF9F-and-so-on Bitcoin address, the Government doesn't have the private keys to that address either, do they?

A.   No, sir.  But again, I would say that the Government does not need a private key necessarily to attribute a Bitcoin address.

Q.   What identifying information do you have associated with that Bitcoin address?

A.   We have the Government's case, the evidence in the totality.

Q.   The totality of the Government's case.

Do you have the IP address associated with that transaction, the 14RZ?  Do you have the IP address associated with that?

A.   No, sir.

Q.   Do you have the IP address associated with the Bitcoin address above that, the 1JZBUKK?

A.   I don't have an IP address associated with 1JZBUKK.  But I would like to point out that that's not really how the Bitcoin network works.  It's not like there's a single IP address associated with a Bitcoin address.

Scholl - CROSS - By Mr. Ekeland

Q. As a matter of fact, the blockchain doesn't record IP addresses. Correct?

A. That's correct. The blockchain does not record IP addresses.

Q. You would need server logs related to the servers that did that transaction to know what the IP addresses were?

A. That's one way you could obtain that information. Yes, sir.

Q. The Government doesn't have any server logs related to these transactions?

A. No, sir. The Government does not, to my knowledge, have that information.

Q. As a matter of fact, for all the -- there's an IP address listed down at the bottom of this trace. The Government doesn't actually have the native server log for that IP address?

A. I'm not aware of the Government having that in their possession either, sir.

Q. When you talk about the totality of the Government's case in terms of identifying Mr. Sterlingov as Akemashite Omedetou, what you're really just talking about is an IP address analysis that says because Mr. Sterlingov used an IP address at a time close to another email associated -- the shormint@hotmail.com email, therefore, Mr. Sterlingov is Akemashite Omedetou. That's what you're talking about as

the totality of your case.  Correct?

A.  I have not done the IP analysis on those things, sir, so I'm not aware of what you're talking about.

But no.  It's not -- the Government's been presenting a case for two weeks now, sir.

Q.  Yes.  And tell me in that case where you have identified Mr. Sterlingov with clear evidence as being --

MS. PELKER:  Your Honor --

Q.  -- Akemashite Omedetou.

THE COURT:  I'm sorry.  I just think this is argument rather than a question.

BY MR. EKELAND:

Q.  Can you point to any evidence in all the -- you've been watching the testimony in this case --

MS. PELKER:  Objection, your Honor.

BY MR. EKELAND:

Q.  -- for the last two weeks?

THE COURT:  Yes.  Sustained.  I think this is -- it's more in the nature of argument.

BY MR. EKELAND:

Q.  Can you point to any specific evidence -- well, withdrawn.

In the last -- you've watched the testimony in this courtroom the last two weeks?

A.  Not all of it, but most of it.  Yes, sir.

Scholl - CROSS - By Mr. Ekeland

Q.   And in that testimony that you've listened to, can you identify for me the specific pieces of evidence --

MS. PELKER:  Objection, your Honor.

MR. EKELAND:  I'm asking for his opinion.  He has told me that Mr. Sterlingov is Akemashite Omedetou.  And I am asking for the evidentiary basis for that opinion.

THE COURT:  He's -- I'm not sure he's being offered as the expert witness for that final conclusion in the case.  And so I just think it's beyond the scope.

I also think you're basically asking him to present the Government's closing argument, and I think that that's really for counsel to do rather than asking a witness to present their arguments with respect to what the evidence shows in the case.

MR. EKELAND:  We object, your Honor.  But we'll move on.

THE COURT:  Okay.

MR. EKELAND:  I lost my screen there.  If I could get 313-A back up.  Thank you.

Would you like to continue to 1:00?

THE COURT:  Yes.

MR. EKELAND:  I can go on.

BY MR. EKELAND:

Q.   Looking at these -- if we can zoom out a little bit, Mr. Hassard -- so following the flow of funds, which you

Scholl - CROSS - By Mr. Ekeland

have, I believe, testified isn't necessarily the same as flow of control of the funds --

THE COURT:  That's not a question.  That's -- you're --

MS. PELKER:  Yeah.

MR. EKELAND:  I'm trying to get to my question.

THE COURT:  But you're not supposed to summarize; you're just supposed to ask a question.

MR. EKELAND:  That's fine.

BY MR. EKELAND:

Q.  So the first hop in this transaction going from Mt. Gox account No. 1 to that first Bitcoin address, you testified, is consistent with Mr. Sterlingov selling Bitcoin to somebody else?

MS. PELKER:  Objection, your Honor.  Misstating the witness's answer.

THE COURT:  That's asked and answered in any event.

So let's move on.  Next question.

BY MR. EKELAND:

Q.  And you'd agree with me that the second hop in this transaction going from this Bitcoin address right here to this Bitcoin address is consistent with someone selling Bitcoin to yet another person?

A.  It could be consistent.

Scholl - CROSS - By Mr. Ekeland

Q. And are you aware -- well, could you explain to the jury -- do you know what a confirmation is?

A. On the Bitcoin blockchain?

Q. Yes.

A. Yes, sir, I do.

Q. Could you explain to the jury what a confirmation is on the Bitcoin blockchain?

A. Yes, sir. A confirmation is when the transaction is included in a block. So that would be one confirmation, the first time the transaction is included in a block. Then every time a new block is added onto the block that that transaction was in, that would be another confirmation.

Q. And when you go -- I think you used -- you showed the jury exhibits from the Mempool blockchain explorer?

A. Yes, sir.

Q. Up in the -- I think in the upper right-hand corner, if I'm remembering correctly, of the Mempool blockchain explorer, you can see the number of confirmations and the amount of time it took for those confirmations?

A. Generally, it displays the number of confirmations. I can't recall if it says anything about the timing of those confirmations. But...

Q. So do you recall that the confirmation time between this bottom Bitcoin address --

MR. EKELAND: Mr. Hassard, if we can zoom it up a

Scholl - CROSS - By Mr. Ekeland

little bit so I can read it --

MS. PELKER: Your Honor, I may have misheard the witness's testimony. But I think he just said he doesn't recall the specific confirmation that was on that particular shot.

MR. EKELAND: I -- did I --

THE COURT: Well, go ahead and ask your question. We'll see where it goes.

MR. EKELAND: Was that an objection? I got a little lost on that.

THE COURT: Why don't you just ask your question again. I've lost where we are, too.

BY MR. EKELAND:

Q. To go to -- now, the next hop in this transaction going from 14RZFW to Mt. Gox account No. 2 here, that transaction happened after four confirmations in about 35 minutes. Correct?

A. I don't remember how many confirmations and how many minutes, sir.

Q. But --

A. There's an exhibit that could be pulled up. This is in evidence.

Q. But you don't remember?

So the --

A. No, sir, I don't.

Scholl - CROSS - By Mr. Ekeland

Q. This transaction here, that's again entirely consistent with a sale to another person?

A. The individual transaction is consistent with a Bitcoin transaction. It's a payment. There's funds moving. It could be consistent with somebody purchasing Bitcoin. It could be consistent with that. Yes, sir.

Q. It could be consistent with those funds being sent to yet another person?

A. Yes, sir. It could also be consistent with layering transactions in a money-laundering scheme.

Q. But you don't know that for sure? You don't know that this is layering of a money-laundering transaction for sure?

A. Given the pattern, that this happened multiple times, funds moving out of plasmadivision and through the Bitcoin blockchain through accounts that were just recently created and then never used again shortly after the Bitcoin Fog was created, there's considerable evidence to suggest that this is not somebody simply buying Bitcoin.

Q. You're guessing?

MS. PELKER: Objection, your Honor.

THE COURT: Yes. Sustained.

BY MR. EKELAND:

Q. Now, that Mt. Gox account No. 2 is not a KYC account?

A. No. There were no government identification photos associated with that account.

Scholl - CROSS - By Mr. Ekeland

Q. And in your expert opinion as a blockchain tracing expert, if I wanted to hide the source of funds for the DNS registration for my bitcoinfog.com clearnet site, I could have just started my payment to the DNS registration from that nontraceable Mt. Gox account. Correct?

A. Could that have been done? Yes. It's possible that that Bitcoin could have been converted to U.S. dollars in the NSF 9000 account and then moved through the AurumXChange the same way.

Q. Because in 2011, it was entirely possible to fund a Mt. Gox account in a nontraceable way?

A. You mean funding it with Bitcoin?

Q. Funding it with Bitcoin, buying a redemption code in cash from somebody. There's more than one way to anonymously fund a transaction into a Mt. Gox account in 2011. Correct?

A. Yes, sir.

Q. But it's your testimony that Akemashite Omedetou paid for the DNS registration to the bitcoinfog.com clearnet site through his KYC account?

A. Is that my testimony?

Q. Is that your testimony?

A. That's the Government's case, I think.

Q. That is the Government's case, isn't it?

MS. PELKER: Objection, your Honor.

Scholl - CROSS - By Mr. Ekeland

THE COURT: Yes. Now --

MR. EKELAND: Moving on --

THE COURT: Mr. Ekeland, you need to really make sure you just ask questions. That's all you're supposed to be doing.

MR. EKELAND: Understood, your Honor.

THE COURT: I hope so.

MR. EKELAND: Moving on?

THE COURT: Yes.

BY MR. EKELAND:

Q. Now, following this flow of funds, the amount has stayed essentially the same minus the fees paid to miners so far. Would you agree with that?

A. Yes, sir.

Q. And --

A. There were -- I don't recall specifically, but fees associated with the conversions of funds in Mt. Gox account 1, Mr. Sterlingov's Mt. Gox account. So in addition to the mining fees, there were fees in converting euros to Bitcoin, potentially.

Q. And so the -- in the first hop of the transaction, for instance, we've got 36 Bitcoin?

A. Right.

Q. And then in the second hop, we've got 35.9995 Bitcoin?

A. Yes, sir.

Scholl - CROSS - By Mr. Ekeland

Q. And then in the next hop, it's 35.999 going to Mt. Gox?

A. Yes, sir.

Q. And then there's a Mt. Gox Bitcoin redemption code generated, and that was for 35 BTC?

A. Yes, sir, that's correct.

MR. EKELAND: And then if we could scroll down a bit. Thank you, Mr. Hassard.

BY MR. EKELAND:

Q. And then that -- so these initial hops in this transaction, they all happen on the same day, October 19th, 2011?

A. Yes, sir, that's correct.

Q. So that's the same day and the same amount, roughly?

A. Yes, sir.

MR. EKELAND: Now if we could scroll down a little bit.

BY MR. EKELAND:

Q. Now we've got the 35 Bitcoin Mt. Gox redemption code, and that is redeemed on October 20th in Mt. Gox account No. 3. Is that -- would you agree with that?

A. Yes, sir.

Q. And Mt. Gox account No. 3 again is not a KYC account, is it?

A. No, sir, it's not.

Q. And that account is associated with the email

Scholl - CROSS - By Mr. Ekeland

kolbasa999@rambler.ru?

A.  Yes, sir.

Q.  Besides that, the Government doesn't have any other information save for the Mt. Gox logs related to this account?

A.  And the transfers through the AurumXChange.  But yes, sir.

Q.  And the transfers through AurumXChange.

And you reviewed Mr. Sterlingov's password list?

A.  Yes, sir, I did.  The file we've called the P-save file.

Q.  And that had passwords going back to 2008?

A.  I don't recall how far back the dates went.

Q.  It had a Silk Road personal account password in there?

A.  Yes, sir, I believe it did.

Q.  It had all sorts of passwords in there, didn't it?  It had a lot of passwords in there.  Correct?

A.  Correct, sir.

Q.  The password and the username for Mt. Gox account No. 3 wasn't in there?

A.  No, sir, it was not.

Q.  And neither was the password or the username for Mt. Gox account No. 2?

A.  No, sir, it was not.

Q.  As a matter of fact, in all of Mr. Sterlingov's devices, all of his notes, his diary, everything that's been seized

Scholl - CROSS - By Mr. Ekeland

from him, everything that's been -- a search --

MS. PELKER: Your Honor, is there a question here?

MR. EKELAND: Yes. I'm listing all the things the Government searched and seized from Mr. Sterlingov.

BY MR. EKELAND:

Q. I'm asking you, Mr. Scholl, whether anywhere, in any of that, you saw any information related to Mt. Gox account No. 2 or Mt. Gox account No. 3.

A. In the information that I reviewed, I did not see any information about Mt. Gox account No. 2 or Mt. Gox account No. 3.

I would point out that I haven't reviewed all of the information in this case. I reviewed what was provided to me. To my understanding, there are encrypted portions in those devices that haven't been able to be reviewed.

Q. But you don't know for sure, actually, if there's encrypted portions of Mr. Sterlingov's devices. Is it -- withdrawn.

Is it your testimony that some of Mr. Sterlingov's devices are still encrypted and the Government hasn't reviewed them?

A. Partitions of them. That's my understanding.

Q. That's your understanding?

A. Yes, sir.

Q. Moving on.

Scholl - CROSS - By Mr. Ekeland

MR. EKELAND: Going down, Mt. Gox account No. 3, if we could scroll up a little bit. I'm sorry. Down. If I could just get to the bottom.

BY MR. EKELAND:

Q. Now, down here in Mt. Gox account No. 3 in the box, the 35 Bitcoin is redeemed into -- is that $80.50?

A. It was redeemed as Bitcoin and then converted in multiple transactions to 80.50 U.S. dollars. That's correct, sir.

Q. And those multiple transactions, that was just a normal thing that Mt. Gox did in redeeming codes?

A. No, sir. The redeem code is separate from the transactions that involved converting those funds into dollars.

Q. Is it your testimony that the conversion there is some kind of layering?

A. No, sir. I think that the account wanted dollars instead of Bitcoin.

Q. And then --

A. I'm just saying that it was separate from redeeming the code. You can redeem the code and keep the Bitcoin in your account. Then there are separate transactions that convert it to U.S. dollars.

THE COURT REPORTER: I'm sorry. I didn't quite understand that.

THE WITNESS: Yes, ma'am. I was just trying to be clear that redeeming the redeem code was separate from converting the Bitcoin that were on the redeem code into U.S. dollars. They were separate transactions.

BY MR. EKELAND:

Q. And then the $80, I'm a little -- if you could actually explain to me exactly what's happening. The $80 is then generated into an $80 Mt. Gox redemption code?

A. Yes, sir.

Q. And then that redemption code is sent to AurumXChange. Is that correct?

A. Yes, sir.

Q. And one of the things that AurumXChange did is it specialized back then in converting Mt. Gox redemption codes into Liberty Reserve dollars.

A. That's --

Q. Is that correct? I'm asking you.

A. That's one of the services they offered. Yes, sir.

Q. Right. Because that was -- it was -- back in 2011, it was not as easy as it is in --

MS. PELKER: Objection, your Honor. Is counsel testifying or asking a question?

MR. EKELAND: I'm asking a question. If I could get through it, you would see that.

THE COURT: Go ahead and ask your question.

Scholl - CROSS - By Mr. Ekeland

BY MR. EKELAND:

Q. In 2011, it wasn't as easy as in 2024 to take your money off the blockchain and convert it into U.S. dollars?

A. I'd say that the ecosystem has grown significantly. Yes, sir.

Q. And so one of the things that AurumXChange did back in 2011 is it made it easy for -- or easier for people to exchange Bitcoin for dollars?

A. (No response.)

Q. I can rephrase that.

A. Please.

MS. PELKER: Your Honor, I don't think it's clear that defense counsel is asking a question.

THE COURT: Well, why don't you go ahead and ask the question.

BY MR. EKELAND:

Q. One of the services that AurumXChange provided is it allowed people to take Mt. Gox redemption codes and convert them into Liberty Reserve dollars?

A. Yes, sir.

Q. And then people could take those Liberty Reserve dollars to Liberty and use them at Liberty Reserve, which was another exchange?

A. Yes, sir.

Q. And at the Liberty Reserve exchange, you could pay for

goods and services?

A.   Any merchant that had a Liberty Reserve account.

MR. EKELAND:  Your Honor, would you like --

THE COURT:  This is a good time to break?

MR. EKELAND:  This is a good time to break.

THE COURT:  Why don't we break for the day.  It's getting late for your lunch and your weekend.

Just for your planning purposes, on Monday we're only going to be able to sit until 1:00.  There's someone who has an appointment that we can't move.  And so 1:00.  We'll have to break at 1:00 on Monday.  That way, if you have appointments or things you want to schedule for the afternoon, you can do that.

I'll remind you over the weekend, please don't discuss the case with anybody.  If people ask you about the case, you can say it's a criminal case.  Don't say anything else about the case.  As soon as you say anything more, they're going to want to talk with you about it; and they can't do that and you can't let them do that.  If anybody does try to talk to you about the case, just say, I'm not allowed -- the judge told me I'm not allowed to talk about the case.  When you're done, you can talk about the case.  But until then, you can't.

And don't conduct any type of research on the internet or otherwise relating to anything in any way

Scholl - CROSS - By Mr. Ekeland

related to this case.

And other than that, just have a really nice weekend. I'll see you back here on Monday. Yeah. 9:00 a.m. on Monday. We'll get in as much time on Monday as we can, since we're breaking at 1:00.

THE COURTROOM DEPUTY: All rise.

(Whereupon, the jury exited the courtroom at 1:02 p.m. and the following proceedings were had:)

THE COURTROOM DEPUTY: You may be seated.

THE COURT: The witness is excused for the day. We'll see you back here on Monday. I'll just remind you not to discuss your testimony with anybody until it's complete.

THE WITNESS: Of course, your Honor.

THE COURT: Thank you.

(Thereupon, Luke Scholl retired from the courtroom and the following proceedings were had:)

THE COURT: Anything we want to take up now? I'm sure people want to get their lunch, and I know the court reporter has been going for a long time. But if there's something you want to raise now, let me know.

MS. PELKER: Nothing from the Government, your Honor.

THE COURT: At some point we'll have to come back to the 403 issue, which I'm happy to do whenever you all think is appropriate.

And on Monday, if there's anything -- maybe that's a good time, but Monday afternoon after the jury is let go on Monday, if that's something after lunch on Monday that we want to address, that would be a good time to do it.  So make sure you think about that and let me know if there's anything that we should address, particularly if there's anything I need to be prepared for.

Have a nice weekend.  Thank you.

(Proceedings concluded.)

**CERTIFICATE**

I, LISA EDWARDS, RDR, CRR, do hereby certify that the foregoing constitutes a true and accurate transcript of my stenographic notes, and is a full, true, and complete transcript of the proceedings produced to the best of my ability.

Dated this 23rd day of February, 2024.

/s/ Lisa Edwards, RDR, CRR
Official Court Reporter
United States District Court for the
  District of Columbia
333 Constitution Avenue, Northwest
Washington, D.C. 20001
(202) 354-3269

**$**

**$100** [1] - 42:12
**$25** [2] - 71:15, 71:16
**$80** [4] - 71:16, 109:6, 109:7, 109:8
**$80.50** [1] - 108:6

**'**

**'my** [1] - 73:4
**'somebody's** [1] - 73:6
**'your** [1] - 73:8

**/**

**/s** [1] - 114:12

**1**

**1** [8] - 42:19, 42:20, 67:11, 85:6, 86:5, 88:7, 99:12, 104:18
**1.38** [2] - 44:18, 44:21
**1.382** [1] - 44:17
**100** [6] - 10:3, 10:6, 10:8, 22:5, 30:1, 30:6
**10005** [1] - 1:25
**102** [1] - 77:8
**10:07** [1] - 1:7
**10:10** [1] - 5:20
**10th** [2] - 72:8, 72:16
**11** [2] - 46:3, 46:5
**11-day** [1] - 65:19
**11:25** [2] - 60:24, 61:4
**11:58** [1] - 66:16
**12:00** [1] - 60:24
**12:30** [2] - 61:16, 66:3
**13** [3] - 62:10, 80:23, 80:24
**1301** [1] - 1:21
**13th** [1] - 52:25
**14RZ** [3] - 92:20, 92:23, 95:17
**14RZFW** [2] - 93:24, 101:15
**14RZFWF9F** [1] - 95:5
**14RZFWF9F-and-so-on** [1] - 95:5
**15** [3] - 59:19, 60:2, 60:7
**15th** [1] - 68:10

**16** [2] - 75:17, 76:16
**19th** [3] - 85:3, 85:4, 105:10
**1:00** [8] - 65:1, 66:6, 66:11, 98:20, 111:9, 111:10, 111:11, 112:5
**1:02** [1] - 112:7
**1:30** [1] - 64:25
**1JZBU** [1] - 92:22
**1JZBUK** [1] - 93:23
**1JZBUKK** [2] - 95:21, 95:22

**2**

**2** [9] - 44:3, 44:7, 48:8, 48:10, 101:15, 102:23, 106:22, 107:8, 107:10
**20** [1] - 60:24
**20001** [2] - 2:4, 114:14
**2005** [1] - 1:21
**2008** [1] - 106:11
**2011** [27] - 43:22, 45:14, 46:3, 46:5, 52:25, 68:10, 71:10, 72:15, 72:21, 78:18, 78:25, 80:24, 82:12, 82:25, 83:18, 85:1, 87:1, 87:4, 87:17, 88:4, 88:13, 103:10, 103:16, 105:11, 109:19, 110:2, 110:7
**2012** [7] - 72:8, 74:20, 75:17, 76:16, 78:18, 79:1, 82:12
**2013** [1] - 87:8
**2015** [1] - 22:13
**202** [2] - 2:4, 114:15
**2022** [1] - 36:22
**2023** [1] - 36:25
**2024** [3] - 1:7, 110:2, 114:10
**20530** [2] - 1:16, 1:19
**20th** [1] - 105:19
**21-00399** [1] - 1:4
**21-399** [1] - 5:23
**23** [1] - 1:7
**23rd** [1] - 114:10
**24** [1] - 36:22
**26** [2] - 11:20, 11:21
**27th** [3] - 43:22, 45:14, 72:14
**28** [3] - 55:13, 67:19, 67:21
**29** [1] - 85:1

**3**

**3** [7] - 105:20, 105:22, 106:18, 107:8, 107:11, 108:1, 108:5
**30** [1] - 1:24
**313-A** [2] - 84:17, 98:19
**333** [2] - 2:3, 114:14
**35** [9] - 11:20, 11:21, 45:23, 46:3, 51:20, 101:16, 105:4, 105:18, 108:6
**35.999** [1] - 105:1
**35.9995** [2] - 93:2, 104:24
**354-3269** [2] - 2:4, 114:15
**36** [5] - 11:18, 89:12, 89:21, 93:14, 104:22

**4**

**4** [1] - 28:3
**403** [3] - 4:11, 4:19, 112:24
**41** [2] - 52:12, 52:25
**42** [1] - 11:19

**5**

**5** [5] - 28:3, 80:11, 80:13, 80:16
**5.1527** [1] - 1:16
**50** [1] - 67:12
**59** [1] - 72:4

**6**

**6** [1] - 3:5
**601** [1] - 1:15
**61** [1] - 74:16
**6706** [1] - 2:3

**7**

**7** [1] - 61:24
**70** [1] - 75:14
**7th** [1] - 74:20

**8**

**80.50** [1] - 108:8
**815** [1] - 81:16
**818-B** [2] - 81:14,

81:17
**89.87** [2] - 88:16, 88:20

**9**

**9** [1] - 62:10
**90** [1] - 36:18
**9000** [2] - 87:9, 103:8
**95** [1] - 56:14
**950** [1] - 1:18
**99** [1] - 87:9
**9:00** [1] - 112:3

**A**

**a.m** [5] - 1:7, 5:20, 61:5, 66:16, 112:4
**abbreviation** [1] - 39:11
**ability** [5] - 30:3, 32:13, 35:12, 78:23, 114:7
**able** [8] - 4:15, 32:16, 34:23, 73:11, 76:16, 77:18, 107:15, 111:9
**abnormal** [1] - 71:22
**absolute** [1] - 25:24
**absolutely** [1] - 65:15
**abstractly** [1] - 19:25
**access** [2] - 44:24, 46:18
**according** [1] - 36:18
**account** [62] - 25:12, 26:17, 38:24, 39:6, 41:22, 41:24, 41:25, 43:15, 43:16, 43:19, 44:18, 44:25, 59:19, 70:19, 71:16, 71:20, 72:2, 82:3, 83:25, 85:6, 86:5, 86:6, 86:17, 87:1, 87:3, 87:16, 87:22, 88:5, 88:7, 88:14, 88:17, 89:11, 91:10, 99:12, 101:15, 102:23, 102:25, 103:5, 103:8, 103:11, 103:15, 103:20, 104:17, 104:18, 105:19, 105:22, 105:25, 106:5, 106:13, 106:18, 106:22, 107:7, 107:8, 107:10, 108:1, 108:5, 108:17, 108:22, 111:2
**accounts** [20] - 22:4, 25:9, 25:22, 26:4,

33:25, 34:19, 41:19, 59:1, 71:12, 85:13, 85:17, 85:20, 85:25, 86:1, 86:3, 87:8, 87:11, 87:15, 90:21, 102:15
**accuracy** [11] - 9:11, 9:15, 11:9, 12:8, 13:13, 14:1, 16:13, 21:8, 21:25, 22:8, 27:17
**accurate** [13] - 10:3, 10:5, 10:6, 10:8, 11:15, 27:5, 27:10, 29:8, 37:20, 56:18, 60:11, 114:4
**accurately** [1] - 56:16
**acknowledge** [1] - 7:20
**acquired** [1] - 43:9
**acronym** [1] - 86:21
**Action** [1] - 1:3
**activities** [1] - 37:4
**activity** [2] - 18:22, 40:13
**added** [1] - 100:11
**addition** [1] - 104:18
**address** [104] - 4:1, 10:14, 11:2, 11:5, 11:8, 11:11, 11:12, 11:14, 11:18, 11:25, 12:2, 12:10, 12:11, 12:14, 12:15, 12:18, 12:20, 12:23, 13:12, 13:24, 13:25, 14:4, 14:6, 14:7, 14:10, 14:11, 14:13, 14:15, 14:23, 14:24, 20:4, 26:21, 26:24, 27:2, 27:3, 27:13, 27:21, 27:22, 28:7, 28:10, 28:11, 28:14, 29:11, 29:14, 29:16, 29:19, 29:20, 29:21, 30:1, 30:7, 30:24, 31:1, 31:12, 31:14, 43:3, 45:12, 53:10, 54:11, 54:18, 54:20, 54:22, 56:4, 58:6, 64:8, 73:10, 77:20, 89:12, 89:14, 89:18, 89:21, 89:25, 90:3, 90:7, 90:9, 90:13, 90:16, 91:16, 91:17, 92:20, 95:5, 95:6, 95:10, 95:12, 95:16, 95:17, 95:20, 95:21, 95:22, 95:25, 96:14, 96:16, 96:22, 96:23, 99:12,

99:22, 99:23, 100:24, 113:4, 113:6

**addressed** [1] - 5:5
**addresses** [41] - 10:13, 11:20, 14:21, 22:2, 22:6, 23:3, 25:11, 25:16, 25:18, 25:21, 26:2, 26:7, 26:11, 27:6, 27:9, 29:2, 29:4, 43:9, 43:13, 45:9, 45:10, 56:15, 57:25, 59:10, 67:18, 67:19, 67:22, 68:2, 68:19, 69:24, 70:6, 71:3, 73:14, 77:18, 77:25, 92:22, 95:3, 96:2, 96:4, 96:6
**adds** [1] - 47:8
**adjourn** [1] - 65:1
**admitted** [1] - 81:14
**admittedly** [1] - 16:5
**advice** [3] - 24:15, 75:3, 75:9
**affect** [7] - 11:3, 11:8, 12:8, 12:24, 13:13, 13:17, 14:1
**affected** [1] - 10:24
**afternoon** [2] - 111:13, 113:2
**afterwards** [1] - 77:22
**agency** [3] - 8:23, 8:25, 9:3
**ago** [2] - 80:23, 80:25
**agree** [45] - 11:1, 23:4, 23:10, 29:9, 29:12, 29:24, 30:14, 30:21, 30:25, 31:10, 31:21, 31:23, 32:1, 43:24, 44:2, 45:17, 46:4, 46:23, 47:23, 48:12, 48:16, 48:23, 52:4, 53:12, 53:20, 54:25, 55:15, 55:25, 56:4, 56:19, 67:24, 68:11, 72:7, 73:21, 74:19, 75:10, 75:16, 76:1, 78:12, 78:25, 85:1, 86:6, 99:21, 104:13, 105:20
**ahead** [5] - 16:4, 21:1, 101:7, 109:25, 110:14
**Akemashite** [37] - 42:17, 43:18, 47:23, 48:13, 48:17, 48:23, 52:4, 53:12, 53:21, 54:17, 55:15, 67:24, 73:18, 75:10, 76:1,

78:12, 78:22, 79:19, 80:2, 87:24, 88:4, 88:8, 88:9, 88:13, 88:16, 93:18, 93:20, 94:6, 94:7, 94:14, 94:23, 95:1, 96:20, 96:25, 97:9, 98:5, 103:18
**Alden** [1] - 6:2
**alleged** [1] - 72:10
**allow** [4] - 13:4, 23:9, 24:6, 37:6
**allowed** [3] - 110:18, 111:21
**allowing** [1] - 18:7
**Amendment** [1] - 33:19
**AMERICA** [1] - 1:3
**America** [1] - 5:23
**amount** [22] - 14:13, 28:1, 29:19, 44:12, 44:16, 45:6, 47:21, 47:25, 52:3, 58:25, 59:10, 68:23, 69:11, 71:25, 75:3, 75:7, 78:3, 93:2, 93:14, 100:19, 104:11, 105:13
**amounts** [15] - 44:19, 45:10, 45:18, 47:11, 52:6, 69:7, 69:9, 71:7, 71:17, 71:24, 75:4, 75:12, 93:17, 94:8, 94:24
**analogy** [2] - 94:19, 95:3
**analysis** [45] - 9:8, 10:4, 10:9, 10:11, 10:16, 10:25, 11:15, 12:16, 12:21, 13:17, 14:17, 15:16, 15:20, 17:9, 17:11, 20:7, 20:16, 21:23, 26:20, 27:1, 27:4, 27:8, 27:12, 27:18, 28:17, 28:19, 29:3, 29:5, 29:7, 30:12, 36:14, 45:25, 47:9, 49:20, 56:17, 59:19, 69:14, 78:13, 79:21, 79:24, 79:25, 81:6, 81:9, 96:22, 97:2
**analytic** [1] - 21:12
**analyze** [9] - 7:6, 14:8, 23:24, 49:14, 51:22, 52:1, 55:14, 55:16, 55:22
**analyzed** [4] - 17:10, 49:10, 49:16, 56:15
**analyzer** [1] - 47:19

**analyzing** [1] - 17:2
**anecdotal** [1] - 22:12
**announced** [1] - 72:15
**anonymity** [2] - 43:5, 69:1
**anonymize** [1] - 45:12
**anonymous** [4] - 43:2, 43:16, 68:24, 69:25
**anonymously** [2] - 70:8, 103:15
**answer** [7] - 14:3, 16:4, 16:16, 31:17, 31:19, 59:11, 99:16
**answered** [9] - 13:1, 13:3, 16:1, 16:19, 20:24, 28:24, 41:11, 84:14, 99:17
**answers** [1] - 31:6
**anti** [1] - 86:22
**anti-money** [1] - 86:22
**anyway** [1] - 78:6
**apart** [2] - 70:4, 71:1
**apologize** [1] - 54:2
**appear** [1] - 48:21
**aPPEARANCES** [1] - 1:13
**applies** [1] - 95:4
**apply** [1] - 94:14
**appointment** [7] - 61:13, 61:22, 64:22, 64:23, 64:24, 65:3, 111:10
**appointments** [1] - 111:12
**approach** [1] - 5:25
**appropriate** [2] - 64:8, 112:25
**approximations** [1] - 10:4
**area** [1] - 18:7
**arguing** [1] - 24:4
**argument** [5] - 23:25, 92:7, 97:11, 97:19, 98:11
**arguments** [1] - 98:13
**arrange** [1] - 38:7
**arrested** [1] - 6:22
**assertion** [1] - 84:4
**assess** [1] - 58:5
**assessing** [1] - 58:1
**assessment** [8] - 27:15, 30:13, 56:23, 56:25, 57:2, 57:4, 62:2, 90:6
**assessments** [14] -

26:13, 27:2, 27:5, 27:10, 56:8, 57:18, 58:12, 58:14, 58:16, 58:18, 58:20, 60:8, 60:10
**associated** [13] - 86:8, 86:14, 87:14, 95:11, 95:16, 95:18, 95:20, 95:22, 95:25, 96:23, 102:25, 104:17, 105:25
**assume** [3] - 25:17, 25:19, 26:10
**assumption** [5] - 26:6, 26:23, 27:13, 57:2, 57:5
**assumptions** [6] - 25:16, 26:5, 28:13, 56:3, 56:5, 56:8
**attention** [1] - 61:16
**attesting** [3] - 9:11, 9:15, 21:8
**ATTORNEY'S** [1] - 1:14
**attribute** [1] - 95:9
**attributed** [1] - 34:24
**attribution** [9] - 16:12, 21:19, 21:20, 59:12, 59:15, 59:20, 59:25, 90:8, 90:12
**attributions** [2] - 21:17, 21:19
**audit** [5] - 15:9, 15:12, 15:16, 15:17, 15:18
**AurumXChange** [8] - 82:9, 103:8, 106:6, 106:8, 109:10, 109:13, 110:6, 110:17
**authorities** [1] - 43:7
**automatically** [1] - 70:8
**available** [2] - 43:5, 93:22
**avenue** [1] - 33:10
**Avenue** [4] - 1:18, 1:21, 2:3, 114:14
**aware** [33] - 9:6, 16:24, 17:1, 21:7, 21:10, 21:16, 21:18, 22:18, 22:23, 35:7, 36:18, 36:20, 36:21, 49:2, 69:1, 76:18, 76:20, 76:22, 77:3, 78:17, 79:20, 80:4, 81:4, 82:11, 82:13, 82:14, 82:16, 87:3, 87:5, 88:22, 96:17, 97:3, 100:1

## B

**back'** [1] - 73:4
**backed** [1] - 37:13
**backward** [1] - 88:21
**balance** [1] - 39:6
**bank** [3] - 43:15, 82:2, 87:18
**banks** [1] - 37:19
**based** [15] - 14:4, 22:13, 27:15, 36:12, 36:14, 46:20, 46:23, 48:19, 54:14, 57:6, 61:23, 68:4, 78:16, 87:12, 91:24
**basic** [1] - 37:21
**basis** [2] - 23:22, 98:6
**BEFORE** [1] - 1:11
**beforehand** [1] - 35:9
**begin** [1] - 8:21
**behavior** [1] - 31:24
**belong** [4] - 23:3, 85:23, 86:3, 92:25
**belonged** [4] - 26:2, 60:2, 60:7, 85:20
**belongs** [1] - 88:8
**bench** [2] - 32:21, 62:11
**best** [3] - 64:16, 65:25, 114:7
**better** [2] - 55:19, 69:3
**between** [27] - 7:21, 11:18, 19:24, 25:7, 25:14, 38:5, 38:8, 38:16, 39:21, 40:10, 41:18, 44:21, 49:5, 49:25, 51:12, 57:4, 58:25, 59:9, 73:14, 90:20, 91:16, 92:2, 92:4, 92:21, 92:24, 95:2, 100:23
**beyond** [3] - 15:5, 23:7, 98:9
**big** [2] - 47:17, 69:22
**bill** [4] - 28:3, 80:11, 80:13, 80:17
**bit** [20] - 46:6, 48:2, 52:16, 52:18, 61:21, 62:1, 66:12, 67:12, 68:13, 69:17, 69:18, 77:11, 84:20, 85:8, 85:10, 98:24, 101:1, 105:7, 105:16, 108:2
**Bitcoin** [159] - 10:12, 10:14, 11:2, 11:4, 11:8, 11:13, 11:18,

11:25, 12:2, 12:14,
12:15, 12:19, 12:23,
13:12, 13:23, 14:6,
14:10, 14:11, 14:13,
14:15, 14:21, 14:23,
22:2, 22:3, 22:6, 25:7,
25:10, 26:4, 26:7,
26:16, 28:4, 28:5,
28:9, 29:10, 29:14,
29:16, 29:18, 29:20,
29:21, 30:24, 31:1,
31:12, 31:14, 32:6,
32:7, 32:16, 33:5,
33:12, 33:21, 34:13,
34:18, 36:9, 36:10,
36:13, 36:15, 37:22,
38:14, 38:22, 38:23,
38:24, 39:3, 39:5,
39:7, 39:23, 39:25,
41:1, 41:2, 41:3, 42:7,
43:2, 43:13, 43:17,
46:22, 48:14, 49:6,
50:1, 50:5, 51:13,
51:14, 51:15, 51:17,
51:18, 58:25, 69:1,
72:10, 72:15, 72:18,
73:10, 73:20, 74:5,
74:14, 76:2, 78:19,
79:1, 79:3, 79:6,
79:10, 79:13, 82:12,
82:14, 88:23, 89:1,
89:7, 89:12, 89:14,
89:21, 91:3, 91:9,
91:14, 91:16, 91:17,
92:20, 92:22, 92:23,
93:3, 93:15, 93:22,
94:2, 94:5, 94:10,
94:12, 94:15, 94:18,
94:21, 95:5, 95:10,
95:12, 95:20, 95:24,
95:25, 99:12, 99:13,
99:22, 99:23, 99:24,
100:3, 100:7, 100:24,
102:14, 102:5, 102:14,
102:16, 102:18,
103:7, 103:12,
103:13, 104:19,
104:22, 104:24,
105:3, 105:18, 108:6,
108:7, 108:18,
108:21, 109:3, 110:8
  **Bitcoind** [1] - 46:14
  **bitcoinfog.com** [8] -
73:5, 83:6, 83:13,
84:1, 84:7, 103:3,
103:19
  **Bitcoins** [11] - 38:6,
38:12, 43:14, 44:5,
44:18, 44:21, 44:25,
73:13, 82:6
  **blindly** [2] - 47:21,

75:4
  **block** [6] - 14:5,
39:5, 100:9, 100:10,
100:11
  **blockchain** [50] -
8:19, 9:1, 9:4, 9:8,
9:11, 10:2, 12:8,
15:10, 15:16, 16:9,
17:4, 17:17, 17:22,
18:18, 19:8, 19:25,
20:16, 21:11, 25:23,
36:14, 38:22, 38:23,
39:1, 39:5, 39:17,
40:7, 40:11, 40:12,
43:4, 44:1, 44:19,
73:7, 74:5, 74:7, 74:9,
85:14, 89:22, 93:22,
93:25, 94:12, 94:24,
96:1, 96:3, 100:3,
100:7, 100:14,
100:17, 102:15,
103:1, 110:3
  **blogspot** [1] - 43:9
  **body** [1] - 9:7
  **bottom** [4] - 77:10,
96:14, 100:24, 108:3
  **bought** [2] - 73:16,
80:17
  **box** [15] - 46:7, 53:2,
62:12, 85:12, 85:16,
85:17, 85:19, 85:24,
86:2, 86:4, 91:17,
92:21, 92:23, 108:5
  **boxes** [1] - 85:15
  **boy** [1] - 81:15
  **brainer** [3] - 47:1,
47:4, 47:7
  **break** [8] - 52:14,
60:23, 61:7, 62:4,
111:4, 111:5, 111:6,
111:11
  **breaking** [2] - 54:6,
112:5
  **breaks** [1] - 32:12
  **bring** [3] - 5:11,
77:11, 85:7
  **bringing** [2] - 4:2,
33:10
  **broadcast** [2] -
38:22, 38:24
  **Brooklyn** [1] - 1:25
  **brought** [1] - 18:5
  **Brown** [2] - 4:8, 6:4
  **BROWN** [8] - 1:14,
4:3, 4:9, 4:14, 4:22,
5:4, 5:9, 33:1
  **BTC** [1] - 105:4
  **BTCE** [1] - 34:1
  **buffer** [1] - 75:5
  **bunch** [1] - 34:13

  **burdens** [1] - 65:16
  **but..** [1] - 100:22
  **buy** [6] - 28:3, 39:3,
42:12, 42:13, 80:10,
83:7
  **buyers** [1] - 38:7
  **buying** [3] - 83:12,
102:18, 103:13
  **buys** [1] - 80:16
  **BY** [75] - 2:1, 6:18,
7:3, 10:1, 12:1, 13:8,
15:2, 15:8, 15:24,
16:2, 16:7, 16:20,
18:14, 19:5, 20:14,
21:3, 23:12, 24:10,
25:1, 29:1, 30:20,
31:9, 31:20, 36:8,
37:10, 39:14, 41:12,
42:22, 44:9, 45:2,
46:2, 46:9, 46:19,
47:2, 48:6, 50:12,
51:1, 51:24, 52:24,
53:6, 55:7, 57:17,
67:7, 67:15, 68:9,
68:16, 69:19, 72:6,
73:1, 74:18, 74:24,
75:15, 77:12, 81:22,
84:2, 84:21, 85:11,
91:11, 92:19, 97:12,
97:16, 97:20, 98:23,
99:10, 99:20, 101:13,
102:22, 104:10,
105:8, 105:17, 107:5,
108:4, 109:5, 110:1,
110:16

## C

  **calculate** [1] - 89:3
  **calculation** [1] - 89:5
  **calculations** [1] -
59:10
  **calendar** [1] - 65:15
  **cancel** [1] - 65:3
  **canceling** [1] - 65:23
  **cannot** [8] - 9:13,
9:17, 16:11, 16:23,
17:16, 18:17, 40:5,
47:10
  **card** [1] - 43:15
  **cards** [1] - 41:20
  **career** [1] - 15:14
  **Case** [1] - 5:23
  **case** [62] - 7:8, 8:15,
9:12, 10:20, 15:15,
15:20, 17:12, 18:20,
24:4, 28:4, 30:12,
31:13, 31:15, 34:5,
36:11, 36:16, 38:11,

42:3, 42:4, 50:19,
50:22, 51:3, 51:9,
53:9, 54:11, 55:6,
55:12, 55:13, 56:10,
56:16, 57:8, 60:25,
66:1, 67:21, 69:8,
70:14, 76:25, 80:5,
90:4, 90:5, 94:20,
95:13, 95:15, 96:20,
97:1, 97:5, 97:6,
97:14, 98:9, 98:14,
103:23, 103:24,
107:13, 111:15,
111:16, 111:17,
111:20, 111:22, 112:1
  **cases** [10] - 15:14,
15:21, 16:3, 16:6,
19:11, 20:3, 33:11,
33:16, 58:21, 71:15
  **cash** [3] - 41:4, 41:6,
103:14
  **cashier** [2] - 80:11,
80:13
  **CATHERINE** [1] -
1:17
  **caution** [1] - 47:20
  **certain** [9] - 7:6,
25:16, 26:5, 26:10,
28:16, 30:1, 30:7,
33:25, 56:3
  **certainly** [4] - 34:23,
51:6, 53:17, 54:5
  **certainty** [5] - 25:25,
58:20, 58:23, 59:4,
59:5
  **CERTIFICATE** [1] -
114:1
  **certify** [1] - 114:4
  **chain** [35] - 26:15,
26:16, 26:18, 26:20,
26:24, 27:6, 27:12,
27:18, 27:21, 29:3,
31:23, 38:16, 38:17,
38:19, 38:21, 39:7,
39:15, 40:4, 40:23,
42:9, 56:1, 56:6, 56:7,
56:9, 56:21, 57:24,
58:2, 58:24, 59:9,
73:22, 73:23, 73:25,
74:2, 74:4
  **Chainalysis** [33] -
8:19, 9:5, 9:16, 9:19,
14:5, 15:13, 15:20,
16:12, 16:22, 16:24,
17:2, 17:20, 18:15,
20:19, 20:21, 21:8,
21:12, 21:21, 21:25,
22:3, 22:8, 22:13,
22:15, 22:18, 22:23,
22:25, 23:14, 23:20,

23:23, 24:12, 24:15,
36:18, 36:25
  **chains** [10] - 27:3,
27:8, 31:21, 32:2,
56:10, 56:14, 58:3,
59:1, 60:8
  **change** [23] - 12:16,
25:25, 26:24, 27:3,
27:13, 27:20, 27:22,
27:24, 28:5, 28:14,
32:1, 39:4, 45:11,
56:3, 58:1, 58:6,
58:21, 58:24, 64:23,
94:7
  **changes** [1] - 76:18
  **changing** [3] - 10:11,
76:14, 76:21
  **character** [1] - 13:16
  **characterize** [4] -
24:16, 57:21, 58:11,
58:17
  **characterized** [2] -
58:14, 64:2
  **characters** [2] -
11:19, 14:24
  **check** [3] - 14:22,
48:10, 89:8
  **checked** [2] - 22:2,
22:4
  **choice** [3] - 26:21,
72:25, 73:3
  **chose** [1] - 7:22
  **CHRISTOPHER** [1] -
1:14
  **Christopher** [1] - 6:4
  **CipherTrace** [1] -
21:13
  **circle** [1] - 63:7
  **circumstances** [1] -
90:18
  **circumstantial** [4] -
29:23, 59:24, 90:25,
91:1
  **cite** [2] - 22:7, 40:22
  **claim** [2] - 85:22,
85:24
  **claiming** [1] - 10:2
  **clarify** [2] - 37:22,
57:13
  **clause** [1] - 33:19
  **clear** [13] - 20:11,
25:20, 35:10, 48:3,
50:2, 51:22, 57:23,
68:15, 76:4, 92:16,
97:7, 109:2, 110:12
  **clearer** [1] - 20:5
  **clearly** [1] - 85:7
  **clearnet** [10] - 76:3,
76:4, 76:12, 76:15,
76:21, 77:2, 83:6,

84:1, 103:3, 103:19
clerk [5] - 61:12, 61:20, 61:25, 63:22, 64:23
close [1] - 96:23
closer [1] - 72:20
closing [2] - 92:6, 98:11
cluster [5] - 20:4, 22:3, 23:3, 24:15, 89:15
clustered [1] - 22:6
clustering [13] - 21:5, 21:9, 21:22, 22:9, 22:15, 22:19, 22:21, 22:24, 22:25, 23:2, 23:14, 23:23, 24:13
clusters [4] - 9:5, 21:17, 25:13, 25:14
code [14] - 41:23, 41:24, 42:13, 79:10, 103:13, 105:3, 105:18, 108:12, 108:21, 109:2, 109:3, 109:8, 109:10
codes [9] - 41:14, 41:17, 41:18, 42:1, 42:9, 75:24, 108:11, 109:14, 110:18
coffee [6] - 28:2, 28:3, 28:9, 80:6, 80:10, 80:11
cognizant [2] - 33:3, 78:23
coin [1] - 27:16
coins [6] - 73:4, 73:6, 73:8, 73:9, 73:12, 73:15
collect [2] - 16:24, 86:23
collisions [1] - 14:25
Columbia [2] - 2:2, 114:13
COLUMBIA [2] - 1:1, 1:15
combat [1] - 78:8
combine [1] - 69:9
combining [1] - 68:21
coming [5] - 27:24, 28:5, 36:24, 62:18, 66:25
comment [1] - 84:6
commenting [2] - 31:5, 66:21
comments [1] - 78:16
common [3] - 20:7, 40:21, 82:11

commonly [1] - 21:19
communicate [1] - 46:15
communicating [1] - 50:5
communication [2] - 49:3, 49:5
communications [4] - 49:25, 50:4, 51:12, 51:16
community [1] - 82:12
company [2] - 69:23, 75:25
comparing [2] - 79:21, 79:25
complained [1] - 63:23
complaining [3] - 63:11, 63:24, 64:12
complaint [5] - 7:8, 7:10, 7:16, 7:18, 7:19
complaints [1] - 62:12
complete [2] - 112:12, 114:6
completely [5] - 34:20, 35:3, 53:10, 54:12, 77:21
compounds [1] - 56:11
computer [3] - 8:16, 49:8, 81:7
computers [1] - 50:14
concept [1] - 73:6
concern [9] - 47:24, 52:5, 52:8, 53:21, 63:9, 67:25, 69:6, 69:12, 75:11
concerned [3] - 34:25, 52:9, 65:23
concluded [1] - 113:9
conclusion [7] - 19:18, 19:20, 23:17, 23:19, 82:23, 84:11, 98:8
conclusions [1] - 26:12
concrete [1] - 29:13
conduct [3] - 35:10, 61:1, 111:24
conducted [2] - 15:19, 29:8
conducting [1] - 14:17
conference [1] - 32:21

confirm [2] - 7:4, 29:10
confirmation [7] - 100:2, 100:6, 100:8, 100:9, 100:12, 100:23, 101:4
confirmations [6] - 100:18, 100:19, 100:20, 100:22, 101:16, 101:18
confirmed [2] - 28:18, 29:7
confirming [2] - 23:13, 30:23
conflicts [1] - 65:14
confrontation [1] - 33:19
confused [1] - 19:3
confusing [1] - 37:23
confusion [1] - 19:23
connect [1] - 77:22
connected [3] - 87:19, 93:23, 93:24
connecting [1] - 43:12
connection [1] - 78:4
consider [13] - 25:5, 26:15, 26:17, 44:6, 44:7, 44:12, 44:16, 63:3, 71:21, 71:23, 73:4, 73:9, 94:23
considerable [1] - 102:17
consistent [13] - 91:2, 91:4, 91:5, 91:14, 99:13, 99:23, 99:25, 102:1, 102:3, 102:5, 102:6, 102:7, 102:9
constitutes [1] - 114:4
Constitution [2] - 2:3, 114:14
consult [1] - 62:21
contact [1] - 80:15
contain [2] - 22:16, 22:20
context [1] - 68:4
contextual [1] - 57:7
continue [4] - 45:3, 52:15, 52:18, 98:20
continues [3] - 64:8, 64:17, 64:19
continuing [1] - 51:20
contracts [1] - 9:20
contrary [1] - 73:13
control [7] - 25:25, 26:10, 30:3, 58:1, 58:9, 80:20, 99:2

controlled [4] - 29:21, 30:1, 30:7, 89:25
controlling [1] - 90:16
controls [7] - 29:10, 29:14, 29:15, 30:23, 31:1, 31:11, 90:2
conversation [1] - 94:2
conversion [1] - 108:15
conversions [1] - 104:17
convert [3] - 108:22, 110:3, 110:18
converted [2] - 103:7, 108:7
converting [4] - 104:19, 108:13, 109:3, 109:14
corner [1] - 100:16
corroborating [3] - 30:14, 30:17, 30:22
correct [60] - 6:23, 7:13, 8:17, 8:23, 10:13, 10:18, 10:20, 10:21, 11:19, 12:12, 16:12, 16:25, 21:5, 21:13, 22:15, 25:19, 26:21, 26:22, 26:25, 27:14, 27:19, 32:14, 39:19, 40:17, 40:18, 42:2, 42:10, 42:14, 46:4, 49:6, 70:14, 79:18, 80:20, 80:21, 81:8, 81:24, 82:19, 86:9, 86:11, 86:17, 87:2, 88:25, 89:12, 89:22, 89:23, 94:1, 94:9, 96:2, 96:3, 97:1, 101:17, 103:5, 103:16, 105:5, 105:12, 106:16, 106:17, 108:9, 109:11, 109:17
corrected [2] - 10:10, 93:13
correctly [7] - 26:9, 56:20, 58:13, 58:15, 59:3, 59:5, 100:17
CORROBORA [1] - 30:17
corroborated [1] - 60:10
corroborating [9] - 30:16, 30:19, 30:22, 31:11, 59:6, 60:12, 60:13, 84:3, 90:15
corroboration [1] -

30:18
counsel [10] - 5:25, 6:1, 6:3, 6:8, 18:7, 62:24, 67:2, 98:12, 109:21, 110:13
count [1] - 62:12
couple [1] - 73:14
course [4] - 61:9, 68:18, 78:8, 112:13
Court [10] - 2:1, 2:2, 17:9, 33:14, 63:3, 64:7, 114:12, 114:13
court [4] - 6:8, 13:22, 36:4, 112:18
COURT [112] - 1:1, 4:1, 4:5, 4:8, 4:12, 4:20, 5:1, 5:6, 5:11, 5:14, 5:17, 6:5, 6:9, 6:13, 7:2, 9:22, 11:21, 13:4, 15:1, 15:4, 15:7, 16:4, 16:18, 18:9, 19:3, 19:10, 19:15, 19:22, 20:9, 20:13, 21:1, 23:9, 23:25, 24:4, 24:23, 28:24, 30:16, 30:19, 31:7, 31:18, 32:20, 32:24, 33:2, 33:17, 35:14, 35:25, 36:2, 36:5, 36:7, 37:6, 39:9, 41:11, 44:14, 46:12, 50:10, 50:21, 50:23, 52:15, 52:18, 52:20, 57:15, 60:17, 60:20, 60:23, 61:7, 61:12, 62:8, 62:22, 62:25, 63:5, 63:8, 63:21, 64:2, 64:10, 64:21, 65:7, 65:11, 65:21, 66:2, 66:4, 66:10, 66:19, 84:12, 84:14, 91:6, 92:8, 92:11, 92:15, 97:10, 97:18, 98:7, 98:17, 98:21, 99:3, 99:7, 99:17, 101:7, 101:11, 102:21, 104:1, 104:3, 104:7, 104:9, 108:24, 109:25, 110:14, 111:4, 111:6, 112:10, 112:14, 112:17, 112:23
courthouse [1] - 61:19
courtroom [10] - 4:6, 5:19, 35:10, 61:4, 61:10, 66:15, 66:24, 97:24, 112:7, 112:15
COURTROOM [11] - 5:18, 5:21, 61:3, 61:6,

| | | | | E |
|---|---|---|---|---|

62:5, 66:14, 66:17, 81:16, 81:20, 112:6, 112:9

**created** [3] - 15:20, 102:15, 102:17

**creating** [2] - 41:23, 63:9

**credit** [2] - 39:6, 43:15

**Crime** [1] - 36:25

**crime** [6] - 37:17, 83:11, 83:18, 83:23, 84:5, 88:20

**Criminal** [1] - 1:3

**criminal** [7] - 5:23, 7:8, 7:10, 7:16, 7:18, 7:19, 111:16

**CROSS** [1] - 6:17

**cross** [2] - 34:17, 35:6

**Cross** [1] - 3:5

**CROSS-EXAMINATION** [1] - 6:17

**Cross-Examination** [1] - 3:5

**cross-examination** [1] - 35:6

**crossing** [1] - 92:6

**CRR** [3] - 2:1, 114:3, 114:12

**crucial** [1] - 30:23

**crypto** [4] - 36:22, 37:4, 37:12, 38:3

**Crypto** [1] - 36:25

**cryptocurrency** [3] - 13:21, 37:16, 48:20

**cup** [2] - 80:7, 80:10

**currency** [5] - 37:13, 37:18, 39:12, 43:15

**current** [2] - 61:15, 78:10

**cursor** [1] - 53:18

**custody** [1] - 31:14

**customer** [2] - 80:14, 80:16

**Customer** [1] - 86:22

**customers** [2] - 38:14, 86:24

**cutting** [1] - 85:8

**cybercriminals** [1] - 78:22

| D |
|---|

**D.C** [6] - 1:6, 1:16, 1:19, 1:21, 2:4, 114:14

**darknet** [2] - 23:21,

24:17

**data** [15] - 7:6, 15:22, 16:25, 22:16, 22:18, 22:20, 22:25, 27:15, 36:24, 40:3, 40:5, 40:22, 57:6, 57:9, 74:4

**data-driven** [1] - 57:9

**database** [3] - 46:8, 46:16

**date** [7] - 10:15, 43:22, 68:6, 68:10, 72:11, 75:16, 92:1

**Dated** [1] - 114:10

**dates** [2] - 72:19, 106:12

**deal** [1] - 38:15

**dealing** [1] - 61:13

**debating** [1] - 58:19

**December** [1] - 33:24

**defeats** [1] - 41:3

**Defendant** [4] - 1:7, 4:4, 4:6, 6:7

**DEFENDANT** [1] - 1:23

**defense** [3] - 18:6, 65:5, 110:13

**defense's** [1] - 65:25

**define** [5] - 10:7, 17:5, 18:20, 37:7

**defined** [1] - 20:20

**definition** [3] - 17:8, 17:25, 18:2

**delay** [1] - 79:4

**delivering** [1] - 75:21

**deniability** [1] - 44:23

**DEPARTMENT** [2] - 1:18, 1:20

**deposit** [14] - 33:23, 34:24, 38:23, 41:24, 44:22, 45:12, 45:18, 47:25, 70:4, 71:2, 71:25, 77:20, 78:10, 81:11

**deposited** [4] - 34:19, 45:6, 45:11, 47:11

**depositing** [3] - 52:5, 69:6, 90:22

**depositing-money** [1] - 90:22

**deposits** [1] - 78:11

**DEPUTY** [11] - 5:18, 5:21, 61:3, 61:6, 62:5, 66:14, 66:17, 81:16, 81:20, 112:6, 112:9

**deputy** [5] - 61:12,

61:20, 61:25, 63:22, 64:23

**described** [1] - 47:13

**describing** [1] - 90:23

**description** [1] - 46:23

**designed** [2] - 41:1, 41:2

**details** [1] - 77:4

**determine** [4] - 29:13, 29:15, 29:21, 31:1

**devices** [17] - 30:5, 49:3, 49:9, 49:14, 49:15, 49:19, 49:21, 49:22, 49:23, 50:3, 50:13, 74:12, 76:24, 106:24, 107:15, 107:17, 107:20

**diaries** [1] - 49:4

**diary** [2] - 30:6, 106:25

**difference** [6] - 38:16, 55:5, 55:12, 57:4, 69:22, 70:18

**differences** [2] - 7:21, 7:24

**different** [29] - 4:24, 5:9, 7:22, 8:23, 11:24, 21:11, 21:16, 21:17, 21:18, 23:4, 23:5, 23:10, 23:11, 26:2, 37:22, 45:9, 45:10, 46:14, 62:19, 69:9, 71:7, 71:25, 73:14, 76:22, 80:19, 91:12, 94:3

**difficult** [2] - 30:13, 78:5

**difficulty** [1] - 18:11

**direct** [5] - 22:3, 25:2, 26:18, 51:4, 51:7

**directly** [3] - 35:13, 38:5, 95:3

**disagree** [2] - 21:21, 92:3

**discover** [1] - 6:24

**discuss** [4] - 60:25, 61:8, 111:15, 112:12

**discussed** [5] - 27:4, 30:12, 49:17, 49:18, 56:10

**discussing** [2] - 82:1, 87:25

**discussion** [1] - 62:24

**displays** [1] - 100:20

**dispute** [2] - 86:14,

87:21

**dissension** [1] - 63:10

**distance** [1] - 61:18

**distracting** [2] - 64:3, 66:23

**DISTRICT** [4] - 1:1, 1:1, 1:11, 1:15

**District** [3] - 2:2, 2:2, 114:13

**district** [1] - 114:13

**DNS** [4] - 83:7, 103:2, 103:4, 103:19

**doctor's** [1] - 61:13

**document** [5] - 81:23, 82:1, 82:17, 90:21, 90:22

**documents** [3] - 51:6, 86:18, 87:9

**dollars** [14] - 37:14, 42:5, 82:6, 103:7, 108:8, 108:14, 108:17, 108:23, 109:4, 109:15, 110:3, 110:8, 110:19, 110:21

**domain** [5] - 75:24, 83:6, 83:13, 84:1, 84:7

**done** [18] - 7:4, 7:12, 7:14, 8:15, 22:7, 33:16, 34:5, 34:22, 37:17, 39:20, 69:3, 71:22, 71:25, 79:21, 81:7, 97:2, 103:6, 111:22

**doubt** [1] - 15:5

**down** [21] - 18:7, 33:15, 40:17, 44:14, 46:6, 48:2, 50:23, 57:24, 57:25, 58:24, 59:9, 67:12, 69:16, 75:23, 84:19, 96:14, 105:6, 105:15, 108:1, 108:2, 108:5

**dozens** [2] - 27:6

**dramatically** [1] - 28:14

**drawing** [1] - 85:17

**drawn** [1] - 85:12

**drew** [3] - 85:19, 86:2

**drive** [1] - 40:20

**driven** [1] - 57:9

**drives** [3] - 49:4, 50:17

**drugs** [4] - 24:18, 24:19, 80:16, 80:17

**during** [2] - 14:17, 21:23

**E-T-H-E-R** [1] - 39:13

**easier** [4] - 67:18, 68:1, 69:13, 110:7

**easily** [5] - 43:10, 45:20, 71:18, 73:16, 93:19

**easy** [11] - 51:22, 52:1, 52:10, 53:15, 53:23, 55:1, 55:3, 75:12, 109:20, 110:2, 110:7

**ecosystem** [1] - 110:4

**EDWARDS** [2] - 2:1, 114:3

**Edwards** [1] - 114:12

**effect** [2] - 15:15, 47:18

**effective** [2] - 33:6, 33:12

**efforts** [1] - 33:16

**eight** [3] - 65:19, 91:19, 92:3

**Eighth** [1] - 1:25

**either** [9] - 4:23, 13:23, 46:17, 68:24, 76:12, 76:19, 77:2, 95:7, 96:18

**EKELAND** [171] - 1:23, 1:24, 6:6, 6:15, 6:18, 7:3, 9:24, 10:1, 12:1, 13:2, 13:8, 15:2, 15:8, 15:24, 16:2, 16:7, 16:17, 16:20, 18:4, 18:13, 18:14, 19:2, 19:5, 19:14, 19:17, 20:6, 20:12, 20:14, 20:25, 21:2, 21:3, 23:8, 23:12, 23:18, 24:3, 24:10, 25:1, 29:1, 30:17, 30:20, 31:8, 31:9, 31:20, 32:23, 32:25, 33:18, 35:5, 35:23, 36:1, 36:6, 36:8, 37:9, 37:10, 39:14, 41:12, 42:18, 42:22, 44:4, 44:9, 45:2, 45:22, 46:2, 46:6, 46:9, 46:19, 46:24, 47:2, 48:4, 48:6, 50:8, 50:12, 51:1, 51:21, 51:24, 52:12, 52:17, 52:19, 52:22, 52:24, 53:2, 53:6, 55:4, 55:7, 57:13, 57:17, 60:15, 60:18, 60:21, 62:21,

62:23, 63:18, 64:1, 64:6, 64:20, 65:5, 65:25, 66:3, 66:8, 66:13, 67:6, 67:7, 67:10, 67:15, 68:7, 68:9, 68:13, 68:16, 69:16, 69:19, 72:5, 72:6, 72:23, 73:1, 74:17, 74:18, 74:22, 74:24, 75:14, 75:15, 77:8, 77:12, 81:13, 81:17, 81:21, 81:22, 83:21, 84:2, 84:16, 84:21, 85:5, 85:11, 91:11, 92:9, 92:14, 92:18, 92:19, 97:12, 97:16, 97:20, 98:4, 98:15, 98:18, 98:22, 98:23, 99:6, 99:9, 99:10, 99:20, 100:25, 101:6, 101:9, 101:13, 102:22, 104:2, 104:6, 104:8, 104:10, 105:6, 105:8, 105:15, 105:17, 107:3, 107:5, 108:1, 108:4, 109:5, 109:23, 110:1, 110:16, 111:3, 111:5

**Ekeland** [13] - 3:5, 6:7, 6:13, 28:11, 31:5, 33:4, 33:6, 33:17, 34:21, 35:2, 50:6, 63:17, 104:3
**elapsed** [1] - 92:4
**eliminates** [1] - 45:25
**elsewhere** [1] - 48:24
**email** [6] - 86:9, 86:13, 86:15, 96:23, 96:24, 105:25
**embed** [1] - 74:4
**emergent** [1] - 61:14
**empirical** [1] - 59:14
**encrypted** [5] - 49:9, 49:15, 107:14, 107:17, 107:20
**end** [8] - 14:12, 46:15, 46:17, 70:11, 73:6, 73:8, 88:1
**ended** [1] - 70:15
**enforcement** [3] - 70:12, 70:16, 88:2
**enforcement's** [1] - 32:12
**engaged** [1] - 19:13
**engine** [2] - 46:8, 46:16
**engineers** [1] - 48:25
**entered** [3] - 4:6,

5:19, 66:15
**entire** [1] - 81:6
**entirely** [5] - 91:2, 91:5, 91:13, 102:1, 103:10
**entirety** [1] - 70:21
**entity** [5] - 19:18, 25:7, 25:8, 35:19, 85:20
**entropy** [1] - 14:13
**error** [30] - 11:4, 11:11, 11:13, 11:14, 12:9, 12:10, 12:13, 12:15, 12:18, 12:19, 13:15, 13:17, 13:23, 13:25, 14:4, 14:7, 14:15, 16:8, 16:21, 16:25, 17:2, 17:10, 17:25, 18:2, 20:7, 56:5, 56:12, 56:13, 56:20
**errors** [3] - 10:16, 10:18, 10:24
**ESQ** [5] - 1:14, 1:17, 1:20, 1:23, 1:23
**essence** [2] - 19:12, 53:13
**essentially** [1] - 104:12
**estimate** [1] - 65:25
**ETH** [4] - 39:3, 39:6, 39:10, 39:11
**Ether** [1] - 39:12
**Ethereum** [1] - 39:5
**European** [1] - 82:2
**euros** [6] - 37:14, 82:5, 88:16, 88:20, 88:23, 104:19
**event** [1] - 99:18
**everywhere** [1] - 30:5
**evidence** [45] - 4:22, 16:16, 29:23, 30:8, 30:11, 30:15, 30:23, 40:14, 42:19, 49:21, 49:23, 50:3, 50:18, 51:2, 51:4, 59:12, 59:14, 59:24, 60:12, 60:13, 62:18, 66:25, 76:14, 76:20, 77:1, 81:14, 81:17, 82:20, 83:20, 84:3, 84:16, 88:19, 90:4, 90:15, 90:25, 91:24, 95:13, 97:7, 97:13, 97:21, 98:2, 98:13, 101:22, 102:17
**evidentiary** [1] - 98:6
**exact** [2] - 47:13, 47:21

**exactly** [5] - 48:11, 55:23, 61:21, 62:1, 109:7
**examination** [1] - 35:6
**Examination** [1] - 3:5
**EXAMINATION** [1] - 6:17
**examined** [3] - 79:6, 79:10, 79:13
**example** [12] - 20:3, 28:2, 67:13, 67:17, 68:22, 69:11, 71:15, 73:9, 80:7, 80:10, 80:18, 83:5
**examples** [1] - 40:1
**exceptionally** [2] - 14:14, 14:18
**exchange** [13] - 38:9, 38:10, 38:11, 38:12, 38:13, 43:14, 82:5, 82:6, 89:1, 92:25, 110:8, 110:23, 110:25
**exchanges** [2] - 38:8, 41:5
**exchanging** [2] - 38:9, 38:11
**Excuse** [1] - 45:23
**excused** [1] - 112:10
**exhibit** [2] - 85:17, 101:21
**Exhibit** [4] - 3:9, 42:19, 67:11, 84:17
**Exhibits** [1] - 81:14
**exhibits** [3] - 3:11, 91:24, 100:14
**exited** [2] - 61:4, 112:7
**expect** [1] - 37:17
**experience** [7] - 9:18, 17:20, 21:21, 22:10, 22:12, 22:13, 48:20
**expert** [12] - 12:6, 13:20, 13:21, 18:4, 24:22, 35:13, 80:9, 80:17, 94:22, 98:8, 103:1, 103:2
**explain** [10] - 27:20, 28:7, 37:11, 38:2, 38:19, 41:16, 86:19, 100:1, 100:6, 109:7
**explained** [1] - 41:19
**explaining** [1] - 69:2
**explicitly** [1] - 87:5
**explorer** [2] - 100:14, 100:18
**explorers** [1] - 14:5
**export** [2] - 59:19,

60:1
**exposure** [1] - 58:25
**expressed** [1] - 67:25
**expressing** [6] - 52:5, 52:8, 53:21, 67:25, 69:6, 75:11
**extent** [3] - 33:6, 33:11, 34:4
**external** [4] - 15:12, 36:12, 39:4, 59:14
**extreme** [1] - 39:21
**extremely** [4] - 14:21, 17:21, 21:22, 22:10
**eye** [1] - 65:21
**eyewitnesses** [2] - 8:5, 81:4

**F**

**fact** [18] - 25:20, 25:22, 26:7, 34:8, 36:21, 52:9, 57:23, 58:4, 58:8, 58:23, 59:8, 66:10, 73:22, 89:21, 96:1, 96:13, 106:24
**factual** [3] - 26:8, 59:8, 85:25
**fair** [4] - 8:14, 46:20, 69:5, 82:1
**fairly** [4] - 20:7, 55:1, 55:3, 79:1
**false** [18] - 17:3, 17:5, 17:12, 17:13, 17:16, 17:19, 17:23, 18:15, 18:19, 18:20, 18:23, 19:1, 19:7, 19:17, 20:15, 20:18, 20:20
**familiar** [1] - 36:21
**far** [9] - 33:15, 48:3, 49:2, 52:21, 65:23, 70:2, 72:11, 104:12, 106:12
**fast** [1] - 93:24
**favoring** [1] - 64:4
**FBI** [2] - 8:12, 36:11
**February** [5] - 1:7, 74:20, 75:16, 76:16, 114:10
**fee** [3] - 47:6, 47:15, 93:10
**fees** [6] - 93:8, 93:9, 104:12, 104:16, 104:19
**fellow** [1] - 63:11
**fiat** [6] - 37:3, 37:8,

37:11, 37:13, 37:18, 43:15
**field** [1] - 9:7
**fields** [1] - 8:23
**file** [4] - 59:18, 106:10
**files** [3] - 56:16, 56:17, 58:22
**final** [1] - 98:8
**financial** [2] - 86:22, 87:19
**fine** [5] - 33:13, 65:8, 66:11, 92:17, 99:9
**finish** [2] - 66:5, 91:6
**first** [11] - 46:3, 47:14, 55:6, 55:12, 84:24, 91:13, 91:16, 99:11, 99:12, 100:10, 104:21
**fit** [1] - 14:16
**five** [4] - 71:9, 80:22, 82:24, 83:17
**flipping** [1] - 27:16
**Floor** [1] - 1:25
**flow** [11] - 58:8, 58:9, 59:8, 80:19, 80:20, 83:22, 90:23, 90:24, 98:25, 99:2, 104:11
**flowing** [1] - 23:21
**focuses** [1] - 28:17
**fog** [5] - 75:5, 77:18, 77:19, 78:3, 95:2
**Fog** [50] - 22:3, 22:6, 25:7, 25:10, 26:4, 26:17, 32:6, 32:7, 32:17, 33:5, 33:8, 33:12, 33:21, 34:11, 34:13, 34:19, 36:9, 36:10, 36:13, 36:15, 46:22, 48:14, 49:6, 50:1, 50:5, 51:13, 51:14, 51:15, 51:17, 51:18, 58:25, 72:11, 72:15, 72:18, 74:14, 76:3, 79:1, 79:3, 79:6, 79:10, 79:13, 89:14, 94:2, 94:10, 94:15, 94:18, 94:21, 102:16
**follow** [1] - 75:3
**following** [14] - 4:7, 5:20, 32:21, 36:3, 36:10, 61:5, 61:11, 62:7, 66:16, 75:8, 98:25, 104:11, 112:8, 112:16
**FOR** [4] - 1:1, 1:14, 1:14, 1:23
**force** [1] - 47:10
**foregoing** [1] - 114:4
**forward** [1] - 32:1

**foundation** [1] - 9:22
**four** [5] - 28:4, 28:9, 62:13, 63:20, 101:16
**frankly** [1] - 65:22
**frequency** [2] - 40:22, 41:10
**Friday** [2] - 65:10, 65:12
**front** [5] - 8:16, 46:15, 46:17, 81:7
**full** [2] - 34:4, 114:5
**fund** [2] - 103:10, 103:15
**funding** [2] - 103:12, 103:13
**funds** [59] - 23:20, 24:16, 24:17, 25:9, 25:11, 25:20, 25:23, 26:2, 26:7, 29:22, 32:9, 32:13, 34:12, 34:14, 34:18, 36:13, 36:15, 38:5, 38:11, 38:25, 41:18, 55:2, 57:24, 58:4, 58:8, 58:9, 58:24, 59:8, 59:9, 68:22, 71:6, 72:2, 75:5, 78:24, 80:19, 80:20, 83:2, 83:5, 83:10, 83:11, 83:16, 83:22, 83:24, 84:4, 88:21, 90:23, 90:24, 98:25, 99:2, 102:4, 102:7, 102:14, 103:2, 104:11, 104:17, 108:13
**funds'** [1] - 32:14
**fungibility** [1] - 73:20
**furthermore** [1] - 12:13

## G

**general** [2] - 42:4, 78:22
**generally** [11] - 14:22, 27:14, 29:13, 32:15, 39:20, 39:25, 55:21, 64:16, 72:22, 100:20
**generated** [4] - 14:21, 14:23, 105:4, 109:8
**geographical** [2] - 22:16, 22:18
**get/move** [1] - 75:25
**gift** [1] - 41:20
**given** [4] - 66:10, 78:10, 78:17, 102:13
**glasses** [1] - 85:4

**goods** [1] - 111:1
**GOVERNMENT** [1] - 6:16
**Government** [21] - 4:10, 6:1, 6:11, 35:5, 35:18, 49:10, 49:16, 65:8, 76:14, 79:16, 85:16, 95:6, 95:8, 96:9, 96:11, 96:15, 96:17, 106:3, 107:4, 107:20, 112:21
**government** [9] - 8:22, 8:25, 9:3, 9:19, 37:14, 70:20, 78:24, 79:20, 102:24
**Government's** [17] - 34:25, 35:12, 42:19, 63:2, 65:19, 67:11, 81:14, 84:17, 90:4, 90:5, 95:13, 95:15, 96:19, 97:4, 98:11, 103:23, 103:24
**Gox** [64] - 41:13, 41:16, 41:18, 41:19, 41:22, 42:1, 42:13, 69:23, 70:5, 70:11, 70:15, 70:19, 71:2, 71:12, 82:2, 85:6, 85:13, 85:20, 85:22, 85:24, 85:25, 86:1, 86:3, 86:5, 86:6, 86:17, 87:1, 87:3, 87:7, 87:16, 87:25, 88:1, 88:5, 88:7, 88:14, 88:17, 89:11, 91:9, 99:11, 101:15, 102:23, 103:5, 103:11, 103:15, 104:17, 104:18, 105:1, 105:3, 105:18, 105:19, 105:22, 106:4, 106:18, 106:21, 107:7, 107:8, 107:10, 108:1, 108:5, 108:11, 109:8, 109:14, 110:18
**Gox's** [1] - 87:20
**graph** [3] - 87:10, 91:24, 93:1
**great** [1] - 47:15
**greatly** [1] - 75:7
**group** [1] - 48:22
**grown** [1] - 110:4
**guess** [8] - 4:14, 19:22, 27:12, 57:9, 57:10, 57:15, 62:13, 72:14
**guesses** [3] - 57:20, 58:16, 58:17
**guessing** [5] - 41:10,

57:19, 58:12, 58:17, 102:19
**guys** [1] - 32:25

## H

**half** [2] - 61:22, 61:23
**hallway** [1] - 5:2
**hand** [2] - 40:20, 100:16
**handedly** [1] - 43:3
**handle** [1] - 38:12
**hands** [4] - 70:1, 70:11, 70:15, 88:1
**happy** [3] - 5:7, 66:6, 112:24
**hard** [4] - 18:1, 49:3, 50:16, 85:1
**harder** [6] - 55:14, 55:16, 55:22, 67:3, 68:1, 77:20
**HASSARD** [1] - 1:23
**Hassard** [26] - 6:8, 42:18, 42:20, 44:4, 45:24, 46:7, 46:24, 48:4, 51:21, 53:2, 53:18, 55:4, 67:10, 68:7, 68:13, 69:16, 72:5, 72:23, 74:22, 77:9, 81:13, 84:19, 85:5, 98:25, 100:25, 105:7
**hate** [1] - 61:22
**head** [2] - 51:2, 63:25
**header** [1] - 44:4
**hear** [9] - 8:2, 31:2, 32:23, 32:25, 33:2, 52:17, 66:25, 67:4, 72:13
**heard** [5] - 4:11, 4:19, 20:9, 26:9, 61:12
**hearing** [1] - 35:11
**held** [1] - 32:22
**help** [2] - 47:20, 69:2
**helping** [1] - 45:7
**hereby** [1] - 114:3
**herself** [1] - 48:17
**heuristics** [1] - 22:21
**hide** [1] - 103:2
**high** [1] - 14:13
**higher** [1] - 78:19
**history** [2] - 43:4, 43:12
**honest** [1] - 64:9
**Honor** [66] - 4:9, 4:14, 4:23, 5:4, 5:10,

5:13, 6:2, 6:6, 6:11, 6:15, 7:1, 9:21, 12:25, 13:2, 15:23, 16:17, 18:3, 18:4, 18:25, 20:6, 20:12, 20:23, 23:6, 23:8, 23:16, 23:18, 28:21, 31:4, 31:16, 32:18, 35:5, 35:23, 36:6, 44:15, 46:13, 50:6, 50:8, 52:13, 57:11, 60:15, 61:9, 62:23, 63:2, 63:19, 65:6, 65:9, 67:6, 83:19, 84:10, 92:5, 92:18, 97:8, 97:15, 98:3, 98:15, 99:15, 101:2, 102:20, 103:25, 104:6, 107:2, 109:21, 110:12, 111:3, 112:13, 112:22
**HONORABLE** [1] - 1:11
**hop** [7] - 91:13, 99:11, 99:21, 101:14, 104:21, 104:24, 105:1
**hope** [1] - 104:7
**hops** [2] - 92:9, 105:9
**host** [1] - 76:3
**hoster** [1] - 75:21
**hosting** [13] - 75:22, 76:2, 76:7, 76:8, 76:9, 76:10, 76:12, 76:15, 76:17, 76:18, 76:21, 76:22, 77:2
**hour** [2] - 52:20, 78:11
**hours** [3] - 78:9, 91:19, 92:4
**hypothetical** [2] - 13:20, 80:10
**hypothetically** [2] - 28:16, 42:11

## I

**ID** [1] - 86:25
**idea** [1] - 47:15
**ideal** [2] - 31:13, 31:15
**ideally** [1] - 45:5
**identical** [3] - 7:25, 8:1, 8:3
**identification** [1] - 102:24
**identified** [3] - 83:2, 83:4, 97:6
**identifier** [2] - 41:20, 41:21

**identifies** [1] - 90:16
**identify** [3] - 19:15, 50:4, 98:2
**identifying** [3] - 23:20, 95:11, 96:20
**identities** [1] - 35:24
**illegal** [6] - 23:15, 24:19, 36:23, 37:4, 83:7, 83:14
**illicit** [7] - 23:20, 24:16, 31:22, 32:2, 32:3, 83:2, 83:10
**imagine** [2] - 77:10, 77:17
**immediately** [1] - 90:23
**implement** [1] - 47:16
**implicates** [1] - 35:11
**important** [2] - 31:10, 34:6
**importantly** [1] - 67:21
**impossible** [2] - 15:3, 73:7
**improper** [1] - 64:4
**included** [4] - 10:12, 12:10, 100:9, 100:10
**including** [3] - 50:13, 50:16, 50:18
**incorrect** [1] - 13:11
**increased** [1] - 79:4
**increases** [3] - 56:6, 56:20, 75:7
**independent** [3] - 15:9, 15:17, 15:18
**independently** [1] - 15:19
**INDEX** [1] - 3:1
**indicated** [1] - 61:16
**indirect** [9] - 25:2, 25:6, 25:7, 25:15, 25:20, 26:16, 26:18, 26:19, 58:25
**indiscernible** [2] - 11:20, 50:19
**individual** [1] - 102:3
**individuals** [3] - 38:5, 39:22, 40:10
**information** [34] - 7:22, 22:24, 23:2, 26:13, 27:15, 31:11, 36:13, 51:8, 57:6, 57:7, 57:8, 59:7, 60:9, 61:21, 62:1, 62:9, 77:18, 78:7, 85:25, 86:24, 87:13, 87:14, 89:20, 89:24, 90:2, 90:9, 95:11, 96:7,

**Appx4242**

96:12, 106:4, 107:7, 107:9, 107:10, 107:13

**ing** [1] - 87:3
**inherently** [3] - 31:22, 32:2, 40:25
**initial** [8] - 10:16, 27:4, 29:7, 33:22, 33:23, 65:19, 72:11, 105:9
**innocent** [1] - 6:25
**input** [11] - 27:25, 31:25, 53:10, 53:14, 53:22, 54:8, 54:12, 54:23, 55:1, 55:2, 69:15
**input/output** [1] - 75:6
**inputs** [2] - 94:3, 94:8
**inquired** [1] - 17:9
**inserting/removing** [1] - 75:4
**inside** [2] - 79:3, 94:18
**instance** [6] - 17:5, 17:6, 26:15, 86:25, 90:14, 104:22
**instances** [1] - 59:17
**instead** [3] - 38:9, 75:5, 108:18
**Institute** [1] - 8:21
**institutions'** [1] - 86:22
**instruction** [1] - 64:7
**intended** [5] - 11:12, 12:12, 15:12, 26:3, 27:23
**intends** [1] - 33:7
**interest** [1] - 35:23
**interested** [4] - 36:1, 43:7, 43:8, 62:14
**intermediary** [9] - 25:10, 25:13, 25:16, 25:18, 26:1, 26:14, 29:2, 54:20, 54:22
**internal** [2] - 16:25, 39:2
**internet** [2] - 85:14, 111:25
**interpret** [1] - 12:20
**interviewed** [1] - 8:5
**intimated** [1] - 48:19
**invalid** [3] - 14:5, 14:9, 14:12
**investigating** [1] - 78:21
**investigation** [4] - 6:21, 8:15, 35:21, 35:24
**investigations** [5] -

22:14, 33:7, 35:4, 35:8, 35:18
**investigators** [1] - 7:5
**involve** [3] - 39:21, 57:18, 59:25
**involved** [14] - 18:22, 19:19, 35:8, 35:21, 36:23, 46:21, 57:10, 57:16, 68:2, 71:12, 77:1, 83:3, 83:11, 108:13
**involves** [1] - 33:18
**IP** [14] - 43:3, 95:16, 95:17, 95:20, 95:22, 95:24, 96:1, 96:3, 96:6, 96:13, 96:16, 96:21, 96:22, 97:2
**IRS** [1] - 36:12
**issue** [10] - 4:11, 4:19, 18:5, 18:6, 35:6, 35:9, 61:14, 63:7, 65:14, 112:24
**issued** [2] - 8:25, 9:3
**issues** [1] - 8:23
**item** [1] - 65:22
**itself** [1] - 38:9

**J**

**January** [3] - 10:19, 72:8, 72:15
**Japan** [1] - 70:2
**Jeff** [1] - 6:4
**JEFFREY** [1] - 1:20
**joined** [1] - 6:3
**joining** [1] - 6:8
**judge** [1] - 111:21
**JUDGE** [1] - 1:11
**jurisdiction** [3] - 23:15, 24:14, 24:20
**jurisdictional** [2] - 22:20, 22:23
**jurisdictions** [2] - 23:4, 23:11
**Juror** [3] - 61:24, 62:10
**juror** [8] - 62:10, 63:23, 63:24, 64:14, 64:19, 64:21, 64:25, 65:2
**jurors** [14] - 5:2, 61:13, 62:13, 62:16, 62:17, 63:11, 63:20, 63:21, 64:11, 64:12, 64:16, 66:20, 66:23, 67:3
**jury** [44] - 4:2, 4:12, 4:16, 4:23, 5:11, 5:17,

5:19, 5:21, 25:5, 27:20, 28:7, 37:7, 37:11, 37:23, 38:2, 38:19, 41:16, 43:1, 50:7, 50:9, 53:7, 55:9, 57:23, 61:4, 62:8, 62:12, 63:10, 66:15, 66:17, 69:20, 73:2, 75:19, 77:14, 80:6, 81:19, 84:18, 86:19, 92:16, 100:2, 100:6, 100:14, 112:7, 113:2
**JURY** [1] - 1:10
**JUSTICE** [2] - 1:18, 1:20

**K**

**keep** [6] - 44:7, 47:11, 65:2, 65:21, 66:2, 108:21
**keeping** [1] - 66:24
**key** [24] - 29:10, 29:25, 30:4, 39:16, 39:18, 39:22, 39:23, 40:4, 40:16, 40:19, 41:5, 41:6, 73:10, 73:22, 73:24, 74:2, 74:3, 74:10, 90:10, 90:11, 90:12, 90:14, 95:9
**keys** [13] - 29:3, 29:8, 40:9, 46:18, 59:16, 59:17, 59:22, 59:25, 60:4, 74:6, 74:13, 89:17, 95:6
**kind** [10] - 21:24, 37:23, 40:2, 41:20, 59:6, 64:7, 75:21, 79:21, 79:24, 108:16
**kinds** [1] - 59:24
**knowing** [1] - 43:12
**knowledge** [5] - 9:2, 9:9, 78:13, 78:15, 96:11
**known** [1] - 79:23
**knows** [1] - 9:23
**Kolbasa** [1] - 87:9
**kolbasa999@ rambler.ru** [1] - 106:1
**Kraken** [5] - 38:10, 38:23, 38:25, 39:2, 39:3
**kronors** [1] - 37:14
**KYC** [11] - 86:18, 86:20, 86:21, 87:3, 87:8, 87:9, 87:12, 87:14, 102:23, 103:20, 105:22

**KYC'd** [7] - 86:17, 87:11, 87:16, 87:21, 88:5, 88:14, 88:17
**KYC-ing** [1] - 87:3

**L**

**labeled** [1] - 85:24
**lack** [1] - 84:3
**language** [1] - 80:1
**large** [2] - 31:25, 32:1
**largely** [1] - 28:18
**larger** [2] - 37:15, 48:21
**last** [5] - 21:4, 64:24, 97:17, 97:23, 97:24
**late** [2] - 66:11, 111:7
**laughing** [1] - 31:5
**launder** [1] - 37:19
**laundering** [5] - 82:19, 84:9, 86:23, 102:10, 102:12
**law** [6] - 32:12, 69:25, 70:10, 70:12, 70:15, 88:1
**LAW** [1] - 1:24
**laws** [3] - 23:5, 23:11, 24:22
**lawyer** [2] - 83:15, 84:6
**lay** [2] - 9:22, 58:3
**layering** [4] - 82:18, 102:9, 102:12, 108:16
**lead** [2] - 45:19, 59:25
**learn** [1] - 87:7
**least** [3] - 25:13, 47:20, 62:15
**leaving** [1] - 75:5
**ledger** [2] - 39:4, 79:13
**leeway** [1] - 18:7
**left** [1] - 71:16
**legal** [6] - 23:17, 23:18, 24:14, 24:15, 83:12, 84:11
**legality** [1] - 84:7
**legitimate** [3] - 34:10, 34:20, 48:21
**lengths** [1] - 11:24
**less** [4] - 14:16, 43:16, 64:15, 78:22
**letter** [4] - 11:2, 12:22, 13:11, 13:23
**letters** [2] - 12:2, 12:7
**level** [3] - 39:21, 78:19, 79:4

**Liberty** [11] - 43:20, 71:20, 72:2, 82:8, 109:15, 110:19, 110:21, 110:22, 110:25, 111:2
**life** [2] - 80:14, 80:15
**light** [1] - 62:3
**limited** [1] - 15:22
**lined** [2] - 4:13, 5:2
**linguistic** [2] - 79:21, 79:25
**link** [3] - 43:8, 44:21, 44:25
**Lisa** [1] - 114:12
**LISA** [2] - 2:1, 114:3
**list** [1] - 106:9
**listed** [1] - 96:14
**listened** [1] - 98:1
**listening** [1] - 66:21
**listing** [1] - 107:3
**local** [3] - 38:6, 38:12, 38:14
**LocalBitcoins** [1] - 40:14
**log** [2] - 89:3, 96:15
**logically** [1] - 73:15
**logs** [12] - 70:1, 70:8, 70:11, 70:15, 70:19, 88:1, 89:6, 89:8, 96:5, 96:9, 106:4
**look** [4] - 22:25, 72:4, 73:16, 89:3
**looked** [2] - 81:9, 89:6
**looking** [13] - 23:2, 24:12, 35:2, 45:24, 50:9, 57:6, 67:20, 67:23, 73:4, 74:19, 77:9, 95:5, 98:24
**looks** [1] - 84:24
**lose** [1] - 61:22
**lost** [3] - 98:18, 101:10, 101:12
**love** [3] - 60:18, 60:21, 85:9
**lower** [1] - 48:2
**lowest** [1] - 78:9
**LR** [2] - 43:16, 43:19
**Luke** [2] - 61:10, 112:15
**LUKE** [2] - 3:4, 6:16
**lunch** [4] - 66:12, 111:7, 112:18, 113:3

**M**

**ma'am** [4] - 50:25, 86:10, 93:23, 109:1
**machine** [3] - 46:15,

46:17, 46:21
**manipulations** [1] - 47:19
**manner** [1] - 82:19
**manually** [10] - 70:5, 70:6, 71:3, 71:14, 71:21, 71:22, 71:23, 71:25, 72:3
**marked** [1] - 3:11
**markets** [4] - 23:21, 24:17, 37:15, 37:16
**marking** [2] - 91:20, 91:23
**marks** [1] - 92:15
**match** [2] - 38:13, 80:1
**matched** [1] - 22:5
**material** [2] - 4:16, 4:18
**math** [1] - 89:8
**mathematician** [1] - 48:11
**matter** [5] - 8:6, 47:7, 96:1, 96:13, 106:24
**Mazars** [2] - 49:8, 49:18
**mean** [18] - 4:17, 4:24, 31:18, 35:11, 35:14, 37:8, 55:2, 70:11, 71:5, 71:15, 71:22, 72:19, 83:4, 83:9, 83:11, 83:12, 90:4, 103:12
**meaning** [1] - 58:19
**means** [6] - 20:21, 25:12, 26:12, 46:15, 54:21, 65:23
**meant** [1] - 11:12
**mechanism** [1] - 47:13
**medical** [2] - 64:24, 65:3
**meet** [1] - 38:7
**Mempool** [2] - 100:14, 100:17
**mentality** [1] - 70:2
**mention** [1] - 35:19
**merchant** [1] - 111:2
**merely** [1] - 50:9
**messages** [2] - 63:22, 82:15
**met** [1] - 80:14
**method** [1] - 40:2
**methodologies** [3] - 9:12, 9:15, 21:9
**MICHAEL** [1] - 1:23
**Michael** [1] - 6:8
**middle** [1] - 58:2
**might** [7] - 7:21, 11:10, 12:17, 43:2,

69:14, 76:15, 87:18
**mind** [1] - 86:12
**miner** [1] - 93:10
**miners** [3] - 93:7, 93:9, 104:12
**mining** [1] - 104:19
**minor** [1] - 10:24
**minus** [1] - 104:12
**minutes** [2] - 101:16, 101:19
**misheard** [1] - 101:2
**miss** [1] - 19:12
**missed** [1] - 20:4
**misses** [1] - 19:12
**misstating** [4] - 16:15, 57:11, 83:19, 99:15
**Misstating** [1] - 31:16
**mistake** [3] - 12:20, 56:23, 56:24
**mistakes** [6] - 10:8, 10:9, 10:10, 10:12, 35:1, 35:3
**misunderstands** [1] - 34:22
**mixer** [13] - 32:6, 32:7, 32:8, 32:9, 32:12, 32:13, 33:6, 33:12, 33:21, 34:15, 94:15, 94:21
**mixers** [1] - 36:19
**mixing** [4] - 32:12, 79:3, 94:4
**moment** [2] - 45:23, 64:6
**Monday** [15] - 61:13, 61:16, 64:22, 64:25, 65:1, 111:8, 111:11, 112:3, 112:4, 112:11, 113:1, 113:2, 113:3
**money** [27] - 9:19, 28:1, 29:19, 37:3, 37:8, 37:12, 37:19, 43:10, 45:7, 47:11, 53:9, 54:11, 59:11, 67:18, 70:5, 71:2, 73:11, 81:11, 82:2, 82:19, 84:9, 86:22, 90:21, 90:22, 102:10, 102:12, 110:2
**money-laundering** [2] - 102:10, 102:12
**month** [1] - 72:12
**months** [2] - 72:14, 72:16
**morning** [9] - 6:2, 6:5, 6:6, 6:9, 6:19, 6:20, 30:23, 52:14, 60:23

**MOSS** [1] - 1:11
**most** [7] - 8:14, 21:19, 29:13, 30:12, 78:19, 97:25
**move** [22] - 9:24, 13:5, 15:1, 15:7, 18:13, 20:8, 21:2, 24:7, 24:23, 26:3, 36:2, 41:18, 44:3, 45:22, 51:10, 52:12, 53:18, 75:14, 98:16, 99:19, 111:10
**moved** [10] - 25:10, 25:21, 25:23, 26:7, 57:24, 57:25, 58:4, 58:24, 59:9, 103:8
**moving** [16] - 25:11, 66:2, 73:24, 74:16, 76:2, 76:7, 76:9, 76:12, 76:17, 77:1, 92:9, 102:4, 102:14, 104:2, 104:8, 107:25
**MR** [176] - 4:3, 4:9, 4:14, 4:22, 5:4, 5:9, 6:6, 6:15, 6:18, 7:3, 9:24, 10:1, 12:1, 13:2, 13:8, 15:2, 15:8, 15:24, 16:2, 16:7, 16:17, 16:20, 18:4, 18:13, 18:14, 19:2, 19:5, 19:14, 19:17, 20:6, 20:12, 20:14, 20:25, 21:2, 21:3, 23:8, 23:12, 23:18, 24:3, 24:10, 25:1, 29:1, 30:17, 30:20, 31:8, 31:9, 31:20, 32:23, 32:25, 33:1, 33:18, 35:5, 35:23, 36:1, 36:6, 36:8, 37:9, 37:10, 39:14, 41:12, 42:18, 42:22, 44:4, 44:9, 45:2, 45:22, 46:2, 46:6, 46:9, 46:19, 46:24, 47:2, 48:4, 48:6, 50:8, 50:12, 51:1, 51:21, 51:24, 52:12, 52:17, 52:19, 52:22, 52:24, 53:2, 53:6, 55:4, 55:7, 57:13, 57:17, 60:15, 60:18, 60:21, 62:21, 62:23, 63:18, 64:1, 64:6, 64:20, 65:5, 65:25, 66:3, 66:8, 66:13, 67:6, 67:7, 67:10, 67:15, 68:7, 68:9, 68:13, 68:16, 69:16, 69:19, 72:5, 72:6, 72:23, 73:1,

74:17, 74:18, 74:22, 74:24, 75:14, 75:15, 77:8, 77:12, 81:13, 81:17, 81:21, 81:22, 83:21, 84:2, 84:16, 84:21, 85:5, 85:11, 91:11, 92:9, 92:14, 92:18, 92:19, 97:12, 97:16, 97:20, 98:4, 98:15, 98:18, 98:22, 98:23, 99:6, 99:9, 99:10, 99:20, 100:25, 101:6, 101:9, 101:13, 102:22, 104:2, 104:6, 104:8, 104:10, 105:6, 105:8, 105:15, 105:17, 107:3, 107:5, 108:1, 108:4, 109:5, 109:23, 110:1, 110:16, 111:3, 111:5
**MS** [45] - 5:13, 6:2, 6:11, 7:1, 9:21, 12:25, 15:23, 16:1, 16:15, 18:3, 18:6, 18:25, 20:23, 23:6, 23:16, 28:21, 28:23, 31:4, 31:16, 32:18, 33:3, 34:21, 37:5, 50:6, 57:11, 63:2, 63:6, 65:8, 65:18, 83:19, 84:10, 84:13, 92:5, 97:8, 97:15, 98:3, 99:5, 99:15, 101:2, 102:20, 103:25, 107:2, 109:21, 110:12, 112:21
**Mt** [64] - 41:13, 41:16, 41:19, 41:22, 42:1, 42:13, 69:23, 70:5, 70:11, 70:15, 70:19, 71:2, 71:12, 82:2, 85:6, 85:13, 85:20, 85:22, 85:24, 85:25, 86:1, 86:3, 86:5, 86:6, 86:17, 87:1, 87:3, 87:7, 87:16, 87:20, 87:25, 88:1, 88:5, 88:7, 88:14, 88:17, 89:11, 91:9, 99:11, 101:15, 102:23, 103:5, 103:11, 103:15, 104:17, 104:18, 105:1, 105:3, 105:18, 105:19, 105:22, 106:4, 106:18, 106:21, 107:7, 107:8, 107:10, 108:1, 108:5, 108:11, 109:8, 109:14, 110:18
**multi** [1] - 54:16

**multi-output** [1] - 54:16
**multiple** [10] - 22:14, 28:17, 45:8, 45:10, 68:19, 90:20, 90:21, 102:13, 108:8, 108:10
**must** [1] - 69:1
**Mycelium** [13] - 27:7, 27:9, 28:18, 29:6, 56:10, 56:15, 56:16, 56:17, 58:22, 59:18, 59:21, 60:9, 60:10

## N

**name** [10] - 6:1, 9:10, 9:14, 35:20, 39:12, 77:6, 83:6, 84:1, 84:7, 86:7
**names** [2] - 4:21, 35:24
**National** [1] - 8:21
**native** [1] - 96:15
**nature** [1] - 97:19
**necessarily** [6] - 14:12, 26:3, 32:4, 32:5, 95:9, 99:1
**necessary** [1] - 65:15
**need** [16] - 4:1, 4:12, 5:6, 29:9, 35:10, 43:14, 50:23, 59:6, 59:14, 85:4, 92:15, 94:7, 95:9, 96:5, 104:3, 113:7
**needs** [1] - 65:4
**negative** [7] - 18:20, 19:1, 19:7, 19:17, 19:20, 20:21
**negatives** [3] - 18:19, 20:16, 20:18
**network** [9] - 38:25, 41:1, 41:2, 41:3, 43:2, 43:11, 43:17, 77:21, 95:24
**never** [9] - 15:9, 41:8, 45:5, 52:2, 69:24, 74:9, 80:14, 102:16
**nevertheless** [1] - 45:1
**New** [2] - 1:21, 1:25
**new** [3] - 77:21, 85:4, 100:11
**Newark** [1] - 8:12
**news** [1] - 75:20
**next** [14] - 44:17, 45:3, 46:25, 47:3, 63:7, 65:10, 65:12,

77:23, 91:7, 91:16, 92:20, 99:19, 101:14, 105:1

**nice** [2] - 112:2, 113:8

**nine** [1] - 55:12

**no-brainer** [3] - 47:1, 47:4, 47:7

**nobody** [1] - 44:23

**nontraceable** [2] - 103:5, 103:11

**normal** [2] - 31:24, 108:10

**Northwest** [5] - 1:15, 1:18, 1:21, 2:3, 114:14

**notes** [6] - 30:6, 49:4, 80:3, 81:10, 106:25, 114:5

**nothing** [6] - 23:23, 34:1, 34:9, 35:15, 51:5, 112:21

**notice** [1] - 63:15

**noticed** [3] - 63:12, 63:14, 63:16

**November** [9] - 46:3, 46:5, 52:25, 68:10, 71:10, 72:21, 80:24, 82:25, 83:18

**NSF** [2] - 87:9, 103:8

**number** [9] - 12:23, 13:11, 13:23, 14:19, 34:7, 43:15, 65:22, 100:18, 100:20

**numbers** [3] - 12:4, 14:24, 21:25

**numerous** [2] - 56:1, 82:15

## O

**object** [3] - 33:9, 92:5, 98:15

**objecting** [1] - 24:3

**objection** [30] - 7:1, 9:21, 15:23, 16:15, 18:3, 18:25, 20:23, 23:6, 23:16, 24:1, 24:2, 24:5, 28:21, 31:4, 31:16, 32:18, 35:19, 37:5, 57:11, 65:5, 83:19, 84:10, 92:13, 97:15, 98:3, 99:15, 101:9, 102:20, 103:25, 109:21

**obligations** [1] - 86:23

**obscurity** [2] - 75:8, 78:11

**observed** [1] - 90:24

**obtain** [1] - 96:7

**obtained** [1] - 70:20

**obvious** [1] - 44:22

**obviously** [1] - 55:14

**occur** [2] - 85:13, 85:15

**occurred** [1] - 23:1

**occurrence** [1] - 40:4

**occurrences** [1] - 40:23

**October** [12] - 43:22, 45:14, 71:10, 72:14, 72:21, 80:23, 82:25, 83:17, 84:25, 105:10, 105:19

**OF** [6] - 1:1, 1:3, 1:10, 1:15, 1:18, 1:20

**off-chain** [10] - 38:17, 39:7, 39:15, 40:4, 40:23, 42:9, 73:22, 73:23, 73:25, 74:2

**offered** [2] - 98:8, 109:18

**office** [1] - 8:12

**OFFICE** [1] - 1:14

**official** [3] - 69:23, 114:12

**Official** [1] - 2:1

**offshore** [1] - 70:2

**often** [3] - 21:16, 21:18, 48:20

**Omedetou** [36] - 42:17, 43:18, 47:24, 48:13, 48:17, 48:23, 52:4, 53:13, 53:21, 54:17, 55:16, 67:24, 73:19, 75:11, 76:1, 78:12, 78:22, 79:19, 79:22, 87:24, 88:4, 88:8, 88:10, 88:14, 93:18, 93:21, 94:6, 94:7, 94:14, 94:23, 95:1, 96:21, 96:25, 97:9, 98:5, 103:18

**Omedetou's** [2] - 80:2, 88:17

**omitted** [1] - 4:16

**on-chain** [5] - 38:16, 38:19, 38:21, 74:2, 74:4

**once** [6] - 13:4, 43:7, 47:13, 67:1, 69:5, 75:10

**one** [80] - 9:10, 9:14, 11:2, 12:7, 13:11, 13:23, 21:10, 21:19, 21:20, 24:6, 25:7,

25:8, 25:10, 25:13, 25:21, 26:1, 26:4, 27:23, 28:5, 33:23, 39:15, 39:24, 39:25, 40:16, 40:21, 41:4, 41:5, 41:16, 41:23, 42:7, 43:9, 45:11, 45:23, 46:7, 46:21, 51:10, 53:3, 53:10, 53:14, 53:22, 54:8, 54:11, 54:12, 54:18, 54:19, 54:20, 54:22, 54:23, 54:24, 54:25, 55:1, 55:13, 55:14, 58:5, 58:6, 61:12, 63:18, 63:22, 64:4, 65:22, 71:18, 76:19, 79:5, 82:20, 83:5, 85:20, 87:25, 92:20, 96:7, 100:9, 103:14, 109:13, 109:18, 110:6, 110:17

**one's** [1] - 42:5

**ones** [4] - 67:19, 67:23, 75:8

**ongoing** [1] - 33:8

**Onion** [3] - 76:9, 76:13, 77:2

**open** [1] - 36:4

**operate** [2] - 41:1, 41:2

**operating** [4] - 46:21, 50:1, 51:12, 51:17

**opinion** [10] - 10:11, 12:7, 13:20, 23:22, 80:9, 80:17, 94:22, 98:4, 98:6, 103:1

**opportunities** [2] - 56:22, 56:24

**opportunity** [1] - 56:11

**opposed** [1] - 37:12

**opposite** [2] - 18:23, 38:15

**optional** [1] - 87:4

**optionally** [1] - 45:9

**orange** [1] - 92:21

**Orange** [2] - 77:3, 77:5

**order** [5] - 5:22, 25:15, 59:4, 59:5, 66:18

**organizations** [1] - 48:20

**original** [2] - 32:14, 34:12

**otherwise** [2] - 93:14, 111:25

**outcome** [2] - 10:11,

10:24

**output** [16] - 27:23, 28:4, 28:5, 53:10, 53:14, 53:22, 54:8, 54:12, 54:16, 54:19, 54:24, 55:1, 55:3, 68:23, 69:14, 79:2

**outputs** [7] - 27:23, 55:13, 55:17, 55:22, 56:1, 94:3, 94:8

**outside** [2] - 4:13, 94:15

**outsider** [1] - 73:15

**own** [2] - 73:4, 73:8

**owners** [1] - 69:23

## P

**P-save** [1] - 106:10

**p.m** [1] - 112:8

**page** [4] - 43:9, 46:25, 48:3, 69:3

**PAGE** [1] - 3:3

**paid** [3] - 93:9, 103:18, 104:12

**pairs** [1] - 75:7

**paper** [4] - 9:10, 9:14, 21:8, 40:17

**paragraph** [16] - 42:21, 44:6, 44:11, 45:4, 46:10, 47:4, 47:5, 69:17, 69:20, 71:1, 72:24, 74:25, 75:19, 76:6, 77:15, 77:23

**paragraphs** [1] - 43:1

**part** [5] - 25:18, 26:8, 49:19, 81:9, 83:13

**particular** [12] - 4:21, 18:22, 19:25, 23:1, 23:14, 23:15, 24:14, 53:22, 67:13, 67:17, 70:19, 101:4

**particularly** [2] - 87:25, 113:6

**parties** [1] - 43:7

**partitions** [1] - 107:22

**passed** [1] - 91:19

**passes** [1] - 6:12

**password** [4] - 106:9, 106:13, 106:18, 106:21

**passwords** [3] - 106:11, 106:15, 106:16

**path** [8] - 25:6, 25:7, 25:9, 26:3, 26:14,

26:16, 26:18, 26:19

**paths** [2] - 25:3, 28:17

**pattern** [2] - 90:19, 102:13

**patterns** [2] - 79:22, 80:1

**pay** [4] - 29:18, 70:5, 71:3, 110:25

**payment** [9] - 27:2, 27:23, 28:9, 28:10, 58:5, 58:21, 102:4, 103:4

**payments** [4] - 32:1, 45:13, 77:3, 77:5

**payouts** [1] - 45:8

**pays** [1] - 41:4

**PEARLMAN** [1] - 1:20

**Pearlman** [1] - 6:4

**peel** [29] - 26:15, 26:16, 26:18, 26:20, 27:3, 27:6, 27:8, 27:12, 27:18, 27:21, 29:2, 31:21, 31:23, 32:2, 56:1, 56:6, 56:7, 56:9, 56:10, 56:14, 56:21, 57:24, 58:2, 58:3, 58:24, 59:1, 59:9, 60:8

**peer** [17] - 9:10, 9:14, 21:8, 37:25, 38:3, 38:4, 38:6, 38:13, 40:10, 41:6

**peer-reviewed** [3] - 9:10, 9:14, 21:8

**peer-to-peer** [7] - 37:25, 38:3, 38:4, 38:6, 38:13, 40:10, 41:6

**PELKER** [46] - 1:17, 5:13, 6:2, 6:11, 7:1, 9:21, 12:25, 15:23, 16:1, 16:15, 18:3, 18:6, 18:25, 20:23, 23:6, 23:16, 28:21, 28:23, 31:4, 31:16, 32:18, 33:3, 34:21, 37:5, 50:6, 57:11, 63:2, 63:6, 65:8, 65:18, 83:19, 84:10, 84:13, 92:5, 97:8, 97:15, 98:3, 99:5, 99:15, 101:2, 102:20, 103:25, 107:2, 109:21, 110:12, 112:21

**Pelker** [2] - 6:3, 6:10

**Pennsylvania** [1] - 1:18

**people** [12] - 37:19, 40:25, 42:9, 44:20, 45:19, 48:22, 65:16, 110:7, 110:18, 110:21, 111:15, 112:18

**per** [1] - 78:10

**percent** [8] - 10:3, 10:6, 10:8, 22:5, 30:1, 30:7, 36:18, 36:22

**perhaps** [3] - 18:10, 18:11, 19:4

**period** [1] - 78:9

**persisting** [1] - 70:8

**person** [7] - 41:5, 42:10, 54:15, 62:2, 99:24, 102:2, 102:8

**personal** [2] - 64:15, 106:13

**perspective** [1] - 76:17

**phone** [2] - 32:19, 64:24

**photo** [1] - 86:25

**photos** [1] - 102:24

**phrase** [1] - 29:6

**phrased** [1] - 20:2

**pick** [1] - 32:18

**piece** [1] - 40:17

**pieces** [3] - 54:7, 82:20, 98:2

**place** [1] - 64:16

**Plaintiff** [1] - 1:4

**PLAINTIFF** [1] - 1:14

**planning** [1] - 111:8

**plasma@ plasmadivision** [2] - 86:8, 86:13

**plasmadivision** [1] - 102:14

**platform** [2] - 38:6, 38:8

**platforms** [4] - 21:12, 21:16, 21:18, 21:21

**plausible** [1] - 44:23

**plenty** [1] - 29:14

**PLLC** [1] - 1:24

**pneumonic** [1] - 29:6

**podium** [1] - 5:25

**point** [16] - 4:18, 13:1, 43:14, 49:7, 56:14, 60:4, 63:3, 64:18, 74:6, 88:21, 90:16, 95:23, 97:13, 97:21, 107:12, 112:23

**pointing** [1] - 92:16

**policies** [1] - 87:20

**portion** [1] - 35:10

**portions** [4] - 49:9,

49:15, 107:14, 107:17

**pose** [1] - 65:16

**position** [1] - 65:3

**positive** [6] - 17:5, 17:14, 17:17, 17:19, 17:24, 18:23

**positives** [3] - 17:3, 17:12, 18:16

**possession** [2] - 73:17, 96:18

**possibilities** [1] - 14:11

**possibility** [2] - 33:20, 65:10

**possible** [17] - 21:20, 26:1, 39:20, 42:15, 43:13, 47:9, 66:9, 66:24, 74:4, 76:11, 76:19, 77:22, 84:20, 91:8, 91:15, 103:6, 103:10

**post** [22] - 42:20, 43:22, 43:25, 44:3, 44:7, 45:22, 46:3, 47:14, 51:20, 52:12, 52:25, 55:4, 67:12, 68:6, 68:10, 68:14, 72:4, 72:7, 74:16, 75:14, 77:8

**posts** [6] - 48:24, 72:17, 79:19, 79:22, 80:2, 87:24

**potential** [2] - 56:5, 56:20

**potentially** [1] - 104:20

**powers** [2] - 48:8, 48:10

**practice** [1] - 82:11

**precise** [1] - 28:1

**prepared** [1] - 113:7

**present** [8] - 4:18, 4:22, 5:21, 6:7, 35:22, 66:17, 98:11, 98:13

**presented** [1] - 15:15

**presenting** [1] - 97:5

**pretrial** [1] - 10:19

**pretty** [3] - 44:22, 51:22, 52:1

**preview** [1] - 33:14

**previous** [2] - 7:4, 10:9

**previously** [2] - 15:14, 81:23

**PREVIOUSLY** [1] - 6:16

**primarily** [1] - 59:2

**primary** [1] - 24:17

**principles** [1] - 94:15

**privacy** [1] - 36:19

**private** [38] - 29:3, 29:8, 29:9, 29:25, 30:4, 39:16, 39:18, 39:22, 39:23, 40:4, 40:9, 40:16, 40:19, 40:23, 41:5, 41:6, 46:18, 59:16, 59:17, 59:21, 59:25, 60:4, 73:10, 73:22, 73:24, 74:2, 74:3, 74:6, 74:10, 74:13, 89:17, 90:10, 90:11, 90:12, 90:14, 95:6, 95:9

**privately** [2] - 63:5, 63:6

**probability** [1] - 14:19

**probe** [1] - 33:7

**probing** [2] - 35:7, 36:1

**problem** [6] - 19:22, 35:22, 64:18, 64:19, 69:25, 70:10

**problems** [1] - 47:16

**proceed** [4] - 6:13, 36:6, 50:10, 67:5

**proceedings** [11] - 4:7, 5:20, 36:3, 61:5, 61:11, 62:7, 66:16, 112:8, 112:16, 113:9, 114:6

**process** [3] - 65:17, 82:15, 90:24

**produced** [1] - 114:6

**product** [1] - 24:18

**programs** [1] - 86:23

**proposition** [1] - 19:20

**provably** [1] - 25:11

**prove** [3] - 31:14, 44:24, 78:5

**proved** [3] - 27:5, 27:10, 56:17

**provide** [5] - 15:19, 17:9, 40:5, 41:21, 68:19

**provided** [10] - 49:21, 49:23, 50:4, 50:19, 51:6, 51:9, 86:18, 86:25, 107:13, 110:17

**provided..** [1] - 50:21

**provider** [1] - 64:24

**providers** [1] - 76:23

**proximity** [1] - 94:1

**public** [3] - 93:25, 94:17, 94:24

**publicly** [2] - 43:5, 93:21

**publish** [2] - 81:19,

84:17

**pulled** [1] - 101:21

**purchase** [1] - 83:25

**purchased** [2] - 83:5, 89:7

**purchasing** [2] - 84:7, 102:5

**purely** [2] - 15:22, 22:12

**purpose** [1] - 41:3

**purposes** [1] - 111:8

**put** [6] - 11:12, 40:20, 47:21, 52:3, 73:9, 91:17

**putting** [2] - 81:11, 90:21

**putting-money** [1] - 90:21

### Q

**qualified** [1] - 13:21

**qualify** [1] - 17:20

**quantify** [3] - 17:19, 17:23, 18:1

**questions** [8] - 6:10, 8:18, 35:16, 35:17, 37:21, 42:16, 50:11, 104:4

**quick** [1] - 53:5

**quiet** [1] - 66:24

**quite** [3] - 62:9, 65:22, 108:24

**quote** [16] - 45:24, 46:20, 51:21, 53:3, 53:16, 54:4, 54:14, 54:16, 67:13, 67:16, 68:17, 73:4, 73:6, 73:7, 73:8

**quotes** [2] - 42:17, 46:7

### R

**raise** [2] - 18:6, 112:20

**raised** [2] - 18:5, 35:6

**raises** [2] - 34:10, 35:18

**RANDOLPH** [1] - 1:11

**random** [2] - 14:23, 94:10

**randomized** [4] - 45:8, 71:14, 72:3

**randomizing** [6] - 47:5, 47:15, 70:6, 71:4, 71:21, 71:23

**randomly** [1] - 14:22

**rate** [22] - 16:8, 16:21, 16:25, 17:3, 17:14, 17:17, 17:19, 17:24, 17:25, 18:1, 18:2, 18:15, 18:19, 19:7, 20:15, 20:18, 22:8, 27:17, 56:20, 78:10, 89:1

**rates** [2] - 17:2, 17:10

**rather** [5] - 24:1, 24:5, 97:11, 98:12

**RDR** [3] - 2:1, 114:3, 114:12

**reaction** [1] - 33:22

**Reactor** [9] - 9:5, 9:16, 16:22, 20:19, 20:21, 21:12, 22:1, 23:20, 23:23

**Reactor's** [5] - 18:15, 21:9, 22:8, 22:15, 24:13

**read** [22] - 36:25, 42:25, 44:10, 45:3, 46:10, 47:3, 48:8, 51:25, 53:7, 54:4, 55:8, 67:16, 68:17, 69:20, 72:19, 73:2, 74:25, 75:19, 77:13, 77:23, 91:20, 101:1

**readily** [1] - 86:13

**reading** [2] - 72:17, 85:1

**ready** [5] - 6:14, 6:19, 36:5, 67:8, 67:9

**real** [3] - 20:8, 43:13, 53:4

**realize** [1] - 14:6

**really** [6] - 68:25, 95:23, 96:21, 98:12, 104:3, 112:2

**reason** [7] - 52:8, 65:11, 91:10, 92:3, 92:21, 92:23, 93:7

**reasonable** [1] - 15:5

**reasons** [2] - 34:7, 36:19

**Received** [1] - 3:9

**received** [2] - 29:6, 62:12

**receives** [1] - 31:24

**recently** [1] - 102:15

**recess** [1] - 62:6

**recipient** [1] - 68:19

**recommend** [1] - 47:12

**record** [5] - 6:1, 62:24, 72:19, 96:1, 96:3

recorded [7] - 38:22, 39:17, 40:7, 40:10, 40:12, 43:4, 74:6
red [3] - 85:12, 85:15, 85:16
redeem [8] - 41:22, 41:23, 41:24, 42:13, 108:12, 108:21, 109:2, 109:3
redeemed [3] - 105:19, 108:6, 108:7
redeeming [4] - 41:24, 108:11, 108:20, 109:2
redemption [13] - 41:13, 41:17, 41:18, 42:1, 42:9, 42:13, 103:13, 105:3, 105:18, 109:8, 109:10, 109:14, 110:18
refer [1] - 35:20
reference [5] - 51:14, 51:15, 51:16, 51:18, 54:9
references [1] - 49:1
referring [9] - 28:11, 39:12, 40:13, 42:17, 43:19, 55:23, 59:16, 76:10, 76:12
reflects [1] - 74:9
refrain [1] - 62:17
regarding [1] - 50:5
regards [1] - 70:9
registration [4] - 83:8, 103:3, 103:4, 103:19
regularly [1] - 37:19
regulates [1] - 9:7
reinforce [1] - 67:1
related [15] - 8:6, 9:1, 26:3, 34:1, 40:3, 76:21, 84:4, 87:18, 88:20, 89:20, 96:5, 96:9, 106:4, 107:7, 112:1
relates [1] - 86:22
relating [2] - 35:17, 111:25
relation [8] - 16:9, 18:18, 19:8, 36:16, 56:5, 72:10, 81:3, 82:24
relatively [1] - 43:25
relevance [1] - 37:5
relevant [3] - 33:9, 35:13, 94:24
reliable [3] - 17:21, 21:22, 22:11
relied [1] - 21:23

relying [1] - 60:6
remember [5] - 65:12, 77:4, 80:6, 101:18, 101:23
remembering [1] - 100:17
remind [5] - 25:5, 60:25, 86:19, 111:14, 112:11
remove [3] - 64:18, 91:22, 92:14
repeat [5] - 13:6, 24:8, 48:15, 53:19, 58:7
repeatedly [1] - 23:19
rephrase [4] - 18:10, 18:12, 19:4, 110:10
Report [1] - 37:1
report [7] - 12:9, 12:16, 12:18, 13:16, 13:17, 13:18, 56:11
REPORTED [1] - 2:1
reporter [1] - 112:19
Reporter [2] - 2:1, 114:12
REPORTER [6] - 11:21, 30:16, 39:9, 50:21, 50:23, 108:24
represent [1] - 7:22
representation [1] - 60:6
require [1] - 90:12
required [2] - 59:12, 59:13
requires [2] - 40:24, 61:15
research [2] - 61:1, 111:24
researchers [1] - 43:8
Reserve [10] - 43:21, 71:20, 72:2, 82:9, 109:15, 110:19, 110:21, 110:22, 110:25, 111:2
resolves [1] - 63:6
respect [3] - 72:25, 73:3, 98:13
responding [4] - 24:1, 24:5, 54:15, 55:18
response [1] - 110:9
result [4] - 12:14, 12:16, 12:19, 14:15
results [1] - 28:15
retake [1] - 5:15
retakes [2] - 5:16, 63:1
retired [2] - 61:10,

112:15
returns [1] - 17:11
reveal [1] - 69:14
revealing [1] - 43:3
review [11] - 7:8, 49:13, 49:22, 49:23, 50:2, 50:4, 51:3, 53:16, 55:18, 74:12, 76:24
reviewed [18] - 9:10, 9:14, 16:11, 21:8, 27:7, 30:9, 49:7, 49:19, 50:18, 51:11, 76:25, 87:25, 106:9, 107:9, 107:12, 107:13, 107:15, 107:21
reviewing [1] - 55:23
right-hand [1] - 100:16
rise [5] - 5:18, 61:3, 62:5, 66:14, 112:6
Road [1] - 106:13
role [1] - 80:5
Roman [2] - 5:24, 6:7
ROMAN [1] - 1:6
Romania [1] - 8:10
Room [1] - 2:3
roughly [1] - 105:13
Rule [2] - 4:11, 4:19
run [2] - 46:14, 46:16
running [3] - 48:14, 52:23, 83:13

## S

sale [2] - 37:22, 102:2
sales [1] - 37:22
save [2] - 106:4, 106:10
saw [6] - 7:10, 7:15, 7:17, 29:25, 89:21, 107:7
schedule [1] - 111:12
scheduled [1] - 61:15
scheduling [1] - 65:14
scheme [1] - 102:10
SCHOLL [2] - 3:4, 6:16
Scholl [31] - 6:19, 20:15, 33:7, 33:16, 33:21, 34:23, 35:1, 35:7, 36:9, 37:11, 42:23, 44:10, 46:4, 46:10, 47:3, 48:7,

51:25, 53:7, 55:8, 61:10, 67:8, 67:16, 68:11, 68:17, 69:20, 72:7, 77:13, 84:22, 92:10, 107:6, 112:15
Science [1] - 8:22
scientific [5] - 9:7, 9:10, 9:14, 21:7, 21:25
scientist [1] - 49:8
scope [3] - 23:7, 35:12, 98:9
screen [7] - 51:23, 68:15, 81:15, 85:8, 91:20, 92:6, 98:18
scroll [7] - 42:20, 69:16, 69:18, 84:19, 105:6, 105:15, 108:2
scrolling [2] - 46:6, 67:12
seal [1] - 35:11
search [2] - 46:24, 107:1
searched [3] - 30:5, 82:14, 107:4
seated [4] - 5:22, 61:6, 66:18, 112:9
second [6] - 42:21, 55:13, 65:13, 99:21, 104:24
secret [1] - 35:8
section [2] - 46:1, 73:5
see [41] - 9:22, 14:22, 34:17, 39:1, 42:23, 42:24, 42:25, 47:19, 48:7, 49:25, 51:11, 51:14, 51:15, 51:16, 51:18, 61:1, 61:25, 62:4, 63:6, 63:15, 64:17, 64:19, 66:10, 75:2, 77:1, 79:25, 81:21, 85:7, 87:11, 88:16, 89:22, 93:2, 93:5, 93:23, 93:25, 100:18, 101:8, 107:9, 109:24, 112:3, 112:11
seed [1] - 29:6
seeking [1] - 34:3
sees [1] - 78:2
seized [2] - 106:25, 107:4
selected [1] - 72:1
sellers [1] - 38:7
selling [6] - 82:5, 91:3, 91:9, 91:14, 99:13, 99:23
send [2] - 28:4, 29:20

sender [2] - 93:9, 93:11
sending [2] - 29:22, 32:1
Sendmany [1] - 54:16
sends [2] - 32:8, 89:11
sense [4] - 18:23, 52:21, 87:5, 94:19
sensitive [2] - 33:7, 33:10
sent [8] - 29:19, 38:25, 63:22, 72:2, 89:21, 92:23, 102:7, 109:10
sentence [8] - 46:7, 46:25, 48:7, 48:9, 51:25, 55:5, 70:9, 77:9
separate [5] - 108:12, 108:20, 108:22, 109:2, 109:4
server [3] - 96:5, 96:9, 96:15
servers [5] - 44:24, 79:6, 79:7, 79:8, 96:5
service [11] - 25:18, 26:2, 43:16, 46:14, 47:12, 68:23, 70:7, 79:7, 92:25, 94:4, 94:5
services [4] - 40:1, 109:18, 110:17, 111:1
set [2] - 15:22, 15:25
sets [1] - 7:7
shifting [1] - 19:24
shifts [1] - 19:24
shop [1] - 80:10
shormint@hotmail. com [1] - 96:24
shortly [2] - 61:2, 102:16
shot [1] - 101:5
show [4] - 14:5, 14:9, 14:10, 75:7
showed [2] - 89:6, 100:13
showing [1] - 47:24
shows [1] - 98:14
shut [1] - 75:23
sic [1] - 30:14
side [3] - 32:10, 62:11, 64:5
signatures [1] - 74:8
significantly [1] - 110:4
signify [2] - 85:19, 86:4
Silk [1] - 106:13

similar [13] - 7:14, 7:20, 43:16, 45:18, 71:17, 75:4, 75:7, 75:11, 80:9, 90:20, 93:14, 93:17

simple [3] - 13:10, 20:8, 78:6

simply [4] - 33:9, 33:11, 63:12, 102:18

single [8] - 13:16, 14:14, 21:7, 43:3, 49:2, 54:22, 94:17, 95:24

single-handedly [1] - 43:3

sit [5] - 17:13, 17:16, 37:2, 65:12, 111:9

site [14] - 75:23, 75:25, 76:3, 76:4, 76:9, 76:12, 76:13, 76:15, 76:21, 77:2, 103:3, 103:19

sitting [2] - 8:16, 65:10

situations [2] - 28:16, 59:13

six [1] - 78:9

Sixth [1] - 33:19

slightly [1] - 91:12

slow [2] - 44:14, 50:23

slowly [1] - 46:12

small [8] - 14:21, 15:25, 16:5, 31:25, 47:17, 47:18, 48:20, 78:11

smaller [1] - 47:11

smirking [3] - 50:7, 50:8, 50:9

sniffed [1] - 77:17

software [2] - 9:4, 48:25

solely [1] - 36:14

someone [12] - 12:20, 14:16, 29:14, 29:15, 63:12, 73:10, 73:24, 74:10, 77:17, 78:2, 99:23, 111:9

somewhat [1] - 61:18

somewhere [2] - 11:18, 77:17

soon [1] - 111:17

sophisticated [5] - 43:25, 78:13, 78:16, 79:1, 79:4

sophistication [3] - 78:15, 78:19, 79:5

sorry [24] - 8:1, 11:6, 11:21, 23:25, 24:8,

27:11, 33:23, 39:9, 40:24, 48:15, 51:23, 52:17, 54:1, 60:20, 69:12, 70:24, 72:13, 86:10, 88:6, 91:6, 93:23, 97:10, 108:2, 108:24

sort [1] - 19:24

sorts [2] - 45:25, 106:15

sounds [1] - 54:14

source [5] - 32:14, 34:12, 34:14, 79:10, 103:2

sources [1] - 34:20

speaking [1] - 63:4

specialized [1] - 109:14

specific [8] - 33:15, 90:8, 90:9, 90:15, 94:11, 97:21, 98:2, 101:4

specifically [2] - 27:4, 104:16

spell [1] - 39:9

spelled [1] - 39:12

spend [10] - 26:21, 27:25, 28:1, 28:7, 28:11, 28:14, 34:12, 39:24, 39:25, 56:3

spends [1] - 31:25

spoken [1] - 48:24

spread [1] - 47:16

stand [4] - 5:15, 5:16, 63:1, 93:13

standards [3] - 8:23, 8:25, 9:3

Standards [1] - 8:22

standing [2] - 5:2, 63:24

stands [1] - 86:21

Starbucks [1] - 80:12

start [4] - 64:11, 64:17, 72:10, 72:11

started [6] - 4:10, 66:11, 66:19, 72:14, 72:18, 103:4

starting [5] - 6:1, 42:25, 44:3, 55:10, 74:25

starts [15] - 35:16, 44:6, 45:24, 46:25, 47:5, 48:8, 51:22, 53:3, 55:5, 67:13, 68:14, 69:21, 71:1, 72:25, 77:9

state [1] - 5:25

STATES [4] - 1:1, 1:3, 1:11, 1:14

States [5] - 2:2, 5:23, 6:3, 70:20, 114:13

stating [1] - 83:21

statistical [12] - 14:19, 16:8, 16:21, 18:19, 21:24, 22:8, 27:17, 40:3, 40:5, 47:9, 47:18, 69:14

stayed [1] - 104:11

stenographic [1] - 114:5

Sterlingov [34] - 5:24, 6:7, 6:22, 6:24, 34:2, 34:9, 34:18, 34:24, 35:21, 49:5, 50:1, 50:5, 51:12, 60:3, 60:7, 74:13, 77:1, 82:18, 85:23, 86:14, 86:17, 86:25, 87:16, 87:21, 88:9, 91:9, 91:14, 96:20, 96:22, 96:24, 97:7, 98:5, 99:13, 107:4

STERLINGOV [1] - 1:6

Sterlingov's [32] - 22:4, 25:8, 25:9, 25:12, 26:4, 26:17, 27:7, 27:9, 28:18, 33:19, 40:13, 49:3, 59:1, 59:18, 59:20, 71:19, 72:2, 74:12, 76:24, 77:6, 79:23, 80:3, 81:10, 83:25, 86:6, 89:11, 91:3, 104:18, 106:9, 106:24, 107:17, 107:19

still [12] - 4:3, 11:14, 44:23, 47:20, 54:17, 60:15, 63:7, 65:18, 73:11, 73:15, 78:4, 107:20

stop [3] - 31:5, 48:4, 50:7

stopping [1] - 75:21

stories [1] - 16:13

Street [2] - 1:15, 1:24

strong [1] - 90:25

studies [2] - 15:15, 15:21

subject [1] - 37:24

subjects [2] - 35:3, 35:17

subpoena [3] - 16:11, 17:11, 70:19

subsequent [1] - 31:25

subsequently [1] - 69:10

subset [1] - 16:5

substantial [1] - 75:3

subtract [1] - 39:6

suffices [1] - 11:23

suggest [2] - 52:2, 102:17

suggested [1] - 64:4

suggestion [1] - 63:3

suggests [1] - 40:14

Suite [1] - 1:16

summarize [2] - 51:8, 99:7

supports [1] - 82:21

suppose [4] - 25:17, 63:10, 69:4, 74:4

supposed [3] - 99:7, 99:8, 104:4

surprise [1] - 87:7

suspect [1] - 87:18

suspects [1] - 34:9

sustained [7] - 7:2, 31:7, 31:18, 84:12, 92:13, 97:18, 102:21

Sweden [2] - 8:8, 24:22

SWORN [1] - 6:16

syntactical [2] - 79:22, 80:1

syntax [1] - 79:25

system [1] - 87:19

**T**

table [2] - 6:3, 6:8

taxes [1] - 69:24

team [8] - 48:14, 48:24, 50:19, 50:22, 51:3, 51:9, 62:21, 80:5

Technology [1] - 8:22

temporal [1] - 94:1

ten [2] - 44:20, 78:10

terabytes [1] - 50:16

terms [6] - 20:2, 29:2, 37:24, 43:3, 79:19, 96:20

testified [12] - 15:12, 21:4, 21:11, 35:1, 56:2, 57:1, 57:3, 74:1, 76:20, 81:23, 99:1, 99:12

testifies [1] - 92:10

testify [7] - 9:17, 10:23, 17:1, 49:8, 49:11, 76:16, 82:17

testifying [8] - 25:2, 31:15, 34:13, 41:13, 71:8, 80:6, 84:22,

109:22

testimony [46] - 10:19, 12:6, 12:22, 13:13, 17:23, 21:15, 23:7, 24:19, 34:13, 41:4, 41:7, 41:8, 41:9, 49:17, 49:18, 51:4, 51:7, 57:12, 57:14, 59:2, 59:3, 59:5, 61:8, 61:23, 66:21, 67:4, 83:7, 83:20, 83:21, 88:4, 88:7, 88:13, 90:17, 92:12, 94:13, 94:14, 97:14, 97:23, 98:1, 101:3, 103:18, 103:21, 103:22, 107:19, 108:15, 112:12

text [1] - 63:22

THE [144] - 1:1, 1:11, 1:14, 1:15, 1:23, 4:1, 4:5, 4:8, 4:12, 4:20, 5:1, 5:6, 5:11, 5:14, 5:17, 5:18, 5:21, 6:5, 6:9, 6:13, 7:2, 9:22, 11:21, 11:23, 13:4, 13:6, 15:1, 15:4, 15:5, 15:7, 16:4, 16:5, 16:18, 18:9, 19:3, 19:10, 19:15, 19:22, 20:9, 20:13, 21:1, 23:9, 23:10, 23:25, 24:4, 24:8, 24:23, 28:22, 28:24, 30:16, 30:19, 31:7, 31:18, 32:20, 32:24, 33:2, 33:17, 35:14, 35:25, 36:2, 36:5, 36:7, 37:6, 39:9, 39:11, 41:11, 44:14, 44:15, 46:12, 46:13, 50:10, 50:21, 50:22, 50:23, 50:25, 52:15, 52:18, 52:20, 57:15, 60:17, 60:20, 60:23, 61:3, 61:6, 61:7, 61:9, 61:12, 62:5, 62:8, 62:22, 62:25, 63:5, 63:8, 63:21, 64:2, 64:10, 64:21, 65:7, 65:11, 65:21, 66:2, 66:4, 66:10, 66:14, 66:17, 66:19, 81:16, 81:20, 83:24, 84:12, 84:14, 91:6, 91:8, 92:8, 92:11, 92:15, 97:10, 97:18, 98:7, 98:17, 98:21, 99:3, 99:7, 99:17, 101:7, 101:11, 102:21, 104:1, 104:3, 104:7, 104:9, 108:24,

109:1, 109:25, 110:14, 111:4, 111:6, 112:6, 112:9, 112:10, 112:13, 112:14, 112:17, 112:23

**themselves** [3] - 38:8, 48:21, 62:17

**theoretically** [1] - 42:15

**therefore** [1] - 96:24

**Thereupon** [4] - 4:6, 61:10, 62:6, 112:15

**they've** [2] - 64:2, 64:3

**thinks** [1] - 62:19

**third** [1] - 47:5

**thoughts** [2] - 62:14, 63:17

**thread** [1] - 55:24

**three** [8] - 50:16, 54:7, 67:18, 85:12, 85:17, 85:20, 86:1, 86:2

**throwing** [1] - 37:24

**thumb** [2] - 40:20, 49:4

**timed** [1] - 79:2

**timeframe** [1] - 78:17

**timestamps** [1] - 91:25

**timing** [12] - 45:25, 52:21, 78:1, 78:7, 78:13, 90:19, 91:21, 91:22, 93:17, 94:8, 94:23, 100:21

**tiny** [1] - 47:19

**today** [7] - 16:11, 37:2, 37:16, 66:5, 66:12, 75:21, 78:23

**too-similar** [1] - 75:4

**took** [4] - 34:19, 93:7, 93:9, 100:19

**tool** [1] - 9:18

**top** [4] - 51:2, 68:8, 74:19, 92:22

**TOR** [2] - 1:23, 1:24

**Tor** [1] - 6:6

**total** [1] - 47:8

**totality** [6] - 90:5, 90:18, 95:14, 95:15, 96:19, 97:1

**totally** [1] - 54:14

**tough** [1] - 63:18

**trace** [38] - 7:10, 7:13, 7:14, 7:15, 7:17, 7:18, 12:24, 13:12, 13:14, 14:2, 14:3, 18:21, 26:5, 32:13, 32:16, 34:10, 34:16, 34:24, 52:10, 53:15,

53:23, 55:1, 55:3, 55:16, 59:6, 67:18, 68:1, 68:2, 69:13, 75:12, 78:14, 78:24, 84:22, 84:24, 87:12, 88:21, 96:14

**traceability** [1] - 94:25

**traceable** [1] - 93:19

**traced** [16] - 33:21, 33:22, 33:25, 34:6, 34:8, 34:11, 34:17, 36:9, 36:10, 36:13, 36:15, 83:16, 83:22, 83:24, 94:4, 94:9

**traces** [13] - 7:4, 7:12, 7:14, 7:23, 33:15, 34:5, 71:9, 80:23, 80:24, 82:24, 83:3, 83:17, 84:4

**tracing** [33] - 7:15, 8:19, 9:1, 9:4, 9:11, 10:2, 10:5, 11:3, 11:9, 12:8, 12:23, 13:21, 13:25, 14:16, 15:10, 16:9, 16:14, 17:4, 17:7, 17:17, 17:22, 18:19, 19:8, 19:25, 20:16, 25:15, 28:15, 33:8, 35:4, 35:12, 43:25, 45:19, 103:1

**track** [1] - 43:10

**tracking** [1] - 39:7

**traditional** [1] - 87:19

**training** [1] - 15:21

**trainings** [2] - 15:13, 15:15

**transaction** [69] - 10:15, 23:1, 23:15, 24:13, 27:22, 28:9, 37:25, 38:3, 38:4, 38:20, 38:21, 38:24, 39:8, 39:15, 43:4, 43:12, 45:19, 52:10, 53:14, 53:23, 54:7, 54:8, 54:16, 54:19, 54:23, 54:25, 55:17, 55:21, 56:1, 57:7, 68:3, 69:10, 71:19, 75:12, 77:19, 77:20, 78:5, 82:18, 84:25, 91:2, 91:21, 92:10, 93:19, 93:20, 93:22, 94:5, 94:11, 94:17, 94:24, 94:25, 95:17, 96:6, 99:11, 99:22, 100:8, 100:10, 100:12, 101:14, 101:15, 102:1, 102:3,

102:4, 102:12, 103:15, 104:21, 105:10

**transactions** [36] - 22:4, 36:10, 36:22, 36:23, 38:17, 43:10, 44:1, 47:8, 70:6, 71:4, 71:10, 71:12, 71:14, 77:25, 78:2, 78:14, 79:2, 81:3, 81:4, 81:6, 82:25, 83:17, 84:8, 90:19, 90:20, 91:25, 92:2, 92:4, 94:1, 96:10, 102:10, 108:8, 108:10, 108:13, 108:22, 109:4

**TRANSCRIPT** [1] - 1:10

**transcript** [2] - 114:5, 114:6

**transfer** [15] - 38:5, 40:9, 40:16, 40:19, 42:9, 44:17, 73:13, 73:22, 73:24, 74:1, 74:3, 75:24, 89:10, 91:10, 95:2

**transferred** [4] - 39:18, 74:10, 88:23, 93:2

**transferring** [3] - 45:7, 82:2, 82:8

**transfers** [6] - 39:2, 40:4, 87:19, 95:2, 106:6, 106:8

**transparent** [2] - 53:11, 54:12

**travel** [1] - 62:2

**TRIAL** [1] - 1:10

**tried** [2] - 64:23, 69:2

**TRM** [5] - 15:13, 15:20, 21:12, 22:5

**trot** [1] - 33:24

**true** [7] - 14:9, 14:12, 25:17, 37:3, 86:7, 114:4, 114:5

**trust** [4] - 39:21, 39:24, 40:25, 41:2

**truth** [1] - 78:6

**try** [3] - 39:24, 48:20, 111:20

**trying** [9] - 14:7, 28:3, 33:9, 58:5, 60:5, 65:12, 94:19, 99:6, 109:1

**turning** [1] - 50:7

**turns** [1] - 62:8

**two** [28] - 7:21, 7:22, 14:11, 25:12, 25:14, 27:23, 38:5, 39:22, 40:25, 42:1, 42:4,

43:1, 47:16, 63:21, 72:14, 72:16, 75:6, 78:2, 87:11, 87:14, 91:17, 92:2, 92:4, 92:22, 95:3, 97:5, 97:17, 97:24

**type** [5] - 11:24, 12:12, 61:1, 83:11, 111:24

**types** [4] - 37:22, 42:1, 42:3, 42:4

**typo** [4] - 10:14, 10:15, 11:1, 11:8

**typographical** [14] - 10:16, 10:24, 11:4, 11:11, 11:13, 11:14, 12:9, 13:15, 13:16, 13:22, 13:25, 14:4, 14:7, 14:14

**typos** [1] - 10:12

**U**

**U.S** [8] - 1:18, 1:20, 42:5, 103:7, 108:8, 108:23, 109:4, 110:3

**ultimately** [1] - 71:19

**uncommon** [1] - 40:1

**under** [5] - 19:6, 35:11, 44:4, 46:7, 53:3

**undercover** [2] - 36:12

**undercovers** [1] - 36:11

**underlying** [2] - 11:11, 12:11

**understood** [6] - 37:9, 45:18, 56:19, 64:20, 92:18, 104:6

**unfair** [1] - 47:17

**unique** [2] - 41:20, 41:21

**United** [4] - 5:23, 6:3, 70:20, 114:13

**united** [1] - 2:2

**UNITED** [4] - 1:1, 1:3, 1:11, 1:14

**unless** [1] - 44:20

**unlikeliness** [1] - 14:20

**unlikely** [5] - 12:13, 12:19, 14:14, 14:18, 41:9

**unrelated** [2] - 35:3, 35:20

**unseen** [1] - 77:21

**up** [44] - 4:13, 5:3,

14:5, 14:9, 14:10, 14:12, 17:6, 18:5, 21:14, 32:19, 38:10, 38:13, 42:4, 42:12, 42:19, 42:20, 44:7, 47:8, 51:4, 51:7, 53:1, 59:2, 60:17, 62:25, 66:5, 67:11, 69:18, 69:25, 70:10, 70:11, 70:15, 73:23, 74:19, 77:11, 81:15, 84:17, 88:1, 92:22, 98:19, 100:16, 100:25, 101:21, 108:2, 112:17

**upper** [1] - 100:16

**user** [3] - 34:18, 41:22, 68:22

**username** [2] - 106:18, 106:21

**users** [12] - 35:1, 36:19, 47:10, 47:17, 47:21, 47:24, 52:2, 69:1, 75:3, 75:8, 78:19, 87:8

**uses** [1] - 9:16

**V**

**vague** [1] - 17:8

**valid** [2] - 12:14, 12:19

**validity** [1] - 12:24

**value** [3] - 47:8, 71:7, 73:25

**values** [1] - 72:1

**verbalizing** [1] - 66:22

**verifying** [3] - 30:21, 31:11, 59:6

**versus** [1] - 5:24

**videos** [1] - 4:21

**view** [1] - 4:16

**visible** [1] - 44:19

**voluntarily** [1] - 87:16

**vs** [1] - 1:5

**vulnerable** [1] - 43:6

**W**

**wait** [1] - 4:5

**waiting** [3] - 4:3, 5:3, 75:24

**Wall** [1] - 1:24

**wallet** [39] - 10:12, 10:14, 11:2, 11:4, 11:8, 11:18, 13:12, 13:24, 27:7, 27:9, 27:24, 27:25, 28:6,

28:18, 29:6, 29:25, 31:24, 56:10, 56:15, 56:16, 56:17, 58:22, 59:18, 59:21, 60:2, 60:6, 60:9, 60:10, 89:12, 89:14, 89:17, 89:20, 89:25, 90:2, 90:6, 90:9

**wallets** [1] - 14:22
**warnings** [1] - 75:23
**Washington** [6] - 1:6, 1:16, 1:19, 1:21, 2:4, 114:14
**wasting** [1] - 35:14
**watch** [1] - 63:15
**watched** [1] - 97:23
**watching** [1] - 97:14
**water** [2] - 60:19, 60:21
**ways** [3] - 29:15, 31:13, 66:22
**website** [2] - 77:3, 77:5
**week** [2] - 63:7, 66:1
**weekend** [4] - 111:7, 111:14, 112:3, 113:8
**weeks** [3] - 97:5, 97:17, 97:24
**whatsoever** [3] - 84:5, 88:20, 89:24
**whole** [1] - 34:12
**window** [1] - 65:19
**withdraw** [6] - 44:18, 45:6, 45:10, 45:18, 47:10, 52:2
**withdrawal** [6] - 41:23, 44:13, 44:17, 44:22, 71:24, 78:9
**withdrawing** [8] - 47:21, 47:24, 52:5, 69:6, 69:9, 69:11, 71:6, 75:6
**withdrawn** [3] - 71:18, 97:22, 107:18
**withdrew** [1] - 44:21
**witness** [24] - 4:15, 4:17, 4:24, 4:25, 5:9, 5:14, 5:15, 5:16, 6:12, 9:23, 28:23, 34:4, 61:7, 63:1, 66:5, 67:2, 84:13, 84:14, 91:6, 98:8, 98:12, 112:10
**WITNESS** [19] - 3:3, 6:16, 11:23, 13:6, 15:5, 16:5, 23:10, 24:8, 28:22, 39:11, 44:15, 46:13, 50:22, 50:25, 61:9, 83:24, 91:8, 109:1, 112:13
**witness's** [8] - 16:15,

23:7, 31:6, 31:17, 57:12, 83:20, 99:16, 101:3
**wonderful** [1] - 64:22
**word** [3] - 25:19, 57:2, 58:19
**works** [4] - 68:15, 68:18, 69:2, 95:24
**world** [1] - 24:20
**writings** [1] - 79:23
**written** [2] - 12:15, 40:17
**wrongdoing** [1] - 19:13
**wrote** [2] - 43:24, 45:17

## Y

**years** [3] - 9:17, 80:23, 80:24
**yesterday** [5] - 4:17, 34:12, 35:2, 63:23, 71:8
**York** [2] - 1:21, 1:25
**yourself** [1] - 66:22
**yourselves** [1] - 60:25

## Z

**zero** [1] - 17:14
**zoom** [4] - 85:6, 85:9, 98:24, 100:25

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

       Plaintiff,

   vs.

ROMAN STERLINGOV,

       Defendant.

_____/

Criminal Action
No. 1: 21-399

Washington, DC
February 26, 2024

9:19 a.m.

MORNING PROCEEDINGS

TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:      CATHERINE PELKER
                  U.S. DEPARTMENT OF JUSTICE
                  950 Pennsylvania Ave NW
                  Washington, DC 20530

                  CHRISTOPHER BRODIE BROWN
                  DOJ-USAO
                  601 D Street, N.W.
                  Suite 5.1527
                  Washington, DC 20530

                  JEFFREY PEARLMAN
                  DOJ-CRM
                  Ccips
                  US Dept of Justice
                  1301 New York Ave NW
                  Washington, DC 20005

APPEARANCES CONTINUED ON NEXT PAGE

APPEARANCES CONTINUED

For the Defendant:      TOR EKELAND
MICHAEL HASSARD
TOR EKELAND LAW PLLC
30 Wall Street
8th Floor
Brooklyn, NY 10005


Court Reporter:      SHERRY LINDSAY
Official Court Reporter
U.S. District & Bankruptcy Courts
333 Constitution Avenue, NW
Room 6710
Washington, DC 20001

TABLE OF CONTENTS

WITNESSES

Luke Scholl

Cross-examination by Mr. Ekeland          7
Redirect examination by Ms. Pelker       99

Ilya Lichtenstein

Direct examination by Mr. Pearlman        112

EXHIBITS

Government Exhibit 47E                     117
Government Exhibit 47D                     119

P R O C E E D I N G S

THE COURT: All right. Before we get going this morning, I am becoming increasingly concerned about some of the timing issues in the case. And I have got a number of jurors with issues and not be able to sit for full days. Two jurors are chronically late was the reason for today. Tomorrow there is a juror who has to leave by probably 1:00 because of a child who has surgery. We have the juror today who has to leave by 1:00, but there is another juror who has to finish -- if we were leaving at 1:00, by 12:30 today because of an appointment. There is a juror who on Thursday can only be here from 10:00 to 4:00.

So we can -- I don't want to keep us waiting now, but we are going to have to figure out about what to do about these. And at some point, I think we have got four alternates, we are going to start having to let folks go, particularly if they are chronically late in ways that are preventing us from moving forward with the trial.

Obviously the woman who has a medical condition today has a real issue and the person whose child is in surgery tomorrow has a real issue. But we need to be on top of that, so we can talk more about that.

One other question I had before we get going, if you may recall, I had a juror note early on in the testimony of this witness. And I guess the question is when we are done

with the redirect, whether I should just ask the jury say, you know, if you still have that question, raise your hand. If you want me to ask the question, I am happy to do it. Obviously, there has been a lot of testimony on this question already and maybe the juror no longer has the question. I wanted to make sure that was the way everyone thought I should proceed with respect to that issue.

MS. PELKER: That is fine with the government, Your Honor.

THE COURT: Mr. Ekeland.

MR. EKELAND: We are fine with either way. The defense doesn't think it necessary --

THE COURT: If you are not at a microphone, you are not on the record.

MR. EKELAND: Your Honor, we are fine with what the Court decides on that. We don't think it necessary, because we think there has been sufficient testimony on it, but we are not going to fight on that issue.

THE COURT: All right. Let's get the jury and get going then.

(Jury in at 9:21 a.m.)

THE COURT: All right. And the witness can return to the witness box.

LUKE SCHOLL, previously sworn

THE COURT: And, Mr. Ekeland, you may continue.

MR. EKELAND: Thank you, Your Honor.

CROSS-EXAMINATION CONTINUED

BY MR. EKELAND:

Q. Good morning, Mr. Scholl.

A. Good morning, sir.

Q. Mr. Hassard, if we could get Government Exhibit 313A up.

THE COURTROOM DEPUTY: It is up. It is not on your screen?

There was just something up and now it is not there.

MR. EKELAND: Thank you.

Could we publish this to the jury?

THE COURTROOM DEPUTY: It is.

BY MR. EKELAND:

Q. Thank you. And, Mr. Scholl, this is the exhibit that we were looking at when we finished your testimony on Thursday; correct?

A. Yes, sir.

Q. And we had gone through the trace here and I believe we left off with the amount down there on the bottom where from the Mt. Gox account number 3 going to the Aurum Xchange account. Do you recall that?

A. I don't recall precisely where we left off, but that seems reasonable.

Q. Let's start with Mt. Gox account number 3 there. And down at the bottom, we have got in the box, Mt. Gox account number 3

there.  We have got a Mt. Gox redemption code there for 80 US dollars; is that correct?

A.    Yes, sir, that correct.

Q.    And the Mt. Gox account number 3 is sending that $80 to Aurum Xchange?

A.    Yes, sir, that is correct.

Q.    And that is not Mr. Sterlingov's Aurum Xchange account, is it?

A.    The government doesn't have the particular Aurum Xchange account that those funds were sent to.

Q.    So you have no evidence that is Mr. Sterlingov's Aurum Xchange account?

A.    The evidence that I discussed during direct examination, sir, was about the timing of the value, moving from the Kolbasa account into the Aurum Xchange and then subsequently, value moving from the Aurum Xchange into the Shormint Liberty Reserve account that was consistent.

Q.    But you have no Aurum Xchange record with Mr. Sterlingov's name on it showing that Mr. Sterlingov's Aurum Xchange account received 80 US dollars on October 20th, 2011?

A.    That is correct, sir.

Q.    And then you see the Aurum Xchange account -- well, I'm sorry.  Withdrawn.

Could you just again remind the jury what Aurum Xchange was?

A.   Yes, sir.  The Aurum Xchange was a virtual currency exchange.

Q.   And one thing that Aurum Xchange did, is it allowed you to take Mt. Gox redemption codes and convert them to Liberty Reserve dollars?

A.   Yes, sir, that is correct.

Q.   That was a very common thing that people did in 2011, because there weren't a lot of exchanges you could use to convert your Bitcoin into dollars and then spend it; correct?

A.   I say that is correct, sir, but I did not find any other candidate transactions moving through the Aurum Xchange into Liberty Reserve that would have been confused with this payment.

Q.   Is your testimony that a lot of people, relatively speaking, in the Bitcoin community weren't using Aurum Xchange in 2011?

A.   No, sir, it is not.

Q.   And so you see the transaction there, leaving Aurum Xchange on October 20th, 2011, for $77 and what is that 60 cents right there?

A.   Yes, sir.

Q.   And that is going to a Shormint Liberty Reserve account; correct?  That is what is labeled there?

A.   Yes, sir.

Q.   And by Shormint what the government means is the email

address associated with that account which was Shormint@hotmail.com?

A. Yes, sir.

Q. And you are familiar with the Microsoft search warrant return that the government executed on Microsoft asking for information about this Shormint account; correct?

A. Yes, sir, I am aware of it.

Q. And Mr. Sterlingov's name was nowhere anywhere in that search warrant return for Microsoft in relation to the Shormint@hotmail.com account; correct?

A. That is my understanding, sir. I don't believe I reviewed those -- I observed Special Agent Rovensky's testimony on that matter and that is my understanding on that matter, yes, sir.

Q. And the government also has the Liberty Reserve account information because the government seized Liberty Reserve some time -- what was that 2013, 2014, something like that?

A. Yes, sir.

Q. And nowhere in the Liberty Reserve records that the government seized is there any record of Mr. Sterlingov controlling the Shormint Liberty Reserve account; correct?

A. Can you repeat the question, sir?

Q. Yes, sir. There is nowhere in the Liberty Reserve records that the United States seized from Liberty Reserve, nowhere in the records, is Mr. Sterlingov's name associated with what the government is calling the Shormint Liberty Reserve account?

A.   That is correct, sir.

MS. PELKER:  Objection.

THE COURT:  You are withdrawing the objection?

MS. PELKER:  Withdrawn.

THE COURT:  Okay.

MR. EKELAND:  Thank you.

BY MR. EKELAND:

Q.   And there so -- you see there it says in this big box, you have got Liberty Reserve and you have got the Shormint Liberty Reserve account.  You see how it has 77.60 and then next to it says LR USD?

A.   Yes, sir, I see that.

Q.   That just means Liberty Reserve US dollars; is that correct?

A.   Yes, sir.

Q.   That is not actually the same as US dollars; is that correct?

A.   That is correct, sir.

Q.   But what Liberty Reserve did, is it allowed people to use it to pay for goods and services, correct, with Liberty Reserve dollars?

A.   Yes, sir.

Q.   Assuming the vendor would take those Liberty Reserve dollars?

A.   That is correct, sir.

Q.   And what you have got down there on the bottom, now you have got three -- it looks like three separate transactions coming out of the Shormint Liberty Reserve account; correct?

A.   Yes, sir.

Q.   And the first one there, on October 20th, that is to Okay To Host?

A.   Yes, sir.

Q.   And what was Okay to Host?

A.   My understanding is a hosting provider, sir.

Q.   Is it illegal to make a payment to a hosting provider?

A.   Not necessarily, sir.

Q.   Uh-huh.  You have no reason to think that anything actually happening in this entire trace here was illegal, do you?

        MS. PELKER:  Objection, Your Honor, calls for a legal conclusion.

        MR. EKELAND:  Your Honor, they have have been offering this as an example of money laundering and illicit funds.  And I am asking Mr. Sterlingov [sic] as an expert, whether or not, in his opinion, any of this is illicit.

        MS. PELKER:  Your Honor, first of all, there is a difference between concealment money laundering and promotional money laundering, but none of that is relevant because the witness is not entitled to testify to a legal conclusion.

        THE COURT:  I will sustain the objection.

BY MR. EKELAND:

Q.   Mr. Scholl, you haven't traced any of the funds involved in this trace in 2011 to any crime, have you?

MS. PELKER:  Objection, Your Honor.

MR. EKELAND:  I am asking for his trace, the source of funds.

THE COURT:  I will allow that one.

THE WITNESS:  This trace is relevant because of the purchase of the domain name BitcoinFog.com.

BY MR. EKELAND:

Q.   But you haven't traced any of the funds in this trace to any crime?

A.   Other than the government's interest in who purchased the BitcoinFog.com domain name, no, sir.

Q.   Are you saying that the purchase of a domain name is a crime?

MS. PELKER:  Objection.

THE COURT:  Sustained.

BY MR. EKELAND:

Q.   You don't have any evidence at all in relation to anything in this trace that anything -- any transaction here happened in Washington, DC, do you?

A.   I am not aware of the location of all of these exchanges. But I think that is accurate, sir, that I am not aware that any of the transactions took place in the District of Columbia.

Q. You also don't have any evidence whatsoever related to any of the transactions that any of them occurred in the United States?

A. That is correct, sir.

Q. As matter of fact, when you look at the IP address right there, that is a European IP address, isn't it?

A. I actually didn't attempt to geolocate the IP address, sir.

Q. You never looked up the IP address?

THE COURT: Asked and answered. He just answered that.

BY MR. EKELAND:

Q. You are aware, it is very easy to look up an IP address; correct?

MS. PELKER: Objection, Your Honor, argumentative.

THE COURT: Sustained.

BY MR. EKELAND:

Q. And you see the November 6th payment of 21 Liberty Reserve dollars to Crypto VPN?

A. Yes, sir, I do.

Q. And you see the 14 Liberty Reserve US dollars to High Hosting; correct?

A. Yes, sir, I do.

Q. And that High Hosting.net account, that is the one that the government is claiming operated the www.BitcoinFog.com

clearnet site?

A.   The government has the presented records showing that payment was for the purpose and hosting -- the domain registration and hosting of the BitcoinFog.com domain.

Q.   And you recall testifying that you reviewed all of Mr. Sterlingov's -- you reviewed a large portion of Mr. Sterlingov's devices and notes as part of your investigation in this tracing; correct?

A.   Sir, I testified that I did not review the devices themselves.  I reviewed information that was obtained from the devices.  But, yes, sir, generally, yes.

Q.   In nowhere in any of the information that you reviewed, did you see any evidence of Mr. Sterlingov having any sort of computer code or anything related to the actual clearnet website; correct?

A.   No, sir, I did not.

Q.   Mr. Hassard, if you could take this down for now.

And if we could get what is in evidence as I believe Government Exhibit 314.

And this has been published to the jury.  Do you recognize this exhibit, Mr. Scholl?

A.   Yes, sir, I do.

Q.   Again, this exhibit is dealing with a series of transactions between October and November 2011?

A.   That is correct, sir.

Q.   And all of the -- basically the five traces that you testified to involving these Mt. Gox accounts 1, 2, 3, and 4, those are all in October and November of 2011; is that correct?

A.   Yes, sir, that is correct.

Q.   And in 2011, Mr. Sterlingov turned 23; correct?

A.   I am not sure the correct answer to that, sir.

Q.   Do you know where he was living in 2011?

A.   I am not sure where he was living in 2011, sir.

Q.   Do you know who he was associating with in 2011?

A.   No, sir, I do not.

Q.   Do you know anything about what he was doing when he was 23 years old at all?

A.   I mean, I reviewed his activity on the blockchain during that time period.

Q.   Did you review any kind of records that showed what his social life was like?

A.   Generally, no, sir.

Q.   What kind of Bitcoin meet-ups he was going to?

A.   There were items in the evidence that I have reviewed about meeting up for Bitcoin exchanges via LocalBitcoin.

Q.   If I understand you correctly, that when you did your tracing, you really didn't consider anything about Mr. Sterlingov's life as it was in 2011?

      MS. PELKER:  Objection, Your Honor, argumentative and misstating the witness's testimony.

MR. EKELAND:  I am asking him to clarify what he -- what the basis of his investigation was, Your Honor.

THE COURT:  All right.  Overruled.

THE WITNESS:  Can you repeat the question, please, sir?

BY MR. EKELAND:

Q.   Certainly.

A.   Thank you.

Q.   As part of your tracing investigation, did you consider what Mr. Sterlingov was doing in his life in 2011?

A.   Generally, no, sir.  My work was focused on blockchain analysis.

Q.   And your blockchain analysis was all done from in front of a computer screen?

A.   Yes, sir.

Q.   At your desk in Newark, New Jersey?

A.   The vast majority at least in Newark, New Jersey, yes, sir.

Q.   Okay.  Turning your attention back to Government Exhibit 314.  Now, that Mt. Gox account number 1, that is Mr. Sterlingov's account; correct?

A.   Yes, sir, it is.

Q.   And we know that because he KYCed that account; correct?

A.   That is correct, sir.

Q.   When he did that, he did so voluntarily in 2011; correct?

A. Yes, sir.

Q. Because we know that because there is other Mt. Gox accounts that we are looking at that weren't KYCed?

A. Again, my understanding about why that was KYCed was to make bank transfers to that account, sir.

Q. When he KYCed it, he put down his photo ID?

A. That is correct, sir.

Q. With his real name?

A. Yes, sir.

Q. He didn't use a fake ID?

A. No, sir.

Q. Taking a look at these transactions on October 3rd, 2011, we have got a -- it looks like what is that $130 transaction being broken down into three separate redemption codes. Am I looking at that right?

A. Yes, sir, that is correct.

Q. You see the red box you have got around these Mt. Gox accounts?

A. Yes, sir, I do.

Q. Now, that is nowhere on the internet, is it?

A. You asked a similar question on Friday, sir, and what I would say is that red box is just representing that both of those accounts are at Mt. Gox.

Q. Now, is it your testimony that both of those accounts are controlled by the same person?

A.    Yes, sir, it is.

Q.    It is.  So essentially what you are saying is that Mr. Sterlingov is also the Mt. Gox account number 4?

A.    I am saying that is my assessment, sir.

Q.    That is your assessment.  And so -- and that is why you drew the red box around there?

A.    No, sir.  I drew the red box to signify that both of those accounts are located at Mt. Gox, just as there are other colored boxes, the purplish box around Liberty Reserve, the black box around Aurum Xchange, that was to contain accounts that belong to exchanges.

Q.    You reviewed the Mt. Gox accounts in relation to Mt. Gox account number 4; correct?

A.    Yes, sir, I did.

Q.    And there is nothing in those Mt. Gox accounts that relates it to Mr. Sterlingov?

A.    No, sir.  Other than the information about the timing and transactions that we have discussed in the tracing, there is no information in the account records themselves that indicate Mr. Sterlingov's name.

Q.    Now, you say that the information related to the timing and the tracing is what your basis for saying Mr. Sterlingov is the -- controls Mt. Gox account number 4, did I hear you correctly?

A.    Yes, sir.

Q. Could you specifically tell me what timing facts you are talking about that establishes that Mr. Sterlingov controls Mt. Gox account number 4?

A. Yes, sir. The time of creation of that account in position with the creation of the other accounts used in the tracing that we have discussed in this case, as well as the timing between the account creation and the first deposit and the timing of the last log in to this account that was --

Q. So it was your testimony --

THE COURT: I'm sorry. One at a time.

MR. EKELAND: I thought he was finished. I'm sorry, Your Honor.

THE WITNESS: I said, as discussed on my direct examination, sir.

BY MR. EKELAND:

Q. So you are essentially attributing Mt. Gox account number 4 to Mr. Sterlingov based on a timing analysis?

A. And the flow of funds.

Q. And the flow of funds. But you recall testifying earlier that the flow of funds is not the same as the flow of control; correct?

A. Yes, sir, I do.

Q. So that is just an assessment?

A. That is correct.

Q. Just like your timing analysis?

A. No, sir. The timing analysis is based on time stamps in logs.

Q. Right. And you're assessing from the time stamps in those logs that because there is some kind of temporal proximity between Mr. Sterlingov's Mt. Gox account number 1 and Mt. Gox number 4, that they are controlled by the same person?

A. Among other things, yes, sir. Other things including the fact that this Volf.prius account was not used for any other transactions other than in the tracing that we have discussed on my direct examination.

Q. And do you recall Akemashite Omedetou talking about the timing of transactions and how if you time your transactions too closely together, then it makes you easy to trace; correct?

A. Yes, sir. I remember multiple discussions about BitcoinFog specifically and Akemashite Omedetou's discussing that.

Q. And yet it is your testimony that Mt. Gox account number 1 is -- and Mt. Gox account number 4 are controlled by the same person?

A. Sir, just looking at the graph, Mt. Gox account 1, Mr. Sterlingov's account send funds to Mr. Sterlingov's Liberty Reserve account. It did that in three separate transactions through two different Aurum Xchange accounts associated with Mr. Sterlingov, the plasma@plasmadivision.com and the Spam@plasmadivision.com account. And they sent funds all to

the same Liberty Reserve account on the same date.

Q.    Correct.  And --

A.    And that is an example --

THE COURT:  One at a time.

THE WITNESS:  That is an example of different random amounts being transferred in multiple transactions that I believe were designed to obscure the flow of funds, yes, sir.

BY MR. EKELAND:

Q.    This is entirely consistent with Mr. Sterlingov selling Bitcoin to somebody?

A.    Selling -- the Liberty Reserve account here on this graph, sir, is Mr. Sterlingov's own account.

Q.    That is correct, in his own name.

A.    So the activity of moving funds to Mt. Gox to Aurum Xchange to Liberty Reserve in this account is not at all consistent with Mr. Sterlingov selling Bitcoin to someone else.

Q.    But it could be consistent with him paying somebody for something?

A.    He paid himself, sir.  Again, the Mt. Gox account 1 is Mr. Sterlingov's Mt. Gox account.  The Liberty Reserve account is Mr. Sterlingov Liberty Reserve account.  It is not consistent with him paying someone else.

Q.    But you have got --

THE COURT:  One at a time.

BY MR. EKELAND:

Q. But you have got nothing in the Mt. Gox tying that account to Mr. Sterlingov?

A. Mt. Gox account 1 is the account I am discussing, sir. And that account is in Mr. Sterlingov's true name.

Q. But Mt. Gox number 4 isn't?

A. Mt. Gox account 4 is not in Mr. Sterlingov's true name, no.

Q. And there is no photo ID associated with Mt. Gox number 4?

A. That is correct, sir.

Q. So if Akemashite Omedetou wanted to create an untraceable transaction, all she would have had to have done is to start with funds in that Mt. Gox account number 4?

A. I would say they would need to be able to deposit funds into Mt. Gox account number 4. That is correct, there could have been a transaction -- what I would say, sir, is that it is possible that could have been done, but they would have needed to receive funds somewhere. And as the putting money document indicates, Mr. Sterlingov's, you know, laid out a series of steps that started with Euros. So in order to get Euros into a Mt. Gox account, it is my understanding that account would be KYCed.

Q. You recall testifying on Thursday that there were ways to fund Mt. Gox accounts off chain; correct?

A. Yes, sir. I recall talking about different ways to fund Mt. Gox accounts.

Q. For instance, you could buy someone's redemption code for cash and then just redeem it in your account?

A. That is possible, sir.

Q. So, again, there -- it is your testimony that Akemashite Omedetou started a deposit which ultimately what looks like going into Bitcoin Fog from her KYC Mt. Gox account, is that your testimony?

A. Yes, sir, that is my testimony. I thought we were agreed to referring to Akemashite Omedetou as he or she or they.

Q. I did believe I referred to her as she, but moving on. So that Aurum Xchange, you said there is two Aurum Xchange accounts up there. But both of those Aurum Xchange accounts are related to Mr. Sterlingov through his easily identifiable email; correct?

A. Yes, sir.

Q. And then the funds on October 3rd go to the Liberty Reserve account that is in Mr. Sterlingov's name?

A. Yes, sir.

Q. That is not the Shormint Liberty Reserve account?

A. No, sir, it is not.

Q. And now there is about, what, a month in between the next -- to the next transaction? Because that transfer of that 26 US dollars is on November 24th, 2011?

A. That is correct, sir. In this case, there were two withdrawals from the Mr. Sterlingov Liberty Reserve that were

discussed during my direct examination. Both of them sent funds to the Volf.prius Mt. Gox account, Mt. Gox account 4 here.

Q. So I just want to get clear, this is a diagram of the flow of funds. We are not actually seeing everything that actually occurred. This is a flow of funds diagram, it is not showing us every address involved. Did I understand you correctly there?

A. No, sir, that is not what I said.

Q. Could you clarify then? I just see one arrow right there.

A. Right. There is a separate exhibit that was discussed on my direct examination that showed a 100 US dollar transfer from Mr. Sterlingov's Liberty Reserve account to Mt. Gox account 4 that occurred closer in time to these deposits on October 3rd.

Q. But that is --

A. There was a withdrawal from that account of approximately 100 Liberty Reserve US dollars being converted to $100 in the Volf.prius Mt. Gox account. And then approximately 27.4 Liberty Reserve US dollars were remaining in that account. And subsequently on November 24th, there was another transfer again from Mr. Sterlingov's Liberty Reserve account to the Volf.prius@hotmail.com account.

Q. And that one is not on here, that is on another exhibit?

A. That is on another exhibit, yes, sir.

Q. Then you see down here on November 24th, the Volf.prius

account converts the $26 into 11 Bitcoin?

A.   Yes, sir.

Q.   And then you see on November 24th, it looks like there is -- it transmits in -- what is that two separate transactions -- close to 11 Bitcoin to the Bitcoin address 1KQTSR.  Do you see that right here?  Do I have that right?

A.   Yes, sir.  I believe you do, based on the size of the text it could be 5R, if you want to zoom in, I could -- I believe it is 5R.

Q.   I stand corrected.

     The government don't have the private key to that address, does it?

A.   Not to my knowledge, no, sir.

Q.   And then on November 24th, 2011, the 10.955 Bitcoin is deposited into what you are saying is the Bitcoin Fog address?

A.   Yes, sir, that is correct.

Q.   And then, again, I can't remember if I already asked you this question.  You haven't traced anything in this trace to any crime, have you?

A.   No, sir.  This graph was to lay out information about the pattern of transactions between Mr. Sterlingov's Mt. Gox account, the Aurum Xchange and the Volf.prius account and discuss the pattern of transactions.

Q.   Just to be clear, nothing in this trace shows Mr. Sterlingov operating Bitcoin Fog?

A.    That is correct, sir.

Q.    Everything in this trace is consistent with someone or more than one person making an entirely legal deposit into Bitcoin Fog for privacy reasons?

        MS. PELKER:  Objection, Your Honor, calls for a legal conclusion.

        MR. EKELAND:  I wasn't asking for a legal conclusion. I was saying that somebody may want to be depositing funds into Bitcoin Fog for privacy reasons.

        THE COURT:  I think you did say an entirely legal deposit, but why don't you rephrase the question?

        MR. EKELAND:  I will rephrase it, Your Honor.

BY MR. EKELAND:

Q.    So everything in this trace is consistent with somebody making a deposit into Bitcoin Fog for privacy reasons?

A.    I don't necessarily agree with that, based on the randomized payments going through the Aurum Xchange into Mr. Sterlingov's Liberty Reserve account.  I think these are suspicious transactions.

Q.    Is it your testimony that someone wouldn't randomize their transactions for privacy reasons?

A.    No, it is not my testimony that somebody could not do that.  I am just saying these transactions are indicative of someone attempting to obscure the flow of funds.

Q.    That is one possible interpretation of this, but there is

more than one?

MS. PELKER:  Objection; asked and answered.

THE COURT:  Sustained.

BY MR. EKELAND:

Q.  Mr. Hassard, if we could take that exhibit down.  And if we could go to Exhibit 315.  What is in evidence as Government Exhibit 315.  And do you recognize this exhibit?

A.  Yes, sir, I do.

Q.  And is there anything in this trace that you have any evidence of occurring in Washington, DC?

A.  No, sir.

Q.  And is there anything in this trace that you have any evidence of occurring in the United States of America?

A.  No, sir.  I would point out though that Bitcoin blockchain -- transactions on the Bitcoin blockchain are broadcast to the global network, but not in the sense that you are asking the question, sir.

Q.  Are any of the funds that you are tracing here, have you traced them back to any crime whatsoever?

MS. PELKER:  Objection.  Again, it calls for legal conclusion and about whether buying the Bitcoin Fog domain was part of a criminal engagement.

MR. EKELAND:  That is not the question I asked, Your Honor.  And there is nothing on here about buying the Bitcoin Fog domain.  I am asking merely if he has traced the funds back

to anything he considered criminal activity. He has been offered as an expert in tracing of cyber criminals. I hope --

THE COURT: Maybe you can clarify about what you mean by tracing it to criminal activity, whether it is traced to some illegal drug transaction. I think there is some ambiguity when you say tracing it to illegal activity. Because obviously the government's whole theory of the case is relevant evidence in a criminal case. But I think you may be asking a different question about whether this could be traced to any drug transaction or something like that nature. So if you could clarify your question, that is fine.

MR. EKELAND: Thank you, Your Honor.

BY MR. EKELAND:

Q. Mr. Scholl, have you traced any of the funds involved in this trace here to any drug transaction?

A. No, sir, I have not. The purpose --

Q. Have you traced --

THE COURT: One at a time.

MR. EKELAND: I'm sorry. I thought he was finished.

THE WITNESS: The purpose of this exhibit was to demonstrate a pattern of behavior between Mr. Sterlingov's Mt. Gox account, the Aurum Xchange Liberty Reserve and the other Mt. Gox accounts, the Volf.prius, the NFS9000 and the Kolbasa99 account.

BY MR. EKELAND:

Q. But you don't know anything about Mr. Sterlingov's social pattern of behavior in 2011, do you?

MS. PELKER: Objection; asked and answered.

THE COURT: Sustained.

BY MR. EKELAND:

Q. So, again, we start with Mt. Gox account number 1. That is Mr. Sterlingov's KYCed account?

A. Yes, sir, it is.

Q. That is also the KYCed account that you say belongs to Akemashite Omedetou; is that correct?

A. Yes, sir.

Q. Here, we have got -- what is that -- on October 3rd, 2011, we have got the sum of $130 being broken down to what looks like 3 Mt. Gox redemption codes?

A. Yes, sir. These are the same transactions we discuss at the top of the other graph.

Q. Uh-huh. And we have got going over to Mr. Sterlingov's Aurum Xchange account; correct?

A. Two separate accounts the Spam and plasma@plasmadivision.com.

Q. Both of those went to PlasmaDivision.com, which were the email domain controlled by Mr. Sterlingov?

A. Yes, sir, that is correct.

Q. And Mr. Sterlingov didn't try to hide that he controlled that email domain, did he?

A. I am not sure how to answer that question, sir.

Q. But, again, now we are going and we see again the same October 3rd transactions I think we were looking at on 314 now going into Mr. Sterlingov's Liberty Reserve account that he kept in his own name?

A. Yes, sir.

Q. And then, we are going over to the Mt. Gox account number 4 and on October 8, 2011 and you are sending $100; correct?

A. Yes, sir.

Q. Then we are going and he is -- whoever is running Mt. Gox account number 4, they are converting that $100 into 25.44 Bitcoin, which they are then sending on October 8 to an address on the blockchain that is down there that starts -- what is that 1BBAVGU; correct?

A. Yes, sir, that is correct.

Q. And the government doesn't have the private key to that Bitcoin address?

A. No, sir. Not my understanding.

Q. Then it is going again to another address on October 28, to 1CRm234X and the government doesn't have the private key to that Bitcoin address, do they?

A. Not to my knowledge, no, sir.

Q. Mr. Hassard, if we could zoom out a little bit. Then again this is going -- from there to Mt. Gox number 2, which has the email address associated with it the

NFS9000@hotmail.com?

A. That is correct, sir.

Q. When the government executed its search warrant of Microsoft and got the search warrant return related to that NFS9000@hotmail.com email address, nothing related to that email address to Mr. Sterlingov, did it?

A. I don't recall, sir. But I don't believe so. I don't know that I reviewed the NFS9000@hotmail.com return.

Q. And the Mt. Gox number 2 generates a redemption code, this time a BTC redemption code for 25.439 BTC on October 9, 2011?

A. That is correct, sir.

Q. And then on October 9, 2011 -- Mr. Hassard, if we could scroll down a little bit -- it sends that redemption code -- or actually, is it sending the redemption code or is Mt. Gox account number 3 there, just redeeming it?

A. I think that is synonymous.

Q. Uh-huh.

A. So there is a record in the -- if you -- there is a record in the previous Mt. Gox account that shows the generation of a redeem code. And there is a record in the Kolbasa99 Mt. Gox account that shows the redemption of that code.

Q. So actually that code could have been sent or it could have been communicated in person or any -- it could have gone -- Mt. Gox account number 3 could have gotten that redemption code in a couple of ways; correct?

A.   Yes.

Q.   More than one way.

And then we see there on October 9th, it converts the Bitcoin to US dollars for a whopping total $103.  If we could --

Correct?

A.   Yes, sir, that is correct.

Q.   If we could zoom out.

And then you have got this arrow going back on October 9th, 2011 for the $103.  It goes back all of the way to Aurum Xchange.  But it is not going back to Mr. Sterlingov's Aurum Xchange account, is it?

A.   No, sir, I don't believe it is.

Q.   All right.

And if we could take that down.  And if we could go now to -- Mr. Hassard, to what is in evidence as Government Exhibit 316.

THE COURTROOM DEPUTY:  316?

MR. EKELAND:  316, yes.

BY MR. EKELAND:

Q.   Do you recall Government Exhibit 316?

A.   Yes, sir, I do.

Q.   Do you have any evidence that anything in this trace occurred in Washington, DC?

A.   No, sir, I don't.

Q. Do you have any evidence at all that something in this trace occurred in the United States of America?

A. No, sir, I don't, withstanding the fact that Bitcoin transactions are broadcast globally.

Q. And you -- this trace starts from, again, Mr. Sterlingov's Liberty Reserve account?

A. Yes, sir, that is correct.

Q. And that is the account he had in his own name with Liberty Reserve; correct?

A. Yes, sir, it is.

Q. And then, again, he is taking the relatively small amount of 132 and 8 Liberty Reserve dollars and it looks like he is sending them as 130 US dollars to Mt. Gox account number 1 on November 27th, 2011?

A. Yes, sir, that is correct.

Q. And then he takes that money and he purchases some Bitcoin there, which is 52.5 Bitcoin?

A. Yes, sir, I believe that is correct.

Q. And then on that -- on November 27th, 2011, he sends 60.417 to a Bitcoin blockchain address, right there, you see that?

A. Yes, sir, I do. It is not totally legible from this screen, but I see the Bitcoin address.

Q. Can you see that a little bit better?

A. Yes, sir, I do.

Q. It looks like on the same day he sends 60.41 Bitcoin to his Silk Road account?

A. Yes, sir.

Q. That Silk Road, that is in Mr. Sterlingov's password list; correct?

A. Yes, sir, it is, sir.

Q. And on the same day, he sends a slightly larger amount of Bitcoin out of Silk Road at 60.8 Bitcoin; correct?

A. Yes, sir, that is correct.

Q. That is, what, .39 more Bitcoin than went in?

A. Yes, sir, that is correct.

Q. And that is because you could -- in your Silk Road account, you could hold Bitcoin and send and receive Bitcoin, you just didn't have to purchase things with your Silk Road account; correct?

A. I mean, that is possible to make a withdrawal from your Silk Road account. I don't think that was the intent of having deposits in Bitcoin at Silk Road but it is possible to withdraw funds from a Silk Road account.

Q. But you would agree with me that there is more Bitcoin coming out of the Silk Road account than went in?

A. Just slightly, yes, sir.

Q. And then you have got on November 28th, 2011, you have got 60.7 Bitcoin going to Mt. Gox account number 2. Mr. Hassard, if we could zoom out a little bit?

A. Yes, sir, that is correct.

Q. And then if you can recall, Mt. Gox account number 2, the NFS9000@hotmail.com, that doesn't appear anywhere in Mr. Sterlingov's password list, does it?

A. No, sir, I don't believe it does.

Q. And then on November 28th, there is 61.669 Bitcoin that is getting redeemed from the Mt. Gox BTC redemption code you see there; correct?

A. 61.699 Bitcoin.

Q. And then, again that redemption code is being redeemed by Mt. Gox account, number 3, 61.699 on November 28, 2011; correct?

A. Yes, sir, that is correct.

Q. And, again, there is no password for Mt. Gox account number 3, anywhere in Mr. Sterlingov's password list?

A. I don't believe there is, sir.

Q. And then Mr. Hassard, if we could zoom out a little bit, and then on November 29th, 2011, you have got 27 Bitcoin going into Bitcoin Fog; is that correct?

A. That's correct.

Q. At least what government says is a Bitcoin Fog address. And this is entirely consistent with somebody depositing Bitcoin Fog -- Bitcoin into Bitcoin Fog for privacy reasons?

A. I would say that there are unusual transactions, again, in this series of transactions. But the purpose of this trace was

to demonstrate the pattern of behavior between accounts and demonstrating the Silk Road transaction.

Q. But you have no eyewitnesses to any part of this transaction?

A. No, sir, I have logs.

Q. Do you have any eyewitnesses?

A. No, sir.

Q. And nothing in this trace shows Mr. Sterlingov operating Bitcoin Fog, does it?

A. No, sir.

Q. And Silk Road, the government shut Silk Road down in 2013; correct?

A. That is correct, sir.

Q. That is 11 years ago?

A. Approximately.

Q. And this trace here, that you are doing your timing and behavioral analysis on, that was 13 years ago?

A. 2011, yes, sir, approximately.

Q. And are you aware that in 2011, in Mr. Sterlingov's hometown there was a hacker convention called Dream Hack?

MS. PELKER: Objection, Your Honor.

THE COURT: Can you say that question again?

MR. EKELAND: Yes. I said are you aware that in 2011, in Mr. Sterlingov's hometown, there was a hacker convention called Dream Hack?

THE COURT: So why don't you lay a foundation before you --

MR. EKELAND: I will move on from that.

THE COURT: You know, I just want to remind the jury that the lawyer's questions are not evidence in the case.

BY MR. EKELAND:

Q. Are you aware that -- do you know anything about Gothenburg, Sweden?

A. No, sir, not really.

Q. Do you know anything about Jonkoping, Sweden?

A. I'm not sure that I even understood that, sir.

Q. Are you aware that there is a town in Sweden called Jonkoping?

MS. PELKER: Objection, Your Honor. Asked and answered.

THE COURT: Sustained.

MR. EKELAND: Your Honor, I am trying to ask him about his knowledge of Mr. Sterlingov, where he lived and who he interacted with.

MS. PELKER: I think the record is clear that the witness' role here was tracing transactions. He said that he wasn't familiar with the particularities of the hometown in Sweden.

THE COURT: Why don't we, for purposes of expediting this, why don't you ask one general question whether he has any

knowledge of Mr. Sterlingov's activities in Sweden and then we can move on.

BY MR. EKELAND:

Q.    Do you have any knowledge of Mr. Sterlingov's personal life when he lived in Sweden?

A.    No, sir.

Q.    We can take this down, Mr. Hassard.

And if we could publish to the jury what is in evidence as Government Exhibit 317.  Let me clear this.  It is --
Mr. Hassard, could you zoom out a little bit?  We may have to zoom in.

Mr. Scholl, do you recognize this exhibit?

A.    Yes, sir, I do.

Q.    I believe you testified this was an early deposit into Bitcoin Fog; is that correct?

A.    Transaction 10 is the first deposit into the Chainalysis Bitcoin Fog cluster.

Q.    That you are aware of?

A.    No.  It is a fact that Chainalysis has the cluster of Bitcoin Fog addresses and the first transaction into that cluster is transaction 10.

Q.    But you also, I think, testified at one point that I think there were some addresses that appeared that you came across that weren't in the Chainalysis cluster.  Do I remember that right?

A. That is correct. The addresses in wallet 2 in the bottom pink box, I believe are deposit addresses to Bitcoin Fog.

Q. So it is possible that there were other Bitcoin Fog addresses that aren't in the Chainalysis cluster; correct?

A. That is correct, sir.

Q. So let's go to the top of this transaction here. Now, at the top here, you have there is once again, Mr. Sterlingov's Mt. Gox number 1 account; correct?

A. Yes, sir, that is correct.

Q. And that again is the Mt. Gox account that he KYCed with his photo ID?

A. Yes, sir, that is correct.

Q. And you see him there on October 12th, 2011, he deposits 89.87 Euros and on October 13th, it is converted to -- the 6 Euros are converted to 2 Bitcoin?

A. Yes, sir.

Q. And if we -- Mr. Hassard, if you could scroll down to the bottom of the final deposit there.

The final deposit here, after all of these transactions is 43.67 Bitcoin?

A. That is correct, sir.

Q. That is a difference of around 41 Bitcoin; correct?

A. Approximately, sir.

Q. And that is because along this whole transaction there is other inputs from other Bitcoin addresses that you don't have

any KYC information on; correct?

A.   Not along the whole transaction, sir.  But there are -- like my testimony was that addresses that are in the pink box that are labeled as wallet 2 are Bitcoin Fog deposit addresses. So the only place where funds come in here are at the very bottom.  I don't know if I can draw.  These three addresses received funds well after the announcement of Bitcoin Fog in November.  That is where the additional money came from, not from anywhere in the above trace.  So these deposits --

Q.   Right.  And --

THE COURT:  One at a time.

THE WITNESS:  -- to wallet 2 are all 100 percent funds that were withdrawn from Mr. Sterlingov's Mt. Gox account.

BY MR. EKELAND:

Q.   That is flow of funds not necessarily flow of controls; correct?

MS. PELKER:  Objection; argumentative, asked and answered.

THE COURT:  I think it is asked and answered.  But I will allow it this time.

BY MR. EKELAND:

Q.   If we could scroll to the top, Mr. Hassard.

So the first hop in this transaction, do you see here where the 2 Bitcoin on October 13th, 2011, goes to this

address?

A. Yes, sir.

Q. The government doesn't have the private key to that address, do they?

A. No, sir, not to my knowledge.

Q. This is entirely consistent with Mr. Sterlingov selling Bitcoin to somebody?

A. That could be consistent with Mr. Sterlingov selling Bitcoin to someone, sir.

Q. And you have got, you're saying, two wallets here; correct, in this trace? Mr. Hassard, could you scroll out so Mr. Scholl can see.

A. To be clear those other Bitcoin addresses belong to wallets, some wallet. I don't know. But the significance of those pink boxes is to say these addresses belong to the same wallet.

Q. And assuming that your co-spend heuristic is correct in grouping all of the addresses together on wallet number 1 and your co-spend heuristic is correct in grouping all of the addresses together as wallet number 2, it is not your testimony that wallet number 1 and wallet number 2 were controlled by the same person, is it?

A. No. It is my testimony that it is likely that the person making deposits to wallet 1 is the same person making deposits to wallet 2.

Q.    But that is your assessment?

A.    That is correct.

Q.    But you don't have any evidence that -- solid evidence that you can point me to that shows that the same person is controlling wallet number 1 and wallet number 2; correct?

A.    That's correct, sir.

Q.    If you take a look -- it looks like it is conveniently circled for is -- that Bitcoin address between wallet number 1 and wallet number 2, do you see that?

A.    I see that there is a Bitcoin address there.  I can't read it.  It is probably not significant to the testimony.

Q.    Do you see it?

A.    I see it.

Q.    And the government doesn't have -- let me clear that out. One second.  If I can get my screen up and I will clear this.

       The government doesn't have the private key to that Bitcoin address, does it?

A.    No, sir, it doesn't.  This transaction could represent a change in control.  Based on the evidence in this case, that is not what I believe happened here.  But it is correct based purely on this transaction and blockchain analysis, you would not be able to make a conclusion about whether or not that was a change in control or not.

Q.    Right.  But it is entirely possible and you have no way of knowing without the private key?

MS. PELKER: Objection; asked and answered.

THE WITNESS: I don't believe a private key is the only way to obtain attribution of an address.

I'm sorry. There was an objection.

MS. PELKER: It is okay. Withdrawn.

THE COURT: You have answered. I will allow you to answer the question.

THE WITNESS: Again, I do not have the private key or I am not aware of the government having the private key for this Bitcoin address. I don't believe that is the only way to determine attribution is the -- it is an ideal way, not the only way.

BY MR. EKELAND:

Q. If you knew who had the private key, you would know for certain who controlled the address?

A. Yes, sir, that is correct.

Q. And there is at least two points here, two Bitcoin addresses, outside of the wallet addresses that the government doesn't have the private key to; correct?

A. That is correct, sir.

Q. And then forgive me if I have asked this, but you don't have any evidence at all that any of these transactions occurred in Washington, DC?

A. No, sir.

Q. And you don't have any evidence at all that any of these

transactions occurred in the United States?

A.    No, sir.

Q.    And Mr. Hassard, if we could zoom out a little bit.

And there is nothing in this trace that shows Mr. Sterlingov operating Bitcoin Fog?

A.    This trace shows funds withdrawn from Mr. Sterlingov's Mt. Gox account that are deposited into addresses I believe are controlled by Bitcoin Fog before the announcement of Bitcoin Fog on Bitcoin Talk or Twitter.

Q.    But nothing in this trace shows Mr. Sterlingov operating Bitcoin Fog?

MS. PELKER:  Objection; asked and answered, I think.

THE COURT:  Sustained.

MR. EKELAND:  Okay.

BY MR. EKELAND:

Q.    And your analysis of the addresses that are grouped in wallet number 1, that is based on a co-spending heuristic?

A.    Yes, sir, that is correct.  And it is supported by clustering analysis in Chainalysis, in TRM and in CipherTrace.

Q.    You can't tell me the statistical error rate for the co-spend heuristic, can you?

A.    No, sir, I am not aware of a statistical error rate.

Q.    You can't name one scientific peer-reviewed paper attesting to the accuracy of the co-spend heuristic?

MS. PELKER:  Objection; asked and answered.

MR. EKELAND: I haven't asked the question about the co-spending.

THE COURT: Overruled. You can answer the question.

THE WITNESS: Can you repeat the question, please, sir.

BY MR. EKELAND:

Q. You can't name me one scientific peer-reviewed paper attesting to the accuracy of the co-spend heuristic, can you?

A. No, sir, I cannot.

Q. Mr. Hassard, can you take this down.

And if I could get what is in evidence as Government Exhibit 318. Do you recognize this?

A. Yes, sir, I do.

Q. And this is a series of post-mix transactions from Bitcoin Fog; correct?

A. Not necessarily, sir.

Q. What is this then?

A. By suggesting that this is post mix, you are suggesting that Mr. Sterlingov input those funds to Bitcoin as a deposit and didn't withdraw them as the administrator of Bitcoin Fog earning fees.

Q. You don't -- the government doesn't have the Bitcoin Fog ledger, does it?

A. No, sir, it does not.

Q. And without the Bitcoin Fog ledger, the government has no

way of knowing what were the Bitcoin Fog fees; correct?

A.   We are aware of what the fees are based on statements made by Akemashite Omedetou about the fees being between 1 and 3 percent.  It changed over time.  First, it was a standard 2 percent.  And then it changed, randomized between 1 and 3 percent.  That was consistent with the fees that were withdrawn from undercover transactions conducted by government agents.

Q.   But without the Bitcoin Fog ledger --

MS. PELKER:  Objection; asked and answered.

MR. EKELAND:  I haven't even finished my question.

THE COURT:  Finish it.

BY MR. EKELAND:

Q.   Without the Bitcoin Fog ledger, the government has no way of confirming whether any output from Bitcoin Fog are funds that have been sent through Bitcoin Fog or funds that constitute fees; correct?

A.   That is correct.  But I would add that I am not aware of deposits from Mr. Sterlingov's accounts to Bitcoin Fog that would amount to that amount of money either.

Q.   You testified earlier that you haven't traced through Bitcoin Fog?

A.   That is correct, sir, other than the FBI and IRS undercover transactions where I had additional information about those funds.

Q.    And when you traced through on those IRS and FBI quote/unquote undercover transactions, you didn't find a single thing that identified Mr. Sterlingov as the operator of Bitcoin Fog, did you?

A.    No.  That information was used to corroborate the Chainalysis cluster for Bitcoin Fog.

Q.    But you didn't find any information tying the administration of Bitcoin Fog to Mr. Sterlingov?

THE COURT:  Sustained.

BY MR. EKELAND:

Q.    So this is entirely consistent, this trace, with Mr. Sterlingov taking his Bitcoin that he bought with his paycheck, mixing it through Bitcoin Fog, for privacy reasons and then depositing it into his KYC accounts?

A.    Can we zoom into the top, please, Mr. Hassard?

So the only thing that I would say, sir, is that I am not aware of deposits from Mr. Sterlingov's true name accounts, direct or indirect in those amounts to the Bitcoin Fog cluster. However, hypothetically, it is possible that Mr. Sterlingov withdrew funds and then was depositing them into his various true name accounts.

Q.    And if we could zoom out, Mr. Hassard.  And that you see there, the Sterlingov LocalBitcoin account number 1?

A.    Yes, sir, I do.

Q.    That was in Mr. Sterlingov's name, wasn't it?

A. Yes, sir, it was.

Q. And you see that Mr. Sterlingov Kraken account number 1?

A. Yes, sir, I do.

Q. That was a KYCed account of Mr. Sterlingov's; correct?

A. Yes, sir, it was.

Q. And he put his photo ID up for it; correct?

A. Correct.

Q. I can never say it right, the Poloniex account number 1?

A. You got it right today, sir.

Q. That is a KYCed account too; correct?

A. Yes, sir, it was.

Q. And he used his photo ID for that?

A. Yes, sir, I believe he did.

Q. And it is your testimony that Akemashite Omedetou post-mix deposited funds into his or her KYCed accounts?

A. Through multiple intermediary addresses, yes, sir.

Q. And forgive me if I already asked -- stop me if I asked this, you have got no evidence that any of the transactions occurred in Washington, DC?

A. No, sir, I don't.

Q. And you have got no evidence that any of the transactions occurred in the United States of America?

A. Well, some of these accounts are located in the United States of America, so they were received at accounts in the United States of America.

Q. Which accounts were those?

A. Kraken is a US-based exchange. And I am not sure about the location of Poloniex 100 percent, but it is possible.

Q. And Kraken servers are in the United States?

A. I do not know where exactly the servers are. I don't know which servers is involved in these deposits, but Kraken is a US-based exchange.

Q. Uh-huh. And we can take this down, Mr. Hassard.

Now, you are aware that when Mr. Sterlingov was arrested, the Department of Justice issued a press release?

MS. PELKER: Objection, Your Honor.

MR. EKELAND: This is absolutely relevant, Your Honor, and I am happy to go on the phone.

THE COURT: We can go on the phone on that.

(Conference held at the bench.)

MR. EKELAND: Testing, can you hear me.

THE COURT: Yeah. Go ahead.

MR. EKELAND: Your Honor, they brought up the fact or Mr. Scholl testified that on October 29th, 2021, that is the date on the last withdrawal of funds from Bitcoin Fog allegedly. They are implying that Bitcoin Fog shut down because of Mr. Sterlingov's arrest. It is completely relevant that this was covered in the -- both press because of the DOJ press release both domestically and internationally because it is entirely possible that the real operator of Bitcoin Fog read

the press and shut down the site for a little bit.

MS. PELKER: I think that this is incredible speculation by defense counsel. And that the fact that DOJ issued a press release has no relevance or bearing on this witness' testimony. And that the defense is simply trying to use this as a way to shoehorn impermissible arguments that the Court has already ruled on.

THE COURT: Tell me where this is going, because I am -- what is in the press release?

MR. EKELAND: The press release states that Mr. Sterlingov -- this is -- I believe there is two press releases and there was also a "Wired Magazine" online article, which was all picked up by the national, international press saying that the operator of Bitcoin Fog had been arrested. I mean, the government issued the press release. And it is entirely relevant, because it is entirely plausible that if the operator of Bitcoin Fog read it, that then they decided to stop operating. I don't think that is like attenuated at all.

THE COURT: Ms. Pelker?

MS. PELKER: I think that defense counsel is trying to go down a route here that is not simply that a press release went out, that the operator was arrested.

THE COURT: What is your concern?

MS. PELKER: That the defense is then going to go down the route of and wasn't it also picked up by Wired, what

did the Wired article say and go into the whole argument about the publicity surrounding this case.

MR. EKELAND: The government is the entity that engaged in the publicity around this case. The government is the entity that spoke to Wired or somebody tipped off Wired, because Wired ran an article before the DOJ arrest. And, once again, it is entirely relevant, you know, effect on listener, what people saw about this. I think the government -- the Court understands.

THE COURT: Go ahead, Ms. Pelker.

MS. PELKER: I want to be on the record -- I think this is very clear. The government did not tip off anyone. We briefed this. We have made it very clear, it is highly concerning that defense counsel continues making these very serious allegations despite this being ruled on and vetted in numerous hearings.

THE COURT: So that is fair.

But for present purposes, I will allow the question about whether there was a press release and simply about whether there was press coverage. But I am going to shut you off very quickly, Mr. Ekeland, if you are going beyond that and trying to insinuate some government misconduct here in this process.

And I will note that I didn't want to say this on record, but I have seen you continuing to make faces to the

jury when you are trying to make a point. And that is not what we should be doing here. The questions should not be argument. There will be time for that. And there ought not be efforts to sort of interact with the jury short of just asking the questions and getting answers.

MR. EKELAND: Your Honor, I disagree that I am making faces at the jury. I am looking at the jury. But is the Court saying that defense counsel is not allowed to look at the jury?

THE COURT: I am saying when you are making a point, you are not supposed to turn to the jury and gesticulate and like, you see, here is my point to the jury. The question can stand for itself. You are doing more than simply looking at the jury. You are laughing after answers, you are smiling in sort of disbelief to answers and that is improper.

Okay. Let's proceed.

(End of bench conference.)

BY MR. EKELAND:

Q. Mr. Scholl, you are aware that the DOJ issued a press release when Mr. Sterlingov was arrested?

A. No, sir, I am not. But I wouldn't be surprised.

Q. That is because DOJ regularly --

MS. PELKER: Objection.

THE COURT: Sustained.

MS. PELKER: He said he wasn't aware.

THE COURT: He has answered the question.

MR. EKELAND:  I was -- can we.

THE COURT:  Ask your question.

BY MR. EKELAND:

Q.   That is because DOJ regularly issues press releases when people are arrested; correct?

A.   It is not uncommon.

Q.   And you are aware that the national and international press --

MS. PELKER:  Objection; he just said he wasn't aware.

MR. EKELAND:  He said he wasn't aware of the DOJ press release.  I am asking a separate question on the --

THE COURT:  Why don't you lay a foundation, ask if he has any additional knowledge with respect to any press relating to this matter.

BY MR. EKELAND:

Q.   Do you have any knowledge of any of the press related to this matter?

A.   I am aware that it has been discussed in the press and Bitcoin news websites.  I have not followed the press on this case.

Q.   But you are aware it has been covered in the national press?

A.   And I am not aware of anything specifically related to the time of his arrest.

Q.   Uh-huh.  And you claim that Bitcoin Fog's last withdrawal

was on April 29th, 2021?

A. The last withdrawal from the Bitcoin Fog cluster was on April 29th, 2021, yes, sir.

Q. And Mr. Sterlingov was in federal custody that day?

A. That is my understanding, yes, sir.

Q. And do you know what a dead man switch is?

A. Generally, sir. But I welcome a definition if you want to provide one.

Q. Can you tell the jury your understanding of what a dead man switch is?

A. Generally, a dead man switch is something designed to make an effect after a person is dead or no longer capable of taking an action on their own free will. Lengthy definition, I apologize.

Q. Would you agree with that a dead man switch on a computer is something where if somebody doesn't check in with the switch or reactivate it, it will shut down; correct?

A. That is possible. I am not aware of any specifics here, sir.

Q. You are not aware of any dead man switch being found on any of Mr. Sterlingov's devices?

A. Not to my knowledge, sir. Again, I didn't review the devices myself. I only reviewed information provided by other members of the case team.

Q. And are you aware that Mr. Sterlingov was in Miami in

2017?

A. I have no specific first-hand knowledge of that, no, sir. But I have, obviously, been in court and heard the testimony.

Q. And Bitcoin Fog was operating while Mr. Sterlingov was in Miami in 2017, if you know?

A. Bitcoin Fog was operating in 2017. It did experience down times from time to time. I don't have any information about -- I don't know, as I sit here today, when Mr. Sterlingov was here -- was in Miami in 2017. But Bitcoin Fog was generally operating in 2017, yes, sir.

Q. And you haven't seen any evidence in what you have reviewed of Mr. Sterlingov operating Bitcoin Fog from Miami in 2017?

A. No, sir. I am not sure that I would have been provided that information, but I am not aware of that.

Q. Would you agree with me that Bitcoin Fog has changed its onion addresses over the years?

A. I am aware that there was at least one change to the BitcoinFog.onion address.

Q. And are you aware that there is at least one onion site right now claiming to be Bitcoin Fog?

A. I heard you reference that, sir. I am not aware of that.

Q. Because the last time you checked to see if Bitcoin Fog was operating I believe you testified was 2022?

A. I'm sorry?

Q. The last time you checked to see if Bitcoin Fog was operating was in 2022?

A. I don't recall.

Q. Have you -- do you recall the last time you checked to see if Bitcoin Fog was operating?

A. I checked several weeks ago to see whether there were any additional transactions out of the Bitcoin Fog cluster.

Q. But you just looked at addresses and the Bitcoin Fog cluster that you got from Chainalysis?

A. That is correct.

Q. I am now going to ask you some questions about the financial analysis you did in this case. Do you understand?

A. Yes, sir, I do.

Q. And you're not a member of the Association of International Certified Professional Accountants?

A. No, sir, I am not.

Q. And you're not a member of the American Institute of Certified Public Accountants?

MS. PELKER: Objection, Your Honor; relevance.

MR. EKELAND: Your Honor --

THE COURT: You can continue. Overruled.

MR. EKELAND: Thank you, Your Honor.

BY MR. EKELAND:

Q. You are not a member of the Chartered Institute of Management Accountants?

A.    No, sir, I am not.

Q.    You are not a Certified Public Accountant, are you?

A.    No, sir, I am not.

Q.    You have never worked professionally in your life as an accountant?

A.    No, sir, I have not.

Q.    And you are not certified in financial forensics by the Association of International Certified Professional Accountants and the Chartered Institute of Management Accountants?

A.    No, sir, I am not.

Q.    And you have no master's degree in accounting?

A.    No, sir, I do not.

Q.    And you don't have a bachelor's degree in accounting?

A.    No, sir, I do not.

Q.    You don't have a certification as a certified fraud examiner?

        MS. PELKER:  Objection, Your Honor.

        THE COURT:  I think we can move on.

        MR. EKELAND:  Your Honor, these are all --

        THE COURT:  I understand.  I understand.  But I think you have --

        Well, pick up the phone.

        (Conference held at the bench.)

        THE COURT:  I just think it is a waste of time here to go through list of qualifications of your expert to

establish -- ask him more generally whether he has it, but to go through every single qualification to ask whether he has it is just wasting the jury's time here.

MR. EKELAND:  Your Honor, we submit that, we are allowed to make a record on this point.  But if the Court wants me to move on, I will move on.  I have one more question I would ask him about valuation, because that is relevant.

THE COURT:  You are welcome to ask him anything about the substance.  You have asked about seven questions already about his qualification when I think you could have asked a more general level than going item by item like that in a way that I think is just delaying things unnecessarily here.

MR. EKELAND:  I have got like one or two more questions on this.

THE COURT:  That is fine.  I will allow you to ask those.

MR. EKELAND:  Thank you, Your Honor.

(End of bench conference.)

BY MR. EKELAND:

Q.   And then, Mr. Scholl, you are not a certified valuation analyst, are you?

A.   No, sir, I am not.

Q.   And I would like to now just take a quick look at what is in evidence as Government Exhibit 325.

MR. HASSARD:  Do you see anything?

THE COURTROOM DEPUTY:  No.

MR. EKELAND:  Is it possible we could get the government to put up 325 for us?  It is a large file.

Do you see it now?

THE COURTROOM DEPUTY:  No.

There is it is.

MR. EKELAND:  There we go.  Thank you.

BY MR. EKELAND:

Q.   Mr. Scholl, can you see that?

A.   Yes, sir, I can.

Q.   Do you recognize that?

A.   Yes, sir, I do.

Q.   That is -- well, why don't you tell the jury what that is?

A.   This is an estimate of Bitcoin Fog administrator earnings, again just taking total deposits to the Bitcoin Fog cluster and evaluating them at different fee rates, 1 percent, 2 percent and 3 percent and showing approximately how much money the Bitcoin Fog administrator would have made in fees.

Q.   And this graph is in US dollars?

A.   Yes, sir, it is.

Q.   And Bitcoin Fog didn't take US dollars?

A.   No, sir, it did not.

Q.   So what you are doing is you are calculating the exchange rate between US dollars and Bitcoin?

A.   This data relied on exchange rates provided by

Chainalysis, sir.

Q. And when you calculated the rate, the assumption you made was that Bitcoin was instantly exchanged for US dollars?

A. Yes, sir. It -- the calculation was based on the average daily value of Bitcoin on the date of that specific deposit.

Q. So the assumption is that whomever was running Bitcoin Fog wasn't just holding onto the Bitcoin; correct?

A. I think that is correct. Again, the US dollar value is based on the -- the average value of Bitcoin on the date of deposit to Bitcoin Fog.

Q. So depending on what date you calculate the exchange rate, these numbers could change dramatically; correct?

A. I am not sure I understand the question, sir. Again, my testimony is that these are US dollar values based on the dates of the individual deposit to the Bitcoin Fog cluster.

Q. And on January 1, 2011, you could buy 1 Bitcoin for 30 cents?

A. I don't recall offhand what the price of Bitcoin was on January 1st, 2011, sir.

Q. Do you recall that Bitcoin didn't go higher than roughly $33 in 2011?

A. No, sir, I don't recall that.

Q. Wouldn't you agree with me that this morning Bitcoin was trading somewhere around $51,000?

A. I did not check the price of Bitcoin this morning, sir.

That seems reasonable. That is in the average -- you know, that is within the ballpark of what it has been at recently.

Q. In 2017, 2018, it hit somewhere around $75,000, 77,000 for a Bitcoin?

A. That number seems high to me, sir. But I don't have specific figures in my head for the value of Bitcoin at any particular time.

Q. Would you agree with me that Bitcoin over the last 10 years has gone over $50,000 for one Bitcoin?

A. Yes, sir, I would.

Q. And you would agree with me that depending on what time you calculated your exchange of Bitcoin for US dollars, these numbers could change dramatically?

A. Again, I calculated the US dollars value based on the date of individual deposits to the fog cluster.

Q. And that was on the assumption that as soon as --

MS. PELKER: Your Honor, asked and answered.

THE COURT: You can finish the question.

BY MR. EKELAND:

Q. That was based on the assumption as soon as the Bitcoin was deposited it was exchanged for US dollars?

THE COURT: Sustained.

BY MR. EKELAND:

Q. Isn't it true that based on the date you calculate the exchange rate, whoever was running Bitcoin Fog could have

collected billions of dollars in license fees?

A.   Can you repeat the question, please, sir?

Q.   Isn't it true that depending on what day you choose for calculating the exchange rate, between Bitcoin and US dollars, that the potential fee earnings for the administrator of Bitcoin Fog could be in the billions of dollars?

A.   You are suggesting that the money came into Bitcoin Fog cluster, that the administrator of Bitcoin Fog then held those and then exchanged them at a later date when the value of Bitcoin was much higher?

Q.   Yeah.

A.   Yes, sir, it is possible.

Q.   We can take this down.

Now, I would -- if we could, Mr. Hassard, if we could put up Government Exhibit 601, which should be in evidence and if we could zoom out a little bit.

We are getting the beach ball.

Do you recognize that, Mr. Scholl?

A.   Yes, sir, I do.

Q.   Those are your -- that is your assessment of the flow of funds directly and indirectly sent to Bitcoin Fog?

A.   From the various darknet markets, yes, sir.

Q.   And you can't tell me the geographic breakdown of those flow of funds, can you?

A.   No, sir.  I did not create any geographic breakdown.

Q. That is because the blockchain doesn't contain that information?

A. The blockchain does not contain geographic information. There is truth about whether services were operated in some of these cases. I am not familiar with the location of all of the servers involved in these transactions.

Q. And Chainalysis doesn't give you any geographic breakdown of the flow of funds; is that correct?

A. That is generally correct, sir.

Q. And, likewise, it doesn't give you any jurisdictional breakdown of the flow of funds; correct?

A. No, sir. Some clusters might be flagged as being in a sanctioned jurisdiction. However, generally, the answer to your question I believe is, no, sir, there is no jurisdictional flow of funds analysis in Chainalysis.

Q. And has there been any independent audit of your --

MS. PELKER: Objection; asked and answered.

MR. EKELAND: I haven't --

THE COURT: Go ahead and finish the question.

BY MR. EKELAND:

Q. Has there been any independent audit of your financial conclusions in this exhibit?

A. These figures come essentially straight out of Chainalysis. I am not aware of an independent audit of these figures, sir.

Q. And then calling your attention to Silk Road. Silk Road was shut down by the United States government in October 2013?

A. Silk Road was shut down by the United States government, I understand it was 2013, October sounds correct. I am not positive of the month, sir.

Q. And then you're not aware of a single communication between Mr. Sterlingov and the administrator of Silk Road, are you?

A. No, sir, I am not.

Q. Turning --

A. I know that Mr. Sterlingov had an account at Silk Road.

Q. He had a personal account at Silk Road?

A. He had an account at Silk Road.

Q. And in that account, you are not aware of any communications between that account and the administrator of Silk Road, are you?

A. I am not aware, as I sit here today, I don't recall reviewing messages in that account.

Q. And that account barely had any transactions; correct?

A. I don't recall the number of transactions in that account. But as I recall there weren't that many, no.

Q. And any transactions in those accounts would have been over 11 years ago?

A. I don't remember the date of the account usage.

Q. Moving on to Silk Road 2.0, that was shut down by the

government in November of 2014?

A. Again, sir, I don't remember dates.

Q. At your feet there is a defense binder. I think it is right behind you, other side. And if you could just take a look at Exhibit number 4.

A. Which binder is that in, sir?

Q. It is a big black one. It says Defense Exhibits volume 1 and tab 4, just directing your attention to page 13. And if that refreshes your recollection.

A. I see what it says, sir, I don't recall.

Q. And then Mr. Sterlingov never used Silk Road 2.0; correct?

A. Not to my knowledge, sir.

Q. And you don't have any evidence of Mr. Sterlingov ever communicating with the Silk Road 2.0 administrators?

A. No, sir.

Q. And turning your attention to AlphaBay, that launched in 2014?

A. Again, sir, I don't recall specific dates.

Q. It was shut down by law enforcement in 2017?

A. It was certainly shut down by law enforcement. I don't remember the date, sir.

Q. If you could just take a look at the same exhibit?

A. Yes, sir.

Q. And let me know if that refreshes your recollection.

A. Do you have the page number, sir?

Q. That would be 13.

A. Again, I see what it says here, sir. And as I sit here today, I have no specific recollection.

Q. You have no reason to doubt that law enforcement shut down AlphaBay in 2017?

A. No, sir, I don't.

Q. And Mr. Sterlingov never used AlphaBay?

A. Not to my knowledge, sir.

Q. You are not aware of any evidence showing Mr. Sterlingov ever communicating with the administrators of AlphaBay, are you?

A. No, sir, I am not aware of any.

Q. Turning your attention to Agora. That site was shut down by the sites' administrators in 2015?

A. Same, sir, I don't recall the dates.

Q. If you could take a look at the same exhibit and page 14 and let me know --

A. I'd like to correct that. I do recall that Agora was shut down in 2015.

Q. Thank you.

A. That is when I --

THE COURT: Let him finish.

THE WITNESS: When I came to the FBI, I recall looking at Agora in 2015 and it being shut down.

BY MR. EKELAND:

Q.    And that Mr. Sterlingov never used Agora?

A.    Not to my knowledge, sir.  Let me explain, sir, Mr. --
Akemashite Omedetou communicated about having received
assistance from Agora.  I am not aware of -- that is that will
be my response, sir.

Q.    That is the Akemashite Omedetou post where he is talking
about my thanks to the Agora hackers?

A.    Yes, sir, that is correct.

Q.    But you don't have an understanding of what exactly
Akemashite Omedetou is talking about there, do you?

A.    Not specifically.  I understand there was downtime, I
believe.  And the Agora folks helped Akemashite Omedetou
restore the service.

Q.    And Akemashite Omedetou might have been talking about
people who actually hacked Agora and not talking about the
Agora administrators; correct?

A.    That was not my understanding when I read that post, sir.

Q.    But you would agree with me that is a possible
interpretation of that statement; right?

A.    I wouldn't necessarily, sir, no.

Q.    You are not aware of a single communication between
Mr. Sterlingov that is identifiable as Mr. Sterlingov and any
of the Agora administrators; correct?

A.    That is correct, sir.

Q.    And moving to Nucleus, Nucleus went offline in 2016;

correct?

A.    I don't recall, sir.

Q.    And Mr. Sterlingov never used Nucleus?

A.    Not to my knowledge, sir.

Q.    And you are not aware of any communications between Mr. Sterlingov and the Nucleus administrators?

A.    No, sir, I am not aware.

Q.    Turning your attention to Abraxas.  That site was shut down in 2015; correct?

A.    I don't recall, sir.

Q.    And Mr. Sterlingov never used Abraxas?

A.    Not to my knowledge, sir.

Q.    You are not aware of any communications between Mr. Sterlingov and the administrators of Abraxas?

A.    Not to my knowledge, sir.

Q.    And turning your attention to Pandora the quote/unquote darknet site that was shut down by law enforcement in 2014?

A.    I don't recall the date, sir.

Q.    And are you aware that Pandora is also a streaming site?

A.    Yes, sir, I am aware that there is another service named Pandora for streaming music.

Q.    Are you aware that Mr. Sterlingov was a subscriber to the music streaming site?

A.    No, sir, I was not.

Q.    But you are aware that Mr. Sterlingov never ever did any

transaction with Pandora, the darknet site; correct?

A.   Not to my knowledge, sir.

Q.   And you are not aware of any communications between Mr. Sterlingov and any of the administrators of Pandora, are you?

A.   I am not aware of any, sir.

Q.   Turning your attention to Sheep?

A.   Yes, sir.

Q.   Sheep was shut down in 2013?

A.   Again, sir, I don't recall the date.

Q.   You are not aware of Mr. Sterlingov ever using Sheep?

A.   Not to my knowledge, sir.

Q.   You are not aware of any communications between Sheep administrators and Mr. Sterlingov?

A.   I am not aware of any, sir.

Q.   Turning your attention to Black Bank.  That site was shut down in 2015?

A.   Same response, sir.  I don't recall the date it was shut down.

        THE COURT:  Do we need a break?  How much more time do you think you have?

        MR. EKELAND:  I can wrap this section up in like 2 minutes.

        THE COURT:  Is 2 minutes okay or do you want to take a break now?

A JUROR: Two minutes.

THE COURT: Two minutes, okay. Let's go.

BY MR. EKELAND:

Q. Turning your attention to Black Bank. You are not aware of Mr. Sterlingov ever using Black Bank, are you?

A. No, sir.

Q. And you --

A. I don't have any recollection of that.

Q. You are not aware of any communications of the administrators of Black Bank and Mr. Sterlingov, are you?

A. I don't have any recollection of that, sir.

Q. And Welcome to Video. Welcome to Video never -- no one ever sent money from Welcome to Video to Bitcoin Fog; correct?

A. That is correct, sir.

Q. You are not aware of Mr. Sterlingov ever using Welcome to Video; correct?

A. That is correct, sir, I am not aware of Mr. Sterlingov ever using Welcome to Video --

Q. And you are not?

THE COURT: One at a time.

BY MR. EKELAND:

Q. You are not aware of Mr. Sterlingov ever communicating with the administrators of Welcome to Video?

A. No, sir, I am not aware of that.

Q. I want to ask you a hypothetical. If somebody takes $40

out of a Chase Bank ATM and then they spend that money on of child pornography, has Chase Bank purchased child pornography?

MS. PELKER: Objection.

THE COURT: Sustained.

MR. EKELAND: We can take our break now.

THE COURT: All right. Let's go ahead and take our break. It is -- let's see, 10 minutes. Why don't we come back at 5 minutes after -- 10 minutes after 11:00 and please don't discuss the case even amongst yourselves and don't conduct any type of research.

(Jury out at 10:51 a.m.)

THE COURT: The witness is welcome to take his break as well.

Anything we need to address before the break?

MS. PELKER: No, Your Honor.

THE COURT: So think about when -- maybe when we come back, you can let me know about what you think we should do about the scheduling with the jurors. I think we are probably going to have to finish 12:30 today and 12:30 tomorrow as well -- 1:00.

THE COURTROOM DEPUTY: 1:00.

THE COURT: Which I think is unfortunate.

MR. EKELAND: One.

THE COURT: One of the jurors has a child who is going to be having surgery tomorrow. And the juror's spouse is

not able to be there when the child wakes up from surgery.  And so understandably -- the juror is actually being very kind and is going to be here while the surgery is taking place, just wants to be there when the person's child wakes up, which is kind of hard to say no to.  Let me know if you have any thoughts on -- at some point, I want to make sure I encourage the jurors to make sure they are here on time and we are moving as quickly as we can.

MS. PELKER:  Your Honor, we very much do not want to go past March 7.  Can we inquire as to juror availability for that next week as we try and weigh whether need to factor in alternates?

THE COURT:  Yeah.  I am open to that.  I think we have already committed for this afternoon.  And we have already told the jurors we are not going to sit this afternoon.  And so it just -- at this point, is a difference of a half day for the one juror.  But going forward, I take your point.

MS. PELKER:  I worry about -- we are really hitting up against a point at which we realistically end by March 7th right now.

THE COURT:  Okay.  Why don't I -- I will ask the deputy -- the deputy clerk to just sort of gently inquire of the jurors at this time and also perhaps in the same breath encourage to make sure people are here on time, so they understand this is partially in their hands.  All right.  I

will see you after the break. Thank you.

(Recess taken at 10:54 a.m.)

THE COURT: All right. So the deputy clerk did ask the jurors about the availability. And there were two or three of them said they were not available the following week, so that I think that is a reason that we have to do our best to press forward and not waste time.

And the witness can come back to the witness stand.

(Jury in at 11:19 a.m.)

THE COURT: All right. Mr. Ekeland, you may continue.

MR. EKELAND: Thank you, Your Honor.

BY MR. EKELAND:

Q. Mr. Hassard, if we could get what is in evidence as Government Exhibit 356 up. If we could go to the Binance -- there we go.

Mr. Scholl, do you recognize this exhibit?

A. Yes, sir.

Q. And --

A. Yes, sir, I do.

I'm sorry. The mic was --

Q. And this is a PowerPoint that you prepared in relation to Mr. Sterlingov's Binance account?

A. Yes, sir.

Q. And Mr. Sterlingov's Binance account that was a KYC

account?

A.   Yes, sir, I believe it was.

Q.   And he used his photo ID to set up that account?

A.   Yes, sir.

Q.   And he actually submitted a photo to Binance of himself holding a post-it with the date that he sent the photo in; correct?

A.   Yes, sir.

Q.   And Binance is not a darknet site?

A.   No, sir, it is not.

Q.   And it is still in operation; correct?

A.   Yes, sir, it is.

Q.   And if we could move, Mr. Hassard, to the Bitfinex.  And Mr. Sterlingov's Bitfinex account was in his own name; correct?

A.   Yes, sir.

Q.   And he provided photo ID for that account as well?

A.   Yes, sir, I believe so.

Q.   And he -- you have got him here making transfers from his LocalBitcoin account?

A.   Yes, sir.

Q.   And his LocalBitcoin account was in his own name too, wasn't it?

A.   Yes, sir, it was.

Q.   Mr. Hassard, if we could go to Bitstamp Limited.  And Mr. Sterlingov's Bitstamp Limited account, that was in his own

name?

A.    Yes, sir.

Q.    He used his Swedish passport as identification for that account?

A.    I don't recall which identification, but there was an identification on this account, yes, sir.

Q.    And this is a -- this account was opened, as you see there, the creation date on April 3rd, 2013?

A.    Yes, sir.

Q.    And it is not a darknet site?

A.    No, sir, it is not.

Q.    And it is still operating?

A.    I believe so, yes, sir.

Q.    Anybody on the jury could open an account at Bitstamp?

A.    Yes, sir.

Q.    If we could take a look -- Mr. Hassard, if we could get in evidence as Government Exhibit 414C, as in Charlie.

      And this is the information for Mr. Sterlingov's Bitstamp account, Mr. Scholl?

A.    That is correct, sir.

Q.    You see there that it is in his own name and he is listing his address, his home address in Sweden; it says, document type, passport.

      Mr. Hassard, if we could scroll down to post number 10.

      And do you see post number 10?

A.  Yes, sir, I do.

Q.  Do you see that the date of that post is August 2nd, 2016?

A.  Yes, sir, I do.

Q.  And can we scroll up a little bit to number 9, so we can see -- stop right there.  And you see there is a message from Rok Pristov from Bitstamp on July 25th, 2016.  Would it be fair to say that Bitstamp is asking Mr. Sterlingov for more information about his account and additional KYC information?

A.  Yes, sir.

Q.  And if we could just go down now to post number 10, Mr. Hassard.

Could you read that post for the jury?

A.  Yes, sir, I can.

Do you want to scroll so I can see the whole thing?

Q.  You see it?

A.  Yes.  1, I'm freelancing doing IT related work is how I understand it to be in this sentence.  I will start over.

"I am freelancing doing IT-related work.  No, this is my personal account.  3, what detail?  I want to buy and sell Bitcoins because I think it is a good system with a lot of future and I like to trade.  I like to put the trades in the system and see how they execute.  If I buy on the low and sell on the high, then I make money.  It's about looking for trends in the economic situation and news and reading the internet and making up your own opinion and then trying to combine that

opinion into trading. The purpose of this is to make and save money. I think money is good, because it can be used for buying and selling goods and services, which are important for surviving. How much more detail do you need? About what? 4, I bought them very early on when the were super cheap, one of the best decisions in my life. 5, to trade. What else would they be? Do you guys sell pizza? My future plans are to trade the Bitcoin on the exchange by going to the trade page and then then filling in the orders and then executing them, hopefully making money. 6, you already have my bank details from my outgoing payments, which have been even completed with no problems in the past. Take the last account, that is my bank account. 7, maybe $1,000 per month. I don't know. You already have my documents since my account is already verified."

Q. And would you agree with me if I said that this shows Mr. Sterlingov being a little bit annoyed with the customer service at Bitstamp?

A. Yes, sir, I would say it was mildly sarcastic.

Q. And that the reason that Mr. Sterlingov is doing that is because Bitstamp is asking him for more KYC documentation?

A. Yes, sir, generally that is correct.

Q. And that Mr. Sterlingov at this point has been a customer of Bitstamp for three years?

A. I don't remember when the account was opened. We could go

back and look, but they are asking for more KYC information and they are also asking his relationship to mixers funds coming into this account from mixing services.

Q. Mr. Hassard, could you go back so you can see here, you have no reason to disagree that the date that Mr. Sterlingov opened his Bitstamp account was in April 3rd, 2013?

A. Yes, sir. I see that and agree that it was approximately three years.

Q. When you examined the Bitstamp account, you saw that in 2013, Mr. Sterlingov made a substantial deposit into his Bitstamp account?

A. There were transactions directly from Bitcoin Fog into Mr. Sterlingov's account.

Q. And that was over $50,000, I think?

A. I don't recall the amount of those funds.

Q. But so one of the things that Mr. Sterlingov is saying is he can't remember whether or not he used a mixer in 2013?

A. I'm sorry. What was the question, sir?

Q. One of the things that Mr. Sterlingov says here is he can't remember whether or not he used a mixer in relation to that initial deposit?

A. I don't think generally that information is true that he was saying that he may or may not have used a mixer, that he was experimenting with things. I don't recall any reference in Mr. Sterlingov's comments about it being the initial deposit.

Q. You remember though there was a conversation a little bit later on where he was saying he couldn't remember whether or not he used a mixer or not in 2013?

A. Again, I don't remember if he referenced that it was 2013. But he said a long time ago, he may or may not have.

Q. But you are aware there are no deposits into Bitstamp after 2013 until I think 2016, 2017; is that right?

A. I don't recall the dates of all of the transactions into the Bitstamp account.

Q. And even in 2016, 2018, unless Mr. Sterlingov had access to his software like Chainalysis Reactor, there actually would be no way for him to go back and check to see if he had used a mixer; correct?

A. I don't necessarily agree there is no way for him to check. But my analysis showed that there was many transactions with Bitcoin Fog and Mr. Sterlingov's Mycelium wallet in that time frame. And that this response seemed to be intentionally misleading that Mr. Sterlingov was still actively using or receiving funds from Bitcoin Fog. And he was not being forthright necessarily with Bitstamp here.

Q. Your analysis was done using Chainalysis Reactor?

A. Yes, sir, it was.

Q. And Chainalysis Reactor clusters certain addresses and says these are Bitcoin Fog addresses?

A. Yes, sir, it does.

Q.   And Chainalysis doesn't sell individual licenses to people like Mr. Sterlingov?

A.   I am not exactly sure of Chainalysis' contract rules and who they will sell accounts to, but that seems reasonable that --

Q.   Are you aware that --

THE COURT:  Let him finish.

MR. EKELAND:  I'm sorry.  I thought he was finished.

THE WITNESS:  I don't know whether or not Chainalysis would have sold Mr. Sterlingov a license for Chainalysis.

BY MR. EKELAND:

Q.   Are you aware that a license -- a single license for Chainalysis can run upward of $100,000?

MS. PELKER:  Objection.

THE COURT:  Sustained.

BY MR. EKELAND:

Q.   So if we could now go to post number 23.  You see the date on that is February 1st, 2018?

A.   Yes, sir, I do.

Q.   Could you just read the first couple sentences of that, of this paragraph and the last couple sentences of that?

A.   The first couple of sentences and the last couple sentences?

Q.   Yes, the paragraph and Mr. Hassard will I think need to scroll down once you --

A.    Okay.

Q.    Yeah.

A.    "1, I am freelancing doing IT related work.  2, no this is my personal account.  3, what detail?  I want to buy and sell Bitcoins, because I think it is a good system with a lot of future and I like to trade.  I like to put in the trades in the system and see how they execute.  If I buy on the low and sell on the high then I make money."

     Is that sufficient for the first few sentences?

Q.    Yeah.  If we scroll down to the bottom of that quote.

A.    "6, you already have my bank details from my outgoing payments which have even completed with no problems in the past.  Take the last account that is my bank account.  7, maybe $1,000 per month.  I don't know.  You already have my documents since my account is already verified."

Q.    If we could scroll back up to post number 10.  If we could look at the last couple sentences in post number 10.  Well, the first couple sentences and the last couple of sentences.  Looking at that, would you agree with me that the 2018 post is the same as this 2016 post?

A.    I mean, I am not doing a comparison.  If I read from 2018, this looks similar to that.

Q.    You have got no reason to believe that Mr. Sterlingov just didn't copy and paste this answer again out of haste or frustration with customer service at Bitstamp?

A.    I am not sure, sir.

Q.    If we could take a look at post 29.

And I think you may have read this in before.  But if you could read this post to the jury.

A.    Yes, sir.  It is a post from Urban Kosem, March 3rd, 2018, there is no subject.  It says, "Dear Roman, thank you for your reply.  We kindly ask you to elaborate on the purpose of the 0.46BTC deposit you have made to Bitstamp on February 12th, 2017 and your activity on the originating address" and there is a Bitcoin address in quotes starting with 1HEMZ.  "We are looking forward to hearing from you.  Best regards, Urban K."

Q.    This was a post on March 3rd, 2018?

A.    Yes, sir, it is.

Q.    If we could go to post number 30.  If you could read that to the jury?

A.    It is a post from Mr. Sterlingov dated March 7, 2018.  "I see what you mean now.  Yes.  Sorry.  I forgot about that one. It was easy to forget seeing how it's a very low sum of money. I found the invoice this was in response to.  This is a payment I received from my client for the services of my company."

Q.    When he is saying a low sum of money, he is referring to that -- was it the .46 Bitcoin, I think?

A.    That is my understanding.

Q.    That was roughly $542 at that time?

A.    I don't know the exchange rate on that date, sir.

Q.   Could we now take a look at post number 32.  And actually could we go up to post number 31, Mr. Hassard.  And if -- could you just -- well, could you read post 31 to the jury?

A.   Yes, sir.  It is a post from Urban Kosem, March 9th, 2018.  It says, "Dear Roman, thank you for your reply.  We have noticed that the BTC address specified under submitted invoice" --

THE COURT:  Slow down.

THE WITNESS:  Yes, Your Honor.

"We have noticed that the BTC address specified under submitted invoice never received any BTC.  Please clarify why that is and what the purpose of the deposit we have previously inquired about is.  Please, also clarify why you have personally received BTC for the services of your company.  Additionally, provide additional documentation regarding the origin of your previously deposited BTC as the submitted documentation does not suffice.  Please provide screenshots or email confirmations showing your initial BTC purchases and BTC withdrawals made to Bitstamp in order for us to confirm their origin.  Thank you for your cooperation.  We are looking forward to your reply.  Best regards, Urban K."

Q.   Now, if you could read Mr. Sterlingov's response in number 32.

A.   Yes, sir.  From Roman Sterlingov, March 10th, 2018, "I think this was a simple error in the invoice where the address

said the number 1, instead of number 3. This was clarified personally to my client from whom I received the funds. The deposit address is my Bitstamp deposit address, which I have used on invoices for a short while. As you see, I have noticed that it was printed with an error and switched away from that address entirely, because I did not not know if the exchange is going to receive the funds because my company is registered as Enskild Firma in Sweden, which means it is a registered business but it is a light form of a company, which does not create a separate business ID number, but which just uses my own personal information as the company. This is normal business practice in Sweden and is fully lawful. The original purchases, as you can see, were made many (3 plus?) years ago. This was way before your website gave any indication that you will need that information. So there is not much to go on here because I wasn't taking screenshots of everything I do on the internet because I knew that years later you will ask for my payment history. The large chunk of the Bitcoins were acquired on the exchange Mt. Gox. This exchange is now defunct and in the process of repaying the funds to its users. I used the Mt. Gox website to purchase them. I am attaching screenshot of Bitcoin Builder, which was only available to owners of Mt. Gox accounts. Right now the website Mt. Gox does not exist. I am not sure what screenshots you want me to provide. Please release my money as I have provided all of the information I

can and you are holding my funds and stalling instead of paying out without any reason. I have been a loyal customer of yours for years, given your company a lot of" revenue -- correction it says revnut -- "and this is how you treat me after years. No other exchange is going this. I have provided all of the needed documents about my identity as well as what information I have about the origin of the funds."

Q. Would you agree with me one of the things Mr. Sterlingov is complaining about is the fact that Bitstamp didn't require this level of KYC information when he initially deposited his funds into his Bitstamp account?

A. I would say this is not necessarily KYC information. They are asking questions that are related to anti-money laundering. They are not necessarily asking for more documentation. They are asking about the source of these funds.

Q. Would you agree with me that what Mr. Sterlingov is saying is that when he initially deposited these funds years ago, he wasn't asked for any of this information?

A. I believe that is what Mr. Sterlingov is saying.

Q. And that he is expressing frustration because he doesn't have that information because he didn't collect it because he didn't know that he needed to?

A. That is my understanding of his explanation, yes, sir.

Q. And then I would just like -- if we can switch to Government 371, it should be in evidence, Mr. Hassard.

Thank you.

Do you recognize this, Mr. Scholl?

A.   Yes, sir, I do.

Q.   This is, I think, the Chainalysis trace that you did of the 1HEMZA Bitcoin address?

A.   That is correct, sir.

Q.   And you are clustering a bunch of addresses around this Bitcoin address; correct?

A.   I am not sure how many addresses are in that cluster.

Q.   Could we go to the second page, Mr. Hassard?  Does that refresh your recollection?

A.   Yes, sir, it does.

Q.   And so that 1HEMZA address, that is the address that Bitstamp was asking Mr. Sterlingov about; is that right?

A.   That is correct, sir.

Q.   That is that .46 transaction right there.  But when we look at those addresses there on the right, do you see those right here?

A.   Yes, sir, I do.

Q.   Only one of them is the 1HEMZA address; is that right?

A.   Yes, sir, that is correct.

Q.   And that has actually got the smallest amount of Bitcoin in there; correct?  That is .00990?

A.   That is correct.

Q.   So it is actually -- all of these other addresses is in

conjunction with that one address that is making that .46 deposit?

A.   Yes, sir, that is correct.

Q.   You decided to name the cluster after the 1HEMZA?

A.   I didn't name the cluster, sir.

Q.   Chainalysis did?

A.   Yes, sir, it did.  That name is just determined by the first address to be -- of all of those addresses in this cluster, the first address that ever appeared on the blockchain was used as the naming convention for the cluster.

Q.   So it is an arbitrary assignment of a name based on primacy, is that what you just said?

A.   I didn't say anything about privacy.

Q.   I said primacy.  I'm sorry I wasn't clear.  In essence, Chainalysis Reactor is assigning the name based on what address appears first?

A.   That is correct, sir.

Q.   And then the --

A.   I would say that it is possible that that cluster holds more addresses than those listed in this specific transaction, because the clustering is based on all of the transactions on the blockchain.

Q.   This transaction was on February 22nd, 2017; correct?

A.   Yes, sir.

Q.   And the clustering address name starts 1HEMZA.  And,

Mr. Hassard, if we would go to what should be in evidence as Government Exhibit 414A.

And this is -- this is 414A. And this invoice is dated 2/12/17?

A. Yes, sir, that is correct.

Q. And this is the invoice that Mr. Sterlingov sent to Bitstamp?

A. Yes, sir, it is.

Q. And you see there, there is a Swift BIC code for NDEA?

A. I do, sir.

Q. That is for Nordea Bank, isn't it?

A. I don't recall.

Q. Do you see the IBAN number?

A. I see it, sir.

Q. Do you know what an IBAN number is?

A. I understand it to be a banking code.

Q. And so then -- is it your understanding that what Mr. Sterlingov is doing there is he is giving his customers the opportunity to either pay via a bank transfer or Bitcoin?

A. I understand that is what Mr. Sterlingov is representing to Binance -- to Bitstamp.

Q. Right. And you are aware there is other Code Reactor invoices in the government's discovery?

A. Yes, sir, I am.

Q. And you are not aware of any of those Code Reactor

invoices being sent to anybody, are you?

A.   This one was sent to Bitstamp, sir.

Q.   And that is the only Code Reactor invoice that you are aware of being sent to anybody; correct?

A.   I don't recall any in -- I don't recall reviewing any information about invoices being sent to other people, that is correct, sir.

Q.   And when Mr. Sterlingov is sending this Code Reactor invoice to Bitstamp, he is not sending it to them to invoice them for any services; correct?

A.   No.  He was using this invoice to justify the source of funds.

Q.   Right.  In which he said he received for a freelance job; correct?

A.   Yes, IT work.

Q.   And you don't know anything about Mr. Sterlingov's freelance work, do you?

A.   No, sir.

Q.   We can take this down, Mr. Hassard.

And are you aware that around 2017, 2018 exchanges started to enforce anti-money laundering laws and certain KYC regulations that they hadn't been enforcing before?

MS. PELKER:  Objection, Your Honor.

MR. EKELAND:  He says he is an expert.

THE COURT:  Not an expert in the relevant laws.  But

I will let you lay a foundation and ask whether he has -- well, I am going to sustain the objection. I think it is beyond the scope and --

MR. EKELAND: I'm sorry. Did you say --

THE COURT: I am going to sustain the objection.

MR. EKELAND: All right.

BY MR. EKELAND:

Q. Let's move on, if we could.

You are aware that Mr. Sterlingov had a Coinbase account?

A. I am not familiar with Mr. Sterlingov's Coinbase account.

Q. You mentioned that he -- I think you mentioned, correct me if I am wrong that he had an Instawallet account?

A. There was multiple materials that indicated that Mr. Sterlingov was familiar with Instawallet. I am not aware of a specific account at Instawallet.

Q. Are you aware that Instawallet was one of the most popular wallets in 2011 and '12 and '13?

A. I am not aware -- I am aware it was popular. I wouldn't be aware if it was the most popular.

Q. And do I recall correctly that -- correct me if I am wrong here -- that Akemashite Omedetou paid for some advertising on Bitcoin Talk using an Instawallet account?

A. Yes, sir, that is correct.

Q. But you don't have any evidence linking Mr. Sterlingov to that Instawallet account, do you?

A.    No, sir, not that particular payment.

Q.    Do I recall correctly that you testified that Akemashite Omedetou got a refund to his Silk Road account from the Bitcoin Talk advertising?

A.    I don't recall.

Q.    Okay.  Now, turning to Mr. Sterlingov's Kraken accounts. And, Mr. Hassard, if we could get Government Exhibit 356 up again and go to the Kraken accounts.

      And you see here Mr. Sterlingov's Kraken account -- well, this one was created March 18th, 2014?

A.    Yes, sir.

Q.    That was again -- once again, a KYC account in his own name using his own photo IDs?

A.    Yes, sir, it was.

Q.    And you are saying he got 16 indirect deposits from Bitcoin Fog and -- just indirect deposits from Bitcoin Fog, but other deposits from LocalBitcoin.  But you haven't traced any of those funds to any type of crime, have you?

      MS. PELKER:  Objection again, calls for a legal conclusion about the payments out of Bitcoin Fog to Mr. Sterlingov's accounts.  I mean, it is a legal conclusion as the government's case is that is a crime.  The defense is arguing that is not a crime.

      THE COURT:  Yeah, so maybe you need to clarify the question, Mr. Ekeland.

BY MR. EKELAND:

Q. The government doesn't have the Bitcoin Fog ledger as you testified previously; right?

A. That's correct, sir.

Q. So you have had no way to check whether or not any of the funds coming out of Bitcoin Fog were license fees or they were just funds being sent through Bitcoin Fog; correct?

A. I don't know what you mean by license fees exactly, sir. But I have not been able to trace the source of these funds through Bitcoin Fog. And these 16 indirect deposits, I have traced there were 16 deposits that came indirectly from Fog in the amount of 84 Bitcoin, or approximately $247,396.

Q. So it would be fair to say that all of the funds that you are saying Mr. Sterlingov was receiving from Bitcoin Fog, whether directly or indirectly, are entirely consistent with him taking the Bitcoin that he bought with his paycheck or his freelance money and sending it through Bitcoin Fog to this KYC accounts?

A. With the exception of the fact that none of the tracing revealed large deposits to Bitcoin Fog from Mr. Sterlingov's personal accounts.

Q. That was, yes, it is entirely consistent with him taking his Bitcoin that he got with his paycheck or from his freelance jobs, sending it through Bitcoin Fog for privacy reasons and then depositing it in his KYC account?

MS. PELKER: Objection, asked and answered, I think the witness just said it wouldn't be consistent because of what the witness just testified to.

THE COURT: Overruled. The witness can answer it again.

THE WITNESS: I didn't find large amounts of funds going from Mr. Sterlingov's accounts into Bitcoin Fog. I found large amounts of funds coming from Bitcoin Fog and going to Mr. Sterlingov's accounts. But the government does not have the Bitcoin Fog ledger, to your point.

BY MR. EKELAND:

Q. And that was what you would need to confirm 100 percent any of your assessment related to funds coming out of Bitcoin Fog?

MS. PELKER: Objection.

THE WITNESS: No, I don't require to know what the province of those funds were to make the assessment -- to state how much funds went between Bitcoin Fog and Mr. Sterlingov's account.

BY MR. EKELAND:

Q. Correct. But you don't know whether or not those funds -- you don't know the actual source of those funds because you haven't traced through Bitcoin Fog?

MS. PELKER: Objection.

THE COURT: I think this is asked and answered.

BY MR. EKELAND:

Q.   Okay.  It is your testimony again that Akemashite Omedetou is taking post-mix funds and depositing them in KYC accounts?

A.   No, sir.  My testimony is not those were mixed funds.

Q.   Your testimony is that they are the license fees from Bitcoin Fog?

A.   I am not characterizing anything as a license fee.  So --

Q.   All of your testimony is that funds are flowing from Bitcoin Fog to Mr. Sterlingov's KYC accounts and you are not making any other assessment, is that your testimony?

A.   No.  I am assessing -- this exhibit is specifically talking just about the number of funds that flowed from Bitcoin Fog to Mr. Sterlingov's account.

Q.   And these funds are from -- they went to Mr. Sterlingov's Kraken account, how -- I am just a little confused.  And you can explain to me how you avoided double counting issues in terms of the accounts that Mr. Sterlingov had back in like 2013 or 2011, like his Mt. Gox accounts that he then could have sent through Bitcoin Fog, and put into the Kraken account.  What did you do to avoid the double counting issue, if that makes sense to you?

A.   From what I understand the double counting issue to be was not addressed in this analysis.  I didn't attempt to -- funds are commingled through these accounts.  There is multiple transfers of funds through the accounts.  And I didn't try

to -- I did not analyze to eliminate the double spend. I am analyzing how much money came from which accounts and from Bitcoin Fog.

Q. So I am clear, so what you are saying is that it is entirely possible that you are double counting with all of the exhibits in 356?

MS. PELKER: Objection, that is not -- misstating the --

MR. EKELAND: I am asking for clarification, Your Honor.

THE WITNESS: Again, I did not attempt to account for funds that could have been deposited to multiple Mr. Sterlingov accounts. This analysis is just about the flow of funds between Bitcoin Fog and Mr. Sterlingov's accounts and other of Mr. Sterlingov's accounts into the Kraken account here.

BY MR. EKELAND:

Q. And Mr. Sterlingov had actually two KYC Kraken accounts?

A. Yes, sir. There was an account issued with To the Moon LTD.

Q. And that To the Moon Kraken account that was KYC with his photo ID and everything, as well?

A. Yes, sir, that is correct.

Q. And we spoke about Mr. Sterlingov's Liberty Reserve account that was in his own name; correct?

A. There was a Liberty Reserve account in Mr. Sterlingov's

true name.

Q.    And then the LocalBitcoins account, Mr. Hassard, I think there is a PowerPoint for this.

A.    At the top.

Q.    Thank you.  And, again, everything you basically said when you were testifying about the Kraken account holds true about this slide in terms of the flow of funds and the double counting issue?

A.    This simply reports the number of transfers between those accounts, yes, sir.

Q.    And this account was created fairly early on September 20th, 2012?

A.    Yes, sir, that is correct.

Q.    Can you explain to the jury again what a LocalBitcoin account was?

A.    LocalBitcoin was a peer-to-peer virtual currency exchange that was designed to match users that wanted to buy and sell virtual currencies.

Q.    It was a site that Mr. Sterlingov used a lot, wasn't it?

A.    There was -- yes, there were multiple transactions in this account.

Q.    And it is not a darknet site, is it?

A.    No, sir, it is not.

Q.    But it has stopped trading; correct?

A.    Yes, sir, that is correct.

Q. But you can still visit its website?

A. I am not aware of whether or not the website is still up.

Q. And do you recall testifying about Mr. Sterlingov's Mycelium wallet?

A. Yes, sir, I do.

Q. And I think you said there was roughly about half a million dollars in that Mycelium wallet?

A. At the time of his arrest, yes, sir.

Q. You can download the Mycelium wallet from the Google app store?

A. You can certainly download the Mycelium app from the -- I am not certain it is on the Google app store, but that would not surprise me.

Q. Would it surprise you that you could download the Mycelium wallet from Apple's app store?

A. No, sir.

Q. You know you can download it by going to the Mycelium wallet store, so anybody on the jury could download a Mycelium wallet and start holding crypto?

A. There is nothing illicit about that wallet.

Q. It is not KYC because you can't KYC it?

A. It is a private wallet that you would host on your own device.

Q. And then are you -- you testified about Mr. Sterlingov's Namecheap account?

A. I don't know that. I may have traced transactions involving the Namecheap account.

Q. But the Namecheap account was in his name?

A. That is my understanding.

Q. And then we have discussed the Poloniex account?

A. Poloniex.

Q. And that was also a KYC account. And that exchange is still operating?

A. It is my understanding, yes, sir.

Q. It is not a darknet, sir?

A. No, sir, it was not.

Q. And then are you familiar with Mr. Sterlingov's RamNode LLC VPS?

A. I reviewed transactions associated with RamNode.

Q. And Mr. Sterlingov used that for his email?

A. I don't recall, sir.

Q. It is not a darknet site?

A. Not to my knowledge, no, sir.

Q. And the government did an internet traffic analysis for Mr. Sterlingov's RamNode LLC VPS?

A. I heard testimony. I have no first-hand knowledge.

Q. You didn't review that traffic analysis?

A. No, sir.

Q. And then, of course, we discussed Mr. Sterlingov's Mt. Gox account number 1, which was his KYC account using his photo ID?

A.    Yes, sir.

Q.    In reviewing all of these traces and considering the fact that when Mr. Sterlingov was arrested and the government seized and searched all of his devices, nothing related to Bitcoin Fog came up, have you ever considered the possibility that someone might have set Mr. Sterlingov up?

MS. PELKER:  Objection, Your Honor.

THE COURT:  I will allow the witness to answer the question.

THE WITNESS:  I have not considered the specific possibility that Mr. Sterlingov was set up.

MR. EKELAND:  No further questions, Your Honor.

THE COURT:  All right.  Redirect.

REDIRECT EXAMINATION

BY MS. PELKER:

Q.    Can we pull up Government Exhibit 313.

Now, Mr. Scholl, Mr. Ekeland asked you about a number of transactions on different charts and whether any of them on their own without further context could be a sale.  Do you remember that line of questions?

A.    Yes, sir.  Yes, ma'am, I do.  I'm sorry.

Q.    When you are tracing financial transactions, do you look at transactions in a vacuum like that?

A.    No, ma'am.

Q.    Why not?

A. It doesn't show the whole picture.

Q. Why is context important when you are doing your tracing?

A. Because with context, you get a more full picture, a more complete picture of what is going on.

Q. Is looking at the context of a transaction considered a best practice in blockchain analysis?

A. I would consider it a best practice, absolutely.

Q. If we could direct your attention to Exhibit 313A in front of you. What did the surrounding context of those transactions indicate to you about the flow of funds and flow of control?

A. These transactions appeared to be designed to obscure the flow of funds from Mr. Sterlingov's PlasmaDivision account at Mt. Gox to the payment for the BitcoinFog.com domain.

Q. What is your assessment about the flow of control between the Plasma account 1 the -- Mr. Sterlingov's true name account down into the Shormint Liberty Reserve account, that is who -- is it one person doing these transactions?

A. I would assess it is one person doing these transactions, yes, ma'am.

Q. Could you explain why you are assessing that?

A. Based on the use of these accounts holistically, the use of the NFS9000, the Kolbasa account only receiving funds in this manner and the timing of the account creation, as we discussed on direct examination and the documentation, the putting money document that we reviewed Mr. Sterlingov laying

out the flow of funds that was consistent with what was appearing in these tracing analysis.

Q.   And in the various charts that you did, how would you assess the likelihood that the defendant sold Bitcoin to a completely unrelated person in each one of those different traces?

A.   Extremely unlikely.

Q.   If we could pull up Exhibit 317C or B.  Could you remind the jury what is shown on this chart?

A.   Yes, ma'am.  This is a tracing of the funds leaving Mr. Sterlingov's Mt. Gox account and being deposited to Bitcoin Fog, specifically that transaction 10, sending funds into Bitcoin Fog cluster was the first deposit to the Chainalysis Bitcoin Fog cluster and subsequently that I assessed that these addresses here inside the green circle, are Bitcoin Fog user deposit addresses.  And the significance is that Mr. Sterlingov -- funds from Mr. Sterlingov's account were deposited into deposit addresses at Bitcoin Fog prior to the announcement of Bitcoin Fog.

Q.   And pulling back up Exhibit 313 briefly.  Mr. Ekeland asked you about off-chain transactions when you were sending Bitcoin to someone, whether online or in person, would you hand them the private key?

A.   Generally not, ma'am.

Q.   Why not?

A.    Because as I described earlier, it would involve an extreme amount of trust between both of those individuals.  And if you were concerned about privacy, you would want to have control over the exposure of your Bitcoin addresses.

Q.    Even if you did trust someone at that incredible level not to take the funds, how would the short time frames in the transactions here and all of the other charts impact the ability of someone to hand off a key or a code?

A.    The timeframes are generally quick in a lot of these transactions and that would be not definitive but suggestive that is not the case.  It suggests that they are not being passed between multiple users.

Q.    If we could pull up the Bitstamp exhibits at 414C.

Mr. Scholl, do you remember Mr. Ekeland asking you to read through some of the Bitstamp correspondence?

A.    Yes, ma'am, I do.

Q.    I would like to direct you to one of the conversations he didn't have you read through on page 12.  And could you scroll up a bit.  And actually scroll to the bottom of page 11.  What is the time and date of this transaction of this message?

A.    August 3rd, 2016, 1:57 p.m.

Q.    And can we scroll down.  And then could you read the answer to question number 2, additionally, could you confirm.

A.    Yes, ma'am.  "2, additionally, could you confirm if you were using any cryptocurrency tumblers?"

The response, "I don't know if I did with specific funds sent to your exchange. It is not impossible. I did a lot of experimenting with Bitcoin back in the day. It was a very new and exciting technology. I haven't done this recently but my account here is very old. I don't really remember."

Q. Was Mr. Sterlingov's representation that he has not done mixing recently consistent with the defendant's use of mixers at that time?

MR. EKELAND: Objection; leading.

THE COURT: Overruled.

THE WITNESS: So at this time, there was still a significant amount of money going between Bitcoin Fog and Mr. Sterlingov's Mycelium wallet and accounts. This response is not sincere in my opinion. In 2013 there were direct transactions between Bitcoin Fog and Mr. Sterlingov's Bitstamp account. Later on, the transactions were not coming direct from Bitcoin Fog, but they were transactions that were indirect from Bitcoin Fog into Mr. Sterlingov's Bitstamp account.

BY MS. PELKER:

Q. Would the defendant have needed access to Chainalysis Reactor to know that he was using a mixer?

A. No, ma'am.

Q. In your review of evidence in this case, you testified that you reviewed Code Reactor invoices; is that correct?

A. Yes, ma'am, I did.

Q.   Did that include the invoice that was provided in the additional AML screening by Bitstamp?

A.   Yes, ma'am, it did.

Q.   Generally, what was the source of funds into the Code Reactor invoices that did have real Bitcoin addresses on them?

A.   Bitcoin Fog, ma'am.

Q.   And is the activity that you see on the invoices consistent with real freelance work from many different customers?

         MR. EKELAND:  Objection.

         THE COURT:  Overruled.

         THE WITNESS:  It was not consistent with multiple customers.  In one case, funds for multiple invoices for different customers were coming from the same Bitcoin address. And those funds were indirectly coming from Fog.

BY MS. PELKER:

Q.   Mr. Ekeland asked you about Mr. Sterlingov's various KYC accounts.  In your experience, do criminals often eventually need to open accounts in their true name?

A.   Yes, ma'am, they do.

         MR. EKELAND:  Objection.

         THE COURT:  Overruled.

         THE WITNESS:  In fact, Akemashite Omedetou discussed this in his posts.

BY MS. PELKER:

Q. Can we pull up Exhibit 2 and scroll down to the second paragraph. Could you read -- well, first of all, directing your attention to the paragraph "and knowing your transaction history," is that part of what you just referenced with Akemashite Omedetou statements?

A. Yes, ma'am.

Q. Can you read that paragraph?

A. "And knowing your transaction history, connecting your Bitcoin addresses to real you is possible. Because you will at some point need to exchange your Bitcoins to or from a fiat currency using a bank account number, a credit card, LR account or similar service which is much less anonymous than a Bitcoin network."

Q. So what is Akemashite Omedetou saying here about the use of KYC accounts?

A. He is saying that eventually you are going to need to use them to connect with traditional banking.

Q. And in your work, do you have experience tracing funds from anonymous accounts to KYCed accounts?

A. Yes, ma'am, I do.

Q. Mr. Scholl, you testified regarding your tracing of funds from Bitcoin Fog into Mr. Sterlingov's various true name accounts; is that correct?

A. Yes, ma'am, I did.

Q. Now, if the defendant were simply a user of Bitcoin Fog,

what would you expect to see matched with all of those withdrawals from Bitcoin?

A. I would have expected to find deposits to Bitcoin Fog.

Q. And did you see large deposits into Bitcoin Fog from the defendant's accounts that would be consistent with the user?

A. No, ma'am.

Q. And Mr. Ekeland asked you a series of questions about activity occurring in Washington, DC. Do you recall that?

A. Yes, ma'am, I do.

Q. Was Bitcoin Fog accessible from Washington, DC?

A. Yes, ma'am, it was.

Q. And did you review records of IRS and FBI undercover transactions that were performed in Washington, DC?

A. Yes, ma'am, I did.

Q. And was BitcoinFog.com the clearnet domain also accessible in Washington, DC?

A. Yes, ma'am, it was.

Q. And the darknet markets you examined -- if we could pull up Exhibit 601. These various darknet markets, did they do business in the United States?

A. Yes, ma'am, they did.

Q. And did they have vendors, buyers and sellers doing business in the United States?

A. Yes, ma'am, they did.

Q. Does that include vendors and buyers on all of these

different marketplaces?  Did you look at records of vendors and buyers, either their actual records or their transactions that -- who were using Bitcoin Fog?

A.    Yes.  I looked at transactions of -- in these accounts and these darknet markets.

Q.    I apologize if my question wasn't clear.  For Silk Road and Silk Road 2, did you look at specific vendor transactions records from seized servers?

A.    Yes, ma'am, I did.

Q.    And for the other sites on this page, did you look at flow of funds on the blockchain between the markets and Bitcoin Fog?

A.    Yes, ma'am, that is correct.

Q.    And all of these markets were accessible to and used by individuals in the United States?

A.    Yes, ma'am.  I don't have specific knowledge of specific transactions for all of these darknet markets that were from users in the United States.  I have every reason to believe that there were users in the United States and vendors in the United States.

Q.    And even after these sites ceased operating, did Bitcoin Fog continue mixing funds?

A.    Yes, ma'am, they did.

Q.    And did illicit funds moving through -- continue moving through Bitcoin Fog even after these sites shut down?

MR. EKELAND:  Objection.  That is my understanding

that Mr. Scholl can't testify to as to what is illicit or not.

THE COURT:  Sustained.

BY MS. PELKER:

Q.   Did funds continue moving through Bitcoin Fog even after these sites shut down?

A.   Yes, ma'am, they did.

Q.   Mr. Scholl, Mr. Ekeland asked you about an article purporting to say that mixing for certain sites is legitimate. Are you aware generally that there are articles claiming this?

A.   Yes, ma'am.

Q.   And in your experience, are those articles accurate as applied to Bitcoin Fog?

A.   No, ma'am.

Q.   Why not?

A.   The receiving exposure of the Bitcoin Fog cluster, the funds coming into Bitcoin Fog were more -- the Bitcoin coming in specifically were more than 50 percent from darknet markets.

Q.   Do these articles claiming to show legitimate activity -- how do they count money coming from exchanges?

A.   Yeah.  These articles generally refer to funds coming from exchanges as not dirty money.  When, in fact, funds coming from exchanges is consistent with someone sending their funds from a true name account at an exchange through the mixer and then subsequently using them for potentially illegal activity.

Q.   What about funds that are coming from the mixer out to an

exchange, is that necessarily clean?

A.    No.  Those funds are also not necessarily clean because they could be coming from darknet market, moving through the mixer and then going to a compliant exchange.  That doesn't mean they are clean.

Q.    What would be the purpose for the user of putting Bitcoin Fog between the exchange and the clearly illicit activity?

MR. EKELAND:  Objection.

BY MS. PELKER:

Q.    And the darknet market or other criminal site?

A.    The purpose is to break the ability for both exchanges trying to do anti-money laundering and law enforcement from being able to connect their funds coming out of an exchange going through the mixer before they get to a darknet market. It is to obscure the flow of funds.

MS. PELKER:  No further questions, Your Honor.

THE COURT:  Okay.  The witness is excused.

We are going to go through 12:30 today because we have some appointments.  I want to make sure we are using all of your time, so let's call the government's next witness.

MR. PEARLMAN:  Next witness, Your Honor, is going to be Ilya Licthenstein.

THE COURT:  Okay.  You can call the witness.

MR. PEARLMAN:  He is coming from the back.

THE COURT:  Okay.  Do we need to take a break or not?

MR. PEARLMAN: Maybe we could take a 5-minute break to give the marshals time to get the body.

THE COURT: Okay. Let's just take a quick break and then we'll continue until 12:30. So we'll at least get started, so let's take a 5-minute break.

Members of the jury, I request that you not discuss the case among yourselves and I will see your back here in just 5 minutes.

(Jury out at 12:16 p.m.)

THE COURT: I just took a break because I didn't know if there were any issues with how the person is -- whether they were going to be in handcuffs that you didn't want the jury to see or people didn't want the jury to see so that is all.

MR. PEARLMAN: No. So it is going to come out he is incarcerated. There is no question about that.

THE COURT: I was just being careful about that.

MR. PEARLMAN: Thank you, Your Honor. Appreciate that.

THE COURT: So let's get him out here and we can bring the jury in.

THE COURTROOM DEPUTY: They are bringing him up.

(Pause.)

THE COURT: Did we lose Mr. Ekeland?

MR. PEARLMAN: He just ran to the bathroom.

THE COURT: We got 10 minutes to go here.

MR. PEARLMAN: When you have got to go, you have got to go.

THE COURT: Mr. Hassard is here, so I can raise this. I wanted to raise that juror 9 continues to appear to doze, so I suggest that everyone keep an eye on that and see if that is an issue that we need to address.

Let me just ask the witness -- I don't know if he has left. He is still here. I neglected to ask the jury if they still had that question. Do people want me to do that or not?

MR. PEARLMAN: I feel like the question has been asked and answered in many ways by both parties.

THE COURT: I think it has been. I want to be sure that I am being fair with the jury, but if that is your view if both parties agree with that.

MS. PELKER: I think also in the interest of trying to move things along.

THE COURT: I am all in favor of moving. Okay.

MS. PELKER: Does the Court have any update on the calendar for -- was the Court able to check its calendar for Friday morning as to whether Friday morning was an option?

THE COURT: You know, I do have something on my calendar, but as I said, if it is necessary to get this case done, I will have to adjust that. And so if you think we need to do that, I will have to find somebody to substitute for me on the other matter. I am open to that.

The proposal would be to sit in the morning on Friday but not in the afternoon?  But I do have a -- I have got a preliminary injunction hearing in the afternoon.

MS. PELKER:  The government is happy to sit all day, but looking at the Court's calendar, we figured that Friday afternoon might not be movable.

THE COURT:  Yeah.  Okay.  All right.  Let's plan on sitting Friday morning and I will have to adjust my schedule, which I will do.

MR. PEARLMAN:  And then are we planning on coming back after lunch today?

THE COURT:  We should, yes.  But the jury is not going to be back.  We should come back because I know you wanted to address the 403 issue, with the one exhibit and if there is anything else that we can get done without the jury here, I am delighted to do that.

(Pause.)

THE COURT:  We can go to 12:40.  That at least lets you get a start.

(Jury in at 12:25 p.m.)

THE COURT:  All right.  Mr. Pearlman, you may proceed when you are ready.

Members of the jury, we are going to go to 12:40 just so you know, but -- okay.

DIRECT EXAMINATION

BY MR. PEARLMAN:

Q.    Good afternoon, sir.  Can you introduce yourself to the members of the jury by stating your full name and spelling your first and last name, please?

A.    Yes.  My name is Ilya Lichtenstein.  First name, I-L-Y-A; last name, L-I-C-H-T-E-N-S-T-E-I-N.

                    ILYA LICHTENSTEIN, sworn.

            THE WITNESS:  Yes, I do.

            THE COURTROOM DEPUTY:  Thank you.  Please be seated.

BY MR. PEARLMAN:

Q.    So you are, Mr. Lichtenstein?

A.    Yes.

Q.    Sir, are you currently incarcerated?

A.    Yes.

Q.    Were you arrested back on February 8, 2022?

A.    Yes.

Q.    And at the time that you were arrested, what were you charged with?

A.    I was charged with money laundering conspiracy and conspiracy to defraud the United States.

Q.    Did you eventually plead guilty?

A.    Yes.

Q.    What did you plead guilty to, is your understanding?

A.    To money laundering conspiracy.

Q.    When you were arrested, was that in relationship to a hack

of a currency exchange called Bitfinex?

A.    Yes.

Q.    Did that hack of Bitfinex occur around August of 2016?

A.    Yes.

MR. EKELAND:  Your Honor, objection.  Could we speak on the phone?

(Conference held at the bench.)

MR. EKELAND:  Your Honor, I don't understand the relevance of this witness.  Why are we talking about Bitfinex? As far as I know, this witness has no personal knowledge of the facts in this case.  Maybe he has mixed something through Bitcoin Fog, but my concern is that they are essentially trying to bring in an expert on something.  It is not clear to me at all the relevance of this case.  And I also think it is very disturbing to me that the government is bringing in to me somebody who has a close physical resemblance to Mr. Sterlingov.  He has a kind of Russian name and what the government is trying to do is prejudice the jury by some sort of guilt by association.

Mr. Sterlingov is not --

THE COURT:  Can you -- we are just wasting time.  You have known about this for a long time that he is testifying. The notion that you wait until he gets to the stand with 10 minutes left in our day to raise this in a lengthy colloquy on the telephone strikes me, frankly, as sandbagging and a waste

of the Court's time. You can raise it this afternoon when the jury is not here. We should use the 10 minutes that we have with the jury. And then I assume it is all going to be by way of establishing background in any event.

You, obviously, can preserve individual objections. He is just laying a foundation now about who he is and why he has been in jail. So if you want to raise something more in the afternoon, you are welcome to do so. I think this is frankly sandbagging raising it after the witness takes the stand, given the fact -- I have known that he was going to be testifying because I during the voir dire asked the jurors if they knew who he was.

MR. EKELAND: And we did raise this in a motion in limine and we are renewing our objection, Your Honor. And duly noted, we can move on.

THE COURT: I don't remember that, but maybe you can point me to to it during the break.

(End of bench conference.)

BY MR. PEARLMAN:

Q. Sir, that hack that you committed in August of 2016 was that of an exchange called Bitfinex?

A. Yes.

Q. During that hack, did you manage to take possession of millions of dollars of Bitcoin?

A. Yes.

Q.   Did you also commit other violations of the law and steal from others as well?

A.   Yes, in the past.

Q.   Sir, do you understand that the reason you are here today is I am going to be asking you about your experience using Bitcoin Fog, the site, in order to launder money?

A.   Yes.

Q.   Are you represented by counsel, sir?

A.   Yes.

Q.   And is counsel here today?

A.   I don't think so.  Oh, there he is.

         THE COURT:  Someone just raised his hand.

         THE WITNESS:  Oh, him.

         Yes.

BY MR. PEARLMAN:

Q.   Sir, I want to draw your attention now to Government Exhibit 47E, not yet admitted.

         Sir, you see Government Exhibit 47E?

A.   Yes.

Q.   Do you recognize that?

A.   Yeah.  That looks to be like my plea agreement.

Q.   Did you again enter into aplea agreement with the government to resolve your case?

A.   Yes, I did.

Q.   Let me just have you look briefly at the first page.  It

is a letter dated July 13th, 2023, to a Mr. Enzar, a Mr. Bansal, Mr. O'Shea and Ms. Collins. Are those individuals who represent you?

A. Yes.

Q. Okay. And then if you could go down to page 16, Ms. De Falco. And, sir, do you see a paragraph indicating defendant's acceptance?

A. Yes.

Q. Is that your signature under Ilya Lichtenstein, defendant?

A. Yes, it is.

Q. Then it is dated August 2nd, 2023?

A. Yes.

MR. PEARLMAN: Your Honor, at this time we would move to admit Government Exhibit 47E?

THE COURT: Any objection?

MR. EKELAND: No objection.

THE COURT: 47E is admitted and may be published to the jury.

(Whereupon, Exhibit No. 47E was admitted.)

BY MR. PEARLMAN:

Q. Sir, at the time that you -- well, let me actually publish it to the jury.

THE COURTROOM DEPUTY: It is.

BY MR. PEARLMAN:

Q. Can you go to page 1.

So when we were talking before about the July 13th letter, this is that same letter, sir?

A.    Yes.

Q.    Go to the last page, page 16, Ms. De Falco.

When we were talking about the defendant's acceptance and your signature, is that the page we were referring to?

A.    Yes.

Q.    We'll go back to this document in a minute.  First I want to talk about a different document.  At the time that you pled guilty, did you agree to a factual statement of facts about the things that you did?

A.    Yes, I did.

Q.    I want to show you what has not been entered into evidence as 47D, as in dog.  And it should be on the screen, sir.  Do you recognize this document?

A.    Yes.

Q.    Okay.  And let's stay on that page, page 14.  Do you see a paragraph labeled, defendant's acceptance?

A.    Yes.

Q.    And is that your signature underneath also dated August 2nd, 2023?

A.    Yes, it is.

Q.    And if you could go to the first page, Ms. De Falco.  Do you see that the document is labeled Defendant Ilya Lichtenstein, statement of offense and related conduct?

A. Yes.

Q. So is this, in fact, the statement of offense that you agreed to as part of your plea?

A. Yes, it is.

MR. PEARLMAN: At this time, Your Honor, I'd move to enter into evidence Government Exhibit 47D, as in dog.

THE COURT: Any objection?

MR. EKELAND: No objection, Your Honor.

THE COURT: Exhibit 47D is admitted and may be published to the jury.

(Whereupon, Exhibit No. 47D was admitted.)

BY MR. PEARLMAN:

Q. At the time that you -- let's look at page 1. Is this just looking at page 1, is this the statement of offense and related conduct that you were referring to?

A. Yes.

Q. And is this on -- this currently displayed page, page 14 of 14, is that the defendant's acceptance -- is that your signature there?

A. Yes, it is.

Q. And below that is that the signature of your attorneys?

A. Yes.

Q. So, sir, when you sign these and when you eventually pled guilty, did you have the assistance of attorneys?

A. Yes.

Q.   Do you recall who you pled guilty in front of?

A.   It was Judge Kollar-Kotelly.

Q.   Now, you testified that you pled guilty to money laundering.  Was it money laundering conspiracy?

A.   Yes, it was.

Q.   When you pled guilty in front of Judge Kollar-Kotelly, what was your understanding of what the statutory maximum was for that offense?

A.   I understand the maximum sentence is 20 years in prison.

Q.   So do you know generally speaking what the guidelines are?

A.   Yes.  So I understand it is basically a formula to come up with a recommended sentence based on whatever the offense is.

Q.   And are those guidelines, are they mandatory or are they voluntary, if you know?

A.   They are not mandatory.  They are a recommendation.

Q.   And the recommendation is to who, the court -- the sentencing court?

A.   To the sentencing judge, yes.

Q.   Do you know what the guidelines are as applied to your offense?

A.   Yes.  So the guideline that I pled to is 121 to 151 months, which is 10 to 12 and a half years.

Q.   So could the Court sentence you to less than 121 months?

A.   Yes.  There is no mandatory minimum in my case.

Q.   Could the Court sentence you to more than 151 months?

A.   Yes, up to 20 years.

Q.   Could the court sentence you to more than 20 years?

A.   Not as far as I know.

Q.   And is it ultimately up to Judge Kollar-Kotelly in compliance with the sentencing laws to determine what your sentence is going to be?

A.   Yes, it is completely up to her.

Q.   Do you have a codefendant?

A.   Yes, my wife.

Q.   What is your wife's name?

A.   Heather Morgan.

Q.   Do you know if she pled guilty?

A.   Yes, she did.

Q.   What did she plead guilty to?

A.   She pled guilty to two counts of conspiracy.

Q.   Would that be -- if you know, 18 U.S.C. 371 conspiracy?

A.   Yes.

Q.   And was one a money laundering conspiracy and the other was defrauding the government?

A.   I believe so, yes.

Q.   Do you have an understanding of what her statutory maximums were?

A.   I believe it is 10 years in total for the two counts.

Q.   It is 5 years for each?

A.   Yes.

Q.   And, legally, is it your understanding that judge -- well, was she -- did she plead guilty also in front Judge Kollar-Kotelly?

A.   Yes, she did.

Q.   Is it your understanding that Judge Kollar-Kotelly has the ability, if she wanted to, to run those sentences consecutive?

A.   Yes.

Q.   Has Ms. Morgan, to your understanding, been sentenced yet?

A.   No, she hasn't.

Q.   When you pled guilty to the plea agreement is part of the plea agreement that you cooperate with the government?

A.   Yes.

Q.   And was that for testifying in this case or in any matter?

A.   It was general, in any matter.

Q.   Do you need to tell the truth?

A.   Yes, absolutely.

Q.   And I want to direct you to Government Exhibit 47E at page 6 under where it says cooperation.  And can you read the first few sentences beginning with, "Your client"?

A.   "Your client agrees to cooperate with the Office of the US Attorney's Office for the District of Columbia on the following terms and conditions:  A, your client shall cooperate fully, truthfully, completely and forthrightly with this office and other federal, state and local law enforcement authorities identified by this office in any and all matters as to which

the government deems the cooperation relevant."

Q. Stop there. And I want to take you down to -- do you see where the sentence says, any refusal by your client to cooperate fully, could you read that sentence?

A. "Any refusal by your client to cooperate fully, truthfully, completely, and forthrightly as directed by this office and other federal, state and local law enforcement authorities identified by this office, in any and all matters in which the government deems your client's assistance relevant, will constitute a breach of this agreement by your client and will relieve the government of its obligations under this agreement, including, but not limited to, its obligation to inform this Court and the Departure Guidelines Committee of the US Attorney's Office for the District of Columbia of any assistance your client has provided."

Q. I'm sorry. That is a long sentence, sir. It is almost time to break. But let me ask you one more question. What do you hope to get out of this in exchange for your cooperation?

A. I hope to get a more lenient sentence.

Q. In other words, you're hoping that the government will allocute on your behalf before Judge Kollar-Kotelly and advise Judge Kollar-Kotelly of the cooperation you have provided?

A. Yeah. I hope the government will recommend a lower sentence.

THE COURT: All right. Is this a good time to break?

MR. PEARLMAN:  Yes.

THE COURT:  So let's break for the day.  Tomorrow, we are going to unfortunately have to stop at 1:00 too.  There is an unavoidable conflict that someone has.  I am going to do my best though to make sure we keep moving things along and we are going to sit Friday morning as well.  Start tomorrow morning at 9:00 a.m.  And if I can ask that you do everything in your power to make sure that you are here by 9:00.  I want make to sure we are getting in as much time as we can, please.  Don't discuss the case with anybody overnight.  Don't conduct any type of research and I will see you back here tomorrow morning.

(Jury out at 12:41 p.m.)

THE COURTROOM DEPUTY:  You may be seated.

THE COURT:  The witness is excused for the day.  We will need you back here tomorrow morning at 9:00 a.m.  And don't discuss your testimony with anybody until it is complete.

THE WITNESS:  Okay.

THE COURT:  All right.  And I think we should reconvene after lunch.  And I have some flexibility, so whenever you all want to come back is fine with me.

Do you want to come back at 2:00?

MR. PEARLMAN:  2:00 is fine, Your Honor.

THE COURT:  Does that work for you, Mr. Ekeland?

MR. EKELAND:  Sure, 2:00.

THE COURT:  So we'll come back at 2:00 p.m. I want to

take a look over the lunch break.  Mr. Ekeland, can you point me to the motion in limine that you filed with respect to excluding Mr. Lichtenstein's testimony?

MR. EKELAND:  I will have to look it up on the docket.  If I recall correctly, Your Honor, I think you did rule against it, so this is a new objection.  But why don't we talk about it after lunch.

THE COURT:  If you can make sure you are at a microphone.  Do you have the number there?

MR. BROWN:  Your Honor, I don't believe there was a written motion, but it is the afternoon transcript of September 18th, 2023.  There is a redacted version and there is an unredacted version.  And the redacted portions are the portions where we discussed Mr. Lichtenstein, as well as the other.

THE COURT:  That is on the docket there, September 18th?

MR. BROWN:  Again, not the docket.  It is in the transcript for September 18th, just an oral hearing.

THE COURT:  All right.  I will take a look for that then.

All right.  Thank you.  I will see you all back here at 2:00 then.  Thank you.

(Recess taken at 12:43 p.m.)

C E R T I F I C A T E


        I, SHERRY LINDSAY, Official Court Reporter, certify that the foregoing constitutes a true and correct transcript of the record of proceedings in the above-entitled matter.


                    Dated this 27th day of February, 2024.


                    _____
                    Sherry Lindsay, RPR
                    Official Court Reporter

A JUROR: [1] 70/1
BY MR. EKELAND: [48] 6/3 6/13 10/7 12/1 12/10 12/19 13/12 13/17 16/6 19/15 21/8 21/25 26/13 27/4 28/13 28/25 29/5 32/20 37/6 38/3 40/15 40/22 43/13 44/15 45/6 46/13 47/10 52/17 53/3 53/15 56/23 58/19 59/8 61/19 61/23 63/20 66/25 70/3 70/21 73/13 80/11 80/16 90/7 92/1 93/11 93/20 94/1 95/16
BY MR. PEARLMAN: [7] 113/1 113/10 115/19 116/15 117/20 117/24 119/12
BY MS. PELKER: [6] 99/15 103/19 104/16 104/25 108/3 109/9
MR. BROWN: [2] 125/10 125/18
MR. EKELAND: [60] 5/11 5/15 6/1 6/10 10/6 11/17 12/5 16/1 19/11 26/7 26/12 27/23 28/12 28/19 32/19 36/23 37/3 37/17 44/14 45/1 46/11 49/12 49/16 49/18 50/10 51/3 52/6 53/1 53/10 56/20 56/22 57/19 58/4 58/13 58/17 59/2 59/7 63/18 69/22 71/5 71/23 73/12 80/8 89/24 90/4 90/6 95/9 99/12 103/9 104/10 104/21 107/25 109/8 114/5 114/8 115/13 117/16 119/8 124/24 125/4
MR. HASSARD: [1] 58/25
MR. PEARLMAN: [13] 109/21 109/24 110/1 110/14 110/17 110/24 111/1 111/10 112/10 117/13 119/5 124/1 124/22
MS. PELKER: [50] 5/8 10/2 10/4 11/15 11/21 12/4 12/17 13/15 15/24 26/5 27/2 27/20 29/3 36/21 37/14 37/20 40/18 43/1 43/5 44/12 44/25 46/10 49/11 50/2 50/20 50/24 51/11 52/22 52/24 53/9 56/19 57/17 61/17 63/17 71/3 71/15 72/9 72/18 80/14 89/23 91/19 93/1 93/15 93/24 95/7 99/7 109/16 111/15 111/18 112/4
THE COURT: [117] 4/2 5/10 5/13 5/19 5/22 5/25 10/3 10/5 11/25 12/7 12/18 13/10 13/16 16/3 19/10 21/4 21/24 26/10 27/3 28/3 28/18 29/4 36/22 37/1 37/4 37/16 37/24 40/11 40/20 43/6 44/13 45/3 46/12 47/9 49/14 49/17 50/8 50/19 50/23 51/10 51/17 52/9 52/23 52/25 53/2 53/12 56/21 57/18 57/20 57/24 58/8 58/15 61/18 61/22 63/19 66/22 69/20 69/24 70/2 70/20 71/4 71/6 71/12 71/16 71/22 71/24 72/13 72/21 73/3 73/10 80/7 80/15 83/8 89/25 90/5 91/24 93/4 93/25 99/8 99/13 103/10 104/11 104/22 108/2 109/17 109/23 109/25 110/3 110/10 110/16 110/19 110/23 110/25 111/3 111/12 111/17 111/21 112/7 112/12 112/18 112/21 114/21 115/16 116/12 117/15 117/17 119/7 119/9 123/25 124/2 124/14 124/18 124/23 124/25 125/8 125/16 125/20
THE COURTROOM DEPUTY: [10] 6/7 6/12 32/18 59/1 59/5 71/21 110/21 113/9 117/23 124/13
THE WITNESS: [22] 12/8 16/4 19/13 21/5 28/20 40/12 43/2 43/8 45/4 66/23 80/9 83/9 93/6 93/16 95/11 99/10 103/11 104/12 104/23 113/8 116/13 124/17

$

$1,000 [2] 77/13 81/14
$100 [3] 24/17 30/8 30/11
$100,000 [1] 80/13
$103 [2] 32/4 32/10

$130 [2] 17/13 29/13
$247,396 [1] 92/12
$26 [1] 25/1
$33 [1] 60/21
$40 [1] 70/25
$50,000 [2] 61/9 78/14
$51,000 [1] 60/24
$542 [1] 82/24
$75,000 [1] 61/3
$77 [1] 8/19
$80 [1] 7/4

'

'12 [1] 90/17
'13 [1] 90/17

.

.00990 [1] 86/23
.39 [1] 34/10
.46 [3] 82/22 86/16 87/1

0

0.46BTC [1] 82/8

1

1 percent [1] 59/16
10 [16] 38/16 38/21 61/8 71/7 71/8 75/24 75/25 76/10 81/16 81/17 101/12 110/25 114/23 115/2 120/22 121/23
10.955 [1] 25/14
100 [2] 24/12 24/17
100 percent [3] 40/12 49/3 93/12
10005 [1] 2/4
10:00 [1] 4/11
10:51 [1] 71/11
10:54 [1] 73/2
10th [1] 83/24
11 [5] 25/1 25/5 36/14 64/23 102/19
112 [1] 3/7
117 [1] 3/10
119 [1] 3/10
11:00 [1] 71/8
11:19 [1] 73/9
12 [2] 102/18 120/22
121 [2] 120/21 120/23
12:16 [1] 110/9
12:25 [1] 112/20
12:30 [5] 4/10 71/19 71/19 109/18 110/4
12:40 [2] 112/18 112/23
12:41 [1] 124/12
12:43 [1] 125/24
12th [2] 39/13 82/8
13 [3] 36/17 65/8 66/1
130 [1] 33/13
1301 [1] 1/20
132 [1] 33/12
13th [4] 39/14 40/25 117/1 118/1
14 [5] 13/21 66/16 118/17 119/17 119/18
151 [2] 120/21 120/25
16 [5] 91/15 92/10 92/11 117/5 118/4
17 [1] 88/4
18 [1] 121/16
18th [4] 91/10 125/12 125/17 125/19
1:00 [5] 4/7 4/9 4/10 71/20 71/21
1:00 too [1] 124/3
1:57 p.m [1] 102/21
1BBAVGU [1] 30/14
1CRm234X [1] 30/20
1HEMZ [1] 82/10
1HEMZA [5] 86/5 86/13 86/20 87/4 87/25
1KQTSR [1] 25/6
1st [2] 60/19 80/18

2

2 percent [2] 46/5 59/16

2.0 [3] 64/25 65/11 65/14
2/12/17 [1] 88/4
20 [3] 120/9 121/1 121/2
20001 [1] 2/9
20005 [1] 1/21
2011 [38] 7/20 8/7 8/16 8/19 12/3 14/24 15/3 15/5 15/7 15/8 15/9 15/23 16/10 16/25 17/12 23/23 25/14 29/2 29/12 30/8 31/10 31/12 32/10 33/14 33/19 34/23 35/11 35/18 36/18 36/19 36/24 39/13 40/25 60/16 60/19 60/21 90/17 94/18
2012 [1] 96/12
2013 [14] 9/16 36/11 64/2 64/4 69/9 75/8 78/6 78/10 78/17 79/3 79/4 79/7 94/17 103/14
2014 [5] 9/16 65/1 65/17 68/17 91/10
2015 [5] 66/14 66/19 66/24 68/9 69/17
2016 [9] 67/25 76/2 76/6 79/7 79/10 81/20 102/21 114/3 115/20
2017 [13] 55/1 55/5 55/6 55/9 55/10 55/13 61/3 65/19 66/5 79/7 82/9 87/23 89/20
2018 [11] 61/3 79/10 80/18 81/19 81/21 82/5 82/12 82/16 83/4 83/24 89/20
2021 [3] 49/19 54/1 54/3
2022 [3] 55/24 56/2 113/15
2023 [4] 117/1 117/11 118/21 125/12
2024 [2] 1/5 126/10
20530 [2] 1/14 1/17
20th [4] 7/20 8/19 11/5 96/12
21 [1] 13/18
21-399 [1] 1/4
22nd [1] 87/23
23 [3] 15/5 15/12 80/17
24th [5] 23/23 24/20 24/25 25/3 25/14
25.439 [1] 31/10
25.44 [1] 30/11
25th [1] 76/6
26 [2] 1/5 23/23
27 [1] 35/18
27.4 [1] 24/18
27th [3] 33/14 33/19 126/10
28 [2] 30/19 35/11
28th [2] 34/23 35/6
29 [1] 82/2
29th [4] 35/18 49/19 54/1 54/3
2:00 [3] 124/21 124/22 124/24
2:00 p.m [1] 124/25
2:00 then [1] 125/23
2nd [3] 76/2 117/11 118/21

3

3 percent [2] 46/6 59/17
30 [3] 2/3 60/16 82/14
31 [2] 83/2 83/3
313 [2] 99/16 101/20
313A [2] 6/6 100/8
314 [3] 14/19 16/20 30/3
315 [2] 27/6 27/7
316 [4] 32/17 32/18 32/19 32/21
317 [1] 38/9
317C [1] 101/8
318 [1] 45/12
32 [2] 83/1 83/23
325 [2] 58/24 59/3
333 [1] 2/8
356 [3] 73/15 91/7 95/6
371 [2] 85/25 121/16
399 [1] 1/4
3rd [10] 17/12 23/16 24/14 29/12 30/3 75/8 78/6 82/5 82/12 102/21

4

403 [1] 112/14
41 [1] 39/22

**4**

**414A [2]** 88/2 88/3
**414C [2]** 75/17 102/13
**43.67 [1]** 39/20
**47D [5]** 3/10 118/14 119/6 119/9 119/11
**47E [7]** 3/10 116/17 116/18 117/14 117/17 117/19 122/17
**4:00 [1]** 4/12

**5**

**5-minute [2]** 110/1 110/5
**5.1527 [1]** 1/17
**50 [1]** 108/17
**52.5 [1]** 33/17
**5R [2]** 25/8 25/9

**6**

**60 [1]** 8/19
**60.41 [1]** 34/1
**60.417 [1]** 33/20
**60.7 [1]** 34/24
**60.8 [1]** 34/8
**601 [3]** 1/16 62/15 106/19
**61.669 [1]** 35/6
**61.699 [2]** 35/9 35/11
**6710 [1]** 2/8
**6th [1]** 13/18

**7**

**77,000 [1]** 61/3
**77.60 [1]** 10/10
**7th [1]** 72/19

**8**

**80 [2]** 7/1 7/20
**84 [1]** 92/12
**89.87 [1]** 39/14
**8th [1]** 2/4

**9**

**950 [1]** 1/14
**99 [1]** 3/4
**9:00 [2]** 124/8 124/15
**9:00 a.m [1]** 124/7
**9:19 [1]** 1/6
**9:21 [1]** 5/21
**9th [3]** 32/3 32/10 83/4

**A**

**a.m [7]** 1/6 5/21 71/11 73/2 73/9 124/7 124/15
**ability [3]** 102/8 109/11 122/6
**able [7]** 4/5 22/13 42/22 72/1 92/9 109/13 111/19
**about [96]** 4/3 4/14 4/14 4/22 7/14 9/6 15/11 15/20 15/22 17/4 18/17 19/2 20/11 20/14 22/24 23/21 25/20 27/21 27/24 28/3 28/9 29/1 37/7 37/10 37/18 42/22 45/1 46/3 46/25 49/2 51/1 51/8 51/19 51/19 55/7 56/11 58/7 58/8 58/9 58/10 63/4 67/3 67/7 67/10 67/14 67/15 71/16 71/17 71/18 72/18 73/4 76/8 76/23 77/4 78/25 82/17 83/13 85/6 85/7 85/9 85/15 86/14 87/13 89/6 89/16 91/20 94/12 95/13 95/23 96/6 96/6 97/3 97/6 97/20 97/24 99/17 100/10 100/14 101/21 102/3 104/17 105/14 106/7 108/7 108/25 110/15 110/16 114/9 114/22 115/6 116/5 118/1 118/5 118/9 118/10 125/7
**above [2]** 40/9 126/5
**above-entitled [1]** 126/5
**Abraxas [3]** 68/8 68/11 68/14
**absolutely [3]** 49/12 100/7 122/16
**acceptance [4]** 117/7 118/5 118/18 119/18
**access [2]** 79/10 103/20
**accessible [3]** 106/10 106/15

107/13
**account [199]**
**accountant [2]** 57/2 57/5
**Accountants [5]** 56/15 56/18 56/25 57/8 57/9
**accounting [2]** 57/11 57/13
**accounts [58]** 15/2 17/3 17/18 17/23 17/24 18/8 18/10 18/12 18/15 19/5 20/23 22/23 22/25 23/12 23/12 28/23 29/19 36/1 46/19 47/14 47/17 47/21 48/15 48/23 48/24 49/1 64/22 80/4 84/23 91/6 91/8 91/21 92/18 92/21 93/7 93/9 94/3 94/9 94/17 94/18 94/24 94/25 95/2 95/13 95/14 95/15 95/17 96/10 100/21 103/13 104/18 104/19 105/15 105/19 105/19 105/23 106/5 107/4
**accuracy [2]** 44/24 45/8
**accurate [2]** 12/24 108/11
**acquired [1]** 84/18
**across [1]** 38/23
**action [2]** 1/3 54/13
**actively [1]** 79/18
**activities [1]** 38/1
**activity [11]** 15/13 21/14 28/1 28/4 28/6 82/9 104/7 106/8 108/18 108/24 109/7
**actual [3]** 14/14 93/22 107/2
**actually [17]** 10/16 11/13 13/7 24/5 24/5 31/14 31/22 67/15 72/2 74/5 79/11 83/1 86/22 86/25 95/17 102/19 117/21
**add [1]** 46/18
**additional [7]** 40/8 46/24 53/13 56/7 76/8 83/15 104/2
**additionally [3]** 83/15 102/23 102/24
**address [53]** 9/1 13/5 13/6 13/7 13/9 13/13 24/7 25/5 25/11 25/15 30/12 30/17 30/19 30/21 30/25 31/5 31/6 33/20 33/23 35/21 41/1 41/4 42/8 42/10 42/17 43/3 43/10 43/15 55/19 71/14 75/22 75/22 82/9 82/10 83/6 83/10 83/25 84/3 84/3 84/6 86/5 86/8 86/13 86/13 86/20 87/1 87/8 87/9 87/15 87/25 104/14 111/6 112/14
**addressed [1]** 94/23
**addresses [34]** 38/20 38/23 39/1 39/2 39/4 39/25 40/3 40/4 40/6 41/13 41/15 41/18 41/20 43/18 43/18 44/7 44/16 48/16 55/17 56/8 79/23 79/24 86/7 86/9 86/17 86/25 87/8 87/20 101/15 101/16 101/18 102/4 104/5 105/9
**adjust [2]** 111/23 112/8
**administration [1]** 47/8
**administrator [7]** 45/20 59/14 59/18 62/5 62/8 64/7 64/15
**administrators [11]** 65/14 66/10 66/14 66/16 67/23 68/6 68/14 69/4 69/14 70/10 70/23
**admit [1]** 117/14
**admitted [5]** 116/17 117/17 117/19 119/9 119/11
**advertising [2]** 90/21 91/4
**advise [1]** 123/21
**after [17]** 39/19 40/7 52/13 54/12 71/8 71/8 73/1 79/7 85/4 87/4 107/20 107/24 108/4 112/11 115/9 124/19 125/7
**afternoon [9]** 72/14 72/15 112/2 112/3 112/6 113/2 115/1 115/8 125/11
**again [45]** 7/24 14/23 17/4 21/19 23/4 24/20 25/17 27/20 29/6 30/2 30/2 30/19 30/24 33/5 33/11 35/10 35/14 35/24 36/22 39/7 39/10 43/8 51/7 54/22 59/15 60/8 60/13 61/14 65/2 65/18 66/2 69/10 79/4 81/24 91/8 91/12 91/12 91/19 93/5 94/2

95/11 96/5 96/14 116/22 125/18
**against [2]** 72/19 125/6
**Agent [1]** 9/12
**agents [1]** 46/8
**ago [7]** 36/14 36/17 56/6 64/23 79/5 84/13 85/17
**Agora [10]** 66/13 66/18 66/24 67/1 67/4 67/7 67/12 67/15 67/16 67/23
**agree [16]** 26/16 34/20 54/15 55/16 60/23 61/8 61/11 67/18 77/16 78/7 79/1 81/19 85/8 85/16 111/14 118/10
**agreed [2]** 23/8 119/3
**agreement [6]** 116/21 116/22 122/10 122/11 123/10 123/12
**agrees [1]** 122/20
**ahead [4]** 49/17 51/10 63/19 71/6
**Akemashite [19]** 20/11 20/15 22/10 23/4 23/9 29/10 46/3 48/14 67/3 67/6 67/10 67/12 67/14 90/21 91/2 94/2 104/23 105/5 105/14
**all [67]** 4/2 5/19 5/22 11/21 12/20 12/23 14/5 15/1 15/3 15/12 16/3 16/13 20/25 21/15 22/11 32/10 32/14 33/1 39/19 40/12 41/18 41/19 43/22 43/25 50/13 50/18 57/19 63/5 71/6 72/25 73/3 73/10 79/8 84/25 85/5 86/25 87/8 87/21 90/6 92/13 94/8 95/5 99/2 99/4 99/13 102/7 105/2 106/1 106/25 107/13 107/16 109/19 110/13 111/17 112/4 112/7 112/21 114/14 115/3 122/25 123/8 123/25 124/18 124/20 125/20 125/22 125/22
**allegations [1]** 51/15
**allegedly [1]** 49/21
**allocute [1]** 123/21
**allow [6]** 12/7 40/21 43/6 51/18 58/15 99/8
**allowed [4]** 8/3 10/19 52/8 58/5
**almost [1]** 123/16
**along [4]** 39/24 40/2 111/16 124/5
**AlphaBay [4]** 65/16 66/5 66/7 66/10
**already [13]** 5/4 25/17 48/17 50/7 58/9 72/14 72/14 77/10 77/14 77/14 81/11 81/14 81/15
**also [19]** 9/14 13/1 18/3 29/9 38/22 50/12 50/25 68/19 72/23 78/2 83/13 98/7 106/15 109/2 111/15 114/14 116/1 118/20 122/2
**alternates [2]** 4/15 72/12
**am [89]** 4/3 5/3 9/7 11/19 12/5 12/23 12/24 15/6 15/8 16/1 17/14 18/4 22/3 26/23 27/25 30/1 37/17 43/9 44/22 46/18 47/16 49/2 49/13 50/9 51/20 52/6 52/7 52/9 52/20 53/11 53/18 53/23 54/18 55/14 55/15 55/18 55/22 56/11 56/16 57/1 57/3 57/10 58/22 60/13 63/5 63/24 64/4 64/9 64/17 66/12 67/4 68/7 68/20 69/6 69/15 70/17 70/24 72/13 76/18 80/3 81/3 81/21 82/1 84/21 84/23 86/9 88/24 90/2 90/5 90/10 90/12 90/14 90/18 90/18 90/20 94/7 94/11 94/15 95/1 95/4 95/9 97/2 97/12 111/13 111/17 111/25 112/16 116/5 124/4
**ambiguity [1]** 28/5
**AMERICA [6]** 1/3 27/13 33/2 48/22 48/24 48/25
**American [1]** 56/17
**AML [1]** 104/2
**among [2]** 20/7 110/7
**amongst [1]** 71/9
**amount [10]** 6/19 33/11 34/7 46/20 46/20 78/15 86/22 92/12 102/2 103/12
**amounts [4]** 21/6 47/18 93/6 93/8
**analysis [19]** 16/12 16/13 19/17 19/25 20/1 36/17 42/21 44/16

**A**

analysis... [11] 44/19 56/12 63/15 79/15 79/21 94/23 95/13 98/19 98/22 100/6 101/2
analyst [1] 58/21
analyze [1] 95/1
analyzing [1] 95/2
announcement [3] 40/7 44/8 101/19
annoyed [1] 77/17
anonymous [2] 105/12 105/19
another [6] 4/9 24/20 24/23 24/24 30/19 68/20
answer [9] 15/6 30/1 43/7 45/3 63/13 81/24 93/4 99/8 102/23
answered [18] 13/10 13/10 27/2 29/3 37/15 40/19 40/20 43/1 43/6 44/12 44/25 46/10 52/25 61/17 63/17 93/1 93/25 111/11
answers [3] 52/5 52/13 52/14
anti [3] 85/13 89/21 109/12
anti-money [3] 85/13 89/21 109/12
any [109] 8/10 9/19 11/20 12/2 12/3 12/11 12/12 12/20 12/21 12/24 13/1 13/1 13/2 14/12 14/13 14/13 15/15 20/8 25/19 27/9 27/12 27/18 27/19 28/9 28/14 28/15 31/23 32/23 33/1 36/3 36/6 37/25 38/4 40/1 42/3 43/22 43/22 43/25 43/25 46/15 47/7 48/18 48/21 53/13 53/13 53/16 53/16 54/18 54/20 54/21 55/7 55/11 56/6 61/6 62/25 63/7 63/10 63/16 63/21 64/14 64/19 64/22 65/13 66/9 66/12 67/22 68/5 68/13 68/25 69/3 69/4 69/6 69/13 69/15 70/8 70/9 70/11 71/9 72/5 78/24 83/11 84/14 85/2 85/18 88/25 89/5 89/5 89/10 90/24 91/17 91/18 92/5 93/13 94/10 99/18 102/25 110/11 111/18 115/4 117/15 119/7 122/13 122/14 122/25 123/3 123/5 123/8 123/14 124/10
anybody [6] 75/14 89/1 89/4 97/18 124/10 124/16
anyone [1] 51/12
anything [22] 11/12 12/20 12/21 14/14 15/11 15/22 25/18 27/9 27/12 28/1 29/1 32/23 37/7 37/10 53/23 58/8 58/25 71/14 87/13 89/16 94/7 112/15
anywhere [4] 9/8 35/3 35/15 40/9
aplea [1] 116/22
apologize [2] 54/14 107/6
app [4] 97/9 97/11 97/12 97/15
appear [2] 35/3 111/4
APPEARANCES [3] 1/12 1/23 2/1
appeared [3] 38/23 87/9 100/11
appearing [1] 101/2
appears [1] 87/16
Apple's [1] 97/15
applied [2] 108/12 120/19
appointment [1] 4/10
appointments [1] 109/19
Appreciate [1] 110/17
approximately [8] 24/16 24/18 36/15 36/18 39/23 59/17 78/7 92/12
April [4] 54/1 54/3 75/8 78/6
April 29th [2] 54/1 54/3
April 3rd [2] 75/8 78/6
arbitrary [1] 87/11
are [207]
are allowed [1] 58/5
aren't [1] 39/4
arguing [1] 91/23
argument [2] 51/1 52/2
argumentative [3] 13/15 15/24 40/18
arguments [1] 50/6
around [11] 17/17 18/6 18/9 18/10 39/22 51/4 60/24 61/3 86/7 89/20

114/3
arrest [4] 49/22 51/6 53/24 97/8
arrested [9] 49/9 50/14 50/22 52/19 53/5 99/3 113/15 113/17 113/25
arrow [2] 24/10 32/9
article [4] 50/12 51/1 51/6 108/7
articles [4] 108/9 108/11 108/18 108/20
as [93] 10/16 11/18 11/19 13/5 14/7 14/18 15/23 16/9 18/8 19/6 19/6 19/13 19/20 22/17 23/9 23/10 27/6 28/2 32/16 33/13 38/8 40/4 41/20 45/11 45/19 45/20 47/3 50/6 55/8 57/4 57/15 58/24 61/16 61/16 61/20 61/20 63/12 64/17 64/21 66/2 67/22 71/13 71/19 72/8 72/8 72/10 72/11 73/14 74/16 75/3 75/7 75/17 75/17 81/20 83/16 84/4 84/7 84/11 84/13 84/25 85/6 85/6 87/10 88/1 91/21 92/2 94/7 95/21 100/23 102/1 108/1 108/11 108/21 111/20 111/22 114/10 114/10 114/25 116/2 118/14 118/14 119/3 119/6 120/19 121/3 121/3 122/25 123/6 124/6 124/9 124/9 125/14 125/14
ask [22] 5/1 5/3 37/17 37/25 53/2 53/12 56/11 58/1 58/2 58/7 58/8 58/15 70/25 72/21 73/3 82/7 84/17 90/1 111/7 111/8 123/17 124/7
asked [31] 13/10 17/21 25/17 27/2 27/23 29/3 37/14 40/18 40/20 43/1 43/21 44/12 44/25 45/1 46/10 48/17 48/17 58/9 58/10 61/17 63/17 85/18 93/1 93/25 99/17 101/21 104/17 106/7 108/7 111/11 115/11
asking [21] 9/5 11/19 12/5 16/1 26/7 27/17 27/25 28/8 52/4 53/21 76/7 77/21 78/1 78/2 85/13 85/14 85/15 86/14 95/9 102/14 116/5
assess [2] 100/18 101/4
assessed [1] 101/14
assessing [3] 20/3 94/11 100/20
assessment [9] 18/4 18/5 19/23 42/1 62/20 93/13 93/17 94/10 100/14
assigning [1] 87/15
assignment [1] 87/11
assistance [4] 67/4 119/24 123/9 123/15
associated [6] 9/1 9/24 20/23 22/8 30/25 98/14
associating [1] 15/9
association [3] 56/14 57/8 114/19
assume [1] 115/3
assuming [2] 10/23 41/17
assumption [4] 60/2 60/6 61/16 61/20
ATM [1] 71/1
attaching [1] 84/21
attempt [3] 13/7 94/23 95/11
attempting [1] 26/24
attention [13] 16/19 64/1 65/8 65/16 66/13 68/8 68/16 69/7 69/16 70/4 100/8 105/3 116/16
attenuated [1] 50/18
attesting [2] 44/24 45/8
Attorney's [2] 122/21 123/14
attorneys [2] 119/21 119/24
attributing [1] 19/16
attribution [2] 43/3 43/11
audit [3] 63/16 63/21 63/24
August [6] 76/2 102/21 114/3 115/20 117/11 118/21
August 2nd [3] 76/2 117/11 118/21
August 3rd [1] 102/21
Aurum [28] 6/20 7/5 7/7 7/9 7/11 7/15 7/16 7/18 7/19 7/22 7/24 8/1 8/3 8/11 8/15 8/18 18/10 20/23 21/14 23/11 23/11 23/12 25/22 26/17 28/22 29/18 32/11 32/12

authorities [2] 122/24 123/8
availability [2] 72/10 73/4
available [2] 73/5 84/22
Ave [2] 1/14 1/20
Avenue [1] 2/8
average [3] 60/4 60/9 61/1
avoid [1] 94/20
avoided [1] 94/16
aware [71] 9/7 12/23 12/24 13/13 36/19 36/23 37/7 37/12 38/18 43/9 44/22 46/2 46/18 47/17 49/9 52/18 52/24 53/7 53/9 53/10 53/18 53/21 53/23 54/18 54/20 54/25 55/15 55/18 55/20 55/22 63/24 64/6 64/14 64/17 66/9 66/12 67/4 67/21 68/5 68/7 68/13 68/19 68/20 68/22 68/25 69/3 69/6 69/11 69/13 69/15 70/4 70/9 70/15 70/17 70/22 70/24 79/6 80/6 80/12 88/22 88/25 89/4 89/20 90/9 90/14 90/16 90/18 90/18 90/19 97/2 108/9
away [1] 84/5

**B**

bachelor's [1] 57/13
back [29] 16/19 27/19 27/25 32/9 32/10 32/11 71/7 71/17 73/8 78/1 78/4 79/12 81/16 94/17 101/20 103/3 109/24 110/7 112/11 112/13 112/13 113/15 118/8 124/11 124/15 124/20 124/21 124/25 125/22
background [1] 115/4
ball [1] 62/17
ballpark [1] 61/2
bank [14] 17/5 69/16 70/4 70/5 70/10 71/1 71/2 77/10 77/12 81/11 81/13 88/11 88/19 105/11
banking [2] 88/16 105/17
Bankruptcy [1] 2/7
Bansal [1] 117/2
barely [1] 64/19
based [21] 19/17 20/1 25/7 26/16 42/19 42/20 44/17 46/2 49/2 49/7 60/4 60/9 60/14 61/4 61/20 61/24 87/11 87/15 87/21 100/21 120/12
basically [3] 15/1 96/5 120/11
basis [2] 16/2 18/22
bathroom [1] 110/24
be [67] 4/5 4/11 4/21 21/17 22/13 22/20 25/8 25/24 26/8 28/8 28/9 41/8 41/13 42/22 51/11 52/2 52/2 52/3 52/3 52/20 55/11 62/6 62/15 63/12 66/1 67/5 71/25 72/1 72/3 72/4 76/6 76/17 77/2 77/7 79/12 79/17 85/25 87/8 88/1 88/16 90/19 92/13 93/2 94/22 99/19 100/11 102/10 106/5 109/3 109/6 109/22 110/12 111/12 112/1 112/6 112/13 113/9 115/3 115/10 116/5 116/21 117/17 118/14 119/9 121/6 121/16 124/13
beach [1] 62/17
bearing [1] 50/4
because [49] 4/7 4/10 5/16 8/8 9/15 11/23 12/8 16/23 17/2 17/2 20/4 23/22 28/6 34/12 39/24 49/22 49/23 49/24 50/8 50/16 51/6 52/21 53/4 55/23 58/7 63/1 76/20 77/2 77/21 81/5 84/6 84/7 84/16 84/17 85/20 85/21 85/21 87/21 93/2 93/22 97/21 100/3 102/1 105/9 109/2 109/18 110/10 112/13 115/11
becoming [1] 4/3
been [32] 5/4 5/17 8/12 11/17 14/20 22/15 22/16 28/1 31/22 31/23 46/16 50/14 53/18 53/21 55/3 55/14 61/2 63/16 63/21 64/22 67/14 77/11 77/23 85/2 89/22 92/9 95/12 111/10 111/12 115/7 118/13 122/8
before [13] 1/9 4/2 4/23 37/1 44/8 51/6 71/14 82/3 84/14 89/22

**B**

before... [3]  109/14 118/1 123/21
beginning [1]  122/19
behalf [1]  123/21
behavior [3]  28/21 29/2 36/1
behavioral [1]  36/17
behind [1]  65/4
being [23]  17/14 21/6 24/17 29/13
  35/10 46/3 51/15 54/20 63/12
  66/24 72/2 77/17 78/25 79/19 89/1
  89/4 89/6 92/7 101/11 102/11
  109/13 110/16 111/13
believe [32]  6/18 9/11 14/18 21/7
  23/10 25/7 25/8 31/7 32/13 33/18
  35/5 35/16 38/14 39/2 42/20 43/2
  43/10 44/7 48/13 50/11 55/24
  63/14 67/12 74/2 74/17 75/13
  81/23 85/19 107/17 121/20 121/23
  125/10
belong [3]  18/11 41/13 41/15
belongs [1]  29/9
below [1]  119/21
bench [6]  49/15 52/16 57/23 58/18
  114/7 115/18
best [7]  73/6 77/6 82/11 83/21
  100/6 100/7 124/5
better [1]  33/24
between [30]  11/22 14/24 19/7
  20/5 23/21 25/21 28/21 36/1 42/8
  46/3 46/5 59/24 62/4 64/7 64/15
  67/21 68/5 68/13 69/3 69/13 93/18
  95/14 96/9 100/14 102/2 102/12
  103/12 103/15 107/11 109/7
beyond [2]  51/21 90/2
BIC [1]  88/9
big [2]  10/8 65/7
billions [2]  62/1 62/6
Binance [6]  73/15 73/23 73/25
  74/5 74/9 88/21
binder [2]  65/3 65/6
bit [13]  30/23 31/13 33/24 34/25
  35/17 38/10 44/3 50/1 62/16 76/4
  77/17 79/1 102/19
Bitcoin [219]
BitcoinFog [1]  20/15
BitcoinFog.com [5]  12/9 12/14
  14/4 100/13 106/15
BitcoinFog.onion [1]  55/19
Bitcoins [4]  76/20 81/5 84/18
  105/10
Bitfinex [6]  74/13 74/14 114/1
  114/3 114/9 115/21
Bitstamp [31]  74/24 74/25 75/14
  75/18 76/6 76/7 77/18 77/21 77/24
  78/6 78/9 78/11 79/6 79/9 79/20
  81/25 82/8 83/19 84/3 85/9 85/11
  86/14 88/7 88/21 89/2 89/9 102/13
  102/15 103/15 103/18 104/2
black [6]  18/10 65/7 69/16 70/4
  70/5 70/10
blockchain [14]  15/13 16/11 16/13
  27/15 27/15 30/13 33/20 42/21
  63/1 63/3 87/9 87/22 100/6 107/11
body [1]  110/2
both [12]  17/22 17/24 18/7 23/12
  24/1 29/21 49/23 49/24 102/2
  109/11 111/11 111/14
bottom [8]  6/19 6/25 11/1 39/1
  39/18 40/6 81/10 102/19
bought [3]  47/12 77/5 92/16
box [11]  5/23 6/25 10/8 17/17
  17/22 18/6 18/7 18/9 18/10 39/2
  40/3
boxes [2]  18/9 41/15
breach [1]  123/10
break [18]  69/20 69/25 71/5 71/7
  71/12 71/14 73/1 109/11 109/25
  110/1 110/3 110/5 110/10 115/17
  123/17 123/25 124/2 125/1
breakdown [4]  62/23 62/25 63/7
  63/11

breath [1]  72/23
briefed [1]  51/13
briefly [2]  101/20 116/25
bring [2]  110/20 114/13
bringing [2]  110/21 114/15
broadcast [2]  27/16 33/4
BRODIE [1]  1/15
broken [2]  17/14 29/13
Brooklyn [1]  2/4
brought [1]  49/18
BROWN [1]  1/15
BTC [10]  31/10 31/10 35/7 83/6
  83/10 83/11 83/14 83/16 83/18
  83/18
Builder [1]  84/22
bunch [1]  86/7
business [5]  84/9 84/10 84/12
  106/20 106/23
buy [7]  23/1 60/16 76/19 76/22
  81/4 81/7 96/17
buyers [3]  106/22 106/25 107/2
buying [3]  27/21 27/24 77/3

**C**

calculate [2]  60/11 61/24
calculated [3]  60/2 61/12 61/14
calculating [2]  59/23 62/4
calculation [1]  60/4
calendar [4]  111/19 111/19 111/22
  112/5
call [2]  109/20 109/23
called [5]  36/20 36/25 37/12
  114/1 115/21
calling [2]  9/25 64/1
calls [4]  11/15 26/5 27/20 91/19
came [7]  38/23 40/8 62/7 66/23
  92/11 95/2 99/5
can [82]  4/11 4/13 4/22 5/22 9/21
  16/4 28/3 33/24 35/2 36/22 38/2
  38/7 40/6 41/12 42/4 42/15 44/21
  45/3 45/4 45/8 45/10 47/15 48/8
  49/8 49/14 49/16 52/11 53/1 54/9
  56/21 57/18 59/9 59/10 61/18 62/2
  62/13 62/24 69/22 71/5 71/17 72/8
  72/10 73/8 76/4 76/4 76/13 76/14
  77/2 78/4 80/13 84/13 85/1 85/24
  89/19 93/4 94/16 96/14 97/1 97/9
  97/11 97/17 99/16 102/22 105/1
  105/7 109/23 110/19 111/3 112/15
  112/18 113/2 114/21 115/1 115/5
  115/15 115/16 117/25 122/18 124/7
  124/9 125/1 125/8
can't [10]  25/17 42/10 44/20
  44/23 45/7 62/23 78/17 78/20
  97/21 108/1
candidate [1]  8/11
cannot [1]  45/9
capable [1]  54/12
card [1]  105/11
careful [1]  110/16
case [25]  4/4 19/6 23/24 28/7
  28/8 37/5 42/19 51/2 51/4 53/20
  54/24 56/12 71/9 91/22 102/11
  103/23 104/13 110/7 111/22 114/11
  114/14 116/23 120/24 122/13
  124/10
cases [1]  63/5
cash [1]  23/2
CATHERINE [1]  1/13
Ccips [1]  1/19
ceased [1]  107/20
cents [2]  8/20 60/17
certain [5]  43/15 79/23 89/21
  97/12 108/8
certainly [3]  16/7 65/20 97/11
certification [1]  57/15
certified [7]  56/15 56/18 57/2
  57/7 57/8 57/15 58/20
certify [1]  126/3
chain [2]  22/23 101/21
Chainalysis [23]  38/16 38/19
  38/24 39/4 44/19 47/6 56/9 60/1

63/7 63/15 63/24 79/11 79/21
  79/23 80/1 80/9 80/10 80/13 86/4
  87/6 87/15 101/13 103/20
Chainalysis' [1]  80/3
change [5]  42/19 42/23 55/18
  60/12 61/13
changed [3]  46/4 46/5 55/16
characterizing [1]  94/7
charged [2]  113/18 113/19
Charlie [1]  75/17
chart [1]  101/9
Chartered [2]  56/24 57/9
charts [3]  99/18 101/3 102/7
Chase [2]  71/1 71/2
cheap [1]  77/5
check [6]  54/16 60/25 79/12 79/15
  92/5 111/19
checked [4]  55/23 56/1 56/4 56/6
child [7]  4/7 4/20 71/2 71/2
  71/24 72/1 72/4
choose [1]  62/3
CHRISTOPHER [1]  1/15
chronically [2]  4/6 4/17
chunk [1]  84/18
CipherTrace [1]  44/19
circle [1]  101/15
circled [1]  42/8
claim [1]  53/25
claiming [4]  13/25 55/21 108/9
  108/18
clarification [1]  95/9
clarified [1]  84/1
clarify [7]  16/1 24/10 28/3 28/11
  83/11 83/13 91/24
clean [3]  109/1 109/2 109/5
clear [13]  24/4 25/24 37/20 38/9
  41/13 42/14 42/15 51/12 51/13
  87/14 95/4 107/6 114/13
clearly [1]  109/7
clearnet [3]  14/1 14/14 106/15
clerk [2]  72/22 73/3
client [9]  82/20 84/2 122/19
  122/20 122/22 123/3 123/5 123/11
  123/15
client's [1]  123/9
close [2]  25/5 114/16
closely [1]  20/13
closer [1]  24/14
cluster [23]  38/17 38/19 38/21
  38/24 39/4 47/6 47/18 54/2 56/7
  56/9 59/15 60/15 61/15 62/8 86/9
  87/4 87/5 87/9 87/10 87/19 101/13
  101/14 108/15
clustering [4]  44/19 86/7 87/21
  87/25
clusters [2]  63/12 79/23
co [7]  41/17 41/19 44/17 44/21
  44/24 45/2 45/8
co-spend [5]  41/17 41/19 44/21
  44/24 45/8
co-spending [2]  44/17 45/2
code [22]  7/1 14/14 23/1 31/9
  31/10 31/13 31/14 31/20 31/21
  31/22 31/25 35/7 35/10 88/9 88/16
  88/22 88/25 89/3 89/8 102/8
  103/24 104/4
codefendant [1]  121/8
codes [3]  8/4 17/14 29/14
Coinbase [2]  90/9 90/10
collect [1]  85/21
collected [1]  62/1
Collins [1]  117/2
colloquy [1]  114/24
colored [1]  18/9
COLUMBIA [4]  1/1 12/25 122/21
  123/14
combine [1]  76/25
come [11]  40/5 63/23 71/7 71/16
  73/8 110/14 112/13 120/11 124/20
  124/21 124/25
coming [19]  11/3 34/21 78/2 92/6
  93/8 93/13 103/16 104/14 104/15

**C**

coming... [10]  108/16 108/16 108/19 108/20 108/21 108/25 109/3 109/13 109/24 112/10
comments [1]  78/25
commingled [1]  94/24
commit [1]  116/1
committed [2]  72/14 115/20
Committee [1]  123/13
common [1]  8/7
communicated [2]  31/23 67/3
communicating [3]  65/14 66/10 70/22
communication [2]  64/6 67/21
communications [6]  64/15 68/5 68/13 69/3 69/13 70/9
community [1]  8/15
company [6]  82/20 83/14 84/7 84/9 84/11 85/3
comparison [1]  81/21
complaining [1]  85/9
complete [2]  100/4 124/16
completed [2]  77/11 81/12
completely [5]  49/22 101/5 121/7 122/23 123/6
compliance [1]  121/5
compliant [1]  109/4
computer [3]  14/14 16/14 54/15
concealment [1]  11/22
concern [2]  50/23 114/12
concerned [2]  4/3 102/3
concerning [1]  51/14
conclusion [8]  11/16 11/24 26/6 26/7 27/21 42/22 91/20 91/21
conclusions [1]  63/22
condition [1]  4/19
conditions [1]  122/22
conduct [4]  71/9 118/25 119/15 124/10
conducted [1]  46/7
conference [6]  49/15 52/16 57/23 58/18 114/7 115/18
confirm [4]  83/19 93/12 102/23 102/24
confirmations [1]  83/18
confirming [1]  46/15
conflict [1]  124/4
confused [2]  8/12 94/15
conjunction [1]  87/1
connect [2]  105/17 109/13
connecting [1]  105/8
consecutive [1]  122/6
consider [3]  15/22 16/9 100/7
considered [4]  28/1 99/5 99/10 100/5
considering [1]  99/2
consistent [21]  7/17 21/9 21/16 21/17 21/22 26/2 26/14 35/22 41/6 41/8 46/6 47/11 92/15 92/22 93/2 101/1 103/7 104/8 104/12 106/5 108/22
conspiracy [7]  113/19 113/20 113/24 120/4 121/15 121/16 121/18
constitute [2]  46/17 123/10
constitutes [1]  126/4
Constitution [1]  2/8
contain [3]  18/10 63/1 63/3
CONTENTS [1]  3/1
context [5]  99/19 100/2 100/3 100/5 100/9
continue [7]  5/25 56/21 73/11 107/21 107/23 108/4 110/4
CONTINUED [3]  1/23 2/1 6/2
continues [2]  51/14 111/4
continuing [1]  51/25
contract [1]  80/3
control [6]  19/20 42/19 42/23 100/10 100/14 102/4
controlled [8]  17/25 20/6 20/18 29/22 29/24 41/21 43/15 44/8
controlling [2]  9/20 42/5

controls [3]  18/23 19/2 40/16
conveniently [1]  42/7
convention [3]  36/20 36/25 87/10
conversation [1]  79/1
conversations [1]  102/17
convert [2]  8/4 8/9
converted [3]  24/17 39/14 39/15
converting [1]  30/11
converts [2]  25/1 32/3
cooperate [5]  122/11 122/20 122/22 123/4 123/5
cooperation [5]  83/20 122/18 123/1 123/18 123/22
copy [1]  81/24
correct [166]
corrected [1]  25/10
correction [1]  85/3
correctly [6]  15/21 18/24 24/7 90/20 91/2 125/5
correspondence [1]  102/15
corroborate [1]  47/5
could [109]  6/6 6/11 7/24 8/8 14/17 14/18 19/1 21/17 22/14 22/16 23/1 24/10 25/8 25/8 26/22 27/5 27/6 28/9 28/10 30/23 31/12 31/22 31/22 31/23 31/24 32/5 32/8 32/15 32/15 34/12 34/13 34/25 35/17 38/8 38/10 39/17 40/23 41/8 41/11 42/18 44/3 45/11 47/22 58/10 59/2 60/12 60/16 61/13 61/25 62/6 62/14 62/14 62/16 65/4 65/22 66/16 73/14 73/15 74/13 74/24 75/14 75/16 75/16 75/24 76/10 76/12 77/25 78/4 80/17 80/20 81/16 81/16 82/2 82/4 82/14 82/14 83/1 83/2 83/2 83/3 83/22 86/10 90/8 91/7 94/18 95/12 97/14 97/18 99/19 100/8 100/20 101/8 101/8 102/13 102/18 102/22 102/23 102/24 105/2 106/18 109/3 110/1 114/5 117/5 118/23 120/23 120/25 121/2 123/4
couldn't [1]  79/2
counsel [6]  50/3 50/20 51/14 52/8 116/8 116/10
count [1]  108/19
counting [5]  94/16 94/20 94/22 95/5 96/8
counts [2]  121/15 121/23
couple [8]  31/25 80/20 80/21 80/22 80/22 81/17 81/18 81/18
course [1]  98/24
court [19]  1/1 2/6 2/7 5/16 50/7 51/9 52/7 55/3 58/5 111/18 111/19 120/16 120/17 120/23 120/25 121/2 123/13 126/3 126/13
Court's [2]  112/5 115/1
Courts [1]  2/7
coverage [1]  51/20
covered [2]  49/23 53/21
create [3]  22/10 62/25 84/10
created [2]  91/10 96/11
creation [5]  19/4 19/5 19/7 75/8 100/23
credit [1]  105/11
crime [8]  12/3 12/12 12/16 25/19 27/19 91/18 91/22 91/23
criminal [6]  1/3 27/22 28/1 28/4 28/8 109/10
criminals [2]  28/2 104/18
CRM [1]  1/19
Cross [2]  3/4 6/2
Cross-examination [2]  3/4 6/2
crypto [2]  13/19 97/19
cryptocurrency [1]  102/25
currencies [1]  96/18
currency [4]  8/1 96/16 105/11 114/1
currently [2]  113/13 119/17
custody [1]  54/4
customer [4]  77/17 77/23 81/25 85/2

customers [4]  88/18 104/9 104/13 104/14
cyber [1]  28/2

**D**

daily [1]  60/5
darknet [16]  62/22 68/17 69/1 74/9 75/10 96/22 98/10 98/17 106/18 106/19 107/5 107/16 108/17 109/3 109/10 109/14
data [1]  59/25
date [20]  21/1 49/20 60/5 60/9 60/11 61/14 61/24 62/9 64/24 65/21 68/18 69/10 69/18 74/6 75/8 76/2 78/5 80/17 82/25 102/20
dated [6]  82/16 88/3 117/1 117/11 118/20 126/10
dates [5]  60/14 65/2 65/18 66/15 79/8
day [11]  34/1 34/7 54/4 62/3 72/16 103/3 112/4 114/24 124/2 124/14 126/10
days [1]  4/5
DC [14]  1/5 1/14 1/17 1/21 2/9 12/22 27/10 32/24 43/23 48/19 106/8 106/10 106/13 106/16
De [3]  117/5 118/4 118/23
dead [6]  54/6 54/9 54/11 54/12 54/15 54/20
dealing [1]  14/23
Dear [2]  82/6 83/5
decided [2]  50/17 87/4
decides [1]  5/16
decisions [1]  77/6
deems [2]  123/1 123/9
defendant [7]  1/7 2/2 101/4 103/20 105/25 117/9 118/24
defendant's [6]  103/7 106/5 117/6 118/5 118/18 119/18
defense [10]  5/12 50/3 50/5 50/20 50/24 51/14 52/8 65/3 65/7 91/22
definition [2]  54/7 54/13
definitive [1]  102/10
defraud [1]  113/20
defrauding [1]  121/19
defunct [1]  84/19
degree [2]  57/11 57/13
delaying [1]  58/12
delighted [1]  112/16
demonstrate [2]  28/21 36/1
demonstrating [1]  36/2
DEPARTMENT [2]  1/13 49/10
Departure [1]  123/13
depending [3]  60/11 61/11 62/3
deposit [27]  19/7 22/13 23/5 26/3 26/11 26/15 38/14 38/16 39/2 39/18 39/19 40/4 45/19 60/5 60/10 60/15 78/10 78/21 78/25 82/8 83/12 84/3 84/3 87/2 101/13 101/16 101/18
deposited [10]  25/15 44/7 48/15 61/21 83/16 85/10 85/17 95/12 101/11 101/18
depositing [6]  26/8 35/22 47/14 47/20 92/25 94/3
deposits [20]  24/14 34/18 39/13 40/9 41/24 41/24 46/19 47/17 49/6 59/15 61/15 79/6 91/15 91/16 91/17 92/10 92/11 92/20 106/3 106/4
Dept [1]  1/20
deputy [3]  72/22 72/22 73/3
described [1]  102/1
designed [4]  21/7 54/11 96/17 100/11
desk [1]  16/16
despite [1]  51/15
detail [3]  76/19 77/4 81/4
details [2]  77/10 81/11
determine [2]  43/11 121/5
determined [1]  87/7
device [1]  97/23

**D**

**devices [6]** 14/7 14/9 14/11 54/21 54/23 99/4
**diagram [2]** 24/4 24/6
**did [84]** 8/3 8/7 8/10 10/19 14/9 14/13 14/16 15/15 15/21 16/9 16/25 16/25 18/14 18/23 20/22 23/10 24/7 26/10 29/25 31/6 47/4 48/13 51/1 51/12 55/6 56/12 59/22 60/25 62/25 68/25 73/3 84/6 86/4 87/6 87/7 90/4 94/19 95/1 95/11 98/19 100/9 101/3 102/5 103/1 103/2 103/25 104/1 104/3 104/5 105/24 106/4 106/12 106/14 106/19 106/21 106/22 106/24 107/1 107/7 107/9 107/10 107/20 107/22 107/23 108/4 108/6 110/23 113/21 113/23 114/3 115/13 115/23 116/1 116/22 116/24 118/10 118/11 118/12 119/24 121/13 121/14 122/2 122/4 125/5
**didn't [26]** 13/7 15/22 17/10 29/24 34/14 45/20 47/2 47/7 51/24 54/22 59/21 60/20 81/24 85/9 85/21 85/22 87/5 87/13 93/6 94/23 94/25 98/22 102/18 110/10 110/12 110/13
**difference [3]** 11/22 39/22 72/16
**different [11]** 20/23 21/5 22/24 28/8 59/16 99/18 101/5 104/8 104/14 107/1 118/9
**dire [1]** 115/11
**direct [14]** 3/7 7/13 19/13 20/10 24/1 24/12 47/18 100/8 100/24 102/17 103/14 103/16 112/25 122/17
**directed [1]** 123/6
**directing [2]** 65/8 105/2
**directly [3]** 62/21 78/12 92/15
**dirty [1]** 108/21
**disagree [2]** 52/6 78/5
**disbelief [1]** 52/14
**discovery [1]** 88/23
**discuss [6]** 25/23 29/15 71/9 110/6 124/10 124/16
**discussed [13]** 7/13 18/18 19/6 19/13 20/9 24/1 24/11 53/18 98/5 98/24 100/24 104/23 125/14
**discussing [2]** 20/15 22/3
**discussions [1]** 20/14
**displayed [1]** 119/17
**DISTRICT [7]** 1/1 1/1 1/10 2/7 12/25 122/21 123/14
**disturbing [1]** 114/15
**do [140]**
**docket [3]** 125/5 125/16 125/18
**document [7]** 22/17 75/22 100/25 118/8 118/9 118/15 118/24
**documentation [5]** 77/21 83/15 83/17 85/14 100/24
**documents [3]** 77/14 81/14 85/6
**does [18]** 25/12 35/4 35/5 36/9 42/17 45/23 45/24 63/3 79/25 83/17 84/9 84/23 86/10 86/12 93/9 106/25 111/18 124/23
**doesn't [20]** 5/12 7/9 30/16 30/20 35/3 41/3 42/14 42/16 42/18 43/19 45/22 54/16 63/1 63/7 63/10 80/1 85/20 92/2 100/1 109/4
**dog [2]** 118/14 119/6
**doing [16]** 15/11 16/10 36/16 52/2 52/12 59/23 76/16 76/18 77/20 81/3 81/21 88/18 100/2 100/17 100/18 106/22
**DOJ [9]** 1/16 1/19 49/23 50/3 51/6 52/18 52/21 53/4 53/10
**DOJ regularly [1]** 52/21
**DOJ-CRM [1]** 1/19
**DOJ-USAO [1]** 1/16
**dollar [3]** 24/12 60/8 60/14
**dollars [28]** 7/2 7/20 8/5 8/9

10/13 10/16 10/21 10/24 13/19 13/21 23/23 24/17 24/19 32/4 33/12 33/13 59/19 59/21 59/24 60/3 61/12 61/14 61/21 62/1 62/4 62/6 97/7 115/24
**domain [11]** 12/9 12/14 12/15 14/3 14/4 27/21 27/25 29/22 29/25 100/13 106/15
**domestically [1]** 49/24
**don't [102]** 4/13 5/16 6/22 9/11 12/20 13/1 25/11 26/11 26/16 29/1 31/7 31/7 31/7 32/13 32/25 33/3 34/17 35/5 35/16 37/1 37/24 37/25 39/25 40/6 41/14 42/3 43/2 43/10 43/21 43/25 45/22 48/20 49/5 50/18 53/12 55/7 55/8 56/3 57/13 57/15 59/13 60/18 60/22 61/5 64/17 64/20 64/24 65/2 65/10 65/13 65/18 65/20 66/6 66/15 67/9 68/2 68/10 68/18 69/10 69/18 70/8 70/11 71/7 71/8 71/9 72/21 75/5 77/13 77/25 78/15 78/22 78/24 79/4 79/8 79/14 80/9 81/14 82/25 88/12 89/5 89/5 89/16 90/24 91/5 92/8 93/16 93/21 93/22 98/1 98/16 103/1 103/5 107/15 111/7 114/8 115/16 116/11 124/9 124/10 124/16 125/6 125/10
**done [9]** 4/25 16/13 22/11 22/16 79/21 103/4 103/6 111/23 112/15
**double [6]** 94/16 94/20 94/22 95/1 95/5 96/7
**doubt [1]** 66/4
**down [51]** 6/19 6/24 11/1 14/17 17/6 17/14 24/25 27/5 29/13 30/13 31/13 32/15 36/11 38/7 39/17 45/10 49/8 49/21 50/1 50/21 50/25 54/17 55/6 62/13 64/2 64/3 64/25 65/19 65/20 66/4 66/13 66/19 66/24 68/9 68/17 69/9 69/17 69/19 75/24 76/10 80/25 81/10 83/8 89/19 100/16 102/22 105/1 107/24 108/5 117/5 123/2
**download [5]** 97/9 97/11 97/14 97/17 97/18
**downtime [1]** 67/11
**doze [1]** 111/4
**dramatically [2]** 60/12 61/13
**draw [2]** 40/6 116/16
**Dream [2]** 36/20 36/25
**drew [2]** 18/6 18/7
**drug [3]** 28/5 28/9 28/15
**duly [1]** 115/14
**during [6]** 7/13 15/13 24/1 115/11 115/17 115/23

**E**

**each [2]** 101/5 121/24
**earlier [3]** 19/19 46/21 102/1
**early [4]** 4/24 38/14 77/5 96/11
**earning [1]** 45/21
**earnings [2]** 59/14 62/5
**easily [1]** 23/13
**easy [3]** 13/13 20/13 82/18
**economic [1]** 76/24
**effect [2]** 51/7 54/12
**efforts [1]** 52/3
**either [4]** 5/11 46/20 88/19 107/2
**EKELAND [17]** 2/2 2/3 3/4 5/10 5/25 51/21 73/10 91/25 99/17 101/20 102/14 104/17 106/7 108/7 110/23 124/23 125/1
**elaborate [1]** 82/7
**eliminate [1]** 95/1
**else [4]** 21/16 21/22 77/6 112/15
**email [9]** 8/25 23/14 29/22 29/25 30/25 31/5 31/6 83/18 98/15
**encourage [2]** 72/6 72/24
**end [4]** 52/16 58/18 72/19 115/18
**enforce [1]** 89/21
**enforcement [7]** 65/19 65/20 66/4 68/17 109/12 122/24 123/7

**enforcing [1]** 89/22
**engaged [1]** 51/4
**engagement [1]** 27/22
**Enskild [1]** 84/8
**enter [2]** 116/22 119/6
**entered [1]** 118/13
**entire [1]** 11/13
**entirely [15]** 21/9 26/3 26/10 35/22 41/6 42/24 47/11 49/25 50/16 50/16 51/7 84/6 92/15 92/22 95/5
**entitled [2]** 11/24 126/5
**entity [2]** 51/3 51/5
**Enzar [1]** 117/1
**error [4]** 44/20 44/22 83/25 84/5
**essence [1]** 87/14
**essentially [4]** 18/2 19/16 63/23 114/12
**establish [1]** 58/1
**establishes [1]** 19/2
**establishing [1]** 115/4
**estimate [1]** 59/14
**European [1]** 13/6
**Euros [4]** 22/19 22/19 39/14 39/15
**evaluating [1]** 59/16
**even [10]** 37/11 46/11 71/9 77/11 79/10 81/12 102/5 107/20 107/24 108/4
**event [1]** 115/4
**eventually [4]** 104/18 105/16 113/21 119/23
**ever [11]** 65/13 66/10 68/25 69/11 70/5 70/13 70/18 70/22 87/9 99/5
**every [3]** 24/7 58/2 107/17
**everyone [2]** 5/6 111/5
**everything [7]** 24/5 26/2 26/14 84/16 95/21 96/5 124/7
**evidence [37]** 7/11 7/13 12/20 13/1 14/13 14/18 15/19 27/6 27/10 27/13 28/7 32/16 32/23 33/1 37/5 38/8 42/3 42/3 42/19 43/22 43/25 45/11 48/18 48/21 55/11 58/24 62/15 65/13 66/9 73/14 75/17 85/25 88/1 90/24 103/23 118/13 119/6
**exactly [4]** 49/5 67/9 80/3 92/8
**examination [12]** 3/4 3/4 3/7 6/2 7/13 19/14 20/10 24/1 24/12 99/14 100/24 112/25
**examined [2]** 78/9 106/18
**examiner [1]** 57/16
**example [3]** 11/18 21/3 21/5
**exception [1]** 92/19
**exchange [27]** 8/2 49/2 49/7 59/23 59/25 60/11 61/12 61/25 62/4 77/8 82/25 84/6 84/19 84/19 85/5 96/16 98/7 103/2 105/10 108/23 109/1 109/4 109/7 109/13 114/1 115/21 123/18
**exchanged [3]** 60/3 61/21 62/9
**exchanges [9]** 8/8 12/23 15/20 18/11 89/20 108/19 108/21 108/22 109/11
**exciting [1]** 103/4
**excluding [1]** 125/3
**excused [2]** 109/17 124/14
**execute [2]** 76/22 81/7
**executed [2]** 9/5 31/3
**executing [1]** 77/9
**exhibit [48]** 3/10 3/10 6/6 6/14 14/19 14/21 14/23 16/19 24/11 24/23 24/24 27/5 27/6 27/7 27/7 28/20 32/17 32/21 38/9 38/12 45/12 58/24 62/15 63/22 65/5 65/22 66/16 73/15 73/17 75/17 88/2 91/7 94/11 99/16 100/8 101/8 101/20 105/1 106/19 112/14 116/17 116/18 117/14 117/19 119/6 119/9 119/11 122/17
**Exhibit 2 [1]** 105/1
**Exhibit 313 [2]** 99/16 101/20

**E**

Exhibit 313A **[2]** 6/6 100/8
Exhibit 314 **[1]** 14/19
Exhibit 315 **[2]** 27/6 27/7
Exhibit 316 **[2]** 32/17 32/21
Exhibit 317 **[1]** 38/9
Exhibit 317C **[1]** 101/8
Exhibit 318 **[1]** 45/12
Exhibit 325 **[1]** 58/24
Exhibit 356 **[2]** 73/15 91/7
Exhibit 414A **[1]** 88/2
Exhibit 414C **[1]** 75/17
Exhibit 47D **[2]** 119/6 119/9
Exhibit 47E **[4]** 116/17 116/18 117/14 122/17
Exhibit 601 **[2]** 62/15 106/19
exhibits **[4]** 3/9 65/7 95/6 102/13
exist **[1]** 84/23
expect **[1]** 106/1
expected **[1]** 106/3
expediting **[1]** 37/24
experience **[5]** 55/6 104/18 105/18 108/11 116/5
experimenting **[2]** 78/24 103/3
expert **[6]** 11/19 28/2 57/25 89/24 89/25 114/13
explain **[4]** 67/2 94/16 96/14 100/20
explanation **[1]** 85/23
exposure **[2]** 102/4 108/15
expressing **[1]** 85/20
extreme **[1]** 102/2
Extremely **[1]** 101/7
eye **[1]** 111/5
eyewitnesses **[2]** 36/3 36/6

**F**

faces **[2]** 51/25 52/7
fact **[13]** 13/5 20/8 33/3 38/19 49/18 50/3 85/9 92/19 99/2 104/23 108/21 115/10 119/2
factor **[1]** 72/11
facts **[3]** 19/1 114/11 118/10
factual **[1]** 118/10
fair **[4]** 51/17 76/6 92/13 111/13
fairly **[1]** 96/11
fake **[1]** 17/10
Falco **[3]** 117/6 118/4 118/23
familiar **[6]** 9/4 37/22 63/5 90/10 90/14 98/12
far **[2]** 114/10 121/3
favor **[1]** 111/17
FBI **[4]** 46/23 47/1 66/23 106/12
February **[6]** 1/5 80/18 82/8 87/23 113/15 126/10
February 12th **[1]** 82/8
February 1st **[1]** 80/18
February 8 **[1]** 113/15
federal **[3]** 54/4 122/24 123/7
fee **[3]** 59/16 62/5 94/7
feel **[1]** 111/10
fees **[11]** 45/21 46/1 46/2 46/3 46/6 46/17 59/18 62/1 92/6 92/8 94/5
feet **[1]** 65/3
few **[2]** 81/9 122/19
fiat **[1]** 105/10
fight **[1]** 5/18
figure **[1]** 4/14
figured **[1]** 112/5
figures **[3]** 61/6 63/23 63/25
file **[1]** 59/3
filed **[1]** 125/2
filling **[1]** 77/9
final **[2]** 39/18 39/19
financial **[4]** 56/12 57/7 63/21 99/22
find **[6]** 8/10 47/2 47/7 93/6 106/3 111/24
fine **[7]** 5/8 5/11 5/15 28/11 58/15 124/20 124/22

finish **[7]** 4/9 46/12 61/18 63/19 66/22 71/19 80/7
finished **[5]** 6/15 19/11 28/19 46/11 80/8
Firma **[1]** 84/8
first **[24]** 11/5 11/21 19/7 38/16 38/20 40/24 46/4 55/2 80/20 80/22 81/9 81/18 87/8 87/9 87/16 98/21 101/13 105/2 113/4 113/5 116/25 118/8 118/23 122/18
first-hand **[2]** 55/2 98/21
five **[1]** 15/1
flagged **[1]** 63/12
flexibility **[1]** 124/19
Floor **[1]** 2/4
flow **[24]** 19/18 19/19 19/20 19/20 21/7 24/4 24/6 26/24 40/16 40/16 62/20 62/24 63/8 63/11 63/15 95/13 96/7 100/10 100/10 100/12 100/14 101/1 107/10 109/15
flowed **[1]** 94/12
flowing **[1]** 94/8
focused **[1]** 16/11
fog **[128]**
Fog's **[1]** 53/25
folks **[2]** 4/16 67/12
followed **[1]** 53/19
following **[2]** 73/5 122/21
foregoing **[1]** 126/4
forensics **[1]** 57/7
forget **[1]** 82/18
forgive **[2]** 43/21 48/17
forgot **[1]** 82/17
form **[1]** 84/9
formula **[1]** 120/11
forthright **[1]** 79/20
forthrightly **[2]** 122/23 123/6
forward **[5]** 4/18 72/17 73/7 82/11 83/21
found **[3]** 54/20 82/19 93/7
foundation **[4]** 37/1 53/12 90/1 115/6
four **[1]** 4/15
frame **[1]** 79/17
frames **[1]** 102/6
frankly **[2]** 114/25 115/9
fraud **[1]** 57/15
free **[1]** 54/13
freelance **[5]** 89/13 89/17 92/17 92/23 104/8
freelancing **[3]** 76/16 76/18 81/3
Friday **[7]** 17/21 111/20 111/20 112/1 112/5 112/8 124/6
front **[5]** 16/13 100/8 120/1 120/6 122/2
frustration **[2]** 81/25 85/20
full **[3]** 4/5 100/3 113/3
fully **[4]** 84/12 122/22 123/4 123/5
fund **[2]** 22/23 22/24
funds **[102]** 7/10 11/19 12/2 12/6 12/11 19/18 19/19 19/20 20/21 20/25 21/7 21/14 22/12 22/13 22/17 23/16 24/2 24/5 24/6 26/8 26/24 27/18 27/25 28/14 34/19 40/5 40/7 40/13 40/16 44/6 45/19 46/15 46/16 46/25 47/20 48/15 49/20 62/21 62/24 63/8 63/11 63/15 78/2 78/15 79/19 84/2 84/7 84/20 85/1 85/7 85/11 85/15 85/17 89/12 91/18 92/6 92/7 92/9 92/13 93/6 93/8 93/13 93/17 93/18 93/21 93/22 94/3 94/4 94/8 94/12 94/14 94/23 94/25 95/12 95/13 96/7 100/10 100/12 100/22 101/1 101/10 101/12 101/17 102/6 103/1 104/4 104/13 104/15 105/18 105/21 107/11 107/21 107/23 108/4 108/16 108/20 108/21 108/22 108/25 109/2 109/13 109/15
further **[3]** 99/12 99/19 109/16
future **[3]** 76/21 77/7 81/6

**G**

gave **[1]** 84/14
general **[3]** 37/25 58/11 122/14
generally **[17]** 14/11 15/17 16/11 54/7 54/11 55/9 58/1 63/9 63/13 77/22 78/22 101/24 102/9 104/4 108/9 108/20 120/10
generates **[1]** 31/9
generation **[1]** 31/19
gently **[1]** 72/22
geographic **[4]** 62/23 62/25 63/3 63/7
geolocate **[1]** 13/7
gesticulate **[1]** 52/10
get **[24]** 4/2 4/23 5/19 5/19 6/6 14/18 22/19 24/4 42/15 45/11 59/2 73/14 75/16 91/7 100/3 109/14 110/2 110/4 110/19 111/22 112/15 112/19 123/18 123/19
gets **[1]** 114/23
getting **[4]** 35/7 52/5 62/17 124/9
give **[3]** 63/7 63/10 110/2
given **[2]** 85/3 115/10
giving **[1]** 88/18
global **[1]** 27/16
globally **[1]** 33/4
go **[45]** 4/16 23/16 27/6 32/15 39/6 49/13 49/14 49/17 50/21 50/24 51/1 51/10 57/25 58/2 59/7 60/20 63/19 70/2 71/6 72/10 73/15 73/16 74/24 76/10 77/25 78/4 79/12 80/17 82/14 83/2 84/15 86/10 88/1 91/8 109/18 110/25 111/1 111/2 112/18 112/23 117/5 117/25 118/4 118/8 118/23
goes **[2]** 32/10 40/25
going **[59]** 4/2 4/14 4/16 4/23 5/18 5/20 6/20 8/22 15/18 23/16 26/17 29/17 30/2 30/4 30/7 30/10 30/19 30/24 32/9 32/11 34/24 35/18 50/8 50/24 51/20 51/21 56/11 58/11 71/19 71/25 72/3 72/15 72/17 77/8 84/7 85/5 90/2 90/5 93/7 93/8 97/17 100/4 103/12 105/16 109/4 109/14 109/18 109/21 110/12 110/14 112/13 112/23 115/3 115/10 116/5 121/6 124/3 124/4 124/6
gone **[3]** 6/18 31/24 61/9
good **[7]** 6/4 6/5 76/20 77/2 81/5 113/2 123/25
goods **[2]** 10/20 77/3
Google **[2]** 97/9 97/12
got **[36]** 4/4 4/15 6/25 7/1 10/9 10/9 11/1 11/2 17/13 17/17 21/23 22/1 29/12 29/13 29/17 31/4 32/9 34/23 34/23 35/18 41/10 48/9 48/18 48/21 56/9 58/13 74/18 81/23 86/22 91/3 91/15 92/23 110/25 111/1 111/1 112/2
Gothenburg **[1]** 37/8
gotten **[1]** 31/24
government **[73]** 3/10 3/10 5/8 6/6 7/9 8/25 9/5 9/14 9/15 9/19 9/25 13/25 14/2 14/19 16/19 25/11 27/6 30/16 30/20 31/3 32/16 32/21 35/21 36/11 38/9 41/3 42/14 42/16 43/9 43/18 45/11 45/22 45/25 46/7 46/14 50/15 51/3 51/4 51/8 51/12 51/22 58/24 59/3 62/15 64/2 64/3 65/1 73/15 75/17 85/25 88/2 91/7 92/2 93/9 98/19 99/3 99/16 112/4 114/15 114/18 116/16 116/18 116/23 117/14 119/6 121/19 122/11 122/17 123/1 123/9 123/11 123/20 123/23
government's **[5]** 12/13 28/7 88/23 91/22 109/20
Gox **[73]** 6/20 6/24 6/25 7/1 7/4 8/4 15/2 16/20 17/2 17/17 17/23 18/3 18/8 18/12 18/12 18/15 18/23

**G**

Gox... [56] 19/3 19/16 20/5 20/5 20/17 20/18 20/20 21/14 21/19 21/20 22/1 22/3 22/5 22/6 22/8 22/12 22/14 22/20 22/23 22/25 23/6 24/2 24/2 24/13 24/18 25/21 28/22 28/23 29/6 29/14 30/7 30/10 30/24 31/9 31/14 31/19 31/20 31/24 33/13 34/24 35/2 35/7 35/11 35/14 39/8 39/10 40/13 44/7 84/19 84/21 84/22 84/23 94/18 98/24 100/13 101/11
graph [5] 20/20 21/11 25/20 29/16 59/19
green [1] 101/15
grouped [1] 44/16
grouping [2] 41/18 41/19
guess [1] 4/25
guideline [1] 120/21
guidelines [4] 120/10 120/13 120/19 123/13
guilt [1] 114/19
guilty [12] 113/21 113/23 118/10 119/24 120/1 120/3 120/6 121/12 121/14 121/15 122/2 122/10
guys [1] 77/7

**H**

hack [6] 36/20 36/25 113/25 114/3 115/20 115/23
hacked [1] 67/15
hacker [2] 36/20 36/24
hackers [1] 67/7
had [20] 4/23 4/24 6/18 22/11 33/8 43/14 46/24 50/14 64/11 64/12 64/13 64/19 79/10 79/12 90/9 90/12 92/5 94/17 95/17 111/9
hadn't [1] 89/22
half [3] 72/16 97/6 120/22
hand [6] 5/2 55/2 98/21 101/22 102/8 116/12
handcuffs [1] 110/12
hands [1] 72/25
happened [2] 12/21 42/20
happening [1] 11/13
happy [3] 5/3 49/13 112/4
hard [1] 72/5
has [54] 4/7 4/8 4/8 4/9 4/19 4/20 4/21 5/4 5/5 5/17 9/14 10/10 14/2 14/20 27/25 28/1 30/25 37/25 38/19 45/25 46/14 50/4 50/7 52/25 53/13 53/18 53/21 55/16 58/1 58/2 61/2 61/9 63/16 63/21 71/2 71/24 77/23 86/22 90/1 96/24 103/6 111/7 111/10 111/12 114/10 114/11 114/16 114/17 115/7 118/13 122/5 122/8 123/15 124/4
hasn't [1] 122/9
HASSARD [36] 2/2 6/6 14/17 27/5 30/23 31/12 32/16 34/24 35/17 38/7 38/10 39/17 40/23 41/11 44/3 45/10 47/15 47/22 49/8 62/14 73/14 74/13 74/24 75/16 75/24 76/11 78/4 80/24 83/2 85/25 86/10 88/1 89/19 91/7 96/2 111/3
haste [1] 81/24
have [191]
haven't [11] 12/2 12/11 25/18 45/1 46/11 46/21 55/11 63/18 91/17 93/23 103/4
having [6] 4/16 14/13 34/17 43/9 67/3 71/25
he [124] 13/10 15/7 15/8 15/9 15/11 15/11 15/18 16/1 16/23 16/25 16/25 17/6 17/6 17/10 19/11 21/19 23/9 27/25 28/1 28/1 28/19 29/24 29/25 30/4 30/10 33/8 33/11 33/12 33/16 33/19 34/1 34/7 37/18 37/19 37/21 37/21 37/25 38/5 39/10 39/13 47/12 48/6 48/12 48/13 52/24 52/24 52/25 53/9 53/9

53/10 53/10 53/12 58/1 58/2 64/12 64/13 67/6 74/3 74/5 74/6 74/16 74/18 75/3 75/21 78/17 78/17 78/19 78/20 78/22 78/23 78/23 79/2 79/2 79/3 79/4 79/5 79/5 79/12 79/19 80/8 82/21 82/21 85/10 85/17 85/17 85/20 85/20 85/21 85/21 85/22 88/18 89/9 89/11 89/13 89/13 89/24 89/24 90/1 90/11 90/12 91/15 92/16 92/23 94/18 102/17 103/6 103/21 105/16 109/24 110/14 110/24 111/7 111/8 114/11 114/17 114/22 114/23 115/6 115/6 115/6 115/10 115/12 116/11
head [1] 61/6
hear [2] 18/23 49/16
heard [3] 55/3 55/22 98/21
hearing [3] 82/11 112/3 125/19
hearings [1] 51/16
Heather [1] 121/11
held [4] 49/15 57/23 62/8 114/7
helped [1] 67/12
her [5] 23/6 23/10 48/15 121/7 121/21
here [65] 4/11 6/18 11/13 12/21 21/11 24/3 24/23 24/25 25/6 27/18 27/24 28/15 29/12 36/16 37/21 39/6 39/7 39/19 40/5 40/24 41/10 42/20 43/17 50/21 51/22 52/2 52/11 54/18 55/8 55/9 57/24 58/3 58/12 64/17 66/2 66/2 72/3 72/7 72/24 74/18 78/4 78/19 79/20 84/15 86/18 90/21 91/9 95/15 101/15 102/7 103/5 105/14 110/7 110/19 110/25 111/3 111/8 112/16 115/2 116/4 116/10 124/8 124/11 124/15 125/22
heuristic [6] 41/17 41/19 44/17 44/21 44/24 45/8
hide [1] 29/24
high [5] 13/21 13/24 61/5 76/23 81/8
higher [2] 60/20 62/10
highly [1] 51/13
him [19] 16/1 21/17 21/22 37/17 39/13 58/1 58/7 58/8 66/22 74/18 77/21 79/12 79/14 80/7 92/16 92/22 110/19 110/21 116/13
himself [2] 21/19 74/5
his [64] 11/20 12/5 15/13 15/15 16/2 16/10 17/6 17/8 21/13 23/13 30/5 33/8 34/2 37/18 39/11 47/12 47/12 47/14 47/20 48/6 48/12 48/15 53/24 58/10 71/12 74/3 74/14 74/18 74/21 74/21 74/25 75/3 75/21 75/22 75/22 76/8 78/2 78/6 78/10 79/11 85/10 85/11 85/23 88/18 91/3 91/12 91/13 92/16 92/16 92/23 92/23 92/23 92/25 94/18 95/20 95/24 97/8 98/3 98/15 98/25 98/25 99/4 104/24 116/12
history [3] 84/18 105/4 105/8
hit [1] 61/3
hitting [1] 72/18
hold [1] 34/13
holding [4] 60/7 74/6 85/1 97/19
holds [2] 87/19 96/6
holistically [1] 100/21
home [1] 75/22
hometown [3] 36/20 36/24 37/22
Honor [50] 5/9 5/15 6/1 11/15 11/17 11/21 12/4 13/15 15/24 16/2 19/12 26/5 26/12 27/24 28/12 36/21 37/14 37/17 49/11 49/13 49/18 52/6 56/19 56/20 56/22 57/17 57/19 58/4 58/17 61/17 71/15 72/9 73/12 83/9 89/23 95/10 99/7 99/12 109/16 109/21 110/17 114/5 114/8 115/14 117/13 119/5 119/8 124/22 125/5 125/10

HONORABLE [1] 1/9
hop [1] 40/24
hope [4] 28/2 123/18 123/19 123/23
hopefully [1] 77/9
hoping [1] 123/20
host [3] 11/6 11/8 97/22
hosting [5] 11/9 11/10 13/22 14/3 14/4
Hosting.net [1] 13/24
hotmail.com [7] 9/2 9/10 24/22 31/1 31/5 31/8 35/3
hotmail.com email [1] 31/5
hotmail.com return [1] 31/8
how [20] 10/10 20/12 30/1 59/17 69/20 76/16 76/22 77/4 81/7 82/18 85/4 86/9 93/18 94/15 94/16 95/2 101/3 102/6 108/19 110/11
However [2] 47/19 63/13
huh [5] 11/12 29/17 31/17 49/8 53/25
hypothetical [1] 70/25
hypothetically [1] 47/19

**I**

I'd [2] 66/18 119/5
I'm [15] 7/22 19/10 19/11 28/19 37/11 43/4 55/25 73/21 76/16 78/18 80/8 87/14 90/4 99/21 123/16
I-L-Y-A [1] 113/5
IBAN [2] 88/13 88/15
ID [11] 17/6 17/10 22/8 39/11 48/6 48/12 74/3 74/16 84/10 95/21 98/25
ideal [1] 43/11
identifiable [2] 23/13 67/22
identification [3] 75/3 75/5 75/6
identified [3] 47/3 122/25 123/8
identity [1] 85/6
IDs [1] 91/13
illegal [5] 11/10 11/13 28/5 28/6 108/24
illicit [6] 11/18 11/20 97/20 107/23 108/1 109/7
Ilya [6] 3/6 109/22 113/5 113/7 117/9 118/24
impact [1] 102/7
impermissible [1] 50/6
implying [1] 49/21
important [2] 77/3 100/2
impossible [1] 103/2
improper [1] 52/14
incarcerated [2] 110/15 113/13
include [2] 104/1 106/25
including [2] 20/7 123/12
increasingly [1] 4/3
incredible [2] 50/2 102/5
independent [3] 63/16 63/21 63/24
indicate [2] 18/19 100/10
indicated [1] 90/13
indicates [1] 22/18
indicating [1] 117/6
indication [1] 84/14
indicative [1] 26/23
indirect [5] 47/18 91/15 91/16 92/10 103/17
indirectly [4] 62/21 92/11 92/15 104/15
individual [4] 60/15 61/15 80/1 115/5
individuals [3] 102/2 107/14 117/2
inform [1] 123/13
information [31] 9/6 9/15 14/10 14/12 18/17 18/19 18/21 25/20 40/1 46/24 47/5 47/7 54/23 55/7 55/15 63/2 63/3 75/18 76/8 76/8 78/1 78/22 84/11 84/15 84/25 85/6 85/10 85/12 85/18 85/21 89/6
initial [3] 78/21 78/25 83/18
initially [2] 85/10 85/17

**I**

injunction [1]  112/3
input [1]  45/19
inputs [1]  39/25
inquire [2]  72/10 72/22
inquired [1]  83/13
inside [1]  101/15
insinuate [1]  51/22
instance [1]  23/1
instantly [1]  60/3
Instawallet [6]  90/12 90/14 90/15 90/16 90/22 90/25
instead [2]  84/1 85/1
Institute [3]  56/17 56/24 57/9
intent [1]  34/17
intentionally [1]  79/17
interact [1]  52/4
interacted [1]  37/19
interest [2]  12/13 111/15
intermediary [1]  48/16
international [4]  50/13 53/7 56/15 57/8
internationally [1]  49/24
internet [4]  17/20 76/24 84/17 98/19
interpretation [2]  26/25 67/19
introduce [1]  113/2
investigation [3]  14/8 16/2 16/9
invoice [11]  82/19 83/7 83/11 83/25 88/3 88/6 89/3 89/9 89/9 89/11 104/1
invoices [8]  84/4 88/23 89/1 89/6 103/24 104/5 104/7 104/13
involve [1]  102/1
involved [5]  12/2 24/7 28/14 49/6 63/6
involving [2]  15/2 98/2
IP [5]  13/5 13/6 13/7 13/9 13/13
IRS [3]  46/23 47/1 106/12
is [648]
isn't [5]  13/6 22/5 61/24 62/3 88/11
issue [9]  4/20 4/21 5/7 5/18 94/20 94/22 96/8 111/6 112/14
issued [5]  49/10 50/4 50/15 52/18 95/18
issues [5]  4/4 4/5 53/4 94/16 110/11
it [297]
it's [2]  76/23 82/18
IT-related [1]  76/18
item [2]  58/11 58/11
items [1]  15/19
its [7]  31/3 55/16 84/20 97/1 111/19 123/11 123/12
itself [1]  52/12

**J**

jail [1]  115/7
January [2]  60/16 60/19
January 1st [1]  60/19
JEFFREY [1]  1/18
Jersey [2]  16/16 16/17
job [1]  89/13
jobs [1]  92/24
Jonkoping [2]  37/10 37/13
judge [10]  1/10 120/2 120/6 120/18 121/4 122/1 122/2 122/5 123/21 123/22
July [3]  76/6 117/1 118/1
July 13th [2]  117/1 118/1
July 25th [1]  76/6
jurisdiction [1]  63/13
jurisdictional [2]  63/10 63/14
juror [10]  4/7 4/8 4/9 4/11 4/24 5/5 72/2 72/10 72/17 111/4
juror's [1]  71/25
jurors [9]  4/4 4/5 71/18 71/24 72/7 72/15 72/23 73/4 115/11
jury [48]  1/9 5/1 5/19 5/21 6/11 7/24 14/20 37/4 38/8 52/1 52/4 52/7 52/7 52/8 52/10 52/11 52/13 54/9 59/13 71/11 73/9 75/14 76/12 82/4 82/15 83/3 96/14 97/18 101/9 110/6 110/9 110/12 110/13 110/20 111/8 111/13 112/12 112/15 112/20 112/23 113/3 114/18 115/2 115/3 117/18 117/22 119/10 124/12
jury's [1]  58/3
just [63]  5/1 6/9 7/24 10/13 13/10 17/22 18/8 19/23 19/25 20/20 23/2 24/4 24/10 25/24 26/23 31/15 34/14 34/22 37/4 52/4 53/9 56/8 57/24 58/3 58/12 58/23 59/15 60/7 65/4 65/8 65/22 72/3 72/16 72/22 76/10 80/20 81/23 83/3 84/10 85/24 87/7 87/12 91/16 92/7 93/2 93/3 94/12 94/15 95/13 105/4 110/3 110/7 110/10 110/16 110/24 111/7 112/23 114/21 115/6 116/12 116/25 119/14 125/19
JUSTICE [3]  1/13 1/20 49/10
justify [1]  89/11

**K**

keep [3]  4/13 111/5 124/5
kept [1]  30/5
key [13]  25/11 30/16 30/20 41/3 42/16 42/25 43/2 43/8 43/9 43/14 43/19 101/23 102/8
kind [6]  15/15 15/15 20/4 72/2 72/5 114/17
kindly [1]  82/7
knew [3]  43/14 84/17 115/12
know [55]  5/2 15/7 15/9 15/11 16/23 17/2 22/18 29/1 31/8 37/4 37/7 37/10 40/6 41/14 43/14 49/5 49/5 51/7 54/6 55/5 55/8 61/1 64/11 65/24 66/17 71/17 72/5 77/13 80/9 81/14 82/25 84/6 85/22 88/15 89/16 92/8 93/16 93/21 93/22 97/17 98/1 103/1 103/21 110/10 111/7 111/21 112/13 112/24 114/10 120/10 120/14 120/19 121/3 121/12 121/16
knowing [4]  42/25 46/1 105/3 105/8
knowledge [22]  25/13 30/22 37/18 38/1 38/4 41/5 53/13 53/16 54/22 55/2 65/12 66/8 67/2 68/4 68/12 68/15 69/2 69/12 98/18 98/21 107/15 114/10
known [2]  114/22 115/10
Kolbasa [2]  7/14 100/22
Kolbasa99 [2]  28/24 31/20
Kollar [7]  120/2 120/6 121/4 122/3 122/5 123/21 123/22
Kollar-Kotelly [7]  120/2 120/6 121/4 122/3 122/5 123/21 123/22
Kosem [2]  82/5 83/4
Kotelly [7]  120/2 120/6 121/4 122/3 122/5 123/21 123/22
Kraken [13]  48/2 49/2 49/4 49/6 91/6 91/8 91/9 94/15 94/19 95/15 95/17 95/20 96/6
KYC [23]  23/6 40/1 47/14 73/25 76/8 77/21 78/1 85/10 85/12 89/21 91/12 92/17 92/25 94/3 94/9 95/17 95/20 97/21 97/21 98/7 98/25 104/17 105/15
KYCed [12]  16/23 17/3 17/4 17/6 22/21 29/7 29/9 39/10 48/4 48/10 48/15 105/19

**L**

L-I-C-H-T-E-N-S-T-E-I-N [1]  113/6
labeled [4]  8/23 40/4 118/18 118/24
laid [1]  22/18
large [7]  14/6 59/3 84/18 92/20 93/6 93/8 106/4
larger [1]  34/7
last [17]  19/8 49/20 53/25 54/2 55/23 56/1 56/4 61/8 77/12 80/21 80/22 81/13 81/17 81/18 113/4 113/6 118/4
late [2]  4/6 4/17
later [4]  62/9 79/2 84/17 103/16
laughing [1]  52/13
launched [1]  65/16
launder [1]  116/6
laundering [11]  11/18 11/22 11/23 85/13 89/21 109/12 113/19 113/24 120/4 120/4 121/18
law [9]  2/3 65/19 65/20 66/4 68/17 109/12 116/1 122/24 123/7
lawful [1]  84/12
laws [3]  89/21 89/25 121/5
lawyer's [1]  37/5
lay [4]  25/20 37/1 53/12 90/1
laying [2]  100/25 115/6
leading [1]  103/9
least [7]  16/17 35/21 43/17 55/18 55/20 110/4 112/18
leave [2]  4/7 4/8
leaving [3]  4/10 8/18 101/10
ledger [6]  45/23 45/25 46/9 46/14 92/2 93/10
left [4]  6/19 6/22 111/8 114/24
legal [9]  11/15 11/24 26/3 26/5 26/7 26/10 27/20 91/19 91/21
legally [1]  122/1
legible [1]  33/22
legitimate [2]  108/8 108/18
lengthy [2]  54/13 114/24
lenient [1]  123/19
less [2]  105/12 120/23
let [15]  4/16 38/9 42/14 65/24 66/17 66/22 67/2 71/17 72/5 80/7 90/1 111/7 116/25 117/21 123/17
let's [16]  5/19 6/24 39/6 52/15 70/2 71/6 71/7 90/8 109/20 110/3 110/5 110/19 112/7 118/17 119/13 124/2
lets [1]  112/18
letter [3]  117/1 118/1 118/2
level [3]  58/11 85/10 102/5
Liberty [43]  7/16 8/4 8/12 8/22 9/14 9/15 9/18 9/20 9/22 9/23 9/25 10/9 10/9 10/13 10/19 10/20 10/23 11/3 13/18 13/21 18/9 20/21 21/1 21/11 21/15 21/20 21/21 23/16 23/19 23/25 24/13 24/17 24/19 24/21 26/18 28/22 30/4 33/6 33/9 33/12 95/23 95/25 100/16
license [8]  62/1 80/10 80/12 80/12 92/6 92/8 94/5 94/7
licenses [1]  80/1
Lichtenstein [7]  3/6 113/5 113/7 113/11 117/9 118/25 125/14
Lichtenstein's [1]  125/3
Licthenstein [1]  109/22
life [6]  15/16 15/23 16/10 38/5 57/4 77/6
light [1]  84/9
like [33]  9/16 11/2 15/16 17/13 19/25 23/5 25/3 28/10 29/14 33/12 34/1 40/3 42/7 50/18 52/11 58/11 58/13 58/23 66/18 69/22 76/21 76/21 79/11 80/2 81/6 81/6 85/24 94/17 94/18 99/23 102/17 111/10 116/21
likelihood [1]  101/4
likely [1]  41/23
likewise [1]  63/10
limine [2]  115/14 125/2
limited [3]  74/24 74/25 123/12
LINDSAY [3]  2/6 126/3 126/12
line [1]  99/20
linking [1]  90/24
list [4]  34/4 35/4 35/15 57/25
listed [1]  87/20
listener [1]  51/7
listing [1]  75/21
little [13]  30/23 31/13 33/24

**L**

little... [10]  34/25 35/17 38/10 44/3 50/1 62/16 76/4 77/17 79/1 94/15
lived [2]  37/18 38/5
living [2]  15/7 15/8
LLC [2]  98/13 98/20
local [2]  122/24 123/7
LocalBitcoin [7]  15/20 47/23 74/19 74/21 91/17 96/14 96/16
LocalBitcoins [1]  96/2
located [2]  18/8 48/23
location [3]  12/23 49/3 63/5
log [1]  19/8
logs [3]  20/2 20/4 36/5
long [3]  79/5 114/22 123/16
longer [2]  5/5 54/12
look [24]  13/5 13/13 17/12 42/7 52/8 58/23 65/5 65/22 66/16 75/16 78/1 81/17 82/2 83/1 86/17 99/22 107/1 107/7 107/10 116/25 119/13 125/1 125/4 125/20
looked [3]  13/9 56/8 107/4
looking [15]  6/15 17/3 17/15 20/20 30/3 52/7 52/12 66/24 76/23 81/19 82/11 83/20 100/5 112/5 119/14
looks [10]  11/2 17/13 23/5 25/3 29/13 33/12 34/1 42/7 81/22 116/21
lose [1]  110/23
lot [9]  5/4 8/8 8/14 76/20 81/5 85/3 96/19 102/9 103/2
low [4]  76/22 81/7 82/18 82/21
lower [1]  123/23
loyal [1]  85/2
LR [2]  10/11 105/11
LTD [1]  95/19
Luke [2]  3/3 5/24
lunch [4]  112/11 124/19 125/1 125/7

**M**

ma'am [29]  99/21 99/24 100/19 101/10 101/24 102/16 102/24 103/22 103/25 104/3 104/6 104/20 105/6 105/20 105/24 106/6 106/9 106/11 106/14 106/17 106/21 106/24 107/9 107/12 107/15 107/22 108/6 108/10 108/13
made [8]  46/2 51/13 59/18 60/2 78/10 82/8 83/19 84/13
Magazine [1]  50/12
majority [1]  16/17
make [21]  5/5 11/10 17/5 34/16 42/22 51/25 52/1 54/11 58/5 72/6 72/7 72/24 76/23 77/1 81/8 93/17 109/19 124/5 124/8 124/8 125/8
makes [2]  20/13 94/20
making [12]  26/3 26/15 41/24 41/24 51/14 52/6 52/9 74/18 76/25 77/10 87/1 94/10
man [5]  54/6 54/10 54/11 54/15 54/20
manage [1]  115/23
Management [2]  56/25 57/9
mandatory [3]  120/13 120/15 120/24
manner [1]  100/23
many [6]  64/21 79/15 84/13 86/9 104/8 111/11
March [8]  72/10 72/19 82/5 82/12 82/16 83/4 83/24 91/10
March 10th [1]  83/24
March 18th [1]  91/10
March 3rd [2]  82/5 82/12
March 7 [1]  82/16
March 7th [1]  72/19
March 9th [1]  83/4
market [3]  109/3 109/10 109/14
marketplaces [1]  107/1

markets [8]  62/22 106/18 106/19 107/5 107/11 107/13 107/16 108/17
marshals [1]  110/2
master's [1]  57/11
match [1]  96/17
matched [1]  106/1
materials [1]  90/13
matter [9]  9/13 9/13 13/5 53/14 53/17 111/25 122/13 122/14 126/5
matters [2]  122/25 123/8
maximum [2]  120/7 120/9
maximums [1]  121/22
may [16]  4/24 5/25 26/8 28/8 38/10 73/10 78/23 78/23 79/5 79/5 82/3 98/1 112/21 117/17 119/9 124/13
maybe [9]  5/5 28/3 71/16 77/13 81/13 91/24 110/1 114/11 115/16
me [49]  5/3 19/1 34/20 38/9 42/4 42/14 43/21 44/20 45/7 48/17 48/17 49/16 50/8 55/16 58/6 60/23 61/5 61/8 61/11 62/23 65/24 66/17 67/2 67/18 71/17 72/5 77/16 81/19 84/24 85/4 85/8 85/16 90/11 90/20 94/16 97/13 111/7 111/9 111/24 114/13 114/15 114/15 114/25 115/17 116/25 117/21 123/17 124/20 125/2
mean [9]  15/13 28/3 34/16 50/15 81/21 82/17 91/21 92/8 109/5
means [3]  8/25 10/13 84/8
medical [1]  4/19
meet [1]  15/18
meet-ups [1]  15/18
meeting [1]  15/20
member [3]  54/24 56/17 56/24
members [4]  54/24 110/6 112/23 113/3
mentioned [2]  90/11 90/11
merely [1]  27/25
message [2]  76/5 102/20
messages [1]  64/18
Miami [4]  54/25 55/5 55/9 55/12
mic [1]  73/21
MICHAEL [1]  2/2
microphone [2]  5/13 125/9
Microsoft [4]  9/4 9/5 9/9 31/4
might [4]  63/12 67/14 99/6 112/6
mildly [1]  77/19
million [1]  97/7
millions [1]  115/24
minimum [1]  120/24
minute [3]  110/1 110/5 118/8
minutes [11]  69/23 69/24 70/1 70/2 71/7 71/8 71/8 110/8 110/25 114/24 115/2
misconduct [1]  51/22
misleading [1]  79/18
misstating [2]  15/25 95/7
mix [4]  45/14 45/18 48/14 94/3
mixed [2]  94/4 114/11
mixer [10]  78/17 78/20 78/23 79/3 79/13 103/21 108/23 108/25 109/4 109/14
mixers [2]  78/2 103/7
mixing [5]  47/13 78/3 103/7 107/21 108/8
money [34]  11/18 11/22 11/23 22/17 33/16 40/8 46/20 59/17 62/7 70/13 71/1 76/23 77/2 77/2 77/10 81/8 82/18 82/21 84/25 85/13 89/21 92/17 95/2 100/25 103/12 108/19 108/21 109/12 113/19 113/24 116/6 120/3 120/4 121/18
month [4]  23/21 64/5 77/13 81/14
months [3]  120/22 120/23 120/25
Moon [2]  95/18 95/20
more [27]  4/22 26/3 27/1 32/2 34/10 34/20 52/12 58/1 58/6 58/11 58/13 69/20 76/7 77/4 77/21 78/1 85/14 87/20 100/3 100/3 108/16 108/17 115/7 120/25 121/2 123/17

123/19
Morgan [2]  121/11 122/8
morning [14]  1/7 4/3 6/4 6/5 60/23 60/25 111/20 111/20 112/1 112/8 124/6 124/6 124/11 124/15
MOSS [1]  1/9
most [2]  90/16 90/19
motion [3]  115/13 125/2 125/11
movable [1]  112/6
move [11]  37/3 38/2 57/18 58/6 58/6 74/13 90/8 111/16 115/15 117/13 119/5
moving [15]  4/18 7/14 7/16 8/11 21/14 23/10 64/25 67/25 72/7 107/23 107/23 108/4 109/3 111/17 124/5
Mr [31]  3/4 3/7 6/4 6/14 12/2 14/21 19/17 20/24 28/14 38/12 41/12 45/10 49/19 52/18 58/20 59/9 62/18 66/7 67/2 73/17 75/19 78/4 86/2 99/17 105/21 108/1 108/7 113/11 117/1 125/3 125/14
Mr. [237]
Mr. Bansal [1]  117/2
Mr. Ekeland [14]  5/10 5/25 51/21 73/10 91/25 99/17 101/20 102/14 104/17 106/7 108/7 110/23 124/23 125/1
Mr. Hassard [33]  6/6 14/17 27/5 30/23 31/12 32/16 34/24 35/17 38/7 38/10 39/17 40/23 41/11 44/3 47/15 47/22 49/8 62/14 73/14 74/13 74/24 75/16 75/24 76/11 80/24 83/2 85/25 86/10 88/1 89/19 91/7 96/2 111/3
Mr. O'Shea [1]  117/2
Mr. Pearlman [1]  112/21
Mr. Scholl [1]  102/14
Mr. Sterlingov [99]  9/19 11/19 14/13 15/5 16/10 18/3 18/16 18/22 19/2 21/9 21/16 21/21 22/2 23/13 23/25 25/25 29/22 29/24 31/6 36/8 37/18 41/6 41/8 44/5 44/10 45/19 47/3 47/8 47/12 47/19 48/2 49/9 50/11 52/19 54/4 54/25 55/4 55/8 55/12 64/7 64/11 65/11 65/13 66/9 67/1 67/22 67/22 68/3 68/6 68/11 68/14 68/22 68/25 69/4 69/11 69/14 70/5 70/10 70/15 70/17 70/22 76/7 77/17 77/20 77/23 78/5 78/10 78/16 78/19 79/10 79/18 80/2 80/10 81/23 82/16 85/8 85/16 85/19 86/14 88/6 88/18 88/20 89/8 90/9 90/14 90/24 92/14 94/17 95/12 95/17 96/19 98/15 99/3 99/6 99/11 100/25 101/17 114/17 114/20
Mr. Sterlingov's [87]  7/7 7/11 7/18 7/19 9/8 9/24 14/6 14/7 15/23 16/21 18/20 20/5 20/21 20/21 21/12 21/20 22/4 22/6 22/18 23/17 24/13 24/21 25/21 26/18 28/21 29/1 29/7 29/17 30/4 32/11 33/5 34/4 35/4 35/15 36/19 36/24 38/1 38/4 39/7 40/13 44/6 46/19 47/17 47/25 48/4 49/22 54/21 73/23 73/25 74/14 74/25 75/18 78/13 78/25 79/16 83/22 89/16 90/10 91/6 91/9 91/21 92/20 93/7 93/9 93/18 94/9 94/13 94/14 95/14 95/15 95/23 95/25 97/3 97/24 98/12 98/20 98/24 100/12 100/15 101/11 101/17 103/6 103/13 103/15 103/18 104/17 105/22
Ms [1]  3/4
Ms. [7]  50/19 51/10 117/2 117/5 118/4 118/23 122/8
Ms. Collins [1]  117/2
Ms. De [3]  117/5 118/4 118/23
Ms. Morgan [1]  122/8
Ms. Pelker [2]  50/19 51/10
Mt [2]  30/7 35/14
Mt. [71]  6/20 6/24 6/25 7/1 7/4

**M**

Mt.... [66]   8/4 15/2 16/20 17/2 17/17 17/23 18/3 18/8 18/12 18/12 18/15 18/23 19/3 19/16 20/5 20/5 20/17 20/18 20/20 21/14 21/19 21/20 22/1 22/3 22/5 22/6 22/8 22/12 22/14 22/20 22/23 22/25 23/6 24/2 24/2 24/13 24/18 25/21 28/22 28/23 29/6 29/14 30/10 30/24 31/9 31/14 31/19 31/20 31/24 33/13 34/24 35/2 35/7 35/11 39/8 39/10 40/13 44/7 84/19 84/21 84/22 84/23 94/18 98/24 100/13 101/11

Mt. Gox [71]   6/20 6/24 6/25 7/1 7/4 8/4 15/2 16/20 17/2 17/17 17/23 18/3 18/8 18/12 18/12 18/15 18/23 19/3 19/16 20/5 20/5 20/17 20/18 20/20 21/14 21/19 21/20 22/1 22/3 22/5 22/6 22/8 22/12 22/14 22/20 22/23 22/25 23/6 24/2 24/2 24/13 24/18 25/21 28/22 28/23 29/6 29/14 30/10 30/24 31/9 31/14 31/19 31/20 31/24 33/13 34/24 35/2 35/7 35/11 39/8 39/10 40/13 44/7 84/19 84/21 84/22 84/23 94/18 98/24 100/13 101/11

much [10]   59/17 62/10 69/20 72/9 77/4 84/15 93/18 95/2 105/12 124/9

multiple [10]   20/14 21/6 48/16 90/13 94/24 95/12 96/20 102/12 104/12 104/13

music [2]   68/21 68/23

my [80]   9/11 9/13 11/9 16/11 17/4 18/4 19/13 20/10 22/20 23/8 24/1 24/12 25/13 26/22 30/18 30/22 40/3 41/5 41/23 42/15 46/11 52/11 54/5 54/22 60/13 61/6 65/12 66/8 67/2 67/5 67/7 67/17 68/4 68/12 68/15 69/2 69/12 76/18 77/6 77/7 77/10 77/10 77/12 77/14 77/14 79/15 81/4 81/11 81/11 81/13 81/14 81/15 82/20 82/20 82/23 84/2 84/3 84/7 84/10 84/17 84/25 85/1 85/6 85/23 94/4 98/4 98/9 98/18 103/4 103/14 107/6 107/25 111/21 112/8 113/5 114/12 116/21 120/24 121/9 124/4

Mycelium [9]   79/16 97/4 97/7 97/9 97/11 97/14 97/17 97/18 103/13

myself [1]   54/23

**N**

N.W [1]   1/16

name [44]   7/19 9/8 9/24 12/9 12/14 12/15 17/8 18/20 21/13 22/4 22/6 23/17 30/5 33/8 44/23 45/7 47/17 47/21 47/25 74/14 74/21 75/1 75/21 87/4 87/5 87/7 87/11 87/15 87/25 91/13 95/24 96/1 98/3 100/15 104/19 105/22 108/23 113/3 113/4 113/5 113/6 114/17 121/10

Namecheap [3]   97/25 98/2 98/3

named [1]   68/20

naming [1]   87/10

national [3]   50/13 53/7 53/21

nature [1]   28/10

NDEA [1]   88/9

necessarily [11]   11/11 26/16 40/16 45/16 67/20 79/14 79/20 85/12 85/14 109/1 109/2

necessary [3]   5/12 5/16 111/22

need [18]   4/21 22/13 69/20 71/14 72/11 77/4 80/24 84/15 91/24 93/12 104/19 105/10 105/16 109/25 111/6 111/23 122/15 124/15

needed [4]   22/16 85/6 85/22 103/20

neglected [1]   111/8

network [2]   27/16 105/13

never [11]   13/9 48/8 57/4 65/11 66/7 67/1 68/3 68/11 68/25 70/12 83/11

new [5]   1/20 16/16 16/17 103/3 125/6

Newark [2]   16/16 16/17

news [2]   53/19 76/24

next [7]   1/23 10/10 23/22 23/22 72/11 109/20 109/21

NFS9000 [6]   28/23 31/1 31/5 31/8 35/3 100/22

no [135]

none [2]   11/23 92/19

Nordea [1]   88/11

normal [1]   84/11

not [231]

note [2]   4/24 51/24

noted [1]   115/15

notes [1]   14/7

nothing [10]   18/15 22/1 25/24 27/24 31/5 36/8 44/4 44/10 97/20 99/4

noticed [3]   83/6 83/10 84/4

notion [1]   114/23

November [16]   13/18 14/24 15/3 23/23 24/20 24/25 25/3 25/14 33/14 33/19 34/23 35/6 35/11 35/18 40/8 65/1

November 2011 [1]   14/24

November 24th [4]   23/23 24/20 24/25 25/14

November 27th [2]   33/14 33/19

November 28 [1]   35/11

November 28th [2]   34/23 35/6

November 29th [1]   35/18

November 6th [1]   13/18

now [35]   4/13 6/9 11/1 14/17 16/20 17/20 17/24 18/21 23/21 30/2 30/3 32/15 39/6 49/9 55/21 56/11 58/23 59/4 62/14 69/25 71/5 72/20 76/10 80/17 82/17 83/1 83/22 84/19 84/23 91/6 99/17 105/25 115/6 116/16 120/3

nowhere [6]   9/8 9/18 9/22 9/23 14/12 17/20

Nucleus [4]   67/25 67/25 68/3 68/6

number [71]   4/4 6/20 6/24 6/25 7/4 16/20 18/3 18/13 18/23 19/3 19/16 20/5 20/6 20/17 20/18 22/5 22/8 22/12 22/14 29/6 30/7 30/11 30/24 31/9 31/15 31/24 33/13 34/24 35/2 35/11 35/15 39/8 41/18 41/20 41/21 41/21 42/5 42/5 42/8 42/9 44/17 47/23 48/2 48/8 61/5 64/20 65/5 65/25 75/24 75/25 76/4 76/10 80/17 81/16 81/17 82/14 83/1 83/2 83/22 84/1 84/1 84/10 88/13 88/15 94/12 96/9 98/25 99/17 102/23 105/11 125/9

numbers [2]   60/12 61/13

numerous [1]   51/16

NW [3]   1/14 1/20 2/8

NY [1]   2/4

**O**

O'Shea [1]   117/2

objection [49]   10/2 10/3 11/15 11/25 12/4 12/17 13/15 15/24 26/5 27/2 27/20 29/3 36/21 37/14 40/18 43/1 43/4 44/12 44/25 46/10 49/11 52/22 53/9 56/19 57/17 63/17 71/3 80/14 89/23 90/2 90/5 91/19 93/1 93/15 93/24 95/7 99/7 103/9 104/10 104/21 107/25 109/8 114/5 115/14 117/15 117/16 119/7 119/8 125/6

objections [1]   115/5

obligation [1]   123/12

obligations [1]   123/11

obscure [4]   21/7 26/24 100/11 109/15

observed [1]   9/12

obtain [1]   43/3

obtained [1]   14/10

obviously [5]   4/19 5/3 28/6 55/3 115/5

occur [1]   114/3

occurred [9]   13/2 24/6 24/14 32/24 33/2 43/23 44/1 48/19 48/22

occurring [3]   27/10 27/13 106/8

October [23]   7/20 8/19 11/5 14/24 15/3 17/12 23/16 24/14 29/12 30/3 30/8 30/12 30/19 31/10 31/12 32/3 32/10 39/13 39/14 40/25 49/19 64/2 64/4

October 12th [1]   39/13

October 13th [2]   39/14 40/25

October 2013 [1]   64/2

October 20th [3]   7/20 8/19 11/5

October 28 [1]   30/19

October 29th [1]   49/19

October 3rd [5]   17/12 23/16 24/14 29/12 30/3

October 8 [2]   30/8 30/12

October 9 [2]   31/10 31/12

October 9th [2]   32/3 32/10

off [8]   6/19 6/22 22/23 51/5 51/12 51/21 101/21 102/8

off-chain [1]   101/21

offense [6]   118/25 119/2 119/14 120/8 120/12 120/20

offered [1]   28/2

offering [1]   11/18

offhand [1]   60/18

office [7]   122/20 122/21 122/23 122/25 123/7 123/8 123/14

Official [3]   2/7 126/3 126/13

offline [1]   67/25

often [1]   104/18

Oh [2]   116/11 116/13

okay [23]   10/5 11/5 11/8 16/19 43/5 44/14 52/15 69/24 70/2 72/21 81/1 91/6 94/2 109/17 109/23 109/25 110/3 111/17 112/7 112/24 117/5 118/17 124/17

old [2]   15/12 103/5

Omedetou [18]   20/11 22/10 23/5 23/9 29/10 46/3 48/14 67/3 67/6 67/10 67/12 67/14 90/21 91/3 94/2 104/23 105/5 105/14

Omedetou's [1]   20/15

once [4]   39/7 51/6 80/25 91/12

one [51]   4/23 8/3 11/5 12/7 13/24 19/10 21/4 21/24 24/10 24/23 26/3 26/25 27/1 28/18 32/2 37/25 38/22 40/11 42/15 44/23 45/7 54/8 55/18 55/20 58/6 58/13 61/9 65/7 70/12 70/20 71/23 71/24 72/17 77/5 78/16 78/19 82/17 85/8 86/20 87/1 89/2 90/16 91/10 100/17 100/18 101/5 102/17 104/13 112/14 121/18 123/17

onion [2]   55/17 55/20

online [2]   50/12 101/22

only [11]   4/11 40/5 43/3 43/10 43/12 47/16 54/23 84/22 86/20 89/3 100/22

open [4]   72/13 75/14 104/19 111/25

opened [3]   75/7 77/25 78/6

operated [2]   13/25 63/4

operating [15]   25/25 36/8 44/5 44/10 50/18 55/4 55/6 55/10 55/12 55/24 56/2 56/5 75/12 98/8 107/20

operation [1]   74/11

operator [5]   47/3 49/25 50/14 50/17 50/22

opinion [4]   11/20 76/25 77/1 103/14

opportunity [1]   88/19

option [1]   111/20

oral [1]   125/19

order [3]   22/19 83/19 116/6

Appx4387

## O

orders [1]  77/9
origin [3]  83/16 83/20 85/7
original [1]  84/12
originating [1]  82/9
other [37]  4/23 8/10 12/13 17/2
18/8 18/17 19/5 20/7 20/7 20/8
20/9 28/23 29/16 39/3 39/25 39/25
41/13 46/23 54/23 65/4 85/5 86/25
88/22 89/6 91/17 94/10 95/14
102/7 107/10 109/10 111/25 116/1
121/18 122/24 123/7 123/20 125/15
others [1]  116/2
ought [1]  52/3
our [5]  71/5 71/6 73/6 114/24
115/14
out [35]  4/14 11/3 22/18 25/20
27/14 30/23 32/8 34/8 34/21 34/25
35/17 38/10 41/11 42/14 44/3
47/22 50/22 56/7 62/16 63/23 71/1
71/11 81/24 85/2 91/20 92/6 93/13
101/1 108/25 109/13 110/9 110/14
110/19 123/18 124/12
outgoing [2]  77/11 81/11
output [1]  46/15
outside [1]  43/18
over [11]  29/17 30/7 46/4 55/17
61/8 61/9 64/23 76/17 78/14 102/4
125/1
overnight [1]  124/10
Overruled [7]  16/3 45/3 56/21
93/4 103/10 104/11 104/22
own [16]  21/12 21/13 30/5 33/8
54/13 74/14 74/21 74/25 75/21
76/25 84/11 91/12 91/13 95/24
97/22 99/19
owners [1]  84/22

## P

p.m [6]  102/21 110/9 112/20
124/12 124/25 125/24
page [23]  1/23 65/8 65/25 66/16
77/8 86/10 102/18 102/19 107/10
116/25 117/5 117/25 118/4 118/4
118/6 118/17 118/17 118/23 119/13
119/14 119/17 119/17 122/17
paid [2]  21/19 90/21
Pandora [5]  68/16 68/19 68/21
69/1 69/4
paper [2]  44/23 45/7
paragraph [7]  80/21 80/24 105/2
105/3 105/7 117/6 118/18
part [7]  14/7 16/9 27/22 36/3
105/4 119/3 122/10
partially [1]  72/25
particular [3]  7/9 61/7 91/1
particularities [1]  37/22
particularly [1]  4/16
parties [2]  111/11 111/14
passed [1]  102/12
passport [2]  75/3 75/23
password [4]  34/4 35/4 35/14
35/15
past [4]  72/10 77/12 81/13 116/3
paste [1]  81/24
pattern [5]  25/21 25/23 28/21
29/2 36/1
Pause [2]  110/22 112/17
pay [2]  10/20 88/19
paycheck [3]  47/13 92/16 92/23
paying [3]  21/17 21/22 85/1
payment [8]  8/13 11/10 13/18 14/3
82/19 84/18 91/1 100/13
payments [4]  26/17 77/11 81/12
91/20
PEARLMAN [3]  1/18 3/7 112/21
peer [4]  44/23 45/7 96/16 96/16
peer-reviewed [2]  44/23 45/7
PELKER [4]  1/13 3/4 50/19 51/10
Pennsylvania [1]  1/14
people [11]  8/7 8/14 10/19 51/8
53/5 67/15 72/24 80/1 89/6 110/13
111/9
per [2]  77/13 81/14
percent [10]  40/12 46/4 46/5 46/6
49/3 59/16 59/16 59/17 93/12
108/17
performed [1]  106/13
perhaps [1]  72/23
period [1]  15/14
person [16]  4/20 17/25 20/6 20/19
26/3 31/23 41/22 41/23 41/24 42/4
54/12 100/17 100/18 101/5 101/22
110/11
person's [1]  72/4
personal [7]  38/4 64/12 76/19
81/4 84/11 92/21 114/10
personally [2]  83/14 84/2
phone [4]  49/13 49/14 57/22 114/6
photo [12]  17/6 22/8 39/11 48/6
48/12 74/3 74/5 74/6 74/16 91/13
95/21 98/25
physical [1]  114/16
pick [1]  57/22
picked [2]  50/13 50/25
picture [3]  100/1 100/3 100/4
pink [3]  39/2 40/3 41/15
pizza [1]  77/7
place [3]  12/25 40/5 72/3
Plaintiff [2]  1/4 1/13
plan [1]  112/7
planning [1]  112/10
plans [1]  77/7
plasma [3]  20/24 29/20 100/15
PlasmaDivision [1]  100/12
plasmadivision.com [4]  20/24
20/25 29/20 29/21
plausible [1]  50/16
plea [4]  116/21 119/3 122/10
122/11
plead [4]  113/21 113/23 121/14
122/2
please [12]  16/4 45/4 47/15 62/2
71/8 83/11 83/13 83/17 84/24
113/4 113/9 124/9
pled [9]  118/9 119/23 120/1 120/3
120/6 120/21 121/12 121/15 122/10
PLLC [1]  2/3
plus [1]  84/13
point [17]  4/15 27/14 38/22 42/4
52/1 52/9 52/11 58/5 72/6 72/16
72/17 72/19 77/23 93/10 105/10
115/17 125/1
points [1]  43/17
Poloniex [4]  48/8 49/3 98/5 98/6
popular [3]  90/16 90/18 90/19
pornography [2]  71/2 71/2
portion [1]  14/6
portions [2]  125/13 125/14
position [1]  19/5
positive [1]  64/5
possession [1]  115/23
possibility [2]  99/5 99/11
possible [17]  22/16 23/3 26/25
34/16 34/18 39/3 42/24 47/19 49/3
49/25 54/18 59/2 62/12 67/18
87/19 95/5 105/9
post [27]  45/14 45/18 48/14 67/6
67/17 74/6 75/24 75/25 76/2 76/10
76/12 80/17 81/16 81/17 81/19
81/20 82/2 82/4 82/5 82/12 82/14
82/16 83/1 83/2 83/3 83/4 94/3
post-it [1]  74/6
post-mix [3]  45/14 48/14 94/3
posts [1]  104/24
potential [1]  62/5
potentially [1]  108/24
power [1]  124/8
PowerPoint [2]  73/22 96/3
practice [3]  84/12 100/6 100/7
precisely [1]  6/22
prejudice [1]  114/18
preliminary [1]  112/3
prepared [1]  73/22
present [1]  51/18
presented [1]  14/2
preserve [1]  115/5
press [23]  49/10 49/23 49/24 50/1
50/4 50/9 50/10 50/11 50/13 50/15
50/21 51/19 51/20 52/18 53/4 53/8
53/11 53/13 53/16 53/18 53/19
53/22 73/7
preventing [1]  4/17
previous [1]  31/19
previously [4]  5/24 83/12 83/16
92/3
price [2]  60/18 60/25
primacy [2]  87/12 87/14
printed [1]  84/5
prior [1]  101/18
prison [1]  120/9
Pristov [1]  76/6
privacy [9]  26/4 26/9 26/15 26/21
35/23 47/13 87/13 92/24 102/3
private [13]  25/11 30/16 30/20
41/3 42/16 42/25 43/2 43/8 43/9
43/14 43/19 97/22 101/23
probably [3]  4/7 42/11 71/18
problems [2]  77/12 81/12
proceed [3]  5/6 52/15 112/21
proceedings [2]  1/7 126/5
process [2]  51/23 84/20
Professional [2]  56/15 57/8
professionally [1]  57/4
promotional [1]  11/22
proposal [1]  112/1
provide [4]  54/8 83/15 83/17
84/24
provided [9]  54/23 55/14 59/25
74/16 84/25 85/5 104/1 123/15
123/22
provider [2]  11/9 11/10
province [1]  93/17
proximity [1]  20/4
Public [2]  56/18 57/2
publicity [2]  51/2 51/4
publish [3]  6/11 38/8 117/21
published [3]  14/20 117/17 119/10
pull [5]  99/16 101/8 102/13 105/1
106/18
pulling [1]  101/20
purchase [4]  12/9 12/15 34/14
84/21
purchased [2]  12/13 71/2
purchases [3]  33/16 83/18 84/13
purely [1]  42/21
purplish [1]  18/9
purporting [1]  108/8
purpose [9]  14/3 28/16 28/20
35/25 77/1 82/7 83/12 109/6
109/11
purposes [2]  37/24 51/18
put [7]  17/6 48/6 59/3 62/14
76/21 81/6 94/19
putting [3]  22/17 100/25 109/6

## Q

qualification [2]  58/2 58/10
qualifications [1]  57/25
question [43]  4/23 4/25 5/2 5/3
5/4 5/5 9/21 16/4 17/21 25/18
26/11 27/17 27/23 28/9 28/11 30/1
36/22 37/25 43/7 45/1 45/3 45/4
46/11 51/18 52/11 52/25 53/2
53/11 58/6 60/13 61/18 62/2 63/14
63/19 78/18 91/25 99/9 102/23
107/6 110/15 111/9 111/10 123/17
questions [11]  37/5 52/2 52/5
56/11 58/9 58/14 85/13 99/12
99/20 106/7 109/16
quick [3]  58/23 102/9 110/3
quickly [2]  51/21 72/8
quote [3]  47/2 68/16 81/10
quote/unquote [2]  47/2 68/16
quotes [1]  82/10

**R**

raise [7]  5/2 111/3 111/4 114/24 115/1 115/7 115/13
raised [1]  116/12
raising [1]  115/9
RamNode [3]  98/12 98/14 98/20
ran [2]  51/6 110/24
RANDOLPH [1]  1/9
random [1]  21/5
randomize [1]  26/20
randomize their [1]  26/20
randomized [2]  26/17 46/5
rate [8]  44/20 44/22 59/24 60/2 60/11 61/25 62/4 82/25
rates [2]  59/16 59/25
reactivate [1]  54/17
Reactor [11]  79/11 79/21 79/23 87/15 88/22 88/25 89/3 89/8 103/21 103/24 104/5
read [19]  42/10 49/25 50/17 67/17 76/12 80/20 81/21 82/3 82/4 82/14 83/3 83/22 102/14 102/18 102/22 105/2 105/7 122/18 123/4
reading [1]  76/24
ready [1]  112/22
real [7]  4/20 4/21 17/8 49/25 104/5 104/8 105/9
realistically [1]  72/19
really [4]  15/22 37/9 72/18 103/5
reason [10]  4/6 11/12 66/4 73/6 77/20 78/5 81/23 85/2 107/17 116/4
reasonable [3]  6/23 61/1 80/4
reasons [7]  26/4 26/9 26/15 26/21 35/23 47/13 92/24
recall [44]  4/24 6/21 6/22 14/5 19/19 20/11 22/22 22/24 31/7 32/21 35/2 56/3 56/4 60/18 60/20 60/22 64/17 64/20 64/21 65/10 65/18 66/15 66/18 66/23 68/2 68/10 68/18 69/10 69/18 75/5 78/15 78/24 79/8 88/12 89/5 89/5 90/20 91/2 91/5 97/3 98/16 106/8 120/1 125/5
receive [3]  22/17 34/13 84/7
received [9]  7/20 40/7 48/24 67/3 82/20 83/11 83/14 84/2 89/13
receiving [4]  79/19 92/14 100/22 108/15
recently [3]  61/2 103/4 103/7
Recess [2]  73/2 125/24
recognize [10]  14/20 27/7 38/12 45/12 59/11 62/18 73/17 86/2 116/20 118/15
recollection [6]  65/9 65/24 66/3 70/8 70/11 86/11
recommend [1]  123/23
recommendation [2]  120/15 120/16
recommended [1]  120/12
reconvene [1]  124/19
record [11]  5/14 7/18 9/19 31/18 31/18 31/20 37/20 51/11 51/25 58/5 126/5
records [10]  9/18 9/22 9/24 14/2 15/15 18/19 106/12 107/1 107/2 107/8
red [4]  17/17 17/22 18/6 18/7
redacted [2]  125/12 125/13
redeem [2]  23/2 31/20
redeemed [2]  35/7 35/10
redeeming [1]  31/15
redemption [13]  7/1 8/4 17/14 23/1 29/14 31/9 31/10 31/13 31/14 31/21 31/25 35/7 35/10
redirect [4]  3/4 5/1 99/13 99/14
refer [1]  108/20
reference [2]  55/22 78/24
referenced [2]  79/4 105/4
referred [1]  23/10
referring [4]  23/9 82/21 118/6 119/15

refresh [1]  86/11
refreshes [2]  65/9 65/24
refund [1]  91/3
refusal [2]  123/3 123/5
regarding [2]  83/15 105/21
regards [2]  82/11 83/21
registered [2]  84/7 84/8
registration [1]  14/4
regularly [2]  52/21 53/4
regulations [1]  89/22
related [16]  13/1 14/14 18/21 23/13 31/4 31/5 53/16 53/23 76/16 76/18 81/3 85/13 93/13 99/4 118/25 119/15
relates [1]  18/16
relating [1]  53/13
relation [5]  9/9 12/20 18/12 73/22 78/20
relationship [2]  78/2 113/25
relatively [2]  8/14 33/11
release [11]  49/10 49/24 50/4 50/9 50/10 50/15 50/21 51/19 52/19 53/11 84/25
releases [2]  50/12 53/4
relevance [4]  50/4 56/19 114/9 114/14
relevant [11]  11/23 12/8 28/7 49/12 49/22 50/16 51/7 58/7 89/25 123/1 123/10
relied [1]  59/25
relieve [1]  123/11
remaining [1]  24/19
remember [16]  20/14 25/17 38/24 64/24 65/2 65/21 77/25 78/17 78/20 79/1 79/2 79/4 99/20 102/14 103/5 115/16
remind [3]  7/24 37/4 101/8
renewing [1]  115/14
repaying [1]  84/20
repeat [4]  9/21 16/4 45/4 62/2
rephrase [2]  26/11 26/12
reply [3]  82/7 83/5 83/21
Reporter [4]  2/6 2/7 126/3 126/13
reports [1]  96/9
represent [2]  42/18 117/3
representation [1]  103/6
represented [1]  116/8
representing [2]  17/22 88/20
request [1]  110/6
require [2]  85/9 93/16
research [2]  71/10 124/11
resemblance [1]  114/16
Reserve [43]  7/16 8/5 8/12 8/22 9/14 9/15 9/18 9/20 9/22 9/23 9/25 10/9 10/10 10/13 10/19 10/20 10/23 11/3 13/18 13/21 18/9 20/22 21/1 21/11 21/15 21/20 21/21 23/17 23/19 23/25 24/13 24/17 24/19 24/21 26/18 28/22 30/4 33/6 33/9 33/12 95/23 95/25 100/16
resolve [1]  116/23
respect [3]  5/7 53/13 125/2
response [7]  67/5 69/18 79/17 82/19 83/22 103/1 103/13
restore [1]  67/13
return [5]  5/22 9/5 9/9 31/4 31/8
revealed [1]  92/20
revenue [1]  85/3
review [6]  14/9 15/15 54/22 98/22 103/23 106/12
reviewed [16]  9/11 14/5 14/6 14/10 14/12 15/13 15/19 18/12 31/8 44/23 45/7 54/23 55/12 98/14 100/25 103/24
reviewing [3]  64/18 89/5 99/2
revnut [1]  85/4
right [46]  4/2 5/19 5/22 8/20 13/5 16/3 17/15 20/3 24/10 24/11 25/6 25/6 32/14 33/20 38/25 40/10 42/24 48/8 48/9 55/21 65/4 67/19 71/6 72/20 72/25 73/3 73/10 76/5 79/7 84/23 86/14 86/16 86/17

86/18 86/20 88/22 89/13 90/6 92/3 99/13 112/7 112/21 123/25 124/18 125/20 125/22
Road [26]  34/2 34/4 34/8 34/12 34/14 34/17 34/18 34/19 34/21 36/2 36/11 36/11 64/1 64/3 64/7 64/11 64/12 64/13 64/16 64/25 65/11 65/14 91/3 107/7 107/7
Rok [1]  76/6
role [1]  37/21
ROMAN [4]  1/6 82/6 83/5 83/24
Room [1]  2/8
roughly [3]  60/20 82/24 97/6
route [2]  50/21 50/25
Rovensky's [1]  9/12
RPR [1]  126/12
rule [1]  125/6
ruled [2]  50/7 51/15
rules [1]  80/3
run [2]  80/13 122/6
running [3]  30/10 60/6 61/25
Russian [1]  114/17

**S**

said [19]  19/13 23/11 24/9 36/23 37/21 52/24 53/9 53/10 73/5 77/16 79/5 84/1 87/12 87/14 89/13 93/2 96/5 97/6 111/22
sale [1]  99/19
same [23]  10/16 17/25 19/20 20/6 20/18 21/1 21/1 29/15 30/2 34/1 34/7 41/15 41/22 41/24 42/4 65/22 66/15 66/16 69/18 72/23 81/20 104/14 118/2
sanctioned [1]  63/13
sandbagging [2]  114/25 115/9
sarcastic [1]  77/19
save [1]  77/1
saw [2]  51/8 78/9
say [25]  5/1 8/10 17/22 18/21 22/13 22/15 26/10 28/6 29/9 35/24 36/22 41/15 47/16 48/8 51/1 51/24 72/5 76/7 77/19 85/12 87/13 87/19 90/4 92/13 108/8
saying [22]  12/15 18/2 18/4 18/22 25/15 26/8 26/23 41/10 50/14 52/8 52/9 78/16 78/23 79/2 82/21 85/16 85/19 91/15 92/14 95/4 105/14 105/16
says [15]  10/8 10/11 35/21 65/7 65/10 66/2 75/22 78/19 79/24 82/6 83/5 85/4 89/24 122/18 123/3
schedule [1]  112/8
scheduling [1]  71/18
Scholl [22]  3/3 5/24 6/4 6/14 12/2 14/21 28/14 38/12 41/12 49/19 52/18 58/20 59/9 62/18 73/17 75/19 86/2 99/17 102/14 105/21 108/1 108/7
scientific [2]  44/23 45/7
scope [1]  90/3
screen [5]  6/8 16/14 33/23 42/15 118/14
screening [1]  104/2
screenshot [1]  84/21
screenshots [3]  83/17 84/16 84/24
scroll [14]  31/13 39/17 40/23 41/11 75/24 76/4 76/14 80/25 81/10 81/16 102/18 102/19 102/22 105/1
search [4]  9/4 9/9 31/3 31/4
searched [1]  99/4
seated [2]  113/9 124/13
second [3]  42/15 86/10 105/1
section [1]  69/22
see [76]  7/22 8/18 10/8 10/10 10/12 13/18 13/21 14/13 17/17 24/10 24/25 25/3 25/6 30/2 32/3 33/20 33/23 33/24 35/7 39/13 40/24 41/12 42/9 42/10 42/12 42/13 47/22 48/2 52/11 55/23 56/1

**S**

see... [45]  56/4 56/6 58/25 59/4 59/9 65/10 66/2 71/7 73/1 75/7 75/21 75/25 76/2 76/5 76/5 76/14 76/15 76/22 78/4 78/7 79/12 80/17 81/7 82/17 84/4 84/13 86/17 88/9 88/13 88/14 91/9 104/7 106/1 106/4 110/7 110/13 110/13 111/5 116/18 117/6 118/17 118/24 123/2 124/11 125/22

seeing [2]  24/5 82/18
seemed [1]  79/17
seems [4]  6/22 61/1 61/5 80/4
seen [2]  51/25 55/11
seized [5]  9/15 9/19 9/23 99/3 107/8
sell [8]  76/19 76/22 77/7 80/1 80/4 81/4 81/7 96/17
sellers [1]  106/22
selling [6]  21/9 21/11 21/16 41/6 41/8 77/3
send [2]  20/21 34/13
sending [12]  7/4 30/8 30/12 31/14 33/13 89/8 89/9 92/17 92/24 101/12 101/21 108/22
sends [4]  31/13 33/19 34/1 34/7
sense [2]  27/16 94/20
sent [16]  7/10 20/25 24/1 31/22 46/16 62/21 70/13 74/6 88/6 89/1 89/2 89/4 89/6 92/7 94/18 103/2
sentence [12]  76/17 120/9 120/12 120/23 120/25 121/2 121/6 123/3 123/4 123/16 123/19 123/24
sentenced [1]  122/8
sentences [10]  80/20 80/21 80/22 80/23 81/9 81/17 81/18 81/18 122/6 122/19
sentencing [3]  120/17 120/18 121/5
separate [8]  11/2 17/14 20/22 24/11 25/4 29/19 53/11 84/10
September [4]  96/12 125/12 125/17 125/19
September 18th [3]  125/12 125/17 125/19
September 20th [1]  96/12
series [5]  14/23 22/18 35/25 45/14 106/7
serious [1]  51/15
servers [5]  49/4 49/5 49/6 63/6 107/8
service [5]  67/13 68/20 77/18 81/25 105/12
services [7]  10/20 63/4 77/3 78/3 82/20 83/14 89/10
set [3]  74/3 99/6 99/11
seven [1]  58/9
several [1]  56/6
shall [1]  122/22
she [12]  22/11 23/9 23/10 121/12 121/13 121/14 121/15 122/2 122/2 122/4 122/6 122/9
Sheep [4]  69/7 69/9 69/11 69/13
SHERRY [3]  2/6 126/3 126/12
shoehorn [1]  50/6
Shormint [12]  7/16 8/22 8/25 9/2 9/6 9/10 9/20 9/25 10/9 11/3 23/19 100/16
short [3]  52/4 84/4 102/6
should [13]  5/1 5/6 52/2 52/2 62/15 71/17 85/25 88/1 112/12 112/13 115/2 118/14 124/18
show [3]  100/1 108/18 118/13
showed [3]  15/15 24/12 79/15
showing [6]  7/19 14/2 24/6 59/17 66/9 83/18
shown [1]  101/9
shows [9]  25/24 31/19 31/21 36/8 42/4 44/4 44/6 44/10 77/16
shut [21]  36/11 49/21 50/1 51/20 54/17 64/2 64/3 64/25 65/19 65/20

66/4 66/13 66/18 66/24 68/8 68/17 69/9 69/16 69/18 107/24 108/5
sic [1]  11/19
side [1]  65/4
sign [1]  119/23
signature [5]  117/9 118/6 118/20 119/19 119/21
significance [2]  41/14 101/16
significant [2]  42/11 103/12
signify [1]  18/7
Silk [26]  34/2 34/4 34/8 34/12 34/14 34/17 34/18 34/19 34/21 36/2 36/11 36/11 64/1 64/1 64/3 64/7 64/11 64/12 64/13 64/16 64/25 65/11 65/14 91/3 107/6 107/7
similar [3]  17/21 81/22 105/12
simple [1]  83/25
simply [6]  50/5 50/21 51/19 52/12 96/9 105/25
since [2]  77/14 81/15
sincere [1]  103/14
single [5]  47/2 58/2 64/6 67/21 80/12
sir [352]
sit [8]  4/5 55/8 64/17 66/2 72/15 112/1 112/4 124/6
site [17]  14/1 50/1 55/20 66/13 68/8 68/17 68/19 68/23 69/1 69/16 74/9 75/10 96/19 96/22 98/17 109/10 116/6
sites [5]  107/10 107/20 107/24 108/5 108/8
sites' [1]  66/14
sitting [1]  112/8
situation [1]  76/24
size [1]  25/7
slide [1]  96/7
slightly [2]  34/7 34/22
Slow [1]  83/8
small [1]  33/11
smallest [1]  86/22
smiling [1]  52/13
so [90]  4/13 4/22 7/11 8/18 10/8 16/25 18/2 18/5 19/9 19/16 19/23 21/14 22/10 22/19 23/4 23/10 24/4 26/14 28/10 29/6 31/7 31/18 31/22 37/1 39/3 39/6 40/5 40/9 40/24 41/11 47/11 47/16 48/24 51/17 59/23 60/6 60/11 71/16 72/2 72/15 72/24 73/3 73/5 74/17 75/13 76/4 76/14 78/4 78/16 80/17 84/15 86/13 86/25 87/11 88/17 91/24 92/5 92/13 94/7 95/4 95/4 97/18 103/11 105/14 109/20 110/4 110/5 110/13 110/14 110/19 111/3 111/4 111/23 112/24 113/11 115/7 115/8 116/11 118/1 119/2 119/23 120/10 120/11 120/21 120/23 121/20 124/2 124/19 124/25 125/6
social [2]  15/16 29/1
software [1]  79/11
sold [2]  80/10 101/4
solid [1]  42/3
some [21]  4/3 4/15 9/15 20/4 28/5 28/5 33/16 38/23 41/14 48/23 51/22 56/11 63/4 63/12 72/6 90/21 102/15 105/10 109/19 114/18 124/19
somebody [12]  21/10 21/17 26/8 26/14 26/22 35/22 41/7 51/5 54/16 70/25 111/24 114/16
someone [13]  21/16 21/22 26/2 26/20 26/24 41/9 99/5 101/22 102/5 102/8 108/22 116/12 124/4
someone's [1]  23/1
something [11]  6/9 9/16 21/18 28/10 33/1 54/11 54/16 111/21 114/11 114/13 115/7
somewhere [3]  22/17 60/24 61/3
soon [2]  61/16 61/20
sorry [14]  7/23 19/10 19/11 28/19

43/4 55/25 73/21 78/18 80/8 82/17 87/14 90/4 99/21 123/16
sort [5]  14/13 52/4 52/14 72/22 114/18
sounds [1]  64/4
source [6]  12/5 85/15 89/11 92/9 93/22 104/4
Spam [2]  20/25 29/19
speak [1]  114/5
speaking [2]  8/15 120/10
Special [1]  9/12
specific [12]  55/2 60/5 61/6 65/18 66/3 87/20 90/15 99/10 103/1 107/7 107/15 107/15
specifically [7]  19/1 20/15 53/23 67/11 94/11 101/12 108/17
specifics [1]  54/18
specified [2]  83/6 83/10
speculation [1]  50/3
spelling [1]  113/3
spend [8]  8/9 41/17 41/19 44/21 44/24 45/8 71/1 95/1
spending [2]  44/17 45/2
spoke [2]  51/5 95/23
spouse [1]  71/25
stalling [1]  85/1
stamps [2]  20/1 20/3
stand [5]  25/10 52/12 73/8 114/23 115/10
standard [1]  46/4
start [8]  4/16 6/24 22/11 29/6 76/17 97/19 112/19 124/6
started [4]  22/19 23/5 89/20 110/5
starting [1]  82/10
starts [3]  30/13 33/5 87/25
state [3]  93/17 122/24 123/7
statement [5]  67/19 118/10 118/25 119/2 119/14
statements [2]  46/2 105/5
states [22]  1/1 1/3 1/10 9/23 13/3 27/13 33/2 44/1 48/22 48/24 48/25 49/4 50/10 64/2 64/3 106/20 106/23 107/14 107/17 107/18 107/19 113/20
stating [1]  113/3
statistical [2]  44/20 44/22
statutory [2]  120/7 121/21
stay [1]  118/17
steal [1]  116/1
steps [1]  22/19
STERLINGOV [105]  1/6 9/19 11/19 14/13 15/5 16/10 18/3 18/16 18/22 19/2 19/17 20/24 21/9 21/16 21/21 22/2 23/13 23/25 25/25 29/22 29/24 31/6 36/8 37/18 41/6 41/8 44/5 44/10 45/19 47/3 47/8 47/12 47/19 47/23 48/2 49/9 50/11 52/19 54/4 54/25 55/4 55/8 55/12 64/7 64/11 65/11 65/13 66/7 66/9 67/1 67/22 67/22 68/3 68/6 68/11 68/14 68/22 68/25 69/4 69/11 69/14 70/5 70/10 70/15 70/17 70/22 76/7 77/17 77/20 77/23 78/5 78/10 78/16 78/19 79/10 79/18 80/2 80/10 81/23 82/16 83/24 85/8 85/16 85/19 86/14 88/6 88/18 88/20 89/8 90/9 90/14 90/24 92/14 94/17 95/12 95/17 96/19 98/15 99/3 99/6 99/11 100/25 101/17 114/17 114/20
Sterlingov's [87]  7/7 7/11 7/18 7/19 9/8 9/24 14/6 14/7 15/23 16/21 18/20 20/5 20/21 20/21 21/12 21/20 22/4 22/6 22/18 23/17 24/13 24/21 25/21 26/18 28/21 29/1 29/7 29/17 30/4 32/11 33/5 34/4 35/4 35/15 36/19 36/24 38/1 38/4 39/7 40/13 44/6 46/19 47/17 47/25 48/4 49/22 54/21 73/23 73/25 74/14 74/25 75/18 78/13 78/25 79/16 83/22 89/16 90/10

**S**

Sterlingov's... [29]   91/6 91/9 91/21 92/20 93/7 93/9 93/18 94/9 94/13 94/14 95/14 95/15 95/23 95/25 97/3 97/24 98/12 98/20 98/24 100/12 100/15 101/11 101/17 103/6 103/13 103/15 103/18 104/17 105/22

still [10]   5/2 74/11 75/12 79/18 97/1 97/2 98/8 103/11 111/8 111/9

stop [5]   48/17 50/17 76/5 123/2 124/3

stopped [1]   96/24

store [4]   97/10 97/12 97/15 97/18

straight [1]   63/23

streaming [3]   68/19 68/21 68/23

Street [2]   1/16 2/3

strikes [1]   114/25

subject [1]   82/6

submit [1]   58/4

submitted [4]   74/5 83/6 83/11 83/16

subscriber [1]   68/22

subsequently [4]   7/15 24/20 101/14 108/24

substance [1]   58/9

substantial [1]   78/10

substitute [1]   111/24

suffice [1]   83/17

sufficient [2]   5/17 81/9

suggest [1]   111/5

suggesting [3]   45/18 45/18 62/7

suggestive [1]   102/10

suggests [1]   102/11

Suite [1]   1/17

sum [3]   29/13 82/18 82/21

super [1]   77/5

supported [1]   44/18

supposed [1]   52/10

sure [22]   5/6 15/6 15/8 30/1 37/11 49/2 55/14 60/13 72/6 72/7 72/24 80/3 82/1 84/24 86/9 109/19 111/12 124/5 124/8 124/9 124/24 125/8

surgery [5]   4/8 4/20 71/25 72/1 72/3

surprise [2]   97/13 97/14

surprised [1]   52/20

surrounding [2]   51/2 100/9

surviving [1]   77/4

suspicious [1]   26/19

sustain [3]   11/25 90/2 90/5

Sustained [12]   12/18 13/16 27/3 29/4 37/16 44/13 47/9 52/23 61/22 71/4 80/15 108/2

Sweden [9]   37/8 37/10 37/12 37/23 38/1 38/5 75/22 84/8 84/12

Swedish [1]   75/3

Swift [1]   88/9

switch [7]   54/6 54/10 54/11 54/15 54/16 54/20 85/24

switched [1]   84/5

sworn [2]   5/24 113/7

synonymous [1]   31/16

system [4]   76/20 76/22 81/5 81/7

**T**

tab [1]   65/8

TABLE [1]   2/10

take [35]   8/4 10/23 14/17 27/5 32/15 38/7 42/7 45/10 49/8 58/23 59/21 62/13 65/4 65/22 66/16 69/24 71/5 71/6 71/12 72/17 75/16 77/12 81/13 82/2 83/1 89/19 102/6 109/25 110/1 110/3 110/5 115/23 123/2 125/1 125/20

taken [2]   73/2 125/24

takes [3]   33/16 70/25 115/9

taking [10]   17/12 33/11 47/12 54/12 59/15 72/3 84/16 92/16 92/22 94/3

talk [6]   4/22 44/9 90/22 91/4 118/9 125/7

talking [11]   19/2 20/11 22/24 67/6 67/10 67/14 67/15 94/12 114/9 118/1 118/5

team [1]   54/24

technology [1]   103/4

telephone [1]   114/25

tell [7]   19/1 44/20 50/8 54/9 59/13 62/23 122/15

temporal [1]   20/4

terms [3]   94/17 96/7 122/22

testified [14]   14/9 15/2 38/14 38/22 46/21 49/19 55/24 91/2 92/3 93/3 97/24 103/23 105/21 120/3

testify [2]   11/24 108/1

testifying [8]   14/5 19/19 22/22 96/6 97/3 114/22 115/11 122/13

testimony [31]   4/24 5/4 5/17 6/15 8/14 9/12 15/25 17/24 19/9 20/17 23/4 23/7 23/8 26/20 26/22 40/3 41/20 41/23 42/11 48/14 50/5 55/3 60/14 94/2 94/4 94/5 94/8 94/10 98/21 124/16 125/3

Testing [1]   49/16

text [1]   25/7

than [18]   12/13 18/17 20/9 26/3 27/1 32/2 34/10 34/21 46/23 52/12 58/11 60/20 87/20 105/12 108/17 120/23 120/25 121/2

thank [21]   6/1 6/10 6/14 10/6 16/8 28/12 56/22 58/17 59/7 66/20 73/1 73/12 82/6 83/5 83/20 86/1 96/5 110/17 113/9 125/22 125/23

thanks [1]   67/7

that [774]

That's [3]   35/20 42/6 92/4

their [10]   26/20 54/13 72/25 83/19 99/19 104/19 107/2 107/2 108/22 109/13

them [22]   8/4 13/2 24/1 27/19 33/13 45/20 47/20 59/16 62/9 73/5 77/5 77/9 84/21 86/20 89/9 89/10 94/3 99/18 101/23 104/5 105/17 108/24

themselves [2]   14/10 18/19

then [72]   5/20 7/15 7/22 8/9 10/10 20/13 23/2 23/16 24/10 24/18 24/25 25/3 25/14 25/17 30/7 30/10 30/12 30/19 30/23 31/12 32/3 32/9 33/11 33/16 33/19 34/23 35/2 35/6 35/10 35/17 35/18 38/1 43/21 45/17 46/5 47/14 47/20 50/17 50/24 58/20 62/8 62/9 64/1 64/6 65/11 71/1 76/23 76/25 77/8 77/9 77/9 81/8 85/24 87/18 88/17 92/25 94/18 96/2 97/24 98/5 98/12 98/24 102/22 108/23 109/4 110/4 112/10 115/3 117/5 117/11 125/21 125/23

theory [1]   28/7

there [152]

these [54]   4/15 12/23 15/2 17/12 17/17 24/14 26/18 26/23 29/15 39/19 40/6 40/9 41/15 43/22 43/25 48/23 49/6 51/14 57/19 60/12 60/14 61/12 63/5 63/6 63/23 63/24 79/24 85/15 85/17 86/25 92/9 92/10 94/14 94/24 99/2 100/11 100/17 100/18 100/21 101/2 101/14 102/9 106/19 106/25 107/4 107/5 107/13 107/16 107/20 107/24 108/5 108/18 108/20 119/23

they [54]   4/17 11/17 20/6 20/25 22/13 22/16 23/9 30/11 30/12 30/21 41/4 48/24 49/18 49/21 50/17 71/1 72/7 72/24 73/5 76/22 77/7 78/1 78/2 80/4 81/7 85/12 85/14 85/14 89/22 92/6 94/5 94/14 102/11 103/17 104/20 106/19 106/21 106/22 106/24 107/22 108/6 108/19 109/3 109/5 109/14 110/11

110/21 111/8 114/12 115/12 120/13 120/13 120/15 120/15

thing [5]   8/3 8/7 47/3 47/16 76/14

things [11]   20/7 20/7 34/14 58/12 78/16 78/19 78/24 85/8 111/16 118/11 124/5

think [62]   4/15 5/12 5/16 5/17 11/12 12/24 26/10 26/18 28/5 28/8 30/3 31/16 34/17 37/20 38/22 38/22 40/20 44/12 50/2 50/18 50/20 51/8 51/11 57/18 57/20 57/24 58/10 58/12 60/8 65/3 69/21 71/16 71/17 71/18 71/22 72/13 73/6 76/20 77/2 78/14 78/22 79/7 80/24 81/5 82/3 82/22 83/25 86/4 90/2 90/11 93/1 93/25 96/2 97/6 111/12 111/15 111/23 114/14 115/8 116/11 124/18 125/5

this [222]

those [45]   7/10 9/12 10/23 15/3 17/23 17/24 18/7 18/15 20/3 23/12 29/21 41/13 41/15 45/19 46/25 47/1 47/18 49/1 58/16 62/8 62/20 62/23 64/22 78/15 86/17 86/17 87/8 87/20 88/25 91/18 93/17 93/21 93/22 94/4 96/9 100/9 101/5 102/2 104/15 106/1 108/11 109/2 117/2 120/13 122/6

though [3]   27/14 79/1 124/5

thought [5]   5/6 19/11 23/8 28/19 80/8

thoughts [1]   72/6

three [8]   11/2 11/2 17/14 20/22 40/6 73/4 77/24 78/8

through [30]   6/18 8/11 20/23 23/13 26/17 46/16 46/21 47/1 47/13 48/16 57/25 58/2 92/7 92/10 92/17 92/24 93/23 94/19 94/24 94/25 102/15 102/18 107/23 107/24 108/4 108/23 109/3 109/14 109/18 114/11

Thursday [3]   4/11 6/15 22/22

time [54]   9/16 15/14 19/4 19/10 20/1 20/3 20/12 21/4 21/24 24/14 28/18 31/10 40/11 40/21 46/4 52/3 53/24 55/7 55/7 55/23 56/1 56/4 57/24 58/3 61/7 61/11 69/20 70/20 72/7 72/23 72/24 73/7 79/5 79/17 82/24 97/8 102/6 102/20 103/8 103/11 109/20 110/2 113/17 114/21 114/22 115/1 117/13 117/21 118/9 119/5 119/13 123/17 123/25 124/9

timeframes [1]   102/9

times [1]   55/7

timing [13]   4/4 7/14 18/17 18/21 19/1 19/7 19/8 19/17 19/25 20/1 20/12 36/16 100/23

tip [1]   51/12

tipped [1]   51/5

today [13]   4/6 4/8 4/10 4/19 48/9 55/8 64/17 66/3 71/19 109/18 112/11 116/4 116/10

together [3]   20/13 41/18 41/20

told [1]   72/15

tomorrow [8]   4/6 4/21 71/19 71/25 124/2 124/6 124/11 124/15

too [4]   20/13 48/10 74/21 124/3

took [2]   12/25 110/10

top [7]   4/21 29/16 39/6 39/7 40/23 47/15 96/4

TOR [2]   2/2 2/3

total [3]   32/4 59/15 121/23

totally [1]   33/22

town [1]   37/12

trace [29]   6/18 11/13 12/3 12/5 12/8 12/11 12/21 20/13 25/18 25/24 26/2 26/14 27/9 27/12 28/15 32/23 33/2 33/5 35/25 36/8 36/16 40/9 41/11 44/4 44/6 44/10 47/11 86/4 92/9

traced [15]   12/2 12/11 25/18

**T**

traced... [12]   27/19 27/25 28/4 28/9 28/14 28/17 46/21 47/1 91/17 92/11 93/23 98/1
traces [3]   15/1 99/2 101/6
tracing [19]   14/8 15/22 16/9 18/18 18/22 19/6 20/9 27/18 28/2 28/4 28/6 37/21 92/19 99/22 100/2 101/2 101/10 105/18 105/21
trade [5]   76/21 77/6 77/7 77/8 81/6
trades [2]   76/21 81/6
trading [3]   60/24 77/1 96/24
traditional [1]   105/17
traffic [2]   98/19 98/22
transaction [29]   8/18 12/21 17/13 22/11 22/15 23/22 28/5 28/10 28/15 36/2 36/4 38/16 38/20 38/21 39/6 39/24 40/2 40/24 42/18 42/21 69/1 86/16 87/20 87/23 100/5 101/12 102/20 105/3 105/8
transactions [64]   8/11 11/2 12/25 13/2 14/24 17/12 18/18 20/9 20/12 20/12 20/22 21/6 25/5 25/21 25/23 26/19 26/21 26/23 27/15 29/15 30/3 33/4 35/24 35/25 37/21 39/19 43/22 44/1 45/14 46/7 46/24 47/2 48/18 48/21 56/7 63/6 64/19 64/20 64/22 78/12 79/8 79/15 87/21 96/20 98/1 98/14 99/18 99/22 99/23 100/9 100/11 100/17 100/18 101/21 102/7 102/10 103/15 103/16 103/17 106/13 107/2 107/4 107/7 107/16
transcript [4]   1/9 125/11 125/19 126/4
transfer [4]   23/22 24/12 24/20 88/19
transferred [1]   21/6
transfers [4]   17/5 74/18 94/25 96/9
transmits [1]   25/4
treat [1]   85/4
trends [1]   76/23
trial [2]   1/9 4/18
TRM [1]   44/19
true [14]   22/4 22/6 47/17 47/21 61/24 62/3 78/22 96/1 96/6 100/15 104/19 105/22 108/23 126/4
trust [2]   102/2 102/5
truth [2]   63/4 122/15
truthfully [2]   122/23 123/6
try [3]   29/24 72/11 94/25
trying [10]   37/17 50/5 50/20 51/22 52/1 76/25 109/12 111/15 114/12 114/18
tumblers [1]   102/25
turn [1]   52/10
turned [1]   15/5
turning [10]   16/19 64/10 65/16 66/13 68/8 68/16 69/7 69/16 70/4 91/6
Twitter [1]   44/9
two [17]   4/5 20/23 23/11 23/24 25/4 29/19 41/10 43/17 43/17 50/11 58/13 70/1 70/2 73/4 95/17 121/15 121/23
tying [2]   22/1 47/7
type [4]   71/10 75/23 91/18 124/11

**U**

U.S [2]   1/13 2/7
U.S.C [1]   121/16
Uh [5]   11/12 29/17 31/17 49/8 53/25
Uh-huh [5]   11/12 29/17 31/17 49/8 53/25
ultimately [2]   23/5 121/4
unavoidable [1]   124/4
uncommon [1]   53/6
under [5]   83/6 83/10 117/9 122/18

123/11
undercover [4]   46/7 46/24 47/2 106/12
underneath [1]   118/20
understand [17]   15/21 24/7 56/12 57/20 57/20 60/13 64/4 67/11 72/25 76/17 88/16 88/20 94/22 114/8 116/4 120/9 120/11
understandably [1]   72/2
understanding [22]   9/11 9/13 11/9 17/4 22/20 30/18 54/5 54/9 67/9 67/17 82/23 85/23 88/17 98/4 98/9 107/25 113/23 120/7 121/21 122/1 122/5 122/8
understands [1]   51/9
understood [1]   37/11
unfortunate [1]   71/22
unfortunately [1]   124/3
UNITED [21]   1/1 1/3 1/10 9/23 13/2 27/13 33/2 44/1 48/22 48/23 48/25 49/4 64/2 64/3 106/20 106/23 107/14 107/17 107/18 107/19 113/20
unless [1]   79/10
unlikely [1]   101/7
unnecessarily [1]   58/12
unquote [2]   47/2 68/16
unredacted [1]   125/13
unrelated [1]   101/5
until [4]   79/7 110/4 114/23 124/16
untraceable [1]   22/10
unusual [1]   35/24
up [43]   6/6 6/7 6/9 13/9 13/13 15/20 23/12 42/15 48/6 49/18 50/13 50/25 57/22 59/3 62/15 69/22 72/1 72/4 72/19 73/15 74/3 76/4 76/25 81/16 83/2 91/7 97/2 99/5 99/6 99/11 99/16 101/8 101/20 102/13 102/19 105/1 106/19 110/21 120/11 121/1 121/4 121/7 125/4
update [1]   111/18
ups [1]   15/18
upward [1]   80/13
Urban [4]   82/5 82/11 83/4 83/21
us [31]   1/20 4/13 4/17 7/1 7/20 10/13 10/16 13/21 23/23 24/7 24/12 24/17 24/19 32/4 33/13 49/2 49/7 59/3 59/19 59/21 59/24 60/3 60/8 60/14 61/12 61/14 61/21 62/4 83/19 122/20 123/14
US-based [2]   49/2 49/7
usage [1]   64/24
USAO [1]   1/16
USD [1]   10/11
use [10]   8/8 10/19 17/10 50/6 100/21 100/21 103/7 105/14 105/16 115/2
used [23]   19/5 20/8 47/5 48/12 65/11 66/7 67/1 68/3 68/11 74/3 75/3 77/2 78/17 78/20 78/23 79/3 79/12 84/4 84/20 87/10 96/19 98/15 107/13
user [4]   101/15 105/25 106/5 109/6
users [5]   84/20 96/17 102/12 107/17 107/18
uses [1]   84/10
using [18]   8/15 69/11 70/5 70/15 70/18 79/18 79/21 89/11 90/22 91/13 98/25 102/25 103/21 105/11 107/3 108/24 109/19 116/5

**V**

vacuum [1]   99/23
valuation [2]   58/7 58/20
value [8]   7/14 7/15 60/5 60/8 60/9 61/6 61/14 62/9
values [1]   60/14
various [6]   47/20 62/22 101/3 104/17 105/22 106/19

vast [1]   16/17
vendor [2]   10/23 107/7
vendors [4]   106/22 106/25 107/1 107/18
verified [2]   77/15 81/15
version [2]   125/12 125/13
very [14]   8/7 13/13 40/5 51/12 51/13 51/14 51/21 72/2 72/9 77/5 82/18 103/3 103/5 114/14
vetted [1]   51/15
via [2]   15/20 88/19
Video [6]   70/12 70/12 70/13 70/16 70/18 70/23
view [1]   111/13
violations [1]   116/1
virtual [3]   8/1 96/16 96/18
visit [1]   97/1
voir [1]   115/11
Volf.prius [7]   20/8 24/2 24/18 24/22 24/25 25/22 28/23
volume [1]   65/7
voluntarily [1]   16/25
voluntary [1]   120/14
VPN [1]   13/19
VPS [2]   98/13 98/20
vs [1]   1/5

**W**

wait [1]   114/23
waiting [1]   4/13
wakes [2]   72/1 72/4
Wall [1]   2/3
wallet [27]   39/1 40/4 40/12 41/14 41/16 41/18 41/20 41/21 41/21 41/24 41/25 42/5 42/5 42/8 42/9 43/18 44/17 79/16 97/7 97/7 97/9 97/15 97/18 97/19 97/20 97/22 103/13
wallets [3]   41/10 41/14 90/17
want [33]   4/13 5/3 24/4 25/8 26/8 37/4 51/11 51/24 54/7 69/24 70/25 72/6 72/9 76/14 76/19 81/4 84/24 102/3 109/19 110/12 110/13 111/9 111/12 115/7 116/16 118/8 118/13 122/17 123/2 124/8 124/20 124/21 124/25
wanted [6]   5/5 22/10 96/17 111/4 112/14 122/6
wants [2]   58/6 72/4
warrant [4]   9/4 9/9 31/3 31/4
was [220]
Washington [14]   1/5 1/14 1/17 1/21 2/9 12/22 27/10 32/24 43/23 48/19 106/8 106/10 106/13 106/16
wasn't [14]   26/7 37/22 47/25 50/25 52/24 53/9 53/10 60/7 74/22 84/16 85/18 87/14 96/19 107/6
waste [3]   57/24 73/7 114/25
wasting [2]   58/3 114/21
way [18]   5/6 5/11 32/2 32/10 42/24 43/3 43/10 43/11 43/12 46/1 46/14 50/6 58/11 79/12 79/14 84/14 92/5 115/3
ways [5]   4/17 22/22 22/24 31/25 111/11
we [184]
we'll [4]   110/4 110/4 118/8 124/25
website [6]   14/15 84/14 84/21 84/23 97/1 97/2
websites [1]   53/19
week [2]   72/11 73/5
weeks [1]   56/6
weigh [1]   72/11
welcome [10]   54/7 58/8 70/12 70/12 70/13 70/15 70/18 70/23 71/12 115/8
well [21]   7/22 19/6 40/7 48/23 57/22 59/13 71/13 71/20 74/16 81/17 83/3 85/6 90/1 91/9 95/21 105/2 116/2 117/21 122/1 124/6 125/14

## W

went [7]   29/21 34/10 34/21 50/22 67/25 93/18 94/14
were [64]   4/10 6/15 7/10 15/19 21/7 22/22 23/8 23/24 23/25 24/19 29/21 30/3 38/23 39/3 40/13 41/21 46/1 46/6 48/24 49/1 56/6 63/4 73/4 73/5 77/5 78/12 84/13 84/18 92/6 92/6 92/11 93/17 94/4 96/6 96/20 101/17 101/21 102/3 102/25 103/14 103/16 103/17 103/17 104/14 104/15 105/25 106/13 107/3 107/13 107/16 107/18 108/16 108/17 110/11 110/12 113/15 113/17 113/17 113/25 118/1 118/5 118/6 119/15 121/22
weren't [5]   8/8 8/15 17/3 38/24 64/21
what [115]   4/14 5/15 7/24 8/19 8/23 8/25 9/16 9/24 10/19 11/1 11/8 14/18 15/11 15/15 15/18 16/1 16/2 16/10 17/13 17/21 18/2 18/22 19/1 22/15 23/5 23/21 24/9 25/4 25/15 27/6 28/3 29/12 29/13 30/13 32/16 34/10 35/21 38/8 42/20 45/11 45/17 46/1 46/2 50/9 50/23 50/25 51/8 52/1 54/6 54/9 55/11 58/23 59/13 59/23 60/11 60/18 61/2 61/11 62/3 65/10 66/2 67/9 71/17 73/14 76/19 77/4 77/6 78/18 81/4 82/17 83/12 84/24 85/6 85/16 85/19 87/12 87/15 88/1 88/15 88/17 88/20 92/8 93/2 93/12 93/16 94/19 94/22 95/4 96/14 100/4 100/9 100/14 101/1 101/9 102/19 104/4 105/4 105/14 106/1 108/1 108/25 109/6 113/17 113/23 114/17 118/13 120/7 120/7 120/10 120/19 121/5 121/10 121/14 121/21 123/17
whatever [1]   120/12
whatsoever [2]   13/1 27/19
when [51]   4/25 6/15 13/5 15/11 15/21 16/25 17/6 28/6 31/3 38/5 47/1 49/9 52/1 52/9 52/19 53/4 55/8 58/10 60/2 62/9 66/21 66/23 67/17 71/16 71/16 72/1 72/4 77/5 77/25 78/9 82/21 85/10 85/17 86/16 89/8 96/5 99/3 99/22 100/2 101/21 108/21 111/1 112/22 113/25 115/1 118/1 118/5 119/23 119/23 120/6 122/10
whenever [1]   124/20
where [18]   6/19 6/22 15/7 15/8 37/18 40/5 40/8 40/25 46/24 49/5 50/8 54/16 67/6 79/2 83/25 122/18 123/3 125/14
Whereupon [2]   117/19 119/11
whether [28]   5/1 11/20 27/21 28/4 28/9 37/25 42/22 46/15 51/19 51/20 56/6 58/1 58/2 63/4 72/11 78/17 78/20 79/2 80/9 90/1 92/5 92/15 93/21 97/2 99/18 101/22 110/11 111/20
which [31]   9/1 23/5 29/21 30/12 30/24 33/17 49/1 49/6 50/13 62/15 65/6 71/22 72/4 72/19 75/5 77/3 77/11 81/12 84/3 84/8 84/9 84/10 84/22 89/13 95/2 98/25 105/12 112/9 120/22 122/25 123/9
while [3]   55/4 72/3 84/4
who [22]   4/7 4/8 4/8 4/9 4/11 4/19 12/13 15/9 37/18 43/14 43/15 67/15 71/24 80/4 100/16 107/3 114/16 115/6 115/12 117/3 120/1 120/16
whoever [2]   30/10 61/25
whole [6]   28/7 39/24 40/2 51/1 76/14 100/1
whom [1]   84/2
whomever [1]   60/6
whopping [1]   32/4

whose [1]   4/20
why [20]   17/4 18/5 26/11 37/1 37/24 37/25 53/12 59/13 71/7 72/21 83/11 83/13 99/25 100/2 100/20 101/25 108/14 114/9 115/6 125/6
wife [1]   121/9
wife's [1]   121/10
will [39]   11/25 12/7 26/12 37/3 40/21 42/15 43/6 51/18 51/24 52/3 54/13 54/17 58/6 58/15 67/4 72/21 73/1 76/17 80/4 80/24 84/15 84/17 90/1 99/8 105/9 110/7 111/23 111/24 112/8 112/9 123/10 123/11 123/20 123/23 124/11 124/15 125/4 125/20 125/22
Wired [6]   50/12 50/25 51/1 51/5 51/5 51/6
withdraw [2]   34/18 45/20
withdrawal [5]   24/16 34/16 49/20 53/25 54/2
withdrawals [3]   23/25 83/19 106/2
withdrawing [1]   10/3
withdrawn [6]   7/23 10/4 40/13 43/5 44/6 46/7
withdrew [1]   47/20
within [1]   61/2
without [7]   42/25 45/25 46/9 46/14 85/2 99/19 112/15
withstanding [1]   33/3
witness [20]   4/25 5/22 5/23 11/24 71/12 73/8 73/8 93/2 93/3 93/4 99/8 109/17 109/20 109/21 109/23 111/7 114/9 114/10 115/9 124/14
witness' [2]   37/21 50/5
witness's [1]   15/25
WITNESSES [1]   3/2
woman [1]   4/19
words [1]   123/20
work [9]   16/11 76/16 76/18 81/3 89/15 89/17 104/8 105/18 124/23
worked [1]   57/4
worry [1]   72/18
would [65]   8/12 10/23 17/22 22/11 22/13 22/13 22/15 22/16 22/20 27/14 34/20 35/24 42/21 43/14 46/18 46/20 47/16 54/15 55/14 55/16 58/7 58/23 59/18 61/8 61/10 61/11 62/14 64/22 66/1 67/18 76/6 77/6 77/16 77/19 79/11 80/10 81/19 85/8 85/12 85/16 85/24 87/19 88/1 92/13 93/12 97/12 97/14 97/22 100/7 100/18 101/3 101/22 102/1 102/3 102/6 102/10 102/17 103/20 106/1 106/3 106/5 109/6 112/1 117/13 121/16
wouldn't [6]   26/20 52/20 60/23 67/20 90/18 93/2
wrap [1]   69/22
written [1]   125/11
wrong [2]   90/12 90/20
www.BitcoinFog.com [1]   13/25

## X

Xchange [28]   6/20 7/5 7/7 7/9 7/12 7/15 7/16 7/18 7/19 7/22 7/24 8/1 8/3 8/11 8/15 8/19 18/10 20/23 21/15 23/11 23/11 23/12 25/22 26/17 28/22 29/18 32/11 32/12

## Y

Yeah [10]   49/17 62/11 72/13 81/2 81/10 91/24 108/20 112/7 116/21 123/23
years [19]   15/12 36/14 36/17 55/17 61/9 64/23 77/24 78/8 84/13 84/17 85/3 85/4 85/17 120/9 120/22 121/1 121/2 121/23 121/24
yes [239]
yet [3]   20/17 116/17 122/8
York [1]   1/20

you [601]
you're [6]   20/3 41/10 56/14 56/17 64/6 123/20
your [177]
yours [1]   85/2
yourself [1]   113/2
yourselves [2]   71/9 110/7

## Z

zoom [11]   25/8 30/23 32/8 34/25 35/17 38/10 38/11 44/3 47/15 47/22 62/16

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America,　　　） Criminal Action
　　　　　　　　　　　　　　　） No. 21-cr-399
　　　　　　　　Plaintiff,　　 ）
　　　　　　　　　　　　　　　） JURY TRIAL
vs.　　　　　　　　　　　　　 ） AFTERNOON SESSION
　　　　　　　　　　　　　　　）
Roman Sterlingov,　　　　　　 ） Washington, DC
　　　　　　　　　　　　　　　） February 26, 2024
　　　　　　　　　Defendant.　 ） Time:  2:00 p.m.

---

TRANSCRIPT OF JURY TRIAL
HELD BEFORE
THE HONORABLE JUDGE RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE

---

A P P E A R A N C E S

For Plaintiff:　　　　**Christopher Brown**
　　　　　　　　　　　 DOJ-USAO
　　　　　　　　　　　 601 D Street, NW, Suite 5.1527
　　　　　　　　　　　 Washington, DC  20530
　　　　　　　　　　　 Email:  Christopher.brown6@usdoj.gov
　　　　　　　　　　　 **Catherine Pelker**
　　　　　　　　　　　 US DOJ
　　　　　　　　　　　 950 Pennsylvania Avenue NW
　　　　　　　　　　　 Washington, DC  20530
　　　　　　　　　　　 Email:  Catherine.pelker@usdoj.gov
　　　　　　　　　　　 **Jeffrey Pearlman**
　　　　　　　　　　　 DOJ-CRM
　　　　　　　　　　　 1301 New York Avenue NW
　　　　　　　　　　　 Washington, DC  20005
　　　　　　　　　　　 Email:  Jeffrey.pearlman@usdoj.gov

For Defendant:　　　　**Tor Ekeland**
　　　　　　　　　　　 **Michael Hassard**
　　　　　　　　　　　 Tor Ekeland Law PLLC
　　　　　　　　　　　 30 Wall Street, 8th Floor
　　　　　　　　　　　 Brooklyn, NY  10005
　　　　　　　　　　　 Email:  Tor@torekeland.com
　　　　　　　　　　　 Email:  Michael@torekeland.com

Court Reporter:　　　 Janice E. Dickman, RMR, CRR, CRC
　　　　　　　　　　　 Email:  Janice_e_dickman@dcd.uscourts.gov

* * * * * * *P R O C E E D I N G S* * * * * * *

THE COURTROOM DEPUTY:  Criminal case number 21-299, *United States of America versus Roman Sterlingov.*

Would counsel please approach the podium, state your name for the record, starting with government counsel.

MR. PEARLMAN:  Jeff Pearlman for the government. With me is AUSA Chris Brown and DOJ attorney C. Alden Pelker.

THE COURT:  Good afternoon.

MR. EKELAND:  Good afternoon, Your Honor.  Tor Ekeland for defendant Roman Sterlingov, who is present in court.  And joining me at counsel table is Michael Hassard.

THE COURT:  Okay.  Good afternoon to you as well.

So with respect to the objection regarding Mr. Lichtenstein, I did get back and look at the sealed transcript on that, and it does appear I've already ruled on that objection.  So I just don't know if there's anything else to add.

Mr. Ekeland?

MR. EKELAND:  Just briefly, your Honor.  I mean, the main reason I objected was that -- because I hadn't seen it before or heard it before, and I was just struck at how similar he looks to Mr. Sterlingov.  So this is -- I'm going to cut it short here and just say it's 403 objection.  And I've already argued the other points.  And if the government just keeps it to the fact testimony, I'm just essentially making a 403

objection.

THE COURT: Well, with respect to the 403 issue, I will say -- I may be wrong about this, but I personally don't associate a name like Lichtenstein with someone of Russian heritage, so I don't see that connection at all. Maybe Ilya, I don't know if that's a common Russian name or not, but I don't see any sort of connection there. And quite frankly, although, both the witness and the defendant are white men with dark brown hair who are probably somewhere within the five, six, seven years of age of each other, I'm not sure I see much, if any, resemblance, and certainly nothing that would give rise to a 403 issue.

All right. Does the government want to be heard on the question about the references to the particular names of the films involving abuse of children?

MR. BROWN: Yes, Your Honor. And I think the core point here is the government bears the burden of proof, and one of the elements on which we bear a burden of proof on the 1960(b)(1)(C) prong is the transmission to funds that are known to the defendant to have been derived from a criminal offense or are intended to be used to promote or support unlawful activity.

And the fact of the matter is, this is direct evidence -- the fact that these users who are users of Bitcoin Fog, you know, had activity on Welcome to Video that

constitutes an offense under, you know, potentially 18 U.S.C. 1466(a) or other child pornography offenses, that is direct evidence of an element on which we bear the burden of proof.

Rule 403 talks about unfair prejudice, and unfair prejudice is not just bad prejudice. Unfair prejudice has a definition, and the definition of unfair prejudice is having an undue tendency to suggest a decision on an improper basis. And as the Supreme Court has explained, that means a ground other than proof specific to the offense alleged.

Here, there is no undue -- there's no improper basis. And I think it's helpful to think -- you know, think in terms of a limiting instruction. What would a limiting instruction here say to the jury? You cannot view this -- you cannot take this evidence as proof of anything other than that these users, you know, committed child pornography offenses.

That's the only purpose for which it's being entered. There's no 404(b) issue. There's no propensity or character evidence issue. And I think, as the defense can point out, you know, this is not Mr. Sterlingov's activity. We're not claiming it's Mr. Sterlingov's activity. We're claiming that this is part of the offense on which we bear the burden of proof.

You know, I do --

THE COURT: You, yourself, would agree, for example, that exhibiting the films in the courtroom would be unnecessary

and, perhaps, more prejudicial than probative because people would be so deeply offended by the films that it might make them more prone to rendering an emotional, rather than a rational, decision in the case, right?

MR. BROWN: Your Honor, I would agree that it would provoke an emotional reaction. But the question is: Does that emotional reaction tend to influence the decisionmaker to make a decision on guilt on an improper basis? And I think if -- you know, for example, if this were truly ancillary, if this were -- and this is not the case here, but if there were child pornography found on the defendant's computer and the government just, you know, gratuitously wanted to exhibit that, that would be improper --

THE COURT: Does somebody have the exhibit that they can put up for me?

MR. BROWN: Yes, Your Honor. I think it's --

And, Your Honor, I think our concern is, you know, there was some discussion during the hearing that we could just black out that column. And there's another column that says, you know, words like "Child Porn" --

THE COURT: Right.

MR. BROWN: -- "Boys," some other words. Our concern is: Does that leave any ambiguity that the defense could exploit after securing the redaction of this evidence? Does that leave any ambiguity for the defense to argue, well, it

says child porn, but that could be anything. Is that really a federal criminal offense?

And so I think, you know, if we are to -- you know, to not exhibit that specific evidence to the jury, I think what we would want is a jury instruction similar to the sort of jury instruction we would get in a 922(g) case where we are -- you know, where there's a stipulation or some sort of jury instruction that the defendant has previously been convicted of, you know, a federal offense.

I think we would want a jury instruction that says, you know, ladies and gentlemen of the jury, what is in column G -- what is not being shown to you in column G, that establishes -- you know, I will instruct you, ladies and gentlemen of the jury, that the information in column G establishes that these users were committing a federal child pornography offense under 1466(a) or another statute.

And I think that would be acceptable to the jury. But what I don't -- that would be acceptable to the government. But what is not acceptable is just blacking that out and allowing the defense to sort of exploit the ambiguity, where we only have column F, you know uploaded videos, "Boys." You know, the defense could argue, well, you know -- and the defense can argue, well, you know, it wasn't a lot of money, and, you know, you can't tell, some of these just say "Videos," you know, how much of that money was really, you know, for a

child pornography offense.

THE COURT:  Who created this chart?

MR. BROWN:  Your Honor, I believe this chart was extracted from the Welcome to Video service.  It was created by law enforcement as an extraction for these specific users.  And Ms. Pelker may have more information, but -- yes, this was --

THE COURT:  I guess one of the issues I'm thinking about is that the titles are -- many of them, at least, not all of them, are in English, and there has been some argument made that, you know, what's the connection to the United States?  You can do all sorts of things in different parts of the world.  And I frankly don't know whether there are countries in the world where the most horrific abuse of children is not a crime.  And maybe it is, but maybe there's somewhere in the world where it is not.  And I think, perhaps, the fact it's in English is somewhat probative as well for that reason, I suppose.

MR. BROWN:  Yes, Your Honor.  And that's why I think, you know, the only available acceptable substitute for allowing us to introduce relevant and admissible evidence on an element that we bear the burden of proof is a jury instruction that the jury is instructed to find that a federal child pornography offense was committed by these listed users in this series -- I think it's ten accounts that Mr. Scholl analyzed.  And the defendant can argue about, you know, was it really Bitcoin Fog that did this?  Was it really the defendant?