# 24-3161

# United States Court of Appeals for the District of Columbia

THE UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

ROMAN STERLINGOV,

*Defendant-Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Hon. Randolph D. Moss
United States District Court Case 1-21-cr-00399-RDM-1

## APPENDIX
## Volume XVII of XVII (Pages Appx7041 - Appx7419)

TOR EKELAND, ESQ.
TOR EKELAND LAW PLLC
*Attorneys for Defendant-Appellant*
30 Wall Street, 8th Floor
New York, New York 10005
(718) 737-7264
tor@torekeland.com

MARC FERNICH, ESQ.
LAW OFFICE OF MARC FERNICH
*Attorneys for Defendant-Appellant*
800 Third Avenue, 20th Floor
New York, New York 10022
(212) 446-2346
maf@fernichlaw.com

MAKSIM NEMTSEV, ESQ.
MAKSIM NEMTSEV PC
*Attorneys for Defendant-Appellant*
20 Park Plaza, Suite 1000
Boston, Massachusetts 02116
(617) 227-3700
max@mnpc.law

AARON DANIEL, ESQ.
ASYMMETRIC LEGAL
*Attorneys for Defendant-Appellant*
11900 Biscayne Blvd, Suite 400
Miami, Florida 33181
(305) 979-9296
aaron@asymmetric.legal

*(See Inside Cover for Additional Counsel)*

3914


ELECTRONIC PARALEGAL

AMY C. COLLINS, ESQ.
THE LAW OFFICE OF
   AMY C. COLLINS
*Attorneys for Defendant-Appellant*
888 17th Street, NW, Suite 1200
Washington DC 20006
(228) 424-0609
amy@amyccollinslaw.com

# TABLE OF CONTENTS

District Court Docket – US v. Sterlingov, 21-CR-00399-RDM .............Appx001

Protective Order of Governing Discovery of Hon. Randolph D. Moss,
Dated September 17, 2021 (ECF Doc. No. 18) .....................................Appx074

Preliminary Order of Forfeiture of Hon. Randolph D. Moss,
Dated November 4, 2024 (ECF Doc. No. 336) .....................................Appx079

Order of Forfeiture of Hon. Randolph D. Moss,
Dated November 14, 2024 (ECF Doc. No. 338) ...................................Appx085

Judgment in a Criminal Case of Hon. Randolph D. Moss,
Dated November 13, 2024 (ECF Doc. No. 340) ...................................Appx091

Transcript of Motion Hearing, Dated January 13, 2023
(ECF Doc. No. 114) ...............................................................................Appx099

Transcript of Motion Hearing, Dated January 31, 2023
(ECF Doc. No. 115) ...............................................................................Appx190

Transcript of Motions Hearing, Dated June 16, 2023
(ECF Doc. No. 223) ...............................................................................Appx345

Transcript of Motions Hearing, Dated June 23, 2023
(ECF Doc. No. 224) ...............................................................................Appx501

Transcript of Motions Hearing, Dated July 19, 2023
(ECF Doc. No. 225) ...............................................................................Appx682

Transcript of Continued Motions Hearing, Dated July 20, 2023
(ECF Doc. No. 226) ...............................................................................Appx895

Transcript of Motions Hearing, Dated August 22, 2023
(ECF Doc. No. 228) .............................................................................Appx1040

Transcript of Continued Motions Hearing, Dated August 23, 2023
(ECF Doc. No. 229) .............................................................................Appx1266

Transcript of Motions Hearing, Dated August 29, 2023
(ECF Doc. No. 231) .............................................................................Appx1466

Transcript of Pretrial Conference, Dated September 7, 2023
(ECF Doc. No. 232) ...................................................................Appx1524

Transcript of Pretrial Conference, Dated September 8, 2023
(ECF Doc. No. 233) ...................................................................Appx1741

Transcript of Pretrial Conference, Dated September 13, 2023
(ECF Doc. No. 234) ...................................................................Appx1861

Transcript of Pretrial Conference, Dated September 15, 2023
(ECF Doc. No. 235) ...................................................................Appx1999

Transcript of Pretrial Conference, Dated September 18, 2023
(ECF Doc. No. 236) ...................................................................Appx2141

Transcript of Pretrial Conference, Dated September 21, 2023
(ECF Doc. No. 237) ...................................................................Appx2235

Transcript of Motion Conference, Dated November 13, 2023
(ECF Doc. No. 238) ...................................................................Appx2302

Transcript of Jury Trial, Dated February 12, 2024
(ECF Doc. No. 276) ...................................................................Appx2350

Transcript of Jury Trial, Dated February 13, 2024
(ECF Doc. No. 277) ...................................................................Appx2620

Transcript of Jury Trial, Dated February 13, 2024
(ECF Doc. No. 277) ...................................................................Appx2688

Transcript of Jury Trial, Dated February 14, 2024
(ECF Doc. No. 278) ...................................................................Appx2825

Transcript of Jury Trial, Dated February 14, 2024
(ECF Doc. No. 327) ...................................................................Appx2948

Transcript of Jury Trial, Dated February 15, 2024
(ECF Doc. No. 279) ...................................................................Appx3074

Transcript of Jury Trial, Dated February 15, 2024
(ECF Doc. No. 279) ...................................................................Appx3189

Transcript of Jury Trial, Dated February 20, 2024
(ECF Doc. No. 280) ................................................................Appx3331

Transcript of Jury Trial, Dated February 20, 2024
(ECF Doc. No. 280) ................................................................Appx3446

Transcript of Jury Trial, Dated February 21, 2024
(ECF Doc. No. 281) ................................................................Appx3572

Transcript of Jury Trial, Dated February 21, 2024
(ECF Doc. No. 328) ................................................................Appx3697

Transcript of Jury Trial, Dated February 22, 2024
(ECF Doc. No. 282) ................................................................Appx3858

Transcript of Jury Trial, Dated February 22, 2024
(ECF Doc. No. 282) ................................................................Appx3982

Transcript of Jury Trial, Dated February 23, 2024
(ECF Doc. No. 329) ................................................................Appx4122

Transcript of Jury Trial, Dated February 26, 2024
(ECF Doc. No. 283) ................................................................Appx4251

Transcript of Jury Trial, Dated February 26, 2024
(ECF Doc. No. 283) ................................................................Appx4394

Transcript of Jury Trial, Dated February 27, 2024
(ECF Doc. No. 284) ................................................................Appx4419

Transcript of Jury Trial, Dated February 27, 2024
(ECF Doc. No. 330) ................................................................Appx4550

Transcript of Jury Trial, Dated February 28, 2024
(ECF Doc. No. 285) ................................................................Appx4581

Transcript of Jury Trial, Dated February 28, 2024
(ECF Doc. No. 285) ................................................................Appx4698

Transcript of Jury Trial, Dated February 29, 2024
(ECF Doc. No. 285) ................................................................Appx4836

Transcript of Jury Trial, Dated February 29, 2024
(ECF Doc. No. 286) ........................................................Appx4955

Transcript of Jury Trial, Dated February 29, 2024
(ECF Doc. No. 331) ........................................................Appx5074

Transcript of Jury Trial, Dated March 1, 2024
(ECF Doc. No. 287) ........................................................Appx5198

Transcript of Jury Trial, Dated March 1, 2024
(ECF Doc. No. 332) ........................................................Appx5344

Transcript of Jury Trial, Dated March 4, 2024
(ECF Doc. No. 288) ........................................................Appx5359

Transcript of Jury Trial, Dated March 4, 2024
(ECF Doc. No. 288) ........................................................Appx5496

Transcript of Jury Trial, Dated March 5, 2024
(ECF Doc. No. 289) ........................................................Appx5621

Transcript of Jury Trial, Dated March 5, 2024
(ECF Doc. No. 333) ........................................................Appx5762

Transcript of Jury Trial, Dated March 6, 2024
(ECF Doc. No. 290) ........................................................Appx5900

Transcript of Jury Trial, Dated March 6, 2024
(ECF Doc. No. 334) ........................................................Appx6004

Transcript of Jury Trial, Dated March 7, 2024
(ECF Doc. No. 291) ........................................................Appx6087

Transcript of Jury Trial, Dated March 7, 2024
(ECF Doc. No. 291) ........................................................Appx6190

Transcript of Jury Trial, Dated March 11, 2024
(ECF Doc. No. 292) ........................................................Appx6324

Transcript of Jury Trial, Dated March 12, 2024
(ECF Doc. No. 293) ........................................................Appx6344

Virtual Asset Analysis Expert Report of Luke Scholl,
Dated December 8, 2022................................................................Appx6400

Expert Report #1 of Elizabeth Bisbee (Nov. 2022).....................Appx6465

Expert Report #2 of Elizabeth Bisbee (Dec. 2022) .....................Appx6493

Expert Report #3 of Elizabeth Bisbee (Jul. 2023)......................Appx6522

CS-Mazars Expert Report - Device Review Summary,
Dated May 5, 2023 .......................................................................Appx6529

CS-Mazars Expert Report - IP Overlap Analysis,
Dated November 9, 2022 ..............................................................Appx6532

CS-Mazars Expert Report - IP Graph Data Excel File..............Appx6539

Criminal Complaint, Dated April 26, 2021 (ECF Doc. No. 1) .............Appx6542

Arrest Warrant, Dated April 26, 2021 (ECF Doc. No. 5).....................Appx6556

Indictment, Filed June 14, 2021 (ECF Doc. No. 8) .............................Appx6557

Superseding Indictment, Filed July 18, 2022 (ECF Doc. No. 43) .......Appx6561

Defendant's Supporting Memorandum of Law,
Dated August 1, 2022 (ECF Doc. No. 46) ...........................................Appx6567

Attachment to Memorandum of Law -
Proposed Order of Hon. Randolph D. Moss Granting Defendant's
Motion to Dismiss (ECF Doc. No. 46-1) ....................................Appx6585

Attachment to Memorandum of Law -
Defendant's Notice of Motion to Dismiss, Dated August 1, 2022
(ECF Doc. No. 46-2) ....................................................................Appx6586

Government's Opposition to Motion, Filed August 29, 2022
(ECF Doc. No. 52) ...............................................................................Appx6589

Defendant's Reply to Government's Opposition to Motion,
Dated September 7, 2022 (ECF Doc. No. 57) .......................................Appx6623

Exhibit A to Defendant's Reply -
Second Declaration of Eric Garland, Dated September 7, 2022
(ECF Doc. No. 57-1) ......................................................................Appx6635

Defendant's Motions in *Limine*, Dated October 24, 2022
(ECF Doc. No. 59) .........................................................................Appx6644

 Exhibit A to Motions in *Limine* -
 Letter from Tor Ekeland to Christopher B. Brown and
 C. Alden Pelker, Dated September 23, 2022, with Exhibit A
 (ECF Doc. No. 59-1) ...............................................................Appx6664

Defendant's Opposition to the Government's Motions in *Limine*,
Dated November 7, 2022 (ECF Doc. No. 68) .......................................Appx6680

Memorandum Opinion and Order of Hon. Randolph D. Moss,
Dated March 6, 2023 (ECF Doc. No. 116) ..........................................Appx6689

Notice of Bill of Particulars for Forfeiture, Filed May 17, 2023
(ECF Doc. No. 119) .......................................................................Appx6709

Defendant's Notice of Intent to Present Expert Testimony,
Dated July 7, 2023 (ECF Doc. No. 145) .............................................Appx6711

 Exhibit A to Notice of Intent -
 Summary of Qualifications and Expected Testimony for
 Dr. Francisco Cabanas (ECF Doc. No. 145-1) ...........................Appx6716

 Exhibit B to Notice of Intent -
 Summary of Qualifications and Expected Testimony for
 Dr. Itiel Dror (ECF Doc. No. 145-2) .........................................Appx6725

 Exhibit C to Notice of Intent -
 Summary of Qualifications and Expected Testimony for
 Jeffrey Fischbach (ECF Doc. No. 145-3)....................................Appx6731

 Exhibit D to Notice of Intent -
 Summary of Qualifications and Expected Testimony for
 Jonelle Still (ECF Doc. No. 145-4) .............................................Appx6737

Exhibit E to Notice of Intent -
Summary of Qualifications and Expected Testimony for
J.W. Verret (ECF Doc. No. 145-5) ................................................Appx6741

Supplemental Summary of Qualifications and Expected
Testimony for Jonelle Still, Dated August 7, 2023
(ECF Doc. No. 157) ........................................................................Appx6756

Notice of Expert Report for Defense Expert Jonelle Still of
Ciphertrace, Dated August 8, 2023 (ECF Doc. No. 159) .....................Appx6761

Attachment to Notice of Expert Report -
Defense Expert Report of Jonelle Still, Dated August 7, 2023
(ECF Doc. No. 159-1) .....................................................................Appx6764

Exhibit A to Notice of Expert Report -
Data Credibility in Cryptocurrency Investigations of Ciphertrace
(ECF Doc. No. 159-2) .....................................................................Appx6805

Exhibit B to Notice of Expert Report -
Article Titled "Bitcoin: A Peer-to-Peer Electronic Cash System"
(ECF Doc. No. 159-3) .....................................................................Appx6822

Notice of Bill of Particulars, Filed August 28, 2023
(ECF Doc. No. 173) ........................................................................Appx6832

Defense Response to Government's Motion to Admit Certain
Exhibits, Dated September 4, 2023 (ECF Doc. No. 177) .....................Appx6834

Notice of Source Code Expert Bryan Bishop Regarding Independent
Analysis of Chainalysis Reactor Source Code and Request for
Production of Chainalysis Reactor Source Code and Relevant
Related Brady Material, Dated September 5, 2023
(ECF Doc. No. 179) ........................................................................Appx6843

Chainalysis' Notice in Response to the Court's Request Regarding
Protective Order, Dated September 12, 2023
(ECF Doc. No. 195) ........................................................................Appx6860

Exhibit A to Notice in Response -
[Proposed] Heuristic Information Protective Order of
Hon. Randolph D. Moss (ECF Doc. No. 195-1)............................Appx6862

Exhibit B to Notice in Response -
[Proposed] Heuristic Information Protective Order to Jonelle Still
of Hon. Randolph D. Moss (ECF Doc. No. 195-2)........................Appx6869

Heuristic Information Protective Order to Jonelle Still of Hon.
Randolph D. Moss, Dated September 13, 2023 (ECF Doc. No. 196)...Appx6877

Notice Regarding Court's Proposed Protective Order Governing
Review of Chainalysis' Proprietary Information,
Dated September 20, 2023 (ECF Doc. No. 199) ..................................Appx6884

Notice Regarding Ciphertrace Expert Testimony and Review of
Latest Chainalysis Production, Dated September 22, 2023
(ECF Doc. No. 205) ........................................................................Appx6888

Government's Response to September 18, 2023 Minute Order
Regarding Defendant's Access to Sensitive Heuristics Information
Provided by Chainalysis, Filed September 22, 2023
(ECF Doc. No. 206) ........................................................................Appx6892

Defendant's Opposition to Government's Response to
September 18, 2023, Minute Order Regarding Defendant's Access
to Sensitive Heuristics Information Provided by Chainalysis,
Dated September 29, 2023 (ECF Doc. No. 207) ..................................Appx6901

Memorandum Opinion and Order of Hon. Randolph D. Moss,
Dated November 4, 2023 (ECF Doc. No. 210) ..................................Appx6912

Memorandum Opinion and Order of Hon. Randolph D. Moss,
Dated November 30, 2023 (ECF Doc. No. 213) ..................................Appx6930

Defendant's  Motion to Exclude any Testimony About Deepweb
Marketplaces, Dated February 8, 2024 (ECF Doc. No. 247)...............Appx6942

Attachment to Motion to Exclude -
[Proposed] Order of Hon. Randolph D. Moss
(ECF Doc. No. 247-2) ..................................................................Appx6950

Memorandum Opinion and Order of Hon. Randolph D. Moss,
Dated February 29, 2024 (ECF Doc. No. 259)......................................Appx6951

Final Jury Instructions and Charges, Filed March 7, 2024
(ECF Doc. No. 265) .................................................................................Appx6982

Government's Motion for Preliminary Order of Forfeiture,
Filed June 7, 2024 (ECF Doc. No. 297)..................................................Appx7061

      Attachment to Motion for Preliminary Order of Forfeiture -
      Proposed Preliminary Order of Forfeiture Hon.
      Randolph D. Moss (ECF Doc. No. 297-1)...................................Appx7072

Defendant's Opposition to Government's Motion for Preliminary
Order of Forfeiture, Dated June 21, 2021 (ECF Doc. No. 305) ...........Appx7078

      Exhibit A to Defendant's Opposition -
      Article Titled "Chainalysis: Most Mixed Bitcoin Not Used
      For Illicit Purposes", Dated August 26, 2019
      (ECF Doc. No. 305-1) ...................................................................Appx7095

      Exhibit B to Defendant's Opposition -
      Blockchain Address Search Result from Blockchain.com
      (ECF Doc. No. 305-2) ...................................................................Appx7107

Government's Memorandum in Aid of Sentencing,
Filed August 1, 2024 (ECF Doc. No. 314)..............................................Appx7112

Sentencing Memorandum on behalf of Roman Sterlingov,
Dated August 15, 2024 (ECF Doc. No. 321) ..........................................Appx7157

Memorandum Opinion of Hon. Randolph D. Moss,
Dated November 4, 2024 (ECF Doc. No. 337) .......................................Appx7194

Defendant's Notice of Appeal, Dated November 19, 2024
(ECF Doc. No. 343) .................................................................................Appx7214

Memorandum for All Department Employees from The Deputy
Attorney General, Subjecting "Ending Regulation by Prosecution",
Dated April 7, 2025................................................................................Appx7217

**Trial Exhibits:**

Trial Exhibit 601 -
Darknet Market Vendor Transaction Summary
(Document in Evidence and to be Produced Upon Request Due
to Volume) .......................................................................................Appx7221

Trial Exhibit 624.............................................................................Appx7222

Trial Exhibit 625.............................................................................Appx7223

Trial Exhibit 626.............................................................................Appx7224

Trial Exhibit 627.............................................................................Appx7225

Trial Exhibit 628(A).........................................................................Appx7226

Trial Exhibit 628(B).........................................................................Appx7227

Trial Exhibit 629.............................................................................Appx7229

Trial Exhibit 630(A).........................................................................Appx7230

Trial Exhibit 630(B).........................................................................Appx7244

Trial Exhibit 631.............................................................................Appx7247

Trial Exhibit 632.............................................................................Appx7248

Trial Exhibit 633.............................................................................Appx7252

Defense Exhibit 138 -
The-Message-Game, Written by Ice White .........................................Appx7253

Defense Exhibit 139 -
Extracted Page from The-Message-Game, Written by Ice White ......Appx7413

Government Exhibit 721 and Defense Exhibit 143 -
Boox Chat .......................................................................................Appx7414

Exhibit B to Fischbach Declaration -
Declaration of Jeffrey M. Fischbach, for Defendant, Dated August 14, 2024,
with Attachment
(ECF Doc. No. 321-2) ...............................................................Appx7415

operated a money transmitting business in the District of Columbia and that he did

not have a license to do so.

Appx7041

## WILLFULLY CAUSING AN ACT TO BE DONE

You may find the defendant guilty of the crime charged in the indictment without finding that he personally committed each of the acts constituting the offense or was personally present at the commission of the offense. A defendant is responsible for an act which he willfully causes to be done if the act would be criminal if performed by him directly or by another. To "cause" an act to be done means to bring it about. You may convict the defendant of the offense charged if you find that the government has proved beyond a reasonable doubt each element of the offense and that the defendant willfully caused such an act to be done, with the intent to commit the crime.

Appx7042

## AIDING AND ABETTING

You may find the defendant guilty of any of the crimes charged in the indictment without finding that he personally committed each of the acts that make up the crime or that he was present while the crime was being committed. Any person who in some way intentionally participates in the commission of a crime can be found guilty either as an aider and abettor or as a principal offender. It makes no difference which label you attach. The person is as guilty of the crime as he would be if he had personally committed each of the acts that make up the crime.

To find that a defendant aided and abetted in committing a crime, you must find that the defendant knowingly associated himself with the commission of the crime, that he participated in the crime as something he wished to bring about, and that he intended by his actions to make it succeed.

Some affirmative conduct by the defendant in planning or carrying out the crime is necessary. Mere physical presence by the defendant at the place and time the crime is committed is not by itself sufficient to establish his guilt. It is not necessary that you find that the defendant was actually present while the crime was committed.

The government is not required to prove that anyone discussed or agreed upon a specific time or method of committing the crime. The government is not

**Appx7043**

required to prove that the crime was committed in the particular way planned or agreed upon. Nor need the government prove that the principal offender and the person alleged to be the aider and abettor directly communicated with each other.

It is not necessary that all the people who committed the crime be caught or identified. It is sufficient if you find beyond a reasonable doubt that the crime was committed by someone and that the defendant knowingly and intentionally aided and abetted in committing the crime.

## VENUE

For each offense charged in the Indictment, the Indictment alleges that some act or omission in furtherance of the offense occurred in the District of Columbia. There is no requirement that all aspects of the offense charged take place here in the District of Columbia.  But for you to return a guilty verdict, the government must convince you that some act or omission in furtherance of the crime charged took place here in the District of Columbia.

Unlike all the elements that I have described, this fact only has to be proved by a preponderance of the evidence.  This means the government only has to convince you that it is more likely than not that some act or omission in furtherance of the crime charged took place here.  Remember that the government must prove all the elements I have described beyond a reasonable doubt.

For Count One, there is no requirement that the entire or even a substantial portion of the alleged conspiracy take place in this district.  But in order for you to return a guilty verdict, the government must prove by a preponderance of the evidence that either an agreement to commit an unlawful act or an overt act took place in this district, even if the defendant never set foot in the district.  An overt act is an act performed to affect the object of a conspiracy, although it remains separate and distinct from the conspiracy itself.  Although the overt act need not be of criminal nature, it must be done in furtherance of the object of the conspiracy.

64

The overt act need not be completed by the defendant or even by a co-conspirator; it can be completed by a government agent as long as it was made in furtherance of the object of the conspiracy.

For Count Two, venue is proper under 18 U.S.C. § 1956(i)(1)(A) in "any district in which the financial or monetary transaction [that constitutes the offense] is conducted." It is not necessary that the entire transaction occurred in this district. Rather, all that is required is that the transaction start or finish—or that someone participate in the transaction at any point—in this district.

For Counts Three and Four, venue is proper in any district where the offense was committed. This means that venue is proper in any district where some conduct constituting the offense occurred. For crimes that allege a failure to register or to obtain a license, the conduct constituting the offense includes the failure to register or obtain a license in the jurisdiction where doing so was required. But the relevant conduct can also include the underlying financial transactions.

65

## STATUTE OF LIMITATIONS

In general, the statute of limitations is not part of the case that the government has to prove. However, if the defendant raises a defense that the statute of limitations has elapsed for any of the crimes charged in the indictment, then the government must prove that the crime was committed during the limitations period.

The money laundering conspiracy charged in Count One is a continuing offense. Similarly, the unlicensed money transmitting business offenses charged in Counts Three and Four are also continuing offenses. A continuing offense is defined as a continuous course of unlawful conduct. The statute of limitations for a continuing offense only begins to run after the last day of the continuing offense.

I will instruct you that the government must prove beyond a reasonable doubt that conduct related to Counts One, Three, and Four, if any, continued up to at least the following dates to be within the applicable statute of limitations periods:

For Count One, July 18, 2017;

For Count Three, June 14, 2016; and

For Count Four, June 14, 2015.

For Count Two, I will instruct you that the government must prove beyond a reasonable doubt that the financial transaction charged in Count Two must have

66

**Appx7047**

occurred on or after the following date to be within the applicable statute of

limitations: June 14, 2016.

Appx7048

## UNANIMITY

A verdict must represent the considered judgment of each juror, and in order to return a verdict, each juror must agree on the verdict.  In other words, your verdict on each count must be unanimous.

Appx7049

### SPECIAL UNANIMITY – COUNTS ONE AND THREE

As I previously explained, for purposes of Count One you need to reach a unanimous verdict with respect to the crime charged in that count *and* you must reach a unanimous verdict with respect to each of the two alleged objects of the conspiracy.  You may find the defendant guilty on this count only if the government proves beyond a reasonable doubt that the defendant conspired to commit at least one of the two alleged objects of the conspiracy.

For purposes of Count Three you need to reach a unanimous verdict with respect to the crime charged in that count *and* you must reach a unanimous verdict with respect to each of the three alternative ways in which the government alleges that the defendant engaged in an unlicensed money transacting business.  You may find the defendant guilty on this count only if the government proves beyond a reasonable doubt that the defendant conducted an unlicensed money transmitting business in at least one of these three ways.

69

**Appx7050**

## VERDICT FORM EXPLANATION

You will be provided with a Verdict Form for use when you have concluded your deliberations. The form is not evidence in this case, and nothing in it should be taken to suggest or convey any opinion by me as to what the verdict should be. Nothing in the form replaces the instructions of law I have already given you, and nothing in it replaces or modifies the instructions about the elements which the government must prove beyond a reasonable doubt. The form is meant only to assist you in recording your verdict.

## EXHIBITS DURING DELIBERATIONS

I will be sending into the jury room with you the exhibits that have been admitted into evidence. You may examine any or all of them as you consider your verdicts. Please keep in mind that exhibits that were only marked for identification but were not admitted into evidence will not be given to you to examine or consider in reaching your verdict.

**Appx7052**

**REDACTED DOCUMENTS**

During the course of this trial, a number of exhibits were admitted in evidence. Sometimes only portions of an exhibit were admitted, such as portions of a document with some words or pictures blacked out or otherwise removed. There are a variety of reasons why only a portion of an exhibit is admitted, including that the other portions are inadmissible or implicate an individual's privacy. As you examine the exhibits, and you see or hear portions where there appear to be omissions, you should consider only the portions that were admitted. You should not guess as to what has been taken out or why, and you should not hold it against either party. You are to decide the facts only from the evidence that is before you.

Appx7053

## SELECTION OF FOREPERSON

When you return to the jury room, you should first select a foreperson to preside over your deliberations and to be your spokesperson here in court. There are no specific rules regarding how you should select a foreperson. That is up to you. However, as you go about the task, be mindful of your mission—to reach a fair and just verdict based on the evidence. Consider selecting a foreperson who will be able to facilitate your discussions, who can help you organize the evidence, who will encourage civility and mutual respect among all of you, who will invite each juror to speak up regarding his or her views about the evidence, and who will promote a full and fair consideration of that evidence.

**Appx7054**

## POSSIBLE PUNISHMENT NOT RELEVANT

The question of possible punishment of the defendant in the event of a conviction is not a concern of yours and should not enter into or influence your deliberations in any way. The duty of imposing sentence in the event of a conviction rests exclusively with me. Your verdict should be based solely on the evidence in this case, and you should not consider the matter of punishment at all.

Appx7055

## PUBLICITY, COMMUNICATION, AND RESEARCH

I would like to remind you that, in some cases, although not necessarily this one, there may be reports in the newspaper or on the radio, internet, or television concerning the case. If there should be such media coverage in this case, you may be tempted to read, listen to, or watch it. You must not read, listen to, or watch such reports because you must decide this case solely on the evidence presented in this courtroom. If any publicity about this trial inadvertently comes to your attention, do not discuss it with other jurors or anyone else. Just let me or my clerk know as soon after it happens as you can, and I will then briefly discuss it with you.

As you retire to the jury room to deliberate, I also wish to remind you of an instruction I gave you at the beginning of the trial and throughout the trial. During deliberations, you may not communicate with anyone not on the jury about this case. This includes any electronic communication such as email or text or any blogging about the case.

In addition, you may not conduct any independent investigation of any kind during deliberations. This means you may not conduct any research in person or electronically via the internet or in another way.

**Appx7056**

## COMMUNICATIONS BETWEEN COURT AND JURY DURING JURY'S DELIBERATIONS

If it becomes necessary during your deliberations to communicate with me, you may send a note by the Deputy Clerk or the marshal, signed by your foreperson or by one or more members of the jury. No member of the jury should try to communicate with me except by such a signed note, and I will never communicate with any member of the jury on any matter concerning the merits of this case, except in writing or orally here in open court.

Bear in mind also that you are never, under any circumstances, to reveal to any person—not the Deputy Clerk, the marshal, or me—how jurors are voting until after you have reached a unanimous verdict. This means that you should never tell me, in writing or in open court, how the jury is divided on any matter—for example, 6-6 or 7-5 or 11-1, or in any other fashion—whether the vote is for conviction or acquittal or on any other issue in the case.

76

**Appx7057**

## ATTITUDE AND CONDUCT OF JURORS IN DELIBERATIONS

The attitude and conduct of jurors at the beginning of their deliberations are matters of considerable importance. It may not be useful for a juror, upon entering the jury room, to voice a strong expression of an opinion on the case or to announce a determination to stand for a certain verdict. When one does that at the outset, a sense of pride may cause that juror to hesitate to back away from an announced position after a discussion of the case. Furthermore, many juries find it useful to avoid an initial vote upon retiring to the jury room. Calmly reviewing and discussing the case at the beginning of deliberations is often a more useful way to proceed. Remember that you are not partisans or advocates in this matter, but you are judges of the facts.

Appx7058

**EXCUSING ALTERNATE JURORS**

The last thing I must do before you begin your deliberations is to excuse the alternate jurors. As I told you before, the selection of alternates was an entirely random process; it's nothing personal. We selected four seats to be the alternate seats before any of you entered the courtroom. I will now excuse the three alternate jurors in seats #6, #11, and #14.

Before you leave, I am going to ask you to tear out a page from your notebook and to write down your name and daytime phone number and hand it to the Deputy Clerk. I do this because it is possible, though unlikely, that we will need to summon you back to rejoin the jury in case something happens to a regular juror. Since that possibility exists, I am also going to instruct you not to discuss the case with anyone until we call you. My earlier instruction on the use of the Internet still applies; do not research the case or communicate about it on the Internet. In all likelihood, we will be calling you to tell you there has been a verdict and you are now free to discuss the case; there is, however, the small chance that we will need to bring you back on to the jury. Thank you very much for your service, and if you have not already done so, please turn your badge in to the Deputy Clerk.

**Appx7059**

## CLOSING REMARKS

I'm now going to excuse you to meet briefly with the Deputy Clerk, and then to begin your deliberations. You may take your notebooks with you if you wish. You will receive the instructions I have given you, the verdict form, and all the exhibits. Thank you again for your attention and service. As soon as you receive your copy of the instructions from the Deputy Clerk, you may begin deliberating.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-cr-399 (RDM) |
| | : | |
| ROMAN STERLINGOV, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S MOTION FOR PRELIMINARY ORDER OF FORFEITURE**

The United States of America, by and through the United States Attorney for the District

of Columbia, respectfully files this motion pursuant to Fed. R. Crim. P. 32.2(b)(2) for entry of the

attached Preliminary Order of Forfeiture.

**1. Overview of Applicable Forfeiture Procedure**

"Forfeiture is an element of the sentence imposed following conviction . . . ." *Libretti v.*

*United States*, 516 U.S. 29, 38-39 (1995). The standard of proof for a forfeiture determination is

preponderance of the evidence. *United States v. DeFries*, 129 F.3d 1293, 1312 (D.C. Cir. 1997).

The Court must determine (1) what property is subject to forfeiture under the specific

statute, (2) whether the government has established the requisite nexus between the specific

property it seeks to forfeit and the offense, (3) the amount of any forfeiture money judgment, and

(4) if the government has met the statutory criteria to forfeit substitute property. Fed. R. Crim. P.

32.2(b)(1)(A), (b)(2)(A). Here, the jury has already determined the forfeitability of the six specific

properties listed in the Superseding Indictment, pursuant to Fed. R. Crim. P. 32.2(b)(5)(A). *See*

ECF No. 274 (Special Verdict Form for Forfeiture Proceeding). If the Court determines that

property is subject to forfeiture, it must enter a preliminary order of forfeiture. Fed. R. Crim. P.

32.2(b)(2)(A). "Unless doing so is impractical, the court must enter the preliminary order

sufficiently in advance of sentencing to allow the parties to suggest revisions or modifications

**Appx7061**

before the order becomes final as to the defendant." Fed. R. Crim. P. 32.2(b)(2)(B). A preliminary

order becomes final as to the defendant at sentencing. Fed. R. Crim. P. 32.2(b)(4)(A).

The Court's forfeiture determinations "may be based on evidence already in the record,"

including evidence during the guilt phase, "and on any additional evidence or information

submitted by the parties and accepted by the court as relevant and reliable." Fed. R. Crim. P.

32.2(b)(1)(B). The Federal Rules of Evidence do not apply to the forfeiture phase. Fed. R. Evid.

1101(d)(3); *United States v. Smith*, 770 F.3d 628, 641 (7th Cir. 2014); *see also, e.g., United States

v. Ivanchukov*, 405 F. Supp. 2d 708, 709 n.1 (E.D. Va. 2005) (relying on case agent's affidavit in

determining forfeiture); *United States v. Gaskin*, No. 00-CR-6148, 2002 WL 459005, at *9

(W.D.N.Y. Jan. 8, 2002) (relying on narcotics detector dog handler's affidavit in determining

forfeiture, and holding that "reliable hearsay is admissible"), *aff'd*, 364 F.3d 438 (2d Cir. 2004).

### 2. All of the Deposits Into Bitcoin Fog Represent Property "Involved In" the Defendant's Crimes for which Forfeiture Is Mandatory

Under Counts One, Two, and Three of the Indictment, the defendant is required to forfeit

"any property, real or personal, involved in such offense, or any property traceable to such

property." 18 U.S.C. § 982(a)(1).[1]

This Court has already addressed how § 982(a)(1) applies to Bitcoin Fog in its ruling on

the defendant's *Monsanto* motion, ECF No. 116. Specifically, with respect to the money

laundering offenses, this includes not only the defendant's proceeds, but also any property that

facilitated operation of the Bitcoin Fog mixer:

> The relevant forfeiture statute, 18 U.S.C. § 982(a)(1), "sweeps broadly" to cover
> all funds "involved in" money laundering, money laundering conspiracy, or
> operating an unlicensed money transmitting business. *United States v. Bikundi*, 926
> F.3d 761, 793 (D.C. Cir. 2019). Because money laundering typically "depends

---

[1] Count Four charged an offense under the D.C. criminal code, for which there is no corresponding federal statute authorizing criminal forfeiture of property.

2

upon the use of legitimate monies to advance or facilitate the scheme," even funds that are not themselves the proceeds of illegal activity can become "involved in" a money laundering operation. *Id.* (internal quotation marks omitted). To be sure, the D.C. Circuit has yet definitively to interpret this provision. But it has observed—without qualification or disapproval—that "other circuits have held that funds 'involved in' money laundering include those that 'facilitate' the money laundering scheme, which encompasses unlaundered funds when they are transferred 'in order to conceal the nature and source' of [criminal] proceeds." *Id.*

ECF No. 116, at 11. The Court further explained that, because Bitcoin Fog's business model depended on pooling tainted and untainted funds, all deposits into Bitcoin Fog facilitated its money laundering operations:

> [T]he very essence of Bitcoin Fog's service was commingling—that is, mixing— funds. Dkt. 106-1 at 2 ("[U]sing our service you mix up your bitcoins in our own pool, with other users' bitcoins, and get paid back to other accounts from our mixed pool, which, if properly done by you can eliminate any chance of finding your payments and mak[e] it impossible to prove any connection between a deposit and a withdraw[al] inside our service."). It anonymized bitcoins by combining them with other bitcoins, and, importantly, without a sufficiently large pool of bitcoins to mix, it would not have worked. *Id.* Each deposit of funds into Bitcoin Fog therefore contributed to its efficacy and facilitated its activities—both lawful and unlawful.

*Id.* at 14-15. Accordingly, property "involved in" the money laundering conspiracy charged in Count One should include the volume of all deposits into Bitcoin Fog. *Cf. United States v. Braxtonbrown-Smith*, 278 F.3d 1348, 1353 (D.C. Cir. 2002) (noting that property "involved" in a money laundering transaction in violation of § 1956 can include funds "used as the bankroll facilitating the fraud").

With respect to the unlicensed money transmitting business offense charged in Count Three, the Court has held that all deposits into Bitcoin Fog facilitated the money transmitting business and thus were "involved in" the offense:

> There is less precedent on forfeiture related to the operation of an unlicensed money transmitting business, but such law as there is suggests that all money transmitted through such a business is subject to forfeiture. In *United States v. Elfgeeh*, 515 F.3d 100, 122, 138 (2d Cir. 2008), for instance, the defendants had been convicted

3

of running an unlicensed money transmitting business out of an ice cream shop. The Second Circuit upheld, albeit in part under a plain-error standard, the forfeiture of "all assets that passed through the [ice cream shop's] account"—a number that appears to have included all money unlawfully transferred as well as any proceeds the ice cream shop collected. *See id.* As the court saw it, funds "transferred in the unlicensed operation" of the business were "involved in" it, which is all 18 U.S.C. § 982(a)(1) requires. *Id.* at 138–39; id. at 139 (treating the "total amount" deposited in and withdrawn from the ice cream shop's account as "integral to the offenses"); *see also United States v. $715,031.27*, 587 F. Supp. 2d 1275, 1277–78 (N.D. Ga. 2008) (same under identically worded civil forfeiture statute); *cf. United States v. Hodge*, 558 F.3d 630, 635 (7th Cir. 2009) (explaining that "[w]hen a business has both lawful and unlawful aspects, only income attributable to the unlawful activities is forfeitable," but when "the business as a whole was overwhelmingly [unlawful], . . . everything is forfeitable"). Here, however, the Court need not go as far as the Second Circuit did in *Elfgeeh*. Unlike what may have been true of funds in the ice cream shop's account, all funds deposited with Bitcoin Fog were intermingled (or tumbled) with other funds, and thus all of the funds were "involved in" the alleged operation of an unlicensed money transmitting business.

*Id.* at 13.

At trial, FBI Staff Operations Specialist Luke Scholl and Beth Bisbee of Chainalysis both testified about the Bitcoin Fog cluster and the total amount of funds deposited into it. In particular, Mr. Scholl testified that the Bitcoin Fog cluster received deposits totaling approximately 1,284,251 BTC, valued at approximately $395.5 million valued as of the time the funds were received. 2/21/24 Afternoon Tr. at 74:7-75:23; Gov't Ex. 308.[2] Mr. Scholl further testified about the operation of the Bitcoin Fog cluster. Initially, users deposited Bitcoin into deposit addresses, which flowed into consolidation addresses, and in turn peel chains would form out of the consolidation addresses as funds were withdrawn by users. *Id.* at 29:16-44:13; Gov't Ex. 323. That pattern eventually became more complicated, but Bitcoin Fog continued to pool users' funds

---

[2] In pretrial *Daubert* hearings, Ms. Bisbee testified and introduced her expert report, in which she calculated that "Bitcoin Fog received a total of 1,284,251.08225937 BTC, valued at USD $395,563,025.39061." *See* 6/23/23 Tr. at 108:18-26:23; Gov't Ex. 5, Bisbee Report at 9. Ms. Bisbee's report is "relevant and reliable" and may be considered by the Court in connection with forfeiture. Fed. R. Crim. P. 32.2(b)(1)(B).

4

before sending out payments. *Id.* at 44:14-45:10. Thus, as the Court previously explained, the Bitcoin Fog cluster "anonymized bitcoins by combining them with other bitcoins." ECF No. 116, at 14.

### 3. The Court Should Impose a Forfeiture Money Judgment Equal to the Value of the Entire $395 Million in Bitcoin Fog Deposits

If the government seeks a forfeiture money judgment, "the court must determine the amount of money that the defendant will be ordered to pay." Fed. R. Crim. P. 32.2(b)(1)(A). Defendants are not entitled to a jury determination on the amount of a money judgment. *See United States v. Gregoire*, 638 F.3d 962, 972 (8th Cir. 2011) (holding that adjudication by a jury is unavailable as to money judgments, because Rule 32.2(b)(5)(A) only applies to the forfeitability of specific property).

As then-Judge Ketanji Brown Jackson explained in *United States v. Young*, 330 F. Supp. 3d 424 (2018), the purpose of a forfeiture money judgment is to ensure that "a convicted criminal defendant should not be able to evade the economic impact of criminal forfeiture by rendering the forfeitable property unavailable." *Id.* at 432. Accordingly, the court is authorized to impose a forfeiture money judgment equal to the entire amount of forfeitable property, regardless of the defendant's present ability to cover the money judgment. *See id.* ("[T]he court should ensure that the defendant realizes the economic impact of a forfeiture order, even in cases where the defendant has inadequate assets at the time of sentencing as a result of the defendant's own dissipation of the forfeitable assets."); *accord United States v. Day*, 524 F.3d 1361, 1377-78 (D.C. Cir. 2008) (noting that the forfeiture statute 21 U.S.C. § 853 "contains no language limiting the amount of money available in a forfeiture proceeding to those assets in the defendant's possession at the time forfeiture is ordered."); *United States v. Blackman*, 746 F.3d 137, 143-44 (4th Cir. 2014) ("The

5

fact that a defendant is indigent or otherwise lacks adequate assets to satisfy a judgment does not operate to frustrate entry of a forfeiture order.").

The government's forfeiture calculations need not be exact, because criminals rarely keep detailed records of their criminal activities. *See DeFries*, 129 F.3d at 1315 ("[T]he the punitive purpose of the forfeiture provision should not be subverted by a rule that could obscure that purpose with technical . . . calculations. Indeed, construing the statute more narrowly could hinder the actualization of [the statute's] punitive intent."); *United States v. Roberts*, 660 F.3d 149, 166 (2d Cir. 2011) ("[T]he law does not demand mathematical exactitude in calculating the proceeds subject to forfeiture . . . because the purpose of forfeiture is punitive rather than restitutive, district courts are not required to conduct an investigative audit to ensure that a defendant 'is not deprived of a single farthing more than his criminal acts produced.'") (quoting *United States v. Lizza Indus., Inc.*, 775 F.2d 492, 498 (2d Cir.1985)); *United States v. Treacy*, 639 F.3d 32, 48 (2d Cir. 2011) (explaining that the "calculation of forfeiture amounts is not an exact science"); *United States v. Del Giudice*, 594 F. Supp. 3d 998, 1006 (N.D. Ill. 2022) (explaining that the calculation of the "total money judgment for [the] forfeiture allegation . . . must be reasonable but not exact").

As explained above, the measure of the property "involved in" the defendant's money laundering conspiracy and unlicensed money transmitting business offenses is the total value of Bitcoin deposited into Bitcoin Fog: approximately 1,284,251 BTC, valued at approximately $395,563,025.39, based on the trial evidence and evidence presented in pretrial *Daubert* hearings. A money judgement in the amount of $395,563,025.39 is therefore appropriate.

### 4. The Jury's Forfeiture Verdict Is Binding as to the Specific Properties Subject to Forfeiture

Federal Rule of Criminal Procedure 32.2(b)(1)(A) requires the government to establish the "requisite nexus" between the specific property it seeks to forfeit and the offense of conviction.

Fed. R. Crim. P. 32.2(b)(1)(A). "The inquiry into the nexus between the property and the offense is the same regardless of whether the judge or the jury is the factfinder." *United States v. Neal*, 2003 WL 24307070, at \*2 (E.D. Va. Sept. 29, 2003) (citing advisory committee's notes to Fed. R. Crim. P. 32.2). For the money laundering and unlicensed money transmitting business offenses charged in Counts One, Two, and Three, as discussed above, that means determining whether the property alleged to be subject to forfeiture was "involved in" the offenses within the meaning of 18 U.S.C. § 982(a)(1).

In this case, the defendant elected to retain the jury to determine the forfeitability of the specific property listed in the Forfeiture Allegation of the Superseding Indictment, and the jury returned verdicts finding each of the properties was "involved in" the defendant's crimes. The jury's verdict was supported by Mr. Scholl's testimony during the forfeiture phase of trial, *see* 3/12/24 Tr. at 18:15-26:23, and by the trial evidence and testimony, which showed how each of the specific properties represented either the defendant's proceeds from operating Bitcoin Fog, or facilitated the money laundering conspiracy and unlicensed money transmitting business offenses alleged in Counts One and Three, *see generally id.* at 29:9-37:15 (summarizing trial and forfeiture phase evidence).

The jury's forfeiture verdict is final. The Court "has no discretion to second guess the jury's verdict," and while "[a] defendant is given the option to have the jury determine the issue of forfeiture, . . . this does not allow the defendant to reargue the issue to the trial judge." *Neal*, 2003 WL 24307070, at \*3 & n.2.

7

**Appx7067**

### 5. The Court Should Forfeit Bitcoin Seized from the Defendant's Mycelium Wallets as Substitute Property[3]

Where the government obtains a forfeiture money judgment and one or more conditions of 21 U.S.C 853(p) exist, the government is entitled to pursue substitute assets to satisfy the money judgment. *See* 21 U.S.C. § 853(p). The Court "shall order the forfeiture of any other property of the defendant" if the government cannot collect a money judgment because, as a result of any act or omission of the defendant, directly forfeitable property:

(A) cannot be located upon the exercise of due diligence;

(B) has been transferred or sold to, or deposited with, a third party;

(C) has been placed beyond the jurisdiction of the court;

(D) has been substantially diminished in value; or

(E) has been commingled with other property which cannot be divided without difficulty.

21 U.S.C. § 853(p)(1)(A)-(E), (2). Section 853(p)(2) provides that "any other property of the defendant" may be forfeited as a substitute asset. Whether the requirements of § 853(p)(1) have been satisfied is solely an issue for the Court to determine when the government has included substitute assets in a proposed Preliminary Order of Forfeiture. *See* Fed. R. Crim. P. 32.2(e)(3); *United States v. Alamoudi*, 452 F.3d 310, 315 (4th Cir. 2006).

The forfeiture of substitute assets is mandatory. *See* 21 U.S.C. § 853(p)(2) (the Court "shall order" the forfeiture of substitute property if directly forfeitable property is not available);

---

[3] The Mycelium wallet discussed herein contained funds traceable to Bitcoin Fog and which represent the defendant's proceeds. *See* 2/22/24 Afternoon Tr. at 67:19-81:11. Because the seizure of the Mycelium wallet funds occurred after the Superseding Indictment was returned, the Mycelium wallet funds were not listed in the Forfeiture Allegation of the Superseding Indictment and thus were not included in the post-verdict forfeiture phase of trial. As these funds also squarely fit within the statutory definition of substitute assets, as set forth above, the Government is pursuing the assets here under the alternative theory.

8

*Alamoudi*, 452 F.3d at 314 ("Section 853(p) is not discretionary . . . . [W]hen the Government cannot reach the property initially subject to forfeiture, federal law requires a court to substitute assets for the unavailable tainted property."). If the Court finds the requirements of Section 853(p) are met, and that the value of the substitute property does not exceed the value of the missing asset, it must include the substitute property in the preliminary order at that time. *See* Fed. R. Crim. P. 32.2(b)(2)(A). The Court must enter the order without regard to any third party's interest in the property. *Id.*[4] The Court may order the forfeiture of substitute assets by including the substitute property in a preliminary order of forfeiture. *See United States v. Smith*, 2010 WL 4962917, *1 (E.D. Ky. Dec. 1, 2010).

Here, the government seeks forfeiture under § 853(p) of the approximately 10.25623378 BTC seized from the defendant's Mycelium wallets located on one of his Samsung mobile phones. As noted above, the total value of the property "involved in" the defendant's crimes is at least $395,563,025.39. The specific properties subject to forfeiture will not come close to satisfying that amount. Even at contemporary exchange rates, the specific properties seized from the defendant's Kraken account (U.S. dollars, Bitcoin, Ethereum, Stellar, and Monero cryptocurrencies) will amount to slightly more than $1.1 million, and the Bitcoin Fog cluster (approximately 1,354 BTC), which has not been recovered to date, would amount to approximately $95 million at current values. Trial evidence and testimony, moreover, satisfies the factual predicates under § 853(p)(1). Most of the funds laundered through Bitcoin Fog were forwarded to destination addresses designated by Bitcoin Fog users—other than unspent deposits and the defendant's percentage fee. The corpus of these laundering transactions, accordingly, "ha[ve] been

---

[4] Third-party claims to both specific property and substitute property are adjudicated later, in the third-party ancillary proceeding, as set forth in 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(c).

9

transferred or sold to, or deposited with, a third party," and they "cannot be located upon the exercise of due diligence." 21 U.S.C. § 853(p)(1)(A), (B). And this was by design—it was part of the operation of Bitcoin Fog as intended by the defendant. Thus, this Court should find that the conditions specified in § 853(p)(1) are satisfied, and order the forfeiture of the additional 10.25623378 BTC as substitute property.

### 6. The Value of Specific and Substitute Properties Will Be Credited Toward the Defendant's Forfeiture Money Judgment

The value of any asset found forfeitable must be credited to the money judgment. *See United States v. Ponzo*, 2014 WL 3893790, at *5 (D. Mass. Aug. 6, 2014) ("The Court is also mindful of the fact that, under Fed. R. Crim. P. 32.2(e), the value of the specific assets found forfeitable by the jury will be applied to the money judgment as will any assets that are located and identified after the entry of this Order."); *Bikundi*, 926 F.3d at 792 (affirming forfeiture order that "ordered [two co-defendants] to forfeit specific pieces of property, including cash, vehicles, jewelry, and real property, with the values of the forfeited properties to be credited on a fifty-fifty basis toward each of their forfeiture money judgments"); *United States v. Candelaria-Silva*, 166 F.3d 19, 42 (1st Cir. 1999) (affirming forfeiture order where district court ordered forfeiture of substitute property "up to the amount described in the money judgment"). "This eliminates any concern" that the total value of the forfeited property will exceed the money judgment amount and subject the defendant to a "double forfeiture." *United States v. Tardon*, 56 F. Supp. 3d 1309, 1320 (S.D. Fla. 2014).

Here, the forfeited specific and substitute properties will be liquidated following entry of a final order of forfeiture, and the net proceeds realized by the government (allowing for costs incurred by the government in seizing, maintaining, storing, selling, and otherwise disposing of

10

**Appx7070**

the property, and paying off any third-party interests in the property) will be credited toward the defendant's forfeiture money judgment.

## CONCLUSION

For the foregoing reasons, and for good cause, the Court should enter the government's proposed Preliminary Order of Forfeiture.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY:  /s/ C. Alden Pelker
     /s/ Jeffrey Pearlman
C. Alden Pelker, Maryland Bar
Jeff Pearlman, D.C. Bar No. 466901
Trial Attorneys, U.S. Department of Justice
Computer Crime & Intellectual Property Section
1301 New York Ave., N.W., Suite 600
Washington, D.C. 20530
(202) 616-5007 (Pelker)
(202) 579-6543 (Pearlman)
Catherine.Pelker@usdoj.gov
Jeffrey.Pearlman2@usdoj.gov

11

**Appx7071**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 21-cr-399 (RDM) |
| v. | : | |
| | : | |
| ROMAN STERLINGOV, | : | |
| | : | |
| Defendant. | : | |

## PRELIMINARY ORDER OF FORFEITURE

*WHEREAS*, the Superseding Indictment, ECF No. 43, provided notice to the defendant Roman Sterlingov, pursuant to Federal Rule of Criminal Procedure 32.2(a), that the government will seek the forfeiture of property, that is, forfeiture of any property, real or personal, involved in the offenses charged in Counts One, Two, and Three, and any property traceable thereto, pursuant to Title 18, United States Code, Section 982(a)(1);

*WHEREAS*, the Superseding Indictment provided notice to the defendant, Roman Sterlingov, that the government will seek the forfeiture of the following specific property upon conviction of the offenses charged in Counts One, Two, and Three:

   a. $349,625.72, seized from Kraken accounts #AA68 N84G QUXT DGMY, held in the name of Roman Sterlingov, and #AA24N84GWW46KQ5Y, held in the name of TO THE MOON LTD | ROMAN;

   b. Approximately 0.10877 Bitcoin (BTC) cryptocurrency (after required fees), seized from Kraken accounts #AA68 N84G QUXT DGMY, held in the name of Roman Sterlingov, and #AA24N84GWW46KQ5Y, held in the name of TO THE MOON LTD | ROMAN;

   c. Approximately 205.9625 Ethereum (ETH) cryptocurrency (after required fees), seized from Kraken accounts #AA68 N84G QUXT DGMY, held in the name of Roman Sterlingov, and #AA24N84GWW46KQ5Y, held in the name of TO THE MOON LTD | ROMAN;

1

**Appx7072**

d.  Approximately 9,371.52683 Stellar (XLM) cryptocurrency (after required fees), seized from Kraken accounts #AA68 N84G QUXT DGMY, held in the name of Roman Sterlingov, and #AA24N84GWW46KQ5Y, held in the name of TO THE MOON LTD | ROMAN;

e.  Approximately 35.9998 Monero (XMR) cryptocurrency (after required fees), seized from Kraken accounts #AA68 N84G QUXT DGMY, held in the name of Roman Sterlingov, and #AA24N84GWW46KQ5Y, held in the name of TO THE MOON LTD | ROMAN; and

f.  Approximately 1,354 BTC currently held in the Bitcoin Fog wallet, identified by root address 1YZJKaAx2HRWvcbCXDBtQbBZcRU46WJqw;

*WHEREAS*, the Superseding Indictment provided notice to the defendant, Roman Sterlingov, that the government will seek a forfeiture money judgment against the defendant and in favor of the United States for a sum of money equal to the value of any property, real or personal, involved in the offenses charged in Counts One, Two, and Three, and any property traceable thereto;

*WHEREAS*, the Superseding Indictment provided notice to the defendant, Roman Sterlingov, that the government will seek the forfeiture of substitute property, pursuant to Title 21, United States Code, Section 853(p);

*WHEREAS*, on March 12, 2024, a jury returned a verdict of guilty against the defendant on Counts One, Two, Three, and Four of the Superseding Indictment;

*WHEREAS*, on March 12, 2024, a jury returned a Special Verdict Form finding that each of the following specific properties was property, real or personal, involved in the offenses for which the defendant had been convicted as charged in Counts One, Two and Three, or property traceable thereto:

a.  $349,625.72, seized from Kraken accounts #AA68 N84G QUXT DGMY, held in the name of Roman Sterlingov, and #AA24N84GWW46KQ5Y, held in the name of TO THE MOON LTD | ROMAN;

2

**Appx7073**

b. Approximately 0.10877 Bitcoin (BTC) cryptocurrency (after required fees), seized from Kraken accounts #AA68 N84G QUXT DGMY, held in the name of Roman Sterlingov, and #AA24N84GWW46KQ5Y, held in the name of TO THE MOON LTD | ROMAN;

c. Approximately 205.9625 Ethereum (ETH) cryptocurrency (after required fees), seized from Kraken accounts #AA68 N84G QUXT DGMY, held in the name of Roman Sterlingov, and #AA24N84GWW46KQ5Y, held in the name of TO THE MOON LTD | ROMAN;

d. Approximately 9,371.52683 Stellar (XLM) cryptocurrency (after required fees), seized from Kraken accounts #AA68 N84G QUXT DGMY, held in the name of Roman Sterlingov, and #AA24N84GWW46KQ5Y, held in the name of TO THE MOON LTD | ROMAN;

e. Approximately 35.9998 Monero (XMR) cryptocurrency (after required fees), seized from Kraken accounts #AA68 N84G QUXT DGMY, held in the name of Roman Sterlingov, and #AA24N84GWW46KQ5Y, held in the name of TO THE MOON LTD | ROMAN; and

f. Approximately 1,354 BTC currently held in the Bitcoin Fog wallet, identified by root address 1YZJKaAx2HRWvcbCXDBtQbBZcRU46WJqw;

*WHEREAS*, pursuant to Federal Rule of Criminal Procedure 32.2(b)(1), this Court determines, based upon the evidence and information before it, including the evidence presented at trial, that any property, real or personal, involved in the offenses charged in Counts One, Two, and Three, for which the defendant was convicted, and any property traceable thereto, is subject to forfeiture pursuant to Title 18, United States Code, Section 982(a)(1);

*WHEREAS*, pursuant to Federal Rule of Criminal Procedure 32.2(b)(2), this Court determines, based upon the evidence and information before it, including the evidence presented at trial, that entry of a forfeiture money judgment against the defendant and in favor of the United States in the amount of $395,563,025.39 is appropriate, pursuant to Title 18, United States Code, Section 982(a)(1);

*WHEREAS*, Title 21, United States Code, Section 853(p) authorizes the forfeiture of substitute property;

3

**Appx7074**

*WHEREAS*, the Court finds that the United States has satisfied the statutory criteria to forfeit substitute property under Title 21, United States Code, Section 853(p), and that property involved in the offenses charged in Counts One, Two, and Three have been dissipated by the defendant and cannot be located upon the exercise of due diligence; have been transferred or sold to, or deposited with, a third party; and/or have been placed beyond the jurisdiction of the Court;

*WHEREAS,* the entry of a preliminary order of forfeiture authorizes the Attorney General or a designee, pursuant to Federal Rule of Criminal Procedure 32.2(b)(3), to seize property subject to forfeiture, and Title 21, United States Code, Section 853(g) authorizes the Attorney General to seize all property ordered forfeited upon such terms and conditions as the Court shall deem proper;

*WHEREAS,* the net proceeds the United States realizes from the forfeiture and liquidation of the specific property and substitute property listed in this Order shall be credited towards the money judgment upon final forfeiture of such property to the United States;

*WHEREAS*, upon entry of a forfeiture order, Federal Rule of Criminal Procedure 32.2(b)(3) authorizes the Attorney General or a designee to conduct any discovery the Court considers proper in identifying, locating, or disposing of property subject to forfeiture;

*NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED*:

1.     The following property is declared forfeited to the United States: (1) any property, real or personal, involved in the offenses charged in Counts One, Two, and Three, and any property traceable thereto, pursuant to Title 18, United States Code, Section 982(a)(1).   The following specific property is declared forfeited:

      a.   $349,625.72, seized from Kraken accounts #AA68 N84G QUXT DGMY, held in the name of Roman Sterlingov, and #AA24N84GWW46KQ5Y, held in the name of TO THE MOON LTD | ROMAN;

4

**Appx7075**

    b.  Approximately 0.10877 Bitcoin (BTC) cryptocurrency (after required fees), seized from Kraken accounts #AA68 N84G QUXT DGMY, held in the name of Roman Sterlingov, and #AA24N84GWW46KQ5Y, held in the name of TO THE MOON LTD | ROMAN;

    c.  Approximately 205.9625 Ethereum (ETH) cryptocurrency (after required fees), seized from Kraken accounts #AA68 N84G QUXT DGMY, held in the name of Roman Sterlingov, and #AA24N84GWW46KQ5Y, held in the name of TO THE MOON LTD | ROMAN;

    d.  Approximately 9,371.52683 Stellar (XLM) cryptocurrency (after required fees), seized from Kraken accounts #AA68 N84G QUXT DGMY, held in the name of Roman Sterlingov, and #AA24N84GWW46KQ5Y, held in the name of TO THE MOON LTD | ROMAN;

    e.  Approximately 35.9998 Monero (XMR) cryptocurrency (after required fees), seized from Kraken accounts #AA68 N84G QUXT DGMY, held in the name of Roman Sterlingov, and #AA24N84GWW46KQ5Y, held in the name of TO THE MOON LTD | ROMAN; and

    f.  Approximately 1,354 BTC currently held in the Bitcoin Fog wallet, identified by root address 1YZJKaAx2HRWvcbCXDBtQbBZcRU46WJqw.

2.    A forfeiture money judgment in the amount of $395,563,025.39 is entered against the defendant and in favor of the United States.

3.    The Court finds that the United States has satisfied the statutory criteria to forfeit substitute property under Title 21, United States Code, Section 853(p), and that property involved in the offenses charged in Counts One, Two, and Three have been dissipated by the defendant and cannot be located upon the exercise of due diligence; have been transferred or sold to, or deposited with, a third party; and/or have been placed beyond the jurisdiction of the Court.

4.    The following property is declared forfeited, pursuant to Title 21, United States Code, Section 853(p), as substitute property:

    a.  Approximately 10.25623378 BTC cryptocurrency (after required fees), seized from nine Mycelium wallet accounts located on one Samsung Galaxy S8+ Mobile Telephone.

Appx7076

5.      Upon final forfeiture of the specific property and substitute property identified in the previous paragraphs to the United States, the net proceeds realized by the United States shall be credited to the forfeiture money judgment.

6.      The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

7.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made part of the sentence and included in the judgment.

8.      The Attorney General or a designee is authorized to seize, inventory, and otherwise maintain custody and control of the specific property and substitute property identified in the previous paragraphs of this Order, pursuant to Federal Rule of Criminal Procedure 32.2(b)(3) and Title 21, United States Code, Section 853(g).

6.      The Attorney General or a designee, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, is authorized to conduct any discovery to identify, locate, or dispose of property subject to this Order.

7.      The Clerk of the Court shall forward a certified copy of this Order to USADC.AFMLS2@usdoj.gov.

Dated this _____ day of July, 2024.


_____
RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE


6


**Appx7077**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff,* | **21-CR-399 (RDM)** |
| v. | |
| ROMAN STERLINGOV, | |
| *Defendant.* | |

**Defendant's Opposition to Government's Motion for Preliminary Order of Forfeiture**

Appx7078

## Table of Contents

Introduction ........................................................................................................... 3

Argument ............................................................................................................... 3

I.    The Government's Forfeiture Order Violates the Eighth Amendment .............. 5

   A.   The Proposed Forfeiture is Grossly Disproportional to the Gravity of the Crimes ... 7

II.    The Preponderance of the Evidence Does Not Establish that the Majority of

Funds Run Through Bitcoin Fog were Illicit. ............................................................ 8

   A.   The Government Has Not Established That Mr. Sterlingov Ever Had Possession of

Any Wallets in the Bitcoin Fog Cluster with Root Address 1YZJK…............................ 10

III.    The Government is Double Counting ............................................................... 11

   A.   Under *Honeycutt* Joint and Several Liability is Improper ......................... 13

   B.   The Government's Substitute Forfeiture Request does not Satisfy § 853(p)(1) ........ 14

IV.    The Majority of Illicit Funds sent through Bitcoin Fog are outside the Statute

of Limitations ....................................................................................................... 15

   V.   The Proposed Forfeiture Funds Are Not Instrumentalities of the Crime ......... 15

   Conclusion ....................................................................................................... 15

Appx7079

## Introduction

Defendant Roman Sterlingov submits this opposition to the Government's Motion for Preliminary Order of Forfeiture.[1] For the reasons argued below, this Court should deny the Government's motion because:

1. The proposed asset forfeiture of $395,563,025.39 violates the Eighth Amendment as it is grossly disproportional to the gravity of the crimes.

2. The preponderance of the evidence fails to establish that most of the funds were illicit.

3. The Government is double counting by including funds it has previously seized from other darknet markets and individuals.

4. The Government cannot impose joint and several liability on a criminal asset forfeiture.

5. The Government has not met its burden for substitute forfeiture.

6. Most of the funds the Government seeks to seize involve darknet markets shut down outside the statute of limitations.

7. The proposed forfeiture funds are not instrumentalities of the crime.

## Argument

In determining property subject to forfeiture this Court must determine (1) what property is subject to forfeiture under the specific statute, (2) whether the Government has established the requisite nexus between the specific property it seeks to forfeit and the offense, (3) the amount of any forfeiture money judgment and (4) that the Government has met its statutory requirements for forfeiture.[2] The Government must establish by a preponderance of the evidence that the

---

[1] Dkt. 297 Government's Motion for Preliminary Order of Forfeiture (June 7, 2024).
[2] Fed. R. Crim. P. 32.2(b)(1)(A), (b)(2)(A).

3

**Appx7080**

property is subject to forfeiture.[3] The Eight Amendment's excessive fines clause limits this analysis by prohibiting forfeitures that are grossly disproportional to the gravity of the crime.[4]

The Government does not identify a single specific crime that Defendant allegedly laundered money for. This is why it requested and received a willful blindness jury instruction, out of a concern that the Defendant lacked knowledge of any specific illicit funds being run through Bitcoin Fog. The Government only makes general allegations that illicit funds were laundered through Bitcoin Fog without any details or precise amounts. The preponderance of the evidence does not support the conclusion that the Defendant ever acquired the $395,563,025.39 sought by the Government. Its own expert, Luke Scholl, testified that the maximum amount of service fees that the operator of Bitcoin Fog would have received for the time-period in question totals less than $12 million. The Government also fails to account for the fact that it has already seized assets from darknet markets and individuals that it is now wants the Defendant to forfeit. Similarly, it impermissibly seeks to impose joint and several liability upon Mr. Sterlingov for assets he never possessed.

The Government has failed to establish the requisite nexus to the funds sought, and instead makes general forfeiture allegations about assets it lacks evidence that the Defendant ever acquired and that it does not trace to any specific crimes. Nor does the evidence support the conclusion that all the money run through Bitcoin Fog was illicit. The Government has simply not met its burden when it comes to the requested preliminary forfeiture order.

---

[3] 18 U.S.C §983.
[4] *United States v. Bajakajian*, 524 U.S. 321, 334 (1998).

4

## I.    The Government's Forfeiture Order Violates the Eighth Amendment

The Government's forfeiture order seeks to impose an excessive fine in violation of the Eight Amendment to the United States Constitution.[5] "[A] punitive forfeiture violates the Excessive Fines Clause if it is grossly disproportional to the gravity of a defendant's offense."[6] "It is ... irrelevant whether [a defendant's] currency is an instrumentality... the test for the excessiveness of a punitive forfeiture involves solely a proportionality determination."[7]

Here, the Government's proposed asset forfeiture is punitive in that it seeks $395,563,025.39 allegedly laundered through Bitcoin Fog, even though Bitcoin Fog was a software service with legitimate uses and users. Bitcoin Fog sent mixed funds back to its users after charging a variable service fee between 1-3%.

The nature of a Bitcoin mixing service is fundamentally different than the fiat money laundering strategies discussed by the Government. Bitcoin Fog was a software program that mixed Bitcoin using peel chains and other methods. Bitcoin Fog did not rely upon legal funds to hide illicit sources or illegal funds. Illicit funds were unnecessary for its operation, it was a privacy service that was entirely functional solely with the use of legal funds.

Nowhere does the Government provide an accurate accounting of the amounts of legal and illicit funds run through the service, or anywhere provide an accounting of the funds it has seized elsewhere from darknet markets and individuals who used Bitcoin Fog. The fact that the Government double counts in its asset forfeiture demand evidences its punitive nature. The amount demanded of Mr. Sterlingov is grossly disproportionate to anything that the preponderance of the evidence shows he ever acquired.

---

[5] VIII Am. U.S. Const.
[6] *United States v. Bajakajian*, 524 U.S. 321, 334 (1998).
[7] *Id.* at 333-34.

5

**Appx7082**

Any forfeiture amount that exceeds the value of the service fees is grossly disproportional to the gravity of the offense, as Bitcoin Fog users' money was sent back to them shortly after their funds were run through the service. The Government's own undercover transactions in 2019 are proof of this.[8] They ran their money through Bitcoin Fog and received all of it back minus the small service fee.[9] There is no evidence that Mr. Sterlingov was ever in possession of the $395,563,025.39 the Government seeks forfeiture from him.

Government Expert Witness Luke Scholl testified that even if Bitcoin Fog was charging a 3% fee, the high end of the possible fees, the service fees paid to Bitcoin Fog total a maximum of $11,865,059.

> Q. Now, assuming 2 percent, could you walk us through how much Bitcoin Fog would have earned each year?
> A. So we're here. In 2011, that would have been $276.
> In 2012, $85,120.
> In 2013, $705,470.
> In 2014, 1,850,896.
> In 2015, $1,170,572.
> In 2016, $767,180.
> In 2017, $839,521.
> In 2018, $896,647.
> In 2019, $516,456.
> In 2020, $731,603.
> In 2021, $346,298.
> Q. What would the total amount earned by Bitcoin Fog have been, assuming a 2 percent fee?
> A. Approximately $7,910,039.
> Q. And what if it had been just 1 percent?
> A. If it was 1 percent, the total would have been approximately $3,955,020.
> Q. And if it had been 3 percent?
> A. If it had been 3 percent, approximately $11,865,059.[10]

---

[8] *See* Gov't Ex. 205(c) admitted at trial.
[9] *See e.g.* Trial Tr., Dir. Ex. Matthew Price 24:22-2512 (Feb. 14, 2024).
[10] *See* Trial Tr., Dir. Ex of Luke Scholl, 91:20-92:15, (Feb. 21, 2024).

Appx7083

Because Bitcoin Fog charged a variable 1-3% fee the actual service fee amount is lower. As Mr. Scholl testified, if Bitcoin Fog had charged on average a fee of 2%, a reasonable assumption for purposes of determining service fees generated from the operation of Bitcoin Fog, the total would not exceed $7,910,039. And that total includes fees earned from legally mixed money.

**A.    The Proposed Forfeiture is Grossly Disproportional to the Gravity of the Crimes**

No direct evidence came out at trial of Mr. Sterlingov ever administrating Bitcoin Fog. The verdict is consistent with Mr. Sterlingov aiding and abetting the operation of Bitcoin Fog without being its administrator, or him creating a legitimate privacy service but turning a blind eye to criminal users (as shown by the Government's willful blindness jury charge). Nor was Mr. Sterlingov convicted of committing any of the crimes the purported illicit proceeds of which were allegedly laundered through Bitcoin Fog. The Government only makes general allegations as to the amount of illicit funds run through Bitcoin Fog, without identifying the specific crimes and sources of the illicit funds.

One of the reasons the Government is unable to precisely identify the amount of illicit funds that went through Bitcoin Fog is because the software used to generate its assumptions, Chainalysis Reactor, is incapable of geographical or jurisdictional breakdowns of the cashflows it purports to trace.

> Q. And Chainalysis Reactor's clustering -- correct me if
> I'm wrong -- it doesn't contain any geographical data, does
> it?
> A. I'm not aware of Chainalysis using geographical data in
> clustering.
> Q. And it doesn't contain any jurisdictional data, does it?
> A. The clustering heuristics, sir?
> Q. Yes.
> A. I'm not aware of Chainalysis using jurisdictional

7

**Appx7084**

information in clustering.[11]

A geographical or jurisdictional breakdown is necessary to establish which funds constituted illegal activity, as what is illegal in one jurisdiction may be legal in another. Unable to precisely identify illicit transactions, the Government takes a blunderbuss approach and claims that all transactions run through Bitcoin Fog involve illicit funds.

Exacerbating the gross disproportionality of the Government's proposed $395,563,025.39 forfeiture is the fact that according to a published report by the Government's own expert Chainalysis, roughly 90% of users of mixers use them for privacy and other legitimate reasons.[12] This implies that at least 90% of the funds the Government seeks forfeiture of are legitimate. That results in the Government seeking forfeiture of over $300,000,000.00 of legitimate funds that there is no evidence Mr. Sterlingov ever acquired.

## II.     The Preponderance of the Evidence Does Not Establish that the Majority of Funds Run Through Bitcoin Fog were Illicit.

The Government has admitted, and this Court has held that using a Bitcoin Mixer per se is not illegal.[13] The Government's own expert, Chainalysis, has published reports showing that the vast majority of Bitcoin mixer users mix for personal privacy purposes and not for illicit ends.[14] For 2022, Chainalysis found that less than 10% of mixer users were mixing illicit funds.[15] This means that over 90% of the funds the Government seeks forfeiture of were legal. And the less than 10% that were illicit funds were unnecessary for the functionality of the mixer as most

---

[11] *See e.g.* Trial Tr., Cr. Ex. Luke Scholl 22:15-24 (Feb. 23, 2024).

[12] *See e.g. Chainalysis: Most Mixed Bitcoin Not Used For Illicit Purposes* Aaron Van Wirdum BITCOIN MAGAZINE (Aug. 26, 2019) (attached as Ex. A).

[13] *See e.g.* Tr. Det. Hearing 45:13 (Oct. 25, 2021) ("There's nothing per se illegal about mixing Bitcoins" – AUSA Christopher Brown).

[14] *See e.g. Chainalysis: Most Mixed Bitcoin Not Used For Illicit Purposes* Aaron Van Wirdum BITCOIN MAGAZINE (Aug. 26, 2019); *see also Crypto Mixers and AML Compliance* Chainalysis Team CHAINALYSIS (Aug. 23, 2022) ("A small percentage of crypto mixer users are cybercriminals") (available at https://www.chainalysis.com/blog/crypto-mixers/).

[15] *Id.*

of the funds mixed were entirely legal. Nowhere has the Government provided a breakdown of licit and illicit funds sent through Bitcoin Fog. Rather, it asserts that all funds run through Bitcoin Fog are subject to forfeiture because they comingled with illicit funds. But the Government has identified no specific transactions where legal funds were commingled with illicit funds. Nor is it clear that brick and mortar fiat currency money laundering paradigms involving commingling apply in relation to the software running Bitcoin Fog, which the Government does not have. The preponderance of the evidence does not establish that illicit and licit funds were commingled. Regardless, the commingling is irrelevant to the gross disproportionality analysis under the Eighth Amendment which solely looks at the proportional relationship between the assets the Government seeks seizure of and the gravity of the crime.[16]

Here, the $395,563,025.39 asset forfeiture sought by the Government is grossly disproportionate because at best, according to the Government's own expert, Luke Scholl, the operators of Bitcoin Fog made a maximum of $11,865,059 in service fees from a mixer where it's likely that over 90% of the funds run through it were entirely legal, and which had legitimate financial privacy uses. The Government seeks forfeiture of over $300,000,00.00 of legitimate funds that it is unable to determine the location of and that there is no evidence Mr. Sterlingov ever acquired.

The Government has not shown anywhere that Mr. Sterlingov ever possessed $395,563,025.39. Despite a decade-long investigation, the Government has only been able to show that Mr. Sterlingov had roughly $2 million in assets when he was arrested. There is no evidence that Mr. Sterlingov ever possessed all the funds the Government seeks forfeiture of.

---

[16] *United States v. Bajakajian*, 524 U.S. 321, 333-34 (1998).

Appx7086

**A.      The Government Has Not Established That Mr. Sterlingov Ever Had Possession of Any Wallets in the Bitcoin Fog Cluster with Root Address 1YZJK...**

Despite arresting Mr. Sterlingov and seizing his electronic devices and notes, having access to his bank accounts, and cooperation with Swedish Law Enforcement, the preponderance of the evidence does not support the Government's position that Mr. Sterlingov was ever in possession of $395,563,025.39 worth of bitcoin. The Government does not have any of the private keys to these wallets, there is no evidence that Mr. Sterlingov ever possessed the private keys, nor does the Government have the Bitcoin Fog servers, Bitcoin Fog ledger, or Bitcoin Fog server logs. The attribution of ownership is entirely speculative. Indeed, the Government admits in its Motion for Preliminary Order of Forfeiture that this amount was simply a total of Bitcoin received by wallets identified by Chainalysis to be in the Bitcoin Fog cluster. Luke Scholl testified that addresses within the Bitcoin Fog cluster formulated by Chainalysis received a total of $395,563,025.39 but the Government fails to present a breakdown of what percentage, if any, were illicit.

The Government asserts that Mr. Sterlingov dissipated illicit assets while providing no evidence of this purported dissipation. None came in at trial. How Mr. Sterlingov purportedly dissipated the assets is nowhere mentioned by the Government.

The Government repeatedly refers to approximately 1,354 bitcoin that is currently held in the Bitcoin Fog wallet, identified by an address starting with 1YZJK... But a simple blockchain explorer search of this address shows that there is 0 BTC in this address and that the last transaction for this address occurred on March 25, 2012.[17]

---

[17] *See* Blockchain.com Address Search, available at
https://www.blockchain.com/explorer/addresses/btc/1YZJKaAx2HRWvcbCXDBtQbBZcRU46WJqw (attached as
Ex. B).

**Appx7087**

Nevertheless, the Government claims that 1YZJK... is a "root" address, and that other addresses exist within a cluster of addresses associated with Bitcoin Fog. The use of the term "root address" in relation to blockchain tracing is arbitrary and not recognized by any scientific body or standards organization related to the blockchain surveillance industry. Because no such blockchain forensic standards or scientific bodies exist. It appears to be an invention on the part of the Government and Chainalysis. The Government's use of a "root address" holding no bitcoins as the basis for claiming $395,563,025.39 in asset forfeiture is pseudo-scientific and arbitrary, particularly given the lack of evidence that Mr. Sterlingov had custody or control over the "root address" at any time or the addresses purportedly associated with it in Chainalysis' 'cluster'.

## III.   The Government is Double Counting

The Government seeks what the United States Supreme Court has recently cautioned against: to hold Mr. Sterlingov jointly and severally liable for all funds that went through Bitcoin Fog regardless of whether he had acquired the assets and regardless of whether the government recovered those assets from their owners. Not only does the request implicate the Eighth Amendment, the Supreme Court's decision in *Honeycutt v. United States*, 581 U.S. 443, 450 (2017), but it also calls for double counting.[18]

There is no real dispute that Mr. Sterlingov never obtained $395,563,025.39, or that the Government has already recovered from the users of Bitcoin Fog funds possibly in excess of $395,563,025.39. The Government for example, recovered "94,000 bitcoin that had been stolen from Bitfinex... valued at over $3.6 billion..." from Ilya Lichtenstein, who testified to using

---

[18] *See United States v. Young*, 330 F. Supp. 3d 424, 439 (D.D.C. 2018) ("courts have routinely recognized that double counting is flatly prohibited in the context of criminal forfeiture.")

Appx7088

Bitcoin Fog.[19] The Government similarly recovered substantial assets from marketplaces like Silk Road that utilized Bitcoin Fog.[20] Yet by requesting a money judgment forfeiture of $395,563,025.39, the Government attempts to hold Mr. Sterlingov jointly and severally liable with the users of Bitcoin Fog as if it never recovered much, if not all, of those funds.[21] These recoveries, however, are significant and potentially eclipse the $395,563,025.39 that the Government seeks in its money judgement forfeiture. In essence, the Government seeks to forfeit what it has already recovered not in the interest of recovering "ill-gotten gains" but to punitively and perpetually punish Mr. Sterlingov through an astronomical money judgment that the Government will seek to satisfy through future earnings for the remainder of his life.[22]

The Government seeks forfeiture for all funds sent through Bitcoin Fog but fails to subtract the amounts already forfeited to the Government from seized darknet marketplaces and other convicted criminals, such as co-operating criminal witnesses Larry Dean Harmon and Ilya Lichtenstein.[23] Many of the darknet markets the Government claims sent funds through Bitcoin Fog were shut down by the Government and had their assets seized.[24]

---

[19] *See* https://www.justice.gov/opa/pr/two-arrested-alleged-conspiracy-launder-45-billion-stolen-cryptocurrency.

[20] *See e.g.,* https://www.justice.gov/usao-sdny/pr/us-attorney-announces-historic-336-billion-cryptocurrency-seizure-and-conviction (government recovered "50,676.17851897 Bitcoin, then valued at over $3.36 billion" which were taken from Silk Road).

[21] *See* Dkt. 297 at 9-10 (arguing "[m]ost of the funds laundered through Bitcoin Fog were forwarded to destination addresses designated by Bitcoin Fog users—other than unspent deposits and the defendant's percentage fee. The corpus of these laundering transactions, accordingly, "ha[ve] been transferred or sold to, or deposited with, a third party," and they "cannot be located upon the exercise of due diligence." 21 U.S.C. § 853(p)(1)(A), (B).").The government has discovery for these cases and, in certain instances, the benefits of cooperation agreements. It could and should provide full details concerning what it has already recovered from the "corpus" of Bitcoin Fog. Indeed, it is the government that has the burden of proving forfeiture. *United States v. Cunan,* 156 F.3d 110, 116 n.7 (1st Cir. 1998) ("In a criminal forfeiture ... the government must show by a preponderance of the evidence that the defendant's property is forfeitable").

[22] *See United States v. Fischer,* 394 F. App'x 322, 323 (7th Cir. 2010) ("This lien remains in effect until satisfied and thus requires no renewal under 28 U.S.C. § 3201 or any other statute. Until the lien is satisfied, the government may at any time seek the forfeiture of substitute assets under 21 U.S.C. § 853(p).").

[23] *See e.g.* Gov't Ex. 601 admitted at trial.

[24] *See e.g.* Scholl Report p. 12-18.

12

**Appx7089**

The Government is seeking forfeiture of assets it has already seized is punitive. Nowhere does the Government provide an accounting of the funds it seized from the darknet marketplaces it shut down that it claims laundered funds through Bitcoin Fog. The preponderance of the evidence does not establish that the Defendant received $395,563,025.39 in illicit funds. Rather, the Government double dips as it has already seized post-mix funds from darknet markets and other criminals that it is now including in its proposed asset forfeiture. In the least, this Court should order the Government to provide an accounting of seized funds from all the darknet marketplaces that it alleges used Bitcoin Fog.

The Government's criminal witnesses, Larry Dean Harmon and Ilya Lichtenstein, both admitted to laundering the proceeds of their criminal activity through Bitcoin Fog, and those funds were part of the totals of their forfeiture agreements. Mr. Lichtenstein's plea agreement admitted to using Bitcoin Fog to launder his illicit funds.[25] Following the plea agreement, Mr. Lichtenstein forfeited $72,618,825.60 to the Government.[26] The Government cannot now be permitted to double-dip and require Mr. Sterlingov to forfeit funds that were never in his possession and were forfeited to the Government by other users of Bitcoin Fog.

A.   Under *Honeycutt* Joint and Several Liability is Improper

Money judgment forfeitures are not authorized by statute. Instead, they are judicial creations.[27] In *Honeycutt*, the Supreme Court disallowed the use of joint and several liability in criminal asset forfeiture cases.[28] The Court was asked "whether, under § 853, a defendant may be held jointly and severally liable for property that his co-conspirator derived from the crime but that

---

[25] *See e.g. United States v. Lichtenstein* 23-cr-00239-CKK, Tr. Plea Hrng. 29:18-21 (Aug. 3, 2023).
[26] *See e.g. United States v. Lichtenstein* 23-cr-00239-CKK, Consent Preliminary Order of Forfeiture, Dkt. 99 at 2 (Aug. 3, 2023)
[27] *See United States v. Day,* 524 F.3d 1361, 1377 (D.C. Cir. 2008).
[28] *Honeycutt v. United States,* 581 U.S. 443 (2017).

13

the defendant himself did not acquire."[29] The Court examined the statute and determined that "Congress ... authorized the government to confiscate assets only from the defendant who initially acquired the property and who bears responsibility for its dissipation."[30] The reasoning is clear, *Honeycutt* limits forfeiture up to the amount acquired by a defendant to avoid the inequitable and unconstitutional situation the Court observed in its example:

> Suppose a farmer masterminds a scheme to grow, harvest, and distribute marijuana on local college campuses. The mastermind recruits a college student to deliver packages and pays the student $300 each month from the distribution proceeds for his services. In one year, the mastermind earns $3 million. The student, meanwhile, earns $3,600. If joint and several liability applied, the student would face a forfeiture judgment for the entire amount of the conspiracy's proceeds: $3 million. The student would be bound by that judgment even though he never personally acquired any proceeds beyond the $3,600.[31]

While *Honeycutt* dealt with § 853(a)(1), the same reasoning should apply to cases under § 982(a)(1).[32] Otherwise, Mr. Sterlingov, like the student in the *Honeycutt* case, will be made perpetually liable for funds that he never acquired.

**B.      The Government's Substitute Forfeiture Request does not Satisfy § 853(p)(1)**

The government seeks, pursuant to § 853(p), the substitute forfeiture of Mr. Sterlingov's Mycelium wallets. The Defense believes that any forfeiture obligations have already been satisfied by the assets that were recovered in this case and from Bitcoin Fog's users, as detailed above. Accordingly, the Government's substitute forfeiture request should be denied for failure to prove that the conditions of § 853(p)(1) are satisfied.

---

[29] *Id.* at 445.
[30] *Id.* at 452; *id.* at 454 ("§ 853(a)(1) is limited to property the defendant himself actually acquired as the result of the crime.").
[31] *Id.* at 448.
[32] *See United States v. Bikundi*, 926 F.3d 761, 794 (D.C. Cir. 2019) (not reaching the issue).

14

Appx7091

## IV.   The Majority of Illicit Funds sent through Bitcoin Fog are Outside the Statute of Limitations

All but one of the darknet markets the Government claims ran funds through Bitcoin Fog were shut down well outside the statute of limitations. To the extent that the Government seeks seizure of illicit assets that were laundered outside the statute of limitations, they are barred.

## V.   The Proposed Forfeiture Funds Are Not Instrumentalities of the Crime

The proposed forfeiture funds are not an instrumentality of the crime of money laundering because they were not necessary to the operation of Bitcoin Fog. Bitcoin Fog did not need illegal money to operate.[33]

## Conclusion

The Court should deny the Government's Motion for Preliminary Order of Forfeiture in its entirety. In the alternative, this Court should order the Government to provide an accounting of funds it has already seized from darknet markets and individuals who used Bitcoin Fog along with a breakdown of specific traceable illicit funds run through Bitcoin Fog.

---

[33] *United States v. Bajakajian*, 524 U.S. 321, 334 n.9 (1998)

15

**Appx7092**

Dated: June 21, 2024
New York, New York

Respectfully submitted,

/s/ Tor Ekeland
Tor Ekeland (NYS Bar No. 4493631)
*Pro Hac Vice*
Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY 10005
t:  (718) 737 - 7264
f:  (718) 504 - 5417
tor@torekeland.com

/s/ Michael Hassard
Michael Hassard (NYS Bar No. 5824768)
*Pro Hac Vice*
Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY 10005
t:  (718) 737 - 7264
f:  (718) 504 - 5417
michael@torekeland.com

/s/ Maksim Nemstev
*Pro Hac Vice*
Maksim Nemstev, PC
20 Park Plaza, Suite 1000
Boston, MA
t: (617) 227-3700
f: (718) 701-5922

*Counsel for Defendant Roman Sterlingov*

16

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of June 2024, the forgoing document was filed with the Clerk of Court using the CM/ECF System. I also certify that a true and correct copy of the foregoing was sent to the following individuals via e-mail:

s/ Michael Hassard

U.S. Department of Justice
District of Columbia
555 Fourth St. N.W.
Washington, D.C. 20530

Catherine Pelker
Catherine.Pelker@usdoj.gov

Christopher Brown
Christopher.Brown6@usdoj.gov

Jeffrey Pearlman
Jeffrey.pearlman@usdoj.gov

17

**Appx7094**

# Exhibit A

Case 1:20-cr-00390-RRM Document 305 Filed 06/21/24 Page 2 of 12

 

ARTICLES   PRO   STORE   CONFERENCE   MINING   LEARN   BOOKS

HOME > CULTURE

# CHAINALYSIS: MOST MIXED BITCOIN NOT USED FOR ILLICIT PURPOSES

Blockchain analysis firm Chainalysis has found that only a small fraction of coins sent to bitcoin mixers were previously used for illicit purposes.

AARON VAN WIRDUM • AUG 26, 2019

         

Appx7096

*Blockchain analysis firm Chainalysis has found that only a small fraction of coins sent to bitcoin mixers were previously used for illicit purposes.*

If Chainalysis is right, only a small fraction of coins sent to and from bitcoin mixers are used for illicit purposes.

In a recent webinar titled "Cryptocurrency Typologies: What You Should Know About Who's Who on the Blockchains," the blockchain analytics firm suggested that users of mixing services mostly leverage the option for privacy reasons. Many darknet users, in contrast, send their coins directly from exchanges.

That said, while they come from a small minority of all users of mixing services, a large fraction of stolen coins do end up being mixed.

"A lot of people are using mixers just for personal privacy," explained Hannah Curtis, senior product manager of data at Chainalysis, during the webinar. "But we do know that a lot of illicit funds do end up at mixers."

## BITCOIN MIXING

The Chainalysis webinar presented a broad overview of blockchain use cases, which included blockchain analysis of mixers and darknet markets, but also mining pools, ICOs, hosted wallets, ransomware and more. One of the perhaps more surprising conclusions is that Bitcoin mixers — both centralized and "decentralized" versions — appear to be used much more often for privacy purposes than for illicit activity.

Specifically, Chainalysis believes that 8.1 percent of all mixed coins were stolen, while only 2.7 percent of coins had been used on darknet markets. As such, less than one in every nine coins sent to mixers could be identified as having been used for illicit purposes. Additionally, 1.9 percent of mixed coins came from gambling or betting sites, which could be illegal depending on the jurisdiction of the users and the sites.

In contrast, almost half of all mixed coins were sent from exchanges. This includes 40 percent from traditional exchanges and 7.7 percent from peer-to-peer exchanges. Over a quarter of mixed coins came from other mixers.

It is worth noting, however, that while the 8.1 percent of stolen coins represents a minority of all mixed coins, it does represent a large fraction of all stolen coins. That is to say, most stolen coins are mixed.

**Appx7098**

*Slide from the Chainalysis webinar*

## DECENTRALIZED MIXERS

While Chainalysis did not go into detail, it appears that centralized mixers receive a bigger share of coins used in illicit activity than "decentralized" mixers. For example, Bestmixer, a centralized mixer that was shut down by law enforcement earlier in 2019, did receive a lot of coins for which the origin of destination could be identified as illicit. The service mixed over 27,000 coins.

Appx7099

Chainalysis noted that "decentralized" mixers like Wasabi Wallet have seen exponential growth this year. Where the wallet mixed around $10 million worth of bitcoin in the first months of 2019, this had grown to about $90 million in August 2019. In total, Wasabi Wallet mixed $250 million worth of bitcoin in 2019, according to Chainalysis. (It should be noted that Chainalysis categorized Wasabi Wallet as "decentralized" because users run the wallet software locally, and possibly because users mix coins directly with each other. Wasabi Wallet's mixing infrastructure is, in actuality, centralized, though trustless.)

*Slide from the Chainalysis webinar*

While Chainalysis is able to tell which coins are sent to and from mixers, the webinar confirmed that the service is unable to follow the trail of coins as they move through mixing services.

"We can identify funds going into services, including mixing services," Curtis said. "A common misconception is that one can trace the path of funds through a service."

In other words, mixing works.

**Appx7100**

## DARKNET MARKETS

The Chainalysis webinar also detailed where coins moving to darknet
markets are sent from. Once again, the fraction of coins sent from mixers
appears relatively low.

Interestingly, more than half of all bitcoin moving to these digital block
markets — 54.8 percent — are simply sent from regular exchanges. Another
23.5 percent are sent from peer-to-peer exchanges. Only 0.5 percent of coins
were sent from mixing services.

Appx7101

*Slide from the Chainalysis webinar*

The Chainalysis webinar touched on recent events around one darknet market in particular. After a <u>wave of shutdowns</u> earlier this year, Nightmare Market had emerged as one of the biggest markets on the darknet in recent months. Around mid-July 2019, however, the market was seemingly hacked, though the website itself claimed a disgruntled employee was causing havoc. The market went offline soon after, in turn, feeding rumors that the market's operators ultimately decided to pull an exit scam.

Whatever happened, the alleged hacker or disgruntled employee leaked statistics on Nightmare Market, showing that the website had hosted over $22 million worth in sales, with over $300,000 of daily sales near its peak. The market had approximately 80,000 customers, for whom the preferred mode of payment was bitcoin, with monero as the favored privacy coin.

When Nightmare Market shut down, the website had over $2 million worth of cryptocurrency in escrow, which vendors presumably lost. There were also $75,000 of pending withdrawals that probably never went through.

*Slide from the Chainalysis webinar*

In what has become standard routine by now, vendors (and presumably also users) of the shuttered darknet market are quickly migrating to new platforms. Where many of Nightmare Market's users had come from Dream Market, Wall Street Market and Valhalla — the three biggest markets that disappeared after the recent wave of law enforcement actions — Nightmare Market users are now migrating to Empire Market, Berlusconi Market, Cryptonia Market and Samsara Market, according to Chainalysis.

## OTHER CONCLUSIONS

Throughout the webinar, Chainalysis also touched on other uses of cryptocurrency, though it did not always supply concrete figures or statistics.

The analytics firm confirmed that bitcoin use for terrorist financing has been on the rise, for example, but did not detail how much it has risen. (A recent article by *The New York Times*estimated that the sums were "likely to be small.") It was also mentioned that the number of Bitcoin ATMs has been rising exponentially over the past years to a total of 4,000 machines

Case 1:21-cr-00399-RDM  Document 305-1  Filed 06/21/24  Page 10 of 12

worldwide, and it was pointed out that these ATMs are sometimes used to sell coins earned on darknet markets.

Meanwhile, legitimate use of cryptocurrencies also appears to be on the rise, according to Chainalysis. Payment processors like BitPay, Flexa, Coinpayments, WebMoney, Coinify and Square have seen a significant growth in volume in 2019, with over 50 percent more transactions compared to the start of the year.

· WASABI · CHAINALYSIS · DARK WEB · MIXING

---

BY AARON VAN WIRDUM

**Follow AaronvanW**

f    𝕏    ☺    in

Appx7104



SEE MORE

© 2024

ABOUT BITCOIN MAGAZINE  ADVERTISE  TERMS OF USE  PRIVACY POLICY  B.TC INC  JOBS

Appx7105

Chainalysis: Most Mixed Bitcoin Not Used Illicitly - Bitcoin Magazine - Bitcoin News, Articles and Expert Insights

Case 1:21-cr-00399-RDM   Document 305-1   Filed 06/21/24   Page 12 of 12

Appx7106

# Exhibit B

■ **Blockchain.com**

Home      Prices      Charts      NFTs      Buy      More

Appx7108



Appx7109

■ Blockchain.com  ☀ ■ □ Sign In

ID: 8c48-b1bb ■
3/22/2012, 04:56:23
From 1YZJ-WJqw ■
To 2 Outputs
-2372.37067321 BTC • -$15...
Fee 50.0K Sats • $31.77

ID: 7440-5b28 ■
3/22/2012, 04:43:51
From 51 Inputs
To 2 Outputs
2372.37067321 BTC • $150,748,878
Fee 500.0K Sats • $317.72

ID: 0107-d532 ■
3/19/2012, 02:37:32
From 1YZJ-WJqw ■
To 2 Outputs
-1832.00212204 BTC • -$116,411,936
Fee 50.0K Sats • $31.77

ID: daaa-1a53 ■
3/19/2012, 02:03:22
From 51 Inputs
To 2 Outputs
1832.00212204 BTC • $116,411,936
Fee 500.0K Sats • $317.72

ID: 899e-0691 ■
3/14/2012, 06:51:51
From 1YZJ-WJqw ■
To 2 Outputs
-1648.56769823 BTC • -$104,755,860
Fee 50.0K Sats • $31.77

ID: dee3-72e3 ■
3/14/2012, 06:43:08
From 52 Inputs
To 2 Outputs
1648.56769823 BTC • $104,755,860
Fee 500.0K Sats • $317.72

ID: c7a3-603a ■
3/08/2012, 00:40:19
From 1YZJ-WJqw ■
To 2 Outputs
-1992.17097251 BTC • -$126,589,635
Fee 50.0K Sats • $31.77

ID: 8cf4-a0ae ■
3/07/2012, 23:45:03
From 64 Inputs
To 2 Outputs
1992.17097251 BTC • $126,589,635
Fee 600.0K Sats • $381.26

ID: 91f0-2e3b ■
3/02/2012, 05:55:40
From 1YZJ-WJqw ■
To 2 Outputs
-2783.06067198 BTC • -$176,845,582
Fee 50.0K Sats • $31.77

ID: 9910-7e73 ■
3/02/2012, 05:22:38
From 36 Inputs
To 2 Outputs
2783.06067198 BTC • $176,845,582
Fee 350.0K Sats • $222.40

ID: 85c1-6483 ■
2/26/2012, 09:21:32
From 1YZJ-WJqw ■
To 2 Outputs
-963.42507107 BTC • -$61,219,458
Fee 50.0K Sats • $31.77

ID: 6ef9-c892 ■
2/26/2012, 08:45:04
From 27 Inputs
To 2 Outputs
963.42507107 BTC • $61,219,458
Fee 250.0K Sats • $158.86

■ ... ■ From 1YZJ-WJqw ■ 2709.5232338... C • -$172,17...
2/21/2012, 23... To 2 Outputs Fee 50.0K Sats • ...

Home     Prices     Charts     NFTs     Buy     More

Appx7110





Appx7111

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 21-cr-399 (RDM) |
| | : | |
| ROMAN STERLINGOV, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING

The United States of America, by and though the United States Attorney for the District of Columbia, respectfully submits its Memorandum in Aid of Sentencing. The government recommends that the defendant be sentenced to a term of imprisonment of 30 years and a fine of $100,000. The government respectfully submits that such a sentence would adequately serve the interests of justice as codified in 18 U.S.C. § 3553(a). In support of this motion, and to assist the Court in fashioning an appropriate sentence, the government submits the following:

## FACTUAL BACKGROUND

### A. Introduction

Following the defendant's arrest in April 2021 and subsequent indictment, the Court presided over an approximately one-month jury trial in February and March 2024. At the conclusion of the trial, on March 12, 2024, the jury returned a verdict of guilty on all four charged counts: Money Laundering Conspiracy, in violation of 18 U.S.C. § 1956(h); so-called "Sting" Money Laundering, in violation of 18 U.S.C. § 1956(a)(3)(A); Operating an Unlicensed Money Transmitting Business, in violation of 18 U.S.C. §§ 1960(a) & 2; and Operating an Unlicensed Money Transmitting Business, in violation of D.C. Code § 26-1023(c). The jury further reached a verdict on March 12, 2024, that several assets involved in the case, including assets within the

1

**Appx7112**

defendant's accounts and remaining cryptocurrency in Bitcoin Fog, constituted property, real or personal, involved in the federal offenses of which the defendant was convicted.

The trial, and the jury's verdict, established two essential facts that should guide the Court in determining a sentence. First, between 2011 and 2021 Bitcoin Fog laundered tens of millions of dollars for Darknet narcotics dealers, and facilitated illegal conduct by other individuals. Those other individuals even included those who participated in a Darknet site—Welcome to Video—for trafficking child sexual abuse material. Bitcoin Fog catered to criminals and that was its attraction; Bitcoin Fog did not discriminate so long as willing participants agreed that their cryptocurrency sent to Bitcoin Fog would be left untraceable in exchange for a one to three percent fee.

Second, Roman Sterlingov conceived of, set up, owned, operated, and profited from Bitcoin Fog. The defendant's Bitcoin Fog site and its operation at a high level of security ensured both that his customers would be satisfied with the anonymization of their illegally obtained cryptocurrency, and that law enforcement would never track down the defendant behind the site. The defendant collected a significant amount of service fees and by doing so left his fingerprints on Bitcoin Fog.

## B.  The Success of Bitcoin Fog

The jury heard testimony that while the identity of a Bitcoin address owner is generally anonymous, law enforcement can on its own and/or in conjunction with commercial services analyze the address of the cryptocurrency that appears on the ledger-like blockchain. Bitcoin Fog mixed its deposits and returned other Bitcoin to its users. With sufficient funds in Bitcoin Fog, a user would walk away with Bitcoin completely unrelated to any prior transaction deposits, and then face less exposure in cashing the Bitcoin out. Legitimate virtual exchanges were obligated to

2

Appx7113

use Know Your Customer (KYC) rules as part of a regulatory scheme to deter money laundering; the defendant knew his customers were engaged in illicit activity and that they could not reveal their source of cryptocurrency funds to legitimate virtual currency exchanges.

The defendant's Bitcoin Fog mixer was highly successful. Between the defendant sending the very first cryptocurrency to the Bitcoin Fog wallet on November 10, 2011, before the site had even been publicly announced, and around the time of the defendant's arrest in April 2021, the Bitcoin Fog site took in cryptocurrency valued at the time of deposit at approximately $395,501,956. Bitcoin Fog at the beginning took in merely $13,797 in the last couple of months of 2011, ramped up to more than $4 million in 2012, and from then on never took in less in a full year than $35 million in deposits. Even in 2021, terminating with the defendant's arrest in April, Bitcoin Fog had already received deposits of more than $17 million in a few months. At the time of the defendant's arrest, Bitcoin Fog was a successful program with a proven track record of effective money laundering and was thriving.

The Bitcoin Fog site after receiving deposits then returned other cryptocurrency to the user, minus the 1-3 percent fee. Around the time of the defendant's arrest in April 2021, there was approximately 1354 Bitcoin remaining (as of February 21, 2024, about $70 million) in the Bitcoin Fog wallet. Those funds were left in the site untouched since April 29, 2021. In total, about $335 million had been processed through the site prior to the defendant's arrest. Again, the site was an overwhelming success.

**C. Bitcoin Fog Users**

Who benefited from the operation of Bitcoin Fog? The Court heard extensive testimony about who deposited money into the Bitcoin Fog site, and none of the truthful testimony concerned depositing money for libertarian privacy principles. Instead, government investigators showed

3

**Appx7114**

that individuals operating as illegal narcotics vendor mixed their Bitcoin funds through Bitcoin Fog:

| Counterparty Name | | Directly Sent to BITCOIN FOG | Indirectly Sent to BITCOIN FOG | Directly Received from BITCOIN FOG | Indirectly Received from BITCOIN FOG |
|---|---|---|---|---|---|
| SILK ROAD | BTC | 377102.7388 | 101783.57 | 106522.7697 | 51273.39 |
| | USD | $9,724,911 | $10,340,446 | $2,321,637 | $1,471,025 |
| SILK ROAD 2.0 | BTC | 22863.74065 | 12438.155 | 11274.31369 | 4320.23 |
| | USD | $12,582,929 | $6,463,629 | $5,852,300 | $2,534,628 |
| ALPHABAY | BTC | 5700.845981 | 2826.69 | 3651.443827 | 2638.945 |
| | USD | $3,062,842 | $1,868,844 | $1,679,212 | $1,342,528 |
| AGORA | BTC | 41972.36366 | 25679.985 | 26398.44487 | 10027.08 |
| | USD | $14,231,729 | $8,624,142 | $8,588,675 | $3,389,947 |
| NUCLEUS | BTC | 5240.193979 | 2820.15 | 2829.752662 | 1463.475 |
| | USD | $1,438,077 | $886,452 | $802,798 | $400,639 |
| ABRAXAS | BTC | 4116.93734 | 1895.51 | 2066.420789 | 903.39 |
| | USD | $1,027,249 | $558,194 | $516,058 | $229,535 |
| PANDORA | BTC | 2032.569964 | 418.28 | 553.2503671 | 401.155 |
| | USD | $1,254,828 | $238,695 | $299,141 | $260,550 |
| SHEEP | BTC | 7646.828974 | 2747.84 | 1547.522515 | 1925.09 |
| | USD | $2,788,483 | $1,494,597 | $361,895 | $551,001 |
| BLACK BANK | BTC | 2918.068006 | 2146.795 | 1632.1633 | 947.065 |
| | USD | $912,669 | $1,043,156 | $427,255 | $280,495 |
| WELCOME TO VIDEO | BTC | 0 | 0 | 2.47269674 | 1.675 |
| | USD | $0 | $0 | $989 | $846 |

GOVERNMENT EXHIBIT 601

As shown above in Government Exhibit ("GX") 601, vendors from established Darknet sites selling illegal narcotics and other illegal goods used Bitcoin Fog for its intended purpose to launder the Bitcoin received from buyers (and buyers used Bitcoin Fog to anonymize themselves as well). As discussed *infra*, the government recovered evidence showing Bitcoin Fog's laundering of tens of millions of dollars through thousands of deposits to Bitcoin Fog and presented that evidence to the jury. The vendors, in selling illegal narcotics to their customers, openly displayed their wares. Vendor Symbiosis on the site Silk Road, for example, openly advertised the sale of "uncut Cocaine flake." GX 608.a. Symbiosis was then able to take cryptocurrency from its narcotics purchasing customers and deposit more than $1.5 million of it into Bitcoin Fog so that the revenues could not be traced. GX 601.a.

Appx7115

Welcome to Video, a platform used to distribute child sexual abuse material (CSAM), did not operate on the same model as drug trafficking Darknet markets, with vendors selling drugs for profit. Instead, users of Welcome to Video could pay Bitcoin into the site to gain access to CSAM images. Many of these users also used Bitcoin Fog to anonymize payments made to the site. (As shown below, that this type of material would be for sale on the Darknet was a surprise to almost no one, much less the defendant). This of course had the effect of anonymizing the users who purchased the material. The jury further heard from Ilya Lichtenstein, who stole cryptocurrency and used Bitcoin Fog to launder a portion of it, and Larry Harmon, who earned cryptocurrency through his deployment of a Google-like search engine for the Darknet, designed to facilitate searching for and purchasing drugs from vendors across multiple Darknet markets. Mr. Harmon used Bitcoin Fog for the same reason. Bitcoin Fog took Bitcoin and laundered it for anyone and everyone.

**D.  The Pitch of Bitcoin Fog to Illegal Vendors**

The defendant, who used the monikers Akemashite Omedetou and Killdozer and Meth!, among others, was fully aware that Bitcoin Fog would be used to launder Bitcoin from illegal vendors on the Darknet. As he noted succinctly about a month before creating Bitcoin Fog, Bitcoin and narcotics went hand in hand. "Also, like Silk Road, go ahead and accept payments in bitcoins; then, you will not be intimidated by even the U.S." GX 55.a at 34 (9/22/11 post).

The defendant had an understanding that legitimate exchanges of Bitcoin were "run as legitimate visible businesses, which will be forced to reveal information about your funds, should such a request be made by the authorities." GX 1 at 45. Likewise, law enforcement could make use of individual transactions to "track your money around the network." GX 13 at 4. The defendant was referring to exchanges that ran business in stated compliance with KYC and Anti-

5

**Appx7116**

Money Laundering (AML) laws.    For example, in responding to a customer query about "blockchains Shared Coin feature," the defendant responded "Blockchain is a public company and is required by law to comply with anti-money laundering laws, as well as revealing user information and logs, should the law require that." GX 1 at 74.

The defendant advertised how his Darknet site worked on Bitcoin Talk. Touting the value of the Tor network, the defendant bragged that his site "will never be found and dealt with by proper authorities . . . not only will we not cooperate with any authorities, the authorities will not actually be able to show up at our doorstep." GX 1. The defendant even advertised that the site would purge its logs each week. "That way, if you have received a payment from us a month ago, not even the address will be left on our server." GX 1 at 3. Thus the defendant provided complete anonymity to Bitcoin Fog's users. Use of the service would give the customer "plausible deniability" since no one could "actually prove that those bitcoins came from your account[]" GX 13 at 5.

The defendant advertised the site as "for people who have real problems for the law and we provide them the best possible service, and highest possible anonymity" GX53. Those who had "real problems for the law" would mix "your bitcoins in our own pool with other users' bitcoins, and get paid back to other accounts from our mixed pool[]." GX 53 at 230. Thus, from the outset, the defendant established that the cryptocurrency deposited from vendors would contribute to the efficacy of and facilitated its activities, as this Court has already found in litigation over whether the defendant was entitled to use funds seized from various accounts that had originally been mixed with Bitcoin Fog. ECF No. 116 at 14-15 ("By running funds through Bitcoin Fog, Sterlingov facilitated its operations, irrespective of how the funds were initially procured"). The pool of deposits was the essence of Bitcoin Fog. GX 1 at 41-42 (responding to a customer

6

**Appx7117**

who asked about the money "laundered" on the site as to the size of the pool). Even if a person was to use Bitcoin Fog to anonymize hypothetically clean cryptocurrency, that had the effect of increasing the pool of funds and further anonymizing dirty cryptocurrency.[1]

Sterlingov was fully aware that narcotics dealers—and possessors of child sexual abuse material—on the Darknet would use his service. In his October 2011 announcements of the Bitcoin Fog site, the defendant mentioned Silk Road, about which the defendant was well aware, and which at the time had not yet been shut down. GX 13 at 5 (10/27/11 post); *id.* at 79 (2012 feed entry indicating "Silk Road mostly sells drugs"). On Exploit.in, a site used by cybercriminals to exchange information, the defendant, using his moniker Meth!, stated "for years, drugs are sold and (unfortunately) child pornography distributed through it . . . if you configure such a server correctly, then no matter how hard one tries, no one will fucking find where it is[.]" GX 55.a. The defendant noted Bitcoin Fog also had a customer service feature which allowed it to receive customer inquiries. GX 608.q (complaint by Symbiosis). When Agent Matthew Price deposited money in November 2019 to the site as an undercover, he made use of this communication service, stating, "I created my account to clean my coins from selling ecstasy. I sold molly on apollon and ive been selling on WSM and dream . . .I need help cleaning my bitcoin." GX 204.c.

---

[1] As it was the nature of Bitcoin Fog to obscure its users, it is not surprising that a significant amount of users were never identified. But no evidence was elicited at trial, other than in the untruthful testimony of the defendant, that any particular deposit into Bitcoin Fog over its ten years of operation came from licit activity, or that a user of Bitcoin Fog actually deposited licit activity derived funds into Bitcoin Fog at the cost of the one to three percent fee. *Cf.* ECF No. 312 ("Def. Obj. to Draft Presentence Investigation Report"), ¶ 1 (asserting without foundation that "many users of mixers mix their bitcoin for legitimate financial privacy reasons and not all bitcoin going through BTCF was illicit").

7

### E. The Defendant's Profit

Bitcoin Fog laundered cryptocurrency related to illegality, and the defendant profited from it. That the site took a percentage fee from each transaction demonstrates that every participant was willing to pay money to anonymize their currency, and that Bitcoin Fog would profit. The Court heard testimony by Luke Scholl that the administrator of Bitcoin Fog would have earned commissions, before expenses and valued at the time of the transaction, of somewhere in the range of $3.95 million to $11.8 million over the almost ten years of the scheme, depending on the actual percentage taken of each deposit, which percentage was randomized. GX 325, 2/21/24 PM Tr. at 91-92.

The government does not have a complete picture of the defendant's finances during this time period.[2] Nevertheless, the government did recover significant data about the defendant's accounts with Binance, Bitfinex, BitPay, Bitstamp, BTCe, Kraken, Local Bitcoins, and others. GX 305. It also recovered more than $500,000 in Bitcoin on the defendant's person within a Mycelium wallet at the time of his arrest, and seized funds and various cryptocurrencies from the defendant's Kraken account valued, at the time of the seizure, at more than $848,000. The accounts demonstrated that the defendant was an active trader in Bitcoin between 2011 and 2021, but there is no evidence that the defendant through trading savvy expanded his pool of Bitcoin or received his Bitcoin legitimately. Rather, the defendant over the course of ten years appeared to be a young man earning somewhere between $11,000 and $44,000 a year, an income level inconsistent with

---

[2] The Draft PSR states that with respect to the defendant's financial information that probation was to have received information completed in January 2023 but defense counsel had not yet provided that information. Draft PSR, ¶ 117.

the funds seized.[3]  Yet during the same time period, the defendant's various accounts were receiving significant funds from Bitcoin Fog, consistent with a person who was the administrator of the site and therefore receiving the cut of the deposits.  The defendant's LocalBitcoins Account contained deposits of $870,941 in Bitcoin, the vast majority of which came from Bitcoin Fog.  GX 356.  The defendant's Kraken account contained deposits of $418,394 in Bitcoin, the vast majority of which came from Bitcoin Fog.  GX 356.  The defendant's Mt. Gox account included deposits of which more than half came from Bitcoin Fog.  GX 356.  The defendant's Bitstamp account included deposits of $125,180 and it appears that the entirety came from the mixing site.  As Luke Scholl testified, the primary source of funds into the defendant's financial accounts at the various cryptocurrency exchanges was from Bitcoin Fog.  2/22/24 PM Tr. at 3.  Likewise, the defendant's phone contained a Mycelium wallet application containing more than 10 Bitcoin, then valued at over $500,000 at the time of his arrest, and that money also primarily came from Bitcoin Fog.  2/22/24 AM Tr. at 81 ("The funds came straight out of the Bitcoin Fog cluster").

The defendant's Bitstamp transactions and communications clearly demonstrate that the defendant could not articulate where he got his Bitcoin from without telling falsehoods about it.  In August 2016, Bitstamp asked if the defendant was using "cryptocurrency tumblers" (mixers).  GX 414C at 11-12.  The defendant responded "I don't know if I did with that—with those specific funds sent to your exchange . . . I haven't done this recently, but my account here is very old."  Neither of these statements was true.  The defendant was both using funds coming out of Bitcoin Fog to send to Bitstamp, and at the time of the inquiry in August 2016 the defendant was still receiving funds from Bitcoin Fog.  2/22/24 PM Tr. at 5 (Scholl).  It is clear that the defendant lied

---

[3] Yet the defendant was also able to expend more than $90,000 between 2014 and 2016 in Prepaid Financial Services funded by XML Gold, which came from various other sources—activity consistent with attempting to layer funds.

to an exchange seeking information consistent with its legal obligations because he did not want Bitstamp to know that his source of income was illegitimate.

Likewise, in March 2018, Bitstamp again inquired about a small Bitcoin deposit made on February 12, 2017, with the address beginning 1HEMZA. GX 414C at 16. In response, the defendant provided an invoice purported to be record of a payment made by a client for the defendant's fabricated business Code Reactor. The invoice contained several ways to pay, but the Bitcoin address provided to the "customer" and through the defendant as proof to Bitstamp was not actually a valid address. 2/22/24 PM Tr. at 9. When asked, the defendant complained that there was a typographical error. *Id.* at 10. When Bitstamp continued to press about the origin of the defendant's cryptocurrency, the defendant wrote a note to himself: "Bitstamp dollars, probably like 50K? Withdrawn everything when they started delaying withdrawals and asking for ten stupid questions. Do not use them. Tell everyone to stop using them." GX 711.a; 2/22/24 PM Tr. at 14-15. The defendant recognized that Bitstamp could see that the defendant's story was nonsensical. Indeed, the defendant created other fake invoices, which had Bitcoin addresses resolving to Bitcoin Fog, not to other clients paying him for services. GX 719A, 2/22/24 PM Tr. at 17 (Scholl). As the government showed the jury, these Code Reactor invoices claimed to offer customer payment to Bitcoin address 1EuDR, but the actual 1EuDR payments resolved back to Bitcoin Fog. GX 305.a. The Court should reasonably should infer the obvious: that the defendant created the Code Reactor invoices to create false sources of cryptocurrency income, when in fact the cryptocurrency came from Bitcoin Fog, and further infer that the defendant did so in order to disguise his Bitcoin Fog income from legitimate inquiries from such exchanges as Bitstamp. The source of income came from the administrative fees for withdrawing to Bitcoin Fog and collected by the defendant.

10

**Appx7121**

**F. The Defendant's Operational Security and the False Registration of a Domain Name**

The Court heard testimony concerning the various means by which the defendant attempted to place layers between his own true identity and Bitcoin Fog. In the incorporation of the clearnet domain, the defendant set up four Mt. Gox accounts and two Liberty Reserve accounts in September and October 2011, used them to disguise the payment for the domain, as well as for some testing transactions, but by November 2011 would never use several of those accounts again. The defendant created and ran Bitcoin Fog on Tor and boasted of its anonymity. "And all because if you configure such a server correctly, then no matter how hard one tries, no one will fucking find where it is..." GX 55.a at 34 (9/22/11 post). The record is replete with examples of the defendant's relentless focus on networking tools that would further insulate him from being identified. *See* GX 710.a (complaining that cybersecurity software SpiderOak had been "burned"); GX715.a (noting to self to eliminate any SpiderOak software); 714.a (noting other "burned" VPNs). The defendant ran servers for his scheme in other countries and then deleted their contents before they could be located by law enforcement. He ran virtual computers on his traveling computer that would link back to his computer in Sweden, all in pursuit of being able to operate Bitcoin Fog without attribution.

It is not surprising therefore that the defendant gave false information when registering the clearnet site. The defendant set up the Bitcoin Fog clearnet site www.bitcoinfog.com by transferring money through various accounts specifically set up for the establishment of the site, then to the Shormint Liberty Reserve Account, and then to High Hosting on October 25, 2011. GX 313.a. As part of the government investigation, the government obtained records establishing that bitcoinfog.com was registered at High Hosting in 2011 by the defendant using the moniker Akemashite Omedetou with shormint@hotmail.com as the email address. GX 504.a.. High

11

**Appx7122**

Hosting records from October 25, 2011 demonstrated that it had received payment of Liberty Reserve currency from the same moniker and email. GX 502.a. Later, in February 2012, the defendant transferred bitcoinfog.com to mainnameserver.com, using the same moniker. GX 504.b; 2/28/24 AM Tr. at 37. The defendant renewed the Bitcoin Fog domain registration, again using the same moniker. GX 811. The defendant continued to use the Akemashite Omedetou moniker to register the domain for the clearnet site because it was part of his scheme to avoid detection by law enforcement.

### G. The Defendant's False Testimony

After the government's presentation of evidence, the defendant testified and denied setting up and running Bitcoin Fog. The jury, in finding the defendant guilty of all four charges, clearly rejected the defendant's testimony.

The defendant claimed he could not remember setting up the Clearnet domain BitcoinFog.com. 3/6/24 PM Tr. at 6 ("And I doubt that I would have done it and not remember it"); 9 (affirming that he answered "That's correct" in response to a question from Wired Magazine with respect to setting up the Bitcoin Fog domain that "You did not deny it to them and you're not denying it today?"). The defendant, in being asked about specific transactions, frequently stated he did not remember specific transactions. 3/6/24 PM Tr. at 17 ("I don't remember specific transactions like this from 13 years ago"). The defendant not only denied remembering specific transactions but the reasons for the transactions, which were to set up Bitcoin Fog. 3/6/24 PM Tr. at 20 (Q: "Even if you don't remember the exact details of this transaction, do you remember what it was for?" A: "No.") The defendant could not identify any peer-to-peer sale that would explain the layers of activity he made to pay for the registration of the Bitcoinfog.com Clearnet domain. GX 313.a; 3/6/24 PM Tr. at 22.

12

**Appx7123**

The defendant explicitly denied his connection to Shormint@hotmail.com, the Liberty Reserve account used to fund the clearnet address, stating it was not his account. 3/6/24 PM Tr. at 23-24 ("I have no recollection of sending any funds from this account or seeing this account before.); 3/7/24 Tr. at 39 (reviewing GX 313.a, "I don't know specifically what this transaction is or isn't"). He also explicitly denied that he set up Bitcoin Fog, claiming instead that he heard about Bitcoin Fog from another individual. 3/6/24 PM Tr. at 31. He also denied his first transaction on Bitcoin Fog. 3/6/24 PM Tr. at 33-34. While he admitted to using the moniker "Killdozer," which is the moniker used to communicate with the Blind Bitcoin creator Duncan Townsend just prior to the defendant setting up Bitcoin Fog, he equivocated whether he controlled that account and made that communication. 3/6/24 PM Tr. at 40 ("There's also another possibility that I was sharing my account with somebody who needed to just access the forum.").[4]

The defendant also testified that the source of the more than a million dollars in funds he obtained from Bitcoin Fog was the buying and selling of Bitcoin as an early investor. 3/7/24 AM Tr. at 37.

The defendant also testified about his company, Code Reactor, as well as an exchange involving the February 12, 2017 deposit into Bitstamp discussed above. The defendant claimed that these were "real freelance jobs," though he also acknowledged that he did not know "how much was each job and how much was each invoice for." 3/7/24 AM Tr. at 40. The defendant further claimed to have created invoices that were for work he did three or four or more years earlier. 3/7/24 AM Tr. at 45. He then denied that he used his Code Reactor invoices to money

---

[4] There was no evidence introduced at trial, other than self-serving claims by the defendant that he shared accounts, that "it is common in the technology industry for multiple individuals to use the same account." Def. PSR Obj. ¶ 4.

13

launder. 3/7/24 AM Tr. at 52. As previously noted, several of the invoices included Bitcoin addresses that were tied to Bitcoin Fog.

In summary, the defendant voluntarily testified under oath that he did not create Bitcoin Fog, denied involvement in key transactions involved in its creation, and claimed to have come lawfully by his Bitcoin that in fact originated from his own site. As the trial evidence overwhelmingly showed—and as the jury's verdict reflects—his testimony was false.

## SENTENCING GUIDELINES

### A. Statutory Maximums and Mandatory Minimums

#### *Count One: Conspiracy To Launder Monetary Instruments*

A violation of Conspiracy To Launder Monetary Instruments, in violation of 18 U.S.C. § 1956(h), carries a maximum sentence of 20 years of imprisonment; a fine of $500,000 or twice the value of the property involved in the transaction, pursuant to 18 U.S.C. § 1956(a)(1); a term of supervised release of not more than 3 years, pursuant to 18 U.S.C. § 3583(b)(2); mandatory restitution under 18 U.S.C. § 3663A; and an obligation to pay any applicable interest or penalties on fines and restitution not timely made.

#### *Count Two: Money Laundering (Sting)*

A violation of Monetary Laundering (sting), in violation of 18 U.S.C. § 1956(a)(3), carries a maximum sentence of 20 years of imprisonment; a fine of $250,000, pursuant to 18 U.S.C. § 3571(b)(3); a term of supervised release of not more than 3 years, pursuant to 18 U.S.C. § 3583(b)(2); mandatory restitution under 18 U.S.C. § 3663A; and an obligation to pay any applicable interest or penalties on fines and restitution not timely made.

14

**Appx7125**

*Count Three: Operating an Unlicensed Money Transmitting Business*

A violation of Operating an Unlicensed Money Transmitting Business, in violation of 18 U.S.C. § 1960(a), carries a maximum sentence of 5 years of imprisonment; a fine of $250,000, pursuant to 18 U.S.C. § 3571(b)(3); a term of supervised release of not more than 3 years, pursuant to 18 U.S.C. § 3571(b)(2)-(3); mandatory restitution under 18 U.S.C. § 3663A; and an obligation to pay any applicable interest or penalties on fines and restitution not timely made.

*Count Four: Money Transmission Without a License (D.C. Code)*

A violation of Money Transmission Without a License, in violation of 26 D.C. Code § 1023(c), carries a maximum sentence of 5 years of imprisonment and a fine of $25,000.

The Court must also impose a $100 special assessment under 18 U.S.C. § 3013. Additionally, U.S.S.G. § 5E1.2 indicates that the Court may impose a fine that is sufficient to pay the federal government the costs of any imprisonment, term of supervised release, and period of probation.

**B. Sentencing Guidelines Calculation**

The government agrees with Probation's calculation of the defendant's offense level under the United States Sentencing Guidelines ("U.S.S.G. or "Guidelines"), as set forth below.

15

**Appx7126**

*Count One: Money Laundering Conspiracy (18 U.S.C. § 1956(h))*

| 18 U.S.C. § 1956(h)—Money Laundering Conspiracy | |
|---|---|
| | |
| Base Offense Level (§ 2S1.1(a)(2)) | 8 |
|    + Value of funds (§ 2B1.1(b)(1)(O)) | +28 |
| Knowledge of illicit proceeds—narcotics, child sexual abuse material (§ 2S1.1(b)(1) or § 2S1.3(b)(1) and (3))    +6 | +6 |
| Business of laundering funds (§ 2S1.1(b)(2)(C)) OR 1956 conviction (§ 2S1.1(b)(2)(B) plus sophisticated laundering (§ 2S1.1(a)(3) | +4 |
| Obstruction (§ 3C1.1) | +2 |
| False Registration of Domain Name (§ 3C1.4) | +2 |
| | |
| **Total Offense Level:** | **50** |

The statutory maximum term of imprisonment for a violation of § 1956 is 20 years.

*Count Two: "Sting" Money Laundering (18 U.S.C. § 1956(a)(3)(A)-(B))*

| 18 U.S.C. § 1956(a)(3)(A)-(B)—Sting Money Laundering | |
|---|---|
| | |
| Base Offense Level (§ 2S1.1(a)(2)) | 8 |
| Knowledge of illicit proceeds—narcotics, child sexual abuse material (§ 2S1.1(b)(1) or § 2S1.3(b)(1) and (3))    +6 | +6 |
| Business of laundering funds (§ 2S1.1(b)(2)(C)) OR 1956 conviction (§ 2S1.1(b)(2)(B) plus sophisticated laundering (§ 2S1.1(a)(3) | +4 |
| Obstruction (§ 3C1.1) | +2 |
| False Registration of Domain Name (§ 3C1.4) | +2 |
| | |
| **Total Offense Level:** | **22** |

The statutory maximum term of imprisonment for a violation of § 1956 is 20 years.

*Count Three: Operating an Unlicensed Money Transmitting Business (18 U.S.C. 1960(a))*

The defendant was convicted of 18 U.S.C. § 1960(a), which encompasses three sub-prongs under 18 U.S.C. § 1960(b)(1)(A)-(C). The first two prongs, namely (b)(1)(A) and (b)(1)(B), are indexed to U.S.S.G. § 2S1.3. The third prong, (b)(1)(C), is akin to a money laundering offense and is indexed to U.S.S.G. § 2S1.1. The jury returned a special verdict form unanimously finding

16

**Appx7127**

the defendant guilty under all three prongs. The alternative calculations are set forth below. The

statutory maximum term of imprisonment for a violation of § 1960 is 5 years.

| 18 U.S.C. § 1960(b)(1)(C)—Operating an Unlicensed Money Transmitting Business Involving Transmission of Funds Derived from a Criminal Offense or Intended To Promote Unlawful Activity | |
| --- | --- |
| | |
| Base Offense Level (§ 2S1.1(a)(2))<br>    + Value of funds (§ 2B1.1(b)(1)(O)) | 8<br>+28 |
| Knowledge of illicit proceeds—narcotics, child sexual abuse material (§ 2S1.1(b)(1) or §2S1.3(b)(1) and (3))        +6 | +6 |
| Business of laundering funds (§ 2S1.1(b)(2)(C))<br>OR 1956 conviction (§ 2S1.1(b)(2)(B) plus sophisticated laundering (§ 2S1.1(a)(3) | +4 |
| Obstruction (§3C1.1) | +2 |
| False Registration of Domain Name (§3C1.4) | +2 |
| | |
| **Total Offense Level:** | **50** |

| 18 U.S.C. § 1960(b)(1)(A), (b)(1)(B)—Operating an Unlicensed Money Transmitting Business Without State License or Federal Registration | |
| --- | --- |
| | |
| Base Offense Level (§ 2S1.3(a)(2))<br>    + Value of funds (§ 2B1.1(b)(1)(O)) | 6<br>+28 |
| Knew funds were proceeds of unlawful activity/intended to promote unlawful activity (§ 2S1.3(b)(1)) | +2 |
| Obstruction (§3C1.1) | +2 |
| False Registration of Domain Name (§3C1.4) | +2 |
| | |
| **Total Offense Level:** | **40** |

*Count Four: Money Transmission Without a License (D.C. Code § 26-1023(c))*

Under the District of Columbia Sentencing Commission, Voluntary Sentencing Guidelines

Manual (DCVSG), Money Transmission Without a License is punishable as a Group 9 offense.

DCVSG App. C-13. For a defendant with no prior criminal history, the recommended sentencing

range is 1-12 months of imprisonment. *Id.* App. A.

17

**Appx7128**

### C. Grouping and Guideline Range

Pursuant to U.S.S.G. § 3D1.2(a), all four Counts group together because they "involve the same victim and the same act or transaction." The counts also group under U.S.S.G. § 3D1.2(d),because the offense levels are determined largely on the basis of the total amount of harm or loss, and the relevant Guideline Sections, § 2S1.1 and § 2S1.3, are specifically listed under § 3D1.2(d). The highest level of the Counts in a Group is Count 1, which is 50. Thus, the adjusted offense level, assuming that the Court finds there is a preponderance of the evidence to support the enhancements discussed *infra*, is level 50. In those instances where the total offense level exceeds 43, the total offense level is treated as 43 by operation of Application Note 2 to Chapter Five, Part A. The sentencing range is therefore life.

It should be noted that pursuant to U.S.S.G § 5G1.2(d), "If the sentence imposed on the count carrying the highest statutory maximum is less than the total punishment, then the sentence imposed on one or more of the other counts shall run consecutively, but only to the extent necessary to produce a combined sentence equal to the total punishment. In all other respects, sentences on all counts shall run concurrently, except to the extent otherwise required by law." In this case, the counts would run consecutively to 50 years, which is less than life.

### D. Relevant Enhancements

#### 1. Value of Funds (§ 2S1.1(a)(2) and § 2B1.1(b)(1)(O))

The money laundering Guideline, § 2S1.1, directs the Court to determine "the value of the laundered funds." U.S.S.G. § 2S1.1(a)(2).[5] The term "laundered funds" to mean "the property,

---

[5] Subsection (a)(2) applies because the defendant was acting as a third-party launderer. *See United States v. Campbell*, 764 F.3d 874, 877 (8th Cir. 2014) ("[T]he Guidelines distinguish between direct money launderers in § 2S1.1(a)(1) and third-party launderers in § 2S1.1(a)(2). A direct launderer commits the crime that produces the illicit funds. A third-party launderer has no

funds, or monetary instrument *involved in* the transaction, financial transaction, monetary transaction, transportation, transfer, or transmission in violation of 18 U.S.C. § 1956 or § 1957." Application Note 1 to U.S.S.G. § 2S1.1 (emphasis added). In *United States v. Braxtonbrown-Smith*, 278 F.3d 1348 (D.C. Cir. 2002) the D.C. Circuit held that this calculation necessarily includes the total volume of laundering transactions, not just the percentage that can be traced back to illegal activity. *Id.* at 1355 (finding no error where district court "consider[ed] the total amount of money involved in the charged transactions—$487,290.78—rather than only some portion of that amount based on the proportion of illegitimate funds in the PDA account in calculating the value of the laundered funds for under § 2S1.1(b)(2) of the Guidelines."); *see also United States v. Owens*, 159 F.3d 221, 229 (6th Cir. 1998) (holding that "the district court here could consider all the funds commingled with proceeds of the illicit enterprises" in calculating the amount of funds laundered). That is consistent with this Court's prior construction of the appliable forfeiture statute, 18 U.S.C. § 982(a)(1), which uses the same "involved in" formulation. *See* ECF No. 116, at 15 ("Each deposit of funds into Bitcoin Fog therefore contributed to its efficacy and facilitated its activities—both lawful and unlawful."); *see also* ECF No. 310, at 7-9 (Gov't Reply in Support of Motion for Preliminary Order of Forfeiture) (collecting cases). Accordingly, the volume of property involved in the money laundering conspiracy and unlicensed money transmitting business is equal to the total amount of funds transacted through Bitcoin Fog.

As established at trial, Bitcoin Fog received approximately 1,284,251 BTC (worth $395.5 million) and sent approximately 1,280,935 BTC (worth $402.8 million). GX 308; 2/21/24 PM Tr.

---

involvement in the underlying offense but only launders money that the underlying offense generated.") (citations omitted).

19

at 75. Referring to the loss table in U.S.S.G. § 2B1.1, a value of more than $250 million but less than $550 million receives a 28-point enhancement.

### 2. Knowledge of illicit proceeds (§ 2S1.1(b)(1))

The evidence presented at trial demonstrated that the defendant "knew or believed that any of the laundered funds were the proceeds of, or were intended to promote (i) an offense involving the manufacture, importation, or distribution of a controlled substance or a listed chemical; ... or (iii) an offense involving ... the sexual exploitation of a minor." *See* § 2S1.1(b)(1). As such, a 6-point enhancement under 2S1.1(b)(1) is warranted.

Just prior to launching Bitcoin Fog as a Tor Hidden Service, the defendant posted on a cyber criminal forum lauding the benefits of Tor Hidden Services. GX 55.a, at 34. In that post, the defendant explained, "For years, drugs are sold and (unfortunately) child pornography distributed through [Tor]." Knowing this, the defendant launched a mixing service that was specifically targeted to users on the Darknet.

The defendant had an account on Darknet market Silk Road which he used to purchase drugs, GX 603.a-s, and to launder funds for Bitcoin Fog, Ex. 316, and he promoted Silk Road to his friends, *see* GX 863.b. The Bitcoin Fog promotional materials even commented favorably on Silk Road. *See, e.g.,* GX 1, at3 (Bitcoin Fog Announcement Post: "And once again, running through Tor makes it not likely for us to be shut down under pressure from the authorities. When in doubt about this, consider Silk Road." (At the time the posting was made, Silk Road had not been shut down by authorities.)).

As shown at trial, the most prolific users of Bitcoin Fog were individuals selling and buying drugs on Darknet markets. *See* GX 601 (summary charts of illicit proceeds), GX 354 (summary charts of illicit proceeds), GX 601.a (sample Darknet market vendors). The government also

presented evidence of specific examples of Darknet drug vendors who used Bitcoin Fog, GX 604-618 and subparts, GX 604-618 and subparts, see, e.g., 3/1/24 AM Tr. at 44-54 (Symbiosis), and specific examples of child sexual abuse material consumers who used Bitcoin Fog, GX 623-633; 3/1/24 AM Tr. at 114, 120-21; 3/4/24 AM Tr. at 5-11.

The overwhelming evidence of the defendant's knowledge of the nature of the funds moving through his site strongly support an enhancement under 2S1.1(b)(1).

### 3. Obstruction (§ 3C1.1)

Under § 3C1.1, the offense level is increased by two levels if the defendant "willfully obstructed or impeded, or attempted to obstruct or impede, the administration of justice with respect to the investigation, prosecution, or sentencing of the instant offense of conviction," and if the obstructive conduct related to "the defendant's offense of conviction and any relevant conduct; or . . . a closely related offense." *See* U.S.S.G. § 3C1.1. Committing perjury is an example of the type of conduct to which this adjustment applies, so long as such perjury "pertains to conduct that forms the basis of the offense of conviction." U.S.S.G. § 3C1.1, App. Note 4(b).

This enhancement applies, *inter alia*, where a defendant commits perjury while testifying at trial. *See, e.g., United States v. Thompson*, 962 F.2d 1069, 1070 (D.C. Cir. 1992) (affirming application of a perjury enhancement notwithstanding defendant's argument that his trial testimony was "simply a denial of guilt"). To apply the perjury enhancement, "the sentencing court must determine whether the defendant testified (1) falsely (2) as to a material fact, and (3) willfully in order to obstruct justice." *Id.* at 1071 (citing 18 U.S.C. § 1621 and collecting cases). The Court need only find that obstruction occurred by a preponderance of the evidence. *United States v. Makki*, 47 F. Supp. 2d 25, 29 & n.3 (D.D.C. 1999).

21

**Appx7132**

The application of this enhancement requires the trial court to make a finding at sentencing that the testimony was untruthful, material, and willfully obstructive. As the Supreme Court has explained:

> [I]f a defendant objects to a sentence enhancement resulting from her trial testimony, a district court must review the evidence and make independent findings necessary to establish a willful impediment to or obstruction of justice, or an attempt to do the same, under the perjury definition we have set out.

*United States v. Dunnigan*, 507 U.S. at 95. This requires a finding that the defendant gave "false testimony concerning a material matter with the willful intent to provide false testimony, rather than as a result of confusion, mistake, or faulty memory." *Id.* at 94; *see also United States v. Smith*, 374 F.3d 1240, 1245 (D.C. Cir. 2004) (evaluating required findings of "falsity, materiality, and willfulness").

Here, the defendant's testimony readily passes that bar. First, the defendant firmly and unequivocally denied operating Bitcoin Fog:

```
Q.  Mr. Sterlingov, did you ever operate Bitcoin Fog?

A.  No.  I never operated or was administrator of Bitcoin
Fog.
```

3/5/24 PM Tr. at 30. This statement is wholly incompatible with the jury's verdict. The defendant made other statements that cannot be reconciled with the jury's verdict finding him guilty on all counts arising from his operation of Bitcoin Fog. The defendant testified that he *first learned* about Bitcoin Fog from another person, whom he met at a meet-up or through peer-to-peer trading:

> It was either on a meet-up or from a person that I was trading with. . . . I remember the person that got me into mixing, but I'm not sure if he gave me the actual address to Bitcoin Fog or if he told me the name and to look it up or if I found it somewhere after talking to him.

**Appx7133**

3/6/24 AM Tr. at 31; *see also* 3/5/24 PM Tr. at 80 ("But Bitcoin Fog was the one that I got introduced early on, and it just kept working"). That was another lie: if the defendant set up Bitcoin Fog, including by registering the BitcoinFog.com Clearnet domain, he could not possibly have learned about Bitcoin Fog from another person he met at a meet-up or through trading.

The defendant also lied about the source of his Bitcoin wealth, flatly stating: "I didn't have any funds that were sourced from Bitcoin Fog." 3/7/24 AM Tr. at 47. Instead, the defendant falsely claimed that the Bitcoin he withdrew from Bitcoin Fog was generated from early investments he had made in Bitcoin (before quitting his job in 2014). *See, e.g., id.* at 37 (Q: "And when you were—when you testified, when you say that you were sending funds to Bitcoin Fog to mix them before sending them to Kraken or another account, where do these funds originate when they go to Bitcoin Fog in your testimony?" A: "That was the Bitcoin that I had bought and accumulated buying and selling it."); 3/5/24 PM Tr. at 58 (Q: "Were some of your funds on your Mycelium wallet, did they come from the purchases that you made of Bitcoin early on?" A: "Yes. That's where they all came from. Most of them. That's were most of them came from."). Such testimony was also contrary to the jury's verdict and the weight of the government's evidence showing that the defendant's accounts were sourced overwhelmingly from Bitcoin Fog.

The defendant also testified that he only conducted "[m]aybe a few dozen" transactions on Bitcoin Fog during the nearly 10-year period from 2011 until 2021. 3/6/24 PM Tr. at 54. That is impossible to reconcile with the jury's verdict finding him responsible for the Bitcoin Fog money laundering conspiracy and illegal money transmitting business.

The materiality of these statements is clear: if the jury had believed the defendant's testimony that he "never operated or was administrator of Bitcoin Fog," it would have been duty-bound to acquit. *See* U.S.S.G. § 3C1.1. (defining "material" evidence as "evidence, fact,

23

statement, or information, as used in this section, means evidence, fact, statement, or information that, *if believed*, would tend to influence or affect the issue under determination.") (emphasis added). The same goes for the defendant's other statements falsely claiming that he learned about Bitcoin Fog from another person he met at a meet-up or trading, falsely claiming that none of his wealth was "sourced" from Bitcoin Fog, and falsely claiming that he made only a "few dozen" transactions on Bitcoin Fog over the course of almost 10 years.

The defendant's intent to mislead is manifest not only from the face of these statements themselves, but from the general evasiveness and feigned amnesia that permeated his entire testimony. When confronted with invoices that he purportedly prepared for "freelance" clients, but which were paid out of the Bitcoin Fog cluster, the defendant told contradictory and implausible stories, including testimony that one of the invoices "represents a real job," which occurred years *before* 2017, but which corresponded to a Bitcoin transaction (withdrawing funds from Bitcoin Fog) *in* 2017. *See* 3/7/24 AM Tr. at 39-51. And whenever the defendant was pressed to provide specific details about any of the key events, his memory suddenly became unreliable.[6]

---

[6] *See, e.g.*, 3/6/24 PM Tr. at 12:19-23 (claiming, "I don't remember if I had an AurumXChange account"); 13:3-19 (claiming, "I don't have a recollection of that. But it's possible," and "I don't remember this payment. But that's what the email says," when confronted with specific AurumXChange transaction confirmation emails from his email account); 15:9-15 (claiming, "I don't remember these transactions. I don't remember if I logged in or logged out. But that's what the records show," when confronted with transaction records from his Liberty Reserve account); 16:1-2 (claiming, "I think so. I'm not sure," when asked whether he used CryptoVPN); 16:8-12 (claiming, "I am simply saying that I don't remember individual transactions like these from 13 years ago," when asked whether he denied sending $100 to the Mt. Gox account opened with the email address volfprius@hotmail.com); 17:2-10 (claiming, "I don't remember specific transactions like this from 13 years ago. I just don't remember every time I sent money somewhere or not send money somewhere," when asked whether he sent 60 BTC to his Silk Road account); 18:7-14 (claiming, "I don't know one way or another," when asked to explain why he sent Bitcoin from his true-name Mt. Gox account to his Silk Road account through an intermediary Bitcoin address); 19:8-17 (claiming, "That's what it says," when asked to confirm that he withdrew the 60 BTC from his Silk Road account in a withdrawal that was not linked to any purchase); 20:13-25 (claiming, "I've got to say, I don't really remember any transaction from 13 years ago," when

Indeed, the defendant claimed he could not even remember whether he registered the BitcoinFog.com Clearnet domain, 3/6/24 PM Tr. at 4-10.

To be sure, the obstruction enhancement does not apply where inaccurate testimony is the result of sincere "confusion, mistake, or faulty memory," as such testimony may not "necessarily reflect a willful attempt to obstruct justice." § 3C1.1, App. Note 2. But the specificity of the defendant's false statements, combined with the blizzard of contradictory stories and strategic memory lapses, including his doubling down on the patently false cover story he attempted to provide Bitstamp, show that the defendant's false testimony was not inadvertent—it was deliberate perjury.

### 4. Business of Laundering Funds and/or Sophisticated Means

U.S.S.G. § 2S1.1(b)(2) sets out a series of enhancements that similarly apply to the defendant. First, because the defendant was in the business of laundering funds, he should receive a 4-point enhancement under § 2S1.1(b)(2)(C). Application Note 4 directs the court to consider

---

asked whether he deposited 89.87 euros into his true-name Mt. Gox account, and confirming that he could not explain what the transaction was for); 22:8-24 (claiming that he could not remember details of the transaction from his true-name Mt. Gox account to a Bitcoin address that subsequently transferred to the nfs9000@hotmail.com Mt. Gox account, and speculating that "it could be a peer-to-peer sale" and "it could be related to a freelance job" but "I don't remember specific details about that"); 24:25-25:3 (claiming, "I have no specific recollection of sending funds from this account," when asked about the Liberty Reserve account linked to shormint@hotmail.com, which was used to pay for the BitcoinFog.com Clearnet domain registration); 25:4-17 (claiming, "I'm not sure if I wrote it or if I wrote it from somebody's instructions or maybe if I copied it from somewhere," when questioned about a document found in the defendant's Google Drive that showed instructions for the same sequence of payments used to register the BitcoinFog.com Clearnet domain); 40:3 (claiming, "I'm not sure," and "it could have been me" or "[t]here's also another possibility that I was sharing my account with somebody" when asked if he was the one who reached out to Duncan Townsend about BlindBitcoin); 44:10-24 (claiming, "I don't understand" the word "importance," when asked whether he felt it was important to save log-in information for his accounts in his password file); 48:5-51:4 (claiming that it was his practice to add the word "white" to accounts in his password file to mark accounts that belonged solely to himself, but then admitting that numerous accounts of his were not marked "white" and "many times I wouldn't do that on some accounts").

the "totality of the circumstances" when applying this enhancement, and provides a non-exhaustive list of factors for the court to consider. U.S.S.G. § 2S1.1 App. n. 4. These factors include whether the defendant engaged in laundering funds "regularly," "during an extended period of time," or "from multiple sources," and whether the defendant "generated a substantial amount of revenue in return for laundering funds." *Id.* Here, this was not a one-off. The defendant ran Bitcoin Fog for nearly a decade, conducting thousands of transactions and laundering funds for thousands of customers. He earned millions of dollars' worth of commissions. GX 325, 2/21/24 PM Tr. at 91-92. Bitcoin Fog was in the business of laundering money.

Application of this Guideline reflects the Sentencing Commission's insight that "defendants who routinely engage in laundering funds on behalf of others, and who gain financially from engaging in such transactions, warrant substantial additional punishment because they encourage the commission of additional criminal conduct." Commentary n. 22 to Amendment of Guideline 2S1.1, at 156, available at https://www.ussc.gov/sites/default/files/pdf/amendment-process/reader-friendlyamendments/20010501_RF_Amendments_0.pdf.

Even if the defendant were not entitled to a 4-point enhancement for being in the business of laundering funds, he would receive an enhancement of equivalent value for the counts where he was convicted of 18 U.S.C. § 1956, because he employed "sophisticated means" § 2S1.1(a)(3). The Guidelines define "sophisticated means" as "complex or intricate offense conduct pertaining to the execution or concealment of the 18 U.S.C. § 1956 offense." U.S.S.G. § 2S1.1 App. n. 5. The Application Note provides a non-exhaustive list of features that may be involved in sophisticated means money laundering, including "fictitious entities," "shell corporations," "two or more levels (i.e., layering) of transactions ..." or "offshore financial accounts." *Id.* The

26

**Appx7137**

defendant's service was the ultimate layering machine, providing extensive obfuscation for the defendant's clients and the defendant himself.

### 5. False Registration of Domain Name (§3C1.4)

Section § 3C1.4 of the Guidelines provides a 2-level increase "[i]f a statutory enhancement under 18 U.S.C. § 3559(g)(1) applies." The referenced triggering statute sets forth criminal penalties for the use of a falsely registered domain name in the commission of a felony offense. *See* 18 U.S.C. § 3559(g)(1). The statute defines "falsely registers" as "registers in a manner that prevents the effective identification of or contact with the person who registers." *Id.* A defendant's offense level may be increased by 2 levels for false registration of a domain name without being charged and convicted of violating 18 U.S.C. § 3559(g)(1).[7]

The evidence presented at trial included significant evidence regarding the defendant's registration of BitcoinFog.com, the clearnet portal to the Bitcoin Fog money laundering site. As described in Section I.F, *supra*, the defendant registered the domain using a pseudonym, Akemashite Omedetou, and a multi-layer payment process designed to conceal the true owner of the domain. This meets the statutory definition of "falsely registered," under 18 U.S.C. § 3559(g)(2)(A), as the domain was "register[ed] in a manner that prevents the effective identification of or contact with the person who registers." *See* GX 2 (BitcoinFog.com screenshot);

---

[7] The Sentencing Commission made § 3C1.4 conditional on whether 18 U.S.C. § 3559(g)(1) "applies," meaning that the conditions set forth in § 3559(g)(1) are satisfied. The use of the word "applies" contrasts to the language in other Guidelines, such as § 2B1.1(a)(1), that are keyed to whether a defendant was "convicted" of certain offenses, *see, e.g.,* U.S.S.G. § 2B1.1(a)(1) (applying higher base offense level if defendant "was convicted" of certain offenses and "that offense of conviction" has at least 20-year statutory maximum). Application of the sentencing enhancement under § 3C1.4 is not barred by *Apprendi v. New Jersey,* 530 U.S. 466 (2000), because "*Apprendi* does not apply to sentencing findings that elevate a defendant's sentence *within* the applicable statutory limits." *United States v. Fields,* 251 F.3d 1041, 1043 (D.C. Cir. 2001).

GX 504.a (Bitcoin Fog Domain Registration), and GX 313.a (Chart showing payment for BitcoinFog.com).

<div align="center"><u>**SENTENCING RECOMMENDATION**</u></div>

### A. Sentencing Factors

In *United States v. Booker*, 543 U.S. 220 (2005), the Supreme Court held that the Sentencing Guidelines are no longer mandatory. However, the Guidelines are "the product of careful study based on extensive empirical evidence derived from the review of thousands of individual sentencing decisions" and "should be the starting point and the initial benchmark" in determining a defendant's sentence. *United States v. Gall*, 552 U.S. 38, 46, 49 (2007). Accordingly, this Court "should begin all sentencing proceedings by correctly calculating the applicable Guidelines range." *Id.* at 49.

Next, the Court should consider all of the applicable factors set forth in 18 U.S.C. § 3553(a). *Id.* at 49-50. The Guidelines themselves are designed to calculate sentences in a way that implements the considerations relevant to sentencing as articulated in § 3553(a). *United States v. Rita*, 551 U.S. 338, 347-351 (2007). The § 3553(a) factors include, *inter alia*: (1) the nature and circumstances of the offense; (2) the history and characteristics of the defendant; (3) the need for the sentence imposed to reflect the seriousness of the offense, to promote respect for the law, to provide just punishment for the offense, and to afford adequate deterrence to criminal conduct and protect the public from further crimes of the defendant; (4) the need to avoid unwarranted sentencing disparities among defendants with similar records who have been found guilty of similar conduct; and (5) the need to provide restitution to any victims of the offense. *See* 18 U.S.C. § 3553(a)(1)-(7).

<div align="center">28</div>

<div align="center">**Appx7139**</div>

### B. Sentencing Recommendation

The government recommends that the Court sentence the defendant to a sentence of imprisonment of 30 years.[8] This represents a downward departure from the Guidelines-recommended sentence of life in prison (subject to the combined statutory maxima of up to 50 years in prison). In addition, the government recommends that the Court impose a within-Guidelines fine of $100,000 and enter the government's Proposed Order of Forfeiture, ECF No. 297-1, at sentencing. Such a sentence would reflect the extraordinary seriousness of the defendant's conduct, promote respect for the law, afford general and specific deterrence, avoid unwarranted sentencing disparities, and would be reasonable and appropriate in light of the factors set forth in 18 U.S.C. § 3553(a).

### 1. The Nature and Circumstances of the Offense

The defendant's criminal conduct is extraordinary in its magnitude and gravity of harm. For nearly a decade, the defendant operated one of the Darknet's largest and longest-running money laundering services. The defendant specifically catered to users engaged in illegal activities—including Darknet drug transactions and the trafficking of CSAM images. Through his online moniker Akemashite Omedetou, the defendant described Bitcoin Fog as a service "for people who have real problems with the law," who "might go to jail" if their transactions were discovered. GX 53. Bitcoin Fog, the defendant explained, was designed to prevent the "authorities" from being able to track users' transactions. *Id.* He operated Bitcoin Fog as a Tor hidden service "[f]or security purposes," and explained that "this also makes us feel more secure,

---

[8] The government does not oppose a within-Guidelines term of supervised release, *see* Draft PSR ¶¶ 130-137, but agrees with the Draft PSR that supervised release is not recommended under the Guidelines where, as here, the defendant is a deportable alien who will likely be removed following his sentence. *See id.* ¶ 137 (citing U.S.S.G. § 5D1.1(c)).

29

**Appx7140**

knowing that we will never be found and dealt with by proper authorities." *Id.*; *see also* GX 1 ("And once again, running through Tor makes it not likely for us to be shut down under pressure from the authorities. When in doubt about this, consider Silk Road."). Significantly, Bitcoin Fog was the result of extensive planning and elaborate steps taken by the defendant over the course almost *ten years*—a far cry from a momentary lapse of judgment.

The defendant knew that his service would be used for criminal purposes. The defendant posted in the Russian cybercrime forum Exploit.in: "Folks, I will share with you an awesome idea, stop struggling and get a Tor Hidden Service." GX 55.a The defendant explained his understanding of the illegal commerce on the Tor network: "For years, drugs are sold and (unfortunately) child pornography distributed through it." *Id.* And he recommended that sites accept Bitcoin to avoid law enforcement scrutiny: "Also, like Silk Road, go ahead and accept payments in bitcoins; then, you will not be intimidated by even the U.S. Government." *Id.*



Ex. 55.a. In another Exploit.in post, the defendant observed that "you can buy interesting things on Silk Road with bitcoins—well, LSD, cocaine or meth and other hard-to-find things, as an example." Ex. 55.a. Posting on BitcoinTalk under his moniker Killdozer, the defendant stated: "Silk Road mainly sells drugs, that is already illegal, and apparently already enough reason to try

**Appx7141**

to shutdown it and bitcoin . . . ." Ex. 13. The defendant well knew the kinds of illegal goods and services for sale on Silk Road because he had a Silk Road account of his own, which he used to purchase psychedelic drugs. Ex. 613.a; 3/5/24 PM Tr. at 74; 3/6/24 PM Tr. at 18. In other words, the defendant knew exactly who the prospective users of his service would be: buyers and sellers of illegal drugs, CSAM, and other illegal goods and services.

Just as the defendant intended, criminal actors flocked to Bitcoin Fog. Over the course of its nearly decade-long operation, Bitcoin Fog processed more than $400 million in untraceable transactions. *See* GX 308; 2/21/24 PM Tr. at 74-76 (noting deposits totaling 1,284,251 BTC, valued at $395.5 million, and withdrawals totaling 1,280,935 BTC, valued at $402.8 million). As the D.C. Circuit has recognized, the money laundering guideline, § 2S1.1, "measures the harm to society that the money laundering causes to law enforcement's efforts to detect the use and production of ill-gotten gains" based on "the total amount of money involved in the charged transactions . . . rather than only some portion of that amount based on the proportion of illegitimate funds." *United States v. Braxtonbrown-Smith*, 278 F.3d 1348, 1355 (D.C. Cir. 2002) (internal quotations omitted); *see also United States v. Martin*, 320 F.3d 1223, 1227 (11th Cir. 2003) ("Unlike the 1998 Sentencing Guidelines for theft or fraud, which compute the offense level according to the 'loss' incurred by the victim, *see* U.S.S.G. §§ 2B1.1(b)(1), 2F1.1(b)(1), the 1998 Sentencing Guidelines for money laundering compute the base offense level according to the 'value of the funds,' U.S.S.G. § 2S1.1(b)(2). This is so because the harm from such a transaction does not generally fall upon an individual, but falls upon society in general. Each unlawful monetary transaction harms society by impeding law enforcement's efforts to track ill-gotten gains.") (cleaned up).

Even zeroing in on the proportion of transactions *directly* traceable to or from known Darknet markets, the figures are still staggering: Bitcoin Fog processed at least $67 million *directly* to or from infamous Darknet drug markets such as Silk Road, AlphaBay, and Agora, as well as the CSAM trafficking website Welcome to Video.  GX 601.

Trial evidence provided a snapshot of some of the criminal actors who took advantage of Bitcoin Fog's laundering capabilities.  Darknet drug traffickers such as the cocaine vendors Symbiosis and TrevorPhilipsEnterprises used Bitcoin Fog to launder hundreds of thousands of dollars in drug profits:

| DNM | Username | Fog Withdrawals (BTC) | USD Value | Fog Withdrawals Count |
|---|---|---|---|---|
| Silk Road | Symbiosis | 29938.63 | $1,505,285 | 112 |
| Silk Road | Tyl3r Durden | 19515.6685 | $640,206 | 56 |
| Silk Road | Budworx UK | 12901.42865 | $408,378 | 1472 |
| Silk Road | MarijuanaIsMyMuse | 17370.93 | $278,299 | 230 |
| Silk Road | peels4u | 13970.19197 | $257,308 | 2466 |
| Silk Road | UK GROW TEK | 4056.7311 | $191,739 | 187 |
| Silk Road | RoxiPal | 1345.359 | $95,884 | 106 |
| Silk Road | WestCoastRX | 3574.72 | $42,389 | 94 |
| Silk Road 2 | chemicalbrothers | 976.3732113 | $470,610 | 250 |
| Silk Road 2 | MariosGramShoppe | 701.4681541 | $335,927 | 212 |
| Silk Road 2 | Budworx | 464.463247 | $248,435 | 208 |
| Silk Road 2 | CrystalBuddha | 427.0497105 | $215,395 | 67 |
| Silk Road 2 | Shine Cartel | 416.1425876 | $222,222 | 301 |
| Silk Road 2 | TrevorPhilipsEnterprises | 286.0135506 | $154,030 | 143 |

GX 601.a

32

Hi guys,

Earlier today I withdrew 630 coins to bitcoin fog but it has not shown up on their system. Could you confirm that it was sent to bitcoin address 1B7tRVgQfVqSPRZ1QvWp7DKYke8TZkjmMN  and if not could you tell me what address it was sent to please.

Symbiosis

GX 608.q.  The hacker Ilya Lichtenstein used Bitcoin Fog to launder a portion of the approximately 120,000 BTC that he stole from a major cryptocurrency exchange.   2/27/24 AM Tr. at 18-20. Welcome to Video users such as billybob1337 and user28387 used Bitcoin Fog to conceal their payments in order to gain access to vile images of child sexual abuse.

**Selected Welcome to Video Addresses Receiving Funds Directly from Bitcoin Fog**

| Address | Corresponding User |
| --- | --- |
| 1PEWz5SBKNQNarHQcgsjAiYVrzcn9zKWDQ | ловушка9999 |
| 1AK19YKNymSnKS6pAUW7YEBVGjMTxW1Mu2 | billybob1337 |
| 17dQYVZnNTJtMBYyLYeL9Aid8khvYy2SR7 | user28387 |
| 12s7wsv8KcC8hvVxU1q6tLeQ3qUqpagtgr | tukogb1 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 |
| 12hWcUrkKMX9tYzjWfycVJy39HRCVebNC4 | geegeegee |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark |
| 1BMkmjC2To3FDieQQEpDGuJDwkh1FVTro9 | waltontarget |

GX 623. All of these criminal actors were drawn to Bitcoin Fog—and went through the effort and expense of accessing Bitcoin Fog through Tor and paying an extra 1-3 percent premium on all transactions—because Bitcoin Fog held itself out as tool for criminals to make untraceable transactions and to conceal their identities. The scale of harm facilitated by the defendant is simply staggering.

The defendant also designed Bitcoin Fog quite deliberately to be a non-compliant money transmitting business. On BitcoinTalk, he acknowledged that legitimate cryptocurrency exchanges provide the same anonymizing function as a mixer on the public blockchain by pooling customer funds. The difference, the defendant explained, was that "legitimate" exchanges—unlike Bitcoin Fog—keep customer records, logs, and respond to legal process from law enforcement. GX 1.

> **Quote**
>
> Don't the exchanges run similiar to this service? If I withdraw bitcoins from an exchange, wether from a purchase or transfered from another wallet, they come from a mixed pool of coins and not a specific address attached to my account. Or do I have that wrong?

We have discussed this a little bit earlier. As I see it, you do get some anonymity by

mixing it like that (and that is the only other choice apart from mixing services I guess), but those companies do not try to make your payments anonymous deliberately, do not mix a lot just to hide all the traces. Most of them are also run as legitimate, visible businesses, which will be forced to reveal information about your funds, should such a request be made by the authorities. I would assume they are also keeping very long logs, since they don't have any reason not to. Us on the other hand, the authorities have to find first, which, as Silk Road have demonstrated, can prove problematic.

GX 1 at 44-45. In a similar vein, the defendant explained the distinction between Bitcoin Fog and the cryptocurrency exchange Blockchain.info, which also offered transaction pooling services, because "Blockchain.info is a public company with easily identifiable members and staff," and

34

**Appx7145**

"[i]f any authority will ever want to find information about your money, they will simply go to the staff members who will have no choice but to reveal information about you . . . ." GX 53 at 217. Bitcoin Fog, by contrast, "will . . . not cooperate with any authorities," and "the authorities will not actually be able to show up at our doorstep, because finding a tor doorstep has proven difficult." GX 1 at 3. In other postings, the defendant wrote knowledgeably about Know Your Customer (KYC) and Anti-Money Laundering (AML) regulations, noting that "[t]he KYC/AML, of course, has been around, it exists now and will exist in the future," and "no one will allow the exchange to work normally without these things." GX 55.a at 40; *see also* Ex. 13 at 145 (Killdozer posting June 27, 2013) ("FinCEN said they are now regulating bitcoins, so all companies need licenses.").

Money transmitting business regulations—including the Bank Secrecy Act and the D.C. Money Transmitters Act—are designed to combat real-world harms. When Congress enacted the prohibition on unlicensed money transmitting businesses, 18 U.S.C. § 1960, it did so "in order to combat the growing use of money transmitting businesses to transfer large amounts of the monetary proceeds of unlawful enterprises." *United States v. Velastegui*, 199 F.3d 590, 593 (2d Cir. 1999). Specifically, Congress found that anti-money laundering regulation in the formal banking sector had the effect of driving drug traffickers and other criminals toward smaller, often poorly regulated nonbank financial institutions:

> In the past, drug money laundering deterrence legislation has focused on depository institutions. However, as deterrence and compliance programs by depository institutions have improved, money launderers with illicit profits have found new avenues of entry into the financial system. . . . Increasingly, money launderers are using money transmitters, check cashers, money exchanges and other nonbank financial companies for initial placement and the number of such businesses is growing rapidly in some States.

35

S. Rep. No. 101-460 (1990). Section 1960 was enacted to strengthen federal and state regulation of money transmitters. *See id.* ("The legislation . . . provides for an expanded federal role in a way that enhances and supplements State regulation.").

Under the Bank Secrecy Act and its implementing regulations, money transmitting businesses are required to register with FinCEN and comply with federal regulations designed to combat illicit money laundering. 31 C.F.R. § 1022.380(a)(1). Money transmitting businesses are required to establish and maintain programs designed to detect and report suspicious activity, and to maintain certain records "where they have a high degree of usefulness in criminal, tax, or regulatory investigations or proceedings." 31 U.S.C. § 5311; *see, e.g.,* 31 U.S.C. § 5318(h)(1); 31 C.F.R. § 1022.210(a) (anti-money laundering programs); 31 U.S.C. § 5318(g)(1); 31 C.F.R. § 1022.320(a)(1) (suspicious activity reporting); 31 U.S.C. § 5313; 31 C.F.R. § 1010.311 (currency transaction reporting for transactions involving more than $10,000 in currency). When money transmitting businesses do not register, it makes it more difficult for FinCEN to identify them and ensure they are in compliance with these obligations. As Judge Collyer noted in *United States v. E-Gold, Ltd.*, No. 07-cr-109 (RMC), in sentencing one of the defendants involved in an unlicensed virtual currency operation: "[T]he failure to register is what leads to the ability of criminals to make use of the E-Gold system for nefarious purposes . . . Because once you register you have to report things and therefore it's not as anonymous or private . . . . So on one hand it's just a regulatory compliance issue. On the other hand it's a very serious problem." *In re Downey,* 162 A.3d 162, 170 (D.C. 2017) (opinion on attorney discipline for E-Gold defendant Robert Downey).

This case well illustrates the seriousness of the unlicensed money transmitting business offenses charged under Counts Three and Four. Complying with applicable federal registration

and District of Columbia licensing requirements would have made it impossible for the defendant to continue operating Bitcoin Fog as a money laundering business: it would have forced him to verify customer identities, monitor for suspicious transactions, file Suspicious Activity Reports, and take steps to prevent his platform from being used for drug trafficking, dissemination of CSAM images, and other criminal offenses. Doing so would have undermined Bitcoin Fog's reason for existence—because Bitcoin Fog served no other purpose than to enable criminality on a vast scale. The defendant's decision not to register or license Bitcoin Fog was an integral part of his money laundering conspiracy, and it should be treated as a comparably serious offense at sentencing.

### 2. The History and Characteristics of the Defendant

The defendant has no prior criminal convictions. He appears to have benefitted from family support, adequate education, and promising professional opportunities in Sweden. There is no dispute that the defendant is a gifted computer programmer. Yet he chose to turn his back on the opportunities he had to use his skills and live a productive life, instead creating Bitcoin Fog in 2011, quitting his job at Capo Marknadskommunication in or around 2014, leaving Sweden to reduce his tax liability in or around 2020, and drifting from one European country to another while living off the proceeds of Bitcoin Fog. *See* 3/6/24 PM Tr. at 62; 3/7/24 AM Tr. at 34-36. The government is aware of no mitigating circumstances for the defendant's crimes. Just the opposite: the defendant made a calculated decision to pursue a criminal livelihood built on the profits of drug traffickers, CSAM peddlers, thieves, and other criminals—and maintained that path, year after year, supporting a succession of criminal users of his service.

The defendant perjured himself at trial by denying operation of Bitcoin Fog, 3/5/24 PM Tr. at 30; as well as—among other things—by feigning selective amnesia whenever pressed to provide specific details about his story, including whether he ever registered the BitcoinFog.com Clearnet

**Appx7148**

domain, 3/6/24 PM Tr. at 4-10. The jury necessarily rejected the defendant's false and unreliable testimony when it returned a verdict of guilty on all counts. And following the verdict, the defendant has shown no remorse for his role in operating Bitcoin Fog. His failure to accept responsibility, combined with his cynical attempt to mislead the jury at trial, weigh in favor of a substantial sentence.

> **3. The Need for the Sentence Imposed To Reflect the Seriousness of the Offense, To Promote Respect for the Law, To Provide Just Punishment for the Offense, and To Afford Adequate Deterrence to Criminal Conduct and Protect the Public from Further Crimes of the Defendant**

The rise of the Darknet and cryptocurrency has fueled criminal activity on an enormous scale. Law enforcement relies on its ability to track cryptocurrency transactions to investigate and prosecute cryptocurrency-enabled crimes ranging from drug transactions to cryptocurrency heists to CSAM offenses. In one example involving the CSAM website Welcome to Video:

> Federal agents used an outside service to analyze the publicly viewable Bitcoin blockchain and identify a cluster of Bitcoin addresses controlled by the Website. Once they identified the Website's Bitcoin addresses, agents served a grand jury subpoena on Coinbase—rather than seeking and obtaining a warrant—for all information on the Coinbase customers whose accounts had sent Bitcoin to any of the addresses in the Website's cluster. Coinbase identified Gratkowski as one of these customers. With this information, agents obtained a search warrant for Gratkowski's house. At his house, agents found a hard drive containing child pornography, and Gratkowski admitted to being a Website customer.

*United States v. Gratkowski*, 964 F.3d 307, 309 (5th Cir. 2020).

The defendant's service, Bitcoin Fog, was designed for the sole purpose of obstructing such legitimate law enforcement investigations. As the defendant himself admitted, *supra*, Bitcoin users can obtain all the same privacy protections *on the public blockchain* by using any custodial exchange that pools customer funds, thus breaking the link between any individual deposit and outgoing transaction. Bitcoin Fog was unique not because it obscured transactions on the public blockchain, but because it did so as a criminal service that advertised itself to "people who have

38

**Appx7149**

real problems with the law" and who "might go to jail" if their transactions were discovered, Ex. 53 at 106, deliberately avoided collecting customer records, purged all of its transaction logs, pledged not to cooperate with the authorities, and operated anonymously on the Darknet in order to ensure that it remained beyond the reach of the law. The sentence in this case should reflect the seriousness of the offense, and it should send a strong message to the defendant and to those who would follow in his footsteps that money laundering is a serious crime that will lead to significant consequences.

The sentence imposed in this case should be structured to discourage others from seeking to emulate the defendant's criminal scheme. General deterrence is a "crucial factor in sentencing decisions for economic" crimes. *United States v. Morgan*, No. 13-6025, 635 F. App'x 423, 450 (10th Cir. Nov. 6, 2015) (unpublished). The legislative history of Section 3553 documents Congress's emphasis on general deterrence in white-collar crime. *See* S. REP. 98-225, 76, 1984 U.S.C.C.A.N. 3182, 3259 (need to deter others is "particularly important in the area of white collar crime"). "Because economic and fraud-based crimes are more rational, cool, and calculated than sudden crimes of passion or opportunity, these crimes are prime candidates for general deterrence." *United States v. Martin*, 455 F.3d 1227, 1240 (11th Cir. 2006) (internal quotations and citation omitted).

Specific deterrence is also a factor in this case. The defendant engaged in the Bitcoin Fog money laundering scheme for nearly a decade and was only stopped when he was arrested. He went to extraordinary lengths to cover his tracks and conceal his identity, perjured himself at trial, and to date has taken no responsibility for his actions. The defendant's counsel and defense team, for their part, have also attempted to frame the defendant's crimes in ideological terms, falsely portraying Bitcoin Fog as a misunderstood privacy service while ignoring mountains of evidence

showing it was designed, marketed, and operated to facilitate drug trafficking, crimes against children, and other criminal activity. The Court's sentence should take into account the risk that an unrepentant and ideologically-motivated defendant would attempt to reconstitute his money laundering service at his first opportunity.

### 4. The Need To Avoid Unwarranted Sentence Disparities Among Defendants with Similar Records Who Have Been Found Guilty of Similar Conduct

"The best way to curtail 'unwarranted' disparities is to follow the Guidelines, which are designed to treat similar offenses and offenders similarly." *United States v. Otunyo*, 63 F.4th 948, 960 (D.C. Cir. 2023) (quoting *United States v. Bartlett*, 567 F.3d 901, 908 (7th Cir. 2009)); *see also Gall v. United States*, 552 U.S. 38, 52 (2007) ("As with the seriousness of the offense conduct, avoidance of unwarranted disparities was clearly considered by the Sentencing Commission when setting the Guidelines ranges. Since the District Judge correctly calculated and carefully reviewed the Guidelines range, he necessarily gave significant weight and consideration to the need to avoid unwarranted disparities."). A sentence within the Guidelines range is "presumptively reasonable," *United States v. Fry*, 851 F.3d 1329, 1333 (D.C. Cir. 2017), and this Court need not go any further in its analysis to confirm that its sentence will not result in any unwarranted sentencing disparities.

It is significant, however, that the Sentencing Commission statistics prepared for the Draft PSR show that defendants who were sentenced under the money laundering guideline (§ 2S1.1) at the same offense level (43) and criminal history category (I) as the defendant received, on average, sentences well in excess of 20 years in prison—282 months on average, with a median of 280. Draft PSR ¶ 164. In response to a government request, the Sentencing Commission declined to provide any identifying information about the individual cases included in the sample, so it is impossible to determine which comparators genuinely represent defendants "with similar records

40

**Appx7151**

who have been found guilty of similar conduct," 18 U.S.C. § 3553(a)(6).[9] But the statistics generally confirm that the government's recommended sentence here—30 years in prison—is within the range of sentences that courts have imposed in (relatively) similar cases. And the unique circumstances of this case—including the singular scale and sophistication of the defendant's crimes and the aggravating factor of his perjury at trial—justify a sentence above that bare average.

The government has been unable to locate any truly comparable cases reflecting the same staggering amount of money laundered in this case ($400 million), the harms facilitated by the defendant's laundering (drug trafficking, CSAM distribution, hacking and theft of cryptocurrencies, and other crimes), the prolonged duration of the offenses (nearly 10 years), or the technological sophistication and high degree of obfuscation involved in the defendant's scheme, not to mention the defendant's perjury and refusal to accept responsibility for his actions. Although not a precise comparator, the sentencing of Ross Ulbricht for operating Silk Road provides an instructive example. Silk Road operated for less than three years, and it processed approximately $183 million in drug transactions and other illicit sales. Mr. Ulbricht was convicted at trial on multiple counts, including drug trafficking offenses, aggravated identity theft, and money laundering conspiracy. He was sentenced to the statutory maximum on each count, including two life sentences for the drug offenses and the statutory maximum sentence of 20 years

---

[9] Given the high Guidelines range of the defendants in this sample, it is possible that some of the defendants' sentences were artificially limited by statutory maxima. It is also possible that some defendants entered into plea agreements while others went to trial. *See United States v. Webster*, 102 F.4th 471, 490 (D.C. Cir. 2024) ("Defendants who go to trial are not 'similarly situated' to those who plead guilty, and therefore 'the disparity in their treatment' is generally permissible.") (quoting *Otunyo*, 63 F.4th at 960). Further, the defendant's adjusted offense level in this case was actually 50, less two points under the zero-point offender adjustment, *see* Draft PSR ¶¶ 69, 71, but it was reduced to 43 by operation of Application Note 2 to Chapter Five, Part A of the U.S.S.G. Because of this automatic reduction in offense level, it is possible that the defendant's conduct in this case was more severe than the conduct of the other defendants included in the Sentencing Commission's sample.

41

for money laundering conspiracy. *See United States v. Ulbricht*, S.D.N.Y. No. 14-cr-68 (KBF), ECF No. 269 (Judgment).

In pronouncing her sentence, Judge Forrest noted the scale of Silk Road as a "worldwide criminal drug enterprise with a massive geographic scope," which "posed serious danger to public health and to our communities." *United States v. Ulbricht*, ECF No. 277 (5/29/14 Sentencing Hr'g Tr.), at 66. She repeatedly emphasized the calculated and deliberate nature of Mr. Ulbricht's scheme to operate Silk Road. *Id.* at 65-66 ("The nature and circumstances of the crime can be summed up as a planned, comprehensive, and deliberate scheme to do that which was unlawful . . . ."); 69 ("You spent several years very carefully planning the site and designing carefully considered methods of avoiding legal detection both for yourself, for your vendors, and for your customers, and you sought in all of these ways to put yourself above the law."); 75 ("The crimes as to which you stand convicted, Mr. Ulbricht, are crimes which are intentional, they occurred over a lengthy period of time, you knew exactly what you were doing."). She commented on Mr. Ulbricht's lack of remorse and failure to acknowledge the harm caused by his actions. *Id.* at 88 ("And except for your family and friends and the statement you made today, I don't know that you feel a lot of remorse for the people who were hurt. I don't know that you believe you hurt a lot of people. I don't think you know that you hurt many."). And she underscored the importance of general deterrence in such a novel and high-profile case. *Id.* at 86-87 ("This is a case in which general deterrence plays a particularly important role. . . . What you did was unprecedented and in breaking that ground as the first person you sit here as the defendant now today having to pay the consequences of that. . . . For those of you considering stepping into your shoes, carrying some flag, some misguided flag, or doing something similar, they need to understand very clearly and without equivocation that if you break the law this way there will be very, very severe

consequences."). Likewise, the defendant's launched Bitcoin Fog near the beginning of cryptocurrency mixing, and was even the point of comparison for Larry Harmon as he developed his own mixer. Each of these considerations—the scale of the harm caused, the deliberation involved in carrying out the scheme, lack of remorse, and the need to deter others from similar unlawful conduct—applies with equal if not greater force here.

### 5. Other Sentencing Issues: Forfeiture, Restitution, and Fines

The government is not seeking restitution. While Bitcoin Fog caused enormous harm—in particular by facilitating drug transactions and trafficking of CSAM images—it is not the kind of harm that is readily quantifiable through restitution. The government requests that the Court enter the proposed Preliminary Order of Forfeiture, ECF No. 297-1, for the reasons outlined in the government's forfeiture briefing, *see* ECF Nos. 297, 310.

The government further recommends that the Court impose a within-Guidelines fine of at least $100,000. *See* Draft PSR ¶ 157 (calculating fine range for Counts One, Two and Three as $50,000 to $500,000). The burden rests on the defendant to show inability to pay a fine. *See* U.S.S.G. § 5E1.2(a) ("The court shall impose a fine in all cases, except where the defendant establishes that he is unable to pay and is not likely to become able to pay any fine."); *see, e.g., United States v. Rafferty*, 911 F.2d 227, 232 (9th Cir. 1990) (holding that "[t]he guidelines establish that it is the defendant's burden to prove he is unable to pay a fine"); *United States v. Hernandez*, 160 F.3d 661, 665 (11th Cir. 1998) (same); *United States v. Fair*, 979 F.2d 1037, 1041 (5th Cir. 1992) (same). To date, the defendant has offered nothing to carry his burden and establish an inability to pay. *See* Draft PSR ¶¶ 117-121.

Indeed, throughout this litigation, the defendant has consistently misrepresented his access to financial resources—beginning with his initial false claim of indigency, made to secure

**Appx7154**

appointment of an Assistant Federal Public Defender, even as the defendant was secretly paying at least 1.65 BTC, worth approximately $54,550, to retain Mr. Nemtsev as an undeclared attorney in or about July 2021. *See* ECF No. 53, at 6. The pattern continued. As the government summarized in January of 2023:

> In the defendant's opening motion [for the return of seized property], he flatly declared that he "has *nothing* to pay his legal fees except for the seized assets." ECF No. 48, at 25 (emphasis added). Now he acknowledges spending *$184,000* in various assets, plus 1.9 bitcoin (BTC) and 33.4 Monero (XMR), to pay for his legal expenses to date. In the defendant's detention briefing, he ridiculed the government for suggesting he had access to gold. . . . Now he acknowledges owning at least $36,000 in gold, including gold bullion stored with one of his relatives. And as this Court has previously noted, the defendant falsely claimed indigency in order to obtain appointed counsel from the Office of the Federal Public Defender, even as he was paying for Mr. Nemtsev's private representation out of his concealed assets.

ECF No. 106, at 13-14. Since then, the defendant's trial team has continued to solicit donations from the public in the defendant's name, although there is no public accounting of any of the funds raised. The Draft PSR indicates that the defense intends to provide "financial information that was apparently completed in January 2023." Draft PSR ¶ 117. The government has not received that accounting, and if it is the same document as the defendant's so-called Statement of Net Worth prepared by defense counsel in or about December 2022, *see* GX 51, it is not accurate and is not up-to-date. The defendant has not come remotely close to carrying his burden of showing inability to pay.

44

**Appx7155**

## CONCLUSION

This is an extraordinary case that calls for significant punishment as supported by the § 3553(a) factors. For the foregoing reasons, the information reflected in the Draft PSR, and the record at trial and in pretrial proceedings, the United States respectfully asks that the Court sentence the defendant to a below-Guidelines period of imprisonment of 30 years on Counts One, Two, Three, and Four; impose a fine of $100,000; and enter the government's proposed Preliminary Order of Forfeiture at sentencing.

Respectfully submitted,
MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY:     /s/ Christopher B. Brown
        Christopher B. Brown, D.C. Bar No. 1008763
        Special Assistant United States Attorney
        U.S. Attorney's Office for the District of Columbia
        601 D Street, N.W.
        Washington, DC 20530
        (202) 353-0018
        Christopher.Brown8@usdoj.gov

        /s/ C. Alden Pelker
        /s/ Jeffrey Pearlman
        C. Alden Pelker, Maryland Bar
        Jeff Pearlman, D.C. Bar No. 466901
        Trial Attorneys, U.S. Department of Justice
        Computer Crime & Intellectual Property Section
        1301 New York Ave., N.W., Suite 600
        Washington, D.C. 20005
        (202) 616-5007 (Pelker)
        (202) 579-6543 (Pearlman)
        Catherine.Pelker@usdoj.gov
        Jeffrey.Pearlman2@usdoj.gov

45

**Appx7156**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ROMAN STERLINGOV,<br><br>  Defendant. | **21-CR-399 (RDM)** |

**SENTENCING MEMORANDUM**
**ON BEHALF OF ROMAN STERLINGOV**

**Appx7157**

## TABLE OF CONTENTS

INTRODUCTION ...............................................................................................................3

ARGUMENT......................................................................................................................3

I.  THE § 3553(A) ANALYSIS WARRANTS AN UNDER-GUIDELINES

    SENTENCE ..........................................................................................................4

    A.  Counts Three and Four Are Multiplicitous..............................................5

    B.  Mr. Sterlingov's History and Character...................................................5

        1.  No Criminal History ....................................................................9

        2.  Letters in Support of Mr. Sterlingov...........................................9

    C.  The Nature and Circumstances of the Offense ........................................9

II.  THE GUIDELINES, DRIVEN BY DOLLAR AMOUNTS, DO NOT

     ACCURATELY REFLECT CULPABILITY, A DICHOTOMY COMPOUNDED

     BY CUMULATIVE AND OVERLAPPING ENHANCEMENTS. ................................11

III.  THE VALUE OF THE LAUNDERED FUNDS DOES NOT EXCEED $47

      MILLION.............................................................................................................15

IV.  THE PROPOSED ENHANCEMENT FOR REGISTERING A FALSE DOMAIN

     NAME IS UNCONSTITUTIONAL AS APPLIED .........................................................21

V.  CAGING STERLINGOV FOR 30 YEARS – ESSENTIALLY THE REST OF

    HIS NATURAL LIFE – WOULD STOKE UNWARRANTED SENTENCING

    DISPARITIES .........................................................................................................22

VI.  SPECIFIC AND GENERAL DETERRENCE DO NOT NECESSITATE A

     LENGTHY SENTENCE .............................................................................................29

Appx7158

VII.   EXCESSIVE INCARCERATION IS NEEDLESSLY PUNITIVE GIVEN BOP

      POLICIES TOWARD NONCITIZEN DEFENDANTS ................................................... 31

VIII.   DEFENSE IDEOLOGY ................................................................................................ 33

CONCLUSION ......................................................................................................................... 34

Appx7159

Defendant Roman Sterlingov submits this memorandum ahead of his upcoming sentencing.

## INTRODUCTION

The 30- and 20-year prison terms recommended by the government and Probation vastly exceed those imposed in comparable cases. They are disproportionately inflated by the cumulative effect of overlapping enhancements that address different aspects of the same essential offense conduct – running a large-scale money laundering operation – in technically distinct but substantially redundant ways. A far lower sentence – informed by Mr. Sterlingov's future, past and unselfish commitment to the wellbeing of his family and friends – is therefore appropriate.[1]

## ARGUMENT

Urging the Court to forgo the independent disparity analysis that 18 USC § 3553(a)(6) requires, the government claims that "[a] sentence within the Guidelines range is 'presumptively reasonable.'"[2] That take overreaches.

As the Supreme Court made clear some 17 years ago, the reasonableness presumption is "nonbinding," and it "applies *only* on appellate review."[3] Conversely, the "sentencing court does *not* enjoy the benefit of a legal presumption that the Guidelines sentence should apply."[4] Instead, the "*sentencing judge*" must conduct their own evaluation of the factors enumerated in § 3553(a) – including, as relevant here:

---

[1] *See* 18 U.S.C. § 3553; This Sentencing Memorandum incorporates by reference the objections in Defendant's Objections to Draft Presentence Investigation Report (Dkt. 312).

[2] Gov. Mem. in Aid of Sentencing at p. 40 (Dkt. 314) (citation omitted).

[3] *Rita v. U.S.*, 551 U.S. 338, 351, 353 (2007) (emphasis supplied); *see also id.* at 351 (stressing that the presumption "is an *appellate* court presumption").

[4] *Id.* (emphasis added).

3

Appx7160

- the history and characteristics of the defendant and the nature and circumstances of the offense

- the need to avoid unwarranted disparities among defendants with similar records who have been found guilty of similar conduct

- the need for the sentence imposed – including general and specific deterrence

- the kinds of sentence and sentencing range under the USSG

- imposing a penalty "'sufficient, but not greater than necessary, to comply with'" sentencing's "aims."[5]

For the reasons set out below, this is one of those cases in which it is necessary to vary downward from the guidelines "in light of concerns reflected in 18 U.S.C. § 3553(a)."[6] Those factors counsel a sentence well below the Guidelines range calculated by the Probation Office and the government.

## I.      The § 3553(a) Analysis Warrants an Under-Guidelines Sentence

"At sentencing, the court first looks to the sentencing range the Guidelines establish."[7] The Probation Office calculated Mr. Sterlingov's Guidelines Offense Level to be 43, which corresponds to a Guidelines' maximum recommendation of life imprisonment.[8] Probation recommends a custodial sentence of 20 years.[9] The Government asks for a custodial sentence of 30 years.[10] The unique circumstances of this case, Mr. Sterlingov's history and character, his lack

---

[5] *See* 18 USC § 3553; *Rita.*, 551 U.S. at 347-48, 351.

[6] *U.S. v. Ahmed Salim Faraj Abu Khatallah*, 314 F. Supp. 3d 179, 185 (D.D.C. 2018).

[7] 18 U.S.C. § 3553(a)(4); *U.S. v. Stevens*, No. 23-3046, at *3 (D.C. Cir. June 28, 2024).

[8] Probation Sentencing Recommendation (Dkt. 319).

[9] *Id.*

[10] Gov. Mem. in Aid of Sentencing at p. 29 (Dkt. 314).

4

of a criminal record, a comparison to the sentences in other cases, the lack of any individual victims, the absence of restitution, and the reasons argued below warrant a below-Guidelines sentence.

### A.      Counts Three and Four Are Multiplicitous

Counts Three and Four appear multiplicitous, so they merge for sentencing purposes, capping the maximum penalty authorized by the statutes of conviction at 45 years.[11]

### B.      Mr. Sterlingov's History and Character.

On August 14, 1988, Roman Sterlingov (age 35) was born in Leningrad, USSR to Michael and Tatiana Sterlingov.[12] Mr. Sterlingov barely knew his father, who abandoned the family when Mr. Sterlingov was about three years old.[13] His father was an alcoholic who cultivated a chaotic and disturbing environment for young Mr. Sterlingov.[14] Mr. Sterlingov and his mother moved to Voronezh, Russia when he was around four years old.

Mr. Sterlingov's mother worked various jobs as a teacher, a seamstress, and any other work she could find to support him and his maternal grandfather, who lived with them for most of his childhood and who was physically and emotionally abusive to Mr. Sterlingov and his mother.[15]

---

[11] *See, e.g., Rutledge v. U.S.*, 517 U.S. 292 (1996); *Ball v. U.S.*, 470 U.S. 856 (1985); *U.S. v. Platter*, 514 F.3d 782, 785-87 (CA8 2008); *U.S. v. Throneburg*, 921 F.2d 654, 657 (CA6 1990); *U.S. v. Ahmed*, 94 F. Supp. 3d 394, 433-34 (EDNY 2015).

[12] *See* Final PSR ¶ 85 (Dkt. 318) (Aug. 14, 2024); Ex. A (Letter to Court from T. Sterlingov).

[13] *Id.*

[14] *See id.* ¶ 106.

[15] *Id.* ¶ 87.

5

**Appx7162**

In 1991 the USSR dissolved. Before the USSR collapsed there were food shortages; afterwards things weren't that much better.[16] Growing up in the turmoil of the post-Soviet Union impacted Mr. Sterlingov's upbringing, particularly his mental health. Walking down the street and attending school were not safe. He was exposed to significant violence from a young age. He was assaulted while walking down the street and robbed multiple times. The schools he attended were violent. Mr. Sterlingov's mother dreamed of a better life for her and her son.

At age 14, Mr. Sterlingov and his mother, immigrated to Jönköping Sweden where in 2006 he graduated from Per-Brahe high school.[17] Mr. Sterlingov's mother had entered into a relationship with a man who was a Swedish citizen. Within months of living with him in Sweden, the man's alcoholism became apparent. The man drank heavily, acting aggressively towards him and his mother. Mr. Sterlingov's mother had to go to the police to remove herself and Mr. Sterlingov from the horrible situation. Despite this, life in Sweden was far more peaceful than in Russia or the Soviet Union. The opportunities in Sweden were far greater. The family stayed in Sweden and Mr. Sterlingov's mother eventually met Mr. Karlsson, who became a role model and father figure to Mr. Sterlingov, and who helped the family both financially, emotionally, and physically.[18]

Mr. Karlsson suffered from an autoimmune disease, had to have a kidney removed, and was helped by trips to warmer climates, including Spain, as part of his treatment regimen. Following 2019, government funding for Mr. Karlsson's trips ceased and Mr. Sterlingov, following his arrest, was unable to help Mr. Karlsson's continued efforts to treat his incurable

---

[16] *Id.* ¶ 87.

[17] *Id.* ¶ 108.

[18] *See id.* ¶ 86; Ex. A (Letter to Court from A. Karlsson).

6

disease. They planned trips shortly before Mr. Sterlingov's arrest, yet they never saw each other again. Mr. Karlsson passed away approximately two years ago while Mr. Sterlingov was incarcerated pretrial.[19] This left Mr. Sterlingov feeling helpless because he could not help his mother and depressed at feeling he had let Mr. Karlsson down. Mr. Karlsson had always helped Mr. Sterlingov and his mother and will forever be a father figure to him.[20]

At school in Sweden, Mr. Sterlingov was a good student, smart and hard-working.[21] His interests were in mathematics, physics, and chemistry. An avid learner, he read books and studied technology. As a student, he was open minded and assisted those in need, even tutoring other students.[22] Mr. Sterlingov took his first job as a teenager, and he would send money to his grandmother still living in Russia.[23] He struggled with depression at a young age due to the violence around him. His depression made it difficult to connect with people as he learned the Swedish language.[24] He enjoyed technology and computers. While in high school he took a job as a data entry clerk, and eventually, as a web designer with the Swedish internet marketing firm Capo Marknadskommunikation, making roughly $2,300 USD per month.[25]

Mr. Sterlingov started socializing through internet forums with others who had similar interests. He eventually joined meetup groups to make friends and socialize. He would meet others to talk about technology, computers, and eventually, bitcoin. The meetup groups

_____

[19] *See* Final PSR ¶ 86 (Dkt. 318) (Aug. 14, 2024).

[20] *See* Ex. A (Letter to Court from A. Karlsson).

[21] *See id.* (Letter to Court from A. Gustafsson).

[22] *See id.* (Letter to Court from T. Sterlingov).

[23] *See id.*

[24] *See id.* (Letter to Court from A. Gustafsson).

[25] *See* Final PSR ¶ 115 (Dkt. 318) (Aug. 14, 2024). The Final PSR erroneously states Mr. Sterlingov worked at Capo from 2015 through 2018. He actually left Capo sometime in 2014. *See* Tr. Mot. Hr. pp. 10-11, Jan. 31, 2023; *see also* Ex. A (Letter to Court from T. Sterlingov).

introduced him to cryptocurrency for the first time, and he started buying bitcoin sometime in 2010. The first time Mr. Sterlingov bought bitcoin, he did so in person. He also traded and sold bitcoin peer-to-peer.

Mr. Sterlingov participated in self-help groups for men that focused on shared experiences and self-improvement.[26] He was an active, insightful member. Many of his friends describe him as having a significant positive influence on their life. Mr. Sterlingov was a mentor to many young men in-person and started a YouTube channel to help others.

From roughly 2010-2021, Mr. Sterlingov rented the same modest studio apartment in Gothenburg, Sweden.[27] In the last few years preceding his arrest, he spent about half the year travelling and the other half either at this apartment or at his mother's home while he helped her. He visited his mother monthly, sometimes staying for a few weeks at a time to help her with the house and other things. Because Mr. Sterlingov's mother is an immigrant to Sweden, she does not have a complete pension and relies on Mr. Sterlingov's support. Since his arrest and incarceration, he has not seen his mother.

Following his arrest at Los Angeles International Airport on April 27, 2021, Mr. Sterlingov has been held at various federal, state, and municipal detention centers.  At the Northern Neck Regional Jail in Warsaw, Virginia, where was held for more than two years, he slept in cramped quarters with 60 other inmates. The environment was noisy, with 2 televisions blaring 24 hours a day, along with the screams and yells of the inmates. He developed tinnitus and had difficulty accessing Defense counsel. The facility did not provide books for over a year

---

[26] *See* Ex. A (Letter to Court from T. Suomalainen).
[27] *See* Final PSR ¶ 86 (Dkt. 318) (Aug. 13, 2024).

8

and there were no educational programs available for Mr. Sterlingov. He is currently under better conditions at the municipal District of Columbia Central Detention Center.

### 1.    *No Criminal History*

Mr. Sterlingov has no criminal history. Before being prosecuted for this offense, Mr. Sterlingov had never been accused or arrested for any crime. He is a true first-time offender and has otherwise lived an exemplary life.

### 2.    *Letters in Support of Mr. Sterlingov*

The dozen letters attached as Exhibit A attest to Mr. Sterlingov's humanity and love for his family and friends. They include a letter from Mr. Karlsson previously sent to the Court before he passed away. Additional letters come from Mr. Sterlingov's mother, and his friends. They attest that he is an intelligent, talented, peaceful, and resilient young man.[28]

### C.    The Nature and Circumstances of the Offense

The Final Presentence Report notes that there are no identifiable victims, and that restitution is inapplicable here.[29] Mr. Sterlingov's conviction is consistent with willful blindness because the government requested, and received, a jury instruction on this point.[30] His verdict is also consistent with aiding and abetting and not actually operating Bitcoin Fog, or ever possessing the Bitcoin Fog servers.[31]

---

[28] *See* Ex. A (Letters from family and friends).

[29] *See* Final PSR ¶ 50 (Dkt. 318) ("There are no identifiable victims in this offense."); Probation Sentencing Recommendation at p. 1 (Dkt. 319) (stating restitution is not applicable).

[30] *See* Final Jury Instructions p. 32 (Dkt. 268).

[31] *See id.* at p. 62 ("You may find the defendant guilty of any of the crimes charged in the indictment without finding that he personally committed each of the acts that make up the crime or that he was present while the crime was being committed."); 3/7/2024 Tr 11:1-4 ("Even if the only thing Roman Sterlingov had done was register the Bitcoin Fog domain, if he did that to help the conspiracy, knowing what Bitcoin Fog was, he is guilty of conspiring to commit money laundering and he is guilty of aiding and abetting").

9

Most of the evidence at trial was circumstantial and neither the Bitcoin Fog server, server logs, private keys or ledger were ever entered into evidence. The government argues in its Sentencing Memorandum that Mr. Sterlingov "ran servers for his scheme in other countries and then deleted their contents before they could be located by law enforcement."[32] But no evidence of multiple servers, or evidence of Mr. Sterlingov operating multiple servers, came in at trial. Their claim that server contents were deleted appears based on the fact that a hard drive from Mr. Sterlingov's Romanian business server contained no data and was all zeros. This leads the government to misleadingly suggest that Mr. Sterlingov zeroed out the hard drive. But this is consistent simply with the hard drive being new and unused.[33] Much of the government's assertions about the evidence at trial are of this nature.

The government makes much of the fact that less than $1000 in funds were sent post-mix by a handful of Welcome to Video ("W2V") users out of Bitcoin Fog to W2V. However, Bitcoin Fog's connection to W2V is minimal, even including funds the government says are indirectly traceable. There is no evidence that Bitcoin Fog laundered any proceeds from W2V.

Nothing, *i.e.,* 0 BTC, went from W2V into Bitcoin Fog.[34] The government bases its persistent claim that Mr. Sterlingov was involved with CSAM solely on $989.00 being withdrawn post-mix from Bitcoin Fog and then being sent to W2V.[35] This is 0.0000025 % of the

---

[32] Gov. Mem. in Aid of Sentencing at p. 11 (Dkt. 314).

[33] *See* Supp. Decl. of J. Fischbach (attached as Ex. B).

[34] Gov't. Ex. 601.

[35] *Id.* (the government also alleges that $846 was indirectly received from BTCF, but the undefined term "indirect" is ambiguous, involves one or more hops between BTCF and W2V with the attributive error rate increasing along with the number of hops between BTCF and W2V. In any event, the amount is insignificant in the face of the total volume of funds spent through BTCF as alleged by the government).

$395,501,956 of Bitcoin Fog's volume as calculated by the government.[36] If the $846 "indirectly received" by W2V from Bitcoin Fog is included in this calculation, the percentage is 0.00000464% of $395,501,956.[37]

There is no evidence anywhere of Mr. Sterlingov ever being involved in CSAM or having any knowledge of CSAM. The Government argues that a forum post it attributes to Mr. Sterlingov shows he knew that buyers and sellers of CSAM would use Bitcoin Fog. The post makes the general observation – discussing the Tor network and not mixers - that "unfortunately [CSAM] was distributed" through the Tor network.[38] This is a sentence, prior to the launch of Bitcoin Fog, condemning CSAM, not condoning it. The government essentially claims that anyone who knows that CSAM exists on the internet is complicit with it.

**II.     The Guidelines, Driven by Dollar Amounts, Do Not Accurately Reflect Culpability, a Dichotomy Compounded by Cumulative and Overlapping Enhancements.**

"Imposing a sentence on a fellow human being is a formidable responsibility," so "a court [must] consider, with great care and sensitivity, a large complex of facts and factors" rather than just focusing on dollar-values involved.[39] The guideline applicable here, U.S.S.G § 2S1.1, is largely driven by the "value of laundered funds." "By making a Guidelines sentence turn, for all practical purposes, on this single factor, the Sentencing Commission effectively ignored the statutory requirement that federal sentencing take many factors into account, and, by contrast,

---

[36] Gov. Mem. in Aid of Sentencing at p. 3 (Dkt. 314) ("…the Bitcoin Fog site took in cryptocurrency valued at the time of deposit at approximately $395,501,956").

[37] *See* Gov't Ex. 601.

[38] Gov't Ex. 55(a) at 34.

[39] *U.S. v. Gupta*, 904 F. Supp. 2d 349, 350 (S.D.N.Y. 2012).

11

**Appx7168**

effectively guaranteed that many such sentences would be irrational on their face."[40] As Judge

Rakoff has trenchantly explained:

> The notion that this complicated analysis, and moral responsibility,
> can be reduced to the mechanical adding-up of a small set of
> numbers artificially assigned to a few arbitrarily-selected variables
> wars with common sense. Whereas apples and oranges may have
> but a few salient qualities, human beings in their interactions with
> society are too complicated to be treated like commodities, and the
> attempt to do so can only lead to bizarre results.[41]

Beyond the general concern about "sentencing by numbers," several jurists have criticized

the § 2B1.1 loss table (which § 2S1.1 incorporates) on the ground that the astronomical sentencing

increases it calls for utterly lack empirical support. Indeed:

> the numbers assigned by the Sentencing Commission to various
> sentencing factors appear to be more the product of speculation,
> whim, or abstract number-crunching than of any rigorous
> methodology—thus maximizing the risk of injustice. . . . The
> Guidelines' calculations for this offense are no longer tied to the
> mean of what federal judges had previously imposed for such
> crimes, but instead reflect an ever more draconian approach to white
> collar crime, unsupported by any empirical data.[42]

The disagreement with the Sentencing Commission's "unusual[]" approach to white-collar

offenses "is a circumstance that a sentencing court is entitled to consider" in imposing a variant

sentence.[43] And in practice, courts have repeatedly varied downward from large guideline

sentencing ranges driven by dollar figures. In doing so, several courts have sharply denounced

---

[40] *Gupta*, 904 F. Supp. 2d at 351; *see* 18 U.S.C. § 3553(a).

[41] *Id.* at 350.

[42] *Id.* at 351; *see also U.S. v. Musgrave*, 647 F. App'x 529, 538 (6th Cir. 2016) ("[T]here is reason to believe that, because the loss Guidelines were not developed using an empirical approach based on data about past sentencing practices, [they are] particularly appropriate for variances.").

[43] *U.S. v. Algahaim*, 842 F.3d 796, 800 (2d Cir. 2016) (citing *Kimbrough v. U.S.*, 552 U.S. 85, 101 (2007)).

12

these guidelines.[44] In short:

> Where . . . the calculations under the guidelines have so run amok that they are patently absurd on their face, a Court is forced to place greater reliance on the more general considerations set forth in section 3553(a), as carefully applied to the particular circumstances of the case and of the human being who will bear the consequences.[45]

Relying on the loss table in this case intuitively strikes the wrong chord. Because the table is designed to apply in fraud cases where a defendant caused real or intended loss to victims by defrauding them of their money. From that perspective, the loss table serves a useful function in recognizing that a greater loss causes greater harm, meriting a concomitantly greater guidelines sentence. In this case, however, there are no identifiable victims, and Mr. Sterlingov was not involved in the "specified unlawful activity." Transactions through Bitcoin Fog flowed anonymously across various Bitcoin wallets, their amounts, destinations, and purposes entirely beyond Mr. Sterlingov's control.[46] In other words, the guidelines in this case are based on decisions of others – e.g., decisions about whether to send criminal proceeds to Bitcoin Fog and how much to send if so – rather than Mr. Sterlingov's individual culpability. Moreover, it is unclear whether

---

[44] *See U.S. v. Johnson*, No. 16-CR-457, 2018 WL 1997975, at *3 (E.D.N.Y. Apr. 27, 2018) (Garaufis, J.) (imposing 24-month sentence despite GSR of 87-108 months and observing, "[a]s far as this court can tell, the Sentencing Commission's loss-enhancement numbers do not result from any reasoned determination of how the punishment can best fit the crime, nor any approximation of the moral seriousness of the crime."); *Gupta*, 904 F. Supp. 2d at 355 (varying downward from GSR of 78-97 months to impose 24-month sentence); *U.S. v. Adelson*, 441 F. Supp. 2d 506, 512 (S.D.N.Y. 2006) (sentencing defendant to three and one-half years despite guideline range of life imprisonment and noting "the utter travesty of justice that sometimes results from the guidelines' fetish with abstract arithmetic, as well as the harm that guideline calculations can visit on human beings if not cabined by common sense"); *United States v. Parris*, 573 F. Supp. 2d 744, 745 (E.D.N.Y. 2008) (varying downward from GSR of 360 months to impose 60-month sentence and observing, "it is difficult for a sentencing judge to place much stock in a guidelines range that does not provide realistic guidance"); *see also* Mark H. Allenbaugh, *Drawn from Nowhere: A Review of the U.S. Sentencing Commission's White–Collar Sentencing Guidelines and Loss Data*, 26 Fed. Sent'g Rep. 19, 23 (2013) ("It appears that in practice, loss has very little correlation to the ultimate sentence imposed, regardless of how it determines the advisory guideline range.").

[45] *Adelson*, 441 F. Supp. 2d at 515.

[46] Bitcoin Fog was neither an exchange nor a marketplace, one could neither cash out their gains on it nor buy anything illicit.

13

Bitcoin Fog's existence significantly contributed to criminal activity.[47] Its primary function – anonymizing transactions by mixing Bitcoin – was already independently incorporated into darknet marketplaces like Silk Road.[48]

Compounding the problem are the multiple guideline enhancements urged by the government (*i.e.,* knowledge of underlying illegality, laundering business/sophisticated means, false domain registration) on top of the 28-level increase it seeks (or the 22-level increase the defense believes applicable) under the loss table incorporated in § 2S1.1(a)(2). Together, these enhancements add an extra 12 points, literally pushing the Guideline Sentencing Recommendation off the chart. Yet they all hinge on the same essential factor: the magnitude of the Bitcoin Fog enterprise. The "cumulative effect" of these "substantial[ly] overlap[ping] ... enhancements" "has a significant effect upon the applicable sentencing range," arguing strongly for a "downward departure" or variance.[49]

---

[47] Government co-operating witness Ilya Lichtenstein testified that he found Bitcoin Fog inconvenient, that it couldn't handle the volume he needed to mix, and that he only used it 5-10 times for small amounts of bitcoin. *See e.g.* 02/27/2024 Tr. 19:15-20:16.

[48] For example, a government affidavit supporting Ulbricht's arrest said this:

> Silk Road uses a so-called "tumbler" to process Bitcoin transactions in a manner designed to frustrate the tracking of individual transactions through the Blockchain. According to the Silk Road wiki, Silk Road's tumbler "sends all payments through a complex, semi-random series of dummy transactions, . . . making it nearly impossible to link your payment with any coins leaving the site." In other words, if a buyer makes a payment on Silk Road, the tumbler obscures any link between the buyer's Bitcoin address and the vendor's Bitcoin address where the Bitcoins end up — making it fruitless to use the Blockchain to follow the money trail involved in the transaction, even if the buyer's and vendor's Bitcoin addresses are both known.

*U.S. v. Ulbricht,* Docket No. 13-mg-2328 (S.D.N.Y 2013), Dkt. 1 at 14; *United States v. Ulbricht,* Docket No. 15-cr-1815 (CA2 2015), Dkt. 31-1 at 72.

[49] *U.S. v. Lauersen,* 348 F.3d 329, 344 (2d Cir. 2003) (finding 13-level increase under loss table and four-level increase for affecting a financial institution and deriving more than $1 million in gross proceeds overlapped under the sentencing guidelines).

14

The defense respectfully submits that, for the reasons herein, the Court can and should disregard the guideline sentencing range and impose an individualized sentence based on the particular facts and circumstances of this case. But even for the purpose of correctly calculating the Guideline, the government's calculated "value of laundered funds" is incorrect in several respects.

## III.     The Value of the Laundered Funds Does Not Exceed $47 Million

Sentencing Guideline 2S1.1(a)(2) pegs the base offense level for money laundering to "the value of the laundered funds." And in cases like this one involving layering,[50] that phrase – "value of the laundered funds" – means the "amount originally derived from criminal activity and then laundered, not the aggregate total of the funds involved in each layer."[51] Put more succinctly, the "value of the laundered funds" is "limited" to the amount of criminal proceeds or dirty money "originally injected or infused into the money-laundering scheme."[52]

This conclusion makes sense because the "definition of 'laundered funds,'" as relevant here, "corresponds with" an actual "violation of 18 U.S.C. § 1956."[53] And in turn, the money

---

[50] *See, e.g.*, Gov. Mem. in Aid of Sentencing at p. 27 (Dkt. 314) (dubbing Bitcoin Fog the "ultimate layering machine").

[51] *U.S. v. Paley*, 442 F.3d 1273, 1278 (CA11 2006) (quoting *U.S. v. Pizano*, 421 F.3d 707, 727 (CA8 2005)).

[52] *Paley*, 442 F.3d at 1278 (quoting *Pizano*, 421 F.3d at 707); accord, e.g., *Paley*, 442 F.3d at 1278 (funds to be considered for sentencing purposes are "those that were actually laundered"); *U.S. v. Stanford*, 823 F.3d 814, 848 n.47 (CA5 2016) (base offense level rests on actual amounts laundered); *U.S. v. Pratt*, 728 F.3d 463, 481 (CA5 2013) (§ 2S1.1 "unambiguous[ly]" requires court to determine the "amount of funds actually laundered"); *U.S. v. Hosseini*, No. 05 CR 254, 2007 WL 2904015, at *2 (N.D. Ill. Oct. 1, 2007) (equating value of laundered funds with "deposits … ascribable to drug dealer customers").

[53] *U.S. v. Jordan*, 447 F. App'x 574, 576 (CA5 2011); accord, e.g., *U.S. v. Van Alstyne*, 584 F.3d 803, 817 (CA9 2009) (recognizing that the "Guidelines impose enhancements based on the amount of funds that were laundered within the meaning of the statute," and stressing that they "do not contemplate a base level enhancement on account of transactions that do *not* constitute money laundering within the meaning of the statute").

laundering statute focuses on the initial "transaction by which one receives illicit funds" – not on how they are disposed of afterward.[54]

As the Fifth Circuit has explained:

> Stanford's argument focuses on what he did *after* he received the payments, not the transactions by which he received payment in the first place. The statute does not require that one receive proceeds from illicit activity and then funnel them back into the activity; it merely requires that one conduct (or attempt to conduct) "a financial transaction which in fact involves the proceeds of specified unlawful activity ... with the intent to promote the carrying on of specified unlawful activity." § 1956(a)(1)(A)(i). In other words, if the transaction by which one receives illicit funds is made with the intent to promote unlawful activity, the statute can be violated. Thus, by being paid to help further the Mr. Miyagi scheme with proceeds from the sales of Mr. Miyagi, Stanford engaged in promotional money laundering. It does not matter how he spent the tainted funds after receiving them.[55]

This focus – on the transactions by which tainted funds are received in the first place – contrasts with that of the criminal forfeiture statute, 18 USC § 982.[56] For the latter, unlike the applicable sentencing guideline, "prevents the launderer and his criminal client from keeping the profits of the [overall] money laundering operation," covering both laundering instrumentalities and any property traceable to them.[57]

---

[54] *Stanford*, 823 F.3d at 850.

[55] *Id.* (footnote omitted); *see also id.* (noting that both "concealment and promotional money-laundering require a 'financial transaction,' which 'involves the proceeds of specified unlawful activity'") (quoting 18 USC § 1956(a)(1)).

[56] *See, e.g., Paley*, 442 F.3d at 1278 (distinguishing USSG § 2S1.1(a)(2) and the "forfeiture provision applicable to money laundering cases"); *U.S. v. Gross*, 661 F. App'x 1007, 1026 (CA11 2016) (holding that forfeiture amount doesn't resolve criminal liability for purposes of calculating sentencing guidelines range for money laundering conspiracy); *U.S. v. Aguasvivas-Castillo*, No. 07-0111CCC, 2010 WL 883719, at *2 n.4 (D. P.R. Mar. 5, 2010) (though commingling "legitimate funds with illegally-obtained funds" may "taint[] the entire amount" for forfeiture purposes, "sources of authority interpreting in similar fashion the relevant Guideline section have not been provided by the government"), *aff'd*, 668 F.3d 7 (CA1 2012).

[57] *Paley*, 442 F.3d at 1278.

16

Here, by the government's own account, the tainted funds "originally injected or infused into the money-laundering scheme"[58] – the "amount[s] originally derived from criminal activity and then laundered"[59] – top out at no more than just over $47 million.[60] Conversely, the roughly $31 million "Indirectly Sent to BITCOIN FOG" through layers of "intermediaries" is properly excluded from the value of the laundered funds.[61]

First, the government offers no evidence that these funds were actually "laundered" by Sterlingov or Bitcoin Fog "within the meaning of" 18 USC § 1956.[62]

Second, even assuming actual laundering by Sterlingov or Bitcoin Fog, the funds were not "*originally* injected or infused into the[ir] money-laundering scheme" – i.e., "*originally* derived from criminal activity and then laundered" by them.[63] Rather, the funds were received by Bitcoin Fog, at most, via "downstream transaction[s]," only after passing through layers of intermediaries.[64] And in that scenario, as we have seen, § 2S1.1(a)(2) does "not ... aggregate [the] total of the funds involved in each layer."[65] Under USSG §§ 2S1.1(a)(2) and 2B1.1(b)(1)(L), the $47 million figure adds a maximum of 22 points to Sterlingov's base offense level.

---

[58] *Pizano*, 421 F.3d at 727.

[59] *Id.*

[60] *See* Gov. Mem. in Aid of Sentencing at p. 4 (Dkt. 314) (total amount "Directly Sent to BITCOIN FOG" by "vendors from established Darknet sites selling illegal narcotics and other illegal goods").

[61] 6/23/23 Tr. 132-33.

[62] *Van Alstyne*, 584 F.3d at 817.

[63] *Pizano*, 421 F.3d at 707 (emphasis added).

[64] *See Stanford*, 823 F.3d at 850.

[65] *Pizano*, 421 F.3d at 727.

17

**Appx7174**

Resisting this straightforward application of the money laundering guideline, the government seeks to tag Sterlingov with every dollar that ever passed through Bitcoin Fog – in essence, "all money associated with the scheme,"[66] the "total amount of funds … involved in the course of criminal conduct" or otherwise "used by the defendant in an unlawful … transaction."[67] The government thus tries to saddle Sterlingov with an eye-watering $400 million and 28 points – a tenfold increase in funds and a six-point jump in offense levels, translating to decades more prison time.[68]

But the trio of stale cases the government cites to support this extravagant approach[69] all address a long obsolete and "drastically different"[70] version of the money laundering guideline, superseded some 23 years ago and replaced with the prevailing edition we have discussed.[71] Indeed, one of the government's own cases – *Martin* – "specifically recognized" as much, prominently warning: "[A]lthough the district court properly aggregated the funds from layered transactions … under … the 1998 Guidelines, it might be improper … to do so … under … the 2001 Guidelines …."[72] The court that decided *Martin*, the Eleventh Circuit, went on to certify

---

[66] *Van Alstyne*, 584 F.3d at 816.

[67] *Paley*, 442 F.3d at 1276 (citations and internal quotation marks omitted).

[68] Gov. Mem. in Aid of Sentencing at pp. 19-20 (Dkt. 314). This is despite, as this Honorable Court recently observed, "a large portion of those transaction involved licit funds." Dkt. 320 at 1.

[69] *U.S. v. Braxtonbrown-Smith*, 278 F.3d 1348 (CADC 2002); *U.S. v. Owens*, 159 F.3d 221 (CA6 1998); *U.S. v. Martin*, 320 F.3d 1223 (CA11 2003).

[70] *U.S. v. Orlando*, 363 F.3d 596, 599 (CA6 2004) (citation and internal quotation marks omitted).

[71] *See, e.g., Paley*, 442 F.3d at 1277 (distinguishing cases "involv[ing] the old version of § 2S1.1, not the amended version").

[72] *U.S. v. Martin*, 320 F.3d 1223, 1227 n.3 (11th Cir. 2003); *see also id.* (cautioning that 2001 amendment "substantial[ly] change[d] … the [Guidelines'] money laundering provisions" and could affect the laundering calculation); *id.* (admonishing that "our holding today does not apply to the 'value of the laundered funds' in § 2S1.1(a)(2) of the 2001 Guidelines").

18

the impropriety in *Paley*, and every other court we are aware of has followed suit; none, to our knowledge, has taken a contrary view.

More particularly, the Sentencing Commission "extensively"[73] and "substantially amended"[74] the money laundering guidelines in 2001, "substantively"[75] if not "completely chang[ing]"[76] the offense level calculation to produce "dramatically" varied "results."[77] Most striking, as *Martin* itself observed[78] but the government oddly overlooks, the "revised" and still-operative 2001 version dropped the phrase "value of the funds" – a "specific offense characteristic" in the "former" edition – and substituted the phrase "value of the *laundered* funds," also making it a determinant of the base offense level.[79]

Though perhaps a subtle insertion, the addition of the "laundered" modifier was both considered and consequential. In the "pre-amended version of § 2S1.1," the Eighth Circuit thus elaborated, the "value of the funds" simpliciter served as "an indicator of the magnitude of the criminal enterprise, and the extent to which the defendant aided" it.[80] So aggregating layered transactions – considering all "acts and omissions ... during the commission of the offense"[81]

---

[73] *Pizano*, 421 F.3d at 727.

[74] *U.S. v. Martinelli*, 265 F. App'x 784, 786 (CA11 2008); see *Martin*, 320 F.3d at 1227 n.3 ("On November 1, 2001, the Sentencing Guidelines for money laundering were amended substantially.").

[75] *U.S. v. King*, 280 F.3d 886, 891 (CA8 2002).

[76] *U.S. v. Caplinger*, 339 F.3d 226, 234 (CA4 2004).

[77] *Orlando*, 363 F.3d at 602.

[78] *See* 320 F.3d at 1227 n.3.

[79] *Paley*, 442 F.3d at 1276-77; accord *id.* at 1277 ("as we recognized in *Martin*, the 2001 revisions to § 2S1.1 changed the relevant term for sentence calculation purposes from 'the value of the funds' to 'the value of the laundered funds'"); *Martinelli*, 265 F. App'x at 786 (emphasizing that in applying earlier "version of the Guidelines," now superseded, "the court was required to determine the 'value of the funds,' not the amount of 'laundered funds'").

[80] *Pizano*, 421 F.3d at 727-28 (citation and internal quotation marks omitted).

[81] *Martinelli*, 265 F. App'x at 786.

and all amounts "involved in the course of the criminal conduct"[82] – to "determine the value of the funds ... accurately reflect[ed]" the enterprise's "scope" and the "harm that befalls society when law enforcement's efforts to track the ill-gotten gains are impeded."[83]

Alongside the insertion of "laundered," meanwhile, the 2001 amendments also created a new "enhancement for 'sophisticated laundering.'"[84] And that enhancement imposes "additional punishment" because "complex or intricate" laundering "offenses are more difficult and time consuming for law enforcement to detect than less sophisticated laundering" conduct.[85]

The bottom line? As the Eighth Circuit concluded, and other courts seem to unanimously agree, fund value is:

> no longer the only factor reflecting the magnitude of the criminal enterprise. Magnitude also is reflected in the specific offense characteristics that were added to the guideline. Specifically, the sophisticated-laundering enhancement now accounts for the harm that befalls society when law enforcement's efforts to track the ill-gotten gains are impeded by layering. Aggregation is no longer necessary to account for that harm. *See Martin*, 320 F.3d at 1227 n. 3 ("[A]lthough the district court properly aggregated the funds from layered transactions in determining the 'value of the funds' under § 2S1.1(b)(2) of the 1998 Guidelines, it might be improper for a district court to do so when determining the 'value of the laundered funds' under § 2S1.1(a)(2) of the 2001 Guidelines because § 2S1.1(b)(3) of the 2001 Guidelines provides for a two level increase for 'sophisticated laundering.'").[86]

---

[82] *Id.*

[83] *Id.* at 728 (citing *Martin*, 320 F.3d at 1227).

[84] *Pizano*, 421 F.3d at 728.

[85] *Id.* (citations and internal quotation marks omitted).

[86] *Pizano*, 421 F.3d at 728-29. Indeed, more than just "no longer necessary," "[a]ggregation" might well constitute impermissible double-counting where, as here, the government also seeks a sophistication enhancement; *See* Gov. Mem. in Aid of Sentencing at pp. 25-27 (Dkt. 314).

In short, because the "value of the laundered funds"[87] under the 2001 amendments to § 2S1.1 is "limited to [tainted] funds originally injected or infused into the money-laundering scheme,"[88] the government's maximalist position – its $400 million, 28-point demand – distills to an elaborate ruse premised on a legal fallacy. As demonstrated, the appropriate value instead amounts to a small fraction of that bloated sum – no more than $47 million – adding 22 points at most.[89] At minimum, the government's inflated figures severely overstate the seriousness of the offense, counseling a substantially below-guideline sentence.[90]

IV.        **The Proposed Enhancement for Registering a False Domain Name is Unconstitutional as Applied**

Absent a jury determination that Sterlingov violated 18 USC § 3559(g)(1) – that, to quote USSG § 3C1.4, the statute "applies" – adding two points to his offense level on this basis would produce a "substantively unreasonable" sentence.[91]

Under the Fifth and Sixth amendments, as relevant here, any fact "necessary to support a sentence exceeding the maximum authorized by the facts established by a ... jury verdict" – including any fact "*required* to increase a defendant's sentence under the Guidelines"[92] – must be "proved to a jury beyond a reasonable doubt."[93] Put more pointedly, the Constitution

---

[87] *Pizano*, 421 F.3d at 728.

[88] *Id.* In fact, it appears that at least one circuit – the Fourth – limited the value of the funds to criminal proceeds actually laundered even under the defunct 1998 guideline on which the government effectively relies. *See, e.g., U.S. v. Rockson*, Nos. 95-5116, -5098, 104 F.3d 360, 1996 WL 733945, at *8-*9 (CA4 Dec. 24, 1996); *U.S. v. Sobral*, No. 96-4770, 149 F.3d 1172, 1998 WL 276263, at *5 (CA4 May 29, 1998).

[89] Even the $47 million is likely an overstatement of the illicit funds originating from darknet marketplaces, because, among other reasons, the marketplaces also sold legal goods. *See* Tr. 3/4/2024 22:22-23:2.

[90] *See* 18 USC § 3553(a); PSR ¶¶ 162, 164; *cf. U.S. v. Huber*, 462 F.3d 945, 952 (CA8 2006).

[91] *Jones v. U.S.*, 574 U.S. 948 (2014) (Scalia, J., joined by Thomas and Ginsburg, JJ., dissenting from *cert.* denial).

[92] *U.S. v. Booker*, 543 U.S. 220, 284-85 (2005) (Stevens, Souter and Scalia, JJ., partially dissenting).

[93] *Booker*, 543 U.S. at 244.

21

**Appx7178**

"requires proof beyond a reasonable doubt, not by a preponderance of the evidence, of any fact that increases the sentence beyond what could have been lawfully imposed on the basis of facts found by the jury."[94]

Failing a jury determination that Sterlingov violated § 3559(g)(1) by "knowingly falsely register[ing] a domain name and knowingly falsely us[ing it] in the course of th[e] offense," raising his sentence based on a judicial finding to that effect would thus be "substantively unreasonable."[95] In turn, "any fact necessary to prevent a sentence from being substantively unreasonable" – thereby "increas[ing] the penalty to which a defendant is exposed" – is an "element that must be … found by the jury. It *may not* be found by a judge."[96] The government cannot circumvent the requirements of jury trial and proof beyond a reasonable doubt by alleging a hypothetical violation of a federal statute as grounds for a sentence bump.

### V.   Caging Sterlingov for 30 Years – Essentially the Rest of His Natural Life – Would Stoke Unwarranted Sentencing Disparities

Section 3553(a) directs courts to consider "the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct."[97] To back its bid for a *de facto* life sentence, the government relies solely on Ross Ulbricht's case.

But Ulbricht, who got a life sentence for running Silk Road, is only superficially comparable to Mr. Sterlingov because the government buries the lede: Ulbricht undisputedly "commissioned at least five murders," displaying "unnerving" cruelty in "callously," "casually"

---

[94] *Id.* at 319 n.6 (Thomas, J., partially dissenting).

[95] *Jones*, 574 U.S. at 948 (Scalia, J., joined by Thomas and Ginsburg, JJ., dissenting from *cert.* denial).

[96] *Id.* (rejecting proposition that Constitution permits "otherwise unreasonable sentences supported by judicial factfinding, so long as they are within the statutory range").

[97] 18 U.S.C. § 3553(a)(6).

22

and "confident[ly]" negotiating prices with – and delivering "instruct[ions]" to – "hired assassin[s]."[98] On top of that, Ulbricht, unlike Mr. Sterlingov, was charged with and convicted of narcotics "trafficking."[99] And his "drug [crimes] alone" drove the sentence, "yield[ing] a calculated offense level of 50."[100] Still, as the Second Circuit elaborated, the "attempted murders for hire separate this case from that of an ordinary drug dealer, regardless of the quantity of drugs involved," bespeaking "exceptionally destructive" "conduct and character" and "significantly justif[ying] the life sentence."[101] Far from similarly situated, Ulbricht and Mr. Sterlingov are thus demonstrably different.

Just weeks after the government shut down Silk Road and arrested Ulbricht, Brian Farrell and Blake Benthall launched Silk Road 2.0.[102] Farrell, who admitted to "approving and suspending vendors, dealing with help tickets, providing technical support, serving as a forum moderator, and promoting staff members," was sentenced to 96 months' imprisonment.[103] His sentence was ultimately reduced by approximately 25% pursuant to a successful compassionate release petition.[104] For his part, Benthall cooperated with the government, served approximately "eight

---

[98] *U.S. v. Ulbricht*, 858 F.3d 71, 130-31 & n.68 (CA2 2017).

[99] *Id.* at 82.

[100] *Id.* at 130.

[101] *Id.* at 131 & n.68.

[102] *U.S. v. Farrell*, Dkt. 15-cr-00029, Dkt. 1 (WDWA) ("Later that year [following Silk Road's closure in October 2013], in the wake of these developments, Silk Road 2.0 ("SR2") was launched. SR2 also operated on the TOR network…[and] contained a user-friendly interface with links to various categories of items for sale on the site, including drugs such as MDMA (Ecstasy), LSD, cannabis, hashish, methamphetamine, cocaine, and heroin. The site offered illegal items aside from drugs, including weapons, fake identification cards, drug paraphernalia, counterfeit merchandise, stolen identity/credit cards, and malicious software and computer equipment.").

[103] *Id.*, Gov. Sentencing Mem., Dkt. 66 at 4; Judgment, Dkt. 74 at 1.

[104] *Id.*, Order on Motion for Compassionate Release, Dkt. 100 at 9.

23

months of incarceration" and is now a crypto entrepreneur.[105] Taking Farrell and Bethall into account, Ulbricht's operation of Silk Road had little to do with the life sentence that he ultimately received.

Beyond its inapt comparison to Ulbricht, the government's sentencing recommendation also omits and overlooks comparable cases where defendants received significantly lower sentences than what the guidelines provide, or the government or Probation recommend.

Of relevance is the case involving the founders of Tornado Cash, a mixing service like Bitcoin Fog that, according to the U.S. Treasury, "launder[ed] more than $7 billion worth of virtual currency" including "over $455 million stolen by the Lazarus Group, a Democratic People's Republic of Korea (DPRK) state-sponsored hacking group...."[106] While Storm, a co-founder, has yet to be convicted or sentenced, his partner in the Netherlands, Alexey Pertsev, was convicted at trial in the Netherlands and sentenced to 64 months imprisonment (a sentence that would likely confine him to a correctional facility for a little over three years).[107]

In this District, Judge Rosemary M. Collyer imposed noncustodial sentences on the founders and operators of "E-gold," a "digital currency" that allowed users to open "accounts with

---

[105] Ryan Mac & Kashmir Hill, He was an online drug lord. now he's a crypto entrepreneur. The New York Times (2024), https://www.nytimes.com/2024/07/24/business/blake-benthall-silk-road-crypto.html?searchResultPosition=1#after-bottom (last visited Aug 6, 2024).

[106] U.S. Treasury sanctions notorious virtual currency mixer Tornado cash, U.S. Department of the Treasury (2022), https://home.treasury.gov/news/press-releases/jy0916 (last visited Aug 6, 2024); see also U.S. v. Storm, Dkt. 23-cr-00430-KPF, Dkt. 53 at 11 (SDNY) ("The Indictment in this case alleges that ... the Tornado Cash service operated as a large-scale money laundering enterprise... laundered[ing] at least $1 billion in criminal proceeds for a host of cyber criminals, including ... hundreds of millions of dollars' worth of cryptocurrency for North Korea's weapons of mass destruction program.").

[107] Notably, defendants in the Netherlands are eligible for release during the last two years of their sentence. See Ministerie van Justitie en Veiligheid, Voorwaardelijke invrijheidstelling (V.I). Openbaar Ministerie (2022), https://www.om.nl/onderwerpen/voorwaardelijke-invrijheidstelling (last visited Aug 6, 2024); Sarah Jacob, Tornado cash developer convicted of money laundering Bloomberg Law (2024), https://news.bloomberglaw.com/litigation/tornado-cash-developer-pertsev-found-guilty-of-money-laundering (last visited Aug 6, 2024).

obviously bogus and false contact information" – including accounts in the name of Mickey Mouse. E-gold was a "highly-favored method of payment for [fraudsters and] sellers of child pornography ... [and i]n some instances... the only method of payment available on websites offering child pornography for sale[.]"[108] The defendants knew "E-gold" was being used by child pornographers and other fraudsters but continued running the operation.[109] For his conduct, principal owner Douglas Jackson was sentenced to time served following a plea and cooperation with the government.[110] Meanwhile, co-owners Barry Downey and Reid Jackson received 180-day suspended sentences.[111]

Likewise, Binance founder and CEO Changpeng Zhao, one of the richest men in the world, was recently sentenced to four months imprisonment for similar conduct.[112] Zhao permitted Binance "to open accounts and deposit, trade, and withdraw cryptocurrency by providing only an email address."[113] As a result:

> [I]llicit actors used Binance's exchange in various ways, including operating mixing services that hid the source and ownership of cryptocurrency; transacting in illicit proceeds from ransomware attacks; and moving proceeds of darknet market transactions, exchange hacks, and various internet-related scams. For example, between August 2017 and April 2022, there were direct transfers of about $106 million in bitcoin to Binance.com wallets from Hydra, the world's then-largest darknet marketplace used by criminals to facilitate the sale of illegal goods and services. These transfers occurred over time to a relatively small number of unique

---

[108] *U.S. v. E-Gold, LTD, et. al.* Docket No. 07-cr-00109, Indictment, Dkt. 1 at 6, 7, and 8 (DDC).

[109] *Id.*, Government Sentencing Memorandum, Dkt. 174 at 2-3 ("When agents executed a search warrant at E-gold's business office in December 2005, they found internal records showing that E-gold had identified more than 3,000 accounts involved in buying or selling child pornography, more than 13,000 accounts involved in various types of investment scams, and more than 3,000 accounts involved in credit card fraud.").

[110] *Id.*, Judgment, Dkt.189 at 2.

[111] *Id.*, Judgments, Dkt.184 and 186.

[112] *See U.S. v. Zhao*, Dkt. 23-cr-00179 (WDWA).

[113] *U.S. v. Zhao* Government Sentencing Memorandum, Dkt. 78 at 5.

25

addresses—reflecting "cash out" activity by repeat Hydra users, such as vendors selling illicit goods or services. Similarly, from February 2018 to May 2019, Binance processed more than $275 million in deposits and more than $273 million in withdrawals from BestMixer—one of the largest cryptocurrency mixers in the world until it was shut down by Dutch authorities in May 2019.[114]

\*\*\*

Binance critically undermined the effectiveness of U.S. sanctions against Iran by providing its Iranian customers the ability to transact with the U.S. customers that Binance depended on to provide liquidity on the exchange. Zhao and other Binance senior leaders knew that Binance served customers both in the United States and in jurisdictions subject to comprehensive U.S. sanctions; that U.S. sanctions laws generally prohibited U.S. persons from transacting with persons in jurisdictions subject to comprehensive U.S. sanctions; that Binance's proprietary "matching engine" would necessarily cause U.S. persons to transact with persons in jurisdictions subject to comprehensive U.S. sanctions; and that Binance did not have controls in place to prevent such violations of U.S. law—because Binance chose not to collect KYC information from most of its user base or implement effective blocks based on internet protocol (IP) addresses. Because Binance chose not to implement comprehensive controls blocking transactions that violated U.S. sanctions, between in or about January 2018 through May 2022, Binance caused at least 1.1 million transactions in violation of U.S. sanctions between customers in the United States and customers ordinarily resident in Iran, with an aggregate transaction value of at least $898,618,825. Binance also caused millions of dollars in trades between U.S. customers and customers in other comprehensively sanctioned jurisdictions, including Cuba, Syria, and the Ukrainian regions of Crimea, Donetsk, and Luhansk.[115]

Binance – which not only anonymized transactions but also profited by allowing users to convert their cryptocurrency into U.S. dollars or other fiat currency (which Bitcoin Fog did not do, because it was not an exchange) – made "more than $1.6 billion" from the scheme.[116] To keep

---

[114] *Id.* at 5-6.

[115] *Id.* at 5-8.

[116] *Id.* at 9.

26

**Appx7183**

Binance's profits flowing, "Zhao directed Binance employees in a sophisticated scheme to disguise their customers' locations in an effort to deceive regulators about Binance's client base."[117] Despite the government's request for a 36-month custodial sentence, Zhao was sentenced to four months imprisonment.[118] Mr. Sterlingov has already spent ten times this sentence incarcerated pre- and post-trial.

The largest relevant custodial sentence the defense located involved Liberty Reserve defendants Arthur Budovksy and Vladimir Kats. Both, however, were serial recidivists, *who after probationary sentences* for the same conduct created a money laundering business that "had more than 5.5 million user accounts worldwide and had processed more than 78 million financial transactions with a combined value of more than $8 billion."[119]

As early as 1999, Budovsky and Kats started laundering funds through "a fake charity" cashing checks and providing "a fraudulent tax write-off" for "a commission that Budovsky and Kats kept for themselves."[120] The two subsequently "laundered money for medical clinics in Brooklyn and Queens involved in no-fault auto insurance fraud" by depositing and cashing checks through shell-companies.[121] A couple of years later, the defendants acquired "GoldAge," a digital

---

[117] *Id.* at 2.

[118] *Id.* at 16; Judgment at Dkt. 90; *see also U.S. v. Hayes et. al.,* Dkt. 20-cr-500, Dkt. 334 at 1 and 5 (SDNY) (probationary sentences for owners and operators of BitMEX, one of the largest cryptocurrency derivatives platforms in the world for enabling "its users [which included criminals] to transact trillions of dollars anonymously…"). BitMEX allowed customers to register accounts with "only an email address" enabling them to anonymously conduct "at least $209 million worth of transactions with known darknet markets or unregistered money services businesses providing mixing services." FinCEN announces $100 million enforcement action against Unregistered Futures Commission merchant BitMEX for Willful Violations of the bank secrecy act, FinCEN.gov (2021), https://www.fincen.gov/news/news-releases/fincen-announces-100-million-enforcement-action-against-unregistered-futures (last visited Aug 7, 2024). "[S]enior leadership" later covered up the conduct by altering "U.S. customer information."

[119] *See U.S. v. Kats,* Dkt. 13-cr-00368 Government Sentencing Submission, Dkt. 359 at 3 (SDNY).

[120] *Id.* at 8.

[121] *Id.*

currency exchange, through which clients illicitly transmitted "at least $30 million."[122] Both were arrested, charged in New York state and ultimately sentenced to five years' probation.[123] "Immediately after" their conviction and while still on probation, the defendants "returned to the exact same type of criminal activity by running Liberty Reserve."[124] To obfuscate their dealings, "Budovsky and Kats [] incorporated Liberty Reserve in Costa Rica and opened several offshore bank accounts."[125] Budovsky even "moved to Costa Rica and renounced his U.S. citizenship."[126] Both pled guilty. Kats, who was arrested in possession of "hundreds of images of child pornography," cooperated with the government.[127] In recognition of the strong need for specific deterrence, Budovsky and Kats were sentenced to 240 and 120 months, respectively. Their coconspirators Mark Marmilev, Maxim Chukharev, and Azzeddome El Amine were respectively sentenced to 60 months, 36 months, and time-served (after cooperation). As the *Kats* case demonstrates, serial recidivists, undeterred by prior convictions, who spent a lifetime laundering funds and illicitly transmitted more than $8 billion received sentences far below what the government recommends here.

Even the government would agree that Mr. Sterlingov is not a murderer or a serial recidivist. Moreover, the $400 million sent through Bitcoin Fog (or the much smaller amount of funds "laundered") pales in comparison to the billions of dollars sent through other services.

---

[122] *Id.* at 9; Press Release (2006), https://web.archive.org/web/20070312035759/http://www.manhattanda.org/whatsnew/press/206-07-27.html (last visited Aug 6, 2024).

[123] *See Kats*, Dkt. 13-cr-00368, Government Sentencing Submission, Dkt. 359 at 3 and 37-38 (SDNY).

[124] *Id.* at 38.

[125] *Id.*

[126] *Id.*

[127] *See id*, Budovsky Sentencing Submission, Dkt. 343 at 56

28

Certainly Mr. Sterlingov's crimes are not worse than the defendants above or those who commit gruesome acts of violence, prey on the weak and poor, or bilk elderly victims' retirement savings and extend their working lives for years.[128] While some of the above cases were resolved through pleas (including to Bank Secrecy Act violations that implicate § 2S1.3(a)(1), a guideline that does not increase based on the value of relevant funds), the conduct is substantially similar and there is no reason why Mr. Sterlingov deserves a grossly disproportionate sentence. These reasons alone warrant a sentence substantially below both the guidelines and the two recommendations.

**VI.      Specific and General Deterrence Do Not Necessitate a Lengthy Sentence**

"Deterrence, incapacitation, and rehabilitation are prospective and societal—each looks forward and asks: What amount and kind of punishment will help make society safe? In contrast, retribution imposes punishment based upon moral culpability and asks: What penalty is needed to restore the offender to moral standing within the community?"[129] A lengthy period of confinement in this case would do little, if anything, to advance these societal interests. Indeed, numerous studies have shown there is "no decisive evidence to support the conclusion that harsh sentences actually have a general and specific deterrent effect on potential white-collar offenders."[130] These findings reflect the commonsense conclusion that no jail sentence is "short" to the person who must spend his time confined to a correctional facility, separated from friends and loved ones.

---

[128] *See U.S. v. Harrigan*, Dkt. 22-cr-00104-RBW (DCD) (sentencing defendant to 210 months for approximately three dozen armed robberies and attempted robberies of various businesses); *See U.S. v. Merrill*, Dkt. 14-cr-40028-TSH (D. Mass) (sentencing cofounder and operator of TelexFree to 72 months for a worldwide pyramid scheme with almost two million participants that lost over $3 billion and cost victims their life savings, homes, and even marriages).

[129] *U.S. v. Cole*, 622 F. Supp. 2d 632, 637 (N.D. Ohio 2008).

[130] Zvi D. Gabbay, Restorative Justice and White Collar Crime, 8 CARDOZO J. CONFLICT RESOL. 421, 447-48 (2007); Michael Tonry, Purposes and Functions of Sentencing, 34 CRIME &JUST. 1, 28 (2006) ("[I]ncreases in severity of punishment do not yield significant (if any) marginal deterrent effects. . . . Three National Academy of Science panels . . . reached that conclusion as has every major survey of the evidence.").

As for Mr. Sterlingov, having never previously been in contact with the criminal justice system, much less arrested or convicted of a crime, he is a true first-time offender. From a sentencing perspective, this fact is important. There is "a demonstrable difference in the recidivism rates of real first-time offenders as compared to other defendants in Criminal History Category I."[131] There is simply no need to subject Mr. Sterlingov to additional years of incarceration. He has already spent 1206 days – three years, three months and 19 days – locked up in a foreign country. Except for his cousin, Mr. Sterlingov has not seen his family or closest friends in almost three-and-a-half years. He missed birthdays, funerals, and other significant milestones. He was unable to support his loved ones, including Anders Karlsson, a father figure that passed away while Mr. Sterlingov was incarcerated, in their time of need. In short, no rational human being – including Mr. Sterlingov – would ever knowingly and intentionally choose to endure what he has experienced over the past several years.

To the extent there is any need for general, as opposed to specific, deterrence, it has long been satisfied by the publicity attending this case and similar ones, including Helix,[132] Samurai

---

[131] *U.S. v. Germosen*, 473 F. Supp. 2d 221, 227 (D. Mass. 2007) (citation omitted); *see also* Amendments to the Sentencing Guidelines at 52, available at https://www.ussc.gov/sites/default/files/pdf/amendment-process/official-textamendments/202305_Amendments.pdf ("Recidivism data analyzed by the Commission shows, however, that offenders with zero criminal history points have considerably lower recidivism rates than other offenders, including offenders with one criminal history point.").

[132] *See* Ohio Resident Pleads Guilty to Operating Darknet-Based Bitcoin 'Mixer' That Laundered Over $300 Million, United States Department of Justice (Aug. 18, 2021), https://www.justice.gov/opa/pr/ohio-resident-pleads-guilty-operating-darknet-based-bitcoin-mixer-laundered-over-300-million.

Wallet,[133] Tornado Cash,[134] BTC-e,[135] and Binance.[136] These cases have reached national and international audiences. As studies have shown, "it is the *'certainty of apprehension* and not the severity of the legal consequence ensuing from apprehension' that is a more effective deterrent."[137] Thus, "general deterrence comes from better visibility of policing, which increases certainty of punishment, rather than increasing the severity of punishment on the back end."[138] Given the extensive publicity surrounding the prosecutions mentioned above, anyone paying even an iota of attention knows the government will vigorously pursue similar conduct, by domestic and foreign actors alike. Anyone who could be deterred already has been deterred.

## VII.  Excessive Incarceration Is Needlessly Punitive Given BOP Policies Toward Noncitizen Defendants

Section 3553 requires courts to consider "the kinds of sentences available" and "the need for the sentence imposed . . . to provide the defendant with . . . correctional treatment in the most effective manner."[139] The extent to which a particular sentence comports with these dictates depends not only on whether and for how long a defendant is sent to prison, but also on the type

---

[133] *See* Founders and CEO of cryptocurrency mixing service arrested and charged with money laundering and unlicensed money transmitting offenses, Southern District of New York (2024), https://www.justice.gov/usao-sdny/pr/founders-and-ceo-cryptocurrency-mixing-service-arrested-and-charged-money-laundering.

[134] *See* U.S. Treasury sanctions notorious virtual currency mixer Tornado cash, U.S. Department of the Treasury (2022), https://home.treasury.gov/news/press-releases/jy0916.

[135] *See* BTC-e operator pleads guilty to money laundering conspiracy, United States Department of Justice (2024), https://www.justice.gov/usao-ndca/pr/btc-e-operator-pleads-guilty-money-laundering-conspiracy.

[136] *See* Binance and CEO plead guilty to federal charges in $4B resolution, United States Department of Justice (2023), https://www.justice.gov/opa/pr/binance-and-ceo-plead-guilty-federal-charges-4b-resolution.

[137] *U.S. v. Walker*, 252 F. Supp. 3d 1269, 1297 (D. Utah 2017), *aff'd*, 918 F.3d 1134 (10th Cir. 2019) (quoting Daniel S. Nagin, *Deterrence in the Twenty–First Century*, Crime and Justice in America: 1975–2025, at 202 (2013)) (emphasis in original).

[138] *Id*, *see also U.S. v. Adelson*, 441 F. Supp. 2d 506, 514 (S.D.N.Y. 2006), *aff'd*, 301 F. App'x 93 (2d Cir. 2008) (highlighting considerable evidence that even relatively short sentences can have a strong deterrent effect on prospective 'white collar' offenders") (internal citations omitted).

[139] 18 U.S.C. §§ 3553(a)(3), (a)(2)(D); *see also id.* § 3553(a) (mandating sentence "sufficient, but not greater than necessary, to comply with" punishment's "purposes").

Appx7188

of prison the person is sent to – a year in a minimum-security Federal Prison Camp ("FPC") is a very different punishment than a year in a higher security institution. Reflecting this fact and the adage that punishment should fit both offender and crime, the bulk of first-time, nonviolent offenders are sent to minimum security FPCs.

But Mr. Sterlingov, a foreign national, will not be permitted to serve his time at an FPC.[140] Rather, based on his classification as a noncitizen, he will automatically be imprisoned at a Federal Correctional Institution ("FCI"), a facility far more restrictive and hazardous than otherwise required.[141] Adding to the harsher living conditions, he will be incarcerated with a more hardened and dangerous prison population, which "may be of particular concern to Mr. Sterlingov who is only 5'7" and a slight 130 pounds."[142]

Mr. Sterlingov also faces further incarceration after his criminal sentence ends while he is transferred to ICE custody and awaits arrangements between the United States and Sweden to process his deportation, which could take many months and confine him to "[p]rivately-run and operated prisons [that] have consistently been under investigation over previous decades for poor management, lack of programming, lower-level of medical care and heightened rates of assaults."[143]

Finally, because of his immigration status, Mr. Sterlingov will be ineligible for early release to home confinement or a residential reentry center for the last 10% of his sentence. He is also ineligible for RDAP credit. Nor will he receive any benefit for participating in First Step Act

---

[140] *See* Decl. of J. Sickler, attached as Ex. C, at ¶ 6.

[141] *See id.* at ¶¶ 6-20 (comparing FCP and FCI facilities).

[142] *Id.* at ¶ 18 ("Statistically, there is a 143 percent greater chance of being assaulted at an FCI as opposed to a camp... the rate of 'serious assault' is 553 percent higher in low-security institutions than minimum-security camps.").

[143] *Id.* at ¶ 27.

32

programming.[144] The net effect of Mr. Sterlingov's immigration status is that "he will serve a significantly higher percentage of his sentence than a US citizen" in conditions that are "more hostile" and "unsanitary," placing him at "unnecessary risk."[145]

No evidence exists that the Sentencing Commission took the conditions of a defendant's confinement into account in creating the Guidelines. To the contrary, "the guidelines did *not* take into account the possibility that a defendant's alienage might significantly transform the severity of the entire length of his sentence, especially if the sentence is for an offense that is in no way intrinsically related to immigration."[146] To account for this inequity and additional punishment, courts have imposed sentences far below what the guidelines recommend.[147]

For these further reasons, the defense respectfully contends that a substantial downward departure or variance – and a sentence significantly below those recommended – is appropriate.[148]

## VIII.      Defense Ideology

Finally, dredging up everything but the kitchen sink, the government accuses "defendant's counsel and defense team" of "attempt[ing] to frame the defendant's crimes in ideological terms, falsely portraying Bitcoin Fog as a misunderstood privacy service while

---

[144] *Id.* at ¶¶ 21-22.

[145] *Id.* at ¶ 40.

[146] *U.S. v. Bakeas*, 987 F. Supp. 44, 50 (D. Mass. 1997) ("Both the inappropriate severity of the sentence, and the fact that it is due solely to Bakeas' non-citizenship, make a downward departure proper in this case.") (emphasis added).

[147] *See e.g., U.S. v. Connolly et. al.*, Docket No. 16-cr-370 (SDNY 2019), Dkt. 451, at 91 and 95 (sentencing fraud defendant to "time served, plus three years of supervision, to include a term of nine months' home confinement to be served in the United Kingdom" despite a Guideline range of 57-71 months' imprisonment based on ineligibility "to serve his sentence in the same way that any American citizen who stood convicted of this crime would serve ...").

[148] *See U.S. v. Smith*, 27 F.3d 649, 655 (D.C. Cir. 1994) ("a downward departure may be appropriate where the defendant's status as a deportable alien is likely to cause a fortuitous increase in the severity of his sentence...");
U.S.S.G. § 5K2.0(a)(2) (allowing sentencing court to depart if the court finds "that there exists an aggravating or mitigating circumstance of a kind, or to a degree, not adequately taken into consideration by the Sentencing Commission in formulating the guidelines.").

33

ignoring mountains" of what it calls incriminating "evidence."[149] The government attacks a straw man – defense counsel. But defense attorneys, no less than prosecutors, are entitled to try cases as they see fit.[150] That government lawyers disapprove of strategies they impute to adversaries has no plausible bearing on any sentencing factor enunciated in 18 USC § 3553(a), and the prosecutors suggest none.

Likewise, the government misleadingly suggests that counsel's acceptance of funds in July was concurrent with the defendant's submission of financial statements in April.[151] Yet as experience attests, defendants often secure assets to hire private counsel after charges have been filed. The Court should discount these red herrings for what they are: rhetorical bluster designed solely to inflame.

## CONCLUSION

For the foregoing reasons, Defendant Roman Sterlingov requests that this Court impose a sentence substantially below both those recommended by the government and Probation.

---

[149] Gov. Mem. in Aid of Sentencing at pp. 39-40 (Dkt. 314).

[150] *See*, e.g., *McCoy v. La.*, 584 U.S. 414, 422 (2018) (reaffirming maxim that "[t]rial management is the lawyer's province: Counsel provides his or her assistance by making decisions such as what arguments to pursue, what evidentiary objections to raise, and what agreements to conclude regarding the admission of evidence") (citation and internal quotation marks omitted).

[151] Gov. Mem. in Aid of Sentencing at pp. 43-44 (Dkt. 314).

Dated: August 15, 2024
New York, New York


Respectfully submitted,


/s/ Tor Ekeland
Tor Ekeland (NY Bar No. 4493631)
*Pro Hac Vice*
Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY 10005
t:  (718) 737 - 7264
f:  (718) 504 - 5417
tor@torekeland.com

/s/ Michael Hassard
Michael Hassard (NY Bar No. 5824768)
*Pro Hac Vice*
Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY 10005
t:  (718) 737 - 7264
f:  (718) 504 - 5417
michael@torekeland.com

 /s/  Maksim Nemtsev
Maksim Nemtsev (MA Bar No. 690826)
*Pro Hac Vice*
20 Park Plaza, Suite 1000
Boston, Massachusetts 02116
t:  (617) 227-3700
f:  (718) 701-5922
max@mnpc.law


*Counsel for Defendant Roman Sterlingov*

35

**Appx7192**

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of August 2024, the forgoing document was filed with the Clerk of Court using the CM/ECF System. I also certify that a true and correct copy of the foregoing was sent to the following individuals via e-mail:

<u>s/ Michael Hassard</u>

U.S. Department of Justice
District of Columbia
555 Fourth St. N.W.
Washington, D.C. 20530

Catherine Pelker
Catherine.Pelker@usdoj.gov

Christopher Brown
Christopher.Brown6@usdoj.gov

Jeffrey Pearlman
Jeffrey.pearlman@usdoj.gov

Appx7193

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ROMAN STERLINGOV,<br><br>*Defendant.* | Criminal Action No. 21-399 (RDM) |

MEMORANDUM OPINION

Before the Court is the government's motion for a preliminary order of forfeiture, Dkts. 297, 310, which Defendant Roman Sterlingov opposes, Dkt. 305. The government seeks a $395 million money judgment against Sterlingov, as well as forfeiture of six specific properties and substitute properties to be credited towards that money judgment. Dkt. 297 at 5–10.

The Court issued an Order on August 14, 2024, setting forth its preliminary view that the government's proposed order of forfeiture should be entered. Dkt. 320. The Court noted that, in prior rulings, it had previously rejected many of the arguments Sterlingov raised in his opposition. *Id.* at 2–5. The Court, however, concluded that two of Sterlingov's arguments warranted further consideration: (1) "whether the amount of any forfeiture judgment should be reduced by amounts, if any, that the government has already received (or will receive)" from forfeiture judgments against other defendants or from prior seizures of funds from darknet marketplaces; and (2) "whether the amount of the proposed forfeiture is excessive in violation of the Eighth Amendment prohibition on 'excessive fines.'" *Id.* at 1. On August 21, 2024, the Court held a hearing and heard argument from the parties regarding these two issues.

For the reasons that follow, the Court concludes that none of Sterlingov's arguments

1

**Appx7194**

provides a basis for denying or reducing the government's proposed forfeiture order. The Court will, accordingly, **GRANT** the government's motion for a preliminary order of forfeiture. Because this order is preliminary, however, the parties may still "suggest revisions or modifications before the order becomes final as to the defendant" at sentencing. Fed. R. Crim. P. 32.2(b)(2)(B).

## I. BACKGROUND

The Court has previously set forth the factual and procedural history of the case, *see, e.g.,* Dkts. 116, 259, 307, and the history relevant to the instant motion, *see* Dkt. 320, and the Court will not repeat that background here. After a month-long jury trial, Sterlingov was convicted of four counts: money laundering conspiracy, in violation of 18 U.S.C. § 1956(h) (Count One); money laundering, in violation of 18 U.S.C. § 1956(a)(3)(A) (Count Two); operating an unlicensed money transmitting business, in violation of 18 U.S.C. § 1960(a) (Count Three); and operating an unlicensed money transmitting business, in violation of D.C. Code § 26-1023(c) (Count Four). Dkt. 271. As part of Sterlingov's sentence, the government seeks forfeiture of property pursuant to the "Forfeiture Allegations" set forth in the Superseding Indictment. Dkt. 43; *see* Fed. R. Crim. P. 32.2. In particular, the government seeks: (1) a "forfeiture money judgment for a sum of money equal to the value of any property, real or personal, involved in Courts One, Two, and Three, and any property traceable thereto;" (2) forfeiture of six "specific propert[ies] upon conviction of the offenses alleged in Counts One, Two, and Three;" and (3) if any of this property "cannot be located upon the exercise of due diligence," "has been transferred [to] a third party," or "has been placed beyond the jurisdiction of the Court," forfeiture of substitute property "up to the value" of the money judgment. Dkt. 43 at 5–6.

At Sterlingov's request, the Court submitted the question of forfeiture of the six specific properties to the jury after it returned its decision on the substantive charges. The jury

2

unanimously found, by a preponderance of the evidence, that each of the six specific properties—cryptocurrency maintained in specified accounts or held in a specified "Bitcoin Fog wallet"—was subject to forfeiture. Dkt. 274.

## A.    Statutory Framework

Criminal forfeiture is "an aspect of punishment imposed following conviction of a substantive criminal offense." *Libretti v. United States*, 516 U.S. 29, 39 (1995). In contrast to restitution, which focuses on making the victim whole, forfeiture focuses on punishing the defendant. "Forfeitures help to ensure that crime does not pay: They at once punish wrongdoing, deter future illegality, and 'lessen the economic power' of criminal enterprises." *Kaley v. United States*, 571 U.S. 320, 323 (2014) (citation omitted).

Criminal forfeiture is governed by Federal Rule of Criminal Procedure 32.2. After a guilty verdict, "the court must determine what property is subject to forfeiture under the applicable [forfeiture] statute." Fed. R. Crim. P. 32.2(b)(1)(A). Rule 32.2 further provides that "[t]he court's determination may be based on evidence already in the record" and "any additional evidence or information submitted by the parties and accepted by the court as relevant and reliable." Fed. R. Crim. P. 32.2(b)(1)(B). Because criminal forfeiture is an aspect of sentencing, rather than a substantive offense, the government need only "prove its forfeiture allegations by a preponderance of the evidence." *United States v. DeFries*, 129 F.3d 1293, 1312 (D.C. Cir. 1997).

Here, the government relies on a criminal forfeiture statute, 18 U.S.C. § 982(a)(1), which applies to Counts One, Two, and Three (the money laundering conspiracy, "sting" money laundering, and operation of an unlicensed money transmitting business counts). Dkt. 43 at 6. The forfeiture statute does not apply to Count Four (the D.C. unlicensed money transmitting business count). Section 982(a) provides in relevant part:

> The court, in imposing sentence on a person convicted of an offense in violation

3

of section 1956, 1957, or 1960 of this title, shall order that the person forfeit to the United States any property, real or personal, involved in such offense, or any property traceable to such property.

18 U.S.C. § 982(a)(1).

Section 982 also incorporates the substitute property provisions of 21 U.S.C. § 853(p). *See id.* § 982(b). Under those provisions, the government may seek forfeiture of substitute property where, "as a result of any act or omission of the defendant," it cannot obtain the actual property involved in the offense. 21 U.S.C. § 853(p)(1)–(2). Section 982(b)(2), however, contains an exception: the substitute property provision "shall not be used" where a defendant convicted of money laundering "acted merely as an intermediary who handled but did not retain the property in the course of the money laundering offense." 18 U.S.C. § 982(b)(2). But it then provides an exception to this exception: even where the defendant acted as a mere "intermediary," a court must nonetheless order forfeiture if the defendant conducted "three or more separate transactions involving a total of $100,000 or more in any twelve month period." *Id.*

Forfeiture is mandatory if the statutory criteria are satisfied. *See United States v. Monsanto,* 491 U.S. 600, 607 (1989). "If the court finds that property is subject to forfeiture, it must promptly enter a preliminary order of forfeiture setting forth the amount of any money judgment, directing the forfeiture of specific property, and directing the forfeiture of any substitute property" when applicable. Fed. R. Crim. P. 32.2(b)(2)(A).

**B.      Constitutional Framework**

Although forfeiture is statutorily mandated, the Court's authority to order forfeiture is limited by the Eighth Amendment's Excessive Fines Clause. "The Excessive Fines Clause [] 'limits the government's power to extract payments, whether in cash or in kind, as punishment for some offense.'" *United States v. Bikundi,* 926 F.3d 761, 795 (D.C. Cir. 2019) (quoting *Timbs v. Indiana,* 139 S. Ct. 682, 687 (2019)). The Clause applies to "punitive" forfeitures, such as *in*

4

*personam* forfeiture orders pursuant to § 982(a)(1). *United States v. Bajakajian*, 524 U.S. 321, 332 (1998).

The "test for [constitutional] excessiveness" rests on "the principle of proportionality: The amount of the forfeiture must bear some relationship to the gravity of the offense that it is designed to punish." *Id.* at 332–34. In other words, "[a] punitive forfeiture violates the Excessive Fines Clause 'if it is grossly disproportional to the gravity of a defendant's offense.'" *Bikundi*, 926 F.3d at 795 (quoting *Bajakajian*, 524 U.S. at 334). In *Bajakajian*, "the Supreme Court discussed four factors" to consider in assessing proportionality: "(1) the essence of the crime; (2 whether the defendant fit into the class of persons for whom the statute was principally designed; (3) the maximum sentence and fine that could have been imposed; and (4) the nature of the harm caused by the defendant's conduct." *Id.* at 795. "[T]he four factors derived from *Bajakajian* hardly establish a discrete analytic process," but they nonetheless guide the Court's constitutional inquiry and indicate "danger signals." *Collins v. S.E.C.*, 736 F.3d 521, 527 (D.C. Cir. 2013).

## II.  ANALYSIS

### A.      Property Subject to Forfeiture

The government alleges that the money judgment and six specific properties are directly forfeitable under § 982(a)(1) because these properties were "involved in" the offenses charged in Counts One, Two, and Three of the Indictment, and Sterlingov was convicted of those offenses. Dkt. 297 at 2 (quoting 18 U.S.C. § 982(a)(1)). Starting with its request for a money judgment, the government argues that "all deposits" made into Bitcoin Fog over the course of its operation were "involved in" Sterlingov's offenses, and accordingly seeks "the total value" of those deposits—a money judgment totaling $395,563,025.39. *Id.* at 3, 6. And as for the six specific properties, the government argues that forfeiture is required because the jury found, by Special Verdict, that these properties bore the requisite "nexus" to Sterlingov's offenses and

5

were thus "involved in" those offenses. *Id.* at 7. The government also seeks substitute property—namely, 10.25623378 bitcoin "seized from the defendant's Mycelium wallets"—because some of the properties subject to direct forfeiture "ha[ve] been transferred or sold to, or deposited with, a third party," and "cannot be located upon the exercise of due diligence." *Id.* at 8–10 (quoting 21 U.S.C. § 853(p)(1)). To the extent the government obtains the six specific properties and any substitute property, the value of those assets will be credited against the money judgment. *Id.* at 10.

Sterlingov resists the proposed forfeiture on several grounds. As explained below and in the Court's August 14, 2024 Order, Dkt. 320, the Court has previously rejected many of Sterlingov's arguments, and his new arguments fare no better.

*First*, Sterlingov contends that the $395 million money judgment is unwarranted because "most of the funds" deposited into Bitcoin Fog "were [not] illicit." Dkt. 305 at 3. This argument misapprehends the reach of § 982(a), which does not limit forfeiture to illicit funds. Rather, the statute reaches all funds "involved in" the covered offenses. 18 U.S.C. § 982(a)(1). As the Court has previously explained, the words "involved in" "sweep[] broadly" to include licit funds that are commingled with illicit funds in order to "conceal the nature and source" of the illicit funds. Dkt. 320; Dkt. 116 at 11 (quoting *Bikundi*, 926 F.3d at 793) (alterations omitted).

At trial, the government adduced evidence that roughly 1,284,251 bitcoin ("BTC") was deposited into Bitcoin Fog over the course of its operation, valued at approximately $395 million "as of the time the funds were received."[1] Dkt. 297 at 4. Bitcoin Fog commingled (or "tumbled") licit deposits with illicit ones, thereby allowing criminal users to deposit proceeds from unlawful activities and to withdraw untraceable, clean funds. *See* Dkt. 106-1 at 2

---

[1] Sterlingov does not dispute that the correct time to value the bitcoin was at the time of deposit. *See generally* Dkt. 305.

(advertising that Bitcoin Fog "mak[es] it impossible to prove any connection between a deposit and a withdraw[al] inside our service"). Thus, because the licit funds deposited into Bitcoin Fog were used in the money laundering service, those funds were "involved in" Sterlingov's offenses and are thus directly forfeitable. *See* Dkt. 116 at 11.

At oral argument, counsel for Sterlingov argued that the licit funds are not forfeitable because they were not strictly "necessary" to "the functioning of Bitcoin Fog." Dkt. 323 at 53. True enough—Bitcoin Fog could, in theory, have operated by mixing only illicit deposits. But forfeiture is not limited to funds that are strictly "necessary" to carry out the scheme. Forfeiture is mandatory so long as the licit funds "facilitated" the scheme, as they did here. Dkt. 297 at 2. Bitcoin Fog did not advertise that it could provide users with "somebody else's illegal proceeds;" it advertised that it could provide users with clean proceeds. Dkt. 323 at 5.

*Second*, Sterlingov argues that the money judgment is unwarranted because "the majority" of illicit funds were "sent through Bitcoin Fog [] outside the statute of limitations." Dkt. 305 at 15. But as the Court instructed the jury, the money-laundering conspiracy and unlicensed money transmitting business offenses are "continuing offenses" and, thus, the statute of limitations only began to run after the final day of the offense. Dkt. 268 at 66. Sterlingov has failed to identify any reason to question—or any reason why the Court should reconsider— that conclusion.

*Third*, Sterlingov objects to forfeiture of one of the six specific properties that the jury found forfeitable in the Special Verdict—namely, the 1,354 BTC held in a Bitcoin Fog wallet identified as 1YZJKaAx2HRWvcbCXDBtQbBZcRU46WJqw. Sterlingov opposes forfeiture of this bitcoin on the grounds that the wallet currently contains no bitcoin. But even assuming that the 1,354 BTC was transferred out of that wallet, Sterlingov's argument is unavailing. If the wallet is now empty, the government may recover the 1,354 BTC through substitute property

7

**Appx7200**

pursuant to 21 U.S.C. § 853(p), and, in any event, the government may still seek to enforce the $395 million money judgment, which includes all funds deposited in Bitcoin Fog.

*Fourth*, the Court is also unpersuaded by Sterlingov's argument that the statutory criteria for substitute property under 21 U.S.C. § 853(p) have not been satisfied. Dkt. 305 at 14. The evidence at trial showed, and Sterlingov does not meaningfully dispute, that the Bitcoin Fog deposits "were forwarded to destination addresses designated by Bitcoin Fog users" and are no longer contained in Bitcoin Fog. Dkt. 297 at 9. In other words, the deposits "ha[ve] been transferred or sold to, or deposited with, a third party," and they "cannot be located upon the exercise of due diligence." *Id.* at 8–10 (quoting 21 U.S.C. § 853(p)(1)(A), (B)). At oral argument, counsel for Sterlingov raised the additional objection that the substitute asset that the government now seeks—10.25623378 BTC seized from Sterlingov's Mycelium wallets—is improper because those wallets contain funds traceable to Bitcoin Fog and are thus directly forfeitable. Dkt. 323 at 44–45. Relying on *United States v. Bornfield*, 145 F.3d 1123, 1139 (10th Cir. 1998), counsel argued that "you cannot seek substitute forfeiture on something that is . . . subject to direct forfeiture." *Id.* But *Bornfield* merely held that the district court could not logically order forfeiture of the same asset under both § 982(a)(1) (direct forfeiture) and § 853(p) (substitute assets). *Bornfield*, 145 F.3d at 1139. That circumstance is not present here. *See* Dkt. 297-1 (Proposed Order of Forfeiture).

*Finally*, the Court is unpersuaded by Sterlingov's argument that the proposed order of forfeiture impermissibly imposes "joint and several liability" on him, Dkt. 305 at 13, because "joint and several liability 'applies when there has been a judgment against multiple defendants,'" *Honeycutt v. United States*, 581 U.S. 443, 447 (2017) (quoting *McDermott, Inc. v. AmClyde*, 511 U.S. 202, 220–21 (1994)). The forfeiture order imposes liability on Sterlingov alone, and he has no co-defendants. *See Bikundi*, 926 F.3d at 794; Dkt. 297-1.

8

**Appx7201**

The Court's August 14, 2024 Order addressed these arguments, but left two issues unresolved: whether the money judgment should be "offset" by the amount the government collects through other seizures or forfeitures, and whether the forfeiture here would be an unconstitutional excessive fine. *See* Dkt. 320. The Court will now address each in turn.

1.    *Offsetting*

Sterlingov argues that the government's proposed forfeiture order relies on impermissible "double counting." Dkt. 305 at 11. According to Sterlingov, the government "has already recovered" many, "if not all," of the funds deposited into Bitcoin Fog through other forfeiture orders and asset seizures. *Id.* at 11–12. As a result, Sterlingov contends that the proposed forfeiture is flawed because it "fails to subtract the amounts already forfeited" from other individuals or entities. *Id.* at 12. By way of example, Sterlingov points to Ilya Lichenstein, who admitted to "using Bitcoin Fog to launder illicit funds" and who "forfeited $72,618,825.60 to the [g]overnment" as part of his plea agreement. *Id.* at 13. He also notes, more generally, that the government has already seized assets from "[m]any of the darknet markets" that, according to the government, "sent funds through Bitcoin Fog." *Id.* at 12.

Sterlingov's "double counting" objection turns on two related contentions: First, he argues that it is improper to require him to forfeit assets that belong to third parties. As the operator of Bitcoin Fog, Sterlingov was an intermediary who (at least arguably) never "possess[ed]" the deposits nor otherwise had any proprietary interest in them. *Id.* at 13; Dkt. 323 at 49. Second, he argues that the proposed forfeiture would allow the government to obtain the same money more than once from separate defendants, resulting in an unjust "double recovery" for the government. Dkt. 323 at 43; Dkt. 305 at 11–12. Sterlingov does not point to any statutory text to support his arguments but, instead, invokes equitable principles and argues that the law has not sufficiently "evolved" in this "novel" context. Dkt. 323 at 51.

9

**Appx7202**

The government offers two responses: First, the text of § 982(a)(1) does not a recognize statutory offset—or create a defense to the required forfeiture—based on other forfeitures or seizures, and the Court should not create an equitable exception to the statutory mandate. Second, even if there were some statutory basis for offsetting forfeiture orders when doing so would serve the interests of equity, neither the government nor the Court could apply such a principle in the present context "with[] any level of certainty." Dkt 323 at 29. Because the Court agrees with the government's first argument—that is, that creating an equitable offset for amounts laundered through Bitcoin Fog by criminal enterprises that were themselves required to forfeit their ill-gotten gains cannot be squared with the text of § 982(a)(1)—the Court need not reach the government's alternative argument.

The text of § 982(a)(1) provides a simple mandate: the Court "shall order" forfeiture of "any property, real or personal, involved in [an] offense [under Sections 1956, 1957, or 1960]." 18 U.S.C. § 982(a)(1). As explained above, the statute mandates forfeiture of commingled licit and illicit funds when the licit funds were used in the money laundering offense. *See* Dkt. 116 at 15; *see also Bikundi*, 926 F.3d at 793 (citing cases). Section 982(a)(1) does not so much as hint that a defendant is entitled to an offset where the government has already obtained the property "involved in" the offense from another individual or entity. Indeed, some courts have held that a defendant who is subject to multiple orders of forfeiture under § 982(a)(1) for the *same* funds may not obtain an offset from his *own* forfeitures, let alone an offset from others' forfeitures. *See United States v. Schlesinger*, 261 F. App'x 355, 361 (2d Cir. 2008) (upholding "the forfeiture of certain funds twice—once as proceeds of mail and wire fraud and once as property involved in money laundering"); Dkt. 310 at 13–14 (citing cases).

Notably, when Congress intends to create a statutory right to an offset, it does so explicitly. For example, for civil forfeitures arising from loans obtained by fraud, the relevant

10

forfeiture statute, 18 U.S.C. § 981, provides that "the court shall allow the claimant a deduction from the forfeiture to the extent that the loan was repaid." 18 U.S.C. § 981(a)(2)(C). Similarly, for forfeitures relating to the proceeds of certain drug offenses, the relevant criminal forfeiture statute, 21 U.S.C. § 853, limits a defendant's forfeiture liability to property that he personally "obtained" as a result of the offense, 21 U.S.C. § 853(a)(1) ("any proceeds *the person obtained*") (emphasis added), and to the defendant's personal property used to commit the offense, *id.* § 853(a)(2) ("any of *the person's* property used") (emphasis added). As the Supreme Court has explained, it is the statutory text of § 853(a)—rather than any implied equitable principle—that limits the mandated "forfeiture to tainted property acquired or sued by the defendant" and thus "foreclose[s] joint and several liability for co-conspirators." *See Honeycutt v. United States*, 581 U.S. 443, 449–50 (2017).

Section 982(a)(1), in contrast, is devoid of any similar language that would authorize the Court to offset the forfeiture amount or that limits forfeiture liability to the defendant's personal gain or personal property. But that is precisely the result Sterlingov seeks here. At oral argument, counsel referred to "a number of cases" in which the courts purportedly "offset what the government ha[d] seized" or in which the courts otherwise "refuse[d]" to "double count." Dkt. 323 at 41. None of those cases, however, involved forfeiture under § 982(a)(1), and because the meaning of each forfeiture statute necessarily turns on the specific language that Congress employed, those cases—which dealt with different forfeiture provisions, which contain different language—offer no meaningful guidance here. *See United States v. Thompson*, 990 F.3d 680, 689 (9th Cir. 2021) (interpreting 18 U.S.C. § 981(a)(1)(C)); *United States v. Young*, 330 F. Supp. 3d 424, 431 (D.D.C. 2018) (interpreting 21 U.S.C. § 853(a)). Counsel provided no explanation for why the Court should import these textual limits into § 982(a)(1), other than it would be "common sense" to do so. Dkt. 323 at 41. It is not the Court's role,

11

however, to rewrite the laws that Congress enacted—even if the Court were persuaded (and the Court expresses no view on the question) that it would make sense to recognize an exception to the otherwise-sweeping statutory mandate.

Section 982(a)(1)'s silence regarding offsets provides ample basis to reject Sterlingov's offset argument. But, even beyond that silence, a "wider look at the statute's structure gives [the Court] even more reason for pause." *Romag Fasteners, Inc v. Fossil, Inc.*, 590 U.S. 212, 215 (2020). Sterlingov argues that applying an offset is warranted because he never "possess[ed]" the funds in question. Dkt. 305 at 12. In pressing that argument, however, he fails to account for the "intermediary" exception under § 982(b)(2). Under that provision, the Court may not order a defendant convicted of money laundering to forfeit substitute property "in place of the actual property laundered" where he acted "merely as an intermediary who handled but did not retain the property." 18 U.S.C. § 982(b)(2). In other words, intermediaries are relieved of the obligation to forfeit money they laundered for third parties. Congress, however, limited the reach of that exception; the exception is unavailable if the intermediary "conducted three or more separate transactions involving a total of $100,000 or more in any twelve month period." *Id.* Given the volume of deposits into Bitcoin Fog—over $395 million over the course of a decade—Sterlingov does not even suggest that this exception applies to him. *See* Dkt. 323 at 51–52. Against this backdrop, it would snap credulity to conclude that the exception does not apply, only to then "read into [the] statute[]" an additional (and, indeed, similar) exception that "[isn't] there." *Fossil, Inc.*, 590 U.S. at 215.

The text of Federal Rule of Criminal Procedure 32.2 further bolsters the conclusion that Sterlingov's proprietary interest in the deposits (or lack thereof) is irrelevant to the money judgment in particular. Under Rule 32.2, before entering a final order of forfeiture, a court must provide third parties with the opportunity to "assert[] an interest in the property to be forfeited."

12

Fed. R. Crim. P. 32.2(c)(1). "If no third party files a timely petition, the [court's] preliminary order becomes the final order of forfeiture *if* [it] finds that the defendant . . . had an interest in the property that is forfeitable under the applicable statute." *Id.* 32.2(c)(2) (emphasis added). That is, a defendant cannot be ordered to forfeit property in which he has no interest that is forfeitable. But—critically—this provision does not apply "to the extent that the forfeiture consists of a money judgment." *Id.* 32.2(c)(1). Rule 32.2 therefore contemplates money judgment forfeitures even when the defendant has no proprietary interest in the property. As a result, Sterlingov may not object to the money judgment on the grounds that the Bitcoin Fog deposits never belonged to him or that the funds have been withdrawn from Bitcoin Fog by third parties.

Finally, reading such an exception into § 982(a)(1) is difficult to reconcile with the punitive—as opposed to compensatory—purposes of forfeiture. For instance, imagine Defendant A gives $100 in drug sale proceeds to Defendant B, and Defendant B launders those proceeds and, in return, gives Defendant A $100 in clean funds. If both defendants are convicted of money laundering, both defendants must forfeit $100 under § 982(a)(1) because $100 was "involved in" each defendant's offense. According to Sterlingov's theory, however, the government must place a "red mark" on the bills—after the $100 has been forfeited once, those funds may not be forfeited again. *See* Dkt. 323 at 49. Sterlingov would allow one defendant to avoid forfeiture—and to profit from his illegal activity—simply because the other defendant has already paid, in essence giving him a "get out of jail free card." *Id.* at 50. At oral argument, Sterlingov's counsel was unable to articulate a limiting principle for his theory. In every case involving money laundering and multiple defendants, as soon as one defendant is able to pay, the remaining defendants would enjoy a windfall, even if they used the funds to commit some unrelated crime "17 transactions later." *Id.* at 49–50.

13

For the same reasons, the Court is not persuaded by Sterlingov's "double recovery" argument. At oral argument, counsel emphasized that offsets are necessary because, without them, the government would be "unjustly enriched" through multiple forfeitures. *Id.* at 49. Not only is this argument unmoored from the statutory text, but it misapprehends the nature of criminal forfeiture. Criminal forfeiture is "an aspect of punishment." *Libretti v. United States*, 516 U.S. 29, 39 (1995). It is not imposed for the purpose of making the government whole. That is the difference between forfeiture and restitution.

The Court, accordingly, concludes that "Congress has spoken clearly" and "in mandatory terms," leaving the Court with "[no] discretion to depart from the plain text of 982(a)(1)." Dkt. 323 at 21. Even assuming an appropriate offset could be calculated in this case, the statute does not permit the Court to reduce Sterlingov's forfeiture by amounts recovered from other defendants in cases involving other offenses.

2.      *Excessive Fines Clause*

Finally, Sterlingov argues that the proposed forfeiture order violates the Eighth Amendment as an "excessive fine." Dkt. 305 at 5. As explained above, the Eighth Amendment's Excessive Fines Clause prohibits forfeitures that are "grossly disproportional to the gravity of the crime." *Id.* at 7; *see Bajakajian*, 524 U.S. at 334. The parties agree that the Excessive Fines Clause applies here, *see* Dkt. 323 at 35, and that the constitutional inquiry is governed by the Supreme Court's decision in *United States v. Bajakajian*, 524 U.S. 321 (1998), *id.* at 30, 53. The Court must, accordingly, consider—among other things—"(1) the essence of the crime; (2) whether the defendant fit into the class of persons for whom the statute was principally designed; (3) the maximum sentence and fine that could have been imposed; and (4) the nature of the harm caused by the defendant's conduct." *Bikundi*, 926 F.3d at 795.

Sterlingov contends that all four factors weigh in his favor. At oral argument, his counsel

14

argued that the first, second, and fourth factors demonstrate that the proposed forfeiture amount is disproportionate to his wrongdoing. *See* Dkt. 323 at 53–60. Among other things, Sterlingov stresses that he did not launder $395 million in illicit funds, he never had a proprietary interest over anywhere near $395 million in bitcoin, and he obtained only a small fraction of that sum based on the service fee (the size of which varied over time) that he charged for using Bitcoin Fog. Dkt. 305 at 6. He also argues that the "nature of the harm" is limited, given that "there is [not] a single identifiable [] victim." Dkt. 323 at 60.

At the outset, the Court notes that Sterlingov's counsel was unable to point to Court to any authority holding that forfeiture of commingled funds in a money laundering offense violated the Excessive Fines Clause. The Court located only one such decision, and it involved substantially different circumstances from the ones presented here.[2] And although the Court recognizes that a $395 million forfeiture judgment is jaw dropping in size, it is far from the largest money judgment ordered this year, *see United States v. Bankman-Fried*, 2024 WL 1506561, at *2 (S.D.N.Y. Mar. 29, 2024) (ordering $11 billion forfeiture), and it is so large because that is, in fact, the amount of money that Sterlingov processed through Bitcoin Fog and that was used in the money laundering offense that the jury found that he committed.

Turning to the four factors that the Supreme Court considered in *Bajakajian*, the Court is unpersuaded that "the amount of the [proposed] forfeiture is grossly disproportional to the gravity of the defendant's offense." 524 U.S. at 328. To start, as the government observes, Sterlingov was not a small-time money launderer. Dkt. 310 at 3–5. Instead, "Sterlingov operated [] one of the Darknet's largest and most significant Bitcoin money laundering services

---

[2] *United States v. Stanford*, 2014 WL 7013987, at *5–6 (W.D. La. Dec. 12, 2014) (holding that forfeiture of the defendant's house under 18 U.S.C. § 982(a)(1) would violate the Excessive Fines Clause where the defendant used some illegal proceeds to pay his mortgage but did so incidentally and not "for the purpose of disguising the nature and source of his scheme").

15

**Appx7208**

for nearly ten years," and he laundered tens of millions in illicit funds. *Id.* at 4. Sterlingov promoted Bitcoin Fog, moreover, for this precise purpose: he promised users that the service would make it "impossible" for anyone—including "authorities"—to trace proceeds back to the user, providing cover for a staggering amount of unlawful conduct. Dkt. 106-1 at 2. The fact that Sterlingov was an intermediary—laundering money for third parties for his own financial gain—does not reduce his culpability. To the contrary, he "fall[s] squarely within the class of criminals targeted by the relevant forfeiture statutes." *Bikundi*, 926 F.3d at 795-96.

Nor is the Court persuaded that any difficulty in identifying specific victims of Sterlingov's offenses means that he did not cause enormous harm. "[T]he greater harm from money laundering is usually obvious: criminals launder money to cover up their criminal conduct, and society suffers 'when criminally derived funds are laundered to allow the criminal unfettered, unashamed and camouflaged access to the fruits of those ill-gotten gains.'" *United States v. Waked Hatum*, 969 F.3d 1156, 1169 (11th Cir. 2020) (quoting *United States v. O'Kane*, 155 F.3d 969, 972–73 (8th Cir. 1998)). The difficulty in identifying specific victims, moreover, is a product of the obfuscation inherent in the crime. The jury found that Sterlingov knowingly conducted financial transactions; that he knew that the funds involved in those transactions were the proceeds of illegal activity; that the funds, in fact, came from unlawful drug dealing; and that he "acted with intent to promote" that unlawful activity. Dkt. 268 at 42 (jury instructions). The government need not identify a particular overdose or other injury to demonstrate that the money laundering caused significant harm.

Sterlingov further argues that the proposed forfeiture far exceeds the maximum fine that the Court could impose. Dkt. 323 at 54. Section 1956(a)(1) authorizes "a fine of not more than $500,000 or twice the value of the property involved in the transaction, whichever is greater." 18 U.S.C. § 1956(a)(1). On Sterlingov's view, the Court should assume that "the value of

16

property involved in the transaction" is limited to the amount of illicit funds, which the government estimates to be at least $67 million. Dkts. 323 at 55; 310 at 4. That would result in a maximum fine of roughly $134 million, which is less than the $395 million money judgment that the government seeks. *See* Dkt. 323 at 55. Sterlingov argues that the disparity between these sums supports his view that the proposed forfeiture is constitutionally excessive.

Sterlingov offers little support for his contention that a fine, if imposed, would be limited to twice the value of *illicit* funds laundered through Bitcoin Fog, and D.C. Circuit precedent suggests otherwise. In *Bikundi*, the defendants were ordered to forfeit $80 million for health care fraud and money laundering. *Bikundi*, 926 F.3d at 792–93. On appeal, the defendants argued that only $2.61 million was "actually laundered" and that they should not be forced to forfeit funds they obtained in exchange for "legitimate [healthcare] services." *Id.* The D.C. Circuit rejected the defendants' constitutional challenge, however, in part because the statute authorized a maximum fine of "twice the value of the property involved in the money laundering transaction." *Id.* at 796. That conclusion finds support in § 1956(a)(1), which provides as follows:

> For purposes of this paragraph, a financial transaction shall be considered to be one involving the proceeds of specified unlawful activity if it is part of a set of parallel or dependent transactions, any one of which involves the proceeds of specified unlawful activity, and all of which are part of a single plan or arrangement.

18 U.S.C. § 1956(a)(1). That statutory text seems to fit Bitcoin Fog to a tee.

But even if it did not, a maximum fine of approximately $135 million (twice the low end of the government's estimate of the quantity of illicit funds laundered through Bitcoin Fog) is not so "grossly disproportional" to a $395 million forfeiture as to render the forfeiture constitutionally excessive. *Bajakajian*, 524 U.S. at 334. As the *Bajakajian* decision stresses, "judgments about the appropriate punishment for an offense belong in the first instance to the legislature," *id.* at 336,

17

and, here, Congress has mandated that all property "involved in" a money laundering offense—including both illicit funds and licit funds used in "tumbling" those illicit funds—is subject to forfeiture, 18 U.S.C. § 982(a)(1). To the extent the Supreme Court considered the "maximum fine" in *Bajakajian*, moreover, it did not do so to set a strict measure of proportionality. 524 U.S. at 338. Rather, it merely looked to the maximum fine as an indicium of the "level of culpability" that Congress assigned to the underlying offense. *Id.* Here, there is no doubt that "[t]he essence of [Sterlingov's money laundering] crime was grave." *Bikundi*, 926 F.3d at 795. Indeed, given the nature of the crime—which involved concealing illicit bitcoin transactions from "authorities" for roughly a decade—it seems safe to assume that the government's estimates of illicit transactions are, if anything, underinclusive.

Finally, Sterlingov contends that the proposed forfeiture amount is excessive in light of his financial condition. Sterlingov argues that his assets amount to "roughly 2 million," Dkt. 323 at 60, and that this "astronomical" forfeiture order would affect his "future earnings for the remainder of his life," Dkt. 305 at 12. As an initial matter, the Court notes that it is far from clear that a defendant's ability to pay is a relevant consideration for purposes of the Excessive Fines Clause. To be sure, some circuits do consider the defendant's financial circumstances. *See Bikundi*, 926 F.3d at 796 n.5 (citing cases). But in *Bajakajian*, the Supreme Court declined to consider whether the defendant's "wealth or income are relevant to the proportionality determination." 524 U.S. at 340 n.15. Similarly, in *Bikundi*, the defendants argued that the forfeiture order entered in their case was excessive in light of their inability to pay, but the D.C. Circuit declined to hold that courts must consider this factor, merely noting that "most circuits assess proportionality without considering a defendant's ability to pay." *Bikundi*, 926 F.3d at 796 n.5.

Even if the Court were to consider this factor, however, it would not weigh so heavily as

18

**Appx7211**

to tip the balance in Sterlingov's favor. As an initial matter, the government disputes that Sterlingov possesses only a few million dollars, contending that one of the six specific properties subject to forfeiture is the Bitcoin Fog cluster containing (or which contained) 1,354 BTC, valued (at the time of the August 2024 hearing) at between $80 million and $95 million. Dkt. 323 at 33. According to the government, Sterlingov will someday be able to access this cluster and to "wipe away perhaps as much as a quarter of that $395 million in the blink of an eye." *Id.* But even assuming that Sterlingov possesses only a few million dollars in assets, the Court doubts that "a defendant's inability to satisfy a forfeiture at the time of conviction, in and of itself, is . . . sufficient to render a forfeiture unconstitutional," *United States v. Levesque*, 546 F.3d 78, 85 (1st Cir. 2008). "[E]ven if there is 'no sign' that the defendant could satisfy the forfeiture in the future, there is always a possibility that she might be fortunate enough 'to legitimately come into money.'" *Id.* Given the volatility of cryptocurrency, Sterlingov may well "come into" extraordinary wealth at some point in the future. One purpose of the proposed forfeiture order is to ensure that he does not profit from his unlawful activity.

To be sure, whether the proposed order of forfeiture violates the Excessive Fines Clause presents a much closer question than Sterlingov's statutory arguments. A $395 million money judgment is unquestionably an enormous sum. But, most fundamentally, this figure reflects the sheer scale of Bitcoin Fog and the length of time it operated. If the facts of this case were slightly different, a money judgment of that size might exceed constitutional limits. It would likely be excessive, for example, if Sterlingov had been convicted only of operating an unlicensed money transmitting business or if the illicit funds comprised only a negligible fraction of the total deposits into Bitcoin Fog. But that is because, under those circumstances, the size of the forfeiture would be "grossly disproportional to the gravity of the . . . offense." *Bajakajian*, 524 U.S. at 334. Before the Court can reach such a conclusion it must exercise

19

appropriate deference to the judgment of "the legislature," *id.* at 336, and the jury's verdict, and it must consider the harm that the defendant caused, the gravity and duration of the offense, and the defendant's culpability. Viewed in this light, the Court cannot conclude that the proposed forfeiture order oversteps constitutional bounds.

## CONCLUSION

The Court will, accordingly, enter the government's preliminary order of forfeiture but—consistent with Rule 32.2—will permit the parties to propose any revisions or modifications at sentencing.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: November 4, 2024

20

Appx7213

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff,* | **21-CR-399 (RDM)** |
| v. | **Notice of Appeal** |
| ROMAN STERLINGOV, | |
| *Defendant.* | |

Please take notice that Roman Sterlingov, by and through his undersigned attorneys, the defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the District of Columbia from the final judgment (Dkt. 340) entered in this action on November 13, 2024, which convicted the defendant of money laundering conspiracy (1s), money laundering (2s), operating an unlicensed money transmission business and aiding and abetting (3s), and money transmission without a license (4s).

This appeal is taken from the judgment of conviction and sentence imposed by the Court on November 8, 2024, and from all adverse rulings made by the Court during the course of this action.

**Appx7214**

Dated: November 19, 2024
Washington, DC

Respectfully submitted,


/s/ Michael Hassard
Michael Hassard (NYS Bar No. 5824768)
*Pro Hac Vice*
Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY
t:  (718) 737 - 7264
f:  (718) 504 - 5417
michael@torekeland.com


/s/ Tor Ekeland
Tor Ekeland (NYS Bar No. 4493631)
*Pro Hac Vice*
Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY
t:  (718) 737 - 7264
f:  (718) 504 - 5417
tor@torekeland.com


/s/  Maksim Nemtsev
Maksim Nemtsev (MA Bar No. 690826)
*Pro Hac Vice*
20 Park Plaza, Suite 1000
Boston, Massachusetts 02116
t:  (617) 227-3700
f:  (718) 701-5922
max@mnpc.law


/s/ Marc Fernich
Mark Fernich (NY Bar No. 2472596)
*Pro Hac Vice*
800 Third Ave., Floor 20
New York, NY 10022
t:  (212) 446-2346
maf@fernichlaw.com


*Counsel for Defendant Roman Sterlingov*

**Appx7215**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of November 2024, the forgoing document was filed with the Clerk of Court using the CM/ECF System. I also certify that a true and correct copy of the foregoing was sent to the following individuals via e-mail:

s/ Michael Hassard

U.S. Department of Justice
District of Columbia
555 Fourth St. N.W.
Washington, D.C. 20530

Catherine Pelker
Catherine.Pelker@usdoj.gov

Christopher Brown
Christopher.Brown6@usdoj.gov

Jeffrey Pearlman
Jeffrey.pearlman@usdoj.gov



U.S. **Department of Justice**

Office of the Deputy Attorney General

The Deputy Attorney General          *Washington, D.C. 20530*

April 7, 2025

MEMORANDUM FOR ALL DEPARTMENT EMPLOYEES

FROM:          THE DEPUTY ATTORNEY GENERAL

SUBJECT:       Ending Regulation By Prosecution

The digital assets industry is critical to the Nation's economic development and innovation. Thus, as noted in Executive Order 14178, clarity and certainty regarding enforcement policy "are essential to supporting a vibrant and inclusive digital economy and innovation in digital assets." President Trump has also made clear that "[w]e are going to end the regulatory weaponization against digital assets."

The Department of Justice is not a digital assets regulator. However, the prior Administration used the Justice Department to pursue a reckless strategy of regulation by prosecution, which was ill conceived and poorly executed. The Justice Department will no longer pursue litigation or enforcement actions that have the effect of superimposing regulatory frameworks on digital assets while President Trump's actual regulators do this work outside the punitive criminal justice framework. Rather, consistent with President Trump's directives and the Justice Department's priorities, the Department's investigations and prosecutions involving digital assets shall focus on prosecuting individuals who victimize digital asset investors, or those who use digital assets in furtherance of criminal offenses such as terrorism, narcotics and human trafficking, organized crime, hacking, and cartel and gang financing.[1]

## I. Digital Assets Enforcement Priorities

Executive Order 14178 tasks the Justice Department and others with "protecting and promoting" (1) "the ability of individual citizens and private-sector entities alike to access and use for lawful purposes open public blockchain networks without persecution"; and (2) "fair and open access to banking services for all law-abiding individual citizens and private-sector entities alike." In response to those taskings, the Justice Department will stop participating in regulation by prosecution in this space. Specifically, the Department will no longer target virtual currency exchanges, mixing and tumbling services, and offline wallets for the acts of their end users or unwitting violations of regulations—except to the extent the investigation is consistent with the priorities articulated in the following paragraphs.

---

[1] This guidance is not intended to, does not, and may not be relied upon to create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

**Appx7217**

The policy outlined in Executive Order 14178 requires the Justice Department to prioritize investigations and prosecutions that involve conduct victimizing investors, including embezzlement and misappropriation of customers' funds on exchanges, digital asset investment scams, fake digital asset development projects such as rug pulls, hacking of exchanges and decentralized autonomous organizations resulting in the theft of funds, and exploiting vulnerabilities in smart contracts. Such enforcement actions are important to restoring stolen funds to customers, building investor confidence in the security of digital asset markets, and the growth of the digital asset industry.

Pursuant to the "total elimination" policy set forth in Executive Order 14157, entitled *Designating Cartels and Other Organizations as Foreign Terrorist Organizations and Specially Designated Global Terrorists*, the Justice Department will also prioritize cases involving use of digital assets in furtherance of unlawful conduct by cartels, Transnational Criminal Organizations, Foreign Terrorist Organizations, and Specially Designated Global Terrorists. For example, cartels and human trafficking and smuggling rings have increasingly turned to digital assets to fund their operations and launder the proceeds of their illicit businesses. The same is true of fentanyl production: increasingly dangerous precursors purchased from China and used in the production of fentanyl in Central and South America are often paid for using digital assets. Terrorist groups, such as Hamas and ISIS, and nation states subject to US sanctions, like North Korea, also continue to transact using digital assets in an attempt to conceal their financing from law enforcement. As part of the Justice Department's ongoing work against fentanyl trafficking, terrorism, cartels, and human trafficking and smuggling, the Department will pursue the illicit financing of these enterprises by the individuals and enterprises themselves, including when it involves digital assets, but will not pursue actions against the platforms that these enterprises utilize to conduct their illegal activities.

Ongoing investigations that are inconsistent with the foregoing should be closed. The Office of the Deputy Attorney General will work with the Criminal Division and EOUSA to review ongoing cases for consistency with this policy. All previously issued policies and directives that are inconsistent with any of the foregoing are rescinded, effective today.

## II.    Digital Assets Charging Considerations

Based on the foregoing priorities—while charging decisions must be based upon the facts and evidence of each particular case—federal prosecutors are directed to consider the following factors when deciding whether to pursue criminal charges involving digital assets:

Prosecutors shall prioritize cases that hold accountable individuals who (a) cause financial harm to digital asset investors and consumers; and/or (b) use digital assets in furtherance of other criminal conduct, such as fentanyl trafficking, terrorism, cartels, organized crime, and human trafficking and smuggling. Seeking accountability from individuals who perpetrate these types of wrongdoing deters future illegal activity, compensates victims, and promotes the public's confidence in the digital asset markets and broader industry. On the other hand, criminal matters premised on regulatory violations resulting from diffuse decisions made at lower levels of digital asset companies often fail to advance the priorities of the Department.

Prosecutors should not charge regulatory violations in cases involving digital assets— including but not limited to unlicensed money transmitting under 18 U.S.C. § 1960(b)(1)(A) and (B), violations of the Bank Secrecy Act, unregistered securities offering violations, unregistered

broker-dealer violations, and other violations of registration requirements under the Commodity Exchange Act—unless there is evidence that the defendant knew of the licensing or registration requirement at issue and violated such a requirement willfully. This priority is not required by law, but is being imposed as a matter of discretion, in recognition of the Justice Department's priorities and the fact that the Biden Administration created a particularly uncertain regulatory environment around digital assets.[2]

Prosecutors should not charge violations of the Securities Act of 1933, the Securities Exchange Act of 1934, the Commodity Exchange Act, or the regulations promulgated pursuant to these Acts, in cases where (a) the charge would require the Justice Department to litigate whether a digital asset is a "security" or "commodity," and (b) there is an adequate alternative criminal charge available, such as mail or wire fraud. The following types of positions are permissible under this policy in connection with proposed prosecutions that would otherwise be consistent with the guidance in this memorandum: (i) taking the position that bitcoin or ether is a "commodity" under the Commodity Exchange Act; and (ii) filing securities fraud charges where the "security" at issue is the equity or stock in a digital asset company. Any exceptions to this policy must be approved by the Deputy Attorney General, or his designee(s). Relevant considerations for such an exception include whether the digital asset is widely accepted to be a "security" or "commodity," whether the parties to the litigation have an interest in defending the position that a digital asset is a "security" or "commodity," and whether there is no alternative criminal charge under Title 18.

### III.    Compensating Victims In The Digital Assets Space

Following the prolonged period of price decline in the digital asset market in 2022, multiple companies with custody of investors' digital assets collapsed and entered bankruptcy, including FTX, Voyager Digital, Celsius Network, Genesis Global, BlockFi, and Gemini Trust. In some instances, investor losses have been directly attributable to fraud and theft. In those cases, and others, prosecutors have been able to forfeit proceeds of criminal activity including digital assets that in some instances became worth billions of dollars. However, as a result of regulations, some digital asset investor victims have only been able to recover the value of their digital assets at the time the fraud was perpetrated. *See* 28 C.F.R. § 9.8(c). The effect: digital asset investors' losses may be calculated at a value when the digital asset market was at a lower point, and victims who bore the risk of loss are unable to benefit from corresponding gains that occurred during or after the period in which they were victimized and would otherwise have possessed the asset. Accordingly, the Office of Legal Policy and the Office of Legislative Affairs are directed to evaluate and propose legislative and regulatory changes to address this concern and improve asset-forfeiture efforts in the digital assets space.

---

[2] This guidance does not reflect a view by the Department that the criminal offense set forth in 18 U.S.C. § 1960 requires proof of willfulness in other contexts, and it casts no doubt on existing case law. Moreover, 18 U.S.C. § 1960(b)(1)(C) requires that the transmission of funds "are known to the defendant to have been derived from a criminal offense or are intended to be used to promote or support unlawful activity," and is therefore outside the scope of this policy.

### IV.    Shifting Resources Relating To Digital Assets

U.S. Attorneys' Offices will use long-recognized criminal justice tools to lead appropriate prosecutions consistent with the foregoing enforcement priorities and charging consideration. Consistent with the narrowing of the enforcement policy relating to digital assets, the Market Integrity and Major Frauds Unit shall cease cryptocurrency enforcement in order to focus on other priorities, such as immigration and procurement frauds.    The National Cryptocurrency Enforcement Team (NCET) shall be disbanded effective immediately.  The Criminal Division's Computer Crime and Intellectual Property Section (CCIPS) will continue to provide guidance and training to Department personnel and serve as liaisons to the digital asset industry.

### V.    The President's Working Group on Digital Asset Markets

The Justice Department will fully participate in President Trump's Working Group on Digital Asset Markets, which was established in Executive Order 14178, via attorneys designated by the Justice Department's senior leadership.  As directed by President Trump, the Department's designees will identify and make recommendations regarding regulations, guidance documents, orders, or other items that affect the digital asset sector.  Additionally, the Department will participate in the preparation of a report to President Trump recommending regulatory and legislative proposals that advance the policies and priorities set forth in the President's Executive Order. Following the submission of the report, the Justice Department will take all steps necessary to implement the recommendations in the report that President Trump adopts.

**Trial Exhibit 601 -**
**Darknet Market Vendor Transaction Summary**
**(Document in Evidence and to be Produced Upon Request Due to Volume)**

| Address | Username | ActivityDate | Video_ID | Video_TempID | Video_Category | Video_FileName | Video_Desc | Video_FileSize | Video_Duration | Video_FileHash | Video_MD5 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1PEW2S5BKNQNarHQcgsjAiVVrzcn9zKWDQ | ловушка9999 | 2017-04-22 09:00:00 | 176705 | 2818648 | | | | 29617651 | 401967 | cd18a34bed9d904c92481e3afc767089.mp4 | b10d675c88e21f353e83ad66d9b4ea8 |
| 1PEW2S5BKNQNarHQcgsjAiVVrzcn9zKWDQ | ловушка9999 | 2017-04-22 08:40:45 | 30481 | 72860 | | | | 35219968 | 447200 | 0f6dba3d46f0bbdc90f80051fbda354d1d.avi | 6f0b7fb805a4c8529adbed03de3dc094 |
| 1PEW2S5BKNQNarHQcgsjAiVVrzcn9zKWDQ | ловушка9999 | 2017-04-22 08:43:01 | 30935 | 87061 | | | | 39265020 | 606573 | 9a4f82e5701102ac04970b46f0990044f.mp4 | 5263db12030aa98d6ed8b56bb1f726a5 |
| 1PEW2S5BKNQNarHQcgsjAiVVrzcn9zKWDQ | ловушка9999 | 2017-04-22 08:47:03 | 178311 | 2854839 | | | | 16143087 | 49992 | 4e370c7b2c3e69be04efc08df7a3e057.mp4 | d9c886ea790ee64f649ec59ca248f2a0 |
| 1PEW2S5BKNQNarHQcgsjAiVVrzcn9zKWDQ | ловушка9999 | 2017-04-22 08:49:08 | 152744 | 2453177 | | | | 31917240 | 205539 | 690f44c8c2b7ded579d01abe8fdb6110.avi | 14ef36bb4a63a581fa6a576afda365c27 |
| 1PEW2S5BKNQNarHQcgsjAiVVrzcn9zKWDQ | ловушка9999 | 2017-04-22 08:50:55 | 115474 | 1878527 | | | | 159346303 | 668309 | 1affa7ab8124eabc0ce243a987f19a28.mp4 | 355bb165bf6578b70676cb1041cb349e |
| 1PEW2S5BKNQNarHQcgsjAiVVrzcn9zKWDQ | ловушка9999 | 2017-04-22 08:51:06 | 114114 | 1857829 | | | | 25614662 | 71936 | 2a2d16a741cf3a7738ce320021a5e661.mp4 | 0b8e170c7f948bd464abf5007a730141 |
| 1PEW2S5BKNQNarHQcgsjAiVVrzcn9zKWDQ | ловушка9999 | 2017-04-22 08:55:41 | 89424 | 1479515 | | | | 20192849 | 323640 | 710955b7e91b7e617961a83c6f95f672f.mp4 | 8eb7b87b02d504331f416666d7fa41743 |
| 1PEW2S5BKNQNarHQcgsjAiVVrzcn9zKWDQ | ловушка9999 | 2017-04-22 08:58:22 | 152287 | 2446122 | | | | 110454281 | 48933 | 9b9abef78229ab6e15c96970b52e9f0fcb.mkv | 4e9443c5dfd69c3c9ec9f0f20f7c2b29 |
| 1PEW2S5BKNQNarHQcgsjAiVVrzcn9zKWDQ | ловушка9999 | 2017-04-22 08:58:35 | 148465 | 2387307 | | | | 280547870 | 852544 | 1cd805fc1c859d69d43986e6a2d8d9464.mp4 | d50eb98db5b5044be1dc34baac96c234 |
| 1PEW2S5BKNQNarHQcgsjAiVVrzcn9zKWDQ | ловушка9999 | 2017-04-22 08:59:52 | 166714 | 2818805 | | | | 69105255 | 151436 | 68a398eefd416c4d4d36899437b101b37.mp4 | e6affa95815b169520ae97acda8eaf10a |
| 1PEW2S5BKNQNarHQcgsjAiVVrzcn9zKWDQ | ловушка9999 | 2017-04-22 08:40:32 | 30433 | 71837 | | | | 113105196 | 1427960 | dd6dba44b38c71ce3a2438357494491ec.avi | 0dd31e7a04cccdf3ea436b29c02df670 |
| 1PEW2S5BKNQNarHQcgsjAiVVrzcn9zKWDQ | ловушка9999 | 2017-04-22 09:00:07 | 176695 | 2818474 | | | | 105702801 | 278460 | 2e04188d8d66a5db2663dc798cbb64ff.mp4 | 9db8e57fffa7c5f41d5873d305993c |
| 1PEW2S5BKNQNarHQcgsjAiVVrzcn9zKWDQ | ловушка9999 | 2017-04-22 09:00:17 | 162937 | 2606755 | | | | 25614663 | 71936 | ddacbedc18fb4a0be1a48b7bdd424882.mp4 | da9e8145c6f49436f3107aecade51c40 |
| 1PEW2S5BKNQNarHQcgsjAiVVrzcn9zKWDQ | ловушка9999 | 2017-04-22 09:12:24 | 178962 | 2870534 | | | | 69301570 | 1563600 | 58f170c366f582dba770b94119f6099a.mp4 | db2cd29b405fa82d9539f37d2e25c |
| 1PEW2S5BKNQNarHQcgsjAiVVrzcn9zKWDQ | ловушка9999 | 2017-04-22 09:12:33 | 177935 | 2840733 | | | | 31527398 | 333166 | 3ef08035d49f7967bd23871f7afda95ed.mp4 | a552c5d55a6cc89b5b0d0a42dab9b4f |
| 1PEW2S5BKNQNarHQcgsjAiVVrzcn9zKWDQ | ловушка9999 | 2017-04-22 09:13:19 | 157931 | 2533863 | | | | 18721214 | 40207 | 5fb06a76a31a6e7ecb2d6f766cd33b0.avi | 7cada7ead78adbaf297cead72d92e2e9 |
| 1PEW2S5BKNQNarHQcgsjAiVVrzcn9zKWDQ | ловушка9999 | 2017-04-22 09:35:46 | 157934 | 2533911 | | | | 25362354 | 222823 | 175ef1fb037e7864b4aaf530f0e7249.avi | fc3b4e1fe71e1da3f82e98e74c9208b |
| 1PEW2S5BKNQNarHQcgsjAiVVrzcn9zKWDQ | ловушка9999 | 2017-04-22 09:35:57 | 157930 | 2533858 | | | | 19076816 | 91024 | e7882ff6fc951274c144c23897709d6d7.avi | bb3e685eefac21682a9fc17f72ff12ae |
| 1PEW2S5BKNQNarHQcgsjAiVVrzcn9zKWDQ | ловушка9999 | 2017-04-22 09:36:04 | 157929 | 2533835 | | | | 25472212 | 164965 | 50aaa83c9c2d1df3abc6c732c1abc8c.avi | cc328263bbb287748517f6eef02990048 |
| 1PEW2S5BKNQNarHQcgsjAiVVrzcn9zKWDQ | ловушка9999 | 2017-04-22 09:37:17 | 157932 | 2533872 | | | | 22479200 | 176943 | 47cec7c0f18dcae6c157ede4849cbbf6.avi | c4f7b8d2f4513eca03edfbb65fbb0cb9 |
| 1PEW2S5BKNQNarHQcgsjAiVVrzcn9zKWDQ | ловушка9999 | 2017-04-22 09:39:17 | 177237 | 2826475 | | | | 25456748 | 264430 | 774176a4558aa45697ee5c42b47a92b2.mp4 | 7487e4e066b1a87af39ec8755e316646f |
| 1PEW2S5BKNQNarHQcgsjAiVVrzcn9zKWDQ | ловушка9999 | 2017-04-22 08:27:02 | 26171 | 228 | | | | 11790453 | 134320 | f0ff2eaef41dd9e6e3dcb49d53c1bf11.mp4 | 26112a3a43e11cc29779c0907846fd47 |
| 1PEW2S5BKNQNarHQcgsjAiVVrzcn9zKWDQ | ловушка9999 | 2017-04-22 08:22:23 | 2951 | 46205 | | | | 152844288 | 1013920 | 615cf15f6c7079214cf62f097a3bd40a.mpg | 5655b44624d798ce83977f13529ca0e4 |
| 1PEW2S5BKNQNarHQcgsjAiVVrzcn9zKWDQ | ловушка9999 | 2017-04-22 08:22:55 | 53431 | 927449 | | | | 15444982 | 800067 | 303cdb02c8f8a5febd8f4635b782e7d51.avi | db2a74632e8c3cf73af1f036362b988e |
| 1PEW2S5BKNQNarHQcgsjAiVVrzcn9zKWDQ | ловушка9999 | 2017-04-22 08:23:10 | 3695 | 62471 | | | | 164319196 | 1344000 | 4e7dd9fa7156b49c2db167bdc47f95d2.avi | 5efd0cba6b82090d0d059bc9a089b992 |
| 1PEW2S5BKNQNarHQcgsjAiVVrzcn9zKWDQ | ловушка9999 | 2017-04-22 08:23:25 | 9085 | 193391 | | | | 12671182 | 124000 | b862a44437be115a16c139ffcc2fb75b1.avi | 81dfdb3d080514db52867eed009d8f87 |
| 1PEW2S5BKNQNarHQcgsjAiVVrzcn9zKWDQ | ловушка9999 | 2017-04-22 08:23:47 | 122990 | 1994446 | | | | 34759020 | 230031 | 825ada082048a1b3968f25b4c6f7ebfb.mp4 | dfa507154483c6bae24402fa12b9cdb3 |
| 1PEW2S5BKNQNarHQcgsjAiVVrzcn9zKWDQ | ловушка9999 | 2017-04-22 08:24:08 | 10 | 11 | | | | 84386504 | 300480 | 23dd0dfb458b43d692765419162afeb9.avi | befc59583f03a62f58a44a4fae615f686 |
| 1PEW2S5BKNQNarHQcgsjAiVVrzcn9zKWDQ | ловушка9999 | 2017-04-22 08:24:56 | 349 | 1042 | | | | 22222391 | 309600 | 265eceb6d4d961057f1b483a558e2885.mp4 | f4cefb2f834d8886816441f5628eaa2 |
| 1PEW2S5BKNQNarHQcgsjAiVVrzcn9zKWDQ | ловушка9999 | 2017-04-22 08:25:31 | 26305 | 520 | | | | 29240458 | 244250 | 2dd076da4955cbc5ba343b0186514704.avi | d15fb42d7ecb9f4f04db9cb95df4c197 |
| 1PEW2S5BKNQNarHQcgsjAiVVrzcn9zKWDQ | ловушка9999 | 2017-04-22 08:25:42 | 26150 | 175 | | | | 106848830 | 4977600 | d2956c4be6fe7809fb947c351a1c980d.avi | 44a99aa1f4dd597e864f6b3276a76d3ae |
| 1PEW2S5BKNQNarHQcgsjAiVVrzcn9zKWDQ | ловушка9999 | 2017-04-22 08:26:27 | 26114 | 126 | | | | 13575785 | 36369 | 20b5969e53060536f66ecf3b20dc2ade2.mp4 | 7da885c28990 6d0b5eec3d37e370a516 |
| 1PEW2S5BKNQNarHQcgsjAiVVrzcn9zKWDQ | ловушка9999 | 2017-04-22 08:21:38 | 523 | 1250 | | | | 101928316 | 690720 | 1221132d8390ea65832cf2eabd8eb668.mpg | 72549988310 4f82446330 15c24aa928c |
| 1PEW2S5BKNQNarHQcgsjAiVVrzcn9zKWDQ | ловушка9999 | 2017-04-22 08:27:04 | 26123 | 139 | | | | 19539677 | 385760 | fcef722c15ecdcd77565749edf6d1240.m4v | 728dc96eda75e42651d28ce130987bc0 |
| 1PEW2S5BKNQNarHQcgsjAiVVrzcn9zKWDQ | ловушка9999 | 2017-04-22 08:27:13 | 26255 | 413 | | | | 16585852 | 235280 | 0b5f533ccd0dc1c08ef24364cc70a0eb.wmv | 8692de4e9d4f6399570566886690ab530 |
| 1PEW2S5BKNQNarHQcgsjAiVVrzcn9zKWDQ | ловушка9999 | 2017-04-22 08:27:48 | 26502 | 814 | | | | 47178949 | 227435 | 09729b35b8a6a317c5abc37da67b880f | c09ff5e27bca320b537ec97cda0fd8b1 |
| 1PEW2S5BKNQNarHQcgsjAiVVrzcn9zKWDQ | ловушка9999 | 2017-04-22 08:29:17 | 26243 | 367 | | | | 15875236 | 156120 | 2b9ed3cfa7de94a8fe3a02726068 22c9.mp4 | 63407 5ee917 9a2b6ea2a757e41928897 |
| 1PEW2S5BKNQNarHQcgsjAiVVrzcn9zKWDQ | ловушка9999 | 2017-04-22 08:34:33 | 27334 | 2019 | | | | 13707372 | 281000 | 7d5389 5aae8fb142156baf873cdb35c8.flv | d47f3 75d23932e64d173bed091794b11 |
| 1PEW2S5BKNQNarHQcgsjAiVVrzcn9zKWDQ | ловушка9999 | 2017-04-22 08:36:43 | 27569 | 2492 | | | | 27532270 | 211680 | b4f6990eb781c566ded91cb6f6e6a5d.avi | 20e9e46713b6dcd86e91a0169cad5e89 |
| 1PEW2S5BKNQNarHQcgsjAiVVrzcn9zKWDQ | ловушка9999 | 2017-04-22 08:37:19 | 26811 | 1208 | | | | 19464003 | 245040 | 21a444cbe92e28c483bf6b20a8f7da6d.mp4 | d2a7ca18a9938cedf5cfbfee11c2c5f |
| 1PEW2S5BKNQNarHQcgsjAiVVrzcn9zKWDQ | ловушка9999 | 2017-04-22 08:37:36 | 26472 | 744 | | | | 24524115 | 178680 | e38b7566fe907e0d2fec9a0f9af72d9f.mpg | 420e501a347e7535356d4065 1f787d2 |
| 1PEW2S5BKNQNarHQcgsjAiVVrzcn9zKWDQ | ловушка9999 | 2017-04-22 08:39:00 | 29766 | 47526 | | | | 14763944 | 257536 | 5401acfe633e681 7b5508b84d23686743.mp4 | ef1e06b461a7ac91cb933497e81f7dab |

Appx7222

| Address | Username | ActivityDate | Video_ID | Video_TempID | Video_Category | Video_FileName | Video_Desc | Video_FileSize | Video_Duration | Video_FileHash | Video_MD5 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1AK19YKNymSnKS6pAUW7YEBVGjMTxW1Mu2 | billybob1337 | 2016-02-26 21:02:57 | 109639 | 1789215 | | | | 14645248 | 96640 | c7e55e8a6962727a62ac77d3db61826a.mpg | 6d24c6166b5845bf842315e74ae0c7eb |
| 1AK19YKNymSnKS6pAUW7YEBVGjMTxW1Mu2 | billybob1337 | 2016-02-26 21:45:09 | 1917 | 20703 | | | | 49222610 | 345700 | 463305739b212edcd50d4df28ea21663.avi | e01aa1b6389fdcfee8c8d90ddd52e4b3 |
| 1AK19YKNymSnKS6pAUW7YEBVGjMTxW1Mu2 | billybob1337 | 2016-02-26 21:42:15 | 73010 | 1227118 | | | | 16928556 | 88320 | 4e93b1539963aec872bd0000973520fa.avi | 0612603b961bb2fc35d3eab2f91834fd |
| 1AK19YKNymSnKS6pAUW7YEBVGjMTxW1Mu2 | billybob1337 | 2016-02-26 21:42:13 | 73221 | 1230095 | | | | 40993687 | 948845 | f7464066678a4b2b73cd89da6c7c161c.avi | 2f85db90df3e491352f138bc95602239 |
| 1AK19YKNymSnKS6pAUW7YEBVGjMTxW1Mu2 | billybob1337 | 2016-02-26 21:39:56 | 98518 | 1618894 | | | | 17011370 | 60825 | d57322bb3ff456cd590697b1b2979d95.avi | 1afdd628346f1ec338c65ae1365627aa |
| 1AK19YKNymSnKS6pAUW7YEBVGjMTxW1Mu2 | billybob1337 | 2016-02-26 21:30:53 | 240944 | | | | | | | | |
| 1AK19YKNymSnKS6pAUW7YEBVGjMTxW1Mu2 | billybob1337 | 2016-02-26 21:23:48 | 367605 | | | | | | | | |
| 1AK19YKNymSnKS6pAUW7YEBVGjMTxW1Mu2 | billybob1337 | 2016-02-26 21:23:43 | 367582 | | | | | | | | |
| 1AK19YKNymSnKS6pAUW7YEBVGjMTxW1Mu2 | billybob1337 | 2016-02-26 21:08:38 | 47655 | 838912 | | | | 53817356 | 410634 | fc2c219a94ec33d657d2c11330829857.mp4 | e86db43bddd16bba47af518d8a990117 |
| 1AK19YKNymSnKS6pAUW7YEBVGjMTxW1Mu2 | billybob1337 | 2016-02-26 20:41:17 | 147787 | 2376297 | | | | 16835401 | 112240 | cbaeb90c47edebad56ccf8ef25abccf4.avi | 63799943c3de3ecc261efbae6160ee0c |
| 1AK19YKNymSnKS6pAUW7YEBVGjMTxW1Mu2 | billybob1337 | 2016-02-26 21:01:58 | 130857 | 2116271 | | | | 25235254 | 98099 | 440c970316ac332fbca7338b7ace3ad5.mp4 | fb71263c6abd18c729f558987625c9c6 |
| 1AK19YKNymSnKS6pAUW7YEBVGjMTxW1Mu2 | billybob1337 | 2016-02-26 20:58:34 | 279712 | | | | | | | | |
| 1AK19YKNymSnKS6pAUW7YEBVGjMTxW1Mu2 | billybob1337 | 2016-02-26 20:58:27 | 308076 | | | | | | | | |
| 1AK19YKNymSnKS6pAUW7YEBVGjMTxW1Mu2 | billybob1337 | 2016-02-26 20:51:56 | 197747 | 3256347 | | | | 16146444 | 730440 | 839541bfa1e1f4a879c4a5d4e5f6d88b.mp4 | 47646ab4b131795505f67f3f1a18a516 |
| 1AK19YKNymSnKS6pAUW7YEBVGjMTxW1Mu2 | billybob1337 | 2016-02-26 20:50:33 | 291079 | | | | | | | | |
| 1AK19YKNymSnKS6pAUW7YEBVGjMTxW1Mu2 | billybob1337 | 2016-02-26 20:50:05 | 317996 | | | | | | | | |
| 1AK19YKNymSnKS6pAUW7YEBVGjMTxW1Mu2 | billybob1337 | 2016-02-26 20:48:47 | 465429 | | | | | | | | |
| 1AK19YKNymSnKS6pAUW7YEBVGjMTxW1Mu2 | billybob1337 | 2016-02-26 20:44:57 | 146012 | 2349454 | | | | 18662595 | 189156 | a3ce01b5f556cfeb6a1d2b6d2078063d.mp4 | 9a88d487c7519b562209662e70ac5458 |

| Address | Username | ActivityDate | Video_ID | Video_TempID | Video_Category | Video_FileName | Video_Desc | Video_FileSize | Video_Duration | Video_FileHash | Video_MD5 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 17dQYVZnNTJtMBYyLYeL9Aid8khvYy2SR7 | user28387 | 2016-02-20 10:46:54 | 411557 | | [redacted] | | | | | | |
| 17dQYVZnNTJtMBYyLYeL9Aid8khvYy2SR7 | user28387 | 2016-02-20 10:00:06 | 443005 | | [redacted] | | | | | | |
| 17dQYVZnNTJtMBYyLYeL9Aid8khvYy2SR7 | user28387 | 2016-02-20 10:02:32 | 437809 | | [redacted] | | | | | | |
| 17dQYVZnNTJtMBYyLYeL9Aid8khvYy2SR7 | user28387 | 2016-02-20 10:11:44 | 435170 | | [redacted] | | | | | | |
| 17dQYVZnNTJtMBYyLYeL9Aid8khvYy2SR7 | user28387 | 2016-02-20 10:14:41 | 431111 | | [redacted] | | | | | | |
| 17dQYVZnNTJtMBYyLYeL9Aid8khvYy2SR7 | user28387 | 2016-02-20 10:24:07 | 428036 | | [redacted] | | | | | | |
| 17dQYVZnNTJtMBYyLYeL9Aid8khvYy2SR7 | user28387 | 2016-02-20 10:26:07 | 426344 | | [redacted] | | | | | | |
| 17dQYVZnNTJtMBYyLYeL9Aid8khvYy2SR7 | user28387 | 2016-02-20 10:33:45 | 424363 | | [redacted] | | | | | | |
| 17dQYVZnNTJtMBYyLYeL9Aid8khvYy2SR7 | user28387 | 2016-02-20 10:40:03 | 420958 | | [redacted] | | | | | | |
| 17dQYVZnNTJtMBYyLYeL9Aid8khvYy2SR7 | user28387 | 2016-02-20 10:42:26 | 418456 | | [redacted] | | | | | | |
| 17dQYVZnNTJtMBYyLYeL9Aid8khvYy2SR7 | user28387 | 2016-02-20 09:48:38 | 447271 | | [redacted] | | | | | | |
| 17dQYVZnNTJtMBYyLYeL9Aid8khvYy2SR7 | user28387 | 2016-02-20 11:00:55 | 396516 | | [redacted] | | | | | | |
| 17dQYVZnNTJtMBYyLYeL9Aid8khvYy2SR7 | user28387 | 2016-02-20 11:04:23 | 376819 | | [redacted] | | | | | | |
| 17dQYVZnNTJtMBYyLYeL9Aid8khvYy2SR7 | user28387 | 2016-02-20 11:23:52 | 367980 | | [redacted] | | | | | | |
| 17dQYVZnNTJtMBYyLYeL9Aid8khvYy2SR7 | user28387 | 2016-02-20 11:27:09 | 434888 | | [redacted] | | | | | | |
| 17dQYVZnNTJtMBYyLYeL9Aid8khvYy2SR7 | user28387 | 2016-02-20 11:30:35 | 426597 | | [redacted] | | | | | | |
| 17dQYVZnNTJtMBYyLYeL9Aid8khvYy2SR7 | user28387 | 2016-02-20 11:36:49 | 146003 | 2349328 | [redacted] | | | 15741280 | 310720 | 63bc13335b046290e73b4c46c86f82d0.rm | cbb23ced3d3724c620d1a12d215f0bba |
| 17dQYVZnNTJtMBYyLYeL9Aid8khvYy2SR7 | user28387 | 2016-02-20 11:50:21 | 416281 | | [redacted] | | | | | | |
| 17dQYVZnNTJtMBYyLYeL9Aid8khvYy2SR7 | user28387 | 2016-02-25 12:56:54 | 428751 | | [redacted] | | | | | | |
| 17dQYVZnNTJtMBYyLYeL9Aid8khvYy2SR7 | user28387 | 2016-02-25 13:13:36 | 2012 | 22842 | [redacted] | | | 16255867 | 291000 | 5460d2d31cec0674075f3676662e6312.avi | 10a7a8c916099f17b9b7e2282af70e21 |
| 17dQYVZnNTJtMBYyLYeL9Aid8khvYy2SR7 | user28387 | 2016-02-18 11:56:21 | 360774 | | [redacted] | | | | | | |
| 17dQYVZnNTJtMBYyLYeL9Aid8khvYy2SR7 | user28387 | 2016-02-18 10:48:25 | 2014 | 22876 | [redacted] | | | 17394864 | 90557 | 375115691c98b7200afab84e7d0250cb.wmv | cc5c0e362a6636e4c6ca275bcee7ed7b |
| 17dQYVZnNTJtMBYyLYeL9Aid8khvYy2SR7 | user28387 | 2016-02-18 10:49:50 | 478451 | | [redacted] | | | | | | |
| 17dQYVZnNTJtMBYyLYeL9Aid8khvYy2SR7 | user28387 | 2016-02-18 10:57:10 | 445673 | | [redacted] | | | | | | |
| 17dQYVZnNTJtMBYyLYeL9Aid8khvYy2SR7 | user28387 | 2016-02-18 11:05:28 | 128209 | 2076272 | [redacted] | | | 15390058 | 24224 | 4cba584b27cdd317c5ff1e15aaa9722e.avi | b4b8e59d4d4103cfe74e3cdc39552aea |
| 17dQYVZnNTJtMBYyLYeL9Aid8khvYy2SR7 | user28387 | 2016-02-18 11:11:03 | 453519 | | [redacted] | | | | | | |
| 17dQYVZnNTJtMBYyLYeL9Aid8khvYy2SR7 | user28387 | 2016-02-18 11:14:03 | 446954 | | [redacted] | | | | | | |
| 17dQYVZnNTJtMBYyLYeL9Aid8khvYy2SR7 | user28387 | 2016-02-18 11:16:01 | 442345 | | [redacted] | | | | | | |
| 17dQYVZnNTJtMBYyLYeL9Aid8khvYy2SR7 | user28387 | 2016-02-18 11:27:11 | 431868 | | [redacted] | | | | | | |
| 17dQYVZnNTJtMBYyLYeL9Aid8khvYy2SR7 | user28387 | 2016-02-18 11:40:22 | 183199 | 2972377 | [redacted] | | | 16140099 | 56080 | adc830107a7a8b177041146857293828.webm | 773a94dae0327e8ecf0b7b3d7c9da8cd |
| 17dQYVZnNTJtMBYyLYeL9Aid8khvYy2SR7 | user28387 | 2016-02-18 10:43:25 | 250837 | | [redacted] | | | | | | |
| 17dQYVZnNTJtMBYyLYeL9Aid8khvYy2SR7 | user28387 | 2016-02-18 11:58:57 | 360790 | | [redacted] | | | | | | |
| 17dQYVZnNTJtMBYyLYeL9Aid8khvYy2SR7 | user28387 | 2016-02-18 12:01:47 | 39733 | | [redacted] | | | | | | |
| 17dQYVZnNTJtMBYyLYeL9Aid8khvYy2SR7 | user28387 | 2016-02-20 09:15:25 | 474068 | | [redacted] | | | | | | |
| 17dQYVZnNTJtMBYyLYeL9Aid8khvYy2SR7 | user28387 | 2016-02-20 09:20:10 | 451515 | | [redacted] | | | | | | |
| 17dQYVZnNTJtMBYyLYeL9Aid8khvYy2SR7 | user28387 | 2016-02-20 09:29:52 | 449692 | | [redacted] | | | | | | |
| 17dQYVZnNTJtMBYyLYeL9Aid8khvYy2SR7 | user28387 | 2016-02-20 09:31:03 | 449429 | | [redacted] | | | | | | |
| 17dQYVZnNTJtMBYyLYeL9Aid8khvYy2SR7 | user28387 | 2016-02-20 09:41:47 | 448421 | | [redacted] | | | | | | |
| 17dQYVZnNTJtMBYyLYeL9Aid8khvYy2SR7 | user28387 | 2016-02-20 09:44:41 | 448139 | | [redacted] | | | | | | |
| 17dQYVZnNTJtMBYyLYeL9Aid8khvYy2SR7 | user28387 | 2016-02-20 09:48:20 | 447868 | | [redacted] | | | | | | |

| address | Username | ActivityDate | Video_ID | Video_TempID | Video_Category | Video_FileName | Video_Desc | Video_FileSize | Video_Duration | Video_FileHash | Video_MD5 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-27 06:29:28 | 240487 | | | | | | | | |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-25 07:48:26 | 398591 | | | | | | | | |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-26 07:45:38 | 5951 | 112325 | | | | 27219129 | 123904 | 254cd5c7065f3aeb2dc3e40b685adf0.mp4 | 1f362e802d1e6fb0d5c3c7e00290049 |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-26 07:46:06 | 5764 | 107485 | | | | 43488531 | 646767 | d22b000080700bd53bebc101edbb62a8.mp4 | 6de142e7b49ed661f7be2376eece38d67 |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-26 07:51:18 | 3142 | 50273 | | | | 22857923 | 248967 | e25ca237a194723ab3c86e793660ef21.mp4 | d82bc43bce5ca1c8dfd53b9775ea8788 |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-26 08:01:13 | 410322 | | | | | | | | |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-26 08:03:50 | 14124 | 328848 | | | | 41846293 | 651960 | 303a276abbf0c67e6c976f5b7c1e5690.wmv | 0731af0f025b449714d0eb276dfdfb5c |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-26 08:09:16 | 75993 | 1272796 | | | | 44708668 | 869167 | 620d925e18a28af2e78502a63486a35.avi | 4c5d1d5bfae43a41b5580f1d7a05731c |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-26 08:11:34 | 64990 | 1103030 | | | | 89002964 | 244244 | 8f8ec9e69f2103355a6c3e2950b7a538.mpg | 41e3717a5caac4fa9fbaac2df664d5c0 |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-26 08:21:23 | 22498 | 516311 | | | | 53372183 | 700033 | 15579783611c6bb7ce142f4f3c1e27280.m4v | decee67e4bcd94b20532db7e2a0a0798 |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-27 05:58:52 | 402984 | | | | | | | | |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-27 06:20:09 | 312809 | | | | | | | | |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-27 06:22:22 | 299239 | | | | | | | | |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-25 07:45:40 | 399412 | | | | | | | | |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-27 06:32:57 | 220013 | 3599287 | | | | 18830440 | 586112 | deb72bbf6862310223546255caafedbb.mp4 | 3a2a2a03f2aa8951510d12f6d9b1da5c |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-27 06:38:45 | 181911 | 2951856 | | | | 16776286 | 299800 | d22cae6e9dd9d431177119040a62d8.avi | 855d36297c4cd1d9ff1f80e3b1c6933 |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-27 06:41:32 | 150197 | 2413874 | | | | 62148125 | 91391 | 3c30bc3ec05967d33995f258b184fabb.mp4 | 5406f1edb32ed561148864c60ca82595 |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-27 06:44:04 | 353827 | | | | | | | | |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-27 06:48:16 | 136195 | 2198025 | | | | 19026083 | 301917 | f2099e4d302ec84b207c3139ef854819.mp4 | cd44d84c94eaf148ecd244dd0ace5194 |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-27 06:50:11 | 101234 | 1660538 | | | | 23628800 | 244670 | 8aec51422b30d61bcef078b27f0babeb1.mp4 | f222ca6e785f17eb856c7544d9db67e |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-27 06:59:54 | 88235 | 1460592 | | | | 10270864 | 85680 | 49f1166a620873fb19f1905f439850c.webm | 7936e911cad18616752dcc95f6ad5f8 |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-27 07:17:30 | 216532 | 3544822 | | | | 39222148 | 266440 | 9f08ae43ac80bb4d17a04dbd34b10751.mpg | 3480649036925a82d5b272f53a5b0165f |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-27 07:38:46 | 188229 | 3077405 | | | | 53602948 | 208000 | 1e4503555f3509d72f0ae55f8c3880d0.avi | bbdcb157ae32c918c65e45c44ecd7585 |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-27 07:42:39 | 39673 | 716185 | | | | 16820729 | 359360 | ba8a4b2c1f129d05b2f5bb2a99139835f.wmv | 6fcf37158923d00a6baad74227a96259 |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-27 08:02:46 | 71428 | 1202537 | | | | 18575609 | 119720 | 06b1046dc6091b9ce6cb1836ce982747.m4v | 20970f28091f312e1f59fb42e1b7d32 |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-24 09:04:22 | 2200 | 27332 | | | | 40374424 | 2370000 | cd3d804747cf4c11f49553408c9af222.avi | 0db001970ca627cb0a5986ea3acff5d0 |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-24 07:49:03 | 46373 | 819326 | | | | 25540760 | 145560 | cd992481c191d944464acdd23741a293d.mpg | 9fd25630348613bc0470468855020c3f76 |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-24 07:35:10 | 95533 | 1572954 | | | | 17744202 | 193667 | 7072a5c26d796e02dc28cb861210abba.avi | 2a39fc6ea7908c67fc19ce927691c |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-24 07:39:26 | 91042 | 1504100 | | | | 24437084 | 37875 | b1567d68a6fe1ae7e868527d88195eae.mkv | 779885557029f0fb3818675815ac410 |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-24 07:54:48 | 43374 | | | | | | | | |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-24 07:57:38 | 362518 | | | | | | | | |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-24 08:02:36 | 307778 | | | | | | | | |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-24 08:06:32 | 214152 | 3507549 | | | | 196563935 | 92531 | d770dabcd8705e4b565c37b2b3a27c.mp4 | 9edbd67df8f6fde7a16cb03ea28f73de |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-24 08:12:24 | 133016 | 2149543 | | | | 17916158 | 5300 | dd2dde53d327243ac08d65bf6df132d.avi | 5903542fcc81835772c6953c26053fc09 |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-24 08:24:06 | 305314 | | | | | | | | |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-24 08:37:17 | 244650 | | | | | | | | |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-24 08:38:28 | 143201 | 2305818 | | | | 148658180 | 448715 | 5d7602d82fff1f12b0e393b25109c376f.mp4 | eadac097e7c7495ea4d1bb037365c096 |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-24 09:03:56 | 19681 | 455268 | | | | 17141613 | 231920 | 7dd66337fbdf4781f03000835d6a86771.wmv | 01331e68910bd8ac84cdfb78e274f65 |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-24 07:20:50 | 1158 | 1930 | | | | 35810516 | 205160 | 654a15a7b10edf67cbd37e00815ae89.mpg | c3a7c1c5b46ae9f3b7c0bea751be195f |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-24 09:04:41 | 1807 | 18197 | | | | 99407872 | 345111 | e2d0f33b82899e38000b5d82a0840506.mpeg | 26a5b61434847a17a0f35b05bf2dcdeb |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-24 20:08:20 | 199 | 230 | | | | 50829427 | 453120 | 482575130f4fb97ef333d73966809560e.mp4 | 1bdbf1a561110bef092020957ce4510e3 |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-24 20:15:14 | 52 | 62 | | | | 50134452 | 169670 | 90a493dcae5a5c4fe1b3c04ad1dbc069.wmv | 1a86b46250c010a45da76d63cd7db74 |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-24 20:15:56 | 47 | 57 | | | | 22861196 | 273560 | f073b36a9cb725f98cf7bde9a1f8facb.avi | 10304787ec2f0be52f8aa482d27ad71 |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-24 20:26:53 | 61879 | 1053959 | | | | 53769702 | 1102200 | a621f7ab8fd0eae3805566885dda4a25.wmv | b32c50033736d84a9c90885f4f67483c2 |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-24 20:42:37 | 289187 | | | | | | | | |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-24 20:42:45 | 289130 | | | | | | | | |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-24 20:46:38 | 299288 | | | | | | | | |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-24 20:50:17 | 385110 | | | | | | | | |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-25 07:37:20 | 401838 | | | | | | | | |
| 12s7wsv8kcC8hvXvXu1q6tLeQ3qUqpagtgr | tukogb1 | 2016-01-25 07:43:45 | 399920 | | | | | | | | |

| Address | Username | ActivityDate | Video_ID | Video_TempID | Video_Category | Video_FileName | Video_Desc | Video_FileSize | Video_Duration | Video_FileHash | Video_MD5 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-06-18 16:23:58 | 189247 | 3093384 | | | | 19703747 | 316000 | ca5c54971b03f1f45e899584588dcfe2.mp4 | 89a1099e955a798fe2ec9d5218d17cf2 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-11-11 14:41:07 | 105599 | 1728819 | | | | 525840516 | 5184446 | a16922fbf0b1d4a774a7cf5a9151d616.mp4 | 735355e1ee2237317a8cce0fbca43156 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-11-11 14:29:50 | 41131 | 738853 | | | | 691556216 | 1177600 | 7a9be4573044055e9f4ff828056124f7.avi | 0bec2985587ae1ebf63a531137039c20 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-11-11 13:59:14 | 216818 | 3549334 | | | | 259083928 | 166533 | b6e5ce2cb5b7033a4385d0e31438d998.ts | db739caf6be19a2e1042c42f82c73183 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-11-11 13:35:41 | 29524 | 37192 | | | | 725479424 | 10884800 | 76a77077b53444d655fff2a6c350d5ca.avi | d7842f1e13fc66a2532c0c9f9c366530 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-11-11 13:33:49 | 216105 | 3537769 | | | | 34105551 | 623655 | 2b5d9ed398db1dee1d00214aa5a41ef0.mp4 | 5b6a227fba0553f5cb9f93656382a124 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-11-09 13:46:50 | 214662 | 3515554 | | | | 724705923 | 942500 | 0a1022a9c9ae75e7c21390dff19440ae.mp4 | 252a9735b66d5b7cffa3584a29cf2973 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-08-14 14:46:09 | 165536 | 2639354 | | | | 601398911 | 6129600 | 1b25ea4e3ede6fc047c018cb9b5ddc8b.wmv | f9b8a9e7b97d54b842ccdc8e6a2da6cf |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-08-14 14:41:06 | 175792 | 2802524 | | | | 202129758 | 4782716 | b1e2036afffdf8ccf026919359241934.mkv | 4efbb6d42c8af0e11404540373e73582 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-08-14 14:30:24 | 182501 | 2961343 | | | | 199344216 | 402833 | fc1255f10e22ec01624f339cba9f9cc0.mkv | 72660fab944835e3b205136d3d862104 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-08-14 14:26:10 | 195784 | 3226390 | | | | 28133325 | 312634 | 760f35a264de70850f9e926eb8d4f1cb.mp4 | 19277a432e3a2cd4639a770ebcd6764f |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-08-14 14:23:26 | 195806 | 3226751 | | | | 27533059 | 461934 | 84c747c5f47c2da1ea8f0bf81f2b6e11.mp4 | 24ef6ee0ff2143491e0e392ff1d3ef33 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-08-14 11:41:33 | 192739 | 3178876 | | | | 168764978 | 323390 | 10b7aacb4303a22494c755fd942ab5b8.avi | 6fcd6f914d08c1c9d2dd9a7eeb47f10c |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-08-13 19:58:10 | 195198 | 3217187 | | | | 16610722 | 48624 | 2ec0e064ff1ce7e35575be2cd7aa9431.mp4 | 33408ee529f13e97fc66d95f345125a7 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-06-18 22:44:50 | 152660 | 2451802 | | | | 861917312 | 4409760 | 165d6d6efc3c235ff0c042d3d8cfa8fd.avi | ff8db54cb8cc91446dd264987327445f |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-06-18 22:44:50 | 152660 | 2451802 | | | | 861917312 | 4409760 | 165d6d6efc3c235ff0c042d3d8cfa8fd.avi | ff8db54cb8cc91446dd264987327445f |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-05-18 13:00:35 | 178311 | 2854839 | | | | 16143087 | 49992 | 4e370c7b2c3e69be04efc08df7a3e057.mp4 | d9c886ea790ee64f649ec59ca248f2a0 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-06-18 16:09:25 | 189669 | 3104334 | | | | 50328558 | 781667 | 47f160a51c5e9be451363520a149ca82.avi | ef93a0561b6006d86e6e7d0795d962d9 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-06-03 19:58:39 | 49820 | 872708 | | | | 338588274 | 531467 | 0d1d6e7bea6159237fd12bed049882f0.mkv | 6bf25866df1fe3af37d566dc9c44cfce |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-06-03 19:58:39 | 49820 | 872708 | | | | 338588274 | 531467 | 0d1d6e7bea6159237fd12bed049882f0.mkv | 6bf25866df1fe3af37d566dc9c44cfce |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-06-03 19:44:47 | 160732 | 2577008 | | | | 221148511 | 5310978 | 7acccf55c279f4d0a270e729112f0b2f.mkv | 8681d2ca1dee1e3d933b9b9fc4b32369 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-06-03 19:44:47 | 160732 | 2577008 | | | | 221148511 | 5310978 | 7acccf55c279f4d0a270e729112f0b2f.mkv | 8681d2ca1dee1e3d933b9b9fc4b32369 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-06-03 18:32:17 | 122990 | 1994446 | | | | 34759020 | 230031 | 825ada08204841b3968f25b4c6f7ebfb.mp4 | dfa5071545483c6bae2402fa12b9cdb3 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-06-03 18:28:03 | 187934 | 3072942 | | | | 575641014 | 1098933 | 7d0e8e76500c8ed55af7b63e8fc996c5.avi | 3690ce528dc05178ddfe0a89e6c85d14 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-05-18 14:40:26 | 178875 | 2869320 | | | | 194835854 | 302433 | 5848ad959570f87753a60ce8be1567f3.mp4 | 8d86cc881b97d1f0a2c373371e6e7c40 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-05-18 14:14:16 | 6828 | 132216 | | | | 690254426 | 7200080 | bbf7bb29915d71fc46379b974330b3eb.wmv | ab629bf73cf91c397701a17e461005f2 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-05-18 14:14:16 | 6828 | 132216 | | | | 690254426 | 7200080 | bbf7bb29915d71fc46379b974330b3eb.wmv | ab629bf73cf91c397701a17e461005f2 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-05-18 13:39:18 | 185260 | 3005796 | | | | 210209369 | 637440 | 10ff0b5e85e5b85cc3095d431d8c08b4.mp4 | 16b18151837935c8713bc1f41dfaa99a |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-05-18 13:16:34 | 186739 | 3031413 | | | | 107598720 | 235326 | 606f1a9545f25d42f62e88211ae02708.mp4 | 8d7e1afd12fb3d0532464bcdd9c9fbec |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-05-18 13:08:54 | 186599 | 3026795 | | | | 258770044 | 2418619 | b1dbc35c151f29dc80ec97a4fced097f.mp4 | 2bee10e20eb1970f365dcb7adc309853 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-05-18 13:05:04 | 187317 | 3044467 | | | | 22660143 | 511210 | e7244fabc993ee25230840a99e0316e3.mp4 | 07d37c399d49b37ab9c26e9e3dc42e19 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-05-18 13:03:37 | 187242 | 3043104 | | | | 140132356 | 1001867 | 925be33474ac1c0343275c07d72a04d8.mpg | 4b299516e230027c70c542949dcba94b |

| Address | Username | ActivityDate | Video_ID | Video_TempID | Video_Category | Video_FileName | Video_Desc | Video_FileSize | Video_Duration | Video_FileHash | Video_MD5 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-19 15:43:43 | 1424962 | | | | | 15883196 | 624667 | f76c7c13e2de490796b1f0446811a336.wmv | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-19 15:43:44 | 1424988 | | | | | 20228096 | 590734 | d9e4e59134a180dde46febb13d520388.mp4 | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-19 15:43:46 | 1424997 | | | | | 21972206 | 1524800 | 0aad0a3813a13de2e738d693f07cde94.m4v | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-19 15:43:47 | 1425022 | | | | | 19622195 | 228700 | a2137a2ae8e39b5002a3f8909ecb88fe.mp4 | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-19 15:43:48 | 1425046 | | | | | 23297922 | 1279933 | 9365fb9878ff5dc9163492bc951d5d84.flv | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-19 15:43:50 | 1425061 | | | | | 25462442 | 503400 | 88150b98b01e91a6c22f9b864b066985.avi | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-19 16:12:56 | 1425109 | | | | | 18319809 | 380100 | 3af3d94fb6259a153cde3f009b02a81a.wmv | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-19 16:12:58 | 1425112 | | | | | 22750078 | 97240 | 48b6cd9d6d46b83e2e1d9b520a665b21.wmv | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-19 16:13:00 | 1425129 | | | | | 25004250 | 344440 | a8fa644522af35a47e3a6689b4cec5fa.flv | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-19 16:13:02 | 1425145 | | | | | 17852668 | 117818 | bf082db15fee55ebd84e103730d847bf.avi | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-19 16:13:03 | 1425153 | | | | | 17979688 | 211720 | 97630c351cefa3de62df5cb6f0dbc033.flv | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-26 17:33:49 | 1477336 | | | | | 22159748 | 320380 | c3da496edacabea3bd2717241ab4ca10.mp4 | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-26 17:45:30 | 1477440 | | | | | 19168668 | 282300 | b301bbff368b7a75043a2b9925a530ff.mp4 | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-26 18:07:22 | 1477468 | | | | | 16231732 | 242006 | 171ae1bbb81475eb96287dd78565b38b.mp4 | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-26 18:29:14 | 1477532 | | | | | 23415588 | 300633 | 46231b2473865966f496cf5fcaff357c.mp4 | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-28 17:54:04 | 1497737 | | | | | 16656402 | 364264 | e396971071fe6152903e6a770d50c243.flv | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-28 17:55:23 | 1497788 | | | | | 16996960 | 1029934 | f459e99be0fc57e40d10fe5d033692a6.3gp | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-28 17:57:06 | 1497805 | | | | | 17419964 | 242909 | d1d6e4e428da3798f5d662cb3c8cd74f.flv | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-28 17:58:29 | 1497842 | | | | | 18332327 | 224637 | b691334ccf10d4ab144d672f7783c8a3.mp4 | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-28 17:59:59 | 1497881 | | | | | 23655107 | 197200 | 2a7391fb632a4dac9422201bb041c043.mp4 | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-28 18:03:02 | 1497885 | | | | | 23857262 | 312713 | a9a82b0b868b6252298fb3f261209f90.mp4 | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-28 18:08:49 | 1497905 | | | | | 25293144 | 335320 | 85ed1bdfed77d0791857ee92e4adf734.mp4 | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-28 18:12:23 | 1497931 | | | | | 28652620 | 375480 | e3d373858ddfa09d81bd1796943514a8.mp4 | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-28 18:19:16 | 1497963 | | | | | 16216636 | 134680 | 3f2fa10cdb4ba40b87e0b9624629a9ef.avi | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-28 18:19:17 | 1497978 | | | | | 18169390 | 118300 | 1f0d0e95cfb910ffb282f57cec0d0f67.mp4 | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-28 18:30:53 | 1498019 | | | | | 26004296 | 180208 | fec77d1750ac5d6fc20d72f1858f8efa.avi | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-28 18:30:55 | 1498025 | | | | | 26152138 | 180208 | 2da833ec155de138b47062d56c60fbd8.avi | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-30 15:32:07 | 1511394 | | | | | 25692172 | 451067 | 51989bbd8cf008d133febee69f5b1180.mp4 | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-30 15:32:10 | 1511408 | | | | | 29787391 | 122534 | 7a09bd2f4362bdb95b9a19e9ddc69684.mp4 | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 16:41:05 | 1518591 | | | | | 15771950 | 192159 | a8687375cea13883a525c8dfa34ace23.avi | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 16:41:06 | 1518616 | | | | | 15942690 | 254450 | 878579eaa9f4f2a252e909b75890c924.avi | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 16:41:08 | 1518621 | | | | | 15999855 | 900732 | 10098d65f0512001120ad8a44a38a61c.3gp | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 16:41:09 | 1518637 | | | | | 16046282 | 255000 | b760c32ade3928dd517c498d5333187a.flv | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 16:41:10 | 1518641 | | | | | 16432949 | 149149 | 992c2c7b4d1ee7f5c191ea2ef24b5809.mp4 | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 16:44:06 | 1518662 | | | | | 16508336 | 335240 | 709468cc3418b6363cbd2557759e9344.mp4 | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 16:44:07 | 1518687 | | | | | 16667057 | 235800 | c152935f4acbc8a5c139994f04cb9a47.flv | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 16:44:09 | 1518690 | | | | | 16867133 | 104292 | bfa066944d23a6776caa67066d1f7b57.mp4 | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 16:44:11 | 1518706 | | | | | 18229676 | 223023 | 254b00246ff13114a7de70544c0d3b84.avi | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 16:52:50 | 1518720 | | | | | 19760295 | 132080 | fc84fd8e4db6be652974213db5e99082.mp4 | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 16:52:51 | 1518726 | | | | | 20588562 | 310067 | 1ba7439a02d9539077510205dd05123f.mp4 | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 16:52:53 | 1518745 | | | | | 22250290 | 356600 | 289dd10bbb01640edf7d654f414f8624.flv | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 16:52:54 | 1518755 | | | | | 23333916 | 165080 | 28a1faa9dd2f69eeef4279da40dcdfe0.avi | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 16:52:55 | 1518761 | | | | | 27560906 | 331920 | a2be3baee3bcf8792aab206b21ad7f69.avi | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 16:58:21 | 1518771 | | | | | 28473344 | 245278 | bd38184ee56f9f286f9a4e649a740e42.flv | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 16:58:22 | 1518777 | | | | | 29155248 | 344200 | 819c6baf536cc4b994ec6dcf9f415994.avi | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 16:58:24 | 1518791 | | | | | 29807133 | 392022 | 51783435ce8f5bb47f2c2bc7ebc29eb1.mp4 | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 16:58:25 | 1518794 | | | | | 30831266 | 653953 | 95a6fc111fa11c3ab209a0ed1b9abeb6.avi | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 16:58:26 | 1518811 | | | | | 34196062 | 451320 | a0ae148a258a9d1db932df49b2271b21.avi | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 16:58:28 | 1518836 | | | | | 42445921 | 507320 | ac0cc045737916963285e58df2b820fd.mp4 | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 17:31:08 | 1518848 | | | | | 16263128 | 182249 | bbd36655e64de9758eb68ccc741176f4.mp4 | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 17:31:09 | 1518851 | | | | | 16282768 | 181882 | fbec709157e2712f08ea96f92f149540.mp4 | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 17:31:10 | 1518856 | | | | | 16383170 | 99100 | 99f9dbc73fefd195eac336b90015af49.mp4 | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 17:36:51 | 1518865 | | | | | 16466525 | 599520 | 768d0716be8a5566cc4f04717e209a22.mp4 | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 17:36:52 | 1518877 | | | | | 16481795 | 314040 | 6320267b4965e7a50b2996cbd2d6c60f.mp4 | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 17:36:54 | 1518889 | | | | | 16795154 | 185931 | 993f1b170d93f3244b0f7bf78adb40e2.avi | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 17:36:55 | 1518913 | | | | | 17168280 | 146400 | 232362afef787e622e4d148d7630445a.avi | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 17:36:56 | 1518936 | | | | | 18287994 | 597398 | 52092f83c2d842688d424af6a5e55c7b.mp4 | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 17:36:57 | 1518949 | | | | | 18412326 | 361161 | 177b118df5660fca13bd6dcee756f398.mp4 | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 17:36:58 | 1518966 | | | | | 18507238 | 319920 | 82e532e42ab6bccfd6ef816073c64a65.mp4 | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 17:50:38 | 1518995 | | | | | 18591723 | 210067 | e464f78f1b3fa6bfe6d887029bf66f0c.mp4 | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 17:50:39 | 1519016 | | | | | 18633373 | 106634 | e68e4a046a5a86de64238ca77d7970d5.mp4 | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 17:50:40 | 1519040 | | | | | 18664600 | 261934 | 39ecc5282d4511dca4c757113e1312d1.mp4 | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 17:50:41 | 1519044 | | | | | 19269480 | 150855 | dc5631bb775757e5ae1e430034ad1a21.avi | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 17:50:43 | 1519055 | | | | | 19772634 | 436903 | 9d215c3531795546a81a65a80a455862.avi | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 17:50:44 | 1519069 | | | | | 19960470 | 135753 | 13d7a90018676759a713064bbec1b25c.avi | |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 17:50:45 | 1519080 | | | | | 19988119 | 286280 | 61567049f602cc79b1a79716ee815642.mp4 | |

Appx7228

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 17:50:46 | 1519110 | | 20062662 | 297480 | 5a9fa2197c5e405543c00bd501751082.avi |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 17:50:48 | 1519128 | | 20138535 | 119920 | 46c4f3cb8b518427803cb19b756bc030.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 17:50:49 | 1519139 | | 21358967 | 182917 | cf91d0f049abb639ff8b0c5873e9f4e1.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 18:05:18 | 1519160 | | 21701016 | 333160 | dd60f94dc138f0c2917b66c31718728e.avi |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 18:05:20 | 1519180 | | 21915592 | 128734 | c64b02710fc48bf39df53c6be6d0cc3d.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 18:05:21 | 1519196 | | 22402527 | 134134 | 95cbccd215b174ddee376b6eb425975a.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 18:05:22 | 1519214 | | 24758759 | 149734 | c4eb90fdc9fb2961fe28b5f6f587187b.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 18:05:24 | 1519233 | | 25622040 | 429730 | 642c4259bd8c8543170336dba4615ade.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 18:05:25 | 1519245 | | 25932646 | 162360 | 4d16ad3b9adade3b562e5f64c3a01c5d.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 18:05:27 | 1519254 | | 25970803 | 656823 | bfeb917a8d1d26766aba9379aecc9614.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 18:05:28 | 1519271 | | 26059930 | 274280 | aa8cb12cf9bdaf4c309614e7a427b480.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 18:05:29 | 1519273 | | 26167879 | 156100 | 236815f1be7b0bd0459e040d8ff78caa.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 18:46:17 | 1519378 | | 26277380 | 127600 | abdaf8beb06b128386453009cf7980d7.avi |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 18:46:19 | 1519388 | | 26338556 | 301233 | 68256bd81812424818454f6dada05a54.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 18:46:20 | 1519418 | | 26427875 | 351900 | b629af80283550e90f7c205014a4845d.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 18:46:22 | 1519445 | | 26742130 | 70067 | 8d8145f4436a7b4f7489cb2d2915fcdf.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-08-31 18:46:24 | 1519451 | | 27139332 | 301535 | 016b388b5ee40f99cc161d3aeb35b545.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-09-13 16:35:02 | 1593449 | | 39151188 | 563547 | 4a8d4638b5dc1c12d87fbe0b399c2396.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-09-13 16:35:04 | 1593474 | | 26651444 | 381402 | f4acda19aa6efeee72fc13c70afad61b.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-09-13 16:35:06 | 1593496 | | 16754184 | 242013 | 007ad58edbc2780f6bf6cf14e12c063f.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-09-13 16:35:07 | 1593505 | | 26306088 | 381180 | f648c726ded78a0f14942f50cb519ae1.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-09-13 16:35:09 | 1593518 | | 52774420 | 763909 | bfb1698524840a3978889ae25769e87e.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-09-13 16:35:11 | 1593519 | | 23144492 | 339825 | 747ac0e3a7f4b8a385b039573b4ac3c5.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-09-13 16:35:13 | 1593523 | | 28635220 | 410067 | 04ee08ead1a259009cab6b2198fb6d93.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-09-13 16:35:15 | 1593534 | | 35487256 | 511620 | 4e1351cf2ae972bf6cad10bee3c5bc1a.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2016-09-13 17:05:03 | 1593550 | | 115862896 | 1988440 | 46ad84ea8ba0baeed7c3faf29d1fd4ef.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-05-18 14:56:49 | 3045655 | | 37309093 | 0 | d488781b360b5821800a78a33ea6bcf8.avi |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-05-18 16:21:19 | 3045697 | | 35751597 | 0 | 93c06a67af6b87aa9f7a83de8586c016.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-05-18 16:30:58 | 3045719 | | 36548715 | 0 | edcc556263cd7e2e6bb7583924bb0051.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-05-18 17:26:46 | 3045769 | | 26720580 | 0 | 84743978fa058b3770d7a77b26b87d1c.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-06-03 16:51:47 | 3077422 | | 17309910 | 181630 | 2754518221cfbc8d25c13a06a4cb8421.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-06-03 17:31:13 | 3077573 | | 17746994 | 239440 | 526513261aa2f0b058a0e8a201bf8368.avi |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-06-03 17:31:15 | 3077595 | | 15819677 | 105600 | ebe048f25228d088e0216147377171b2.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-06-03 17:31:16 | 3077618 | | 18353862 | 136292 | f0e26265cb1495258669f8dae6531ed3.avi |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-06-03 17:31:18 | 3077625 | | 17436722 | 124333 | b86d9a8e244a8af4610b10875b98230e.avi |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-06-03 17:31:19 | 3077644 | | 17173064 | 277917 | 0e5c42fd3a14cc1138d7296de738073c.avi |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-06-03 17:39:58 | 3077699 | | 19366616 | 247760 | f916fd798cb17c3fc35f3e4f26d9c343.avi |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-06-03 17:46:39 | 3077737 | | 16004666 | 170014 | 28bda53c86d37e275a3ebfdc113b1f59.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-06-03 17:53:58 | 3077769 | | 16007253 | 220240 | 9884e9bdec7f7e1a8437a5aed6783601.flv |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-06-03 17:57:24 | 3077811 | | 16059429 | 271334 | 0ca58db367775ccf5a785059c3cb870b.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-06-03 18:05:51 | 3077856 | | 15915449 | 160792 | 76d38aa88f8a943a758349ddf3b5cde9.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-06-03 18:11:23 | 3077924 | | 15831256 | 438040 | 010fd7ffb8f6773c3d70a72c4177baa7.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-06-03 18:16:31 | 3077929 | | 15833328 | 470480 | 71d779e5d91a630bc0f3cfc3a6db1d93.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-06-03 18:21:31 | 3077944 | | 15829111 | 62355 | d30d0f522a86b3665d8e3a9a91472e28.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-06-03 18:26:55 | 3077971 | | 15886771 | 221960 | cabb702a0a35967cf549d2f91494e989.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-06-05 15:50:13 | 3085439 | | 26720580 | 353003 | 76fabdc82dd649afd7efa2d6894e568d.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-06-05 15:50:14 | 3085457 | | 25219853 | 237037 | e6bebc499c445570ecbe7829ae23b881.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-06-05 15:50:16 | 3085469 | | 23967560 | 315000 | d2cdf047a6674cef251d56544a3cf029.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-06-05 15:50:18 | 3085479 | | 18336342 | 183960 | 7501788417c5c49436d7aba3c0695833.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-06-06 16:20:06 | 3098063 | | 16897871 | 0 | 971075aa1ab5b16f6f204a7e33784a9f.flv |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-06-06 16:32:43 | 3098290 | | 16946961 | 0 | 7ca78a10cfa7979fa4f7bc153d0aa36b.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-08-13 19:11:09 | 3223483 | | 19385509 | 120034 | 9dd3559fab10c10e1778b729b1387784.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-08-13 19:11:11 | 3223484 | | 19103182 | 549293 | c8f7e8cf42a81f4b87c8a82b4c454ed1.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-08-13 19:11:12 | 3223499 | | 17032252 | 151452 | d92d7ec47187a662aacda2d4b4c7628e.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-08-14 09:36:05 | 3227500 | | 21393535 | 337160 | a2cdb6fd27a086e28095b2f09ca98612.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-08-14 09:56:09 | 3227510 | | 21777161 | 349080 | d31687df38ba75b6ccd90522d024a51b.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-08-14 10:14:19 | 3227538 | | 26356841 | 480183 | e1fe6165cad3f7f3f57d409f78e4415f.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-08-14 10:53:14 | 3227606 | | 20854622 | 329080 | 4fa53be91b4933d536748a60458b9797.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-08-14 11:14:57 | 3227677 | | 29901448 | 480320 | 3c252fa14f21be6264aa55a74246f4d1.mp4 |
| 12M2Vk7zq7eEgCGtF2AECSFENHkSwYpEqk | slammer88 | 2017-08-14 11:40:53 | 3227785 | | 28662760 | 459000 | 99791286d89586f31dd373ee15ae2265.mp4 |

Appx7229

| Address | Username | ActivityDate | Video_ID | Video_TempID | Video_Category | Video_FileName | Video_Desc | Video_FileSize | Video_Duration | Video_FileHash | Video_MD5 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12hWcUrkKMX9tYzjWfycVJy39HRCVebNC4 | geegeegee | 2016-01-28 06:19:38 | 231330 | 3774977 | | | | 18494795 | 40534 | d58892501363fc735d3c12592162e3c2.mp4 | b2e5fe1c1fc4eac37a6639f2d1283843 |
| 12hWcUrkKMX9tYzjWfycVJy39HRCVebNC4 | geegeegee | 2016-01-28 06:26:18 | 111496 | 1817218 | | | | 23971936 | 180125 | 4964fd78d7373edc5edc719f7f9571f5.avi | c9643e4b29100d1e2113c6d046031a72 |
| 12hWcUrkKMX9tYzjWfycVJy39HRCVebNC4 | geegeegee | 2016-01-28 08:51:28 | 17113 | 395883 | | | | 40486796 | 119138 | d111938e811c0ed7c4ee3e749b07b454.avi | 6bc0e482205eea0c8b4f7a8b41079f5b |
| 12hWcUrkKMX9tYzjWfycVJy39HRCVebNC4 | geegeegee | 2016-01-28 09:07:41 | 400867 | | | | | | | | |
| 12hWcUrkKMX9tYzjWfycVJy39HRCVebNC4 | geegeegee | 2016-01-28 09:08:21 | 101480 | 1664221 | | | | 147744450 | 1774172 | 51eeaa84a99fd88976f5db34487cb2af.mp4 | a62d2e35d641e8f7efec38418e68755c |
| 12hWcUrkKMX9tYzjWfycVJy39HRCVebNC4 | geegeegee | 2016-01-29 00:57:29 | 98911 | 1625203 | | | | 17772944 | 67200 | 677402edccad1017c26431e2b69da61e.mp4 | 6fc3d13b20ca265bf8c2550dec07088b |
| 12hWcUrkKMX9tYzjWfycVJy39HRCVebNC4 | geegeegee | 2016-01-29 01:05:15 | 353827 | | | | | | | | |
| 12hWcUrkKMX9tYzjWfycVJy39HRCVebNC4 | geegeegee | 2016-01-29 01:11:40 | 131177 | 2121367 | | | | 25236208 | 98099 | 24dc6ecc1579698a85c5416581fef4a5.mp4 | 140dc475636df93d9a650a433c915bc8 |

| Address | Username | ActivityDate | Video_ID | Video_TempID | Video_Category | Video_FileName | Video_Desc | Video_FileSize | Video_Duration | Video_FileHash | Video_MD5 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-19 01:43:06 | 273335 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-19 01:43:41 | 225518 | 3684170 | | | | 28331164 | 516725 | 65a579da11fa712149bca347ecfcb208.avi | 33e46c931b3e5fe4da8bb54abb7e3084 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-19 01:48:31 | 1158 | 1930 | | | | 35810516 | 205160 | 654a15a7b10edf676cbd37e00815ae89.mpg | c3a7c1c5b46ae9f3b7c0bea751be195f |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-19 06:45:13 | 395772 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-19 07:03:19 | 391886 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-21 04:32:19 | 399659 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-21 13:35:15 | 399273 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-21 13:37:53 | 401893 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-21 14:47:00 | 399184 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-22 11:00:55 | 403787 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-22 13:21:51 | 402002 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-22 23:27:47 | 403607 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-23 00:36:30 | 111465 | 1816764 | | | | 28432350 | 800125 | 65b4001c749b12b03e60b88419f3513b.avi | c38720cbb14d4257010760cbe8c78218 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-23 05:51:10 | 402309 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-23 05:57:21 | 401861 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-24 02:04:58 | 198533 | 3268162 | | | | 45877016 | 99399 | 8bedebc0a2e50fc5eb137ebead046814.mp4 | ecdf8039be8d62529e3fded3947483db |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-24 02:07:27 | 291529 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-24 02:10:48 | 291640 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-24 02:12:04 | 316023 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-24 02:12:46 | 192650 | 3177577 | | | | 21486967 | 147000 | f781895c9ecfd0684f06034cd37032d5.mp4 | d1f012a9d58fafa217972a269caff49b |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-24 14:07:33 | 399273 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-24 14:10:25 | 409341 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-24 14:11:17 | 406768 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-26 08:35:44 | 411424 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-26 17:05:42 | 415323 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-26 17:06:26 | 415277 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-26 17:07:03 | 412491 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-26 19:06:38 | 415425 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-27 15:31:34 | 139684 | 2251754 | | | | 36282826 | 840273 | f20009df133551a813e70d50bc24e15f.mp4 | b743cfb27132f4873bd731d7c37b4963 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-27 19:44:20 | 417940 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-27 19:58:50 | 418237 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-27 20:05:43 | 418563 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-27 20:05:49 | 418547 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-27 20:06:04 | 417837 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-27 20:06:08 | 416985 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-27 20:06:15 | 418003 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-27 20:28:17 | 418596 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-28 19:24:19 | 420760 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-29 14:08:22 | 422943 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-29 14:32:51 | 416957 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-29 22:16:21 | 192396 | 3173715 | | | | 94006790 | 662280 | 037adb4f3aa1d0bad47958c8bc165985.wmv | eb55258a1565097f7a8818f4293662e0 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-29 22:21:04 | 403787 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-30 01:24:57 | 143131 | 2304729 | | | | 72163328 | 368320 | 04ff2896ed09b2e8d686c58dcb78cb83.avi | ebfa1e072c9b409bd4500ec635743b30 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-30 13:21:04 | 424902 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-30 23:15:59 | 139684 | 2251754 | | | | 36282826 | 840273 | f20009df133551a813e70d50bc24e15f.mp4 | b743cfb27132f4873bd731d7c37b4963 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-30 23:16:12 | 185914 | 3015902 | | | | 10272512 | 79080 | bbc8f583b9286e81becaf9d0ff58a9fa.mp4 | 6cf3892fe8edd4f28dd3cb60421001fd |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-30 23:16:22 | 282965 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-31 14:05:54 | 428260 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-31 14:09:23 | 428244 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-31 14:11:53 | 428223 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-31 14:15:33 | 428209 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-01-31 14:17:00 | 428313 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-02 19:09:01 | 181019 | 2933065 | | | | 16234313 | 12466 | 397e1d1a9bcc4400a9f8754e1c1048b6.mp4 | 4bd5b6a8dc9b4da4273eca85d360c499 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-03 00:09:39 | 434077 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-03 16:19:54 | 431919 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-06 17:34:03 | 445228 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-06 19:32:26 | 445687 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-07 02:16:42 | 101234 | 1660538 | | | | 23628800 | 244670 | 8aec51422b30d61bce078b27f0babeb1.mp4 | f222ca6e785f17eb856c7544d9d9b67e |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-07 02:19:25 | 5285 | 98665 | | | | 31174560 | 498542 | 4589b8b6a21b964025a84f6499070b83.mp4 | 9184c4de05131f44080f3e1a2dc9c8fd |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-07 02:20:36 | 14189 | 330046 | | | | 20719630 | 274840 | 41cf1e0f40e3e4cea7e40c8b8ae358ce.mp4 | b7e8189515c311aaf06f5458ad9a148d |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-07 02:21:35 | 82364 | 1370836 | | | | 32111399 | 138303 | 0c0deec86f7f73ff732c78c49d6e69cb.mp4 | dde7adf1a60b1bc2814471313d480153 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-07 02:22:21 | 120209 | 1951090 | | | | 20382632 | 49300 | 20b7529575c247bc9547f43ab405c8cf.mp4 | 4d5c03ee49fb249ce8b378f47bc63300 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-07 02:24:08 | 190165 | 3115861 | | | | 16159331 | 294543 | dcf7dde061ea8a9aec169ea11bb0a951.mp4 | ce54dec85010670aa2b92d92778caa9b |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-07 22:06:24 | 447468 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-09 03:19:23 | 428223 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-09 03:22:31 | 291640 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-11 01:44:18 | 453633 | | | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-11 16:08:51 | 390653 | | | | | | | | |

Appx7231

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-11 16:10:07 | 3178 | 50792 | | 282478947 | 563667 | 39bf36e27f59009002e4cc12664dc8d8.mpg | 765b1287cc97391c9afb28161137a218 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-12 03:23:59 | 96149 | 1582544 | | 23325791 | 441833 | 6754a5edd36d0c9da7b5a4142d0c6605.mp4 | 1bed5e3a63d22e06b8a965e515fb9b0c |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-14 10:42:27 | 457581 | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-14 12:57:30 | 462326 | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-15 04:50:31 | 468024 | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-15 04:51:19 | 468054 | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-15 04:54:08 | 468017 | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-15 06:44:45 | 463475 | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-16 05:44:23 | 472392 | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-16 07:17:26 | 474361 | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-16 08:59:42 | 474501 | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-16 13:30:36 | 474297 | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-16 13:58:03 | 475599 | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-17 05:07:43 | 476535 | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-17 05:42:11 | 476999 | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-17 06:49:52 | 126 | 139 | | 70973006 | 260224 | 77c9668faed954076b84834992ce6f71.avi | 914e64a565e78dd44c084f0a6a8eb9f5 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-18 19:28:23 | 442650 | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-19 17:09:17 | 412654 | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-21 16:59:30 | 122575 | 1987944 | | 18987014 | 294267 | 0b4189d291303f65bf1ade6178e13fab.wmv | 81afdd045d35e88b550ca5bf2d7e9377 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-22 11:29:14 | 477116 | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-22 12:05:02 | 491376 | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-22 17:37:57 | 493190 | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-24 00:34:36 | 499049 | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-24 00:35:05 | 498971 | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-24 00:35:23 | 498910 | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-24 00:36:39 | 489640 | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-24 00:37:12 | 450833 | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-24 23:21:43 | 1433 | 7215 | | 109067947 | 1089240 | 8c0469dac676293843590e170b8f17f0.mp4 | a7337f8e8dbe96562347ec691958fdb7 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-26 01:55:35 | 504259 | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-26 18:14:37 | 499835 | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-27 14:45:02 | 503995 | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-28 19:09:23 | 512220 | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-28 19:16:54 | 512752 | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-28 23:53:57 | 513354 | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-02-29 02:20:06 | 65237 | 1106874 | | 16911515 | 26000000 | 33beffd09a1b020d1187c6b4b264014a.avi | 102ca0031af76903674bee7cae78e41f |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-03-01 00:31:29 | 515016 | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-03-02 03:40:06 | 516737 | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-03-02 04:19:50 | 516642 | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-03-02 04:26:37 | 516740 | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-03-02 10:48:44 | 516778 | | | | | | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-04-04 19:49:45 | 178225 | 2853563 | | 15783145 | 181640 | 417dedd041fefe5dbdea9cd22d424d86.mp4 | 4e0e5875924430cd02f637772b06854a |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-04-05 17:22:24 | 179801 | 2896019 | | 16050998 | 170528 | b7c788988c686a8d115a0faa08acb783.mp4 | df007c5f51c21c6fc73d7a43d5183fab |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-04-05 17:22:24 | 179801 | 2896019 | | 16050998 | 170528 | b7c788988c686a8d115a0faa08acb783.mp4 | df007c5f51c21c6fc73d7a43d5183fab |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-04-06 15:36:31 | 772 | 1537 | | 62123490 | 841032 | 7e74344c1bde3b64e22de4d8e3d58d8a.flv | bf354db13b105ad6225a29b3c43453ca |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-04-07 01:01:57 | 179987 | 2903313 | | 12429892 | 91035 | 92c98be8d3117a6c773836f15a9a3b0a.mp4 | ce21b0ed5c62e762a2696ae662b87fe4 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-04-07 01:01:57 | 179987 | 2903313 | | 12429892 | 91035 | 92c98be8d3117a6c773836f15a9a3b0a.mp4 | ce21b0ed5c62e762a2696ae662b87fe4 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-04-07 14:10:32 | 3517 | 58587 | | 672412216 | 3138235 | 4b58db5ec33af76c6d9b968cf2c633b1.mpg | 3dfb24176511dd571cd18a560fedb0a1 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-04-07 14:15:04 | 17123 | 395996 | | 400271364 | 2599330 | a1403d186f75b3ae39bd85be804b0116.mpg | c789cb066e88b57e69f27142ad52e84e |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-04-07 14:16:53 | 29098 | 22320 | | 144121980 | 1514313 | 9438dfe0bec6491571849ca2627a9fce.avi | b1115138c26889e2259dc51423fb3b63 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-04-07 14:19:30 | 46714 | 824616 | | 15851210 | 40467 | e2079b27e8876f30834db05c439d2349.avi | b6c14e55c4b7d412669fe3937ef04e29 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-04-13 10:04:42 | 180155 | 2906450 | | 18276293 | 293092 | 11082e2f4b9ebb77b648227b53083662.mp4 | af8441c9054696d2f03609da3e257984 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-04-13 10:04:42 | 180155 | 2906450 | | 18276293 | 293092 | 11082e2f4b9ebb77b648227b53083662.mp4 | af8441c9054696d2f03609da3e257984 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-04-14 12:48:54 | 180526 | 2920631 | | 32839428 | 974067 | 2b7d7ea550d05a1386ce3aef76f041f4.avi | c85b91fb2b603df02a20791431b66a37 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-04-14 12:49:19 | 180524 | 2920593 | | 10854516 | 81146 | f070e4c6ed57a7f1f04a22fdd630c465.avi | e3efc208ffbb16228e03013fd5e557a8 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-04-14 12:52:10 | 180402 | 2918693 | | 28092612 | 456750 | bf8d10bcab2dc7a52f707a5ae43f5137.mp4 | 4caab616ed4bf23d0710a831df1924e7 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-05-18 06:38:02 | 187322 | 3044573 | | 123298168 | 307267 | 54f07ff91a4441b2de263b955ab8a6a0.avi | 5c5f7210a42bcc8368fadc0cdd72687c |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-05-31 02:19:10 | 183365 | 2975026 | | 126411523 | 98733 | 209a783c067445c53518ceb5de3248a9.mp4 | 3d8d2ab5000316214372cd510b9974c3 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-05-31 02:28:55 | 183135 | 2971209 | | 29393780 | 743200 | 03c6983b92693f885cd24255b5dcc597.flv | bac35c93243a865a4a0b963f88a8c363 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-05-31 02:31:31 | 183068 | 2970085 | | 36653799 | 880480 | 428b8e0c8ae876e78e551367212ae73b.mp4 | 7fdb2f74a979bd29e19cdc26b4376ac7 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-05-31 02:32:37 | 182927 | 2967944 | | 38843626 | 871000 | 9f319422ca17b1082ea49820353f14ab.mp4 | a84697ad021a4f30837b248160ec28c5 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-06-01 01:18:25 | 187783 | 3070231 | | 39500598 | 3154417 | 4b663b62aeaf93c1ec07e7f73bf25431.avi | 645a65dac5654fd9cd46d5c3f6746da0 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-06-01 17:08:13 | 185468 | 3009067 | | 104698150 | 1639750 | 4921f95baf824205e1b13f22d60357a1.avi | a507b8c5505be941ffe9187642cd8c23 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-06-01 17:08:37 | 183887 | 2983042 | | 83893720 | 813600 | b56f111ff5084f34000d7af38d5c40fb.mp4 | a9923b5f93a4655a8b9642583a328244 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-06-01 17:10:29 | 86029 | 1426630 | | 352199580 | 4183971 | 96e1da3b09373c4e9ab748abf0d43329.avi | 436a14cedf2efb278492f299bacdda6a |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-06-01 17:14:00 | 182786 | 2965904 | | 219338752 | 767100 | d33becd29da7580ea1e80650579e467b.avi | 64e6176eabf64ad600d1209f9bac848d |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-06-01 17:14:54 | 182556 | 2962275 | | 234367273 | 2041509 | 755526611165c8134cb4c89c31a20c2b.mp4 | 6ef02549bac488ad2e578f4e395b82b4 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-06-01 17:15:04 | 182551 | 2962189 | | 62069246 | 158880 | 48ac3f2c97f8d0a311a7b1ba0eb6cbf8.mp4 | 339248ae9efe3dc87542bec9187b1877 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-06-01 17:19:27 | 182436 | 2960272 | | 32314924 | 203003 | cd9015a609618aa8dcd0a7ff7941c475.avi | 195b2e21ad3d2d6b70a0b1330fde98d4 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-06-01 17:20:28 | 182388 | 2959498 | | 16246790 | 101133 | a9410746047725298db12ef6eece6487.avi | ea9cfb585111df8216d4af649e622d02 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-06-01 17:22:29 | 182153 | 2955614 | 18210484 | 127160 | 35dce29cf91a19ead1de07e2c3616bd1.avi | 5724029f113f994010d7194b35fa596 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-06-01 17:23:09 | 182099 | 2954663 | 30303900 | 187270 | 090d19732c52cf3770cba69cff7d11.avi | 1876f2f5c76cab33f5f791b9fdaf5d3b |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-06-01 17:23:32 | 182033 | 2953577 | 26023462 | 67480 | 17d5cb89383385dffa2c878b2795b4232.mp4 | c6fd3c66f51db5c8ea0abe51f67ra63e |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-06-01 17:24:53 | 181994 | 2952903 | 33031247 | 84120 | d1c758ef1fa8b3fa90d46ef6e4c666d.mp4 | 5fb580b8338bcd07b08d9123239955ea |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-06-01 17:28:38 | 181638 | 2948076 | 356069336 | 3240817 | 075b051ec3d22dac7b33f788da631fd4.mp4 | e19287cc4e9e4c5f0ef85b381b381433 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-06-01 17:29:50 | 181554 | 2946844 | 16945666 | 21586 | 18bac3156b5a7de9eeda411daa89a35d.avi | 68d977a6c56843e7518c137c9252789 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-06-01 17:34:19 | 181306 | 2937410 | 18771270 | 242200 | 9bd3ee6fe55aaeb6730250bc8f939c1.mpg | 446a69510ca66od94f7eeefe2cb4060 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-06-01 17:40:02 | 180283 | 2916243 | 109252527 | 1257600 | fae073c3763e61dc928b3ae050f43173.mp4 | 4c5051264fd5284fba4f7ebdc50cbe1 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-06-01 17:43:00 | 179976 | 2903173 | 93423469 | 265750 | a4139af8379b3eb3da283331aa0470ef.mov | a90de5b6acdec14e6610b45c7e4420de |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-06-01 17:50:24 | 179697 | 2890369 | 51499238 | 96900 | ad0896d82c8097a18dfb0206489abcac.avi | 602056ed1c121fcef1b407722bf02a99 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-06-01 17:50:24 | 179697 | 2890369 | 51499238 | 96900 | ad0896d82c8097a18dfb0206489abcac.avi | 602056ed1c121fcef1b407722bf02a99 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-06-01 17:54:40 | 179173 | 2874467 | 131791781 | 743142 | 11baf1bde36bd1eb1596631fb99d25d4b.avi | d6f4bc46f28ea66dd6c1525b5a98ff |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-06-01 17:55:47 | 179048 | 2872523 | 49971460 | 438733 | f205ac30bcd736097eb07e5060d75f2.avi | 24bf9863b91fab116f6q1991d705a034 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-06-03 00:45:54 | 187934 | 3072942 | 575641014 | 1098933 | 7d0e8e76500cded55af7b63e8fc996c5.avi | 3690ce5282dc05178ddfe0a89e6c85d14 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-06-04 18:25:53 | 188256 | 3077856 | 15915449 | 160792 | 76d38aa88f8a943a7583449ddf3b5cde9.mp4 | 0ce6452ee3cc7825e0b36cd8a20036 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-06-11 20:29:25 | 187761 | 3069817 | 125500903 | 141805 | e73fecc08eeb9b0e1a876661 4ec3178bac.mp4 | 78b9ab7091376baced85765b2039fac3 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-06-22 20:30:11 | 187535 | 3055324 | 12000 3466 | 69464 | ab1f3ca10acd4b12e5706b77a36cd5d.avi | 15a30cef56faa0474f4a93e66222dfaa2 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-06-22 20:30:17 | 187528 | 3055206 | 22985970 | 13852 | d9dbc51dc534921589adf4e0c85cd824.mkv | 116d0e13f4671d7d8a21673c78cba43 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-06-28 00:54:28 | 190279 | 3122842 | 16659914 | 125234 | 7440107dd110335 1e1c1ef647f404655.mp4 | 73f1bf06d5f184f9079dc3c0a0700b5 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-06-28 00:54:28 | 190103 | 3114921 | 12685020 | 30933 | f1de51009061712aaa51666689bfdf4.mp4 | bb1a3b15f5e8c01d92f0ca17d2aa230 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-06-28 00:54:28 | 190103 | 3114921 | 12685020 | 30933 | f1de51009061712aaa51666689bfdf4.mp4 | bb1a3b15f5e8c01d92f0ca17d2aa230 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-06-30 13:43:35 | 190771 | 3130344 | 30287166 | 270485 | 0cddee771b7074574d1556f0cdc477aef8.mp4 | 7fc5ac83f54a632e3dcc5063d49e7ba78 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-06-30 13:47:03 | 190571 | 3127333 | 1053882671 | 693467 | da52dbdb51e5cb9bfcacd2280650a65e0.mov | 2b9d8c49226e26490002030 1f6l9917 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-07-07 09:41:30 | 190996 | 3135804 | 17566627 | 246783 | da0b566359c3862f2c05072c3d49bd0f.mp4 | 3d41f4f7c4bbfc7b7b7509a9bc5d55dc |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-07-07 09:42:09 | 187822 | 3070953 | 18230760 | 168125 | ec4ecf2f2cd2d3314c1d4cbd433b632b.mp4 | b42082d1738e77385b5fc1a4b7e038ef |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-07-07 09:42:20 | 180704 | 2923287 | 20784704 | 164160 | 068190eec8a5bd99ac8b463449e97307.mp4 | 7e8fe21f79aeb1b2f1b69bd57b9641b |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-07-07 09:42:20 | 180704 | 2923287 | 20784704 | 164160 | 068190eec8a5bd99ac8b463449e97307.mp4 | 7e8fe21f79aeb1b2f1b69bd57b9641b |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-07-07 09:42:34 | 180697 | 2923193 | 20926270 | 259160 | 793d8e74 5d2b346c4ddc27a534083243.mp4 | 7ddd0fe942d42916d49a5b830f3980d |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-07-07 09:42:47 | 178105 | 2851784 | 13917278 | 904400 | 62e0f0199800c074f93589f48fa8d509.avi | ac5ad5a244c32b3a66d31343c28142 8a1 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-07-07 09:43:05 | 175391 | 2795999 | 46828083 | 178260 | 9f7a84b2111e0f72879943df86f3742c.mp4 | 61e77f3da32662b8c30e97ca892541 69 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-07-07 09:44:20 | 170356 | 2713252 | 13054978 | 199967 | 73847751ae607f99a9bbed87f731338c.mp4 | 1ee0bbe94facb3ffd6dfb3438b3dde6 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-07-08 00:32:32 | 191102 | 3141146 | 19675238 | 1014200 | 0fe23d8acfec73791f14eff1272cb4f2.avi | 9f8abcd19b5b7c9124d1956c8fd69d76 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-07-08 00:32:32 | 191102 | 3141146 | 19675238 | 1014200 | 0fe23d8acfec73791f14eff1272cb4f2.avi | 9f8abcd19b5b7c9124d1956c8fd69d76 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-07-08 01:02:12 | 190897 | 3133769 | 12283351 | 9572 | bb1a58619514c1c544f8972fac9f5717.mp4 | 941136e5af8bd0003a808d43cac9896 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-07-08 01:03:33 | 1237 | 1250 | 10192 8316 | 690720 | 122113 2d8390ea66832cf2eabd8eb668.mpg | 7254998310f8244633015c24aec809c |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-07-08 01:03:49 | 7492 | 2078 | 25308446 | 931240 | 90f6a7f5cddd8f6f753cdcfaf51b207ef.wmv | 03a4bd82201e1a4fe2d15e96c509be1d |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-07-08 01:04:09 | 53431 | 147787 | 54298500 | 202600 | c9b49aa81adf8b531d4f48c1ef14d59d3.avi | abb4d5fed379db6080 3de191743cc1be2 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-07-08 01:05:45 | 2247 | 927449 | 15444982 | 800067 | 303db02c8f8a5febd84663b782e7d51.avi | db2a746324c3c673af1f03636 2b988e |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-07-08 01:06:37 | 6975 | 28222 | 21251994 | 690757 | ede3df7da703d016ab211fe67a60c65b.avi | 4b60a00d06331f781609e0a93 52f7ba6 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-07-08 01:07:33 | 8397 | 135226 | 60360384 | 134883 | eee7f5aab63a64284ae9dcac26ddbe03.mp4 | 67da7fe092cf4a5604a9d91b99d7ce |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-07-08 01:09:28 | 191107 | 171475 | 237724710 | 1643040 | 309d36bf0e73774deeb8363 55f8d23.avi | e44e0d2fb3a0fcbb6cf857235049 7ab |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-07-27 13:30:42 | 191075 | 3153596 | 2063742 | 32334 | 19840002af460eae164922c369731455.mp4 | b37da18e3f4f9f5682cb08f2d4608915 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-07-27 13:30:49 | 191075 | 3137047 | 15460925 | 349960 | 997faddb1df156a1b883b8a67fbfff.mp4 | 54ddff933b207a8d77f7eb2f011fbca6 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-07-28 15:03:56 | 191289 | 3156332 | 135540645 | 722934 | 30238359568354d6ce60597233c4c5e.mp4 | 4fb7ed4de8b1ece91465703fd3c37528 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-07-28 16:41:16 | 191291 | 3156373 | 65010173 | 580240 | 6c97cd07663b0992 53bc569fe8d342bb.mp4 | 8335dd1f14a36920 70c5dc5c5ebc8831 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-07-28 16:41:49 | 191207 | 3155106 | 42202864 | 30934 | 4609a0c0481252ab39445f70503e48f.mp4 | 2b633efe3fe94554226db1df8862506 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-07-28 16:41:52 | 191191 | 3154828 | 12998261 | 91000 | 076fea0f0195929833d2a7f5c2d3631.mp4 | 49b28e1bd4cf42c9567e2c654508dc2d |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-07-28 16:42:00 | 191178 | 3154696 | 21407489 | 205534 | fa5f2062c449c8f1c9ad8af912538719.mp4 | c0579fab4ebc794356d23356217e801 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-07-28 16:42:14 | 191162 | 3154491 | 13567231 | 96300 | 657dda984b75ad933774f410aade98762.mp4 | 748f7d84020642e106cc77ffee48c22d |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-07-28 16:42:44 | 191129 | 3153953 | 23174063 | 283034 | 621df6a7a3377f22b1ae33fc962c3f68.mp4 | e902a666319cf8b84fe1fb17a6287700 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-07-28 16:43:05 | 191297 | 3156480 | 128148348 | 270300 | 75b47bff314c1c00c07819e881cbef37.m4v | 3473341a11be61a639c3cd4b95c5805a |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-07-28 16:43:57 | 191237 | 3155591 | 12809211 | 120421 | 4206e83996fae4028a26d44b24f6d632.mov | 79324bcaece13723a1d60f6a05db0bd |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-07-28 16:44:21 | 6489 | 125203 | 41291518 | 237000 | 8b16ef0e8dc41ac2f4d58e0a45621922.avi | b91a23c6e99de38f4effe3d7770bed130 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-07-28 16:45:52 | 6489 | 125203 | 41291518 | 237000 | 8b16ef0e8dc41ac2f4d58e0a45621922.avi | b91a23c6e99de38f4effe3d7770bed130 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-07-28 16:46:31 | 6021 | 113753 | 83236786 | 1433583 | 6a6e3ec7373f2a5d2fdb3e4e5b80debd.mp4 | d61fe62370411a13eeb64c2160610d013 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-07-28 16:47:19 | 4786 | 88339 | 357973396 | 1433700 | 12e08606689a3311b752673a28583d3f.mp4 | fa3ebbe1343358b2f3724abccb5912 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-07-28 16:47:19 | 4786 | 88339 | 357973396 | 1433700 | 12e08606689a3311b752673a28583d3f.mp4 | 1e4777e8dcdeaba23d7bd2c35092993f |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-07-29 09:57:35 | 191538 | 3160364 | 68522219 | 15733 | 5a66b9200f29ac3fa0ae244cc2a51b39.m4v | e376f49036a82 1121f7d79592375e586 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-07-31 10:05:25 | 191794 | 3160308 | 16638048 | 297666 | eefc0415e9ae4c1eea4c8bac5c178d76.mp4 | 7ceb289a9a2a4dbfdfb22ce42a0c56eb |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-07-31 10:05:37 | 191793 | 3164291 | 18227808 | 327209 | 6f47bd5a646d235930e41179af1a428.mp4 | 7deb82bc6e80ba44a5ee100892a30fa3 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-07-31 10:10:09 | 191690 | 3162627 | 36597772 | 640151 | 5a1c0dcc8243c086c74ee9440526f0f.ts | 6003697e2ee1420ce6bed561dc4d791e |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-07-31 11:55:51 | 191792 | 3164263 | 17992800 | 323063 | 25678c01417beb5f37c0aafc1cef28c9.mp4 | 636dc2468470af59b029e57e633d27b8 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-07-31 11:55:52 | 191791 | 3164240 | 16548191 | 296120 | 7c7b7b2543be27ea5152979a9fbe9d5.mp4 | 87dd98a034f43af271113643cf83e8 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-07-31 11:55:53 | 191790 | 3164213 | 16181856 | 289181 | 69f4e95da80b9b8faf882e34e73a97a.mp4 | 960365503743347c5056b1ab76b14 8b8 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-07-31 11:55:55 | 191789 | 3164202 | 19492704 | 350762 | 92de1286b54444f 91af0349b59050598bf.mp4 | e21250ad6d183a6eeb9d4fd0ac7ff6ec |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-08-02 00:43:30 | 192077 | 3168705 | 217576155 | 1993312 | 259c26763bc375e36a684acde5602ffa.mp4 | e21250ad6d183a6eeb9d4fd0ac7ff6ec |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-08-02 00:43:30 | 192077 | 3168705 | 217576155 | 1993312 | 259c26763bc375e36a684acde5602ffa.mp4 | 1e4777e8dcdeaba23d7bd2c35092993f |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1KS | ibe1 | 2017-08-04 17:53:36 | 192739 | 3178876 | 168764978 | 323390 | 10b7aacb430a22494c755fd942ab5b8.avi | 6fd6f91d4d08c1c942dd9a7eeb47f10c |

Appx7232

| | | | | | | |
|---|---|---|---|---|---|---|
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-04 17:54:37 | 192730 | 3178794 | 596934 | aa821b4b98c39ba3c82016e243bca3f2.mp4 | d7c87a27d3f283b8d4c710af6bc618e6 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-04 17:57:04 | 192704 | 3178434 | 200942 | 47c6a6de81a6455ffc4edcb8d5d2140e.mp4 | 8baa1177deee67966ee17c6170c6f6a27 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-04 17:58:17 | 192636 | 3177354 | 803002 | f8ddf6d7c12e62d733cb1lebc55cb5511.mp4 | 782ae5e816c0e1109f50658000898c6c |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-04 17:58:35 | 192633 | 3177334 | 72363 | a1e4a9d047858b87c17707c0c4e91657.mp4 | a001b8781ea3791e8 e4d74abcdecbd42e |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-04 17:59:49 | 192402 | 3173655 | 597300 | f9e6be50e6254ad24f2bd86442ada1d3.mp4 | 0b616be7544527f27dd6177f194f26d4d |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-04 18:01:18 | 192387 | 3173559 | 135900 | 05312 6ddfff c6ab775ef39662a12cf52.mp4 | 44db9e5d314a77f82 5c97b651 6bff9c1 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-04 18:02:01 | 192385 | 3173525 | 305860 | 61ad2d2d4477d4116 9b0faadb0980180.ts | a874b5989c46d08e928b0e35a33d47 9c8 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-04 18:02:35 | 192381 | 3173474 | 903440 | 306167 0aefbfd73821fd807676de7fb0.ts | d67599f085476d7ec82ed9dc567ad95 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-04 18:03:22 | 192356 | 3173065 | 547233 | 01cbec07301 84650 86c9752e6508e0ec.mp4 | b3e5c013e3768a75e144557ec6fb1014 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-04 18:03:39 | 192354 | 3173031 | 632167 | 1c8028 9707dba71617 33a9a248855ce8.avi | a9bdf211fdaf186b548a4582d663a4d1 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-04 18:04:05 | 192350 | 3172954 | 527594 | 247ad943f6dde95b3429e2161 6e96ae9.avi | adb765ef4b210a51868c34ceb9a19ea |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-04 18:05:14 | 192333 | 3172639 | 136567 | f7d39620fd98ccb30f1c7741fe158210.mp4 | f49f64457c0ff85eef6265738 8b84e03 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-04 18:05:14 | 192333 | 3172639 | 136567 | f7d39620fd98ccb30f1c7741fe158210.mp4 | f49f64457c0ff85eef6265738 8b84e03 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-04 18:05:32 | 192332 | 3172623 | 243267 | f1551a3b0b447d1a7436c8a1fcb117bb.mp4 | f957aef5dd4bfd79488599699002020b |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-04 18:05:32 | 192332 | 3172623 | 243267 | f1551a3b0b447d1a7436c8a1fcb117bb.mp4 | f957aef5dd4bfd79488599699002020b |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-04 18:06:35 | 192316 | 3172424 | 1090955 | 0215373e4700 4d8b0b98390bfa226fcdf.mp4 | 5eb255cf9825628fdade8171 12c8b441 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-04 18:08:06 | 192219 | 3170952 | 1312524 | 0d782b3f9c3574bc4abc844715f48f8c.mp4 | 45c7f1e6652874d6acd4d55f089b45531 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-04 18:11:25 | 192038 | 3168172 | 243333 | 5909e980 16c8d94baefc6def4f5b785e.avi | ae553fa27681f690473b39d57c06ab38 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-04 18:12:03 | 192028 | 3167997 | 435405 | 4c883bb3fd82099c8817b0063a78be5f.mp4 | b7de39f5d5cc2df6907c606a43a6baa2 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-04 18:12:14 | 191984 | 3167163 | 1108800 | 548669c53491d7595c0ef64609795265.mp4 | 2abbb0edffa23cd0d2896b2ecb178923 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-04 18:12:14 | 191984 | 3167163 | 1108800 | 548669c53491d7595c0ef64609795265.mp4 | 2abbb0edffa23cd0d2896b2ecb178923 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-04 18:13:18 | 191969 | 3166937 | 127767 | a4d5672740b5b06b09dc307326ef1d780.wmv | 1aee0063703d4a0655 5af821aaf9e3e34 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-10 16:40:31 | 194871 | 3212000 | 170000 | cb05313471 3bae13f0993f001507c361.avi | a8384b5987982575 8cf2a1e0d6b0066 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-10 19:33:47 | 193443 | 3189950 | 51273 | a544ab9197a74a4fce50a04e5537c39f.mp4 | bedd340f4f2479ccf6bb0b0ea047180 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-10 19:35:07 | 193387 | 3189007 | 166800 | 97b61720 8bd1cd250f5d57830ec2f6.avi | 9509b6ebd3dcd00b42a0a899e23e42c |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-13 11:57:16 | 195461 | 3211410 | 756720 | 72d7d8a7cb98ddf9b954fea72650771a.mp4 | 8f1832124 1d199ccaa73bf1ccda8de77 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-15 14:29:16 | 196020 | 3230100 | 176166 | 8c9ee62eb00bf639549c0b3c h617ceb.mp4 | a3c637016a05694bb04b31eefe04cff |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-16 13:13:57 | 196259 | 3238809 | 3184000 | 34e6242f2a8d99960c3 5d15ae64ddf592.mp4 | 0d406823ff91d9170fea4f61a4bc5ba1 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-16 13:46:04 | 196257 | 3233783 | 82633 | 0b986855761907d5c51fadfee0f9dab.avi | b8edde50455374b57e80ba5c163b5e71 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-16 13:48:02 | 196243 | 3235379 | 394720 | 57cc6cf1085483203f401a3517b3b520.mp4 | 8708b5f4a8ee238d3b92f370952ffb |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-17 06:18:03 | 196413 | 3236100 | 1116667 | f13b3f203a45a0a74d0b15766 9d050d3.3gp | e61c48dc0828d3e238f32e83cfe0b2f1 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-17 06:19:46 | 196335 | 3234982 | 1554480 | 452c16c99e61c9e1c25f529932b0071.mp4 | 5610e7ab31e43666a67a48b5cfc244d |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-17 06:21:03 | 196287 | 3234240 | 3917990 | 4fb68a3bcb11bde10e8821b5567 4278a.mp4 | d1b9ed969ec49617f073abb6e7c7990 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-17 06:21:53 | 196270 | 3233992 | 105637 | c407596 85f9a03ee60de2c9620316542c.mp4 | c6739c7e8ac513f2f1df8472516086 3d |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-18 15:52:41 | 196745 | 3241151 | 344567 | 2bb5346a7ffae8b33d5c9531d6e318422.mp4 | 8ecf7c16ce5d47e8ce7e7f0b9c9e201c |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-18 15:52:57 | 196741 | 3241077 | 166567 | 299565ce7839e5c99c78fabf8a6af2b8.mp4 | 0e0179 4ea631 5d78b76 53d836555cb6 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-18 15:54:28 | 196707 | 3240604 | 1385142 | 85cc5d67d3e0b07467e8796a456 6d97.mp4 | 7a2193da2bc9e7b3b7702e5061e7d58a |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-20 03:52:06 | 197181 | 3247602 | 233463 | 4f6e9f10162ff653ab8a2a64a23d377.mp4 | 4f9b9795d8187be447a5089aacc6e273 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-20 20:25:58 | 197218 | 3248230 | 737036 | 82f4e0aa8c0cd313129 3444a6671b03.mp4 | 698012fc245f6126e5f43d07b4e5504 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-20 20:26:12 | 197209 | 3248069 | 94061 | b1e7ba607de39c888c12b9dd4a546cac.mp4 | 92d5a7252798 5f490be301232f343d63 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-26 05:18:20 | 198313 | 3264853 | 69804 | 1aabb3fa1280144bf9a46da37d00c0f51.mp4 | 30e37aec7b7ba4a7db848522701199e6 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-26 10:04:46:46 | 196915 | 3243641 | 246600 | 48655cff7595c40da5309e9ed6c41095.mp4 | d3285037958445d4f848c38b576fa39b |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-29 08:56:16 | 200052 | 3290721 | 33792 09 | 1fdf6bc2838e0ab66a9b3c9b2fd0fe24.mp4 | 3db91166 7ae863cccccfe784 6e80839d |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-31 11:41:21 | 200804 | 3302520 | 431800 | e492a12a76a5c4ea7e42539c17d6bafe.mp4 | fe06a0b700a7df6132bba04f6d71ddf |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-31 11:41:56 | 200317 | 3295053 | 197081 | 5b3bf438931 8384e5ab760ab91faaec9.mp4 | 28c11635cf6e47 81d4818fbe5a2bc59 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-31 11:41:56 | 200317 | 3295053 | 197081 | 5b3bf438931 8384e5ab760ab91faaec9.mp4 | 28c11635cf6e47 81d4818fbe5a2bc59 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-31 11:48:58 | 199447 | 3281924 | 149372 | 7abdfbd11b37a9f822fb1ffefb860a31.ts | d2a201ffedeb07b2df d885752364b8ed |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-31 12:06:33 | 199047 | 3275828 | 545813 | 226b5bf02bf8b9750135 5e2792e5abc7.avi | 7a0b70c1c282f413e2e8bea59a352ce7 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-31 12:08:14 | 199041 | 3275743 | 109867 | 7bc4d1902d04f77bdb654bf9c54191b4.mp4 | 1f1218b09a4c5acf9ae8eaa35edea814 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-31 11:59:07 | 198722 | 3270913 | 2922700 | 5200e134db3d4bafa200720c9760 2f1.mp4 | de37ebcb6f56a2c0a42c1684f68491 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-31 12:01:30 | 198310 | 3264797 | 1335833 | 991dd9f6ea5cbc364 96c78470abec386.avi | 90ea1a64d3afeb6617f53af2c41605 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-31 12:08:43 | 199370 | 3280816 | 67038 | 583f74ba7f952d0eb6c c16d1c5681f.mp4 | 1974a9039 78b505a7f7f28840f7ccb |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-31 12:09:48 | 199369 | 3280810 | 54600 | 69b15a3527 28b765d71499d899009fda.mp4 | 482 58be4b697a0ad1d d5279d3e496a |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-31 11:54:18 | 198981 | 3274740 | 114834 | 3d330f38fa2189326 8b81cf7496eaf.mp4 | d4980c407b150 74ecd10fc87b05091cc |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-08-31 11:43:02 | 201401 | 3311720 | 263067 | cadd562eac11d80ffda31a4a96 9d9664e.mp4 | c3b4b551 8297eb0257a9be7fcfbe1a1 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-09-04 18:03:28 | 201849 | 3318906 | 88000 | e736230e5b12 6b2bc4440320989aa6a7.mp4 | 7af0191751 9caf5fc330360c2333535b |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-09-06 14:01:13 | 202372 | 3327070 | 152319 | dd9da8799c27e57fab37594ea082d65d.mp4 | 2a1488848f6ec97ac8e2fe882d79a65 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-09-06 14:44:25 | 202399 | 3327432 | 237604 | 2a6cd628e092 15 70e6671ebb1917e926.mp4 | f08c5c3ef0c64c0cc3c7f5d2d1b4ad3 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-09-06 16:21:44 | 202443 | 3328136 | 43680 | a99d779ecebb6 80f79d4ce5f6a346b8.mp4 | b590a2c22192d9e7a42646b07420 51c9 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-09-06 16:22:26 | 202422 | 3327774 | 106741 | 543d921c3afce2b0608c1de6dfa4842e6.mp4 | db101 81b01 0ae60e0776f1a96e81bd |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-09-07 09:42:25 | 202561 | 3329968 | 416880 | 09c38a1ae4f990f5180c6a586fa2f3d3.mpg | b9b724114 0fa86e1a983eca9fbf048 4a |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-09-08 08:31:20 | 202753 | 3333093 | 267760 | e9207b29809f6b502b0b2c00d b6c8820.mpg | 725007d6 fa09d6d4 32050347b61ace2 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-09-08 08:31:53 | 202750 | 3333053 | 478120 | 69b49af57c97ca00be0d542e5105 b51a.mpg | f5c677ca8dcfe0c30a8b20d6d02c71f7 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-09-08 09:05:08 | 202547 | 3329704 | 487900 | 80fcb52e33ba5e1c7ab6661a7a325306.mpg | b22f592efab7ad144809246 09cd8b26 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-09-08 09:07:41 | 202503 | 3328963 | 84900 | be800f4f15c4aa73d8c08d2e00a186.mpg | 3fe525fd1ceddb84c071be8eb229388 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-09-11 09:48:44 | 203401 | 3342903 | 505438 | 066089 5c22f8a14eb039bf9beb0778f.avi | 391bdff7974ec7dbdc505d4c3d899ca |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-09-11 09:52:49 | 203162 | 3339430 | 323871 | bcf8164e444aef6175771cfbb0f6f8ee.mp4 | bc3c8ae29561d9b720e14df3cedefa10 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-09-11 09:53:05 | 203160 | 3339376 | 351000 | 809taee2ef19e36f177e90589593401 7d.mp4 | 72c57494e572be3b668 78b5ac414c4f7 |

Appx7233

Appx7234

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-11 09:53:57 | 202788 | 3333663 | | 12963352 | 625729 | e5060c47839ae5b62a327be0310f7981.ts | 8f81d025423cf875998f7f2a03dd67e9 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-11 09:54:32 | 203159 | 3339351 | | 135192621 | 2114825 | 78ade5b560946211ce63652717b37aea.mp4 | 264576d132232ba4f9cecdc214636b92 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-11 09:59:44 | 202820 | 3334220 | | 125727381 | 1510734 | b977660fa58a6a3d573ddeb34bac6923.mp4 | d6ea9954ac3e50dcbca06bcb0e66efd6 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-11 10:02:47 | 203478 | 3344181 | | 26988567 | 416119 | 74a63b28d61a14eb2d32d6925d7c7332.mp4 | 3ff90a50c4c197f31ad52b244ea29aef |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-11 10:03:23 | 203288 | 3341266 | | 1562184561 | 2909944 | d675e9ca025b0812982753c472c320e5.mp4 | 79dfef2e2a5201f974c8164724296d49 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-11 10:05:14 | 202743 | 3332913 | | 37040619 | 29845 | d38901788c533e8286cb6400b40b386d.mp4 | 819b0b3d9cbcc4d62a5a7b147ef25abd |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-11 10:06:21 | 202353 | 3326839 | | 18714877 | 82840 | 63f3a0d84155cf94b757c01c3c8ba2f8.wmv | 2f7ecf2ce3f3c4f4ab8c633275e4aa6f |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-15 12:09:51 | 204394 | 3358340 | | 40494331 | 303534 | 4a3c57c4d30e332d855e232411d375f5.mp4 | 5f43e6b1f2e7c6c10cc2237b38438938 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-15 12:11:43 | 204360 | 3357774 | | 20782551 | 272838 | 6591d327f6f731e589b0e869adadf940.mp4 | 621929ba1bb4d8f83b330c4cc1ba89b0 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-15 12:13:01 | 204336 | 3357417 | | 39404043 | 725960 | 920dcd7a5a8e7d5cafb7ae27f3783966.mp4 | e06de55cd7fdcf0ee1ec7b884068585f |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-19 14:07:28 | 206470 | 3389463 | | 26245878 | 371300 | 975fbbf2c24466f8f574531bf1c82fe5.mp4 | 7f4051f215db898838078a1f003a57c9 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-19 14:10:37 | 205596 | 3376483 | | 39508370 | 629922 | 512d92d7a986cbe30b2d82a804e3f009.mp4 | 2bce8477957782a9b53f6897e6d47c18 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-19 14:12:19 | 204986 | 3367107 | | 183845680 | 1108975 | 875c45641c2f164a5e391fcf80838b79.mp4 | 142be752dcf0aa28e80c0227c2df5946 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-20 21:22:11 | 32130 | 125416 | | 83231692 | 551176 | 363d93b89826b0bde38f57bd7bf52e20.avi | 846ee94cd66b481b6c1d4742e4a584df |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-25 04:48:12 | 210652 | 3453889 | | 70400474 | 1007480 | 7a26a774c78f60cd70d650bfb05b39aa.avi | 888557b8196884d6f6c3ca1d2f2945a2 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-25 04:50:23 | 210593 | 3452988 | | 20818648 | 234734 | 6d2275600c147e874fa91452e2452823.mp4 | c9727fb82c2392a57255cef61ee2c24a |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-25 04:53:16 | 210167 | 3446437 | | 25629333 | 160134 | c999d5b6b8bab8662faae7fafe463f04.mp4 | aa3d3a82e7868b7024cf964cf11fb737 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-25 04:54:15 | 210075 | 3444928 | | 44517814 | 388733 | a66982859f712fac9e59388fbf0806f5.avi | 5d2ffd8412a18945137e55f1b61fc0db |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-25 04:54:33 | 210052 | 3444556 | | 20144771 | 50284 | c2d1167fab91da842af123b3f191c659.mkv | a23f6b160c7b0de046b4791e5496bd59 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-25 04:54:49 | 210050 | 3444514 | | 20410868 | 752767 | 92650b2e92217715fe312e6fa7b90d82.mkv | 4f3c821041bbc18b768652e2ff03bdc1 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-25 04:56:24 | 209953 | 3442929 | | 19501316 | 112813 | 398475c83b47075e8897a083e97eb9f0.mp4 | 97088ece56b10444d58a7a68e421f187 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-25 04:59:40 | 209783 | 3440432 | | 41265012 | 68459 | b8516c82e38e6b34bc96330a3ba59b03.mp4 | 8f22e1c4a1bc4d99ea4108e3a9843787 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-25 04:59:49 | 209784 | 3440454 | | 51430359 | 87296 | ff356077cd5c5aed76a08459f3b6416d.mp4 | 65648bbb4cca11503bbfebe4f5d11a9e |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-25 05:01:39 | 209334 | 3433552 | | 92711222 | 1315080 | 92921faf3e4e9172f901d3f2c264a9c5.wmv | 32d5a22082bbf82ab95d643b8d5c6010 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-25 05:04:24 | 209254 | 3432396 | | 15179033 | 235400 | 5003307d211c815c97cc8bada9c6edec.mp4 | ba58d81dfad7ab586ad424e64bf1cc38 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-25 05:05:58 | 209178 | 3431163 | | 48393981 | 235080 | bfde2fdca264b06c6628212cc6589ad4.3gp | fb187d61579f63c44e1b9ccda2d4f7bd |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-25 05:14:06 | 207395 | 3403722 | | 20062782 | 322306 | f4f1428b8ff851f3826a9a45debd3a65.mp4 | c46e3dd17c911c4f71bb87e4e8466eb4 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-25 05:16:03 | 207298 | 3402313 | | 18803925 | 419837 | 8012c0dd4aa84ef92dfa2de0c7163b5a.mp4 | e2db6913069734923c892ff0031b55f8 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-26 20:53:56 | 204262 | 3356355 | | 15002600 | 119158 | 7548329c2fff56d8d1b3dabb8959b6d6.mp4 | 0d99b853601cfdf5783b665080a65db7 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-26 20:59:32 | 210971 | 3458777 | | 18223592 | 182849 | 67672910f91ad43a7fee016e838b2989.ts | 910b488a9fa2b2d889027dbebd49ae5d |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-26 21:00:15 | 210947 | 3458448 | | 33135270 | 358133 | d2ac008a6a2535fb6e0182dfacc57666.avi | f96dc1f6bf69600bd8bccac1b67ae6f5 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-27 15:44:13 | 211898 | 3473168 | | 35638019 | 98960 | 3dff232f506693720caae97d135faa54.mp4 | 4a404f15b1744928d4ceac27b3d4d809 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-27 15:58:30 | 211871 | 3472674 | | 17738782 | 299888 | 9e9f47bad8e8f56fe64327366976e11e.mp4 | 997c21049342658d76b37743174e909e |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-27 16:06:07 | 212467 | 3481708 | | 71319680 | 1143180 | 50c1a8f6d7e3f4e33515a9d2c1320315.mp4 | 25752d1fd7ff3c43fdcde8b40ce56504 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-27 16:08:17 | 211133 | 3461367 | | 14306503 | 82909 | e102c6d146f0a21bb03ed663234994cd.webm | e1e70daff9e03b3b3c364087c2f3b8d9 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-30 19:23:07 | 213397 | 3495783 | | 17011052 | 237167 | 28c1e04ceae885ace553dd756e8e54bb.avi | ed6019713e256bc0264d769bd080b191 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-30 19:29:51 | 213236 | 3493352 | | 74923598 | 70310 | af0134891b33cb201f50bf9aedfafc07.mp4 | 4dcbccadaa9db44381b7ed0633a9e6b9 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-30 19:32:19 | 213178 | 3492403 | | 1050458201 | 3852153 | f8f6621fb9bab7146fe233d21f1e5adb.mp4 | b966ea8d21389a8b990b865a898cd938 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-30 19:34:52 | 213172 | 3492313 | | 47062987 | 528067 | 42cbf4730aeac1d645324d4818104826.mp4 | 6039b0a7ee813e86ad91f0b2fe8b9a05 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-30 19:37:48 | 212168 | 3477134 | | 22088693 | 143467 | c36b1132ac829ece87dda55d77ac06a4.mkv | bf9d2571c4a82482db0f2971b47ec62d |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-30 19:38:45 | 211949 | 3473811 | | 13419250 | 113667 | 2f94ae4be0904a637a2d9c9102c3c2f2.mp4 | 5d5c374faa1a182f1bdf4d85f0f77c23 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-30 19:39:25 | 213430 | 3496302 | | 46737106 | 123300 | fbaba7d4d87cfe28c0e1947ca8bed1f9.mp4 | 0e286cb03e37bf82e96f6d90fc9ab251 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-30 19:40:43 | 213432 | 3496336 | | 38365532 | 146362 | 1aebc7f87482574f7e5eebd0d4776df6.mp4 | cbb1d67b18e1402f656893e132175090 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-30 19:41:00 | 188346 | 3079267 | | 162681137 | 384933 | c96ebeee051996333b6d70b2da6191b0.mkv | bf9a0df5d22baa926c9aa3d758bd6ca |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-30 19:41:18 | 188051 | 3074763 | | 19959044 | 275410 | 33b5450d73826812cafc8a866624da7a.mp4 | 9bd5bc85ee29627d2f5b77ed21894eac |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-30 19:42:28 | 213427 | 3496263 | | 24315252 | 203542 | 0d193dd707ab2587b85ece156ce8c5d0.avi | 64803f92eb9d61a9f4f8a9ef4784d8d5 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-30 19:43:38 | 213396 | 3495767 | | 17382729 | 264497 | 67ec9e8decb48e53b1dd1f6514ff7a5b.mp4 | 3a0f8cf0529da7b8863563f2275ad804 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-09-30 19:45:06 | 59803 | 1022651 | | 15558965 | 410365 | 89c607c58cf80a6de382fe0e63c943ed.mp4 | ebf4d90f1165e56ea7836f851d4fc577 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-03 19:54:24 | 213850 | 3502872 | | 20423715 | 20042 | 1c680d9ca4de39bf01510dd7a15006f8.mp4 | 759a8c884568a2f8a8973d5a2723b1ed |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-03 19:54:56 | 213847 | 3502814 | | 33940463 | 96267 | d536bab6f797c3028f36a0320e94e9f5.mp4 | 1aa0915b86ca1a312c81335b1764fe13 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-03 19:55:38 | 213821 | 3502388 | | 262384365 | 469900 | 44c2630eab1d5a8bea8cef42cac127cd.wmv | 1ab69be2971eeb717b2f7640cb6c2430 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-03 19:57:19 | 213793 | 3501973 | | 16523599 | 410586 | 0c561487b4c38f8a2cc1f9fa334d3dd3.mp4 | dedbd92ef55d3ec21461815f4953f573 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-03 19:57:58 | 213818 | 3502364 | | 334758256 | 1920519 | 3bad48cdf807c5c610b810ce96de4f48.mp4 | cbf7c193cb47d84ca350ff12637f9128 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-03 20:00:24 | 213761 | 3501424 | | 70798551 | 241228 | 350d343e41314813fe7c1085ce43b441.mp4 | 87e97e0f7ee07df28d9a129a36faf001 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-03 20:00:40 | 213758 | 3501362 | | 16153787 | 18346 | 80b542a26bddba0bfea6dcd03ca38d54.mp4 | 71388e858bf487baf65ed0b7252c5dd2 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-03 20:01:09 | 213757 | 3501334 | | 17362523 | 59652 | 2b26cd1908760b63ea7268209d1750db.mp4 | baf19cb536071ae636f3b3ee568b8d9d |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-03 20:02:02 | 213749 | 3501181 | | 30342819 | 288367 | 98dce83da57b0395e163467c9dae521b.mp4 | dc148081a04f534f942965b87c9422d9 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-03 20:02:41 | 213743 | 3501114 | | 30782100 | 258233 | 1349b36b01e0e804a6c2909a6d0ec72a.mp4 | 12dfee3022d0627dad4a54d8bc8ed2a9 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-03 20:04:28 | 213717 | 3500662 | | 23268802 | 82100 | 30a250583bc20cf070ab6c9189508fcc.mp4 | 36a0bce34ee2c7ae3d645f8a998fae43 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-03 20:05:41 | 213682 | 3500169 | | 48018051 | 180067 | e632a8b80eb2c9daa3d3154e68a08127.wmv | 20849e5050e81a1689d68b0d217d865e |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-03 20:06:48 | 213665 | 3499898 | | 550014087 | 2016040 | 0d1a79a7a3bd6d1eba84915694e1bfe5.mp4 | 0a78a680d1c7e10a650f0b5285085a90 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-03 20:08:16 | 213644 | 3499632 | | 56077543 | 85708 | d1b611ebe627df0447e9f3fafc4f14cf.mp4 | e88bf0f16502e5d4604a2e436ca7f5db |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-03 20:09:28 | 213620 | 3499274 | | 31186380 | 114000 | 9d0bbb435db57b64859584c8e160a485.mp4 | 0ddd83061a63c73d7a44dec967aaf894 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-03 20:10:05 | 213601 | 3498970 | | 13409940 | 42375 | 9bba2367cf351c53b2e3c143a80f9884.avi | 7ae520ed662c84158b45875d2887aa3e |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-03 20:11:49 | 213530 | 3497760 | | 338057040 | 180262 | f8580959e3c5cb0934479bb007fb241c2.mp4 | 00de22210088df000580a1ac14c1bd26 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-03 20:12:07 | 213531 | 3497789 | | 544400443 | 2154786 | eecb3d4dce699fccfdb9b663ef8629ce.mp4 | 885523d5aa12d4d6f2b91f85c84c97df |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-03 20:15:31 | 213514 | 3497489 | | 232853402 | 1651854 | a35c2cf55c09b79ef3d5b359f0a2cb91.avi | 0ca3dfbf1151132d8c397a2ce1c9befb |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-03 20:16:09 | 213501 | 3497277 | | 21798146 | 579862 | 0f4443a0b35f23e2d2a485be3d07ed84.mp4 | 1851cd608fb91841e2d39046f03e4ab5 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-03 20:17:11 | 213479 | 3497039 | | 67194370 | 2444000 | f85694be206c8a679f7f53d8c16beaea.avi | 5ceb027bd6007e907cb197d19bc469a1 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-03 20:20:07 | 213475 | 3496987 | | 33366200 | 1502833 6b62583978106bff7ad1ab4fabd10d19.avi | 7b17a715c808923da29a29f59c8369e9 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-03 20:20:21 | 213474 | 3496960 | | 31274328 | 1769792 debb1f141bb07971081da87bb43c269b.avi | 32956b4bb9e37d8ab0164715a38a8579 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-03 20:21:14 | 213447 | 3496551 | | 116609905 | 270500 523b9a212405e48323373c0fc36c4044.mp4 | dd04fa46ea4951ad66cdd3a3ada73d25 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-03 20:21:39 | 213433 | 3496338 | | 79951799 | 253867 7ca77ae5a007aee7d0d2dc2acf885faa.mp4 | c2cc1520c08267ac3b5add6c0ad366e4 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-03 20:23:47 | 213431 | 3496332 | | 55308204 | 235207 287c536d5b42c2526095275cd8c22bda.mp4 | a9c1887bdce14c8a35c2e0dad8fd68fc |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-03 20:25:14 | 213339 | 3494861 | | 19477892 | 369375 b993b7ce6104b04446786d0425a1ff48.avi | 61ff788ff6e0cb6b3956008b1efc609c |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-03 20:26:20 | 213276 | 3493846 | | 34303329 | 315034 d26f0649cc51b9c6045338661c2c229c.mp4 | 629c923ff02a28cd4cd9e12e24f7f3b5 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-03 20:27:33 | 213182 | 3492451 | | 10862462 | 593500 7ec9ec4937546363b2e1e1b1f1789e86.avi | 3717581424ac5c5b2e4378c72d60ddda |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-03 20:28:29 | 213176 | 3492371 | | 24316175 | 157750 bb995276cbf2fe65c0ca98b687e65327.mp4 | cfb6fe78891aefeaae58d07be2f31897 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-03 20:29:14 | 213150 | 3491952 | | 77485163 | 185809 c6102b3727b2a7d8b1bb6981147081ef.mp4 | f97401550db7691853eb8484e782ab62 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-05 21:42:00 | 214027 | 3505735 | | 92449501 | 185467 dd5c5c850deb6d0024fb20443927ad04.mkv | 41736359f4ccb166dc946747393065a5 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-08 02:23:03 | 214163 | 3507727 | | 11579009 | 101292 3c12c84af346626dc2f1b77e52bb301e.mp4 | 41cd901a80996e0e365b12fb7fbe32b9 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-08 02:27:35 | 214113 | 3506916 | | 427526089 | 1601800 7050094b04fd9aa310d3d5efde279058.mp4 | 04d76ba864b8e5232f17148e0fcddb88 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-08 02:31:22 | 214055 | 3506117 | | 22270369 | 100667 87aa98d07ec242cc4d8f685f0299257b.wmv | 05e6c982885e802d6d68401206885f38 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-10 10:14:37 | 214527 | 3513517 | | 21993167 | 67133 c7fd6d5179ee2f799984eba95936bbd7.mkv | 7cd6b132cfb716c86add5d5c9088b901 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-10 10:17:38 | 214438 | 3512131 | | 840988535 | 1492426 751943b07f0b9c3540b8b533a6ca43f2.wmv | ebcbc4bc2694467bc3d1f4fa60dffa6b |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-10 10:19:59 | 214427 | 3511987 | | 23869874 | 266250 64249b29ec6fae64c2a1863d7cd65a44.avi | e249e541648b3b4733cf9b53bcb03ce0 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-10 10:25:45 | 214190 | 3508155 | | 108866846 | 56167 e2873633e89ced7374e01e98d0ace816.mp4 | 06b4ca86cf9170139be4d40544636f5b |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-10 10:26:08 | 214189 | 3508135 | | 49759568 | 61993 b7b70189b9698f6213f2799fb12925e2.mp4 | 848593734b8f7374efcbd6c1057f578d |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-10 10:40:08 | 214435 | 3512084 | | 1200184381 | 2133133 4d23e2384f446a9f2c099cc11186fa44.wmv | 53c5ac691f51abbe8fa44d527167c3be |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-10 10:40:14 | 214434 | 3512067 | | 650186513 | 1155422 167d739013d283895e59f360a8ef992c.wmv | f09f3049dc4a318a031afb8fb79a188b |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-10 10:50:22 | 214446 | 3512292 | | 271100586 | 1115267 6e90550d45f1a2b6c2c8dd982e85fc49.mp4 | d643f2178656524594b09a29e0218d98 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-10 10:50:53 | 214414 | 3511756 | | 17419276 | 132157 32012097fe8ac018cf0586ee96bb9227.mp4 | 1110f43468deea676b470905030301cf |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-10 10:51:17 | 214404 | 3511618 | | 11162448 | 124467 9c926c8729189f4e871a4fed07a012e5.mp4 | ad380dae2d9f503ba8547a0df18e7803 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-11 15:54:31 | 214559 | 3514028 | | 31857571 | 413000 636b23b07bfd1b4f1d1154827ac9d9ab.mp4 | b59b5d57dd1fbdbba003bb7618c74c40 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-11 14:59:43 | 214679 | 3515888 | | 56579639 | 1995037 614f4f0d8a780ed18742f0193cd31af4.mp4 | 7abc56d0fdfae1c810eef168726ba8cb |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-11 15:06:17 | 214115 | 3506950 | | 50134285 | 96334 ed46558a56a4a26b96a68738a0d28273.mp4 | c42006b2238d22e2b39f3feb82731d69 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-11 15:06:48 | 214102 | 3506697 | | 52463157 | 417134 680c464981bc91fb67d6aa936931dc86.mp4 | c24ce8e0ac6b6274df7d6b8b2d6db75e |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-11 15:07:16 | 214095 | 3506659 | | 43041730 | 142033 552d21cc507489b0da0c67a0713f80bb.mp4 | 34c591942367ad5c07e7cba5fe59d9ea |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-11 15:07:16 | 214095 | 3506659 | | 43041730 | 142033 552d21cc507489b0da0c67a0713f80bb.mp4 | 34c591942367ad5c07e7cba5fe59d9ea |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-11 15:08:31 | 214061 | 3506187 | | 140663476 | 552040 50dd7100bcbd98c41b1179143a2325a4.mp4 | 8bb9dcddc25b8444a91c6fc5bd0b7ed9 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-11 15:09:17 | 214053 | 3506097 | | 842181146 | 3091759 a60c71bd110ebc4d6916e16b8ca24fda.mp4 | dc7922e7cdbf926056531ee65edcb41f |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-11 15:11:02 | 213990 | 3505161 | | 326874472 | 81600 2475c20d9e9a1aaee80dcbc4e6316157.avi | 4700a52fccee96a344b1538d8e61edbe |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-11 15:11:13 | 213987 | 3505092 | | 13738072 | 175140 6484bc7860f609cf2e18ab5eebe01ba0.avi | b7b2d214a8bbec3717150951f929abc2 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-11 15:12:58 | 213986 | 3505066 | | 34506264 | 799700 f250daff6a09865ff432821b2adac54f.avi | 677b4fbac18bf0a65df5361c1656ad25 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-11 15:13:54 | 213985 | 3505052 | | 42985424 | 917362 0631ba089fcd29d70c2e3d2ae75f7cc9.avi | 8d2e9b4d784cdabd6b5cb78d1fe04cb1 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-11 15:16:22 | 214166 | 3507780 | | 50280056 | 803253 5d8297e451a0e650c38252a91bcc88ef.mp4 | fe00ce769af33fa7758ac5881b628d46 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-11 15:17:15 | 213930 | 3504177 | | 12887824 | 158703 2c7e55694e865b64eebe041d813cb0d8.avi | f68ad7f5da7688eeea8443f69d6ed99e |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-11 15:17:23 | 213929 | 3504153 | | 57367803 | 305834 490efb66c5016fa88d6fcbc4e505a7ef.mp4 | 9fe38a981079a1ceb4525cdbb7cafc65 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-11 15:17:48 | 213926 | 3504112 | | 69148820 | 431667 62ff479880ad9a16a568691f85f90ba4.avi | 989c928aec01cfec6e5ef2b8f7542354 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-11 15:18:23 | 213924 | 3504066 | | 21392420 | 121760 12a9d0912ad414791f40db52d3ad6165.mpg | 240446c62fdb8e0f675f79fe5177fbe8 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-11 15:18:50 | 213923 | 3504041 | | 20785643 | 534399 f51338d736f95dd42427296047067694.mp4 | df363bec8b9cf7414b8c7e693a06f921 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-11 15:19:36 | 213917 | 3503930 | | 15163003 | 22566 2008b6bfa59e4d81791f9ecbfd9f1a75.mp4 | 08334bff561b75493712d2602ea670a7 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-11 15:21:10 | 213753 | 3501272 | | 40547162 | 140327 244b0c93b290a9c469f42f678eb21cd8.mp4 | dffcea6d3338eb6815073bd7a94552fa |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-11 15:21:31 | 213756 | 3501310 | | 18690282 | 28853 8d1bbb12caa36ae8ddde2d960b5c2950.mp4 | b52325036c29be8727ea3b842612535e |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-11 15:21:44 | 213742 | 3501100 | | 19710902 | 67209 becb3929a611b54a98837a26ba595c47.mp4 | ef1623006465b93df50a3d643681eb73 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-11 15:23:04 | 213606 | 3499022 | | 22621007 | 38338 211b45a9e09a1734caa1a9b01caf105c.mkv | 36a8e53d6f3ab6d79556c8f35a9658ac |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-11 15:23:30 | 213594 | 3498837 | | 10788022 | 60292 b16574c54c98b9512edbecb8fa4f47f2.avi | e2c47417b83321a9ebe4aadb78c09c3e |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-11 15:24:01 | 213572 | 3498399 | | 37714970 | 131188 c7d830edc4a6aeedf2cb507fef77ec8d.mp4 | 06649b24a9709d549edb5815a87d0b69 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-11 15:24:48 | 213537 | 3497863 | | 15978431 | 532917 a87af548651faf99448576a18ececdddd.mp4 | 7b54e4b1493cbee2e6ef58a205f7972c |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-11 17:56:22 | 214667 | 3515624 | | 17454054 | 184067 8505785391a374b0d4f3b0e05b8f42c2.mp4 | 1fa30fde17899235d6bd8d9610b07794 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-16 15:18:37 | 214976 | 3520466 | | 33806330 | 504778 5f4f25d269af35abf542f09062624683.avi | 39ea6464928ad55e1f79f1c37e7dfa86 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-16 15:21:35 | 214836 | 3518282 | | 87052112 | 1042889 165babb4eae3a7324f0312c8d102caf5.avi | 6e6f2768b4c19dd596ec1178d05f840f |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-16 15:22:49 | 214753 | 3517017 | | 16527778 | 178750 9746d307de16c5f999651b0e583e2eeb.mp4 | 86b39be4520c0458dee220bfdec23bf0 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-16 15:24:44 | 214704 | 3516244 | | 67044805 | 520850 c1fddedef91770071d03c0302e97a306.3gp | d65c9c4e0ad4870a63058e2c75630e94 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-16 15:25:29 | 214667 | 3515624 | | 17454054 | 184067 8505785391a374b0d4f3b0e05b8f42c2.mp4 | 1fa30fde17899235d6bd8d9610b07794 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-16 15:25:43 | 214662 | 3515554 | | 724705923 | 942500 0a1022a9c9ae75e7c21390dff19440ae.mp4 | 252a9735b66d5b7cffa3584a29cf2973 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-16 15:27:38 | 214527 | 3513517 | | 21993167 | 67133 c7fd6d5179ee2f799984eba95936bbd7.mkv | 7cd6b132cfb716c86add5d5c9088b901 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-16 15:31:27 | 214431 | 3512036 | | 29170078 | 271200 ec3b845037b384da387d9cd90cd03410.mp4 | 7191342834647e14204f1c6c6b281877 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-16 15:33:01 | 214279 | 3509670 | | 123521122 | 274720 b1152424d9fb3019d63552c1156b04be.mov | 404d22d2d58bea74ccdbdef935d822e7 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-16 15:33:24 | 214264 | 3509476 | | 60576663 | 1607000 a1a15170543564de6ec386358b88d6d3.webm | 00123d3268386dbd2ec95c4834507deb |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-16 15:33:57 | 214231 | 3508892 | | 15240287 | 355610 b98ef373a25c45d83b5a9e0de78cb9a0.mp4 | 48ebba9b285a095a6901782e9dedccb2 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-16 15:34:33 | 214190 | 3508155 | | 108866846 | 56167 e2873633e89ced7374e01e98d0ace816.mp4 | 06b4ca86cf9170139be4d40544636f5b |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-16 15:34:48 | 214188 | 3508118 | | 21937084 | 45026 5596a1c3cefe922da3cfd3244c0233a.3gp | e48a2ac5340f023cf776f15a3726070c |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-16 15:35:24 | 214153 | 3507566 | | 158137462 | 74415 c41986ac5ff94e0fabd00a41ec56e40d.mp4 | 092fed0b93fbf3063008d1717cf79547 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-16 15:35:34 | 214152 | 3507549 | | 196563935 | 92531 d770dadbcd8705e64b565c37b2b3a27c.mp4 | 9edbd67df8f6fde7a16cb03ea28f73de |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-16 15:36:44 | 214112 | 3506895 | | 130183172 | 535735 e98ff526ad76393f7dfb9717aa548154.mpg | d2ee9ff14c0b3bed1a6d2b320e03af3e |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-16 15:36:44 | 214112 | 3506895 | | 130183172 | 535735 e98ff526ad76393f7dfb9717aa548154.mpg | d2ee9ff14c0b3bed1a6d2b320e03af3e |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-16 15:37:49 | 214060 | 3506162 | | 68790531 | 175697 8382b5bc180234da24e2991a8ab46cb1.3gp | 8a4339734ef39840f9306eaf16e8a254 |

Appx7236

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-16 15:39:05 | 214059 | 3506161 | | 17545773 | 44766 | 2e3a6218c8c4652563470fd23b5c9004.3gp | 20e7e77c81067b1462f92c7e8512359b |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-17 13:24:48 | 215041 | 3521467 | | 329592412 | 3299960 | a236d4bf0179f2f5cb9312bd27b8732a.mp4 | 061ff664dc14b2c98de37be1bc09f395 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-17 13:26:09 | 215039 | 3521453 | | 81417222 | 916960 | ff6d788c7af7a5fd2c81103d66468ba0.mp4 | 617c665cd86f5e21b84db63cf5e5ebb3 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-17 15:00:25 | 215011 | 3521036 | | 61913959 | 394600 | ac2ef27277eab81da1d8dea067dd80c1.mp4 | d3e57a86bc69f80d4ad7729a5629403f |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-17 15:00:32 | 215007 | 3520971 | | 96306510 | 279240 | dc4c44f624d600aa568390f1f1104aa0.mp4 | 3a128c85bd4ddade014a078182b7ed26 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-17 20:25:13 | 215068 | 3521851 | | 73634800 | 303334 | a6dcd4cdbe70405ae64f746a1904b7d0.mp4 | cb9bb3cff3478d2c9ad1efcc1e05c55b |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-17 20:27:28 | 214917 | 3519630 | | 17550637 | 170836 | 5309fd5b3d244d1bf1dfe116e5c49063.mp4 | 9686a6d5db148e4d72374a75d9e52a10 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-17 20:27:52 | 214198 | 3508276 | | 144260573 | 599700 | c2e8eaa9a8d13b2c8a363dabc136dd72.mp4 | 941665d8b0551660412b828e094cc5eb |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-17 20:31:36 | 214875 | 3518929 | | 45205772 | 126920 | 3445ee86ba8817378a8577a75444f5d7.avi | 995ec002ba838e952f4ae63f5157a93b |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-17 20:33:01 | 214608 | 3514754 | | 11110456 | 338320 | c6258babf97ca328ed70a5f54de6d02b.3gp | 93c92881f8838887dcdc832ebebcf3ed |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-17 20:33:30 | 22 | 26 | | 37535512 | 153520 | 955fe028505762e577a9708d7b029c0a.mp4 | bcbeffff8eedb2d3cfb6474eeda306cd |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-19 03:01:07 | 215135 | 3522897 | | 45697007 | 243400 | ccfac0e684af52c7a3fd89da04781638.mp4 | 27e055658aae7ea92fa3dc6b7198ae5b |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-20 13:18:37 | 215206 | 3523997 | | 16760290 | 250280 | 6f7e4967e171655e9f1412779f43f599.mp4 | 74d30cfbed6f02733cb0101504249e70 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-23 12:38:32 | 215668 | 3530985 | | 130005212 | 208400 | 39f28409dd43f3a7248ceb0cdf3d46c6.mp4 | 8a1dac968864d0c3f2795424cc884825 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-24 16:18:17 | 215177 | 3523493 | | 66712116 | 306731 | 89c839bbb06b292523263a968e6abe66.avi | ce7da36f712bd98faa8fe5dae3e4dbb9 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-25 16:43:32 | 215411 | 3527065 | | 37767529 | 43727 | 6f7f6e7bd1707dabfd9b978c4978b22d2.mov | 7e0c6a2ca6e7956e8e70d9b6ee26e41f |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-25 16:44:51 | 215263 | 3524845 | | 39028731 | 98480 | ad4cc1fb9b068faecfb70914acc63395.mp4 | a23ca104a50d0e93339882187dc08400 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-25 16:45:18 | 215237 | 3524466 | | 28849560 | 469360 | ffedf5be3a86e2ee281d54cdc97bc1cf.mp4 | 459a1b53494e0d6e7ea00701b18fa10f |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-25 16:46:11 | 215229 | 3524355 | | 447917302 | 197016 | 78fb1df7637085b2ea020d74d055ba58.mp4 | 1e85f03e694e348d1081ebe677b1a8b9 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-25 16:48:21 | 213482 | 3497052 | | 31315844 | 805708 | bb3c7802b208fc788e94d3866f8ede8e.avi | 94f52fb7f522d89ad9f042e540924dc7 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-26 15:55:44 | 215900 | 3534502 | | 376958085 | 1194603 | fac1f0665b5caf417eefc77c236b23df.mp4 | 6653c36ce41fa1c4249b42ef6de662ac |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-30 14:48:46 | 216018 | 3536351 | | 97616150 | 1071967 | 42ba6b440ce7e780160e3c46ad2807c2.mp4 | a28e9d42ae5e08473c5b49d2cd49cd80 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-31 09:42:47 | 216207 | 3539489 | | 203073540 | 1192858 | 82ac5ef22d6c457c4b4b0ba73f0ed930.mpg | faa8d9cfc0f1a1b24929e44a771625f7 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-31 09:48:02 | 216009 | 3536207 | | 61888284 | 149082 | 694a429b7c2cfdc889201e3c6f2ec942.ts | 15fb429186e1c0fe286b8a1c08389f5c |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-31 09:49:20 | 215956 | 3535368 | | 53881149 | 1703966 | 3e477743dda87ebc24d3c93bfb817d58.webm | 4c043b2d7e1f478ee339f2d955cc0521 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-31 09:52:16 | 215830 | 3533392 | | 17572736 | 181255 | c0009890732032e96436a7fc53bcadec.ts | f62d51a4329eba71cb37faea9fd122cf |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-10-31 11:46:14 | 215496 | 3528425 | | 128102665 | 329880 | c2073ffa77b5357a498057413bb09d3a.mp4 | 36995c600abea3ff4fbe6da396587a08 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-11-01 22:38:08 | 216506 | 3544361 | | 67558418 | 247080 | c0db9e6e227519325ef2007b71cef88e.avi | 3edb2a6ad1112236d15dde8c7f03cf43 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-11-02 22:42:51 | 216251 | 3540171 | | 16905484 | 285531 | e74fdb91855052441b7e5a9e7bf5fc0a.mp4 | 4ac95d704b75ea5adfdfd0376eabee94 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-11-02 23:45:55 | 216723 | 3547921 | | 48742597 | 221917 | a4cb8a00662bd5762a197c02bcdb70d5.mp4 | 0b9eb23416c0c28d07393fe19d4f26d3 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-11-02 23:47:09 | 216715 | 3547739 | | 123508623 | 1631480 | a5ee6457150a2d96a0015872541956c3.mp4 | e469c2b0b4b0f73fe5e14cb1f7ebccbf |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-11-02 23:49:47 | 2278 | 28821 | | 501158575 | 1844360 | d15505e6d277a01b10c86b9137f57d69.mkv | 8d3ea2e327c55afd4742929ffa2aa5f8 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-11-02 23:50:53 | 27757 | 2818 | | 405440512 | 1433700 | 3c82c42719365742090eb207695a1055.avi | 022eb5b820ddef7e90f582cbba6f1ace |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-11-02 23:54:17 | 27770 | 2833 | | 199952475 | 506040 | b2e17f763ad51f7e065935ba25c88b5c.wmv | e9519fa10106df86ea6051dfebd9c1a2 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-11-03 23:09:01 | 26845 | 1251 | | 62178489 | 255440 | 32a7f7d0a6b6c49d50cb0ccaa0c78033.mp4 | 493a0dfb47218edec9f913f885090725 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-11-04 12:12:11 | 216966 | 3551654 | | 71530710 | 564566 | 44a64c37e2c5c10ef6f6c45755af9822.avi | 8f77982f03e0a5869dfcf1562a32f4f1 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-11-04 12:14:26 | 216953 | 3551453 | | 15775587 | 129950 | dc6306ef41e110ee3d74f175884f61ed.3gp | c3ca10afeb28c7fa37ed3c202d11821a |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-11-04 12:14:58 | 216926 | 3551014 | | 251452100 | 2037306 | 19f3ca179d09e8518d25a28d8e4e443f.avi | 6fbcc7fad251d70d03392ca392ae5c5f |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-11-04 12:17:15 | 216837 | 3549618 | | 304500483 | 3571000 | 50fdf9e2ef71359feedcbc15afb70d74.mp4 | afe39aff021998363bf60cd35442618c |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-11-04 12:22:01 | 216769 | 3548590 | | 23393007 | 61000 | df00f51a948c0a2bbd45a32d7f047aa6.mkv | 858b5bae4065c76249ddb4f6472bf86c |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-11-04 12:22:48 | 216762 | 3548471 | | 39179313 | 176233 | ddc1ff560673ec24600a5f837f0cb9bd.asf | 3c3c7f9b09d8001afd4a251b4ec0272b |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-11-04 12:24:01 | 216732 | 3548038 | | 57303607 | 1045503 | 61cbe9be05790cebc8dffe5cb4ead4ff.mp4 | bf507813942279845bad9be0dfd32bfd |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-11-04 12:25:58 | 216556 | 3545228 | | 85543099 | 1697890 | 4eb7d41ae6005f60fe401e56277ebd4e.wmv | 2e010bb5831c9947db3dd71373055f77 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-11-04 12:26:43 | 214427 | 3511987 | | 23869874 | 266250 | 64249b29ec6fae64c2a1863d7cd65a44.avi | e249e541648b3b4733cf9b53bcb03ce0 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-11-06 03:26:06 | 217150 | 3554483 | | 17517141 | 413800 | d4d53bb8b5655771d66636d1b2c5f637.mp4 | 8162e8a262af953a51b7f62c383f8827 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-11-06 03:26:29 | 217149 | 3554456 | | 16185011 | 289042 | b61db6a910e3b66ec8c44f77a713aa37.mp4 | 274fe26893d74d6a8b372b93a5b2d1c4 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-11-06 03:27:08 | 217147 | 3554431 | | 13613541 | 45778 | 1754754f941af7b9c557995d8d24c5b.mp4 | b77440ce25b6cf29ef29bbc6d81bbd3a |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-11-06 03:27:45 | 213429 | 3496295 | | 46268672 | 139233 | a55703897794aad1d95721677a93c826.mp4 | e2700fe7a5e1b5ec8e72715ba268f0c0 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-11-06 03:28:24 | 188335 | 3079133 | | 31634681 | 978090 | 2f886ce468cb42271d41a90b6473cc18.mp4 | 4e10a67fd54dfac6ff01cf035e7b5eeb |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-11-06 03:33:18 | 215321 | 3525736 | | 18032347 | 152319 | 2bb9d11bfdac13dd5cc91127c564c07f.mp4 | 2f35922e035441988cd24fcb1797d05b |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-11-06 03:33:33 | 215162 | 3523267 | | 17231886 | 198047 | 0c00fd421da305ae7378a150a1ce9926.mp4 | 029490ded62ab461b12e432efb135278 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-11-06 03:35:50 | 202375 | 3327092 | | 16619460 | 128009 | 7e7756f40e3837883f3c8eee678d40cb.mp4 | adb1401ec21bb53e9b34b7316e6cd44c |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-11-06 03:38:19 | 216766 | 3548539 | | 41205802 | 44467 | 7036ac4c15a825b608d11f3f57a29fc5.mkv | cb9736b07c6b0d13de350a2bfd08d2a5 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-11-06 03:38:55 | 216760 | 3548449 | | 60138667 | 1135400 | c9ea9ca31aaae45f51892676638d8749.asf | 7ca22149baeb1794e33577071f4fad09 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-11-06 03:40:27 | 216641 | 3546596 | | 313151488 | 3777300 | 77fbfe9c9116dbd570174ed214e77d9c.avi | ca7db15a3e33b4bbc80c744dfb86ba33 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-11-06 03:43:04 | 216580 | 3543634 | | 50317979 | 923720 | 898dd88cca7b2f65461bc491dacb9b2.5.mp4 | a7caab6c6e3fbc4d204c660d8ca55220 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-11-06 03:43:24 | 216444 | 3543449 | | 32864311 | 587000 | b8321cc2ef02a2823b92d06f2ea3e298.mp4 | 8ce9b4f6d63ec37c6dd868a6d31bd09d |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-11-06 03:44:27 | 216335 | 3541556 | | 36918701 | 474308 | 9819cad0812699bf348ee1f79d53f980.asf | 4628a918a4b27dd95ba6cb9ae0943986 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-11-06 03:44:48 | 140563 | 2265263 | | 2147483647 | 3080113 | a76d17856fa028a3edcc0af51f345410.mp4 | 9f7f269e7f2b8a74621d4a0dea92e |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-11-06 03:47:31 | 31635 | 107517 | | 38254720 | 184120 | 548669c53491d7595c0e6f4609795265.avi | aca664d7dea6dc4dca7e4d4623ec3920 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-11-06 03:48:28 | 154 | 167 | | 10716838 | 76900 | 3c6a7d9835f5c2f074c0b0e71e3a8e4e.avi | 67980a60939a84126fd21e96aa87e040 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-11-06 03:48:38 | 3450 | 57114 | | 191924096 | 1736992 | a63c77d70a28a675137b3a8ce3d30890.mp4 | 3731cb8ef52134e731c89589caa5b9b6 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-11-06 03:49:57 | 537 | 1264 | | 363278340 | 1500980 | 276d4ed0cd119f0ed99f83bed96840e7.mpg | 82f938e649e9372b328f78e923e66f29 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-11-06 03:50:56 | 26126 | 142 | | 84095780 | 175733 | d35a29602005cb55aa57a5f683c8e0c2.avi | 29401f159df31c1d633280868fe24557 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-11-06 03:51:08 | 26082 | 73 | | 12517721 | 46613 | 88fa9f2cfbcba5a2aa9fcba5c5bc1a8f.wmv | 0147311abd34f17e41b8a96e5488594a |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-11-06 03:51:51 | 26236 | 354 | | 17488783 | 231360 | 21bc599fa4dd7ac5d5367f4398458adc.mp4 | a1f44132f13cadc3f242503f3b9516a7 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-11-06 03:52:20 | 26260 | 423 | | 32968718 | 503167 | 256c9ff3035b7d7ed0ce985d6964263a.avi | d9ab0d6518a9744e8168fb181186471e |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-11-06 03:53:25 | 26932 | 1369 | | 16771733 | 103104 | af8f46d9473ee0b4ec4aff59e0daf6c5.mp4 | 3ef192bfae9b3179cdd5d53e29a6781f |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-11-06 03:53:51 | 26886 | 1316 | | 56562032 | 410633 | 5f64af8aa59512d57e54425cd8c989f2.avi | f95bfd7a3614c89c13c96960a2cf8e94 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-11-06 03:56:13 | 29017 | 19565 | | 47192179 | 433300 cde211f9c10b373ab12ce956a6c1521.wmv | 0711d18499a386c9a06a50236b67fbe9 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-11-06 03:57:07 | 215461 | 3527826 | | 114692926 | 344740 a44879fe303dd43ad3f90d2883e2039a.avi | c981b90a4bbb52c56c7deaaab6c40 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-11-06 03:57:47 | 10 | 11 | | 84386504 | 300480 23dd0dfb458b438d69276541912afeb9.avi | befc59583f03a625844c4fae615f686 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-11-06 03:58:39 | 1367 | 6015 | | 15544065 | 840120 17ac642e2efb83b477336061cc99557d | 07c428c1033a1e0132600d878dffcd5 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-11-06 03:59:27 | 5803 | 108202 | | 27072252 | 306120 2d436185ab0c01cecd43dd530555830.avi | fc9e966b17a5edd866a85c1c4bee61e |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-11-06 04:00:57 | 1726 | 15276 | | 92711189 | 1315080 a754755f2a6129c6cf1dd3bf58312c18 | 08bd5c03dfc95ef47a4a5ddce511ec3d |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-11-06 04:02:24 | 7037 | 137303 | | 16119079 | 134400 ca6f73de60f0dcf1bcc7fb708229a9f2.mkv | 601dee485691cd2fbafa65cea0abbde8 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-11-06 04:02:43 | 4878 | 90327 | | 26288165 | 301833 89a82bfdadb7b2ee56416a986b0376ae.flv | da59e2793099309091aa00d7f322fc191 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-11-06 04:03:27 | 9507 | 200647 | | 93885624 | 887625 5c87db0fb9fe76fde74137039b96f494.avi | 194dbb354f8b2d51d2c79d65961c9a08 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-11-06 04:03:58 | 1723 | 15241 | | 242761728 | 1477667 e13143d8531dd3b7fd6a2c769af5858.avi | 252400187164e2f128dcb685a4ae23f0 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-11-06 04:05:35 | 3916 | 67441 | | 42580378 | 430000 264602e2e144ead3c218fd4adeb84a80.mpg | 00c32c83731cb359b4a53288c8663bd7 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-11-06 04:05:58 | 2483 | 33458 | | 201342720 | 17750 b4bb7d70f4b6f395fe6708a97410d7ab.mpg | 8f06aab5181f0bda96d0c9dda1eece24 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-11-06 04:06:18 | 7106 | 139435 | | 46230396 | 2027167 660110aa3162f77605b07eec19f1e20a.avi | a3602a95bc55238673998696964e810a87 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-11-06 04:06:32 | 6940 | 134117 | | 10502495 | 2027875 ebe4361baf7318a92facaecd817c6d0d9.mp4 | 1e1c1b3f7b8f685221508785012952e3 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-11-06 04:06:34 | 6725 | 130541 | | 58476359 | 589333 862690c612c4c41a2ddceb9bf7a5c848.mpg | 1c67b5b3f263f0e17941dbb07862f4b1 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-11-06 04:06:54 | 6357 | 123011 | | 27704988 | 680520 3d07e9e868c61f951e614e15fd5994b.avi | d5493.5a1f49f849349134b88edada8a02 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-11-06 04:07:04 | 5542 | 102961 | | 97857637 | 4470080 c334ba61fe74aa5c2172b40beaf5bdb1.wmv | b7e1ca8bd07c384a57bd144ee383cb8c |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-11-06 04:07:15 | 18946 | 441470 | | 324418409 | 6458200 3c070b27720b91f6255f4d346a685416.mp4 | a261a7a473158211dfff37b285905e01e |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-11-06 04:09:56 | 61 | | | 51782666 | 492083 959d83d0b456f69a7ca5a7d683c52f89.avi | 93d5b9609f19d80428d99b0446497902 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-11-06 04:10:59 | 210 | 881 | | 17382068 | 105572 b9bd43af0e8125f5d156a5411ebce7.avi | a46f2d2db195d99a95e85221c8278b684e |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-11-12 18:08:06 | 217852 | 3565557 | | 62647760 | 179585 de38f460590b09da07bc1f08befea3f6.mp4 | 272ced33c56517732dbf6497261df |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-11-13 10:22:03 | 217857 | 3565650 | | 713467952 | 2848546 7467ea1f7bc08be9ef345e7dcb5b48c.mpg | d221ad1f9d9ea3df4d69d5eb4eecdf1 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-11-15 13:26:47 | 218066 | 3568922 | | 28685486 | 728439 1e199cc0d3a8aed6c1effd016e3c9d1.avi | 17020471ea9a986ff338698e82.50d850 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-11-15 14:35:23 | 218074 | 3569019 | | 23217554 | 552787 04115ec378ee476c56d19d827bcf8db56.avi | a8de3866f27a8d3927 1eb081c0a1c5f |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-11-15 14:35:47 | 218073 | 3568994 | | 14068858 | 296870 0d1d6e7bea615923f7d12bed0498a2f0.avi | a036f8816537766b9a0bef2df82926 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-11-15 14:37:05 | 217972 | 3567551 | | 325504946 | 3678942 86e33d550dc16236ea02003089ab9894.avi | 6f24c029f0fafb764182955003885b0a |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-11-15 14:38:29 | 217961 | 3567396 | | 25016792 | 44500 492f9488d08daf5a3f9e7ddd3694f546.mkv | 31670.3ac9791200ffc79570189a5673 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-11-19 14:21:12 | 218484 | 3575406 | | 13617085 | 13567 fe07f4f76bf898f6e8a195cf7798103.mp4 | d97e672e75e103c752.5f6e8a8277a80 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-11-19 14:24:31 | 218181 | 3570712 | | 102798564 | 270860 c6d18b0ed03091006bd1785ae97156e5.avi | 56994159fc476a77af6ae717ff5d0da5 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-11-19 14:24:34 | 218180 | 3570707 | | 59119042 | 475667 1a21d8c9bbb99bca627434dbf4b98d01.avi | 38fafed88b0ded4bdab5bd8473ffee37e |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-11-22 03:16:59 | 218851 | 3581076 | | 15445232 | 220000 b039c4c571b9a717cbc017960bc65569.mp4 | 20958eb88a58c2f84afcad291b0ca67 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-11-27 13:34:49 | 219257 | 3587371 | | 83242460 | 243375 762e98d4b9379e03743aba3ca2669e772.avi | fe57d99b49bab431001c6fa9ff7cb59099 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-11-27 13:35:34 | 219234 | 3586975 | | 30297705 | 113760 1503e6be575c5632a252873634 1aaec7.mp4 | 4cd8ee11906023699a0ce1140a4a5bf21 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-11-28 11:01:04 | 219504 | 3591242 | | 44085531 | 253200 702ac42d3be4555a8dc7b84d39456eeec.mp4 | cb6b84b03247784ab75f114d50e97a64 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-11-29 09:21:50 | 219585 | 3592510 | | 137284452 | 1429120 2be1900090eee544411132e8a06c8851.avi | cf84ab4fb5f6f9948d21a1ab5edd91a2 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-11-29 09:22:44 | 219566 | 3592195 | | 146413883 | 851750 4234685de7ed62b5d41e162a3fd9098.mp4 | 92e175ecd8249e31bddf76ae5bf303 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-11-29 09:24:01 | 219524 | 3591597 | | 128799570 | 185419 d075b7099dd334000ed3befa4f78591e4.avi | 8b86a18df7da61d5744ac385a8e1338a |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-11-29 09:25:29 | 219471 | 3590755 | | 13224017 | 334520 607093fb70318b813d0e9b8531916fbe.mp4 | 444e5f161f3fb805ca903032b2aa0333 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-11-29 09:25:55 | 219469 | 3590709 | | 224239358 | 104680 00c391f80538b146b161180f811140.mp4 | b022c94cc4d2f7a23eb40cab41fc7176 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-11-29 09:27:15 | 219447 | 3590353 | | 279820022 | 7804032 ac596866c319dc8ac9d108a4f3da2fc3.mp4 | 2b94ce0f2a0a2477ffb9a8e695e2e7cb |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-11-29 09:44:13 | 219210 | 3586535 | | 22474301 | 298523 3bd8fdb090f15eb66a00c84dbc5ad51.mp4 | 24c0263f6a8c5bc3954d18ce82d7fb0c |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-11-30 04:15:28 | 219692 | 3594278 | | 60262830 | 1360388 3876dea83cbc6fa0b9192b56f095cd9.mp4 | 1345d31328989a518d0c34207158b08 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-12-01 17:32:14 | 219794 | 3595847 | | 19928048 | 492400 9369ea6c02a23aea5374a5ef8af4aa8d.mp4 | ac5fa1d40c6907d04cdd99b0d8be57b3 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-12-01 17:36:59 | 219620 | 3593092 | | 109664456 | 285660 cbf87110b43df3f2c1553e64940346df.avi | 2c8682.5bc7f0993a8277dc384160573 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-12-01 17:37:38 | 219618 | 3593080 | | 86622262 | 22509 48c00ae965e23b2869f6eaa13d2cefa.avi | 63c10469996427fdf3cc40040b3de3e |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-12-02 01:13:45 | 219800 | 3595903 | | 190317344 | 368360 095543c42.5d382654550a8b71ee8f.mkv | b4c1cf3c8585c9330b9811dc6e8038 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-12-02 01:16:11 | 218455 | 3574924 | | 27211429 | 41067 1a81f0736438137cbfc8102ccb388441e.mp4 | 1efed1c74b479314760999ebe3db48226 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-12-02 01:23:33 | 219326 | 3588534 | | 498795603 | 4269666 a92979f753a039c926f2fdb787574917.mp4 | 8606cf057edb842870e017d3bab00d |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-12-02 01:24:34 | 218743 | 3579395 | | 111142405 | 160394 d58fa60483b741c3b2dd9e9ae46d1ed.wmv | 8606cf057edb842870e017d3bab00d |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-12-02 01:26:22 | 218483 | 3575377 | | 28053729 | 29429 60be21f3ebf28ff7b8a69a2a752d92cf8.wmv | 47f63d452ebe28a92af918ed131d96e9 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-12-02 01:27:02 | 218216 | 3571222 | | 27470189 | 132667 24ee89e653e6e5cf2d38b3853a9da2.wmv | 323d407b73a46435994c30ab3624c6a |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-12-02 01:30:09 | 218054 | 3568758 | | 11510435 | 85042 7a5c9b08d882b4af19c2ac94b536bfa.mp4 | 0c87585740aaab0daacacd3c44ab69c |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-12-02 01:30:26 | 218053 | 3568741 | | 14302419 | 56607 9bf5ee10c4f5c0268a90048d108c6347a.mp4 | 73ac081c7d6f4a57a089df76993b45 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-12-02 01:33:18 | 215744 | 3532065 | | 72412903 | 1003917 2ff51e1cb375bafabdba0df20595da2a.mp4 | 909a7180e586e46d8e0f606358f39eb0 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-12-02 01:34:50 | 2265 | 28616 | | 28618652 | 793000 d3ee742dea923c52d0d0cce280203b59.avi | 8d903a2fcd683c6dc1.55cf41b0ef435 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-12-02 01:35:36 | 6730 | 130640 | | 26930176 | 1072333 0cc24cb7c26586310cc95c8cb1a81cbc.avi | f6e49a9ddf1442287d4955ff6bc1bc654 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-12-02 01:35:52 | 6416 | 124054 | | 40166246 | 702035 4f6195f5b77b9b96c1c92950393387.avi | 6a97d1b52d1a8a2cdccf5211b0117c413 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-12-02 01:36:19 | 5956 | 112395 | | 188386777 | 1454800 a2ab2c875aa336fbefdc0551560d1179.wmv | 9ed35d949e2b89013e0db7c898c8b716 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-12-02 01:36:46 | 9728 | 205540 | | 21455016 | 302369 00a87cce41371cf384b1d46286c5ea7.mp4 | d2e92f4efed7da238a7ca079ef16940c |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-12-02 01:37:31 | 10987 | 237428 | | 26532123 | 239615 2c7b84fa30f0cea96a90729afe2970a0.mp4 | 31352565214a5d3cc317fd34d7a3966 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-12-02 01:39:01 | 15393 | 359220 | | 19794548 | 126700 0e3e2ca016ae5184d2240b7a461e7dbf.mp4 | f9f87545770d9ca39e73a9399a917e653 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-12-02 01:39:21 | 13132 | 307258 | | 185838936 | 1072480 2adee3823fe0b1c49ce2b4124cdcecda.avi | 0a993d6625c2b7ac358208267d65e |

Appx7237

| Username | Folder | Date | | | | | |
|---|---|---|---|---|---|---|---|
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 01:39:32 | 12857 | 299640 | 29753140 | 1749200 3e43df786a57ed8ce83cb26a8a08de.avi | 4e88ad973b829e48901d681737c1a6b |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 01:40:12 | 18015 | 419864 | 25787022 | 644800 0ba5ba83db54e6be963744b74a0dd370.avi | 89b830b690e225b9c6972c4d1370a41 |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 01:40:31 | 16942 | 391193 | 24764876 | 2975000 191594d94de241f2114daa9fe530d2015.avi | 0b55d18884d3a7514220db929af5a378f |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 01:40:51 | 16899 | 390489 | 10054334 | 359300 a3ef51b1da9a045632df27ded165ce5f.mp4 | 6c5914d24d6a577d0f6b0b13046ccda |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 01:41:33 | 16889 | 390348 | 22024985 | 867667 cb20f533a8a2258b7ae95b83855f4b3.flv | 62c33717f527aba14707cf74aa6f5 |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 01:42:26 | 16475 | 382421 | 24360156 | 324000 1be8d57459a63a3275d039fa93ca5a1e.avi | f6949146602288f1488bcb2514df8050 |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 01:42:26 | 196290 | 3234285 | 121577862 | 1392758 23414d42e8f06e0c336782b0069ef22f.mp4 | 33d722ef97dd84dcd5ee8f952e2c4479 |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 01:43:15 | 218217 | 3571235 | 18099989 | 53186 63706c231765ca840e9a60a76fae00a.mp4 | 0f3a6b2cf9c084507d57d47bc7b628f0 |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 01:43:25 | 215018 | 3521130 | 26280189 | 157897 81ed4d7130d2272219 4f33b1ab0f937c.mp4 | 19ea3734807f7067ee19c56d8b0f87b5f |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 01:43:43 | 204885 | 3365458 | 57476512 | 71000 ba7e36c43aff315c00ec2b8625e3b719.mp4 | b22ba54366d3df15f5d08a49621cc7f9 |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 01:43:57 | 204879 | 3365407 | 35865313 | 90390 c746ed54345cbcf402dfe35fa8d9b010.mp4 | e8c1c3217116b61b2972c28c271db99 |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 01:44:12 | 204878 | 3365394 | 29754769 | 516267 637489250d6a28176d466c0aa567e65b.flv | bef043d94fb79bb572d4f5122b47ed87 |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 01:44:29 | 199387 | 3281078 | 89701522 | 456600 ab964d1313dd19693af07b107ec4605e.avi | af6f1fce18f73e434bf9e369907f6a9 |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 01:44:34 | 196289 | 3234270 | 76942352 | 148119 9fb9d90f0ed678b58d915e22bec8ea9f.mpg | 0d42f986e1816a1621cb2e445afa4a12 |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 01:47:02 | 119773 | 1944507 | 25626036 | 7090 e51ada1e23f810eb1b51a18bb682 5f85.mp4 | 0504284220c60e3131a013533194ea9a8 |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 01:47:37 | 119425 | 1939418 | 15918376 | 117124 fdd5b16fc813433908 9ef25b3cf0e588.mpg | 135c53de513809fe1588981b34b098c |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 01:47:48 | 116131 | 1888198 | 20569088 | 80720 297de1592f2fb79bb2823e5c1a41771f.wmv | a08d96599cfacda51034a5829a95a0 |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 01:48:14 | 103464 | 1695274 | 20717948 | 57533 ef2765780c151172587db3234677b12.mp4 | 6df95037d42cece21900716c8c7f7c87b |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 01:48:34 | 80776 | 1346095 | 10486689 | 148148 73c57a9ae26f3c981378b1c2960e2871.mp4 | ca08eed5008377563fcdd0f70d7e51 |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 01:48:53 | 57531 | 989529 | 17243305 | 491567 efe7beaa44d6e14c30432d43b2522ba2.flv | ad69f957eee669937a0465d8c5f219 |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 01:49:08 | 51737 | 901920 | 33731043 | 245584 bb36fd8f142e7fea7041c49f61f75f37 | db7a647a6fcbfdf287be9fb10e45b17 |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 01:49:31 | 31916 | 120209 | 28882849 | 1647200 193396d8a345080ba5cebe43bea3bd15.avi | 348773843e73903015ac2da2fc42042e |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 01:50:19 | 30372 | 69032 | 101096652 | 298040 d74509de911e25d017 5d2f42ad0df335.flv | ad48d4086fc7f0088be89888b183444b |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 01:51:19 | 20407 | 467486 | 22035012 | 626327 c6c2c00ac8a3e6e7c2c27d15afa4799.mov | 3cc0cad22c4d89668c5409b26482fa3c |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 01:52:12 | 19972 | 460207 | 93986747 | 626292 87eb9d4eea03cf39630cf48a920d1920.mpg | 647565eb413119d7fce7f921dea5dc0c |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 01:52:18 | 19956 | 459950 | 94199808 | 1510600 dba29f9f6ff7a9455fefd252ffaaf c77.avi | a37e80fafe6dd53e18f13f23c353c81 |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 01:52:50 | 23143 | 528709 | 16620818 | 850400 a3f66d3a6aab9fa2ad9a6a0fae58f98.avi | fca47d96870029190bea420b315ed31 |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 01:53:14 | 24386 | 551875 | 57562112 | 477667 8576a5108a0 45a711b0927e240 8d4b34.mp4 | a0bcee47a0c12f54c6007d89f88c6735b |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 01:54:06 | 25901 | 596447 | 79501665 | 1647150 a91ee15c9d0fe18cf9cd647dc67d 4d5e.mkv | d6b360a0fdfa9fb7bb1226009fb9d8b41 |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 01:54:50 | 30675 | 79776 | 26583278 | 255120 717ed6fe7caa3e5b388a0b592cc729b.avi | d30ad49ae55be3d2ec42e447a50e2a75 |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 01:54:50 | 28691 | 11274 | 13494564 | 132440 f1bcb265ea73d7150a5437b101e20f58.mp4 | a4fbe3d2bf88296205b98be44a292b1b |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 01:55:18 | 35867 | 657434 | 26615078 | 435000 5a60d084470e30fa2ef883c10b34ad5.avi | 40eee021ce4856d45736fd9166bbf51 |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 01:55:43 | 34744 | 639736 | 60432860 | 965267 d189f3419fa7363dd7b1ae2980195ee.avi | dfdbea32500b5c7fb2409fc020e0c398 |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 01:55:55 | 34613 | 637833 | 12469537 | 353628 a0db07376ffdd25bdd4eb084b03d5908.mkv | 884669b5490e2eedde6d508a69e2e7ba |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 01:55:55 | 34579 | 637269 | 54518010 | 353628 a0db07376ffdd25bdd4eb084b03d5908.mkv | e23e8e465f4c351fb842080e47a13ec4 |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 01:56:08 | 34579 | 637269 | 54518010 | 94709 a41acb3ff6616b5fd306761bb865d23.mp4 | e23e8e465f4c351fb842080e47a13ec4 |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 01:56:24 | 33994 | 628179 | 15840219 | 1538328 804d1c0353714d0119be83a57d690b58f.avi | 56a6a358c0a02bf71d202a1cc6310abf |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 01:56:43 | 33791 | 624727 | 207648688 | 255120 51c337bea57f4cf5b83cac577a94e39.mp4 | dce9aa4f599a05c406e188dc02ec02c1 |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 01:57:04 | 32437 | 603594 | 21858520 | 927600 a5e484 62a4b1598a5ad81fbdac50ed23.mp4 | 598c46a16aa2f81443b1715c5a80c |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 01:58:19 | 32392 | 602887 | 77798381 | 48200 d1edaf5a3398142bab1371cbfc574079.avi | 69bb81891157eeff3ccc0a510687d99 |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 01:58:29 | 48776 | 856001 | 202009 52 | 411900 252bc22f07a929b593c640c615ee470e.wmv | 3db14ce4d61837dc8fa9001ea3a625bc85 |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 01:58:45 | 47910 | 842973 | 10452066 | 148917 5f42cb789ee6bdbac21808eef0ab77711.mp4 | 3e5b8fe31ebf9ad4f65aab33c90233 |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 01:59:03 | 55361 | 956605 | 43283865 | 581567 fb30cdaec2710324a027c67cf51244cb.avi | f8e1a91efde5bdeba13a6a62cea10ebc |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 01:59:15 | 53986 | 935846 | 37491924 | 38310 2578e b9cdf020730f77793e8b5e165a.mp4 | fe06b07da7dd16d5f8c38201d87f026e |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 01:59:35 | 51492 | 898224 | 50599122 | 239035 c9a6416da993bc9d097e85c3ae099cf2.wmv | 12ff061ced5769e5c30f35b32221a99 |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 02:00:31 | 50259 | 879230 | 243577844 | 409500 eeaf974 4aaad c6de4b566d1b51a9cf1.mpg | a5adcdc757ce915ff0eb7888a1e03fea |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 02:00:02 | 68198 | 1152319 | 69773316 | 43700 e5fbd281f43f85152ca3839cc292e22c.wmv | 38db670f0c609a6535f1fe14a0b359e |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 02:02:02 | 86554 | 1434812 | 18274935 | 94708 b4f6926d4794e9cdb293f a94a06b4577.mp4 | d4fde04c0a88e50a104c1a5c90026c |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 02:02:18 | 84663 | 1406326 | 20555150 | 28230 b301bfff368b7e75043a2b9925a530ff.mp4 | 0ae0bc24ff932db401a2fc3dcd7bf61d |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 02:02:54 | 89292 | 1477440 | 19168668 | 409500 c3e36aca53a16f8421a5f6fc356ad59.mp4 | 453358b330da445b73278616ba75509 |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 02:03:35 | 94313 | 1593518 | 39151188 | 705920 2f58d47971dd8f9f527 64208 5d58efd.mp4 | 91bb8b8cd995075a211496afd57ebca |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 02:03:55 | 94231 | 1554330 | 31718124 | 39506 27e5913e401960ad17e24f9a43 5e11d2.mp4 | daf64f1eb0e3f2cffb31be304b0eaf2f |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 02:04:07 | 94228 | 1552916 | 17783635 | 1022880 683768ef9ad8eecd2e847498002cd29.mp4 | be650ea03f56f69b6108ef2ff0c6440 |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 02:04:35 | 96459 | 1552903 | 24085091 | 965267 37146ab12df8901dcde394 4d2199db67.mp4 | 2ea72f6d429e64d69d6aea6ba37f0df |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 02:04:59 | 96448 | 1587544 | 36217650 | 371720 0b32f1a9efe5edf3dd2f33b0c0052bfe.flv | fcf2486dc34c20b5b017400afe6a7cd9 |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 02:05:20 | 97294 | 1587324 | 40862650 | 763909 bfb169852d840a3978889ee25769e87e.mp4 | cc79913d9d95b80b6d73e58560ca5db4 |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 02:05:33 | 96849 | 1593988 | 26211999 | 563547 4a8d4638b5dc1c12d87fbe0b399c2396.mp4 | 4b8e592245d0c0d49b2798673484ef3 |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 02:05:49 | 96845 | 1593518 | 79323486 | 106880 493c8b3821e768713a4 4d1c5b1e7f5ad4.avi | d04030774e81d7a6a130ba417e8c5dd |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 02:06:48 | 99750 | 1593449 | 16744502 | 87171 df093c2bc10127bc73adb8c4c65966 50d.wmv | 42b89ee246c5b2fea036e6b8f7283105 |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 02:07:32 | 103411 | 1638069 | 634021952 | 452267 067aafbe99096b95c82cfa2d92c7b0c5.flv | 6c41dce82cd8385a60cc585b2483d6d |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 02:08:23 | 112856 | 1694509 | 30116250 | 149615 d2d077f f2fdfedef07cd2c963eca0.mp4 | 39d0a523a4a77d4ed4658f34900f57 |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 02:08:34 | 111811 | 1838582 | 67221907 | 278101 8fc3096df18b68dc81819 47fa6400ea.mp4 | bcbf5fbe12673b56053de162f40bfd7 |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 02:08:54 | 121732 | 1822328 | 19569616 | 395400 6af208a28000cae06e5b71947691a66d.mp4 | ae6ff7d87199a0d9bf74029cdde91d1 |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 02:10:21 | 122900 | 1975123 | 52774420 | 247183 7e0a4d112e3f40 8f6dec b2a7c365f91.avi | f18573b6bc3fe958af6ff74510af282b |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 02:10:33 | 122413 | 1992975 | 39151188 | 59975 a025431491496cc81e48f18ec917059.mp4 | 360828442d180bdc0e3e653890581e8b |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 02:11:26 | 145561 | 1985600 | 16744502 | 563547 4a8d4638b5dc1c12d87fbe0b399c2396.mp4 | dbb82984f0168ce487f8a4502bc48a0 |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 02:11:49 | 143081 | 2342566 | 2303994 | 1264567 10ef53cc7b761466d8 51d05da6b82e3.avi | 44a4ed8715548d61d77a73f002800341 |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 02:13:27 | 168654 | 2687093 | 16137824 | 92733 b4788b6b7a464c9c9cc7447847c9218.mp4 | 284c7c330ca3c7a6d7c8668c711d6ec5 |
| 1Mb2m6vDAxfrWmQHAg4oLAPxtUVVvpf1K5 | ilbe1 | 2017-12-02 02:13:27 | 168654 | 2687093 | 16137824 | 92733 b4788b6b7a464c9c9cc7447847c9218.mp4 | 284c7c330ca3c7a6d7c8668c711d6ec5 |

| Address | Node | Timestamp | | | | | Filename | Hash |
|---|---|---|---|---|---|---|---|---|
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-02 02:14:06 | 177335 | 2830874 | 28339690 | 163873 | 08dd1c0e42f1593154ed4f4f0a379f92.mp4 | a9ec15a2fd44b9dc5134907cae3d7aa |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-02 02:14:23 | 176676 | 2818189 | 16666451 | 91833 | 96a0d70498272acfee21d3dbae846113.mp4 | 8b53ada7a7f6e25a22042cc9743fd |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-02 02:15:52 | 192333 | 3172639 | 19529419 | 136567 | f7d39620fd98ccb30f1c7741fe158210.mp4 | f49f64457c0ff85ee6f26573888b84e03 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-02 02:15:52 | 192333 | 3172620 | 19529419 | 136567 | f7d39620fd98ccb30f1c7741fe158210.mp4 | f49f64457c0ff85ee6f26573888b84e03 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-02 02:16:25 | 192331 | 3172620 | 32174786 | 205567 | d0a364bd4a35d6f92109121e43b7061.mp4 | 518f1fa6775661 2a6212423525f72ce5 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-02 02:16:25 | 192331 | 3172620 | 32174786 | 205567 | d0a364bd4a35d6f92109121e43b7061.mp4 | 518f1fa6775661 2a6212423525f72ce5 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-02 02:17:31 | 219833 | 3596411 | 163850835 | 255155 | 314e1289345d603e3600a24aad4226d3.mov | c3529e6c405f5551f3ae92461881319f |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-07 09:24:04 | 219924 | 3597873 | 87024961 | 647423 | 0384691e7d56612edd845ac862bd928.mp4 | ce32f6886bd3912e10473c4db3d9ca |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-07 09:24:04 | 219924 | 3597873 | 87024961 | 647423 | 0384691e7d56612edd845ac862bd928.mp4 | ce32f6886bd3912e10473c4db3d9ca |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-07 09:27:27 | 219900 | 3597439 | 24544533 | 771011 | 0ba0f899f40d865bbeeaf909a078663dba.mp4 | 494642790f77effb15d7223b13d4af40 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-07 09:29:47 | 219799 | 3595894 | 224167431 | 1265900 | c469292487 0a822be3f1684e8dcc0f8.mp4 | 35f4e1068f91e5bc07909a8ab1640a0c |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-07 09:35:13 | 219626 | 3593191 | 30930428 | 213166 | aadda33446a0633e97539c0c7f0b117b.flv | bfdc48006228 05cd6b34b551cd0b55 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-07 09:35:56 | 219622 | 3593099 | 59714792 | 267767 | 940222ade2401c27cf11299206 5c8877.avi | 0b20ea2f f96f39fc5bd8dd569dd55e79 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-07 09:41:04 | 220080 | 3600524 | 70011476 | 1088200 | 22d0c530efd70371 18d2011a6844823.mp4 | fed34519781d2fd01bf456640 7fc418f |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-07 09:43:45 | 219653 | 3593700 | 24314825 | 74842 | 53a1320cb5d2f56130ad5222f93da374.wmv | d8ab4ab0e5581401388bcdbd206933f4 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-07 09:44:35 | 219618 | 3593080 | 86622262 | 225092 | 48c00ae965e23b286 9f8eaa13d2dcefa.avi | 63c10469996 4277df3cc40040b3de3e |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-07 09:45:08 | 219613 | 3593012 | 74746178 | 51518 | 3136868393 49f02ad9f7bf1ec81db552.mp4 | a03d4ee452f58f81f54fd9e74da6a05 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-07 09:46:01 | 219579 | 3592436 | 92895807 | 3076784 | 4cb40023ec377287074815415900886a.mp4 | d158f68bf627ae1c5157e81df26d147 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-07 09:47:19 | 219578 | 3592407 | 22436193 | 129292 | 5cd21643adc330fc6869f39a1c6ad5b6.mp4 | ec2ae231c50c0eaec8e4ea6bba7e0932 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-07 09:48:16 | 219573 | 3592356 | 97483593 | 364400 | 2c6fdae440c3a3534a0ed02312bfee3.mp4 | 2496948096851ac898d1339b82a4a5649 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-07 09:49:40 | 219526 | 3591619 | 80149412 | 247000 | 8fc81fd7630f52aca6381ff6df06cec.avi | 3264ed062c7f53532d5330 7600caeca |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-07 09:52:01 | 219525 | 3591612 | 42725908 | 300250 | 6492670404 35be6cbd331ab8cb0bb0c0.flv | 9577485f63ceef3a10c7738318 6ef6 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-07 09:52:15 | 219523 | 3591596 | 70724088 | 101768 | 5efced399b51294d26ceb0f046b221347.avi | e364b1860ce4a8be55bd4d8e967eb6 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-07 09:52:29 | 219519 | 3591499 | 16414023 | 80837 | 8438e7c4705c382f69a2fc2400288e1f.mp4 | d5a7f607fd3da2fa0c5aab8ded75cf71 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-07 09:52:45 | 219516 | 3591427 | 176096256 | 544530 | 0a1cf196f96b84bee97e9352 0f0db72d.avi | 54fd21d8b94acec83 5cbd1dc9b75b6a5 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-07 09:54:12 | 219452 | 3590422 | 22352362 | 283701 | 9e39b45ba2d70f96218db979d62b552.mp4 | 86ad42c04d68fa5215db56183ef8daf |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-07 09:55:00 | 219437 | 3590228 | 25498052 | 679993 | 9c401dee71a049e0181d f42b8669eb52.avi | 45cdb92e463c043bb3291848335913 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-07 09:56:24 | 219871 | 3589220 | 37122094 | 971600 | 33192c6a9f0e304aa8ff60ace81a4d6e.avi | be69da853b27ce0f4ce0f815 1a962133 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-07 09:56:35 | 219969 | 3589202 | 25653294 | 1001400 | 344ae67c970f984ab09de3d3facbf028.avi | ca97ca54723097cd43062056 4822d8a5 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-07 09:57:23 | 219331 | 3588621 | 18359900 | 251611 | bb064a8f053b50ca0f883a3befa1f44ad.avi | 283d9bec411bcf5d079e190ff0d14f6 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-07 09:58:05 | 219324 | 3588504 | 29201077 | 341550 | 1aff66bd07195e9f75 3b0d58050 5a246.3gp | 61ab239475d0c6d503f1de8b5ad9fdde |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-07 10:00:11 | 219152 | 3585663 | 16798522 | 53640 | 892690ce6f290b95b7 63398d21584f85.mp4 | b8b8df85be195a19 5552bca48a6c88e02 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-07 10:01:38 | 219151 | 3585660 | 14570588 | 86686 | abac2ac2d333c9c3c1a5bc00bcd221a.mp4 | a984c08a049b6fd28091d4c6fe2ce28 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-07 10:03:31 | 218998 | 3583220 | 30046770 | 425434 | 6b9253f66f4ca6eee96d2425 5c5721097.mp4 | fb2bf702cb8184c464a8a9e0e7485 5cfc |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-07 10:06:15 | 218886 | 3581658 | 31926569 | 225200 | a0391 5052367d6091625a24342738233.mp4 | 37aaf498e19f07af2fcc184f6029966 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-07 10:11:25 | 218691 | 3578599 | 39159903 | 83240 | 06d2bff77eb0c7a5b039175247bb20.mp4 | e269a8dc29d91b92fd4adf937429c59 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-07 10:11:45 | 220150 | 3601591 | 82179067 | 635177 | 6c1b308a5f9c76892dd080a099e8b872.mp4 | a12e9fff b7a4a33f43ea03169b07fd93 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-07 18:54:34 | 220149 | 3601571 | 56569446 | 100700 | 622ff72e3cc6fe5b98b003ddc49a588b.avi | 877c2622f462 6df74e718c444911fe89 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-08 01:22:03 | 217476 | 3559676 | 270185651 | 990200 | e6b2e5d385c1 503f6d55b97ba5dc4b77.mp4 | 5d548a1aef46837 9d63f8867e446351c |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-08 01:22:58 | 216018 | 3536351 | 97616150 | 1071967 | 42ba6b440ce7e780160e3c46ad2807c2.mp4 | a28e9442ae5e08473c5b49d2cd49cd80 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-08 01:22:58 | 220224 | 3602780 | 16123867 | 406798 | 7029 2e6b43b44843327d4d51a3d89f94.mp4 | 1e5852a01913d11389047793534e0b9c |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-08 01:24:33 | 220224 | 3602780 | 16123867 | 406798 | 7029 2e6b43b44843327d4d51a3d89f94.mp4 | 1e5852a01913d11389047793534e0b9c |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-08 15:20:35 | 220236 | 3603006 | 16650431 | 132917 | c657fb88929c8410c8b3df b3d7a568e0.mp4 | d7e7b27aca62fa356a8d53fbd0488728 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-08 00:48:16 | 220283 | 3603717 | 19190742 | 418867 | 8c44646b12108d3e1b2e0c547ecf7b7e.skm | d5c9604b11e9404f0925eeaa408488c |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-11 09:47:57 | 220281 | 3603687 | 19571143 | 146467 | 35bfa72d9899bf43074eaa2ea6a6423.skm | 88fe53011e31919031 5e9645 7e4ed160 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-11 22:35:34 | 220505 | 3607160 | 55760331 | 1046259 | 01b13237868b4b62f1 77f1939 8d2733a.mp4 | 53acb998699e43312ef2 58caad3e946 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-11 22:35:34 | 220513 | 3607322 | 146808522 | 220250 | 918c41a9e89d63596efd5d f9c35b90b.avi | e4160f1a9680ff267e7fd85a02b19a0 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-13 00:13:29 | 220542 | 3607789 | 69184308 | 129463 | 8ce77501 1594ec03637d00941664b79c.mp4 | 5808f5e424ce1088b06dcfd82d38163 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-13 00:47:00 | 220606 | 3608773 | 18837889 | 193967 | e9516d1499b5f4fc9b4587180971e8ea.mp4 | 32df7299f0f666bef5de0618329eb385 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-13 00:57:50 | 220633 | 3609206 | 99271984 | 565720 | 9d15081dc54bd9dc23a74f99646b2a6.mpg | e146c515c6b03b91 a11d6369ac591fc9 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-14 22:21:23 | 220315 | 3604224 | 337487564 | 1272206 | b0a939d c23f32d19bfc5ad11bbfaf093.wmv | 8e5e3f650ea40 62d6 88 7d6c49 3a61d |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-14 23:34:32 | 220314 | 3604203 | 896283934 | 1054700 | 18973e404990a032 4f56875afffa4df2.avi | 6665553c46a34275cc24381e023556 0f |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-14 23:35:25 | 220573 | 3608251 | 47954599 | 483173 | f72a5ab7c0c772a4ed63c40329a3bfd f.mp4 | b3f62b2b6c06f68bba58c0491dcc |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-14 23:35:46 | 220779 | 3611428 | 28893869 | 286992 | 6bd25b857 c7e8b47cad7ef85abe21fb1.mp4 | 050587c9c344c236b14f8408a71be7c08 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-15 19:32:34 | 220777 | 3611424 | 48358204 | 44805 | 567857 94b4f2bfa327ec4bd9f15b0eb.3gp | e12c5caa6a426040ef556906818e5dd6 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-15 19:32:34 | 220776 | 3611422 | 140336166 | 125986 | f1a993b9d1724 99d9eb0775d095876ba.3gp | 6432483ca10ccde93ee9246e81d7b2e |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-17 18:20:37 | 220790 | 3611606 | 16002834 | 122292 | 214ace4c93ff3e251 c239e9d47d1517b.mp4 | d13ecfba3b1cf1f79cb165402e897eb |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-17 18:20:37 | 220790 | 3611606 | 16002834 | 122292 | 214ace4c93ff3e251 c239e9d47d1517b.mp4 | d13ecfba3b1cf1f79cb165402e897eb |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-19 10:08:18 | 221030 | 3615249 | 47609651 | 76867 | 6c8f0a701bbf44db050fe5c09b097627.mp4 | 1d3db3a5a9dd045a71af00f493d14a73 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-19 10:08:44 | 221030 | 3615249 | 47609651 | 76867 | 6c8f0a701bbf44db050fe5c09b097627.mp4 | 1d3db3a5a9dd045a71af00f493d14a73 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-19 10:09:44 | 221215 | 3617869 | 130483342 | 801040 | dcf0e000590eb71041d4229971c6f6b378.mp4 | 8a90b06b71141d4229971c6f6b378 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-19 10:10:23 | 221191 | 3617531 | 20270333 | 149168 | daac05dd6b717bcd0 eced8d400830bda.mp4 | c2245be8bd9901dac2535ec22b3fe3a5 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-19 10:14:00 | 221179 | 3617400 | 94849472 | 675439 | 2e5663190c8682fb930f60fb7d42f41.mp4 | 5b69492e8d1 5e3ad36b45a53bd1f95b |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-19 10:14:00 | 221169 | 3617753 | 508847746 | 565834 | d8a701 d63e3762cfac9a4528 16f6e.mp4 | bd99d2cf3db2d658179d1f1b976 7c2 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-21 04:10:14 | 221134 | 3616772 | 61723163 | 182200 | 57ecd7316c52ffcbdea03690ea7db2b8.mp4 | 463be5e8c6adbe8d1bd65f8a6356cc2 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-21 04:10:14 | 221134 | 3616772 | 61723163 | 182200 | 57ecd7316c52ffcbdea03690ea7db2b8.mp4 | 463be5e8c6adbe8d1bd65f8a6356cc2 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-21 04:10:14 | 221454 | 3621556 | 21954874 | 310875 | e093e15300ad31c04ce746e031954579.avi | b2001ebeb2781f8647f2ef73eb00d6b3 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2017-12-21 04:10:28 | 221453 | 3621529 | 130483342 | 801040 | 85bbbf fe1ac5dae544e0a76eedde4b.avi | 86c7c89854d7be8413778674 62e82408 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-12-22 13:56:46 | 221597 | 3623593 | 12083276 | 168888 da98bd4e39780f3964d961f950667b85.mp4 | 8b97b37d7d2834d9d522223f49915e3346 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-12-28 12:12:13 | 222059 | 3630559 | 25970700 | 148040 e13963f0c129b9da11f1e47211423745.mpg | 23177d8d1eaf78d668e0b0a23d4be4e4b |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-12-28 12:23:52 | 221974 | 3629150 | 77076432 | 630100 73aae0f34525c07fb65ee4a8a04d958a.mp4 | 8fc51a3a1244eb72996dc6fa31b39fa2 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-12-28 12:27:14 | 221947 | 3628774 | 22459936 | 120027 f6281f03aed2270879e1ca19bf600i10c.avi | a18fb51ae3230ad98bafb79936838f04 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-12-28 12:34:20 | 221917 | 3628384 | 26340847 | 157550 448ea1e596840cfabdf8e0cdaee48f3.mp4 | 1504cc724f3ea04b9bd7b0ebf160171f1 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-12-28 12:36:05 | 221851 | 3627311 | 51128810 | 785080 e2c8c3a9908e6476e6fb59366408c09.avi | 09dab971a6b26fc0df7a19690442222b2 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-12-28 12:36:38 | 187761 | 3069817 | 125500903 | 141805 e73ecc08ee9b0e1a876614ec3178bac.mp4 | 78b9ab7091376baced857e65b2039fac3 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-12-28 12:37:39 | 221498 | 3622152 | 203676189 | 316125 efb534de6f86b9996e556b05ddf72357.mp4 | e378e96c9c13131be44c54a8dd0befdb |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-12-28 12:41:15 | 178689 | 2866634 | 14539548 | 59526 cf7e4e52a148d66670e30a3b94735e72.avi | 81ee126ee4a75c8e7feb15de6d3a0f11 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-12-28 12:41:15 | 178689 | 2866634 | 14539548 | 59526 cf7e4e52a148d66670e30a3b94735e72.avi | 81ee126ee4a75c8e7feb15de6d3a0f11 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2017-12-30 07:46:16 | 222205 | 3632591 | 19870599 | 372767 87cfce46808816925e2c93c578a4c177.mp4 | fa794d17d5de1a5cb39e9d9ed56155378 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-04 14:05:12 | 222880 | 3643160 | 208179200 | 1054733 ce776843eee66e1eact774aea01b43b6f5.avi | bdf4636fa8bb0301f3755d12a1cee43e |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-04 14:07:03 | 222742 | 3640836 | 77054768 | 253520 7ee3170bab43f310e02425ad984b3d86.avi | cdc72fd3729093ba310fe1bf8f83851df |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-04 14:09:19 | 222658 | 3639636 | 11087881 | 66319 3cf56c93d83be246a1e28f0abb588345.mp4 | cc247aae787391380565e7e4771cd0eb |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-04 14:10:43 | 222584 | 3638498 | 43883066 | 283561 b820fc86847f5ef544228c38fa6a685e.mp4 | 84f75a1528dcee9861d0b00b5cb71a7bb |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-04 14:11:53 | 222553 | 3638039 | 365117151 | 1474767 ade575484aad16f9027c92308b0784a.mp4 | f60a54ccc26f6799001a10cf04a459a92 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-04 14:13:28 | 222499 | 3637257 | 50953359 | 282167 0111311ff752fc1707776f1db69ca1e8.mp4 | dee19290dd144bb1315c9b1d9515b6 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-04 14:14:16 | 222461 | 3636601 | 278340402 | 1256600 300ecf93b7224cf439b6deee1d6c200.avi | c27d0023cb11596979e03ac345f4e95a |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-04 14:15:06 | 222455 | 3636473 | 61070913 | 131776 5ded4c881119b60bf12aec90c5e75e13.mp4 | b07ad91743dbf1f0b9b01f6866cc7a |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-04 14:16:38 | 222387 | 3635327 | 47028258 | 752356 f9f0cd50df8a940i19fc0391c61b96f3b.mp4 | a8750b40d853eca26ee63012b38aa62b |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-04 14:16:50 | 222385 | 3635280 | 297230201 | 227461 891c97c0ef7bb882066fdd3b81b6d990f.mp4 | e58a3fc94df258aa08513757b7cb1c0 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-12 03:26:39 | 224532 | 3668860 | 26884107 | 64765 ca88ea1152e884c7bc54a86988182.mpg | fedbd1054a187be68105fa083131389c |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-12 03:26:54 | 224524 | 3668736 | 16722509 | 376125 2463078077ed79ae270d27e1e910c727.3gp | a64cd98cf99d5c78ad2a1be68bfbe64 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-12 03:28:33 | 224399 | 3666940 | 31500124 | 238010 2a2b6a5fbe3483d76970c6fe7827a4d.avi | 5f16492329e171cfac4beb740e794b4 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-12 03:29:47 | 224302 | 3665462 | 31189346 | 2024467 d7e81c64e35639ee59bf1e646cd528ab.mp4 | 9193dcdd6536cca3e7e033edd98c3ac |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-12 03:30:46 | 224253 | 3664748 | 16298144 | 145000 4e0fcddcd26e5605613967a7c3a105.avi | 9295cb901d063e5eee25eb8a96ff4c12 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-12 03:31:51 | 224195 | 3663784 | 17008993 | 310503 22e7bec3a6dfe804178 0aa125f5f4932.mp4 | b75f88c86ff8e863f2eac0119aeba1c0 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-12 03:32:31 | 224175 | 3663395 | 34470389 | 129080 99f437d56c43aa49b37af39678cd04e7.mp4 | 5b4182842z b544e1b0eb7edf70971ae5 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-12 03:39:54 | 223651 | 3655164 | 18654266 | 117360 4f50a1a15316ea047b71e9aa486dd334.mp4 | 5b9bbb2c7c03712126f1e9c083a72a33 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-12 03:46:23 | 223559 | 3653794 | 144260573 | 599700 c2e8eaa9a8d13b2c8a363dabc136dd72.mp4 | 9416565d8b05516604124b228e094cc5eb |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-12 03:47:26 | 214246 | 3509166 | 130483342 | 801040 dcf0e00590eb2499 1d2debe745b1b9d.avi | 85a9b006b71141d42299 71cfef6b378 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-12 03:47:45 | 214198 | 3508276 | 16029212 | 154168 dba2660fb302d58323c1f20ca0613e9d.mp4 | f1d3c58ba331881 4cd47cf4949d91d1 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-12 03:48:22 | 221215 | 3617869 | 46375794 | 649833 5e56343dada029d40a90b44e1ca3d495.avi | 3d079f6549772819d38c7621174f0b |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-14 02:00:19 | 224839 | 3673642 | 20702488 | 117708 01788bf6c7a271a7820 2e93a5d90ae46.mp4 | 2ff75b27470e638723 5d2b38605b0560 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-15 18:16:37 | 224932 | 3675005 | 16092466 | 120467 3d4e06f2c972b71b81cb06074916 3642.mp4 | af77d1d24e97b7c1d692d99 61a4522ce |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-15 22:24:25 | 224976 | 3675714 | 15441299 | 196667 fe7ecc4de28b2c83c016b5c6c2acd826.mp4 | a7380a1c4b744c094b80e48a56fb721 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-16 01:10:16 | 224881 | 3674219 | 16093734 | 122750 26efab7b1f849ac2fc9248e58ea37ad5.mp4 | da3a57f9561495221 6819b2d64a7090c |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-16 01:10:57 | 224880 | 3674217 | 16068510 | 122500 464a9aee9958544f5a06 5c133b7eba0b.mp4 | c97a5e0c49e438b6efcc81ea0275a50a |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-16 01:11:11 | 224876 | 3674117 | 150719513 | 375120 f415beec4aa64e54545c5aa4fb48e0cc.mp4 | 6f72d057a490c86eb522778fbe609181 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-16 01:11:26 | 224874 | 3674096 | 32869464 | 510300 1d4a34e24f5f9f3b6ebc21456b50de3.avi | c35d4b4e76864a6173b082559f770aa2 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-16 01:12:18 | 215483 | 3528183 | 58118670 | 635450 9fb2c3bda2393ae33724 2f405c93a010.avi | 4b4039cf723c4de5e4eae6be c5d923fc |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-18 14:02:26 | 225262 | 3680214 | 26566346 | 616267 860fb8fa649c85a8d4ae3e258f28521.avi | 826bd37b40d8bc00e0f084c3cf762 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-18 14:05:02 | 225261 | 3680191 | 30913434 | 427467 ab2d3ab32b06ce52072a27ea06e0fc6f.avi | ab57e6643787d62045682c5efcb9fe0 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-18 14:08:08 | 225260 | 3680184 | 27058910 | 443500 e724a45902 2b356631dc7318204fa27.avi | afe190dfb33ed20ffd43886abd6210fe |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-18 14:09:15 | 225251 | 3680007 | 57005760 | 999448 e57ad44997d7d624bc53277774825fa.mp4 | 9e2b9a1f6b534ce3bc350cd7e03fe251 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-18 14:09:36 | 225250 | 3679994 | 57005760 | 999448 e57ad44997d7d624bc53277774825fa.mp4 | 9e2b9a1f6b534ce3bc350cd7e03fe251 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-18 14:10:18 | 225248 | 3679958 | 190395712 | 4137600 520cdd88f726d42331 6f90adae403029.avi | c466f61fef6f658e84584043 77ac559b |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-18 14:10:55 | 225304 | 3680868 | 28869752 | 479050 dc40c0918a865a0498 66ed9e79ae72c5.avi | d4e78c63ca4823c94 59de32fd1af432a |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-18 14:11:39 | 225303 | 3680841 | 47658766 | 756550 204da255aea2cd4a75ace601 8fad6b4d.avi | 0e0e5cf97f7ca33b4dc9c21dc8e248 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-18 14:12:02 | 225302 | 3680838 | 54739500 | 681150 9a89e8f13cb396c93ad1f20355b5ea7.avi | ad907a0b8dc62dcdeed c2d422a2cce |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-18 14:12:21 | 225263 | 3680230 | 189849928 | 112833 519d4bda5a731fdb0e2022b b1d9b4d5d.avi | 7576ba61ce95005329e542802ce713ff |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-18 14:13:22 | 225249 | 3679965 | 62215916 | 112833 519d4bda5731fdb0e2022bb1d9b4d5d.avi | 9fb2cd1569d34770c036e6001178 2c47a |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-18 14:13:57 | 225030 | 3676511 | 13517454 | 212570 3d194d58a64701 21c92f29c1ee4c936f.avi | 7aa4ee79ea399e89581b0b93a901e661688 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-18 14:14:08 | 225029 | 3676492 | 22861822 | 230990 93a708bf53709f4ed0fda8ab74eb43f4.avi | 53028132d268fe1fc89b43ed 02d5ddf |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-18 14:15:02 | 225028 | 3676471 | 160896236 | 1908600 8f7cfbf080f7dfc1a2bafa3af0dd7c1.avi | 92f06b236f4911dfdc6f425a6c990746 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-18 14:15:14 | 225025 | 3676414 | 82028396 | 1059500 866d90e0921ac7b024b47d672445a086.avi | c83321bcab7ed11909f6595d602cf53 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-18 14:16:22 | 225024 | 3676406 | 10003692 | 2107067 b127123836ff62f97a8bc9fadeae562e.avi | 1db9e601a8f8f18f4927ceda61e5e201 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-18 14:16:34 | 225023 | 3676391 | 146290780 | 1674733 2bee7420ea923c52d0d0cce280203b59.avi | 46f806af0de94a97a02 64d6e0c586a9 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-18 14:16:53 | 225022 | 3676375 | 10108434 | 113000 47e3b181f96f9c9a03dfedf829e7609.avi | 796dac03b5d1c7f5642726add27e4f02 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-18 14:17:48 | 224983 | 3675801 | 52881478 | 887250 1e7281e2bfcaf5294ebeff b4b8b60b27.avi | 2d3e50582 9e08416d8c05c6e99ef778f |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-18 14:18:22 | 224933 | 3675029 | 156938160 | 2266600 6dce2d065c96e556331 c1407a7491c7d.avi | c28978 2a34acbed2daefcf27b99e452b |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-18 14:19:05 | 224907 | 3674586 | 48803742 | 832950 1cdbe1bd17b0d6788eaaf07c01e0899f.avi | a6d693be8bf4a0492662cc232b536b1c |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-18 14:20:27 | 224899 | 3674411 | 31617452 | 1390389 a834f627e157 7ad7d6fa37335e1d101.mp4 | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-18 14:21:53 | 225313 | 3681004 | 69329224 | 821167 8dc409b22a0b39f7699e60d1019015a.avi | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-21 03:20:27 | 225649 | 3686280 | 10024992 | 175399 7361aba5e3f228181189f62990bdeb73.mp4 | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-22 01:05:58 | 225933 | 3690672 | 10507132 | 147944 fc841e513da905da7664e80c91f54339.avi | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-22 01:35:45 | 225779 | 3688291 | 11248166 | 135200 6886442ba24a2b87df682d7c632eab66.avi | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-22 02:36:01 | 225778 | 3688283 | 16613378 | 279199 153cdc73ee95d7e2da413 40d552d1370.mp4 | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ilbe1 | 2018-01-22 22:04:01 | 226135 | 3693713 | | | |

| Address | Node | Timestamp | | | | | Filename | Hash |
|---|---|---|---|---|---|---|---|---|
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-22 22:04:23 | 226127 | 3693551 | 16360795 | 113500 | 9be7a31f057e3e5bd09f5357206909 5a.mp4 | 5c24c53b9171734e7e0b1b9b1bff117 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-22 22:15:58 | 226091 | 3692964 | 339543916 | 192525 | 6451343e4f4041fb19d6f7b9dc58583b.mp4 | b7ae02ee4e6a010c29f4893ca82913 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-22 22:24:51 | 226141 | 3693838 | 38097154 | 745200 | 74765339 56dd3568c1d787c5d33a547f.avi | 615517b58885c402553943138 61007fb |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-22 22:25:07 | 226051 | 3692397 | 22969168 | 325667 | faed3cc166fbfh005c9e77d96cba283.avi | b3e3219eda7a73175441 0fe34043f3ee7 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-22 22:25:27 | 226050 | 3692375 | 12687796 | 90650 | d224fb9a598cd66332 5dbde7b182046e.avi | 2cf7de330 3e1b0d29e02b5a37eef3 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-22 22:25:47 | 226043 | 3692264 | 110939788 | 1848810 | a9ab29b18796823dd9be52a3f74cf1459.avi | f495068c5f8c315fcc8e338d0351d79 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-22 22:27:29 | 225464 | 3683442 | 28958391 | 108137 | de8aa43e5d5fa8536cf23e542444 76fa.mp4 | a72f3fdd0 b870cdb0c30536a89ae30974 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-22 22:28:23 | 225625 | 3685928 | 10820232 | 21080 | 872de53a900f3250ae5649ea19e5c381.avi | b37770 29f4f306d3c47c28728f07bee0 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-22 22:32:13 | 226090 | 3692942 | 487262597 | 276382 | 14506ccc39f35 52b05392398d45abbb7.mp4 | a967db9 9df3aa00932d93f6e141f52b0 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-25 22:43:21 | 226524 | 3699912 | 10503210 | 157800 | 82f59cadb005678 7dfc4f95ac5811796.avi | 4bf1a7d0 0411e904b10b9946869255cc |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-25 22:51:41 | 226390 | 3697777 | 27223550 | 172567 | f542eae194935 8e25d8bfeefe5b199f1.avi | 87d80105 16f26feea767fe78f677375c |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-27 03:00:59 | 226655 | 3701818 | 70819847 | 413709 | b02e072eee68 d65bf916e08b4f11df2.flv | da5284bf27f82bbc497f26c3ec59ca3c8 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-27 03:06:01 | 226784 | 3703811 | 68158080 | 387583 | 8bfc4b718d98d42a0f e7c73de48753c2.mkv | afc599599b05342ff313c09a2a57b66c |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-27 03:06:59 | 226717 | 3702729 | 19209979 | 30634 | fa959d174416af158000f 1338cd77a20.mp4 | 777f471 947eea55706a34c593ff29b9e5 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-27 03:09:25 | 226506 | 3699655 | 34315326 | 502100 | df3aebc649f9e3b674e eb790a4da224e.avi | 2c6e4c0 4d10e6eb23ee02ca166f690e9b |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-27 23:10:10 | 226481 | 3699255 | 10263171 | 116917 | 437fc24c07545 2d958ee2e98fbcbd65.mp4 | 0644291 9055cacc139af1340d2ab41c5 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-27 23:10:30 | 226467 | 3699055 | 95998298 | 1750380 | 018544a2c4807 7d2cc3ce3278ab1e805.avi | 3b62efcc59759 90ef6863593b12d063 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-27 23:13:15 | 226468 | 3699069 | 20385638 | 541120 | 4ba3d90458fead 7d9b075168d790cf7.avi | a18db0e814ab166aec07510b8addbbd |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-27 23:14:09 | 226465 | 3699020 | 12821852 | 133933 | add4748 2ae2fd4feff7b951fc972d40b.avi | 54c5d0ee c742294 5b2cf46cad26472a |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-27 23:14:41 | 226763 | 3703532 | 13422182 | 174920 | 3071f00e42adff16 a651874d5df4c3290.avi | 3ac3d9d3ea8eaae20451f58739c502 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-27 23:14:57 | 226761 | 3703488 | 19502804 | 345150 | e7707ca4 606e44620b2cf0e8ba735 7d6.avi | 7158fb049 07f5f87cf1ef983e42592fb |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-27 23:15:22 | 226760 | 3703467 | 62236534 | 1183720 | 429f33740 f0e6a3239201fa9d2ed12c.avi | cded065 8cb92e892a2991 15b0d274918 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-27 23:15:48 | 226748 | 3703252 | 12213482 | 172800 | b851c b30a3604f1a03c679a79b0a443d.avi | 61530 63dca8179cca0ec16277197a1b3 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-27 23:16:20 | 226641 | 3701629 | 19347322 | 621425 | 083d0e8c0 0de23cb58a564b44314b68e.avi | fbbfa5ba f2031754a1eaf1c5da1 6edc |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-27 23:17:19 | 226638 | 3701567 | 23775544 | 527267 | b34b85d2 d544db51af714 47dfd96d23.avi | f42cb6a5 0b2468ad148cf12e6e02 5ce0 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-27 23:17:47 | 226635 | 3701542 | 184576524 | 2909150 | b66708 7352121cd064184d3753 8a4603.avi | 8ba7d2b2 c8a2dddb81211 2a1acb2b46a |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-27 23:18:15 | 226593 | 3700828 | 29904550 | 332250 | d5bb8af 569f25deea6a5d75757c245b.avi | e9109d720 3aa8af259ca0ba793c324 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-27 23:18:46 | 226578 | 3700586 | 13072730 | 157850 | 4d3e0648 bb79f45284a2c4d162c51cf.avi | 9577ad15 471efe2d77cbd360b81 b15da |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-27 23:19:23 | 226568 | 3700479 | 47838006 | 1256354 | a53d13881 91884b75c48bebb18709fb.avi | 12e7ac51 0d819 20b75736dc5641513ac |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-27 23:20:08 | 226563 | 3700428 | 121391534 | 1274500 | 259aa33b 32fc31717e8a18f2cd9ed19.avi | a4d5717ab 2c6dabb0cd5361 eca83bfd |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-27 23:21:00 | 226547 | 3700239 | 16285036 | 223850 | 19307038d 9030d64a406840add54e23.avi | 6b2112d23 9daa76ada28680d90090dd |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-27 23:21:19 | 226544 | 3700191 | 40286806 | 552400 | d36c90b910a 598e52afd35f6ca634.avi | 629be2de7 eeee41a2e78c24f14 5740f |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-27 23:21:35 | 226541 | 3700161 | 36549456 | 495133 | 03e0704b5 690a2dee1861dca3316c9.avi | a26812 51fd2fb2099f892a32169 0b31e |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-27 23:21:44 | 226540 | 3700133 | 16193208 | 417067 | ae5195cfc0 310e6e0d935c5ff0909e.avi | 58eaf179 bee1335be157493 52d79e9a7 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-27 23:21:55 | 226539 | 3700110 | 43627896 | 726800 | f265b8a60e 6938be9ac15787e7d71df3.avi | da30e7cf50b 7566327 3b5988003a285 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-27 23:23:43 | 226533 | 3700052 | 43874378 | 422000 | 98b9b1c82f 99a4dd10268497a56f4fd.avi | 6855 3d2afd5c941f48c1fa70 f69b0633 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-27 23:24:14 | 226532 | 3700035 | 24323128 | 430500 | 404bcfc519 06afb3d7cf41ab9f831ad0.avi | b93e8465375400fc4c401 f86434bf64 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-27 23:24:40 | 226531 | 3700029 | 34844368 | 424667 | 0b49a9811 e1fc2a3b5eebf2411061887.avi | 9609994 45d888a21f712cedfd062468 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-27 23:24:51 | 226521 | 3699855 | 11362748 | 155733 | e891e01c79 f1beabce8f6cebd4665eb.avi | 933923 73f75b49c97 0a4e5f58dd1a17 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-27 23:25:37 | 226520 | 3699839 | 37190342 | 678583 | 9cd3598a91 516950427c605ae29cff68.avi | 927acb70 f65e742e4c36b5a011fd2161 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-27 23:26:51 | 226519 | 3699838 | 23440022 | 400500 | 117337e3e37 651f7532fb405a3c2a8cf.avi | c50b1a54 b39d b5cc79b98ddc329fe00f |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-27 23:27:14 | 226464 | 3698996 | 56866708 | 1298550 | 52b34fd99ee 883 6d8ebf686537ec5fc69.avi | dea72ec694fd01d 0523a90639ec889a6 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-27 23:29:21 | 226457 | 3698995 | 96020338 | 1090700 | 78ebfd78e6 bce4e52ea4776ac7189718.avi | f4e32f571 b781910d8b2aa658ced f4a5 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-27 23:29:23 | 226439 | 3698585 | 55893674 | 743267 | c93cd9c4c2f 6609fc4d15783 01b9957c.avi | cb66c85a f62a4ea74c4e d0e0259ec d45e |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-27 23:30:10 | 226419 | 3698232 | 24689740 | 359222 | bb05b9b13e c8d2030eec1389b230 4d20.avi | d7c226 8a35f6392a16e27d0 001eece77f |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-27 23:30:55 | 226416 | 3698207 | 75680224 | 869950 | 2650d6089a6 d640c5e85b2b882 65dc2b.avi | 68175f72 e83142c2263001b9 6efc758f |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-27 23:32:05 | 226806 | 3704145 | 18799125 | 152386 | 020 0e7455f2c73892cf54103fb7b6595.mp4 | bb4ed52 0bcb0186f59b32fc34c 73b665 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-27 23:33:30 | 224978 | 3675722 | 58947580 | 574300 | 1f2233d024 5d3876b5013 5dd3d3210610.mp4 | 921c9757 3990a5684f14b0ed9b 2a2d7 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-29 03:54:19 | 33963 | 627671 | 5614857 | 83012 | ea06ed6e977 637a81ea9d22b3090e2 8a.k3g | e9bf6f8b f16dadaab34066cf667 fedcc |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-29 03:55:11 | 34016 | 628550 | 4922647 | 86874 | c8b0fd0c673 312 54fa93558244e9d25.mp4 | c164ec26 26f3106b9f6544ed1 18078c0 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-29 03:56:20 | 226624 | 3701377 | 23436179 | 210440 | 97f5959 3ea116ffeac4aae79181c2486.avi | e1df586a70 c3c44c58d5f95 07c78b26f |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-29 03:56:33 | 528 | 1255 | 438343306 | 3074933 | 6e6ace867a7 148c470d7696 46c179e04.avi | 6746bf74 5b2ee1bcae88b0250e afaaa6 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-29 04:01:48 | 226925 | 3705953 | 25621088 | 59333 | dab7100b005 bb3d9074 3db5fadc87047.avi | f3f4d0d78e 2b19361b36c3813d2 0029 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-30 05:59:27 | 226690 | 3702357 | 44467931 | 167960 | 9c2a9cabad3 2435a3d9401b082b77119.mp4 | bc67f4fa7f 9710d584671cf9 2f92e8da |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-30 06:06:41 | 226663 | 3701925 | 94014709 | 1719076 | b52f4d67 52 6e26d61b0a442ae95bc07.mp4 | 26ab12077 ce4b94a f833e7f3affe05d25 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-30 06:12:53 | 226340 | 3696935 | 19867876 | 135000 | 9407c826d8 e3c07ad37cb2d13d1cb641.mpg | 53a78224 9352df8d4cf18f4ab7 6c360 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-30 06:15:01 | 227079 | 3698613 | 26388635 | 125280 | 774c4a3e75 6c4d8f28b15a27ed4408c7.mp4 | bb74a52ab 19a42707ef14c2 22a2a84b |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-30 07:53:16 | 227001 | 3708486 | 36553813 | 176000 | 53150b198d f88d461ca4fb3f565b578.mp4 | e7d6b1c6b 1bda798c8d16e46d2 213831 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-30 07:55:04 | 224685 | 3671251 | 27056041 | 66352 | 52f1872a9c 47b68809e8816ba9b1d9d.mp4 | 96853 dee4fcb33e3807f619c2 f9c799e |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-30 08:01:24 | 224563 | 3669916 | 17632766 | 181000 | e c56ee00574 0b74a6ea54f603c3bffeeb.mp4 | 9e3cf826 0bb6850cbcf3b077 d365fd5 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-30 08:04:03 | 223701 | 3655806 | 26861458 | 166800 | fa7518 5603d5c4a7ad69e2e5726f5f.mp4 | 4dbc1f05 38896c80313596 6ea53148 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-30 08:04:31 | 223424 | 3651530 | 20747107 | 120200 | bf1955ec12 d3304a9213c14530a796ad.mp4 | 373c2 62c1ceb90f3ac5ad0fafaccc 6b5 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-30 08:06:31 | 223414 | 3651357 | 34105553 | 623655 | 9f9202a41 50cb5aaf31 6d9db5ca0eb50.mp4 | 3ede93c5 a3013fb1a5fb56fbd781 f014 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-30 08:07:14 | 223150 | 3647407 | 17535408 | 369509 | d41c7d50 c43ee0a9ff01fb7b1cd42d4.avi | c2c7113 6bc679398905ad6a0 4f2b4ee1 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-30 08:07:45 | 223128 | 3647061 | 55232081 | 535240 | 4cabf5a7d17f0 d7600457f386ce8919e.avi | c3da9ee afbf15efa4e2280d585 8f0a3 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-30 08:08:01 | 223068 | 3646164 | 19551661 | 246500 | 91106b3169 0393b4f36b8c2ac7b9ff39.mp4 | 2a0826c b3c9e275ee18a2baf94 57a9da |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-30 08:08:48 | 223027 | 3645554 | 16916997 | 96534 | dd56ff3cb2 eee64adf1c0a24a0cd432f5.mp4 | 7626f4ee ac4311b5c6573 6c27315f60f |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | 2018-01-30 08:09:12 | 222929 | 3643957 | 27733120 | 69222 | ce58d8b47c8 590ef4bb65431f5ed28c5.mp4 | f7ae44a8 c64550c4abc4cae3d0 0b96d41 |
| 1MbZm6vDAxfrWmQHAg4oLAPytUVvVpf1KS | ibe1 | | 222906 | 3643595 | 28452728 | 520343 | e9433fc14b27 c2c907dad3993d9c626d.mp4 | 52a43d5f b95039 2d2195fe69b116d2f9 |

| Address | | Datetime | Size1 | Size2 | | Size3 | Size4 | Filename | Hash |
|---|---|---|---|---|---|---|---|---|---|
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-01-30 08:10:17 | 3641294 | 222772 | | 15306710 | 57567 | c97fc9370123376eeee6fe4e2c9191c4d.mp4 | 61291ccaca2b3cf67ac9226c31a3595a |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-01-30 08:11:56 | 3639555 | 222654 | | 124143432 | 707440 | 52e56b82322cbc9dc33606cf3edd1c.mpg | d61c6e65923cdc254b522197806d0517 |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-01-30 08:14:50 | 3637465 | 222511 | | 128334183 | 59922 | 49274d84ca13e8ee518897d0b10493.mp4 | 3c1cd5dd88bf2e4f2679e1180e3fe3a |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-01-30 08:15:46 | 3636505 | 222457 | | 77060851 | 1457692 | 3ad9a524440d44d7f19870070a5ad42f.mp4 | cd07b8fc58a49e004d767ea35cb5ae9b3 |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-01-30 08:17:33 | 3635090 | 222370 | | 75795394 | 586451 | 5ff730da66f00b85ecde4ec334db3b0.mp4 | d4bf7ae0da94ec40e4767ea35cb5ae9b3 |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-01-30 08:19:23 | 3634792 | 222348 | | 50436484 | 220887 | c27984ee457dfc236589a366bb176c.mp4 | 3e57cdd9f20f7ab21eaa29d9410c482 |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-01-30 08:19:41 | 3634735 | 222344 | | 14648522 | 88400 | d3f504638284169f6132661a1f273f04.mp4 | 5059a47faa44938f707d4410d94407a5 |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-01-30 08:21:25 | 3633262 | 222248 | | 44473335 | 815463 | 9978f8c43c1e939caf27c50179266b55.mp4 | b7a4c994d6bac97a6d303f542896582e |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-01-30 08:22:01 | 3633058 | 222234 | | 739752440 | 4242405 | 3d4375c2cc0fd3842600003f183bd34c.mpg | 9771eed7a423fc3538c7a161470af22c |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-01-30 08:22:01 | 3633058 | 222234 | | 739752440 | 4242405 | 3d4375c2cc0fd3842600003f183bd34c.mpg | 9771eed7a423fc3538c7a161470af22c |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-01-30 08:23:11 | 3632684 | 222210 | | 78732127 | 152267 | cf6b64f1895f95a49ac3ff4cf7293543.mp4 | ff81d6e9408a99c5a3abbed46a17388 |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-01-30 08:24:23 | 3632101 | 222171 | | 47228354 | 1236067 | 8a29a411e91931b2c009daf000f9ed7d.mp4 | 8d992fa55a73fc1956ed7f955a5902c5 |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-01-30 08:24:23 | 3632101 | 222171 | | 47228354 | 1236067 | 8a29a411e91931b2c009daf000f9ed7d.mp4 | 8d992fa55a73fc1956ed7f955a5902c5 |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-01-30 08:28:25 | 3631933 | 222159 | | 21304006 | 700700 | 25cf99c780a4a2042bf2a66d34da04b.mp4 | 3c10b0a4a3597030a9cd32edf1cbb27 |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-01-30 10:13:57 | 3618420 | 221255 | | 19232799 | 256490 | 78cfa4d6b4e79bab66f69a63679a1d62.mp4 | 16b94e111898d21863bc89ecb7cb9cbc |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-01-30 10:13:57 | 3618420 | 221255 | | 19232799 | 256490 | 78cfa4d6b4e79bab66f69a63679a1d62.mp4 | 16b94e111898d21863bc89ecb7cb9cbc |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-01-30 10:14:26 | 3618377 | 221250 | | 96595752 | 566190 | 490c348329a61872baf5a92c47a37f23.mp4 | b980d532e5422b9d184d6990cb618986 |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-01-30 10:16:27 | 3617389 | 221178 | | 92640682 | 238400 | 887c4f3187f222a7bddb999313f70fb1.mp4 | d437d226c039b368ed44cd5e88b17272 |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-01-30 10:20:11 | 3615249 | 221030 | | 47609651 | 76867 | 6c8f0a701bf44db050fe5c09bb97627.mp4 | 1d3db3a59dd045a71af00f493d1a473 |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-01-30 10:20:11 | 3615249 | 221030 | | 47609651 | 76867 | 6c8f0a701bf44db050fe5c09bb97627.mp4 | 1d3db3a59dd045a71af00f493d1a473 |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-01-30 10:34:57 | 3604512 | 220331 | | 308197380 | 1810876 | 1278fc97734f54ce31d4b69f49b07221.mp4 | ecc041cd86dbffdc62fe74a55a89b159 |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-01-30 10:35:30 | 3604224 | 220315 | | 337487564 | 1272206 | ba939dc23f32d19bfc5ad11bfbfaf093.wmv | 8e5e3fe850ae40e62d6887d6c4c93a61d |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-01-30 10:50:08 | 3596592 | 219849 | | 531994220 | 3035737 | e70de62089437170ecc38a7487295dbb.mpg | 52f63b29e2140f9d0a88c71f88f4f989 |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-01-30 10:55:08 | 3596592 | 219849 | | 531994220 | 3035737 | e70de62089437170ecc38a7487295dbb.mpg | 52f63b29e2140f9d0a88c71f88f4f989 |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-01-30 11:15:13 | 3577364 | 218614 | | 32045588 | 76458 | 68331ff0427b551b68e911eebe35233b.avi | e42b90f831a7571ac58396f34338aa8 |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-01-30 11:17:08 | 3574963 | 218457 | | 59123258 | 438880 | 5c5a93a042230588b1ef7b0ac1e11b67.mp4 | b730ab4d16c2d4390bddcfe6e535b55e |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-01-30 11:22:16 | 3705155 | 226870 | | 23524958 | 251387 | 50c1a8f6d7e3f4a3351a9d2c1320315.mp4 | 2a4bc8fe5bdd3711f44f4e980284833 |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-01-31 07:52:06 | 3707287 | 227001 | | 131296944 | 870430 | f063d53aa3a5d45e1b246dcd0772fa.ts | 9acb49dfb6c3f9ab23bfe2d9670233c |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-02-02 11:53:22 | 3713450 | 227405 | | 169315111 | 33314 | 0226542688e5dc367d47b133ef4e7237.mkv | 20ce56d41ffabda7b310d0bd10ca1b7f |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-02-02 12:18:57 | 3713213 | 227387 | | 10597367 | 62327 | 36f9d490114303cd7debf20548fc6888.mp4 | 1d027125f335b6d5203od18f3461455d |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-02-04 11:26:50 | 3716518 | 227602 | | 36395853 | 80016 | 5c89b5b0e32f1a73e0d847c190f92107.mkv | 24eed88b67269750edd6e24ca47bc2dd |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-02-05 06:40:44 | 3719033 | 227764 | | 70577550 | 1002180 | ce863e060986ccbde585e1a32d94f0e.mp4 | 2e5e1821ba0a7e6bffc13068583e9b28 |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-02-09 09:53:54 | 3727437 | 228288 | | 25105913 | 2797720 | e6c492f583f83519ec46d8211b489b71a.mp4 | cbb04768fdaa84706d89c2eefefcba |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-02-09 09:59:26 | 3720762 | 227872 | | 26739470 | 638840 | cbc50af481dd9ab3138440b48ba0da94.mp4 | 68a37dfeecc53b57c12470b606212351 |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-02-09 10:05:33 | 3721595 | 227919 | | 265062777 | 4354437 | a13ee157cbfa257111cca291d9bd43d58.mp4 | 15b0248a19033c5c8879f299d7176128f |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-02-09 10:09:29 | 3722292 | 227965 | | 324658860 | 2417767 | d90e9b66228a4291225cba0bdc643c295.mp4 | b02b27d144c8371335221b64de8809d |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-02-09 10:11:41 | 3719451 | 227788 | | 21423936 | 131234 | 69fb0671cd60bc47ced9fe8f1bbb201.mp4 | ec6adc0feb415c57bb0f1c77eeca048 |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-02-09 10:12:22 | 3719118 | 227767 | | 68740289 | 38784 | e66292f43a32d3b92d2c00229a6afe55.mp4 | 60e8eff8dffc23e9afa71466487e01d3 |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-02-09 10:12:57 | 3718778 | 227750 | | 17013715 | 134000 | cb3269bd70f4e3b8760089b5ccc2587.mp4 | ebcc2addc77cd008c384e2c591de5f51 |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-02-09 10:15:35 | 3716452 | 227598 | | 10336049 | 77733 | 3d9d36275bf8c0c2c37ca7fda306c92.mp4 | 8783ada2928470aaad14e76cdc68816 |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-02-09 10:16:20 | 3716129 | 227570 | | 15444994 | 800067 | 3a495aaa61f63523613702d23e0a21d.avi | 2b3170277ac42854c5dbb32fd8c3e73 |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-02-09 10:17:48 | 3714974 | 227496 | | 21515594 | 185018 | 042e83Oeefee16699d65f71239ee1e4c.mp4 | d520ca442714ca3c6bc89bd04ad2505 |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-02-09 10:18:22 | 3714729 | 227482 | | 61605894 | 401101 | cf78557ac888a2ab8a58cdeacceb7d66.mp4 | 6d4bcc27beef406bcd422b300c437be5 |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-02-09 10:18:51 | 3714617 | 227475 | | 62812896 | 327262 | 82df1572897Oad490703cd81212423b.avi | 19bfb1f9d3a74371099d6ec6fa6405e5 |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-02-09 10:20:25 | 3713889 | 227429 | | 99072702 | 1173406 | 773c12340c61630da39507656e2lebbf.avi | 6f73e7b38fef58f5f218cdf8f505f6 |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-02-09 10:22:58 | 3711580 | 227267 | | 32455789 | 42467 | 09d368107fdc1da4e72d354a1b6c747.mpg | 9cb9b3217694bd120cbce36b07e15727c |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-02-09 10:23:56 | 3710542 | 227196 | | 21235088 | 154800 | dede3b5d5Oa4dcf0a030a7d2d480708.mpg | 0b5bdc09113 56c99007a9b91ebd680 6c |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-02-09 10:24:00 | 3710537 | 227195 | | 22466621 | 203337 | 299fb21a42d7de959380f91c01c3a293c.mp4 | 5b4ee2131eec77ff3ee13f4f1c62bdf2 |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-02-09 10:24:56 | 3710453 | 227191 | | 13369755 | 213280 | e28d0039d7a780948b4c5b8400671f94.mp4 | c907bbecc2b347bd164714c311406 8a3 |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-02-09 10:25:56 | 3709626 | 227138 | | 31139630 | 35998 | b851cb30a3604f1a03c679a79b0a443d.avi | bc2438ff9e22b6110ef56d449bf1098 |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-02-09 10:31:15 | 3709579 | 227136 | | 175488132 | 870100 | e7a019f2aa96c12029bbad242ea3.mp4 | 69547d14415378aa7b3ce3a145ca915 |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-02-09 10:31:55 | 3709446 | 227127 | | 18352317 | 447633 | 17dc249237e81bdba0dd38632675a7a.mp4 | 7fc414a2fdfa33ba75595e5a327c0 |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-02-09 10:26:41 | 3708647 | 227082 | | 10142225 | 76858 | 01ad78c33cf1fcaf44f79711fa919a96b7.mp4 | b1690ad20a5717d2f58baee2c821465 |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-02-09 10:27:41 | 3705763 | 226913 | | 10807399 | 123320 | 91c74b6a8f1a57ff69c33971da923e5.mpg | b91cc02b7e9e7f6235a42689d5e04f6 |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-02-09 10:30:18 | 3705547 | 226897 | | 17620879 | 134067 | 45db90458e823e4ab7058e08d5786e2.mp4 | 64d8d18a0c32013738224486e9ba1b96 |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-02-09 10:30:35 | 3704977 | 226857 | | 15976378 | 56534 | b02def4f8d5e7bbdc0fac26Oa9ea3b44.mp4 | fef6d289ad05d2f008fa74db8a5d2e8 |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-02-09 10:31:05 | 3704828 | 226848 | | 286800956 | 1166634 | 884ce4bb65d328ec03c598409e2b168.mp4 | a15c644f2d267357c33d63f80d246f91 |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-02-09 10:31:26 | 3704824 | 226847 | | 105126458 | 624400 | 473c7c7bcfe1eb93226e4aa3c173604.mp4 | b930ee9d058d2759915867a74d31a3d1 |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-02-09 10:33:52 | 3701798 | 226653 | | 24272924 | 19167 | a432f60b9550adf0c2e00bf90 6d8939.avi | a14e758d98009a90f26d75f95c15f378 |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-02-09 10:34:53 | 3700372 | 226557 | | 21664328 | 12320 | 9d485479d01f95ad713a98f3fd8d8e6.avi | 6ac976dd9d94606e19fd1c3bb66cb0 |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-02-09 10:36:00 | 3700071 | 226536 | | 20009919 | 134067 | d750e197324b6e93e38f2098624f86c1cc.mp4 | 6949249502a12ad c99558707a2e96 2d |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-02-09 10:36:20 | 3700026 | 226530 | | 33466894 | 308869 | b02def4f8d5e7bbdc0fac26Oa9ea3b44.mp4 | e8e01676 6dd39622d86ae7247509 22d9 |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-02-09 10:36:57 | 3699930 | 226499 | | 17671130 | 165733 | 884ce4bb65d328ec03c598409e2b168.mp4 | ff3633a1ce4de226ee75feaa5f959 59b |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-02-09 10:38:38 | 3697680 | 226384 | | 122596304 | 2380600 | d0b051c209beca4c1b96a0b904996.avi | 685def18a2fba45 3e7c08d9ea1a197 |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-02-09 10:40:24 | 3695665 | 226262 | | 702791140 | 552334 | 9d485479d01f95ad713a98f3fd8d8e6.avi | 47e02901 5fe11f894b09f54659176 5be |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-02-09 10:42:21 | 3694858 | 226208 | | 10790841 | 74042 | d750e197324b6e93e38f2098624f86c1cc.mp4 | fbc5fc155d25fc92ec8d2657767cc0bb |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-02-09 10:43:33 | 3693540 | 226126 | | 16264313 | 29120 | 19903319900a9e22b2296fc2da7a924.mp4 | 6e0ba54c30285c8095a0e0ed6389583e |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-02-09 10:43:57 | 3693470 | 226122 | | 15784275 | 97000 | 2338ea343b1e96d7bd889272b6b13fc.mp4 | df47644aecef72101491f2c7bca9dac8 |
| 1Mbb2m6vDAxfrWmQHAg4oLAPytUVVvpf1K5 | ibe1 | 2018-02-11 23:35:14 | 3732143 | 228597 | | 14858894 | 38467 | a91af177d301fca20e5fc949836a849a.mp4 | c46c70bcf435db2b629cf003666b040d |

Appx7243

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-02-15 00:27:18 | 228990 | 3738328 | | 37802858 | 91417 | b2d2cf77d3f2786ea457f6631a67dd04.avi | 03595f1e4c3d7047c195d30bc5f3994f |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-02-15 00:27:47 | 228983 | 3738197 | | 54712020 | 607833 | 26c57bf43c4b13bb31ff3b87fc112db4.avi | 80ec7f6861a9633f1ecc0284b5d1b3db |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-02-15 00:28:06 | 228982 | 3738176 | | 52135742 | 73917 | e3bf171dc16a50ede1516ff8db0f7b15.avi | 93258d9d9343af7e07309ad3a0d11c53 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-02-15 05:51:03 | 229038 | 3739063 | | 152307378 | 324317 | 8807b21924d02314daeb3444bda8acbd.mp4 | 51973c35ae4a41e34f8a9f62a372f9bd |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-02-15 05:53:20 | 228876 | 3736521 | | 25162983 | 157854 | 0bb91c9a1117d8fb91ea8ac8c44964bf.mp4 | 0f7f5d64f23b41f73d1183035ecf8c5b |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-02-15 05:55:05 | 229129 | 3740476 | | 37633081 | 56640 | 08678ae679dc79795862b29f7935f034.mp4 | bc85b2098d0d9a6663a8c541704d04c6 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-02-15 05:55:23 | 229125 | 3740441 | | 65231098 | 117280 | 9abe3d288223a9442ce6b29577697471.3gp | 09c6893c99c669514b577da610cd42ad |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-02-16 05:37:00 | 229325 | 3743665 | | 28637908 | 126960 | 3031746c0d0344107daebadeccbc2237.avi | 43c6c56fe6795e72c17d975a014228ce |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-02-17 02:32:48 | 229521 | 3746686 | | 12637214 | 19917 | edf9ea91fabfb986033870a6c317a7c4.avi | 87c9ad0082f605c685ece86f40fe5bce |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-02-17 02:34:06 | 229642 | 3748539 | | 12267162 | 29958 | 9bd78711ca7a73f270c150b52d9756f8.avi | ade4947adea6a5f5c1a0d6578c6fe8cd |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-02-17 02:36:13 | 229697 | 3749525 | | 32580340 | 70750 | 9db4f695ad433b6a0b4a5d5197770797.avi | 0cc8213904ec571525774aedd0783045 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-02-17 02:36:32 | 229692 | 3749435 | | 17754430 | 29750 | e86d7f13549e41e24fa77e350b2c98a3.avi | 44bdf9fc20581a2d926e77e8b5b34c95 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-02-17 02:36:51 | 229685 | 3749289 | | 59556218 | 111875 | 9267ca6357c16def39c2700b1401d827.avi | 264c56c6c3c1c19623b31e692cebfe92 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-02-17 02:38:36 | 229794 | 3750950 | | 39946106 | 117958 | 8cb485c8cbb3bc455bc2e69825755754.avi | a508a03e4efcb3fc85e8b6ab622b8741 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-02-17 06:28:21 | 229895 | 3752466 | | 33176725 | 284459 | d8a05a7b9f06f279f35107d210089e87.mp4 | 3255b036d90beeeb114860e14f398890 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-02-17 06:31:03 | 42531 | 760857 | | 52304492 | 248250 | b6d9cf9a38d8218beee65136aec5fce8.avi | 86f0d332f27bc423921457f47fd35c74 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-02-17 06:31:50 | 42534 | 760889 | | 51574338 | 241750 | b42011e23a730d1fb7ca92597b069849.avi | 1fe28e1fee7d357ffaf491a1519a4df0 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-02-17 06:32:07 | 43602 | 776955 | | 13224704 | 553050 | 27be9a2d722426172aca5877b54128b9.avi | 10a6f867cdc42de93a7a90f2a062aabf |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-02-17 06:32:54 | 43603 | 776980 | | 23484208 | 284458 | f0467e856f9ee5f05a1815fca47b7787.avi | 897fab26f36e2ca650dfd20db7ae3aba |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-02-17 06:33:58 | 229378 | 3744419 | | 140197508 | 1352000 | 5c77e308e55acaee9797fa29daf74747.avi | 988d7eb5d36e19b427423f9766474828 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-02-17 06:34:43 | 229376 | 3744379 | | 122120534 | 3456067 | 7aecc797c2a838a9d7202b3ee3a59ee0.avi | 5b6ac7c140e7341da6f18924a9665f0e |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-02-17 06:36:05 | 229375 | 3744363 | | 114829190 | 2187401 | 97c132e6a5b7c0a49d4a8047d64853a0.avi | aa10b1a05bd6b6663f6fb2a94df6c9f2 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-02-17 06:36:59 | 229362 | 3744179 | | 79219448 | 967450 | a583171c08d4e6a1db08f6e915b432cf.avi | 8cff9ef625daa83b31773b53230fc1e4 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-02-17 06:38:32 | 229361 | 3744167 | | 77610040 | 1069533 | 43b237705383de4cdea3a57091bf15bd.avi | e7a4c14a67e11a918ddb1f1b968f6496 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-02-18 03:24:41 | 229770 | 3750587 | | 22844036 | 83833 | a80b29e9baf2764574971fa81c8a3e77.avi | 831023bafdf3dca32384cd52db8f9541 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-02-18 15:52:22 | 230026 | 3754547 | | 59232438 | 173933 | afd01a6ed30df5d8ff3afe66079c569a.avi | 459c2bf52137cc599be80f9adefd87a6 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-02-18 15:52:30 | 230023 | 3754514 | | 271684465 | 1930440 | 9bf07408529ee8b0a1c52510b6c40e65.mp4 | 50b9f22e68160984191a8cf38ec66dde |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-02-20 13:49:57 | 230341 | 3759460 | | 36605060 | 178458 | c23cf34ca9a949cd5d44b1691d2e9f6d.avi | 9d915be41b24a8755797c00a977054fe |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-02-20 13:52:12 | 230271 | 3758335 | | 472474198 | 3720367 | ad1f8bb9b51f023cdc80cf94bb615aa9.mp4 | 0ddd207a449d7ee6acfc79d0f01de4c0 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-02-20 13:57:17 | 230292 | 3758645 | | 442778763 | 691867 | 4dfb65967ce5a92058a3fe929977eb0c.mp4 | b6a25962c362f6235fd5c098ef4cebcf |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-02-23 02:18:03 | 230572 | 3763206 | | 30679518 | 379267 | c9de0a5417de8f748230d60884345ccb.mp4 | 9342b41d7fc4207132a58614f1a7c7c6 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-02-25 04:45:34 | 230819 | 3767012 | | 374751431 | 92659 | 94a6cfcd986195c6d7dedc65b53dd94e.mp4 | e7b4d8239404be8c20c0d4c36afd3c3d |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-02-26 20:10:14 | 230974 | 3769409 | | 18167469 | 173720 | 69eba34671b3ef1ef38ee85caae6b2a1.mp4 | e5670b2d2f032fa8e1328ef62f64efa1 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-03-01 02:24:23 | 231169 | 3772416 | | 59962305 | 363520 | 06272ac116657d42f35bc81a1e28799a.mkv | c297790355d82397d403ce43bf35d71b |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-03-01 02:31:31 | 231042 | 3770409 | | 104726902 | 392240 | 74174ea65e77a5b8bc65b09bcaf9999b.mp4 | a8381a430d67584999239a11bc672569 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-03-02 10:54:14 | 35242 | 647678 | | 35183348 | 58200 | 89cec3cef08f1a864981bf1807ed9f49.avi | 33ce733ad3403a8ba03852864da50f8b |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-03-04 07:32:57 | 231358 | 3775340 | | 86698127 | 181015 | dde7ab386f2688e33598588c7447fa0b.mp4 | 7c65841792464affa201ca04c7ba04c1 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-03-04 07:36:38 | 231582 | 3778858 | | 174657536 | 1841900 | c5c121def1dce8ad63c3d8802fb2b6e7.avi | ed33c052672e313392ed6e4e2be7bb8a |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-03-04 07:48:09 | 188256 | 3077856 | | 15915449 | 160792 | 76d38aa88f8a943a758349ddf3b5cde9.mp4 | 0ce64528ee3cc7825e0b36cd8da20036 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-03-04 07:51:07 | 189025 | 3089979 | | 196992889 | 366366 | 7207dfccbaa69b2eeaac692d49a58e14.mp4 | 00229aa10d23c2fe8db1cae7f4ba403a |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-03-04 07:51:07 | 189025 | 3089979 | | 196992889 | 366366 | 7207dfccbaa69b2eeaac692d49a58e14.mp4 | 00229aa10d23c2fe8db1cae7f4ba403a |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-03-04 07:51:54 | 188969 | 3089016 | | 96365913 | 418719 | a5aef5357bc5d38853c0b0d3cca7bf8c.mp4 | e82a1f9bb6abc12fdfaefca443629be2 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-03-04 07:54:50 | 189468 | 3101448 | | 35805868 | 203920 | e7e69cdf28f8ce6b69b4e1853ee21bab.mpg | b3d36230521df52c67b580391bed1b69 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-03-04 07:56:25 | 190046 | 3114107 | | 101449728 | 6563163 | b38700450d76fa2e5c3498b9218b9bc6.mkv | c5e2e92b9523fe9c9fc2e33d979dccc3 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-03-04 07:59:16 | 190331 | 3123606 | | 15100672 | 109910 | 710aad3ada51c8b318f927082d8cae6d.mp4 | 7afdc66faf27199d6c759d4cc232de23 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-03-04 07:59:16 | 190331 | 3123606 | | 15100672 | 109910 | 710aad3ada51c8b318f927082d8cae6d.mp4 | 7afdc66faf27199d6c759d4cc232de23 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-03-04 08:09:34 | 231150 | 3772131 | | 49687407 | 361392 | da3c9dfa9c55baa75c7790b91ab1f273.mp4 | c4a09880b9303f5087e9b8abb9fccb29 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-03-04 10:04:51 | 23772 | 541392 | | 17330912 | 181560 | 8772251049924ea0c181827c39a2e1b5.mp4 | 83489532d6af843b3ea6ea0c1fd7f4af |

Appx7244

| Address | Username | ActivityDate | Video_ID | Video_TempID | Video_Category | Video_FileName | Video_Desc | Video_FileSize | Video_Duration | Video_FileHash | Video_MD5 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 2091 | | | | | 312219611 | 205711 | 08b4e13c702f402fcbefb1919b938767.mp4 | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 7631 | | | | | 116760621 | 823122 | af111d32cda56969a6f2050db607d68c.mp4 | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 10960 | | | | | 251697152 | 927326 | 2fb544a21e8cb8768b80cc231ca2f691.avi | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 11020 | | | | | 229521418 | 429029 | 783dec6311e2421a087fe4922078b6b5.mpg | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 11075 | | | | | 178257920 | 611111 | d4316affd2e48a2f64fddcbb46f39e4c.avi | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 11195 | | | | | 114971800 | 1606840 | d2ddea18f00665ce8623e36bd4e3c7c5.avi | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 11225 | | | | | 193754204 | 1259091 | f6e794a75c5d51de081dbefa224304f9.mpg | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 27769 | | | | | 701788164 | 2982379 | 412301454090d60344e086faf8a54906.mpg | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 31252 | | | | | 48502592 | 634720 | 34200746591339726df9791b17bc885c.mp4 | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 31264 | | | | | 215973437 | 846840 | cd9015a609618aa8dcd0a7ff7941c475.mp4 | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 31275 | | | | | 50834790 | 781534 | e9f68cc8c8bfc99c7681218740993991.flv | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 31301 | | | | | 86305877 | 976075 | b296ba28f4800015d8018ad62dee859d.avi | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 31309 | | | | | 206150775 | 289400 | 7551e734ecfa518db7c1e6175abe5bfb.3gp | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 31323 | | | | | 63064728 | 167467 | f1daf122cde863010844459363cd31db.3gp | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 31331 | | | | | 156621218 | 1780900 | ad7f941f991ad6ccd8d433fed457fb63.avi | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 31361 | | | | | 15240806 | 148200 | 1418750f7cb98011a099c7be83c96a11.avi | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 31382 | | | | | 21152901 | 219760 | eec4de6968164aaa8fc148df613e4c61.mp4 | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 31398 | | | | | 11130751 | 224808 | f300f602b2d8163070642579d398466b.mp4 | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 31401 | | | | | 76350818 | 960583 | 24e09e2b5d0453f3f3fdb17c8ec14a7a.mp4 | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 31405 | | | | | 17037580 | 181379 | 53d17925f9fe9757a7aa18c5e41beba9.wmv | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 31433 | | | | | 47361473 | 474734 | c31475eb51378905878a207f72d1cdae.mp4 | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 31452 | | | | | 49019173 | 231000 | 00a2aa5c43a94f625ebf713cb5bfb091.avi | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 31471 | | | | | 113329697 | 1628900 | 1d715bae5c24c728757dc4de28ae388f.avi | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 31479 | | | | | 67103922 | 1686360 | 2ca65f58e35d9ad45bf7f3ae5cfd08f1.flv | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 31509 | | | | | 55201404 | 588067 | 5f87a3fcca7c117d0f4186749a5c6c59.avi | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 31523 | | | | | 11046848 | 91635 | df1e0236446701781694ff3350b618ec.avi | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 31536 | | | | | 25438490 | 117087 | 31c0c178a9fc26ffecffd8670e6d746d.avi | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 31538 | | | | | 111893234 | 703303 | a20f28ad3ece615ce75ec4249ffef424.avi | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 31567 | | | | | 20853646 | 150568 | 427d6071e7e84ab24f6d50df1a8aff7f.avi | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 31588 | | | | | 15301399 | 111485 | fae97989b242e160ff33bb9f485e4f73.mp4 | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 31597 | | | | | 47321268 | 645920 | 6b193c9c6c6065dc86212c6e17e42b71.avi | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 31605 | | | | | 13204797 | 96283 | d6c574e301bab055bcf2fca542ee5967.mp4 | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 31613 | | | | | 12553242 | 88932 | 5baac95b5c0ff4419b1d6c71a71ed9a7.avi | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 42777 | | | | | 8929007 | 124625 | d5a44bdaee01bac1c4490d1aded4c0d8.flv | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 42783 | | | | | 92771156 | 1003400 | 6f7bc4baeb295716fa1dbbf64887fcff.avi | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 42805 | | | | | 14942876 | 293550 | 22af4c4ddfcfb5f2274d6d9fb9fa1f8d.avi | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 42831 | | | | | 5228892 | 54032 | 7906284305fc6984edcfdb195191295c.mov | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 42850 | | | | | 9442106 | 2083 | 9ff0bbc7c4dde77be85a27a1c5ba6d6c.flv | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 42862 | | | | | 11189469 | 133118 | ccd2c7b05a6edac5e4b844987a4be892.flv | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 42866 | | | | | 68931513 | 817549 | b387056cb9e8740f37727d8ca2d0db1c.flv | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 42888 | | | | | 64656388 | 702000 | f8f2394347595ff31db6d61e584dc346.avi | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 42909 | | | | | 12547674 | 105250 | 6568e6cf47b992896bb27bf4ab0ece7f.avi | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 42934 | | | | | 14876318 | 177456 | 05f4379f37ce93f3cd995d2df1365397.flv | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 42939 | | | | | 13882389 | 165444 | 4f3942c89955fc7ec98eb5b61d2d6534.flv | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 42955 | | | | | 51420720 | 176718 | 227889fbc1fb4a50d87c361b13489beb.avi | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 0000-00-00 00:00:00 | 42963 | | | | | 66830923 | 131665 | cb58498d3c5fab4f6acdf6a7dc457c97.avi | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2015-07-14 23:47:05 | 46027 | | | | | 199530845 | 1061862 | 07f26c1e7d2873a9e6860909c00075c2.mp4 | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2015-07-14 23:47:05 | 46027 | | | | | 199530845 | 1061862 | 47026a9738cc32d4dab7475daa0c050d.mp4 | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2015-07-14 23:47:06 | 46051 | | | | | 13759094 | 224233 | fb9f8f83fb66696d2116baa8955f4b55.mp4 | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2015-07-15 00:02:45 | 46067 | | | | | 1823626 | 19267 | 03450e16b270eff0c705ac89f4288996.3gp | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2015-07-15 00:22:54 | 46110 | | | | | 783971181 | 4401301 | 1227fee38e4005a33bcbca010d631607 | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2015-07-15 00:22:54 | 46110 | | | | | 783971181 | 4401301 | b2a2274500e0cdd19206e04312215b96 | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2015-07-15 00:22:58 | 46123 | | | | | 2904678 | 103600 | d106161033da24ceb07a0103fd837433.avi | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2015-07-15 00:22:58 | 46132 | | | | | 14990128 | 61160 | 54423dd96708b834118ccba1a7f81497.avi | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2015-07-15 00:22:59 | 46159 | | | | | 64259584 | 399200 | 67768ae2736c9eed819364d812f9ac41.avi | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2015-07-15 00:26:18 | 46188 | | | | | 295256884 | 1822521 | 1f9a72a09b50fed7cde992033530b7c0.mpg | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2015-07-15 00:26:21 | 46205 | | | | | 152844288 | 1013920 | 1d7be124bc3120bfc297c9978349f919.mpg | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2015-07-15 00:26:21 | 46205 | | | | | 152844288 | 1013920 | 615cf15f8c7079214cf62f097a3b4d0a.mpg | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2015-07-15 00:26:23 | 46217 | | | | | 218964992 | 665324 | df9f792c5e0d058314cc356c9017d02a.avi | |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2015-07-15 00:26:24 | 46235 | | | | | 49494946 | 1478944 | 40e4e42fc620ace091854042c732894d.avi | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1478944 | e57dbebc740250d2c4a370cf6ccb35f0.avi | 49994946 | 46235 | 2015-07-15 00:26:24 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 616333 | a5ff5d4b0a0d7b3e4d64147037d8c344.avi | 122596304 | 46239 | 2015-07-15 00:26:25 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 616333 | dfc95d616451863a4fe614534e08261c.avi | 122596304 | 46239 | 2015-07-15 00:26:25 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 1105257 | 392efbd3433fcb6f06014691c621f57.avi | 108844904 | 46248 | 2015-07-15 00:31:01 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 56181 | 656f0db9392657eed7feefc4867881fb.avi | 9830520 | 46260 | 2015-07-15 00:31:03 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 519720 | fc37ca06bd74c78da286a954b9972395.avi | 84813884 | 46268 | 2015-07-15 00:31:07 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 114960 | b0e7c07fad816cfb2edd626585840eb9b.mpg | 17659275 | 46291 | 2015-07-15 00:31:09 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 91880 | 563800be1bce3838bca75e14cfe0818f.avi | 12645804 | 46301 | 2015-07-15 00:31:10 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 3033564 | 7dd8bab57a339a850382b387ed123c08.avi | 826990592 | 46315 | 2015-07-15 00:31:10 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 3033564 | acebaf1b3ebdaea9098eb93239479aa4.avi | 826990592 | 46315 | 2015-07-15 00:31:10 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 1526992 | 63f353a3d6f9681cad0598452a17f0df.avi | 239150270 | 46364 | 2015-07-15 00:56:05 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 3437034 | f96f9be4a74f4a8ad60337e0529ebc | 934769336 | 46368 | 2015-07-15 00:56:09 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 1740005 | 4602b4777dedc0c16df6befcd8447cea0d.avi | 203587136 | 46373 | 2015-07-15 00:56:10 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 1207167 | a8feb808cbe90c69dec9d4f78c529b6.avi | 210676224 | 46399 | 2015-07-15 00:56:11 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 1207167 | e26c55ed9524ec1d682ea371f2c9947.avi | 210676224 | 46399 | 2015-07-15 00:56:11 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 155505 | 72568a7a2d08578a55a17cd420488d12.avi | 33460228 | 46448 | 2015-07-15 01:05:29 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 2218352 | 8ec80169e22b8c57d61c632b5082a319.mpg | 590290390 | 46475 | 2015-07-15 01:05:31 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 160320 | 8573535d757b48469f147c9552f30f84.mpg | 182220672 | 46489 | 2015-07-15 01:05:33 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 160320 | a743ba4de99bec9caf15d941845a3df.mpg | 182220672 | 46489 | 2015-07-15 01:05:33 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 375267 | 073f456b185a4cdfae750c2cf03e598f.mpg | 147824886 | 46511 | 2015-07-15 01:05:36 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 375267 | 40e2f4371bdd2d6bebd371ce7f1963b.mpg | 147824886 | 46511 | 2015-07-15 01:05:36 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 88956 | 4a559454a24d0148fc96218660d019e1ce.mp4 | 9211100 | 56535 | 2015-07-19 11:23:24 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 88956 | 7224e3e09439676744d931776976f73.mp4 | 9211100 | 56535 | 2015-07-19 11:23:24 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 96267 | b319e1cff2103303b84b04955300fa5c.mp4 | 15767336 | 93540 | 2015-08-07 14:46:47 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 63067 | d0beb00479544393bbbaef0c7735f8b05.mp4 | 8097725 | 93840 | 2015-08-07 22:10:51 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 90831 | 1921e14349820cc66e19220da2839247.mp4 | 30927139 | 93877 | 2015-08-07 22:32:09 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 246914 | 1d518bf5c4c26e1fa7d3366aece05ecf.mp4 | 84045556 | 94720 | 2015-08-08 12:13:15 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 164742 | 882c920a157abf020705a45788ba568f.mp4 | 66234168 | 105488 | 2015-08-16 18:43:26 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 178027 | 2e90ac571e476d435cd9617266830abf.mp4 | 20478127 | 165644 | 2015-09-21 14:51:13 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 1379462 | 52f45b759e94c09c078638c6cc65b458.mp4 | 75902978 | 176073 | 2015-09-25 20:56:26 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 1379462 | dc740d5c35b4bd19965b6bf1fafd2f9c.mp4 | 75902978 | 176073 | 2015-09-25 20:56:26 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 297920 | f96704de9c97d9f1ce79eaa388a86e0.avi | 77074432 | 176124 | 2015-09-25 20:59:56 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 1304400 | 819f46e52c25763a55cc6424264417.mp4 | 766083925 | 313147 | 2015-12-16 09:35:02 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 119250 | 6044373e5ebda063ba5fd9a736700021b8.avi | 68746096 | 313163 | 2015-12-16 09:42:25 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 91499 | aa4c9ad6460961d5af667f4b4623089.mp4 | 5481000 | 428702 | 2016-01-31 19:25:51 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 0 | 2372fa6a62bc2cbfd3e701ac00efa0c7.avi | 9894754 | 433872 | 2016-02-02 18:11:52 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 0 | 78ff5ad3e86e20985bc2792f0b440469.mp4 | 4204930 | 433902 | 2016-02-02 18:14:35 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 27500 | 1b76e164419bfc8fd834c901ac8d616d.mp4 | 4204930 | 433923 | 2016-02-02 18:15:49 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 420667 | e58bd6022f6f03fcc5739825d2d6a2f.mpg | 52074492 | 442318 | 2016-02-05 19:05:24 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 58733 | 4a907eba6a8d0223e39ee7d456672e26b.avi | 9727816 | 447845 | 2016-02-07 21:05:00 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 49704 | d596729bcd45c9544aac809c726ea090.mp4 | 2699636 | 468054 | 2016-02-10 14:51:11 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 733520 | 8a618b8f8f01a09230853dbe6f581c27 | 28740818 | 468135 | 2016-02-15 05:40:24 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 82800 | 4c721b2017d5fb477659ba48277446de.mkv | 42677040 | 512778 | 2016-02-28 19:25:12 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 82800 | 60f67dd2cecc499d4983a6712cac7818.mkv | 42677040 | 512778 | 2016-02-28 19:25:12 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 1655560 | 4fe4f6a9b91624373b2906bf9b668e32.avi | 95994500 | 518970 | 2016-03-02 22:54:38 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 1655560 | ad8f4d291fac0d1d7dbfe8d4c83c467e.avi | 95994500 | 518970 | 2016-03-02 22:54:38 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 19224 | d2e0cd9827a0e6023727279400b09c4f5.avi | 13317468 | 535674 | 2016-03-10 09:13:51 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 19224 | f466e84e4d899dda09be2bf2d3d7ece3.avi | 13317468 | 535698 | 2016-03-10 09:16:29 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 19224 | 08d2f297b76e21b309158b8b723cb8f4.avi | 13317468 | 535726 | 2016-03-10 09:17:23 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 19224 | f2f786e2034ea762a9cd15445e72a3f1.avi | 13317468 | 539127 | 2016-03-10 09:18:01 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 19224 | 5247fbfc9eb76e05dd0e1b4912fab4f4.avi | 13317468 | | 2016-03-12 09:10:57 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 89957 | ddf1d507b10ac814ca4222b85a963c8c8 | 7483943 | 599049 | 2016-04-02 00:03:56 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 197000 | b6d9d9a3d8218beee65136aec5fce8.avi | 25503390 | 606771 | 2016-04-03 13:58:24 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 197000 | c9ce4c2325ee078ee17e3a108180fe1f.avi | 25503390 | 606807 | 2016-04-03 13:59:29 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 197000 | 1fc4406fb18e3ef7e4174fbddd7a462.avi | 25503390 | 606815 | 2016-04-03 13:59:55 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 0 | cdb1b8659398b6fc3d538fb524493d5e.avi | 25503390 | 606842 | 2016-04-03 14:02:45 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 263848 | 4901dbcdf16277b67e8aa29958d4a4af8.mp4 | 16295145 | 614620 | 2016-04-05 13:40:43 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 83012 | ea06ed6e977637a81ea9d22b3090e28a.k3g | 5614857 | 627671 | 2016-04-08 20:05:20 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 86874 | cc8b0fd0c67331254fa9355824 4ed25.mp4 | 4922647 | 628550 | 2016-04-09 01:30:30 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 371400 | 82aaf51e525fa53f5ba42f99bfb77e5a.wmv | 32887640 | 650808 | 2016-04-14 02:07:01 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |
| 86082 | 2aa99900aa004f52980b7c2cad7ed31a | 5188428 | 707299 | 2016-04-26 09:01:03 | ilbe1 | 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 |

| ID | User | Timestamp | | Count | Size | Size + Filename |
|---|---|---|---|---|---|---|
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-04-29 04:21:25 | [REDACTED] | 719629 | 1188617 | 48534 0477dee948ac714571248b22f1abea78.ogv |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-05-04 03:47:19 | [REDACTED] | 743985 | 710094751 | 1808146 a122a3441dd463a83860ca951ef45f98a.mkv |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-05-07 11:36:10 | [REDACTED] | 757411 | 63861712 | 159269 a627f2f69e1caf8063d3fa385f8c4149.mp4 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-05-09 07:20:55 | [REDACTED] | 765168 | 8290355 | 100334 63cbf554a93556c3e430e16dbafb1a6db.mp4 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-05-10 10:00:17 | [REDACTED] | 770198 | 9331658 | 107864 f5a1d0cc197cca41eaa5035bbffd4841.flv |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-05-10 10:01:06 | [REDACTED] | 770235 | 9919854 | 31123 4eb15a6eca524ddc6325e444d6519500.mp4 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-05-10 10:03:13 | [REDACTED] | 770256 | 66489115 | 81900 2ca500bb14c5c11f3dcf977b5043734e.mp4 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-05-10 10:03:58 | [REDACTED] | 770262 | 161284592 | 388900 ac5e32a7c6935026790d4515889 0248b.mp4 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-05-10 10:05:20 | [REDACTED] | 770287 | 3755584 | 9133 33db745ffcbd9935024b94941e34a25a6.mpg |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-05-10 10:06:10 | [REDACTED] | 770299 | 4872428 | 147120 9b72f36465d17452f81c689ab5a0b74e.mp4 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-05-10 10:06:45 | [REDACTED] | 770326 | 1660672 | 25538 16443e0c6f6e4a400fd0164b3c406170.mp4 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-05-10 10:11:16 | [REDACTED] | 770369 | 9013972 | 122240 03b8166bf7142a471508555aee7be6ef.avi |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-05-10 10:13:52 | [REDACTED] | 771409 | 13554413 | 64204 03ba5d20878fafa67599b7fd60a6fb7f.mp4 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-05-10 18:05:09 | [REDACTED] | 771431 | 4068482 | 34100 fd31d12caa2784c26900f30e9d7df221.mp4 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-05-10 18:10:56 | [REDACTED] | 771455 | 8370107 | 87067 357cfba15668cc2e1e73111e09d54383.mp4 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-05-10 18:19:30 | [REDACTED] | | 150796369 | 575409 06277c373fd4be8ecb96de3776ddd0963.mp4 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-05-17 00:08:44 | [REDACTED] | 803304 | 9498093 | 69772 a74ff844c54b2dc8ccae980061ddbb3.mp4 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-06-06 21:00:06 | [REDACTED] | 900104 | 59489698 | 611792 73e353a345caabdf1e9c46ec7b7edcfe.mp4 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-10-12 16:19:49 | [REDACTED] | 1743720 | 9352672 | 64633 0c1ea456e4e846bde674bd8ccaa4ac00.mp4 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-10-17 02:49:06 | [REDACTED] | 1776846 | 1818335624 | 3524691 44d88dac3da240ef83bff8bdfd61b9aa.avi |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-12-17 12:18:47 | [REDACTED] | 2115420 | 1851912 | 0 24c1584e70b4e3d58f5d62e6a1885c14.mp4 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-12-17 12:19:49 | [REDACTED] | 2115443 | 1851912 | 29367 939aba147bd1077514a5d2022505783f.mp4 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-12-18 03:53:15 | [REDACTED] | 2115452 | 21242773 | 291030 65ae450c5536606c266f49f1c08321f2.mp4 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-12-18 03:56:24 | [REDACTED] | 2115468 | 109590 | 1703 5adda105ac3dbac1f13dd903387f083d.mp4 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2016-12-18 04:40:55 | [REDACTED] | 2115486 | 58138977 | 983358 7b4e82cb855801d7098534835e2ca260.mp4 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-05-09 15:36:39 | [REDACTED] | 2987499 | 568070135 | 1453153 9447b7e2c724174c9af773d5f1b64263.wmv |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2017-07-27 13:28:47 | [REDACTED] | 3153596 | 2063742 | 32334 198400 02af460eae164922c36973f455.mp4 |
| 1Mb2m6vDAxfrWmQHAg4oLAPytUYvVpf1K5 | ilbe1 | 2018-02-25 16:29:31 | [REDACTED] | 3767709 | 4820452 | 43875 dfc7defac6624a80f02b02e22b14e8fd.mp4 |

Appx7247

| Address | Username | ActivityDate | Video_ID | Video_TempID | Video_Category | Video_FileName | Video_Desc | Video_FileSize | Video_Duration | Video_FileHash | Video_MD5 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-02-18 00:06:18 | 476626 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-02-12 02:30:05 | 347041 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-02-15 01:39:09 | 467241 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-02-15 01:39:55 | 467128 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-02-15 01:40:49 | 466867 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-02-15 01:41:30 | 466769 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-02-15 01:45:54 | 465004 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-02-16 15:27:44 | 475261 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-02-16 15:29:42 | 474391 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-02-16 15:29:57 | 474383 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-02-16 15:32:19 | 473908 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-02-16 15:38:26 | 467291 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-02-17 23:56:56 | 479528 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-02-18 00:03:38 | 476941 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-02-18 00:04:54 | 476885 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-02-12 02:14:38 | 454633 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-02-18 00:06:27 | 476624 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-02-19 23:19:13 | 485112 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-02-19 23:26:59 | 481389 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-02-20 09:32:54 | 488257 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-02-23 00:50:37 | 497234 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-02-23 00:51:02 | 497016 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-02-23 00:51:19 | 496960 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-02-23 00:54:49 | 497557 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-02-25 10:51:12 | 499836 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-02-25 11:00:25 | 497976 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-03-02 10:53:50 | 518302 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-03-02 10:58:54 | 515944 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-03-02 10:59:46 | 515844 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-03-02 11:08:37 | 507090 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-01-27 20:16:27 | 416985 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-01-18 21:17:22 | 393130 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-01-18 21:17:46 | 391773 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-01-19 10:39:00 | 397680 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-01-20 02:44:52 | 312732 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-01-20 02:52:09 | 116689 | 1896518 | | | | 16754127 | 757457 | dd939412d661b27a92e611a89e977f0a.3gp | f9166cf1fdac6b47ae682f0ea06c82a5 |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-01-20 02:58:45 | 1579 | 10475 | | | | 76559592 | 479000 | 6483a599028c6f20aa6f40c3b507420d.wmv | d26a59f70ec946144119b66b9b836806 |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-01-22 02:03:45 | 116544 | 1894350 | | | | 38750075 | 553400 | ea61f198cb02bcd84c3265b86d7cd5c0.3gp | 7fb3c7fdf22c2fe2304513a801c32a4e |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-01-22 02:05:50 | 116264 | 1890135 | | | | 25540417 | 2394400 | 2d199f9abd28ea425d262558bde5cf22.avi | 0c2838a8d043491dbadb6dc9c20a8e70 |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-01-23 22:50:56 | 406183 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-01-23 23:06:33 | 26854 | 1264 | | | | 37441104 | 834133 | 5a4b2df3e2c5e51353edce5eaef18479.avi | 076007117c30c31c973afb795c6b8418 |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-01-23 23:06:53 | 4026 | 70385 | | | | 21182464 | 1954000 | 06b18d92c559e93a2b39ecbd28677ad6.avi | b1595c7a8c520888d10ec278620b7a97 |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-01-26 12:08:01 | 414263 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-01-26 12:08:10 | 414233 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-01-26 12:23:16 | 411352 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-01-18 21:16:29 | 394730 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-01-27 20:18:49 | 415593 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-01-27 20:20:11 | 415346 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-01-27 20:24:37 | 124417 | 2016126 | | | | 16099082 | 252080 | 9b5527044c6c8470d1b47642c872a2a1.flv | 62370e0f5e7b98f954445d3e768e1f5e |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-02-01 08:39:32 | 429780 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-02-01 08:40:33 | 429626 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-02-01 08:40:59 | 429580 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-02-01 08:44:21 | 429107 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-02-01 08:44:54 | 428954 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-02-04 15:58:36 | 434077 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-02-04 16:05:12 | 437139 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-02-10 03:30:24 | 449309 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-02-10 03:32:49 | 451245 | | | | | | | | |
| 1H8xnAZNhDk66hNAMdc9XcaDeyub5Kdm7X | derrickk | 2016-02-10 03:33:39 | 451189 | | | | | | | | |

Appx7248

| Address | Username | ActivityDate | Video_ID | Video_TempID | Video_Category | Video_FileName | Video_Desc | Video_FileSize | Video_Duration | Video_FileHash | Video_MD5 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2016-01-19 07:00:29 | 96622 | 1590026 | | | | 16143442 | 55360 | 0fe9736d2d0d132d43d9fe500a0557bf.avi | 39296c82782c25d67d07c3735f7acc10 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2016-01-19 07:21:12 | 139849 | 2254275 | | | | 21839972 | 101000 | db0a3ec165f872294d798dc1fad81016.avi | 0f2531680aa8d4e8e200e2794eb5057b |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2016-01-19 07:24:12 | 391773 | | | | | | | | |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2016-01-19 07:48:15 | 155711 | 2498754 | | | | 80858226 | 929295 | 5c964f28cb97eb717bf96fc2f6a8e5b5.mp4 | da6aa6c90dd6bf10b08878cde1e5da75 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2016-01-20 03:37:33 | 155510 | 2495500 | | | | 15737550 | 244625 | 18bf4a47d5777efe47c421645d19f2f1.avi | 6e3069ee8d2ec8e2f1e896c68c6d2fe0 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2016-01-20 03:43:38 | 146383 | 2354959 | | | | 63712048 | 2210200 | 0a16c20a58da7eb8f96f612b8cafd1ae.mp4 | 8f6b31143aaf394048c55f493f886e74 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2016-01-20 03:55:52 | 123794 | 2006199 | | | | 17042961 | 148800 | 1e3f5c7224c234a243cfc8b8234d7d21.m4v | c6519675ec8a5fdbb6859b5115b62ffa |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2016-01-20 03:58:06 | 93207 | 1536810 | | | | 11203363 | 370570 | b931cd950e55b4ac10fe4d88fe3665b8.3gp | 82a61e2c21ee6c91ede081a0ab92ece9 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2016-01-20 04:07:24 | 91386 | 1509272 | | | | 38862261 | 616248 | e4fb418491aa8697dee634369758a7f1.mp4 | 466256b21a7a204975b6426c70d83c2a |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2016-01-20 04:39:08 | 87532 | 1449851 | | | | 10269717 | 85680 | ef95afafde712120bb708d12b6217a9a.webm | 32afc542419da3aad085bec887dfabe5 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2016-01-20 06:42:03 | 111465 | 1816764 | | | | 28432350 | 800125 | 65b4001c749b12b03e60b88419f3513b.avi | c38720cbb14d4257010760cbe8c78218 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2016-01-20 06:45:01 | 85495 | 1418759 | | | | 22130732 | 307640 | 885c1dcea5412ca7c2d45dc77623511e.mp4 | abf46bf600e34d1f0222fe476d528bd6 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2016-01-21 06:38:21 | 80145 | 1336445 | | | | 25008974 | 813880 | 199d7809a7660bd4a83838873dc22cb9.mp4 | 150adbcc798ab31aad6550428d8f3362 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2016-01-21 07:32:37 | 55855 | | | | | | | | |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2016-01-21 07:52:19 | 35671 | 654315 | | | | 551510898 | 2086467 | 549c76c8d617ddabff48fddc130fe32a.avi | 9c39a83df6ca410e0ecef37076dec162 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2016-01-21 08:17:47 | 33811 | | | | | | | | |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2016-01-21 08:19:10 | 33709 | | | | | | | | |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2016-01-21 08:20:18 | 31130 | 92427 | | | | 411185320 | 2358840 | 9fdf913312884f2e344898dfdda3409f.mpg | f4c0ab81fb52c262102007465b409f38 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2016-01-21 08:29:27 | 19577 | 453494 | | | | 98805506 | 271280 | 22ed439655b43e856d12aac6c358ae2a.avi | 8cb00081e12a0d6996d6b332ab61d31d |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2016-01-21 08:32:31 | 19419 | 449922 | | | | 14307805 | 197410 | 5c433f641035b3ad5ddf980703370657.flv | 95d6ae69a658d3219f12e928dd1e2ce5 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2016-01-21 08:41:25 | 15355 | 357799 | | | | 19123700 | 385320 | 70efbf02d17896982d2d1d0d249d51e2.avi | b80e12605dd14bfb17258b017005c87c |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2016-01-23 02:24:22 | 11195 | 243291 | | | | 64978944 | 173440 | e0b2ce3685c37ff452b211bd8b6b1b5c.avi | 9a5520fd85dcef2c95f8491739e6d0ac |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2016-01-23 02:25:40 | 3539 | 58932 | | | | 16871972 | 236280 | d95a2fa315683f22cfa4713558f64dfe.mp4 | 2c553b0ffc446090786a04e43027d343 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2016-01-23 02:28:03 | 1944 | 21710 | | | | 43407906 | 872320 | 59b6525364c77d1e6f9c79c53e387954 | 705c0882d682c5ca0a09b1fdb98e0346 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2016-01-23 02:28:57 | 1941 | 21583 | | | | 25483264 | 332867 | 99fd2041ea7407d5a063e32d66a7abac.avi | 30b3c470d53005eb8f32ade2b4ea195e |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2016-01-23 02:37:52 | 1937 | 21472 | | | | 28035404 | 285080 | f77216877e47dc6b39283028047f0122.avi | 173b73ec795359f25d060ece4a8558a8 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2016-01-23 02:46:11 | 1932 | 21263 | | | | 37238790 | 259067 | d9beb34eaa1dba01040150173e461bbb | 1beaf07ff19c1640d717c09b57405446 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2016-01-23 03:00:35 | 1588 | 10705 | | | | 16921293 | 235840 | e6e6538d5e7266e8a6d25bfaf74d5b29.mp4 | c98cfe9343b5cd14da3f17700917e63f |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2016-01-23 03:09:47 | 987 | 1753 | | | | 98732491 | 753760 | 03227b950778ab86436ff79fe975b596.mp4 | 5a1a7414f09f76d617f0b3c02bcd0780 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2016-01-23 03:30:08 | 982 | 1748 | | | | 13687930 | 136880 | c72d54c4e9e5668365d6a144b9d9c001.mp4 | c0506934019dca54984905b306584f98 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2016-01-23 03:34:55 | 172 | 199 | | | | 33031698 | 170080 | da1a1f1432f7c77b215aa2cea33ecd55.avi | 234ff9f6d24dcaa930afd0a1edf48b3b |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2016-01-23 03:43:37 | 6 | 7 | | | | 10591258 | 235934 | 73e198a58c33c54789f81b5ca9930d16.mp4 | d398971bc78c96e7a3c78af65ea3d2d8 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-26 19:44:10 | 179902 | 2897604 | | | | 18416021 | 711044 | 133a2ec99e2817a4327621df3f856ca2.3gp | b75c51f1c21284d0f05a067700e21a68 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-26 19:44:10 | 179902 | 2897604 | | | | 18416021 | 711044 | 133a2ec99e2817a4327621df3f856ca2.3gp | b75c51f1c21284d0f05a067700e21a68 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-26 19:44:42 | 183745 | 2980872 | | | | 32537753 | 963600 | 79ad6a5eae2eac1f159b0ea9b2d726c0.3gp | 7020219903f7eb37adb7067068a608a0 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-26 19:46:01 | 179889 | 2897398 | | | | 15460923 | 349960 | a0e7be097b3b5eb71d106dd32f2312ac.mpeg | e35b2c146ffaccaef0a4d39275458fba |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-26 19:46:01 | 179889 | 2897398 | | | | 15460923 | 349960 | a0e7be097b3b5eb71d106dd32f2312ac.mpeg | e35b2c146ffaccaef0a4d39275458fba |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-26 19:48:48 | 179801 | 2896019 | | | | 16050998 | 170528 | b7c788988c686a8d115a0faa08acb783.mp4 | df007c5f51c21c6fc73d7a43d5183fab |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-26 19:48:48 | 179801 | 2896019 | | | | 16050998 | 170528 | b7c788988c686a8d115a0faa08acb783.mp4 | df007c5f51c21c6fc73d7a43d5183fab |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-26 19:50:06 | 180619 | 2922056 | | | | 19092366 | 475000 | f0767dbff03cc643be74ea392f773b4d.mp4 | 157233fbad808dd4642261af8661118f |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-26 19:50:06 | 180619 | 2922056 | | | | 19092366 | 475000 | f0767dbff03cc643be74ea392f773b4d.mp4 | 157233fbad808dd4642261af8661118f |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-26 19:50:52 | 180256 | 2915845 | | | | 72412899 | 1003917 | b8b6674d4052e35e4553ac6788eb30b5.mp4 | 46704ca9f9bcbb1e13fd4d12c5f795c1 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-26 19:53:28 | 171625 | 2732773 | | | | 12359596 | 81683 | b7e67bd1951c09018e6a851fb2e7d9ca.mp4 | e28f5610051a8a7cd25dee364047288f |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-26 19:53:52 | 170983 | 2723001 | | | | 50045261 | 486778 | 539cdff25131637ac95900007e506618.mp4 | 5654d6d50614feecf4919bbc9404367d |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-26 19:58:53 | 162865 | 2605557 | | | | 109967360 | 2044862 | 3ee4085ce6f44d7591dbacfd9b0613ac.mpg | 965f8955a4080ab89aedf7e4d7c8590b |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-26 19:59:45 | 162677 | 2602884 | | | | 66844672 | 175008 | ef2384c16b66734a8ccdff8d2015ea9b.mpg | 2c8f9abaea828c9fb8d48e2762a28d0b |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-26 20:00:19 | 160336 | 2570834 | | | | 146096156 | 440320 | a821a161aa4214f5ff5b8ca372960ebb.mkv | e69157a5b8baa40101250d352682d904 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-26 20:10:58 | 179987 | 2903313 | | | | 12429892 | 91035 | 92c98be8d3117a6c773836f15a9a3b0a.mp4 | ce21b0ed5c62e762a2696ae662b87fe4 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-26 20:10:58 | 179987 | 2903313 | | | | 12429892 | 91035 | 92c98be8d3117a6c773836f15a9a3b0a.mp4 | ce21b0ed5c62e762a2696ae662b87fe4 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-26 20:21:05 | 179929 | 2897957 | | | | 25355041 | 402440 | 14b584346b330f701458811096de33f0.flv | 407651d57ba9f4d1df462ae2ee089859 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-26 20:21:05 | 179929 | 2897957 | | | | 25355041 | 402440 | 14b584346b330f701458811096de33f0.flv | 407651d57ba9f4d1df462ae2ee089859 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-26 20:22:21 | 94207 | 1552578 | | | | 64974104 | 691558 | e366d105cfd734677897aaccf51e97a3.mp4 | 48819e17a5dd3feacb862835a2a9416e |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-26 20:23:58 | 44187 | 786335 | | | | 59577056 | 453467 | ca8e7293f583c27697759e87b2c8939e.avi | 83b281028d5cb5d5a2384ad2962e3e62 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-26 20:23:58 | 44187 | 786335 | | | | 59577056 | 453467 | ca8e7293f583c27697759e87b2c8939e.avi | 83b281028d5cb5d5a2384ad2962e3e62 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-26 20:33:02 | 152668 | 2451952 | | | | 11068773 | 352400 | 5c939751a356d66af37a9e339980c9b7.mp4 | 652c997ffd56ec028bb7dae0311b9ce7 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-26 20:35:04 | 187410 | 3049949 | | | | 67506746 | 1810077 | 5693a90522fb6ff814db2817e8d3fbfc.3gp | de19e78390907a10abc5c596edf4e8e0 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-26 20:38:43 | 187376 | 3049379 | | | | 13581328 | 614280 | af23e5e82f5d10d36024cc91efe7773f.mp4 | 92be68513653ff0ae13d077e55b828aa |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-26 20:40:01 | 133383 | 2155340 | | | | 10526981 | 183640 | 4cbf9ada67e0da45d4f7be0f17d5bfaa.mp4 | 7ce96168a2c09831e30967bf2f3a46ba |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-26 20:41:22 | 181787 | 2949994 | | | | 21670090 | 347581 | 70afbf2259b4449d8ae1429e054df1b1.mp4 | 5914ffd678bb5a1071d77b3e2009f060 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-27 11:52:46 | 129098 | 2090125 | | | | 35165841 | 1241750 | 632e701d45bdd7eab08afe74d6bd1534.mp4 | eb0564358275ac507dce6f2ea593d235 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-27 11:53:03 | 181637 | 2948061 | | | | 18448968 | 184430 | 1f710d07916bb3151c453c764cfaf1ca.avi | c181f0f5ad0f409ad92141aac2bfa27b |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-27 11:54:04 | 187371 | 3049312 | | | | 254544475 | 988960 | 99e314b1b43706773153e7ef375fc68c.mp4 | d0315dbc590d64f3f8239194b959a616 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-27 12:09:16 | 187098 | 3040778 | | | | 28080880 | 577184 | 9519548a7037700bc56dcd4ef0bca2dd.mp4 | 9bda6f28dc2e403a70fee3a537b901cb |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-27 12:09:42 | 186912 | 3034235 | | | | 31207710 | 955600 | d282ef263719ab842e05382dc235f69e.3gp | 2025f7ad13258d30e88427af55a7171 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-27 12:10:07 | 186758 | 3031687 | | | | 11743234 | 90000 | 076e1bf4495e62ae69a7767a02b5811d.mp4 | 32515ec257ec4839bfd2ef288a205643 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-27 12:17:25 | 148465 | 2387307 | | | | 280547870 | 852544 | 1cd805fc1c859d6943986e6a2d8d9464.mp4 | d50eb98db5b5044be1dc34baac96c234 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-27 12:45:44 | 138227 | 2229447 | | | | 734246916 | 3916780 | 1f387bc2a9c80a56bee76617742bc094.mpg | a528b45c315ef46534fb618dbd675c48 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-27 12:46:04 | 186863 | 3033405 | | | | 25675166 | 502417 | 01bbf9d4a48715a553140dc12257737d.avi | 7ccad5e85358f18d6fcd183b865935ca |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-27 12:46:22 | 144160 | 2320718 | 58392301 | 725867 | f06019333b818ce46f2722dabaf24107.wmv | c81c13d41c7a598bb7c6df94e1fc0c6 |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-27 12:48:53 | 138594 | 2235132 | 30879508 | 567526 | 68f5f3544600e4839d80e3be1b9b09.mp4 | dad0d1d2934d2d4c0227749e43e79f5ba |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-27 12:54:47 | 134379 | 2170122 | 234213896 | 1654685 | 0801f1b5e77c751f6698851220bb1405.mp4 | 1c5e8ccef18cc8c4e4e8e8f58a83d1c5 |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-27 13:00:36 | 115568 | 1879958 | 18340665 | 487400 | 374f0b04b8932321add4cabd5f2aa1974.mp4 | 1747d0999d427d91cdf5bc54c007321 |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-27 13:00:57 | 122990 | 1994446 | 34759020 | 230031 | 825ada082044fb396825b4c6f7ebfb.mp4 | dfa5071545483c6bae2402fa12b9cdb3 |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-27 13:01:25 | 119932 | 1946994 | 47044422 | 193093 | 4d88df11c5d0c37fe147eb1d94f1a06b.mp4 | 658893ad45c674adb38a9fa6b8d45090 |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-27 13:02:32 | 119382 | 1938749 | 62856109 | 462196 | aef22d9955fe49281461a6c4754c5d5.mp4 | 610e22f3f949ce538a3f390e86a6efe7 |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-27 19:48:38 | 114832 | 1868647 | 278262440 | 886880 | c7b64e6a2596bfbda8d857b5f5bdedcc.avi | 2b01e71c5cfa1bca553222596d20449a |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-27 20:10:30 | 94860 | 1562746 | 32599099 | 514567 | ae922cf52884c98814fdc2d6ea786719.mp4 | ffa5fbbf8c21630179a141cf1dd8e9de |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-27 20:11:08 | 137162 | 2212645 | 285067264 | 1507550 | e4893ab235248f1a3ac5d0bb51ebf7aa.avi | e3c7e21287007c7607655b3d7b17c18 |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-27 20:28:22 | 94848 | 1562569 | 143091294 | 508497 | e5a5d1fa6871e3e01b1cb0d41d5ffce.avi | 9f925a254c1d0a15ed044e0e675695eb |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-27 20:39:24 | 96289 | 1584739 | 413011731 | 1645867 | ba9be94b9a84fd28d7578334ac32c0d60.mp4 | ec9afb8d1831a9c9195042cf7ceab8d8 |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-27 21:17:12 | 105054 | 1720003 | 28003209 | 454080 | 1981344fab98be77a2359cbc6fc10e07.mp4 | 5ded6a47bd82637c5d40575fe3e9763 |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-27 22:10:24 | 98985 | 1626339 | 169185280 | 1440000 | d2477fc4bf0dc177f1226023322eff2.avi | 1222905ab24db8acf9eb5f4f13a72df |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-27 22:17:21 | 154656 | 2482052 | 221888222 | 2984081 | ff2e8c16b8cc1c63167de8ed1e19512e.avi | 3e8a1bf668babcdb2268efb9cd631b73 |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-27 22:23:44 | 98551 | 1619368 | 111681536 | 1084000 | 60c4c9c8c5be04ef8d2232c34ea30fd4.avi | 82e0712fb57eb082e327aecbe99507cd |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-27 22:33:58 | 102195 | 1675314 | 77638468 | 535400 | a249fefe9f752e7aa0351317d1f6e18.avi | 2bd3d40a5fb1b22b436c656f42c3ef9 |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-27 22:50:51 | 101541 | 1665125 | 772879023 | 1487880 | 97d84fba14b84fb84375104083c9504.mkv | 7846a015c05f9b7d08ee361dfe7644d0 |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-27 23:25:52 | 95184 | 1567609 | 1068018561 | 2792533 | 2e646d1d14a0538e631e78605eb12.mp4 | d3163b06cb0c6248ffb45b51be734874 |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-28 00:03:47 | 183465 | 2976359 | 518050040 | 751633 | ba9d98e8e54041173ea4f36a0ed79cac.mp4 | 977e30118aa347e2177a0b078a574a6c3 |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-28 01:46:00 | 179775 | 2895514 | 10967579 | 92426 | 907ed0ba6866220dbffb79a788596ee.mp4 | 0d22e6a7fc6880d7e2c89f9df7f666b |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-28 01:46:20 | 176914 | 2821820 | 48869845 | 529833 | 2d1fc749224577 2b81ed0555881af c31.mp4 | 2ada686c6d5f72afba9e72d005438921 |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-28 01:46:32 | 146240 | 2352744 | 17131740 | 338400 | 4aa01bbc62f8ed53379cd362ea14e558.mkv | ba59c71fdc0716c532e5b908c8ecdaa |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-28 01:48:05 | 159292 | 2554835 | 15588163 | 62917 | bfbf188d7ddb47c10611fe4f4b2ed13.mov | 9c239c6204d7d0320a7dc9640d635c94 |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-28 01:53:18 | 181252 | 2936579 | 108245380 | 1006680 | a1b1375df15a08480abdb5acce0c6eaf.mp4 | f2214f0c4e977f579eb91bf56c1c1b54 |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-28 01:55:07 | 94747 | 1560961 | 57015043 | 569360 | 6a47683 9a3838f11a1f9155bf27d ccd2.mp4 | 8517c5b894c78b7aa56d2d7006cff337 |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-28 01:55:48 | 88076 | 1458181 | 26461295 | 418000 | 8a74bb4bae7d22a9f29f878e665a31c4.flv | ce4087d2f17e08a2fb5133a8037ceef |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-28 01:57:14 | 89540 | 1481310 | 20161552 | 148733 | f8ffb2090632d9143be6107d37c6c52.mp4 | 08c d62fc386073a4f11f545d6ce252730 |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-28 01:57:27 | 182733 | 2965089 | 71983278 | 866240 | cfce6520be5ff69115734b47d39a967.wmv | 19c53e705384115c82c5c27b7b0a678 |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-28 01:58:30 | 184087 | 2986204 | 14350212 | 372333 | e5d478a81a52b3ac4e6af7ad1abd3996.avi | 4a65ae3af73e82b20d6211ba27ad68a |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-28 01:59:57 | 159291 | 2554815 | 37180214 | 283458 | b5814 4d7e90b5a43edcce1ca9e642882.mov | 004ed93 5bb2ef433e35751aecb426255 |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-28 02:00:37 | 179774 | 2895490 | 119830319 | 274341 | 2f23c81532649 1f0346a6d49ea05f6f.mp4 | 0d3dbb17818245d2a963b704de17ade |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-28 02:15:28 | 179773 | 2895489 | 108939684 | 380213 | 3c1e3c5426a024024454b2bd3899571.mp4 | 0fc962fb6ff72644ad73f6e93a3db9c9 |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-28 03:19:48 | 160647 | 2575743 | 87312884 | 304586 | 59139a91a16c9b09a388091bdfe639de.avi | ab12fa2dc02c9b40c83df3fc33826d8 |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-28 03:27:09 | 160329 | 2570744 | 24967470 | 2207600 | fc323d4b598aaede18b53dca4ecfc09c.3gp | 3bb8cd11014f0cdffbbcc1271ebd23aea |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-28 03:28:15 | 160939 | 2580202 | 13684985 | 73536 | 70da931eaca69116f7a07e60d764ea.mp4 | 74a41223df0fba0d0677f6c4c81c52f5 |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-28 03:30:50 | 160938 | 2580174 | 21168898 | 118800 | cd5bcc506544b440a31bc9d2800409 5d.mp4 | e78d06392d9d77243c29238ce6f2067 |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-28 03:33:39 | 187254 | 3043259 | 23911541 | 391759 | 6bf07879df0b3053d079e0ed4dd8cd27.mp4 | 26fc062c97ff72ae5dace b573a048b44 |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-28 03:36:06 | 166864 | 2659634 | 47117706 | 616049 | bf5c13b2138222 5938ec63f7ce0694431.mp4 | 1785638078e2cfde2841517cfd4ff2c |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-05-28 03:41:03 | 168279 | 2680948 | 229127388 | 4026834 | 6904b4249c28ae7fdd8e3e7c308a8504.mp4 | 89a4e38bbe109a787f1f2f99f6ea257e |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-06-02 06:46:18 | 187761 | 3069817 | 125500903 | 141805 | e73fecc08ee99b0e1a876614ec3178bac.mp4 | 78b9ab709 1376baced857 65b2039fac3 |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-06-02 06:47:04 | 187410 | 3049949 | 67506746 | 1810077 | 569 3a9052 2fb6ff814db2817e8d3fbfc.3gp | de19e783909 07a10abc5c996edf4e8e0 |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-06-02 06:53:06 | 187535 | 3055324 | 120003466 | 69464 | ab1f3ca10acd4b12e5706b77e36cdd5d.avi | 15a30cef56faa0474fa93e6622dcfaa2 |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-06-02 06:58:10 | 187451 | 3054063 | 58125991 | 109440 | 138a14eaf4a8c188a6c41cef9940a30.avi | 9ba1babdd f79c40506828cf910b168e |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-06-05 07:07:26 | 187763 | 3069838 | 33499280 | 778520 | 997d65ebbfe1de2c45d34fca050 4d7.mp4 | e5fa20f6ee19fbd5f74dd15cdb3b482b |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-06-05 07:30:30 | 188007 | 3074114 | 21557635 | 321854 | 26c7cc8d05a0dc19cf c07baa97587 7f1.mp4 | fb2f496b63e02dddec3780ee75412a8b |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-06-05 07:34:32 | 188009 | 3074147 | 20864055 | 307125 | 7b140ad0307eb211f6bd87f94ab418ad6.mp4 | 89a4e38bbe109a787f1f2f99f6ea257e |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-06-05 07:43:10 | 30664 | 96769 | 50806272 | 970583 | e92288a4d07eb223a4c02d5d890e1c48.avi | f761992757177 4df52 09f140c40ee56 |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-06-05 07:46:02 | 30686 | 80130 | 26235904 | 184500 | 79eeb8ca96eec65fecbd9603c2b07a48.avi | cf2797bd27efeb9eca2b1270bace7c8 |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-06-05 07:57:14 | 30935 | 87061 | 39265020 | 606573 | 9a4f82e570110 2ac04970b46f0990044f.mp4 | 2069882b68ec53a5e02669471 4cfabb8e |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-06-05 08:08:24 | 30451 | 72217 | 77308039 | 1216400 | 7de6a7c019420e05a7f5700051 14ef113 | 61d8f142133348f2f25541cd899 17dc15 |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-06-05 08:20:46 | 30493 | 73183 | 91335008 | 1902 | 3cedf820ad09dd5fe2e37df856bb43a.mp4 | a7fca0f829996e8a1f20ae207 8f5333 |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-06-05 08:23:16 | 28954 | 18223 | 74472832 | 657857 | a8ddda55a63521c3bca29b6eab14f ad.avi | 85fa6f b5758ac1d91403cfeef684e926 |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-06-05 10:21:48 | 28744 | 13033 | 213957094 | 1395094 | b5c838d2b65942046dabd179deaa3c5f.avi | 5d279ac91224b4239bc591af1bb3b78d9 |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-06-05 19:40:44 | 29173 | 24057 | 22372702 | 87607 | 0101473bb596f5d26a22941ea9d2d25c.mp4 | 0edafbe2733e0b1ae8898bcf406238c |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-06-05 19:49:01 | 28518 | 6772 | 15094189 | 207166 | c8838 1da8cf2a0197a6542471fe8f107.mp4 | f4df02776e7a1d6a8e25a65a710df148 |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-06-05 19:51:48 | 27794 | 2865 | 14750574 | 64733 | 7d89b39936db6efa1bad7daefe30154.avi | b1094f9c96605d74d882ead3 5bf0f |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-06-05 19:53:24 | 27446 | 2242 | 13217774 | 540240 | d6f1699aa2cb0f4da75de9e3cf41f58.avi | cb5fa29a3e84998d1ba96690f0a2c6 |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-06-05 19:54:45 | 27511 | 2378 | 11544855 | 381590 | 421b9ff13e012545c871ff7824cd12a.mp4 | 5bf9792 8e7304ce231 6a0333709232 |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-06-05 19:55:35 | 27854 | 2972 | 25672607 | 441960 | 234e69132 0c0ad5b45eea5c96d0d7b8f8.mp4 | 054051ae2f1b2f0952 5e667bddf6975e |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-06-05 19:58:39 | 27334 | 2019 | 13707372 | 281000 | 7d53895aae8fb1421156baf873cdb3 5c8.flv | d4787 53d23932e64d173be091794b11 |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-06-05 20:01:40 | 26304 | 519 | 38391354 | 78000 | e891e0c79f1beabcde8f6cebd4665eb.avi | b50b96dd bc1f728af96da694bc4045b |
| 1FcVyz6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-06-10 03:31:11 | 187739 | 3069147 | 359167673 | 4424560 | f50719e731e894ae34a74d22077efba8.mkv | 3d99a53f8a3995f998e55e3e2771694 4 |

| ID | User | Timestamp | | | | | Filename | Hash |
|---|---|---|---|---|---|---|---|---|
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-06-11 22:41:30 | 189594 | 3103301 | 82042181 | 808667 | 790dabbf1d885f583333f2f86cc5afe5c.mp4 | 07ad3a7664aab5439c80b368a6b1fa90 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-06-11 22:54:28 | 128602 | 2082510 | 19425042 | 254922 | 359e23399d8d2f9790b82c653734336.mkv | 3dc8db93bbfcada83a07a12315b6f9a |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-06-11 22:55:08 | 133307 | 2154075 | 19639146 | 89347 | 4c08ba3a5326d83c4fa71c20fea24a76.mp4 | 9cfc569a6cd1ea3817b00f0a21928f4f7 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-06-11 22:59:34 | 139673 | 2251578 | 27564222 | 425000 | 9edb8902b9d7a1917c1589ab3f6c63a4.avi | 4ca16f18ba7e66a80019c4aafa6b90433 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-06-11 23:04:59 | 128601 | 2082488 | 19197484 | 72205 | a3680c6e501817ba33a06328a47bd63.avi | c6fc477ffea9f8734466337b83ea1f |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-06-11 23:12:11 | 146580 | 2357853 | 43804898 | 1378002 | 9391f16ade2b147dd4c4f680499420.qt | 4055d1363bb4d73e5ce126b0009f0d76 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-06-11 23:19:54 | 158346 | 2540005 | 22173356 | 252560 | fb7fee873cd8ddcc4625ce2e9fa064ab.mp4 | aa747b80dc1e882927269e478ed2241ea |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-06-11 23:23:26 | 157625 | 2529408 | 61375828 | 180434 | fbf50efd552a22190e4e76d28f87b072.mp4 | 2d7abf77dfa4b27d23990a1a519bf77 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-06-11 23:32:58 | 157109 | 2521761 | 13344064 | 42410 | 9627741872e285403ab8365b0b4527989.avi | 6b393082e18751a5c79cc159d24792f |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-06-11 23:34:53 | 145973 | 2348862 | 10514400 | 245042 | 8be892f8d4e430cc595d3b5734b21100.mp4 | 3347d20c7377804456096a48b71294b9 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-06-11 23:35:24 | 144228 | 2321718 | 236038209 | 89917 | e48e6627e0028ffb17f99aeb78ad8cb6.flv | c51fe5abd39a9fdd1784aa0f09a78 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-06-28 06:00:56 | 189937 | 3112500 | 42983573 | 59400 | c254e7753095807e1cca159e48eeeb21.mov | f8ddad0ad696e9a1c7727a276b7f1b95 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-06-28 06:01:13 | 189553 | 3102745 | 14332147 | 180067 | 0de1a64b4e56368379b01f4500b035a30.mp4 | 929eef05ec97a5d80baf41c555b18bdf |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-06-28 06:09:57 | 188921 | 3088209 | 16062531 | 231720 | ee0fbae41b96c8e0ffbc0f84662290c5a.mp4 | 51a76a9196de61ef5c6b9feafcd39320 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-06-28 06:11:38 | 32116 | 124934 | 59190876 | 121671 | ec14ca89eaaac90d6a0fe03d8e3c68f8.mpg | 5e0b6ddd02dbbd9de9665f64200d26e2 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-07-08 02:37:01 | 191069 | 3136918 | 19829473 | 303937 | 5f2938f19500a2fc4c97ed71df05f63.flv | f09feb280664284464591a95a96940063b |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-07-08 02:39:20 | 190855 | 3132977 | 131429744 | 1602334 | 743c20e1a2950ca9fc1135ca908edcfa.mp4 | be03c2e613b5c317f0386843c58ebab5 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-07-08 03:01:16 | 191063 | 3136841 | 65214065 | 635680 | f7eabb16f527507fc12366f156c5b816.wmv | a88f367d0a3cafc9be419cc163dade9e |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-07-08 03:04:06 | 190814 | 3132406 | 46612812 | 161200 | 45be6167a632305cbe39ad807215562.avi | 8637e2136fc15550d4764dfc234fbe93 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-07-08 03:07:32 | 190807 | 3132297 | 51756950 | 95800 | ff3152c497a3661169c89449b1c96ce.mov | a8e3b24724ee4534ac36e4c242d19e70 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-07-08 03:10:31 | 190805 | 3132255 | 39753504 | 34000 | e8b10d1ec98974c83b80a89409e10bf6e.avi | 90f22c0a52d1cdbcad877400cf88698 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-07-08 03:15:17 | 190795 | 3132141 | 28374322 | 54000 | 96db8033264a2ec13e8d5d9526fe15a3.mov | 6b82a9bebcfd31ad429653cf4973f51 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-07-08 03:18:54 | 190884 | 3133546 | 18975278 | 64298 | 7877c53fd1cca0b427354c92a5782e2d.avi | c0bc709a776db1af42411bdd1632b46b |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-07-08 03:20:07 | 191040 | 3136492 | 95480538 | 1683400 | a4e44b140e87a49d86e1988323c02e51.avi | 706e1dc3a12ef35b68c2585b0a498dc4 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-07-08 03:20:07 | 191040 | 3136492 | 95480538 | 1683400 | a4e44b140e87a49d86e1988323c02e51.avi | 706e1dc3a12ef35b68c2585b0a498dc4 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-07-08 03:27:42 | 191019 | 3136160 | 12865315 | 460791 | 26317dce2f9d6ed627386f344400be2ec.mp4 | ee3c1040b322be57f6ee50aac04352e3 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-07-08 03:31:25 | 191075 | 3137047 | 15460925 | 349960 | 997faddb1dbf156a18883b8a67fbfff.mp4 | 54ddff933b207a8d77f7eb2f011fca6 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-07-08 03:31:52 | 191068 | 3136902 | 17462383 | 231360 | f302def2692e12f18b23f57a653b961c.mp4 | 229c9eedb3f2f0ab5822893fb60de5f7 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-07-08 03:32:51 | 191054 | 3136669 | 30269540 | 33216 | d083e59bc7e9ee9d441d88bc1a067ad31.mp4 | 0b101caade9e88b29654a7a824e09f48 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-07-08 03:33:26 | 191049 | 3136594 | 392450872 | 3710600 | 80cfbf53d5374572 98be2f3ffc1831d0.avi | cea0614858257b138d22ea75bd2badd1 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-07-08 03:33:26 | 191050 | 3136620 | 392450872 | 3710600 | 80cfbf53d5374572 98be2f3ffc1831d0.avi | cea0614858257b138d22ea75bd2badd1 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-07-08 03:44:22 | 191050 | 3136620 | 456384634 | 3577960 | 92fba86e580682 3e61ab77295b2266d6.avi | 42b89cd62ba78dbbc3b16fb109a48e94 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-07-14 02:36:21 | 190796 | 3132162 | 456384634 | 3577960 | 92fba86e580682 3e61ab77295b2266d6.wmv | 42b89cd62ba78dbbc3b16fb109a48e94 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-07-14 02:36:21 | 190796 | 3132162 | 32815909 | 1058240 | ee8b7c22f5844403f873a8e1858a6daa.flv | 99675e37ac9fdf204e52862ad035077e |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-07-29 02:15:59 | 191437 | 3158731 | 32815909 | 1058240 | ee8b7c22f5844403f873a8e1858a6daa.flv | 99675e37ac9fdf204e52862ad035077e |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-07-29 02:18:40 | 191432 | 3158669 | 28326327 | 952200 | b26dda5248b725e9bd9c9bcec3d628b4.mp4 | b6186996921e16d1fe9d95ad6f3dcee2 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-08-14 19:19:50 | 192730 | 3178794 | 18391671 | 711044 | 6e795ae92e2c16c33bd8bce8b24c6fbf.3gp | 83738f5cbd18822c40928a58db0ace4f |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-09-09 21:37:01 | 198282 | 3264360 | 103005091 | 3577960 | 92fba86e580682 3e61ab77295b2266d6.avi | d7c87a27d3f283b8d4c710af6bc618e6 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-09-09 21:38:34 | 196994 | 3243879 | 17927045 | 242509 | 9447c4d7588eca940172679b4878ff9c.wmv | fe984d6e1158f034e6b30fd976166982 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-09-09 07:54:38 | 196289 | 3234270 | 76942352 | 935802 | 45665ab4280fc6baecd24e40df18346.mp4 | 0d42986ee1816a1621cb2e4d5afa4a12 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-09-09 21:46:16 | 199640 | 3284746 | 35261601 | 122600 | d31ff70e9e603fda4e18f7068406478.mp4 | 14c0f52009b1961b2f7c3bba5460aa |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-09-09 21:46:48 | 196928 | 3243798 | 31987687 | 120240 | 440694ca63a747e495f076cc6112ef88.mkv | 4e6adb63ece41030f3715f4f636a877e9 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-09-09 21:48:17 | 196688 | 3240293 | 11685897 | 45000 | 0b78ca7d696e4dff9aa4ae9d1b21e362.wmv | 23206c5c2afb600ad685a6a3d2cbda22 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-09-09 21:49:48 | 195193 | 3217108 | 18977154 | 145713 | d41c7d50c45eee0a9ff01fb7b1cd42d4.mp4 | 714aedb0cf248628b5592da8def196 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-09-09 21:50:16 | 195073 | 3215322 | 26461295 | 419218 | d2c5c86508e4339e31a90e239ef12dff.flv | 544026c2ebe85e307f4f1873b32a1 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-09-09 21:52:44 | 194995 | 3214065 | 18516065 | 217936 | 12a4c7221036b468396 1d2a8b5c68971f.mp4 | d8b449962d4c69613cd3e53ae2c5b33 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-09-16 16:52:44 | 201890 | 3319616 | 21587454 | 47834 | 84d6700e5e27922bbf6bfe51de3bd468.mp4 | 0a89903472e3e8c4f9a84656938c0e1 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-09-16 16:57:13 | 204932 | 3365174 | 16220691 | 102743 | 9cce2801a41e00f715ecab901ca6e121.mp4 | e17ac2f2dd9711620f9ebf9f613c6df |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-09-16 16:55:37 | 204929 | 3366137 | 13865213 | 546292 | 295e0cbf4aa56d7afcd2284c575cdda9.mp4 | 67710cc29d454ca8bd828e2437beb15 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-09-16 16:59:15 | 204931 | 3366167 | 16617138 | 231098 | 7ee6925b773d2ab35403de093b290a17.avi | e25785f6db834b622a968f83ccb62b8b |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-09-16 17:20:04 | 13846 | 321097 | 131702217 | 2138003 | 8b9a21984e5eb6f77foce0589c1b3d.avi | e0f14c7da7ce8917023c98ad846be4ac |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-09-16 17:24:51 | 26045 | 20 | 293594520 | 870360 | a284df1155ec3e67286080500df36a9a.wmv | 84d09185764944173863a8348755dfe83 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-09-16 17:20:27 | 26278 | 472 | 16605430 | 20067 | cc719b12b8e59374f0e46577 53f22fb.mp4 | 28847b06354913fe72bf512cec6f6d6f |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-09-16 17:33:41 | 119810 | 1945061 | 17915042 | 329042 | 34c19f785e19b343fe2f54b3212632c.flv | 7ef71b7d92e70232c8188a06be50526d |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-09-16 17:36:04 | 128961 | 2088121 | 18391689 | 711044 | f3a3a63a79eb1831b0a2776bf020838.3gp | 0e6f99e6ab77866408734773 4322255 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-09-16 17:39:22 | 128602 | 2082510 | 4297228620 | 476911 | 4064e4d885e4be966c600e071394c636.mp4 | d7ea11f2eb7f854886dd4cc6903 68a39 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-09-16 17:41:09 | 140443 | 2263499 | 103747293 | 986289 | 8e9ede08d41a5e3598d372be70073253.flv | ace721899e42f7d8799e77cd261feabb |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-09-16 17:49:35 | 140442 | 2263483 | 71668292 | 26260 | e0f875369e64e6d42d9b56fbad30faf.mpg | 94cf59481d86efa0c47b8cd3fcce8 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-09-16 17:50:34 | 143526 | 2310843 | 17434568 | 72200 | ce3e5e4fee458138c46e954ed d580b49.avi | 36f18381af21a791645b29d2a7aa4891 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-09-16 17:54:56 | 204880 | 3365412 | 24735712 | 86520 | 1a7674b238ffaaec2e45018a46f98fe1.mpg | 927e6f47cb06c3a5b059f04a8cd6ac74 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-09-16 18:02:06 | 28791 | 14124 | 15073080 | 19425042 | 359e23399d8d2f9790b82c653734336.mkv | 69f81c4f910c98c73b6773021742e963 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-09-16 18:21:16 | 204930 | 3366147 | 19425042 | 254922 | 359e23399d8d2f9790b82c653734336.mkv | 3dc8db93bbfcada83a07a12315b6f9a |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-09-21 05:57:19 | 204919 | 3366026 | 18024987 | 35667 | a0e278e882f1eb22488fe91b3411e42a.wmv | 60b272866aefa8d3ff7175b3c306a7e |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | | | | 16782833 | 177477 | dfd786998e082758be12670d856df755.wmv | 402od9af533f6112161604dadc973b3 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | | | | 86482862 | 685240 | ca2417f024ebf900ba3949991f343e78.avi | ef85d4e243514e981f89a6598646a17 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | | | | 19415067 | 286800 | f3665a027ff6faab6b6c722503211b09.mp4 | 4e15a1f6d80b99bc9df272cb6337ddc1 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | | | | 381566031 | 1846679 | 94f317056fb93ae0c276fa9b1690ba7.mp4 | 159680fb02b26b330c5d509c0eabf886 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | | | | 539610581 | 532832 | 770aab654c3e3ba01b062bb49c223c1a.mp4 | 66f19b6efd9a6ca769e00c5ed0af3c5 |
| 1FcWyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | | | | 531811960 | 1695560 | de535e267c10a7c88f2ed4283a68484da.avi | cbd60c37e0240f110cf2317e23bb5311 |

Appx7250

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-10-01 19:11:48 | 213427 | 3496263 | | 24315252 | 203542 | 0d193dd707ab2587b85ece156ce8c5d0.avi | 64803f92eb9d61a9f4f8a9ef4784d8d5 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-10-01 19:12:09 | 213298 | 3494179 | | 21778758 | 56523 | d1eb4c6d77901d7ffd509c53fb28879e.mp4 | 1d202c3609e9de95b3edfb0420754342 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-10-01 19:12:58 | 213281 | 3493934 | | 173294811 | 394394 | 31baf5edc57d76fd3005222389ca498f.mp4 | e3d79bbaffe05b2b6a4c2ae368f4efc5 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-10-01 19:18:18 | 209334 | 3433552 | | 92711222 | 1315080 | 92921faf3e4e9172f901d3f2c264a9c5.wmv | 32d5a22082bbf82ab95d643b8d5c6010 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-10-01 19:21:24 | 199640 | 3284746 | | 35261601 | 122600 | d31ff70e9e603fda4e18f70684064784.mp4 | 14c0ff52009b1961b27f7c3bba5460aa |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-10-01 19:26:33 | 204235 | 3355907 | | 13997623 | 528433 | 6c366534a48f3e57554bedb024240e1a.mp4 | 7c0b3de9c27266cb2a28483d806e9ded |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-10-01 19:27:39 | 203644 | 3346745 | | 35937525 | 565480 | 426b48e83ef39ef21b5f77f933fb529e.part | c7107bcf1b799a856e497abc4ecf159d |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-10-01 19:30:02 | 213269 | 3493744 | | 48948631 | 795100 | f78bf9e685eddc7a35b71503d2603a0f.mp4 | f4a260a83af31982642c7c766b66628e |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-10-07 07:29:50 | 214182 | 3508014 | | 50780312 | 199430 | 8462a7c229aea03dde69da754c3bbcc4.avi | 0fc1d10abd59c0212af0e8991544d9f4 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-10-07 07:32:29 | 214184 | 3508043 | | 28582514 | 651720 | aebf1e7628a485567d5f5ab035e00269.mp4 | 5a753878739be5d51832b850c0aa3a5a |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-10-07 07:35:14 | 214186 | 3508100 | | 31571968 | 362699 | ee77f23899e911ace641794f89c19e1c.flv | c865282e3bd878fed4851f26577192aa |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-10-07 07:36:51 | 214197 | 3508255 | | 85614462 | 1850100 | 1be3bc32e6564055d5ca3e5a354acbef.avi | 576302867a2d0e2f82835b358af08ae3 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-10-07 07:40:59 | 214181 | 3507998 | | 25123006 | 2147400 | aa91f2906006ff1a8c611fa382ff3a57.avi | fb107a1fa60c55c6eb1ed47e7e4e5d0c |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-10-07 07:42:24 | 214157 | 3507641 | | 18851059 | 390080 | 19bcaf989e32ed60b579f6a4e950176a.mp4 | b7a0b4bfea43da4f6285909e05ff7791 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-10-07 07:42:50 | 214160 | 3507687 | | 16052218 | 281840 | 3da05410c29d89c04bf3df9643990eca.mp4 | b8325ac275e239795e68f1bb2f3665cc |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-10-14 03:45:38 | 214427 | 3511987 | | 23869874 | 266250 | 64249b29ec6fae64c2a1863d7cd65a44.avi | e249e541648b3b4733cf9b53bcb03ce0 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-10-14 03:50:41 | 213921 | 3503993 | | 30598994 | 909226 | e8981c14779066b2cc99cfea907b6abc.mp4 | 36805eca8650ab20ff69994c6453c5ff |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-10-14 03:52:33 | 213505 | 3497318 | | 168715769 | 325934 | 90479d319d3e13ad5139caf2a9884447.mp4 | 959ac5478e7e261bcb860f69e5e850af |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-10-14 04:01:49 | 214580 | 3514311 | | 23069782 | 188418 | f80afec6b887f5f8a5c7ca6bdb08a769.mp4 | fdfce95acbb85ed05cc767fc31e3acc3 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-10-14 04:05:48 | 214842 | 3518362 | | 51302402 | 471040 | 0c051e687e5a624f4543dd6adca7508b.avi | 0a1bf9d87d863aae509284be5cc35135 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-10-14 04:08:21 | 214741 | 3516852 | | 35797108 | 452600 | 06cdfee73fbb16ea0a84a5a59735c846.mp4 | b4e7824c94e7729a6d58091d2c737097 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-10-14 04:10:55 | 214778 | 3517353 | | 43163647 | 834360 | d9d4f495e875a2e075a1a4a6e1b9770f.mp4 | 6b31836555ad5685a6d52b39c5d78361 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-10-14 04:12:53 | 214698 | 3516180 | | 16709524 | 259600 | 7cec2bc41539a3c4515e42c15f793327.mp4 | d2554aa7b8f9687d18d3d6ffdb4ba144 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-10-14 04:14:33 | 214774 | 3517291 | | 48291117 | 671880 | 8648eaae8f6cd2dbd737201ba9708a34.mp4 | 4b1daa7aec83bd3b3903ed6296e8e542 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-10-14 04:16:15 | 214639 | 3515286 | | 24804349 | 83116 | d748adca7e034f5203e7cc99deb1e458.asf | a19d0a9e48e7d124189e7785b3f6026b |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-10-14 04:17:34 | 214830 | 3518172 | | 31703299 | 358800 | 3ab460961d1267b8406846f7dce7456f.mp4 | 5a0bf8fac2b01c83853a3b41df6093dd |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-10-14 04:28:36 | 214388 | 3511342 | | 264583116 | 967485 | 12fd753eab9b00913a1a027949de68a8.mp4 | 9802cfc6c4f6d8a5d1d1c64fd8c707ee |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-10-21 05:08:38 | 215162 | 3523267 | | 17231886 | 198047 | 0c00fd421da305ae7378a150a1ce9926.mp4 | 029490ded62ab461b12e432efb135278 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-10-21 05:10:28 | 214742 | 3516870 | | 20777265 | 1473200 | d99fa3a9dd5df426e62b19597322920a.webm | 21965f1fde7c3b74e3147d076ab555ac |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-10-21 05:12:52 | 215412 | 3527080 | | 39732944 | 183680 | e63f5afa0a0697ce061ef4bf91432fb2.mp4 | e2421264f070d0b18c61a04d103bdf72 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-10-21 05:21:26 | 215394 | 3526784 | | 19068484 | 488040 | e0e5c05df0a614e8f38ca7b074c7108a.avi | a11e57b1060a77c05e53d2ef127c414e |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-10-21 05:25:31 | 215876 | 3526535 | | 64478658 | 740133 | 9709a589c95f24ae1ccd2e33c5587aa1.avi | 392a44d7f13ee16346c9ff0bb04db366 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-10-21 05:35:36 | 215317 | 3525666 | | 15819941 | 495560 | 854d6fae5ee42911677c739ee1734486.mp4 | 57a4a6eaa29e935102dcf87654364c81 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-10-21 05:39:01 | 215292 | 3525261 | | 29089057 | 466240 | 21ad1ab81ab86bc1f0a28494155ca096.mp4 | acf147145f364afc9b312754dc03dbc9 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-10-21 05:46:45 | 215291 | 3525232 | | 40310957 | 724925 | 94ef973ad76b162c56698035819f28a8.mp4 | ad0c4162fe24940e24d25f4d28e4487b |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-10-28 03:32:15 | 215177 | 3523493 | | 66712116 | 306731 | 89c839bbb06b292523263a968e6abe66.avi | ce7da36f712bd98faa8fe5dae3e4dbb9 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-10-28 08:31:15 | 216020 | 3536376 | | 70973010 | 260224 | 79b19f8c7ce5e7b42f625fd97dab070a.avi | 7a0526d8a9307197558fbd01bd51f81d |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-11-04 17:53:35 | 216180 | 3539064 | | 22804400 | 185000 | 31b24e1526a1672d53dc647e17d9ddfa.mp4 | fcf79e03af6dc18d79ad1da827b9ef70 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-11-04 17:59:00 | 216982 | 3551953 | | 33588499 | 108075 | 64a45edd9346a078f0d17405a9028424.asf | 482c8032f946dc0ab14ac8c33421a18e |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-11-04 18:00:23 | 216981 | 3551939 | | 94493367 | 1585500 | db712a6caee83649de2b3230064514c3.asf | 2a2d0e28988ca67306a2bb9953274e61 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-11-04 18:04:02 | 216978 | 3551883 | | 63798317 | 411240 | e90a598324002f2bee63f39b95a52ff1.asf | eb18df7e1e66802ba626e20a5298170b |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-11-04 18:06:12 | 216999 | 3552269 | | 107994983 | 1593736 | 2958efe32274c6369d16dccad3add350.mp4 | 3d12ea588560d107cd04401207302d54 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-11-04 18:10:31 | 216915 | 3550814 | | 150075906 | 239240 | 3a8342a228828439ef6fc58a0b8f2a00.mp4 | 07cb45f1882635b7c96274f27616831b |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-11-18 16:46:35 | 218455 | 3574924 | | 27211429 | 241067 | 1a81f073643813cbfc8102ccb388441e.mp4 | 1efed1c74b47931476099ebe3db48226 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-12-02 06:54:27 | 219834 | 3596420 | | 15729664 | 50917 | 2542488dfa77d3ac37ddd1f9bc42269a.avi | 1a86d636f959e717373c2edc3bc14f99 |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2017-12-02 06:59:07 | 219840 | 3596490 | | 21794152 | 581248 | 7de6cd35982b5384abd11277d1c25f4f.mp4 | be9a24046bb39db41201e08b1e81019e |
| 1FcVyZ6Z4EhyjXvWR4ocFnWWnkGQuuYZGC | rabdark | 2018-02-10 08:13:22 | 228204 | 3726081 | | 15276562 | 454100 | ddb15d13f8dbd975d89c8ba51cfca72c.3gp | f1466189ad2a62d18e50aadb6fb1b18e |

| Address | Username | ActivityDate | Video_ID | Video_TempID | Video_Category | Video_FileName | Video_Desc | Video_FileSize | Video_Duration | Video_FileHash | Video_MD5 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1BMkmjC2To3FDieQQEpDGuJDwkh1FVTro9 | waltontarget | 2017-04-04 14:01:00 | 137828 | 2223249 | | | | 97205916 | 662133 | 7b81c4f46d031aa280f8293efa226a9b.avi | d399150950bc834ef0901b8ff008a71f |
| 1BMkmjC2To3FDieQQEpDGuJDwkh1FVTro9 | waltontarget | 2017-04-04 14:01:13 | 119811 | 1945070 | | | | 90782755 | 583367 | b87056e03926d354c8c3d6da7acabb85.mp4 | e0cd9f1021d6ae543d5c0d7efdc25e41 |
| 1BMkmjC2To3FDieQQEpDGuJDwkh1FVTro9 | waltontarget | 2017-04-04 14:01:23 | 124119 | 2010992 | | | | 89407534 | 285480 | 80568f6743b6126cb61be9f97c55ba85.avi | a8229aa1e8bc3bfcc57f9d06428272ea |
| 1BMkmjC2To3FDieQQEpDGuJDwkh1FVTro9 | waltontarget | 2017-04-04 14:26:43 | 70558 | 1188785 | | | | 650198222 | 1668167 | 3d017ba05931017b15345e3ae2c73cd0.avi | 0a5637e4d4e2ccd80f9a76096518720b |
| 1BMkmjC2To3FDieQQEpDGuJDwkh1FVTro9 | waltontarget | 2017-04-04 14:27:03 | 6948 | 134532 | | | | 436116407 | 1094160 | c98cf9a1bc982029683b6b136654777f.mp4 | 07bfb988514c6b157641608178af32d8 |
| 1BMkmjC2To3FDieQQEpDGuJDwkh1FVTro9 | waltontarget | 2017-04-04 14:27:22 | 14993 | 351412 | | | | 107330975 | 933233 | 596fe0710b7cd683ba38a087bce66ecf.m4v | 820d40113df919c5655f44c987b25b54 |
| 1BMkmjC2To3FDieQQEpDGuJDwkh1FVTro9 | waltontarget | 2017-04-04 14:44:23 | 124729 | 2020823 | | | | 99574717 | 1548600 | e2144fe84da8a2bfdb7b9742702c9ce4.mp4 | 25248c360aabb20e151e0d01f51d50d7 |



# The Message Game

A guide to dating at the touch of a button

Written by Ice White



**The Message Game**

Written by Ice White



Olcan Print
Part of the Olcan Group
London
**www.olcan.co**
First published by Olcan Press on 7rd January 2020
Olcan Print/Press are a subsidiary of the Olcan Group
6 Park Hill, Ealing
London, W5 2JN, UK
Email: team@olcan.co
www.olcan.co

Content copyright © Ice White - 2020

The name/s above are hereby identified as the authors of this publication in accordance with section 77 of the Copyright, Designs and Patents Act 1988. The authors have asserted their moral rights.

All rights whatsoever are reserved and application for copying, performance or any other use of this material etc. should be made before commencement of replication or rehearsal to Olcan. No portion of this publication may be reproduced, stored in a retrieval system or transmitted at any time or by any means mechanical, electronic, photocopying, recording or otherwise, without the prior, written permission of the publisher – except as permitted by U.K. copyright law. Any person who does any unauthorized act in relation to this publication may be liable to criminal prosecution and civil claims for damages.

For permission contact:

team@olcan.co

A CIP record of this publication is available from the British Library.
First printed June 2019

Paperback
ISBN: 978-1-9160006-5-0

**THE MESSAGE GAME**

**A GUIDE TO HAVING THE POWER OF DATING AT THE TOUCH OF A BUTTON**

**A TINDER AND ONLINE DATING GUIDE FOR MEN**



**WRITTEN BY ICE WHITE**

*This is dedicated to every man out there that wants to improve everything about himself.*

Contents

Intro
Getting Started: What Is The First Thing You Need To Do?
Knowing Your Goals: What Do You Want?
Common Mistakes: What Are You Doing Wrong?
Platforms & Social Media: Which Is Best For You?
Skip The Bullshit: How Do You Take Her Out?
Choosing Words: What Should You Say?
Other People's Messages: What Can You Learn?
Timing: How Long Should You Wait?
Timing Assignment
Disclaimers: What If You Mess It Up?
Dealing With Rejection: Why Is She Ignoring You?
Solving Problems: What Can You Do About It?
Tinder: Are These Really The Best Photos You Have Of Yourself?
Tinder Assignment
Snapchat: Is It Worth It?
Understanding Message Game in Depth
Ice Game
The End
Glossary
Frequently Asked Questions
**General Disclaimers & Information**

This book contains screenshots of conversations. For the privacy, safety and security of those involved, names, photos, phone numbers and other forms of easily identifiable personal information have been removed or covered. Some screenshots have little images of Ice's face to cover up such information, other screenshots m ay have other edits including scribbles. However, everything has been described as comprehensively and as simple as possible, and all identities have been censored.

It will highly benefit you to join the Facebook group and the Telegram group to see updates. Also follow the on social media so you can see the world this all happens in.

**Facebook Group:**
**Ice White's Message_Game**
Facebook.com/groups/MessageGame

**Telegram Group:**
**Message Game**
(See Facebook Group)

**Websites:**
**GameGlobal.net**

**Instagram:**
IceWhiteOfficial

**Facebook:**
Ice White

Ain't gonna lie Ice Spontaneous line still has pulling power in 2018!!

I reduced my tinder usage time by 80%

Hey dude, just wanted to say how fucking sick your message game piece is. Out of the first five matches I had. I got 3 of their numbers straightaway within about four text messages. It's solid, but I toned it down a bit as I was speaking with older women. Fucking cheers geez! Thanks for posting

thanks for the huge value you provided in your tinder document. Have you thought about providing a service where you go through a person's text game and decipher, annotate and provide solutions. I know that would help a lot of guys out there.

Further demonstration why you absolutely rock at message game 👌
21:50

Hey mate! saw your message game file you uploaded. it's insanely interesting and teaching a lot. so thanks for that! I'd like to ask, what apps are being used in this entire file? i could only recognize whatsapp and tinder. Thanks 😊

_____ . Some girl shouted you out on her insta, that you where the best at texting girls. How do you do it? Just lots of practice?

Overall I thought it was fun to read and pretty informative. Thanks for sharing 👊
17:41

## This improved my test game 10x

holy shit, I'd give you a bj for this if i was homo, thanks for sharing!
13:09

yeah, off topic i wanna say i'm very thankful this chat exists and i wanna thank everyone in here for providing value, good shit

👍 cant wait to see the finished book. Keep up the good work! You a pro
18:41

@IceWhiteOfficial I just read your message game. You are a god I was wasting my time for years

Who else said let me just have a look and ended up reading the whole thing?
18:43

You're free thing helped me and a bro out so much that he used lets skip the bullshit how spontaneous are you and pulled off tender the first night.

Bro you saved my tinder game. Never experienced getting girls so fast in my home

Dude, literally just read your message game guide like 5 hours ago decided to put into practice on a girl that already wanted to fuck me, but the escalation now is fucking insane dude!! And I just reply less and less and she keeps coming, life saver bro thank you!!

This was... No words honestly. Seen nothing else quite like it.

hey bro you're great..read your tinder material.. your super funny and witty and it gave me great results..thank you soo much..your awesome

Dude that PDF you sent me...I finished it within an hour. None of the RSD coaches is as efficient as you are. 4 years and a half in game and this blew my mind. It may seem selfish to ask you for more, but how do you become that good? Practice can't be the one and only secret. Cheers

This is a really cool guide. Practical and informative. Thanks alot mate

Big fan of your tinder manual, btw

Your system does work man. I just started using it. I have gotten so fast numbers. I pulled and closed her on Tuesday at my place. Could be strong fuck buddy in future so I hide the details

Intro

When I was 14, there was a girl who walked on the same street at around the same time each day on the way to school. We went to different high schools, so I would head south and she would head north, but on that very street, we both had to go east. We didn't really know each other, but we were connected on Facebook. She was 15. We were both interested in each other but never really went out of our own way to meet face to face; perhaps it was the naivety of being teens as well as being too physically shy. But we would message each other, quite a lot. This is when I really first wondered about the possibilities of making things happen by messaging. I was just a young man in need of a high school sweetheart. I wanted to talk to her. I wanted to kiss her. I wanted to be with her. By exchanging messages, I eventually came to imagine a question or a possibility that goes even deeper; is messaging just a maze of possibilities that I could eventually figure out in order to make this happen? Is there a way to talk to her, kiss her and be with her?

I cannot be the only one asking these questions.

Many girlfriends and failed relationships later, I finally figured it out, and after feedback from hundreds of people who loved a simple guide I created about messaging, it is time for a book. Lives have been changed. Possibilities have been shown. Following my mid-teen years came many dating opportunities and adventures that are hugely owed to how I have communicated effectively in order to take girls out that I am interested in. I cannot change the past, but I can create the future.

Fast-forward a few years and I have dated models, even though when I was younger I did not speak much. I went from being quiet to being fortunate enough to date a model.

I have had dates every single day in the space of two weeks, but when I was younger, I was addicted to playing computer games. I went from a virtual world to having amazing but real experiences.

I have had sex with multiple girls in the space of a few hours, but I used to be lonely. I went from zero to hero.

I have many awesome stories to tell you, but it was never always like this before. Now that these skills have been figured out and acquired, these skills are for life. I will never face the same dating problems ever again, and here I will show you many things to help you get there.

My name is Ice, and I am a computer game addict that transformed into a computer game creator and a dating coach. It's a little like saying you're a comic book nerd and that you also have a girlfriend. But jokes aside, there is absolutely nothing to say that you cannot achieve what you are about to see in this book. If you make excuses or think you cannot do this, you are lying to yourself. If you want to go through life making excuses and not becoming the best you want to be, put this fucking book down and give it to someone who will use it to help themselves.

So who am I? Why should you give a fuck?

I believe that dating, and the communication that goes with it, has become far too complicated. I have been there. I have struggled. I have been lost. I have been through lots of relationships that did not last. I have been blocked.

But I have also got through. I have succeeded. I have found the way. I have made lots of relationships happen, even if they did not last.

Over the course of 10 years, I have worked out various things, and eventually I found the big picture. This is easier than you think. I have dated many women with the help of the mindset and techniques I developed myself. I have found myself girlfriends, dates and sexual relationships, and you will be able to replicate that.

When someone says the word *'dating'*, people flinch, people get scared, people get nervous; people get skeptical or feel sick or anxious. Even more so, people get depressed by the very idea that in order to find someone suitable, you will probably have to wait a very long time. You would probably have to face rejection from those who you thought were good for you, and you would probably end up in some kind of a relationship only for it to be over before you know it. Dating is not easy, but I am here to help simplify it for you.

But let me emphasize something. This is not a book for you to find 'the one'. This is not your happy ending yet. This is a book to maximize your chances at dating. No more boring dates or **bullshit** messaging that goes nowhere. Let's make dating fun, and let's make messaging as useful and beneficial as possible. Whether you want to meet many girls or find one special person, this is for you. If you're not ready to change, you're not ready to live.

I want you to view *'message game'* as a puzzle, but you don't have the box so you don't know what the full picture is. All you have are all these random pieces and you don't know what to do other than to blindly try. With that in mind, each chapter will give you a piece of that puzzle for you to fit together. Eventually you will see the full picture more clearly. These puzzle pieces will include the likes of Tinder, WhatsApp, Facebook, Instagram, Snapchat and more. By the end of putting

the puzzle together, you would have acquired the information and mindset you need to maximize your dating chances on these messaging platforms. Again, whether that's to get yourself 100 dates or to get yourself a wife, this will help you.

At the end of most chapters, there are screenshots of my own messages that I have collected over time. These are not just screenshots of messages, these are ways to show you how fast and effective a minimal amount of messages can maximize what you actually want. Things like getting phone numbers from Tinder in two messages, things like getting a date in 'just a few' messages, and the context and stories behind the messages. My own personal messages will be shown on the left side of certain pages.

Most guys have a particular crush, or perhaps a lot of specific f females that they are interested in. But from the thousands of guys I have met and thousands of messages I have been requested to look at and criticize, it is clear that most guys do not know what they are doing; or do not know how to actually get what they want. I have helped guys get Valentine's Day dates in one message. That is nothing compared to the hundreds of personal experiences you are about to see.

Some chapters will also include other people's messages; messages from followers who requested as to where they went wrong. So not only will you see the good side, you will also see the bad side so you can learn what you should avoid doing yourself. Things like desperation, neediness, wasting time, not getting to the point, etc. Messages from other people will be shown on the right side of certain pages.

Finally, you will be given assignments. This means you will be given exact instructions to test out some little skills you need to pick up on the way.

Now, are you ready for some real **pimpspiration** ?

**Tinder**

 This is called the **spontaneous line.** I first used it in 2017.

The opener calls for involvement. It is interactive and therefore much more response provoking and action stimulating.

'Let's *skip all the **bullshit'*** implies that there is no time to waste, and it calls for a skipping of the bullshit formalities that everyone else does. We are not here to discuss our life stories… we are here to meet.

'*How spontaneous are you?* 'Calls for her involvement. It is interactive and puts the power on you because you are throwing a test at her.

After her response, you have the information you need. You have **screened** her. Now get her number so you can get organized. This is called **number-closing.**

Getting Started: What Is The First Thing You Need To Do?

In some chapters, I will ask you a question in the beginning. You must ask yourself the same question, but in first person. So ask yourself.

*'What is the first thing I need to do?'*

Tips before you begin.

1. Do not ever skip ahead; you will miss out on amazing things.

2. Forget everything you thought you knew about m messaging girls.

Needless to say, back in the days we did not have screens. Hundreds of years ago people met and if they wanted to meet again, they would go to a regular place or a location where one party lives. Sure, you also had carrier pigeons and letters, but most people centuries ago could not read or write. However, once telephones became a thing, it became a little easier.

Now imagine it is 1986. I f you meet someone in a nightclub, at a beach or anywhere else, the only way of communicating in order to meet a gain was by phone. One person would have to use a payphone or a phone at home or work to call the other person, but the catch is that the person being called must be at the geographical location of that phone which is being called.

Let us fast-forward to the year 2010. People have phones in their pockets. There is now a new thing called 'messages' where people can press buttons to write words to send to other people's phones which are in their pockets. Radical! Now that it's not 2010 anymore, we have various forms of extra communication like Facebook, Instagram, Snapchat, LinkedIn and much more all at the same time. See, now it is complicated. We have more access, but that does not mean it is easier.

What you need to see most importantly about this situation is that there are now more barriers between you and who you want to meet, even though it may appear as if there are so many more ways to find someone or communicate with someone. In 1986, if someone said they will be "there", they WILL be there. In 2019, if someone says they will be there, they could change their mind spontaneously and let you know without a hindrance of guilt by sending you a message at any time that they will NOT be there for whatever reason. That's the power of time.

In this age, everyone uses social media to project a better version of themselves. Social media as used by most people, in most cases, is fake. The online world is all fake. Photos are faked every single minute with filters and edits. Photos are often prepared for, arranged or posed for. So much you see is fake. Drop your expectations when you see something utterly amazing, because whatever photo you see of a girl on Tinder, Facebook or Instagram is probably the pinnacle of all recorded e experiences in her lifetime according to a still image that she has access to. When most people design their profiles, they do so in a very positive way in order to put across a good projection of themselves. In 1986, none of this existed. Life was seemingly more simple. You see a girl and that's it. No messaging. No looking at photos. And on her side, she is not taking so m any photos for the

purpose of validation of drawing attention to herself online. 1986 is humble. 2015 onwards is staged, attention-seeking and complicated. We did not want this, but we can solve it for you. Anyone else is just stuck.

The technology we have today makes it easier to find people now that we have instant access to billions of people through searches. However, the equally negative version of it all is that anyone, at any moment, can cancel on you, block you or influence in an unhealthy way how you see them or how they see you without even physically meeting. Now take that into consideration and remember one thing; if you want to have any kind of relationship with someone or meet someone, there's only one thing you should be aiming for - **meeting**. What else do you possibly need? This is no guide to satisfy your constant need for attention online; this is a guide to make things happen in the real world.

You can lay on your front on your bed with your legs up as if you're a teenage girl while giggling at 'funny messages', but that's not really the relationship you want in itself. You need to meet people. You need physical interaction. Your end goal is not to be giggling at a screen when you're in a room all alone, your end goal is to track this person down and have a meaningful connection in a realm of physical existence, not touching a screen to stimulate your brain or eradicate your boredom.

A common mistake is to think that it is better to *'get to know each other'* by exchanging words on a screen. It is not. Whether you have briefly met someone or never met someone but are able to message them, it is better to *'get to know each other'* by actually physically meeting. This is one of the most important things emphasized in this guide. If you have nothing but words on a screen, it is all meaningless. If you disagree, you are probably thinking about that time you had 'lots of fun' sending messages to someone. That is everything that ever happened, right? Now you get it. To take things further than just an interaction online, you need to focus on taking it offline into the physical world. Nobody cares about a conversation you had on Facebook. The story you could tell about a real adventure

between you and the person you want to meet will **always** be far superior to any experience that was less than actually meeting. It's funny because SMS means *"Short Message Service"*; it's just a shame that people are not using it that way anymore.

The first thing you need to do is to get comfortable with the idea of taking full responsibility. No more blaming people or making excuses for the bad results you get when you send a message to a girl and don't get the response you wanted. It is time for you to make some changes and get better results, whether that is with Tinder or any other messaging platform. On top of that, you also need to think about the most basic and foundational things when you are messaging someone. You do not want to be that creepy guy without a profile picture. You also do not want to be the guy who needs to explain things. You need to be clear, and it also needs to be clear that you are not just some moron on the Internet that is a potential danger. You are a person. You exist. You have something to offer.

You need to realize that things are not going to happen randomly or magically for you. You need to make things happen. In the next chapters, you will find out how to make certain things happen by focusing on various aspects of messaging girls in order to get them to go out with you. Girls will not suddenly fall into your lap if you do absolutely nothing, you need to make some changes to what you have been doing so far. That's what this book is for. You have been lost all this time, but now it is time for you to be in control.

What I learned is that if something works for one person, it is likely to work on more people. If you find an ant, there is most likely a presence of more ants nearby; the ant must have come from somewhere. Where you find one of something, you will most likely find more of it. People. Oil. Trees. Birds. Fish. I f you can sell something to one person, you are able to sell it to another person. If you can get one girlfriend, you have no excuse of not being able to get another.

This book contains many WhatsApp conversations and many screenshots show myself or others asking for WhatsApp. WhatsApp is more common in some

countries or cities than others, especially in cities like London where there is a massively dominant foreign population, which also brings in a large population of foreign phone numbers. WhatsApp makes it easy to message people with different country codes. It is advised that you research your city or country in terms of what the most popular messenger apps are; most countries use either Facebook messaging or WhatsApp primarily. This is discussed more in a lot of detail in the chapter **Platforms & Social Media.**

### Facebook

There's a backstory to this. I met this girl one time a year before this message was sent. Let's call her *Frenchie*. I met her in a club and that very night I started dating the friend she was with… let's call her friend *Tokyo*. A year later, I invited *Fenchie* and two other girls to my house; let's call the other two girls *Blondie* and *Latina*. All three came. *Blondie* left after a while because she had to be somewhere early in the morning, so I was left with *Frenchie* and *Latina*. I kicked *Frenchie* out into the rain and slept with *Latina*. Poor *Frenchie*.



A few days later, I took *Frenchie* out, despite kicking her out of the house a few days earlier to sleep with someone else. I took *Frenchie* out for some churros, as shown on the left, and I slept with her too.

All I did was ask a simple question, directly aiming at doing some kind of activity with her participation. Looks easy, right?

Also, notice that I managed to gain some extra information, so I know more things about what we will be doing. This is for

Wednesday, but she mentioned Thursday

morning; this implies her availability until a certain point. That certain point was the next day, and that implies she wants me to know she is available to fuck. And so… she did stay with me until that next day.



### Facebook

This girl made a new account just to message me.

This is just to prove that the power of this book can teach you things to the point where you can have girls chasing you even if you block them.

**Tinder**

For every message, a step is made in order to take it somewhere. This is the **adventurous line**. This opener calls for her cooperation and screens her so that I can see if she is fun or not. If she is fun, then our time together will be very straightforward.

 There is then my response to her response, tied in with another follow up question centered around taking her out. This is the **3 things line**. It tells me what she wants to do, and then it would be extremely easy to take her on a date that she actually wanted. It makes things a lot more personal and fun for her.

Third, there is the move to WhatsApp.

Every single part here is centered on being progressive and taking her out.

Knowing Your Goals: What Do You Want?

Ask yourself. *'What do I want?'*

Talk to her like you want her, but not like you need her. There is a difference. If you show neediness to a girl, she will know straight away that you need her. This is not attractive.

Teaching these methods over time, a common question put across was *'what would be the best response?'* First of all, it does not work like that. You cannot get a *'perfect response'*. People are different and respond to different things. There are over a million words in the English language, and that means there are literally

trillions of ways that you could possibly lead a conversation and trillions more ways that you could respond with. Infinite ape theory is a theory that suggests that under the circumstances of monkeys hitting, at random, letters on a typewriter over an infinite amount of time, monkeys will almost surely, yet eventually, produce any of the entire works of Shakespeare, or potentially the lyrics to your favorite songs. Despite this fact, it will actually take the monkeys longer than the age of the Universe itself for them finally to write Shakespeare's work. That is just a philosophical theory to put into perspective how pointless it is for you to spend too much time thinking about what the perfect thing to say is. There is no perfect thing. The real question is *what does this achieve?* but that is still not enough.

Be careful what your question is. If you ask the wrong question, you will not get the answer you should be looking for.

What you really want is the independence to be able to do this for yourself. I am teaching you how to fish, and you must therefore be prepared to take control of your own destiny. Make your own conversations, the examples you see are just examples. Many people have copied and gained success, but you also need to be original in the sense that you should already know who you are and work out ways in which your communication matches that. I personally want to get things done; therefore, I believe in efficiency, therefore I should communicate efficiently. You may want to have fun conversations, therefore you must be fun, and therefore you must communicate in fun ways. It is important for you to be decisive and to take action. A girl will not do all the work for you; you can hardly ever rely on most girls to choose a restaurant. Girls like having a man who is capable enough to make the decisions.

I take it that you're not here to learn all this just to bake some cookies with some girl you like. Let's not pretend you're here for something other than sex. You may be using this to get this one particular girl out with you, or you may be using this to get lots of different dates so you can live a kind of life where you have the choice of

lots of different girls. No judgement. But whatever you use this for, you need to know exactly what you want.

Do you want to have an awesome sex life? Alternatively, do you want to stay the same as you are now and not improve anything? Do you want to have a fun relationship with someone and do many fun things? Do you want to have dates with lots of girls or have sex with multiple girls within a short period? Do you want to date models? Do you want a really cute relationship? You need to understand your goals so you know what you have to do. This is all about communication. If you cannot communicate well, you will be less likely to make things happen because in order to make things happen, you need to either do everything yourself or have the help of others. You cannot do everything yourself every single time.

In the aspect of knowing what you want, you have to, at the very least, know what you want in the short term. Short term, you may want to meet a girl to see where it goes without thinking about the distant future, but if you are not showing her what you want, she will be asking herself what you want from her. In most cases, girls just see that guys are just wasting their time or that they just want sex.

Of course, there are plenty of places to meet people, but let's use Tinder as an example of one of them. Why use Tinder? To get matches. Why get matches? To get dates. The process is pretty simple, but most people don't match that with their thought process. Your thought process needs to be simplified. You are there to match with girls so you can take them out. All you have to do is match, talk, meet. That is a grand total of 3 simple things that you need to do. Once you have a match, all it takes is to communicate in order to complete the third step. Not all matches on Tinder talk. Not all talkers on Tinder meet. But every single time you meet someone from Tinder, it is far better than only getting to one of the first two steps.

What does this achieve? Well, here are a few things that achieve absolutely nothing:

1. Hello

2. Hi

3. Hey

4. How are you?

These are some of the useless messages you could ever send, the last one being the most useless three words in the history of communication. The person asking doesn't really care or want to know, and the person answering never responds truthfully to the question. Do you want a conversation like that? Would she? What often follows this opener or question is just a tragic meaningless exchange of basic words with absolutely no connection or meaning. Harvard researchers found that there are three things you can put into words that can build up a conversation:

1. Authenticity

2. Connection

3. Topic giving a taste of who you are

**Never** use *'how are you?'* Ever. There are better things to say, such as 'what are you looking forward to this month?' or 'what kind of food are you craving right now?' These two questions alone are of far better use in dating communication. The first question can have her reveal something she may be passionate about and something that she is obviously interested in and looking forward to, the second question brings to mind a sense of taste combined with some in-the-moment reality. You're reading this right now, what are you craving? Probably pizza, maybe ice cream, perhaps you haven't had cheesy fries for a while, or a very satisfying breakfast with waffles and orange juice.

What does she want? To summarize so far, she does not want a man who cannot make his mind up and cannot make decisions. She does not want a boring conversation. She does not want to open a message and see *'hi'* or *'how are you?'* If you send a message to someone saying just *'hi'* it is as if you are waiting for their

permission to proceed with saying what you wanted to say. If you had to send an email to a CEO, you would have to be an idiot to just say 'hi', so why would you do the same to a girl? Conversations must have a sense of purpose.

Interestingly enough, I have been requested to write about 'dick pics' and 'nudes'. In simple terms, what would Jesus do? Just don't. Don't ever send a picture of your penis to someone. It's not nice. It's weird. Some people have had success with it, but seriously, what's the point? If she wants to see it, she can come to you and take a peek herself and maybe give it a stroke. There are some girls who are getting pictures of dicks left, right and center and they didn't even ask for any of it. It's not really something you should be doing, and there are far too many reasons for me to explain. One of those many reasons is something you would not expect. In conversation with a female friend, she told me that she had not had sex for 8 months, but that there was some guy she was interested in. She said she doesn't really want to see him because she is afraid that his dick is too big. This may not appear to be entirely logical, but that's exactly why the whole topic of d ick pics is ridiculous. I have never sent one and I never will. I'm sure she would be really fascinated by the shaft, the coloring and the pointiness, but it's a little like showing her a picture of your balls or your asscrack. It's not pictures of dicks that will make her like you, just like it will n ever be pictures of your balls. Ultimately, if you want to work your way into a girl's vagina, don't do it by scanning your asscheeks on a printer.

That leaves us with the topic of nudes. If you're a guy and you are sending nudes, I think you should reconsider what you are doing with your life. On the other hand, this topic is almost always about guys wanting to know how to get girls to send pictures of themselves naked or any other dirty pictures of them. I first received such images at the age of around 14 or 15, and that is fucking awesome when you're a kid. But when you are sent hundreds of them over time, it gets pretty boring and eventually you realize it's pretty pointless. Hard enough to believe myself, I never really asked for nudes, but I received plenty of them. Are you asking for nudes? Are you receiving them? Are you collecting them? Are you looking at

them everyday? If the answer is yes, then you definitely lack physical sexual activity. The diagnosis is therefore that, at the end of the day, an arousing picture doesn't mean anything to what your body actually needs. You are not here to learn how to collect naked pictures of girls for your own validation and ego boost, you are here to learn how to maximize your communication opportunities with girls in order to maximize the satisfaction of your sex life and dating life, which will impact positively on your life overall.

In conclusion, you just need to simplify. This is the concept you should think about in order to understand what you actually need. You do not need photos of girls with their tits out or posing by a mirror showing some ass, you need girls to physically meet you and interact with you. You do not need to send pictures of dicks, you need to establish a connection and meet her so she can actually touch y our penis consensually. You need to know what you want and think about what she wants. You must also understand what she doesn't want. Don't make things complicated.

**Tinder**

What do I want?

Her phone number!

When do I want it?

Now!

Do I really have to explain anything else?

Simplify. You are here to live a good life, so

let's do it. All you need is her participation and her phone number. Then you can proceed to arranging a date on WhatsApp.

**Tinder**



This was my first ever match on Tinder, it was also my fastest ever Tinder-to-WhatsApp conversion. Two messages, one phone number. I slept with her eventually but only met her twice.

This was not so long before I really started to structure my messages more. As you can see, what I said was based on her bio, so it is not a general thing I can use because it only applies to her.

I 'cleverly' responded to her response, and I specifically said what I want too. That is what this chapter is about after all; what you want.

I'm not even a vegan. I eat meat regularly.

### SMS

As I touched upon before, SMS means 'Short Message System'. That's exactly how it should be, and that is exactly what this is all about.

Now here is a 'friend with benefits' or



'fuckbuddy', whatever you're into. She wants to come over. What do I want? I want her to, but I want to know when. So I communicate exactly that, and nothing more.

She lets me know when she will be there, I confirm it. That is all that is needed.

She then messages me again a few times after it. The perk of not messaging her back a lot is that I get to see her reveal her cards; thus I find that she wants to come back for more, and the way she communicates suggests some obsession.



### Tinder

So excited!

No messing around.

That is all it takes.

**Tinder**



She knows what she wants and she is straight to the point. No **bullshit**, take it if you want it. There is absolutely nothing more to it.

She is not there to have a conversation about rainbows and pretty flowers.

**Facebook**

What do we want?

Pancakes!

When do we want it?



Now!

Evoking curiosity is often quite useful, it is like when you draw in the close attention of people you are telling an amazing story to. I hinted at telling her when I next see her, and she proceeded to ask when that would be.

I then planted a seed of an idea; pancakes, and gave a recommendation of when we should meet.

It is important to note that every message I sent here was aimed at meeting, and pointed towards arranging a time.

We started dating after this for a few months.

**Tinder**

Even if you run out of ideas on where to go or what to do for when you meet, you can just get any ideas she may have. This calls for her



participation, making it pretty interactive in an imaginative way.

The idea a girl can give you could be

amazing…

So she picked sex.

**WhatsApp**



I met this girl at university and our first few messages are just some bullshit about a project.

Fast-forward to 22:33, she responds. And then 11 minutes later, she sent more messages as if she wanted to come out with her for the night. This is a massive IOI; an indicator of interest.

It took me 59 minutes to respond to her last message that day, and then she messaged me early in the morning at 01:21, which quite clearly appears to be drunk behavior. I was sleeping.

When I woke up, I responded at 10:23. She responded vaguely at 18:17, I called her a minute later and sent my location after that. She then came and found me, and took me to a bar. I said that there's one next to my house, and she called an Uber and we went there. She paid for our food, and then we went back to my place and had sex. She stayed overnight and stayed for most of the next day.

Common Mistakes: What Are You Doing Wrong?

Ask yourself. *'What am I doing wrong?'*

Short answer: Probably a lot, and most likely the same mistakes as everyone else. Out of the thousands of messages I have seen and have been sent from other people, there are very few people that did everything right. This isn't about perfection or comedy this is about psychology.

The first common mistake is using messages for entertainment. It is ridiculous as to how many people think that you have to entertain a girl with words in order to build her interest in you, in order to get her buying temperature high, in order to get her out with you. WRONG. That is like going up to someone o n a street and juggling, hoping to catch t heir heart and approval. You do not need to juggle or try to impress everyone you interact with. Yes, the online world can be entertaining and some memes are hilarious, but that is not going to make things happen that you need happening in your life. You're aiming to entertain her, so it will, in most cases, only lead to the possibility of ONLY entertaining her.

The second common mistake, and girls also do this, is thinking that messaging is for 'getting to know each other'. WRONG. Messaging happens on a screen. It is a completely different universe, which is why you are here right n ow reading this. You should not be telling your life story in messages to girls you meet or before you even meet. It is better to 'get to know each other' when you are both physically existing in the same geographical location. That's what people did years ago! Even if you do tell each other everything there is to know, think about what will happen when you meet; you will have less to talk about. Now imagine meeting someone you don't know too much about, they could tell you things with their voice, with their eyes, their mouth, their passion. Emotion is far superior and powerful physically; it does not exist on screens unless it is a movie or a TV show. This leads us to the next point, which is very similar. Some girls may prefer to know more about you by messaging, and that's okay. Just don't spend the next 2 months or 10 years hoping to meet and doing nothing about it.

The third common mistake is messaging without purpose or aim. Yes, you're interested in this person, but where is this going? For every message you send that does not lead you to meeting, you are wasting your time. To clarify on that, even if you have an argument with your girlfriend and you can only message her, aim to meet instead of argue. Even if arguing persists through messages, there are only two possibilities you should choose between; terminating the relationship or continuing it. If you want to continue it, you obviously picture a future where you meet.

Therefore, no matter what the situation is, you always need to aim to be meeting if you're interested in someone in terms of sex or relationships. So many people are just messaging to 'get to know each other' or to say random things that are going absolutely nowhere. Now it shouldn't surprise you that it is going nowhere.

With those three points I just gave you, you now have an advantage over the majority of the planet's population because they are still going to do those things wrong, but this does not end here, we are far from done.

My personal favorite of all the mistakes people make in messaging is that of Tinder and Instagram. I will say this now - **NEVER** take messaging a girl from Tinder to Instagram. First, so many female Tinder profiles are made just to gain followers on Instagram for validation, knowing that suckers on Tinder desperately hoping to get girls will follow them and message them. Here are three of the red flags she could have mentioned in her bio:

1.   *'I'm not on here much, message me on Insta @iwontfollowyouback'*

2.   *'@followme'*

3.   *'I don't use this, but you will have a better chance messaging me on IG @noyouwont'*

In the first case, she is just diverting you to her Instagram profile. In order to message her, you would have to follow her and then message her. On Tinder, you would have to swipe right and pray to God that she matches with you; only then can you message her on Tinder. Is it easier to message her on Instagram then? Of course. Just don't. Dozens of guys are probably just doing the same, and in many cases you won't be followed back or even have your message read by her in the first place. It's harmless to give it a try, but consider it a warning that you're just wasting your time.

In the second case, her bio contains nothing. Just her Instagram username. Nothing else. No further information. These profiles are just lazy, so quite clearly

she cares more about her Instagram following than her dating life. In the third case, she also tries to divert you to Instagram while also trying to convince you that she will reply. Good luck with that, though.

Finally, in regard to going to Instagram from Tinder, some people decide to message on Tinder and then exchange Instagram profiles instead of phone numbers. Bad idea. When she gives you her phone number, you can just send her a message and that's all you need; you will then be able to meet up. However, if she gives you her Instagram profile there are things that have to happen. First, you have to follow her and then you have to wait for her to accept your request, and you might also hope for her to follow you back. There are just too many doors that she has to open for you, and that's why going to WhatsApp from Tinder is important. Never go to Instagram.

Instagram is a validation platform and you will learn more about this later on. Essentially, people just want followers, and gaining followers gives you the dopamine effect and it just validates your existence. Instagram is only about two things; likes and followers. In the dating world, girls are being offered penis from all directions. There are just too many guys trying to hit on girls, and most are absolutely sucking at it. The worst thing you can do is to put a girl on the pedestal; this means that if you keep throwing compliments at her and seem to be worshipping, praising or validating her, then you are placing her value far higher than your own. Girls love to be told they are beautiful, but when there are dozens of guys commenting on her photo saying things like *'sexy,' 'beautiful'* and trying to flirt, it's pretty creepy, and it's actually very sad.

This is an appropriate point to talk about *'Indian men on Facebook'*, a phenomenon worth looking at online for great memes and funny pictures on Google Images. As entertaining as it is, it is sad to see. It shows the reality that dozens of guys, Indian men in this case, just keep commenting the same shit or random creepy things on pictures posted by girls. Examples include, but are not limited to… *'sexy boobs', 'show me bobs n vagene', 'u luks dam beautiful', 'come inbox',* or just

throwing in random compliments. Think about it, do you really expect to form a relationship with a girl just because you commented on her post on Facebook? That's not how this works. There is a second but equally important question. Do you really think that a girl will fall in love with you just because you complimented her? You should be equipped with many ways of winning a girl's heart.

Furthermore, the point is that girls are receiving compliments from too many guys - guys offering dick from all sides. Guys sending pictures of their penises in the hope that they will get laid. I would like to put forward an analogy of my *'tall guy theory'*. If you are a really tall guy, you have definitely heard every comment about height before.

*'You're tall.'*
*'You must be great at basketball.'*
*'How's the weather up there?'*
*'Every time I see you, you get taller.'*
*'Stand up so I can see how tall you are.'*

*"You're tall."* If you are tall, like myself, and you hear this you may think something along the lines of *'no shit, thanks for the useless information'* even if you slightly enjoy the validation. Now when you apply the tall guy theory to girls in terms of how girls are beautiful and how guys are attracted to beauty, then it's almost exactly the same. It's great to be told you are sexy, but when lots of people are saying it you will eventually realize that everyone is just trying to fuck you. The extreme version of this on the girl's side is what I call the *'hot girl reality'*, which is discussed later on in the *"Skip The Bullshit"* chapter. To summarize, stop being like everyone else. What makes you special? What is unique about what you are saying?

### Summary
If we compile a set of rules, then this can provide you with some perspective of what you should be doing and what you should not be doing.

1. Stop building up the confidence to ask her out by trying to entertain her, you should be confident in the first place.

2. Stop trying to entertain her, everyone else is trying to.

3. Stop trying to extract life stories.

4. Stop trying to get to know each other before meeting.

5. If she prefers to message more before meeting, don't give up your ground to become pen pals with her.

6. Lead conversations with purpose. That purpose cannot be entertainment.

**Tinder**

My opening line was a breath of fresh air to her because it stands out. It is different, and I'm not trying to take her out on an agenda of just sex.

 My following sentences worked very well with her; I knew she had good energy and she knew I had good energy. This was because we both 'just knew' based on the fact that she admitted I made a good entrance, and that my intention was to make a good entrance anyway. In simple terms, she is responding very well to everything.

Another vital aspect of this is that she also states that I am the first guy on Tinder who is not an asshole, so that puts me way up there at the top. I am in first place.

I proceeded to get the phone number, and the next day we met and I stayed overnight at her place after watching a TV show.

I have done nothing wrong in this interaction. It worked as perfectly as it ever could, but what it tells me is that I am the only person who did not go wrong in her experience of Tinder.



**Instagram**

I posted a photo on Instagram declaring that I will be flying from England to Canada in November.

This girl responded, wanting to know when I will be in London and when I won't be.

She saw my story on Instagram that showed my flight details, so she then called me a liar because she was out of London but was coming back to London to see me.



I was leaving London the day before she would arrive in London. I was also returning to London the day after she was leaving. She was very upset about this.

She compared it to another time she was upset with me because she didn't find me in a club I was going to.

She wants one of us to change the travel dates so we could see each other.

I then learned that she in fact did tell me, but it was in a phone call not long before this conversation.

She was upset that she was not going to see me, when she specifically chose to stay in London for a longer time just to see me.



In my mind, it would have been better if she told me not through a call but through messages. Then I would have visual of it and would not have to rely solely on memory.

She then reacts further and sends me a video of a man and woman romantically roasting marshmallows by a fire, trying to give me a picture that she wishes to spend time with me like that.

**Facebook**

This girl sends me messages after sending me messages I did not open. It means that she is more reliable than a girl who would just



happily let me go. It feels good when a girl chases you, and it shows that she cares. But that's enough about pineapples.

We previously had sex, but she left the country, rendering us unable to see each other unless one travels. Even though we cannot see each other, we can at least get a picture of when the next time is. It's March, and September is 6 months away. It would be a mistake to spend the next 6 months constantly messaging each other. You will get tired of each other. So I say no more.

She chases again. She wants me to visit, proposing that we could rent a place for a few days. This means international travel is involved as well as accommodation, therefore trust is extremely important. Some of my trust is based on the fact that she is chasing me and that she really wants to see me. It would be a huge mistake if you travel somewhere far and find that she cancels or does not show up. Luckily she is not like that.

We discussed details, and my

communication is clear. I said I will get back to her on it in the next few days.

She gives more information. Now the plan is in effect.

I then engage further imagination for what we should do in this place I have never previously visited.



Her last message here is her third time chasing in this example alone.

A week after this conversation, the flights were booked and accommodation was also arranged and paid for. When I landed, she picked me up at the airport with her dad. We had an amazing time together.

Platforms & Social Media: Which Is Best For You?

Let's break down each type of modern communication platform. Our most common are phone numbers, WhatsApp, Facebook, Instagram and Snapchat. What you choose to do with each and which one you use the most will have a massive impact on how dating works out for you.

Phone numbers allow you to call and send messages on a network. The downside is that this costs money, and may cost additional money if you call or message phone numbers from other networks or countries. Phone numbers may also be confusing if you are new to phones. A common disadvantage is the very nature of phone numbers; it is an old system. People get new phones occasionally, or lose their phones, and quite often people change phone numbers. There is one particular story I have that made me realize how important this is. One time I met an amazing Swiss-German girl, she was stunning and I felt that she was literally perfect for me. She was wearing the best high heels, she looked beautiful and had a great style. She made moves on me. This is when I found out she had a tongue piercing. But unfortunately she was leaving the country the next day. She wanted my phone number so I added it into her phone. Little did I know that I completely messed up how I wrote the phone number because I did not put it into the international format. Because of my mistake and confusion, the difference between +44 and 07 changed everything for us, and if you don't know what this means, then that's literally all you need to be put off by phone numbers. It was quite a kick in the balls. It is a small mistake, but feels like a big mistake.

WhatsApp is pretty much just like phone numbers, only that it's Internet-based and free. You can message and call any phone number that has been set up on WhatsApp, but of course this requires an Internet connection. It has an advantage over standard network phone calls and messaging because of the fact that WhatsApp is free and that it can also show others that you have your own photo and shows you that others have their own photo too. Above that, WhatsApp also shows that messages have been delivered and read, and additionally shows when people

are online. Phone numbers via WhatsApp are therefore better than phone numbers without WhatsApp. On WhatsApp, you are able to change from one phone number to another, but it does not quite solve the problem of people changing phone numbers.

Facebook is quite complex, but it is essentially the most common ongoing social network and has many advantages over WhatsApp. The first is that instead of needing a phone number to communicate with someone, you just need to know their name and you can find their profile instantly. You can send a friend request and you can message them. Becoming friends on Facebook means that you can see more of the other person's profile and they can see more of yours. The greatest thing that is underrated here is the very fact that once you become friends on Facebook, you can stay friends forever and see what everyone else is up to in their lives, and others can also see what you are doing if you post things. This is an extremely underrated advantage when it comes to connecting people to you because of the mere fact that you remain *'in touch'* and *'in contact'* without any effort or need for constant direct messaging. Phone numbers do not show you the lives people are leading, so a girl with Facebook will be able to see your life, meanwhile a girl with only y our phone number won't see anything.

Facebook profiles are literally life blogs in the form of mass messages to everyone who sees what you post. So if you post something interesting, someone you are connected with can respond and message you about it. If you were using phone numbers instead of Facebook, that person will not necessarily even know that you did something interesting. It is therefore a lost opportunity of passiveness if you primarily use phone numbers instead of social media. Every little thing you share or do on Facebook has potential. Nothing comes of most things, of course, but there is still potential. If it gets you that one extra date with someone you have not seen in a long time, then it was all worth it.

Instagram is like Facebook, but way more simplistic. Instagram is literally a photo or video sharing app, but it does not base connections on friendship, it is

more of a platform for fans; there is a heavy emphasis on followers. It is therefore a validation platform. People want likes. People want comments. People want followers. Many people try to build up an Instagram profile aiming to gain lots of followers without necessarily following as many people back, but most people fail at this because they are obviously not famous or well known. Instagram is great, and perfect if you are a public figure, but essentially you are wasting a lot of time if you are trying to build your Instagram up if all you are doing to build it up is 'try to build it' and nothing else. If you have huge tits, a great ass, and post photos of yourself posing with your melons and buns on a frequent basis, then sure, you will build quite a following. But unless you have a good booty going for yourself or some external fame, you're most likely going nowhere in terms of becoming 'Instagram famous'; simply because that isn't even fame.

However, and a huge however, this does not mean you should not be using Instagram. Instagram is amazing and has great potential; just don't expect to become famous because of your unrealistic high hopes to become famous for posting a few photos. There needs to be something real to attract followers. For example, upon release of this book, perhaps I will gain Instagram popularity because of the book, not because of my Instagram posts. The source in this case is the book, not the profile. Obama and Trump would have a large following on Instagram simply because their source would be their status as leaders; the same would apply even to Hitler and Napoléon if the world had Instagram all those years ago. I'm sure everyone would love to see their content. Google, Apple and Microsoft would have a large following on Instagram not because of their posts but because you already know these companies and possibly have some of their products or like their work. But that's enough of the 'building' for now. What you need to focus on with Instagram is simply existing and posting good things, not struggling to gain fame with it when you can actually s pend that time gaining fame another way; like my aforementioned examples, becoming a politician or writing a book. You need an external source to gain significant growth, whether that is status, a  big bum and breast implants, a product, a service or a business. In conclusion, stop wasting your time trying to seek massive growth on Instagram, you have to

find growth outside of Instagram in order to gain growth on Instagram. Furthermore, Instagram popularity does not necessarily correlate with the amount of sexually interested girls. It is better to be followed by a few sexually interested girls than to have 100,000 followers and no sexually interested girls. Many people are not doing Instagram the right way. It is designed for fans, not friends; so don't try to grow apple trees by feeding apples to trees and don't expect that Instagram growth will be made due to a few posts you made.

On Facebook, you are friends with people. On Instagram, you follow people. If you follow someone and they do not follow back, then clearly they have a power over you; you are essentially a fan or supporter of that Instagram profile. If you follow someone and they follow you, they can unfollow at any moment, but you would still be following, perhaps not even knowing that you were unfollowed. Betrayal! It is a non-civil society of social media because it is not formed on mutual connections; it is formed of one-way bridges. If someone follows you then that's great, you have a fan. Instagram is still useful, but it is a difficult game for most people to play without the fame aspect.

Snapchat is similar to Instagram, but minus the history and minus the public view. You can only have stories that show for 24 hours and then disappear forever. You have no profile. You have no timeline. No history. Snapchat is a completely different story, but in simple terms, Instagram is far superior and far more beneficial. There is a chapter dedicated to Snapchat to give further insight on that case, so we will put Snapchat to the side for now because it is not quite as significant as Instagram or Facebook in this comparison, and because it is more of a unique case.

Let's break it all down into a few aspects.

**Communication Types**

The table below shows the 3 most useful elements of how we communicate on each platform. Phone numbers and WhatsApp are very much one-to-one

interactions, but social media enables you to send messages in other forms like stories or posts. People can easily interact with you if you make a post or a story, and likewise you can also quite easily interact with other people based on what they share. Stories appear for 24 hours and then disappear, allowing contacts, friends or followers to see photos and videos that you would like to share. Facebook profiles have a timeline, which effectively go back to the day you were born. Instagram profiles also have a form of this timeline, only that it is for photos and videos only and not just words.



|  | Phone | WhatsApp | Facebook | Instagram | Snapchat |
|---|---|---|---|---|---|
| Messaging | ✔ | ✔ | ✔ | ✔ | ✔ |
| Stories | X | ✔ | ✔ | ✔ | ✔ |
| Timelines | X | X | ✔ | ✔ | X |

**Ease of Interaction**

Due to the nature of social media, it therefore means that social media allows passivity. Interaction via phone numbers and WhatsApp are extremely limited because they only allow direct communication between you and individuals. You can have group chats on WhatsApp, of course, but that is highly irrelevant unless you are hosting orgies or something.



|  | Phone | WhatsApp | Facebook | Instagram | Snapchat |
|---|---|---|---|---|---|
| Direct | ✔ | ✔ | ✔ | ✔ | ✔ |
| Passive | X | X | ✔ | ✔ | ✔ |

**Regarding Time**

Anything by default can be potentially short term. However, it is natural for interactions through phone, WhatsApp and Snapchat to be very temporary when compared to Facebook and Instagram; Facebook keeps you connected for the rest of your life, and Instagram also allows your posts to exist forever. The long-term aspect of both Facebook and Instagram are due to their use of timelines and profiles. At any moment, a week from now, a month from now, 5 years from now, anyone with access to your Facebook profile or Instagram profile can interact with you or your posts; you have a history. Phone and WhatsApp messages stay, but nobody reminisces the past of messages; apart from me for the purpose of writing this book of course. Snapchat is a platform surrounded with the theme of disappearing; even the logo is a ghost, and ghosts disappear. Nothing on Snapchat lasts beyond the day after something was shared, which makes it extremely short term.

Short term is useful for the present. Long term is useful for the future.

| | Phone | WhatsApp | Facebook | Instagram | Snapchat |
|---|---|---|---|---|---|
| **Short Term** | ✔ | ✔ | ✔ | ✔ | ✔ |
| **Long Term** | X | X | ✔ | ✔ | X |

**Connection Types**

Now let's separate fans and friends. You can have followers on Facebook, Instagram and Snapchat. Out of all your followers on Instagram and Snapchat, you can choose to follow some back, but this connection does not count as friendship in this case because the digital relationship is built on two one-way bridges; you following them and them following you. Facebook, therefore, is the only major platform that allows you to have friends, because it is a digital relationship that is easier to maintain, partially due to the fact that the 'fans and followers' mentality on

Instagram and Snapchat lead to a lot of unfollowing as a result of the ego. Facebook is thus more sustainable.

Fans are useful for having some kind of support. Friends are useful for maintaining relationships and life-long support.

| | Phone | WhatsApp | Facebook | Instagram | Snapchat |
|---|---|---|---|---|---|
| **Fans** | X | X | ✔ | ✔ | ✔ |
| **Friends** | X | X | ✔ | X | X |

**Location Types**

This part is not massively important, but still quite interesting. Your own location can be shared on WhatsApp, Facebook, Instagram and Snapchat. WhatsApp and Facebook allow you to share your live location. Facebook and Instagram allow you to share the location of a post. For example, if I post on Facebook and Instagram a picture of me at the Hard Rock Cafe in Los Angeles, then people can see that I have been there and possibly respond to it; I can also see via Facebook any friends that have also shared their experience at that location. Facebook and Instagram are also extremely useful with stories too, you can tag the location of where you were, and this is the best way of getting reactions and responses from viewers of your story; it has personally led me to quite a lot of dates from this feature alone. Snapchat is on a different level, and allows you to view a map of the world and see where your friends are, it is especially useful in the sense that it is very simple and easy to see if you will cross paths with someone or find that someone you are connected to is nearby.

Locations are useful in that even the dumbest people can figure out, or at least use the technology's directions to do the work for them, where they need to go if they are meeting someone.

| | Phone | WhatsApp | Facebook | Instagram | Snapchat |
|---|---|---|---|---|---|

| Post Location | X | X | ✔ | ✔ | X |
|---|---|---|---|---|---|
| Send Location | X | ✔ | ✔ | X | X |
| Live Location | X | ✔ | ✔ | X | ✔ |
| Live Map | X | X | X | X | ✔ |

Think about how some of these features may benefit you. When Facebook first introduced the stories feature, I instantly judged it as a copy of Instagram and refused to use it or look at it. Months later, I eventually tried it and it has ever since served good use. Long-term platforms are also important if you w ant to consider maximizing or maintaining your connections without any direct effort.

**Summary**

Which platform is the winner? Which platform are people using the most? Which platform is the most beneficial?

I conducted a poll to find out which platforms men, those who were serious about this stuff, were using the most when they were meeting girls and wanted to stay in touch. The question was 'what is your preferred method of closing?' this 'closing' term refers to acquiring someone's contact details consensually. For example, if a girl gives you her phone number, that is called a number-close; then you will be able to message her on your phone or call her, or message her on WhatsApp. If she gives you her Instagram username, then you have then closed her on Instagram once you have followed each other on Instagram. If she gives you her Facebook profile, then you have Facebook-closed her. It is important to note, however, that it is not a number-close if you gave her your phone number, and it is not closing if you just gave her your details for Instagram, Facebook or so on. It is only closing if the accurate information has been consensually given to you.



**Points scored**

Facebook
1.0%
Snapchat
7.0%
Instagram
40.0%
Phone/WhatsApp
52.0%

The findings from the poll were interesting but I was personally not surprised by the outcome. 52% of those studied said that they primarily try to number-close or to exchange phone numbers so that they could message on their phone or through WhatsApp. 40% of those studied said that they primarily attempt to follow girls on Instagram, while 7% of those studied use Snapchat to stay connected with girls they meet. Only 1% use Facebook.

However, this does not mean that Facebook is the worst and that WhatsApp is the best. Based on what each platform offers as features, Facebook is in fact the most beneficial. There is simply one concept which can justify this alone and it is called the six degrees of separation. This is a theory that all people are 6 or fewer social connections away from each other. It is a chain comparable to the 'a friend of a friend' phrase. It is the idea that everything is connected, and this power of the six degrees of separation is of extreme significance because Facebook holds the ability to show you not only how many mutual friends you have with someone, but who these mutual friends are. So imagine how powerful it is when you meet someone who already knows someone you know. It is actually a  lot more likely than you may think. As a personal example, I once met a New Yorker in London who was in

the same university class in New York as someone who knew me from a completely different setting, and we only knew this because Facebook told us that the connection is there. I also dated a Portuguese woman that had multiple Facebook friends, who had mutual friends with me on Facebook. On top of this, two people who followed me on Instagram pointed out that they know her; one worked with her and one was Portuguese. I met the person who worked with her, but not the second person. I never set foot in Portugal. I never met this woman through friends of my own.

Facebook's data team documented in 2011 that among the 721 million users, there were 69 billion friendship links and an average distance of 4.74 degrees of separation, and that **99.91% of all Facebook users were interconnected.** In 2016, it was then reported to have been reduced to 4.57 at 1.6 billion users, meaning that we are now even more connected than before. I personally have mutual friends on Facebook with various public figures, as well as direct friendships with others; which in theory makes me massively more able to gain access to such people. In a similar version known as 'six degrees of Kevin Bacon', there is also the data supporting that you can link so many different actors based on movies they have appeared in. For example, Kevin Bacon was in The Big Picture with Eddie Albert; who starred in Brother Rat with Ronald Reagan. You can do your own searches and it is crazy that so many things are interconnected in a minimal number of degrees.

In the movie *The Social Network*, based on the true story of how Facebook was created, there was a scene where Zuckerberg feels like he is missing something from the website. He realized it was the relationship status feature; this is a feature that many other apps do not have. It's useful for screening who is single and who is not.

I thus emphasize that Facebook should be used a lot more when closing. When you establish a connection on Facebook, you establish a connection with endless potential for further connections, mutual connections and more connections. Although Instagram has a similar feature of seeing that a profile is followed by

people you follow, the Instagram connection system's use of followers instead of friends makes it far less connected and far less visible for a large variety of reasons. Instagram is therefore less secure than Facebook in terms of maintaining connections. One being that you may be Facebook friends with your mom, but you probably don't follow her on Instagram.

Other bonus points that Facebook achieves are that people can like your photos and you can like other people's content. If you connect with a girl you like on Facebook, she can like your photos. Each new connection you make on Facebook or Instagram, male or female, is a connection that can contribute towards your social proof levels by supporting what you post; liking pictures, statuses and videos. When that girl likes your photos on Facebook or even on Instagram, it is an IOI; indicator of interest. Receiving likes can quite often tell you who is responding to your posts well, and thus they obviously think pretty well of you and like you as a person. When your mom likes your photo, that's family love. When your best friend likes your photos consistently, that's friendly support. When a girl you like likes your photos consistently, that's an IOI. This all gives you information as to who likes what you are doing or what you are posting. Every single friend, follower or like gained contributes to your social proof on social media. It all adds up, and it will certainly build up long term.

I would then rank Instagram as second, but this is also not to say that other platforms, such as WhatsApp, are of no use. All people you meet in a social sense should ideally be connected through social media instead of WhatsApp. The only exception to this is when you find someone from Tinder, or other dating platforms, by which I maintain that those you interact with on Tinder should be connected with on WhatsApp. Definitely do not migrate an interaction from Tinder to Instagram, and certainly not from Tinder to Facebook. WhatsApp first in the case of Tinder. You can make an exception for Facebook if she decides it would be better to connect on Facebook, but this is rare. The problem of taking an interaction from Tinder to Instagram is the problem of ego, validation and the massive personal

incentive for girls to get as many followers as possible from dumb guys who will just follow her orders and follow her on Instagram and like her photos.

Facebook and Instagram allow you to easily orchestrate **DHV**. This means *demonstration of higher value.* However, Instagram can easily be exploited by girls to provide a DHV, because every thirsty guy will just follow her and like all her posts in the hope that he will be noticed by her. Instagram is a powerful DHV if you have achieved an optimal set up.

| | Facebook | Instagram | Other |
|---|---|---|---|
| **Social Proof** | ✔ | ✔ | X |
| **Passive** | ✔ | ✔ | X |
| **Long Term** | ✔ | ✔ | X |
| **Timelines** | ✔ | ✔ | X |
| **Mutual Connections** | ✔ | ✔ | X |
| **Friends** | ✔ | X | X |

Skip The Bullshit: How Do You Take Her Out?

So ask yourself. *'How do I take her out?'*

Forget everything you thought you knew.

Imagine for a moment that you are a girl. Girls have vaginas. And boobs. Everyone likes vaginas and boobs, right? Right. Now imagine that you are a girl with Facebook, Instagram and Tinder. Guys are messaging you everywhere, even commenting on everything you post. Your reality is different t o a man's reality because you have way too much choice than you even asked for. There's too much dick in your face! You have dozens of messages sent to you on Facebook and Instagram on a regular basis. You have hundreds of potential matches waiting for you to accept on Tinder. This is the *hot girl reality*. How can she sift through all the bullshit?

Let's touch back on your personal Tinder experience. It is an undeniable fact that you swipe right based on attractiveness, primarily in physical attractiveness, and secondary is perhaps something you like that you saw in their description or a photo. Every once in a while, you see an overweight girl o r a transgender. I do not consider myself an expert on transgender issues, but most transgenders that you come across in any way are male to female. They also tend to really exaggerate their femininity. Why is that? My personal theory that is only based on observation is that some males question their sexuality or gender if they struggle in attracting females, and because they so desperately are attracted to females but cannot satisfy their need, they choose to *'change to female'* because that way they could potentially see themselves as attractive. Therefore, they go all out on trying to be female, especially in how they tend to dress, move or use makeup.

Females have validation everywhere they go in terms of attractiveness. I might be exceptionally handsome myself, but I only get catcalled on the streets every few years. Jokes aside, this is relevant because things are straightforward in what you want. You probably don't want someone who is fat. You also probably don't want to match with a man disguising himself as a woman. What you want is a physically attractive woman. Moreover, because that is what you want, it is what nearly all other men want. So you're kinda fucked, because every girl you find attractive is every girl you swipe right on, and everyone else is doing that. Many guys are swiping left of profiles of overweight girls or transgenders, so if you swipe right on every profile, you most likely will match with overweight girls or transgenders. The Tinder algorithm will screw you over if y our swiping is not based on your own authentic standards.

Now imagine being a really hot girl. Based on the *'hot girl reality'* I have witnessed, there's an even more ridiculous a mount to it. Hundreds of people are sending you messages on Instagram alone in the space of two weeks. You have lots of Facebook messages, and thousands of potential matches. There was a famous case in 2018; a woman known as Natasha Aponte invited hundreds of her Tinder matches in New York to Union Square in Manhattan and stood on a stage to weed

out the men according to whether or not they have a beard or support Donald Trump as President of the United States. A man has never had this power on Tinder, because men are not high in demand despite the female population being higher than the male population. So something is going wrong. This is the imbalance of dating.

One of those reasons is pretty simple. Men are generally attracted to exactly the same things. In caveman words; *'boobs, vagina, face'*. What women want is confused not only by the insanely unnecessary amount of choice, but the complications that come with it. A woman can like a man for his personality, but you cannot see personality just by looking. A man can see that something is attractive just by looking. In the simplest terms, what men want is far simpler than what women want. A man is not going to get many messages or matches on Tinder unless there is really something about him, such as fame.

So your main problem is that, as a man, you are competing with everyone else. To most guys, it is hard to win. But this doesn't mean you should give up on girls and turn gay or jump off a bridge, this can actually become something in your favor too even if that is hard to believe. If most guys are competing against each other for a girl, every single one of them loses if they are the same as everyone else. **Your advantage is the opportunity to be different, and that is how you can come out on top with your own sexual value**.

If you can accurately show who you are as a  person, you have already won. Nobody can be you better than you can. The biggest failure of many profiles, especially on Tinder, is when the profile is made by a man who doesn't quite understand who he is as a person yet. If you don't know who and what you are, she sure as hell won't know. Many girls have a better idea about who they are, because f or them it is a bit simpler. Many girls want to be attractive, and they want to convey that. They know men are attracted to beauty, and they really care about how they look. What do they do about it? They buy over $500 billion USD of cosmetic products. Some even undergo surgery to get bigger boobs and bigger buttcheeks.

However, men do not truly know how to be attractive in general, and you couldn't really identify an industry comparable to the cosmetic industry that males would spend so much money on to make themselves attractive. What is attractive about a man is the fact that he knows what he wants, knows who he is, and knows how to express himself authentically. Everything you do, especially how you communicate, reveals information about who you are and how you feel about yourself. If this book was written out of uncertainty, you would not be confident in my writing and you would not have made it to this page.

Now, let's look back into a girl's phone. What kind of messages is she receiving by these random thirsty men on the Internet? Pictures of dicks. Boring messages of *'how are you?'* and *'I like your photo'*. Messages filled with complete bullshit. Most people go nowhere with messages like these because everyone else is saying the same shit. Even if some of these guys do slip through the cracks, they fall down at the next hurdles because they are like dogs chasing cars; they would not know what to do if they ever did catch one. As aforementioned, the guys who did not get ignored tend to be shut down by their next moves because they either lack purpose or are not getting to the point. Some people think that sending a picture of your own dick is the way of getting to the point. What does sending a picture of your dick do anyway? If she wants to see it, she can meet you and take a peek herself, which I believe is the reason you are trying to message her anyway. You are attracted to females because you are biologically designed to have sex with them. In order for that to happen, you need to actually meet them. But before we get to meeting them, how do we find them?

Tinder has three options for you to decide who to match - swiping left, swiping right or using a superlike. I will address the latter first. A very common question asked about Tinder was about superlikes and whether or not they should be used. Should you superlike someone? If you superlike someone, isn't it needy? Tinder provides you with very few superlikes each week and depending on your Tinder membership you could have 1 per day or even 5. It is **not** needy to use a superlike. I

have in fact used it myself many times and dated a model long term because of it. To refuse to use it is to lose an opportunity.

In consideration of superlikes, don't hand out your superlike to someone just because you think they are attractive, 50 other guys probably did the same for that same person. You should superlike if you find her relatively attractive and if her bio or photo has something extremely relatable to you. For example, I superliked a girl because one of her photos had my friend in the background. I won't find that every day, so it is particularly special. Another example is if I just returned from France and Spain and there is a girl who is half-French and half-Spanish, it is a good opportunity to superlike. If it is relatable to you and you are superliking her for that, then you have a better chance because other people will not be superliking her for the same reason. Do not superlike her if her profile says she is only visiting for a few days.

As for swiping, do not s wipe right all the time. You will be ranked poorly by Tinder and your matches will most likely be low quality and infrequent. I personally only swipe right on profiles that have at least three photos clearly of her, and if none of those photos have stupid Snapchat filters. I do not want to date a girl who is so bored that she decided to take a picture of herself as a dog as if she is 14 years old. I swipe left on non-female profiles. I swipe left if there are Snapchat filters. I swipe left if her profile tells me she is only interested in classy people. I swipe left is her photos show that she only likes to dress up in a classy way and is not even happy in those photos. I decide whom I want to match with based on how good she looks, how many photos she has and how positive she seems. Boredom, no emotion and no personality are turn offs. If they are turn offs for me, they must also be turnoffs for others; it goes both ways. So it is also important to consider how someone may judge you.

This chapter is about skipping the bullshit; the name of the chapter is inspired by the original line that came to be known as the **spontaneous line**. It was popularized from the original Message Game Guide (2018) that I created. Only one tiny change

to the opener was made since I started using it. I have been using the **adventurous line** since 2018. What hasn't changed is the bullshit skipping. In Message Game philosophy, it is extremely important to skip the bullshit. Anything that doesn't take a step towards meeting is called bullshit. Every message you send that does not attempt to solve problems to get to meeting her is bullshit. **Anything without purpose is bullshit.** The purpose is to meet her. If you are asking her about her day, that's bullshit. That is not taking a step to meeting her.

There are three official Message Game lines I have created over time. These lines were created by myself, and it took time to understand why they work pretty well. Will they work on every girl? No. But they will certainly help you out in many interactions and give you some good chances.

**The Spontaneous Line**

*'Let's skip all the bullshit. How spontaneous are you?'*

I started using this line in 2017. I don't even know what gave me the idea, but I gave up on the openers I was using before, which were absolutely useless and achieved nothing. The reason the spontaneous line worked so well is because it comes out of nowhere into a girl's messages and tells her that you won't give her annoying or unnecessary bullshit or useless messages. It also asks a question which screens her first, instead of her screening you. Thus, this gives you a power position of controlling the conversation easily even if you don't understand message game dynamics. Because of the screening, it is as if you are testing her, which sets a change of your position from inferior, which many guys fall into, to superior. When a teacher gives you a test, you will pass or f ail. The teacher is thus superior for testing you, regardless of whether you passed or not. This line was featured many times in the original Message Game Guide (2018), and for well over a year people started using it. By the time I finished the guide, I stopped using it and switched to the next line. This was the only frequent line I used, and the only one featured in the guide.

**The Adventurous Line**

*'Let's skip all the bullshit. How adventurous are you?'*

I started using this line in 2018. I felt that *'adventure'* is a better word than *'spontaneity'* and could open up to a lot more potential. The only difference is literally that one word changed. This opener was never made public until this book was released, but I was using it while every follower of Message Game was using the spontaneous line. Like the aforementioned spontaneous line, this screens her. However, this also tells you, via how she responds, how fun she is. If she doesn't respond well, she isn't very fun. If she responds well, that's perfect. At least you now have more information as to whether or not you will get along. I realized months later that this is powerful because, out of the thousands of female Tinder profiles I looked at, I understood that there were patterns. Lots of girls had the word *'adventure'* in their bio. This was just one of many patterns I noticed.

**The 3 Things Line**

*'Can you name 3 things that would be amazing for a date?'*
*'Can you name 3 things you wanna do on our first date?'*
*'Tell me 3 things you want to do if we meet.'*

This line is actually fresher than this book itself. I came up with this line not long after I started writing this book. It works well because it gives her the cue to tell you what she wants. And as simple as that, you know what she wants because she literally told you. Message game is much more straightforward than it may seem. She can then name 3 things and you can meet up and do at least one. This also often returns responses about sex, so it cuts through the bullshit extremely well.

Stop wasting time with your bullshit, all that is going to do is complicate things.

You also need to be the man. Girls are not going to do all the work for you, they don't know this shit. If they can't remember where they put their phone and keep losing their hair clips, how can you expect them to take control and decide things

for you? You have to lead. Never tell her *'let me know '*. She's probably not leading a life that is so organized that she has the time, courtesy and memory to come back to you when she is ready to *'let you know '* about what is good or when is good. To meet a woman, you need three things. Here is a comprehensive list of those things:

1.  A woman

2.  A place

3.  A time

Ideally, you already have a woman. If you don't, go find one. Then you need a place and a time to meet. There could be no simpler explanation. The place needs to be relatively easy for both of you to get to, so the Moon is not a good idea. A good idea is something near to you, and ideally she should be comfortable meeting you there and able to easily travel there. This gives you good **logistics.** Some girls will not be comfortable coming straight to your house unless you have already agreed to cook, watch a movie, have drinks or have sex. If she is not comfortable coming straight to your place, that doesn't mean she cannot end up at your place. You can arrange to meet at a place like a restaurant, a park, a bar or whatever else you could choose. Most girls I have arranged to meet with that did not want to come straight to my place actually ended up at my place anyway, even after just 2 hours.

To make something go somewhere with a girl, you have to stop being a girl and start being a man. Feminization and suppression of masculine traits in society in recent years have caused a lot of social awkwardness and confusion between males and females. Many males are lost when it comes to life choices and especially dating, and that is possibly because of the suppression of masculinity in society today.

Take her out. No more bullshit, cut out the unnecessary shit and just take steps towards the goal of taking her out. You should be the one in control and you should

be the one leading and setting the frame. You should be the one to define the relationship, not waiting for her to accept you or choose you.

You choose her.

### Tinder

She was more interested in my job role than anything else.



We actually had genuine conversations, and I invited her to an event I was speaking at. She attended, but we never spoke face to face. It could have been a pretty cool love story, but at least it was a unique experience. She saw me up there, but I probably never saw her in the room.



Instead of answering a million more questions in paragraphs, I decided to move it to WhatsApp as well as specify that there is an event she could meet me at.

No bullshit.

**Tinder**

This makes me sad but also happy.



Because of these two messages, I went on to meet this girl and took her out to the place I was referring to, which was a club night.

She was a model. We went on to date for a few months and we had an amazing time together and many adventures, we even travelled thousands of miles together.

Unfortunately, it ended after nearly 6 months.



**Tinder**

She wanted to know what I meant, so I referred to her bio to skip the explanation. I then wait for her response.

She responded well, so I used this to proceed further into arranging an activity, and then receiving her phone number.

Her name is not Fire, by the way. But our similar opposites were a good opportunity to make this seem like we have to take it further.

We had a series of adventures on the day we met and started seeing each other more. We had a very good sexual relationship.

**SMS**

She wanted to know if we would meet at a place, I regularly go to. I was genuinely going to be somewhere else, so I gave her a different option.

She was insecure or worried about me potentially not showing up; therefore, the solution is to let her know that there is nothing to worry about. To solve this, I suggested that I could share my live location so she knows exactly where I am.



She was curious about the idea, and I gave her my address because I was at home.

At 11:21 she said she would be there at 13:00; that is 99 minutes away. Because she decided to come so spontaneously, she is quite clearly very interested in me.

She also stated that she was not coming to have sex. Classic **shit test**!

I responded with a joke in response to her saying that we will not have sex. Reacting to it will cause a problem and show her that I am just interested in sex, even if it is not true.



She turned up exactly 90 minutes later and despite saying that

she did not want to have sex, she started being sexual shortly after she arrived.



### Facebook

Be grateful when a girl makes the moves on you. Not only is it easier to understand their intentions, it is also easier as a whole because you know there is interest of some form. Confidence is key.

These messages were all simple and straightforward, and the next steps had us go out together.



### Tinder

A few back and forth messages solidified the date and the phone number.

First, she was a little alarmed by one of my photos, which was a photo of me looking at the camera while a girl is wearing high heels and has her legs on me. To her it is just something she needs to test me on, all I have to do is pass the test; I did so by explaining it a little and making a joke out of it, and then addressing what I actually meant and what I actually want out of the implications of my first message to her.

Her view on dating was exactly like my view on dating. Towards the end, I received her phone number and we solidified a fun date for a few days later.

We did not actually do this, we chose something else.

 Say no more. It's done.

**Facebook**

We met on this day, and we became friends on Facebook. We were at a small university event, and I intrigued her the moment we met. It turned out that she had the same name as my ex-girlfriend and came from the same place as her.

Asking for a good place for a standard Nigerian food choice, it was opportunistic to take her along with me to a Nigerian restaurant knowing that she has never had that experience.

 A time and rough location was specified.

For logistical reasons, I later checked where she would be travelling from, so that we could meet before getting to the location itself; my area was in between her area and where we were going.

The day before the date, the time and meeting place was solidified.



On the day of meeting, I checked for her to be ready nearly two hours before the meeting time since she did not respond, this is to double-confirm not only that she would be making it but also to confirm that the plan has not changed and that she would be on time.

We ate Nigerian food and I puked onto my plate.

But still, I took her home with me.

**Tinder**

Using my opener, I did not get an answer from her; instead, she asked me the same question without giving me an answer first.

She wanted some definition, so I planted the fun idea of using her imagination to do something amazing for a date.



She named something, I named something. We repeated this. The idea of making cookies and feeding them to each other seems very innocent and girly, but it's just supposed to be a fun idea to capture her creativity and emphasize the fact that we could do pretty much whatever we want. However, the main reason is different. Where can you bake cookies, watch a movie and escalate sexually with her all in one location? At your own place.

Then we chose the most amazing one, and moved onto WhatsApp.

### WhatsApp



She did not want to eat out on the first date and instead suggested coffee. I don't like coffee and see coffee dates as boring, so before this screenshot I called upon going to a cool hot chocolate place. Time and date was set.

We then met that day for our first date, and she paid for it. We then went to explore the nearby streets and headed to a landmark area of the city to sit on the stairs for a while. I then offered to cook together at my place, so we went home to cook; so it turned out that we did eat together on our first date.

After all this, she stayed over and we slept together.

### Tinder



Line sent.

She answers, but she responds with a question; she is curious and wants to know more.

Plant the seed of meeting by introducing exciting ideas. A tiny bit of playfulness, but she does not have any ideas.

Time for inspiration. I sent her some ideas to pick so I could spark some excitement or imagination.

Transfer to WhatsApp; job done. She also mentions that she is not able to do today, which means that if she was able then she would

have jumped right on the opportunity. I do not tend to match with someone and then meet them on the same day, but this is good information.

We baked cookies and had sex.



**WhatsApp**

Arranging a third date. My idea was for her to join me and two Russian female friends of mine at a place near my house for food.

One of my friends was held up at work, so I arranged something for the future with my two friends. Meanwhile, the girl from this interaction came and just the two of us went there.

We got on very well and we discussed deep things, and we even talked happily about the fact that my relationships often involve multiple girls.



**WhatsApp**

We did not message each other much because we were both travelling. It is therefore pointless to constantly message each other, because there is no way we can meet until we are in the same place.

Finally, we were both back in London.

15 minutes before I finish working at an event, I give her the idea for a date to have that same day. I wanted to watch a movie, and it was a good opportunity to bring her along to it.

I throw in some humor to set the rhythm of not being a serious bastard.

She gets distracted a little from the main purpose of the conversation.

Let's get it back on track.

Time to figure out **logistics**.

I give her the details of the location.



It may be a little far away for her. But it's a very hyped movie and something she should not miss out on just because of an excuse. It is also near where I live, which gives me good **logistics.** One street away is as good as it gets.

Lots of emotions, possibly needs more convincing. But no more convincing needs to be done, so I assume it will happen.

Still a little off-topic.

Back on track.

There is still a little resistance.



At this point, it is like being the voice inside her head that convinces her brain to do something she knows she wants to do.

She hasn't even confirmed yet, but I assume it is happening. This gives her the opportunity to, in her next message; tell me in some way if she is coming or not.

She is.

Now it's for real, this will happen.

Now she is focused on meeting.

Blah blah blah.



Now that she is leaving her place, I have a rough estimation of when she will arrive.

Gave her my location, she gave me hers. We found each other and had our date watching a movie. The movie screenings were all sold out for the next 2 hours, so we booked a later time and spent the waiting time eating at a place nearby. We then watched the movie and left the movie theater at 01:40 in the morning.

To summarize, it is important to push through and get to the point. Minimize distractions or things will become complicated; in other words, stay focused and loyal to the purpose of the conversation by pushing to meet and it will be more likely to happen.

**Tinder**



Sometimes clarity may be asked for, in which case it is better to turn it into getting her to imagine something for you.

This was casually done by asking which 3 things she would love to do for a date. The 3 things line.

She used her imagination to reveal what would potentially be the most perfect dates. Now you know what to do, and everything you need to know has been acquired in just 2 messages from her.

I reward her for her great response, and move it to WhatsApp.

Choosing Words: What Should You Say?

Think to yourself… *'What should I say?'*

It does not entirely matter what you say, as long as what you say can be understood. Your communication needs to be as clear as possible. Not everyone is a native speaker of your language. If you are unsure of sending your message, before you send it to any girl, read it to yourself. Read it again, but in the voice of a nerd who doesn't know what a vagina looks like. If it makes sense in relation to that voice; if it sounds needy or desperate, it's probably not a message you should send. Now read it in a voice that is playful or masculine. Does it make sense? Does it work? Does it fit? Is this the kind of thing someone amazing or attractive would say? In order for a message to pass the most basic test, it needs to be a message that is not needy and that is not cringe-worthy. It also needs to achieve something. You cannot expect everyone to respond easily to a message that means nothing or a message that does not inspire the response of the other person. So it is important for you to think about how someone could possibly respond to what you are about to say.

There will also be cases where you may feel like the conversation has taken a turn where you do not necessarily want it to go. There is one word you can use to change the topic every single time. It is a very simple word: *'anyway.'* If the conversation goes off-topic or you need to push it in the right direction, use that word. *'Anyway'* lets you change one conversation about a particular thing into any conversation about any particular thing. It is very useful for getting back on track with your purpose of messaging her, which is to meet.

The recurring theme of the Message Game philosophy is that messaging must come with purpose, and that purpose is to meet. If you cannot meet someone because they are far away, there is really no point messaging them until it becomes easily possible to meet. For example, if you live in New York and you go to Hawaii for a week and have a holiday romance there with someone who was also visiting but lives in London, then quite clearly both of you live in completely different locations, and after that Hawaii experience both of you had to go separate ways. In that example, it will be a waste of time to be pen pals; you will certainly not be messaging each other for the rest of your lives. It's over, unless both of you meet again in another location. It is better to let the experience end on a high note than to let it drag on without purpose or practicality and just wither out and die.

Good communication must not be desperate or needy. It must be clear and it must go somewhere. Message game is not just words, you can use voice messages to communicate in more effective ways. Voice messages are beneficial provided that your voice is clear and confident, and not trembling or hesitant. It gives a more personal touch and gives a deeper sense of her knowing and exploring you. It is better to sense, in some ways, a picture of what is being communicated through voice messages. However, it is not for everyone.

There are generally three types of communication you should be aware of, and it defines everything.

1.  Attraction

2. Comfort

3. Entertainment

Attraction communication is the attempt to build attraction. One notable example of attraction communication is sexting. This is not a focus of the Message Game philosophy because the whole point of being sexual is to have sex, and messaging about sex is not sex, and it is nowhere near as good as the act of having sex. Attraction communication is a minor part of Message Game philosophy because it should already be attractive enough in the fact that you are good at communicating and getting things done, such as meeting and working on your real interaction in the physical world.

Comfort communication is the attempt to build comfort. An example of comfort communication is if you are 25 years old and a woman aged 30 is hesitant about your age, it is then important to comfort her and communicate that the age difference is not a big deal and that you are comfortable with it as long as she is. Comfort communication is all about assuring her that something is not a problem. This is an important tool for shifting obstacles out of the way to solve any problems so that you can take steps forward.

Entertainment communication is the attempt to entertain. Most guys believe that entertaining a girl through messages is the key to getting a date or having sex. It's not. Messaging should not be to entertain each other without purpose. As a disclaimer, this is not to say that you should be boring when messaging people, this is to say that you should not be relying on trying to be funny. There is a huge misunderstanding in that so many people believe that entertaining her will be the way forward into meeting or building a relationship. If you are trying to entertain her and not trying to arrange to meet, you are wasting your time. If you are arranging to meet her and you are having fun in the process of messaging, that's great.

That last part really needs to be etched into your brain. You are arranging to meet her, and you are having fun. Having fun is secondary to arranging to meet. Arranging to meet is the whole purpose, and so you are not having fun and then arranging to meet, you are in fact messaging her in order to meet but communicating in positive ways. Priorities matter.

1. Think about how you may be perceived by her.

2. Think about her potential response.

3. You can change the direction of a conversation at any time you want.

4. Do not try to entertain her without trying to arrange to meet, you are not a clown.

5. Arrange to meet her.

**Tinder**



The first message aims at provoking a response to tell me if she is boring or not. Not many girls want to say they are boring, the point is that I get a response and possibly a little extra information.

She then responds to qualify herself to state that she is not boring, of course.

Then you can lead with a suggestion of an activity that you would like, or that her description suggests.

Confirm it.

Then get her phone number and arrange the time and place from there.

**WhatsApp**



Oh, no! She knows I want sex! What do I say next?!

Well, to start with, I didn't even acknowledge her comment. I simply jumped right into letting her know when I will be available.

I didn't even react to her second comment either, I am not messaging her to negotiate the terms and conditions of sex, or to argue my way into having sex, or to prove myself that I am worthy of sex. What matters is whether we will meet in the future.

Once we meet, anything can happen anyway.

I then came up with a fun turn-around for her third comment, and she was drawn into it.

And to remind you once again, originally she accused me of just wanting sex. After these messages, we still had sex.



**Tinder**

Line sent.

What do I say if she asks something back?

This conversation took three screenshots to cover. It involved some conversation about classiness and alcohol.

Sometimes you will get a response back asking for more detail about what you said. You cannot always prepare for when such things happen, but you can learn one simple thing.

It doesn't matter entirely what was said. On the next page you can see me ask if she has WhatsApp, I asked the question in two words. The trend you have seen so far has been that girls are very inclined into giving their phone numbers on Tinder pretty easily.



The first reason is that if you're doing this quick, you're not messing around. You're not trying really hard to impress anyone. But just imagine what her other messages are like, other guys are most likely trying to impress her or saying things that are going absolutely nowhere.

The second reason is that everything said here has a reason to it, and that reason is to get the job done. To meet. To actually serve as something that isn't pointless or that isn't 'just another conversation on the Internet'.

**Tinder**

She gave lots of examples to qualify herself in her answer to my opener. These are extremely adventurous, which means that she is a very fun person.



I then looked at the bio, confirmed that we should do one of the things mentioned in her bio that she wanted to do, and proceeded to WhatsApp.

Passion.

**Tinder**



What do I say if her first response is useless?

Get back on track. Keep it simple, just like I said on the left.

There isn't much that needs to be said about this, it's a little playful, but that means nothing if you never meet her.

Time to tie it up.

Done.



**WhatsApp**

She is investing, I am replying in a very vague way.

She attempted to take sex off the table. Most guys will fall into the **shit test** trap here and react to it. The solution is not to react to it. So I jokingly said that I am saving myself for marriage. I'm obviously not. I am not a virgin. It's a joke. She knows that.

You need to learn that being serious throughout your 'conversations' is fucking boring. Loosen up, take risks and be playful.

She then said that, of course, it is a lie. She then puts oral sex on the table, but still declares that standard sex is off the table. I made another light comment, not reacting or playing into it, and we had sex later that day anyway.

Appx7321

The moral of the story is to never fall for it.

### Instagram



None of my responses were serious, so it was very light-hearted and entertaining to myself, but it also had direction.

She asked for a reason why I wanted her phone number; I made one up completely that makes no sense. I do not need to justify why I want her phone number.

### WhatsApp



She's very forward and invested, which means I can get her to give more with little effort.

Two words.

She gives me two paragraphs.

Two words.

It goes on.



**Tinder**

Line sent.

Great start. Suggestions.

Agreement.

Arranging what to do.

Milkshakes may be a problem, but the movie is good.

Choose movie.

Spiderman.

Which Spiderman?

Movie specified.

Order placed.

Confirmation made.

But wait… She knows it is too fast and wants to know what exactly I am looking for. She specified on her profile that she is looking for a relationship.

Done.

**WhatsApp**

She's being sexual. I'm being straight to the point.

She is very desperate. This girl used to see me and at this point she hadn't seen me for a very long time. She remained extremely obsessed with me.



Explicit content. Parental guidance advised.

She's making it her life's mission.

She has been writing for 10 minutes now.

She's still really desperate.

She sent a picture of her boobs, but I edited my face



onto it for the purpose of not showing you nudes in this book.

She went to go get it.

**Tinder**



She wants to know more.

Let's move it to WhatsApp, I already know she is interested.



**Tinder**

Her first response was amazing, but I did not want to fall into the trap of escalating the conversation in a sexual way; that's not what I am here for and I got bored of that years ago.

So instead, since she will 'do anything', I tell her to give me her phone number. She doesn't give it straight away, but that's okay. I can come back to that later.

In her bio, she mentioned loving cats. I decided to go on that, since nobody can out-cat me and my love of cats. This is a mutual interest that is powerful when both of you absolutely love the same thing. So I lead based on that.

She then says she likes to dress up, which is pretty sexy. But I purposefully avoiding making the conversation sexually obvious and proceed to almost troll her, but in a playful way just to see what happens.

It just goes on and on, really.

Unfortunately her profile was probably deleted or unmatched, but this would have been great if the phone number was received. Once a Tinder profile disappears, you will most likely never find that person again.



Such a shame. But this is why we take phone numbers fast in the first place.

Other People's Messages: What Can You Learn?

Ask yourself: *'What can I learn?'*

What can you take from this? This is a special chapter that breaks down the messages of other people, instead of my own. This is important because if only my messages were shown, then the context and perspective would be very limited. By showing the messages of others, you can see different styles. Everyone is different. And of course, you can try to spot the mistakes yourself, but even more important than all this is the fact that you may have sent messages similar to those you are about to see. This will provide you with future references in order to improve.

Not all messages here are right or wrong; there is a mixture of positive and negative attempts at messaging. Not only will you be able to see what went wrong,

but also you will identify what has been done right. You should also look out for messaging styles that you feel would be appropriate for your personality or your style, so let this chapter serve as a larger source of inspiration for your own potential. Any of these conversations could have happened to you.

All of these messages were collected from members of the Message Game group over the course of a few weeks. It is therefore quite necessary for me to declare that obviously, these are not full conversations, and some are just screenshots of just a few messages. This is because many members get excited when something happens and show us the messages before the next steps happen. But this is no problem. It will be very apparent as to which stage people are at and where the interaction can go from there.

Let's dive in and see what lessons we can learn from other guys.

### Someone's Messages

Straight to the point is great.

Although she loves that it does not waste time, she just needs comfort in  knowing whether or not this guy is worth her time. So in this case, don't be sending lots of messages after receiving one like this. You can simply just say that it may be worth the risk or that the whole point is to meet.

### Someone's Messages

This person started a conversation based on something written in her bio. He gives a
'push' and then gets straight to the point.

She likes that it is straight to the point. To girls, it is often a breath of fresh air. At the same time, she doesn't want to give herself away too easily by declaring that he will have to work for it.

He responded in almost exactly the same manner, which does not exactly solve the problem or move it forward to receiving her phone number, so i t can be taken as a step back. Instead of acting like a sassy fat princess, he could have focused on ignoring her last message and proceeding to finding

a reasonably easy way to obtain her phone number by providing comfort to her hesitation of giving the phone number.

### Someone's Messages

This person poked a t the girl that she is becoming a little out of touch. She did not exactly take it that well, but at least it spills the beans that she liked having her bean flicked.



The mere fact that she wrote a lot in her own defense goes to show that she cares about how she is viewed by this guy.

### Someone's Messages

This was actually made famous as a meme. Her name is Sophie and the guy is trying to use clever ways of becoming sexual through messages.



But that's not important. The important part is that so many guys think that in acting this way - by trying to entertain girls or trying to be clever in the messaging maze in every conversation will get them results. It won't. You will just be wasting mental energy and going nowhere. Don't try to be clever like this.

Yes, it's funny. But not every girl is called Sophie, and if you try to have clever responses to girls, you will have to be able to think quickly for every possible message you receive.

### Someone's Messages

A follower of my Message Game techniques used a very similar approach, solidifying both the phone number and the date at the same time.



He is very focused on the objective and therefore more likely to complete it.

### Someone's Messages

What a mess. It's a bad attempt.



First of all, it uses plurality. It is not about oneself, it includes everyone of that description so she can quite easily pick someone else. Second of all, there just isn't much to it.

**Someone's Messages**

One of those 'depending girls'.



When this guy posted this in the Message Game group, everyone loved it because she took it straight to sex.

**Someone's Messages**

Not a good start. As for the second line, a comedian would not say they are funny, just like a tall person wouldn't say they are tall, just like a weightlifter wouldn't say they are strong. It should be very apparent without needing to declare it. Here's a better one. It's like a black guy saying he's black.



Now for the third line… He says that the chat was fun. A girl would think he has probably never had a fun conversation before. He was ignored, and that is no surprise to me.

He tried again the next day. And hours later, still reacted to her story. And replied again.

This behavior is too needy and the guy is trying to qualify himself too much; making his value a lot lower than hers.

**Someone's Messages**

Yes, lady. This is exactly why I made this opener. She appreciates that it comes from getting shit done instead of asking stupid common questions or sending messages that lead nowhere.



The obstacle, however, is the last thing she said, but it can easily be eradicated simply by declaring that the point of the adventure is to get to know each other.

Messages are not f or exchanging life stories or getting to know each other. Dates are for that, or alcoholics anonymous meetings.

**Someone's Messages**

Some phrases used here were directly copied from the Choosing Words chapter, but added a slight twist in inspiration.

She's open to it, perfect. Now it is time for him to arrange the time and place. Nothing more.



### Someone's Messages

This is what I call a 'defining girl'. She wants more detail to picture what this is about. She cooperates quite well, so now it is time to arrange something.

### Someone's Messages

Quick and easy. She cannot do it on that day, but she says that the weekend is good. Perfect. Proceed to the arrangements.

### Someone's Messages

This is what I call an 'out of 10 girl'.

She gives details of her timings.

The conversation proceeded to arrange for the same day. Very well played.

Location given.

Looks like a great interaction so far, it's a very solid arrangement.



He did it.

**Someone's Messages**

It was inevitable.

**Someone's Messages**

On a serious note, don't try this on everyone. But it will inevitably work on certain types of girls. I tried it myself once just to see how funny it would be. I got unmatched. But this guy pulled it off.



**Someone's Messages**

I actually have no idea what happened here. It hurts just to read it, but she actually asked him for his number.



**Someone's Messages**

Ooh, interesting. Smooth.



**Someone's Messages**

Perfect, I guess.

**Someone's Messages**

Her response proves that she believes in the philosophy of Message Game - to meet.

She is also available f or the entire day, so they both pursued to meet in short notice.



## Someone's Messages

The way she messages is like she has a lot of energy and curiosity. Five exclamation points in the first response.

Three questions in the second response.

Five individual lines of messages in the third response. It was funny.



## Someone's Messages

Basic girl.

He asks for her favorite drink, she doesn't cooperate. Then she does. The moral of the story is to not give up just because of one small response.



**Someone's Messages**

It could happen. In such a situation, move to WhatsApp ASAP.



**Someone's Messages**

He asked for how spontaneous she is. She doesn't quite get it, so he reframed to pizza. She really doesn't get it, she seems pretty dumb. So he reframed it again to meeting instead of chatting, which was a great way of communicating it and got straight to the point instead of explaining things to her like she is a dumb 5 year old.



**Someone's Messages**

Straight to the point, once again. Works out really well. She loves it.

**Someone's Messages**

Nicely done. She put up a barrier of not wanting to go to his p lace because she doesn't really know him. But that's not a problem, just a little bit of comfort is needed. His fun personality conveyed through the messages helps comfort her with the idea of meeting for pizza at his place.



**Someone's Messages**

She specifies 'anything but sex', but this doesn't mean they won't have sex.

The German speakers of Message Game are doing very well.



**Someone's Messages**

It all happened so fast.

**Someone's Messages**

One of our London-based followers using the Message Game mindset and putting it to practical use.

XOYO is a club in East London.

His responses are very basic and short, he just needs to get to the point now.



She is jealous, but she loves it.

The power of Instagram allowed him to share the social proof of himself having fun with different girls. She noticed that and specifically admitted that she noticed how 'pretty and skinny' they are. This means that she sees that this guy has value.

She is now comparing herself to other girls.

She is pouring her heart out here.



**Someone's Messages**

It's a spontaneity contest.

WhatsApp or Instagram?

Alternatively, Snapchat?

Competing with each other.

Snapchat ID given. A little messy, but try not to give too many options when closing.
WhatsApp will be good enough.



**Someone's Messages**

Asking when she is free is one of the most important questions you could ever ask. It's all about meeting.



Knowing the activity is also important.

**Someone's Messages**

Something about a workout.

4 March 2019, she declares that she is busy for the whole week; this day was a Monday.



He replied the next d ay, on Tuesday. Not a good idea. This left his message as 'read' because the conversation for the rest of the week is simply pointless; she is busy.

What he should have done is not open or respond to her message until later that week, so that she could reply on, for example, Sunday when she is able to see her availabilities for the following week more clearly.

**Someone's Messages**

I'm a little freaked out.



### Someone's Messages

This guy literally copy-and-pasted most of the lines from one example in this book with absolutely no context and it still worked.

That example is on page 161.



### Someone's Messages

The word 'depends' is quite common in receiving a response to the classic spontaneous line.

The new 3 things line captures imagination more.

She has good communication, so she is more likely to be a really good person to date.



## Someone's Messages

The first message h ere refers to her bio on Tinder. Her response is playful.



It's even more playful.

Now for the real stuff. It's important to get things done instead of attempt to flirt or be playful forever.

Goes off-topic a little once again.

Time to get back on topic.

Time to number-close.

**Someone's Messages**

Chris from Texas showed me this.



A version of the spontaneous line.

She asks quite a lot of questions, but they are mainly aimed at meeting. This is a good sign and a big IOI.

Yes, Chris. Now we're talking.

Emotional spike.

He asks if she is up f or it or not.

She wants to do this. Now for **logistics.**

They have now told each other their locations.

He gives the place to meet at.

He left her place the next morning. They did naughty things together.



**Someone's Messages**

That's a deal.

**Someone's Messages**

Spontaneous line.

Seeing what kind of girl she is.

Interesting at least.

Sold.



**Someone's Messages**

We received these screenshots as it was happening. We were very interested in what was going to happen next.



She is being sassy with the accusation of this guy copying and pasting the opener. Did he copy and paste? Yes. At least he sent a message. What right does she have to complain when she was not the one to send the first message?

She proceeded to rant a little. Nobody really fucking cares, lady. Immediately after she sent these last messages, she unmatched him. If she is so quick to judge and cast someone potentially amazing out of her life, then she made a big mistake and it is her loss. She will drown in her own dating frustrations.

Needless to say, if you're the woman who wrote this and you're reading this, so many female profiles do not even have a bio. You lost a good man and that's your problem.

You're not going to get far.

**Someone's Messages**

Our school of thought that is discussed in the Message Game group brings some new insights on a regular basis. In February 2019, we discussed re-engaging old conversations with random Umbrella Academy GIFs; my idea. It worked on some, of course, which brings to wonder why they didn't respond in the first place, but none of that matters; you cannot do anything about it other than send a GIF and hope for the b est.



This was the first attempt made by someone to achieve the same result. This guy also mixed in March 2019's new idea, also by myself, to bring about three date ideas.

Look what happened, and this was found quite common when we first started rolling out the idea.

Perfect.

**Someone's Messages**

+10 points for Spiderman 3 GIFs.



Ice's adventurous line.

Beautiful idea.

No more needs to be said, so it's time to get the number.

She likes the quick moves. It is important to get things done quickly, otherwise it will be more likely to remain unfinished.

**Someone's Messages**

Spontaneous line.

She's fucking agreeing.



Another reason why you shouldn't reply too quickly.

Joking is good, it provides humor and stops her from seeing that he is taking up the offer too quickly. He therefore isn't desperate.

The 3 things line, created in 2019.

Better not to argue, well played.

Perfect for some.

**Someone's Messages**

She opens.

This guy responded with the idea of a staring contest, which I gave in the Message Game group when he was wondering what to reply.



I left him with the task of coming up with something the loser has to do. He did well.

Too good to be true, ma'am? I know.

Maybe some more details, but not entirely necessary.

She is quite invested in the conversation and idea already.



Time to move to WhatsApp.

It's better to be very clear when you talk about something, it saves time.

Well communicated. Done.

**Someone's Messages**

This guy used the spontaneous line.



Absolutely no bullshit. Straight to the number close.

She gave him her phone number. All it took this guy was 2 messages to get it.

**S**omeone's Messages

This is in fact the same guy and the same girl from the previous page. He is now contacting her by using her phone number.



Some bullshit about names.

This is where she was about to stop responding. This guy asked the group why she would stop here.

She stopped responding because, before the phone number, he was efficient and fast. He was taking action. Now there is a bullshit conversation leading away from the original purpose. It is inconsistent.



**Someone's Messages**

Spontaneous line.

She needs clarification.



This is literally, why the spontaneous opener and the adventurous opener are so great. It puts you in the judgement chair and makes you screen her first instead of her screen you.

Three things line.

Now you know what she wants to get up to.



**Someone's Messages**

Spontaneous line.

3 things line.

Phone number.

Summary: SIMPLIFY.

### Timing: How Long Should You Wait?

Ask yourself. *'How long should I wait?'*

Don't be that desperate guy who responds to a girl the second she sends you a message. There is only one situation in which you should respond in very quick time, and that is if you are meeting at that moment and you are trying to look for each other. Alternatively, if it is another time-sensitive matter where she, for example, wants to come over spontaneously but needs you to confirm if that is okay. If she is meeting you that day and asks if 8PM is a good time, you should obviously respond before it's too late. The definition of 'too late' in this case is 8PM, minus the amount of time it takes her to get ready as well as the time of travel, as well as extra time for the sake of not rushing her. A 7PM confirmation for a meeting time of 8PM is a rush, but confirming hours before is very comfortable. When it comes to solidifying a time, that is absolutely the final step you need to take in the message game, so it does not quite matter how quick you are to confirm with each other when the meet up will take place, as long as it is comfortably before the meeting takes place. That's the issue of time-sensitivity.

The main issue, of course, is that many guys do not know how long they should wait for literally anything. If you get a  match on Tinder, you can message straight away. Most girls do not send the first message. Useless! Sexism! But it is of course a good opportunity for you to message her minutes after matching, in case she wants to say something first that she has been meaning to say. You never really know if she wants to message you first, but that does not matter. Just send it. However, when it comes to timing in relation to receiving replies and when you should view their messages or respond to them, you should not be responding

straight away or in a matter of minutes. I will break it down for you so you can picture it.

If a girl messages you out of nowhere, then you can reply without worrying about timing; it does not matter if it is a few minutes or a few hours. If a girl messages you because you sent her a message, then she is responding to your message. If she is responding immediately, you have nothing to worry about if you respond immediately in this case. If she responds after 10 minutes, do not respond to her immediately, do not respond to her in 5 minutes, do not respond to her in 10 minutes. If she responds after one hour, do not respond to her immediately, do not respond to her in 10 minutes, do not respond to her in 30 minutes. If she takes an entire day to reply, do not reply that day. You should wait at least 150% of the time she took in the case of up to a few hours as a general, but loose, rule. It's not black and white, just recommended. Even if she takes two years to reply, don't take 3 years to reply; that would be a massive waste of time. But just be sure that your timing does not imply that you do not have things going on in your life or that you are really bored and just need attention from girls on Facebook or any other form of messaging or communicating. You can find out about people by everything they do; their timing, their words, their behavior, etc. In the sense of timing, if she responds fast then she is probably obsessed with you or really needs attention, but if she takes a long time to reply, she probably has a lot of things to do or has a lot of messages, or does not pay much attention to her phone.

If you are both replying to each other fast, you really need to make it actually go somewhere and have a purpose. You are not reading this to learn how to collect pen pals, you are here to prevent that from happening and make dates happen, so you can gain new experiences, friends and relationships. Have a bit of pace. If you're falling in love with a girl over messages, you really need to reevaluate your existence. Just meet her.

Any pattern that occurs extremely frequently with minimal anomalies is a predictable pattern. If you are always responding very fast to girls even if they take

long to reply, they can exploit that and they will also know that you will respond quickly; you're predictable. If you always take long to reply even if girls reply fast, they can call you out on that. They will therefore know very well that you take a long time to respond. However, this is less of a problem because you are in a position of power and can fix it by just saying that you were busy; just like any girl would say to creepy guys who ask girls why they are not responding and why they are not petting their poor lonely stalking creeps.

Optimally, the time it takes you to reply to someone should tell her that you have other girls to talk to and that you have a life and things to do. You should not respond quickly in excitement, especially if the girl you are responding to takes a long time to reply. If there is a girl who is very unresponsive, you need to go **onto the next** girl by having the abundance mindset of being able to interact with other girls; you should not be dependent on one girl. A common question often asked is along the lines of *'what if she says she is busy over the next two weeks? Should I keep it warm by keeping the conversation going?'* No. Come back to her when her busy period is over. You should have access to many options so that if one is less responsive, you can work on five other interactions.

### Tinder



I sent this message on 28 March 2017. I received a reply 616 days later on 3 December 2018, almost 2 years, which is approximately 2% of the average human lifespan. I waited a very long time for this response, but my life went on.

I also replied the next day because it would be silly to wait another 2 years just to make a point. It took a long enough time for a response, so it is still worth a try at making it go somewhere soon.

### WhatsApp

This was about essays, so I decided to make it fun. It was also time-sensitive, so I was very sure to check in on when exactly she

 would arrive.

### Tinder

She responded pretty fast, so I also checked up soon after at 18:32.

She responds at 21:00. At night there is no point responding if you have already waited for that reply, so it is often better to reply in the morning; then the whole day is ahead of her; she responded in the morning when I sent the message in the morning.



She then gave her phone number, but checked the conversation only two hours later to find she got one of the numbers wrong; she fixed it herself.

Patience will quite often serve you well, so do not rush.

### WhatsApp



We were supposed to meet on this day, so it is time-sensitive. She sent me a message at 00:19 and I decided to sleep or do something else, saving my response in the morning until 09:23. She still did not come online, so I messaged again at 15:28 because it is time-sensitive.

At the time it felt like I had to rush, but luckily it was not a problem. She specified that we would be alone until 19:00, so this gives me good information that she would not have to interact with others.

So I made my way to her place, and by the time someone else came to the house we just moved to her room and I stayed the night with her.

### Tinder

 It took her less than 4 hours to respond to my original message. If I replied too fast, it would not have escalated that quickly; she sent an additional message after less than 4 hours. In summary, don't rush to reply. She could chase you and skip the bullshit for you.

### WhatsApp

 In these first few messages I wanted her to come to my place. She isn't very good at communicating or meeting up.

But eventually this meant she had to do the rest of the work to see me again.

I went to the place.

I then had to leave after a few hours.

### WhatsApp

She wanted to see me on Sunday.

She wanted to be sure. She must really like me. Big IOI.

04:24 in the morning, she has been out partying and she is horny and wants to have sex with me.



She is embarrassed, messages me again at 11:22 after I didn't say anything. Big IOI.

We met again and had sex.

**Facebook**

2017 and 2019? Two years later, she messaged me saying she will be coming to see me.

July 2017.



Now it's 2019.

Lies. She wants to have sex. She now has money to travel to me and spend time with me. In conclusion, spend those 2 years doing other things with other people, what we call **onto the next.** When it comes to those you couldn't meet at one point in your life, you always have the future.



**WhatsApp**

A girl from Tinder was meeting me for the first time and running out of battery.

Communication and precision is vital.

I can find her using a map.

We meet.

She had to leave early in the morning after having sex because she had to be at work.

Timing Assignment

Your mission is to stick to the rules below. These are the rules of engagement that you should follow so that you do not appear to be desperate or bored. If you are new to this concept, you will stick to it very closely in your mind every time you see a message. Over time, your brain will be more automatic in working out when a good time to respond is.

1. Do not ask why a girl is not responding.

2. Do not ask a girl why she is taking long to respond.

3. Do not message a girl back immediately if she takes more than 2 minutes to send you a message.

4. Do not message a girl back in less time than she did unless it is a time-sensitive issue such as that you are supposed to meet that day or if she has not responded in many days, weeks, months, years or decades.

Disclaimers: What If You Mess It Up?

The worst mistakes you have made in terms of sending messages are already over. You now know more, you ultimately you won't make mistakes bigger than those you already made.

Remember, message game is for meeting, not for negotiating your way into a girl's pants, and not for trying to change her mind about whether or not she wants to have sex with you. Your goal is to meet and t hen take things from there; it is better to meet and to physically lead to sex than to message her to try to convince her to have sex with you. If she is not interested at any level, she will not meet you. If she meets you, that's a good sign and that's all you need to know; it is an IOI. If she messages you first, it is an IOI. If she is still talking to you, it is an IOI.

However, if she flakes on you or doesn't show up, then she is either not very interested in meeting you or not organized enough to remember she was supposed to meet you. Many guys get frustrated when a girl flakes, it is understandable. However, it is very important to remain unreactive and just go onto the next. You should have many females available for you to communicate with, so do not get stuck on one person. If she isn't very responsive towards you, then she is definitely not someone you should consider as special. If you haven't even met her, she is definitely not special. Do not get hung up over someone you have not met, and do not get hung up over someone who is not responsive. There are millions of other girls out there who could be so much better for you.

There are plenty of fish in the sea.

There will be another bus.

Onto the next.

### Tinder

No matter what you do or what kind of person you are, not everyone will like you.



In this example, I did not get any messages from this woman until I changed my bio to something more provoking by mentioning fat people.

There is no right or wrong, you will never have the perfect profile for every single person on Tinder who sees it. People respond differently to various things, so it is important to let go of trying to please everyone.

**WhatsApp**



There is purpose straight away; I asked her when we would meet again. Pay attention to this fact; she did not resist. She called me an asshole, she called me a cock, but she did not resist.

She asked me if I just expect her to be at my beckoning call, but she did not resist.

Our relationship was mainly sexual. We did not spend time together outside of our own homes, but she put across the idea that I should want more. She seemingly wanted more.

I posted a photo on Instagram where I was having food with someone else. She saw it, and I was asking if she is upset because of that. If she is, then she wants a relationship.

She avoids answering, but I genuinely ask her if she wants to. She said she doesn't know, but that is okay; in such a situation this means that she is either confused about her feelings or just hesitant.

Continued.

So I was then clear to her in my next message that she can express whatever she wants to, I make it clear that it is not a big deal to say what she wants and that I am paying attention to what she wants.



The rest of the conversation is less meaningful, but many messages on we eventually found time to meet again.

### Instagram



This did not work. But she still met me multiple times in the space of a few weeks after this, and she also kept calling me from time to time for many months.

The key here is that I had a valuable thing she wanted to experience; I had something interesting to offer. That was the fact that I could take her backstage in a large club and venue in front of thousands of people. I can use that as advantage instead of giving away my power easily.

### SMS



If she is very clear about what she wants, then you should have nothing to worry about. If none of you are clear about what each of you want, perhaps some direction needs to be shown in your conversation.

### WhatsApp

She is obsessed. Maybe one time you used to be a little like this, now you can be on the other side of it.



## WhatsApp

This was a discussion the night before we met; a girl I matched with on Tinder.



The plans for meeting were already set. She asked if I am single. I gave a non-serious answer to lighten up the conversation, and responded in a very clear way as if her question was silly; but most importantly I asked her why she asked so I would know how she thinks.

My prediction was right; I knew that she asked this question based on my photos from Tinder and possibly Instagram because some of the photos involve girls.

I then explained that I am open to seeing multiple girls at the same time.

We had sex the next day, and that was the first day we actually met.

## Tinder

Line sent.

Clarity needed.



Reframed to capture her thoughts on what would be great things to do.

She seems quite adventurous and fun.

The third one is the craziest and would be an amazing life story, so I take it as a very real opportunity.

She agrees and is very serious about it. She also states that her passport has expired. Being an English citizen, she can access Wales and Scotland without showing ID, which are the only countries we can therefore go to without a passport renewal.

Now it is time to move to WhatsApp and make something amazing happen; going to another country for a first date.

She complies.



**WhatsApp**

This is the same girl from the page before, so here is an extremely useful continuation of the conversation in this case study. My name is stated to clarify that it's me. I also put forward that there is no way we can miss the opportunity to travel together for a first date.

It is only 4 hours to Manchester from London and 10 hours to Edinburgh from London. I have spent entire days travelling across North America, so it does not bother me.

She states when she will be available to book everything.

Blah blah blah.

She qualifies herself, which shows even more as an IOI that she is definitely into it.

Setting the plan in detail.



**Logistics** stated.

Location sent.

Blah blah blah.

Time to go.

She is coming.

By now she has proven to be very reliable at communicating and letting me know details of timing. This is extremely beneficial

and attractive to me since this is about doing something quite different, edgy and dangerous.



She also makes it clear for me as to what I should look out for; her communication is very solid.

We met that night and booked the trip for our first date. A very real adventure.

**WhatsApp**

Watching TV shows together.



She asked if I wanted anything from the store.

She bought these for me.



She is focusing on the socks, but really she might want me to see her shoes.

I reward her for showing me.

We saw each other another time.

Dealing With Rejection: Why Is She Ignoring You?

So ask yourself. *'Why is she ignoring me?'*

There can be many reasons why someone is ignoring you. One of the most common ones is that you're just being annoying. Stop it. Seriously.

Are you a man or a bitch? If you are offended by some girl you have never met or that you barely know, you can go shrivel up like your wrinkly little penis does in the cold. Never be reactive towards a girl if she ignores you, rejects you or says something negative. Never fall into her frame when this happens either. If you are offended so easily, go cry in a corner while everyone else makes better use of their time.

**WhatsApp**



I'm not a girl, but I received these messages. I do not know who this guy is. I do not know the phone number. The person does not even have a photo. Needless to say, do not be this guy.

On top of all that, this person did not mention who he is. He did not say his name. He did not say why he is messaging me. He did not say how he acquired my phone number.

Ultimately, none of this appears to have any purpose. It is needy. It is obsessive. It is unnecessary and annoying.

Imagine how many times a girl has to put up with this. There is no way you can expect to achieve anything by acting this way.



**WhatsApp**

Ignoring girls to some extent can make them even more needy and desperate, giving you higher value.

Over the course of 28 hours, she did not receive any response from me, but she left me 12 messages begging for my attention and also literally begging for sex.

### SMS



Time is often something that people forget about. It is a variable in everything we do that never seems to be clear in terms of what could happen.

In this case, time will show me that she is desperate and obsessed, and she will be more likely to admit or communicate relatively clearly what she wants and how she feels.

### WhatsApp



At 14:44, she stated that she is becoming sexually confident around me. 5 hours and 30 minutes after no response, she sent a video of a dog.

I responded to her message, but not the message about the dog. She then wanted me to respond to her about the dog, only for me to make a joke out of it by effectively calling her a dog.

She then become more sexual by saying that she wants to ride me on her sofa after she talks about two other points. I ignore the first two points and address her third one, without even being sexual.

She then tried to lure me in for sex and told me when to come.



Continued.

I told her to keep talking, as she is very invested into being sexual with me already. She goes through the steps, and I simply say that I like it.



She then offered to also cook for me, at this point I started replying after even longer periods of time.

Finally, she wants to know if I will stay for the night. Her intentions are clear, and my messaging was very minimal and effortless. Everything mentioned happened that week, only that the food was not that interesting.

You can also see a preview message here at the end to show what her next response was; admitting that she just looks forward to the sex. The original Message Game Guide (2018) featured a chapter like this.



**WhatsApp**

This was a continuation over WhatsApp from a match on Tinder. I sent her my location and gave a plan to start from.

Immediately she reacted in a 'princess' way. Her behavior using certain words and phrases such as *'I don't'* , *'I don't [do something] for a man'* , *'I want a gentleman [who would do something that I would not do for them]'* and much more to follow. This behavior is what I call the princess mentality - where the girl expects the guy to do everything. I also call this sexism. It is not a good sign, and I certainly do not want to have a relationship with someone like that.

Her reaction also paved her way into explaining why she was triggered, she shows fear by mentioning *'dangerous'* adventures she had.

On top of all this, she also says another line of the princess mentality *'if you can't be.'* This is an expectation she has of whom she is talking to, think about it rephrased as *'if you can't be [up to my expectations]'*

Appx7365

or *'if you can't be [up to my standards]'*. By expecting too much of people in such a sexist way, she will not have success in dating. In each case, I have seen of this, most women with this exact behavior have been above the age of 25. So ironically, these people will most likely die alone if they do not change.

The inevitable flaw of the princess mentality is that any man that falls for it just becomes her bitch.

Continued.

Plus, of course, lots of what she writes makes no sense. The way I respond is very calm and simple, it is unreactive. Whereas her behavior is reactive and all over the place.

The final princess line is 'it is a man's job'.

 This behavior probably means that she would expect you to pay for her food when you eat out with her or her drinks when you go to a club or a bar. Maybe it even means she will also expect you to buy her clothes. On another level, if you get married, she would probably eventually divorce you and take your money and your house. This behavior at even a low level may extend to such long-term extremes.

To summarize, it's good that she blocked me.

Dodged a bullet.

**Tinder**

Opener sent. No response.

9 days later, I sent a GIF to bump the message.

She responded, but still wasn't enough.

Asked a question.

Appx7366



Still no response, another bump sent.

Her communication is almost useless.

However, I got it.



**Tinder**

She opened. Interesting but weird question referring to one of my photos on Instagram, inspired by a scene in The Wolf Of Wall Street where Jordan Belfort is tempted by his wife taking her panties off.

Well, she's a mean one.

Accuses me of ego, quite hypocritical and quite the opposite.

I sent a load of lighthearted joking messages.

She unmatched. Her loss and perhaps something I can learn from. Perhaps it is better not to justify or explain yourself, especially to someone who communicates

with an ego and from a frame of disagreement.

**Tinder**

Adventurous line sent.

Assumption.



I accuse her of wanting sex instead of letting her accuse me.

Got it. She was not very good at communicating through WhatsApp, so I did not proceed further.

**WhatsApp**

When receiving her phone number, I sent her my name and continued the conversation so she knows who I am and what to save me as.



Because she doesn't understand my name and is therefore inconsiderate and quite dumb, I decided to explain it. Then I joked with her. She blocked me. Her loss. If she is to act in such a way, then she definitely would not be good enough for me; you also must believe in this idea.

**Tinder**

Adventurous line sent.

It's a competition, apparently.



She already Googled me and searched everywhere for me. She's coming from an intimidation frame, not a good start.

I try to lighten it up.

She is distracted and still researching me instead of communicating with me like a real nice person would.

I accuse her of stalking playfully.

She doesn't understand masochism and is exaggerating something she saw in one photo inspired by a scene from The Wolf Of Wall Street.

It's like she is analyzing and critiquing my profiles.

Doesn't understand masochism or The Wolf Of Wall Street.

Obviously isn't interested. Wasting my time.



I try to see where I can take it at least.

She also misunderstands more things from my profiles, and more basic words.

Teaching her knowledge.

Time for me to come from a higher frame to put her below.

She just wants me to follow her.

I refuse.

She desperately wants followers.

Trying hard.

I still try to see where I can take it.

She still is just trying to get followers, but still hasn't followed me despite stalking me. Standards must be set. I won't fall for her that easy.

I give her my details, and a joke.

Expecting me to follow her, yet she has not followed me. This is why Instagram is not solid for closing; too much ego is involved on Instagram.

I go on further and she tries to qualify herself.



She followed me on Instagram. As predicted, it went absolutely nowhere.

**Tinder**

Spontaneous line sent in January 2017.



Is she free tomorrow?

Apparently not, she replied over 2 years later. It is May 2019, and I am not falling for that.

She just wants to talk dirty, but I do not. I want dates.

WhatsApp or go away. All or nothing. Date or nothing.

**Tinder**

Adventurous line sent.

 I respond.

Still nothing, so I sent a GIF.

She reveals she doesn't pay attention to Tinder, so now it is WhatsApp or nothing. Sometimes people are genuinely busy, this is why fast moves are important.

Collected.

Solving Problems: What Can You Do About It?

So ask yourself. *'What can I do about it?'*

Be a man and fucking deal with it.

From years of seeing other people's messages and receiving their questions, it was quite common to see people stressed out about when a girl changes her plans to meet. Some girls have cancelled on guys. Some girls have suddenly had a genuine change of plans because of family, work issues or anything else. Life gets in the way of many people, but there is no need to worry. What can you do about it if she is not available?

To start with, the average lifespan of a person is roughly 28,000 days, and most of you who are reading this right now most likely will not die this week, this month, or this year. In other words… You have time. Plenty of it. If she is not available on a particular day, you have other days in the future to choose. If you manage to secure

a time, but then she has to cancel it or change it closer to when the d ate takes place, you still have the future. Yes, it can be frustrating to have changes to your plans because of other people, but there is nothing you can do about it. Instead, what you can do is embrace the fact that you and her are both, in most cases, going to live beyond the short-term realities of the right-now. There have been times that I did not see certain girls or go on a d ate, or in some cases another date, with her until weeks, months or even over a year later. Anything can happen, just make sure you are always still connected; as in you always have a w ay of contacting her at any time.

If you are struggling to find time with someone, you absolutely must not keep messaging that person at all times. You should only be messaging people out of necessity and meaning. If you had a romance with a   tourist or as a tourist and one of you had to leave and go somewhere else geographically, and if she was a great connection to you, it does not mean you should be messaging each other every day. You are not pen pals. This is not a high school love story romance where you will one day hope to reunite and fall in love, or at least definitely not if you are constantly trying to communicate; let it go. You can get back to that person at any time when you find a purpose to once again, and the best example of this is if you will both be geographically close a gain.

One time I met an amazing girl from California. I met her in Europe, but she was leaving the next day. We had an amazing time, but we had to say goodbye. We found each other on Facebook so that we could still be quite easily connected. One year later, I was travelling through some American states, so she was able to see that I was in her country at the same time as her. We checked in with each other, but she would be in California and I would be in New York, but we did at least try to see if we could meet. Another year went by, and we had still not found each other again, but I still have not finished travelling, just as I have still not finished living. No matter how long it takes, we could find each other again. There is no need to message her until one of us knows that we could quite easily meet again, but that requires that we would know we would be in the same place at the same time. Stay

connected on Facebook, for example, but do not become pen pals. Do not ruin your connection by wearing it out on a screen that is brighter than your future.

On the other side, do not worry if you no longer like a particular girl or if a particular girl is no longer into you, or just ignores or blocks you. In very few cases, it will happen no matter what you do, it's the same as falling out with friends. Things change, do not be attached to certain people, or that will be considered obsessive. If one person no longer wants to talk to you, that is their loss. You do not need to cry about it, you do not need to react to it, you just need to move on; to the next person or to other people. There are billions of people out there, just because circumstances have changed with one person doesn't mean it is the end. Onto the next.

**Facebook**

Can't come. But, really, she can.



People make excuses very easily, it is important to realize that. So be equipped with being able to solve problems, like I solved this problem in one sentence.

She came to my place that day, as did two other girls. I slept with one of the three girls, and then slept with this girl 2 days later.

**Tinder**



This conversation was not short enough, but it did the job.

The problem I faced was that GIFs kept crashing my phone due to Tinder bugs. So I admitted that, and she actually thought it was a pickup line. It was actually the truth, but she loved it anyway.

Problem solved, I have her number instead of messaging her on an app that keeps crashing.



**Tinder**

This screenshot begins at my second message to her.

When I ask for phone numbers, I tend to use the word 'WhatsApp' instead of the phrase 'phone number' because the latter phrase is more associated to sleazy guys trying to get phone numbers. I also ask it in the form of a closed question. Who the hell does not have a phone number?

Given that not everyone with a phone number has WhatsApp, WhatsApp is still a highly popular phone number-associated app that most people have. So in almost every single case I have personally

come across, the answer is always 'yes', but normally it is communicated just by providing the phone number itself.

If she only says 'yes' and the phone number is not given, all you have to do is give the little push.

### WhatsApp

This woman was a tourist in London that I had sex with when we met. These messages were from the day before she had to leave the city, and I wanted to see her one last time before she left.



She thought that I just wanted sex. Because she is in her 30s, she is an older woman and

therefore it is more straightforward to communicate with her, so I openly talked her through it to give her comfort.

After her message at 20:01, I called her. Voice-to-voice is a great way to solve problems. I simply talked her through the plan step by step to relieve her of her worries that she would miss her transport, and she was happy. We would only have 3 hours to hang out.

Come the next day, we spent those last 3 hours together and it included sex. Everyone was happy.



### WhatsApp

Just a few messages and she is already concerned about how long it takes me to respond to her; 48 hours. She questioned whether I would be reliable enough to meet her without causing inconvenience, so I had to provide her comfort by showing her that it is nothing to worry about.

Her insecurities were settled and I simply re-emphasized that she has nothing to worry about.

Her last message shown here, as the preview, shows that she specifically looked at how long exactly it took me to reply, which shows that she really cares. With this message she decided to be quite playful.



**WhatsApp**

She wants a relationship, but she is also desperate to have sex with me.

**WhatsApp**



I often post my dates onto my stories on Facebook, Instagram and Snapchat; this all brings me social proof and preselection because when girls see that I am spending time with girls, then it is pretty apparent that I am already approved of by other girls. If we take the reverse; if a guy was never seen with any girls, then a girl would have less reasons to trust that guy than to trust the guy who is already hanging out with girls. One guy seems lonely, the other guy seems to be making girls happy. What would a girl prefer?

This girl came to my place and then wanted to go out with me again a few days later. At the very beginning she knew about me seeing other girls. Sometimes she was a little reactive, but never actually cared because she would still message me or find me anyway, even months later.

**Facebook**



We arranged to go out on a Friday, but the next day she said that she may have to be somewhere else.

I dropped a sarcastic GIF with the intention for it to be funny.

She responded, but also gave some extra useless comments.

My final message to her was very sarcastic, but showed that I would check back on her another time so that we could rearrange. Therefore, the moral of the story is that you have your whole life ahead of you, you have thousands of possible days to choose to meet.



Do not be stressed out when your original plan gets changed, you can come back to her another time. You have the future. There are other girls out there. Onto the next.



**Facebook**

We met in a university class, and when I mentioned Facebook she said that she does not give it out because, she claimed, it might be scary to people. Her Facebook profile was dedicated to cosplay.

Despite that, we connected on Facebook anyway. My first two messages were just playful, my third called for a meet up.

Unfortunately in the following days and weeks we never met up outside of that very university, but because she shared a mutual class with me, it meant that I would see her on a fairly regular basis anyway; so time can wait.

**Facebook**

One of my favorites of all time.

I met a woman at work and we instantly had an amazing connection and friendship. We would then message each other on Facebook while working; one thing led to another and we then arranged to do something together outside of the workplace.



She pushes across the idea that I should take her phone number, but first she asks if I made a bet with the people we know about taking her out. It is a call for comfort, and I settled her concern; it really wasn't a bet or anything like it. I was genuinely interested in her.

Most of the messages throughout are very playful, and responses are quick between both of us, which also shows not only that she is interested in me but also that I am, too, very interested in her. We just cannot wait.

 She specified that she had to be back home at a certain time because of doggy responsibilities.

Proceeding through playfulness, she asked for my phone number. We then met outside of work, it rained, we ran to my house to hang out and play truth or dare and we made mojitos. One of the most random dates, but it was amazing, we had sex and we got into a relationship.

We always would spend our breaks at work together seemingly unintentionally or accidentally as if by magic, and I would personally get the butterflies in my stomach each time I saw her. We had the most amazing connection, and I have never experienced anything like that before or since. Unfortunately, months later we stopped seeing each other, we were at different stages in our lives.



**Tinder**

The first messages were about her saying that she thinks she has spoken to me before. This is the useless part.

Continuing from there, I said I do not remember her.

The conversation was not really going anywhere, so I used the 'anyway' card to give the conversation direction; leading it to meeting.

Continued.

She was compliant, but when choosing to move to WhatsApp she instead pointed out that on my Instagram profile I have pictures of other girls, so she thought I might already have a girlfriend.

To solve this, she just needs to know that these are photos of friends and that I in fact do not have a girlfriend; then it's not a problem. This is called 'comforting'.

Three days later, no response. So I poked at her again.



After telling her to name three things we should potentially eat, she just named one.

Not very good at communicating.

Blah blah blah, now it is time for the second attempt to move this to WhatsApp and make the date happen.

Instead of giving me her number, she asked for mine, and then messaged me soon after.

This case was pretty different to others because there is a lot of messaging on her side that comes without focus or purpose.

**WhatsApp**



It's easy to say you will give up, just to not give up shortly after the declaration.

She can communicate relatively well, but she is terrible when it comes to meeting or focusing on the topic.

**Tinder**

Adventurous line sent.

Not very compliant, now distracted by age.

Let's get her back on track.

Making a bolder move to get a feel for where I can take this.



She is asking more questions, so she is interested at least.

I ask where she is, and she is relatively close.

Distracted again.

Age gap. I don't care.

I try to comfort her and say it makes no difference. No judgement.



Now she is qualifying herself.

Time to relate.

Time to joke.

She gave me her number, the comfort was successful.

## Tinder: Are These Really The Best Photos You Have Of Yourself?

So ask yourself. *'Are these really the best photos I have of myself?'*

Over the course of a few years, I have seen guys post their Tinder profiles, showing their pictures and asking f or advice or potential improvements. Most guys always fail at one thing; missing the point. Some guys put up photos of themselves from 20 years earlier when they were a kid. What is the point of that? Nobody is going to care about your childhood, these girls did not go on Tinder to date people based on photos of children. Whatever you show on Tinder needs to be time-relevant; your present self. If you look different from a photo from long ago, do not post it.

Some guys also put up photos of themselves in a crowd or surrounded by friends. If you were swiping through Tinder right now and you saw a photo of 5 girls but you did not know which one is the girl, you would not exactly take your chances on

that if you were to go on a date without the information of which one she is, unless they are all attractive to you. If you are seeing someone's profile and it is not immediately clear who's profile it is, you should not bother. So why would a girl do the same if all of your photos are just bro photos? If you ever put up a photo of you with other people, the best of the best of a group photo is one in which you are the center of attention. If that is not the case, then either the attention is focused on someone or something else or it is just seemingly an equal photo of some friends. If you have a photo where you are the center of attention, it will inspire subconscious thoughts to those who see. Who is this guy? What does he do? Why is he so popular? Why does everyone like him? There are endless possible thoughts that draw in positive assumptions just from a   photo. If you want the best, you have to put in the best. If you don't have such a photo, make one.

I have also witnessed profiles that consist of nothing but selfies or pictures of oneself without anything else going on. Are you really that bored? Is there nothing exciting in your life?

### Someone's Profile

There is far too much 'bro' here.



The first photo is touristic and a side shot, so it doesn't show the face very well. The third photo is literally where Hitler stood for the same photo. Every photo after that involves too much 'bro' and it is not personal enough. The final photo isn't even a photo of the guy, it's just a stupid meme.

### Someone's Profile

The photo of the guitar would be the strongest by far. The fourth photo does not even show the guy in the photo, The fifth photo may be a good general photo, but it is possibly too zoomed out. The final photo may also be to zoomed out.



**Someone's Profile**



I met this guy. We live in the same city, and in fact his second photo was taken at the club I used to go to every single week.

Anyway, when Ben showed me his profile he mentioned that he has had a lot of success with it, and the first 3 photos he has really help that. His first photo is relaxed and has a nice atmosphere. His second photo is of him holding a blonde girl, and the girl is super happy but his face is neutrally mischievous, which not only makes it look fun but also shows the social proof that there is a girl that is super happy in his effect. This third photo is peaceful, scenic and looks great. The last 3 though are more 'bro' photos and not as good, and he still has room for 3 more photos to reach the limit of 9 photos.

His bio is also extremely well made. It is simple. Everyone loves garlic bread. Most things he says in the bio are very lighthearted and humorous; it makes you picture things in your mind which makes it very effective. You're already imagining playing hide and seek in IKEA.

**Someone's Profile**



This guy was already doing well on Tinder. His photos are great. His third photo is of him and his dog, and for this type of photo it really couldn't get much better than that.

You can see his positivity and his style.

**Someone's Profile**



This guy from Texas s hared his profile and said he already gets quite a lot of success with it. Some of the reasons behind this are that it's very simple and focuses on him. It is not trying too hard and it shows a good range of emotions.



**Ice's Profile**

This is my own profile. It has been through so many changes in the space of 2 years. Photo 1 shows a powerful pose by a beach with a long beard, this was placed as the main photo because I noticed it gained a lot of likes on Facebook; so there was already evidence that it was a good photo. Photo 2 used to be the main photo, it shows me in a suit sitting while a girl has her legs on me and she is wearing platform high h eels. This was modelling. Photo 4 shows social proof and preselection so that girls can see I am capable of hanging out with hot girls. Photo 6 is a photo of myself and a club promoter on stage with a DJ in the background and thousands of people partying behind us. Photo 7 is just a photo of me on an AirBNB bed surrounded by cats.

High quality photos are important.

Tinder Assignment

So, are they *really* your best photos?

If the answer is yes, you can do better.

If the answer is no, not only can you create better photos, but you already have better photos. So use the best of what you already have, but be on a mission actively to create more. Be an opportunist. Do fun things and capture it.

Your assignment is to create and collect better photos of yourself from this very moment, and this assignment will expire when you die. This is your lifelong commitment. It is your life mission to be an opportunist when it comes to photo opportunities. This could mean the difference between you matching with that girl on Tinder, or never meeting. This could be the difference between meeting someone really important, or missing the opportunity and never knowing it. You have so much to gain.

If you do not have a good enough camera, buy one or borrow one. Find a friend or a photographer to help you out. Even a small amount of practice will improve your arsenal of photos in the present and future. Even use your phone. The perfect

phone for this is any Google Pixel; it has unlimited photo and video storage and extremely good camera technology.

On Tinder you will be judged immediately based on your photos. It is therefore important to think about how your photos can be the best they can possibly be. For example, if you would like to use a group photo or take a group photo, make sure that you are dominating the photo and that you are the subject; everyone there must be at your effect and you must be the cause. Visualize a group photo with three people; you must ideally be in the middle and it should look like the other two are happy because of you. Some people have massive group photos of perhaps 10 or more people. Don't make it hard for people to find you in a photo, it must be immediately obvious and about you. A photo of 10 people is most likely not a photo about you, it is a photo about the group.

Some people put up photos of pets. It is better to have a photo of you holding the pet than a photo of just the pet; you're not selling the dog on eBay, you're supposed to be marketing your personal image of your physical body to girls. Every photo must have you in it, and it must also be clear and big enough to see you.

If your entire profile just consists of selfies, give this book to a friend and tell them to throw it at your head. Selfies are not ideal. If you have a mirror selfie, that's far worse and I would not like to be responsible for the damage inflicted upon you, but someone has to teach you a lesson. Don't ever do mirror selfies.

Snapchat: Is It Worth It?

In early 2018 Snapchat had an update that saw a completely new design. It was not popular, and as a result, Snapchat lost some popularity. It is still prominent, but it is far less important than Instagram or Facebook. However, for the sake of variety, I will include some of my experiences from Snapchat.

I personally do not like Snapchat anymore and do not even use it anymore, and this was because of the unpopular 2018 update. Regardless of what we think about

the update, it needs to be very clear that Snapchat is useless when it comes to building an audience or having something public; everything disappears in a matter of hours. Are you really going to check Snapchat every single day for the rest of your life? This question is precisely why you should invest into Instagram and Facebook significantly more than Snapchat. If you already use Snapchat a lot, you are probably missing out on even bigger potential on Instagram and Facebook.

In addition, let's face it; Snapchat is for 13 year olds anyway.

Instagram and Facebook bring things to the table that Snapchat does not: a timeline, a profile, and a sense of long-term lasting. Snapchat is far too focused on the present, and that is its ultimate downfall. If it lacks a past, it won't have much of a future.

| OPTIONS & DETAILS BELOW | | | |
|---|---|---|---|
| Messaging | ✔ | ✔ | ✔ |
| Stories | ✔ | ✔ | ✔ |
| Timeline | X | ✔ | ✔ |
| Short Term | ✔ | ✔ | ✔ |
| Long Term | X | ✔ | ✔ |
| Fans | ✔ | ✔ | ✔ |
| Friends | X | X | ✔ |



What do we have here.. yet again a different girl

ME
No, no. She dyed her hair again.

**Snapchat**

A girl responding to my story.

**Snapchat**



Responding to my story again.

**Snapchat**

Another girl responded to my story.

She escalates it sexually.

**Snapchat**

She likes my stories.

I take the piss out of it.

Planting an idea related to meeting.



Planning to meet.

She sends nudes.



Shamelessly saved the photo.

Joking with her.

We had sex but shortly after that she got engaged and moved away.

### Snapchat



The advantage is having the interactive map, knowing where people are. She is coming to my city from another country and wants to meet.

Something fun to do.

Phone number, because why not?

### Snapchat

I sent a girl a video of me and another girl messing around.

Simple stuff.

I show her a photo.

Blah blah blah.

Asks me a question, so she wants to continue the conversation.

She wants me to visit her.



I can visit her soon.

She wants to have sex with me in her office.



Interesting.

## Understanding Message Game in Depth

Following the original Message Game Guide (2018) that was made before this book, there were some quite useful insights from followers.

The original Message Game Guide (2018), released in February 2018, spawned a very loyal and active following on Telegram. If you would like to join it, find the Message Game group on Facebook. Message Game is more than just a guide, it is a lifestyle. It is a way of life, it is a way to achieve things and a w ay to succeed in dating. In order to maximize your dating potential, it will be very useful to join the rest of those who also read this. Get involved, dive straight in and it will prove to be very valuable to your life.

**Facebook Group**
Ice White's Message Game
Facebook.com/groups/MessageGame

**Telegram Group**
Message Game
(See Facebook Group)

**Instagram**
IceWhiteOfficial

**Facebook**
Ice White

### Female Message Game Follower



A female that joined the Message Game community realized that she had received messages inspired by the original Message Game Guide (2018). She sent to me:

*Haha you don't know how many times that's been used on me...and now I know why*

She rightly stated that the original and classic Message Game line, regarding spontaneity, brings girls to qualify themselves. She claims to have never fallen for it, but she has fallen for Message Game.

To summarize, Message Game will always win. We will always find a way, and it will come get you.

### Message Game Summary

A follower wrote up his observations from the thinking that is surrounding Message Game.

He summarized it very well, so this is a very valuable summary from a follower's perspective.



summary of fundamentals I noticed observing this chat

- Don't send shit that doesn't give ANY value to the conversation
- Either your conversation is heading somewhere or you're being a **boring useless needy prick**
- Aim to set a date after a spike in emotions or something like that, overall just **don't be a bitch and set a date**, be very specific about the **details**, you're the dude that plans it all out, don't leave her any room to think about it
- If she says no you don't care because you have **abundance**, she might even see that and hit you up later
- My personal opinion but emojis are **so gay** oh my god please stop sending crying laughing emojis unless something truly is hilarious
- Overall keep things short, precise, to the point, don't waste time on chit-chat and GET TO THE POINT, you'll have fun with her when you see eachother bro
- **Be spontaneous in answering**, are you a busy dude working on your mission in life? Well if not what are you doing mate, fix that shit and your text game / game overall will explode

- Have fun, self-amuse, don't take this shit seriously

---



## Message Daily Or Message Necessarily

A fair question.

To give you a feel for how my day-to-day life should be, I do not message anyone daily.

What is the point?

Necessity only is the answer. You have a goal, and you must try to achieve it. There are only two possible outcomes of message game - meeting or not meeting.

If you prefer not to meet, you are wasting your time.

If you want to meet but you are not trying to make it happen, you are wasting your time.

## Female Tinder Profile Experiment

Appx7396



A Tinder profile was made using the photos of a female Message Game follower. Within 5 minutes of the account existing, more than

100 male profiles swiped right on the profile.

To put that into perspective, most guys struggle to reach 100 matches, and most never get more than 300 in total even if they have used it for years. If it takes a man a year to reach 100 matches and a woman 5 minutes to reach 100 matches, is there a problem with the balance?

Yes. This photo was taken after 24 hours of the profile existing. It reached 2,326 right swipes that had not yet been matched. There were already 45 matches, which then actually means that 2,371 male profiles swiped right in the first 24 hours.

99% of male profiles will never get this many right swipes in their lifetime.

To some people, this may be really scary. It is. This is why Message Game is important, it will give you the chance to come out on top and give you more chances than most guys will ever have.



**Behind The Message Itself**

An active member of the Message Game Telegram group responded to a guy who was asking for some advice.

Be relevant. Be non-needy. Be interesting.

Ice Game

I have a list to share with you that are great date ideas. I personally do not like to meet people just for drinks or for coffee because I find these very boring; I don't even like coffee or tea.

These suggestions include some of my favorites and I personally love food so it may be a little biased in that sense; however you just need to be aware that not

Appx7397

everything listed is suitable for everyone, and not everything you see will even be your style. Have some awareness. For example, classy girls may not want to have some greasy American food or may not want to go to a buffet. Girls really dedicated to fitness may not want to involve themselves with pizza, waffles and milkshakes. Vegans or vegetarians may not appreciate a BBQ that involves nothing but meat. Think about what kind of girl she is and what she would find most appealing. To find out, you just need to learn a bit more about her or put a few suggestions to her.

| Places To Eat/Drink | Home |
|---|---|
| Brunch<br>Buffet<br>Chinese Food<br>Dessert<br>Hot Chocolates<br>Ice Cream<br>Japanese Food<br>Mexican Food<br>Milkshakes<br>Pancakes<br>Pizza<br>Street Food<br>Tacos<br>Vietnamese Food<br>Waffles | Baking<br>BBQ<br>Blanket Fort Cooking<br>Massaging<br>Movies<br>Netflix<br>Pancakes<br>Pillow Fights<br>Pillow Fort<br>Predrinks<br>Trampoline<br>Waffles |
| **Standard** | **Adventure** |
| Bowling<br>Comedy Show<br>Golf (Mini/Crazy/Driving Range)<br>Markets<br>Movie Theater<br>Museum<br>Park<br>Party<br>Picnic<br>Shopping<br>Walking | Axe Throwing<br>Beach<br>Boat Trip<br>Escape Room<br>Feeding Animals<br>IKEA<br>Skating<br>Skydiving<br>Speakeasy<br>Trampolining<br>Wind Tunnels |

You should also be aware that the Home and Adventure categories are often less practical or require more comfort and trust between you and the girl. For example, she may be scared of heights and would therefore be more inclined to say no to skydiving. In addition to that, not everyone has a place to skydive near them, and not every location has places like axe throwing, or boat trips. In terms of the Home suggestions, not every girl is comfortable in the idea of going to your house or apartment when you only just met.

Let's redefine what a **date** is. A date is when you meet a girl, by arranging to meet, to do something together with the purpose of potentially building some form of relationship. That relationship could be mainly casual sex, or that relationship could be a more classical long-term relationship leading to marriage. Ultimately, at the very least, you are friends. If you choose to meet as friends, that's okay. It has the potential to become more than friends, therefore it's important to still think of it as a date. If you interact with a female using a **friend frame,** there will be no expectations like those labelled onto the classic **dating frame.** I believe it is better to build a relationship with someone without expectations than to build a relationship with someone by having expectations. If you are expecting the other person to kiss you, pay the bill or anything else, then your expectation will either be fulfilled or not be fulfilled, which therefore means it can fail. If you have no expectations for the other person because you are just treating each other like friends, you have nothing to worry about because friendships do not ever truly fail. Friends can either be friends or become more than friends. The friend frame is informal, and the dating frame is formal.

Dating Frame:

1. Has higher expectations

2. Can easily lead to the princess mentality problem

3. Is a lot more serious and formal

4.  You can only continue dating or never see each other again

5.  There is very little potential to grow beyond dating

6.  There is a lot of potential for the relationship to collapse

Friend Frame:

1.  Has lower expectations

2.  Is far more equal

3.  Is far more casual and informal

4.  You can, at the very least, be friends forever

5.  There is a lot of potential for the relationship to grow beyond friends 6. There is very little potential for the relationship to collapse

This is not to say that you should be using Tinder or dating to make friends, it is to say that it is better to come from more of a friend frame than from a dating one. The point of dating is to find sexual partners, either to be *just* a sexual partner or to be a sexual partner that will be your long term best friend. Following this logic, it should be better to come from a frame that sees you and who you may be dating as best friends, not two people interviewing each other for two job roles or life roles. Having an informal relationship is best.

Now let's redefine game.

**Primary game** is how you physically meet people. Primary game is in the present; meeting people now.

**Primary Game**
Cold Approach    Social Circle Game
Day Game         Night Game         Club Game    Social Media Game

Most people in the seduction community subscribe primarily to cold approach methods, while some people subscribe primarily to social circle game.

Within cold approach, there is day game and night game. Day gamers like to go out on the streets to meet people, or even in shopping malls and parks or other places during the day where people like to g o and exist. Night gamers like to go out at night and meet people in bars, clubs and sometimes streets too.

Within social circle game, there is club game and social media game as the two main components. Club game is where night gamers and social circle gamers shake hands. They both like clubs. However, social circle gamers use clubs f or preselection and social proof; they will tend to go to the club with girls who are already with them, whereas night gamers will tend to enter without girls and find girls inside. Social circle gamers also like using social media to meet people; so they may f or example have a relatively high value profile on Instagram and be able to get girls to meet them by using social media; a component of message game.

When meeting people through primary game, I have two useful ways of optimal closing.

**How to Facebook-close:**

1. Tell her to get her phone out.

2. Use her phone to send yourself a friend request.

Facebook-closing this way is the optimal way. Once you send yourself a friend request, the ball is in your court and you won't be dependent on her accepting if you did things the opposite way by using your phone to send her a friend request.

**How to number-close:**

1. Tell her to get her phone out.

2. Put your name and number into her contacts.

Appx7401

3.    Send yourself a stupid message.

Number-closing this way means that it's more fun and you know it's the right phone number because it's your number added to her phone. Plus, you already have a message from her, that you sent, that you can respond to at a convenient time for you.

**Secondary game** is how you remain connecting to people you have either met or not yet met, in order to communicate and meet in the future. Message game is in the future; meeting people in the future.

**Secondary Game**
Message Game
Messaging        Online Dating        Social Media Game

Message game is a secondary game concept. No matter which primary game mode you subscribe to and use, your secondary game will always be message game. If you meet someone on a street and intend to meet again, you will exchange details. If you meet someone at a club and want to meet again, you will exchange details. If you meet someone on a train, a bus, a plane, a gym, or any place where you cannot guarantee you will easily find this person again, you will exchange details if you want to meet again. Every path of primary game; both cold approach and social circle game, will lead you to message game. You can use messaging one on one just like through SMS, you can use online dating like Tinder; you can also use social media to your advantage. These are the three types of message game; you can use any of them and as many of them as you want. Some people do not like social media, so would prefer to use the other two. Some people do not like online dating so may use the other two, or just one other.

Every single person needs message game unless they live in a forest without electricity. Message game is relevant to all other forms of game.

The End

Everything seen here has been collected between late 2016 and mid 2019. If that is the span of two and a half years; of which the first year was not even developed into any kind of theory or system, then imagine the future. In this time, I have dated many amazing people. I dated models. I had sex with dozens of girls in such short time and built relationships that are more meaningful in addition to that. I travelled thousands of miles with girls I had magical connections with. I had cozy nights in watching many movies and TV shows from *The Mummy* to *How I Met Your Mother*. I had many adventures from mountain climbing to going backstage at concerts every week and being invited to comedy shows. I ate at all kinds of places, from the world's best poutinerie in Montréal to the greasiest chicken and waffles in London. I was treated. I had girls take me out for surprises. I had girls buy me food out of their own will. I hosted photoshoots. Girls even came to me for photoshoots and I'm not even a photographer. I had great times. However, most importantly, if all of this happened in the space of two years… Think about what the rest of your life could be like from now on. Life changing, right? You may have another 40-50 years left to live. You have time, and plenty of it. Have patience, but remember that you are already on your way. Now you have everything you need.

If this has helped you in any way, I want you to give me a token of appreciation back by following me on Instagram, Facebook or YouTube if not already.

If what you learned in this book contributed to your relationship with someone, I want you to be grateful for every moment and be happy with that person.

If you ever marry someone because of this book, invite me to your wedding. I will be there and I will sing for you.

If you ever have children because of this book, name them after me or something. Whatever you find fitting.

It is now your job to get out there and meet people. Have adventures, do amazing things, and communicate effectively. You now have more control over what happens next. Use it to your advantage. The rest of your journey is up to you.

The only way is up.

**Facebook**
Facebook.com/IceWhiteOfficial

**Instagram**
@IceWhiteOfficial
Books, teachings and people that inspired the methodology of Message Game are the following:

1.    Ockham's Razor - William Of Ockham (1300s)

*Ockham's razor is the concept around simplicity; particularly in that the simplest explanations and solutions are often the greatest.*

2.    The Art Of War - Sun Tzu (400s)

*'If you know the enemy and know yourself, you need not fear the result of a hundred battles. If you know yourself but not the enemy, for every victory gained you will also suffer a defeat. If you know neither the enemy nor yourself, you will succumb in every battle.'*

3.    The Game - Neil Strauss (2005)

*The Message Game is a response to the evolution of the community mentioned within Neil Strauss's book, and how the community has evolved since 2002 in order to adapt to technological changes that makes Message Game far more important than any other aspect mentioned in or formed because of 'The Game'.*

Big thank you to the thousands of people who read the original Message Game Guide (2018) on Google Docs from the beginning of 2018 until the release of this book. Thank you to the many hundreds of people who gave feedback and joined the groups before a book was even in consideration. Shout out to the many great

**Appx7404**

supporters from Dallas, Austin, Chicago, New York, Toronto, Ottawa, London, Moscow and the many other random places one may not expect.

**Artwork & Illustration**
Alyona Ermolina (Abend Nebel) **ArtStation.com/abendnebel**
abendnebel11@gmail.com


Glossary

Terms marked with * are recommended to research further in order to understand more due to the complex nature of their context and usage; these phrases are quite often misunderstood.

**Bullshit:** In message game terms, anything you say that does not take a step towards meeting a girl is called *bullshit*. Comfort would not be *bullshit*, but small talk would. Example; when you message a girl asking how she is or when you talk to her about anything without a purpose of meeting. Coined by Ice White.

**Date:** An activity with a girl, or with multiple girls, who you are interested in. It has the potential to host the start of a physical romance.

**Dating frame:** Setting your relationship with someone as formal as if you are on a first date and getting to know each other. Example; when you go out on a date, talk about yourself to each other, and ask each other questions.

**DHV:** *Demonstration of higher value*; your perceived value is increased through demonstration of a skill or attribute. Example; having many Instagram followers.

**Flake:** When a girl cancels a date or does not show up.

**Frame*:** How something is perceived. Coined by Richard Bandler and John Grinder.

**Friend frame:** Setting your relationship with someone as informal from the beginning as if you were friends in order to bypass the unnecessary bullshit that comes with the dating frame. Example; when you hang out with a girl as friends instead of coming from a dating frame so that your interaction and time together is less serious and has no expectations. Coined by Ice White.

**Fuckbuddy:** A person that you have sex with casually without emotional or long-term expectations.

**Game:** The ability to influence behaviors or people in a particular way in order to create some kind of relationship. Example; when you go out to meet and game girls to set up a date so that your mom could stop telling you to get a girlfriend.

**Hot girl reality:** The uniqueness of how a girl behaves based on how people treat her because of many males being attracted towards her and acting in a certain way that has validated her ego to make her f eel as if she is extremely attractive. Example; when everybody wants to fuck a particular girl. Coined by Ice White.

**IOI\*:** *Indicator of interest*; a sign that a woman gives a man that indirectly reveals some extent of interest or attraction towards him, whether or not the sign is extremely subtle. Example; when she re-initiates the conversation when you stop talking; when she asks what your name is; when she plays with her hair when she looks at you. Coined by Erik Von Markovik.

**Kino\*:** *Kinesthesia*; touching or being touched with intent or purpose of arousal or to proceed to further sexual contact. Example; when you hold her hands; when you stroke her hair, when you hold her hips or shoulders. Coined by Ross Jeffries.

**Logistics:** The level of ease of transportation. Example; if you live Downtown you have really good logistics to bring a girl home from a date, you have bad logistics if you are on a date and your place is far away or not easy to get to.

**Number-close:** Acquiring a woman's phone number. Coined by Erik Von Markovik.

**Onto the next:** When an interaction with a girl isn't going anywhere at the present time, try interacting with a few other girls before coming back to the original said girl.

**Opener:** Something said to initiate a conversation. Example; *'hello', 'let's skip all the bullshit, how spontaneous are you?'*

**Pimpspiration:** Inspiration in the form of a man's success with women. Coined by Ice White.

**Preselection:** The idea that women are attracted to men who already attract other women, showing that a particular man is already approved or proven to be accepted by women. Example; when you have a photoshoot with hot girls and upload the photos to Instagram, resulting in girls finding you more attractive because you were able to do this.

**Princess mentality:** The behavior of a woman who has one-sided expectations whereby she wishes to be given more in a relationship than what she can or will contribute. Example; when a woman expects a man to pay for the bill and to pay for her taxi. Coined by Ice White.

**Screening:** Assessing someone based on his or her suitability for something. Example; *'how adventurous are you?'; 'how far away do you live?'*

**Sexual frustration:** The frustration caused by a lack of satisfaction in someone's sexual activity. Example; when you are sexually frustrated because you are a 40-year-old virgin or you are having a dry spell.

**Shit test\*:** Something that a woman has said to a man that will, based on his response, give her information on whether or not he is strong enough to be worthy of being a boyfriend or sexual partner. If he takes her words literally or too seriously, he will fail the test and lose the opportunity to proceed in their potential relationship. You should take a shit test as an IOI, because it opens up the opportunity to pass a test that others will fail. It is ultimately a frame test. Example;

*'you are too young for me'; 'you probably say that to all the girls'; 'is that your pickup line?'*

**Simplify:** The idea that everything in message game is easier when it is the least complex it could be, inspired by the philosophy behind Ockham's razor. Coined by Ice White.

**Social proof:** The psychosocial phenomenon whereby people perceive someone by their already-achieved social status or influence. Example; when you have many photos of yourself with different girls; when you have over a million followers on Instagram. Coined by Robert Cialdini.

**Tall guy theory:** A metaphor in relation to the *hot girl reality* to explain that very tall people often hear the same old remarks from people they meet. Example; *'wow, you are so tall'; 'what is the weather like up there?', 'you could get something off the top shelf for me.'* Coined by Ice White.

**Validation:** Gaining approval, whether by seeking it or unintentionally receiving it, which boosts the ego and provides the dopamine effect. Example; when a girl wants you to follow her on Instagram just to get likes and followers; when your profile picture on Facebook gets many likes.

**Wife material:** A woman who you would consider a great life-partner and candidate for marriage. Example; when a girl is very cute and loyal and also doesn't post pictures solely of her ass on Instagram; when a girl truly cares about you and will go to great lengths for you and your relationship.

Frequently Asked Questions

An extremely simplified version of questions and answers.

**How long should I wait to reply to her?**

The time it takes you to reply should be longer than the time it took her to reply, or long enough to demonstrate that you're not just some sucker who is waiting around all day for her to give you attention. Of course, if she took a year to reply, don't copy that. In such extreme cases, generally wait a few days or a week if it is time pressing.

**Do I need to talk to her every day?**

No. Stop. What the fuck are you doing? Message her to meet. Don't be pen pals. You only need to start messaging her if you want to meet her, and you need to get to meeting her as quickly and efficiently as possible.

**What if she cannot meet me or is too busy to meet me until two weeks from now?**

Don't try to keep it warm. Don't try to keep the conversation going, you will run out of things to talk about and you will also be talking without purpose other than only to fill the time. Ask her when approximately she will be less busy, if she says she will be busy for two weeks, tell her you will check in on her in two weeks. Then do exactly that. Don't interact with her for two weeks, then go back into the conversation and arrange to meet her.

**What if a girl I matched with on Tinder has not responded to my opener?**

If you sent her a message and got absolutely nothing back, don't try to reinitiate unless it is over 20 days since you tried to open her. You don't even know her and she doesn't even know you, so don't be desperate for the attention of a girl who has never even messaged you. Send her a GIF, not words. The GIF would at least show up on her messages page as a GIF, and for her to see it she will have to look at the message itself.

**Should I use superlikes on Tinder?**

Yes. Only use it on girls you are genuinely interested in, and try not to superlike girls just because they are hot; other guys are doing the same. Superlikes work best with girls who are really new to Tinder that have not yet met anyone.

### What if she is being mean to me?

Grow up and have some balls. You should have standards, and you should also not be offended by anyone, especially by a girl you have never even met or hardly know. If you react, you're no better than a baby. Don't fall into her frame.

### What if she says she has a boyfriend or says she isn't looking for a relationship?

Make it clear that you're not looking to get into a relationship. Just be honest. Via the friend frame, you can meet. However, that doesn't mean that you will just be friends when you meet her, it means you can take that relationship to a higher level and form a sexual relationship. All she needs to know is that you're seemingly just friends, and you will be exactly that, but with potential benefits.

### How do I create attraction?

Attraction is in your behavior and how your profiles are set up. You already created it, just improve your behaviors and profiles. She will be attracted to the behaviors laid out in this book about being non-needy, abundant, honest and simple. Your decisiveness, good communication and bullshit skipping should also demonstrate attractiveness automatically for you.

### What will happen if your techniques become outdated?

Then join the Message Game group on Facebook for any updated or new content and methods. It is likely that dating apps and communication methods will change in the next 10, 20 and 50 years; however, the principles will remain the same. After all, you are far more likely to get a girl on a date if you talk about date ideas and then going for it, than to talk about random things, building up a conversation and building up the confidence to ask her out; the latter wastes too much time. If 9 out of 10 guys are trying to 'build attraction' and conversations with a particular girl and that one other guy is getting to the point and asking her out, it's obvious who will get further.

### Should I swipe right on Tinder for all girls?

No. Swipe only on girls you feel you can get along with that are also relatively attractive to you. If you match with a fat woman on Tinder and you are not into fat

women, then you're not going to do anything with it anyway. Don't ruin your position in the algorithm by telling it that you have no standards. You need to have standards.

**What if I want to action a Facebook-close but she doesn't have Facebook?**

Then that's something you have to ask her. What does she have? Use your initiative.

**Should you tailor your method around a girl's perceived personality, or go with the same method for every girl?**

Stick with a particular method for most cases. If you feel that you will get on extremely well with someone in particular, then there is less to worry about if you tailor your approach to suit a different path. If you tailor your messaging for every single girl, you're wasting a lot of mental energy trying to adapt to everyone's differing personalities, and it is definitely wasting a lot of time if you do not manage to get anyone on dates fast.

**If I haven't built a good Instagram or Facebook profile yet, what should I do in the meantime?**

You have to start from somewhere. This is a long-term game. Build it up over time; it is better to add little by little over time than to do absolutely nothing and miss out on opportunities and potential down the line. You can start now and in 2-5 years, it could be epic. The only way is up.

**How can I maintain interest and attraction up until the date?**

In the simplest terms, it should be attractive enough of you to be the guy who gets things done by arranging a date that is fun that she will look forward to. What you shouldn't do is waste the time between the arrangement of the date and the date itself on talking about things you could have left for the date itself. Do not get to know each other until then, and keep the messaging minimal. You already have the date set; you don't need to achieve much else. However, hours or a day before the date you should send something relevant to the upcoming date. For example '*What will you be wearing?* ' is good to check that the date will still happen without asking

if the date will still happen. '*Look for the tall skinny white guy wearing blue jeans and a white shirt carrying an ice cream cone*' is good to send 1-5 hours before the date to make it easy for her to find you, as well as show her that you communicate well enough for her to have no worries. Obviously, if you're not tall, skinny, white, wearing blue jeans and a white shirt or carrying an ice cream cone, write something else.

**How should I escalate when it comes to the date itself?**

This book has given you the guide to get the date, but it is not one about making the date successful. That, my friend, is up to you now. However, I will share one tremendous tip of mine that is so simple and easily forgotten that it makes people cry in regret that they didn't do this. Hold her hand. You can do it while walking, while dancing, just about anywhere. All you need is a hand of your own and a hand of hers. Remember when holding hands was so innocent when you were a kid? It still is. Your first step of escalating should be holding hands. Many people mistake kissing for being first. Just hold her hand. If she asks why you are doing it, just say you felt like it. If she pulls her hand away, then she's not ready for anything yet. If she accepts it, as most girls do under the right circumstances of game, you are doing good.



Still no response, another bump sent.

Her communication is almost useless.

However, I got it.



**Tinder**

She opened. Interesting but weird question referring to one of my photos on Instagram, inspired by a scene in The Wolf Of Wall Street where Jordan Belfort is tempted by his wife taking her panties off.

Well, she's a mean one.

You must be fun at parties? Does my beard or lumberjack look scare you?

You're wondering what I do, in terms of magically having such photos, or in terms of money laundering?

Don't ever ask me about my ego, I would be forced to declare that my IQ is above room temperature. Anyway, what's your obsession with that girl and her shoes?

Sent

Appx7414

# Exhibit B

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

        Plaintiff,

v.

ROMAN STERLINGOV

        Defendant.

**No. 21-cr-399 (RDM)**

**DECLARATION OF JEFFREY FISCHBACH**

I, Jeffrey M. Fischbach, declare as follows:

1. I have been retained by the Defendant, and my qualifications have previously been provided to the Court in this matter;

2. I have examined reports produced by Valerie Mazars De Mazarin concerning the examination of an "empty" harddrive from Romania "containing only 0s". I also reviewed Ms. Mazars De Mazarin's testimony at trial where she stated that "To get a drive to look like that [have all zeroes], you have to do what's known as zeroing it out, or wiping" and that a "If you take a hard drive new, out of the box, and look at what all the bytes are, sometimes they do have some data, although not actual files, here and there."

3. The import of Ms. Mazars De Mazarin's testimony was that Mr. Sterlingov must have "zeroed out" or "wiped" the Romanian hard drive.

4. To test Ms. Mazars De Mazarin's conclusion, I ordered brand new Samsung hard drives of various sizes, the same brand located on the Romanian server;

5. I used FTK (Forensic Toolkit) Imager/Explorer – software used by the FBI and law enforcement worldwide, capable of exploring the data contained in an unformatted "empty" hard drive;

**Appx7416**

6.  Each brand new, out-of-the-box hard drive analyzed appeared "empty", containing zeros, as observed by Ms. Mazarin in the blank drive she analyzed. (See Attached.)

I declare under the pains and penalties of perjury that the foregoing is true and correct to the best of my knowledge and understanding.

Executed this 14th day of August, 2024.


JEFFREY M. FISCHBACH


By: _____

Appx7417



