# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-3161** | **September Term, 2025** |
| | 1:21-cr-00399-RDM-1 |
| | Filed On: December 5, 2025 [2148891] |

United States of America,

    Appellee

  v.

Roman Sterlingov,

    Appellant

## O R D E R

Upon consideration of appellee's unopposed motion for extension of time to file brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellee's Brief | January 14, 2026 |
| Appellant's Reply Brief | February 4, 2026 |

                       **FOR THE COURT:**
                       Clifton B. Cislak, Clerk

BY:  /s/
       Louis Karl Fisher
       Deputy Clerk