# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 24-3161**                          **September Term, 2025**

1:21-cr-00399-RDM-1

Filed On: February 10, 2026 [2158400]

United States of America,

       Appellee

     v.

Roman Sterlingov,

       Appellant

## O R D E R

Upon consideration of appellee's unopposed motion to exceed word limits, it is

**ORDERED**, on the court's own motion, that the briefing schedule entered on January 7, 2026, in this case be suspended pending further order of the court.

                                         **FOR THE COURT:**
                                         Clifton B. Cislak, Clerk

                         BY:      /s/
                                           Katy M. Bartelma
                                           Deputy Clerk