# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 24-3161                                                  September Term, 2025

1:21-cr-00399-RDM-1

Filed On: February 11, 2026

United States of America,

      Appellee

v.

Roman Sterlingov,

      Appellant

**BEFORE:** Henderson, Pillard, and Pan, Circuit Judges

## O R D E R

Upon consideration of the unopposed motion to exceed the word limit, it is

**ORDERED** that the following revised briefing schedule and format will now apply in this case:

| | |
|---|---|
| Appellee's Brief<br>(not to exceed 21,500 words) | February 18, 2026 |
| Appellant's Reply Brief<br>(not to exceed 10,000 words) | March 11, 2026 |

**Per Curiam**

                                    **FOR THE COURT:**
                                    Clifton B. Cislak, Clerk

                    BY:     /s/
                            Selena R. Gancasz
                            Deputy Clerk