# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 24-3161** | **September Term, 2025** |
| | 1:21-cr-00399-RDM-1 |
| | Filed On: February 19, 2026 [2159907] |

United States of America,

    Appellee

    v.

Roman Sterlingov,

    Appellant

## O R D E R

Upon consideration of appellee's unopposed motion to supplement the appendix, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged supplemental appendix.

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

                        BY:    /s/
                              Louis Karl Fisher
                              Deputy Clerk