UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 24-3161
_____

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.

ROMAN STERLINGOV
Defendant-Appellant.
_____

## APPELLANT ROMAN STERLINGOV'S UNOPPOSED MOTION TO MODIFY THE BRIEFING SCHEDULE

Appellant Roman Sterlingov respectfully submits this unopposed proposed modified briefing schedule pursuant to Federal Rule of Appellate Procedure 26(b) for good cause shown. In support thereof, Appellant Sterlingov states:

1. Appellant Sterlingov's Reply Brief is currently due on March 11, 2026. Appellant Sterlingov respectfully requests that the Court modify the briefing schedule by entering a 30-day extension of time for Appellant Sterlingov's counsel to submit the Reply.

1

2. This would set the new deadline for Appellant's Reply Brief on April 10, 2026.

3. The circumstances described herein present compelling reasons for modifying the briefing schedule.

4. The extension requested is to allow for the time required to adequately prepare Appellant's Reply Brief in light of scheduling conflicts with a key member of the Appellate team.

5. One of the Appellant's attorneys is currently scheduled to begin a trial on March 11.

6. Additionally, the Court granted the Government's unopposed motion to exceed the applicable word limitation, permitting it to file a brief of up to 21,500 words. The Government's oversized brief, together with its supplemental appendix, substantially expands the scope and volume of the issues addressed on appeal and requires additional time for Appellant to prepare a thorough and appropriate Reply.

7. This motion is made in good faith and not for the purpose of undue delay. The proposed briefing schedule will not substantially delay proceedings in this case and will not prejudice any party. There is good cause to enter the proposed briefing schedule.

8. Appellant's counsel has conferred with the Government, and the Government consents to the proposed modification of the briefing schedule.

WHEREFORE, Appellant Sterlingov respectfully requests this Honorable Court enter an order modifying the briefing schedule as proposed here.

Dated: February 23, 2026

Respectfully submitted,

/s/ Tor Ekeland
Tor Ekeland
Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY 10005
t: (718) 737 - 7264
f: (718) 504 - 5417
tor@torekeland.com

/s/ Maksim Nemtsev
Maksim Nemtsev
20 Park Plaza, Suite 1000
Boston, Massachusetts 02116
t: (617) 227-3700
f: (718) 701-5922
max@mnpc.law

/s/ Amy C. Collins
Amy C. Collins
888 17th Street NW, Suite 1200
Washington, D.C. 20006
t: (228) 424-0609
amy@amyccollinslaw.com

*Counsel for Appellant,*
*Roman Sterlingov*

# CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), I hereby certify that this motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A), as the motion was prepared using the size and style of type of 14-point Times New Roman and contains 283 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f). This motion complies with the privacy redaction requirement of Federal Rule of Appellate Procedure 25(a) because it contains no personal data identifiers.

Dated: February 23, 2026

                                                Respectfully submitted,

                                                */s/ Tor Ekeland*
                                                Tor Ekeland

# CERTIFICATE OF SERVICE

I hereby certify that, on February 23, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the CM/ECF system which will serve a notice of electronic filing on counsel of record.

Respectfully submitted,

*/s/ Tor Ekeland*
Tor Ekeland