**No. 24-3161**  **September Term, 2025**

1:21-cr-00399-RDM-1

Filed On: February 24, 2026 [2160812]

United States of America,

    Appellee

  v.

Roman Sterlingov,

    Appellant

### O R D E R

Upon consideration of appellant's unopposed motion for extension of time to file reply brief, it is

**ORDERED** that the motion be granted. Appellant's reply brief is now due April 10, 2026.

                                        **FOR THE COURT:**
                                        Clifton B. Cislak, Clerk

                                BY:   /s/
                                            Louis Karl Fisher
                                            Deputy Clerk