# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-3161**

**September Term, 2025**

**1:21-cr-00399-RDM-1**

**Filed On: April 30, 2026** [2171238]

United States of America,

        Appellee

    v.

Roman Sterlingov,

        Appellant

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for May 12, 2026, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellant | - | 20 Minutes |
| Appellee | - | 20 Minutes |

The panel considering this case will consist of Circuit Judges Millett, Pillard, and Wilkins.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by May 4, 2026.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
       Michael C. McGrail
       Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)