# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-3161**                                   **September Term, 2025**

**1:21-cr-00399-RDM-1**

**Filed On: May 12, 2026** [2172930]

United States of America,

        Appellee

    v.

Roman Sterlingov,

        Appellant

    **BEFORE:**    Circuit Judges Millett, Pillard, and Wilkins

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Tuesday, May 12, 2026 at 9:33 a.m. The cause was heard as case No. 1 of 3 and argued before the Court by:

    Tor Ekeland, counsel for Appellant.

    Jenny C. Ellickson (DOJ), counsel for Appellee.

                       **FOR THE COURT:**
                       Clifton B. Cislak, Clerk

        BY:   /s/
                  Jaime T. Stratton
                  Deputy Clerk