# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 24-3161** **September Term, 2026**

FILED ON: SEPTEMBER 25, 2026

UNITED STATES OF AMERICA,
APPELLEE

v.

ROMAN STERLINGOV,
APPELLANT

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:21-cr-00399-1)

---

Before: MILLETT, PILLARD, and WILKINS, *Circuit Judges*

**J U D G M E N T**

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the decision of the District Court appealed from in this cause be affirmed, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/

Daniel J. Reidy
Deputy Clerk

Date: September 25, 2026

Opinion for the court filed by Circuit Judge Wilkins.